Lulu Enterprises, Inc. v. N-F Newsite, LLC et al                                                                    Doc. 1 Att. 3
Case 5:07-cv-00347-D     Document 1-4     Filed 09/05/2007     Page 1 of 2

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

## SUMMONS IN A CIVIL CASE

LULU ENTERPRISES, INC.,

       V.                                             CASE NUMBER: 07-347

N-F NEWSITE, LLC,

and

HULU TECH, INC.

TO: (Name and Address of Defendant)
Hulu Tech, Inc.
1093 Huntingdon Dr.
San Jose, CA 95129

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leslie C. O'Toole
Thomas H. Segars
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                         DATE

BY DEPUTY CLERK

AO 440 (REV. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.