Lulu Enterprises, Inc. v. N-F Newsite, LLC et al Doc. 1 Att. 4

# EXHIBIT A

Dockets.Justia.com

# Lulu.

View Cart

Browse | Publish | My Account | Services | Community | Help

All Products | Go

## Lulu is fast, easy and free

Publish and sell easily within minutes
No set-up fees. No minimum order.
Keep control of the rights.
Set your own price.
Each product is printed as it is ordered.
No excess inventory.

### Start Publishing

Paperback Books    Music Downloads
Hardcover Books    File Downloads
Photo Books    E-books
Calendars    Images
Brochures    CDs
Dissertations    DVDs
Yearbooks    Artwork

Take a Tour of Lulu

Mother and daughter share family's true WWII love story
*All on Account of You*
by Elaine Luddy Klonicki

Inside Lulu



Lulu.com presents Aspiring Authors Sunday Morning in Pancakeland supporting youth literacy.

### Featured Content

### Lulu Blog

In anticipation for our latest site release, Lulu.com will be offline for a 3 hour scheduled maintenance period starting tonight at 12:00am (midnight)EST running until 3:00 A.M EST the following morning. We apologize for any inconvenience this downtime may cause our creative community. For more details on this release please click here Regard, Adam  More...

### Lulu Community Forums

Have a question or a great idea? Learn from experienced creators, meet other Lulus or give your suggestions to Lulu staff.

### Lulu Workshops

Teaching novice and experienced creators new skills, from setting up your Lulu account to marketing your newly published content.

### Lulu TV

Vlogs, videos, clips and shorts. Upload and share, or watch and rate.

### Lulu Radio

The Lulu Radio Podcast is a free audio program that features English-language interviews with Lulu authors and staff. Listen to it on the website, or download it and take it with you!

## This Week's Top Sellers

## Browse the Lulu Marketplace

### Books

Literature & Fiction (12961)
Religion & Spirituality (8037)
Business & Economics (7874)
Poetry (7856)
Arts & Photography (7166)
Children (5783)
Christianity (4390)
Browse All Books

### Calendars

Photography (1591)
Animals (885)
Nature (885)
Children & Family (870)
Art (729)
Travel & Regional (723)
Sports & Entertainment (455)
Browse All Calendars

### Images

Lifestyle & Art (4872)
Abstract (4272)
City & Architecture (3546)
Animals (2905)
Holidays & Events (1051)
Business (994)
Industry & Technology (717)
Browse All Images

### Music & Audio

Alternative (2301)
Electronic & Dance (1641)
Rap & Hip-Hop (1381)
Rock (1333)
Jazz (920)
Easy Listening (690)
Classical (686)
Browse All Music & Audio

### Video

Educational (363)
Documentary (138)
Special Interest (138)
Musicals & Performing Arts (102)
Action & Adventure (101)
Comedy (88)
Animation (65)
Browse All Video

English (US)

Privacy Pledge : Use of this web site signifies your agreement to our Member Agreement.
Disclaimer
Copyright © 2002-2007 Lulu, Inc. All Rights Reserved.

# Lulu.

View Cart

[ All Products ] [Go]

Browse | Publish | My Account | Services | Community | Help

## Corporate Profile

About Lulu
Corporate Profile
Press Center
  Media Relations
  Press Materials
Who is Lulu?
Jobs @ Lulu
Street Cred
Get Satisfaction
Lulu TV
Lulu workshops

In its most recent year-end issue, after an explosion in user generated content on the Internet, TIME magazine named YOU the person of the year. And that's what Lulu.com is all about – YOU the creator, and YOU the business person.

To be clear, Lulu is not a publisher. It's a digital marketplace guided by a vision of empowerment and accessibility, and built on a business model that has proven wildly successful. The rapid growth of Lulu, which is being driven by over 15,000 new registrations a week and more than 100,000 unique visitors everyday, is built on its proven ability to grab hold of the long tail of user-generated content and provide an empowering outlet for creators of all types.

Lulu eliminates traditional entry barriers to publishing, and enables content creators and owners – authors and educators, videographers and musicians, businesses and nonprofits, professionals and amateurs – to bring their work directly to their audience. First, they use Lulu's tools to format their digital content. Then they take advantage of Lulu's dedicated marketplace, custom storefronts and advanced listing and distribution services to make their books, videos, CDs, DVDs, calendars, reports and more available to as many, or as few, people around the world as they like, earning 80% of all creator revenue, of which millions of dollars has already been paid out.

As the creation of user-generated content has grown exponentially, Lulu has been at the forefront of this still rapidly growing curve. Traditional book publishers in the United States published roughly 120,000 books a year. Lulu alone published 98,000 new titles globally, created by some of our almost 1.2 million registered users. In addition, Lulu has empowered creators to post, sell, and share hundreds of thousands of videos, music downloads, artistic creations and great photography.

In just five years Lulu.com has, in essence, become home to a new economy. With users in more than 80 countries and corporate offices in the U.S., U.K. and Canada, Lulu is a top 2500 website world wide (Alexa.com); a winner of the 2007 Web 2.0 Award for best websites (SEOMoz.com), and is the top ranked self publishing site on Alexa, boasting one of the largest online worldwide creative communities and a premiere global marketplace for new digital content on the Internet.

Lulu is guided by founder and CEO Bob Young – a true technology entrepreneur and open-source visionary with four successful multi-million dollar start-up companies on his resume. In 1993, Young co-founded Red Hat (NYSE: RHT), the open-source software company that gives hardware and software vendors a standard platform on which to certify their technology. Red Hat is a Fortune 500 company and chief rival to Microsoft. His success at Red Hat won him industry accolades, including nomination as one of Business Week's "Top Entrepreneurs" in 1999. In 2000, Young co-founded the Center for Public Domain, a non-profit foundation created to bolster healthy conversation of intellectual property, patent

and copyright law, and the management of the public domain for the common good. Grant recipients included the Electronic Frontier Foundation, the Creative Commons, the Free Software Foundation, and the Future of Music Coalition. In 2003, Young purchased the Hamilton Tiger-Cats of the Canadian Football League and currently serves as the league's vice chairman.



English (US)

Privacy Pledge : Use of this web site signifies your agreement to our Member Agreement. ;
Disclaimer
Copyright © 2002-2007 Lulu, Inc. All Rights Reserved.



## Lulu International

- Lulu: USA
- Lulu: UK
- Lulu: German
- Lulu: Spanish
- Lulu: French
- Lulu: Italian
- Lulu: Dutch

## Browse the Lulu Marketplace

- Top 100
- Books
- Calendars
- Music & Audio
- Artwork
- Video
- Advanced Search

## Lulu Basics FAQ

- Member Agreement
- Privacy Pledge
- Copyright Notice
- Disclaimer
- Return Policy
- Shipping Info

## My Account

- Join Lulu (Register)
- Log In

## About Lulu

- Corporate Profile
- Press Center
- Who is Lulu?
- Jobs @ Lulu
- Street Cred

## Publish

- Start a new project
- My files
- Templates

## Lulu Community

- My Groups
- My Friends
- Forums
- Newsletter
- Team Lulu

## Help

- Shopping on Lulu
- Book Publishing FAQ
- Book Formatting FAQ
- Book Covers FAQ
- Calendar Publishing FAQ
- All Topics
- Contact Support

## Services Marketplace

- Pre-Publishing Services
- Graphics Services
- Publishing Services
- Marketing & Publicity Services
- Translation Services
- Providers by country

## Support Forums

- Formatting, Uploading, Converting
- Cover Art
- ISBNs, Plus Distribution, Other Services
- Pricing, Creator Revenues, Storefronts
- Archived Support Threads

English (US)

Privacy Pledge : Use of this web site signifies your agreement to our Member Agreement.
Disclaimer

Site Map - Lulu.com

Page 3 of 3

Copyright © 2002-2007 Lulu, Inc. All Rights Reserved.

http://www.lulu.com/about/sitemap.php

9/4/2007