# EXHIBIT B

Dockets.Justia.com

lulu.tv

GO

Assignment for August
powered by lulu tv
Duration
00:00:00 / 00:00:00

get played
get paid
upload your videos
and make money
click here to find out more

**ODT August Assignment Sub**

In honor of the Remix Revolution,
we did our own remix using
footage from the classic movie
The Brain That Wouldn't Die
and asked Lulu.Tv users
to do the same.

These are the submissions for the Order of the Digital Trebuchet assignment for August.

**JAGUAA: JUNGLE GIRL OF TH**

Artist SEAN PATTY takes the viewer through the evolution of a detailed ton... more

dog and chicken

ADORABLE!

TDAH #050: August 31, 200

This Day In Alternate History #50 for August 31, 2007. On this day in 1864,... more

This Day In Alternate His

This Day In Alternate History for August 29, 2007. This day marks the comme... more

Heads will be Heads.

There's a new guy in Head High. Tempers flare as these two find them... more

Budget Superhero.

What if you don't have million Dollars?

Has this ever happened to

If it has, please call 954 603 7686.

HAMB Drags 2007 Part 1

MOKAN Mayhem

This Day In Alternate His

This Day In Alternate History for August 28, 2007. Good morning and welcom... more

This Day In Alternate His

This Day In Alternate History for August 27, 2007. Onn this day in 1896, t... more

**net_work EP026: Torpcy's**

Ever wonder what happens after you leave work for the day? Torpcy' s ... more

**365 ROAD TRIP AD pt.1**

This week we're making ads we can trade with other internet broadcast... more

**Labor Day Master Steak -**

For Labor Day, Anthony shows you how to go from bar to barbecue with a Make... more

**Black20 News: Friday, Aug**

Host Jessie Cantrell shows how to make the most out of M&Ms, brain zapp... more

**owl animation**

Lulu TV

Page 5 of 6

TAJINE
THE MOVIE

owl animation

Night Owl and Day Bird

Night Owl and Day Bird

Head Games.

George Bush,Borat & a Head in "Head Games". Comedy,Sound Bi... more

The Dead Walk.

Two girls take the wrong shortcut home.

Tajine - the movie

TAJINE - the movie How to make a Tajine dish using a modern form of the cooking implement.

http://www.lulu.tv/

9/4/2007

Oldr

conversion guide | sponsors | contact | forums | about | faq | feeds | lulu.com

FEED | FEED | FEED | SUBSCRIBE

Copyright 2006-2007 lulu.tv

GO

## What is Lulu TV?

Lulu TV is an eccentric economic entity owned and funded by everyone and no one. In other words, we haven't a clue how to define it. Call it a "stake holding, socio-communal, anarcho-capitalist, sharecropping, fair-trade, collectivist syndicate" if it makes you happy.

## What does Lulu TV do?

The gist is: Lulu TV drives internet creativity... because Lulu TV pays creators. It's an internet video channel. It's a podcast maker. It's your own radio station. You upload stuff. Anything. We process it into every conceivable consumable, useable, viewable format. We syndicate it.

People view it, rate it, share it, praise it, link it and tell the world, their brother or transvestite lover what they think of it. Some videos are very popular. Some aren't (possibly because they're rubbish--who knows?).

On Lulu TV, popularity can pay, because content makers can set up a Shareholder account, for FREE.

## How does that work?

Shareholders just enter their tax info. 80% of the advertising revenue for the site goes into a cash pool. At the end of the month, all shareholders share in the pool. Let's say Lulu TV videos attracted 1M Viewers in one month. If you got 10,000 of those, that's 1%. So you get 1% of the cash pool.

mmmmm, Cash.

## What if I don't want to get paid?

You don't have to. You can still join Lulu TV for FREE, just don't mark any of your videos eligible for payment. Which could be very good for your ego, but bad for your wallet.

What if you stuck up a stunningly popular video, and you weren't a shareholder? You'd get neither jack, nor squat.

## Why does this about page read like a FAQ?

FAQ you! That's why!

## That's it?

That's it. Become a Shareholder. Or go upload something. Or watch something. Seriously. Go on, git!

conversion guide | sponsors | contact | forums | about | faq | feeds | lulu.com

FEED | FEED | FEED | SUBSCRIBE

Copyright 2006-2007 lulu.tv

GO

## What file formats do you want?

Upload a Flash video (.flv or .swf) or MPEG-4 (.mp4, .mov). Most AVI, QT and WMV files should work. So should H.264. RealMedia? Not so much. Up to 100M for free accounts, and up to 200M for Shareholder accounts. We convert it to a Flash video, iPod/iTunes/PSP ready MP4, and cell-phone ready 3GP.

## What sort of content do you want?

Whatever you've got. A short, parody, commercial, fan fiction, mash-up, vlog, machinima and what have you. No pr0n, or any of the old ultra violence. Other than that, post until your heart's content.

## What is a "Shareholder"?

It's how you get paid. Basically, we throw 80% of the site's total ad revenue into a pool. You get paid based on how much of the total traffic you owned for the month. This is no contest, and no crap shoot, everyone who gets any traffic will get something. The folks who do the best job of driving traffic to their clips get paid more. You can only get paid for

your own content, so don't become a shareholder if all you post is "Family Guy" clips.

## Why are you doing this?

We think if we give enough loot support to the best video creators, that we will move up a notch on the guestlist to Valhalla. Or we are out to make the world a better place. Whichever, we're giving disk space, bandwidth and cash to support the best Internet video creators and letting everyone else watch for free. Who cares why?

## Why do you use Creative Commons licensing?

Because it's awesome. It keeps the relationship between you and your audience. No gestapo tactics, no arresting ten year old "pirates."

## Don't other sites do this sort of thing?

Not like this.

## Are you thinking of supporting other media formats?

Yes... yes, we are thinking about it.

## Wasn't this place called 32ndTV?

It was indeed. As luck would have it that was a really gnarly URL for folks to remember.

Lulu, our sugar daddies, assimilated us. We are the Lulu.

conversion guide | sponsors | contact | forums | about | faq | feeds | lulu.com

Copyright 2006-2007 lulu.tv