# EXHIBIT C

Dockets.Justia.com

# PodGuide.TV A guide to the best video content for your iPod.

Search

Go

Browse by category

Advertising (13)
Animation (40)
Arts & Entertainment (34)
Directories (24)
Educational (10)
Factual (21)
Fashion (10)
Food & Drink (13)
Hardware (15)
Hobbies (15)
How to... (37)
Humor (76)
Kids (13)
Movies (31)
Music Videos (28)
News (35)
Podcaster's Choice (8)
Science Fiction (11)
Short Films (32)
Software (30)
Sport & Fitness (34)
Technology (39)
Television (46)
Top 20 Podcasts (20)
Travel (15)
Video Podcasts (64)

***For Adult content, check out our sister site - Forbidden Podcasts***

« iTod | Home | ReFrederator »

## Lulu.TV

While community video sites like **YouTube**, **Google Video** and **Vidilife** continue to surge, very few of them make that content available for easy download or subscription, especially in iPod compatible format. Enter **Lulu.TV**, a similar video hosting arena, but one that also has an RSS feed to push out MPEG clips. Not ALL of them are iPod compatible, but most are, and there are so many every week, you'll have more than enough to watch - from TV comedy skits, to music videos and viral shorts.

SUBSCRIBE
with iTunes

SUBSCRIBE
with iTunes

XML
SUBSCRIBE
via XML

**Recent Entries**

Postscript: Ford Bold Moves
And in the end, the love you take is equal to the love you make
Podgrunt
Hope is Emo
Gardening with Ciscoe
Nike:The Run to 300
Podcaster's Choice: PodGuide.TV
Reality Remix
Deadwood Video Podcast
And...... we're back

**Got a tip?**

Email us at tips@podguide.tv.

If we feature your video, you get to display this seal of approval on your site:

Subscribe to our RSS feed.

Posted on April 14, 2006 | Tags: **Directories**

**Reader Comments**

Just a little update. Most of our MP4 conversions should work with the iPod now, and most posts should have an MP4.

We also launched a business model to let vloggers and vodcasters get paid based on virality, without using ads.

www.lulu.tv/about.php

--jeremy

Posted by Jeremy Hogan.

Pod..uide.tv is an independent guide to the best video content for your iPod, and is not endorsed or affiliated with Apple Computer, Inc in any way

iPod, iTunes, Macintosh and the Apple logo are the property of Apple Computer, Inc.
©2005 All Rights Reserved

Site Tempts Video Makers by Offering to Pay Them - New York Times

Page 1 of 4

HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS

Welcome, catkepr Member Center Log Out TimesSelect Free 14-Day Trial

The New York Times

Technology

E-MAIL

Technology All NYT Search

WORLD U.S. N.Y. / REGION BUSINESS TECHNOLOGY SCIENCE HEALTH SPORTS OPINION ARTS STYLE TRAVEL JOBS REAL ESTATE AUTOS

PRINT

REPRINTS

SAVE

CAMCORDERS CAMERAS CELLPHONES COMPUTERS HANDHELDS HOME VIDEO MUSIC PERIPHERALS WI-FI

E*TRADE

NETFLIX Click here

# Site Tempts Video Makers by Offering to Pay Them

By PETER WAYNER
Published: July 3, 2006

If creators of homemade Internet video get tired of producing something for nothing, they can post their work on Lulu.tv.

Enlarge this Image

The Web site, which lets people upload and watch video clips, said last week that it would begin charging a $14.95 monthly fee for a "pro" account and putting 80 percent of that money into a special fund. Each month the money will be distributed among the video creators, with the biggest share going to the person who attracted the most viewers.

Free accounts with fewer features will be available, but those users will not share in the revenues. To get the process moving, the company is priming the pot with $5,000.

Other video sites are trying different approaches to bringing in cash. YouTube, the most popular of the genre, has a deal with NBC to promote its new television shows on a special section of the site. Revver.com will share 50 percent of its advertising revenue with those

More Articles in Technology »

Circuits E-Mail

Sign up for David Pogue's exclusive column, sent every Thursday. See Sample
chunt@hunton.com Sign Up
Change E-mail Address | Privacy Policy

A little knowledge is a powerful thing.

Bank of America
Bank of Opportunity

http://www.nytimes.com/2006/07/03/technology/03lulu.html?ex=1189051200&en=9e1d0db90df5281d&ei=5070

9/4/2007

Bob Young, the chief executive of Lulu Enterprises, is experimenting with ways to generate revenue with content created by Internet users

who post videos there.

Bob Young, the chief executive of Lulu Enterprises who also started the open source software company Red Hat, said Lulu.tv was an experiment inspired by the traditional television broadcasting world, where the networks buy shows from producers, and shows succeed or fail based on the ratings.

"The problem with that model is that it's very capital-intensive and it's so limited," he said. "On the Internet, there's an infinite number of channels. There's no reason why there can't be several hundreds of different 'Friends'-like shows because the market is so vast."

Lulu Enterprises also runs a print-on-demand bookstore (www.lulu.com) that pays 80 percent royalties to authors after they pay a binding fee and small per-page charge. Authors are responsible for their own editing and publicity.

Mr. Young said he wanted to find the most efficient way to get money directly into the hands of the people who created the most interesting videos, while working to block people who inflated their ratings with fake clicks.

Fred Vanderpoel, a creator of television commercials based in Hawaii, has posted lyrical videos on Lulu.tv in his off hours, documenting a triathlon and people like the musician Calvin Keys. He said the promise of payment would be a welcome incentive. "I'm interested in anything that will make money," he said.

But he said he was not yet sold on setting up a pro account. "I don't know if I would spend

**Blogs**

**Screens**

In her new blog on Web video, Virginia Heffernan on Paris Hilton as Web video icon, and an excellent new online sitcom.

Go to Blog ?

**MOST POPULAR - TECHNOLOGY**

1. Software via the Internet: Microsoft in 'Cloud' Computing
2. Microsoft Favored to Win Open Document Vote
3. Link by Link: Whiting Out the Ads, but at What Cost?
4. Novelties: Do the Mash (Even if You Don't Know All the Steps)
5. Texas Startup Says It Has Batteries Beat
6. Prototype: A Tool to Organize Our Many Organizers
7. Who Founded Facebook? A New Claim Emerges
8. Basics: Not All HDTVs Can Keep Up With the Action
9. Hey, Who's He? With Gwyneth? The Google Guy
10. Gadget Maker or Service Provider? Firms Start to Overlap

Go to Complete List ?

The New York Times

You got it.

Advertisements

The New York Times Small Business

money to make money," he said.

Jon Gibs, the director of media analytics at Nielsen/NetRatings, said he was enthusiastic about the Lulu experiment. "If this ends up being a successful model, they could quite easily be making money off of advertising, and even move to a subscription model if it's high quality," he said.

The pro accounts might also help cut down on the number of junk videos found on other sites, Mr. Gibs said.

There will not be any advertising on the initial version of Lulu.tv. For now, Mr. Young said, the model should be as simple as possible. "Like any experiment, if you try to do too many things at once, it's hard to study the feedback," he said. "The more focused the experiment, the easier it is to see what works."

More Articles in Technology »

**Need to know more? 50% off home delivery of The Times.**

**Related Articles**

- ADVERTISING; Hey, Gay Spender, Marketers Spending Time With You (June 26, 2006)
- MEDIA FRENZY; Waiting for the Dough on the Web (June 25, 2006)
- Basics; A Way to View 'Desperate Housewives' While Cruising the Nile (June 22, 2006)
- Fitfully Blending Papers And TV (June 19, 2006)

**Related Searches**

- Computers and the Internet
  Television
- Finances
- YouTube.com

Site Tempts Video Makers by Offering to Pay Them - New York Times

Page 4 of 4

TimesSelect

Roberts: Two Titans Are Set to Meet

HEALTH »

Early Action Crucial to Hearing Success

TimesSelect

Haberman: A Labor Day Labor Forgot to Celebrate

STYLE »

Before Models Can Turn Around, Knockoffs Fly

U.S. »

As Support Lags, Colleges Tack on Student Fees

WORLD »

Congo by Rail: Filthy, Crowded and Dangerous

Home World U.S. N.Y. / Region Business Technology Science Health Sports Opinion Arts Style Travel Jobs Real Estate Automobiles Back to Top

Copyright 2006 The New York Times Company Privacy Policy Search Corrections XML Help Contact Us Work for Us Site Map

http://www.nytimes.com/2006/07/03/technology/03lulu.html?ex=1189051200&en=9e1d0db90df5281d&ei=5070

9/4/2007

newsobserver.com | Site takes video to the people

Page 1 of 3

# News & Observer | newsobserver.com | Site takes video to the people

## Business

**Topics:**

**Columnists:**

**Stocks:**

---

Published: Jul 04, 2006 12:30 AM
Modified: Jul 04, 2006 01:52 AM

## Site takes video to the people

http://www.newsobserver.com/104/story/457323.html

9/4/2007

# Venture created by Red Hat's founder lets amateurs post clips, win money

**JOHN MURAWSKI, Staff Writer**

A Morrisville self-publishing venture, Lulu.com, has formed an Internet video cooperative that will pay filmmakers whose homemade videos register the most online visits.

The new feature on Lulu.tv was introduced last week as a business model to bypass Hollywood and other syndicates that control access to getting films made and distributed. Lulu's founder, free-market enthusiast Bob Young, founded Red Hat, the open-source software company in Raleigh that allows users to modify the programming code without violating copyright.

Lulu.tv is one of an increasing number of free Internet sites dedicated to private videos and films. The sites have gained in popularity with the spread of high-speed Internet connections.

Anyone can post video clips at Lulu.tv, as long as the material is not violent or pornographic. The company's team of moderators -- about five interns aged 22 to 25 -- pick their favorites to showcase on Lulu's home page. The rest can be viewed by category, such as animation, artsy, cutesy, geek, parody, twisted and weird.

But Lulu.tv is trying to differentiate itself from popular video sites such as Youtube.com and Metacafe.com. Lulu wants to host video content that will be viewed by a larger audience, not just homemade clips for family and friends.

Toward that end, Lulu has added a financial incentive to reward talent by creating a new class of members who pay $14.95 a month into a communal pot that will be distributed to the makers of videos that generate the most online traffic. Lulu.tv will keep 20 percent of the money as an administrative fee and distribute the rest. The video that gets 10 percent of the traffic will net 10 percent of the fund. Lulu.tv, which has gained 15 paying members so far by word-of-mouth, is seeding the pot with $5,000.

"The general public is the rating system," Young said. "The videographers are paid based on the popularity of their videos."

Lulu was formed in 2002 to let people publish electronic or print editions of books. The company has produced 55,000 self-published books and employs 60 people, 45 of them in Morrisville.

Wilmington filmmaker Rob Hill signed up with Lulu.tv to gain exposure for his video work. Hill directed "The Fort Fisher Hermit," a 2004 documentary about the mysterious disappearance of a local recluse. The documentary is available on DVD from Lulu.com.

"I'll spend 2 to 3 hours just surfing video on" lulu.tv, Hill said.

Hill doesn't expect to strike it rich with Lulu.tv and considers the monthly fee as a cost of doing business. But the occasional home video that achieves cult status and is viewed over and over by millions of people worldwide could come out smelling like roses.

Each month, paying members will tell Lulu which videos they want to enter in the contest. They can enter multiple videos, month after month.

The popularity of the videos, which determines how the money is distributed, will be calculated using a formula, said Lulu engineer James McDermott. The public won't know which videos, out of the hundreds on the site, have been entered in the contest that month.

Video producers can't inflate their score by repeatedly clicking on their own film, but they are encouraged to rack up points by generating traffic at the site.

"The people who'll be successful on Lulu are people who bring an audience with them," Young said. "If you have 10,000 friends and they're willing to watch your lame video, then yes, you can scam Lulu and get paid more than some who don't have 10,000 friends."

**Staff writer John Murawski can be reached at 829-8932 or murawski@newsobserver.com.**

© Copyright 2007, The News & Observer Publishing Company

A subsidiary of The McClatchy Company



Hamilton Spectator - News

Page 1 of 3

Thursday, August 30, 2007 | Today's Paper
MANAGE
thespec.com
The Hamilton Spectator
HOME NEWS SPORTS GO A & E OPINION MULTIMEDIA COLUMNS & BLOGS OBITUARIES
Local | Canada/World | Business | Discover | Special Reports | Weather

- Local News
- Local Columnists
- Canada / World
- Canada / World Columnists
- National Wire
- World Wire
- Opinions
- Letters to the Editor
- Business
- Business Columnists
- Business Wire
- Discover
- Editorial Cartoon
- Special Reports
- Today's PDF Pages

14-day Search

# LULU OF AN IDEA?

**Ticats owner hopes to cash in on aspiring videomakers with new website**

**By Naomi Powell**
**The Hamilton Spectator**
(Aug 16, 2006)

Hamilton Spectator File Photo

Bob Young is counting on the lure of a cash pool to attract a committed group of video creators to Lulu.tv.

Bob Young is no cinephile.

Oh, he likes the odd movie as much as the next guy.

But a passion for film, the Ticat owner and multimillionaire wants to make clear, is not the driving force behind his latest business venture, Lulu.tv.

What gets Young going is the idea -- a website that not only lets aspiring videomakers upload amateur video clips, but actually pays the creators of the most popular videos.

"Is it a viable model? I have no idea," Young said yesterday. "I do think its a problem if the guys who create the videos can't be paid and if Lulu doesn't come up with the solution someone will."

For $14.95 US a month, users sign up for a "pro" account that allows them to post as much of their work as they wish. Lulu keeps 20 per cent of the fee pool and contributes the rest to a fund which is divvied up monthly among the members whose work has received the most views.

It's a business model that sets Lulu.tv apart from ad-based video sites like YouTube.com and Google, which rely on traditional web advertising. Its also a model that, in spirit at least, is not unlike Young's self-publishing venture Lulu.com

http://www.hamiltonspectator.com/NASApp/cs/ContentServer?pagename=hamilton/Layo... 8/30/2007

-- where aspiring authors can print their work on demand, receiving 80 per cent royalties after they pay a binding fee and per page charge.

Lulu.com is expected to rake in $15 million US in revenue this year, up from $5 million in 2005. Lulu.tv, is still in the experimental stage, but it's growing at a rate of 10 per cent per day, said Young.

Whether Lulu.tv will experience the same success as its publishing sister site is a question mark, observers say.

"The average person spends six minutes per month on video-sharing sites," said Frank Barnako, a founder and Internet business columnist for Dow Jones MarketWatch.com. "I don't know how you make money out of that. I'm waiting to see the business value in video blogging and I don't see it yet."

Barnako points to YouTube.com as an example of a site which hasn't turned its heavy traffic into equally heavy profits.

"YouTube is serving so much content and showing so few ads, everybody's wondering how they're paying the bills," he said. "It costs money to send that content out."

Barnako also questions how many videomakers will be willing to pay to post their content on Lulu.tv, although he suspects the fee will likely have the beneficial side-effect of weeding out low-quality dreck from the field.

Which is exactly what Young, who also founded the Linux open source software company Red Hat, has in mind. He's counting on the spirit of competition and the lure of the cash pool to draw a more committed group of video creators.

"We want to attract serious filmmakers, people who are trying to do interesting things with film," he said. "If you're looking to take a video of your buddy falling off his bike and hitting his head, then that belongs on YouTube."

That in mind, Lulu.tv has already been aggressive in luring well-known creators of Internet video or "viral video," snippets of video that are spread through e-mail and other non-conventional means. A few months ago, Lulu engineers tracked down well-known Internet videomaker David Broad to create some short clips bookended with Lulu ads. At the time, Broad posted most of his popular special-effects driven flicks on YouTube.

His posts quickly became a hit on the Lulu.tv site, earning Broad the lion's share -- $3,966.17 US to be exact -- of the first cash pool awarded to creators. For Broad, who has spent years toiling over his films in his Manchester home, it was a rare payday. To keep it all honest, Young says Lulu.tv has put extensive effort into preventing "click fraud," in order to rebuff people who attempt to boost their own view counts.

"Obviously, I hope Lulu will catch on," Broad said yesterday. "Basically none of us who do this get any money for all of the time we put into these things."

npowell@thespec.com

905-526-4620

---

Printer friendly page

Home
Today's pdfs
News
Local
Canada/World
Business
Discover
Special Reports
Weather

Sports
NHL
MLB
NBA
NFL
Sports Wire

GO
Life Wire
Food
Health/Fitness
Style
Burlington Life
Go@Home
Traveller

A & E
Entertainment Wire
Events
People
Books
Movies
Jamilton
Restaurant Reviews

Opinions
Letters to the Editor
Specthread blog

Multimedia

Columns & Blogs

Obituaries

Wheels
Local Automotive
Wheels.ca

Metroland Media Group Ltd. (West) Websites: Hamilton Spectator | The Record | Guelph Mercury

Spec.com | Contact Webmaster | Privacy Policy

Hamilton Spectator: About Us | Contact us | FAQ | Carrier Application | Community Partnerships | Subscribe Now

Advertise With Us: Media Kit

Initiatives: Newspaper in Education | The Pulse |

Metroland West Media Group
DIGITALMEDIACENTRE

?Copyright 2007 Metroland Media Group Ltd All rights reserved The reproduction, modification, distribution, transmission or republication of any material from www thespec.com is strictly prohibited without the prior written permission of Metroland Media Group Ltd.

