# EXHIBIT D




Return to Search

lulu.com
has been registered by:

MarkMonitor.com - The Leader in Corporate Domain Management

For Global Domain Consolidation, Research & Intelligence
and Enterprise DNS, go to: www.markmonitor.com

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. MarkMonitor.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
Lulu.com
(DOM-1521821)
860 Aviation Pkwy Ste 300
Morrisville
NC
27560
US

Domain Name: lulu.com

Registrar Name: Markmonitor.com
Registrar Whois: whois.markmonitor.com
Registrar Homepage: http://www.markmonitor.com

Administrative Contact:
DNS Admin
(NIC-14544669)
Lulu.com
860 Aviation Pkwy Ste 300
Morrisville
NC
27560
US
hostmaster-dn@lulu.com
+1.9194595858
Fax- +1.9194595867
Technical Contact, Zone Contact:

```
DNS Admin
(NIC-14544669)
Lulu.com
860 Aviation Pkwy Ste 300
Morrisville
NC
27560
US
hostmaster-dn@lulu.com
+1.9194595858
Fax: +1.9194595867

Created on..............: 1995-Aug-09
Expires on..............: 2012-Jan-04
Record last updated on..: 2006-Dec-30 02:34:32

Domain servers in listed order:

PDNS1.ULTRADNS.NET
PDNS5.ULTRADNS.INFO
PDNS2.ULTRADNS.NET
PDNS6.ULTRADNS.CO.UK
PDNS3.ULTRADNS.ORG
PDNS4.ULTRADNS.ORG
```

MarkMonitor.com - The Leader in Corporate Domain Management

For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com

New registrations viewable within 24 hours

Copyright ©1996 - 2003 Netmode ®