# EXHIBIT F

Dockets.Justia.com

Page 1 of 1









**hulu**
Sign up for an invite to the Hulu private beta, coming in October.

enter your email address

e-mail address will only be used for the private beta. <u>Find out more</u>








Home  |  <u>Hulu Terms of Use</u>  |  <u>Hulu Privacy Policy</u>

A Hulu hello

August 29th, 2007

Welcome to Hulu! Our passionate and growing team here has been very hard at work on a service that we're quite excited about. We'll keep you updated with news as we go along.

The first bit of news we'd like to share is that we have a name: Hulu.

Why Hulu? Objectively, Hulu is short, easy to spell, easy to pronounce, and rhymes with itself. Subjectively, Hulu strikes us as an inherently fun name, one that captures the spirit of the service we're building. Our hope is that Hulu will embody our (admittedly ambitious) never-ending mission, which is to help you find and enjoy the world's premier content when, where and how you want it.

The second bit of news is that we are now accepting sign-ups at hulu.com for invitations to our web site's private beta. The Hulu private beta will be available in October. In the interest of delivering a great customer experience and making sure that we can address any feedback that comes along the way, we're going to start small and grow iteratively in terms of the volumes of people that we invite to participate in the beta. Within that same timeframe, we will also be offering great programming through our distribution partner sites: AOL, Comcast, MSN, MySpace, and Yahoo.

Ok, now it's time for all of us at Team Hulu to get back to work! Don't forget to register your email address for the upcoming private beta.

Jason Kilar
CEO, Hulu
jason.kilar@hulu.com

Home   |   Hulu Terms of Use   |   Hulu Privacy Policy