# EXHIBIT G

Dockets.Justia.com

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-08-30 18:09:42 ET

Serial Number: 77261931 Assignment Information

Registration Number: (NOT AVAILABLE)

Mark

# HULU

(words only): HULU

Standard Character claim: Yes

Current Status: Newly filed application, not yet assigned to an examining attorney.

Date of Status: 2007-08-27

Filing Date: 2007-08-22

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 011 -Initial Review/Serialization Branch(Mailroom)

Date In Location: 2007-08-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. N-F NewSite, LLC

Address:
N-F NewSite, LLC
12312 West Olympic Boulevard

Los Angeles, CA 90064
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

### GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Recordable and pre-recorded media, namely, DVDs, CDs, music video interactive discs (MVIs), video and audio cassettes, laser discs; digital media, namely, streaming or downloadable audio-visual content in the fields of news, entertainment, sports, comedy, drama, music, and music videos; computer software, namely, downloadable players for audio-visual content, software tools for editing of audio-visual content, video search and annotation software, content protection software, ad tracking and optimization software, video game software, interactive game programs, software platform for providing programmatic interfaces for third parties to access website content and data
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
Address books; appointment books; pens; binders; bookmarks; books, magazines, newsletters, and periodicals in the fields of general entertainment, news, music, films, television, and sports; bumper stickers; calendars; stationery; gift cards; gift wrapping paper; globes; greeting cards; guest books; maps; memo pads; modeling clay; newspapers; note paper; notebooks; notebook paper; paper tableware; pencils; pen and pencil cases photograph albums; posters; writing paper; writing implements
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
All purpose sport bags; athletic bags; backpacks; beach bags; book bags; calling card cases; change purses; coin purses; duffel bags; gym bags; handbags; knapsacks; key cases; leather key chains; luggage tags; overnight bags; purses; satchels; textile, mesh, and leather shopping bags; tote bags; umbrellas; wallets
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
Clothing, namely, bandanas, beachwear, belts, coats, dresses, footwear, gloves, hosiery, jackets, jeans, jerseys, kerchiefs, sleepwear, pants, panty hose, rainwear, robes, scarves, shorts, shirts, slippers, sweaters, sweat pants, sweatshirts, swimsuits, tank tops, t-shirts, underwear, vests, wrist bands; footwear; headwear, namely, hats, caps, visors, headbands
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 028
**Class Status:** Active
Action skill games; arcade games; board games; card games; balls; balloons; manipulative games; playing cards; video games; interactive games; toys and playthings; sports equipment
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
Business-to-business advertising; online banner advertising and marketing services; online retail services featuring streaming or downloadable audio-visual content in the fields of news, entertainment, sports, comedy, drama, music, and music videos
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 038
**Class Status:** Active
Broadcasting and streaming of audio-visual content in the fields of news, entertainment, sports, comedy, drama, music, and music videos via a global computer network; transmission of downloadable audio-visual content in the nature of full-length, partial-length, and clips from motion pictures, television programming, videos, music videos, and music; transmission of video and interactive games; podcasting and webcasting services; online forums, chat rooms, listservs and blogs over the Internet; providing online electronic bulletin boards for transmission of messages among users in the field of general interest; web messaging services; video-on-demand transmission services
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 041
**Class Status:** Active
Education and entertainment services, namely online services providing audio-visual content in the fields of news, entertainment, sports, comedy, drama, music, and music videos; providing interactive online games; providing online information via a global computer network on the subjects of motion pictures, television programming, videos, music videos, and music; providing online interactive resource and programming guides on the subjects of motion pictures, television programming, videos, music videos, and music; electronic publishing services, namely publication of text, graphics, photographs, images, and audio-visual work of others; online electronic publishing services, namely publication of audio-visual content of others; online; production, distribution, and rental of audio-visual works in the fields of news, entertainment, sports, comedy, drama, music, and music videos; rental of video games; production of video and computer game software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Computer services, namely, providing a website featuring audio-visual content in the fields of news, entertainment, sports, comedy, drama, music, and music videos; providing a website featuring video and

interactive games; hosting of digital content on the Internet; hosting and maintaining an online community featuring audio-visual content in the fields of news, entertainment, sports, comedy, drama, music, and music videos; providing programmatic interfaces for third parties to access website content and data

**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-08-27 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Curtis Krechevsky

**Correspondent**
CURTIS KRECHEVSKY
CANTOR COLBURN LLP
55 GRIFFIN RD S
BLOOMFIELD, CT 06002-1353
Phone Number: 860-286-2929
Fax Number: 860-286-0115