# EXHIBIT H

Dockets.Justia.com

The Big Whois - Domain Name Lookup and Registration





**Lookup Results**

Return to Search

hulu.com
has been registered by :

Get a FREE domain name registration, transfer, or renewal with any annual hosting package
- or just $8.95 with monthly packages

http://www.networksolutions.com

Visit AboutUs.org for more information about HULU.COM
AboutUs: HULU.COM

Registrant:
WEI, EUGENE
ATTN: HULU.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

Domain Name: HULU.COM

Administrative Contact, Technical Contact:
WEI, EUGENE pp7px7sb4zm@networksolutionsprivateregistration.com
ATTN: HULU.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
570-708-8780

Record expires on 22-Feb-2011.
Record created on 21-Feb-1997.
Database last updated on 31-Aug-2007 16:57:42 EDT.

Domain servers in listed order:

USE9.AKAM.NET
USW1.AKAM.NET
NS1-24.AKAM.NET
NS1-210.AKAM.NET
AUS1.AKAM.NET 144.135.8.182
ASIA1.AKAM.NET
ASIA2.AKAM.NET
ASIA3.AKAM.NET

This listing is a Network Solutions Private Registration. Mail

The Big Whois - Domain Name Lookup and Registration

correspondence to this address must be sent via USPS Express Mail(TM) or
USPS Certified Mail(R); all other mail will not be processed. Be sure to
include the registrant's domain name in the address.

New registrations viewable within 24 hours.

Copyright ©1996 - 2003 Netmode ®