IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 07-347

| | |
|---|---|
| LULU ENTERPRISES, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| N-F NEWSITE, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| HULU TECH, INC. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3,

**Lulu Enterprises, Inc.,** who is the plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity ?
( ) Yes (X) No

2. Does party have any parent corporations ?
( ) Yes (X) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity ?
( ) Yes (X) No

If yes, identify all such owners: _____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3) ?
( ) Yes (X) No

If yes, identify entity and nature of interest:_____
_____

Dated: September 5, 2007

                                        s/ Leslie C. O'Toole
                                        Leslie C. O'Toole
                                        N.C. Bar No. 13640
                                        Thomas H. Segars
                                        N.C. Bar No. 29433
                                        Ellis & Winters LLP
                                        P.O. Box 33550
                                        Raleigh, North Carolina 27636
                                        (919) 865-7000
                                        *Counsel for the Plaintiff*
                                        *Lulu Enterprises, Inc.*