UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:07-CV-347

| | |
|---|---|
| LULU ENTERPRISES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| N-F NEWSITE, LLC, and ) | |
| HULU TECH, INC., ) | |
| ) | |
| Defendants. ) | |

Thomas H. Segars with the law firm of Ellis & Winters, LLP, hereby give notice that he is appearing on behalf of plaintiff Lulu Enterprises, Inc. in the above captioned action.

This the 5th day of September, 2007.

/s/ Thomas H. Segars
Thomas H. Segars
NC State Bar No. 29433
ELLIS & WINTERS, LLP
1100 Crescent Green, Suite 200
Cary, North Carolina 27518
Telephone: 919-865-7000
Facsimile: 919-865-7010