UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:07-CV-347-D

| | |
|---|---|
| LULU ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | **MEMORANDUM IN SUPPORT** |
| ) | **OF PLAINTIFF'S** |
| ) | **MOTION FOR TEMPORARY** |
| ) | **RESTRAINING ORDER** |
| v. ) | |
| ) | |
| N-F NEWSITE, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| HULU TECH, INC., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiff Lulu Enterprises, Inc. ("Lulu") has moved this Court for a temporary restraining order. The precise terms of the desired order are set forth in the accompanying Motion for Temporary Restraining Order. The reasons for granting the motion are, for the most part, the same as the bases for the granting of a preliminary injunction. In the interests of brevity, therefore, Lulu incorporates by reference its Memorandum of Law in Support of Motion for Preliminary Injunction and the authorities cited therein, and the Affidavit of Robert Young ("Young Aff.") being filed contemporaneously herewith.

In addition, Lulu submits that the issuance of a temporary restraining order is the only means of avoiding irreparable harm to its business. Defendants have announced

their intention to begin Beta testing their services using the infringing HULU name and marks in October, 2007. See Young Aff. ¶ 10; Compl Ex. F. Thus, under Local Civil Rule 7.1, EDNC, Lulu's motion for preliminary injunction is unlikely be briefed, argued, and ruled upon in time to adequately protect Lulu against the continuing and irreparable harm to its business threatened by Defendants' announced plans.

## CONCLUSION

For the reasons set forth herein, and for all of those set forth in Lulu's Memorandum in Support of Motion for Preliminary Injunction, Lulu respectfully requests that the Court impose a temporary restraining order containing the terms specified in the accompanying Motion for Temporary Restraining Order.

Respectfully submitted this the 10th day of September, 2007

ELLIS & WINTERS LLP


/s/ Leslie C. O'Toole
Leslie C. O'Toole
N.C. Bar No. 13640
Thomas H. Segars
N.C. Bar No. 29433
Ellis & Winters LLP
P.O. Box 33550
Raleigh, North Carolina 27636
(919) 865-7000
*Counsel for the Plaintiff*
*Lulu Enterprises, Inc.*