# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## CASE NO. 5:07-CV-347-D

| | |
|---|---|
| LULU ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>N-F NEWSITE, LLC, )<br>)<br>and )<br>)<br>HULU TECH, INC., )<br>)<br>Defendants. )<br>) | NOTICE OF DEPOSITION OF<br>DEFENDANT N-F NEWSITE, LLC<br><br>(PURSUANT TO F.R.C.P. 30(b)(6) AND<br>COURT ORDER ALLOWING<br>EXPEDITED DISCOVERY) |

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and the Court's Order granting Plaintiff leave to conduct limited discovery on an expedited basis, please take notice that on September 18, 2007, beginning at 2:00 p.m., Plaintiff will conduct the deposition, under oath, of Defendant N-F NewSite, LLC at the offices of Ellis & Winters LLP, 1100 Crescent Green Dr., Suite 200, Cary, North Carolina 27511 by oral examination of witness(es) designated by N-F NewSite, LLC to testify on its behalf concerning the following subjects:

(1)   The past, current, and intended future use of the names "Hulu", "HULU", and/or "HULU.COM" by any Defendant (including, without limitation, the markets any Defendant has served, is serving, or intends to serve using any such names and the goods or services any Defendant has offered, is offering, or intends to offer using any such names);

(2)   N-F NewSite, LLC's decision to do business under the names "Hulu", "HULU", and/or "HULU.COM";

(3)   The decision of any other individual or entity to do business under the names "Hulu", "HULU", and/or "HULU.COM";

(4)   N-F NewSite, LLC's application to the United States Patent and Trademark Office seeking to register the "HULU" mark;

(5)   the organization and ownership structure of N-F NewSite, LLC and its affiliates;

(6)   N-F NewSite, LLC's relationships and/or dealings with any branding, marketing, public relations or similar firm or agency regarding the use of the names "Hulu", "HULU", and/or "HULU.COM";

(7)   The Defendants' interests in and/or rights to the domain www.hulu.com; and

(8)   N-F NewSite, LLC's relationships and/or dealings with Hulu Tech, Inc. and/or Hulu Consulting.

Pursuant to the Court's Order granting Plaintiff leave to conduct limited discovery on an expedited basis, the deposition shall be limited in time to one hour and shall be limited to examination relating to the above-listed subjects. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the person(s) designated by N-F NewSite, LLC under Rule 30(b)(6) should be prepared to testify as to such matters known or reasonably available to N-F NewSite, LLC. N-F NewSite, LLC is requested to provide plaintiff's counsel a written designation of the names and positions of the persons designated to testify concerning the matters set forth above, and, for each person, the matter on which he or she will testify.

.       The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths and will be used for all purposes allowed by law.  The deposition will be recorded by stenographic and/or videotaped means.  The oral examination will continue from day to day until its completion.  The taking of this limited and expedited deposition shall not affect the plaintiff's ability to conduct another, full deposition of this witness during discovery on the merits.

This the _____ day of _____, 2007.

        ELLIS & WINTERS LLP

        By: _____
           Leslie C. O'Toole
           N.C. Bar No. 13640
           Thomas H. Segars
           N.C. Bar No. 29433
           Ellis & Winters LLP
           P.O. Box 33550
           Raleigh, North Carolina 27636
           (919) 865-7000
           *Counsel for the Plaintiff*
           *Lulu Enterprises, Inc.*