Lulu Enterprises, Inc. v. N-F Newsite, LLC et al                                                                    Doc. 13

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

### CASE NO. 5:07-CV-347-D

|  |  |
|---|---|
| LULU ENTERPRISES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| N-F NEWSITE, LLC, | ) |
| and | ) |
| N-F, INC., | ) |
| Defendants. | ) |

### NOTICE OF MAILING

The undersigned counsel for Plaintiff Lulu Enterprises, Inc. hereby certifies that copies of the following documents filed with this Court in the above-captioned matter, together with copies of all exhibits thereto, were sent on September 10, 2007 by United States mail certified, return receipt requested, to the Defendants at the addresses listed in the summonses issued in this action:

(1) Motion for Temporary Restraining Order (Docket Entry No. 6);

(2) Memorandum of Law in Support of Motion for Temporary Restraining Order (Docket Entry No. 7);

(3) Motion for Preliminary Injunction (Docket Entry No. 8);

(4) Memorandum of Law in Support of Motion for Preliminary Injunction (Docket Entry No. 9);

(5) Motion to Expedite Limited Discovery (Docket Entry No. 10);

Dockets.Justia.com

(6) Memorandum of Law in Support of Motion to Expedite Limited Discovery (Docket Entry No. 11); and

(7) Affidavit of Robert Young (Docket Entry No. 12).

Respectfully submitted, this the 10th day of September, 2007.

ELLIS & WINTERS LLP

By: /s/ Thomas H. Segars
Leslie C. O'Toole
N.C. Bar No. 13640
Thomas H. Segars
N.C. Bar No. 29433
Ellis & Winters LLP
P.O. Box 33550
Raleigh, North Carolina 27636
(919) 865-7000
*Counsel for the Plaintiff*
*Lulu Enterprises, Inc.*