IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

     Plaintiff,

vs.

N-F NEWSITE, LLC,          **NOTICE OF APPEARANCE**

and

HULU TECH, INC.,

     Defendants.

PLEASE TAKE NOTICE that Hayden J. Silver, III, of the law firm of Kilpatrick Stockton LLP, 3737 Glenwood Avenue, Suite 400, Raleigh, North Carolina 27612, will appear as counsel for Defendants N-F Newsite, LLC and Hulu Tech, Inc.

The undersigned requests service of all pleadings, notices and calendars affecting this action.

This the 11th day of September, 2007.

       /s/ Hayden J. Silver, III

       Hayden J. Silver, III
       NC State Bar No. 10037
       jaysilver@kilpatrickstockton.com
       Betsy Cooke
       NC State Bar No. 25353
       bcooke@kilpatrickstockton.com
       KILPATRICK STOCKTON LLP
       3737 Glenwood Avenue, Suite 400
       Raleigh, NC 27612
       (919) 420-1700
       (919) 420-1800 (facsimile)

US2000 10298780.1

**CERTIFICATE OF SERVICE**

This is to certify that on this date the foregoing **Notice of Appearance** was electronically filed with the Clerk of the Court using the CM/ECF System which will send notice to the following CM/ECF participants:

>Leslie C. O'Toole
>leslie.otoole@elliswinters.com
>Thomas Hamilton Segars
>tom.segars@elliswinters.com

This the 11th day of September, 2007.

/s/ Hayden J. Silver, III

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700

US2000 10298780.1