IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

    Plaintiff,

vs.

N-F NEWSITE, LLC,                       **NOTICE OF APPEARANCE**

and

HULU TECH, INC.,

    Defendants.

PLEASE TAKE NOTICE that Betsy Cooke, of the law firm of Kilpatrick Stockton LLP, 3737 Glenwood Avenue, Suite 400, Raleigh, North Carolina 27612, will appear as counsel for Defendants N-F Newsite, LLC and Hulu Tech, Inc.

The undersigned requests service of all pleadings, notices and calendars affecting this action.

This the 11th day of September, 2007.

                                        /s/ Betsy Cooke

                                        Hayden J. Silver, III
                                        NC State Bar No. 10037
                                        jaysilver@kilpatrickstockton.com
                                        Betsy Cooke
                                        NC State Bar No. 25353
                                        bcooke@kilpatrickstockton.com
                                        KILPATRICK STOCKTON LLP
                                        3737 Glenwood Avenue, Suite 400
                                        Raleigh, NC 27612
                                        (919) 420-1700
                                        (919) 420-1800 (facsimile)

US2000 10298298.1

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing **Notice of Appearance** was electronically filed with the Clerk of the Court using the CM/ECF System which will send notice to the following CM/ECF participants:

>Leslie C. O'Toole
>leslie.otoole@elliswinters.com
>Thomas Hamilton Segars
>tom.segars@elliswinters.com

This the 11th day of September, 2007.

/s/ Betsy Cooke

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700

US2000 10298298.1