IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-347-D

| | |
|---|---|
| LULU ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>N-F NEWSITE, LLC, and )<br>HULU TECH, INC., )<br>)<br>Defendants. ) | **ORDER** |

Defendants shall file a response to plaintiff's motion for expedited discovery not later than 5:00 p.m. on September 13, 2007. In response, defendants shall state the date in October when the Hulu private beta will be available. Cf. Compl. ¶ 14 (Ex. F).

Plaintiff shall submit a proposed temporary restraining order not later than 5:00 p.m. on September 13, 2007. Defendants may file a response in opposition to plaintiff's motion for a temporary restraining order not later than 5:00 p.m. on September 14, 2007. Plaintiff may file a reply not later than noon on September 17, 2007. The court will hold a hearing on the plaintiff's motion for a temporary restraining order on September 19, 2007, at 10:00 a.m.

SO ORDERED. This 12 day of September 2007.

JAMES C. DEVER III
United States District Judge