AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

Lulu Enterprises, Inc., Plaintiff,
V.
N-F Newsite, LLC, et al, Defendants

**NOTICE**

CASE NUMBER: 5:07-cv-347-D

TYPE OF CASE:

X   CIVIL          CRIMINAL

X   TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| TERRY G. SANFORD FEDERAL BUILDING<br>310 NEW BERN AVENUE<br>RALEIGH, NORTH CAROLINA | 7TH Floor - Courtroom 1 |
| | DATE AND TIME<br>Wednesday, September 19, 2007; 10:00 a.m. |

TYPE OF PROCEEDING

Hearing on the plaintiff's motion for a temporary restraining order

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Dennis P. Iavarone, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 12, 2007
DATE

*Julie Richards Hurley*
(BY) DEPUTY CLERK

TO:  The Honorable James C. Dever, III         Courtroom Deputy Clerk
     Leslie C. O'Toole                          Court Reporter
     Thomas H. Segars                           CSOs
     Hayden J. Silver, III                      Becky Bowen
     Betsy Cooke