IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 07-CV-000347

Lulu Enterprises, Inc. )
Plaintiff(s), )
)
vs )
)
N-F Newsite, LLC and Hulu Tech, Inc. )
Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

N-F Newsite, LLC   who is   Defendant,
(name of party)              (plaintiff/defendant/other: _____ )

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯    NO ⓧ

2. Does party have any parent corporations?

    YES ◯    NO ⓧ

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:


3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ⓧ    NO ◯

If yes, identify all such owners:

Fox-NewSite Holdings, Inc., a Delaware corporation and wholly owned subsidiary of Fox Entertainment Group, Inc., a Delaware corporation which is a wholly owned subsidiary of News Corporation, a Delaware corporation.

NBCU New Site Holdings, Inc., a Delaware corporation and indirect wholly owned subsidiary of NBC Universal, Inc., a Delaware corporation and subsidiary of General Electric Company, a New York corporation.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ☒

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: *[signed]*

Date: 9/12/07