IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

      Plaintiff,

vs.

N-F NEWSITE, LLC,              **NOTICE OF APPEARANCE**

and

HULU TECH, INC.,

      Defendants.

      Please take notice that the undersigned has been retained by, and appears for, the named Defendant, N-F NewSite, LLC, in the above-captioned proceeding. The undersigned is an attorney at law, duly qualified to act as such under the laws of the state of Georgia, and is a member in good standing of the bar of the State of Georgia, the United States District Court for the Northern District located in the State of Georgia, and its highest court, and is neither a resident of, nor engaged in the practice of law in the State of North Carolina.

      This Notice of Appearance is filed pursuant to Civil Rule 83.1(e) for the Eastern District of North Carolina, and the undersigned appears in this matter in association with local counsel Hayden J. Silver, Esq. (N.C. Bar No. 10037), with the law firm of Kilpatrick Stockton LLP.

US2000 9253072.2

Respectfully submitted, this the 13th day of September, 2007.

/s/ William H. Brewster

William H. Brewster
GA State Bar No. 080422
bbrewster@kilpatrickstockton.com
Sara Maurer
GA State Bar No. 159056
smaurer@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 facsimile

/s/ Hayden J. Silver, III

Hayden J. Silver, III
NC State Bar No. 10037
jaysilver@kilpatrickstockton.com
Betsy Cooke
NC State Bar No. 25353
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
(919) 420-1700
(919) 420-1800 facsimile

*Counsel for Defendant N-F NewSite, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which will send notice to the following CM/ECF participants:

>Leslie C. O'Toole
>leslie.otoole@elliswinters.com
>Thomas Hamilton Segars
>tom.segars@elliswinters.com

This the 13th day of September, 2007.

/s/ Hayden J. Silver, III

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700

US2000 9253072.2