IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

      Plaintiff,

vs.

N-F NEWSITE, LLC,               **MOTION TO WITHDRAW**

and

HULU TECH, INC.,

      Defendants.

      Hayden J. Silver, III, Betsy Cooke, and Kilpatrick Stockton LLP ("Kilpatrick Stockton") now come and move to withdraw as counsel for Hulu Tech, Inc. In support of their motion, they respectfully show the following:

      1.    Kilpatrick Stockton erroneously filed its Notice of Appearance on behalf of Hulu Tech, Inc.

      2.    Kilpatrick Stockton is unaware of the existence of a company named "Hulu Tech, Inc."

      3.    To the extent any such company does exist, it is unrelated to N-F Newsite, LLC, the entity Kilpatrick Stockton represents in this matter.

Respectfully submitted, this the 13th day of September, 2007.

/s/ Hayden J. Silver, III
———————————————————

Hayden J. Silver, III
NC State Bar No. 10037
jaysilver@kilpatrickstockton.com
Betsy Cooke
NC State Bar No. 25353
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
(919) 420-1700
(919) 420-1800 facsimile


*Counsel for Defendant N-F NewSite, LLC*

US2000 10305188.1

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which will send notice to the following CM/ECF participants:

>Leslie C. O'Toole
>leslie.otoole@elliswinters.com
>Thomas Hamilton Segars
>tom.segars@elliswinters.com

This the 13th day of September, 2007.

/s/ Hayden J. Silver, III

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700

US2000 10305188.1