UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LULU ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:07-CV-347-D |
| ) | |
| N-F NEWSITE, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| HULU TECH, INC., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JASON KILAR

1.  My name is Jason Kilar. I am over the age of twenty-one and am competent to make this Declaration.

2.  I am currently employed as the Chief Executive Officer of N-F NewSite, LLC ("NewSite").

3.  The facts set forth in this Declaration are based on my personal knowledge and/or the books of records of NewSite.

4.  NewSite was served with a copy of the Complaint in this action on September 10, 2007.

5.  NewSite is a Delaware limited liability company with its principal office located at 12312 West Olympic Boulevard, Los Angeles, California.

6.  The Los Angeles office is NewSite's only office in the United States. NewSite does not employ anyone in North Carolina.

US2000 10304914.1

**EXHIBIT A**

I declare under penalty of perjury that the foregoing is true and correct.

This the 13th day of September, 2007.

_____
Jason Kilar

US2000 10304914.1

**EXHIBIT A**