Lulu Enterprises, Inc. v. N-F Newsite, LLC et al                                                                 Doc. 28

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

        Plaintiff,

vs.

N-F NEWSITE, LLC,                                   **ORDER**

and

HULU TECH, INC.,

        Defendants.

This matter is before the Court upon the motion of Hayden J. Silver, III, Betsy Cooke, and Kilpatrick Stockton LLP ("Kilpatrick Stockton") to withdraw as counsel for Hulu Tech, Inc. Having reviewed the arguments of counsel, the motion is granted.

It is so ordered this the 14 day of September, 2007.

                                                JAMES C. DEVER, III
                                                UNITED STATES DISTRICT JUDGE

US2000 10305188.1

Dockets.Justia.com