Lulu Enterprises, Inc. v. N-F Newsite, LLC et al                                                                                                          Doc. 29
Case 5:07-cv-00347-D    Document 29      Filed 09/14/2007    Page 1 of 1
Case 5:07-cv-00347-D    Document 21-2    Filed 09/13/2007    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

        Plaintiff,

vs.

N-F NEWSITE, LLC,                                      ORDER

and

HULU TECH, INC.,

        Defendants.

    This matter is before the Court on Defendant N-F NewSite, LLC's motion to file under seal a Confidential Disclosure required by the Court.

    The Court makes the following findings of fact and conclusions of law:

    1.    It is necessary for the Court to review the Confidential Disclosure to properly consider the pending motions before the Court.

    2.    Plaintiff Lulu Enterprises, Inc. ("Lulu") has consented to this motion.

    3.    The Confidential Disclosure Statement contains confidential and proprietary business information relating to the launch date of a competitive product.

    NOW THEREFORE, upon consideration of the record and the parties' positions and pursuant to the provisions of Local Rule 79.2, it is ordered that the Confidential Disclosure be sealed.

    It is so ordered this the 14 day of September, 2007.

                                                                      JAMES C. DEVER, III
                                                                    UNITED STATES DISTRICT JUDGE

US2000 10306410.1