AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

| Lulu Enterprises, Inc., Plaintiff, | **NOTICE** |
|---|---|
| V. | |
| N-F Newsite, LLC, et al, Defendants | CASE NUMBER: 5:07-cv-347-D |

TYPE OF CASE:

    **X CIVIL**        **CRIMINAL**

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| TERRY G. SANFORD FEDERAL BUILDING | 7TH Floor - Courtroom 1 |
| 310 NEW BERN AVENUE | DATE AND TIME |
| RALEIGH, NORTH CAROLINA | Tuesday, October 16, 2007, 9:30 a.m. |

TYPE OF PROCEEDING

Hearing on the plaintiff's motion for a preliminary injunction.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

Dennis P. Iavarone, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 14, 2007
DATE

_Julie Richards Huntley_ (signature)
(BY) DEPUTY CLERK

TO:    The Honorable James C. Dever, III    Courtroom Deputy Clerk
        Leslie C. O'Toole    Court Reporter
        Thomas H. Segars    CSOs
        Hayden J. Silver, III    Becky Bowen
        Betsy Cooke

Dockets.Justia.com