IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

        Plaintiff,

vs.

N-F NEWSITE, LLC,

and

HULU TECH, INC.,

        Defendants.

## NOTICE OF FILING OF EXHIBITS TO
## JOINT PLAN FOR EXPEDITED DISCOVERY

Plaintiff Lulu Enterprises, Inc. ("Lulu") and Defendant Hulu, LLC formerly known as N-F NewSite, LLC ("Hulu") hereby gives notice of filing of the following Exhibits to the parties' Joint Plan for Expedited Discovery:

    A.    Plaintiff Lulu's Discovery Requests and Notice of 30(b)(6) deposition to Hulu.

    B.    Defendant Hulu's Discovery Requests and Notice of 30(b)(6) deposition to Lulu.

US2000 10318662.1

Respectfully submitted, this the 18th day of September, 2007.

/s/ Leslie C. O'Toole

Leslie C. O'Toole
NC State Bar No. 13640
leslie.otoole@elliswinters.com
Thomas H. Segars
NC State Bar No. 29433
tom.segars@elliswinters.com
ELLlS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
(919) 865-7000
(919) 865-7010 facsimile

*Counsel for Plaintiff Lulu Enterprises, Inc.*

/s/ Hayden J. Silver, III

Hayden J. Silver, III
NC State Bar No. 10037
jaysilver@kilpatrickstockton.com
Betsy Cooke
NC State Bar No. 25353
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
(919) 420-1700
(919) 420-1800 facsimile

William H. Brewster
GA State Bar No. 080422
bbrewster@kilpatrickstockton.com
Sara Maurer
GA State Bar No. 159056
smaurer@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 facsimile

*Counsel for Defendant Hulu, LLC*