UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:07-CV-347

| | |
|---|---|
| LULU ENTERPRISES, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) AFFIDAVIT OF SERVICE OF |
| | ) COMPLAINT TO DEFENDANT |
| N-F NEWSITE, LLC, and | ) N-F NEWSITE, LLC |
| HULU TECH, INC., | ) |
| | ) Fed. R. Civ. P. 4(e)(1) |
| Defendants. | ) |

Stacy A. Kivett, being first duly sworn, deposes and says:

1. I am a paralegal employed by the firm of Ellis & Winters LLP, counsel for the Plaintiff. This affidavit is based on my personal knowledge except where otherwise indicated.

2. Upon information and belief, Defendant N-F Newsite, LLC is a Delaware limited liability company.

3. Copies of the Summons and Complaint were deposited with the United States Post Office for mailing by certified mail, return receipt requested, addressed to N-F Newsite c/o Corporation Service Co., 2711 Centerville Rd., Suite 400, Wilmington, DE 19808, on September 7, 2007. The original receipt of mailing is attached hereto as Exhibit 1.

4. Copies of the Summons and Complaint were in fact served on N-F Newsite, LLC, by delivery to Corporation Service Co. on September 10, 2007, as evidenced by the return receipt attached hereto as Exhibit 2.

FURTHER THE AFFIANT SAYETH NOT.

This the 21st day of September, 2007.

*Stacy A. Kivett*
Stacy A. Kivett

Sworn to and subscribed before me,

this 21 day of September, 2007.

*Mary C. Neighbors*
Notary Public   MARY C. NEIGHBORS

My commission expires: 6-28-12

[Notary Seal: MARY C. NEIGHBORS, NOTARY PUBLIC, JOHNSTON COUNTY, NC]

2

Exhibit 1

Exhibit 2



## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Hayden J. Silver, III, Esq.
JaySilver@KilpatrickStockton.com
Betsy Cooke, Esq.
BCooke@KilpatrickStockton.com
Kilpatrick Stockton LLP
3737 Glenwood Ave.
Suite 400
Raleigh, NC 27612

I hereby certify that on September 21, 2007, the foregoing was served by United States First Class Mail, postage prepaid, addressed as follows:

William H. Brewster, Esq.
Sara Maurer, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

This the 21st day of September, 2007.

_____
Thomas H. Segars