UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:07-CV-347

| | |
|---|---|
| LULU ENTERPRISES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AFFIDAVIT OF SERVICE TO |
| ) | DEFENDANT N-F NEWSITE, LLC |
| N-F NEWSITE, LLC, and ) | |
| HULU TECH, INC., ) | Fed. R. Civ. P. 4(e)(1) |
| ) | |
| Defendants. ) | |

Stacy A. Kivett, being first duly sworn, deposes and says:

1. I am a paralegal employed by the firm of Ellis & Winters LLP, counsel for the Plaintiff. This affidavit is based on my personal knowledge except where otherwise indicated.

2. Upon information and belief, Defendant N-F Newsite, LLC is a Delaware limited liability company.

3. Copies of Plaintiff's Motion for Temporary Restraining Order, Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction, Plaintiff's Motion for Expedited Discovery, Memorandum in Support of Motion for Expedited Discovery and Affidavit of Robert Young were deposited with the United States Post Office for mailing by certified mail, return receipt requested, addressed to N-F Newsite c/o Corporation

Service Co., 2711 Centerville Rd., Suite 400, Wilmington, DE 19808, on September 10, 2007. The original receipt of mailing is attached hereto as Exhibit 1.

4. Copies of the above documents were in fact served on N-F Newsite, LLC, by delivery to Corporation Service Co. on September 12, 2007, as evidenced by the return receipt attached hereto as Exhibit 2.

FURTHER AFFIANT SAYETH NOT.

This the 21st day of September, 2007.

Stacy A. Kivett

Sworn to and subscribed before me, this 21 day of September, 2007.

Mary C. Neighbors
Notary Public  MARY C. NEIGHBORS

My commission expires: 6-28-12



2

Exhibit 1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 4.60 | |
| Certified Fee | 2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ (Stacy) | |

Sent To: N-F Newsite LLC c/o Corp Service Co
Street, Apt. No.; or PO Box No. 2711 Centerville Rd, Suite 400
City, State, ZIP+4 Wilmington, DE 19808

7006 3450 0003 6311 7068

PS Form 3800, August 2006    See Reverse for Instructions

---

Exhibit 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

N-F Newsite LLC
c/o Corporation Service Co
2711 Centerville Rd
Suite 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Laura Cooper    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

SEP 12 2007

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7006 3450 0003 6311 7068

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Hayden J. Silver, III, Esq.
JaySilver@KilpatrickStockton.com
Betsy Cooke, Esq.
BCooke@KilpatrickStockton.com
Kilpatrick Stockton LLP
3737 Glenwood Ave.
Suite 400
Raleigh, NC 27612

I hereby certify that on September 21, 2007, the foregoing was served by United States First Class Mail, postage prepaid, addressed as follows:

William H. Brewster, Esq.
Sara Maurer, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

This the 21st day of September, 2007.

_____
Thomas H. Segars