IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

| | |
|---|---|
| LULU ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> N-F NEWSITE, LLC, <br><br> and <br><br> HULU TECH, INC., <br><br> Defendants. | **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Plaintiff Lulu Enterprises, Inc. ("Plaintiff") and Defendant Hulu, LLC, formerly known as N-F NewSite, LLC ("Defendant"), by and through their undersigned counsel, move the Court to enter the Stipulated Protective Order ("Protective Order"). The documents to be produced by Plaintiff and Defendant are expected to contain or refer to proprietary information, trade secrets, and/or confidential commercial information. The parties have conferred and consent to the entry of the Protective Order attached hereto as Exhibit A to maintain the confidentiality of information during the discovery process.

WHEREFORE, the parties respectfully request that this Court grant this Motion and enter the proposed Protective Order, a copy of which is attached as Exhibit A.

US2000 10305188.1

Respectfully submitted, this the 25th day of September, 2007.

| /s/ Leslie C. O'Toole | /s/ Hayden J. Silver, III |
|---|---|
| Leslie C. O'Toole<br>NC State Bar No. 13640<br>leslie.otoole@elliswinters.com<br>Thomas H. Segars<br>NC State Bar No. 29433<br>tom.segars@elliswinters.com<br>ELLIS & WINTERS LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>(919) 865-7000<br>(919) 865-7010 facsimile<br><br>*Counsel for Plaintiff Lulu Enterprises, Inc.* | Hayden J. Silver, III<br>NC State Bar No. 10037<br>jaysilver@kilpatrickstockton.com<br>Betsy Cooke<br>NC State Bar No. 25353<br>bcooke@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>3737 Glenwood Avenue, Suite 400<br>Raleigh, NC 27612<br>(919) 420-1700<br>(919) 420-1800 facsimile<br><br>William H. Brewster<br>GA State Bar No. 080422<br>bbrewster@kilpatrickstockton.com<br>Sara Maurer<br>GA State Bar No. 159056<br>smaurer@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br>(404) 815-6555 facsimile<br><br>*Counsel for Defendant N-F NewSite, LLC* |