IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

| | |
|---|---|
| LULU ENTERPRISES, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>HULU, LLC<br>(formerly N-F NEWSITE, LLC),<br><br>                Defendant. | **JOINT MOTION TO EXCEED PAGE LIMITS FOR MEMORANDA IN SUPPORT AND IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

      Plaintiff Lulu Enterprises, Inc. ("Plaintiff") and Defendant Hulu, LLC, formerly known as N-F NewSite, LLC ("Defendant"), by and through their undersigned counsel, move the Court to enter an Order allowing the parties to exceed the page limits set forth in Local Civil Rule 7.2(e), EDNC, for their memoranda in support and in opposition to Plaintiff's Motion for Preliminary Injunction, which are to be filed on October 9, 2007. In support hereof the parties state that:

      1.      On September 5, 2007, Plaintiff filed this action against Defendant asserting various claims, including unfair competition, federal cyberpiracy, unfair and deceptive trade practices and common law trademark infringement and unfair competition. On September 10, 2007, Plaintiff filed various motions, including for preliminary injunction against Defendant.

      2.      Plaintiff's Motion for Preliminary Injunction is set for hearing on October 16, 2007. Pursuant to the Court's Order entered September 14, 2007, the parties are to serve their primary briefs in support of or in opposition to the motion for preliminary injunction by October 9, 2007.

US2000 10352139.1

3.       The subject matter of the motion and memoranda involve difficult and complex legal issues and, as a result, each party desires an additional ten (10) pages in addition to that allowed by Local Civil Rule 7.2(e), EDNC, to fully brief the Court.

4.       The parties have conferred and consent to the entry of this Order and submit this Joint Motion and Memorandum of Law pursuant to Local Civil Rules 7.1 and 7.2, EDNC, in support thereof.

WHEREFORE, Plaintiff and Defendant respectfully request that each party be allowed to file a memorandum of law in support or in opposition to Plaintiff's Motion for Preliminary Injunction not to exceed forty (40) pages in length, excluding the certificate of service page.

[Signature Page Attached]

Respectfully submitted, this the 2nd day of October, 2007.

| /s/ Leslie C. O'Toole | /s/ Hayden J. Silver, III |
|---|---|
| Leslie C. O'Toole<br>NC State Bar No. 13640<br>leslie.otoole@elliswinters.com<br>Thomas H. Segars<br>NC State Bar No. 29433<br>tom.segars@elliswinters.com<br>ELLIS & WINTERS LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>(919) 865-7000<br>(919) 865-7010 facsimile<br><br>*Counsel for Plaintiff Lulu Enterprises, Inc.* | Hayden J. Silver, III<br>NC State Bar No. 10037<br>jaysilver@kilpatrickstockton.com<br>Betsy Cooke<br>NC State Bar No. 25353<br>bcooke@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>3737 Glenwood Avenue, Suite 400<br>Raleigh, NC 27612<br>(919) 420-1700<br>(919) 420-1800 facsimile<br><br>William H. Brewster<br>GA State Bar No. 080422<br>bbrewster@kilpatrickstockton.com<br>Sara Maurer<br>GA State Bar No. 159056<br>smaurer@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br>(404) 815-6555 facsimile<br><br>*Counsel for Defendant Hulu, LLC (formerly N-F NewSite, LLC)* |