IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

    Plaintiff,

vs.

HULU, LLC
(formerly N-F NEWSITE, LLC),

and

HULU TECH, INC.,

    Defendants.

**CONSENT ORDER GRANTING MOTION TO EXCEED PAGE LIMITS FOR MEMORANDA IN SUPPORT AND IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rules 7.1 and 7.2, EDNC, the parties having consulted and consented to the entry of this Order, and good cause having been shown, IT IS HEREBY ORDERED THAT:

The Plaintiff and Defendant shall each be allowed to file a memorandum of law in support or in opposition to Plaintiff's Motion for Preliminary Injunction not to exceed forty (40) pages in length, excluding the certificate of service page.

IT IS SO ORDERED, this _____ day of _____, 2007.

                              JAMES C. DEVER, III
                              UNITED STATES DISTRICT JUDGE

US2000 10352164.1

The undersigned Parties consent to the entry of the foregoing Order:

/s/ Leslie C. O'Toole

Leslie C. O'Toole
NC State Bar No. 13640
leslie.otoole@elliswinters.com
Thomas H. Segars
NC State Bar No. 29433
tom.segars@elliswinters.com
ELLIS & WINTRS LLP
P.O. Box 33550
Raleigh, NC 27636
(919) 865-7000
(919) 865-7010 facsimile

*Counsel for Plaintiff Lulu Enterprises, Inc.*

/s/ Hayden J. Silver, III

Hayden J. Silver, III
NC State Bar No. 10037
jaysilver@kilpatrickstockton.com
Betsy Cooke
NC State Bar No. 25353
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
(919) 420-1700
(919) 420-1800 facsimile

William H. Brewster
GA State Bar No. 080422
bbrewster@kilpatrickstockton.com
Sara Maurer
GA State Bar No. 159056
smaurer@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 facsimile

*Counsel for Defendant Hulu, LLC*