IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

| | |
|---|---|
| LULU ENTERPRISES, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HULU, LLC<br>(formerly N-F NEWSITE, LLC),<br><br>and<br><br>HULU TECH, INC.,<br><br>　　　　Defendants. | CONSENT ORDER GRANTING<br>MOTION TO EXCEED PAGE LIMITS<br>FOR MEMORANDA IN SUPPORT AND<br>IN OPPOSITION TO MOTION FOR<br>PRELIMINARY INJUNCTION |

Pursuant to Local Civil Rules 7.1 and 7.2, EDNC, the parties having consulted and consented to the entry of this Order, and good cause having been shown, IT IS HEREBY ORDERED THAT:

The Plaintiff and Defendant shall each be allowed to file a memorandum of law in support or in opposition to Plaintiff's Motion for Preliminary Injunction not to exceed forty (40) pages in length, excluding the certificate of service page.

IT IS SO ORDERED, this __4__ day of __October__, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES C. DEVER, III
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

US2000 10352164 1

The undersigned Parties' consent to the entry of the foregoing Order:

| | |
|---|---|
| /s/ Leslie C. O'Toole | /s/ Hayden J. Silver, III |
| Leslie C. O'Toole<br>NC State Bar No. 13640<br>leslie.otoole@elliswinters.com<br>Thomas H. Segars<br>NC State Bar No. 29433<br>tom.segars@elliswinters.com<br>ELLIS & WINTRS LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>(919) 865-7000<br>(919) 865-7010 facsimile<br><br>*Counsel for Plaintiff Lulu Enterprises, Inc.* | Hayden J. Silver, III<br>NC State Bar No. 10037<br>jaysilver@kilpatrickstockton.com<br>Betsy Cooke<br>NC State Bar No. 25353<br>bcooke@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>3737 Glenwood Avenue, Suite 400<br>Raleigh, NC 27612<br>(919) 420-1700<br>(919) 420-1800 facsimile<br><br>William H. Brewster<br>GA State Bar No. 080422<br>bbrewster@kilpatrickstockton.com<br>Sara Maurer<br>GA State Bar No. 159056<br>smaurer@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br>(404) 815-6555 facsimile<br><br>*Counsel for Defendant Hulu, LLC* |