IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

      Plaintiff,

v.

**NOTICE OF FILING**

HULU, LLC
(formerly N-F NEWSITE, LLC),

      Defendant.

Defendant Hulu, LLC (formerly known as N-F NewSite, LLC) ("Hulu") hereby gives notice of filing the following documents in support of its opposition to Plaintiff's Motion for Preliminary Injunction:

1. Declaration of Dr. Gerald L. Ford in Opposition to Plaintiff's Motion For Preliminary Injunction, with Exhibits A-D.

2. Declaration of Daniel H. Marti in Opposition to Plaintiff's Motion For Preliminary Injunction, with Exhibits 1-194 (Exhibits 192, 193, and 194 filed under seal).

3. Declaration of Lauren L. Sullins in Support of Defendant Hulu LLC's Opposition to Preliminary Injunction, with Exhibits A-H.

4. Declaration of Dr. Erich Joachimsthaler in Support of Defendant's Opposition to Preliminary Injunction, with Exhibits A-B.

5. Supplemental Confidential Declaration of Jason Kilar, with Exhibits A-C (filed under seal).

6. Declaration of Jason Kilar, with Exhibit A.

US2000 10363770.2

Respectfully submitted, this the 9th day of October, 2007.

/s/ Hayden J. Silver, III
—————————————————

Hayden J. Silver, III
NC State Bar No. 10037
jaysilver@kilpatrickstockton.com
Betsy Cooke
NC State Bar No. 25353
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
(919) 420-1700
(919) 420-1800 facsimile

William H. Brewster
GA State Bar No. 080422
bbrewster@kilpatrickstockton.com
Sara Maurer
GA State Bar No. 159056
smaurer@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 facsimile

*Counsel for Defendant Hulu, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which will send notice to the following CM/ECF participants:

>Leslie C. O'Toole
>leslie.otoole@elliswinters.com
>Thomas Hamilton Segars
>tom.segars@elliswinters.com

This the 9th day of October, 2007.

/s/ Hayden J. Silver, III

*Attorney for Defendant*

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700

US2000 10363770.2