> Please understand that we are interested in your answers; but if you don't have an answer or don't know the answer to a question, that is an acceptable response.

<u>Self Publishing Internet Site Questionnaire</u>

14. In the self publishing internet site questionnaire, respondents were then told:

> 3.0 Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.

And were asked:

> Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Respondents who provided a name(s) of an internet site that they believed offers self publishing were then asked:

> 3.1 What other names of internet sites that offer self publishing, if any, can you think of?[5]

Respondents were then told:

> 4.1 Now, I am going to read you some names that may or may not be internet sites that offer self publishing.[6]

Subsequently, respondents were read a list of the names of five (5) internet sites that offer self publishing and one (1) control

---

[5] Respondents who did not provide a name(s) of an internet set that they believed offered self publishing, in response to question 3.0, were not asked this question.

[6] If, in response to the unaided inquiries at question 3.0 and 3.1, a respondent identified a self publishing internet site that was on the list in questions 4.0/4.1, the respondent was told: 4.0 Now, I am going to read you some additional names that may or may not be internet sites that offer self publishing. None of the respondents, in response to the unaided inquiries, provided the name of a self publishing internet site that was on the list. Therefore all respondents were read the introduction that was utilized in question 4.1.

- 7 -

name that was not an internet site but rather a fictitious name to provide a measure of mismeasurement error resulting from such respondent behaviors as "yea saying" agreement bias or acquiescence. For each of these six (6) names, respondents were asked if they had ever heard of the name.[7] The names on the list were lulu, blurb, iuniverse, authorhouse, trafford, and the fictitious name moho.

Self Publishing Internet Site Results

15. The results of the survey conducted in this matter relative to self publishing internet sites evidence that among the relevant universe of potential visitors to Defendant's internet site there is no significant degree of awareness of the LULU internet site.

16. Specifically, although some respondents identified what they believed to be self publishing internet sites in response to the unaided awareness questions, no respondents in the relevant universe identified the LULU internet site. See Exhibit A, page 9, Table 1.

---

[7] To guard against position or order bias, the list of names was randomly ordered for each respondent.

- 8 -

TABLE 1
UNAIDED AWARENESS
SELF PUBLISHING INTERNET SITES

Q3.0  Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.

Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

| Response Categories | Response Distribution Number | Percent (n=200) |
|---|---|---|
| 1. lulu | -- | --- |
| 2. blurb | -- | --- |
| 3. iuniverse | -- | --- |
| 4. authorhouse | -- | --- |
| 5. trafford | -- | --- |
| 6. moho | -- | --- |
| 7. YouTube | 15 | 7.50 |
| 8. MySpace | 14 | 7.00 |
| 9. eBay | 6 | 3.00 |
| 10. Kodak | 5 | 2.50 |
| 11. Facebook | 4 | 2.00 |
| 12. Yahoo | 3 | 1.50 |
| 13. Other unaided internet sites[8] | 69 | 34.50 |
| 14. None/Don't know | 135 | 67.50 |

17.  Further, when respondents were asked an aided question (i.e., respondents were read a list of names) about self publishing internet sites they had heard of, seven percent (7.00%) of the relevant universe responded that they had heard of a self publishing internet site called LULU but five percent (5.00%) said they had heard of the fictitious internet site by the name of "Moho." See Exhibit A, page 10, Table 2. Thus, once

---

[8]  No other single unaided internet site accounted for more than 1.0%. See Appendix B.

there is an adjustment for mismeasurement error, the percent of respondents who had heard of an internet site for self publishing by the name of LULU is two percent (7.00% - 5.00% = 2.00%).[9]

18. The sample size for the survey, combined with the sampling methodology and interviewing procedures, provides results at a 95% level of confidence with a precision variance of +/-1.37% for interviews related to self publishing internet sites. See Exhibit A, Appendix G.

TABLE 2
AIDED AWARENESS
SELF PUBLISHING INTERNET SITES

Q4.0   Now, I am going to read you some additional names that may or may not be internet sites that offer self publishing. Have you ever heard of INSERT INTERNET SITE NAME(S) NOT MENTIONED IN Q3.0 OR Q3.1?

Q4.1   Now, I am going to read you some names that may or may not be internet sites that offer self publishing. Have you ever heard of INSERT INTERNET SITE NAMES?

| Response Categories | Response Distribution | |
|---|---|---|
| | Number | Percent (n=200) |
| 1. lulu | 14 | 7.00 |
| 2. blurb | 18 | 9.00 |
| 3. iuniverse | 16 | 8.00 |
| 4. authorhouse | 15 | 7.50 |
| 5. trafford | 2 | 1.00 |
| 6. moho | 10 | 5.00 |

---

[9] The adjustment for mismeasurement error is accomplished by reducing the percent of affirmative LULU responses in the aided question by the percent of affirmative responses to the fictitious in-treatment control name Moho. In this case, 7.00% of the survey respondents reported in the aided question that they had heard of the self publishing internet site LULU and, in response to the fictitious control name Moho, 5.00% of the respondents reported that they had heard of the self publishing internet site Moho. Thus the net level of awareness would be calculated as 7.00% - 5.00% = 2.00%.

19. Total unaided and aided awareness of internet sites respondents believe to be self publishing internet sites is shown below. See Exhibit A, page 11, Table 3.

TABLE 3
TOTAL UNAIDED AND AIDED AWARENESS
SELF PUBLISHING INTERNET SITES

| Response Categories | Response Distribution Number | Percent (n=200) |
|---|---|---|
| 1. Lulu | 14 | 7.00 |
| 2. Blurb | 18 | 9.00 |
| 3. iUniverse | 16 | 8.00 |
| 4. Authorhouse | 15 | 7.50 |
| 5. Trafford | 2 | 1.00 |
| 6. Moho | 10 | 5.00 |
| 7. YouTube | 15 | 7.50 |
| 8. MySpace | 15 | 7.50 |
| 9. eBay | 8 | 4.00 |
| 10. Kodak | 5 | 2.50 |
| 11. Facebook | 4 | 2.00 |
| 12. Yahoo | 3 | 1.50 |
| 13. Other unaided internet sites[10] | 69 | 34.50 |
| 14. None/Don't know | 109 | 54.50 |

Video Content Internet Site Questionnaire

20. In the video content internet site questionnaire, respondents were told:

> 3.0 Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content.

And were asked:

> Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?

---

[10] No other single unaided internet site accounted for more than 1.0%. See Appendix B.

- 11 -

Respondents who provided a name(s) of an internet site that they believed offers video content were then asked:

    3.1  What other names of internet sites that offer video content, if any, can you think of?[11]

Respondents were then told:

    4.1  Now, I am going to read you some names that may or may not be internet sites that offer video content.[12]

Subsequently, respondents were read a list of the names of five (5) internet sites that offer video content[13] and one (1) control name that was not an internet site but rather a fictitious name to provide a measure of mismeasurement error resulting from such respondent behaviors as "yea saying" agreement bias or acquiescence. For each of these six (6) names, respondents were asked if they had ever heard of the name.[14] The names on the list were lulu, myspace, youtube, photobucket, digg, and the fictitious name moho.

---

[11] Respondents who did not provide a name(s) of an internet set that they believed offered video content, in response to question 3.0, were not asked this question.

[12] If, in response to the unaided inquiries at question 3.0 and 3.1, a respondent identified a video content internet site that was on the list in questions 4.0/4.1, the respondent was told: 4.0 Now, I am going to read you some additional names that may or may not be internet sites that offer self publishing. Some respondents, in response to the unaided inquiries, provided the names of a video content internet sites that were on the list. These respondents were read the introduction that was utilized in question 4.0.

[13] Respondents were only asked about video content internet sites that they did not provide in response to the unaided questions 3.0/3.1.

[14] Again, to guard against position or order bias, the list of names was randomly ordered for each respondent.

Video Content Internet Site Results

21. The results of the survey conducted in this matter relative to video content internet sites evidence that among the relevant universe of potential visitors to Defendant's internet site there is no awareness of the LULU internet site.

22. Specifically, although some respondents identified what they believed to be video content internet sites in response to the unaided awareness questions, no respondents in the relevant universe identified the LULU internet site. See Exhibit A, page 32, Table 6.