# EXHIBIT A

Dockets.Justia.com

**ford bubala & associates**

Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581
Facsimile (562) 592-3867

October 4, 2007

TO:   William H. Brewster, Esq.
      Kilpatrick Stockton, LLP
      1100 Peachtree Street
      Atlanta, Georgia  30309

FROM: Ford Bubala & Associates

RE:   Hulu Matter
      Awareness Survey

    Enclosed herein, please find the results of two surveys conducted among a random sample of males and females fourteen (14) years of age or older who would be likely to visit an internet site where you could watch a variety of TV shows, film and TV clips, trailers, and select feature films for free, and decide when and what to watch. Specifically, the surveys conducted in this matter were designed to address the issue of the degree of awareness of the LULU internet sites for self publishing and video content among potential visitors to the Defendants' internet site.

    Provided in this report is a synopsis of the survey methodologies, the survey screeners and questionnaires, response frequencies for each survey's questions, and a listing of the survey responses. This report also contains a sequential listing of the survey responses, copies of the Supervisor and Interviewer Instructions, which provide additional details of the survey protocols, and other survey-related background materials.

AWARENESS SURVEYS

HULU MATTER

Ford Bubala & Associates
October, 2007

```
                        HULU MATTER
                     AWARENESS SURVEYS


                     TABLE OF CONTENTS
```

```
                                                              Page

Tab A:  Survey Synopsis . . . . . . . . . . . . . . . . . .      1

Tab B:  SURVEY W - SELF PUBLISHING INTERNET SITES
        Screener and Questionnaire. . . . . . . . . . . . .      5

Tab C:  Tab 1:  Table 1 - Questions 3.0 and 3.1 . . . . . .      9

        Tab 2:  Table 2 - Questions 4.0 and 4.1 . . . . . .     10

        Tab 3:  Table 3 - Total Unaided and Aided Awareness.    11
                Coding Categories . . . . . . . . . . . . .     12
                Survey Responses  . . . . . . . . . . . . .     13

Tab D:  Tab 4:  Table 4 - Age Distribution  . . . . . . . .     25

        Tab 5:  Table 5 - Gender Distribution . . . . . . .     26


Tab E:  SURVEY X - VIDEO CONTENT INTERNET SITES
        Screener and Questionnaire. . . . . . . . . . . . .     28

Tab F:  Tab 6:  Table 6 - Questions 3.0 and 3.1 . . . . . .     32

        Tab 7:  Table 7 - Questions 4.0 and 4.1 . . . . . .     33

        Tab 8:  Table 8 - Total Unaided and Aided Awareness.    34
                Coding Categories . . . . . . . . . . . . .     35
                Survey Responses  . . . . . . . . . . . . .     36

Tab G:  Tab 9:  Table 9 - Age Distribution  . . . . . . . .     52

        Tab 10: Table 10 - Gender Distribution  . . . . . .     53
```

```
                          APPENDIX

Appendix A: Sequential Listing of Responses
Appendix B: Other Unaided Self Publishing Internet Sites
            Other Unaided Video Content Internet Sites
Appendix C: Computerized Questionnaire Program
Appendix D: Supervisor Instructions
Appendix E: Interviewer Instructions
Appendix F: Sample Disposition Report
Appendix G: Technical Notes
```

# EXHIBIT A
# TAB A

SURVEY SYNOPSIS

SURVEY BACKGROUND

The report contained herein provides the results of two surveys conducted among a random sample of males and females fourteen (14) years of age or older who would be likely to visit an internet site where you could watch a variety of TV shows, film and TV clips, trailers, and select feature films for free, and decide when and what to watch. Specifically, the surveys conducted in this matter were designed to address the issue of the degree of awareness of the LULU internet sites for self publishing and video content among potential visitors to the Defendants' internet site.

SURVEY SAMPLE/UNIVERSE

The survey conducted in this matter employed a random digit telephone interviewing protocol. The sample was based upon a probability sampling of random digit telephone numbers from all working telephone exchanges in the continental United States.

This survey consisted of four hundred (400) interviews: two hundred (200) interviews inquiring about the awareness of internet sites for self publishing and two hundred (200) interviews inquiring about the awareness of internet sites that offer video content.

The sample size for the survey, combined with the sampling methodology and interviewing procedures, provides results at a 95% level of confidence with a precision variance of +/-1.37% for the interviews related to self publishing sites. Due to a zero result for the video content site, the calculation of a +/-% variance is not applicable.

RESPONDENT QUALIFICATIONS

Generally, respondents qualified for inclusion in the survey were individuals who indicated that:

- they were the male or female fourteen (14) years of age or older who would have the next birthday in their household;

- they accessed the internet at home, at work, at school, or somewhere else;

- they access the internet via a high speed internet connection at home, at work, at school, or somewhere

- 1 -

else; and

- using a high speed internet connection, they would be likely to visit an internet site where they could watch a variety of past and current episodes of TV shows, film and TV clips, trailers, and select feature films all for free and they decided when and what to watch.

SURVEY METHODOLOGICAL PROCEDURES

The survey sample selection, questions, questionnaire design, and interviewing procedures employed in this survey were designed in accordance with the generally accepted standards and procedures in the field of surveys.

The survey conducted in this matter was administered under a double-blind protocol. Specifically, not only were the respondents not informed as to the purpose or sponsor of the survey, but similarly, both the survey's supervisors and interviewers were not informed as to the purpose or sponsor of the survey.

Interviewing, data gathering, and response recordation were carried out, under the direction of Ford Bubala & Associates, by interviewers employed by an independent professional interviewing organization. The Project Director working on this study was personally trained by a representative of Ford Bubala & Associates in the survey design, procedures, and related protocols. In addition, approximately eighty-five percent (84.75%) of the study interviews were validated by the survey's Supervisors telephone monitoring of the interviews while they were being conducted or by telephone callback; and Ford Bubala & Associates also conducted validation via telephone callback of an additional twenty percent (20.00%) of the interviews in the study. Net, unduplicated validation totaled approximately ninety percent (89.50%). This level of validation exceeds industry standards. None of the interviews failed to validate.

SURVEY RESEARCH DESIGN/TABULATION/ANALYSIS

Ford Bubala & Associates
16400 Pacific Coast Highway
Suite 211
Huntington Beach, California  92649

PROFESSIONAL INTERVIEWING SERVICE

Issues & Answers Network, Inc.
5151 Bonney Road, Suite 100
Virginia Beach, Virginia  23462

RANDOM DIGIT TELEPHONE SAMPLE

    Survey Sampling, Inc.
    One Post Road
    Fairfield, Connecticut  06430

INTERVIEWING DATES

    September 24 through September 30, 2007