# EXHIBIT A
# TAB B

Dockets.Justia.com

SURVEY W

SELF PUBLISHING INTERNET SITES
SCREENER AND QUESTIONNAIRE

F380
9/07
#1333

SCREENER - W

INTRODUCTION

Hello. My name is \_\_\_\_\_, with Issues & Answers, an independent research company. We are conducting a very brief survey related to the internet and would like to include the opinions of someone in your household. This is <u>not</u> a sales or telemarketing call.

So that we can get a mix of individuals from various households, may I please speak to the person in your household who will have the next birthday and is 14 years of age or older?

**IF SPEAKING, GO TO --> AGE.**

**IF TRANSFERRED:**

Hello. My name is \_\_\_\_\_, with Issues & Answers, an independent research company. We are conducting a very brief survey related to the internet. This is <u>not</u> a sales or telemarketing call.

Are you the person in your household who will have the next birthday and is 14 years of age or older?

**IF 'YES,' GO TO --> AGE.**

**IF 'NO,' ASK FOR THAT PERSON AND BEGIN AGAIN AT 'IF TRANSFERRED.'**

**IF 'NOT HOME/AVAILABLE,' ASK:**

When would be a good time to call back, and who should I ask for?

**RECORD NAME AND SUGGESTED CALLBACK TIME.**

-------------------------------------------------------------

For classification purposes only, would you please tell me, into which of the following categories does your age fall?
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

\_\_\_\_\_1.   under 14    **TERMINATE.**

\_\_\_\_\_2.   14 to 29 ─┐

\_\_\_\_\_3.   30 to 49  ├─ **CONTINUE.**

\_\_\_\_\_4.   50 or above ─┘

\_\_\_\_\_5.   refused    **TERMINATE.**

**RECORD GENDER AND CONTINUE:**

\_\_\_\_\_1.   male       \_\_\_\_\_2.   female

1.0  Before I continue, I need to tell you that our supervisors periodically monitor these interviews for quality and courtesy.
**RECORD WITH AN 'X.'**

\_\_\_\_\_1.   advised respondent about monitoring    **CONTINUE.**

- 5 -

2.0   Do you access the internet at home, at work, at school, or somewhere else?
**RECORD RESPONSE WITH AN 'X.'**

   _____ 1.  yes   **CONTINUE.**

   _____ 2.  no    **TERMINATE.   TALLY.**

2.1   Can you access the internet via a high speed internet connection at home, at work, at school, or somewhere else?
**RECORD RESPONSE WITH AN 'X.'**

   _____ 1.  yes   **CONTINUE.**

   _____ 2.  no ─────────┐
                          ├  **TERMINATE.   TALLY.**
   _____ 3.  don't know ──┘

2.2   Using a high speed internet connection, would you be likely to visit an internet site where you could watch a variety of past and current episodes of TV shows, film and TV clips, trailers, and select feature films...**PAUSE**...all for free and you decide when and what to watch?
**RECORD RESPONSE WITH AN 'X.'**

   _____ 1.  yes   **CONTINUE.**

   _____ 2.  no ─────────┐
                          ├  **TERMINATE.   TALLY.**
   _____ 3.  don't know ──┘

- 6 -

QUESTIONNAIRE

In a moment, I am going to ask you some questions about internet sites

Please understand that we are interested in your answers; but if you don't have an answer or don't know the answer to a question, that is an acceptable response.

3.0  Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.

Now, thinking about internet sites that offer self publishing,...PAUSE...would you please tell me the names of internet sites that offer self publishing that you can think of?
**RECORD RESPONSE VERBATIM.**

_____

_____

                           IF NONE, GO TO --> Q4.1;
                           OTHERWISE, CONTINUE.

3.1  What other names of internet sites that offer self publishing, if any, can you think of?
**RECORD RESPONSE VERBATIM.**

_____

_____

                             CONTINUE.

4.0  Now, I am going to read you some additional names that may or may not be internet sites that offer self publishing.
...PAUSE...
Have you ever heard of __INSERT INTERNET SITE NAME(S) NOT MENTIONED IN Q3.0 OR Q3.1__?
**RECORD RESPONSES WITH AN 'X.'**
**RANDOMIZE LIST.**

|   | Yes | No | DK |
|---|---|---|---|
| - lulu?. . . . . . . . . . . | ___1. | ___2. | ___3. |
| - blurb?. . . . . . . . . . | ___1. | ___2. | ___3. |
| - iuniverse?. . . . . . . . | ___1. | ___2. | ___3. |
| - authorhouse?. . . . . . . | ___1. | ___2. | ___3. |
| - trafford?. . . . . . . . | ___1. | ___2. | ___3. |
| - moho?. . . . . . . . . . | ___1. | ___2. | ___3. |

                           GO TO --> VERIFICATION.

4.1  Now, I am going to read you some names that may or may not be internet sites that offer self publishing.
   ...PAUSE...
   Have you ever heard of __INSERT INTERNET SITE NAMES__ ?
   **RECORD RESPONSES WITH AN 'X.'**
   **RANDOMIZE LIST.**

|   | Yes | No | DK |
|---|---|---|---|
| - lulu? | 1. ___ | 2. ___ | 3. ___ |
| - blurb? | 1. ___ | 2. ___ | 3. ___ |
| - iuniverse? | 1. ___ | 2. ___ | 3. ___ |
| - authorhouse? | 1. ___ | 2. ___ | 3. ___ |
| - trafford? | 1. ___ | 2. ___ | 3. ___ |
| - moho? | 1. ___ | 2. ___ | 3. ___ |

**CONTINUE.**

**VERIFICATION:**

Finally, may I please have your name? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name:_____

Verify/Confirm Telephone Number:__(_____)_____

---

Interviewer Certification:

   I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

   _____       _____
   Interviewer's signature                Date

Supervisor Validation (Telephone Monitoring Validation)

   I hereby certify that I personally monitored, by telephone, the questions and responses to the next birthday question through Q2.2.

   _____
   Supervisor's signature

Supervisor Validation (Telephone Callback Validation)

   I hereby certify that I validated this interview by recontacting the named respondent and by confirming the respondent's participation in the survey and the respondent's answers to the next birthday question through Q2.2.

   _____
   Supervisor's signature

Supervisor Validation Quality Control Telephone Monitoring

   I hereby certify that I personally monitored, by telephone, the questions and responses to questions 3.0 through 4.0/4.1.

   _____
   Supervisor's signature

# EXHIBIT A
# TAB C-1

TABLE 1

UNAIDED AWARENESS
SELF PUBLISHING INTERNET SITES

Q3.0  Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.

Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

| Response Categories | Response Distribution Number | Percent (n=200) |
|---|---|---|
| 1. Lulu | -- | --- |
| 2. Blurb | -- | --- |
| 3. iUniverse | -- | --- |
| 4. Authorhouse | -- | --- |
| 5. Trafford | -- | --- |
| 6. Moho | -- | --- |
| 7. YouTube | 15 | 7.50 |
| 8. MySpace | 15 | 7.50 |
| 9. eBay | 8 | 4.00 |
| 10. Kodak | 5 | 2.50 |
| 11. Facebook | 4 | 2.00 |
| 12. Yahoo | 3 | 1.50 |
| 13. Other unaided internet sites[1] | 69 | 34.50 |
| 14. None/Don't know | 135 | 67.50 |

[1] No other single unaided internet site accounted for more than 1.0%. See Appendix B.

- 9 -

# EXHIBIT A
# TAB C-2

TABLE 2

AIDED AWARENESS
SELF PUBLISHING INTERNET SITES

Q4.0  Now, I am going to read you some additional names that may or may not be internet sites that offer self publishing. Have you ever heard of <u>INSERT INTERNET SITE NAME(S) NOT MENTIONED IN Q3.0 OR Q3.1</u>?

Q4.1  Now, I am going to read you some names that may or may not be internet sites that offer self publishing. Have you ever heard of <u>INSERT INTERNET SITE NAMES</u>?

| Response Categories | Response Distribution Number | Percent (n=200) |
|---|---|---|
| 1. Lulu | 14 | 7.00 |
| 2. Blurb | 18 | 9.00 |
| 3. Iuniverse | 16 | 8.00 |
| 4. Authorhouse | 15 | 7.50 |
| 5. Trafford | 2 | 1.00 |
| 6. Moho | 10 | 5.00 |