# EXHIBIT A
# TAB C-3

TABLE 3

TOTAL UNAIDED AND AIDED AWARENESS
SELF PUBLISHING INTERNET SITES

| Response Categories | Response Distribution Number | Percent (n=200) |
|---|---|---|
| 1. Lulu | 14 | 7.00 |
| 2. Blurb | 18 | 9.00 |
| 3. iUniverse | 16 | 8.00 |
| 4. Authorhouse | 15 | 7.50 |
| 5. Trafford | 2 | 1.00 |
| 6. Moho | 10 | 5.00 |
| 7. YouTube | 15 | 7.50 |
| 8. MySpace | 15 | 7.50 |
| 9. eBay | 8 | 4.00 |
| 10. Kodak | 5 | 2.50 |
| 11. Facebook | 4 | 2.00 |
| 12. Yahoo | 3 | 1.50 |
| 13. Other unaided internet sites[2] | 69 | 34.50 |
| 14. None/Don't know | 109 | 54.50 |

---

[2] No other single unaided internet site accounted for more than 1.0%. See Appendix B.

CODING CATEGORIES FOR UNAIDED SURVEY RESPONSES
QUESTIONS 3.0, 3.1, 4.0/4.1

1. Lulu
2. Blurb
3. iUniverse
4. Authorhouse
5. Trafford
6. Moho
7. YouTube
8. MySpace
9. eBay
10. Kodak
11. Facebook
12. Yahoo
13. Other unaided internet sites
14. None/Don't know

UNAIDED SURVEY RESPONSES

Q3.0  Now, I would like you to think about internet sites that offer self publishing.  By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.

Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

| RESP ID | RESPONSE CODES | RESPONSE |
|---|---|---|
| 16441 | 12 13 | Q3.0 Tomcamp.<br>Q3.1 Yahoo |
| 16737 | 7  8 13 | Q3.0 MySpace and YouTube.<br>Q3.1 Sreimster. |
| 17167 | 8 13(2)[3] | Q3.0 MySpace, Shutterfly and evite.com.<br>Q3.1 I can't think of any. |
| 18446 | 8 11 | Q3.0 MySpace and Facebook.<br>Q3.1 I don't know. |
| 18454 | 9 | Q3.0 Maybe eBay or I'm not really sure.<br>Q3.1 [not asked] |
| 18643 | 13 | Q3.0 Food Channel.<br>Q3.1 None. |
| 19367 | 9 13 | Q3.0 eBay.  Uh, like eBay would be the only one I can think of.<br>Q3.1 Um, yeah, Plumbers Dream.  Um, I don't normally use anything, buy eBay. |
| 19788 | 10 | Q3.0 Kodak.<br>Q3.1 Uh, I can't think of any more. |
| 20213 | 9 13 | Q3.0 eBay and craigslist.<br>Q3.1 I think that's all. |
| 20738 | 8 | Q3.0 MySpace.<br>Q3.1 None. |

---

[3] Number of internet sites coded as 13 (i.e. other).

- 13 -

Q3.0  Now, I would like you to think about internet sites that offer self publishing.  By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.
Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?
Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

| RESP ID | RESPONSE CODES | RESPONSE |
|---|---|---|
| 21126 | 13 | Q3.0 Apple.<br>Q3.1 That's it. |
| 21219 | 13 | Q3.0 I think the only one I know is Word Press.<br>Q3.1 None. |
| 21428 | 9 | Q3.0 Like self publishing, like eBay.  No, I don't know.<br>Q3.1 No. |
| 21524 | 13 | Q3.0 Um, deviantART.<br>Q3.1 Not really other than that. |
| 21544 | 13(2) | Q3.0 Keizertimes and Statejournal.<br>Q3.1 None. |
| 21803 | 13 | Q3.0 Project Gutenberg.<br>Q3.1 None. |
| 24604 | 9 | Q3.0 eBay.<br>Q3.1 None. |
| 24927 | 7 | Q3.0 YouTube.<br>Q3.1 I can't think of anything else. |
| 25117 | 10  13(2) | Q3.0 kodakeasyshare.com<br>Q3.1 snapfish.com and snapshot.com. |
| 25218 | 7 | Q3.0 YouTube<br>Q3.1 Can't think of any more. |
| 25436 | 7  13 | Q3.0 YouTube.<br>Q3.1 Slicka. |
| 25519 | 7  13(2) | Q3.0 Webshots, photobucket and YouTube.<br>Q3.1 None. |
| 26222 | 13 | Q3.0 AOL.<br>Q3.1 Not right off I can't. |
| 26610 | 7  8 | Q3.0 YouTube.<br>Q3.1 Myspace. |
| 29282 | 7  13 | Q3.0 CNN.<br>Q3.1 YouTube. |

- 14 -

Q3.0  Now, I would like you to think about internet sites that offer self publishing.  By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.
Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?
Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

| RESP ID | RESPONSE CODES | RESPONSE |
|---|---|---|
| 29887 | 13 | Q3.0 Getty's.<br>Q3.1 No others. |
| 31070 | 8 13(3) | Q3.0 Well, MySpace, Friendster, Blogspot, deviant and that's about it.<br>Q3.1 That's it. |
| 31861 | 7 13(5) | Q3.0 People, US Magazine and Sports Red Sox Special.<br>Q3.1 CBS, MTV and Youtube. |
| 32207 | 9 | Q3.0 eBay.<br>Q3.1 [not asked] |
| 32227 | 7 | Q3.0 None.  YouTube.<br>Q3.1 None. |
| 32372 | 9 13 | Q3.0 craigslist and eBay.<br>Q3.1 None that I can think of. |
| 34049 | 7  8 11 | Q3.0 www.youtube.com, www.myspace.com and www.facebook.com.<br>Q3.1 None. |
| 35117 | 8 13 | Q3.0 MySpace.<br>Q3.1 HuskerPedia. |
| 35274 | 7 13(2) | Q3.0 YouTube, Google and Metacafe.<br>Q3.1 Not off the top of my head, no. |
| 35699 | 13 | Q3.0 Snapfish.<br>Q3.1 None. |
| 36445 | 8 13 | Q3.0 MySpace and Spacebook.<br>Q3.1 None. |
| 37328 | 8 | Q3.0 Uh, probably MySpace.<br>Q3.1 That's probably the only one I can think of. |
| 37715 | 13 | Q3.0 Netflix.<br>Q3.1 None. |
| 37813 | 13(2) | Q3.0 Amavoa.<br>Q3.1 Wiley. |

```
Q3.0  Now, I would like you to think about internet sites that offer
      self publishing.  By this I mean internet sites where
      individuals who have created manuscripts, photos, or digital
      media products can post them and offer them for sale.
      Now, thinking about internet sites that offer self publishing,
      would you please tell me the names of internet sites that offer
      self publishing that you can think of?
Q3.1  What other names of internet sites that offer self publishing,
      if any, can you think of?
===============================================================================

               RESPONSE
RESP ID         CODES       RESPONSE

 38032        10 13(2)     Q3.0 Kodak.com and walmart.com.
                           Q3.1 Slicker.

 38197        10 13        Q3.0 Kodak.
                           Q3.1 Go Daddy.

 38219        12 13(8)     Q3.0 Um, TV.com, Paradoxentertainment.com,
                                MSN.com, Yahoo.com and CNET.COM.
                           Q3.1 Let's see, GameSpy.com, IGN.com, UGO.com and
                                GameSpot.com.

 38254        8 13         Q3.0 When I go on I only look at MySpace and
                                Google.
                           Q3.1 [not asked]

 38441        8            Q3.0 Um, I guess I don't know.  MySpace, maybe.
                           Q3.1 I don't know.  I guess I really don't know.
                                I have no idea.

 39620        13           Q3.0 Flickr, maybe.
                           Q3.1 That only one I can think of.

 40029        8            Q3.0 Can't think of any.  I know where sites can
                                be accessed but things are not for sale.
                           Q3.1 MySpace.

 40532        13           Q3.0 Photobucket.  I really can't think of any
                                others.
                           Q3.1 I can't think of any other site names.

 41005        13           Q3.0 iTunes.
                           Q3.1 None.

 41597        12           Q3.0 Yahoo.
                           Q3.1 None.

 42842        13           Q3.0 Crafters Choice.
                           Q3.1 Don't know.

 43239        13           Q3.0 Wal-Mart.
                           Q3.1 None.

 43575        13(2)        Q3.0 Um, Bluetooth.com.  Um, Wipf and Stock.
                                That's about all I know.
                           Q3.1 That's about it.
```

- 16 -

Q3.0  Now, I would like you to think about internet sites that offer self publishing.  By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.
Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

| RESP ID | RESPONSE CODES | RESPONSE |
|---|---|---|
| 44099 | 13(2) | Q3.0 Ezotrope.<br>Q3.1 Lighthouse Publishing. |
| 44491 | 13 | Q3.0 iTunes.<br>Q3.1 None. |
| 44634 | 8 11 | Q3.0 MySpace.<br>Q3.1 Um, Facebook. |
| 45010 | 13 | Q3.0 Poetry contests.<br>Q3.1 None. |
| 46342 | 10 | Q3.0 Kodak EasyShare.<br>Q3.1 That's it. |
| 47216 | 13 | Q3.0 Digital Blasphemy.<br>Q3.1 None. |
| 48111 | 7 8 13 | Q3.0 YouTube, MySpace and Bebo.com.<br>Q3.1 That's all I know. |
| 48320 | 7 | Q3.0 Like YouTube.<br>Q3.1 I can't think of them. |
| 48516 | 13 | Q3.0 Cafetress.<br>Q3.1 Can't think of anything. |
| 48764 | 13(4) | Q3.0 ABC Family, MTV and VH1.<br>Q3.1 Disney channel. |
| 48867 | 7 11 | Q3.0 YouTube and Facebook.<br>Q3.1 I can't think of anymore. |
| 49077 | 7 13 | Q3.0 Um, Flickr and YouTube.  Um, I believe that there's some others for books but can't think of the name.<br>Q3.1 Uh, well, certainly any blogging software allow for self publishing.  Let's see, um, I can't think of any others. |
| 49221 | 9 | Q3.0 eBay.<br>Q3.1 None. |

- 17 -

Q3.0  Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.

Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

RESPONSE CATEGORY 14: None/Don't know

RESPONDENT
NUMBER    RESPONSE

16273    Q3.0    I don't know of any.
16490    Q3.0    I can't think of any.
16506    Q3.0    I am not aware of any.
16694    Q3.0    Not familiar with any.
16785    Q3.0    I don't have any.
16956    Q3.0    I can't think of any.
17389    Q3.0    None.
17689    Q3.0    Not familiar.
17978    Q3.0    Don't know any.
18270    Q3.0    Can't think of any.
18326    Q3.0    I can't think of any.
18361    Q3.0    Don't know.
18425    Q3.0    I don't know.
18571    Q3.0    None.
18897    Q3.0    I am not sure.
19415    Q3.0    Don't know any.
19467    Q3.0    None.
19586    Q3.0    I don't know any.
19683    Q3.0    I don't know.
19832    Q3.0    I really don't know.
20068    Q3.0    Can't think of any.