Q3.0  Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale. Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

RESPONSE CATEGORY 14: None/Don't know continued

| RESPONDENT NUMBER | | RESPONSE |
|---|---|---|
| 20081 | Q3.0 | I have no idea. |
| 20238 | Q3.0 | Uh, none. |
| 20314 | Q3.0 | I don't know any. |
| 20462 | Q3.0 | None. |
| 20563 | Q3.0 | None. |
| 20577 | Q3.0 | I don't know any. |
| 20693 | Q3.0 | None. |
| 20802 | Q3.0 | None. |
| 21105 | Q3.0 | I don't know any. |
| 21115 | Q3.0 | None. |
| 21167 | Q3.0 | I can't think of any. |
| 21280 | Q3.0 | No, I can't think of any. |
| 21430 | Q3.0 | Don't know. |
| 21593 | Q3.0 | I have no idea. |
| 21986 | Q3.0 | I have no idea. |
| 22016 | Q3.0 | Don't know. |
| 22245 | Q3.0 | I don't know of any. |
| 22477 | Q3.0 | I can't think of any. |
| 22532 | Q3.0 | I don't know, I'm not sure. |
| 22541 | Q3.0 | I don't look at anything like that. |
| 22556 | Q3.0 | I don't use those sites. |
| 22662 | Q3.0 | I can't think of any. |

Q3.0   Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale. Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1   What other names of internet sites that offer self publishing, if any, can you think of?

---

RESPONSE CATEGORY 14: None/Don't know continued

| RESPONDENT NUMBER | | RESPONSE |
|---|---|---|
| 22938 | Q3.0 | None. |
| 23027 | Q3.0 | Hm, not really. |
| 23028 | Q3.0 | I cannot. |
| 23039 | Q3.0 | I can't think of any. |
| 23309 | Q3.0 | Can't think of any. |
| 23340 | Q3.0 | No idea. |
| 23816 | Q3.0 | I have no idea. |
| 23887 | Q3.0 | I don't know any. |
| 23945 | Q3.0 | I can't think of any. |
| 24028 | Q3.0 | Um, I don't know. |
| 24294 | Q3.0 | None. |
| 24438 | Q3.0 | I can't think of one because I wouldn't use it. |
| 25672 | Q3.0 | I don't know. |
| 26414 | Q3.0 | None. |
| 26614 | Q3.0 | None. |
| 27421 | Q3.0 | Can't think of any. |
| 27635 | Q3.0 | Don't know any. |
| 28122 | Q3.0 | I don't even know. |
| 28706 | Q3.0 | Not offhand, but I have looked at some before. They might be on my favorites. |
| 28725 | Q3.0 | I can't think of any. Never been to such site. |
| 28996 | Q3.0 | I really don't know anything about that. |
| 29255 | Q3.0 | Not aware of any. |

Q3.0  Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale. Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

RESPONSE CATEGORY 14: None/Don't know continued

| RESPONDENT NUMBER | | RESPONSE |
|---|---|---|
| 29410 | Q3.0 | No idea. |
| 29532 | Q3.0 | I don't know any. |
| 29540 | Q3.0 | We don't do that. |
| 29913 | Q3.0 | None. |
| 29987 | Q3.0 | None that I can think of. |
| 30495 | Q3.0 | None. |
| 30540 | Q3.0 | Mm, I do not know of any. |
| 30945 | Q3.0 | I don't know. |
| 31157 | Q3.0 | I don't do that. |
| 31816 | Q3.0 | No, I don't think so. |
| 32091 | Q3.0 | Um, I can't because I wouldn't pay. I mean if I'm paying for videos. |
| 32784 | Q3.0 | Oh, I have no idea. |
| 33126 | Q3.0 | I can't think of the name of the company. |
| 33262 | Q3.0 | I cannot think of any. |
| 33548 | Q3.0 | I can't think of any. |
| 33886 | Q3.0 | None. |
| 34282 | Q3.0 | I can't think of any. |
| 34292 | Q3.0 | I don't know. |
| 34397 | Q3.0 | I don't know of any. |
| 34410 | Q3.0 | No, I can't think of one. |
| 35385 | Q3.0 | I don't know any. |
| 35715 | Q3.0 | I don't know. |

Q3.0  Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale. Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

---

RESPONSE CATEGORY 14: None/Don't know continued

| RESPONDENT NUMBER | | RESPONSE |
|---|---|---|
| 37266 | Q3.0 | I don't visit those sites. |
| 37996 | Q3.0 | Couldn't name one. |
| 38151 | Q3.0 | Publishing? Are you talking about a company that sells products? Uh, Dr., uh, I can't think of his name. I know quite a few, but I can't tell. |
| 38847 | Q3.0 | I don't really know for sure. |
| 39002 | Q3.0 | Don't know. |
| 39046 | Q3.0 | I can't think of any. |
| 39358 | Q3.0 | None. |
| 39637 | Q3.0 | None. |
| 39684 | Q3.0 | I can't think of any. |
| 39784 | Q3.0 | I usually don't go to those sites so I don't know any. |
| 39966 | Q3.0 | I don't know of any. |
| 40329 | Q3.0 | I can't think of any. |
| 40838 | Q3.0 | Um, I really use our internet for medical information, any other sources of information. |
| 41038 | Q3.0 | I can't think of any. I'm not too familiar with the internet. |
| 41240 | Q3.0 | I have no idea. |
| 41336 | Q3.0 | Don't know. |
| 41788 | Q3.0 | I can't think of any. |
| 42954 | Q3.0 | I don't know of any. |
| 42966 | Q3.0 | I can't think of any. |

Q3.0  Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.
Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?
Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

RESPONSE CATEGORY 14: None/Don't know continued

| RESPONDENT NUMBER | | RESPONSE |
|---|---|---|
| 43206 | Q3.0 | I have no idea. |
| 43261 | Q3.0 | No, don't any. |
| 43634 | Q3.0 | I can't think of any. |
| 44286 | Q3.0 | Don't know. |
| 44408 | Q3.0 | I don't know. |
| 44475 | Q3.0 | I don't know of any. |
| 44786 | Q3.0 | I don't know any. |
| 44875 | Q3.0 | Um, none right now. |
| 44914 | Q3.0 | None. |
| 44939 | Q3.0 | None. |
| 45192 | Q3.0 | I don't know of any. |
| 45231 | Q3.0 | None. |
| 45385 | Q3.0 | I don't use that type of thing. |
| 45427 | Q3.0 | None. |
| 45468 | Q3.0 | I honestly don't know. |
| 46487 | Q3.0 | No not really. |
| 46751 | Q3.0 | Don't know of any. |
| 46753 | Q3.0 | I don't know. |
| 47647 | Q3.0 | I don't know. |
| 47700 | Q3.0 | None. |
| 47717 | Q3.0 | I don't know any at all. |
| 47984 | Q3.0 | I can't think of any right now. |

Q3.0  Now, I would like you to think about internet sites that offer self publishing.  By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.
Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1  What other names of internet sites that offer self publishing, if any, can you think of?

---

RESPONSE CATEGORY 14: None/Don't know continued

| RESPONDENT NUMBER | | RESPONSE |
|---|---|---|
| 48219 | Q3.0 | Right off the bat can't tell you anything. |
| 48447 | Q3.0 | None. |
| 48568 | Q3.0 | None. |
| 48629 | Q3.0 | No idea. |
| 48654 | Q3.0 | None. |
| 48744 | Q3.0 | None. |
| 49037 | Q3.0 | I can't think of any. |

# EXHIBIT A
# TAB D-4

TABLE 4

AGE DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution | |
|---|---|---|
| | Number | Percent (n=200) |
| 1. 14 to 29 | 62 | 31.00 |
| 2. 30 to 49 | 73 | 36.50 |
| 3. 50 or above | 65 | 32.50 |
| Total | 200 | 100.00 |

**EXHIBIT A
TAB D-5**

TABLE 5

GENDER DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution Number | Percent (n=200) |
|---|---|---|
| 1. Male | 91 | 45.50 |
| 2. Female | 109 | 54.50 |
| Total | 200 | 100.00 |