# EXHIBIT A
# TAB E

Dockets.Justia.com

SURVEY X

VIDEO CONTENT INTERNET SITES
SCREENER AND QUESTIONNAIRE

FB&A
9/07
#1333

SCREENER - X

**INTRODUCTION**

Hello.  My name is \_\_\_\_\_, with Issues & Answers, an independent research company.  We are conducting a very brief survey related to the internet and would like to include the opinions of someone in your household.  This is <u>not</u> a sales or telemarketing call.

So that we can get a mix of individuals from various households, may I please speak to the person in your household who will have the next birthday and is 14 years of age or older?

**IF SPEAKING, GO TO --> AGE.**

**IF TRANSFERRED:**

Hello.  My name is \_\_\_\_\_, with Issues & Answers, an independent research company.  We are conducting a very brief survey related to the internet.  This is <u>not</u> a sales or telemarketing call.

Are you the person in your household who will have the next birthday and is 14 years of age or older?

**IF 'YES,' GO TO --> AGE.**

**IF 'NO,' ASK FOR THAT PERSON AND BEGIN AGAIN AT 'IF TRANSFERRED.'**

**IF 'NOT HOME/AVAILABLE,' ASK:**

When would be a good time to call back, and who should I ask for?

**RECORD NAME AND SUGGESTED CALLBACK TIME.**

----------------------------------------------------------------

For classification purposes only, would you please tell me, into which of the following categories does your age fall? **READ LIST.  RECORD RESPONSE WITH AN 'X.'**

\_\_\_\_\_1.  under 14  **TERMINATE.**

\_\_\_\_\_2.  14 to 29 ─┐

\_\_\_\_\_3.  30 to 49  ├─  **CONTINUE.**

\_\_\_\_\_4.  50 or above ─┘

\_\_\_\_\_5.  refused  **TERMINATE.**

**RECORD GENDER AND CONTINUE:**

\_\_\_\_\_1.  male        \_\_\_\_\_2.  female

1.0  Before I continue, I need to tell you that our supervisors periodically monitor these interviews for quality and courtesy.
**RECORD WITH AN 'X.'**

\_\_\_\_\_1.  advised respondent about monitoring  **CONTINUE.**

2.0  Do you access the internet at home, at work, at school, or
     somewhere else?
     **RECORD RESPONSE WITH AN 'X.'**

     _____1. yes  **CONTINUE.**

     _____2. no  **TERMINATE.  TALLY.**

2.1  Can you access the internet via a high speed internet
     connection at home, at work, at school, or somewhere else?
     **RECORD RESPONSE WITH AN 'X.'**

     _____1. yes  **CONTINUE.**

     _____2. no ───────┐
                         ├─  **TERMINATE.  TALLY.**
     _____3. don't know ┘

2.2  Using a high speed internet connection, would you be likely
     to visit an internet site where you could watch a variety of
     past and current episodes of TV shows, film and TV clips,
     trailers, and select feature films...**PAUSE**...all for free
     and you decide when and what to watch?
     **RECORD RESPONSE WITH AN 'X.'**

     _____1. yes  **CONTINUE.**

     _____2. no ───────┐
                         ├─  **TERMINATE.  TALLY.**
     _____3. don't know ┘

QUESTIONNAIRE - X

In a moment, I am going to ask you some questions about internet sites

Please understand that we are interested in your answers; but if you don't have an answer or don't know the answer to a question, that is an acceptable response.


3.0  Now, I would like you to think about internet sites that offer video content.  By this I mean internet sites where individuals can view video or images or listen to audio or podcast content.

Now, thinking about internet sites that offer video content, ...PAUSE...would you please tell me the names of internet sites that offer video content that you can think of? **RECORD RESPONSE VERBATIM.**

_____

_____
                              IF NONE, GO TO --> Q4.1;
                              OTHERWISE, CONTINUE.

3.1  What other names of internet sites that offer video content, if any, can you think of? **RECORD RESPONSE VERBATIM.**

_____

_____
                                          CONTINUE.

4.0  Now, I am going to read you some additional names that may or may not be internet sites that offer video content. ...PAUSE... Have you ever heard of __INSERT INTERNET SITE NAME(S) NOT MENTIONED IN Q3.0 OR Q3.1__? **RECORD RESPONSES WITH AN 'X.' RANDOMIZE LIST.**

|                  | Yes | No  | DK  |
|------------------|-----|-----|-----|
| - lulu? . . . . . . . . . . . | ____1. | ____2. | ____3. |
| - myspace? . . . . . . . | ____1. | ____2. | ____3. |
| - youtube? . . . . . . . . | ____1. | ____2. | ____3. |
| - photobucket? . . . . . | ____1. | ____2. | ____3. |
| - digg? . . . . . . . . . . | ____1. | ____2. | ____3. |
| - moho? . . . . . . . . . | ____1. | ____2. | ____3. |

                          GO TO --> VERIFICATION.

Questionnaire - X, Page 2

4.1   Now, I am going to read you some names that may or may not
      be internet sites that offer video content.
      ...PAUSE...
      Have you ever heard of __INSERT INTERNET SITE NAMES__?
      RECORD RESPONSES WITH AN 'X.'
      RANDOMIZE LIST.

|  |  | Yes | No | DK |
|---|---|---|---|---|
| - | lulu?. . . . . . . . . . | _____1. | _____2. | _____3. |
| - | myspace? . . . . . . . . | _____1. | _____2. | _____3. |
| - | youtube? . . . . . . . . | _____1. | _____2. | _____3. |
| - | photobucket? . . . . . . | _____1. | _____2. | _____3. |
| - | digg?. . . . . . . . . . | _____1. | _____2. | _____3. |
| - | moho?. . . . . . . . . . | _____1. | _____2. | _____3. |

                                        CONTINUE.


**VERIFICATION:**

     Finally, may I please have your name?  This information is
so that my Supervisor can verify a portion of my work.  If you
are contacted, it will only be to confirm that I conducted this
interview and for no other reason.

Respondent Name:_____

Verify/Confirm Telephone Number:__(_____)_____

-----------------------------------------------------------------

Interviewer Certification:

     I hereby certify that the information contained on this
Screener/Questionnaire is a true and accurate record of this
respondent's comments as they were given to me.

_____    _____
Interviewer's signature                     Date


Supervisor Validation (Telephone Monitoring Validation)

     I hereby certify that I personally monitored, by
telephone, the questions and responses to the next birthday
question through Q2.2.

_____
Supervisor's signature


Supervisor Validation (Telephone Callback Validation)

     I hereby certify that I validated this interview by
recontacting the named respondent and by confirming the
respondent's participation in the survey and the respondent's
answers to the next birthday question through Q2.2.

_____
Supervisor's signature


Supervisor Validation Quality Control Telephone Monitoring

     I hereby certify that I personally monitored, by telephone,
the questions and responses to questions 3.0 through 4.0/4.1.

_____
Supervisor's signature

# EXHIBIT A
# TAB F-6

TABLE 6

UNAIDED AWARENESS
VIDEO CONTENT INTERNET SITES

Q3.0  Now, I would like you to think about internet sites that
offer video content.  By this I mean internet sites where
individuals can view video or images or listen to audio or
podcast content.

Now, thinking about internet sites that offer video
content, would you please tell me the names of internet
sites that offer video content that you can think of?

Q3.1  What other names of internet sites that offer video
content, if any, can you think of?

| Response Categories | Response Distribution | |
| | Number | Percent |
| | | (n=200) |
| 1. Lulu | -- | --- |
| 2. MySpace | 28 | 14.00 |
| 3. YouTube | 102 | 51.00 |
| 4. Photobucket | -- | --- |
| 5. Digg | -- | --- |
| 6. Moho | -- | --- |
| 7. ABC | 27 | 13.50 |
| 8. Yahoo | 19 | 9.50 |
| 9. CNN | 18 | 9.00 |
| 10. NBC | 18 | 9.00 |
| 11. Google | 17 | 8.50 |
| 12. Apple | 15 | 7.50 |
| 13. FOX | 12 | 6.00 |
| 14. CBS | 11 | 5.50 |
| 15. ESPN | 10 | 5.00 |
| 16. MSN | 8 | 4.00 |
| 17. MSNBC | 5 | 2.50 |
| 18. MTV | 5 | 2.50 |
| 19. Other unaided internet sites[4] | 134 | 67.00 |
| 20. None/Don't know | 46 | 23.00 |

---

[4]No other single unaided video content internet site
accounted for more than 2.0%.  See Appendix B.

- 32 -

# EXHIBIT A
# TAB F-7

TABLE 7

AIDED AWARENESS
VIDEO CONTENT INTERNET SITES

Q4.0   Now, I am going to read you some additional names that may
       or may not be internet sites that offer video content.
       Have you ever heard of  INSERT INTERNET SITE NAME(S) NOT
       MENTIONED IN Q3.0 OR Q3.1  ?

Q4.1   Now, I am going to read you some names that may or may not
       be internet sites that offer video content.
       Have you ever heard of  INSERT INTERNET SITE NAMES ?

| Response Categories | Response Distribution | |
|---|---|---|
| | Number | Percent |
| | | (n=200) |
| 1. Lulu | 12 | 6.00 |
| 2. MySpace | 166 | 83.00 |
| 3. YouTube | 88 | 44.00 |
| 4. Photobucket | 59 | 29.50 |
| 5. Digg | 25 | 12.50 |
| 6. Moho | 12 | 6.00 |