# EXHIBIT A
# TAB F-8

Dockets.Justia.com

TABLE 8

TOTAL UNAIDED AND AIDED AWARENESS
VIDEO CONTENT INTERNET SITES

| Response Categories | Response Distribution Number | Percent (n=200) |
|---|---|---|
| 1.  Lulu | 12 | 6.00 |
| 2.  MySpace | 194 | 97.00 |
| 3.  YouTube | 190 | 95.00 |
| 4.  Photobucket | 59 | 29.50 |
| 5.  Digg | 25 | 12.50 |
| 6.  Moho | 12 | 6.00 |
| 7.  ABC | 27 | 13.50 |
| 8.  Yahoo | 19 | 9.50 |
| 9.  CNN | 18 | 9.00 |
| 10. NBC | 18 | 9.00 |
| 11. Google | 17 | 8.50 |
| 12. Apple | 15 | 7.50 |
| 13. FOX | 12 | 6.00 |
| 14. CBS | 11 | 5.50 |
| 15. ESPN | 10 | 5.00 |
| 16. MSN | 8 | 4.00 |
| 17. MSNBC | 5 | 2.50 |
| 18. MTV | 5 | 2.50 |
| 19. Other unaided internet sites[5] | 134 | 67.00 |
| 20. None/Don't know | 1 | 0.50 |

---

[5] No other single unaided video content internet site accounted for more than 2.0%. See Appendix B.

CODING CATEGORIES FOR SURVEY RESPONSES
QUESTIONS 3.0, 3.1, 4.0/4.1

1. Lulu
2. MySpace
3. YouTube
4. Photobucket
5. Digg
6. Moho
7. ABC
8. Yahoo
9. CNN
10. NBC
11. Google
12. Apple
13. FOX
14. CBS
15. ESPN
16. MSN
17. MSNBC
18. MTV
19. Other unaided internet sites
20. None/Don't know

SURVEY RESPONSES

Q3.0  Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content.

Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?

Q3.1  What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | RESPONSE |
|---|---|---|---|
| 49419 | 3 19 | Q3.0 | PBS.com. |
| | | Q3.1 | YouTube. |
| 49435 | 3  8 18 19 | Q3.0 | YouTube. |
| | | Q3.1 | I don't really get on it that much. Jesus music and then MTV and Yahoo video. |
| 49582 | 3 11 | Q3.0 | YouTube and Google video. |
| | | Q3.1 | I guess that's about it. I stumble across them once in a while but, I can never remember their names. |
| 49617 | 2  8 | Q3.0 | MySpace. |
| | | Q3.1 | Yahoo. |
| 49734 | 3 19 | Q3.0 | YouTube and news channels. |
| | | Q3.1 | I don't know. |
| 49945 | 3 | Q3.0 | YouTube. |
| | | Q3.1 | Nothing. |
| 50108 | 2  3 | Q3.0 | YouTube, MySpace video and some new ones. |
| | | Q3.1 | MySpace. |
| 50138 | 3 19 | Q3.0 | YouTube and Tvlength. |
| | | Q3.1 | Don't know. |
| 50399 | 2  3  7 10 11 12 13 14 19(2) | Q3.0 | Well, I guess there's YouTube, MySpace, NBC, ABC, CBS, FOX, WB, HBO, Apple iTunes, Google has it. Wow, I know there's another one. Well, I guess you can put those. |
| | | Q3.1 | That's all I can think of at this point, sorry. |

Q3.0  Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content. Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?

Q3.1  What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | RESPONSE |
|---|---|---|---|
| 50448 | 3 7 15 19 | Q3.0 | YouTube, ABC.com and ESPN.com. |
|  |  | Q3.1 | Ebaum. |
| 50603 | 3  7 10 13<br>14 | Q3.0 | YouTube. |
|  |  | Q3.1 | ABC, CBS, NBC and FOX. |
| 50716 | 2  3 | Q3.0 | YouTube. |
|  |  | Q3.1 | MySpace. |
| 50935 | 3 | Q3.0 | Ah, YouTube. That's the only one I can think of. |
|  |  | Q3.1 | I can't think of it. |
| 51440 | 10 | Q3.0 | NBC.com. |
|  |  | Q3.1 | I don't know. |
| 51613 | 3 12 17 19 | Q3.0 | YouTube, iTunes, MSNBC and all the major networks. All I can think of off the top of my head. |
|  |  | Q3.1 | None. |
| 51663 | 3  9 19 | Q3.0 | YouTube. |
|  |  | Q3.1 | CNN and MPR. |
| 51784 | 3 | Q3.0 | YouTube. |
|  |  | Q3.1 | None. |
| 52154 | 2  3 | Q3.0 | YouTube. |
|  |  | Q3.1 | MySpace. |
| 52255 | 2  3  9 12<br>13 19 | Q3.0 | iTunes, YouTube, CNN and FOX 21. |
|  |  | Q3.1 | MySpace, Facebook, and I can't think of any more. |
| 52467 | 19(2) | Q3.0 | VH1. |
|  |  | Q3.1 | Animal Planet. |
| 53085 | 7 | Q3.0 | ABC.com. |
|  |  | Q3.1 | That's all I can think of. |
| 53196 | 2  3 19(2) | Q3.0 | YouTube and most of the news channels. |
|  |  | Q3.1 | Nafa and MySpace. |
| 53477 | 8 19(2) | Q3.0 | AOL radio and video and Yahoo music. |
|  |  | Q3.1 | Um, I don't know, that is it. |

Q3.0  Now, I would like you to think about internet sites that offer video content.  By this I mean internet sites where individuals can view video or images or listen to audio or podcast content.  Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?
Q3.1  What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | | | RESPONSE | |
|---|---|---|---|---|---|---|
| 53570 | 2 | 3 | | | Q3.0 | Um, YouTube. |
| | | | | | Q3.1 | Um, MySpace. |
| 53637 | 3 | | | | Q3.0 | YouTube. |
| | | | | | Q3.1 | I can't think of any. |
| 53894 | 2 | 3 | 9 | 13 | Q3.0 | FOX news, CNN, YouTube, MySpace. That's all I can think of right now. |
| | | | | | Q3.1 | That's all I can think of right now. |
| 54086 | 15 | | | | Q3.0 | ESPN.com |
| | | | | | Q3.1 | I don't know. |
| 54103 | 2 | 3 | 8 | | Q3.0 | YouTube, MySpace and Yahoo. |
| | | | | | Q3.1 | None. |
| 54247 | 2 | 19 | | | Q3.0 | MySpace. |
| | | | | | Q3.1 | Break. |
| 54273 | 2 | 3 | | | Q3.0 | YouTube. |
| | | | | | Q3.1 | MySpace. |
| 54341 | 3 | | | | Q3.0 | YouTube. |
| | | | | | Q3.1 | I know there are others out there, but I just don't know their names. |
| 54398 | 19 | | | | Q3.0 | Mary Kay. |
| | | | | | Q3.1 | None. |
| 54593 | 3 | 7 | 10 | | Q3.0 | NBC.com and ABC.com. |
| | | | | | Q3.1 | YouTube. |
| 54641 | 3 | | | | Q3.0 | Um, YouTube, um, I'm not sure.  I can't think of any other sites. |
| | | | | | Q3.1 | I can't think of any. |
| 54929 | 8 | 11 | | | Q3.0 | Google, Yahoo.  Let me think.  No, that's about it. |
| | | | | | Q3.1 | I can't think of any. |
| 55303 | 3 | | | | Q3.0 | YouTube. |
| | | | | | Q3.1 | Only one that comes to mind. |
| 55764 | 3 | 7 | 19 | | Q3.0 | NBC.com, YouTube and NPR. |
| | | | | | Q3.1 | [not asked] |

Q3.0   Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content. Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?
Q3.1   What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | RESPONSE |
|---|---|---|---|
| 55830 | 12 19(2) | Q3.0 | iTunes, Netflix and Xbox live. |
| | | Q3.1 | I can't think of any other. |
| 55911 | 2  7  8 10<br>11 13 16 17<br>19(3) | Q3.0 | Uh, Yahoo, MSN, MSNBC, um, Google, um, MySpace. These are all I can think of. Oh, and the movies, NBC, ABC, all the networks, FOX, Disney. |
| | | Q3.1 | None. |
| 56013 | 3 19 | Q3.0 | Video content and YouTube. |
| | | Q3.1 | Um, trying to think of one. IBMS. It's a movie site. |
| 56014 | 15 16 19 | Q3.0 | KCRA.com, MSN and ESPN. |
| | | Q3.1 | None. |
| 56335 | 2  3 | Q3.0 | YouTube. |
| | | Q3.1 | MySpace. |
| 56740 | 7 12 14 | Q3.0 | iTunes, CBS and ABC. |
| | | Q3.1 | None. |
| 56772 | 3  8 | Q3.0 | Yahoo movies, YouTube. That's it that I can think of. |
| | | Q3.1 | No, I know there's hundreds, but I just can't think of any. |
| 56786 | 2  3 19(4) | Q3.0 | YouTube, MySpace, myyearbook, xbox.com, bugie.com and hoyt.com. |
| | | Q3.1 | I don't know. |
| 56842 | 15 16 19 | Q3.0 | ESPN, blabbermouth.net and MSN. |
| | | Q3.1 | None. |
| 56965 | 2 18 | Q3.0 | MTV. |
| | | Q3.1 | MySpace. |
| 57364 | 3  9 13 19 | Q3.0 | YouTube. Um, some of the TV stations. Um, News, CNN, FOX News Teams, and then there's some pirate sites. |
| | | Q3.1 | That's all I can think of. |

Q3.0   Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content. Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?
Q3.1   What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | RESPONSE |
|---|---|---|---|
| 57803 | 3 8 11 | Q3.0 | Oh, geez, um, YouTube. |
| | | Q3.1 | Google and Yahoo. Oh, geez, um, nah, I cannot think of any more. |
| 57877 | 3 8 18 | Q3.0 | YouTube.com, um, MTV.com. |
| | | Q3.1 | I think Yahoo.com does. I can't think of any more. I usually don't go on the internet for that stuff. |
| 58055 | 3 8 11 | Q3.0 | Google has one. |
| | | Q3.1 | Yahoo has one, and I am sure there are many of them out there, and YouTube is associated with them. |
| 58085 | 3 19 | Q3.0 | YouTube. |
| | | Q3.1 | eBaum's World. They are videos, not TV shows. I cannot think of any others right now. |
| 58332 | 3 19(2) | Q3.0 | eBaum's World, Newgrounds and YouTube. |
| | | Q3.1 | None. |
| 58388 | 3 19 | Q3.0 | Um, YouTube and game trailers. |
| | | Q3.1 | Uh, I cannot really think of any others. |
| 58587 | 7 | Q3.0 | ABC.com. |
| | | Q3.1 | I can't think of any. |
| 58812 | 3 19(3) | Q3.0 | YouTube, ah, TV stations and that's about it. |
| | | Q3.1 | Um, mini clips. My son watches that. Goes to there a lot. Um, what else can I think of? Jib Jab. |
| 58856 | 7 10 14 19 | Q3.0 | NBC, ABC, CBS and SCI-FI. |
| | | Q3.1 | That's all the ones that I can think of. |
| 58895 | 18 19(4) | Q3.0 | Jobolow.com. It's a movie site. Discover.com, BBC.America.com. Just a basic stuff like FX. |
| | | Q3.1 | MTV.com, VH1.com and the others like jolowbo.com. |
| 59116 | 3 11 | Q3.0 | YouTube and Google. |
| | | Q3.1 | None. |