Q3.0 Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content. Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?

Q3.1 What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | RESPONSE |
|---|---|---|---|
| 59804 | 3 19 | Q3.0 | YouTube. |
| | | Q3.1 | Movie trailers. |
| 60235 | 3 16 | Q3.0 | MSN.com |
| | | Q3.1 | YouTube. |
| 60491 | 7 10 19 | Q3.0 | ABC, NBC and BYU Channels. |
| | | Q3.1 | Do not use other sites. |
| 60908 | 2 3 11 | Q3.0 | Um, YouTube, Google Video and MySpace. |
| | | Q3.1 | Um, I can't think of any others. |
| 61129 | 16 | Q3.0 | MSN. |
| | | Q3.1 | Can't think of any other sites. I know there's thousands but MSN is my homepage. I can get videos and news. |
| 61213 | 19(2) | Q3.0 | Um, pittsburgh.com. Anything you can think of, KDKA.com. |
| | | Q3.1 | That's all that I can think of. |
| 61357 | 3 19 | Q3.0 | YouTube and movie trailers. |
| | | Q3.1 | I don't know any others. |
| 61526 | 2 3 | Q3.0 | YouTube. |
| | | Q3.1 | MySpace. |
| 61863 | 11 | Q3.0 | Google video. |
| | | Q3.1 | That is all that I can think of. |
| 62073 | 3 9 10 19(2) | Q3.0 | CNN, Movie Link, NBC, YouTube and Popcorn. |
| | | Q3.1 | None. |
| 62230 | 7 19 | Q3.0 | The only one I can think of is Disney. It has the Pirates of the Caribbean. |
| | | Q3.1 | Um, I think ABC has one. |
| 62459 | 7 9 19 | Q3.0 | Hm, ABC.com. |
| | | Q3.1 | CNN.com, um, local news channels. |
| 62868 | 3 9 | Q3.0 | YouTube. |
| | | Q3.1 | CNN. |
| 62969 | 3 | Q3.0 | YouTube. |
| | | Q3.1 | None. |

```
Q3.0  Now, I would like you to think about internet sites that offer
      video content.  By this I mean internet sites where individuals
      can view video or images or listen to audio or podcast content.
      Now, thinking about internet sites that offer video content,
      would you please tell me the names of internet sites that offer
      video content that you can think of?
Q3.1  What other names of internet sites that offer video content, if
      any, can you think of?
```

| RESP ID | RESPONSE CODES | | | | RESPONSE | |
|---|---|---|---|---|---|---|
| 63149 | 3 | 7 | 14 | 19(2) | Q3.0 | CBS, ABC, SCI-FI, YouTube and Buddy TV. |
| | | | | | Q3.1 | Same ones. |
| 63538 | 3 | | | | Q3.0 | YouTube. |
| | | | | | Q3.1 | No others. |
| 63755 | 3 | 7 | | | Q3.0 | YouTube and ABC. |
| | | | | | Q3.1 | I can't think of others. |
| 63949 | 3 | 7 | 9 | 14 | Q3.0 | YouTube, ESPN and MSNBC. |
| | 15 | 17 | | | Q3.1 | CNN, CBS and ABC. |
| 64013 | 3 | 12 | 19 | | Q3.0 | YouTube, iTunes, um, Funbox. |
| | | | | | Q3.1 | Um, I don't know honestly. |
| 64262 | 3 | 19 | | | Q3.0 | Um, YouTube.  Um, that's all about it right now that I can think of. |
| | | | | | Q3.1 | Um, let's see NetFlix, I guess. That's it right off the top of my head. |
| 64341 | 3 | 19(2) | | | Q3.0 | YouTube. |
| | | | | | Q3.1 | Um, IMEEM.com, um, projectplaylist.com. |
| 64437 | 3 | 8 | | | Q3.0 | Yahoo music and YouTube. |
| | | | | | Q3.1 | None. |
| 64884 | 3 | 19 | | | Q3.0 | YouTube. |
| | | | | | Q3.1 | Funnyjunk. |
| 64987 | 2 | 3 | | | Q3.0 | Just MySpace and YouTube. |
| | | | | | Q3.1 | That would be it. |
| 65066 | 2 | 3 | | | Q3.0 | YouTube and MySpace. |
| | | | | | Q3.1 | That would be all that can come to my mind. |

Q3.0  Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content. Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?

Q3.1  What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | RESPONSE |
|---|---|---|---|
| 65122 | 3  7  9  11  13 | Q3.0 | YouTube by CNN. I think all the major networks have video sites as well. |
| | | Q3.1 | YouTube, CNN, Google, ABC and FOX. |
| 65242 | 2  3  14  19 | Q3.0 | YouTube, CBS and major networks. |
| | | Q3.1 | MySpace and AOLmusic.com. |
| 65491 | 19 | Q3.0 | Univision. |
| | | Q3.1 | I don't know any more. |
| 65638 | 3  19 | Q3.0 | ATT Bluetooth. |
| | | Q3.1 | Um, YouTube. |
| 65662 | 3  11  16  19 | Q3.0 | Microsoft Network. |
| | | Q3.1 | Google.com, YouTube and Facebook. |
| 65799 | 3  19(2) | Q3.0 | Metacafe, YouTube and Youporn. |
| | | Q3.1 | None. |
| 66046 | 12  19 | Q3.0 | Apple. |
| | | Q3.1 | Rotten Tomatoes. Either Fried Green Tomatoes or Rotten Tomatoes. |
| 66292 | 19(2) | Q3.0 | VEOH and TIVO. |
| | | Q3.1 | Um, I can't think of any more. |
| 66382 | 3  15  19 | Q3.0 | YouTube, ESPN and New York Times. |
| | | Q3.1 | None. |
| 66426 | 19 | Q3.0 | Um, I just go to N something. |
| | | Q3.1 | None. |
| 66435 | 3  7  12 | Q3.0 | YouTube and um, I have some work sites with Podcast on air, and I look at iTunes. |
| | | Q3.1 | ABC website. |
| 66735 | 3  8  19 | Q3.0 | NFL and Yahoo. |
| | | Q3.1 | YouTube. |
| 67399 | 3  10  12 | Q3.0 | YouTube and iTunes. |
| | | Q3.1 | NBC. |
| 67415 | 8 | Q3.0 | Yahoo. |
| | | Q3.1 | Um, I don't know. |

Q3.0   Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content. Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?
Q3.1   What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | RESPONSE |
|---|---|---|---|
| 67556 | 7 10 14 | Q3.0 | ABC.com, NBC.com and CBS.com. |
| | | Q3.1 | None that I can think of. |
| 68068 | 2 3 11 19 | Q3.0 | YouTube and MySpace. |
| | | Q3.1 | Google and Facebook. |
| 68257 | 3 10 19(2) | Q3.0 | YouTube and NBC.com. |
| | | Q3.1 | LimeWire and OK, those are the main ones. |
| 68465 | 19(2) | Q3.0 | Channel 22 Podcast and Coast to Coast. |
| | | Q3.1 | Nothing really. |
| 68681 | 2 3 9 | Q3.0 | YouTube, MySpace and CNN. |
| | | Q3.1 | Can't think of no more. |
| 68780 | 9 10 14 19(2) | Q3.0 | Sure CNN, BBC, JBC, NBC, CBS. I think primarily those networks. |
| | | Q3.1 | None. |
| 68970 | 19(3) | Q3.0 | Weather.COM, Accuweather.com and gal.com. |
| | | Q3.1 | None that I think of. |
| 69036 | 7 10 12 14 | Q3.0 | iTunes, NBC, ABC and CBS. |
| | | Q3.1 | None. |
| 69056 | 11 | Q3.0 | Google. |
| | | Q3.1 | None. |
| 70081 | 19(2) | Q3.0 | Channel 12 news and news station. |
| | | Q3.1 | Starfall. |
| 70410 | 3 | Q3.0 | YouTube. |
| | | Q3.1 | I don't know. |
| 70451 | 3 11 19(2) | Q3.0 | Um, YouTube, eBaum's World. |
| | | Q3.1 | Um, VH1.com, um, Google. |
| 71273 | 3 17 19(3) | Q3.0 | YouTube, MSNBC.com, Comcast Cable, Netflix, TV shows on most websites. That's all I can think of right now. |
| | | Q3.1 | All I can think of. |

Q3.0  Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content. Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?
Q3.1  What other names of internet sites that offer video content, if any, can you think of?

```
RESP ID   RESPONSE CODES        RESPONSE

71563     3  7  10              Q3.0   Um, like YouTube. Um, probably NBC
                                       and ABC. You know the major
                                       networks.
                                Q3.1   Um, I cannot think of any off, I do
                                       not know offhand.

71817     3 19                  Q3.0   The only one I can think of is
                                       YouTube.
                                Q3.1   You can get trailers in sites like
                                       MGM Grand.

71850     19                    Q3.0   PGAtour.com
                                Q3.1   Don't know.

72010     3                     Q3.0   YouTube.
                                Q3.1   Can't think of any.

72250     3  8  11  12          Q3.0   Comcast.net, Google Video, Apple.com,
          19(2)                        Yahoo video and Boston.com.
                                Q3.1   YouTube.

72394     2  3  18  19(2)       Q3.0   MP3.com, MTV.COM, YouTube and
                                       MySpace.
                                Q3.1   Musicbox.

72405     3  8                  Q3.0   YouTube and Yahoo.com.
                                Q3.1   Not offhand.

72407     3 11 19(3)            Q3.0   Daily Motion, YouTube, Google video
                                       and IFilm.
                                Q3.1   Metacafe.

72496     8  9  12              Q3.0   iTunes.com
                                Q3.1   CNN.com and Yahoo.com.

72519     3 16 19               Q3.0   YouTube.
                                Q3.1   MSN and news websites.

72804     3                     Q3.0   YouTube.
                                Q3.1   None.

73136     3  7 19               Q3.0   Um, CMT.com, ABC.com. I know some of
                                       the other TV stations, but I'm
                                       blanking out on anything.
                                Q3.1   Um, YouTube.com.
```

```
Q3.0  Now, I would like you to think about internet sites that offer
      video content.  By this I mean internet sites where individuals
      can view video or images or listen to audio or podcast content.
      Now, thinking about internet sites that offer video content,
      would you please tell me the names of internet sites that offer
      video content that you can think of?
Q3.1  What other names of internet sites that offer video content, if
      any, can you think of?
```

| RESP ID | RESPONSE CODES | RESPONSE | |
|---|---|---|---|
| 73256 | 9  16 | Q3.0 | CNN.com. |
| | | Q3.1 | Microsoft and MSN.com. |
| 73517 | 3  9  10  12  19(7) | Q3.0 | NBC, YouTube, CNN and that's all I can think of. |
| | | Q3.1 | KillSomeTime.com, um, Collegehumor.com, Harmony Central, Apple, Netflix, um, Apple.com, Discover Kids, PBS Kids, Old Man Mountains and that's it. |
| 73539 | 3 | Q3.0 | YouTube. |
| | | Q3.1 | Others but I can't think of the names. |
| 74142 | 7  10  19 | Q3.0 | NBC.com and ABC.com. |
| | | Q3.1 | Alluc.org. |
| 74286 | 7  10  13  19 | Q3.0 | ABC, FOX, NBC and all the TV networks that have websites. |
| | | Q3.1 | All the channels that you can get off cable you can watch on the internet. |
| 74307 | 3  9  15 | Q3.0 | CNN, ESPN and YouTube. |
| | | Q3.1 | None. |
| 74520 | 19 | Q3.0 | Something with a T, but I don't remember exactly. |
| | | Q3.1 | No, I can't right now. |
| 74526 | 3  19 | Q3.0 | YouTube. |
| | | Q3.1 | Videowagon. |
| 75161 | 19 | Q3.0 | Um, sex views. |
| | | Q3.1 | I cannot think of any more. |
| 75175 | 3 | Q3.0 | YouTube. |
| | | Q3.1 | I don't know. |
| 75309 | 19(2) | Q3.0 | Movietickets. |
| | | Q3.1 | Rapapour. |
| 75468 | 2  3 | Q3.0 | Um, YouTube. |
| | | Q3.1 | MySpace. |

Q3.0  Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content. Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?

Q3.1  What other names of internet sites that offer video content, if any, can you think of?

| RESP ID | RESPONSE CODES | | RESPONSE | |
|---|---|---|---|---|
| 75675 | 2 3 | | Q3.0 | MySpace and YouTube. |
|  |  | | Q3.1 | None. |
| 76072 | 13 19(2) | | Q3.0 | FOX 2 News, WWE Wrestling and Comedy Central. |
|  |  | | Q3.1 | Um, that's the main ones. |
| 76172 | 8 19 | | Q3.0 | Yahoo. |
|  |  | | Q3.1 | Wooho. |
| 76499 | 3 | | Q3.0 | YouTube. |
|  |  | | Q3.1 | I can't think of anything offhand. |
| 76752 | 3 15 | | Q3.0 | YouTube. |
|  |  | | Q3.1 | ESPN.com, that's it. |
| 77068 | 7 10 14 | | Q3.0 | CBS.com, ABC.com and NBC.com. |
|  |  | | Q3.1 | None. |
| 77283 | 2 3 7 13 15 19(7) | | Q3.0 | Ones that I can think of? Websites that offer video content, hm, AOL.com, NFL.com, ABC.com, NEWSOK.com, ESPN.com, MySpace, YouTube. Hm, those are the only ones I can rattle off. |
|  |  | | Q3.1 | FOX.com, PGA.com, NHL.com, NBA.com and soonersport.com. |
| 77885 | 3 8 | | Q3.0 | Uh, YouTube. |
|  |  | | Q3.1 | Hm, yeah Yahoo. |
| 78066 | 3 | | Q3.0 | YouTube. |
|  |  | | Q3.1 | I can't. |
| 78303 | 2 3 17 19(3) | | Q3.0 | MSNBC, Illwillpress, MySpace and YouTube. |
|  |  | | Q3.1 | Any news, any independent sites and Facebook. |
| 78862 | 3 11 | | Q3.0 | Um, there's, um, YouTube. Google. That's all I can think of right now. |
|  |  | | Q3.1 | Um, those are the only ones I can think of right now. |