Q3.0   Now, I would like you to think about internet sites that offer
       video content.  By this I mean internet sites where individuals
       can view video or images or listen to audio or podcast content.
       Now, thinking about internet sites that offer video content,
       would you please tell me the names of internet sites that offer
       video content that you can think of?

Q3.1   What other names of internet sites that offer video content, if
       any, can you think of?

RESP ID   RESPONSE CODES      RESPONSE

 79169    3   9 13 19    Q3.0    All the news sites, CNN.com,
                                 FOXnews.com and YouTube.com.
                         Q3.1    Nothing right off the top of my head.

 79595    7   8 12 13    Q3.0    ABC.com, whatever the FOX site is,
          19(3)                  comcast.net, balmoreson.com,
                                 Yahoo.com and Golf.com.
                         Q3.1    iTunes.

 79608    3   9          Q3.0    YouTube.
                         Q3.1    CNN.

 79975    19(3)          Q3.0    Keithmor and Kennethcoplandministry.
                         Q3.1    Jessieduplantsministries.

 80211    3   9 12 15    Q3.0    YouTube and iTunes.
                         Q3.1    ESPN and CNN.

Dockets.Justia.com

Q3.0    Now, I would like you to think about internet sites that offer
        video content.  By this I mean internet sites where individuals
        can view video or images or listen to audio or podcast content.

        Now, thinking about internet sites that offer video content,
        would you please tell me the names of internet sites that offer
        video content that you can think of?

Q3.1    What other names of internet sites that offer video content, if
        any, can you think of?

RESPONSE CATEGORY 20: None/Don't know

RESPONDENT
 NUMBER    RESPONSE

    49643    Q3.0    None.

    49961    Q3.0    None.

    51131    Q3.0    None.

    51396    Q3.0    I do not know of any.

    51758    Q3.0    None.

    51894    Q3.0    Let's skip that part.

    51925    Q3.0    I don't know any.

    52293    Q3.0    Don't know.

    52594    Q3.0    I can't think of any.

    52675    Q3.0    I don't know any.

    53124    Q3.0    I don't know.

    53191    Q3.0    I don't know.

    53941    Q3.0    I can't really think of any right now.  Just like
                     when I go on Yahoo, I just don't know of any
                     specific sites.

    54339    Q3.0    Uh, I cannot think of any.

    54871    Q3.0    None.

    54928    Q3.0    I don't know.

    54949    Q3.0    Hard to determine, not offhand.

    55128    Q3.0    Don't know.

    56925    Q3.0    I actually don't go into them.

    57462    Q3.0    I don't know.

    57668    Q3.0    Um, gosh, I can't really thing of any right now.

Q3.0   Now, I would like you to think about internet sites that offer
       video content.  By this I mean internet sites where individuals
       can view video or images or listen to audio or podcast content.
       Now, thinking about internet sites that offer video content,
       would you please tell me the names of internet sites that offer
       video content that you can think of?
Q3.1   What other names of internet sites that offer video content, if
       any, can you think of?

RESPONSE CATEGORY 20: None/Don't know continued

RESPONDENT
  NUMBER    RESPONSE

   60685    Q3.0   I don't know.

   63105    Q3.0   I don't do that.

   63863    Q3.0   None.

   64663    Q3.0   None that I can think of.

   66220    Q3.0   I don't know.

   66426    Q3.0   Um, I just go to end something.

   66916    Q3.0   No, I can't.

   67349    Q3.0   I don't know.

   68025    Q3.0   I don't know any.

   68531    Q3.0   I really couldn't.

   69299    Q3.0   I don't know.  I've never watched any.

   70514    Q3.0   I don't know.

   70832    Q3.0   Really don't know.

   71793    Q3.0   I don't know what they are.

   71931    Q3.0   None.

   72427    Q3.0   I don't know.

   72524    Q3.0   At the moment I can't.

   72557    Q3.0   I do not know of any.

   73735    Q3.0   I cannot remember the names of them.  I remember
                   watching Motocross ones in the internet.

   74452    Q3.0   I don't know.

   74583    Q3.0   None.

   74728    Q3.0   I don't know.

Q3.0  Now, I would like you to think about internet sites that offer
      video content.  By this I mean internet sites where individuals
      can view video or images or listen to audio or podcast content.
      Now, thinking about internet sites that offer video content,
      would you please tell me the names of internet sites that offer
      video content that you can think of?

Q3.1  What other names of internet sites that offer video content, if
      any, can you think of?

RESPONSE CATEGORY 20: None/Don't know continued

RESPONDENT
  NUMBER    RESPONSE

   75346    Q3.0   I don't even know.

   75889    Q3.0   I couldn't think of one.

   76602    Q3.0   I cannot think of any right now.

   77250    Q3.0   I don't have any.

   77948    Q3.0   I don't know.

   79215    Q3.0   Mm, not really.

   79284    Q3.0   Can only relate to music videos.

# EXHIBIT A
# TAB G-9

TABLE 9

AGE DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution | |
| --- | --- | --- |
| | Number | Percent |
| | | (n=200) |
| 1. 14 to 29 | 64 | 32.00 |
| 2. 30 to 49 | 75 | 37.50 |
| 3. 50 or above | 61 | 30.50 |
| Total | 200 | 100.00 |

# EXHIBIT A
# TAB G-10

TABLE 10

GENDER DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution | |
| --- | --- | --- |
| | Number | Percent |
| | | (n=200) |
| 1. Male | 102 | 51.00 |
| 2. Female | 98 | 49.00 |
| Total | 200 | 100.00 |

APPENDIX