# EXHIBIT A
# APPENDIX A

Dockets.Justia.com

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES

<u>SURVEY QUESTIONS</u>

<u>SELF PUBLISHING INTERNET SITE</u>

Q3.0 Now, I would like you to think about internet sites that offer self publishing. By this I mean internet sites where individuals who have created manuscripts, photos, or digital media products can post them and offer them for sale.

Now, thinking about internet sites that offer self publishing, would you please tell me the names of internet sites that offer self publishing that you can think of?

Q3.1 What other names of internet sites that offer self publishing, if any, can you think of?

Q4.0 Now, I am going to read you some additional names that may or may not be internet sites that offer self publishing. Have you ever heard of <u>INSERT INTERNET SITE NAME(S) NOT MENTIONED IN Q3.0 OR Q3.1</u>?

Q4.1 Now, I am going to read you some names that may or may not be internet sites that offer self publishing. Have you ever heard of <u>INSERT INTERNET SITE NAMES</u>?

<u>VIDEO CONTENT INTERNET SITE</u>

Q3.0 Now, I would like you to think about internet sites that offer video content. By this I mean internet sites where individuals can view video or images or listen to audio or podcast content.

Now, thinking about internet sites that offer video content, would you please tell me the names of internet sites that offer video content that you can think of?

Q3.1 What other names of internet sites that offer video content, if any, can you think of?

Q4.0 Now, I am going to read you some additional names that may or may not be internet sites that offer video content. Have you ever heard of <u>INSERT INTERNET SITE NAME(S) NOT MENTIONED IN Q3.0 OR Q3.1</u>?

Q4.1 Now, I am going to read you some names that may or may not be internet sites that offer video content. Have you ever heard of <u>INSERT INTERNET SITE NAMES</u>?

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES

SELF PUBLISHING INTERNET SITES

```
RESP_ID  16273
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't know of any.
Q4.0     [Have you ever heard of...?)
                 lulu              na[6]
                 blurb             na
                 iuniverse         na
                 authorhouse       na
                 trafford          na
                 moho              na
Q4.1     [Have you ever heard of...?)
                 lulu              No
                 blurb             No
                 iuniverse         No
                 authorhouse       No
                 trafford          No
                 moho              No


RESP_ID  16441
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Tomcamp.
Q3.1     Yahoo
Q4.0     [Have you ever heard of...?)
                 lulu              No
                 blurb             No
                 iuniverse         No
                 authorhouse       No
                 trafford          No
                 moho              Yes
Q4.1     [Have you ever heard of...?)
                 lulu              na
                 blurb             na
                 iuniverse         na
                 authorhouse       na
                 trafford          na
                 moho              na
```

---

[6]Respondents were either asked Q4.0 and Q4.1.

A-2

```
RESP_ID  16490
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I can't think of any.
Q4.0     [Have you ever heard of...?)
                    lulu                    na
                    blurb                   na
                    iuniverse               na
                    authorhouse             na
                    trafford                na
                    moho                    na
Q4.1     [Have you ever heard of...?)
                    lulu                    No
                    blurb                   No
                    iuniverse               No
                    authorhouse             No
                    trafford                No
                    moho                    No


RESP_ID  16506
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I am not aware of any.
Q4.0     [Have you ever heard of...?)
                    lulu                    na
                    blurb                   na
                    iuniverse               na
                    authorhouse             na
                    trafford                na
                    moho                    na
Q4.1     [Have you ever heard of...?)
                    lulu                    No
                    blurb                   No
                    iuniverse               No
                    authorhouse             No
                    trafford                No
                    moho                    No


RESP_ID  16694
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Not familiar with any.
Q4.0     [Have you ever heard of...?)
                    lulu                    na
                    blurb                   na
                    iuniverse               na
                    authorhouse             na
                    trafford                na
                    moho                    na
Q4.1     [Have you ever heard of...?)
                    lulu                    No
                    blurb                   No
                    iuniverse               No
                    authorhouse             No
                    trafford                No
                    moho                    No
```

```
RESP_ID  16737
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     MySpace and YouTube.
Q3.1     Sreimster.
Q4.0     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No
Q4.1     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na


RESP_ID  16785
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't have any.
Q4.0     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No


RESP_ID  16956
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I can't think of any.
Q4.0     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No
```

```
RESP_ID  17167
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     MySpace, Shutterfly and evite.com.
Q3.1     I can't think of any.
Q4.0     [Have you ever heard of...?)
                   lulu                    Yes
                   blurb                   Yes
                   iuniverse               No
                   authorhouse             No
                   trafford                No
                   moho                    No
Q4.1     [Have you ever heard of...?)
                   lulu                    na
                   blurb                   na
                   iuniverse               na
                   authorhouse             na
                   trafford                na
                   moho                    na


RESP_ID  17389
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     None.
Q4.0     [Have you ever heard of...?)
                   lulu                    na
                   blurb                   na
                   iuniverse               na
                   authorhouse             na
                   trafford                na
                   moho                    na
Q4.1     [Have you ever heard of...?)
                   lulu                    No
                   blurb                   No
                   iuniverse               No
                   authorhouse             No
                   trafford                No
                   moho                    No


RESP_ID  17689
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Not familiar.
Q4.0     [Have you ever heard of...?)
                   lulu                    na
                   blurb                   na
                   iuniverse               na
                   authorhouse             na
                   trafford                na
                   moho                    na
Q4.1     [Have you ever heard of...?)
                   lulu                    Yes
                   blurb                   No
                   iuniverse               No
                   authorhouse             No
                   trafford                No
                   moho                    No
```

A-5

```
RESP_ID  17978
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Don't know any.
Q4.0     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1     [Have you ever heard of...?)
                    lulu                No
                    blurb               Yes
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No


RESP_ID  18270
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Can't think of any.
Q4.0     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No


RESP_ID  18326
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I can't think of any.
Q4.0     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No
```

A-6

```
RESP_ID  18361
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Don't know.
Q4.0      [Have you ever heard of...?)
                    lulu                  na
                    blurb                 na
                    iuniverse             na
                    authorhouse           na
                    trafford              na
                    moho                  na
Q4.1      [Have you ever heard of...?)
                    lulu                  No
                    blurb                 No
                    iuniverse             No
                    authorhouse           No
                    trafford              No
                    moho                  No


RESP_ID  18425
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know.
Q4.0      [Have you ever heard of...?)
                    lulu                  na
                    blurb                 na
                    iuniverse             na
                    authorhouse           na
                    trafford              na
                    moho                  na
Q4.1      [Have you ever heard of...?)
                    lulu                  No
                    blurb                 No
                    iuniverse             No
                    authorhouse           No
                    trafford              No
                    moho                  No


RESP_ID  18446
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      MySpace and Facebook.
Q3.1      I don't know.
Q4.0      [Have you ever heard of...?)
                    lulu                  No
                    blurb                 No
                    iuniverse             No
                    authorhouse           No
                    trafford              No
                    moho                  No
Q4.1      [Have you ever heard of...?)
                    lulu                  na
                    blurb                 na
                    iuniverse             na
                    authorhouse           na
                    trafford              na
                    moho                  na
```

```
RESP_ID  18454
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Maybe eBay or I'm not really sure.
Q4.0      [Have you ever heard of...?)
                    lulu                    na
                    blurb                   na
                    iuniverse               na
                    authorhouse             na
                    trafford                na
                    moho                    na
Q4.1      [Have you ever heard of...?)
                    lulu                    No
                    blurb                   No
                    iuniverse               Yes
                    authorhouse             Yes
                    trafford                No
                    moho                    No


RESP_ID  18571
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
                    lulu                    na
                    blurb                   na
                    iuniverse               na
                    authorhouse             na
                    trafford                na
                    moho                    na
Q4.1      [Have you ever heard of...?)
                    lulu                    No
                    blurb                   No
                    iuniverse               No
                    authorhouse             No
                    trafford                No
                    moho                    No


RESP_ID  18643
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Food Channel.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
                    lulu                    No
                    blurb                   Yes
                    iuniverse               No
                    authorhouse             No
                    trafford                No
                    moho                    No
Q4.1      [Have you ever heard of...?)
                    lulu                    na
                    blurb                   na
                    iuniverse               na
                    authorhouse             na
                    trafford                na
                    moho                    na
```