```
RESP_ID   18897
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I am not sure.
Q4.0      [Have you ever heard of...?)
                    lulu              na
                    blurb             na
                    iuniverse         na
                    authorhouse       na
                    trafford          na
                    moho              na
Q4.1      [Have you ever heard of...?)
                    lulu              No
                    blurb             No
                    iuniverse         No
                    authorhouse       No
                    trafford          No
                    moho              No


RESP_ID   19367
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      eBay.  Uh, like eBay would be the only one I can think of.
Q3.1      Um, yeah, ah, uh, yeah, Plumbers Dream.  Um, I don't normally
          use anything buy eBay.
Q4.0      [Have you ever heard of...?)
                    lulu              No
                    blurb             No
                    iuniverse         Yes
                    authorhouse       Yes
                    trafford          No
                    moho              No
Q4.1      [Have you ever heard of...?)
                    lulu              na
                    blurb             na
                    iuniverse         na
                    authorhouse       na
                    trafford          na
                    moho              na


RESP_ID   19415
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Don't know any.
Q4.0      [Have you ever heard of...?)
                    lulu              na
                    blurb             na
                    iuniverse         na
                    authorhouse       na
                    trafford          na
                    moho              na
Q4.1      [Have you ever heard of...?)
                    lulu              No
                    blurb             No
                    iuniverse         No
                    authorhouse       No
                    trafford          No
                    moho              No
```

Dockets.Justia.com

```
RESP_ID   19467
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
                lulu                        na
                blurb                       na
                iuniverse                   na
                authorhouse                 na
                trafford                    na
                moho                        na
Q4.1      [Have you ever heard of...?)
                lulu                        No
                blurb                       No
                iuniverse                   No
                authorhouse                 No
                trafford                    No
                moho                        No


RESP_ID   19586
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know any.
Q4.0      [Have you ever heard of...?)
                lulu                        na
                blurb                       na
                iuniverse                   na
                authorhouse                 na
                trafford                    na
                moho                        na
Q4.1      [Have you ever heard of...?)
                lulu                        No
                blurb                       No
                iuniverse                   No
                authorhouse                 No
                trafford                    No
                moho                        No


RESP_ID   19683
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know.
Q4.0      [Have you ever heard of...?)
                lulu                        na
                blurb                       na
                iuniverse                   na
                authorhouse                 na
                trafford                    na
                moho                        na
Q4.1      [Have you ever heard of...?)
                lulu                        No
                blurb                       No
                iuniverse                   No
                authorhouse                 No
                trafford                    No
                moho                        No
```

```
RESP_ID  19788
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Kodak.
Q3.1     Uh, I can't think of any more.
Q4.0     [Have you ever heard of...?]
             lulu                              No
             blurb                             No
             iuniverse                         No
             authorhouse                       No
             trafford                          No
             moho                              No
Q4.1     [Have you ever heard of...?]
             lulu                              na
             blurb                             na
             iuniverse                         na
             authorhouse                       na
             trafford                          na
             moho                              na

RESP_ID  19832
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I really don't know.
Q4.0     [Have you ever heard of...?]
             lulu                              na
             blurb                             na
             iuniverse                         na
             authorhouse                       na
             trafford                          na
             moho                              na
Q4.1     [Have you ever heard of...?]
             lulu                              Yes
             blurb                             No
             iuniverse                         No
             authorhouse                       Yes
             trafford                          No
             moho                              No

RESP_ID  20068
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Can't think of any.
Q4.0     [Have you ever heard of...?]
             lulu                              na
             blurb                             na
             iuniverse                         na
             authorhouse                       na
             trafford                          na
             moho                              na
Q4.1     [Have you ever heard of...?]
             lulu                              No
             blurb                             No
             iuniverse                         No
             authorhouse                       No
             trafford                          No
             moho                              No
```

A-11

```
RESP_ID    20081
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I have no idea.
Q4.0       [Have you ever heard of...?)
                   lulu                          na
                   blurb                         na
                   iuniverse                     na
                   authorhouse                   na
                   trafford                      na
                   moho                          na
Q4.1       [Have you ever heard of...?)
                   lulu                          No
                   blurb                         No
                   iuniverse                     No
                   authorhouse                   No
                   trafford                      No
                   moho                          No


RESP_ID    20213
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       eBay and craigslist.
Q3.1       I think that's all.
Q4.0       [Have you ever heard of...?)
                   lulu                          Yes
                   blurb                         No
                   iuniverse                     No
                   authorhouse                   No
                   trafford                      No
                   moho                          No
Q4.1       [Have you ever heard of...?)
                   lulu                          na
                   blurb                         na
                   iuniverse                     na
                   authorhouse                   na
                   trafford                      na
                   moho                          na


RESP_ID    20238
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Uh, none.
Q4.0       [Have you ever heard of...?)
                   lulu                          na
                   blurb                         na
                   iuniverse                     na
                   authorhouse                   na
                   trafford                      na
                   moho                          na
Q4.1       [Have you ever heard of...?)
                   lulu                          No
                   blurb                         No
                   iuniverse                     No
                   authorhouse                   No
                   trafford                      No
                   moho                          No
```

```
RESP_ID   20314
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know any.
Q4.0      [Have you ever heard of...?)
               lulu                    na
               blurb                   na
               iuniverse               na
               authorhouse             na
               trafford                na
               moho                    na
Q4.1      [Have you ever heard of...?)
               lulu                    No
               blurb                   No
               iuniverse               No
               authorhouse             No
               trafford                No
               moho                    No

RESP_ID   20462
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
               lulu                    na
               blurb                   na
               iuniverse               na
               authorhouse             na
               trafford                na
               moho                    na
Q4.1      [Have you ever heard of...?)
               lulu                    No
               blurb                   No
               iuniverse               No
               authorhouse             No
               trafford                No
               moho                    No

RESP_ID   20563
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
               lulu                    na
               blurb                   na
               iuniverse               na
               authorhouse             na
               trafford                na
               moho                    na
Q4.1      [Have you ever heard of...?)
               lulu                    No
               blurb                   No
               iuniverse               Yes
               authorhouse             Yes
               trafford                No
               moho                    No
```

A-13

```
RESP_ID   20577
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know any.
Q4.0      [Have you ever heard of...?]
                  lulu                            na
                  blurb                           na
                  iuniverse                       na
                  authorhouse                     na
                  trafford                        na
                  moho                            na
Q4.1      [Have you ever heard of...?]
                  lulu                            No
                  blurb                           No
                  iuniverse                       No
                  authorhouse                     No
                  trafford                        No
                  moho                            No


RESP_ID   20693
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?]
                  lulu                            na
                  blurb                           na
                  iuniverse                       na
                  authorhouse                     na
                  trafford                        na
                  moho                            na
Q4.1      [Have you ever heard of...?]
                  lulu                            No
                  blurb                           No
                  iuniverse                       No
                  authorhouse                     No
                  trafford                        No
                  moho                            No


RESP_ID   20738
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      MySpace.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
                  lulu                            No
                  blurb                           No
                  iuniverse                       No
                  authorhouse                     No
                  trafford                        No
                  moho                            No
Q4.1      [Have you ever heard of...?]
                  lulu                            na
                  blurb                           na
                  iuniverse                       na
                  authorhouse                     na
                  trafford                        na
                  moho                            na
```

A-14

```
RESP_ID   20802
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q3.1      Newsweek and Military Week.
Q4.0      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No
Q4.1      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na


RESP_ID   21105
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know any.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No


RESP_ID   21115
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No
```

```
RESP_ID   21126
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Apple.
Q3.1      That's it.
Q4.0      [Have you ever heard of...?)
                  lulu                                  No
                  blurb                                 No
                  iuniverse                             No
                  authorhouse                           No
                  trafford                              No
                  moho                                  No
Q4.1      [Have you ever heard of...?)
                  lulu                                  na
                  blurb                                 na
                  iuniverse                             na
                  authorhouse                           na
                  trafford                              na
                  moho                                  na

RESP_ID   21167
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of any.
Q4.0      [Have you ever heard of...?)
                  lulu                                  na
                  blurb                                 na
                  iuniverse                             na
                  authorhouse                           na
                  trafford                              na
                  moho                                  na
Q4.1      [Have you ever heard of...?)
                  lulu                                  No
                  blurb                                 No
                  iuniverse                             No
                  authorhouse                           No
                  trafford                              No
                  moho                                  No

RESP_ID   21219
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I think the only one I know is Word Press.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
                  lulu                                  Yes
                  blurb                                 No
                  iuniverse                             No
                  authorhouse                           No
                  trafford                              No
                  moho                                  No
Q4.1      [Have you ever heard of...?)
                  lulu                                  na
                  blurb                                 na
                  iuniverse                             na
                  authorhouse                           na
                  trafford                              na
                  moho                                  na
```

A-16

```
RESP_ID    21280
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       No, I can't think of any.
Q4.0       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na
Q4.1       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           No
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No


RESP_ID    21428
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Like self publishing, like eBay.  No, I don't know.
Q3.1       No.
Q4.0       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           Yes
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No
Q4.1       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na


RESP_ID    21430
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Don't know.
Q4.0       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na
Q4.1       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           No
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No
```

A-17

```
RESP_ID    21524
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Um, deviantART.
Q3.1       Not really other then that.
Q4.0       [Have you ever heard of...?)
                   lulu                         No
                   blurb                        No
                   iuniverse                    No
                   authorhouse                  No
                   trafford                     No
                   moho                         No
Q4.1       [Have you ever heard of...?)
                   lulu                         na
                   blurb                        na
                   iuniverse                    na
                   authorhouse                  na
                   trafford                     na
                   moho                         na


RESP_ID    21544
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Keizertimes and Statejournal.
Q3.1       None.
Q4.0       [Have you ever heard of...?)
                   lulu                         No
                   blurb                        Yes
                   iuniverse                    Yes
                   authorhouse                  Yes
                   trafford                     No
                   moho                         No
Q4.1       [Have you ever heard of...?)
                   lulu                         na
                   blurb                        na
                   iuniverse                    na
                   authorhouse                  na
                   trafford                     na
                   moho                         na


RESP_ID    21593
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I have no idea.
Q4.0       [Have you ever heard of...?)
                   lulu                         na
                   blurb                        na
                   iuniverse                    na
                   authorhouse                  na
                   trafford                     na
                   moho                         na
Q4.1       [Have you ever heard of...?)
                   lulu                         No
                   blurb                        No
                   iuniverse                    No
                   authorhouse                  No
                   trafford                     No
                   moho                         No
```

A-18

```
RESP_ID  21803
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Project Gutenberg.
Q3.1     None.
Q4.0     [Have you ever heard of...?)
                 lulu                              No
                 blurb                             No
                 iuniverse                         No
                 authorhouse                       No
                 trafford                          No
                 moho                              No
Q4.1     [Have you ever heard of...?)
                 lulu                              na
                 blurb                             na
                 iuniverse                         na
                 authorhouse                       na
                 trafford                          na
                 moho                              na

RESP_ID  21986
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I have no idea.
Q4.0     [Have you ever heard of...?)
                 lulu                              na
                 blurb                             na
                 iuniverse                         na
                 authorhouse                       na
                 trafford                          na
                 moho                              na
Q4.1     [Have you ever heard of...?)
                 lulu                              No
                 blurb                             No
                 iuniverse                         No
                 authorhouse                       No
                 trafford                          No
                 moho                              No

RESP_ID  22016
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Don't know.
Q4.0     [Have you ever heard of...?)
                 lulu                              na
                 blurb                             na
                 iuniverse                         na
                 authorhouse                       na
                 trafford                          na
                 moho                              na
Q4.1     [Have you ever heard of...?)
                 lulu                              No
                 blurb                             No
                 iuniverse                         No
                 authorhouse                       No
                 trafford                          No
                 moho                              No
```