IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| LULU ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HULU, LLC <br> (formerly N-F NEWSITE, LLC), <br><br> and <br><br> HULU TECH, INC., <br><br> Defendants. | Civil Action No. 07-347 <br><br> **DECLARATION OF DANIEL H. MARTI IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

I, Daniel H. Marti, declare under penalty of perjury as follows:

1.      I am a partner at the firm Kilpatrick Stockton LLP, counsel for Defendant Hulu, LLC ("Hulu") in this action.

2.      I submit this Declaration, based upon my own personal knowledge and my review of the documents annexed hereto as exhibits, in opposition to Plaintiff Lulu Enterprises, Inc.'s Motion for A Preliminary Injunction.

3.      On or about September 10, 2007, Hulu, by way of counsel, ordered and obtained a trademark "Brand Expansion Search" for the term "Lulu" from one of the leading trademark search firms, Thomson CompuMark.  A Brand Expansion Search expands the scope of a traditional U.S. Full Availability Search by also providing coverage of a diverse range of industries and classes of goods and services.  A true and correct copy of the Thomson Compumark Brand Expansion Search dated September 10, 2007 (hereinafter the "Lulu Search Report") is annexed hereto as **Exhibit 1**.

Dockets.Justia.com

4.     On or about September 10, 2007, Hulu, by way of counsel, also ordered and obtained a trademark dilution search for all marks utilizing the "ULU" suffix or letter combination from Thomson CompuMark.   A true and correct copy of the Thomson Compumark Dilution Search dated September 10, 2007, (hereinafter the "*ULU Search Report") is annexed hereto as **Exhibit 2**.

5.     On or about September 12, 2007, Hulu, by way of counsel, also obtained a Dun & Bradstreet report from Westlaw.com's Public Records database (hereinafter the "Lulu Enterprises D&B Report").  The query used in Westlaw was:  "CN(LULU & Enterprises)."  A true and correct copy of the D&B Report dated September 12, 2007 is annexed hereto as **Exhibit 3**.

6.     On September 26, 2007, I obtained a second Dun & Bradstreet Report from Westlaw.com's Public Records database (hereinafter the "Lulu D&B Report").  The query used in Westlaw for this second D&B report was:  "CN(LULU)."  A true and correct copy of the Lulu D&B Report dated September 26, 2007 is annexed hereto as **Exhibit 4**.

**Summary of the Lulu Search Report Results:**

7.     The Lulu Search Report generated 804 pages of "hits" for third-party trademark applications, trademark registrations, and common law or other references for the **LULU** formative marks, as well as variations thereof, such as **LOULOU, LU+LU, LI LU, LUI LUI,** and **LULA**, for a wide variety of goods and services.

8.     The Lulu Search Report discloses a total of two hundred nine (209) third-party federal registrations or applications for registration for **LULU** formative marks, or variations thereof, eighty-two (82) of which are listed as being federally registered, and fifty-two (52) are identified as being active and pending trademark applications.

9.     Taking into account only the marks in which the letter combination **L…U…L…U** appears standing alone, without any other additional words — such as **LULU, LU+LU, LU-LUS, LU-LU,** and **LULU'S** — the Lulu Search Report discloses a total of forty-five (45) "hits" (not including Plaintiff's marks) spread across a total of thirty-five (35) different individuals and entities, for a wide range of goods and services, as summarized below.

10.     Taking into account only the marks in which the letter combination **L…U…L…U** appears *in combination with additional letters and/or terms* — such as, for example, **LULU-B** and **LULU PRODUCTIONS** — the Lulu Search Report reveals a total of one hundred twenty-eight (128) "hits" (not including Plaintiff's marks) spread across a total of ninety (90) different individuals and entities, for a wide range of goods and services, as summarized below.

11.     When expanding the scope of search results to also include marks that are comprised of the letter combination "**LU**," or a variation thereof — such as **LULA, LILU,** and **XULU**, to name a few — the Lulu Search Report discloses a total of two hundred nine (209) third-parties associated with such marks.

### Summary of the *ULU Search Report Results:

12.     Although there is a substantial overlap between the search results in the Lulu Search Report (Exh. 1) and the *ULU Search Report (Exh. 2), the search results are not entirely identical.  For example, the *ULU Search Report generated 1,116 pages of "hits" for third-party trademark applications, trademark registrations and common law or other references for marks comprising an "*ULU" letter combination, such as **ULU, ZULUS,** and **KULU**, for a wide variety of goods and services.

13.    The *ULU Search Report discloses a total of three hundred ninety-two (392) third-party federal registrations or applications for registration marks comprising an "*ULU" letter combination, one hundred thirty-two (132) of which are listed as being federally registered, and seventy (70) are identified as being pending trademark applications.

14.    Taking into account only the marks in which the letter combination **U…L…U** appears with *one* additional, preceding letter — such as **JULU, RULU,** or **SULU** — the *ULU Search Report discloses a total of ninety-six (96) "hits" (not including Plaintiff's marks) spread across a total of seventy (70) different individuals and entities, for a wide range of goods and services.

15.    Taking into account the marks in which the letter combination **U…L…U** appears as a portion of a mark with *two or more* letters and/or words — such as, for example, **COCOLULU** or **KULU ATOLL** — the *ULU Search Report reveals a total of three hundred thirty-eight (338) "hits" (not including Plaintiff's marks or any Honolulu derived marks) spread across a total of two hundred fifteen (215) different individuals and entities, for a wide range of goods and services.

**Plaintiff's Goods and Services And The Search Report Results:**

16.    Lulu's Complaint describes it as being in the self-publishing business, "connecting creators with buyers and viewers of digital content, including **books, videos, images and music**." Lulu Compliant, ¶ 2 (emphasis added). With respect to such media as "books, videos, images and music," the Lulu Search Report discloses scores of **LULU** formative marks, and variations thereof, for identical and related goods and/or services.

17.    For example, with respect to publishing "books," Lulu claims in filings made with the United States Patent and Trademark Office ("USPTO") that it first used the mark **LULU** in **November 2002**, as shown in a true and correct copy of a printout I made from the USPTO's Trademark Applications and Registrations Retrieval ("TARR") web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 5**.

18.    Based on the results of the Lulu Search Report, and additional exhibits herein, Plaintiff is not the only entity, let alone the first entity, to use a LULU formative mark, or variation thereof, in connection with books.  For example, the Lulu Search Report discloses an existing federal trademark registration owned by Viacom International, Inc. for the mark **LULU'S PEEPS** (Reg. No. 2,863,527) for "printed matter, namely…[a] series of fiction books."  See Exhibit 1, p. 127.  Based on USPTO online records, the mark **LULU'S PEEPS** was first used in commerce by Viacom on April 1, 2001, over one year prior to Lulu's alleged first use of the **LULU** mark for printed matter, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 6**.

19.    With respect to "videos" and "images," Lulu claims in filings made with the USPTO that it first used the mark **LULU** in **June 2002**, as shown in a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 7**.

20.    Based on the results of the *ULU Search Report, and additional exhibits herein, Plaintiff is not the only entity, let alone the first entity, to use a LULU formative mark, or variation thereof, in connection with videos and images.  For example, the *ULU

Search Report discloses an existing Hawaiian state trademark registration owned by Cheri Mardon for the mark **LULU PRODUCTIONS** (Hawaiian Reg. No. 249935) for "communication products such as, but not limited to, films, videos, audio, books, clothing, and art." See Exhibit 1, p. 448. Based on the information provided in the \*ULU Search Report, the mark **LULU PRODUCTIONS** was registered with the State of Hawaii on July 26, 2000, and renewed on April 19, 2001, almost two years before Lulu claimed its first use of the **LULU** mark in connection with videos (*e.g.*, audiovisual). Id.

21.  With respect to downloadable "music" services, Lulu claims in filings made with the USPTO that it first used the mark LULU in June 2003, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 8**.

22.  Based on the results of the Lulu Search Report, and additional exhibits herein, Plaintiff is not the only entity, let alone the first entity, to use a LULU formative mark, or variation thereof, in connection with music related goods or services. For example, the Lulu Search Report discloses an existing federal trademark registration owned by Justin Wallace for the mark **ULU** (Reg. No. 2,374,964) for "entertainment, namely, live performances by a musical band." See Exhibit 1, p. 100. Based on USPTO online records, the mark **ULU** was first used in commerce by Mr. Wallace on March 5, 1997, more than five years prior to Lulu's alleged first use of the LULU mark for music related subject matter, as shown by a true and correct copy of a printout I made from the USPTO's Trademark Applications and Registrations Retrieval ("TARR") web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 9**.

**Plaintiff's Trademark Applications And The Search Report Results:**

23.     By way of Plaintiff's five pending USPTO trademark applications, Plaintiff itself describes its current use in commerce of goods and/or services as corresponding to the following "classes," based on the *International Classification of Goods and Services for the Purposes of the Registration of Marks* (established by way of the Nice Agreement, to which the United States became a Contracting Party effective on May 25, 1972):

- **International Class 009:** "Downloadable MP3 files, MP3 recordings; downloadable books, brochures, flyers, calendars, images, music, audio and audiovisual materials and electronic publications via the internet and wireless devices; mouse pads." (Serial Nos. 77226519 and 77217960); and "online discussion boards, web casts, podcasts featuring music, audio books and news broadcasts; providing downloadable electronic newsletters in the field of publishing." (Serial No. 77217960);

- **International Class 016:** "Books of general interest, namely fiction and non-fiction books on a variety of topics; pens; bookmarks; stickers." (Serial Nos. 77226519 and 77217960); and "newsletters in the field of publishing; business cards; postcards. (Serial No. 77217960);

- **International Class 018:** "Tote bags." (Serial No. 77226519);

- **International Class 025:** "Clothing, namely, hats and shirts." (Serial Nos. 77226519 and 77217960);

- **International Class 035:** "Online ordering services featuring books, brochures, flyers, calendars, images, music, audio and audiovisual materials and electronic publications; distributorship services in the field of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications." (Serial Nos. 77226519 and 77217960); "business consulting, namely provision of information and advice in the field of self-publishing." (Serial No. 77217960); and "[a]dministration of a discount program enabling participants to obtain discounts on goods and services; promoting the goods and services of others by placing advertisements and promotional materials in electronic publications accessed via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, by distributing advertisements and promotional materials via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, or through on-line promotional contests; arranging, conducting and promoting business and consumer conferences, business and consumer conventions, business and consumer exhibitions, and trade shows in the fields of business and commerce, education, information services, science, and technology,

other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing; business consultation services; contests and incentive award programs to promote the sale of goods and services of others; promoting educational and entertainment events of others in the nature of conferences, conventions, and exhibitions, in the fields of business and commerce, education, information services, science, and technology, other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing by placing advertisements and promotional materials in electronic publications accessed via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, by distributing advertisements and promotional materials via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, or through on-line promotional contests, promoting the sale of goods and services of others through the distribution of on-line promotional material and promotional contests; providing consumer information in the fields of business and commerce, education, information services, science, and technology; and providing information in the fields of business and commerce; providing information in the nature of prerecorded audio and audiovisual messages and programs on the subjects of business, commerce via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks; providing business advice and consumer information in the nature of audio, visual, and multimedia programs in the fields of business, commerce, and information services via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks." (Serial No. 78155152);

- **International Class 038:** "Communication services, namely, electronic transmission of data and documents among users of computers; providing on-line forums for transmission of messages among computer users concerning self-publishing; communication services, namely, transmitting streamed sound and audio-visual recordings via the Internet." (Serial No. 77217960);

- **International Class 041:** "Publishing services, namely, print on demand and publish on demand of books, brochures, calendars, images, music, audio and audiovisual materials; publication of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications"; (Serial Nos. 77217960 and 77226519); "multimedia publishing of books, brochures, magazines, journals, software, games, music, and electronic publications; entertainment services, namely, providing a web site featuring musical performances, musical videos, related film clips, photographs, and other multimedia materials; workshops and seminars in the field of self-publishing; providing on-line training in the field of self-publishing; on-line journals, namely, blogs featuring information about self publishing; written text editing; video editing." (Serial No. 77217960); and "[a]rranging and conducting educational conferences, conventions, and exhibitions, in the fields of education, information services, science, and technology, other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing; entertainment services, namely, providing a web site featuring audio,

visual, and multimedia performances, motion picture performances, and news and variety shows; entertainment services, namely, providing educational and motivational speakers in the fields of business and commerce, general knowledge, information services, science, and technology; providing recognition and incentives by the way of awards to demonstrate excellence or unusual performance in the fields of business and commerce, general knowledge, information services, science, and technology, other than such awards focused on the areas of advertising and marketing; and publication of electronic newspapers featuring general knowledge accessible via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks." (Serial No. 78155152); and

- **International Class 042:** "Providing information on books, brochures, calendars, images, music, audio and audiovisual materials via a global computer network; providing information on formatting, editing, design, marketing and distribution of books, brochures, publications, calendars, images, music, audio and audiovisual materials via a global computer network." (Serial Nos. 77226519 and 77217960); "graphic design services; design and development of multimedia products." (Serial No. 77217960); and "[p]roviding information in the nature of prerecorded audio and audiovisual messages on the subjects of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks; providing information in the nature of audio, visual, and multimedia materials in the fields of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks." (Serial No. 78155152).

See **Exhibit 10**, which are true and correct copies of printouts I made from the USPTO's Trademark Electronic Search System ("TESS"), at http://uspto.gov/#.

24.    The Lulu Search Report discloses scores of **LULU** marks, and variations thereof, that fall within the identical Trademark (Nice) Classes identified by Plaintiff for its various goods and services (above).

25.    For example, within **International Class 009** alone, the Lulu Search Report discloses at least twenty-two (22) third-party marks in the same class in the federal section of the report (including eight registered marks and two pending marks), and two (2) state registrations, comprised of or containing the designation LULU, or a variation thereof, namely:

- **LU-LU**
- **LUULUU**
- **LULU**
- **ZULU**
- **RULU**
- **XULU**
- **LU**
- **LULU THE LETTER SPINNING SPIDER**
- **LULU GREEN**
- **ROROTON LU LU TONG**
- **TINA AND LULU**
- **TINA AND LULU**
- **WWW.LULURECORDS.COM**
- **LULUCCI**
- **LULU LUV**
- **LUV, LULU**
- **LOO & PALS**
- **XULU ENTERTAINMENT**
- **XULU ADVENTURERS' CLUB**
- **ZULU TIME**
- **XOOLOO**

See Exhibit 1, Lulu Search Report, pp. 51, 53, 66, 97,106, 109, 119, 124, 134, 149, 155, 181, 183, 232, 249, 297, 318, 357, 359, 378, and 381.

26.    Within **International Class 016**, for example, the Lulu Search Report discloses at least twenty-nine (29) third-party marks in same class in the federal section of the report (including thirteen registered marks and four pending marks), and two (2) state registrations, comprised of or containing the designation LULU, or a variation thereof, namely:

- **LOULOU**
- **LU-LU**
- **LULU LOLO**
- **LUU**
- **LI LU**
- **XULU**
- **LULU THE LETTER-SPINNING SPIDER**
- **LULU THE DOG**

- **LULU'S PEEPS**
- **LULU THERAPY ON A LEASH, INC.**
- **LULU 'N' LOU**
- **LULU AT THE CHATEAU**
- **LITTLE LULU**
- **LITTLE LULU**
- **LITTLE LULU**
- **LULU'S WORLD**
- **JACK AND LULU**
- **ZULULU**
- **LULU GREEN**
- **LI LU FA LU SHIH WU AO**
- **LULY**
- **LU**
- **LULY**
- **XULU ENTERTAINMENT**
- **XULU ADVENTURER'S CLUB**
- **ZULU TIME**
- **XOOLOO**
- **LULU PRODUCTIONS**
- **LINDY'S LOO LOOS**

See Exhibit 1, pp. 54, 60, 75, 77, 85, 104, 124, 126, 129, 143, 145, 168, 184, 195, 251, 293, 300, 304, 314, 322, 342, 351, 361, 363, 381, 448, and 463.

27.    Within **International Class 018**, for example, the Lulu Search Report discloses at least thirty-one (31) third-party marks in the same class in the federal section of the report (including 7 registered marks and 14 pending marks), and two (2) state registrations, comprised of or containing the designation LULU, or a variation thereof, namely:

- **LULU**
- **LULU**
- **LUU**
- **LALOO**
- **LULU TOWNSHEND**
- **LULULEMON SPECIFICA**
- **LULU & LUIGI**
- **LULU FLYNN**

11

- **LULU GUINNESS**
- **LULU PINK**
- **LULUCCI**
- **LULU & FRANKIE**
- **LOULOU CACHAREL**
- **LOULOU DE LA FALAISE PARIS**
- **LULU TOWNSHEND**
- **LULU LUV**
- **LULU DE GRENOUILLE**
- **LULU'S PEEPS**
- **AME & LULU**
- **BABY LULU**
- **COCOLULU**
- **LUV, LULU**
- **ZULULU**
- **LUELLA**
- **LUJO**
- **LU**
- **ZULUS**
- **ZULU**
- **LULU**
- **LULU**
- **LULU**
- **LULU BAGS**
- **LULU PINK**

See Exhibit 1, pp. 66, 68, 77, 81, 206, 216, 221, 223, 228, 231, 232, 235, 243, 245,

247, 249, 270, 272, 284, 288, 290, 297, 300, 334, 340, 342, 385, 389, 401, 405, and 407.

28.    Within **International Class 025**, for example, the Lulu Search Report discloses

at least eighty-four (84) third-party marks in the same class in the federal section of the report

(including 24 registered marks and 28 pending marks), and eleven (11) state registrations,

comprised of or containing the designation LULU, or a variation thereof, namely:

- **LULULULU**
- **LULU**
- **LULU**
- **LULU**
- **LULU**

- **LULU**
- **LULU**
- **LULU**
- **LOO LOO**
- **LOU LOU**
- **LOULOU**
- **LULU LULU**
- **LUU**
- **LILOU**
- **LUU**
- **LILOU**
- **LULUEH**
- **LULA**
- **LULUA**
- **LALOO**
- **SULU**
- **ULU**
- **XULU**
- **LU**
- **LU**
- **LOU**
- **LULU 'N' LOU**
- **LULU TOWNSHEND**
- **LULU BELLE BOUTIQUE**
- **LU-LU'S CLOSET**
- **LULU'S BAIT SHACK**
- **LULU'S RED HOTS**
- **LULULEMON SPECIFICA**
- **LULU ALEXANDER**
- **LULU BRAVO**
- **LULU GUINNESS**
- **LULU CASTAGNETTE**
- **LULU LUV**
- **LULU-B**
- **LULULEMON ATHLETICA**
- **LOULOU CACHAREL**
- **LOULOU DE LA FALAISE PARIS**
- **LULU TOWNSHEND**
- **LULU LUV**
- **LULU BLUE**
- **LULU BLUE**
- **LULU BRAVO**

- **LULU COUTURE**
- **LULU GREEN**
- **LULU'S PEEPS**
- **LULU'S FASHION LOUNGE**
- **LULU SECRET**
- **LU LU'S PETALS**
- **LULU DE GRENOUILLE**
- **LULU BY 9CO.**
- **LUV, LULU**
- **TRIXIE + LULU**
- **LM LULU PARIS**
- **GOOD NIGHT LULU**
- **AME & LULU**
- **BABY LULU**
- **BABY LULU**
- **COCOLULU**
- **SADIE & LULU**
- **ZULULU**
- **LUV, LULU**
- **ULULU**
- **LOU LOU INTIMATES**
- **LULLURE**
- **LLUAU**
- **LUEE BABES**
- **LULL**
- **LUELLA**
- **LULA LU**
- **LUU**
- **LU L U**
- **LULLIE**
- **LOULEILOU**
- **XULU ENTERTAINMENT**
- **XULU ADVENTURERS' CLUB**
- **ZULU TIME**
- **KULU**
- **ZOOLOO**
- **LULU'S**
- **LULU'S**
- **LU**
- **LULU PRODUCTIONS**
- **LULU'S FASHION LOUNGE**
- **LULU GIRL STUFF GIRLS CAN'T LEAVE BEHIND**

- **LULU'S LILIPAD**
- **COCOLULU**
- **LU CUZZ**
- **LU BY LOLITA**
- **CHOL-CHU-LU-LI**

See Exhibit 1, pp. 56, 57, 58, 61, 62, 63, 64, 67, 68, 71, 72, 73, 74, 77, 82, 84, 87, 91, 92, 111, 112, 114, 116, 118, 120, 143, 206, 208, 210, 211, 213, 216, 218, 224, 228, 233, 236, 237, 238, 243, 247, 249, 252, 253, 254, 255, 256, 258, 260, 267, 268, 270, 274, 276, 277, 278, 280, 282, 284, 286, 288, 290, 294, 295, 297, 301, 302, 324, 326, 327, 328, 334, 338, 341, 342, 344, 349, 350, 365, 378, 387, 392, 436, 438, 442, 448, 449, 451, 456, 462, 467, 468, and 470.

29.    Within **International Class 035**, for example, the Lulu Search Report discloses at least twenty-one (21) third-party marks in the same class in the federal section of the report (including nine registered marks and five pending marks), and five (5) state registrations, comprised of or containing the designation LULU, or a variation thereof, namely:

- **LULULUU**
- **LULU COMPANY**
- **XULU**
- **LU**
- **LOO LOO COMMUNICATIONS**
- **LUCY BUFFETT'S LULU'S**
- **LUCY BUFFETT'S LULU'S**
- **LULU BELLE BOUTIQUE**
- **LULU GUINNESS**
- **LULU GIRL**
- **LULU BELLS TREASURES**
- **LULU'S FASHION LOUNGE**
- **LULU EXPRESS**
- **LULU WEDDINGS**
- **LULU-BABY.COM**
- **LOOKIE LOO**
- **LUYU**
- **LULA LU**

- **XULU ENTERTAINMENT**
- **XULU ADVENTURER'S CLUB**
- **XOOLOO**
- **LULU'S**
- **LU**
- **LULU GIRL STUFF GIRLS CAN'T LEAVE BEHIND**
- **LULU'S FASHION LOUNGE**
- **LULU'S LILYPAD**

<u>See</u> Exhibit 1, pp. 53, 70, 98, 116, 147, 151, 153, 208, 214, 240, 241, 260, 262, 263, 264, 311, 332, 338, 369, 371, 381, 438, 443, 451, 453, and 456.

30.    Within **International Class 038**, for example, the Lulu Search Report discloses at least two (2) third-party marks in the same class in the federal section of the report, comprised of or containing the designation LULU, or a variation thereof, namely:

- **ZULU TIME**
- **XOOLOO**

<u>See</u> Exhibit 1, pp. 378 and 383.

31.    Within **International Class 041**, for example, the Lulu Search Report discloses at least twenty-four (24) third-party marks in the same class in the federal section of the report  (including 6 registered marks and 8 pending marks), comprised of or containing the designation LULU, or a variation thereof, namely:

- **LOULOU**
- **LULA**
- **LA LU**
- **ULU**
- **ZULU**
- **LULU THERAPY ON A LEASH**
- **LULU'S HOUSE**
- **LULU AT THE CHATEAU**
- **LULU THE CLOWN**
- **TINA AND LULU**

- **THE LITTLE LULU SHOW**
- **THE ADVENTURES OF TINTIN AND LULU**
- **TINA AND LULU**
- **LAYLOO**
- **LOUIE**
- **LUCY LU MOVIE REVIEW LUCY LU**
- **LOULIES**
- **XULU ENTERTAINMENT**
- **XULU**
- **ZULU RECORDING**
- **ZULU TIME**
- **THE BLULOU**
- **XOOLOO**

<u>See</u> Exhibit 1, pp. 54, 89, 90, 100, 102, 129, 131, 145, 146, 155, 157, 166, 181, 309, 310, 312, 316, 320, 373, 375, 377, 378, 380, and 381.

32.    Within **International Class 042**, for example, the Lulu Search Report discloses at least nineteen (19) third-party marks in the same class in the federal section of the report (including 10 registered marks and one pending mark), and three (3) state registrations, comprised of or containing the designation LULU, or a variation thereof, namely:

- **LI LU**
- **XULU**
- **LOO LOO COMMUNICATIONS**
- **TINA AND LULU**
- **LULU'S BAIT SHACK**
- **LULU DK**
- **LULU STUDIOS**
- **LULU BOUTIQUE**
- **LULU SHOP**
- **LULU BRANDS**
- **ASK LULU**
- **LI LU FA LU SHIH WU AO**
- **XULU ENTERTAINMENT**
- **XULU ADVENTURER'S CLUB**
- **ZULU TIME**
- **XOOLOO**
- **LOU LOU**

- **LUI LUI**
- **LULY**
- **LULU WORLD**
- **LULU TECHNOLOGIES**
- **LU SYSTEMS**
- **LULU'S**

See Exhibit 1, pp. 85, 98, 147, 181, 211, 220, 242, 265, 269, 306, 308, 314, 369, 371, 378, 383, 419, 422, 444, 445, 446, 457, 460, 465, and 475.

**Summary of the "Lulu Enterprises D&B Report" (Exh. 3) Results:**

33.    As noted above, the Lulu Enterprises D&B Report (annexed as Exhibit 3) was obtained through a search query for business names that include *both* the terms "Lulu" and "Enterprises."  Based on this narrow search query, the Lulu Enterprises D&B Report discloses at least twelve (12) third-party trade names that are identical, or substantially similar, to Plaintiff Lulu Enterprises' trade name, including:

- **LULU ENTERPRISES (Carterville, Illinois),** with last reported annual sales of $42,000 (estimated);
- **LULU LITTLE ENTERPRISES, INC. (Indianapolis, Indiana – year started 1968)**, with last reported annual sales of $168,000 (actual), and 24 employees;
- **LULU ENTERPRISES (Woodland Hills, California – year started 1997)**;
- **LULU DESIGN ENTERPRISES (San Francisco, California)**, with last reported annual sales of $68,000 (estimated);
- **LULU ENTERPRISES, INC. (Wichita Falls, Texas)**, with last reported annual sales of $52,000 (estimated);
- **LULU ENTERPRISES, LLC (Hingham, Massachusetts)**;
- **LULU ENTERPRISES LTD INC. (Longwood, Florida)**, with last reported annual sales of $120,000 (estimated);
- **LULU INVESTMENTS AND ENTERPRISES, INC. (Miami, Florida)**;
- **LULU ENTERPRISES, INC. (Coral Gables, Florida)**;
- **LULU SS ENTERPRISES LLC (Prineville, Oregon)**, with last reported annual sales of  $55,000 (estimated);
- **SS LULU ENTERPRISES LLC (Prineville, Oregon)**; and
- **LULU ENTERPRISES LLC (Portland, Oregon)**.

## **Summary of the "Lulu D&B Report" (Exh. 4) Results:**

34.    As noted above, the Lulu D&B Report (annexed as Exhibit 4) was obtained through a search query for business names that include the term "Lulu" (as compared to the report in Exhibit 3, that also required the term "enterprises").  Based on this search query, and excluding Plaintiff's trade name, the Lulu D&B Report discloses a total of nine hundred twenty-six (926) third-party trade names that include the term LULU, including:

| Rank | Business Name | Other Name | Status | Jurisdiction |
|------|---------------|------------|--------|--------------|
| 1. | "LULU'S" FROSTY FUN FOR ALL INC. | | ACTIVE | NY |
| 2. | A-LULU BABY, INC. | | INACTIVE | FL |
| 3. | A-LULU BABY, INC. | | ACTIVE | FL |
| 4. | AES ENTERTAINMENT GROUP, LLC | LULU'S | ACTIVE | IN |
| 5. | ALVAH LLOYD AND LULU LLOYD CHARITABLE CORPORATION | | DISSOLVED | WI |
| 6. | AME & LULU, LLC | | ACTIVE | MA |
| 7. | ARNIE & LULU'S JEWELRY & ACCESSORIES | | GOOD STANDING | MT |
| 8. | AUNT LULU (THE ENVIRONMENTAL QUEEN OF THE OZARKS) | | | MO |
| 9. | AUNT LULU'S PARADISE OF UNIQUE PRODUCTS AND GIFTS | | ACTIVE | UT |
| 10. | BABY LULU, INC. | | ACTIVE | CA |
| 11. | BAXTER & LULU, LLC | | DISSOLVED | CT |
| 12. | BAXTER AND LULU, LLC | | TERMINATED | VT |
| 13. | BEATRICE & LULU, LLC | | ACTIVE | CT |
| 14. | BELLA LULU | | ACTIVE | MN |
| 15. | BELLA LULU BOUTIQUE, LLC | | ACTIVE | HI |
| 16. | BELLA LULU'S | | ACTIVE | OR |
| 17. | BETTY'S & LULU'S PAPER SHOPPE LLC | | ORGANIZED | WI |
| 18. | BETTYBEAUTY, INC. | LULU HORNBAKER, INC. | ACTIVE | NY |
| 19. | BGR LULU, LLC | | GOOD STANDING | CO |
| 20. | BIG D & LULU, INC. | | ACTIVE | OH |
| 21. | BINKY & LULU, INC. | | INACTIVE | MA |

| 22. | BLU LULU, INC. | | ACTIVE | FL |
|---|---|---|---|---|
| 23. | BURAS, INC., LULU | L'IMAGE, INC. | CHARTER REVOKED BY SECY OF STATE | LA |
| 24. | CAFE LULU & OSCAR, LLC | | INACTIVE | FL |
| 25. | CAFE LULU RESTAURANT CORP. | | ACTIVE | NY |
| 26. | CAFE LULU, INC. | | DISSOLVED | MO |
| 27. | CAFFE' LULU, LLC | | INACTIVE | MN |
| 28. | CALIFORNIA CAR SHINE INTERNATIONAL CORPORATION | TOTALLY LULU, INC. | SUSPENDED | CA |
| 29. | CASA LULU | | INACTIVE | OR |
| 30. | CATMAN & LULU'S | | GOOD STANDING | SC |
| 31. | CHACE N' LULU, INC. | CHASE N' LULU, INC. | ACTIVE/IN GOOD STANDING | RI |
| 32. | CHEZ LULU, INC. | | INACTIVE | FL |
| 33. | CHINA LULU, LLC | | DISSOLVED | NV |
| 34. | CHOCOLATE LULU'S INC. | | ACTIVE | NY |
| 35. | COD, INC. | LULU'S PLACE | REVOKED CHARTER | RI |
| 36. | COGO LULU CAFE, LLC | | ACTIVE | CT |
| 37. | COLUMBIA FINANCIAL MORTGAGE | | SUSPENDED | CA |
| 38. | COLUMBIA HOMECARE, INC. | | SUSPENDED | CA |
| 39. | CREATIONS BY LULU LC | | VOLUNTARILY DISSOLVED | TX |
| 40. | DD & LULU, L.L.C. | | ACTIVE | LA |
| 41. | DEUCE N LULUS, LLC | | IN EXISTENCE | OK |
| 42. | DIRTY LULUS OYSTER BAR & GRILLE, INC. | | GOOD STANDING | SC |
| 43. | DISCOTECA LULU, INC. | | INACTIVE | NY |
| 44. | DOWN AT LULU'S LLC | | ACTIVE | CA |
| 45. | EASE WEAR | LULU DESIGNS | ACTIVE | MN |
| 46. | ECO-WILKINS, LLC | FRANKIE AND LULU'S | ACTIVE | IN |
| 47. | EYES BY LULU, LLC | | ACTIVE | NY |
| 48. | FAIMAFILI LULU | | ACTIVE | HI |
| 49. | FAIMAFILI LULU | | ACTIVE | HI |
| 50. | FAT DADDY FOODS, INC. | LULU CARPENTER'S CAFE, INC. | MERGED OUT | CA |
| 51. | FAT LULU'S | | FORFEITED | MD |
| 52. | FAT LULU'S, INC. | | FORFEITED | MD |
| 53. | FLESH FOR LULU, INC. | | SUSPENDED | CA |

| 54. | FLUFFS BY LULU | | ACTIVE | FL |
|---|---|---|---|---|
| 55. | FRIENDS OF LULU | | ACTIVE | CA |
| 56. | FRIENDS OF LULU | | INACTIVE | NY |
| 57. | FUDGE FACTORY, INC. THE | CHOCOLATES OF VERMONT | ACTIVE/IN GOOD STANDING | VT |
| 58. | GAIL & LULU LTD. | | INACTIVE | NY |
| 59. | GINA-LULU INC. | | INACTIVE | FL |
| 60. | GREAT CAKES LLC | LULU'S CAKES & MORE | GOOD STANDING | AR |
| 61. | HABANA LULU CORPORATION | | INACTIVE | FL |
| 62. | HANNA LULU'S LLC | | IN GOOD STANDING | NH |
| 63. | HEARTLAND HANDICAP SPECIALTY, INC. | LULU & MIMI'S HOUSECLEANERS, INC. | FORFEITED-FAILED TO FILE TIMELY A/R | KS |
| 64. | HENRY & LULU, LLC | | ACTIVE | OH |
| 65. | HESTER-ALEXANDER, LULU D. D. S. | | INACTIVE | MD |
| 66. | HINA LULU, INC. | | INV. DISSOLVED | HI |
| 67. | HOMELAND TRAVEL ENTERPRISES, INC. | | INACTIVE | NY |
| 68. | HONOLULU LULU'S | | ACTIVE | FL |
| 69. | HONOLULU LULU'S, INC. | HONOLULU LULU'S, INC. | FORFEITED EXISTENCE | TX |
| 70. | HOSPITALITY RESTAURANTS, INC. | LULU'S BAKERY & CAFE | IN EXISTENCE | TX |
| 71. | HOUSE OF LULU | | ACTIVE | FL |
| 72. | HOUSE OF LULU, INC. | | ACTIVE | AL |
| 73. | HUCK & LULU, LLC | | DISSOLVED | CT |
| 74. | IT'S A LULU | | INACTIVE | OR |
| 75. | IT'S A LULU!, INC. | | ACTIVE | NY |
| 76. | IT'S A LULU!, INC. | | EXPIRED | TX |
| 77. | IT'S A-LULU!, INC. | | ACTIVE/COMPLIANCE | GA |
| 78. | J. J. DUMAS, INC. | LULU LAME, INC. | SUSPENDED | CA |
| 79. | JACK AND LULU, INC. | | ACTIVE | NC |
| 80. | JAKE & LULU'S INC. | | ACTIVE | NY |
| 81. | JEMMA LULU JEWELRY DESIGN, INC. | | ACTIVE | NY |
| 82. | JESUS AND LULU'S FLORES INC. | | DELINQUENT ANNUAL REPORT | AZ |
| 83. | JOYERIA LULU' | | REVOKED | NV |
| 84. | KARAOKE BY LULU AND COMPANY | | ACTIVE | FL |

| 85. | KONISHI, INC. | LULU'S DIN SUM & THEN SUM | GOOD STANDING | IL |
|---|---|---|---|---|
| 86. | KOOKOO LULU, INC. | | IN EXISTENCE | TX |
| 87. | KRISTEN LULU, LLC | | INACTIVE | OR |
| 88. | LA PEQUENA LULU CANASTILLA, INC. | | INACTIVE | FL |
| 89. | LA PEQUENA LULU, INC. | | INACTIVE | FL |
| 90. | LAGUNA LULU | | ACTIVE | NV |
| 91. | LAMPSHADES BY LULU | | | MO |
| 92. | LEASE-A-LULU | | INACTIVE | NE |
| 93. | LEON & LULU LLC | | ACTIVE | MI |
| 94. | LI'L LULU, INC. | | GOOD STANDING | MO |
| 95. | LIL LULUS LLC | | IN EXISTENCE | OK |
| 96. | LILI AND LULU INTERNATIONAL INC. | | DISSOLVED | CA |
| 97. | LILY & LULU | | EXPIRED | UT |
| 98. | LITL LULU INTL LLC | | ACTIVE | IN |
| 99. | LITTLE LULU | | SUSPENDED | CA |
| 100. | LITTLE LULU - AROMATHERAPY FOR CHILDREN, LLC | | ORGANIZED | WI |
| 101. | LITTLE LULU BEAR LLC | | ACTIVE | MI |
| 102. | LITTLE LULU DESIGNS, LLC | | ACTIVE | OH |
| 103. | LITTLE LULU, INC. | | ACTIVE | CA |
| 104. | LITTLE LULU, LLC | | ACTIVE | CA |
| 105. | LITTLE LULU SANDWICH CO. | | ACTIVE/IN GOOD STANDING | AZ |
| 106. | LITTLE LULU'S CLOSET, INC. | | AUTOMATIC DISSOLUTION | MI |
| 107. | LITTLE LULU'S CLOSETH | | ACTIVE | FL |
| 108. | LITTLE LULU'S DAYCARE | | PENDING EXPIRATION | MT |
| 109. | LITTLE LULU'S FAST FOOD RESTAURANT, INC. | | DISSOLVED | IL |
| 110. | LITTLE LULU'S PLAY PALACE | | | MO |
| 111. | LITTLE LULU'S RESTAURANT, INC. | | | IL |
| 112. | LITTLE LULU'S VENDING INC. | | ACTIVE | NY |
| 113. | LITTLE LULU'S, INC. | | INACTIVE | FL |
| 114. | LITTLE LULU'S, INC. | | INACTIVE | NY |
| 115. | LITTLE LULU, INC. | | ACTIVE | MN |
| 116. | LITTLE LULU, INCORPORATED | | INACTIVE | FL |

| | | | |
|---|---|---|---|
| 117. | LITTLE LULU, LLC | | ACTIVE | CT |
| 118. | LITTLE LULUS, INC. | | INACTIVE | MN |
| 119. | LMS AT LULU'S, INC. | | ACTIVE | NY |
| 120. | LOTTA LULU INVESTMENTS, INC. | | IN EXISTENCE | TX |
| 121. | LOUISIANA USED EQUIPMENT CO., INC. | LITTLE LULU, INC. | CHARTER REVOKED BY SECY OF STATE | LA |
| 122. | LOULOU INC. | LULU, INC. | ACTIVE | NY |
| 123. | LOURDES MARKET, INC. | LULU'S MARKET | ACTIVE | MI |
| 124. | LOVE, LULU | | ACTIVE | FL |
| 125. | LOVING LULU PRODUCTIONS, INC. | | DISSOLVED | CA |
| 126. | LUCKY LULU | | DISSOLVED | CA |
| 127. | LUCKY LULU, INC. | | INACTIVE | FL |
| 128. | LUCKY LULU, LLC | | ACTIVE | CT |
| 129. | LULA P, INC. | LULU P, INC. | | IL |
| 130. | LULL LULU LLC | | ORGANIZED | WI |
| 131. | LULU | | ACTIVE | FL |
| 132. | LULU | | ACTIVE | FL |
| 133. | LULU | | ACTIVE | OR |
| 134. | LULU | | ACTIVE | OR |
| 135. | LULU | | INACTIVE | OR |
| 136. | LULU | | INACTIVE | OR |
| 137. | LULU | | INACTIVE | OR |
| 138. | LULU | | ACTIVE | PA |
| 139. | LULU | | EXPIRED | UT |
| 140. | LULU | | TRADENAME-STS NOT AVAILABLE | CO |
| 141. | LULU & BEAUTY MOBILE PET GROOMING, CORP. | | ACTIVE | FL |
| 142. | LULU & BROOK INC | | GOOD STANDING | CO |
| 143. | LULU & CLAIRE, LLC | | ACTIVE | OH |
| 144. | LULU & FRIENDS, LLC | | ACTIVE | OR |
| 145. | LULU & GIGI LLC | | ACTIVE | MI |
| 146. | LULU & GRACE | | | MO |
| 147. | LULU & GRAPPA CORPORATION | | REVOKED | NV |
| 148. | LULU & LUIGI | | ACTIVE | MN |
| 149. | LULU & LUIGI, LLC | | ACTIVE | MN |
| 150. | LULU & MARJAN, INC. | | FORFEITED EXISTENCE | TX |

| 151. | LULU & MERIE INC | | ACTIVE | VA |
|---|---|---|---|---|
| 152. | LULU & MIKAYLA, INC. | | TERMINATED | WA |
| 153. | LULU & MIMI HOUSECLEANERS EXTRAORDINAIRE INC. | | DISSOLUTION | KS |
| 154. | LULU & OLIE, LTD. | | ACTIVE | NY |
| 155. | LULU & PETE,  L.L.C. | | ACTIVE/COMPLIANCE | GA |
| 156. | LULU & REIB'S BRIDGE CLUB, LTD. | | AUTOMATIC DISSOLUTION | MI |
| 157. | LULU & RUDI'S LLC | | ACTIVE | NY |
| 158. | LULU & SYD'S GOURMET DOG COOKIES | | ACTIVE | VT |
| 159. | LULU & TUTZ, LLC | | ACTIVE | PA |
| 160. | LULU & VICKY INT'L TRADING INC. | | ACTIVE | NY |
| 161. | LULU 99 CENTS DISCOUNT INC. | | ACTIVE | NY |
| 162. | LULU ACCESSORIES LLC | | ACTIVE | NY |
| 163. | LULU ACCESSORIES, INC. | | INACTIVE | NY |
| 164. | LULU ACCESSORIES, INC. | | FORFEITED EXISTENCE | TX |
| 165. | LULU AMORNMARN, M.D., P.A. | | ACTIVE | FL |
| 166. | LULU AND ANNE, LLC | | ACTIVE | MD |
| 167. | LULU AND B. PANDA INVESTMENTS, LLC | | ACTIVE | NV |
| 168. | LULU AND COMPANY, LLC | | ACTIVE | CA |
| 169. | LULU AND FINN, L.L.C. | | EXPIRED | UT |
| 170. | LULU AND FINN, L.L.C. | | ACTIVE | UT |
| 171. | LULU AND FRIENDS, INC. | | ADMIN DISSOLVED(FILE A/R) | AZ |
| 172. | LULU AND PETUNIA PHOTOGRAPHY, INC. | | ACTIVE | FL |
| 173. | LULU AND PETUNIA, INCORPORATED | | INACTIVE | FL |
| 174. | LULU APPAREL, INC. | | ACTIVE | CA |
| 175. | LULU ART & DESIGN | | ACTIVE | VT |
| 176. | LULU ASIAN BISTRO | | TRADENAME-STS NOT AVAILABLE | CO |
| 177. | LULU ASIAN FUSION | | TRADENAME-STS NOT AVAILABLE | CO |
| 178. | LULU ASSETS, LLC | | ACTIVE | NY |
| 179. | LULU B CARDS | | ACTIVE | MN |
| 180. | LULU B NURSING AND MATERNITY LLC | | ACTIVE | CA |

| | | | |
|---|---|---|---|
| 181. | LULU B'S GRILL | ACTIVE | FL |
| 182. | LULU B'S HOUSEKEEPING & CLEANING SERVICE, LLC | ACTIVE/IN GOOD STANDING | AZ |
| 183. | LULU B'S RESTAURANT GROUP, INC. | ACTIVE | FL |
| 184. | LULU B'S SANDWICHES LLC | IN EXISTENCE | TX |
| 185. | LULU BAKER, INC. | ACTIVE | CA |
| 186. | LULU BAKERY PASTELERIA | ACTIVE | NV |
| 187. | LULU BAKING COMPANY | ACTIVE | PA |
| 188. | LULU BEADS | ACTIVE | PA |
| 189. | LULU BEAN INC. | ACTIVE | FL |
| 190. | LULU BEAN'S | INACTIVE | MN |
| 191. | LULU BEAN'S, INC. | ACTIVE | MN |
| 192. | LULU BEANS INC. OF WILLMAR | ACTIVE | MN |
| 193. | LULU BEDS | ACTIVE | FL |
| 194. | LULU BELL AND HER ALL STAR ENTERTAINERS, LLC | ACTIVE & IN GOOD STANDING | KS |
| 195. | LULU BELL APARTMENTS INC. | INACTIVE | FL |
| 196. | LULU BELL CORPORATION | INACTIVE | FL |
| 197. | LULU BELL'S ROUNDUP | INACTIVE | OR |
| 198. | LULU BELL'S ROUNDUP, L.L.C | INACTIVE | OR |
| 199. | LULU BELLE BABY BOUTIQUE | ACTIVE | FL |
| 200. | LULU BELLE BAGS | RECEIVED | PA |
| 201. | LULU BELLE BOUTIQUE, LLC | ACTIVE | CA |
| 202. | LULU BELLE CLUB (THE) | ACTIVE | WV |
| 203. | LULU BELLE DESIGNS | CURRENT | ID |
| 204. | LULU BELLE LLC | ACTIVE | UT |
| 205. | LULU BELLE LLC | ACTIVE | MO |
| 206. | LULU BELLE NOVELTY HEADWEAR, INC. | INACTIVE | NY |
| 207. | LULU BELLE SMOCKS & FROCKS | ACTIVE | PA |
| 208. | LULU BELLE SMOCKS & FROCKS | ACTIVE | PA |
| 209. | LULU BELLE'S | ACTIVE | MN |
| 210. | LULU BELLE'S | EXPIRED | NV |
| 211. | LULU BELLE'S PARIS MARKET | CURRENT | ID |
| 212. | LULU BELLE, INC. | ACTIVE | FL |
| 213. | LULU BELLE, INC. | INACTIVE | NY |
| 214. | LULU BELLES | | MO |
| 215. | LULU BELLES ENTERPRISES, INC. | INACTIVE | FL |
| 216. | LULU BELLES, INC. | GOOD STANDING | MO |

| 217. | LULU BELLS TREASURES, INC. | | ACTIVE | NY |
|---|---|---|---|---|
| 218. | LULU BERLUE | | FORFEITED | MD |
| 219. | LULU BERLUE, INC. | | FORFEITED | MD |
| 220. | LULU BEVERAGE, INC. | | INACTIVE | NY |
| 221. | LULU BLUE, LLC | | ACTIVE | CA |
| 222. | LULU BLUE, INC. | | DISSOLVED | NV |
| 223. | LULU BLUEBERRY, LLC | | ORGANIZED | WI |
| 224. | LULU BOS FARMS, LTD. | | DELETED | IA |
| 225. | LULU BOUTIQUE | | ACTIVE | FL |
| 226. | LULU BOUTIQUE | | ACTIVE | PA |
| 227. | LULU BOUTIQUE, INC. | | ACTIVE | CA |
| 228. | LULU BOWERS FARM LIMITED | | ACTIVE | IA |
| 229. | LULU BRAVO, INC. | IOSSA, INC. | INACTIVE | NY |
| 230. | LULU BURAS HEALTH & BEAUTY, INC. | | INACTIVE | FL |
| 231. | LULU BURAS SALONS | | ACTIVE | LA |
| 232. | LULU BURGESS, INC. | | GOOD STANDING | SC |
| 233. | LULU BURGESS, LLC | | DISSOLVED | SC |
| 234. | LULU CAKE COMPANY | | ACTIVE | PA |
| 235. | LULU CAR SERVICE | | ACTIVE | FL |
| 236. | LULU CARPENTER'S CAFE, INC. | FAT DADDY FOODS, INC. | ACTIVE | CA |
| 237. | LULU CARPETS INC. | | INACTIVE | NY |
| 238. | LULU CATBOAT, LLC | | GOOD STANDING | SC |
| 239. | LULU CATERS, INC. | | DISSOLVED | IL |
| 240. | LULU CEMETERY ASSOCIATION, INC. | | GOOD STANDING | MO |
| 241. | LULU CHIC | | ACTIVE | OR |
| 242. | LULU CHIC | | ACTIVE | PA |
| 243. | LULU CHIC, LLC | | TERMINATED | WA |
| 244. | LULU CHRISTIES, INC. | | CANCELED/NAME RESERVED | OH |
| 245. | LULU CIGAR COMPANY | | ACTIVE | PA |
| 246. | LULU CITY METALS TRADING | | TRADENAME-STS NOT AVAILABLE | CO |
| 247. | LULU CITY PIZZA | | TRADENAME-STS NOT AVAILABLE | CO |
| 248. | LULU CLAMS, INC. | | INACTIVE | FL |
| 249. | LULU CLINIC, INC. | LULU'S ELECTROLYSIS, | INACTIVE | NY |

| | | INC. | | |
|---|---|---|---|---|
| 250. | LULU CLOTHING COMPANY, INC. | | INACTIVE | NY |
| 251. | LULU CO. | | ACTIVE | MN |
| 252. | LULU CO. INC. | | ACTIVE | MN |
| 253. | LULU COAL CO., INC. | | INACTIVE | KY |
| 254. | LULU COAL COMPANY | | ACTIVE | PA |
| 255. | LULU COMMUNICATIONS, INC. | | INACTIVE | FL |
| 256. | LULU CONSTRUCTION, INC. | | SUSPENDED | CA |
| 257. | LULU CONSULTANTS INTERNATIONAL, INC. | | INACTIVE | FL |
| 258. | LULU CONSULTING INC. | | ACTIVE | NY |
| 259. | LULU CONSULTING, INC. | | ACTIVE | FL |
| 260. | LULU CONSULTING, INC. | | INACTIVE | FL |
| 261. | LULU CONVENIENCE STORE CORP. | | ACTIVE | OH |
| 262. | LULU CORPORATION | | GOOD STANDING | MT |
| 263. | LULU CORPORATION OF DELAWARE, INC. | | INACTIVE | FL |
| 264. | LULU COURT HOMEOWNERS ASSOCIATION, INC. | | ACTIVE | NY |
| 265. | LULU COUTURE | | ACTIVE | FL |
| 266. | LULU COUTURE | | ACTIVE | MN |
| 267. | LULU CREATIONS, INC. | | INACTIVE | NY |
| 268. | LULU CRICKETS, INC. | | GOOD STANDING | MO |
| 269. | LULU D.K. INC. | | ACTIVE | NY |
| 270. | LULU DECOR, INC. | LULU GENERAL TRADING, INC. | IN EXISTENCE | TX |
| 271. | LULU DELGADO, PC | | ACTIVE | UT |
| 272. | LULU DENTAL | | ACTIVE | FL |
| 273. | LULU DESIGN, INC. | | ACTIVE | FL |
| 274. | LULU DESIGNS | | ACTIVE | FL |
| 275. | LULU DESIGNS | | ACTIVE | PA |
| 276. | LULU DEVELOPMENT ASSOCIATES, LLC | | ACTIVE | CT |
| 277. | LULU DIM SUM RESTAURANT | | | MO |
| 278. | LULU DISTRIBUTION INC. | | ACTIVE | MN |
| 279. | LULU DK 2003 LLC | | ACTIVE | NY |
| 280. | LULU EATS & ENTERTAINS, LLC | | GOOD STANDING | MS |
| 281. | LULU ENTERPRISE, INC. | | ACTIVE | NC |
| 282. | LULU ENTERPRISE, INC. | | ACTIVE | NY |

| 283. | LULU ENTERPRISES | | ACTIVE | FL |
|---|---|---|---|---|
| 284. | LULU ENTERPRISES | | TRADENAME-STS NOT AVAILABLE | CO |
| 285. | LULU ENTERPRISES INC. | | INACTIVE | NY |
| 286. | LULU ENTERPRISES LLC | | ACTIVE | MA |
| 287. | LULU ENTERPRISES LTD., INC. | | ACTIVE | FL |
| 288. | LULU ENTERPRISES, INC. | | INACTIVE | FL |
| 289. | LULU ENTERPRISES, INC. | | INACTIVE | FL |
| 290. | LULU ENTERPRISES, INC. | | ACTIVE | NC |
| 291. | LULU ENTERPRISES, INC. | | FORFEITED EXISTENCE | TX |
| 292. | LULU ENTERPRISES, INC. | | GOOD STANDING | IL |
| 293. | LULU ENTERPRISES, INC. | | ACTIVE | OH |
| 294. | LULU ENTERPRISES, LLC | | ACTIVE | OR |
| 295. | LULU ENTERPRISES, LLC | | ACTIVE | PA |
| 296. | LULU ENTERPRISES, LLC, DISSOLVED APRIL 30, 2005 | | ADMINISTRATIVELY DISSOLVED | CO |
| 297. | LULU ENTERTAINMENT, INC. | | ACTIVE | CA |
| 298. | LULU ESTATES, LLC | | ACTIVE | NC |
| 299. | LULU EXPLORATION COMPANY, LTD. | | MERGED INTO ANOTHER ENTITY | LA |
| 300. | LULU EXPRESS TELECOMMUNICATIONS, INC. | | INACTIVE | NY |
| 301. | LULU FABOO | | IN EXISTENCE | OK |
| 302. | LULU FARR ENTERPRISE, INC. | | INV. DISSOLVED | HI |
| 303. | LULU FASHION & DESIGN CORPORATION | | INACTIVE | NY |
| 304. | LULU FASHION CO., LLC | | ACTIVE | NY |
| 305. | LULU FASHION, INC. | | ACTIVE | CA |
| 306. | LULU FASHION, INC. | | INACTIVE | NY |
| 307. | LULU FASHIONS INC. | | INACTIVE | FL |
| 308. | LULU FASHIONS INC. | | INACTIVE | NY |
| 309. | LULU FASHIONS, L.L.C. | | CANCELED | CA |
| 310. | LULU FILMS, INC. | | ACTIVE | CA |
| 311. | LULU FILMS, INC. | | ACTIVE | OR |
| 312. | LULU FINANCIAL INVESTMENTS, INC. | | ACTIVE | FL |
| 313. | LULU FITNESS ENTERPRISES, L.L.C. | | ACTIVE/IN GOOD STANDING | AZ |
| 314. | LULU FLAPS LLC | | ACTIVE | FL |

| 315. | LULU FOOD MART & DELI | | INACTIVE | MN |
|---|---|---|---|---|
| 316. | LULU FOOD MART & DELI #1 | | ACTIVE | MN |
| 317. | LULU FOOD MART & DELI, INC. | | ACTIVE | MN |
| 318. | LULU FOOD SERVICE, INC. | | ACTIVE | CA |
| 319. | LULU FOOD SERVICES, L.L.C. | | ACTIVE | AL |
| 320. | LULU FOODS CORP. | | ACTIVE | NY |
| 321. | LULU FOODS, INC. | | SUSPENDED | CA |
| 322. | LULU FROST, INC. | GIFTS BY LISA, INC. | ACTIVE | NY |
| 323. | LULU G. LEMERY FOUNDATION FOR ARTS & EXPRESSION, INC. | | INCORPORATED/QUA- LIFIED | WI |
| 324. | LULU GIRL | | ACTIVE | FL |
| 325. | LULU GIRL LLC | | ACTIVE | FL |
| 326. | LULU GLITTERBUG | | ACTIVE | UT |
| 327. | LULU GRANDE INC. | | FORFEITED EXISTENCE | TX |
| 328. | LULU GROCERY CORP. | | ACTIVE | NY |
| 329. | LULU GUINNESS USA, INC. | | FORFEITED | CA |
| 330. | LULU GUINNESS USA, INC. | | ACTIVE | NY |
| 331. | LULU HAIR CONSULTANT, INC. | | GOOD STANDING | AR |
| 332. | LULU HAIR, INC. | | ACTIVE | MA |
| 333. | LULU HAIRCUTS, INC. | | SUSPENDED | CA |
| 334. | LULU HANDBAGS, INC. | LULU COLLECTION.C OM | AUTOMATIC DISSOLUTION | MI |
| 335. | LULU HEALTH PRODUCTS, INC. | | ACTIVE | NY |
| 336. | LULU HOLDING CORP. | | INACTIVE | NY |
| 337. | LULU HOLDING LLC | | ACTIVE | NY |
| 338. | LULU HOLDINGS, INC. | | ACTIVE | FL |
| 339. | LULU HOLDINGS, LLC | | ACTIVE/IN GOOD STANDING | AZ |
| 340. | LULU HOUSE CLEANING SERVICES INC | | ACTIVE | NV |
| 341. | LULU HOUSE INTERNATIONAL, LTD. | | INACTIVE | NY |
| 342. | LULU I, LLC | | ACTIVE | FL |
| 343. | LULU IMPORTS | | ACTIVE | OR |
| 344. | LULU IMPORTS INC | | INACTIVE | FL |
| 345. | LULU, INC. | | SUSPENDED | CA |
| 346. | LULU, INC. | | SUSPENDED | CA |
| 347. | LULU, INC. WHICH WILL DO | | ACTIVE | CA |

| | | | |
|---|---|---|---|
| | BUSINESS IN CALIFORNIA AS HARTZ TARTS | | |
| 348. | LULU INC. | ACTIVE | NY |
| 349. | LULU INC. | ACTIVE, IN COMPLIANCE | WA |
| 350. | LULU INCORPORATED | | MO |
| 351. | LULU INCORPORATED | DISSOLVED | WI |
| 352. | LULU INTERNATIONAL CORP. | INACTIVE | NY |
| 353. | LULU INTERNATIONAL INC. | INACTIVE | OR |
| 354. | LULU INTERNATIONAL INC. | DEFAULT | NV |
| 355. | LULU INTERNATIONAL, INC. | ACTIVE | NY |
| 356. | LULU INVESTMENTS AND ENTERPRISES INC | ACTIVE | FL |
| 357. | LULU INVESTMENTS, INC. | SUSPENDED | CA |
| 358. | LULU INVESTMENTS LIMITED PARTNERSHIP | ACTIVE | MN |
| 359. | LULU INVESTMENTS, LLC | ACTIVE | CA |
| 360. | LULU INVESTMENTS LLC | ACTIVE | NV |
| 361. | LULU INVESTMENTS, INC. | REVOKED CHARTER | RI |
| 362. | LULU INVESTMENTS, LLC | ACTIVE | FL |
| 363. | LULU INVESTMENTS, LLC | DELINQUENT | WI |
| 364. | LULU JAMES, LLC | ACTIVE | NC |
| 365. | LULU JAY INVESTMENTS, LLC | ACTIVE | NV |
| 366. | LULU JEWELRY, INC. | INACTIVE | NY |
| 367. | LULU JEWELS | TRADENAME-STS NOT AVAILABLE | CO |
| 368. | LULU JOHNSON INC. | INACTIVE | NY |
| 369. | LULU KARAOKE & BAR, INC. | ACTIVE | VA |
| 370. | LULU L. DELA CRUZ | EXPIRED | HI |
| 371. | LULU LACKEY, INC. | ACTIVE | HI |
| 372. | LULU LAND COMPANY LLC | ACTIVE | CA |
| 373. | LULU LEATHER HANDBAG INC. | INACTIVE | NY |
| 374. | LULU LIQUIDATORS | ACTIVE | FL |
| 375. | LULU LIVERY MANAGEMENT CORP. | ACTIVE | NY |
| 376. | LULU LLC | ACTIVE | CA |
| 377. | LULU LORI, INC. | INACTIVE | NY |
| 378. | LULU LOUNGE, INC. | ACTIVE | CA |
| 379. | LULU LUMBER CO | INACTIVE | FL |
| 380. | LULU LUXE LLC | ACTIVE/COMPLIANCE | GA |

| 381. | LULU MAC | | ACTIVE | FL |
|---|---|---|---|---|
| 382. | LULU MAC, LLC | | EXISTING | ID |
| 383. | LULU MADISON, INC. | | INACTIVE | FL |
| 384. | LULU MAHONEY'S TATTOO STUDIO, INC. | | ACTIVE | FL |
| 385. | LULU MAINTENANCE SERVICE, INC. | | DISSOLVED | IL |
| 386. | LULU MANAGEMENT GROUP, INC. | | CERT. OF DISSOLUTION | MI |
| 387. | LULU MANAGEMENT, LLC | | ACTIVE | NY |
| 388. | LULU MEAT CORP. | | INACTIVE | NY |
| 389. | LULU MEAT CORP. | | INACTIVE | NY |
| 390. | LULU MEDIA, INC. | | ACTIVE | NY |
| 391. | LULU MEDIA, INC. | | INACTIVE | NY |
| 392. | LULU MEDIA, LLC | | ACTIVE/IN GOOD STANDING | AZ |
| 393. | LULU MINES, INC. | | SUSPENDED | CA |
| 394. | LULU MING INTERNATIONAL OPERATIONS LTD | | ACTIVE | NY |
| 395. | LULU MOTORS, INC. | | DISSOLUTION | KS |
| 396. | LULU MUNCHIES, INC. | | INACTIVE | NY |
| 397. | LULU NAILS | | CANCELED NAME NOT RESERVED | OH |
| 398. | LULU NAILS, LLC | | ACTIVE | OH |
| 399. | LULU OF BOCA, INC. | | ACTIVE | FL |
| 400. | LULU ONLINE, LTD. | | ACTIVE | OH |
| 401. | LULU ORIGINALS, LLC | | ACTIVE/OWES CURRENT YEAR | GA |
| 402. | LULU OUTLET INC. | | ACTIVE | NY |
| 403. | LULU PACKING CORPORATION | | DISSOLVED | CA |
| 404. | LULU PAD | | ACTIVE | MN |
| 405. | LULU PAD LLC | | INACTIVE | MN |
| 406. | LULU PANDORA PRODUCTIONS INC. | | INACTIVE | NY |
| 407. | LULU PARTS, INC | | ACTIVE | FL |
| 408. | LULU PETITE, INC. | | ACTIVE | CA |
| 409. | LULU PHOTOGRAPHY, LLC | | ACTIVE | MD |
| 410. | LULU PICTURES, INC. | | DISSOLVED | NH |
| 411. | LULU PIPE REPAIR, INC. | | SUSPENDED | CA |
| 412. | LULU PIZZA, INC. | | AUTOMATIC DISSOLUTION | MI |
| 413. | LULU POTTERY INC. | | INACTIVE | FL |

| | | | | |
|---|---|---|---|---|
| 414. | LULU POTTS, LLC | | ACTIVE, IN COMPLIANCE | WA |
| 415. | LULU POWER ARTISTIC CREATIONS, LLC | | ACTIVE | MI |
| 416. | LULU PRESS, INC. | | ACTIVE | NC |
| 417. | LULU PRODUCTIONS | | SUSPENDED | CA |
| 418. | LULU PRODUCTIONS INC. | | INACTIVE | NY |
| 419. | LULU PRODUCTIONS INC. | | INACTIVE | NY |
| 420. | LULU PRODUCTIONS, LLC | | FORFEITED | MD |
| 421. | LULU PRODUCTIONS, LLC | | ORGANIZED | WI |
| 422. | LULU PRODUCTIONS, LTD. | LU LU PRODUCTIONS, LTD. | DISSOLVED | CT |
| 423. | LULU PRODUCTS, INC. | | INACTIVE | NY |
| 424. | LULU PROMOTIONS, INC., DISSOLVED NOVEMBER 1, 1998 | | ADMINISTRATIVELY DISSOLVED | CO |
| 425. | LULU PROPERTIES, LLC | | ACTIVE | CA |
| 426. | LULU PROPERTIES LLC | | ACTIVE | OH |
| 427. | LULU PROPERTIES, INC. | | INACTIVE | FL |
| 428. | LULU PROPERTIES, L.L.C. | | ACTIVE, IN COMPLIANCE | WA |
| 429. | LULU PROPERTIES, LLC | | INACTIVE | MN |
| 430. | LULU PROPERTIES, LLC | | ACTIVE | NC |
| 431. | LULU PROPERTIES, LLC | | REVOKED CHARTER | RI |
| 432. | LULU RADIO | | INACTIVE | OR |
| 433. | LULU RAE CONFECTIONS, LLC | | ACTIVE | CA |
| 434. | LULU REAL ESTATE HOLDINGS, L.L.C. | | ACTIVE/IN GOOD STANDING | AZ |
| 435. | LULU REAL ESTATE, LLC | | ACTIVE | CA |
| 436. | LULU REAL ESTATE, LLC | | ACTIVE | MO |
| 437. | LULU REALTY CORP. | | ACTIVE | NY |
| 438. | LULU REALTY CORP. | | INACTIVE | NY |
| 439. | LULU REALTY, LLC | | ACTIVE | MA |
| 440. | LULU RESTAURANTS, INC. | | INACTIVE | FL |
| 441. | LULU ROMAN EVANGELISTIC CHRISTIAN FOUNDATION | | FORFEITED EXISTENCE | TX |
| 442. | LULU ROMAN SAVED TO SERVE, INCORPORATED | | FORFEITED EXISTENCE | TX |
| 443. | LULU ROODY DESIGN, LTD. | | INACTIVE | NY |
| 444. | LULU ROSE, INCORPORATED | | ACTIVE | PA |
| 445. | LULU'S ALIBI, INC. | | SUSPENDED | CA |

| 446. | LULU'S BACK, INC. | | SUSPENDED | CA |
|---|---|---|---|---|
| 447. | LULU'S BAKES INC. | | ACTIVE | CA |
| 448. | LULU'S BEAUTY SALON, INC. | | ACTIVE | CA |
| 449. | LULU'S BEEHIVE, INC. | | SUSPENDED | CA |
| 450. | LULU'S BY TRAVIS PARKER, INC. | | ACTIVE | CA |
| 451. | LULU'S CAFE, INC. | | ACTIVE | CA |
| 452. | LULU'S COFFEE SHOP, INC. | | DISSOLVED | CA |
| 453. | LULU'S DESSERT CORPORATION | MEXICO AND WESTSIDE CONNECTIONS, INC. | ACTIVE | CA |
| 454. | LULU'S ENTERPRISE, LLC | | ACTIVE | CA |
| 455. | LULU'S FASHION LOUNGE, INC. | | ACTIVE | CA |
| 456. | LULU'S, INC. | | ACTIVE | CA |
| 457. | LULU'S JUMP'N MORE INC. | | ACTIVE | CA |
| 458. | LULU'S LAVENDER FARM, LLC | | ACTIVE | CA |
| 459. | LULU'S ON THE ALAMEDA LLC | | ACTIVE | CA |
| 460. | LULU'S STICKY CHICKEN, INC. | | SUSPENDED | CA |
| 461. | LULU'S TRUCKING, INC. | | ACTIVE | CA |
| 462. | LULU'S WORLD, LLC | | ACTIVE | CA |
| 463. | LULU SALON AND SPA | | NAME RESERVATION | KS |
| 464. | LULU SALON INC. | | ACTIVE | CA |
| 465. | LULU SALON, INC. | | ACTIVE | NY |
| 466. | LULU SEAFOOD RESTAURANT | | | MO |
| 467. | LULU SEAFOOD RESTAURANT | | | MO |
| 468. | LULU SEAFOOD RESTAURANT | | | MO |
| 469. | LULU SECRETS | | ACTIVE | FL |
| 470. | LULU SERVICES INC. | | ACTIVE | MI |
| 471. | LULU SERVICES LLC | | ACTIVE | CA |
| 472. | LULU SHEIN, M.D., INC. | | DISSOLVED | CA |
| 473. | LULU SHEN-CHOW | | ACTIVE | HI |
| 474. | LULU SHEN-CHOW | | ACTIVE | HI |
| 475. | LULU SHEN-CHOW | | ACTIVE | HI |
| 476. | LULU & SHERRY TENG CHARITABLE FOUNDATION | | ACTIVE | CA |
| 477. | LULU SHOES INC. | | ACTIVE | NY |
| 478. | LULU SMITH STUDIO, INC. | | ACTIVE, IN COMPLIANCE | WA |
| 479. | LULU SPANIEL RESCUE FOUNDATION, INC. | | ACTIVE | NY |

| | | | |
|---|---|---|---|
| 480. | LULU SPORTS, LLC | | ACTIVE | CA |
| 481. | LULU SPORTS LLC | | FORFEITED | MD |
| 482. | LULU SPORTSWEAR, INC. | | INACTIVE | NY |
| 483. | LULU STAR LADIES APPAREL LTD. | LULU STAR LADIES APPAREL, LTD. | INACTIVE | NY |
| 484. | LULU STORE DOLLAR AND MORE INC. | | CERT. OF DISSOLUTION | MI |
| 485. | LULU STRATEGY, INC | | ACTIVE | OH |
| 486. | LULU STUDIO, INC. | NEST STUDIO INC. | ACTIVE/IN GOOD STANDING | RI |
| 487. | LULU STUDIOS INC. | | ACTIVE | NY |
| 488. | LULU STUDIOS, LLC | | ACTIVE | PA |
| 489. | LULU STYLE INC. | | VOLUNTARILY DISSOLVED | TX |
| 490. | LULU TE'O FRASER | | EXPIRED | HI |
| 491. | LULU TECHNOLOGY CIRCUS, INC. | | ACTIVE | NC |
| 492. | LULU TEMPLE PRO SHOP, INC. | | ACTIVE | PA |
| 493. | LULU TONG, INC. | | ACTIVE | NY |
| 494. | LULU TRADING COMPANY | | AUTOMATED ADMINISTRATIVE | GA |
| 495. | LULU TRADING, INC. | | INCORPORATED | MD |
| 496. | LULU TRANSPORTATION, INC. | | ACTIVE | MA |
| 497. | LULU TRUCKING INC. | | CERT. OF DISSOLUTION | MI |
| 498. | LULU TRUCKING, INC. | | ACTIVE | FL |
| 499. | LULU TRUCKING, INC. | | INACTIVE | FL |
| 500. | LULU TSAI, M.D., P.C. | | ACTIVE | OR |
| 501. | LULU TWO COMMUNICATIONS, INC. | | INACTIVE | FL |
| 502. | LULU UNLIMITED, LLC | | GOOD STANDING | CO |
| 503. | LULU URBAN EDUCATIONAL INSTITUTE | | SUSPENDED | CA |
| 504. | LULU USA | | ACTIVE | FL |
| 505. | LULU USA CORPORATION | | INACTIVE | FL |
| 506. | LULU VALLEY TOWN COMPANY | | TERM EXPIRED | KS |
| 507. | LULU VANITIES INCORPORATED | | ACTIVE | VA |
| 508. | LULU VANITIES, INC | | | NJ |
| 509. | LULU VENTURES, L.L.C. | LULU'S VENTURES, L.L.C. | ACTIVE & IN GOOD STANDING | KS |
| 510. | LULU VENTURES, LLC | | REVOKED | NV |

| 511. | LULU VOLUNTEER FIRE DEPARTMENT, INC. | | ACTIVE | FL |
|------|------|------|------|------|
| 512. | LULU WALKER ELEMENTARY PARENT-TEACHER ORGANIZATION | | ACTIVE/IN GOOD STANDING | AZ |
| 513. | LULU WEAR, INC. | | SUSPENDED | CA |
| 514. | LULU WELLINGTON'S | | ACTIVE | PA |
| 515. | LULU WELLINGTON'S | | ACTIVE | PA |
| 516. | LULU WHITE / STORYVILLE, NEW ORLEANS | | ACTIVE | LA |
| 517. | LULU WHITE, STORYVILLE, NEW ORLEANS, LA INC. | | CHARTER REVOKED BY SECY OF STATE | LA |
| 518. | LULU ZHANG LIMITED LIABILITY COMPANY | | GOOD STANDING | IL |
| 519. | LULU'S | | ACTIVE | FL |
| 520. | LULU'S | | EXPIRED | FL |
| 521. | LULU'S | | INACTIVE | MN |
| 522. | LULU'S | | ACTIVE | PA |
| 523. | LULU'S | | DISSOLVED | CO |
| 524. | LULU'S ALL AMERICAN DINER, LLC | | ACTIVE | FL |
| 525. | LULU'S ARTWEAR COLLECTION, INC. | | INACTIVE | NY |
| 526. | LULU'S AT THE BELLE KAY, INC. | GIRLY GIRL, INC. | GOOD STANDING | IL |
| 527. | LULU'S ATTIC | | ACTIVE | FL |
| 528. | LULU'S ATTIC, LLC | | AUTOMATED ADMINISTRATIVE | GA |
| 529. | LULU'S B & B | | ACTIVE | MN |
| 530. | LULU'S B & B FOR DOGS, LIMITED | | ACTIVE, IN COMPLIANCE | WA |
| 531. | LULU'S BACK, INC. | | INACTIVE | NY |
| 532. | LULU'S BAIT & TACKLE | | EXPIRED | FL |
| 533. | LULU'S BAIT SHACK | | ACTIVE | FL |
| 534. | LULU'S BAIT SHACK OF FORT LAUDERDALE, INC. | | ACTIVE | FL |
| 535. | LULU'S BAIT SHOP, INC. | LULU'S ICEHOUSE, INC. | GOOD STANDING | IL |
| 536. | LULU'S BAR & GRILL | | ACTIVE | FL |
| 537. | LULU'S BAR & REST. CORP. | | INACTIVE | NY |
| 538. | LULU'S BARNYARD | | GOOD STANDING | MT |
| 539. | LULU'S BEAUTY SALON AND SUPPLY INC. | | EXPIRED | UT |
| 540. | LULU'S BEAUTY SALON AND | | ACTIVE | UT |

| | | | |
|---|---|---|---|
| | SUPPLY INC. | | | |
| 541. | LULU'S BEAUTY SUPPLY | | ACTIVE | FL |
| 542. | LULU'S BEAUTY SUPPLY, INC. | | INACTIVE | FL |
| 543. | LULU'S BEAUTY SUPPLY, INC. | | ACTIVE | FL |
| 544. | LULU'S BLUES | | ACTIVE | FL |
| 545. | LULU'S BOARDING HOME | | ACTIVE | FL |
| 546. | LULU'S BOARDING HOME | | EXPIRED | FL |
| 547. | LULU'S BOARDING HOME | | ACTIVE | FL |
| 548. | LULU'S BOARDING HOME, INC. | | ACTIVE | FL |
| 549. | LULU'S BOUTIQUE | | ACTIVE | FL |
| 550. | LULU'S BOUTIQUE | | | MO |
| 551. | LULU'S BOUTIQUE, L.L.C. | | ACTIVE | LA |
| 552. | LULU'S BOUTIQUE, LLC | | ACTIVE/OWES CURRENT YEAR | GA |
| 553. | LULU'S BOWITQUE, LLC | | GOOD STANDING | MS |
| 554. | LULU'S BRA & GRILL | | ACTIVE | FL |
| 555. | LULU'S BRA & GRILL, INC. | | ACTIVE | FL |
| 556. | LULU'S BREAD BOX, LLC | | ACTIVE | PA |
| 557. | LULU'S BURGER'S PRIVATE CLUB, INC. | | FORFEITED EXISTENCE | TX |
| 558. | LULU'S BY LINDA | | CURRENT | ID |
| 559. | LULU'S CADILLAC CAFE, LLC | | ACTIVE | NC |
| 560. | LULU'S CAFE | | ACTIVE | FL |
| 561. | LULU'S CAFE | | INACTIVE | OR |
| 562. | LULU'S CAFE COMPANY | | DISSOLVED | LA |
| 563. | LULU'S CAFE L.L.C. | | ACTIVE | MI |
| 564. | LULU'S CAFE, INC. | | AUTOMATIC DISSOLUTION | MI |
| 565. | LULU'S CAKES | | ACTIVE | NH |
| 566. | LULU'S CANDLES | | ACTIVE | FL |
| 567. | LULU'S CANINE CUISINE, INC. | | GOOD STANDING | IL |
| 568. | LULU'S CAR WASH, LLC | | ACTIVE | FL |
| 569. | LULU'S CARDS & GIFTS, INC. | LULU'S HALLMARK SHOP | TERMINATED(AUTO-MATIC) | VA |
| 570. | LULU'S CARIBBEAN CUISINE, INC. | | INACTIVE | FL |
| 571. | LULU'S CARPET CLEANING | | ACTIVE | UT |
| 572. | LULU'S CATERING, INC. | | REVOKED | NV |
| 573. | LULU'S CHICKEN CABIN, INC. | | VOLUNTARILY DISSOLVED | TX |

| 574. | LULU'S CHILD CARE FAMILY HOME | | ACTIVE | FL |
|------|-------------------------------|--|--------|-----|
| 575. | LULU'S CHILD CARE L.L.C. | | INACTIVE | OR |
| 576. | LULU'S CHOCOLATE BAR, LLC | | ACTIVE/COMPLIANCE | GA |
| 577. | LULU'S CLASSIC CUISINE | | ACTIVE | VT |
| 578. | LULU'S CLASSICALLY HIP DECOR, LLC | | GOOD STANDING | CO |
| 579. | LULU'S CLEANING | | ACTIVE | FL |
| 580. | LULU'S CLEANING | | ACTIVE | UT |
| 581. | LULU'S CLEANING SERVICE | | ACTIVE | UT |
| 582. | LULU'S CLEANING SERVICES INC. | | ACTIVE | FL |
| 583. | LULU'S CLEANING SERVICES, INC. | | GOOD STANDING | IL |
| 584. | LULU'S CLOSET, LLC | | ACTIVE | VA |
| 585. | LULU'S CLOTHING, INC. | | INACTIVE | FL |
| 586. | LULU'S COCO, LLC | | ACTIVE | OR |
| 587. | LULU'S COFFEE HOUSE, LLC | | ACTIVE | TN |
| 588. | LULU'S COLLECTIBLES, INC. | | ACTIVE | FL |
| 589. | LULU'S COMMUNICATION, INC. | | INACTIVE | NY |
| 590. | LULU'S COMPLETE AUTO CARE | | ACTIVE | FL |
| 591. | LULU'S CONES & CONEY'S, LLC | | ACTIVE | MI |
| 592. | LULU'S CONSIGNMENT BOUTIQUE LLC | | ACTIVE | NC |
| 593. | LULU'S COTTAGE, INC. | | GOOD STANDING | IL |
| 594. | LULU'S COUNTRY CANDLES | | GOOD STANDING | MT |
| 595. | LULU'S CREATIVE CAFE, INC. | | DISSOLVED | IL |
| 596. | LULU'S CREATIVE CONFECTIONS, LLC | | ACTIVE | FL |
| 597. | LULU'S CREATIVE SAUCES, INC. | | INACTIVE | FL |
| 598. | LULU'S CUPCAKES, LLC | | ACTIVE/IN GOOD STANDING | AZ |
| 599. | LULU'S CUTS AND TOYS, INC. | | ACTIVE | NY |
| 600. | LULU'S DANCE, LLC | | DISSOLVE DATE SEE BELOW | AZ |
| 601. | LULU'S DAY CARE | | ACTIVE | UT |
| 602. | LULU'S DAYCARE CENTER, INC. | | INACTIVE | FL |
| 603. | LULU'S DEIGHTS, INC. | | INACTIVE | MA |
| 604. | LULU'S DELI AND RESTAURANTS, INC. | | INACTIVE | FL |
| 605. | LULU'S DELI INC. | | INACTIVE | NY |
| 606. | LULU'S DELIGHTS L.L.C. | | ACTIVE | NC |
| 607. | LULU'S DESIGN, LLC | | IN EXISTENCE | TX |

| 608. | LULU'S DINER | | INACTIVE | OR |
|---|---|---|---|---|
| 609. | LULU'S DINER, INC. | | INACTIVE | FL |
| 610. | LULU'S DINER, INC. | | FORFEITED-FAILED TO FILE TIMELY A/R | KS |
| 611. | LULU'S DINER, LLC | | CANCELED | VA |
| 612. | LULU'S DINNER BY DESIGN | | ACTIVE | NH |
| 613. | LULU'S ELECTRIC CAFE INCORPORATED | | ACTIVE | IN |
| 614. | LULU'S ENTERPRISES, INC. | | ACTIVE | NV |
| 615. | LULU'S ENTERTAINMENT COMPANY | | ACTIVE/NONCOMPLIANCE | GA |
| 616. | LULU'S ETC. INC. | | ACTIVE | MI |
| 617. | LULU'S EXPRESS CAR WASH, INC. | | ACTIVE/NONCOMPLIANCE | GA |
| 618. | LULU'S EXPRESS CARE WASH, INC. | | FLAWED/DEFICIENT | GA |
| 619. | LULU'S EXTERIOR EXPRESS, LLC | | ACTIVE/COMPLIANCE | GA |
| 620. | LULU'S FARMERS MARKET | | ACTIVE | FL |
| 621. | LULU'S FASHION COMPANY | | ACTIVE | IN |
| 622. | LULU'S FASHIONS, L.L.C. | LULU'S FASHIONS, L.L.C. | IN EXISTENCE | TX |
| 623. | LULU'S FASHIONS, LTD. | | | IL |
| 624. | LULU'S FINE HOME FURNISHINGS & CONSIGNMENT, LLC | LULU'S FINE HOME FURNISHINGS & CONSIGNMENT | ACTIVE | KY |
| 625. | LULU'S FINISHING CORP. | | ACTIVE | NY |
| 626. | LULU'S FISH AND CHIPS INC. | | INACTIVE | NY |
| 627. | LULU'S FLAVORS CORP. | | INACTIVE | FL |
| 628. | LULU'S FLOWERS, SILKS & THINGS, INC. | | INACTIVE | FL |
| 629. | LULU'S FRIENDS INC. | | ACTIVE | FL |
| 630. | LULU'S FRILLY CHIC BOUTIQUE | | ACTIVE | FL |
| 631. | LULU'S FUN FOOD | | | MO |
| 632. | LULU'S FUN FOOD, LLC | | ACTIVE | AL |
| 633. | LULU'S GALLERY OF GIFTS LLC | | ACTIVE | NY |
| 634. | LULU'S GARAGE, INC. | | ACTIVE | NC |
| 635. | LULU'S GARDEN | | ACTIVE | FL |
| 636. | LULU'S GARDEN | | TRADENAME-STS NOT AVAILABLE | CO |

| | | | |
|---|---|---|---|
| 637. | LULU'S GARDEN INC. | | ACTIVE | FL |
| 638. | LULU'S GAS & GRUB INC. | | GOOD STANDING | CO |
| 639. | LULU'S GIFT EMPORIUM, INC. | | ACTIVE | FL |
| 640. | LULU'S GIFT SHOP INC. | | GOOD STANDING | IL |
| 641. | LULU'S GIFTS, INC. | | GOOD STANDING | SC |
| 642. | LULU'S GIFTS, INC. | | AUTOMATIC DISSOLUTION | MI |
| 643. | LULU'S GRILL, LLC | | ACTIVE | MO |
| 644. | LULU'S GROUP | | ACTIVE | HI |
| 645. | LULU'S HAIR COMPANY, INC. | | IN EXISTENCE | TX |
| 646. | LULU'S HAIR SALON, INC. | | ACTIVE | NY |
| 647. | LULU'S HAIR STUDIO, P.C. | | GOOD STANDING | IL |
| 648. | LULU'S HAIRCUTS, LLC | | ACTIVE, IN COMPLIANCE | WA |
| 649. | LULU'S HAWAIIAN ICE | | | MO |
| 650. | LULU'S HAWAIIAN ICE | | INACTIVE | MO |
| 651. | LULU'S HERO'S & PIZZA & ITALIANO RESTORANTI INC. | | ACTIVE | NY |
| 652. | LULU'S HOLDINGS, LLC | | ACTIVE/COMPLIANCE | GA |
| 653. | LULU'S HOME & GARDEN DECOR | | INACTIVE | OR |
| 654. | LULU'S HOT DIGGITY DOG, INC. | | DISSOLVED | IL |
| 655. | LULU'S HOT DOGS, INC. | | ACTIVE | VA |
| 656. | LULU'S HOUSE OF STYLE, LLC | | GOOD STANDING | AR |
| 657. | LULU'S HOUSEKEEPING SERVICES, LLC | | ACTIVE | OR |
| 658. | LULU'S II, INC. | | ACTIVE, IN COMPLIANCE | WA |
| 659. | LULU'S IMPORTS & ANTIQUES, INC. | | DISSOLUTION | SD |
| 660. | LULU'S INC. | | EXPIRED | UT |
| 661. | LULU'S INC. | | INACTIVE | MA |
| 662. | LULU'S INTERNATIONAL, INC. | LULU'S BUFFET | FORFEITED EXISTENCE | TX |
| 663. | LULU'S JAVA HUT | | TRADENAME-STS NOT AVAILABLE | CO |
| 664. | LULU'S KIDS WEAR | | INACTIVE | OR |
| 665. | LULU'S KIDS, INCORPORATED | | ACTIVE | NC |
| 666. | LULU'S KITCHEN INC. | | INACTIVE | NY |
| 667. | LULU'S KITCHEN KATERING | | ACTIVE | FL |
| 668. | LULU'S KITCHEN LLC. | | TRADENAME-STS NOT AVAILABLE | CO |

| 669. | LULU'S KITCHEN, INC. | | ACTIVE | AL |
|---|---|---|---|---|
| 670. | LULU'S KITCHEN, INC. | | GOOD STANDING | CO |
| 671. | LULU'S L.L.C. | | ACTIVE/IN GOOD STANDING | AZ |
| 672. | LULU'S L.L.C. | | ACTIVE | MI |
| 673. | LULU'S LALA'S | | ACTIVE | VT |
| 674. | LULU'S LANDING, INC. | | ACTIVE | AL |
| 675. | LULU'S LANDRY-MAT | | ACTIVE | FL |
| 676. | LULU'S LANDSCAPE ETC. | | ACTIVE | FL |
| 677. | LULU'S LANDSCAPING, L.L.C. | | ACTIVE | LA |
| 678. | LULU'S LAUNDROMAT | | INACTIVE | MN |
| 679. | LULU'S LAUNDROMAT | | ACTIVE | MN |
| 680. | LULU'S LAVENDER | | ACTIVE | PA |
| 681. | LULU'S LAWN CARE | | ACTIVE | FL |
| 682. | LULU'S LILYPAD | | ACTIVE | VT |
| 683. | LULU'S LIMOUSINE, INC. | | DISSOLVED | IL |
| 684. | LULU'S LINGERIE, INC. | BRA LAND | ACTIVE | MI |
| 685. | LULU'S LITTLE TOTS | | ACTIVE | FL |
| 686. | LULU'S LLC | | INACTIVE | FL |
| 687. | LULU'S LLC | | RESERVED NAME | SC |
| 688. | LULU'S LLC | | GOOD STANDING | SC |
| 689. | LULU'S LOOT | | ACTIVE | FL |
| 690. | LULU'S LOT, INC., DISSOLVED FEBRUARY 1, 1999 | | ADMINISTRATIVELY DISSOLVED | CO |
| 691. | LULU'S LOW COUNTRY KITCHEN, LLC | | GOOD STANDING | CO |
| 692. | LULU'S LTD. | | ACTIVE/IN GOOD STANDING | RI |
| 693. | LULU'S LULLABY, INC. | | TERMINATED | WA |
| 694. | LULU'S LUNCHBOX, INC. | | ACTIVE | NY |
| 695. | LULU'S LUNCHES | | ACTIVE | FL |
| 696. | LULU'S LUXURIES FROM AROUND THE WORLD, LLC | | GOOD STANDING | MS |
| 697. | LULU'S MAGIC | | ACTIVE | PA |
| 698. | LULU'S MAGICAL RENTALS, INC. | | ACTIVE | FL |
| 699. | LULU'S MAGICKAL OASIS, INC. | | IN EXISTENCE | TX |
| 700. | LULU'S MAHOGANY HALL | | EXPIRED REGISTRATION | LA |
| 701. | LULU'S MAIN STREET CAR WASH | | INACTIVE | OR |
| 702. | LULU'S MARKET & DELI, INC. | | ACTIVE | NC |

| 703. | LULU'S MARKET FOR PETS AND PEOPLE, INC. | | ACTIVE | NC |
|---|---|---|---|---|
| 704. | LULU'S MARKET, INC | | DISSOLVED | NV |
| 705. | LULU'S MARKET, LLC | | ACTIVE | KY |
| 706. | LULU'S MARKETING INC. | | ACTIVE | FL |
| 707. | LULU'S MINI MART | | ACTIVE | FL |
| 708. | LULU'S MOONFISH LLC | | ACTIVE/IN GOOD STANDING | AZ |
| 709. | LULU'S NAIL SALON, LLC 0 | | ACTIVE/OWES CURRENT YEAR | GA |
| 710. | LULU'S NAILS MAGIC, LLC | | ACTIVE | NY |
| 711. | LULU'S NOR WORLD, INC. | | DISSOLVED | IL |
| 712. | LULU'S OAKWOOD CAFE, INC. | | INACTIVE | FL |
| 713. | LULU'S OF ANNA MARIA, LLC | | ACTIVE | FL |
| 714. | LULU'S OF BUCKHEAD, LLC | | AUTOMATED ADMINISTRATIVE | GA |
| 715. | LULU'S OF CAYUGA COUNTY INC. | | INACTIVE | NY |
| 716. | LULU'S OF HARTSVILLE, LLC | | GOOD STANDING | SC |
| 717. | LULU'S OF HAWAII, INC. | | INV. DISSOLVED | HI |
| 718. | LULU'S OFF BROADWAY, INC. | | INCORPORATED | MD |
| 719. | LULU'S ON MAIN, INC. | | ACTIVE | NC |
| 720. | LULU'S ORLANDO, INC. | | ACTIVE | FL |
| 721. | LULU'S PAMPERED POOCH MOBILE DOG GROOMING | | ACTIVE | FL |
| 722. | LULU'S PARADICE | | ACTIVE | FL |
| 723. | LULU'S PARTIES, INC. | | ACTIVE | OH |
| 724. | LULU'S PARTIES, INC. | | CANCELED NAME NOT RESERVED | OH |
| 725. | LULU'S PASSION-PURVEYOR OF FRIVOLOUS ADORNMENT | | INACTIVE | OR |
| 726. | LULU'S PETROLEUM INC. | | ACTIVE | MI |
| 727. | LULU'S PIZZA | | CURRENT | ID |
| 728. | LULU'S PIZZA & SUBS INC. | | CERT. OF DISSOLUTION | MI |
| 729. | LULU'S PIZZA INC | | REVOKED FOREIGN | IN |
| 730. | LULU'S PLACE | | ACTIVE | PA |
| 731. | LULU'S PLACE C/O LONG TERM , L C | | ACTIVE | FL |
| 732. | LULU'S PLACE INC | LORETTA'S PLACE HOT DOGS & MORE (CITY OF | ACTIVE | VA |

| | | | | |
|---|---|---|---|---|
| | | CHESAPEAKE) | | |
| 733. | LULU'S PLACE, INC. | | INACTIVE | FL |
| 734. | LULU'S PLACE, INC. | | DISSOLVED | IL |
| 735. | LULU'S PLAZA'S LIMITED LIABILITY COMPANY | | GOOD STANDING | CO |
| 736. | LULU'S PLAZA'S LIMITED LIABILITY COMPANY | | ACTIVE | WY |
| 737. | LULU'S POND HOLDINGS, LLC | | ACTIVE | NY |
| 738. | LULU'S PROPERTIES, LLC | | ACTIVE | NC |
| 739. | LULU'S PROPERTIES, LLC | | ACTIVE | UT |
| 740. | LULU'S PUB, INC. | | INACTIVE | FL |
| 741. | LULU'S PUPPIES, INC. | | ACTIVE | FL |
| 742. | LULU'S REDOS, INC. | | ACTIVE | AL |
| 743. | LULU'S REFLECTIONS | | ACTIVE | FL |
| 744. | LULU'S REPOSE | | | MO |
| 745. | LULU'S REPOSE, L.L.C. | | ACTIVE | MO |
| 746. | LULU'S RESTAURANT | | ACTIVE | FL |
| 747. | LULU'S RESTAURANT GROUP, LLC | | AUTOMATED ADMINISTRATIVE | GA |
| 748. | LULU'S RESTAURANT KIHEI, LLC | | ACTIVE | HI |
| 749. | LULU'S RESTAURANT, INC | | ACTIVE | KY |
| 750. | LULU'S RESTAURANT, INC. | | INACTIVE | FL |
| 751. | LULU'S RESTAURANT, LLC | | ORGANIZED | WI |
| 752. | LULU'S ROOM, INC. | | INACTIVE | NY |
| 753. | LULU'S SALON, LLC | | ACTIVE | MI |
| 754. | LULU'S SHOETIQUE INC. | | INACTIVE | NY |
| 755. | LULU'S SHOPPING CENTER'S LIMITED LIABILITY COMPANY | | DISSOLVED | CO |
| 756. | LULU'S SISTERS, LLC | | DISSOLVED | CT |
| 757. | LULU'S SKIN & HAIR, CORP. | | ACTIVE | FL |
| 758. | LULU'S SKOKIE WORLD, INC. | OLMSTEAD WORLD, INC. | DISSOLVED | IL |
| 759. | LULU'S SLEEP EZZE MOTEL, LLC | | DISSOLVE DATE SEE BELOW | AZ |
| 760. | LULU'S SOLAR ENERGY, INC. | | INACTIVE | FL |
| 761. | LULU'S SOUTHERN CHOCOLATES | | EXPIRED | UT |
| 762. | LULU'S SPORTING GOODS, INC. | | CANCELED NAME NOT RESERVED | OH |
| 763. | LULU'S STRIDE RITE, INC. | | FORFEITED EXISTENCE | TX |

| | | | |
|---|---|---|---|
| 764. | LULU'S STUFF & CRAFTS, INC. | | CERT. OF DISSOLUTION | MI |
| 765. | LULU'S STUFF, INC. | | DISSOLVED | IL |
| 766. | LULU'S SUBS-GRILL INC. | | INACTIVE | FL |
| 767. | LULU'S SUNSET GRILL LLC | | ACTIVE | AL |
| 768. | LULU'S SWEET EXPECTATIONS, LLC | | ACTIVE | FL |
| 769. | LULU'S SWEET SHOPPE, LLC | | ACTIVE/OWES CURRENT YEAR | GA |
| 770. | LULU'S SWEETS INC. | | INACTIVE | NY |
| 771. | LULU'S TABLE MATTERS, L.L.C. | | ACTIVE | AL |
| 772. | LULU'S TAVERN LLC | | ACTIVE | MI |
| 773. | LULU'S TENNESSEE TREATS, LLC | | ADMINISTRATIVELY DISSOLVED | TN |
| 774. | LULU'S THAI NOODLE SHOP AND SATAY BAR, L.L.C. | | ACTIVE & IN GOOD STANDING | KS |
| 775. | LULU'S THAI NOODLE SHOP AND SATAY BAR, L.L.C. | | ACTIVE | MO |
| 776. | LULU'S TIN STAR SALOON, INC. | | FORFEITED EXISTENCE | TX |
| 777. | LULU'S TINY TOTS DAYCARE, INC. | | ACTIVE | FL |
| 778. | LULU'S TINY TOTS DAYCARE, INC. | | ACTIVE | FL |
| 779. | LULU'S TOUCH, INC. | | ACTIVE | FL |
| 780. | LULU'S TRADE INC | | ACTIVE | NC |
| 781. | LULU'S TREASURES INC. | | FLAWED/DEFICIENT | GA |
| 782. | LULU'S TREASURES INC. | | ABANDONED | GA |
| 783. | LULU'S TROPICAL BEACH STORE, INC. | | ACTIVE | FL |
| 784. | LULU'S TWO, INC. | | REVOKED | NV |
| 785. | LULU'S UPTOWN, INC. | | ACTIVE | CT |
| 786. | LULU'S VARIETY STORE CORP. | | ACTIVE | NY |
| 787. | LULU'S VCT BAKERY CORP. | | ACTIVE | NY |
| 788. | LULU'S VENDING, LLC | | ACTIVE | LA |
| 789. | LULU'S VILLAGE PUB, INC. | | ACTIVE | NY |
| 790. | LULU'S VINTAGE | | INACTIVE | OR |
| 791. | LULU'S WATERFRONT CAFE | | ACTIVE | FL |
| 792. | LULU'S WORKS | | PENDING EXPIRATION | MT |
| 793. | LULU'S WORLD INC. | | ACTIVE | FL |
| 794. | LULU'S WORLD OF GIFTS | | ACTIVE | MN |
| 795. | LULU'S X SURFER BAR, LTD. | | DISSOLVED | IL |
| 796. | LULU'S XPRESS CAR WASH | | ACTIVE | FL |

| 797. | LULU'S XPRESS CAR WASH | | ACTIVE | FL |
|------|------------------------|---|--------|----|
| 798. | LULU'S ZOO, LLC | | CANCELED | VA |
| 799. | LULU'S, INC. | | DISSOLVED | AL |
| 800. | LULU'S, INC. | | AUTOMATED ADMINISTRATIVE | GA |
| 801. | LULU'S, INC. | | ACTIVE | IN |
| 802. | LULU'S, INC. | | INACTIVE | MA |
| 803. | LULU'S, INC. | | FORFEITED | MD |
| 804. | LULU'S, INC. | | ADMINISTRATIVE DISSOLUTION | NC |
| 805. | LULU'S, INC. | | ACTIVE | PA |
| 806. | LULU'S, INC. | | REVOKED BY DEPT OF REVENUE | TN |
| 807. | LULU'S, INC. | | VOLUNTARILY DISSOLVED | TX |
| 808. | LULU'S, INC. | LULU'S | TERMINATED(AUTOM ATIC) | VA |
| 809. | LULU'S, INC. | | DISSOLVED | SC |
| 810. | LULU'S, L.L.C. | | ACTIVE | AL |
| 811. | LULU'S, L.L.C. | | CHARTER REVOKED BY SECY OF STATE | LA |
| 812. | LULU'S, LLC | | ACTIVE | AL |
| 813. | LULU'S, LLC | | ACTIVE | CT |
| 814. | LULU'S, LLC | | ACTIVE | NY |
| 815. | LULU, A EUROPEAN COFFEEHOUSE, LLC | | ACTIVE | CT |
| 816. | LULU, INC. | | ACTIVE | AL |
| 817. | LULU, INC. | | ACTIVE/IN GOOD STANDING | AZ |
| 818. | LULU, INC. | | GOOD STANDING | CO |
| 819. | LULU, INC. | | INACTIVE | FL |
| 820. | LULU, INC. | | INACTIVE | FL |
| 821. | LULU, INC. | | ACTIVE | FL |
| 822. | LULU, INC. | | ACTIVE/OWES CURRENT YEAR | GA |
| 823. | LULU, INC. | | GOOD STANDING | MS |
| 824. | LULU, INC. | | INACTIVE | NY |
| 825. | LULU, INC. | | OTC SUSPENSION | OK |
| 826. | LULU, INC. | | ACTIVE | PA |
| 827. | LULU, INC. | | GOOD STANDING | ME |
| 828. | LULU, INC. | | CANCELLATION | SD |

| 829. | LULU, INC. | | ACTIVE | NV |
|------|-----------|---|--------|----|
| 830. | LULU, INC. | | AUTOMATIC DISSOLUTION | MI |
| 831. | LULU, L.L.C. | | GOOD STANDING | IL |
| 832. | LULU, LLC | | GOOD STANDING | CO |
| 833. | LULU, LLC | | ACTIVE | IN |
| 834. | LULU, LLC | | PENDING ADMIN DISSOLUTION | KY |
| 835. | LULU, LLC | | ACTIVE | NC |
| 836. | LULU, LLC | | ADMINISTRATIVELY DISSOLVED | TN |
| 837. | LULU, LLC | | GOOD STANDING | AR |
| 838. | LULU-ARNAZ, LLC | | ACTIVE | FL |
| 839. | LULU-CAROLINA, INC. | LU-LU CAROLINA, INC. | INACTIVE | NY |
| 840. | LULU-G&B-B205, LLC | | INACTIVE | FL |
| 841. | LULU-HAVANA, LLC | | ACTIVE | FL |
| 842. | LULU-LEONA, LLC | | INACTIVE | FL |
| 843. | LULU-MALINDA, INC. | RIO'S PIZZERIA | AUTOMATIC DISSOLUTION | MI |
| 844. | LULUS | | TRADENAME-STS NOT AVAILABLE | CO |
| 845. | LULUS CLEANING SERVICE | | ACTIVE | FL |
| 846. | LULUS CLEANING SERVICE, INC. | | ACTIVE | VA |
| 847. | LULUS CREATIVE CREATIONS | | CURRENT | ID |
| 848. | LULUS GENERAL CLEANING | | TRADENAME-STS NOT AVAILABLE | CO |
| 849. | LULUS GIFT STORE | | ACTIVE | FL |
| 850. | LULUS HAND-ME-UPS | | | MO |
| 851. | LULUS ON THE BAYOU, INC. | | CHARTER REVOKED BY SECY OF STATE | LA |
| 852. | LULUS PAINTING | | TRADENAME-STS NOT AVAILABLE | CO |
| 853. | LULU`S CAFE, INC. | | REVENUE SUSPENDED | NC |
| 854. | LUSCIOUS LULU'S | | INACTIVE | OR |
| 855. | LYONS FOUNDATION | LULU THORLEY LYONS HOME FOR CRIPPLED AND DELICATE CHILDREN | ACTIVE | NY |
| 856. | MAMA LULU'S FROZEN DRINKS, LLC | | IN EXISTENCE | TX |

| 857. | MANY MANSIONS, INC. | LULU & MIMI'S HOUSECLEANERS SUPREME, INC. | ACTIVE & IN GOOD STANDING | KS |
|---|---|---|---|---|
| 858. | MARIA & LULU, INC. | | INACTIVE | NY |
| 859. | MARINA COSMETICS, LLC | LULU LIPSTICK LLC | ACTIVE | PA |
| 860. | MARSH'S LULU, LLC | | DISSOLVED | CT |
| 861. | MAX & LULU KNIT DESIGNS INC. | | INACTIVE | NY |
| 862. | MAX & LULU'S BIJOUX | | ACTIVE | PA |
| 863. | METRO DISTRIBUTION GROUP, INC. | LULU PIZZA I | ACTIVE | MI |
| 864. | MICKELSON MANAGEMENT, INC. | LULU PRODUCTIONS, INC. | MERGED OUT | CA |
| 865. | MIGNONETTE LULU BELLE, LLC | | REVOKED CHARTER | RI |
| 866. | MIMI LULU, INC. | | IN EXISTENCE | TX |
| 867. | MIND BODY CENTER FOR WELL BEING AND LULU BURAS TREATMENT CENTER, SALON, AND DAY SPA, L.L.C. | | CHARTER REVOKED BY SECY OF STATE | LA |
| 868. | MINNIE & LULU, LLC | | ACTIVE | FL |
| 869. | MISS LULUS BAIL BONDS INC. | | IN EXISTENCE | OK |
| 870. | MLR CONSULTING, LLC | MISS LULU INVESTMENTS LLC | ACTIVE | VA |
| 871. | MORGAN, LULU & FRIENDS, INC. | MORGAN, LULU AND FRIENDS, INC. | INACTIVE | MN |
| 872. | MS LULU'S | | GOOD STANDING | ME |
| 873. | NAILS BY LULU, INC. | | ACTIVE | FL |
| 874. | NANCANG DEVELOPMENT CORP. | | SUSPENDED | CA |
| 875. | O! LULU | | ACTIVE | FL |
| 876. | OBERLIN HOLDINGS, LLC | LULU HOLDINGS, LLC | ACTIVE | NC |
| 877. | OCCASIONS BY LULU, INC. | | ACTIVE | NY |
| 878. | OLIVE & LULU LLC | | FORFEITED | MD |
| 879. | PIPER LULU, L.L.C. | | ACTIVE | MD |
| 880. | PITLUK MAIN VENTURE, LLC | LULU'S BAKERY & CAFE | FORFEITED EXISTENCE | TX |
| 881. | POSHY-LULU'S, LLC | | ACTIVE/COMPLIANCE | GA |
| 882. | PROJECT PRIDE, INC. | | ACTIVE | NY |
| 883. | R. & R. PARTY STORE, INC. | LULU PARTY | AUTOMATIC | MI |

| | | STORE | DISSOLUTION | |
|---|---|---|---|---|
| 884. | RALPH AND LULU OWEN FOUNDATION, INC. | | TERMINATED | TN |
| 885. | RALPHIE AND LULU'S, INC. | | GOOD STANDING | IL |
| 886. | RANCHO DE LULU | | INACTIVE | MN |
| 887. | RESTAURANT LULU INC. | BONIA INC. | ACTIVE | CA |
| 888. | RESTAURANT LULU INC. | LULU NAIL SALON, INC. | ACTIVE | NY |
| 889. | RUGGS BY LULU | | ACTIVE | MN |
| 890. | SHANGHAI LULU, LLC | | ACTIVE | CA |
| 891. | SHEN-CHOW, LULU | | EXPIRED | HI |
| 892. | SILICON WEST TRAVEL, INC. | | SUSPENDED | CA |
| 893. | SILVERSMYTHING BY LULU INC. | | ACTIVE | PA |
| 894. | SPEEDY'S DINER, INC. | COSMOS DINER | INACTIVE | VT |
| 895. | SS LULU ENTERPRISES LLC | | ACTIVE | OR |
| 896. | STARDUST CELEBRATIONS, L.L.C. | LULU'S BRIDAL BOUTIQUE | IN EXISTENCE | TX |
| 897. | STINGY LULU'S INC. | | INACTIVE | NY |
| 898. | STOP LULU'S IN EVERETT | | TERMINATED | WA |
| 899. | STUDIO FUFU LULU, LLC | | ACTIVE | CA |
| 900. | STUDIO LULU | | CANCELED NAME NOT RESERVED | OH |
| 901. | STUDIO LULU, LLC | | ACTIVE | FL |
| 902. | STYLES BY LULU, INC. | | ACTIVE/COMPLIANCE | GA |
| 903. | SWEET LULU'S | | TRADENAME-STS NOT AVAILABLE | CO |
| 904. | SWEET LULU, L.L.C. | | INACTIVE | FL |
| 905. | TAFFY & LULU COUTURE, LLC | | ACTIVE | MI |
| 906. | THE ELIZABETH LULU SCHOLARSHIP FOUNDATION | | ACTIVE | CA |
| 907. | THE LULU BAG | | ACTIVE | FL |
| 908. | THE LULU BELL & ASSOCIATES, INC. | | SUSPENDED | CA |
| 909. | THE LULU BELLE MEMORIAL ANIMAL HAVEN CHARITABLE CORPORATION | | SUSPENDED | CA |
| 910. | THE LULU CITY CONDOMINIUM ASSOCIATION, INC. | | GOOD STANDING | CO |
| 911. | THE LULU COMPANY, INC. | | ACTIVE | AL |
| 912. | THE LULU M. PARR AND DWIGHT S. PARR, JR. FAMILY LIMITED PARTNERSHIP | | INACTIVE | OR |

| 913. | THE LULU M. PARR AND VIRGINIA PARR FARMER FAMILY LIMITED AR | | INACTIVE | OR |
|---|---|---|---|---|
| 914. | THE LULU MAY LLOYD VON HAGEN FOUNDATION | | ACTIVE | CA |
| 915. | THE LULU PROJECT, INC. | | DISSOLVED | CA |
| 916. | THE LULU SHOW, LLC | | ACTIVE | NC |
| 917. | TREBOR PRODUCTIONS, INC. | MICKELSON MANAGEMENT, INC. | ACTIVE | CA |
| 918. | TUPELO GROWTH, L.P. | | ACTIVE | NY |
| 919. | TUPELO OPPORTUNITY, L.P. | | ACTIVE | NY |
| 920. | TWO LULUS FASHIONS INC. | | INACTIVE | NY |
| 921. | ULYSSES G. AND LULU H. AUGER FOUNDATION (THE) | | REVOKED | DC |
| 922. | UNCLE FUZZY & AUNT LULU'S CRAFTS, LLC | | AUTOMATED ADMINISTRATIVE | GA |
| 923. | VILLA LULU, LLC | | ACTIVE | FL |
| 924. | WAIKIKI LULU'S, LLC | | ACTIVE | HI |
| 925. | WELLINGTON'S, LULU | | ACTIVE | PA |
| 926. | WHITE, STORYVILLE, NEW ORLEANS INTERNATIONAL, INC., LULU | | CHARTER REVOKED BY SECY OF STATE | LA |
| 927. | XON LEASING CORP. | LULU LEASING CORP. | DISSOLVED | CA |

35.    From the nine hundred twenty-six (926) third-party trade names in the Lulu D&B Report annexed hereto as Exhibit 4 (and summarized above), a total of five hundred eighty-three (583) of the disclosed business entities are reported as being currently active or otherwise in good standing.

### Supplemental Evidence and Details of Third-Party Use And Interest in LULU Formative Marks

36.    As a supplement to the results disclosed in the Lulu Search Report and the *ULU Search Report, I have examined, among other resources: (1) various third-party filings made with the USPTO; (2) various state Division of Corporations databases; (3) yellow page listings; (4) third-party website homepages; (5) online retail websites (such as Amazon.com); and (6) historical

website information from Archive.org (via the "Wayback Machine"). The results of such searches are set forth below in greater detail, organized by way of individual third-party marks.

## LULU'S PEEPS

37.    The Lulu Search Report discloses an existing federal trademark registration owned by Viacom International, Inc. for the mark **LULU'S PEEPS** (Reg. No. 2,863,527) for "printed matter, namely, note paper and loose leaf paper, series of fiction books" amongst other uses.  See Exhibit 1, p. 127.

38.    Based on USPTO online records, the mark **LULU'S PEEPS** was first used in commerce on April 1, 2001, and was registered with the USPTO on July 13, 2004, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/. See **Exhibit 6**.

39.    Annexed as **Exhibit 11** is a true and correct copy of the Specimen of Use filed by Viacom International, Inc. with the USPTO on April 21, 2004, showing how the mark **LULU'S PEEPS** is being used in commerce.

## LULU PRODUCTIONS

40.    The Lulu Search Report discloses an existing Hawaiian state trademark registration owned by Cheri Mardon for the mark **LULU PRODUCTIONS** (Hawaiian Reg. No. 249935) for "communication products such as, but not limited to, films, videos, audio, books, clothing, and art."  See Exhibit 1, p. 448.

41.    Based on the information provided in the ULU Search Report, the mark **LULU PRODUCTIONS** was registered with the state of Hawaii on July 26, 2000, and renewed on April 19, 2001.  Id.

### LULU THE LETTER-SPINNING SPIDER

42.    The Lulu Search Report discloses an existing federal trademark registration owned by Leapfrog Enterprises, Inc. for the mark **LULU THE LETTER-SPINNING SPIDER**  (Reg. No. 3,218,677) for "video and audio cassettes, tapes, CD ROMs and DVDs featuring children's education; children's educational computer software; computer game cartridges," as well as "printed matter; namely, children's books" and "toys, games, and playthings, namely, plush toys, electronic learning toys."  See Exhibit 1, p. 124.

43.    Based on USPTO online records, the mark **LULU THE LETTER-SPINNING SPIDER** was first used in commerce in June 2005.  The mark was registered with the USPTO on March 13, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 12**.

44.    Annexed as **Exhibit 13** is a true and correct copy of the Specimen of Use filed by Leapfrog Enterprises with the USPTO, on October 19, 2006, showing how the mark **LULU THE LETTER-SPINNING SPIDER** is being used in commerce.

45.    Annexed as **Exhibit 14** is a true and correct copy of a printout I made on September 26, 2007, from the Amazon.com website, at http://www.amazon.com/LeapFrog-Lulu-Letter-Spinning-Spider-8482/dp/B0008FUCZ0, showing Leapfrog's **LULU THE LETTER-SPINNING SPIDER** products currently being offered for sale.

## **LULU LOLO**

46.     The Lulu Search Report discloses an existing federal trademark registration owned by Lois Evans for the mark **LULU LOLO** (Reg. No. 2,425,513) for "announcement cards; book marks; books featuring information about movies, mysteries, holidays and fictional characters; greeting cards, note cards, and post cards; greeting cards." <u>See</u> Exhibit 1, p. 75.

47.     Based on USPTO online records, the mark **LULU LOLO** was first used in commerce on November 15, 1998, was registered with the USPTO on January 30, 2001, and such registration was renewed on January 30, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at <u>http://tarr.uspto.gov/</u>, annexed hereto as **<u>Exhibit 15</u>**.

48.     Annexed as **<u>Exhibit 16</u>** is a true and correct copy of the Specimen of Use filed by Lois Evans with the USPTO on June 29, 2006, showing how the mark **LULU LOLO** is being used in commerce.

49.     Annexed as **<u>Exhibit 17</u>** is a true and correct copy of registrant Lois Evans' home page, located at <u>http://www.lululolo.com</u>, showing the designation **LULU LOLO** (which also appears to be a stage name) being used in connection with the captioned "Now Appearing!" [for a play titled *Macaroni and Mal Occhi].*

50.     Based on online records maintained by the Internet Archive, at <u>www.archive.org</u>, Lulu Lolo's website has been archived, updated and/or otherwise modified four  times since its founding in 2004.  A true and correct copy of such historical information obtained on September 22, 2007, from the website <u>www.archive.org</u> is annexed hereto as **<u>Exhibit 18</u>**

## THE LITTLE LULU SHOW

51.    The Lulu Search Report discloses an existing federal trademark registration owned by Classic Media, Inc., for the mark **THE LITTLE LULU SHOW** (Reg. No. 2,297,686) for "entertainment, namely a continuing animated show distributed over television, satellite and video media." See Exhibit 1, p. 157.

52.    Based on USPTO online records, the mark **THE LITTLE LULU SHOW** was first used in commerce in October 1995, was registered with the USPTO on December 7, 1999, and such registration was renewed on April 25, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 19**.

53.    According to USPTO online records, Classic Media, Inc. also owns the mark **LITTLE LULU** (Reg. No. 0,990,189) as shown by printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 20**.

54.    Annexed as **Exhibit 21** is a true and correct copy of the Specimen of Use filed by Classic Media, Inc. with the USPTO on May 29, 2006, showing how the mark **THE LITTLE LULU SHOW** is being used in commerce.

55.    Annexed as **Exhibit 22** is a true and correct copy of a printout I made on September 4, 2007 from the Amazon.com website, at http://www.amazon.com/Best-Little-Lulu-Featuring-Green/dp/B00009VU33/ref=pd_rhf_f_t_cs_1/002-2959178-9848004?ie=UTF8&qid=1190472771&sr=1-1, showing DVDs for **THE LITTLE LULU SHOW** currently being offered for sale.

**LULU BRANDS**

56.    The Lulu Search Report discloses an existing federal trademark registration owned by Lulu Brands, LLC for the mark **LULU BRANDS** (Reg. No. 2,943,904) for "product development"  <u>See</u> Exhibit 1, p. 306.

57.    Based on USPTO online records, the mark **LULU BRANDS** was first used in commerce on January 4, 2004, and was registered with the USPTO on April 6, 2004, as shown by a true and correct copy of a printout I made from the USPTO's "TARR" web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 23**.

58.    Annexed as **Exhibit 24** is a true and correct copy of the Specimen of Use filed by Lulu Brands, LLC. with the USPTO on April 6, 2004, showing how the mark **LULU BRANDS** is being used in commerce.

59.    Annexed as **Exhibit  25** is a true and correct copy of a printout I made from the Lulu Brands website, at www.lulubrands.com, describing  its consumer product development services.

60.    Annexed as **Exhibit 26** is a true and correct copy of a printout I made from the Lulu Brands website, at www.lulubrands.com, showing the press coverage from the New York Times on July 23, 2006.

61.    Based  on  online  records  maintained  by  the  Internet  Archive,  at www.archive.org, Lulu Brands active website has been updated most recently on May 21, 2007.  A true and correct copy of such historical information obtained on September 25, 2007 from the website www.archive.org is annexed hereto as **Exhibit 27**.

**LULA**

62.    The Lulu Search Report discloses an existing federal trademark registration owned by Mattel, Inc. for the mark **LULA** (Reg. No. 3,143,053) for "entertainment and educational services, namely, providing online games, product trivia and activities for children" See Exhibit 1, p.89.

63.    Based on USPTO online records, the mark **LULA** was first used in commerce on December 17, 2004, and was registered with the USPTO on September 12, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 28**.

64.    Annexed as **Exhibit 29** is a true and correct copy of the Specimen of Use filed by Mattel, Inc. with the USPTO on June 21, 2006, showing how the mark **LULA**  is being used in commerce.

65.    Annexed as **Exhibit 30** is a true and correct copy of a printout I made on September 26, 2007, from the Toys "R" Us website, at http://www.toysrus.com/sm-doggie-daycare-lula-and-baby-playset--pi-2302921.html, showing "Doggie Daycare Lula" dolls currently being offered for sale.

**LI LU**

66.    The Lulu Search Report discloses an existing federal trademark registration owned by C.V. Chen for the mark **LI LU** (Reg. No. 3,059,053) for "printed matters and publications, namely, magazines, books, bulletins, and newsletters in the legal field."  See Exhibit 1, p. 85.

67.    Based on USPTO online records, the mark **LI LU** was first used in commerce in January 1996, and was registered with the USPTO on February 14, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 31**.

68.    Annexed as **Exhibit 32** is a true and correct copy of the Specimen of Use filed by C.V. Chen with the USPTO on March 1, 2005, showing how the mark **LI LU** is being used in commerce.

## CLOWN AROUND WITH LU-LU

69.    The LULU Search report discloses the use of the mark **CLOWN AROUND WITH LU-LU** by a North Carolina proprietorship.  See Exhibit 1, p. 633.

70.    Annexed as **Exhibit 33** is a true and correct copy of a printout I made on September 23, 2007 from Superpages.com, listing Lu-Lu's clown services and contact information.  The website was accessed at:

http://yellowpages.superpages.com/profile~SRC_google~C_Arts+&+Entertainment~L ID_QuSsYm30qMzjzoBoLzrDXA%3D%3D.htm.

## TINA AND LULU

71.    The Lulu Search Report discloses a pending trademark application filed by Lulu, Inc. for the mark **TINA AND LULU** (Serial No. 78-511,568) for, among other goods and services, "entertainment services, namely, providing a website featuring entertainment content for children and families, action, comedy, drama and general interest information via a global computer network."  See Exhibit 1, p. 155.

72.     The USPTO issued a "Notice of Allowance" on January 3, 2006, for the **TINA AND LULU** trademark application, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 34**.

### THE ADVENTURES OF TINTIN AND LULU

73.     The Lulu Search Report discloses a pending trademark application filed by Bettina Zikha for the mark **THE ADVENTURES OF TINTIN AND LULU**  (Serial No. 77-130,979) for "entertainment in the nature of on-going television programs in the field of travel; on-line journals, namely, blogs featuring travel; entertainment services namely providing a website featuring, photographic, audio, video and prose presentations featuring travel information and presentations."  See Exhibit 1, p. 166.

74.     Based on the USPTO online records, the mark **THE ADVENTURES OF TINTIN AND LULU** was published for opposition by the USPTO on July 31, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 35**.

### LOULOU

75.     The Lulu Search Report discloses a pending trademark application filed by Rogers Publishing Limited for the mark **LOULOU** (Serial No. 78-381,136) for, among other goods and services, "printed publications, namely books, magazines and newsletters all relating to shopping for consumer goods and fashion."  See Exhibit 1, p. 54.

76.     The USPTO issued a "Notice of Publication" on August 29, 2007, for the **LOULOU** mark, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 36**.

77.     Annexed as **Exhibit 37** is a true and correct copy of LouLou's home page, located at http://www.louloumagazine.com, showing the mark **LOULOU** being used in connection with the magazine's online services.

78.     Based on online records maintained by the Internet Archive, at www.archive.org, LouLou Magazine's active website has been archived, updated and/or otherwise modified a total of at least 126 times since 2004, with at least 20 updates in 2007 alone, the most recent of which occurred on July 8, 2007.  A true and correct copy of such historical information obtained on September 24, 2007 from the website www.archive.org is annexed hereto as **Exhibit 38**.

## LAYLOO

79.     The Lulu Search Report discloses a pending trademark application filed by Voila Studios, Inc. for the mark **LAYLOO**  (Serial No. 78-749,496) for "production of television and radio programs; entertainment services in the nature of on-going television programs in the field of comedy and animation; entertainment services in the nature of on-going television programs, namely, animated interactive television programs for children; providing information via the internet in the fields of games, music, activities, and movies for children; entertainment in the nature of theater productions."  See Exhibit 1, p. 309.

80.     The USPTO issued a "Notice of Allowance" on May 22, 2007, for the **LAYLOO** trademark application, as shown by a true and correct copy of a printout I made from the USPTO's "TARR" web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 39**.

## LULY

81.     The Lulu Search Report discloses a pending trademark application filed by Tilibra Produtos de Papelaria Ltda. for the mark **LULY** (Serial No. 77-253,112), for, among

other goods and services, "office materials, namely spiral and bound note books, note books, writing pads, writing books, folders, stickers, packing paper." See Exhibit 1, p. 322.

82.    Annexed as **Exhibit 40** is a true and correct copy of the Specimen of Use filed by Tilibra Produtos de Papelaria, Ltda. with the USPTO on August 11, 2007, showing how the mark **LULY** is being used in commerce.

## ULU

83.    The Lulu Search Report discloses an existing federal trademark registration owned by Justin Wallace for the mark **ULU** (Reg. No. 2,374,964) for "entertainment, namely, live performances by a musical band." See Exhibit 1, p. 100.

84.    Based on USPTO online records, the mark **ULU** was first used on March 5, 1997, was registered with the USPTO on August 8, 2000, and such registration was renewed on October 13, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/. See **Exhibit 9**.

85.    Annexed as **Exhibit 41** are a true and correct copies of the Specimens of Use filed by Justin Wallace with the USPTO on August 7, 2006, and February 3, 2006, showing how the mark **ULU** is being used in commerce.

86.    Annexed as **Exhibit 42** is a true and correct copy of ULU's website, at http://www.ulu.net, showing the mark **ULU** being used in connection with a musical group and featuring the sale of albums, downloadable music and other promotional material.

87.    Based on online records maintained by the Internet Archive, at www.archive.org, ULU's website has been archived, updated and/or otherwise modified 74 times since its founding in 1998. The most recent update occurred on July 29, 2007. A true

and correct copy of such historical information obtained on September 24, 2007, from the website www.archive.org is annexed hereto as **Exhibit 43**.

88.    Annexed as **Exhibit 44** is a true and correct copy of a printout I made on September 24, 2007 from the Barnes and Noble website, at

http://music.barnesandnoble.com/search/product.asp?r=1&ean=710184765922, showing another website where ULU's CDs are currently being offered for sale.

## XULU ENTERTAINMENT

89.    The Lulu Search Report discloses an existing federal trademark registration owned by Xulu Entertainment, Inc. for the mark **XULU ENTERTAINMENT** (Reg. No. 2,536,919) for "multi-media and virtual reality software in the fields of accounting; advertising; architecture; animal training; amusement parks; art; design; astrology; audio broadcasting, recording and production; anthropology; bookkeeping; business techniques; bungee jumping; biology; chemistry; computers; computer programming; computer software design; cinematography; cooking; construction; data processing; dentistry; design; economics; education; entertainment; engineering; exploration; excavation; farming; financing; film production, developing and processing; flight simulation; games; geology; gardening; graphic design; health care; history; horticulture; hotel management; industrial design; landscape design; medicine; mathematics; merchandising; mechanics; management; military training; mining; mountain climbing; music; nutrition; optometry; painting; physics; printing; psychology; physical therapy; parachuting; photography; publishing; radio and television broadcasting, programming, production and communication; real estate; racecar driving; skiing; surfing; scuba diving; surgery; sales; statistics; science; software design; sound recordings; sports; surveying; technology; tailoring; telemarketing; tourism; teaching;

travel; video broadcasting; water sports; computer and video game software; computer and video game hardware including wireless headsets, personal digital assistants, computers, input devices, graphic displays, flat panel devices, goggles and electronic glasses, electronic gloves, video cameras, joysticks, electronic whiteboards; global communications network games and downloadable computer game programs." See Exhibit 1, p. 357.

90.    In addition to the **XULU ENTERTAINMENT** mark, Xulu Entertainment, Inc. has registered at least sixteen (16) additional marks with the USPTO, namely:

- **XULU ENTERTAINMENT** (Reg. No. 2,507,344), for "watches, jewelry and pins."

- **XULU ENTERTAINMENT** (Reg. No. 2,522,934), for "series of books; comic books; magazines in the fields of entertainment, education and electronics."

- **XULU ENTERTAINMENT** (Reg. No. 2,571,709), for "Clothing, namely, T-shirts, sweatshirts, sweaters, polo shirts, athletic uniforms, jackets, coats, hats, caps, sun visors, shorts, pants, jeans, skirts, dresses, lingerie, underwear, beachwear, bathing suits, rainwear, pajamas, robes, ties, belts, scarves, gloves, mittens, socks, hosiery, shoes, athletic footwear, and costumes and masks sold in connection therewith."

- **XULU ENTERTAINMENT** (Reg. No. 2,540,733), for "mechanical and electric action toys; plush stuffed animals and toys; dolls; board games; bath toys; musical toys; construction toys; fantasy character toys; inflatable toys; pull toys; talking toys; model vehicles and related accessories sold as units, models, robots, figurines, action figures and accessories therefor, toy vehicles, toy figures, wind-up toys, science kits."

- **XULU ENTERTAINMENT** (Reg. No. 2,574,012), for "entertainment in the nature of theater productions and movies."

- **XULU ENTERTAINMENT** (Reg. No. 2,534,397), for "retail services, namely, retail store services, on-line retail services and direct mail retail services, all featuring computer software and hardware; computer games, video games, books, comic books, magazines, toys, decals, stickers, tattoos, backpacks, lunchboxes, bicycles, costumes, masks, works of art, glasses, dishes, serving trays, post cards, posters, watches, pins, jewelry, sunglasses, key chains and clothing."

- **XULU ADVENTURERS' CLUB** (Reg. No. 2,525,365), for "watches, jewelry and pins, namely, ornamental pins, lapel pins, tie pins and hat pins."

- **XULU ADVENTURERS' CLUB** (Reg. No. 2,507,326), for "series of books; comic books; magazines in the fields of entertainment, education and electronics."

- **XULU ADVENTURERS' CLUB** (Reg. No. 2,540,712), for "clothing, namely, T-shirts, sweatshirts, sweaters, polo shirts, athletic uniforms, jackets, coats, hats, caps, sunvisors, shorts, pants, jeans, skirts, dresses, lingerie, underwear, beachwear, bathing suits, rainwear, pajamas, robes, ties, belts, scarves, gloves, mittens, socks, hosiery, shoes, shoelaces, athletic footwear, and costumes and masks sold in connection therewith."

- **XULU ADVENTURERS' CLUB** (Reg. No. 2,536,910), for "retail services featuring computer software and hardware; computer games, video games, books, comic books, magazines, toys, decals, stickers, tattoos, backpacks, lunchboxes, bicycles, costumes, masks, works of art, glasses, dishes, serving trays, post cards, posters, watches, pins, jewelry, sunglasses, keychains and clothing."

- **XULU ADVENTURERS' CLUB** (Reg. No. 2,571,701), for "multi-media and virtual reality software in the fields of accounting; advertising; architecture; animal training; amusement parks; art; design; astrology; audio broadcasting, recording and production; anthropology; bookkeeping; business techniques; bungee jumping; biology; chemistry; computers; computer programming; computer software design; cinematography; cooking; construction; data processing; dentistry; design; economics; education; entertainment; engineering; exploration; excavation; farming; financing; film production, developing and processing; flight simulation; games; geology; gardening; graphic design; health care; history; horticulture; hotel management; industrial design; landscape design; medicine; mathematics; merchandising; mechanics; management; military training; mining; mountain climbing; music; nutrition; optometry; painting; physics; printing; psychology; physical therapy; parachuting; photography; publishing; radio and television broadcasting, programming, production and communication; real estate; racecar driving; skiing; surfing; scuba diving; surgery; sales; statistics; science; software design; sound recordings; sports; surveying; technology; tailoring; telemarketing; tourism; teaching; travel; video broadcasting; water sports; computer and video game software; computer and video game hardware including wireless headsets, personal digital assistants, computers, input devices, graphic displays, flat panel devices, goggles and electronic glasses, electronic gloves, video cameras, joysticks, electronic

whiteboards; global communications network games and downloadable computer game programs."

- **XULU** (Reg. No. 2,522,908), for "series of books; comic books; magazines in the fields of entertainment, education and electronics."

- **XULU** (Reg. No. 2,588,677), for "mechanical and electric action toys; plush stuffed animals and toys; dolls; board games; bath toys; musical toys; construction toys; fantasy character toys; inflatable toys; pull toys; talking toys; model vehicles and related accessories sold as units, models, robots, figurines, action figures and accessories therefor, toy vehicles, toy figures, wind-up toys, science kits."

- **XULU** (Reg. No. 2,574,000), for "clothing, namely, T-shirts, sweatshirts, sweaters, polo shirts, athletic uniforms, jackets, coats, hats, caps, sun visors, shorts, pants, jeans, skirts, dresses, lingerie, underwear, beachwear, bathing suits, rainwear, pajamas, robes, ties, belts, scarves, gloves, mittens, socks, hosiery, shoes, athletic footwear, and costumes and masks sold in connection therewith.

- **XULU** (Reg. No. 2,571,697), for "multi-media and virtual reality software in the fields of accounting; advertising; architecture; animal training; amusement parks; art; design; astrology; audio broadcasting, recording and production; anthropology; bookkeeping; business techniques; bungee jumping; biology; chemistry; computers; computer programming; computer software design; cinematography; cooking; construction; data processing; dentistry; design; economics; education; entertainment; engineering; exploration; excavation; farming; financing; film production, developing and processing; flight simulation; games; geology; gardening; graphic design; health care; history; horticulture; hotel management; industrial design; landscape design; medicine; mathematics; merchandising; mechanics; management; military training; mining; mountain climbing; music; nutrition; optometry; painting; physics; printing; psychology; physical therapy; parachuting; photography; publishing; radio and television broadcasting, programming, production and communication; real estate; racecar driving; skiing; surfing; scuba diving; surgery; sales; statistics; science; software design; sound recordings; sports; surveying; technology; tailoring; telemarketing; tourism; teaching; travel; video broadcasting; water sports; computer and video game software; computer and video game hardware including wireless headsets, personal digital assistants, computers, input devices, graphic displays, flat panel devices, goggles and electronic glasses, electronic gloves, video cameras, joysticks, electronic whiteboards; global communications network games and downloadable computer game programs."

- **XULU** (Reg. No. 2,536,906), for "restaurant services"; and "retail services featuring computer software and hardware; computer games, video games, books, comic books, magazines, toys, decals, stickers, tattoos, backpacks, lunchboxes, bicycles, costumes, masks, works of art, glasses, dishes, serving trays, post cards, posters, watches, pins, jewelry, sunglasses, keychains and clothing."

See Exhibit 1, pp. _____.

91.    Based on USPTO online records, the sixteen **XULU** marks, listed above, were registered between November 13, 2001 and July 2, 2002, and the earliest **XULU** mark was first used in commerce on August 13, 2001, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 45**.

92.    Based on online records maintained by the Internet Archive, at www.archive.org, Xulu's  website at http://www.xulu.com has been archived, updated and/or otherwise modified a total of at least 77 times since 1998, with two updates in 2007, the most recent of which occurred on July 5, 2007.  A true and correct copy of such historical information obtained on September 24, 2007, from the website www.archive.org is annexed hereto as **Exhibit 46** .

### ZULU

93.    The Lulu Search Report discloses an existing federal trademark registration owned by Zulu Social Aid and Pleasure Club, Inc. for the mark **ZULU** (Reg. No. 2,731,850) for "entertainment services in the nature of live performances, namely carnival parades."  See Exhibit 1, p.102.

94.    Based on USPTO online records, the mark **ZULU** was registered with the USPTO on August 12, 2002, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 47**.

95.    Based on USPTO online records, Zulu Social Aid and Pleasure Club registered an additional **ZULU** mark (Reg. No. 2,719,314) for a "social club" with the USPTO on May 27, 2003, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 48**.

96.    Annexed as **Exhibit 49** is a true and correct copy of Zulu Social Aid and Pleasure Club's home page, located at http://www.mardigrasneworleans.com/zulu, showing the mark **ZULU** being used in connection with the organization and online retail store services featuring posters and books.

97.    Based on online records maintained by the Internet Archive, at www.archive.org, Zulu Pleasure Club's active website has been archived, updated and/or otherwise modified a total of at least 59 times since 1998, with at least three updates in 2007, the most recent of which occurred on June 18, 2007.  A true and correct copy of such historical information obtained on September 24, 2007, from the website www.archive.org is annexed hereto as **Exhibit 50**.

### RULU

98.    The Lulu Search Report discloses an existing federal trademark registration owned by USA 111, Inc. for the mark **RULU** (Reg. No. 3,287,664) for "digital audio players, downloadable MP3 files, MP3 recordings, online discussion boards, web casts, [and] pod casts," among other things.  See Exhibit 1, p. 106.

99.    Based on USPTO online records, the mark **RULU** was first used in commerce on October 1, 2006, and was registered with the USPTO on September 4, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 51**.

100.     Annexed as **Exhibit 52** is a true and correct copy of the Specimen of Use filed by USA 111, Inc. with the USPTO on November 28, 2006, showing how the mark **RULU** is being used in commerce.

101.     Annexed as **Exhibit 53** is a true and correct copy of a printout I made from the Amazon.com website, accessed at http://www.amazon.com/s?ie=UTF8&search-alias=electronics&field-brandtextbin=Rulu&page=1, on September 22, 2007, showing Rulu's electronics currently being offered for sale.

**ZULUTV**

102.     The *ULU Search Report discloses a Puerto Rican trademark registration owned by Zulu Broadcasting, Inc. for the mark **ZULUTV** (Puerto Rican Reg. No. 42260) for "multimedia broadcasting services over the global information network relating to videos, interactive games and cultural information." See Exhibit 2, p. 819.

103.     Based on the information provided in the *ULU Search Report, the mark **ZULUTV** was registered with the territory of Puerto Rico on December 31, 1999.  Id.

**ZULULOG**

104.     The Lulu Search Report discloses a pending trademark application filed by Zululog LLC for **ZULULOG** (Serial No. 77-074,566) for "providing online non-downloadable software for the entry, secure storage, retrieval, and reporting of aviation-related records and data." See Exhibit 2, p. 524.

105.     Based on USPTO online records, the mark **ZULULOG** was first used in commerce on April 16, 2006, and was published for opposition with the USPTO on July 31, 2007, as shown by a true and correct copy of a printout I made from the USPTO's "TARR" web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 54**.

106.    Annexed as **Exhibit 55** is a true and correct copy of Zululog's home page, located at https://www.zululog.com/, showing the mark **ZULULOG** actively being used in connection with online subscription services for aviation logging.

## XOOLOO

107.    The Lulu Search Report discloses an abandoned federal trademark application filed by Xooloo, a French joint stock company, for the mark **XOOLOO** (Serial No. 76-088,813) for many uses, including the "provision of customized content featuring information about education and entertainment for young people for use on the web sites of others; creation, publication, development of television channels including interactive television and radio stations for entertaining and educating young people" and the "designing [of] computer networks, software and hardware."  See Exhibit 1, p. 381.

108.    Although the USPTO website shows that the **XOOLOO** application as currently abandoned, the applicant Xooloo's website, www.xooloo.net, remains fully operational (in French), annexed hereto as **Exhibit 56**.

109.    Based on online records maintained by the Internet Archive, at www.archive.org, Xooloo's active website, www.xooloo.net, has been archived, updated and/or otherwise modified a total of at least 96 times since 2001, with at least 17 updates in 2007 alone, the most recent of which occurred on July 12, 2007.  A true and correct copy of such historical information obtained on September 24, 2007 from the website www.archive.org is annexed hereto as **Exhibit 57**.

## LULU'S and LULU'S FASHION LOUNGE

110.    The Lulu Search Report discloses four existing California state trademark registrations owned by Colleen L. Cannon and Debra A. Cannon for the marks **LULU'S**

(California State Reg. Nos. 59260 and 110233)and **LULU'S FASHION LOUNGE**

(California State Reg. Nos. 59361 and 110232) for "retail clothing stores"  and "clothing,

namely, shirts, belts, pants, underwear, sleepwear." <u>See</u> Exhibit 1, pp. 436, 438, 449, and 453.

111.    Based on the information provided in the Lulu Search Report, the marks **LULU'S**

and **LULU'S FASHION LOUNGE** were first used in commerce on August 31, 1996, and the

marks were registered with the State of California for "retail clothing stores" on June 1, 2004,

and for "clothing, namely, shirts, belts, pants, underwear, sleepwear" on July 19, 2004.

112.    Annexed as **<u>Exhibit 58</u>** is a true and correct copy of Lulu Fashion Lounge's

home page, located at <u>http://www.lulusfashionlounge.com</u>, showing the marks **LULU'S** and

**LULU'S FASHION LOUNGE** being used in connection with online retail store services

featuring women's clothing.

113.    Based on online records maintained by the Internet Archive, at

<u>www.archive.org</u>, Lulu Fashion Lounge's active website has been archived, updated and/or

otherwise modified a total of at least 92 times since 2004, with at least 23 modifications in

2007 alone, the most recent of which occurred on August 14, 2007.  A true and correct copy

of such historical information obtained on September 24, 2007, from the website

<u>www.archive.org</u> is annexed hereto as **<u>Exhibit 59</u>**.

114.    Annexed as **<u>Exhibit 60</u>** is a true and correct copy of a printout I made on

September 24, 2007, from the "Dog's Breakfast Blog," available at www.norcalblogs.com/dog,

showing a nomination for Colleen and Debra Cannon as greater downtown local heroes for

"locating three of Chico's coolest stores, Lulu's, Gigi's and Trucker, downtown.  They seem to

know what works."

**LULU'S**

115.    The Lulu Search Report discloses two existing Virginia state trademark registrations owned by Lulu's Hot Dogs, Inc. for the mark **LULU'S** for "homemade hot dog, chili, soup, and hamburgers" and "general restaurant services which include the sale of hotdogs, hamburgers, BBQ's, soup and sausages." See Exhibit 1, pp. 471 and 473.

116.    Based on information provided in the Lulu Search Report, the mark **LULU'S** was first used in commerce on January 1, 1980, and was registered with the State of Virginia on June 5, 2003.  Id.

117.    Annexed as **Exhibit 61** is a true and correct copy of a printout I made from the Ultimate Restaurant Database, available at http://www.restaurantdb.net/go/restaurants/view-313871.html, listing Lulu's Hot Dogs in Virginia Beach, Virginia.

**LU+LU**

118.    The Lulu Search Report discloses an existing federal trademark registration owned by Fu Kong, Inc. for the mark **LU+LU** (Reg. No. 2,434.055) for "clothing for women, namely sweaters, and knitwear, namely, skirts, vests, tops, pants, shirts, jackets and suits." See Exhibit 1 p. 58.

119.    Based on USPTO online records, the mark **LU+LU** was first used in commerce in March 1999 and was registered with the USPTO on March 6, 2001, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 62**.

120.    Annexed as **Exhibit 63** is a true and correct copy of the Specimen of Use filed by Fu Kong, Inc. with the USPTO on November 20, 2006, showing how the mark **LU+LU** is being used in commerce.

## LULU COMPANY

121.    The *ULU Search Report discloses a pending federal trademark registration filed by The Lulu Company, Inc. for the mark **LULU COMPANY** (Serial No. 78-695,569) for "retail shops featuring infant, toddler, and children's clothing, decorative items, jewelry, photo albums, hair bows and other child accessories." See Exhibit 2, p. 179.

122.    Based on USPTO online records, the mark **LULU COMPANY** was first used in commerce on January 29, 2005 and was approved for publication on the principle register of the USPTO on August 26, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 64**.

123.    Annexed as **Exhibit 65** is a true and correct copy of The Lulu Company's home page, located at http://www.thelulucompany.com, showing the mark **LULU COMPANY** being used in connection with retail store services in Huntsville, Alabama featuring children's clothing.

124.    Annexed as **Exhibit 66** is a true and correct copy of the Specimen of Use filed by The Lulu Company, Inc. with the USPTO on April 19, 2006, showing how the mark **LULU COMPANY** is being used in commerce.

## LULU RESTAURANT

125.    The *ULU Search Report discloses an existing federal trademark registration owned by Restaurant Lulu, Inc. for the mark **LULU RESTAURANT** (Reg. No. 1,956,382) for "restaurants." See Exhibit 2, p. 204.

126.    Based on USPTO online records, the mark **LULU RESTAURANT** was first used in commerce on January 1, 1993, was registered with the USPTO on March 30, 1995, and such registration was renewed on March 15, 2006, as shown by a true and correct copy of

a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 67**.

127.    Annexed as **Exhibit 68** is a true and correct copy of Lulu Restaurant's home page, located at http://www.restaurantlulu.com, showing the mark **LULU RESTAURANT** being used in connection with restaurant services.

128.    Based on online records maintained by the Internet Archive, at www.archive.org, Lulu Restaurant's active website has been archived, updated and/or otherwise modified a total of at least 253 times since 1999, with at least 18 modifications in 2007 alone, the most recent of which occurred on July 2, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 69**.

129.    Annexed as **Exhibit 70** are true and correct copies of the Specimens of Use filed by Restaurant Lulu, Inc. with the USPTO on August 20, 2001, and October 25, 2005, showing how the mark **LULU RESTAURANT** is being used in commerce.

## LULU'S! RESTAURANT & COCKTAILS

130.    The *ULU Search Report discloses an existing Indiana state trademark registration owned by Aes Entertainment Group, LLC for the mark **LULU'S! RESTAURANT & COCKTAILS** (Indiana State Reg. No. 20050051) for "restaurant & bar, which shall include dining and the sale of liquor; advertising and business." See Exhibit 2, p. 748.

131.    Based on information provided in the *ULU Search Report, the mark **LULU'S! RESTAURANT & COCKTAILS** was first used in commerce on January 1, 1997, and was registered with the State of Indiana on January 21, 2005.  Id.

132.    Annexed as **Exhibit 71** is a true and correct copy of Lulu's Restaurant &

Cocktails' home page, located at http://www.lulusindy.com, showing the mark **LULU'S!**

**RESTAURANT & COCKTAILS** being used in connection with restaurant services.

133.    Based on online records maintained by the Internet Archive, at

www.archive.org, Lulu's Restaurant & Cocktails's active website has been archived, updated

and/or otherwise modified a total of at least 66 times since 2001, with at least three

modifications in 2007, the most recent of which occurred on July 5, 2007.  A true and correct

copy of such historical information obtained on September 23, 2007, from the website

www.archive.org is annexed hereto as **Exhibit 72**

**LULU DK**

134.    The Lulu Search Report discloses an existing federal trademark registration

owned by Lulu DK LLC for the mark **LULU DK** (Reg. No. 2,804,760) for "interior design

and decorative consultation; interior decorating and design service; textiles design services

for wall covering, upholstery, table and bed linens, wearing apparel, bags and fabrics; wall

coverings, upholstery, wearing apparel, bag and fabric design services; consultation in

connection therewith." See Exhibit 1, p. 220.

135.    Based on USPTO online records, the mark **LULU DK** was first used in

commerce on March 1, 1996, and was registered with the USPTO on January 13, 2004, as

shown by a true and correct copy of a printout I made from the USPTO's TARR web server,

at http://tarr.uspto.gov/, annexed hereto as **Exhibit 73**.

136.    Annexed as **Exhibit 74** are true and correct copies of the Specimens of Use

filed by Lulu DK LLC with the USPTO on August 15, 2002, showing how the mark **LULU**

**DK** is being used in commerce.

137.   Annexed as **Exhibit 75** is a true and correct copy of Lulu DK's home page, located at http://www.luludk.com, showing the mark **LULU DK** being used in connection with a textile design company and including at least six recent articles in major fashion magazines including *Elle Décor* and *House & Garden* that feature the company's designs.

138.   Based on online records maintained by the Internet Archive, at www.archive.org, Lulu DK's active website has been archived, updated and/or otherwise modified a total of at least 89 times since 2001, with at least 14 modifications in 2007 alone, the most recent of which occurred on July 4, 2007.  A true and correct copy of such historical information obtained on September 24, 2007, from the website www.archive.org is annexed hereto as **Exhibit 76**.

## **LULU-B**

139.   The Lulu Search Report discloses a pending federal trademark registration filed by Ashwood, Inc. for the mark **LULU-B** (Serial No. 77-036,614) for "clothing made in whole, namely, blouse, tops, pants, shorts, rompers, jumpers, jumpsuits, dresses and shirts." See Exhibit 1, p. 237.

140.   Based on USPTO online records, the mark **LULU-B** was first used in commerce on December 1, 2006, and the application was filed with the USPTO on November 3, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 77**.

141.   Annexed as **Exhibit 78** is a true and correct copy of Lulu-B's home page, located at http://www.lulu-b.com, showing the mark **LULU-B** being used in connection with clothing sold at trade shows in 2007 and 2008.

142.    Based on online records maintained by the Internet Archive, at

www.archive.org, Lulu-B's website was created January 2, 2007, and updated July 5, 2007.

A true and correct copy of such historical information obtained on September 24, 2007, from

the website www.archive.org is annexed hereto as **Exhibit 79**.

143.    Annexed as **Exhibit 80** is a true and correct copy of the Specimen of Use filed

by Ashwood, Inc. with the USPTO on November 3, 2006, showing how the mark **LULU-B** is

being used in commerce.

## LULU PINK

144.    The Lulu Search Report discloses an existing California state trademark

registration (California State Reg. No. 111283) and a pending federal trademark registration

(Serial No. 78-900,552) owned by Karen Johnson for the mark **LULU PINK** for "pet

clothing," and "leather goods, namely, dog clothing," respectively.  See Exhibit 1, pp. 231

and 464.

145.    Based on USPTO online records, the mark **LULU PINK** was first used in

commerce on February 2, 2005, and the application was filed with the USPTO on June 5,

2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR

web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 81**.

146.    Annexed as **Exhibit 82** is a true and correct copy of Lulu Pink's home page,

located at http://www.lulupink.com, showing the mark **LULU PINK** being used in

connection with online retail store services featuring dog clothing.

147.    Based on online records maintained by the Internet Archive, at

www.archive.org, Lulu Pink's active website has been archived, updated and/or otherwise

modified a total of at least 24 times since 2004, with at least 13 modifications in 2007 alone,

the most recent of which occurred on June 29, 2007.  A true and correct copy of such

historical information obtained on September 24, 2007, from the website www.archive.org is

annexed hereto as **Exhibit 83**.

148.    Annexed as **Exhibit 84** is a true and correct copy of the Specimen of Use filed

by Karen Johnson with the USPTO on June 5, 2006, showing how the mark **LULU PINK** is

being used in commerce.

### LULU BELLE BOUTIQUE

149.    The *ULU Search Report discloses a pending federal trademark registration

filed by Lisa M. Engstrom for the mark **LULU BELLE BOUTIQUE** (Serial No. 78-

804,513) for "women's clothing, namely t-shirts, jeans, sweatshirts, sweatpants, bathing suits,

sleepwear, undergarments, jackets, coats, dresses, skirts, shorts, pants, suits, sweaters,

blouses, dress shirts, neckbands, wristbands, headbands, belts, hats, caps, shoes and

stockings" and "retail clothing store services."  See Exhibit 2, p. 167.

150.    Based on USPTO online records, the mark **LULU BELLE BOUTIQUE** was

first used in commerce on November 1, 2005, and was published for opposition on July 24,

2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR

web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 85**.

151.    Annexed as **Exhibit 86** is a true and correct copy of Lulu Belle Boutique's

home page, located at http://www.lulubelleboutique.com, showing the mark **LULU BELLE**

**BOUTIQUE** being used in connection with online retail store services featuring women's

clothing.

152.    Based on online records maintained by the Internet Archive, at

www.archive.org, Lulu Belle Boutique's active website has been archived, updated and/or

otherwise modified a total of at least 47 times since 2006, with at least 11 modifications in 2007 alone, the most recent of which occurred on June 29, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 87**.

153.    Annexed as **Exhibit 88** is a true and correct copy of the Specimen of Use filed by Lisa M. Engstrom with the USPTO on February 1, 2006, showing how the mark **LULU BELLE BOUTIQUE** is being used in commerce.

### LU-LU's CLOSET

154.    The Lulu Search Report discloses a pending federal trademark registration filed by Philhobar Design Canada Ltd. for the mark **LU-LU'S CLOSET** (Serial No. 78-601,477) for "ladies' and girls' clothing, namely, t-shirts, polo shirts, sweaters, shirts, blouses, pants, overalls, shorts, skirts, coats, jackets, vests, turtlenecks; active wear, namely, shorts, sweatpants, sweat shirts, undergarments, sleepwear, robes." See Exhibit 1, p. 210.

155.    Based on USPTO online records, the mark **LU-LU'S CLOSET** was first used in commerce in 2005 and was cleared for registration with the USPTO on July 19, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 89**.

156.    Annexed as **Exhibit 90** is a true and correct copy of the Specimen of Use filed by Philhobar Design Canada Ltd. with the USPTO on March 21, 2007, showing how the mark **LU-LU'S CLOSET** is being used in commerce.

### LULU BRAVO

157.    The Lulu Search Report discloses an existing federal trademark registration owned by Daffy's, Inc., for the mark **LULU BRAVO** (Reg. No. 1,710,150) for "women's

apparel, namely, suits, jackets, coats, pants, skirts, shirts, blouses, and sweaters." See Exhibit 1, p. 224.

158.    Based on USPTO online records, the mark **LULU BRAVO** was first used in commerce on January 2, 1987, was registered with the USPTO on August 25, 1992, and such registration was renewed on May 16, 2002, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 91**.

159.    Annexed as **Exhibit 92** is an article from the *Westchester Magazine* titled "Cheap Thrills, Great Deals, and Outright Steals," available at http://www.westchestermagazine.com/ME2/Audiences/dirmod.asp?sid=B5549CFD24E64BA C93E11938AD51A18C&nm=&type=Publishing&mod=Publications%3A%3AArticle&mid= 8F3A7027421841978F18BE895F87F791&tier=4&id=23F79057814247789DB9BD79EE6A C2C7&AudID=Bridal, posted June 14, 2007, describing for sale "a LuLu Bravo cashmere sweater for $79, retail $198" at Daffy's retail store in White Plains, NY.

## LULU'S BAIT SHACK

160.    The Lulu Search Report discloses an existing federal trademark registration owned by Jeff Levine for the mark **LULU'S BAIT SHACK** (Reg. No. 1,949,959) for "drinking glass holders," "men's and ladies' t-shirts, hats, baseball jerseys, golf shirts, and boxer shorts," and "restaurant services." See Exhibit 1, p. 211.

161.    Based on USPTO online records, the mark **LULU'S BAIT SHACK** was first used in commerce on April 1, 1993, and was registered with the USPTO on January 23, 1996, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 93**.

162.    Annexed as **Exhibit 94** is a true and correct copy of LuLu's Bait Shack's home page, located at http://www.lulusbaitshack.com, showing the mark **LULU'S BAIT SHACK** being used in connection with restaurant services.

163.    Based on online records maintained by the Internet Archive, at www.archive.org, Lulu's Bait Shack's active website has been archived, updated and/or otherwise modified a total of at least 74 times since 2001, with at least five modifications in 2007, the most recent of which occurred on July 5, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 95**.

164.    Annexed as **Exhibit 96** are true and correct copies of the Specimens of Use filed by Jeff Levine with the USPTO on January 19, 2002, showing how the mark **LULU'S BAIT SHACK** is being used in commerce.

## LULU'S RED HOTS

165.    The Lulu Search Report discloses an existing federal trademark registration owned by Weinerwerks, L.L.C. for the mark **LULU'S RED HOTS** (Reg. No. 3,091,018) for "clothing, namely shirts and hats," and "restaurant services." See Exhibit 1, p. 213.

166.    Based on USPTO online records, the mark **LULU'S RED HOTS** was first used in commerce on December 1, 2004, and was registered with the USPTO on May 9, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 97**.

167.    Annexed as **Exhibit 98** are true and correct copies of the Specimens of Use filed by Weinerwerks, L.L.C. with the USPTO on March 6, 2006, showing how the mark **LULU'S RED HOTS** is being used in commerce.

## LULU'S NEW ORLEANS CAFÉ / LULU'S CLUB MARDI GRAS

168.    The *ULU Search Report discloses existing federal trademark registrations owned by Blackie's House of Beef, Inc. for the marks **LULU'S NEW ORLEANS CAFE** (Reg. No. 1,738,396) and **LULU'S CLUB MARDI GRAS** for "restaurant and cocktail lounge services." See Exhibit 2, pp. 212 and 208.

169.    Based on USPTO online records, the mark **LULU'S NEW ORLEANS CAFÉ** was first used in commerce on October 18, 1991, was registered with the USPTO on December 8, 1992, and such registration was renewed on March 15, 2003, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 99**.

170.    Based on USPTO online records, the mark **LULU'S CLUB MARDI GRAS** was first used in commerce on December 31, 1998, and was registered with the USPTO on October 7, 2003, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 100**.

171.    Annexed as **Exhibit 101** is a true and correct copy of the Specimen of Use filed by Blackie's House of Beef, Inc. with the USPTO on December 18, 2002, showing how the mark **LULU'S CLUB MARDI GRAS** is being used in commerce.

## LULU KING'S

172.    The *ULU Search Report discloses a pending federal trademark registration filed by King's Seafood Company, LLC for the mark **LULU KING'S** (Serial No. 78-916,097) for "restaurant services." See Exhibit 2, p. 210.

173.    Based on USPTO online records, the mark **LULU KING'S** was first used in commerce in February 2006 and a non-final action was mailed by the USPTO on June 25,

2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR

web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 102**.

174.    Annexed as **Exhibit 103** are true and correct copies of the Specimens of Use

filed by King's Seafood Company, LLC with the USPTO on June 23, 2006, showing how the

mark **LULU KING'S** is being used in commerce.

## LULU THERAPY ON A LEASH, INC.

175.    The *ULU Search Report discloses an existing federal trademark registration

owned by Therapy on a Leash, Inc. for the mark **LULU THERAPY ON A LEASH, INC.**

(Reg. No. 2,517,778) for "animal-assisted therapy training manuals and reference books,

stickers, stationary, calendars, cards, photographs, pencils and pens"; "mugs and glasses";

"clothing items, namely, hats, shirts, jackets, shorts and pants"; and "educational services,

namely conducting classes, seminars, lectures, demonstrations, and multimedia presentation

in the field of the use of animals for purposes of providing therapy to human beings; training

animals for purposes of providing therapy to human beings." See Exhibit 2, p. 125.

176.    Based on USPTO online records, the mark **LULU THERAPY ON A LEASH,**

**INC.** was first used in commerce on June 15, 2001, and was registered with the USPTO on

December 11, 2001, as shown by a true and correct copy of a printout I made from the USPTO's

TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 104**.

177.    Annexed as **Exhibit 105** is a true and correct copy of Lulu Therapy on a

Leash's home page, located at http://www.therapyonaleash.com, describing the origin of the

mark and its use in connection with therapy dog services for "the last decade."

178.    Based on online records maintained by the Internet Archive, at www.archive.org,

Lulu Therapy on a Leash's active website has been archived, updated and/or otherwise modified

a total of at least 48 times since 1999, the most recent of which occurred on February 9, 2007. A true and correct copy of such historical information obtained on September 23, 2007 from the website www.archive.org is annexed hereto as **Exhibit 106**.

## **LU**

179.    The Lulu Search Report discloses an existing federal trademark registration owned by Lolita S.A. for the mark **LU** (Reg. No. 3,101,153) for "clothing, namely, bandanas, neckerchiefs, bathing suits, belts, berets, bodices, lingerie, camisoles, coats, gabardines, gloves, gowns, dressing gowns, hats, hosiery, jackets, blazers, shorts, jerseys, overcoats, pajamas, pant, panties, parkas, petticoats, pullovers, shirts, skirts, spats, stockings, suits, bathing suits, sweaters, swimsuits, trousers, underclothing, underpants, underwear, uniforms, vests, waterproof clothing"; and "retail store services, featuring clothing and clothing accessories." See Exhibit 1, p. 116.

180.    Based on USPTO online records, the mark **LU** was first used in commerce on January 10, 2005, and was registered with the USPTO on June 6, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 107**.

181.    Annexed as **Exhibit 108** is a true and correct copy of Lolita S.A.'s home page, located at http://www.lolitavirtual.com, showing the mark **LU** being used in connection with retail store services, including one opening in Puerto Rico.

182.    Based on online records maintained by the Internet Archive, at www.archive.org, Lolita S.A.'s active website has been archived, updated and/or otherwise modified a total of at least 78 times since 2000, with at least six modifications in 2007 alone, the most recent of which occurred on June 23, 2007. A true and correct copy of such

historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 109**.

## BABY LULU

183.    The *ULU Search Report discloses an existing federal trademark registration owned by Erin L. Murphy for the mark **BABY LULU** (Reg. No. 2,989,873) for "pillows"; "bedding, namely, crib bumpers, quilts, blankets, duvet covers, crib skirts, sheets, pillow cases, bed skirts and shams"; and "clothing, namely socks and pajamas." See Exhibit 2, p. 93.

184.    Based on USPTO online records, the mark **BABY LULU** was first used in commerce on December 8, 2000, and was registered with the USPTO on August 30, 2005, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 110**.

185.    Annexed as **Exhibit 111** is a true and correct copy of Baby Lulu's home page, located at http://www.babylulu.com, showing the mark **BABY LULU** being used in connection with online retail store services featuring infant and children's clothing, including a link to the Fall 2007 catalogue.

186.    Based on online records maintained by the Internet Archive, at www.archive.org, Baby Lulu's active website has been archived, updated and/or otherwise modified a total of at least 235 times since 1999, with at least 19 modifications in 2007 alone, the most recent of which occurred on July 12, 2007.  A true and correct copy of such historical information obtained on September 23, 2007 from the website www.archive.org is annexed hereto as **Exhibit 112**.

**GOOD NIGHT LULU**

187.    The Lulu  Search Report discloses a pending trademark registration filed by

Erin Murphy for the mark **GOOD NIGHT LULU** (Serial No. 78-726,088) for "clothing,

namely, overall, pants, shorts, shirts, t-shirts, vests, hats, dresses, bloomers, panties,

headbands, shoes, socks and pajamas in international class 25." See Exhibit 1, p. 282.

188.    Based on USPTO online records, the mark **GOOD NIGHT LULU** was first

used in commerce on January 30, 2001, as shown by a true and correct copy of a printout I

made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as

**Exhibit 113**.

189.    Annexed as **Exhibit 114** is a true and correct copy of One of a Kind Kid's

website, located at http://www.oneofakindkid.com, showing **GOOD NIGHT LULU** clothing

currently being offered for sale.

190.    Annexed as **Exhibit 115** is a true and correct copy of the Specimen of Use

filed by Erin Murphy with the USPTO on October 4, 2005, showing how the mark **GOOD**

**NIGHT LULU** is being used in commerce.

**LULU CASTAGNETTE**

191.    The *ULU Search Report discloses an existing federal trademark registration

owned by Ivresse for the mark **LULU CASTAGNETTE** (Reg. No. 2,726,302) for "clothing,

namely coats, jackets, trousers, shirts, t-shirts, cardigans, sweaters, dresses, skirts, jeans,

bermudas, overalls, blouses, polos, shoes and hats." See Exhibit 2, p. 151.

192.    Based on USPTO online records, the mark **LULU CASTAGNETTE** was

registered with the USPTO on June 17, 2003, as shown by a true and correct copy of a

printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 116**.

193.    Annexed as **Exhibit 117** is a true and correct copy of Lulu Castagnette's home page, located at http://www.lulucastagnette.com, showing the mark **LULU CASTAGNETTE** being used in connection with online retail store services featuring women's clothing and accessories, including the Spring/Summer 2007 collection.

194.    Based on online records maintained by the Internet Archive, at www.archive.org, Lulu Castagnette's active website has been archived, updated and/or otherwise modified a total of at least 119 times since 1999, with at least 15 modifications in 2007 alone, the most recent of which occurred on July 6, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 118**.

### LULU GUINNESS

195.    The *ULU Search Report discloses an existing federal trademark registration owned by Lulu Guinness, Ltd. for the mark **LULU GUINNESS** (Reg. No. 3,038,669) for six classes of goods including "[p]erfumes, colognes, eau de toilette, aftershave lotions, aftershave gels, skin soap, talcum powder, bubble bath, bath gel, shower gel, body scrub, antiperspirants and deodorants, nonmedicated skin care preparations, namely, bath and body oils, skin creams, skin lotions and skin gels, cosmetics, hair care preparations, nail care preparations, sun care lotions, sun block, suntanning preparations, aromatherapy creams, lotions and oils, essential oils for personal use, incense, pomades for the lips and hair, potpourri"; "tablewear namely, knives, forks and spoons"; "leather and leather sold in bulk, handbags, shoulder bags, wallets, business card cases, credit card cases, calling card cases,

purses, luggage, briefcase-type portfolios, luggage trunks and traveling bags, suitcases, tote

bags, valises, vanity cases sold empty, briefcases, document bags and cases, attaché cases,

key cases, leather key fobs, cases for toiletry or cosmetic articles sold empty"; "photograph

frames, picture frames, furniture mirrors, handheld mirrors, plaques, jewelry boxes not of

metal, cushions, fitted fabric furniture cushion covers"; "dinnerwear, dishes, figurines,

sculptures, statues and ornaments not including Christmas-tree ornaments, made of china,

crystal, earthenware, glass, porcelain or terra-cotta, decorative boxes not made of metal,

serving ware for serving food, household utensils, namely, whisks, turners, kitchen ladles,

mixing spoons, basting spoons, basting brushes, slotted spoons, bottle openers, corkscrews,

spoon rests, pot cleaning brushes, tea caddies, pot and pan scrapers, rolling pins, vegetable

mashers and spatulas, containers for household or kitchen use not of precious metal, vases,

candlesticks and candle holders not of precious metal, hair brushes and hair combs"; and

"clothing, namely dress shirts, suits, jogging suits, pants, shorts, rain wear, skirts, blouses,

dresses, suspenders, sweaters, jackets, coats, ties, robes, scarves, swim wear, underclothes,

underwear, underpants, bras, corsets, camisoles and petticoats, nightwear, namely

nightgowns, night shirts, pajamas, nightdresses and negligees, footwear, hosiery, socks, swim

wear, head wear, belts." See Exhibit 2, p. 91.

196.    Based on USPTO online records, the mark **LULU GUINNESS** was registered

with the USPTO on January 10, 2006, as shown by a true and correct copy of a printout I

made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as

**Exhibit 119**.

197.    Annexed as **Exhibit 120** is a true and correct copy of Lulu Guinness's home

page, located at http://www.luluguinness.com, showing the mark **LULU GUINNESS** being

used in connection with online retail store services featuring designer handbags and jewelry, including a new Autumn/Winter 2007 collection, and describing trade shows in which Lulu Guinness products will be sold in August and September 2007.

198.    Based on online records maintained by the Internet Archive, at www.archive.org, Lulu Guinness's active website has been archived, updated and/or otherwise modified a total of at least 224 times since 2000, with at least 22 modifications in 2007 alone, the most recent of which occurred on June 14, 2007.  A true and correct copy of such historical information obtained on September 23, 2007 from the website www.archive.org is annexed hereto as **Exhibit 121**.

### LUCY BUFFETT'S LULU'S

199.    The *ULU Search Report discloses an existing federal trademark registration owned by Lulu's Landing, Inc. for the mark **LUCY BUFFETT'S LULU'S** (Reg. No. 3,055,016) for "retail store services featuring a wide array of merchandise in the nature of novelty items, souvenirs, clothing, headwear, books, beverageware, and printed materials, and online retail store services featuring a wide array of merchandise in the nature of novelty items, souvenirs, clothing, headwear, books, beverageware, and printed materials."  See Exhibit 2, p. 183.

200.    Based on USPTO online records, the mark **LUCY BUFFETT'S LULU'S** was first used in commerce on November 1, 2004, and was registered with the USPTO on January 31, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 122**.

201.    Annexed as **Exhibit 123** is a true and correct copy of Lucy Buffett's Lulu's home page, located at http://www.lulusathomeport.com, showing the mark **LUCY**

**BUFFETT'S LULU'S** being used in connection with online retail store services for clothing in connection with restaurant services.

202.    Based on online records maintained by the Internet Archive, at www.archive.org, Lucy Buffett's Lulu's active website has been archived, updated and/or otherwise modified a total of at least 19 times since 2005, with at least four modifications in 2007, the most recent of which occurred on July 13, 2007.  A true and correct copy of such historical information obtained on September 23, 2007 from the website www.archive.org is annexed hereto as **Exhibit 124**.

203.    Annexed as **Exhibit 125** are true and correct copies of the Specimens of Use filed by Lulu's Landing, Inc. with the USPTO on February 10, 2005, showing how the mark **LUCY BUFFETT'S LULU'S** is being used in commerce.

## SADIE & LULU

204.    The Lulu Search Report discloses a pending federal trademark registration filed by 518 Apparel Group, Inc., for the mark **SADIE & LULU** (Serial No. 78-948,368) for "lingerie." See Exhibit 1, p. 294.

205.    Based on USPTO online records, the mark **SADIE & LULU** was first used in commerce on August 8, 2006, and the USPTO issued a "Notice of Publication" on November 19, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 126**.

206.    Annexed as **Exhibit 127** are true and correct copies of the Specimens of Use filed by 518 Apparel Group, Inc. with the USPTO on August 9, 2006, showing how the mark **SADIE & LULU** is being used in commerce.

## AME & LULU

207.    The Lulu Search Report discloses a pending federal trademark registration filed by Ame & LuLu, LLC for the mark **AME & LULU** (Serial No. 77-064,598) for "all purpose sports bags, all purpose carrying bags, duffel bags, cosmetic bags sold empty, and general purpose bags for carrying yoga equipment"; "key chains not of metal"; clothing, namely tops, t-shirts, sweatshirts, fabric belts, headwear, and visors"; and "tennis racket covers and golf head covers." See Exhibit 1 p. 284.

208.    Based on USPTO online records, the mark **AME & LULU** was first used in commerce on April 30, 2003, and was published for opposition on August 7, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 128**.

209.    Annexed as **Exhibit 129** is a true and correct copy of Ame & Lulu's home page, located at http://www.ameandlulu.com, showing the mark **AME & LULU** being used in connection with online retail store services featuring golf, tennis, yoga and everyday apparel and accessories.

210.    Based on online records maintained by the Internet Archive, at www.archive.org, Ame & Lulu's active website has been archived, updated and/or otherwise modified a total of at least 88 times since 2002, with at least 16 modifications in 2007 alone, the most recent of which occurred on July 3, 2007.  A true and correct copy of such historical information obtained on September 23, 2007 from the website www.archive.org is annexed hereto as **Exhibit 130**.

**LULU & LUIGI**

211.    The *ULU Search Report discloses an existing federal trademark registration owned by Lulu & Luigi, LLC for the mark **LULU & LUIGI** (Reg. No. 3,167,194) for "pet carriers and leashes; pet clothing." <u>See</u> Exhibit 2, p. 132.

212.    Based on USPTO online records, the mark **LULU & LUIGI** was first used in commerce in June 2003 and was registered with the USPTO on November 7, 2006, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 131**.

213.    Annexed as **Exhibit 132** is a true and correct copy of Lulu & Luigi's home page, located at http://www.luluandluigi.com, showing the mark **LULU & LUIGI** being used in connection with online retail store services featuring clothing and accessories for pets.

214.    Based on online records maintained by the Internet Archive, at www.archive.org, Lulu & Luigi's active website has been archived, updated and/or otherwise modified a total of at least 90 times since 1999, with at least 32 modifications in 2007 alone, the most recent of which occurred on June 20, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 133**.

**TRIXIE + LULU**

215.    The *ULU Search Report discloses an existing federal trademark registration owned by Ben Elias Industries Corp. for the mark **TRIXIE + LULU** (Reg. No. 3,197,323) for "clothing, namely jeans, denim jeans, overalls, coveralls, jumpers, jump suits, trousers, slacks, pants, cycle pants, shorts, boxer shorts, shirts, t-shirts, under shirts, night shirts, etc." <u>See</u> Exhibit 2, p. 160.

216.    Based on USPTO online records, the mark **TRIXIE + LULU** was first used in commerce on February 1, 2006, and was registered with the USPTO on January 9, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 134**.

217.    Annexed as **Exhibit 135** is a true and correct copy of the Specimen of Use filed by Ben Elias Industries Corp. with the USPTO on March 29, 2006, showing how the mark **TRIXIE + LULU** is being used in commerce.

### LULU PARTS INC

218.    The Lulu Search Report discloses a Florida based company, Lulu Parts Inc., whose line of business is distributing "Garmin Magellan GPS units and accessories." Exhibit 1, p. 633.

219.    Based on online records maintained by the Florida Department of State, Division of Corporations,  Lulu Parts, Inc. remains an active Florida Limited Liability Company (I.D. No. 06000075089), which last filed its annual report on June 5, 2007.  A true and correct copy of a printout I made on September 23, 2007, from the Florida Department of State, Division of Corporations' website, at www.sunbiz.org, is annexed hereto as **Exhibit 136**.

220.    Annexed as **Exhibit 137** is a true and correct copy of Lulu Part's Inc.'s home page, located at http://www.luluusa.com, showing the mark **LULU PARTS INC** being used in connection with online retail store services featuring global positioning systems, computer parts, and accessories.

221.    Based on online records maintained by the Internet Archive, at www.archive.org, Lulu Parts Inc.'s active website has been archived, updated and/or otherwise modified a total of at least 168 times since 2001, with at least seven updates in 2007 alone, the most recent of which

occurred on July 14, 2007.  A true and correct copy of such historical information obtained on

September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 138**.

## LULULEMON SPECIFICA & LULULEMON ATHLETICA

222.    The Lulu Search Report discloses an existing federal trademark registration

owned by Lululemon Athletica for the mark LULULEMON ATHLETICA (Reg. No.

2,607,811) for "clothing, namely pants, shirts, t-shirts, shorts, sweatshirts, sweatpants, socks,

jackets, coats, hats, footwear, namely shoes and sandals" and a pending federal trademark

registration filed by the same applicant for the mark LULULEMON SPECIFICA (Serial No.

78-615,951) for "athletic gym bags, sports bags, beach bags, backpacks and tote bags";

"clothing, namely, t-shirts, tank tops, shirts, sweatshirts, pants, shorts, skirts, dresses,

sweatpants, underwear, socks, jackets, coats, headwear, namely, hats, caps, toques, visors,

headbands, footwear, namely, shoes, sandals, sports shoes, boots"; and "athletic equipment,

namely, balance balls, skipping ropes, rubber tubing, rubber cords and straps for fitness

training, gym gloves, weightlifting belts, stationary bikes, stationary running tracks,

weightlifting equipment, namely, bars, free weights, barbells."   See Exhibit 1, pp. 216 and 238.

223.    Based on USPTO online records, the mark **LULULEMON ATHLETICA**

was first used in commerce on November 20, 2001, and was registered with the USPTO on

August 13, 2002, as shown by a true and correct copy of a printout I made from the USPTO's

TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 139**.

224.    Annexed as **Exhibit 140** is a true and correct copy of Lululemon Athletica's home

page, located at http://www.lululemon.com, showing the mark **LULULEMON ATHLETICA**

being used in connection with online retail store services featuring athletic clothing.

225.     Based on online records maintained by the Internet Archive, at

www.archive.org, Lululemon Athletica's active website has been archived, updated and/or

otherwise modified a total of at least 330 times since 1999, with at least 21 modifications in

2007 alone, the most recent of which occurred on July 7, 2007.  A true and correct copy of

such historical information obtained on September 24, 2007, from the website

www.archive.org is annexed hereto as **Exhibit 141**.

226.     Annexed as **Exhibit 142** is a true and correct copy of the Specimen of Use

filed by Lululemon Athletica with the USPTO on September 18, 2007, showing how the

mark **LULULEMON ATHLETICA** is being used in commerce.

227.     As stated in the Plaintiff's Responses, the ticker symbol on the NASDAQ

stock exchange for Lululemon Athletica Inc. is LULU.  See Plaintiff Lulu Enterprises, Inc.'s

Objections and Responses to Defendant N-F Newsite, LLC's First Set of Interrogatories and

Requests for Production of Documents (hereafter "Plaintiff's Responses"), Answer No. 6.

## LM LULU PARIS

228.     The *ULU Search Report discloses an existing federal trademark registration

owned by Lucien Haddad for the mark **LM LULU PARIS** (Reg. No. 2,129,844) for

"clothing, non-orthopedic footwear, and headwear." See Exhibit 2, p. 162.

229.     Based on USPTO online records, the mark **LM LULU PARIS** was registered

with the USPTO on January 20, 1998, as shown by a true and correct copy of a printout I

made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as

**Exhibit 143**.

230.     Annexed as **Exhibit 144** is a true and correct copy of LM Lulu Paris's home page, located at http://www.lmlulu.fr, showing the mark **LM LULU PARIS** being used in connection with women's clothing.

231.     Based on online records maintained by the Internet Archive, at www.archive.org, LM Lulu Paris's active website has been archived, updated and/or otherwise modified a total of at least 33 times since 2004, with at least four modifications in 2007, the most recent of which occurred on May 9, 2007.  A true and correct copy of such historical information obtained on September 23, 2007 from the website www.archive.org is annexed hereto as **Exhibit 145**.

232.     Annexed as **Exhibit 146** is a true and correct copy of Clobbered Up: Designer Clothing's website, located at http://www.clobberedup.co.uk showing LM Lulu's clothing currently being offered for sale.

**LOULOU DE LA FALAISE PARIS**

233.     The Lulu Search Report discloses a pending federal trademark registration filed by Louise Klossowski for the mark **LOULOU DE LA FALAISE PARIS** (Serial No. 79-036,344) for "precious metals and alloys thereof, jewelry, fashion jewelry, precious stones, timepieces, and watches"; "leather and imitation leather, animal skins, animal hides, suitcases, luggage trunks, parasols, umbrellas, walking sticks, whips, harnesses, saddlery, leather and imitation leather goods, namely luggage, backpacks, messenger bags, handbags, rucksacks, traveling bags, college satchels, beach bags, wallets, business cards cases, change purses, attaché cases and vanity cases and cosmetic bags both sold empty"; "household and kitchen utensils and containers not of precious metal or coated therewith, namely cooking pots, cookie jars, spatula, rolling pins, combs, cleaning sponges, glassware, porcelain and

earthenware, namely, mugs, jars for jams and jellies, sculptures, and crockery and tableware, namely drinking glasses, plates, dishes"; "textiles, namely textiles fabrics for the manufacture of clothing and bed linens, bed blankets and bed linen, namely, bed sheets covers for pillows and cushions, covers for quilts, eiderdowns, bedspreads, and blankets throws and household linens, namely, face towels of textile, table mats not of paper, cleaning cloths and hand towels"; and "clothing, namely, dresses, blouses, t-shirts, pants, sweaters, jackets, coats, footwear, and headgear, namely, caps, hats, toboggan hats." See Exhibit 1, p. 245.

234.    Based on USPTO online records, the mark **LOULOU DE LA FALAISE** was approved for publication on August 29, 2007, and a notice of publication was mailed by the USPTO on September 12, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 147**.

235.    Annexed as **Exhibit 148** is a true and correct copy of an *International Herald Tribune* article dated February 28, 2007, showing the mark **LOULOU DE LA FALAISE** being used in connection with a new jewelry line.

## LUI LUI

236.    The Lulu Search Report discloses an existing federal trademark registration owned by Marco's Spaghetti Factory, Inc. for the mark **LUI LUI** (Reg. No. 2,056,522) for "beer" and "restaurant services." See Exhibit 1, p. 422.

237.    Based on USPTO online records, the mark **LUI LUI** was first used in commerce on April 17, 1991, for restaurant services and July 4, 1992, for beer, was registered with the USPTO on April 29, 1997, and was renewed on May 26, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 149**.

238.    Annexed as **Exhibit 150** is a true and correct copy of Lui Lui's home page, located at http://www.luilui.com, showing the mark **LUI LUI** being used in connection with restaurant services.

239.    Based on online records maintained by the Internet Archive, at www.archive.org, Lui Lui's active website has been archived, updated and/or otherwise modified a total of at least 87 times since 1999, with at least 10 modifications in 2007 alone, the most recent of which occurred on June 18, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 151**.

240.    Annexed as **Exhibit 152** are true and correct copies of the Specimens of Use filed by Marco's Spaghetti Factory, Inc. with the USPTO on April 27, 2007, showing how the mark **LUI LUI** is being used in commerce.

## COCOLULU

241.    The *ULU Search Report Search Report discloses a renewed Hawaii state trademark registration filed by Exiv USA, Inc. for the mark **COCOLULU** (Hawaii State Reg. No. 241678) for "clothing, swimsuits, costume jewelry, hats and caps, towels, sunglasses, beach accessories" and a pending federal trademark registration (Serial No. 77-027,382)  filed by Exiv Co., Ltd., for the same mark for "badges of precious metal, brooches, buckles of precious metal, earrings, objects of imitation gold, hat ornaments, jewelry, past jewelry, key ring, necklaces, ornaments, plated articles of precious metal plating, rings, trinkets"; "garment bags for travel, net bags for shipping, bands of leather, beach bags, card cases handbags, key cases of leather, pocket wallets, purses, purses not of precious metal, rucksacks, shopping bags, traveling bags, umbrellas, vanity cases"; "bathing caps, bathing

drawers, bathing suits, bathing trunks, beach shoes, belts, bibs not of paper, boots, breeches,

camisoles, cap peaks, caps, clothing, coats, collar protectors, collars, clothing combinations,

footwear, gloves, half boots, hats, headgear for wear, jackets, stuff jackets, jerseys, jumpers,

clothing of knitwear, layettes, mittens, overalls, pants, parkas, ready-made clothing, sandals,

scarves, shawls, shirt fronts, shirt yokes, shirts, shoes, skirts, socks, spats, sports shoes,

sweaters, swimsuits, tee-shirts, trousers, underclothing, underwear, vests, waistcoats"; and

"ornamental novelty badges, badges in the form of buttons for wear not of precious metal, zip

fasteners for bags, barrettes for hair, blouse fasteners, brooches, buckles, shoe buckles,

buttons, belt clasp, slide fasteners, hair ornaments, hair pins snap fasteners, zip fasteners,

zippers." <u>See</u> Exhibit 2, p. 508 and 758.

242.    Based on USPTO online records, the mark **COCOLULU** was first used in

commerce on August 1, 2000, as shown by a true and correct copy of a printout I made from

the USPTO's TARR web server, at <u>http://tarr.uspto.gov/</u>, annexed hereto as **<u>Exhibit 153</u>**.

243.    Based on the information provided in the *ULU Search Report, the mark

COCOLULU was first registered in Hawaii on August 1, 2000 and was renewed on June 14,

2001.  <u>See</u> Exhibit 2, p. 758.

244.    Annexed as **<u>Exhibit 154</u>** is a true and correct copy of Exiv Co., Ltd.'s home

page, located at <u>http://www.exiv.com.jp</u>, showing the mark **COCOLULU** being used in

connection with online retail store services featuring women's and men's clothing.

245.    Based on online records maintained by the Internet Archive, at

<u>www.archive.org</u>, Exiv Co., Ltd.'s active website has been archived, updated and/or

otherwise modified a total of at least 45 times since 2001, with at least four modifications in

2007 alone, the most recent of which occurred on January 25, 2007.  A true and correct copy

of such historical information obtained on September 23, 2007 from the website

www.archive.org is annexed hereto as **Exhibit 155**.

246.    Annexed as **Exhibit 156** are true and correct copies of the Specimens of Use

filed by Exiv Co., Ltd. with the USPTO on October 23, 2006, showing how the mark

**COCOLULU** is being used in commerce.

## MISHA LULU

247.    The Lulu Search Report discloses a pending federal trademark registration

filed by Stronikas, Inc. for the mark **MISHA LULU** (Serial No. 78-805,761) for "infant and

kid's clothing, namely, aprons, dresses, skirts, shirts and t-shirts." See Exhibit 1, p. 277.

248.    Based on USPTO online records, the mark **MISHA LULU** was first used in

commerce on February 6, 2006, and the mark was cleared for registration with the USPTO on

September 7, 2007, as shown by a true and correct copy of a printout I made from the

USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 157**.

249.    Annexed as **Exhibit 158** is a true and correct copy of Misha Lulu's home page,

located at http://www.mishalulu.com, showing the mark **MISHA LULU** and stating that the

site is under construction but "coming soon."

250.    Annexed as **Exhibit 159** is a true and correct copy of a printout I made from

the Tutti Bella website, at http://www.tuttibella.com, showing **MISHA LULU** children's

clothing currently being offered for sale.

## DISCOLULU

251.    The *ULU Search Report discloses an existing federal trademark registration

owned by Kimberly A. Nguyen for the mark **DISCOLULU** (Reg. No. 3,212,326) for "dog

accessories, namely, costume jewelry," and "dog apparel, dog accessories, namely collars and leashes." <u>See</u> Exhibit 2, p. 398.

252.    Based on USPTO online records, the mark **DISCOLULU** was first used in commerce on December 4, 2004, and was registered with the USPTO on February 27, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **<u>Exhibit 160</u>**.

253.    Annexed as **<u>Exhibit 161</u>** is a true and correct copy of Discolulu's home page, located at http://www.discolulu.com, showing the mark **DISCOLULU** being used in connection with online retail store services featuring clothing and accessories for dogs.

254.    Based on online records maintained by the Internet Archive, at www.archive.org, Discolulu's active website has been archived, updated and/or otherwise modified a total of at least 21 times since 2005, with at least 6 modifications in 2007 alone, the most recent of which occurred on July 14, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **<u>Exhibit 162</u>**.

255.    Annexed as **<u>Exhibit 163</u>** is a true and correct copy of the Specimen of Use filed by Kimberly A. Nguyen with the USPTO on September 8, 2006, showing how the mark **DISCOLULU** is being used in commerce.

## <u>LULEE BABES</u>

256.    The Lulu Search Report discloses an existing federal trademark registration owned by Dessira Tish for the mark **LULEE BABES** (Reg. No. 3,262,243) for "women's, children's and infant's clothing, namely, pants, shorts, shortalls, rompers, jackets, coats, t-shirts, blouses, shirts, vests, skirts, dresses, hats, loungewear, aprons." <u>See</u> Exhibit 1, p. 327.

257.    Based on USPTO online records, the mark **LULEE BABES** was first used in commerce in October 2005 and was registered with the USPTO on July 10, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 164**.

258.    Annexed as **Exhibit 165** is a true and correct copy of Lulee Babes' home page, located at http://www.luleebabes.com, showing the mark **LULEE BABES** being used in connection with online retail store services featuring infant and children's clothing, including a link to the Spring 2007 collection.

259.    Based on online records maintained by the Internet Archive, at www.archive.org, Lulee Babes' active website has been archived, updated and/or otherwise modified a total of at least 21 times since 2005, with at least 9 modifications in 2007 alone, the most recent of which occurred on July 3, 2007.  A true and correct copy of such historical information obtained on September 23, 2007 from the website www.archive.org is annexed hereto as **Exhibit 166**.

260.    Annexed as **Exhibit 167** are true and correct copies of the Specimens of Use filed by Dessira Tish with the USPTO on January 11, 2007, showing how the mark **LULEE BABES** is being used in commerce.

## **ULU**

261.    The *ULU Search Report discloses an existing federal trademark registration owned by Chaco, Inc. for the mark **ULU** (Reg. No. 2,805,621) for "footwear." See Exhibit 2, p. 39.

262.    Based on USPTO online records, the mark **ULU** was first used in commerce January 1, 2001, was registered with the USPTO on January 13, 2004, and the attorney of record was modified on June 11, 2007, as shown by a true and correct copy of a printout I

made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 168**.

263.     Annexed as **Exhibit 169** is a true and correct copy of ULU Boot's home page, located at http://www.uluboot.com, showing the mark **ULU** being used in connection with online retail store services featuring boots.

264.     Based on online records maintained by the Internet Archive, at www.archive.org, ULU Boot's active website has been archived, updated and/or otherwise modified a total of at least 65 times since 2003, with at least 13 modifications in 2007 alone, the most recent of which occurred on July 2, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 170**.

## AZLULU

265.     The *ULU Search Report discloses a pending federal trademark registration filed by Mark Srour for the mark **AZLULU** (Serial No. 77-020,499) for "clothing, namely, hats, long pants, Capri pants, shorts, Bermuda shorts, skirts, mini-skirts, t-shirts, shirts, guayaberas, blouses, underwear, sweaters, pullovers, blazer, jackets, blazers, bathing suits, hosiery, socks, jeans, bustiers, and ties." See Exhibit 2, p. 443.

266.     Based on USPTO online records, the mark **AZLULU** was first used in commerce in October 2005 and was approved for publication on the principal register on August 2, 2007 as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 171**.

267.    Annexed as **Exhibit 172** is a true and correct copy of the Specimen of Use filed by Mark Srour with the USPTO on October 13, 2006, showing how the mark **AZULU** is being used in commerce.

## MOSHULU

268.    The *ULU Search Report discloses a pending federal trademark registration filed by Coastguard Road Limited for the mark **MOSHULU** (Serial No. 78-741,545) for "clothing, namely, hats, caps, gloves and scarves; footwear." See Exhibit 2, p. 456.

269.    Based on USPTO online records, the mark **MOSHULU** was published for opposition on March 20, 2007, and a notice of allowance was mailed by the USPTO on June 12, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 173**.

270.    Annexed as **Exhibit 174** is a true and correct copy of Moshulu's retail home page, located at http://www.moshulumailorder.co.uk, showing the mark **MOSHULU** being used in connection with online retail store services featuring women's and men's footwear.

271.    Based on online records maintained by the Internet Archive, at www.archive.org, Moshulu's active website has been archived, updated and/or otherwise modified a total of at least 21 times since 2005, with at least 5 modifications in 2007 alone, the most recent of which occurred on July 3, 2007.  A true and correct copy of such historical information obtained on September 23, 2007, from the website www.archive.org is annexed hereto as **Exhibit 175**.

## KULU ATOLL / KULU

272.    The *ULU Search Report discloses two existing federal trademark registrations owned by Print N' Wear Pty Ltd for the marks **KULU ATOLL** (Reg. No.

2,383,578) for "clothing, namely, t-shirts, shorts, dresses, skirts, swimwear," and **KULU**

(Reg. No. 3,186,172) for "clothing, namely, track suits, track suit tops, track suit trousers, t-

shirts, shirts, blouses, shorts, swimwear, vests, sweaters, tights, jackets, trousers, dresses,

skirts, sarongs, ski wear, scarves, stockings and socks; headgear, namely, hats, and caps; belts

for clothing; braces; waist bands; footwear including shoes, boots, sandals, sneakers; ski

suits; special sporting footwear." See Exhibit 2, p. 446 and 477.

273.    Based on USPTO online records, the mark **KULU ATOLL** was first used in

commerce on February 8, 1999, and was registered with the USPTO on September 5, 2000,

and the mark **KULU** was registered with the USPTO on December 19, 2006, as shown by

true and correct copies of printouts I made from the USPTO's TARR web server, at

http://tarr.uspto.gov/, annexed hereto as **Exhibit 176**.

274.    Annexed as **Exhibit 177** is a true and correct copy of Kulu Atoll's home page,

located at http://www.kuluatoll.com, showing the mark **KULU ATOLL** being used in

connection with online retail store services featuring swimwear.

275.    Based on online records maintained by the Internet Archive, at

www.archive.org, Kulu Atoll's active website has been archived, updated and/or otherwise

modified a total of at least 235 times since 1999, with at least 19 modifications in 2007 alone,

the most recent of which occurred on July 12, 2007.  A true and correct copy of such

historical information obtained on September 23, 2007, from the website www.archive.org is

annexed hereto as **Exhibit 178**.

276.    Annexed as **Exhibit 179** is a true and correct copy of the Specimen of Use

filed by Print N' Wear Pty Ltd. with the USPTO on January 13, 2006, showing how the mark

**KULU ATOLL** is being used in commerce.

## ZULU GEAR

277.    The *ULU Search Report discloses an existing federal trademark registration owned by New York Flavor & Fashions, LLC for the mark **ZULU GEAR** (Reg. No. 2,674,852) for "men's, women's, and children's clothing, namely, shirts, sweatshirts, rugby shirts, t-shirts, tank tops, collared shirts, jackets, coats, vests, sport coats, pants, sweatpants, slacks, shorts, hats, headbands, visors, ski caps, socks, shoes, sneakers, boots, sandals, wristbands, socks, belts, neckties, gloves, undergarments, skirts, and dresses." See Exhibit 2, p. 485.

278.    Based on USPTO online records, the mark **ZULU GEAR** was first used in commerce on February 8, 2002, and was registered with the USPTO on January 14, 2003, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 180**.

279.    Annexed as **Exhibit 181** is a true and correct copy of New York Flavor & Fashions' home page, located at http://newyorkflavorandfashions.com, showing the mark **ZULU GEAR** being used in connection with a line of clothing currently being offered for sale.

280.    Annexed as **Exhibit 182** is a true and correct copy of the Specimen of Use filed by New York Flavor & Fashions, LLC with the USPTO on March 22, 2002, showing how the mark **ZULU GEAR** is being used in commerce.

## ZULU ROSE

281.    The *ULU Search Report discloses an existing federal trademark registration owned by Zulu Rose LLC for the mark **ZULU ROSE** (Reg. No. 3,267,166) for "clothing, namely, blouses, coats, dresses, gowns, jackets, belts and belt buckles, shirts, trousers, vests, t-shirts and sweat shirts." See Exhibit 2, p. 486.

282.    Based on USPTO online records, the mark **ZULU ROSE** was first used in commerce in February 2005 and was registered with the USPTO on July 24, 2007, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 183**.

283.    Annexed as **Exhibit 184** is a true and correct copy of Zulu Rose's home page, located at http://www.zulurose.com, showing the mark **ZULU ROSE** being used in connection online retail services featuring men's and women's clothing.

284.    Annexed as **Exhibit 185** is a true and correct copy of the Specimen of Use filed by Zulu Rose LLC with the USPTO on September 18, 2006, showing how the mark **ZULU ROSE** is being used in commerce.

## LUJO

285.    The Lulu Search Report discloses an existing federal trademark registration owned by Donald R. Avery for the mark **LUJO** (Reg. No. 2,950,689) for "luggage, all-purpose sport bags, athlete bags, duffel bags, book bags, backpacks, handbags, cloth shopping bags, tote bags, travel kit bags sold empty, briefcases, wallets, purses and cosmetic cases sold empty." See Exhibit 1, p. 340.

286.    Based on USPTO online records, the mark **LUJO** was first used in commerce on September 17, 2002, and was registered with the USPTO on May 10, 2005, as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 186**.

287.    Annexed as **Exhibit 187** is a true and correct copy of the Specimen of Use filed by Donald R. Avery with the USPTO on April 16, 2004, showing how the mark **LUJO** is being used in commerce.

**LULU**

288.    In identifying third party trademark or trade name uses of the name or mark **LULU** of which Plaintiff is aware, Plaintiff Lulu identifies the mark **LULU** as being used as a performance name by a British recording artist and actor named Marie McDonald McLaughlin Lawrie.  Plaintiff's Responses, Answer No. 6.

289.    Annexed as **Exhibit 188** is a true and correct copy of Lulu's home page, located at http://www.lulu.co.uk, showing the mark **LULU** being used in connection with the artist.

**LULU**

290.    In identifying third party trademark or trade name uses of the name or mark **LULU** of which Plaintiff is aware, Plaintiff Lulu identifies the mark **LULU** as being used by an entity called Lu Lu Temple A.A.O.N.M.S., Inc. "apparently as the name of a clown who performs at parades and the like in connection with charitable fund raising."  Plaintiff's Responses, Answer No. 6.

291.    An existing federal trademark registration is owned by Lu Lu Temple A.A.O.N.M.S., Inc. for the mark **LULU** (Reg. No. 2543797) for "charitable fun raising," as shown by a true and correct copy of a printout I made from the USPTO's TARR web server, at http://tarr.uspto.gov/, annexed hereto as **Exhibit 189**.

292.    Based on USPTO online records, the mark LULU was first used in commerce on April 1, 1999, and was registered with the USPTO on March 5, 2002.  Id.

293.    Annexed as **Exhibit 190** are true and correct copies of the Specimens of Use filed by Lu Lu Temple A.A.O.N.M.S., Inc. with the USPTO on March 20, 2007, showing how the mark **LULU** is being used in commerce.

294.    Annexed as **Exhibit 191** is a true and correct copy of Lu Lu Temple A.A.O.N.M.S., Inc.'s website, at http://www.lulushriners.org, showing the mark LULU being used in connection with the A.A.O.N.M.S. or Ancient Arabic Order of the Nobles of the Mystic Shrine (better known as the Shriners).

### Plaintiff's Responses To First Set of Interrogatories

295.    In addition, in Plaintiff's Responses to Defendant N-F Newsite, LLC's First Set of Interrogatories ("Plaintiff's Responses"), Plaintiff identifies a number of third party trademarks and trade names of the name or mark "LULU" to which it is aware (three of which are also addressed above).  Specifically, Plaintiff declares that:

> **Lulu is aware of a British recording artist named MarIe McDonald McLaughlin Lawrie who performs under the name 'Lulu' and maintains a website under the domain name LULU.CO.UK.**

> **Lulu is aware of a Canadian athletic apparel company called Lululemon Athletica Inc., whose ticker symbol on the NASDAQ stock exchange is 'LULU.'**

> **Lulu is aware of an entity called Lu Lu Temple A.A.O.N.M.S., Inc., which has registered the mark LULU, apparently as the name of a clown who performs at parades and the like in connection with charitable fund raising.**

> **Lulu is aware of an entity called Game Steven Bray, d/b/a Lulu Technologies, who has registered the mark 'LULU TECHNOLOGIES' in the State of Texas for use in connection with software development.**

> **Lulu is aware that a sole proprietor, Cheri Mardon, has registered the mark 'LULU PRODUCTIONS' in the State of Hawaii.**

> **Lulu is aware that an individual or entity called Lulus Englewood has registered the mark 'LULU'S' in the State of New Jersey in connection with advertising and business.**

> **Lulu is aware that an entity called Honfed Bank has registered the mark 'LULU' in the State of Hawaii in connection with banking services rendered through an automatic teller machine.**

**Lulu is also aware of the third party uses of the names and marks listed in the July 12, 2007 Thomson Compumark Trademark Research Report being produced herewith and Bates-labeled LULU023367-LULU023625, the July 12, 2007 Thomson PowerBuild Report produced herewith and Bates-Labeled LULU023626-LULU023686, and the October 15, 2004 Saegis Custom Report, produced herewith and Bates-labeled LULU023230-LULU023253.**

See Plaintiff's Responses, Answer No. 6, along with true and correct copies of the trademark reports referenced by Plaintiff in its answer (reproduced above), as **Exhibit 192** (for the July 12, 2007 Thomson Compumark Trademark Research Report, LULU023367-—LULU023625), **Exhibit 193** (for the July 12, 2007 Thomson PowerBuild Report, LULU023626—LULU023686), and **Exhibit 194** (for the October 15, 2004 Saegis Custom Report, LULU023230—LULU023253).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 27, 2007 in Washington, D.C.

_____

Daniel H. Marti

Exhibit 1

Thomson CompuMark

# Trademark Research Report

**Mark Searched:** LULU

**Client Name:** CANTOR COLBURN LLP

**Type Of Search:** BRAND EXPANSION SRCH

**Formatted:** By Source

**Attention:** CURTIS KRECHEVSKY

**Your File:** NFN-0005-L

Our File: 140819411 -53

Date Completed: September 10, 2007

Date Received: September 10, 2007

Received by: Online Ordering

## Goods/Services:

RECORDABLE AND PRE-RECORDED MEDIA; COMPUTER SOFTWARE AND HARDWARE; PUBLICA-TIONS AND OTHER PRINTED MATERIALS; BAGS; PACKS; AND LEATHER ACCESSORIES; CLOTH-ING; FOOTWEAR; AND HEADWEAR; BUSINESS AND ADVERTISING SERVICES; TELECOMMUNICA-TIONS SERVICES; EDUCATIONAL AND ENTERTAINMENT SERVICES; PUBLISHING SERVICES; SCIENTIFIC AND TECHNICAL SERVICES; WEBSITE SERVICES; COMPUTER CONSULTING SER-VICES; SOCIAL NETWORKING SERVICES.

We have taken all reasonable steps to ensure the completeness and accuracy of this report. However, for various reasons, including the subjective nature of trademark searching and the possibility of incomplete and inaccurate data provided by the United States Patent & Trademark Office and other national trademark offices, the Secretary of States' Offices, and all of the many vendors and publishers of trademark and business information used in compiling search reports, we cannot warrant that this report is complete or error free. AS A RESULT, WE DISCLAIM ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. This search is valid only for the mark and goods noted above. If the mark or goods that were the subject of this search change, even slightly, a new search should be performed.

Any liability arising out of the preparation of this report is limited to a refund of the search fee paid. Acceptance of this search constitutes an acceptance of the aforesaid terms, conditions and limitations. This report in no way constitutes a legal opinion. The ranking of cited references into groups based on their relative relevance to the mark searched is for the convenience of our clients in reviewing the search report and is not intended to convey an opinion regarding the legal significance of any cited reference.


Thomson CompuMark, 500 Victory Road, North Quincy, MA 02171-3145
Telephone (617) 479-1600  (800) 692-8833  •  Fax (617) 786-8273  (800) 543-1983

This page was intentionally left blank.

# Table of Contents

## Report Summary

Report Graph ........................................................................5
Group One Summary ............................................................6

## USPTO Trademark Report

USPTO Summary .................................................................13
Analyst Review ....................................................................31
USPTO Citations .................................................................38

## State Trademark Report

State Summary ...................................................................425
Analyst Review ..................................................................429
State Citations ...................................................................436

## Web Common Law

Analyst Review ..................................................................479
Web Common Law Summary ...............................................482
Web Common Law Citations ...............................................485

## Common Law Database Report

Common Law Database Summary .......................................565
Analyst Review ..................................................................568
Common Law Database Citations .......................................574

## Common Law Business Name Report

Common Law Business Name Summary ..............................615
Analyst Review ..................................................................620
Common Law Business Name Citations ..............................623

## Gale Group Database Report

Gale Group Database Summary ..........................................653
Analyst Review ..................................................................654
Gale Group Database Citations ..........................................657

## Internet Domain Name Report

Internet Domain Name Summary ........................................663
Analyst Review ..................................................................669
Internet Domain Name Citations ........................................671

## Additional References

Shepard's Citations ...........................................................789

## Reported Owner Index

Reported Owner Index .......................................................791

This page was intentionally left blank.

# Report Graph & Table



|  | USPTO | State | Common Law Database | Business Name | Gale Group | Domain Name |
|---|---|---|---|---|---|---|
| **Group 1** | 22 | 4 | 4 | 12 | 3 | 30 |
| **Group 2** | 1 | 0 | 0 | 0 | 0 | 4 |
| **Group 3** | 30 | 3 | 1 | 1 | 0 | 31 |
| **Group 4** | 141 | 23 | 17 | 22 | 2 | 0 |
| **Group 5** | 23 | 7 | 7 | 13 | 0 | 0 |
| **Totals** | 217 | 37 | 29 | 48 | 5 | 65 |

\* Common Law Database citations that make up the report table and graph do not include Pharmaceutical Common Law citations.

**Group One Summary**

| Citation | Status | Class(es) | Owner | Source | Page | Record of Interest |
|----------|--------|-----------|-------|--------|------|--------------------|
| | | | **GROUP ONE** | | | |
| 1. LULU | Pending | 9,16,25, 35,38, 41,42 | LULU ENTERPRISES, INC. | USPTO | 38 | ☐ |
| 2. LULU | Pending | 9,16,18, 25,35, 41,42 | LULU ENTERPRISES, INC. | USPTO | 41 | ☐ |
| 3. LULU TTAB | Published | 35,41,42 | LULU ENTERPRISES, INC. | USPTO | 44 | ☐ |
| 4. LULU.COM | Pending | 9,16,18, 25,35,38 ,41,42 | LULU ENTERPRISES, INC. | USPTO | 48 | ☐ |
| 5. LU-LU | Abandoned | 9 | IMI COMPUTING LIMITED | USPTO | 51 | ☐ |
| 6. LUULUU | Abandoned | 9,35 | LUULUU.COM, INC. | USPTO | 53 | ☐ |
| 7. LOULOU | Pending | 16,41 | ROGERS PUBLISHING LIMITED | USPTO | 54 | ☐ |
| 8. LULU | Pending | 25 | LULU FASHION CO., LLC | USPTO | 56 | ☐ |
| 9. LULU | Pending | 14,25 | FANTASIA ACCESSORIES, LTD. | USPTO | 57 | ☐ |
| 10. LU+LU | Registered | 25 | FU KONG, INC. | USPTO | 58 | ☐ |
| 11. LU-LU | Registered | 16 | MADISON PARK GREETINGS, INC. | USPTO | 60 | ☐ |

| Citation | Status | Class(es) | Owner | Source | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 12. LULU | Pending | 25 | LULU DESIGN, INC. | USPTO | 61 | ☐ |
| 13. LULU | Abandoned | 25 | THE LULU LIFE | USPTO | 62 | ☐ |
| 14. LULU | Abandoned | 25 | ACKO GARMENT DIVISION, INC. | USPTO | 63 | ☐ |
| 15. LULU | Abandoned | 1,25 | PACIFIC SUNWEAR OF CALIFORNIA | USPTO | 64 | ☐ |
| 16. LULU | Abandoned | 9,18 | ASTUCCI | USPTO | 66 | ☐ |
| 17. LULU | Cancelled | 25 | R.R.J. INDUSTRIES LIMITED | USPTO | 67 | ☐ |
| 18. LULU  TTAB | Registered | 18,25,26 | FANTASIA ACCESSORIES LTD. | USPTO | 68 | ☐ |
| 19. LULU COMPANY | Pending | 35 | THE LULU COMPANY, INC. | USPTO | 70 | ☐ |
| 20. LOO LOO | Cancelled | 25 | CHANAL IMPORT, INC. | USPTO | 71 | ☐ |
| 21. LOULOU | Abandoned | 25 | DARWICH, CHARLY | USPTO | 72 | ☐ |
| 22. LOULOU | Abandoned | 25 | DARWICH, CHARLY | USPTO | 73 | ☐ |
| 23. LULU'S | Registered | 25 | DEBRA A. CANNON | State | 436 | ☐ |
| 24. LULU'S | Registered | 35 | COLLEEN L. CANNON | State | 438 | ☐ |

| Citation | Status | Class(es) | Owner | Source | Page | Record of Interest |
|----------|--------|-----------|-------|--------|------|--------------------|
| 25. LULU'S | Not renewed | 25 | LULUS ENGLEWOOD | State | 440 | ☐ |
| 26. LOO LOO | Not renewed | 25 | CHANAL IMPORT, INC. | State | 441 | ☐ |
| 27. LULU | N/A | 25 | FU KONG INC. | Common Law Database | 574 | ☐ |
| 28. LULU | N/A | 18 | LEEGIN CREATIVE LEATHER PRODUCTS INC. | Common Law Database | 576 | ☐ |
| 29. LULU | N/A | 41 | ARTEDIS | Common Law Database | 578 | ☐ |
| 30. LOU LOU | N/A | 16 | ROGERS MEDIA PUBLISHING | Common Law Database | 580 | ☐ |
| 31. LU LU | N/A | 18,25,35 | N/A | Business Name | 623 | ☐ |
| 32. LULUS; and LULUS | N/A | 25,35 | N/A | Business Name | 623 | ☐ |
| 33. LULUS | N/A | 25,35 | N/A | Business Name | 624 | ☐ |
| 34. LU LU | N/A | 25,35 | N/A | Business Name | 624 | ☐ |
| 35. LU LU | N/A | 25,35 | N/A | Business Name | 625 | ☐ |
| 36. LULU | N/A | 25,35 | N/A | Business Name | 625 | ☐ |

| Citation | Status | Class(es) | Owner | Source | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 37.  LULU | N/A | 25,35 | N/A | Business Name | 626 | ☐ |
| 38.  LULUS | N/A | 25,35 | N/A | Business Name | 626 | ☐ |
| 39.  LU LU'S; and LULUS | N/A | 20,25,35 | N/A | Business Name | 627 | ☐ |
| 40.  LULU'S | N/A | 25,35 | N/A | Business Name | 627 | ☐ |
| 41.  LULU S | N/A | 25,35 | N/A | Business Name | 628 | ☐ |
| 42.  LOOLOO CO | N/A | 25,35,40 | N/A | Business Name | 628 | ☐ |
| 43.  Lulu.com Inc.; Alliances and partnerships | N/A | 9,16,41 | N/A | Gale Group | 657 | ☐ |
| 44.  Lulu.com Inc.; Advertising | N/A | 9,16, 35,41 | N/A | Gale Group | 657 | ☐ |
| 45.  Lulu.com Inc.; Alliances and partnerships | N/A | 16,35,38 ,40,41,42 | N/A | Gale Group | 658 | ☐ |
| 46.  L-U-L-U.COM | N/A | N/A | N/A | Domain Name | 671 | ☐ |
| 47.  LU-LU.NAME | N/A | N/A | N/A | Domain Name | 673 | ☐ |
| 48.  LU-LU.INFO | N/A | N/A | N/A | Domain Name | 675 | ☐ |
| 49.  LU-LU.NET | N/A | N/A | N/A | Domain Name | 677 | ☐ |

| Citation | Status | Class(es) | Owner | Source | Page | Record of Interest |
|----------|--------|-----------|-------|--------|------|--------------------|
| 50. LU-LU.COM | N/A | N/A | N/A | Domain Name | 679 | ☐ |
| 51. LULU.CAT | N/A | N/A | N/A | Domain Name | 681 | ☐ |
| 52. LULU.MOBI | N/A | N/A | N/A | Domain Name | 682 | ☐ |
| 53. LULU.US | N/A | N/A | N/A | Domain Name | 683 | ☐ |
| 54. LULU.BIZ | N/A | N/A | N/A | Domain Name | 685 | ☐ |
| 55. LULU.INFO | N/A | N/A | N/A | Domain Name | 687 | ☐ |
| 56. LULU.COM | N/A | N/A | N/A | Domain Name | 689 | ☐ |
| 57. LULU.NET | N/A | N/A | N/A | Domain Name | 691 | ☐ |
| 58. LULU.ORG | N/A | N/A | N/A | Domain Name | 693 | ☐ |
| 59. LULU-S.COM | N/A | N/A | N/A | Domain Name | 693 | ☐ |
| 60. LULUS.US | N/A | N/A | N/A | Domain Name | 696 | ☐ |
| 61. LULUS.INFO | N/A | N/A | N/A | Domain Name | 697 | ☐ |
| 62. LULUS.ORG | N/A | N/A | N/A | Domain Name | 699 | ☐ |

| Citation | Status | Class(es) | Owner | Source | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 63. LULUS.BIZ | N/A | N/A | N/A | Domain Name | 701 | ☐ |
| 64. LULUS.NET | N/A | N/A | N/A | Domain Name | 703 | ☐ |
| 65. LULUS.COM | N/A | N/A | N/A | Domain Name | 705 | ☐ |
| 66. LULUZ.COM | N/A | N/A | N/A | Domain Name | 707 | ☐ |
| 67. THELULU.COM | N/A | N/A | N/A | Domain Name | 709 | ☐ |
| 68. THELULUS.COM | N/A | N/A | N/A | Domain Name | 711 | ☐ |
| 69. THELULUS.NET | N/A | N/A | N/A | Domain Name | 711 | ☐ |
| 70. LULLU.ORG | N/A | N/A | N/A | Domain Name | 712 | ☐ |
| 71. LULLU.NET | N/A | N/A | N/A | Domain Name | 713 | ☐ |
| 72. LULLU.INFO | N/A | N/A | N/A | Domain Name | 715 | ☐ |
| 73. LULLU.COM | N/A | N/A | N/A | Domain Name | 717 | ☐ |
| 74. A-LULU.COM | N/A | N/A | N/A | Domain Name | 719 | ☐ |
| 75. LULU-LTD.COM | N/A | N/A | N/A | Domain Name | 721 | ☐ |

This page was intentionally left blank.

## USPTO Summary Page

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| **GROUP ONE** | | | | | | |
| 1. LULU | Pending | 9, 16, 25, 35, 38, 41, 42 | LULU ENTERPRISES, INC. | SN-77-217,960 | 38 | ☐ |
| 2. LULU | Pending | 9, 16, 18, 25, 35, 41, 42 | LULU ENTERPRISES, INC. | SN-77-226,519 | 41 | ☐ |
| 3. LULU  TTAB | Published | 35, 41, 42 | LULU ENTERPRISES, INC. | RN-N/A SN-78-155,152 | 44 | ☐ |
| 4. LULU.COM | Pending | 9, 16, 18, 25, 35, 38, 41, 42 | LULU ENTERPRISES, INC. | SN-77-217,955 | 48 | ☐ |
| 5. LU-LU | Abandoned | 9 | IMI COMPUTING LIMITED | SN-73-761,353 | 51 | ☐ |
| 6. LUULUU | Abandoned | 9, 35 | LUULUU.COM, INC. | SN-76-005,186 | 53 | ☐ |
| 7. LOULOU | Pending | 16, 41 | ROGERS PUBLISHING LIMITED | SN-78-381,136 | 54 | ☐ |
| 8. LULU | Pending | 25 | LULU FASHION CO., LLC | SN-78-591,130 | 56 | ☐ |
| 9. LULU | Pending | 14, 25 | FANTASIA ACCESSORIES, LTD. | SN-78-724,045 | 57 | ☐ |
| 10. LU+LU | Registered | 25 | FU KONG, INC. | RN-2,434,055 SN-75-634,506 | 58 | ☐ |
| 11. LU-LU | Registered | 16 | MADISON PARK GREETINGS, INC. | RN-2,710,747 SN-76-326,108 | 60 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 12. LULU | Pending | 25 | LULU DESIGN, INC. | SN-77-183,301 | 61 | ☐ |
| 13. LULU | Abandoned | 25 | THE LULU LIFE | SN-78-575,720 | 62 | ☐ |
| 14. LULU | Abandoned | 25 | ACKO GARMENT DIVISION, INC. | SN-74-413,411 | 63 | ☐ |
| 15. LULU | Abandoned | 1, 25 | PACIFIC SUNWEAR OF CALIFORNIA | SN-75-173,605 | 64 | ☐ |
| 16. LULU | Abandoned | 9, 18 | ASTUCCI | SN-75-909,515 | 66 | ☐ |
| 17. LULU | Cancelled | 25 | R.R.J. INDUSTRIES LIMITED | RN-1,381,525 SN-73-542,233 | 67 | ☐ |
| 18. LULU [TTAB] | Registered | 18, 25, 26 | FANTASIA ACCESSORIES LTD. | RN-3,029,550 SN-75-891,087 | 68 | ☐ |
| 19. LULU COMPANY | Pending | 35 | THE LULU COMPANY, INC. | SN-78-695,569 | 70 | ☐ |
| 20. LOO LOO | Cancelled | 25 | CHANAL IMPORT, INC. | RN-1,437,380 SN-73-599,191 | 71 | ☐ |
| 21. LOULOU | Abandoned | 25 | DARWICH, CHARLY | SN-76-644,514 | 72 | ☐ |
| 22. LOULOU | Abandoned | 25 | DARWICH, CHARLY | SN-76-559,560 | 73 | ☐ |

## GROUP TWO

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 23. LULU LULU | Abandoned | 25 | LOTUS INVESTMENTS INC. | SN-78-599,078 | 74 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| **GROUP THREE** | | | | | | |
| 24. LULU LOLO | | | | | | |
| | Registered | 16 | EVANS, LOIS | RN-2,425,513 SN-75-474,713 | 75 | ☐ |
| 25. LULI | | | | | | |
| | Pending | 16, 18, 25 | MARTINELLIE, INC. | SN-78-562,331 | 77 | ☐ |
| 26. LULA | | | | | | |
| | Registered | 13 | TAL, GUY | RN-3,001,252 SN-78-392,639 | 79 | ☐ |
| 27. LULA | | | | | | |
| | Published | 14 | MIMI SO INTERNATIONAL LLC | SN-78-520,432 | 80 | ☐ |
| 28. LALOO | | | | | | |
| | Published | 18 | KIT WARE, INC. | SN-77-022,188 | 81 | ☐ |
| 29. LILOU | | | | | | |
| | Pending | 25 | JEHAN DAVID | SN-77-053,553 | 82 | ☐ |
| 30. LULEH | | | | | | |
| | Pending | 25 | MAIDENFORM, INC. | SN-77-247,758 | 84 | ☐ |
| 31. LI LU | | | | | | |
| | Registered | 16, 42 | CHEN, C.V. | RN-3,059,053 SN-78-577,248 | 85 | ☐ |
| 32. LULA | | | | | | |
| | Pending | 25 | ORIGLIOSSO, ELKIE M. | SN-77-264,579 | 87 | ☐ |
| 33. LULA | | | | | | |
| | Registered | 41 | MATTEL, INC. | RN-3,143,053 SN-78-420,055 | 89 | ☐ |
| 34. LA LU | | | | | | |
| | Abandoned | 41 | BAGDASARIAN PRODUCTIONS, LLC | SN-76-505,141 | 90 | ☐ |
| 35. LULUA | | | | | | |
| | Abandoned | 25 | PRESIDENT GLOBAL CORPORATION | SN-74-195,865 | 91 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 36. LALOO **TTAB** | Published | 25 | KIT WARE, INC. | RN-N/A SN-77-022,176 | 92 | ☐ |
| 37. HULU | Pending | 9, 16, 18, 25, 28, 35, 38, 41, 42 | N-F NEWSITE, LLC | SN-77-261,931 | 94 | ☐ |
| 38. ZULU | Published | 9 | ROBERT F. ELSE | SN-78-483,584 | 97 | ☐ |
| 39. XULU | Registered | 35, 42 | XULU ENTERTAINMENT INC. | RN-2,536,906 SN-75-304,261 | 98 | ☐ |
| 40. ULU | Registered | 41 | WALLACE, JUSTIN | RN-2,374,964 SN-75-725,994 | 100 | ☐ |
| 41. ZULU | Registered | 41 | ZULU SOCIAL AID AND PLEA SURE CLUB, INC. | RN-2,731,850 SN-76-441,859 | 102 | ☐ |
| 42. ZULU | Registered | 45 | ZULU SOCIAL AID AND PLEA SURE CLUB, INC. | RN-2,719,314 SN-76-441,860 | 103 | ☐ |
| 43. XULU | Registered | 16 | XULU ENTERTAINMENT INC. | RN-2,522,908 SN-75-305,886 | 104 | ☐ |
| 44. RULU | Registered | 9 | USA111 INC. | RN-3,287,664 SN-77-052,532 | 106 | ☐ |
| 45. XULU **TTAB** | Registered | 28 | XULU ENTERTAINMENT INC. | RN-2,588,677 SN-75-305,884 | 107 | ☐ |
| 46. XULU | Registered | 9 | XULU ENTERTAINMENT INC. | RN-2,571,697 SN-75-304,736 | 109 | ☐ |
| 47. SULU | Registered | 25 | G. L. GRANT & COMPANY, LLC | RN-3,063,511 SN-78-585,449 | 111 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 48. ULU | Registered | 25 | CHACO, INC. | RN-2,805,621 SN-76-443,761 | 112 | ☐ |
| 49. XULU | Registered | 25 | XULU ENTERTAINMENT INC. | RN-2,574,000 SN-75-304,737 | 114 | ☐ |
| 50. LU | Registered | 25, 35 | LOLITA S.A. | RN-3,101,153 SN-76-527,133 | 116 | ☐ |
| 51. LU | Pending | 25 | DYNASTY FOOTWEAR, LTD. | SN-77-029,375 | 118 | ☐ |
| 52. LU | Registered | 9 | LU TECHSERV LTD. | RN-2,304,544 SN-75-292,300 | 119 | ☐ |
| 53. LOU [TTAB] | Renewed | 25 | LES DESSOUS BOUTIQUE DIFFUSION S.A. | RN-748,831 SN-72-134,474 | 120 | ☐ |

### GROUP FOUR

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 54. LULU THE LETTER-SPINNING SPIDER | Registered | 9, 16, 28 | LEAPFROG ENTERPRISES, INC. | RN-3,218,677 SN-78-537,445 | 124 | ☐ |
| 55. LULU THE DOG | Published | 16 | EDWARD S. LEAVER | SN-78-543,041 | 126 | ☐ |
| 56. LULU'S PEEPS | Registered | 16 | VIACOM INTERNATIONAL INC. | RN-2,863,527 SN-78-034,478 | 127 | ☐ |
| 57. LULU THERAPY ON A LEASH, INC. | Registered | 16, 21, 25, 41 | THERAPY ON A LEASH, INC. | RN-2,517,778 SN-75-470,145 | 129 | ☐ |
| 58. LULU'S HOUSE | Pending | 41 | SCRIPPS NETWORKS, LLC. | SN-77-118,617 | 131 | ☐ |
| 59. LULU STUDIO | Pending | 42 | LULU ENTERPRISES, INC. | SN-77-257,646 | 132 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 60. LULU GREEN | Abandoned | 9 | VIACOM INTERNATIONAL INC. | SN-78-040,741 | 134 | ☐ |
| 61. LULU PRESS | Abandoned | 9, 16, 35, 41 | LULU ENTERPRISES, INC. | SN-78-155,140 | 136 | ☐ |
| 62. LULU TECH CIRCUS | Abandoned | 9, 16, 35, 41 | LULU ENTERPRISES, INC. | SN-78-155,141 | 140 | ☐ |
| 63. LULU 'N' LOU | Abandoned | 14, 16, 20, 21, 25, 28 | KINGSLEY CARDS LIMITED | SN-78-114,333 | 143 | ☐ |
| 64. LULU AT THE CHATEAU | Abandoned | 16, 41 | THOMAS, DANA | SN-78-676,220 | 145 | ☐ |
| 65. LULU THE CLOWN | Abandoned | 41 | HARMON, FRANCES | SN-75-185,181 | 146 | ☐ |
| 66. LOOLOO COMMUNICATIONS | Abandoned | 35, 42 | LOOLOO COMMUNICATIONS CO.. LTD. | SN-76-411,941 | 147 | ☐ |
| 67. ROROTON LU LU TONG | Registered | 9 | SHINCO ELECTRONICS GROUP CO., LTD. | RN-2,968,357 SN-78-239,586 | 149 | ☐ |
| 68. LUCY BUFFETT'S LULU'S | Registered | 35 | LULU'S LANDING, INC. | RN-3,055,016 SN-78-564,797 | 151 | ☐ |
| 69. LUCY BUFFETT'S LULU'S | Registered | 35 | LULU'S LANDING, INC. | RN-3,055,023 SN-78-564,876 | 153 | ☐ |
| 70. TINA AND LULU | Published | 9, 41 | ZENIMAX MEDIA INC. | SN-78-511,568 | 155 | ☐ |
| 71. THE LITTLE LULU SHOW | Registered | 41 | CLASSIC MEDIA, INC. | RN-2,297,686 SN-75-495,008 | 157 | ☐ |
| 72. THE ADVENTURES OF TINTIN AND LULU | Published | 41 | ZILKHA, BETTINA | SN-77-130,979 | 166 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 73. LITTLE LULU | Renewed | 16 | CLASSIC MEDIA, INC. | RN-990,189 SN-72-460,870 | 168 | ☐ |
| 74. TINA AND LULU | Abandoned | 9, 41, 42 | ZENIMAX MEDIA INC. | SN-76-157,239 | 181 | ☐ |
| 75. WWW.LULURECORDS.COM | Abandoned | 9 | LULU RECORDS | SN-75-754,634 | 183 | ☐ |
| 76. LITTLE LULU | Expired | 16 | CLASSIC MEDIA, INC. | RN-958,607 SN-72-419,687 | 184 | ☐ |
| 77. LITTLE LULU | Expired | 16 | CLASSIC MEDIA, INC. | RN-959,441 SN-72-420,496 | 195 | ☐ |
| 78. LULU TOWNSEND | Published | 18, 25 | DSW SHOE WAREHOUSE, INC. | SN-77-149,114 | 206 | ☐ |
| 79. LULU BELLE BOUTIQUE | Published | 25, 35 | ENGSTROM, LISA M. | SN-78-804,513 | 208 | ☐ |
| 80. LU-LU'S CLOSET | Published | 25 | PHILHOBAR DESIGN CANADA LTD. | SN-78-601,477 | 210 | ☐ |
| 81. LULU'S BAIT SHACK | Renewed | 21, 25, 42 | LEVINE, JEFF | RN-1,949,959 SN-74-432,212 | 211 | ☐ |
| 82. LULU'S RED HOTS | Registered | 25, 43 | WEINERWERKS, L.L.C. | RN-3,091,018 SN-78-336,763 | 213 | ☐ |
| 83. LULU GUINNESS | Registered | 35 | LULU GUINNESS LIMITED | RN-3,145,799 SN-76-284,213 | 214 | ☐ |
| 84. LULULEMON SPECIFICA | Pending | 18, 25, 28 | LULULEMON ATHLETICA INC. | SN-78-615,951 | 216 | ☐ |
| 85. LULU ALEXANDER | Registered | 25 | FABRIC GALLERY, INC. | RN-2,595,830 SN-76-202,961 | 218 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 86. LULU DK | Registered | 42 | LULU DK LLC | RN-2,804,760 SN-78-154,461 | 220 | ☐ |
| 87. LULU & LUIGI | Registered | 18 | LULU & LUIGI, LLC | RN-3,167,194 SN-76-638,721 | 221 | ☐ |
| 88. LULU FLYNN | Pending | 18 | FETE ACCOMPLI LLC | SN-76-673,761 | 223 | ☐ |
| 89. LULU BRAVO | Renewed | 25 | DAFFY'S, INC. | RN-1,710,150 SN-74-217,604 | 224 | ☐ |
| 90. LULU GREEN | Published | 18 | VIACOM INTERNATIONAL INC. | SN-78-040,751 | 226 | ☐ |
| 91. LULU GUINNESS [TTAB] | Registered | 3, 8, 18, 20, 21, 25 | LULU GUINNESS LIMITED | RN-3,038,669 SN-76-096,343 | 228 | ☐ |
| 92. LULU PINK | Pending | 18 | JOHNSON, KAREN | SN-78-900,552 | 231 | ☐ |
| 93. LULUCCI | Registered | 9, 18 | ASTUCCI U.S. LTD. | RN-2,648,616 SN-76-246,802 | 232 | ☐ |
| 94. LULU CASTAGNETTE | Registered | 25 | IVRESSE | RN-2,726,302 SN-76-078,213 | 233 | ☐ |
| 95. LULU & FRANKIE | Published | 18 | MCGARVEY, CHRISIE | SN-78-767,949 | 235 | ☐ |
| 96. LULU LUV | Pending | 25 | MUDD (USA) LLC | SN-77-053,911 | 236 | ☐ |
| 97. LULU-B | Pending | 25 | ASHWOOD INC. | SN-77-036,614 | 237 | ☐ |
| 98. LULULEMON ATHLETICA | Registered | 25 | LULULEMON ATHLETICA INC. | RN-2,607,811 SN-75-645,552 | 238 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 99. LULU GIRL | Pending | 35 | GLAZER, KAREN | SN-78-101,419 | 240 | ☐ |
| 100. LULU BELLS TREASURES | Registered | 35 | LULU BELLS TREASURES, INC. | RN-3,117,207 SN-78-687,321 | 241 | ☐ |
| 101. LULU STUDIOS | Pending | 42 | MOORE, LEAH N | SN-77-260,014 | 242 | ☐ |
| 102. LOULOU CACHAREL | Pending | 18, 25 | CACHAREL U.S.A., INC. | SN-77-194,525 | 243 | ☐ |
| 103. LOULOU DE LA FALAISE PARIS | Pending | 14, 18, 21, 24, 25 | KLOSSOWSKI LOUISE | SN-79-036,344 | 245 | ☐ |
| 104. LULU TOWNSEND | Published | 18, 25 | DSW SHOE WAREHOUSE, INC. | SN-77-144,882 | 247 | ☐ |
| 105. LULU LUV | Abandoned | 9, 14, 18, 25 | MUDD (USA) LLC | SN-78-543,989 | 249 | ☐ |
| 106. LULU'S WORLD | Abandoned | 11, 16, 20, 28 | GOLD LEAF DESIGN GROUP, INC. | SN-76-216,191 | 251 | ☐ |
| 107. LULU BLUE | Abandoned | 25 | LULU BLUE, LLC | SN-76-639,700 | 252 | ☐ |
| 108. LULU BLUE | Abandoned | 25 | LULU BLUE, LLC | SN-76-639,701 | 253 | ☐ |
| 109. LULU BRAVO | Abandoned | 25 | IOSSA, INC. | SN-73-662,610 | 254 | ☐ |
| 110. LULU COUTURE | Abandoned | 25 | ELIE AKIBA | SN-78-704,995 | 255 | ☐ |
| 111. LULU GREEN | Abandoned | 25 | VIACOM INTERNATIONAL IN C. | SN-78-040,765 | 256 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 112. LULU'S PEEPS | | | | | | |
| | Abandoned | 25 | VIACOM INTERNATIONAL INC. | SN-78-034,493 | 258 | ☐ |
| 113. LULU'S FASHION LOUNGE | | | | | | |
| | Abandoned | 25, 35 | COLLEEN L. CANNON AND DEBRA A. CANNON, A ... | SN-78-423,284 | 260 | ☐ |
| 114. LULU EXPRESS | | | | | | |
| | Abandoned | 35 | HARKHAM, DAVID | SN-76-269,239 | 262 | ☐ |
| 115. LULU WEDDINGS | | | | | | |
| | Abandoned | 35 | LULU WEDDINGS | SN-78-742,943 | 263 | ☐ |
| 116. LULU-BABY.COM | | | | | | |
| | Abandoned | 35 | BARBARA DE OLIVEIRA | SN-78-423,876 | 264 | ☐ |
| 117. LULU BOUTIQUE | | | | | | |
| | Cancelled | 42 | LULU BOUTIQUE | RN-1,903,171 SN-74-481,693 | 265 | ☐ |
| 118. LULU SECRET | | | | | | |
| | Abandoned | 25 | FORMOSA SUNSHINE, INC. | SN-76-409,818 | 267 | ☐ |
| 119. LU LU'S PETALS ORIGINAL CLOTHING FOR GARDEN LOVERS | | | | | | |
| | Abandoned | 25 | TURSO, CARL, W | SN-78-143,819 | 268 | ☐ |
| 120. LULUSHOP | | | | | | |
| | Abandoned | 42 | LULUSHOP, INC. | SN-75-880,112 | 269 | ☐ |
| 121. LULU DE GRENOUILLE | | | | | | |
| TTAB | Abandoned | 14, 18, 24, 25 | WENGER, JACQUELINE | RN-N/A SN-78-814,422 | 270 | ☐ |
| 122. LULU'S PEEPS | | | | | | |
| TTAB | Abandoned | 18 | VIACOM INTERNATIONAL INC. | RN-N/A SN-78-034,487 | 272 | ☐ |
| 123. LULU BY 9CO. | | | | | | |
| TTAB | Abandoned | 25 | NINE WEST DEVELOPMENT CORPORATION | RN-N/A SN-75-749,959 | 274 | ☐ |
| 124. LUV, LULU | | | | | | |
| | Pending | 25 | MUDD (USA) LLC | SN-77-053,904 | 276 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 125. MISHA LULU | | | | | | |
| | Published | 25 | STRONIKAS, INC. | SN-78-805,761 | 277 | ☐ |
| 126. TRIXIE + LULU | | | | | | |
| | Registered | 25 | BEN ELIAS INDUSTRIES CORP. | RN-3,197,323 SN-78-415,691 | 278 | ☐ |
| 127. LM LULU PARIS | | | | | | |
| | Registered | 25 | HADDAD, LUCIEN | RN-2,129,844 SN-75-097,097 | 280 | ☐ |
| 128. GOOD NIGHT LULU | | | | | | |
| | Pending | 25 | MURPHY, ERIN L. | SN-78-726,088 | 282 | ☐ |
| 129. AME & LULU | | | | | | |
| | Published | 18, 20, 25, 28 | AME & LULU LLC | SN-77-064,598 | 284 | ☐ |
| 130. BABY LULU | | | | | | |
| | Registered | 20, 24, 25 | MURPHY, ERIN L. | RN-2,989,873 SN-76-008,214 | 286 | ☐ |
| 131. BABY LULU | | | | | | |
| | Registered | 18, 25 | MURPHY, ERIN L. | RN-2,761,639 SN-76-975,646 | 288 | ☐ |
| 132. COCOLULU | | | | | | |
| | Pending | 14, 18, 25, 26 | EXIV CO., LTD. | SN-77-027,382 | 290 | ☐ |
| 133. DISCOLULU | | | | | | |
| | Registered | 14, 28 | NGUYEN, KIMBERLY A. | RN-3,212,326 SN-78-636,969 | 292 | ☐ |
| 134. JACK AND LULU | | | | | | |
| | Registered | 16 | JACK AND LULU, INC. | RN-3,153,114 SN-78-596,725 | 293 | ☐ |
| 135. SADIE & LULU | | | | | | |
| | Pending | 25 | 518 APPAREL GROUP, INC. | SN-78-948,368 | 294 | ☐ |
| 136. ZULULU | | | | | | |
| | Registered | 25 | ZULULU LTD | RN-2,616,438 SN-76-002,596 | 295 | ☐ |
| 137. LUV, LULU | | | | | | |
| | Abandoned | 9, 14, 18, 25 | MUDD (USA) LLC | SN-78-545,587 | 297 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 138. LAFFY LOOLOO | | | | | | |
| | Abandoned | 28 | TRENDMASTERS, INC. | SN-75-891,690 | 299 | ☐ |
| 139. ZULULU | | | | | | |
| | Abandoned | 3, 16, 18 | ZULULU LIMITED | SN-75-432,942 | 300 | ☐ |
| 140. ULULU | | | | | | |
| | Abandoned | 25 | BEMUS, BARTON D. | SN-74-150,084 | 301 | ☐ |
| 141. LOU LOU INTIMATES | | | | | | |
| TTAB | Abandoned | 25 | SUPERTRENDS, INC. | RN-N/A SN-73-514,578 | 302 | ☐ |
| 142. LULU GREEN | | | | | | |
| | Registered | 16 | VIACOM INTERNATIONAL INC. | RN-2,870,369 SN-78-040,747 | 304 | ☐ |
| 143. LULU BRANDS | | | | | | |
| | Registered | 42 | LULU BRANDS LLC | RN-2,943,904 SN-78-397,270 | 306 | ☐ |
| 144. LU LU LOOPER | | | | | | |
| | Cancelled | 28 | SHARON INDUSTRIES, INC. | RN-1,822,970 SN-74-394,004 | 307 | ☐ |
| 145. ASK LULU | | | | | | |
| | Abandoned | 42 | LULUSHOP, INC. | SN-78-005,151 | 308 | ☐ |
| 146. LAYLOO | | | | | | |
| | Published | 41 | VOILA STUDIOS, INC. | SN-78-749,496 | 309 | ☐ |
| 147. LOUIE | | | | | | |
| | Published | 41 | JERRY JOY MUSIC LLC | SN-78-544,595 | 310 | ☐ |
| 148. LOOKIE LOO | | | | | | |
| | Registered | 35 | WEINER, JOEL | RN-2,607,993 SN-75-982,366 | 311 | ☐ |
| 149. LUCY LU MOVIE REVIEW LUCY LU | | | | | | |
| | Pending | 41 | THOMPSON HOLDINGS, L.P. | SN-77-124,596 | 312 | ☐ |
| 150. LI LU FA LU SHIH WU AO | | | | | | |
| | Registered | 16, 42 | CHEN, C.V. | RN-3,153,016 SN-78-582,993 | 314 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 151. LOULIES | Pending | 41 | LOULIES, LLC | SN-77-080,784 | 316 | ☐ |
| 152. LULA | Abandoned | 13 | MAGLULA LTD. | SN-78-286,300 | 317 | ☐ |
| 153. LOO & PALS | Abandoned | 9 | MATUS, SR. LUCIANO | SN-75-577,519 | 318 | ☐ |
| 154. LU | Expired | 41 | LOYOLA UNIVERSITY OF CHICAGO | RN-796,162 SN-72-181,654 | 320 | ☐ |
| 155. LULY | Pending | 16 | TILIBRA PRODUTOS DE PAPELARIA LTDA. | SN-77-253,112 | 322 | ☐ |
| 156. LULLURE | Pending | 25 | LULULEMON ATHLETICA INC. | SN-77-184,404 | 324 | ☐ |
| 157. LUAU | Registered | 25 | SPORTAILOR, INC. | RN-2,388,057 SN-75-200,357 | 326 | ☐ |
| 158. LULEE BABES | Registered | 25 | TISH, DESSIRA | RN-3,262,243 SN-78-544,932 | 327 | ☐ |
| 159. LULL | Published | 25, 28 | JLG OMNIQUIP, INC. | SN-78-761,944 | 328 | ☐ |
| 160. LULAH | Registered | 24 | HAGEN, AMBER | RN-3,044,490 SN-78-347,150 | 329 | ☐ |
| 161. LULLY | Registered | 14 | SDRIGOTTI, BRUNO | RN-3,280,085 SN-79-020,288 | 330 | ☐ |
| 162. LUYU | Pending | 35 | TIAN HONGZHI,; LUYU COMPANY | SN-79-039,830 | 332 | ☐ |
| 163. LUELLA | Registered | 18, 25 | VSQ DISTRIBUTION LIMITED | RN-3,031,419 SN-78-325,260 | 334 | ☐ |

| | Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 164. | LILILOU | Published | 14 | BOCHENEK VALéRIE | SN-79-028,816 | 336 | ☐ |
| 165. | LULA LU | Pending | 25, 35 | LULA LU, LLC | SN-77-223,166 | 338 | ☐ |
| 166. | LUJO | Registered | 18 | AVERY, DONALD R. | RN-2,950,689 SN-76-587,676 | 340 | ☐ |
| 167. | LULI | Cancelled | 25 | LULI, INC. | RN-1,873,937 SN-74-468,997 | 341 | ☐ |
| 168. | LU | Abandoned | 16, 18, 25 | LOOKING UP, INC. | SN-78-285,855 | 342 | ☐ |
| 169. | L U | Cancelled | 25 | T.I.S.S. LTD. | RN-2,075,898 SN-75-185,342 | 344 | ☐ |
| 170. | LULLIE | Abandoned | 25 | ACOPIAN, SHAE, L. | SN-78-423,728 | 349 | ☐ |
| 171. | LOULEILOU | Abandoned | 25 | FIKSE, JULIA | SN-78-682,305 | 350 | ☐ |
| 172. | LULY | Abandoned | 16 | TILIBRA S/A PRODUTOS DE PAPELARIA | SN-78-321,145 | 351 | ☐ |
| 173. | BOOLOU | Registered | 28 | WALDEN, DRUE | RN-2,669,486 SN-75-655,163 | 353 | ☐ |
| 174. | BOOLOU | Registered | 28 | WALDEN, DRUE | RN-2,669,487 SN-75-655,630 | 354 | ☐ |
| 175. | XULU ENTERTAINMENT | Registered | 28 | XULU ENTERTAINMENT INC. | RN-2,540,733 SN-75-372,279 | 355 | ☐ |
| 176. | XULU ENTERTAINMENT | Registered | 9 | XULU ENTERTAINMENT INC. | RN-2,536,919 SN-75-372,283 | 357 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 177. XULU ADVENTURERS' CLUB | | | | | | |
| | Registered | 9 | XULU ENTERTAINMENT INC. | RN-2,571,701 SN-75-321,800 | 359 | ☐ |
| 178. XULU ENTERTAINMENT | | | | | | |
| | Registered | 16 | XULU ENTERTAINMENT INC. | RN-2,522,934 SN-75-372,281 | 361 | ☐ |
| 179. XULU ADVENTURERS' CLUB | | | | | | |
| | Registered | 16 | XULU ENTERTAINMENT INC. | RN-2,507,326 SN-75-323,290 | 363 | ☐ |
| 180. XULU ENTERTAINMENT | | | | | | |
| | Registered | 25 | XULU ENTERTAINMENT INC. | RN-2,571,709 SN-75-372,280 | 365 | ☐ |
| 181. XULU ADVENTURERS' CLUB | | | | | | |
| | Registered | 25 | XULU ENTERTAINMENT INC. | RN-2,540,712 SN-75-323,289 | 367 | ☐ |
| 182. XULU ENTERTAINMENT | | | | | | |
| | Registered | 35, 42 | XULU ENTERTAINMENT INC. | RN-2,534,397 SN-75-372,277 | 369 | ☐ |
| 183. XULU ADVENTURERS' CLUB | | | | | | |
| | Registered | 35, 42 | XULU ENTERTAINMENT INC. | RN-2,536,910 SN-75-322,618 | 371 | ☐ |
| 184. XULU ENTERTAINMENT | | | | | | |
| | Registered | 41 | XULU ENTERTAINMENT INC. | RN-2,574,012 SN-75-372,278 | 373 | ☐ |
| 185. XULU | | | | | | |
| | Abandoned | 41 | XULU ENTERTAINMENT INC. | SN-76-230,880 | 375 | ☐ |
| 186. ZULU RECORDING | | | | | | |
| | Abandoned | 41 | GRACE, JAMES | SN-76-625,295 | 377 | ☐ |
| 187. ZULU TIME | | | | | | |
| | Abandoned | 9, 16, 25, 38, 41, 42 | RED LION 6 LIMITED | SN-76-258,173 | 378 | ☐ |
| 188. THE BLULOU | | | | | | |
| | Abandoned | 41 | ROBERT G. PATTERSON | SN-75-765,224 | 380 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 189. XOOLOO | | | | | | |
| | Abandoned | 9, 16, 35, 38, 39, 41, 42 | XOOLOO | SN-76-088,813 | 381 | ☐ |
| 190. ZULUS | | | | | | |
| | Pending | 18 | IZA ENTERPRISES LIMITED | SN-78-653,649 | 385 | ☐ |
| 191. KULU | | | | | | |
| | Registered | 25 | PRINT 'N' WEAR PTY LTD | RN-3,186,172 SN-78-694,862 | 387 | ☐ |
| 192. ZULU | | | | | | |
| | Abandoned | 18 | SMITH, STEPHEN C. | SN-76-092,050 | 389 | ☐ |
| 193. XULU | | | | | | |
| | Abandoned | 14 | XULU ENTERTAINMENT INC. | SN-76-231,067 | 390 | ☐ |
| 194. ZOOLOO | | | | | | |
| | Cancelled | 25 | DEZIGN INCORPORATED (PVT) LTD | RN-1,880,690 SN-74-451,148 | 392 | ☐ |

## GROUP FIVE

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 195. LULU | | | | | | |
| | Published | 20 | LELAND INTERNATIONAL | SN-76-335,598 | 393 | ☐ |
| 196. LULU'S | | | | | | |
| | Registered | 30 | SOBRINO, MARIA DE LOURDES | RN-3,111,311 SN-78-522,204 | 394 | ☐ |
| 197. LULU | | | | | | |
| | Renewed | 31 | LULU PACKING CORPORATION | RN-1,073,284 SN-73-111,039 | 395 | ☐ |
| 198. LU LU | | | | | | |
| | Registered | 32 | LOLO GROUP CO., LTD. | RN-2,119,574 SN-75-196,679 | 397 | ☐ |
| 199. LULU | | | | | | |
| | Registered | 36 | LU LU TEMPLE A.A.O.N.M.S., INC. | RN-2,543,797 SN-75-754,235 | 399 | ☐ |
| 200. LULU'S | | | | | | |
| | Registered | 28 | MORENO, JOSEPH E. | RN-3,172,497 SN-78-664,997 | 400 | ☐ |

| | Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 201. | LULU | Pending | 18 | GOTTFRIED, BETTY, A | SN-78-835,798 | 401 | ☐ |
| 202. | LULU | Registered | 3 | MERRIMAN, JULIE | RN-2,589,286 SN-75-918,325 | 402 | ☐ |
| 203. | LU LU'S | Abandoned | 29 | PAUL FOODS, INC. | SN-75-425,079 | 403 | ☐ |
| 204. | LULU | Abandoned | 32 | MARKETING PARA EMBOTEL LADORAS, S DER. L. ... | SN-78-660,093 | 404 | ☐ |
| 205. | LULU | Abandoned | 18 | GOTTFRIED, BETTY A | SN-78-118,961 | 405 | ☐ |
| 206. | LULU | Abandoned | 18 | GOTTFIRED, BETTY A | SN-78-359,092 | 406 | ☐ |
| 207. | LULU | Abandoned | 10 | SCHNEIDER (EUROPE) GM BH | SN-75-475,009 | 407 | ☐ |
| 208. | LU-LUS | Expired | 30 | CONTINENTAL BAKING COMP ANY | RN-917,342 SN-72-373,778 | 408 | ☐ |
| 209. | LULU | Expired | 31 | LULU PACKING CORPORATI ON | RN-609,998 SN-71-661,842 | 409 | ☐ |
| 210. | LOULOU | Registered | 3 | L'OREAL S.A. | RN-1,452,801 SN-73-633,765 | 413 | ☐ |
| 211. | A-LULU | Registered | 3 | EXPRESS 2 RETAIL, LLC | RN-2,974,241 SN-78-334,782 | 414 | ☐ |
| 212. | LOULOU | Registered | 3 | L'OREAL, S.A. | RN-1,525,098 SN-73-684,394 | 415 | ☐ |
| 213. | LOU LOU | Registered | 20 | VITRA PATENTE AG | RN-2,659,125 SN-76-361,158 | 417 | ☐ |

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|-------------------|------|--------------------|
| 214. LOULOU | Abandoned | 42 | BEURRE NOISETTE, INC. | SN-76-108,978 | 419 | ☐ |
| 215. LOO-LOO | Cancelled | 21 | MORGAN; MARSHALL M. | RN-1,285,284 SN-73-420,113 | 420 | ☐ |
| 216. LOOLOO | Abandoned | 11 | HAN, STEVEN | SN-78-631,933 | 421 | ☐ |
| 217. LUI LUI TTAB | Renewed | 32, 42 | MARCO'S SPAGHETTI FACTORY, INC. | RN-2,056,522 SN-74-364,616 | 422 | ☐ |

# ANALYST REVIEW - USPTO REPORT

---

Search Information

Type of Search: **BRAND EXPANSION SRCH**
Mark: **LULU**
Goods/Services: **RECORDABLE AND PRE-RECORDED MEDIA; COMPUTER SOFTWARE AND HARDWARE; PUBLICATIONS AND OTHER PRINTED MATERIALS; BAGS; PACKS; AND LEATHER ACCESSORIES; CLOTHING; FOOTWEAR; AND HEADWEAR; BUSINESS AND ADVERTISING SERVICES; TELECOMMUNICATIONS SERVICES; EDUCATIONAL AND ENTERTAINMENT SERVICES; PUBLISHING SERVICES; SCIENTIFIC AND TECHNICAL SERVICES; WEBSITE SERVICES; COMPUTER CONSULTING SERVICES; SOCIAL NETWORKING SERVICES.**

---

Data Information

This search report includes information from the USPTO Official Gazette published on **09/04/2007**. On the date your search was conducted, our most recent pending application data included USPTO trademark records filed through **09/03/2007.** These records are received from the U.S. Patent and Trademark Office and updated to our database as they are made available. Serial numbers filed through **08/30/2007** were complete at the time this search was conducted.* (The period between most recent records and complete records is attributable to gaps in serial numbers and dates from the USPTO; some of these gaps are due to differences in processing for electronically-filed applications.)

Our database includes active USPTO text records dating from **1884** to present.

All queries in the Search Strategy below have been applied to all active applications and registrations in our database, as well as inactive USPTO applications and registrations from 01/01/2002 to the present. Inactive USPTO applications and registrations from 01/01/1984 - 01/01/2002 are searched for identical trademarks.

* Except for a small number of applications delayed in processing by the USPTO.

In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database).  The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web.  Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

Last Reported Owner

"Last Reported Owner" is our best determination of the owner of a trademark, based on a programmatic analysis of USPTO trademark records and any assignment transactions associated with the trademark.  In determining "Last Reported Owner", we exclude recorded documents representing security interests, liens and other transactions which ordinarily do not result in a change of ownership.

Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner.  Owner Matching is an alphabetical, word for word match.  Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

---

Data Information

Owner Information

Owner Information provides business information about the last reported owner of a trademark, based on a programmatic matching of USPTO, State and certain Common Law trademark records and any business information associated with the trademark owner. We do not guarantee the accuracy of the programmatic matching nor the accuracy of the business information provided by our third party vendors.

Worldwide Filings

A Worldwide Filings flag indicates how often owners of cited USPTO trademarks have filed for protection of the cited marks outside the United States. We compare the owner and trademark, as listed in our proprietary USPTO database, to our worldwide trademark databases. The worldwide trademark databases include first publications since January 1, 1976. (For China, only trademarks published since January 1, 1986 are included). In most of the over 200 countries, first publications are new applications published in the Official Gazettes for opposition purposes.

Please Note: Worldwide Filings provides an indication of international trademark filings, but should be considered advisory information only, due to possible inconsistencies in the data and the update frequency of trademark records provided by international trademark offices. Furthermore, the documentation does not include renewals or indications about the subsequent fate of the applications retrieved, such as registrations, rejections, withdrawals, amendments and partial cancellations. For additional information, please refer to the electronic version of this search report, accessible through your SAEGIS™ Inbox.

---

Analyst Information

Name:        **ANN ARNOLD**
Comments:    **I developed the following search strategy to provide a comprehensive, accurate report.**
**These queries, listed below, retrieved** <u>**2478**</u> **potential references from the database. After careful review and analysis, I have selected** <u>**217**</u> **records for your review.**

**THERE ARE ADDITIONAL ″LULU″ FORMAIVES FOR CLOTHING, HANDBAGS, JEWELRY, COSMETIC PRODUCTS, GAMES & TOYS, AND RELATED GOODS AND SERVICES.**
**THERE ARE ADDITONAL ″LULU″ SUFFIXES FOR ENTERTAINMENT SERVICES, PUBLICATIONS, CLOTHING, AND RELATED GOODS AND SERVICES, SUCH AS, ″HONOLULU″ FOR MAGAZINES.**
**THERE ARE ADDITIONAL ″LU″ PREFIXES AND SUFFIXES, ″LU,″ ″LEW,″ ″LOU,″ ″LIEU,″ AND ″LOO″ FORMATIVES FOR CLOTHING, COMPUTER HARDWARE & SOFTWARE, SCIENTIFIC PRODUCTS & SERVICES, RECORDED MEDIA, ENTERTAINMENT & EDUCATIONAL PRODUCTS & SERVICES, AND OTHER RELATED GOODS AND SERVICES.**

---

Search Strategy

| Type | Query | Classes | #References |
|------|-------|---------|-------------|
| 1. EXACT MARK GOODS PREFIX | LULU <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 10 |

Search Strategy

| Type | Query | Classes | #References |
|---|---|---|---|
| 2. EXACT MARK GOODS PREFIX | THELULU <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 3. EXACT MARK | LULU | 9,16,18,25,28,35,38,41, 42,45 | 9 |
| 4. EXACT MARK | THELULU | 9,16,18,25,28,35,38,41, 42,45 | 0 |
| 5. EXACT MARK | L(U,UE,OO,EW,OU, IEU,UW)L(U,UE,OO, EW,OU,IEU,UW) | ALL CLASSES | 19 |
| 6. EXACT MARK | L(U,UE,OO,EW,OU, IEU,UW)L(U,UE,OO, OU,IEU)S | ALL CLASSES | 2 |
| 7. EXACT MARK | THEL(U,UE,OO,EW, OU,IEU,UW)L(U,UE, OO,EW,OU,IEU,UW) | ALL CLASSES | 0 |
| 8. EXACT MARK | THEL(U,UE,OO,EW, OU,IEU,UW)L(U,UE, OO,OU,IEU)S | ALL CLASSES | 0 |
| 9. WORD GOODS PREFIX | LULU <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 73 |
| 10. WORD | LULU | 9,16,18,25,28,35,38,41, 42,45 | 30 |
| 11. PREFIX | LULU | 9,16,18,25,28,35,38,41, 42,45 | 3 |
| 12. SUFFIX | LULU | 9,16,18,25,28,35,38,41, 42,45 | 28 |
| 13. PREFIX | LULU | ALL CLASSES | 71 |
| 14. LETTERSTRING | LULU | ALL CLASSES | 45 |
| 15. PREFIX | LULLU | ALL CLASSES | 1 |
| 16. LETTERSTRING | LULLU | ALL CLASSES | 0 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 17. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L(U,OO,OU, EW,IEU) | ALL CLASSES | 13 |
| 18. | LETTERSTRING | L(U,UE,OO,EW,OU, IEU,UW)L(U,OO,OU, EW,IEU) | ALL CLASSES | 9 |
| 19. | LETTERSTRING | L(U,UE,OO,EW,OU, IEU,UW)LL(U,OO,OU, EW,IEU) | ALL CLASSES | 0 |
| 20. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)LL(U,OO,OU, EW,IEU) | ALL CLASSES | 0 |
| 21. | PREFIX  GOODS PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 48 |
| 22. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L | 9,16,18,25,28,35,38,41, 42,45 | 72 |
| 23. | WORD | L(U,UE,OO,EW,OU, IEU,UW) | 9,16,18,25,28,35,38,41, 42,45 | 219 |
| 24. | WORD | L(U,UE,OO,EW,OU, IEU,UW)S | 9,16,18,25,28,35,38,41, 42,45 | 12 |
| 25. | WORD  GOODS PREFIX | L(U,UE,OO,EW,OU, IEU,UW)S <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 2 |
| 26. | WORD  GOODS PREFIX | L(U,UE,OO,EW,OU, IEU,UW) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 10 |
| 27. | PREFIX | LUL | ALL CLASSES | 58 |
| 28. | PREFIX | L(OO,UE,EW,OU,IEU, EW)L | ALL CLASSES | 6 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 29. | PREFIX | L(OO,UE,EW,OU,IEU, EW)L | ALL CLASSES | 5 |
| 30. | SUFFIX GOODS PREFIX | U(L,LL)(U,US) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 114 |
| 31. | SUFFIX | U(L,LL)(U,US) | 9,16,18,25,28,35,38,41, 42,45 | 79 |
| 32. | EXACT MARK GOODS PREFIX | LU(0-3 characters) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 267 |
| 33. | EXACT MARK | LU(0-3 characters) | 9,16,18,25,28,35,38,41, 42,45 | 255 |
| 34. | EXACT MARK | LU(0-4 characters) | 9,16,18,25,28,35,38,41, 42,45 | 305 |
| 35. | EXACT MARK GOODS PREFIX | LU(0-4 characters) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 19 |
| 36. | EXACT MARK GOODS PREFIX | L(OU,EW,OO)(0-4 characters) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 166 |
| 37. | EXACT MARK | L(OU,EW,OO)(0-4 characters) | 9,16,18,25,28,35,38,41, 42,45 | 127 |
| 38. | EXACT MARK | (0-4 characters)L(OU, EW,OO) | 9,16,18,25,28,35,38,41, 42,45 | 85 |
| 39. | EXACT MARK | (0-4 characters)L(OU, EW,OO) <and> | ALL CLASSES | 7 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | GOODS PREFIX | (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | | |
| 40. | EXACT MARK | (0-4 characters)L(OU, EW,OO)S <and> | ALL CLASSES | 18 |
| | GOODS PREFIX | (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | | |
| 41. | EXACT MARK | (0-4 characters)L(OU, EW,OO)S | 9,16,18,25,28,35,38,41, 42,45 | 10 |
| 42. | WORD | L(U,OU,UE,OO,EW, IEU,UW) <and> | ALL CLASSES | 0 |
| | WORD | L(U,OU,UE,OO,EW, IEU,UW) | | |
| 43. | WORD | L(U,OU,UE,OO,EW, IEU,UW) <and> | ALL CLASSES | 0 |
| | WORD | L(U,OU,UE,OO,EW, IEU,UW) | | |
| 44. | PREFIX | LUL | ALL CLASSES | 100 |
| 45. | PREFIX | L(UE,OO,EW,OU,IEU, UW)L | ALL CLASSES | 0 |
| 46. | WORD | LU | ALL CLASSES | 89 |
| 47. | WORD | LUS | ALL CLASSES | 7 |
| 48. | WORD | L(UE,OO,EW,OU,IEU, UW) | ALL CLASSES | 83 |
| 49. | WORD | L(UE,OO,EW,OU,IEU, UW)S | ALL CLASSES | 2 |
| 50. | WORD | L(U,OU,EW,IEU,UE, UW) <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOCIAL,SCIEN, PUBLISH,EDUCAT, ENTERTAIN,CLOTH, APPAREL,FOOTW) | | |
| 51. | PREFIX | L(U,OU,EW,IEU,UE, UW)L <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOCIAL,SCIEN, PUBLISH,EDUCAT, ENTERTAIN,CLOTH, APPAREL,FOOTW) | | |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 52. | WORD GOODS PREFIX | L(U,US) <and> (SOCIAL,SCIEN, PUBLISH,EDUCAT, ENTERTAIN,CLOTH, APPAREL,FOOTW) | ALL CLASSES | 0 |

Class Identification

| | |
|---|---|
| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
| 16 | PAPER GOODS AND PRINTED MATTER |
| 18 | LEATHER GOODS |
| 25 | CLOTHING |
| 28 | TOYS AND SPORTING GOODS |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 38 | COMMUNICATIONS SERVICES |
| 41 | EDUCATION AND ENTERTAINMENT SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |
| 45 | PERSONAL, SOCIAL AND SECURITY SERVICES |



### LULU

**Status:**   PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** JUL 02, 2007

**Goods/Services:**

**International Class 9:** DOWNLOADABLE MP3 FILES, MP3
RECORDINGS, ONLINE DISCUSSION BOARDS, WEB CASTS,
PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROAD
CASTS; DOWNLOADABLE BOOKS, BROCHURES, CALENDARS,
IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND
ELECTRONIC PUBLICATIONS VIA THE INTERNET AND WIRELESS
DEVICES; PROVIDING DOWNLOADABLE ELECTRONIC
NEWSLETTERS IN THE FIELD OF PUBLISHING; CD-ROM DISKS
AND DVDS

**International Class 16:** BOOKS OF GENERAL INTEREST, NAMELY
FICTION AND NON-FICTION BOOKS ON A VARIETY OF TOPICS;
PENS; BOOKMARKS; STICKERS; NEWSLETTERS IN THE FIELD OF
PUBLISHING; BUSINESS CARDS; POSTCARDS

**International Class 25:** CLOTHING, NAMELY, HATS AND SHIRTS

**International Class 35:** ONLINE ORDERING SERVICES FEATURING
BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND
AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS;
BUSINESS CONSULTING, NAMELY PROVISION OF INFORMATION
AND ADVICE IN THE FIELD OF SELF-PUBLISHING; DISTRIBUTO
RSHIP SERVICES IN THE FIELD OF BOOKS, BROCHURES,
CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL
MATERIALS AND ELECTRONIC PUBLICATIONS; ADVERTISING,
MARKETING AND PROMOTION SERVICES

**International Class 38:** COMMUNICATION SERVICES, NAMELY,
ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG
USERS OF COMPUTERS; PROVIDING ON-LINE FORUMS FOR
TRANSMISSION OF MESSAGES AMONG COMPUTER USERS
CONCERNING SELF-PUBLISHING; COMMUNICATION SERVICES,
NAMELY, TRANSMITTING STREAMED SOUND AND AUDIO-VISUAL
RECORDINGS VIA THE INTERNET

**International Class 41:** PUBLISHING SERVICES, NAMELY, PRINT
ON DEMAND AND PUBLISH ON DEMAND OF BOOKS, BROCHURES,
CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL
MATERIALS; PUBLICATION OF BOOKS, BROCHURES, CALENDARS,
IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND

ELECTRONIC PUBLICATIONS; MULTIMEDIA PUBLISHING OF BOOKS, BROCHURES, MAGAZINES, JOURNALS, SOFTWARE, GAMES, MUSIC, AND ELECTRONIC PUBLICATIONS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; WORKSHOPS AND SEMINARS IN THE FIELD OF SELF-PUBLISHING; PROVIDING ON-LINE TRAINING IN THE FIELD OF SELF-PUBLISHING; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING INFORMATION ABOUT -SELF PUBLISHING; WRITTEN TEXT EDITING; VIDEO EDITING

**International Class 42:** PROVIDING INFORMATION ON BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION ON FORMATTING, EDITING, DESIGN, MARKETING AND DISTRIBUTION OF BOOKS, BROCHURES, PUBLIC ATIONS, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; GRAPHIC DESIGN SERVICES; DESIGN AND DEVELOPMENT OF MULTIMEDIA PRODUCTS

**First Used:** MAR 2007  (INTL. CL. 9)
**In Commerce:** MAR 2007
**First Used:** MAR 2007  (INTL. CL. 16)
**In Commerce:** MAR 2007
**First Used:** MAY 2007  (INTL. CL. 25)
**In Commerce:** MAY 2007
**First Used:** MAR 2007  (INTL. CL. 35)
**In Commerce:** MAR 2007
**First Used:** MAR 2007  (INTL. CL. 38)
**In Commerce:** MAR 2007
**First Used:** MAR 2007  (INTL. CL. 41)
**In Commerce:** MAR 2007
**First Used:** MAR 2007  (INTL. CL. 42)
**In Commerce:** MAR 2007

## Last Reported Owner:

 LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

### We Have Located Other Marks With This Owner

| | | |
|---|---|---|
| LULU | USPTO | Page 41 |
| LULU | USPTO | Page 44 |
| LULU.COM | USPTO | Page 48 |

LULU STUDIO                    USPTO        Page 132

LULU PRESS                     USPTO        Page 136

LULU TECH CIRCUS               USPTO        Page 140

**Chronology:**

    **Filed:** JUN 28, 2007    **Serial Number:** 77-217,960

**Ownership Details:**

**Applicant:**

    LULU ENTERPRISES, INC.

    DELAWARE  CORPORATION

    860 AVIATION PARKWAY

    SUITE 300

    MORRISVILLE, NORTH CAROLINA  27560

**Claims:**

    COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

    THE MARK CONSISTS OF THE WORD LULU WITH AN IMAGE OF AN OVAL-SHAPED RING SUPERIMPOSED OVER THE TOP HALF OF THE WORD.

**Filing Correspondent:**

    SUSAN FREYA OLIVE

    OLIVE & OLIVE, P.A.

    PO BOX 2049

    DURHAM, NC 27702-2049



## LULU

**Status:**    PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER

**USPTO Status Date:** JUL 16, 2007

**Goods/Services:**

**International Class 9:** DOWNLOADABLE MP3 FILES, MP3 RECORDINGS; DOWNLOADABLE BOOKS, BROCHURES, FLYERS, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS VIA THE INTERNET AND WIRELESS DEVICES; MOUSE PADS

**International Class 16:** BOOKS OF GENERAL INTEREST, NAMELY FICTION AND NON-FICTION BOOKS ON A VARIETY OF TOPICS; PENS; BOOKMARKS; STICKERS

**International Class 18:** TOTE BAGS

**International Class 25:** CLOTHING, NAMELY, HATS AND SHIRTS

**International Class 35:** ONLINE ORDERING SERVICES FEATURING BOOKS, BROCHURES, FLYERS, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLIC ATIONS; DISTRIBUTORSHIP SERVICES IN THE FIELD OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS

**International Class 41:** PUBLISHING SERVICES, NAMELY, PRINT ON DEMAND AND PUBLISH ON DEMAND OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS; PUBLICATION OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS; MULTIMEDIA PUBLISHING OF BOOKS, BROCHURES, MAGAZINES, JOURNALS, SOFTWARE, GAMES, MUSIC, AND ELECTRONIC PUBLICATIONS

**International Class 42:** PROVIDING INFORMATION ON BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION ON FORMATTING, EDITING, DESIGN, MARKETING AND DISTRIBUTION OF BOOKS, BROCHURES, PUBLIC ATIONS, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK

**First Used:** JUN 2003  (INTL. CL. 9)

**In Commerce:** JUN 2003

**First Used:** NOV 2002  (INTL. CL. 16)

**In Commerce:** NOV 2002

**First Used:** APR 2003  (INTL. CL. 18)
**In Commerce:** APR 2003
**First Used:** APR 2003  (INTL. CL. 25)
**In Commerce:** APR 2003
**First Used:** NOV 2002  (INTL. CL. 35)
**In Commerce:** NOV 2002
**First Used:** NOV 2002  (INTL. CL. 41)
**In Commerce:** NOV 2002
**First Used:** NOV 2002  (INTL. CL. 42)
**In Commerce:** NOV 2002

**Last Reported Owner:**



LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU | USPTO | Page 38 |
| LULU | USPTO | Page 44 |
| LULU.COM | USPTO | Page 48 |
| LULU STUDIO | USPTO | Page 132 |
| LULU PRESS | USPTO | Page 136 |
| LULU TECH CIRCUS | USPTO | Page 140 |

**Chronology:**

**Filed:** JUL 11, 2007        **Serial Number:** 77-226,519

**Ownership Details:**
**Applicant:**

LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**Claims:**

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE MARK CONSISTS OF THE WORD LULU WITH AN IMAGE OF AN
OVAL-SHAPED RING SUPERIMPOSED OVER THE TOP HALF OF
THE WORD.

**Filing Correspondent:**

SUSAN FREYA OLIVE

OLIVE & OLIVE, P.A.
500 MEMORIAL STREET
DURHAM, NC 27702-2049

LULU

**LULU**

`TTAB`

**Status:**  PUBLISHED
INTENT TO USE

**USPTO Status:** STATEMENT OF USE - TO EXAMINER
**USPTO Status Date:** SEP 01, 2007

**Goods/Services:**

**International Class 35:**  ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING EDUCATIONAL AND ENTERTAINMENT EVENTS OF OTHERS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND

PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS, PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFOR MATION IN THE FIELDS OF BUSINESS AND COMMERCE; PROVIDING INFORMATION IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF BUSINESS, COMMERCE VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; PROVIDING BUSINESS ADVICE AND CONSUMER INFORMATION IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS IN THE FIELDS OF BUSINESS, COMMERCE, AND INFORMATION SERVICES VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

**International Class 41:**  ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH AWARDS FOCUSED ON CONTRIBUTIONS TO THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORM ANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH COMPETITIONS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE AND ON-LINE; ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORM

ATION SERVICES, SCIENCE, AND TECHNOLOGY; PROVIDING RECOGNITION AND INCENTIVES BY THE WAY OF AWARDS TO DEMONSTRATE EXCELLENCE OR UNUSUAL PERFORMANCE IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH AWARDS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; AND PUBLICATION OF ELECTRONIC NEWSPAPERS FEATURING GENERAL KNOWLEDGE ACCESSIBLE VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

**International Class 42:** PROVIDING INFORMATION IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES ON THE SUBJECTS OF SCIENCE, TECHNOLOGY AND INFORMATION TECHNOLOGY VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; PROVIDING INFORMATION IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA MATERIALS IN THE FIELDS OF SCIENCE, TECHNOLOGY AND INFORMATION TECHNOLOGY VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

**First Used:** JUN 2002  (INTL. CL. 35)
**In Commerce:** JUN 2002
**First Used:** JUN 2002  (INTL. CL. 41)
**In Commerce:** JUN 2002
**First Used:** MAY 2003  (INTL. CL. 42)
**In Commerce:** MAY 2003

**Last Reported Owner:**



LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU | USPTO | Page 38 |
| LULU | USPTO | Page 41 |
| LULU.COM | USPTO | Page 48 |
| LULU STUDIO | USPTO | Page 132 |
| LULU PRESS | USPTO | Page 136 |
| LULU TECH CIRCUS | USPTO | Page 140 |

**Chronology:**

        **Filed:** AUG 16, 2002       **Serial Number:** 78-155,152

        **Published For Opposition:** JAN 24, 2006

**Trademark Trials and Appeal Board (TTAB) Information:**    **TTAB**

**Extension of Time to Oppose Number:** 78155152

**Extension of Time to Oppose Filed:** FEB 23, 2006

**Outcome:** TERMINATED  AUG 08, 2006

| Potential Opposer: | Applicant: |
|---|---|
| ROGERS PUBLISHING LIMITED | LULU ENTERPRISES, INC. |
| | |
| **Mark:** | **Mark:** LULU |
| **Serial Number:** | **Serial Number:** 78-155,152 |
| **Correspondent:** | **Correspondent:** |
| DAVID M. SILVERMAN, ESQ. | SUSAN FREYA OLIVE |
| COLE, RAYWID & BRAVERMAN, | OLIVE & OLIVE P.A. |
| L.L.P. | 500 MEMORIAL STREET; PO BOX |
| 1919 PENNSYLVANIA AVE., | 2049 |
| N.W.SUITE 200 | DURHAM, NC 27702-2049 |
| WASHINGTON, DC 20006 US | |

**TTAB Entry:** #4 REQ. FOR EXTENSION OF TIME TO OPPOSE, MAY 24, 2006

**TTAB Entry:** #3 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), MAY 24, 2006

**Ownership Details:**

**Applicant:**

        LULU ENTERPRISES, INC.

        DELAWARE  CORPORATION

        860 AVIATION PARKWAY

        SUITE 300

        MORRISVILLE, NORTH CAROLINA  27560

**Filing Correspondent:**

        SUSAN FREYA OLIVE

        OLIVE & OLIVE PA

        500 MEMORIAL ST

        DURHAM NC 27702-2049



### LULU.COM

**Status:**  PENDING
INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** JUL 02, 2007

**Goods/Services:**

**International Class 9:**  DOWNLOADABLE MP3 FILES, MP3
RECORDINGS, ONLINE DISCUSSION BOARDS, WEB CASTS,
PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROAD
CASTS; DOWNLOADABLE BOOKS, BROCHURES, CALENDARS,
IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND
ELECTRONIC PUBLICATIONS VIA THE INTERNET AND WIRELESS
DEVICES; PROVIDING DOWNLOADABLE ELECTRONIC
NEWSLETTERS IN THE FIELD OF PUBLISHING; CD-ROM DISKS
AND DVDS
**International Class 16:**  BOOKS OF GENERAL INTEREST, NAMELY
FICTION AND NON-FICTION BOOKS ON A VARIETY OF TOPICS;
PENS; BOOKMARKS; STICKERS; NEWSLETTERS IN THE FIELD OF
PUBLISHING; BUSINESS CARDS; POSTCARDS
**International Class 18:**  TOTE BAGS
**International Class 25:**  CLOTHING, NAMELY, HATS AND SHIRTS
**International Class 35:**  ONLINE ORDERING SERVICES FEATURING
BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND
AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS;
BUSINESS CONSULTING, NAMELY PROVISION OF INFORMATION
AND ADVICE IN THE FIELD OF SELF-PUBLISHING; DISTRIBUTO
RSHIP SERVICES IN THE FIELD OF BOOKS, BROCHURES,
CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL
MATERIALS AND ELECTRONIC PUBLICATIONS; ADVERTISING,
MARKETING AND PROMOTION SERVICES
**International Class 38:**  COMMUNICATION SERVICES, NAMELY,
ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG
USERS OF COMPUTERS; PROVIDING ON-LINE FORUMS FOR
TRANSMISSION OF MESSAGES AMONG COMPUTER USERS
CONCERNING SELF-PUBLISHING; COMMUNICATION SERVICES,
NAMELY, TRANSMITTING STREAMED SOUND AND AUDIO-VISUAL
RECORDINGS VIA THE INTERNET
**International Class 41:**  PUBLISHING SERVICES, NAMELY, PRINT
ON DEMAND AND PUBLISH ON DEMAND OF BOOKS, BROCHURES,
CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL
MATERIALS; PUBLICATION OF BOOKS, BROCHURES, CALENDARS,
IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND

ELECTRONIC PUBLICATIONS; MULTIMEDIA PUBLISHING OF BOOKS, BROCHURES, MAGAZINES, JOURNALS, SOFTWARE, GAMES, MUSIC, AND ELECTRONIC PUBLICATIONS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; WORKSHOPS AND SEMINARS IN THE FIELD OF SELF-PUBLISHING; PROVIDING ON-LINE TRAINING IN THE FIELD OF SELF-PUBLISHING; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING INFORMATION ABOUT SELF-PUBLISHING; WRITTEN TEXT EDITING; VIDEO EDITING

**International Class 42:** PROVIDING INFORMATION ON BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION ON FORMATTING, EDITING, DESIGN, MARKETING AND DISTRIBUTION OF BOOKS, BROCHURES, PUBLIC ATIONS, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; GRAPHIC DESIGN SERVICES; DESIGN AND DEVELOPMENT OF MULTIMEDIA PRODUCTS

### Last Reported Owner:



LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

#### We Have Located Other Marks With This Owner

| | | |
|---|---|---|
| LULU | USPTO | Page 38 |
| LULU | USPTO | Page 41 |
| LULU | USPTO | Page 44 |
| LULU STUDIO | USPTO | Page 132 |
| LULU PRESS | USPTO | Page 136 |
| LULU TECH CIRCUS | USPTO | Page 140 |

### Chronology:

**Filed:** JUN 28, 2007        **Serial Number:** 77-217,955

### Ownership Details:
### Applicant:

LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY

SUITE 300

MORRISVILLE, NORTH CAROLINA  27560

**Claims:**

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE MARK CONSISTS OF THE WORD LULU.COM WITH AN IMAGE OF AN OVAL-SHAPED RING SUPERIMPOSED OVER THE TOP HALF OF THE LULU TERM.

**Filing Correspondent:**

SUSAN FREYA OLIVE

OLIVE & OLIVE, P.A.

PO BOX 2049

DURHAM, NC 27702-2049

LU-LU

**LU-LU**

 **Worldwide Filings = 1**

**Status:**   ABANDONED
SECTION 44 (D)

**USPTO Status:** ABANDONED-AFTER PUBLICATION
**USPTO Status Date:** MAY 29, 1991

**Goods/Services:**
**International Class 9:** COMPUTER PROGRAMS FOR USE IN
BUSINESS AND OFFICE SYSTEMS

**Last Reported Owner:**
IMI COMPUTING LIMITED
UNITED KINGDOM  COMPANY
P.O. BOX 216
WITTON, BIRMINGHAM, ENGLAND  B6 7BA

**Chronology:**
**Filed:** NOV 02, 1988        **Serial Number:** 73-761,353
**Published For Opposition:** NOV 27, 1990
**Date Suspended:** AUG 22, 1989
**Date Suspended:** MAR 13, 1990
**Abandoned:** MAY 29, 1991

**Ownership Details:**
**Applicant:**
IMI COMPUTING LIMITED
UNITED KINGDOM  COMPANY
P.O. BOX 216
WITTON, BIRMINGHAM, ENGLAND  B6 7BA

**Non-U.S. Application Claimed:** 1351071
**Non-U.S. Application Date:** JUL 15, 1988
**Non-U.S. Application Country:** UNITED KINGDOM

**Non-U.S. Registration Claimed:** 1351071
**Non-U.S. Registration Date:** JUL 15, 1988
**Non-U.S. Registration Country:** UNITED KINGDOM

**Filing Correspondent:**
LAWRENCE E. ABELMAN
ABELMAN FRAYNE REZAC & SCHWAB

708 THIRD AVENUE
NEW YORK, NY 10017

LUULUU

**LUULUU**

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 09, 2002

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE PROGRAMS
DEALING WITH FACILITATING ONLINE CLOTHING PURCHASES

**International Class 35:** ONLINE BUSINESS SERVICES, NAMELY
FACILITATING THE SELECTION OF CLOTHING PURCHASES VIA A
GLOBAL COMPUTER NETWORK; AND PROVIDING PERSONAL
SHOPPING ASSISTANCE VIA A GLOBAL COMPUTER NETWORK

**Last Reported Owner:**

LUULUU.COM, INC.

NEW YORK  CORPORATION

648 BROADWAY, SUITE 602

NEW YORK, NEW YORK  10012

**Chronology:**

**Filed:** MAR 20, 2000        **Serial Number:** 76-005,186

**Abandoned:** JUL 24, 2002

**Ownership Details:**

**Applicant:**

LUULUU.COM, INC.

NEW YORK  CORPORATION

648 BROADWAY, SUITE 602

NEW YORK, NEW YORK  10012

**Filing Correspondent:**

MANFRED REIFF

LUULUU COM INC

604 MISSION ST FL 9

SAN FRANCISCO CA 94105-3505

**LOULOU**

# LOULOU

**Status:**     PENDING

SECTION 44 (D)

INTENT TO USE

FILED AS 44(D) APPLICATION

44(E) APPLICATION - CURRENT

**USPTO Status:** PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** AUG 10, 2007

**Goods/Services:**

**International Class 16:** PRINTED PUBLICATIONS, NAMELY BOOKS, MAGAZINES AND NEWSLETTERS ALL RELATING TO SHOPPING FOR CONSUMER GOODS AND FASHION

**International Class 41:** PROVIDING ON-LINE BOOKS, MAGAZINES AND NEWSLETTERS RELATING TO SHOPPING FOR CONSUMER GOODS AND FASHION

**Last Reported Owner:**

ROGERS PUBLISHING LIMITED

CANADA  CORPORATION

333 BLOOR STREET EAST

9TH FLOOR

TORONTO, CANADA  M4W 1G9

**Chronology:**

**Filed:** MAR 09, 2004     **Serial Number:** 78-381,136

**Ownership Details:**

**Applicant:**

ROGERS PUBLISHING LIMITED

CANADA  CORPORATION

333 BLOOR STREET EAST

9TH FLOOR

TORONTO, CANADA  M4W 1G9

**Non-U.S. Application Claimed:** 1203476
**Non-U.S. Application Date:** JAN 15, 2004
**Non-U.S. Application Country:** CANADA

**Non-U.S. Registration Claimed:** TMA689,128
**Non-U.S. Registration Date:** JUN 05, 2007
**Non-U.S. Registration Country:** CANADA

**Filing Correspondent:**

        DAVID M. SILVERMAN, ESQ.

        DAVIS WRIGHT TREMAINE LLP

        SUITE 200

        1919 PENNSYLVANIA AVE., N.W.

        WASHINGTON DC 20006

**Domestic Representative:** DAVID M. SILVERMAN, ESQ.



**LULU**

  **Worldwide Filings = 1**

**Status:**      PENDING

INTENT TO USE

COLOR DRAWING - CURRENT

**USPTO Status:** REPORT COMPLETED SUSPENSION CHECK - CASE STILL SUSPENDED

**USPTO Status Date:** MAY 08, 2007

**Goods/Services:**

**International Class 25:** WOMEN'S APPAREL NAMELY PANTS, JEANS, BLOUSES, SHIRTS, DRESSES, SKIRTS, SWEAT SUITS, JACKETS, BLAZERS, HATS, SWEATERS, SCARVES, SUITS, SKORTS, COATS

**Last Reported Owner:**

LULU FASHION CO., LLC

**Composed Of:** ZOLEKA MCQUEEN

NEW YORK  LIMITED LIABILITY CO.

123-33 83RD AVE, APT 1805

KEW GARDENS, NEW YORK  11415

**Chronology:**

**Filed:** MAR 20, 2005      **Serial Number:** 78-591,130

**Ownership Details:**

**Applicant:**

LULU FASHION CO., LLC

**Composed Of:** ZOLEKA MCQUEEN

NEW YORK  LIMITED LIABILITY CO.

123-33 83RD AVE, APT 1805

KEW GARDENS, NEW YORK  11415

**Claims:**

THE COLOR(S) WHITE PEARL IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE MARK CONSISTS OF THE WORD LULU IN A STYLIZED FONT WITH BLACK LETTERING AND FEATURES A WHITE PEARL DESIGN NEXT TO IT.

**Filing Correspondent:**

LULU FASHION CO., LLC

12333 83RD AVE APT 1805

KEW GARDENS, NY 11415-3437



**LULU**

  **Worldwide Filings = 1**

**Status:**    PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** REPORT COMPLETED SUSPENSION CHECK - CASE
STILL SUSPENDED
**USPTO Status Date:** AUG 15, 2007

**Goods/Services:**
**International Class 14:** COSTUME JEWELRY
**International Class 25:** CLOTHING, NAMELY BELTS AND SASHES
**First Used:** JUL 10, 2004  (INTL. CL. 14)
**In Commerce:** JUL 10, 2004
**First Used:** FEB 28, 2002  (INTL. CL. 25)
**In Commerce:** FEB 28, 2002

**Last Reported Owner:**

    FANTASIA ACCESSORIES, LTD.
NEW YORK  CORPORATION
31 WEST 34TH STREET
NEW YORK, NEW YORK  10001

**We Have Located Other Marks With This Owner**
LULU                            USPTO            Page 68

**Chronology:**
**Filed:** SEP 30, 2005          **Serial Number:** 78-724,045

**Ownership Details:**
**Applicant:**
FANTASIA ACCESSORIES, LTD.
NEW YORK  CORPORATION
31 WEST 34TH STREET
NEW YORK, NEW YORK  10001
**Other U.S. Registrations:** 3,029,550
**Filing Correspondent:**
JAY A. BONDELL, ESQ.
SCHWEITZER CORNMAN GROSS & BONDELL LLP
292 MADISON AVE FL 19
NEW YORK, NY 10017-6313

LU+LU

### LU+LU

**Status:**   REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** MAR 31, 2007

**Goods/Services:**
**International Class 25:** CLOTHING FOR WOMEN, NAMELY SWEATERS, AND KNITWEAR, NAMELY, SKIRTS, VESTS, TOPS, PANTS, SHIRTS, JACKETS AND SUITS
**First Used:** JAN 1998  (INTL. CL. 25)
**In Commerce:** MAR 1999

**Last Reported Owner:**

 FU KONG, INC.
CALIFORNIA  CORPORATION
2455 LEE AVENUE
SOUTH EL MONTE, CALIFORNIA  91733

**We Have Located Other Marks With This Owner**

LULU                              Common Law      Page 574

**Chronology:**
**Filed:** FEB 02, 1999       **Serial Number:** 75-634,506
**Published For Opposition:** DEC 28, 1999
**Registered:** MAR 06, 2001    **Registration Number:** 2,434,055
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.  MAR 31, 2007

**Ownership Details:**
**Registrant:**
FU KONG, INC.
CALIFORNIA  CORPORATION
2455 LEE AVENUE
SOUTH EL MONTE, CALIFORNIA  91733

**Design Phrase:**
THE MARK CONSISTS OF TWO WORD FRAGMENTS ″LU″ AND ″LU″, CONNECTED BY A STYLIZED ″PLUS″ SIGN.

**Other U.S. Registrations:** 2,048,809
**Filing Correspondent:**
DANTON K. MAK
SHELDON MAK ROSE & ANDERSON
225 SOUTH LAKE AVENUE, SUITE 900

PASADENA CALIFORNIA 91101



**LU-LU**

**Status:**   REGISTERED
            AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** APR 29, 2003

**Goods/Services:**

**International Class 16:**  STATIONERY, GREETING CARDS, NOTE
CARDS, GIFT WRAPPING PAPER, PAPER INVITATIONS
**First Used:** DEC 01, 2000  (INTL. CL. 16)
**In Commerce:** JAN 01, 2001

**Last Reported Owner:**

MADISON PARK GREETINGS, INC.
WASHINGTON  CORPORATION
1407 11TH AVENUE
SEATTLE, WASHINGTON  98122-3901

**Chronology:**

**Filed:** OCT 15, 2001          **Serial Number:** 76-326,108
**Published For Opposition:** FEB 04, 2003
**Registered:** APR 29, 2003    **Registration Number:** 2,710,747

**Ownership Details:**

**Registrant:**

MADISON PARK GREETINGS, INC.
WASHINGTON  CORPORATION
1407 11TH AVENUE
SEATTLE, WASHINGTON  98122-3901

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING
INDIVIDUAL.

**Filing Correspondent:**

CLARK A. PUNTIGAM
JENSEN & PUNTIGAM, P.S.
2033 6TH AVE STE 1020
SEATTLE WA 98121-2527



### LULU

**Status:**     PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED

**USPTO Status Date:** AUG 29, 2007

**Goods/Services:**

**International Class 25:**  SANDALS WITH INTERCHANGEABLE STRAPS

**First Used:** JAN 06, 2007  (INTL. CL. 25)

**In Commerce:** JAN 06, 2007

**Last Reported Owner:**

LULU DESIGN, INC.

FLORIDA  CORPORATION

34 NORTH PINE CIRCLE

BELLEAIR, FLORIDA  33796

**Chronology:**

**Filed:** MAY 17, 2007          **Serial Number:** 77-183,301

**Ownership Details:**

**Applicant:**

LULU DESIGN, INC.

FLORIDA  CORPORATION

34 NORTH PINE CIRCLE

BELLEAIR, FLORIDA  33796

**Design Phrase:**

THE MARK CONSISTS OF LU AND LU SIDEWAYS.

**Filing Correspondent:**

H. WILLIAM LARSON

LARSON & LARSON, P.A.

11199 69TH STREET NORTH

LARGO, FL 33773

**LULU**

LuLu

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND

**USPTO Status Date:** AUG 07, 2006

**Goods/Services:**

**International Class 25:**  CLOTHING, NAMELY SHORTS, SKIRTS, PANTS, SHIRTS, HATS, SWIMSUITS, JACKETS, SWEATERS, SHOES, TOPS AND BOTTOMS

**Last Reported Owner:**

THE LULU LIFE

**Composed Of:** ARCHER MCWHORTER III, USA SARAH D MCWHORTER, CANADA

CALIFORNIA  PARTNERSHIP

364 LIVERPOOL DR

CARDIFF BY THE SEA, CALIFORNIA  92007

**Chronology:**

**Filed:** FEB 25, 2005          **Serial Number:** 78-575,720

**Abandoned:** JUL 07, 2006

**Ownership Details:**

**Applicant:**

THE LULU LIFE

**Composed Of:** ARCHER MCWHORTER III, USA SARAH D MCWHORTER, CANADA

CALIFORNIA  PARTNERSHIP

364 LIVERPOOL DR

CARDIFF BY THE SEA, CALIFORNIA  92007

**Filing Correspondent:**

TREY MCWHORTER

2081 GLASGOW AVE

CARDIFF BY THE SEA CA 92007



**LULU**

**Status:**    ABANDONED

    **USPTO Status:** ABANDONED-FAILURE TO RESPOND
    **USPTO Status Date:** JUN 10, 1994

**Goods/Services:**
    **International Class 25:** WOMEN'S SPORTSWEAR APPAREL
    MANUFACTURER
    **First Used:** APR 1989 (INTL. CL. 25)
    **In Commerce:** APR 1989

**Last Reported Owner:**
    ACKO GARMENT DIVISION, INC.
    CALIFORNIA CORPORATION
    431 E. 11 TH ST.
    LOS ANGELES, CALIFORNIA 90015

**Chronology:**
    **Filed:** JUL 12, 1993       **Serial Number:** 74-413,411
    **Abandoned:** JUN 10, 1994

---

**Ownership Details:**
**Applicant:**
    ACKO GARMENT DIVISION, INC.
    CALIFORNIA CORPORATION
    431 E. 11 TH ST.
    LOS ANGELES, CALIFORNIA 90015
**Filing Correspondent:**
    ACKO GARMENT DIVISION, INC.
    431 E. 11TH ST.
    LOS ANGELES, CA 90015

LULU

**LULU**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** DEC 15, 1997

**Goods/Services:**

**International Class 1:** FRAGRANCES FOR USE IN COSMETICS
SOLD EXCLUSIVELY AND SOLELY IN APPLICANT'S STORES

**International Class 25:** WOMEN'S APPAREL, NAMELY, HATS, CAPS,
VISORS, HOODS, BERETS, HEAD BANDS, SWEAT BANDS, EAR
MUFFS, GLOVES, MITTENS, WRIST BANDS, SUSPENDERS, BELTS,
SOCKS, STOCKINGS, PANTYHOSE, BODYSUITS, LEOTARDS,
LEGGINGS, SWEAT SOCKS, THERMAL SOCKS, SHOES,
SNEAKERS, GALOSHES, WADERS, BOOTS, SANDALS, SLIPPERS,
KERCHIEFS, SCARVES, MUFFLERS, BANDANNAS, NECKERCHIEFS,
VESTS, PAJAMAS, ROSES, KIMONOS, CAFTANS, SMOCKS,
APRONS, BOXER SHORTS, BRIEFS, UNDERPANTS, CORSETS,
CORSELETS, GIRDLES, BRASSIERES, BUSTIERS, CHEMISES,
TEDDIES, CAMISOLES, SLIPS, NEGLIGEES, PEIGNOIRS, SHIRTS,
GLOUSES, KNIT TOPS, DRESSES, SKIRTS, JUMPSUITS, PANT
SUITS, ROMPERS, SWIMMING TRUNKS, WET SUITS, THERMAL
UNDERWEAR, UNDERSHIRTS, TUNICS, TANK TOPS, COTTON
WOVEN SHIRTS, KNIT SHIRTS, POLO SHIRTS, T-SHIRTS, SWEAT
SHIRTS, CREW NECK SWEATERS, V-NECK SWEATERS,
TURTLENECK SWEATERS, CARDIGANS, SUITS, JOGGING SUITS,
SHORTS, SWEAT SHORTS, JEANS, PANTS, SLACKS, TROUSERS,
SWEAT PANTS, SKI SUITS, SKI PANTS, SKI BIBS, CAPES, SHAWLS,
BLAZERS, WAISTCOATS, RAIN COATS, OVERCOATS, TOP COATS,
SPORT COATS, PARKAS, BOLERO JACKETS, JACKETS, WIND
RESISTANT JACKETS, OUTER JACKETS, LEATHER JACKETS, SKI
JACKETS, FLANNEL JACKETS, WOOL JACKETS, POLYESTER
WOVEN SHIRTS, RAYON WOVEN SHIRTS, WOOL WOVEN SHIRTS,
LEATHER COATS, ELASTIC WAIST SHORTS, FIXED WAIST
SHORTS, DENIM SHORTS, AND DENIM JACKETS

**Last Reported Owner:**

 PACIFIC SUNWEAR OF CALIFORNIA

CALIFORNIA CORPORATION

5037 E. HUNTER AVENUE

ANAHEIM, CALIFORNIA 92807

**Chronology:**

**Filed:** SEP 30, 1996        **Serial Number:** 75-173,605

**Abandoned:** DEC 15, 1997

**Ownership Details:**

**Applicant:**

PACIFIC SUNWEAR OF CALIFORNIA

CALIFORNIA  CORPORATION

5037 E. HUNTER AVENUE

ANAHEIM, CALIFORNIA  92807

**Filing Correspondent:**

JOHN J MURPHEY

MURPHEY LAW OFFICES

PACIFIC CTR ONE STE 260

701 PALOMAR AIRPORT RD

CARLSBAD CA 92009-1027

LULU

**LULU**

**Status:**    ABANDONED

AMENDED TO USE APPLICATION

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAR 28, 2001

**Goods/Services:**
**International Class 9:** EYEGLASS CASES
**International Class 18:** HANDBAGS
**First Used:** AUG 10, 1994  (INTL. CL. 9)
**In Commerce:** JUN 10, 1995
**First Used:** AUG 10, 1999  (INTL. CL. 18)
**In Commerce:** AUG 10, 1999

**Last Reported Owner:**
ASTUCCI
NEW YORK  CORPORATION
385 5TH AVENUE SUITE 1005
NEW YORK, NEW YORK  10016

**Chronology:**
**Filed:** JAN 12, 2000       **Serial Number:** 75-909,515
**Abandoned:** MAR 28, 2001

**Ownership Details:**
**Applicant:**
ASTUCCI
NEW YORK  CORPORATION
385 5TH AVENUE SUITE 1005
NEW YORK, NEW YORK  10016

**Filing Correspondent:**
STANLEY N. SOLOMON
LAW OFFICES OF STANLEY N. SOLOMON
12 EAST 41ST STREET, FLOOR 6
NEW YORK, NY 10017



## LULU

**Status:**     CANCELLED                **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** OCT 08, 1992

**Goods/Services:**

**International Class 25:** MEN'S SPORTSWEAR, OUTERWEAR AND ACTIVEWEAR, NAMELY, WOVEN AND KNIT SHIRTS AND PANTS, SWEATSHIRTS, SWEATERS, SHORTS, JACKETS AND OVERCOATS

**First Used:** MAY 23, 1985 (INTL. CL. 25)

**In Commerce:** MAY 23, 1985

**Last Reported Owner:**

R.R.J. INDUSTRIES LIMITED
NEW YORK  CORPORATION
1431 BROADWAY
NEW YORK, NEW YORK  10018

**Chronology:**

**Filed:** JUN 10, 1985        **Serial Number:** 73-542,233

**Published For Opposition:** NOV 12, 1985

**Registered:** FEB 04, 1986       **Registration Number:** 1,381,525

**Cancelled:** NOV 17, 1992

**Ownership Details:**

**Registrant:**

R.R.J. INDUSTRIES LIMITED
NEW YORK  CORPORATION
1431 BROADWAY
NEW YORK, NEW YORK  10018

**Filing Correspondent:**

DANIEL S. WOHLFARTH
WALKER, WALKER & KAPILOFF
60 EAST 42ND STREET
NEW YORK, N.Y. 10165

LULU

**LULU**

 Worldwide Filings = 1    

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 13, 2005

**Goods/Services:**
**International Class 18:** BACKPACKS, TOTE BAGS, AND CARRY-ON BAGS
**International Class 25:** SCARVES, GLOVES, HATS, JACKETS, EARMUFFS, HEAD BANDS, AND OUTERWEAR, NAMELY, JACKETS, COATS AND RAINCOATS
**International Class 26:** HAIR ACCESSORIES, NAMELY, BARRETTES, HAIR BANDS AND PONY TAIL HOLDERS
**First Used:** JUN 20, 1999  (INTL. CL. 18)
**In Commerce:** JUN 20, 1999
**First Used:** FEB 08, 2002  (INTL. CL. 25)
**In Commerce:** FEB 08, 2002
**First Used:** JUL 10, 2004  (INTL. CL. 26)
**In Commerce:** JUL 10, 2004

**Last Reported Owner:**

 FANTASIA ACCESSORIES LTD.
NEW YORK  CORPORATION
15 WEST 37TH STREET
NEW YORK, NEW YORK  10018

**We Have Located Other Marks With This Owner**

LULU                    USPTO            Page 57

**Chronology:**
**Filed:** JAN 07, 2000        **Serial Number:** 75-891,087
**Published For Opposition:** OCT 30, 2001
**Opposition/Cancellation Filed:** NOV 30, 2001
**Registered:** DEC 13, 2005    **Registration Number:** 3,029,550

**Trademark Trials and Appeal Board (TTAB) Information:**    

**Opposition Number:** 91150622
**Outcome:** TERMINATED, MAR 23, 2005

**Plaintiff:**
LULU GUINNESS LIMITED

**Defendant:**
FANTASIA ACCESSORIES LTD.

**Mark:** LULU GUINNESS
**Serial Number:** 76-096,343
**Correspondent:**

JOSEPH J. VILLAPOL
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK, NY 10023

**Mark:** LULU
**Serial Number:** 75-891,087
**Trademark Defendant**
**Correspondent:**
JAY A. BONDELL
C/O SCHWEITZER CORNMAN
GROSS & BONDELL LLP
292 MADISON AVENUE, 19TH
FLOOR
NEW YORK, NY 10017

**TTAB Entry:** #31 TERMINATED, MAR 23, 2005
**TTAB Entry:** #30 BOARD'S DECISION: DISMISSED W/O PREJUDICE, MAR 23, 2005

**Ownership Details:**
**Registrant:**

FANTASIA ACCESSORIES LTD.
NEW YORK  CORPORATION
15 WEST 37TH STREET
NEW YORK, NEW YORK  10018

**Filing Correspondent:**

EZRA SUTTON
JAY A. BONDELL
C/O SCHWEITZER CORNMAN GROSS & BONDELL L
292 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10017

**LULU**



## LULU COMPANY

**Status:** PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** APPROVAL FOR PUBLICATION

**USPTO Status Date:** AUG 26, 2007

**Goods/Services:**

**International Class 35:** RETAIL SHOPS FEATURING INFANT, TODDLER, AND CHILDREN'S CLOTHING, DECOTRATIVE ITEMS, JEWELRY, PHOTO ALBUMS, HAIR BOWS, AND OTHER CHILD ACCESSORIES

**First Used:** NOV 01, 2004  (INTL. CL. 35)

**In Commerce:** JAN 29, 2005

**Disclaimers:**

"COMPANY"

**Last Reported Owner:**

THE LULU COMPANY, INC.

ALABAMA  CORPORATION

152 GREENLAWN DRIVE NE

MERIDIANVILLE, ALABAMA  35759

**Chronology:**

**Filed:** AUG 18, 2005          **Serial Number:** 78-695,569

**Ownership Details:**

**Applicant:**

THE LULU COMPANY, INC.

ALABAMA  CORPORATION

152 GREENLAWN DRIVE NE

MERIDIANVILLE, ALABAMA  35759

**Design Phrase:**

THE MARK CONSISTS OF THE WORD "LULU" IN STYLIZED FONT HAVING A BACKWARDS SECOND "L" ADJACENT AN ABSTRACT SYMBOL OF A SUN AND THE WORD COMPANY IN STYLIZED FONT POSITIONED UNDERNEATH THE SECOND "U" AND THE SUN.

**Filing Correspondent:**

ANN I. DENNEN

LANIER FORD SHAVER & PAYNE, P.C.

200 WEST SIDE SQUARE, SUITE 5000

HUNTSVILLE AL 35801



**LOO LOO**

**Status:** CANCELLED        **Cancellation Section:** 8

     **USPTO Status:** CANCELLED - SECTION 8
     **USPTO Status Date:** OCT 25, 1993

**Goods/Services:**
     **International Class 25:** LADIES SHOES
     **First Used:** MAR 26, 1986  (INTL. CL. 25)
     **In Commerce:** MAR 26, 1986

**Last Reported Owner:**
     CHANAL IMPORT, INC.
     NEW YORK  CORPORATION
     9802 218TH STREET
     NEW YORK, NEW YORK  10034

     **We Have Located Other Marks With This Owner**

     LOO LOO             State         Page 441

**Chronology:**
     **Filed:** MAY 16, 1986     **Serial Number:** 73-599,191
     **Published For Opposition:** SEP 16, 1986
     **Registered:** APR 21, 1987     **Registration Number:** 1,437,380
     **Cancelled:** DEC 07, 1993

**Ownership Details:**
**Registrant:**
     CHANAL IMPORT, INC.
     NEW YORK  CORPORATION
     9802 218TH STREET
     NEW YORK, NEW YORK  10034

**Filing Correspondent:**
     WILLIAM T. HOUGH
     312 SOUTH FINLEY AVE.
     BASKING RIDGE, NJ 07920

# LOULOU

**LOULOU**

**Status:**        ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** OCT 06, 2006

**Goods/Services:**

**International Class 25:** LADIES WEAR

**Last Reported Owner:**

DARWICH, CHARLY

ITALY  INDIVIDUAL

499 SEVENTH AVENUE, SUITE 906N

NEW YORK, NEW YORK  10018

**We Have Located Other Marks With This Owner**

LOULOU                              USPTO            Page 73

**Chronology:**

**Filed:** AUG 08, 2005            **Serial Number:** 76-644,514
**Abandoned:** AUG 29, 2006

**Ownership Details:**

**Applicant:**

DARWICH, CHARLY

ITALY  INDIVIDUAL

499 SEVENTH AVENUE, SUITE 906N

NEW YORK, NEW YORK  10018

**Filing Correspondent:**

CHARLY DARWICH

499 7TH AVE RM 906N

NEW YORK, NY 10018-6890

LOULOU

**LOULOU**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JAN 25, 2005

**Goods/Services:**

**International Class 25:** LADIES WEAR

**Last Reported Owner:**

DARWICH, CHARLY

IT  INDIVIDUAL

435 E 79TH ST #6G

NEW YORK, NEW YORK  10021

**We Have Located Other Marks With This Owner**

LOULOU                                    USPTO              Page 72

**Chronology:**

**Filed:** OCT 28, 2003        **Serial Number:** 76-559,560

**Abandoned:** NOV 28, 2004

**Ownership Details:**

**Applicant:**

DARWICH, CHARLY

IT  INDIVIDUAL

435 E 79TH ST #6G

NEW YORK, NEW YORK  10021

**Filing Correspondent:**

CHARLY DARWICH

435 E 79TH ST #6G

NEW YORK NY 10021

LuLu LuLu

### LULU LULU

**Status:**     ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAY 26, 2006

**Goods/Services:**

**International Class 25:** CLOTHING ITEMS, NAMELY, MEN'S SHIRTS,
JACKETS, UNDERWEAR, SPORTSWEAR, SHORTS, PANTS, AND
TIES; WOMEN'S JACKETS, SPORTSWEAR, SKIRTS, PANTS,
SHIRTS, SHORTS, AND CASUAL WEAR

**Last Reported Owner:**

LOTUS INVESTMENTS INC.
CALIFORNIA  CORPORATION
507 E. LIVE OAK ST.#B
SAN GABRIEL, CALIFORNIA  91776

**Chronology:**

**Filed:** MAR 31, 2005          **Serial Number:** 78-599,078
**Abandoned:** MAY 01, 2006

**Ownership Details:**

**Applicant:**

LOTUS INVESTMENTS INC.
CALIFORNIA  CORPORATION
507 E. LIVE OAK ST.#B
SAN GABRIEL, CALIFORNIA  91776

**Filing Correspondent:**

LOTUS INVESTMENTS INC.
507 E LIVE OAK ST APT B
SAN GABRIEL, CA 91776-1589

LULU LOLO

## LULU LOLO

**Status:**    REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** MAR 14, 2007

**Goods/Services:**

**International Class 16:**  [TEMPORARY TATTOOS; PHOTOGRAPH AND SCRAP ALBUMS; ALMANACS;] ANNOUNCEMENT CARDS; [AQUARELLES; DISPOSABLE DIAPERS AND TRAINING UNDERWEAR; PAPER NAPKINS; BAGS FOR MICROWAVE COOKING; PAPER BAGS FOR PACKAGING; BIBS OF PAPER; LOOSE-LEAF BINDERS; BLACKBOARDS; BOOKENDS; BOOKLETS FEATURING INFORMATION ABOUT MOVIES, MYSTERIES, HOLIDAYS AND FICTIONAL CHARACTERS;] BOOK MARKS; BOOKS FEATURING INFORMATION ABOUT MOVIES, MYSTERIES, HOLIDAYS AND FICTIONAL CHARACTERS; [BOXES FOR PENS; CARDBOARD AND PAPER BOXES; CALENDARS;] GREETING CARDS, NOTE CARDS, AND POST CARDS; [PLAYING CARDS; CIGAR BANDS; PAPER COASTERS; CONFETTI; DECALS; TAPE DISPENSERS; DRAWING PADS; EMBROIDERY DESIGN PATTERNS; ENGRAVINGS; ENVELOPES; ERASING PRODUCTS, NAMELY, PENCIL ERASERS, CHALKBOARD ERASERS; ETCHINGS; PAPER FACE TOWELS; PAPER MACHE FIGURINES; PAPER FLAGS; FOLDERS; PRINTED FORMS; FOUNTAIN PENS; GRAPHIC PRINTS; GRAPHIC REPRESENTATIONS; GRAPHIC ART REPRODUCTIONS;] GREETING CARDS;[ PAPER HANDKERCHIEFS; CARDBOARD HAT BOXES; INDEX CARDS; LABELS NOT OF TEXTILES, NAMELY, PRINTED LABELS AND ADDRESS LABELS; LITHOGRAPHS; MAGAZINES FEATURING INFORMATION ABOUT MOVIES, MYSTERIES, HOLIDAYS AND FICTIONAL CHARACTERS; PAPER NAPKINS FOR REMOVING MAKE-UP; NOTE BOOKS; STATIONERY AND WRITING PADS; PAINT BOXES; FRAMED AND UNFRAMED PAINTINGS; WRAPPING PAPER; WRITING PAPER; PAPERWEIGHTS; PASTELS; PEN CASES; PENCIL HOLDERS; PENCIL SHARPENERS; PENCILS; PHOTO-ENGRAVINGS; MOUNTED AND UNMOUNTED PHOTOGRAPHS; PICTURES; PLACE CARDS; PAPER PLACE MATS; PORTRAITS; POSTCARDS; POSTERS; ART PRINTS; GRADUATED RULES; SCRAPBOOKS; SEALING STAMPS; PAPER SEALS;' SIGNBOARDS OF PAPER AND CARDBOARD; SONG BOOKS; RUBBER STAMPS; STAPLES; STENCILS; STICKERS; PAPER TABLE CLOTHS AND LINENS; PRINTED TICKETS; TISSUE PAPER; BATHROOM TISSUE; FACIAL TISSUE; TOILET PAPER; FOOD WRAPPERS; AND SLATE BOARDS FOR WRITING]

**First Used:** NOV 15, 1998  (INTL. CL. 16)
**In Commerce:** NOV 15, 1998

**Last Reported Owner:**

EVANS, LOIS
UNITED STATES  INDIVIDUAL
331 EAST 116 STREET
NEW YORK, NEW YORK  10029-1502

**Chronology:**

**Filed:** APR 27, 1998          **Serial Number:** 75-474,713
**Published For Opposition:** NOV 09, 1999
**Registered:** JAN 30, 2001          **Registration Number:** 2,425,513
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  MAR 14, 2007

**Ownership Details:**
**Registrant:**

EVANS, LOIS
UNITED STATES  INDIVIDUAL
331 EAST 116 STREET
NEW YORK, NEW YORK  10029-1502

**Filing Correspondent:**

JOSEPH F NICHOLSON
KENYON & KENYON
1 BROADWAY
NEW YORK NY 10004

**LULI**

luli

**Status:**    PENDING

INTENT TO USE

FILED AS USE APPLICATION

**USPTO Status:** RESPONSE AFTER FINAL REJECTION - ENTERED
**USPTO Status Date:** AUG 06, 2007

**Goods/Services:**

**International Class 16:** PRINTED MATERIALS AND GOODS, NAMELY, POSTERS, PAPER SIGNS, CALENDARS, PAPER LABELS, STICKERS AND PAPER TAGS

**International Class 18:** GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER, NAMELY, TRUNKS; VALISES; TRAVELING BAGS; LUGGAGE FOR TRAVEL; GARMENT BAGS FOR TRAVEL; VANITY CASES SOLD EMPTY; RUCKSACKS; HAND BAGS; BEACH BAGS; SHOPPING BAGS MADE OF

**International Class 25:** CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, COATS, RAINCOATS, WAISTCOAT, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS, GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES, SLIPPERS AND BELTS

**First Used:** 2003  (INTL. CL. 16)
**In Commerce:** 2003
**First Used:** 2003  (INTL. CL. 18)
**In Commerce:** 2003
**First Used:** 2003  (INTL. CL. 25)
**In Commerce:** 2003

**Last Reported Owner:**

MARTINELLIE, INC.
CALIFORNIA  CORPORATION
142 HERLONG AVE.
SAN JOSE, CALIFORNIA  95123

**Chronology:**

**Filed:** FEB 07, 2005          **Serial Number:** 78-562,331

**Ownership Details:**
**Applicant:**

MARTINELLIE, INC.
CALIFORNIA  CORPORATION
142 HERLONG AVE.
SAN JOSE, CALIFORNIA  95123

**Filing Correspondent:**

MARTINELLIE, INC.
142 HERLONG AVE
SAN JOSE, CA 95123-3715

LULA

**LULA**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 27, 2005

**Goods/Services:**
**International Class 13:**  LOADER AND/OR UNLOADER FOR
FIREARM MAGAZINES
**First Used:** NOV 28, 2001  (INTL. CL. 13)
**In Commerce:** JAN 30, 2002

**Last Reported Owner:**
TAL, GUY
ISRAEL  INDIVIDUAL
P O BOX 302
ROSH HA'AYIN, ISRAEL  48103

**Chronology:**
**Filed:** MAR 29, 2004        **Serial Number:** 78-392,639
**Published For Opposition:** JUL 05, 2005
**Registered:** SEP 27, 2005    **Registration Number:** 3,001,252

**Ownership Details:**
**Registrant:**
TAL, GUY
ISRAEL  INDIVIDUAL
P O BOX 302
ROSH HA'AYIN, ISRAEL  48103

**Filing Correspondent:**
DAVID PRESSMAN
1070 GREEN ST., #1402
SAN FRANCISCO CA 94133-5418

**Domestic Representative:** DAVID PRESSMAN

# LULA

**LULA**

 **Worldwide Filings = 1**

**Status:**     PUBLISHED

INTENT TO USE

**USPTO Status:** THIRD EXTENSION - GRANTED
**USPTO Status Date:** AUG 06, 2007

**Goods/Services:**

**International Class 14:**  JEWELRY

**Last Reported Owner:**

MIMI SO INTERNATIONAL LLC

DELAWARE  LIMITED LIABILITY CO.

645 5TH AVENUE, 5TH FLOOR

NEW YORK, NEW YORK  10022

**Chronology:**

**Filed:** NOV 19, 2004          **Serial Number:** 78-520,432

**Published For Opposition:** OCT 11, 2005

**Ownership Details:**

**Applicant:**

MIMI SO INTERNATIONAL LLC

DELAWARE  LIMITED LIABILITY CO.

645 5TH AVENUE, 5TH FLOOR

NEW YORK, NEW YORK  10022

**Filing Correspondent:**

LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

# LALOO

**LALOO**

**Status:**     PUBLISHED

INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE - ISSUED

**USPTO Status Date:** AUG 14, 2007

**Goods/Services:**

**International Class 18:** HANDBAGS, TOTE BAGS, CARRY-ON BAGS, SPORT BAGS, OVERNIGHT BAGS

**Last Reported Owner:**

KIT WARE, INC.

CALIFORNIA  CORPORATION

10850 WILSHIRE BLVD., STE. 1200

LOS ANGELES, CALIFORNIA  90024

**We Have Located Other Marks With This Owner**

LALOO                                USPTO              Page 92

**Chronology:**

**Filed:** OCT 16, 2006          **Serial Number:** 77-022,188

**Published For Opposition:** MAY 22, 2007

**Ownership Details:**

**Applicant:**

KIT WARE, INC.

CALIFORNIA  CORPORATION

10850 WILSHIRE BLVD., STE. 1200

LOS ANGELES, CALIFORNIA  90024

**Filing Correspondent:**

ELLIE SCHWIMMER

KEATS, MCFARLAND & WILSON LLP

9720 WILSHIRE BLVD PH

BEVERLY HILLS, CA 90212-2017

# Lilou

### LILOU

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 28, 2007

**Goods/Services:**

**International Class 25:** LEATHER BELTS; MANTLES; MUFFLERS; NON-DISPOSABLE CLOTH TRAINING PANTS; PARTS OF CLOTHING, NAMELY, GUSSETS FOR TIGHTS, GUSSETS FOR STOCKINGS, GUSSETS FOR BATHING SUITS, GUSSETS FOR UNDERWEAR, GUSSETS FOR LEOTARDS AND GUSSETS FOR FOOTLETS; PERSPIRATION ABSORBENT UNDERWEAR CLOTHING; SHIFTS; SHORT SETS; SHOULDER PADS FOR CLOTHING; SHOULDER WRAPS; SWADDLING CLOTHES; TIES; TOPS; UNDERARM CLOTHING SHIELDS; WRAPS, DRESSES, JEANS, TEE-SHIRT,JO GGING,PANTS,SHIRTS,SWEATER,SHIRTS; CLOTHING, NAMELY TROUSERS, PANTS, JOGGING SUITS, SHORTS, SKIRTS, DRESSES, TOPS, SHIRTS, SWEATSHIRTS, WAISTCOATS, JUMPERS, SHAWLS, JACKETS, RAINCOATS, SUITS, TIES, SCARVES, STOCKINGS, SOCKS, GLOVES, UNDERWEAR, PAJAMAS, NIGHT GOWNS; BATHING SUITS; SHOES, NAMELY, MOCCASINS, TENNIS SHOES, BOOTS; HEADGEAR, NAMELY, HATS, CAPS

**Last Reported Owner:**

JEHAN DAVID
FRANCE  INDIVIDUAL
8665 BURTON WAY
APT#517
LOS ANGELES, CALIFORNIA  90048

**Chronology:**

**Filed:** NOV 29, 2006       **Serial Number:** 77-053,553

**Ownership Details:**

**Applicant:**

JEHAN DAVID
FRANCE  INDIVIDUAL
8665 BURTON WAY
APT#517
LOS ANGELES, CALIFORNIA  90048

**Filing Correspondent:**

DAVID JEHAN
8665 BURTON WAY APT 517

LOS ANGELES, CA 90048-3995