US-30
**Group:** Three

# LULEH

**LULEH**

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** AUG 09, 2007

**Goods/Services:**

**International Class 25:** FOUNDATION GARMENTS; PANTIES;
BRASSIERES; UNDERWEAR; BRIEFS; BODY BRIEFERS; BODY
SUITS; SHAPEWEAR, NAMELY, GIRDLES AND CAMISOLES;
WOMEN'S INTIMATE APPAREL, NAMELY, WOMEN'S UNDERGARM
ENTS, LINGERIE, BUSTIERS, BANDEAUX, CORSETS,
CORSELETTES, PANTI-GIRDLES AND SLIPS

**Last Reported Owner:**

    MAIDENFORM, INC.
NEW YORK  CORPORATION
154 AVENUE E
BAYONNE, NEW JERSEY  07002

**Chronology:**

**Filed:** AUG 06, 2007       **Serial Number:** 77-247,758

**Ownership Details:**

**Applicant:**

MAIDENFORM, INC.
NEW YORK  CORPORATION
154 AVENUE E
BAYONNE, NEW JERSEY  07002

**Filing Correspondent:**

JENNIFER PRIOLEAU
154 AVENUE E
BAYONNE, NJ 07002-4435



**LI LU**

**Translation:**

> THE NON-LATIN CHARACTER(S) IN THE MARK TRANSLITERATES INTO "LI" AND "LU", AND THIS MEANS "REASON OR RIGHT" AND "A LAW OR A RULE" IN ENGLISH.

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 14, 2006

**Goods/Services:**

> **International Class 16:** PRINTED MATTERS AND PUBLICATIONS, NAMELY, MAGAZINES, BOOKS, BULLETINS, AND NEWSLETTERS IN THE LEGAL FIELD
> **International Class 42:** LEGAL SERVICES
> **First Used:** AUG 11, 1992  (INTL. CL. 16)
> **In Commerce:** SEP 05, 1996
> **First Used:** JAN 01, 1996  (INTL. CL. 42)
> **In Commerce:** JAN 1996

**Last Reported Owner:**

> CHEN, C.V.
> DBA LEE AND LI
> TAIWAN  INDIVIDUAL
> 7TH FLOOR, 201, TUN HUA NORTH ROAD
> TAIPEI, TAIWAN

> **We Have Located Other Marks With This Owner**

> LI LU FA LU SHIH WU AO          USPTO          Page 314

> LI, KWAN-TAO
> DBA LEE AND LI
> TAIWAN  INDIVIDUAL
> 7TH FLOOR, 201, TUN HUA NORTH ROAD
> TAIPEI, TAIWAN

> **We Have Located Other Marks With This Owner**

> LI LU FA LU SHIH WU AO          USPTO          Page 314

**Chronology:**

> **Filed:** MAR 01, 2005          **Serial Number:** 78-577,248
> **Published For Opposition:** NOV 22, 2005
> **Registered:** FEB 14, 2006    **Registration Number:** 3,059,053

**Ownership Details:**
**Registrant:**

CHEN, C.V.
DBA LEE AND LI
TAIWAN  INDIVIDUAL
7TH FLOOR, 201, TUN HUA NORTH ROAD
TAIPEI, TAIWAN

LI, KWAN-TAO
DBA LEE AND LI
TAIWAN  INDIVIDUAL
7TH FLOOR, 201, TUN HUA NORTH ROAD
TAIPEI, TAIWAN

**Filing Correspondent:**

MARK A. NIEDS
LEYDIG VOIT & MAYER LTD
TWO PRUDENTIAL PLZ STE 4900
CHICAGO IL 60601

**Domestic Representative:** MARK A. NIEDS

## Lula

**LULA**

**Status:**     PENDING
INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** AUG 29, 2007

**Goods/Services:**

**International Class 25:**  (BASED ON INTENT TO USE) BELTS; CAPS;
CLOTHING, NAMELY, ARM WARMERS; CLOTHING, NAMELY,
WRAP-AROUNDS; CORSETS; HOODS; JERSEYS; LEATHER BELTS;
PARTS OF CLOTHING, NAMELY, GUSSETS FOR TIGHTS, GUSSETS
FOR STOCKINGS, GUSSETS FOR BATHING SUITS, GUSSETS FOR
UNDERWEAR, GUSSETS FOR LEOTARDS AND GUSSETS FOR
FOOTLETS; PERSPIRATION ABSORBENT UNDERWEAR CLOTHING;
SHIFTS; SHORT SETS; SHOULDER WRAPS; SWADDLING
CLOTHES; TIES; TOPS; UNDERARM CLOTHING SHIELDS; WRAPS;
SWIMWEAR

**Last Reported Owner:**

ORIGLIOSSO, ELKIE M.
DBA BRITTON, ELKIE M.
**Composed Of:** ERIKA L. GIBSON TOMPALL GIBSON JOHN
ORIGLIOSSO
ILLINOIS  PARTNERSHIP
1939 S. MORRISON
COLLINSVILLE, ILLINOIS  62234

GIBSON, ERIKA L.
DBA COX, ERIKA L.
**Composed Of:** TOMPALL GIBSON ELKIE ORIGLIOSSO JOHN
ORIGLIOSSO
ILLINOIS  PARTNERSHIP
1702 KAREN CT.
GODFREY, ILLINOIS  62035

**Chronology:**

**Filed:** AUG 26, 2007          **Serial Number:** 77-264,579

**Ownership Details:**
**Applicant:**

ORIGLIOSSO, ELKIE M.
DBA BRITTON, ELKIE M.
**Composed Of:** ERIKA L. GIBSON TOMPALL GIBSON JOHN
ORIGLIOSSO

ILLINOIS  PARTNERSHIP
1939 S. MORRISON
COLLINSVILLE, ILLINOIS  62234

GIBSON, ERIKA L.
DBA COX, ERIKA L.
**Composed Of:** TOMPALL GIBSON ELKIE ORIGLIOSSO JOHN
ORIGLIOSSO
ILLINOIS  PARTNERSHIP
1702 KAREN CT.
GODFREY, ILLINOIS  62035

**Filing Correspondent:**

GIBSON, ERIKA L.
1702 KAREN CT
GODFREY, IL 62035-1330

**LULA**

# LULA

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 12, 2006

**Goods/Services:**

**International Class 41:** ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, PROVIDING ONLINE GAMES, PRODUCT TRIVIA AND ACTIVITIES FOR CHILDREN
**First Used:** DEC 17, 2004  (INTL. CL. 41)
**In Commerce:** DEC 17, 2004

**Last Reported Owner:**

MATTEL, INC.
DELAWARE  CORPORATION
333 CONTINENTAL BLVD.
EL SEGUNDO, CALIFORNIA  90245-5012

**Chronology:**

**Filed:** MAY 17, 2004          **Serial Number:** 78-420,055
**Published For Opposition:** OCT 11, 2005
**Registered:** SEP 12, 2006     **Registration Number:** 3,143,053

**Ownership Details:**
**Registrant:**

MATTEL, INC.
DELAWARE  CORPORATION
333 CONTINENTAL BLVD.
EL SEGUNDO, CALIFORNIA  90245-5012

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

MICHAEL MOORE
MATTEL, INC.
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 90245-5012

LA LU

**LA LU**

**Status:**     ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** FEB 25, 2005

**Goods/Services:**
**International Class 41:** ENTERTAINMENT SERVICES IN THE
NATURE OF A TELEVISION SERIES FEATURING LIVE ACTION,
PUPPETS AND ANIMATION

**Last Reported Owner:**

BAGDASARIAN PRODUCTIONS, LLC
CALIFORNIA  LIMITED LIABILITY CO.
1192 EAST MOUNTAIN DR.
MONTECITO, CALIFORNIA  93108

**Chronology:**
**Filed:** APR 09, 2003     **Serial Number:** 76-505,141
**Published For Opposition:** JUN 01, 2004
**Abandoned:** FEB 25, 2005

**Ownership Details:**
**Applicant:**
BAGDASARIAN PRODUCTIONS, LLC
CALIFORNIA  LIMITED LIABILITY CO.
1192 EAST MOUNTAIN DR.
MONTECITO, CALIFORNIA  93108

**Filing Correspondent:**
BAGDASARIAN PRODUCTIONS, LLC
1192 E MOUNTAIN DR
MONTECITO CA 93108-1119

LULUA

**LULUA**

 **Worldwide Filings = 1**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAY 25, 1993

**Goods/Services:**

**International Class 25:** MEN'S, WOMEN'S AND CHILDREN'S SHOES

**Last Reported Owner:**

PRESIDENT GLOBAL CORPORATION

CALIFORNIA  CORPORATION

6965 ARAGON CIRCLE

BUENA PARK, CALIFORNIA  90622-6738

**Chronology:**

**Filed:** AUG 19, 1991        **Serial Number:** 74-195,865

**Published For Opposition:** SEP 01, 1992

**Abandoned:** MAY 25, 1993

**Ownership Details:**

**Applicant:**

PRESIDENT GLOBAL CORPORATION

CALIFORNIA  CORPORATION

6965 ARAGON CIRCLE

BUENA PARK, CALIFORNIA  90622-6738

**Filing Correspondent:**

ROBERT A. SELDON

ASHEN MARTIN SELDON LIPPMAN & SCILLIERI

10920 WILSHIRE BLVD., SUITE 1000

LOS ANGELES, CA 90024

# LALOO

**LALOO**



**Status:**   PUBLISHED

INTENT TO USE

**USPTO Status:** REQUEST FOR EXTENSION OF TIME TO FILE
OPPOSITION
**USPTO Status Date:** JUL 05, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY T-SHIRTS, DRESSES,
JACKETS, SKIRTS, PANTS, SHORTS, SWEATERS, SWEATSHIRTS,
UNDERGARMENTS, SCARVES, GLOVES, SOCKS, HATS AND CAPS

**Last Reported Owner:**

KIT WARE, INC.
CALIFORNIA  CORPORATION
10850 WILSHIRE BLVD., STE. 1200
C/O JOHN D. CANNON
LOS ANGELES, CALIFORNIA  90024

**We Have Located Other Marks With This Owner**

LALOO                                    USPTO                  Page 81

**Chronology:**

**Filed:** OCT 16, 2006        **Serial Number:** 77-022,176
**Published For Opposition:** JUN 05, 2007

---

**Trademark Trials and Appeal Board (TTAB) Information:**

**Extension of Time to Oppose Number:** 77022176
**Extension of Time to Oppose Filed:** JUL 05, 2007
**Outcome:** NOT INSTITUTED  JUL 05, 2007

**Potential Opposer:**                   **Applicant:**
ERICPANCIULO                             KIT WARE, INC.

**Mark:**                                **Mark:** LALOO
**Serial Number:**                       **Serial Number:** 77-022,176
**Correspondent:**                       **Correspondent:**
ANDREW ROPPEL                            ELLIE SCHWIMMER
HOLLAND & HART LLP                       KEATS, MCFARLAND & WILSON
PO BOX 8749, ATTN. MICHELE               LLP
CLARK                                    9720 WILSHIRE BLVD PH
DENVER, CO 80201-8749 US                 BEVERLY HILLS, CA 90212-2017

**TTAB Entry:** #2 REQ. FOR EXTENSION OF TIME TO OPPOSE, JUL 05, 2007

**TTAB Entry:** #1 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), JUL 05, 2007

**Ownership Details:**
**Applicant:**

       KIT WARE, INC.

       CALIFORNIA  CORPORATION

       10850 WILSHIRE BLVD., STE. 1200

       C/O JOHN D. CANNON

       LOS ANGELES, CALIFORNIA  90024

**Filing Correspondent:**

       ELLIE SCHWIMMER

       KEATS, MCFARLAND & WILSON LLP

       9720 WILSHIRE BLVD PH

       BEVERLY HILLS, CA 90212-2017

# HULU

**HULU**

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** AUG 27, 2007

**Goods/Services:**

**International Class 9:** RECORDABLE AND PRE-RECORDED MEDIA,
NAMELY, DVDS, CDS, MUSIC VIDEO INTERACTIVE DISCS (MVIS),
VIDEO AND AUDIO CASSETTES, LASER DISCS; DIGITAL MEDIA,
NAMELY, STREAMING OR DOWNLOADABLE AUDIO-VISUAL
CONTENT IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS,
COMEDY, DRAMA, MUSIC, AND MUSIC VIDEOS; COMPUTER
SOFTWARE, NAMELY, DOWNLOADABLE PLAYERS FOR AUDIO-
VISUAL CONTENT, SOFTWARE TOOLS FOR EDITING OF AUDIO-
VISUAL CONTENT, VIDEO SEARCH AND ANNOTATION SOFTWARE,
CONTENT PROTECTION SOFTWARE, AD TRACKING AND
OPTIMIZATION SOFTWARE, VIDEO GAME SOFTWARE,
INTERACTIVE GAME PROGRAMS, SOFTWARE PLATFORM FOR
PROVIDING PROGRAMMATIC INTERFACES FOR THIRD PARTIES
TO ACCESS WEBSITE CONTENT AND DATA

**International Class 16:** ADDRESS BOOKS; APPOINTMENT BOOKS;
PENS; BINDERS; BOOKMARKS; BOOKS, MAGAZINES,
NEWSLETTERS, AND PERIODICALS IN THE FIELDS OF GENERAL
ENTERTAINMENT, NEWS, MUSIC, FILMS, TELEVISION, AND
SPORTS; BUMPER STICKERS; CALENDARS; STATIONERY; GIFT
CARDS; GIFT WRAPPING PAPER; GLOBES; GREETING CARDS;
GUEST BOOKS; MAPS; MEMO PADS; MODELING CLAY;
NEWSPAPERS; NOTE PAPER; NOTEBOOKS; NOTEBOOK PAPER;
PAPER TABLEWARE; PENCILS; PEN AND PENCIL CASES
PHOTOGRAPH ALBUMS; POSTERS; WRITING PAPER; WRITING
IMPLEMENTS

**International Class 18:** ALL PURPOSE SPORT BAGS; ATHLETIC
BAGS; BACKPACKS; BEACH BAGS; BOOK BAGS; CALLING CARD
CASES; CHANGE PURSES; COIN PURSES; DUFFEL BAGS; GYM
BAGS; HANDBAGS; KNAPSACKS; KEY CASES; LEATHER KEY
CHAINS; LUGGAGE TAGS; OVERNIGHT BAGS; PURSES;
SATCHELS; TEXTILE, MESH, AND LEATHER SHOPPING BAGS;
TOTE BAGS; UMBRELLAS; WALLETS

**International Class 25:** CLOTHING, NAMELY, BANDANAS,
BEACHWEAR, BELTS, COATS, DRESSES, FOOTWEAR, GLOVES,
HOSIERY, JACKETS, JEANS, JERSEYS, KERCHIEFS, SLEEPWEAR,
PANTS, PANTY HOSE, RAINWEAR, ROBES, SCARVES, SHORTS,

SHIRTS, SLIPPERS, SWEATERS, SWEAT PANTS, SWEATSHIRTS, SWIMSUITS, TANK TOPS, T-SHIRTS, UNDERWEAR, VESTS, WRIST BANDS; FOOTWEAR; HEADWEAR, NAMELY, HATS, CAPS, VISORS, HEADBANDS

**International Class 28:** ACTION SKILL GAMES; ARCADE GAMES; BOARD GAMES; CARD GAMES; BALLS; BALLOONS; MANIPULATIVE GAMES; PLAYING CARDS; VIDEO GAMES; INTERACTIVE GAMES; TOYS AND PLAYTHINGS; SPORTS EQUIPMENT

**International Class 35:** BUSINESS-TO-BUSINESS ADVERTISING; ONLINE BANNER ADVERTISING AND MARKETING SERVICES; ONLINE RETAIL SERVICES FEATURING STREAMING OR DOWNLO ADABLE AUDIO-VISUAL CONTENT IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY, DRAMA, MUSIC, AND MUSIC VIDEOS

**International Class 38:** BROADCASTING AND STREAMING OF AUDIO-VISUAL CONTENT IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY, DRAMA, MUSIC, AND MUSIC VIDEOS VIA A GLOBAL COMPUTER NETWORK; TRANSMISSION OF DOWNLOADABLE AUDIO-VISUAL CONTENT IN THE NATURE OF FULL-LENGTH, PARTIAL-LENGTH, AND CLIPS FROM MOTION PICTURES, TELEVISION PROGRAMMING, VIDEOS, MUSIC VIDEOS, AND MUSIC; TRANSMISSION OF VIDEO AND INTERACTIVE GAMES; PODCASTING AND WEBCASTING SERVICES; ONLINE FORUMS, CHAT ROOMS, LISTSERVS AND BLOGS OVER THE INTERNET; PROVIDING ONLINE ELECTRONIC BULLETIN BOARDS FOR TRANS MISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; WEB MESSAGING SERVICES; VIDEO-ON-DEMAND TRANSMISSION SERVICES

**International Class 41:** EDUCATION AND ENTERTAINMENT SERVICES, NAMELY ONLINE SERVICES PROVIDING AUDIO-VISUAL CONTENT IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY, DRAMA, MUSIC, AND MUSIC VIDEOS; PROVIDING INTERACTIVE ONLINE GAMES; PROVIDING ONLINE INFORMATION VIA A GLOBAL COMPUTER NETWORK ON THE SUBJECTS OF MOTION PICTURES, TELEVISION PROGRAMMING, VIDEOS, MUSIC VIDEOS, AND MUSIC; PROVIDING ONLINE INTERACTIVE RESOURCE AND PROGRAMMING GUIDES ON THE SUBJECTS OF MOTION PICTURES, TELEVISION PROGRAMMING, VIDEOS, MUSIC VIDEOS, AND MUSIC; ELECTRONIC PUBLISHING SERVICES, NAMELY PUBLICATION OF TEXT, GRAPHICS, PHOTOGRAPHS, IMAGES, AND AUDIO-VISUAL WORK OF OTHERS; ONLINE ELECTRONIC PUBLISHING SERVICES, NAMELY PUBLICATION OF AUDIO-VISUAL CONTENT OF OTHERS; ONLINE; PRODUCTION, DISTRIBUTION, AND RENTAL OF AUDIO-VISUAL WORKS IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY, DRAMA,

MUSIC, AND MUSIC VIDEOS; RENTAL OF VIDEO GAMES;
PRODUCTION OF VIDEO AND COMPUTER GAME SOFTWARE
**International Class 42:** COMPUTER SERVICES, NAMELY,
PROVIDING A WEBSITE FEATURING AUDIO-VISUAL CONTENT IN
THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY,
DRAMA, MUSIC, AND MUSIC VIDEOS; PROVIDING A WEBSITE
FEATURING VIDEO AND INTERACTIVE GAMES; HOSTING OF
DIGITAL CONTENT ON THE INTERNET; HOSTING AND MAINTAINING
AN ONLINE COMMUNITY FEATURING AUDIO-VISUAL CONTENT IN
THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY,
DRAMA, MUSIC, AND MUSIC VIDEOS; PROVIDING PROGRAMMATIC
INTERFACES FOR THIRD PARTIES TO ACCESS WEBSITE
CONTENT AND DATA

**Last Reported Owner:**

N-F NEWSITE, LLC
DELAWARE  LIMITED LIABILITY CO.
12312 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA  90064

**Chronology:**

**Filed:** AUG 22, 2007          **Serial Number:** 77-261,931

**Ownership Details:**
**Applicant:**

N-F NEWSITE, LLC
DELAWARE  LIMITED LIABILITY CO.
12312 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA  90064

**Filing Correspondent:**

CURTIS KRECHEVSKY
CANTOR COLBURN LLP
55 GRIFFIN RD S
BLOOMFIELD, CT 06002-1353

ZULU

**ZULU**

**Status:**   PUBLISHED

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION

**USPTO Status Date:** SEP 04, 2007

**Goods/Services:**

**International Class 9:**  DOWNLOADABLE TIME TRACKING
SOFTWARE

**First Used:** MAR 08, 2001  (INTL. CL. 9)

**In Commerce:** MAR 08, 2001

**Last Reported Owner:**

ROBERT F. ELSE

UNITED STATES  INDIVIDUAL

1914 SANTA BARBARA STREET

SANTA BARBARA, CALIFORNIA  93101

**Chronology:**

**Filed:** SEP 14, 2004        **Serial Number:** 78-483,584

**Published For Opposition:** SEP 04, 2007

**Ownership Details:**

**Applicant:**

ROBERT F. ELSE

UNITED STATES  INDIVIDUAL

1914 SANTA BARBARA STREET

SANTA BARBARA, CALIFORNIA  93101

**Filing Correspondent:**

VICTORIA CARVER

CARVER LAW

PO BOX 1497

SANTA BARBARA CA 93102

XULU

## XULU

 **Worldwide Filings = 1**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 05, 2002

**Goods/Services:**

**International Class 35:**  RETAIL SERVICES FEATURING COMPUTER SOFTWARE AND HARDWARE; COMPUTER GAMES, VIDEO GAMES, BOOKS, COMIC BOOKS, MAGAZINES, TOYS, DECALS, STICKERS, TATTOOS, BACKPACKS, LUNCHBOXES, BICYCLES, COSTUMES, MASKS, WORKS OF ART, GLASSES, DISHES, SERVING TRAYS, POST CARDS, POSTERS, WATCHES, PINS, JEWELRY, SUNGLASSES, KEYCHAINS AND CLOTHING

**International Class 42:**  RESTAURANT SERVICES

**First Used:** OCT 18, 2001  (INTL. CL. 35)
**In Commerce:** OCT 25, 2001
**First Used:** OCT 18, 2001  (INTL. CL. 42)
**In Commerce:** OCT 25, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |

| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**

**Filed:** JUN 06, 1997    **Serial Number:** 75-304,261

**Published For Opposition:** AUG 04, 1998

**Registered:** FEB 05, 2002    **Registration Number:** 2,536,906

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH ST

SAN FRANCISCO CA 94104-2806

ULU

## ULU

**Status:**    REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** OCT 13, 2006

**Goods/Services:**

**International Class 41:** ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY A MUSICAL BAND
**First Used:** MAR 05, 1997 (INTL. CL. 41)
**In Commerce:** MAR 05, 1997

**Last Reported Owner:**

WALLACE, JUSTIN
UNITED STATES  INDIVIDUAL
122 ORCHARD STREET
NEW YORK, NEW YORK  10002

HOFFMAN, DAVID
UNITED STATES  INDIVIDUAL
210 E. 15TH STREET
NEW YORK, NEW YORK  10003

GARDNER, AARON
UNITED STATES  INDIVIDUAL
32-13 79TH STREET
JACKSON HEIGHTS, NEW YORK  11370

CHASOLEN, SCOTT
UNITED STATES  INDIVIDUAL
5 HANSEN PLACE
WAYNE, NEW JERSEY  07470

BENEDETTI, LUCA
ITALY  INDIVIDUAL
47 HICKS STREET #4R
BROOKLYN, NEW YORK  11202

**Chronology:**

**Filed:** JUN 14, 1999    **Serial Number:** 75-725,994
**Published For Opposition:** MAY 16, 2000
**Registered:** AUG 08, 2000    **Registration Number:** 2,374,964
**Affidavit Section:** REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.  OCT 13, 2006

**Ownership Details:**
**Registrant:**

       WALLACE, JUSTIN
       UNITED STATES  INDIVIDUAL
       122 ORCHARD STREET
       NEW YORK, NEW YORK  10002

       HOFFMAN, DAVID
       UNITED STATES  INDIVIDUAL
       210 E. 15TH STREET
       NEW YORK, NEW YORK  10003

       GARDNER, AARON
       UNITED STATES  INDIVIDUAL
       32-13 79TH STREET
       JACKSON HEIGHTS, NEW YORK  11370

       CHASOLEN, SCOTT
       UNITED STATES  INDIVIDUAL
       5 HANSEN PLACE
       WAYNE, NEW JERSEY  07470

       BENEDETTI, LUCA
       ITALY  INDIVIDUAL
       47 HICKS STREET #4R
       BROOKLYN, NEW YORK  11202

**Filing Correspondent:**

       MAX F. SCHUTZMAN,
       GRUNFELD, DESIDERIO, LEBOWITZ ET AL
       399 PARK AVENUE 25TH AVE
       NEW YORK, NEW YORK 10022

ZULU

**ZULU**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 01, 2003

**Goods/Services:**

**International Class 41:** ENTERTAINMENT SERVICES IN THE NATURE OF LIVE PERFORMANCES, NAMELY CARNIVAL PARADES

**First Used:** JAN 02, 1916  (INTL. CL. 41)
**In Commerce:** JAN 02, 1916

**Last Reported Owner:**

 ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**We Have Located Other Marks With This Owner**

ZULU                    USPTO          Page 103

**Chronology:**

**Filed:** AUG 12, 2002        **Serial Number:** 76-441,859
**Published For Opposition:** APR 08, 2003
**Registered:** JUL 01, 2003    **Registration Number:** 2,731,850

**Ownership Details:**
**Registrant:**

ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**Filing Correspondent:**

MARIE BREAUX
MILLING BENSON WOODWARD LLP
SUITE 2300
909 POYDRAS STREET
NEW ORLEANS LA 70112

ZULU

**ZULU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 27, 2003

**Goods/Services:**
**International Class 45:**  SOCIAL CLUB
**First Used:** JAN 02, 1916  (INTL. CL. 45)
**In Commerce:** JAN 02, 1916

**Last Reported Owner:**

OWNER INFO

ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**We Have Located Other Marks With This Owner**

ZULU                              USPTO         Page 102

**Chronology:**
**Filed:** AUG 12, 2002        **Serial Number:** 76-441,860
**Published For Opposition:** MAR 04, 2003
**Registered:** MAY 27, 2003    **Registration Number:** 2,719,314

**Ownership Details:**
**Registrant:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**Filing Correspondent:**
MARIE BREAUX
MILLING BENSON WOODWARD LLP
SUITE 2300
909 POYDRAS STREET
NEW ORLEANS LA 70112

XULU

### XULU

 **Worldwide Filings = 1**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 25, 2001

**Goods/Services:**

**International Class 16:** SERIES OF BOOKS; COMIC BOOKS;
MAGAZINES IN THE FIELDS OF ENTERTAINMENT, EDUCATION AND
ELECTRONICS
**First Used:** AUG 24, 2001  (INTL. CL. 16)
**In Commerce:** AUG 24, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**

**Filed:** JUN 09, 1997          **Serial Number:** 75-305,886

**Published For Opposition:** JUN 02, 1998

**Registered:** DEC 25, 2001    **Registration Number:** 2,522,908

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CA 94104-2878

# RULU

**RULU**

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 04, 2007

**Goods/Services:**

**International Class 9:** DIGITAL AUDIO PLAYERS; DOWNLOADABLE MP3 FILES, MP3 RECORDINGS, ONLINE DISCUSSION BOARDS, WEB CASTS, POD CASTS, WEBINARS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROADCASTS; MEDIA PLAYERS; MP3 PLAYERS; MP4 PLAYERS; PORTABLE LISTENING DEVICES, NAMELY, MP3 PLAYERS; PORTABLE MEDIA PLAYERS

**First Used:** SEP 01, 2006 (INTL. CL. 9)
**In Commerce:** OCT 01, 2006

**Last Reported Owner:**

USA111 INC.
OHIO  CORPORATION
175TH SOUTH 3RD ST.
10TH FLOOR
COLUMBUS, OHIO  43215

**Chronology:**

**Filed:** NOV 28, 2006          **Serial Number:** 77-052,532
**Published For Opposition:** JUN 19, 2007
**Registered:** SEP 04, 2007      **Registration Number:** 3,287,664

**Ownership Details:**

**Registrant:**

USA111 INC.
OHIO  CORPORATION
175TH SOUTH 3RD ST.
10TH FLOOR
COLUMBUS, OHIO  43215

**Filing Correspondent:**

USA111 INC.
10TH FLOOR
175TH SOUTH 3RD ST.
COLUMBUS, OH 43215

XULU

**XULU**

 Worldwide Filings = 1    

**Status:**    REGISTERED

AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 02, 2002

**Goods/Services:**

International Class 28:  MECHANICAL AND ELECTRIC ACTION
TOYS; PLUSH STUFFED ANIMALS AND TOYS; DOLLS; BOARD
GAMES; BATH TOYS; MUSICAL TOYS; CONSTRUCTION TOYS;
FANTASY CHARACTER TOYS; INFLATABLE TOYS; PULL TOYS;
TALKING TOYS; MODEL VEHICLES AND RELATED ACCESSORIES
SOLD AS UNITS, MODELS, ROBOTS, FIGURINES, ACTION FIGURES
AND ACCESSORIES THEREFOR, TOY VEHICLES, TOY FIGURES,
WIND-UP TOYS, SCIENCE KITS
**First Used:** NOV 15, 2001  (INTL. CL. 28)
**In Commerce:** NOV 15, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |

XULU                                    USPTO        Page 375

XULU                                    USPTO        Page 390

## Chronology:

**Filed:** JUN 09, 1997        **Serial Number:** 75-305,884

**Published For Opposition:** AUG 25, 1998

**Opposition/Cancellation Filed:** JAN 21, 2000

**Registered:** JUL 02, 2002        **Registration Number:** 2,588,677

---

## Trademark Trials and Appeal Board (TTAB) Information:        TTAB

**Opposition Number:** 91117037

**Outcome:** TERMINATED, MAY 21, 2001

| **Plaintiff:** | **Defendant:** |
|---|---|
| XULU ENTERTAINMENT, INC. | MANHATTAN GROUP L.L.C. |

| | |
|---|---|
| **Mark:** XULU | **Mark:** ZOOLU |
| **Registration Number:** 2,588,677 | **Registration Number:** |
| **Serial Number:** 75-305,884 | **Serial Number:** 75-400,707 |
| **Correspondent:** | **Trademark Defendant** |
| | **Correspondent:** |
| BETH GOLDMAN | ELIZABETH C. BUCKINGHAM |
| HELLER, EHRMAN, WHITE & | DORSEY & WHITNEY LLP |
| MCAULIFFE | PILLSBUTRY CENTER SOUTH 220 |
| 525 UNIVERISTY AVENUE | SOUTH SIXTH STREET |
| PALO ALTO, CA 94301-1900 | MINNEAPOLIS, MN 55402 |

**TTAB Entry:** #15 BOARD'S DECISION: SUSTAINED, MAY 21, 2001

**TTAB Entry:** #14 TERMINATED, MAY 21, 2001

---

## Ownership Details:

## Registrant:

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

## Filing Correspondent:

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH STREET

SAN FRANCISCO CA 94104-2878

XULU

**XULU**

 **Worldwide Filings = 1**

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 21, 2002

**Goods/Services:**

**International Class 9:** MULTI-MEDIA AND VIRTUAL REALITY SOFTWARE IN THE FIELDS OF ACCOUNTING; ADVERTISING; ARCHITECTURE; ANIMAL TRAINING; AMUSEMENT PARKS; ART; DESIGN; ASTROLOGY; AUDIO BROADCASTING, RECORDING AND PRODUCTION; ANTHROPOLOGY; BOOKKEEPING; BUSINESS TECHNIQUES; BUNGEE JUMPING; BIOLOGY; CHEMISTRY; COMPUTERS; COMPUTER PROGRAMMING; COMPUTER SOFTWARE DESIGN; CINEMATOGRAPHY; COOKING; CONSTRUCTION; DATA PROCESSING; DENTISTRY; DESIGN; ECONOMICS; EDUCATION; ENTERTAINMENT; ENGINEERING; EXPLORATION; EXCAVATION; FARMING; FINANCING; FILM PRODUCTION, DEVELOPING AND PROCESSING; FLIGHT SIMULATION; GAMES; GEOLOGY; GARDENING; GRAPHIC DESIGN; HEALTH CARE; HISTORY; HORTICULTURE; HOTEL MANAGEMENT; INDUSTRIAL DESIGN; LANDSCAPE DESIGN; MEDICINE; MATHEMATICS; MERCHANDISING; MECHANICS; MANAGEMENT; MILITARY TRAINING; MINING; MOUNTAIN CLIMBING; MUSIC; NUTRITION; OPTOMETRY; PAINTING; PHYSICS; PRINTING; PSYCHOLOGY; PHYSICAL THERAPY; PARACHUTING; PHOTOGRAPHY; PUBLISHING; RADIO AND TELEVISION BROADCASTING, PROGRAMMING, PRODUCTION AND COMMUNICATION; REAL ESTATE; RACECAR DRIVING; SKIING; SURFING; SCUBA DIVING; SURGERY; SALES; STATISTICS; SCIENCE; SOFTWARE DESIGN; SOUND RECORDINGS; SPORTS; SURVEYING; TECHNOLOGY; TAILORING; TELEMARKETING; TOURISM; TEACHING; TRAVEL; VIDEO BROADCASTING; WATER SPORTS; COMPUTER AND VIDEO GAME SOFTWARE; COMPUTER AND VIDEO GAME HARDWARE INCLUDING WIRELESS HEADSETS, PERSONAL DIGITAL ASSISTANTS, COMPUTERS, INPUT DEVICES, GRAPHIC DISPLAYS, FLAT PANEL DEVICES, GOGGLES AND ELECTRONIC GLASSES, ELECTRONIC GLOVES, VIDEO CAMERAS, JOYSTICKS, ELECTRONIC WHITEBOARDS; GLOBAL COMMUNICATIONS NETWORK GAMES AND DOWNLOADABLE COMPUTER GAME PROGRAMS
**First Used:** NOV 09, 2001  (INTL. CL. 9)
**In Commerce:** NOV 09, 2001

**Last Reported Owner:**

    XULU ENTERTAINMENT INC.

    CALIFORNIA  CORPORATION

    653 RIVER OAKS PARKWAY

    SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| Mark | Office | Page |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**

    **Filed:** JUN 06, 1997    **Serial Number:** 75-304,736

    **Published For Opposition:** AUG 18, 1998

    **Registered:** MAY 21, 2002    **Registration Number:** 2,571,697

**Ownership Details:**

**Registrant:**

    XULU ENTERTAINMENT INC.

    CALIFORNIA  CORPORATION

    653 RIVER OAKS PARKWAY

    SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

    BETH M GOLDMAN

    HELLER EHRMAN WHITE & MCAULIFFE

    333 BUSH STREET

    SAN FRANCISCO, CALIFORNIA 94104-2878



### SULU

**Status:**  REGISTERED

        **USPTO Status:** REGISTERED
        **USPTO Status Date:** FEB 28, 2006

**Goods/Services:**
        **International Class 25:**  CLOTHES, NAMELY SHIRTS, TOPS, TUNICS, SKIRTS AND DRESSES, TROUSERS, SHORTS, SHAWLS AND WRAPS
        **First Used:** OCT 19, 2004  (INTL. CL. 25)
        **In Commerce:** DEC 13, 2004

**Last Reported Owner:**

     G. L. GRANT & COMPANY, LLC
        **Composed Of:** GARDNER L GRANT JR - USA SULABHA H GRANT - USA
        CONNECTICUT  LIMITED LIABILITY CO.
        7 SUNNYSIDE LANE
        WESTPORT, CONNECTICUT  06880

**Chronology:**
        **Filed:** MAR 11, 2005      **Serial Number:** 78-585,449
        **Published For Opposition:** DEC 06, 2005
        **Registered:** FEB 28, 2006      **Registration Number:** 3,063,511

**Ownership Details:**
**Registrant:**
        G. L. GRANT & COMPANY, LLC
        **Composed Of:** GARDNER L GRANT JR - USA SULABHA H GRANT - USA
        CONNECTICUT  LIMITED LIABILITY CO.
        7 SUNNYSIDE LANE
        WESTPORT, CONNECTICUT  06880
**Filing Correspondent:**
        G. L. GRANT & COMPANY, LLC
        7 SUNNYSIDE LN
        WESTPORT, CT 06880-1711

ULU

**ULU**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 13, 2004

**Goods/Services:**
**International Class 25:**  FOOTWEAR
**First Used:** JAN 01, 2002  (INTL. CL. 25)
**In Commerce:** JAN 01, 2002

**Last Reported Owner:**

CHACO, INC.
COLORADO  CORPORATION
39955 HAYDEN ROAD
PAONIA, COLORADO  81428

**Chronology:**
**Filed:** AUG 26, 2002          **Serial Number:** 76-443,761
**Published For Opposition:** APR 08, 2003
**Registered:** JAN 13, 2004      **Registration Number:** 2,805,621

**Ownership Details:**
**Registrant:**
ULU, LLC
DELAWARE  LIMITED LIABILITY CORPORATION
823-B FERRY ROAD
P.O. BOX 540
CHARLOTTE, VERMONT  05445

| **Assignee** | **Assignor** |
|---|---|
| CHACO, INC. | ULU, LLC |
| COLORADO CORPORATION | DELAWARE LIMITED LIABILITY |
| 39955 HAYDEN ROAD | COMPANY |
| PAONIA, COLORADO, 81428 | **Signed:** FEB 21, 2007 |

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** MAR 21, 2007
**Reel/Frame:** 3504/0403
**Correspondent:**
LAWRENCE H. MEIER
199 MAIN STREET
BURLINGTON, VT 05401

**Filing Correspondent:**

        GARY J. NELSON

        CHRISTIE, PARKER & HALE, LLP

        P.O. BOX 7068

        PASADENA CA 91109-7068

XULU

### XULU

 **Worldwide Filings = 1**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 28, 2002

**Goods/Services:**

**International Class 25:**  CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, POLO SHIRTS, ATHLETIC UNIFORMS, JACKETS, COATS, HATS, CAPS, SUN VISORS, SHORTS, PANTS, JEANS, SKIRTS, DRESSES, LINGERIE, UNDERWEAR, BEACHWEAR, BATHING SUITS, RAINWEAR, PAJAMAS, ROBES, TIES, BELTS, SCARVES, GLOVES, MITTENS, SOCKS, HOSIERY, SHOES, ATHLETIC FOOTWEAR, AND COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH

**First Used:** OCT 18, 2001  (INTL. CL. 25)
**In Commerce:** OCT 19, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |

<u>XULU</u>                                    USPTO          Page 390

**Chronology:**

    **Filed:** JUN 06, 1997        **Serial Number:** 75-304,737

    **Published For Opposition:** AUG 18, 1998

    **Registered:** MAY 28, 2002    **Registration Number:** 2,574,000

**Ownership Details:**

**Registrant:**

    XULU ENTERTAINMENT INC.

    CALIFORNIA  CORPORATION

    653 RIVER OAKS PARKWAY

    SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

    BETH M GOLDMAN

    HELLER EHRMAN WHITE & MCAULIFFE LLP

    333 BUSH STREET

    SAN FRANCISCO CA 94104-2878



**LU**

 **Worldwide Filings = 12**

**Status:**   REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 06, 2006

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, BANDANAS, NECKER CHIEFS, BATHING SUITS, BELTS, BERETS, BODICES, LINGERIE, CAMISOLES, COATS, GABARDINES, GLOVES, GOWNS, DRESSING GOWNS, HATS, HOSIERY, JACKETS, BLAZERS, SHORTS, JERSEYS, OVERCOATS, PAJAMAS, PANTS, PANTIES, PARKAS, PETTICOATS, PULLOVERS, PYJAMAS, SHIRTS, SKIRTS, SPATS, STOCKINGS, SUITS, BATHING SUITS, SWEATERS, SWIMSUITS, TROUSERS, UNDERCLOTHING, UNDERPANTS, UNDERWEAR, UNIFORMS, VESTS, WATERPROOF CLOTHING

**International Class 35:** RETAIL STORE SERVICES, FEATURING CLOTHING, AND CLOTHING ACCESSORIES

**First Used:** JAN 10, 2005  (INTL. CL. 25)
**In Commerce:** JAN 10, 2005
**First Used:** JAN 10, 2005  (INTL. CL. 35)
**In Commerce:** JAN 10, 2005

**Last Reported Owner:**

LOLITA S.A.
URUGUAY  JOINT STOCK COMPANY
AVDA. 18 DE JULIO 1817
MONTEVIDO, URUGUAY

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LU | State | Page 442 |
| LU | State | Page 443 |
| LU BY LOLITA | State | Page 468 |

**Chronology:**

**Filed:** JUN 30, 2003          **Serial Number:** 76-527,133
**Published For Opposition:** OCT 12, 2004
**Registered:** JUN 06, 2006      **Registration Number:** 3,101,153

**Ownership Details:**
**Registrant:**

LOLITA S.A.
URUGUAY  JOINT STOCK COMPANY

AVDA. 18 DE JULIO 1817
MONTEVIDO, URUGUAY

**Filing Correspondent:**
SCOTT D. WOLDOW
SMITH, GAMBRELL & RUSSELL, L.L.P.
1850 M STREET, N.W., SUITE 800
WASHINGTON, D.C. 20036

**Domestic Representative:** SMITH, GAMBRELL & RUSSELL, L.L.P.

# LU

**LU**

 **Worldwide Filings = 1**

**Status:**    PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** SUSPENSION LETTER - MAILED

**USPTO Status Date:** AUG 16, 2007

**Goods/Services:**

**International Class 25:** SHOES AND FOOTWEAR

**First Used:** AUG 1996 (INTL. CL. 25)

**In Commerce:** AUG 1996

**Last Reported Owner:**

DYNASTY FOOTWEAR, LTD.

CALIFORNIA LIMITED LIABILITY CO.

DYNASTY FOOTWEAR, LTD.

EL SEGUNDO, CALIFORNIA 90245

**Chronology:**

**Filed:** OCT 25, 2006      **Serial Number:** 77-029,375

**Ownership Details:**

**Applicant:**

DYNASTY FOOTWEAR, LTD.

CALIFORNIA LIMITED LIABILITY CO.

DYNASTY FOOTWEAR, LTD.

EL SEGUNDO, CALIFORNIA 90245

**Filing Correspondent:**

LUCY B. ARANT

MITCHELL SILBERBERG & KNUPP LLP

11377 WEST OLYMPIC BOULEVARD

LOS ANGELES, CA 90064-1683



**LU**

**Status:**      REGISTERED

                 **USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
                 ACKNOWLEDGED
                 **USPTO Status Date:** FEB 07, 2006

**Goods/Services:**
                 **International Class 9:** ELECTRONIC SOUND GENERATOR AND
                 ELECTROMECHANICAL MOVEMENT UNIT FOR USE WITH NOVELTY
                 ORNAMENTS AND FIGURINES
                 **First Used:** JUN 15, 1999  (INTL. CL. 9)
                 **In Commerce:** JUN 15, 1999

**Last Reported Owner:**
                 LU TECHSERV LTD.
                 NEW YORK  CORPORATION
                 282 NEWBRIDGE ROAD
                 HICKSVILLE, NEW YORK  11801

**Chronology:**
                 **Filed:** MAY 15, 1997        **Serial Number:** 75-292,300
                 **Published For Opposition:** MAR 09, 1999
                 **Registered:** DEC 28, 1999    **Registration Number:** 2,304,544
                 **Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                                          SEC. 15 ACK.  FEB 07, 2006

**Ownership Details:**
**Registrant:**
                 LU TECHSERV LTD.
                 NEW YORK  CORPORATION
                 282 NEWBRIDGE ROAD
                 HICKSVILLE, NEW YORK  11801

**Filing Correspondent:**
                 JOHN L WELSH
                 WELSH & FLAXMAN LLC
                 SUITE 100
                 2000 DUKE STREET
                 ALEXANDRIA VA 22314

LOU

**LOU**

 **Worldwide Filings = 2**   

**Status:**   RENEWED

AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** JUN 27, 2003

**Goods/Services:**

**International Class 25:**  CORSETS, GIRDLES, BRASSIERES, AND LINGERIE

**First Used:** OCT 1946  (US.CL. 39)
**In Commerce:** JAN 1956

**Last Reported Owner:**

LES DESSOUS BOUTIQUE DIFFUSION S.A.

FRANCE  CORPORATION

15 RUE DE LA TUILERIE

SEYSSINET PARISET, FRANCE  38170

**Chronology:**

**Filed:** DEC 21, 1961        **Serial Number:** 72-134,474
**Published For Opposition:** FEB 12, 1963
**Opposition/Cancellation Filed:** JUL 09, 1987
**Opposition/Cancellation Filed:** APR 10, 1978
**Registered:** APR 30, 1963      **Registration Number:** 748,831
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED
**Last Renewed:** APR 30, 2003

**Trademark Trials and Appeal Board (TTAB) Information:**   

**Opposition Number:** 91076321
**Outcome:** TERMINATED, FEB 02, 1988

**Plaintiff:**                        **Defendant:**
LOU DIFFUSION                  SUPERTRENDS, INC.

**Mark:** LOU                        **Mark:** LOU LOU INTIMATES
**Registration Number:** 748,831      **Registration Number:**
**Serial Number:** 72-134,474        **Serial Number:** 73-514,578

**Correspondent:**

SUGHRUE, MION, ZINN, MACPEAK
AND SEAS
ATT: ROBERT G. MCMORROW
1776 K STREET, N.W.
WASHINTON, DC 20006

**Trademark Defendant
Correspondent:**
DEBORAH J. KONG
828 HARRISON STREET SUITE 207
OAKLAND, CA 94607

**TTAB Entry:** #6 TERMINATED, FEB 02, 1988
**TTAB Entry:** #5 OP SUSTAINED BY DEFAULT, DEC 18, 1987

**Opposition Number:** 91060904
**Outcome:** TERMINATED, JAN 02, 1979

**Plaintiff:**
LOU DIFFUSION

**Defendant:**
EXQUISITES BY PATTI LOU

**Mark:** LOU
**Registration Number:** 748,831
**Serial Number:** 72-134,474
**TTAB Entry:** #5 TERMINATED, JAN 02, 1979
**TTAB Entry:** #4 DEFAULT JUDGMENT, DEC 04, 1978

**Mark:**
**Registration Number:**
**Serial Number:** 73-094,396

**Ownership Details:**
**New Registered Owner:**

LES DESSOUS BOUTIQUE DIFFUSION S.A.
FRANCE  CORPORATION
15 RUE DE LAT TUILERIE
SEYSSINET PARISET, FRANCE  38170

**Assignee**
LES DESSOUS BOUTIQUE
DIFFUSION S.A.
FRANCE CORPORATION
15 RUE DE LA TUILERIE
SEYSSINET PARISET, FRANCE,
38170

**Assignor**
LOU DIFFUSION
FRANCE CORPORATION
**Signed:** AUG 30, 1996

**Brief:** CHANGE OF NAME
**Recorded:** AUG 25, 1997
**Reel/Frame:** 1631/0641

**Correspondent:**
HARRISON & EGBERT
JOHN S. EGBERT
1018 PRESTON ST., SUITE 100
HOUSTON, TX 77002

**Assignee**
LOU DIFFUSION
FRANCE CORPORATION
91 AVENUE DE LA REPUBLIQUE
PARIS, FRANCE, 75011

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** APR 10, 1978
**Reel/Frame:** 0326/0108
**Correspondent:**
MASON, FENWICK & LAWRENCE
310 OFC BLDG.
1730 RHODE ISLAND AVE., N.W.
WASHINGTON, DC 20036

**Assignor**
LOU
FRANCE CORPORATION
58-60 RUE GENERAL FERRIE
GRENOBLE, FRANCE

**Assignee**
LOU
FRANCE CORPORATION
58-60 RUE GENERAL FERRIE
GRENOBLE (ISERE), FRANCE

**Brief:** ASSIGNS, AS OF DEC. 22,
1967, ALL ITS INTEREST, AND THE
GOOD WILL.
**Recorded:** DEC 05, 1968
**Reel/Frame:** 0169/0088
**Correspondent:**
MASON, FENWICK ET AL.
1730 RHODE ISLAND AVE., N.W.
WASHINGTON, DC 20036

**Assignor**
LOU
FRANCE COMPANY
58-60 RUE GENERAL FERRIE
GRENOBLE (ISERE), FRANCE
**Acknowledge:** OCT 25, 1968

| **Assignee** | **Assignor** |
|---|---|
| LOU | LOU |
| FRANCE CORPORATION | FRANCE CORPORATION |
| 58-60 RUE GENERAL FERRIE | 58-60 RUE GENERAL FERRIE |
| GRENOBLE (ISERE), FRANCE | GRENOBLE (ISERE), FRANCE |
| | **Acknowledge:** OCT 25, 1968 |

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** DEC 05, 1968
**Reel/Frame:** 0169/A088
**Correspondent:**
MASON, FENWICK ET AL
1730 RHODE ISLAND AVE., N.#W.
WASHINGTON, D.C. 20036

**Filing Correspondent:**

      JAMES F MCKEOWN

      JAMES F MCKKEOWN

      CROWELL & MORING LLP

      P.O. BOX 14300

      WASHINGTON, D.C. 20044-4300

LULU THE LETTER-SPINNING SPIDER

## LULU THE LETTER-SPINNING SPIDER

**Status:**   REGISTERED

       **USPTO Status:** REGISTERED
       **USPTO Status Date:** MAR 13, 2007

**Goods/Services:**

       **International Class 9:** VIDEO AND AUDIO CASSETTES, TAPES, CD ROMS AND DVD'S FEATURING CHILDREN'S EDUCATION; CHILDREN'S EDUCATIONAL COMPUTER SOFTWARE; COMPUTER GAME CARTRIDGES

       **International Class 16:** PRINTED MATTER; NAMELY, CHILDREN'S BOOKS

       **International Class 28:** TOYS, GAMES, AND PLAYTHINGS, NAMELY, PLUSH TOYS, ELECTRONIC LEARNING TOYS

       **First Used:** JUN 21, 2005  (INTL. CL. 9)
       **In Commerce:** JUN 21, 2005
       **First Used:** JUN 21, 2005  (INTL. CL. 16)
       **In Commerce:** JUN 21, 2005
       **First Used:** JUN 09, 2005  (INTL. CL. 28)
       **In Commerce:** JUN 09, 2005

**Disclaimers:**

       ″SPIDER″

**Last Reported Owner:**

    LEAPFROG ENTERPRISES, INC.
       DELAWARE  CORPORATION
       SUITE 100
       6401 HOLLIS STREET
       EMERYVILLE, CALIFORNIA  94608

**Chronology:**

       **Filed:** DEC 22, 2004      **Serial Number:** 78-537,445
       **Published For Opposition:** MAY 16, 2006
       **Registered:** MAR 13, 2007      **Registration Number:** 3,218,677
       **Date Revived/Reinstated:** MAR 02, 2006

**Ownership Details:**

**Registrant:**

       LEAPFROG ENTERPRISES, INC.
       DELAWARE  CORPORATION
       SUITE 100
       6401 HOLLIS STREET
       EMERYVILLE, CALIFORNIA  94608

**Filing Correspondent:**

ANNA SILVA
INTELLECTUAL PROPERTY COUNSEL
6401 HOLLIS STREET, STE 100
LEAPFROG ENTERPRISES, INC.
EMERYVILLE CA 94608-1070



Lulu the Dog

## LULU THE DOG

**Status:**      PUBLISHED

INTENT TO USE

FILED AS USE APPLICATION

**USPTO Status:** PUBLISHED FOR OPPOSITION

**USPTO Status Date:** JUL 24, 2007

**Goods/Services:**

**International Class 16:** CHILDREN'S LITERATURE BOOKS;
LITHOGRAPHIC PRINTS; POSTERS

**Last Reported Owner:**

EDWARD S. LEAVER

UNITED STATES  INDIVIDUAL

6 WATER ST.

HINGHAM, MASSACHUSETTS  02043

**Chronology:**

**Filed:** JAN 06, 2005        **Serial Number:** 78-543,041

**Published For Opposition:** JUL 24, 2007

**Ownership Details:**

**Applicant:**

EDWARD S. LEAVER

UNITED STATES  INDIVIDUAL

6 WATER ST.

HINGHAM, MASSACHUSETTS  02043

**Claims:**

THE COLOR(S) BLACK, WHITE, BROWN, RED AND BLUE IS/ARE
CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE MARK CONSISTS OF A STYLIZED RENDERING OF A DOG
SHOWN IN BLACK AND WHITE WITH BROWN EYES STANDING ON
A RED CARPET ON A BROWN FLOOR IN FRONT OF A BLUE WALL
BACKGROUND. THE AUTHOR'S LAST NAME ″LEAVER″ IS ALSO
SHOWN IN BLACK SCRIPT LETTERING ALONG THE LEFT SIDE OF
THE CARPET.

**Filing Correspondent:**

JOHN M. BRANDT

JOHN M. BRANT

60 THAXTER ST.

HINGHAM, MA 02043

## LULU'S PEEPS

**LULU'S PEEPS**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 13, 2004

**Goods/Services:**
**International Class 16:** PRINTED MATTER, NAMELY, NOTE PAPER
AND LOOSE LEAF PAPER, SERIES OF FICTION BOOKS, PLAYING
CARDS, DECALS, STICKERS, BUMPER STICKERS, TRADING
CARDS, NOTE CARDS, POSTERS, FOLDERS, PENCILS, PENS,
CALENDARS
**First Used:** APR 01, 2001  (INTL. CL. 16)
**In Commerce:** APR 01, 2001

**Last Reported Owner:**

 VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 134 |
| LULU GREEN | USPTO | Page 226 |
| LULU GREEN | USPTO | Page 256 |
| LULU'S PEEPS | USPTO | Page 258 |
| LULU'S PEEPS | USPTO | Page 272 |
| LULU GREEN | USPTO | Page 304 |

**Chronology:**
**Filed:** NOV 09, 2000      **Serial Number:** 78-034,478
**Published For Opposition:** AUG 21, 2001
**Registered:** JUL 13, 2004      **Registration Number:** 2,863,527

**Ownership Details:**
**Registrant:**
VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**Assignee**
NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0626
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
**Signed:** DEC 21, 2005

**Assignee**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** CHANGE OF NAME
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0584
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**
NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
**Signed:** DEC 31, 2005

**Filing Correspondent:**

    JOSEPH MOLKO
    VIACOM INTERNATIONAL INC.
    1515 BROADWAY FL 51
    NEW YORK NY 10036



## LULU THERAPY ON A LEASH, INC.

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 11, 2001

**Goods/Services:**

**International Class 16:**  ANIMAL-ASSISTED THERAPY TRAINING MANUALS AND REFERENCE BOOKS, STICKERS, STATIONERY, CALENDARS, CARDS, PHOTOGRAPHS, PENCILS AND PENS

**International Class 21:** MUGS AND GLASSES

**International Class 25:** CLOTHING ITEMS, NAMELY, HATS, SHIRTS, JACKETS, SHORTS S AND PANTS

**International Class 41:**  EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, LECTURES, DEMONSTRATIONS, AND MULTIMEDIA PRESENTATIONS IN THE FIELD OF THE USE OF ANIMALS FOR PURPOSES OF PROVIDING THERAPY TO HUMAN BEINGS; TRAINING ANIMALS FOR PURPOSES OF PROVIDING THERAPY TO HUMAN BEINGS

**First Used:** JUN 15, 2001  (INTL. CL. 16)
**In Commerce:** JUN 15, 2001
**First Used:** JUN 15, 2001  (INTL. CL. 21)
**In Commerce:** JUN 15, 2001
**First Used:** JUN 15, 2001  (INTL. CL. 25)
**In Commerce:** JUN 15, 2001
**First Used:** JUN 15, 2001  (INTL. CL. 41)
**In Commerce:** JUN 15, 2001

**Disclaimers:**

″INC.″

**Last Reported Owner:**

THERAPY ON A LEASH, INC.
OKLAHOMA  CORPORATION
3825 COBBLE CIRCLE
NORMAN, OKLAHOMA  73072

**Chronology:**

**Filed:** APR 20, 1998          **Serial Number:** 75-470,145
**Published For Opposition:** DEC 01, 1998
**Registered:** DEC 11, 2001    **Registration Number:** 2,517,778

**Ownership Details:**
**Registrant:**

THERAPY ON A LEASH, INC.
OKLAHOMA  CORPORATION
3825 COBBLE CIRCLE

NORMAN, OKLAHOMA  73072

**Filing Correspondent:**

NEAL R KENNEDY

MCAFEE & TAFT

2 LEADERSHIP SQ

211 N ROBINSON 10TH FL

OKLAHOMA CITY OK 73102

# LULU'S HOUSE

**LULU'S HOUSE**

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** JUN 19, 2007

**Goods/Services:**
**International Class 41:** ENTERTAINMENT SERVICES

**Last Reported Owner:**

SCRIPPS NETWORKS, LLC.
DELAWARE  LIMITED LIABILITY CO.
9721 SHERRILL BOULEVARD
KNOXVILLE, TENNESSEE  37932

**Chronology:**
**Filed:** FEB 28, 2007      **Serial Number:** 77-118,617

**Ownership Details:**
**Applicant:**

SCRIPPS NETWORKS, LLC.
DELAWARE  LIMITED LIABILITY CO.
9721 SHERRILL BOULEVARD
KNOXVILLE, TENNESSEE  37932

**Filing Correspondent:**

WILLARD A. STANBACK
SCRIPPS NETWORKS, LLC. (IN-HOUSE COUNSEL
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8401

# LULU STUDIO

**LULU STUDIO**

**Status:**     PENDING
                INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** AUG 21, 2007

**Goods/Services:**
**International Class 42:** COMPUTER SERVICES, NAMELY, NON-DO
WNLOADABLE SOFTWARE APPLICATIONS USED FOR DESKTOP
PUBLISHING

**Last Reported Owner:**

     LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU | USPTO | Page 38 |
| LULU | USPTO | Page 41 |
| LULU | USPTO | Page 44 |
| LULU.COM | USPTO | Page 48 |
| LULU PRESS | USPTO | Page 136 |
| LULU TECH CIRCUS | USPTO | Page 140 |

**Chronology:**
**Filed:** AUG 17, 2007        **Serial Number:** 77-257,646

**Ownership Details:**
**Applicant:**
LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**Filing Correspondent:**
DOUGLAS W. KENYON
HUNTON & WILLIAMS LLP
PO BOX 109

RALEIGH, NC 27602-0109

## LULU GREEN

**LULU GREEN**

**Status:** ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 05, 2003

**Goods/Services:**

**International Class 9:** VIDEO GAME MACHINES FOR USE WITH TELEVISION, AUDIO OUTPUT GAME MACHINES FOR USE WITH TELEVISION, VIDEO GAME CARTRIDGES, VIDEO GAMES RECORDED ON CD-ROM FOR USE IN FREESTANDING VIDEO GAME MACHINES; AND COMPUTER PRODUCTS, NAMELY, GAME CARTRIDGES FOR COMPUTER VIDEO GAMES AND VIDEO OUTPUT GAME MACHINES AND INSTRUCTIONAL MATERIALS SOLD AS A UNIT, COMPUTER GAME CASSETTES, COMPUTER GAME TAPES AND MANUALS SOLD AS A UNIT;THEATRICAL OR MUSICAL SOUND RECORDINGS; THEATRICAL OR MUSICAL VIDEO RECORDINGS, LASER DISCS AND DIGITAL VIDEO DISCS/DIGITAL VERSATILE DISCS FEATURING ANIMATION; SUNGLASSES

**Last Reported Owner:**

  VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S PEEPS | USPTO | Page 127 |
| LULU GREEN | USPTO | Page 226 |
| LULU GREEN | USPTO | Page 256 |
| LULU'S PEEPS | USPTO | Page 258 |
| LULU'S PEEPS | USPTO | Page 272 |
| LULU GREEN | USPTO | Page 304 |

**Chronology:**

**Filed:** DEC 27, 2000        **Serial Number:** 78-040,741
**Published For Opposition:** MAR 12, 2002
**Abandoned:** DEC 05, 2003

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.

DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING

INDIVIDUAL.

**Filing Correspondent:**

SELENE H. COSTELLO

VIACOM INTERNATIONAL INC

1515 BROADWAY FL 34

NEW YORK NY 10036-8901

**LULU PRESS**

### LULU PRESS

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-AFTER PUBLICATION
**USPTO Status Date:** AUG 15, 2005

**Goods/Services:**

**International Class 9:** COMPUTER PROGRAMS FOR USE IN
DATABASE MANAGEMENT; COMPUTER PROGRAMS USED TO
FACILITATE INTERACTIVE COMMUNICATION AND COLLABO
RATION; COMPUTER PROGRAMS USED TO FACILITATE FINANCIAL
AND BUSINESS TRANSACTIONS IN ELECTRONIC COMMERCE;
COMPUTER PROGRAMS USED TO FACILITATE DESKTOP,
ELECTRONIC, AND ON-LINE PUBLISHING; COMPUTER PROGRAMS
FOR ORGANIZING, DIRECTING, AND CONTROLLING COMMUNIC
ATION, INFORMATION, TASKS, AND INTERACTION BETWEEN
USERS, NAMELY CHAT SOFTWARE, ELECTRONIC MAIL
SOFTWARE, INTERNET TELEPHONY SOFTWARE, MESSAGING
SOFTWARE, SOFTWARE FOR FACILITATING THE AUTHORING OF
AUDIO, VISUAL, AND MULTIMEDIA PUBLICATIONS, AND WEB
INTERACTION SOFTWARE; PRERECORDED AUDIO AND
AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE
LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER
SOFTWARE FOR EDUCATION AND ENTERTAINMENT FEATURING--
TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF
TOPICS AND WORKS OF FICTION AND NONFICTION IN THE
FIELDS OF COMMUNICATION, COMPUTER SCIENCE, EDUCATION,
SCIENCE, AND TECHNOLOGY; AND WEB SITE DEVELOPMENT
COMPUTER PROGRAMS

**International Class 16:** BOOKS FEATURING FICTION AND
NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER
SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; BOOKS
FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A
VARIETY OF TOPICS; NOTEBOOKS; AND PENCILS

**International Class 35:** ADMINISTRATION OF A DISCOUNT
PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON
GOODS AND SERVICES; ADVERTISING AND MARKETING
SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF
OTHERS VIA COMPUTER, COMMUNICATION NETWORKS,
ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR
WIRELESS NETWORKS; ARRANGING, CONDUCTING AND
PROMOTING BUSINESS AND CONSUMER CONFERENCES,
BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND
CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF

THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE

**International Class 41:** EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORM ANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL AND MULTIMEDIA MESSAGES AND PROGRAMS ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY,

PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS

**Disclaimers:**

"PRESS"

**Last Reported Owner:**



LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA  27608

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU | USPTO | Page 38 |
| LULU | USPTO | Page 41 |
| LULU | USPTO | Page 44 |
| LULU.COM | USPTO | Page 48 |
| LULU STUDIO | USPTO | Page 132 |
| LULU TECH CIRCUS | USPTO | Page 140 |

**Chronology:**

**Filed:** AUG 16, 2002        **Serial Number:** 78-155,140

**Published For Opposition:** NOV 18, 2003

**Abandoned:** AUG 11, 2005

**Ownership Details:**

**Applicant:**

LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA  27608

**Filing Correspondent:**

DOUGLAS W. KENYON, ESQ.
HUNTON & WILLIAMS LLP
POST OFFICE BOX 109

RALEIGH NC 27602

LULU TECH CIRCUS

## LULU TECH CIRCUS

**Status:**  ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** FEB 11, 2005

**Goods/Services:**

**International Class 9:**  PRERECORDED AUDIO AND AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS AND WORKS OF FICTION AND NONFICTION ON A VARIETY OF TOPICS; ELECTRONIC AND VIDEO GAME PROGRAMS; SOFTWARE FOR USE BY ACTUAL AND PROSPECTIVE ATTENDEES AND ORGANIZERS OF CONFERENCES, CONVENTIONS, EXHIBITIONS, AND TRADE SHOWS FEATURING INFORMATION CONCERNING SUCH EVENTS AND CONCERNING RELATED PRODUCTS AND SERVICES

**International Class 16:**  BOOKS FEATURING FICTION AND NONFICTION ON A VARIETY OF TOPICS; NEWSPAPERS AND PERIODICALS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, LITERATURE, SCIENCE, AND TECHNOLOGY; NOTEBOOKS; AND PENCILS

**International Class 35:**  ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, BUSINESS AND CONSUMER INFORMATION SERVICES, AND TECHN OLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES,

LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE **International Class 41:** EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORM ANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNO LOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF THE ARTS, ENTERTAINMENT, AND LITERATURE DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS, AND IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT, AND LITERATURE VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND

PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND
ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL
AND MOTIVATIONAL SPEAKERS

**Disclaimers:**

"TECH"

**Last Reported Owner:**



LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA  27608

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU | USPTO | Page 38 |
| LULU | USPTO | Page 41 |
| LULU | USPTO | Page 44 |
| LULU.COM | USPTO | Page 48 |
| LULU STUDIO | USPTO | Page 132 |
| LULU PRESS | USPTO | Page 136 |

**Chronology:**

**Filed:** AUG 16, 2002          **Serial Number:** 78-155,141
**Published For Opposition:** NOV 18, 2003
**Abandoned:** FEB 11, 2005

**Ownership Details:**

**Applicant:**

LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA  27608

**Filing Correspondent:**

DOUGLAS W. KENYON, ESQ.
HUNTON & WILLIAMS LLP
POST OFFICE BOX 109
RALEIGH NC 27602

LULU 'N' LOU

## LULU 'N' LOU

 **Worldwide Filings = 2**

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAR 04, 2003

**Goods/Services:**

**International Class 14:** ARTICLES MADE OF PRECIOUS METAL OR COATED THEREWITH; CLOCKS; WATCHES; CLOCK CASES; JEWELRY; TRINKETS; KEY FOBS

**International Class 16:** PRINTED MATTER; PHOTOGRAPHS; STATIONERY; OFFICE REQUISITIES; ALBUMS, ANNOUNCEMENT CARDS, BAGS OF PAPER OR PLASTICS FOR PACKAGING, BINDERS, BINDING STRIPS, BOOKLETS, BOOKMARKERS, BOOKS, BOTTLE CALENDARS, BOXES FOR PENS, BOXES OF CARDBOARD OR PAPER, CARDS, PLAYING CARDS, CATALOGUES, COASTERS OF PAPER, COVERS, ENVELOPES, ERASING PRODUCTS, FOLDERS, FOLDERS FOR PAPERS, GRAPHIC REPRODUCTIONS, GREETING CARDS, GUMMED CLOTH FOR STATIONERY PURPOSES, NOTE BOOKS, PADS, WRITING PADS, PAMPHLETS, PAPER SHEETS, PENCIL HOLDERS, PENCIL SHARPENERS, PENCILS, PENS, PLACARDS OF PAPER OR CARDBOARD, PLACE MATS OF PAPER, POSTCARDS, POSTERS, PRINTED PUBLICATIONS, DRAWING RULERS, SCRAPBOOKS, SELF-ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES, SIGNBOARDS OF PAPER OR CARDBOARD, STICKERS, DECALCOMANIAS; TABLE LINEN OF PAPER, TABLE MATS OF PAPER, TABLE NAPKINGS OF PAPER, TOILET PAPER, TOWELS OF PAPER; WRAPPING PAPER, WRITING PAPER.

**International Class 20:** MIRRORS; PICTURE FRAMES; ORNAMENTS; NAMEPLATES; JEWELRY CASES; TRINKET BOXES.

**International Class 21:** HOUSEHOLD UTENSILS AND CONTAINERS; KITCHEN UTENSILS AND CONTAINERS; COMBS; CROCKERY; MUGS.

**International Class 25:** ARTICLES OF CLOTHING

**International Class 28:** GAMES, TOYS, PUZZLES, AND PLAYTHINGS

**Last Reported Owner:**

KINGSLEY CARDS LIMITED
UNITED KINGDOM  CORPORATION
BELLE VUE MILLS, BROUGHTON ROAD, SKIPTON,

NORTH YORKSHIRE, UNITED KINGDOM  BD23 1UT

**Chronology:**

**Filed:** MAR 12, 2002          **Serial Number:** 78-114,333

**Abandoned:** MAR 04, 2003

**Ownership Details:**

**Applicant:**

KINGSLEY CARDS LIMITED

UNITED KINGDOM  CORPORATION

BELLE VUE MILLS, BROUGHTON ROAD, SKIPTON,

NORTH YORKSHIRE, UNITED KINGDOM  BD23 1UT

**Filing Correspondent:**

EVAN R. WITT

MADSON & METCALF

15 WEST SOUTH TEMPLE, SUITE 900

SALT LAKE CITY UT 84101

Lulu at the Chateau

## LULU AT THE CHATEAU

**Status:**     ABANDONED
               INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JAN 05, 2007

**Goods/Services:**
**International Class 16:** PAPER GOODS AND PRINTED MATTER, NAMELY, CHILDREN'S BOOKS, STATIONERY, CALENDARS AND NOTEBOOKS
**International Class 41:** EDUCATION AND ENTERTAINMENT SERVICES, NAMELY PRODUCTION OF FEATURE FILMS AND TELEVISION SERIES

**Last Reported Owner:**
THOMAS, DANA
UNITED STATES  INDIVIDUAL
2144 CARTWRIGHT PLACE
RESTON, VIRGINIA  20191

**Chronology:**
**Filed:** JUL 22, 2005          **Serial Number:** 78-676,220
**Published For Opposition:** APR 11, 2006
**Abandoned:** JAN 05, 2007

**Ownership Details:**
**Applicant:**
THOMAS, DANA
UNITED STATES  INDIVIDUAL
2144 CARTWRIGHT PLACE
RESTON, VIRGINIA  20191

**Filing Correspondent:**
THOMAS, DANA
2144 CARTWRIGHT PL
RESTON, VA 20191-1906

LULU THE CLOWN                    **LULU THE CLOWN**

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JAN 10, 1998

**Goods/Services:**

**International Class 41:** ENTERTAINMENT SERVICES IN THE
NATURE OF COMEDY ROUTINES, WITH RELATED GREETING
CARDS AND STATIONERY ITEMS, NAMELY, NOTEPADS, BOOK-CO
VERS, DIARIES, PERSONAL LETTERHEAD

**Last Reported Owner:**

HARMON, FRANCES
UNITED STATES  INDIVIDUAL
2001 ALLENWOOD RD.
WALL, NEW JERSEY  07719

**Chronology:**

**Filed:** OCT 15, 1996          **Serial Number:** 75-185,181
**Abandoned:** JAN 10, 1998

**Ownership Details:**
**Applicant:**

HARMON, FRANCES
UNITED STATES  INDIVIDUAL
2001 ALLENWOOD RD.
WALL, NEW JERSEY  07719

**Filing Correspondent:**

FRANCES HARMON
2001 ALLENWOOD RD
WALL NJ 07719



### LOOLOO COMMUNICATIONS

**Status:**    ABANDONED

               INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND

**USPTO Status Date:** DEC 09, 2003

**Goods/Services:**

**International Class 35:** ADVERTISING AGENCIES, UPDATING OF ADVERTISING MATERIAL, COMMERCIAL INFORMATION AGENCIES, COMPUTERIZED DATABASE MANAGEMENT, PROFESSIONAL BUSINESS CONSULTANCY, BUSINESS INVESTIGATION, PERSONNEL MANAGEMENT CONSULTANCY, MARKETING RESEARCH, CONDUCTING MARKETING STUDIES, MODELING FOR ADVERTISING OF SALES PROMOTION, NAMELY, ELECTRONIC COMMERCE, NEWS CLIPPING SERVICES, OPINION POLLING, PROCUREMENT SERVICES FOR OTHERS, NAMELY, COMPUTER RELATED GOODS AND SERVICES, PUBLICITY AGENCIES, PERSONNEL RECRUITMENT, SALES PROMOTION FOR OTHERS VIA ADVERTISEMENT ON THE INTERNET, PROVIDING STATISTICAL INFORMATION FOR BUSINESS OR COMMERCIAL PURPOSES; SURVEYING BUSINESS-RELATED INFORMATION

**International Class 42:** COMPUTER PROGRAMMING, COMPUTER SOFTWARE DESIGN, MAINTENANCE OF COMPUTER SOFTWARE, UPDATING OF COMPUTER SOFTWARE, RENTAL OF COMPUTER SOFTWARE, TECHNICAL RESEARCH IN THE FIELD OF THE INTERNET

**Disclaimers:**

    ″COMMUNICATIONS″

**Last Reported Owner:**

    LOOLOO COMMUNICATIONS CO.. LTD.

    REPUBLIC OF KOREA  CORPORATION

    32-5 CHEONGDAM-DONG, KANGNAM-GU

    5TH FLOOR HYUNGGUN BUILDING

    SEOUL, REPUBLIC OF KOREA

**Chronology:**

    **Filed:** MAY 17, 2002       **Serial Number:** 76-411,941

    **Abandoned:** DEC 09, 2003

**Ownership Details:**

**Applicant:**

    LOOLOO COMMUNICATIONS CO.. LTD.

    REPUBLIC OF KOREA  CORPORATION

    32-5 CHEONGDAM-DONG, KANGNAM-GU

5TH FLOOR HYUNGGUN BUILDING

SEOUL, REPUBLIC OF KOREA

**Filing Correspondent:**

VICTOR N. BALANCIA

PENNIE & EDMONDS LLP

1155 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10036

**Domestic Representative:** PENNIE & EDMONDS LLP



## ROROTON LU LU TONG

**Status:**      REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 12, 2005

**Goods/Services:**

**International Class 9:** DIGITAL VIDEO DISC PLAYERS; VIDEO COMPACT DISC PLAYERS; COMPACT DISC PLAYERS; COMPUTERS; DISK DRIVES FOR COMPUTERS; TELEPHONES; NAVIGATION APPARATUS FOR VEHICLES, NAMELY, NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ONBOARD COMPUTERS; APPARATUS FOR AMUSEMENT GAME USE WITH TELEVISION RECEIVERS ONLY; PRERECORDED COMPACT DISCS FEATURING MUSIC; AND CAMCORDERS

**First Used:** JAN 2003  (INTL. CL. 9)

**In Commerce:** FEB 2003

**Last Reported Owner:**

SHINCO ELECTRONICS GROUP CO., LTD.

CHINA  CORPORATION

JIANGSU PROVINCE

NO. 5, WAI YI HUAN ROAD, WEST

CHANGZHOU, CHINA

**Chronology:**

**Filed:** APR 18, 2003        **Serial Number:** 78-239,586

**Published For Opposition:** JUN 29, 2004

**Registered:** JUL 12, 2005        **Registration Number:** 2,968,357

**Ownership Details:**

**Registrant:**

JIANGSU SHINCO ELECTRONICS GROUP CO., LTD.

CHINA  CORPORATION

LUOYANG TOWN, WUJIN

NO. 100 LUOYANG AVENUE

JIANGSU, CHINA

**Assignee**

SHINCO ELECTRONICS GROUP
CO., LTD.
CHINA CORPORATION
JIANGSU PROVINCE
NO. 5, WAI YI HUAN ROAD, WEST
CHANGZHOU, CHINA

**Brief:** CHANGE OF NAME
**Recorded:** JAN 12, 2007
**Reel/Frame:** 3460/0746
**Correspondent:**
DR. MATTHIAS SCHOLL, ESQ.
14781 MEMORIAL DRIVE
SUITE 1319
HOUSTON, TX 77079

**Filing Correspondent:**

DR. MATTHIAS SCHOLL, ESQ.
MAILING ADDRESS
14781 MEMORIAL DRIVE #1319
HOUSTON TX 77079

**Domestic Representative:** DR. MATTHIAS SCHOLL, ESQ.

**Assignor**

JIANGSU SHINCO ELECTRONICS
GROUP CO., LTD.
CHINA CORPORATION
**Signed:** JUN 01, 2005

**LUCY BUFFETT'S LULU'S**

**LUCY BUFFETT'S LULU'S**

**Status:**       REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 31, 2006

**Goods/Services:**

**International Class 35:** RETAIL STORE SERVICES FEATURING A WIDE ARRAY OF MERCHANDISE IN THE NATURE OF NOVELTY ITEMS, SOUVENIRS, CLOTHING, HEADWEAR, BOOKS, BEVERAGEWARE, AND PRINTED MATERIALS; AND ONLINE RETAIL STORE SERVICES FEATURING A WIDE ARRAY OF MERCHANDISE IN THE NATURE OF NOVELTY ITEMS, SOUVENIRS, CLOTHING, HEADWEAR, BOOKS, BEVERAGEWARE, AND PRINTED MATERIALS
**First Used:** NOV 01, 2004  (INTL. CL. 35)
**In Commerce:** NOV 01, 2004

**Last Reported Owner:**

 LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**We Have Located Other Marks With This Owner**

LUCY BUFFETT'S LULU'S        USPTO        Page 153

**Chronology:**

**Filed:** FEB 10, 2005        **Serial Number:** 78-564,797
**Published For Opposition:** NOV 08, 2005
**Registered:** JAN 31, 2006     **Registration Number:** 3,055,016

**Ownership Details:**
**Registrant:**

LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES LUCY BUFFETT , WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

**Filing Correspondent:**

ROBERT A. ROSENBLOUM,
GREENBERG TRAURIG, LLP
3290 NORTHSIDE PKWY NW STE 400

ATLANTA, GA 30327-2268



## LUCY BUFFETT'S LULU'S

**Status:**     REGISTERED

             **USPTO Status:** REGISTERED
             **USPTO Status Date:** JAN 31, 2006

**Goods/Services:**

    **International Class 35:** RETAIL STORE SERVICES FEATURING A
    WIDE ARRAY OF MERCHANDISE IN THE NATURE OF NOVELTY
    ITEMS, SOUVENIRS, CLOTHING, HEADWEAR, BOOKS,
    BEVERAGEWARE, AND PRINTED MATERIALS; AND ONLINE RETAIL
    STORE SERVICES FEATURING A WIDE ARRAY OF MERCHANDISE
    IN THE NATURE OF NOVELTY ITEMS, SOUVENIRS, CLOTHING,
    HEADWEAR, BOOKS, BEVERAGEWARE, AND PRINTED MATERIALS
    **First Used:** NOV 01, 2004  (INTL. CL. 35)
    **In Commerce:** NOV 01, 2004

**Last Reported Owner:**

         LULU'S LANDING, INC.
             ALABAMA  CORPORATION
             200 EAST 25TH AVENUE
             GULF SHORES, ALABAMA  36542

             **We Have Located Other Marks With This Owner**

             LUCY BUFFETT'S LULU'S          USPTO          Page 151

**Chronology:**

    **Filed:** FEB 10, 2005      **Serial Number:** 78-564,876
    **Published For Opposition:** NOV 08, 2005
    **Registered:** JAN 31, 2006      **Registration Number:** 3,055,023

**Ownership Details:**

**Registrant:**

             LULU'S LANDING, INC.
             ALABAMA  CORPORATION
             200 EAST 25TH AVENUE
             GULF SHORES, ALABAMA  36542

**Portrait Permission:**

             THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
             THE MARK IDENTIFIES LUCY BUFFETT, WHOSE CONSENT(S) TO
             REGISTER IS SUBMITTED.

**Filing Correspondent:**

             ROBERT A. ROSENBLOUM,
             GREENBERG TRAURIG, LLP
             3290 NORTHSIDE PKWY NW STE 400

ATLANTA, GA 30327-2268

## TINA AND LULU

TINA AND LULU

**Status:**   PUBLISHED
                   INTENT TO USE

          **USPTO Status:** THIRD EXTENSION - GRANTED
          **USPTO Status Date:** JUN 27, 2007

**Goods/Services:**
          **International Class 9:** PRE-RECORDED VIDEO TAPES, AUDIO
          TAPES, CD-ROMS AND COMPUTER SOFTWARE FEATURING
          ACTION, DRAMA, COMEDY AND GENERAL INTEREST; MOTION
          PICTURE FILMS FEATURING ACTION, DRAMA, COMEDY AND
          GENERAL INTEREST
          **International Class 41:** ENTERTAINMENT SERVICES, NAMELY,
          PROVIDING A WEBSITE FEATURING ENTERTAINMENT CONTENT
          FOR CHILDREN AND FAMILIES, ACTION, COMEDY, DRAMA AND
          GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER
          NETWORK; PRODUCTION AND DISTRIBUTION OF MOTION
          PICTURES, PROGRAMMING FOR TELEVISION, PROGRAMMING ON
          A GLOBAL COMPUTER NETWORK; TELEVISION ENTERTAINMENT
          IN THE NATURE OF AN ON-GOING PROGRAM IN THE FIELD OF
          CHILDREN, FAMILY, GENERAL INTEREST, ACTION, COMEDY OR
          DRAMA

**Last Reported Owner:**

          ZENIMAX MEDIA INC.
          DELAWARE  CORPORATION
          1370 PICCARD DRIVE
          ROCKVILLE, MARYLAND  20850

          **We Have Located Other Marks With This Owner**
          TINA AND LULU                          USPTO          Page 181

**Chronology:**
          **Filed:** NOV 04, 2004          **Serial Number:** 78-511,568
          **Published For Opposition:** OCT 11, 2005

**Ownership Details:**
**Applicant:**
          ZENIMAX MEDIA INC.
          DELAWARE  CORPORATION
          1370 PICCARD DRIVE
          ROCKVILLE, MARYLAND  20850

**Filing Correspondent:**
          ANN K. FORD

PIPER RUDNICK LLP
1200 19TH ST NW # 7
WASHINGTON, DC 20036-2431

## THE LITTLE LULU SHOW

**THE LITTLE LULU SHOW**

**Status:**   REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** APR 25, 2006

**Goods/Services:**

**International Class 41:**  ENTERTAINMENT, NAMELY A CONTINUING
ANIMATED SHOW DISTRIBUTED OVER TELEVISION, SATELLITE
AND VIDEO MEDIA
**First Used:** OCT 1995  (INTL. CL. 41)
**In Commerce:** OCT 1995

**Disclaimers:**

″SHOW″

**Last Reported Owner:**

 CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LITTLE LULU | USPTO | Page 168 |
| LITTLE LULU | USPTO | Page 184 |
| LITTLE LULU | USPTO | Page 195 |
| LITTLE LULU | Common Law | Page 588 |

**Chronology:**

**Filed:** JUN 02, 1998          **Serial Number:** 75-495,008
**Published For Opposition:** SEP 14, 1999
**Registered:** DEC 07, 1999     **Registration Number:** 2,297,686
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  APR 25, 2006

**Ownership Details:**

**Registrant:**

GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE  CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK  10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

**Assignee**

UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Assignor**

HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Correspondent:**
MORGAN LEWIS & BOCKIUS LLP
SCOTT H. JAFFEE
101 PARK AVENUE
NEW YORK, NY 10178

**Assignee**
JP MORGAN CHASE BANK
NEW YORK CORPORATION
GARRETT VERDONE
1166 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

**Assignor**
CLASSIC MEDIA INC.
DELAWARE CORPORATION
**Signed:** AUG 26, 2002

**Assignor**
HARVEY ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA INDUSTRIES CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
GOLD KEY HOME VIDEO, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
HARVEY ASSETS COMPANY LLC
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA PRODUCTIONS OF AMERICA
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPARIO MUSIC CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT
THE BRIEF FROM ASSIGNMENT TO
COLLATERAL ASSIGNMENT,
PREVIOULSY RECORDED ON REEL
002017 FRAME 0595, ASSIGNOR
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
HSBC BANK USA
NEW YORK AS COLLATERAL
AGENT
140 BROADWAY
12TH FLOOR, CORPORATE TRUST
SERVICES
NEW YORK, NEW YORK,
10005-1180

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 25, 2000

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

**Assignee**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Other U.S. Registrations:** 958,607; 959,441; 962,620; 0990189 AND OTHERS
**Filing Correspondent:**
SONJA KEITH
CLASSIC MEDIA, INC.
6TH FLOOR
860 BROADWAY
NEW YORK, NY 10003

**LULU**

**US-72**
**Group:** Four

THE ADVENTURES OF TINTIN
AND LULU

## THE ADVENTURES OF TINTIN AND LULU

**Status:**    PUBLISHED

INTENT TO USE

**USPTO Status:** PUBLISHED FOR OPPOSITION

**USPTO Status Date:** JUL 31, 2007

**Goods/Services:**

**International Class 41:** ENTERTAINMENT IN THE NATURE OF ON-GOING TELEVISION PROGRAMS IN THE FIELD OF TRAVEL; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING TRAVEL; ENTERTAINMENT SERVICES NAMELY PROVIDING A WEBSITE FEATURING, PHOTOGRAPHIC, AUDIO, VIDEO AND PROSE PRESENTATIONS FEATURING TRAVEL INFORMATION AND PRESENTATIONS

**Last Reported Owner:**

ZILKHA, BETTINA
UNITED STATES  INDIVIDUAL
50 EAST 79TH STREET
NEW YORK, NEW YORK  10022

COX, JUDY GORDON
UNITED STATES  INDIVIDUAL
151 EAST 58TH STREET
33F
NEW YORK, NEW YORK  10022

**Chronology:**

**Filed:** MAR 14, 2007    **Serial Number:** 77-130,979

**Published For Opposition:** JUL 31, 2007

**Ownership Details:**

**Applicant:**

ZILKHA, BETTINA
UNITED STATES  INDIVIDUAL
50 EAST 79TH STREET
NEW YORK, NEW YORK  10022

COX, JUDY GORDON
UNITED STATES  INDIVIDUAL
151 EAST 58TH STREET
33F
NEW YORK, NEW YORK  10022

**Filing Correspondent:**

SCOTT W. KELLEY

KELLY LOWRY & KELLEY, LLP
6320 CANOGA AVE STE 1650
WOODLAND HILLS, CA 91367-7704

LITTLE LULU

## LITTLE LULU

**Status:** RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAR 04, 2005

**Goods/Services:**

**International Class 16:**
**(U.S. CL. 38)** ILLUSTRATED BOOKS FOR CHILDREN
**First Used:** 1954  (US.CL. 38)
**In Commerce:** 1954

**Last Reported Owner:**

 CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| THE LITTLE LULU SHOW | USPTO | Page 157 |
| LITTLE LULU | USPTO | Page 184 |
| LITTLE LULU | USPTO | Page 195 |
| LITTLE LULU | Common Law | Page 588 |

**Chronology:**

**Filed:** JUN 20, 1973          **Serial Number:** 72-460,870
**Published For Opposition:** MAY 14, 1974
**Registered:** AUG 06, 1974     **Registration Number:** 990,189
**Affidavit Section:**  REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC.
9 GRANTED  MAR 04, 2005
REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.
JUN 04, 1980
**Last Renewed:** AUG 06, 2004

**Ownership Details:**
**Registrant:**

WESTERN PUBLISHING COMPANY, INC.
WISCONSIN  CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

**Assignee**

UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Assignor**

HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Correspondent:**
MORGAN LEWIS & BOCKIUS LLP
SCOTT H. JAFFEE
101 PARK AVENUE
NEW YORK, NY 10178

**Assignee**
JP MORGAN CHASE BANK
NEW YORK CORPORATION
GARRETT VERDONE
1166 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

**Assignor**
CLASSIC MEDIA INC.
DELAWARE CORPORATION
**Signed:** AUG 26, 2002

**Assignor**
HARVEY ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA INDUSTRIES CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
GOLD KEY HOME VIDEO, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
HARVEY ASSETS COMPANY LLC
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA PRODUCTIONS OF AMERICA
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPARIO MUSIC CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**

CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT THE BRIEF FROM ASSIGNMENT TO COLLATERAL ASSIGNMENT, PREVIOULSY RECORDED ON REEL 002017 FRAME 0595, ASSIGNOR CONFIRMS THE ASSIGNMENT OF THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS & HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
HSBC BANK USA
NEW YORK AS COLLATERAL AGENT
140 BROADWAY
12TH FLOOR, CORPORATE TRUST SERVICES
NEW YORK, NEW YORK, 10005-1180

**Assignor**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 25, 2000

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

**Assignee**
CIT GROUP/BUSINESS CREDIT, INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CHASE MANHATTAN BANK, THE
CORPORATION
**Signed:** DEC 13, 1999

**Brief:** RELEASE OF SECURITY
INTEREST
**Recorded:** DEC 15, 1999
**Reel/Frame:** 2008/0725
**Correspondent:**
PROSKAUER ROSE LLP
JENNIFER SILVER
1585 BROADWAY
NEW YORK, NEW YORK 10036

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN, 53404

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
**Signed:** MAY 08, 1996

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139

**Correspondent:**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

| **Assignee** | **Assignor** |
|---|---|
| WESTERN PUBLISHING COMPANY, INC. | GENERAL ELECTRIC CREDIT CORPORATION |
| | NEW YORK CORPORATION |
| | **Signed:** JUL 17, 1984 |

**Brief:** ASSIGNOR HEREBY
TERMINATES THE ASSIGNMENT OF
THE COPYRIGHT AND LICENSE,
SUBJECT TO AGREEMENT
RECITED
**Recorded:** AUG 17, 1984
**Reel/Frame:** 0476/0831
**Correspondent:**
WILMER, CUTLER & PICKERING
1666 K ST., N.W.
WASHINGTON, DC 20006

| **Assignee** | **Assignor** |
|---|---|
| CHEMICAL BANK | WESTERN PUBLISHING COMPANY, INC. |
| 52 BROADWAY | DELAWARE CORPORATION |
| NEW YORK, NEW YORK, 10004 | 1220 MOUND AVE. |
| | RACINE, WISCONSIN |
| | **Acknowledge:** JUL 17, 1984 |

**Brief:** AS SECURITY FOR
OBLIGATIONS RECITED, ASSIGNOR
GRANTS, ASSIGNS A SECURITY
THE ENTIRE INTEREST SUBJECT
TO AGREEMENT RECITED
**Recorded:** AUG 20, 1984
**Reel/Frame:** 0476/0821

**Correspondent:**
WILMER CUTLER ET AL.
1666 K ST., N.W.
WASHINGTON, DC 20006

**Assignee**
GENERAL ELECTRIC CREDIT
CORPORATION
NEW YORK CORPORATION
260 LONG RIDGE ROAD
STAMFORD, CONNECTICUT, 06902

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN
**Signed:** FEB 28, 1984

**Brief:** AS SECURITY FOR
OBLIGATIONS RECITED, ASSIGNOR
HEREBY GRANTS, ASSIGNS AND
CONVEYS A SECURITY INTEREST
UNDER SAID MARK, SUBJECT TO
AGREEMENT RECITED
**Recorded:** MAR 13, 1984
**Reel/Frame:** 0467/0752
**Correspondent:**
WEIL, GOTSHAL, ET AL.
767 FIFTH AVE.
NEW YORK, NY 10153

**Assignee**
GENERAL ELECTRIC CREDIT
CORPORATION
NEW YORK CORPORATION
260 LONG RIDGE RD.
STAMFORD, CONNECTICUT, 06902

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN
**Signed:** FEB 28, 1984

**Brief:** AS SECURITY FOR
OBLIGATIONS RECITED ASSIGNOR
HEREBY GRANTS ASSIGNS THE
ENTIRE INTEREST UNDER SAID
MARK
**Recorded:** FEB 29, 1984
**Reel/Frame:** 0462/0181

**Correspondent:**
WEIL, GOTSHAL & MANGES
767 FIFTH AVE.
NEW YORK, NY 10153


**Assignee**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN, 53404

**Assignor**
MATTEL INC.
DELAWARE CORPORATION
5150 ROSECRANS AVE.
HAWTHORNE, CALIFORNIA
**Acknowledge:** OCT 04, 1983

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404


**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404


**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

| Assignee | Assignor |
|---|---|
| WESTERN PUBLISHING COMPANY, INC. | WPC, INC. (CHANGED TO) **Signed:** NOV 19, 1979 |
| | **Assignor** |
| | WPC PUBLISHING, INC. (CHANGED TO) |

**Brief:** CERTIFICATE BY THE
SECRETARY OF STATE OF
DELAWARE SHOWING CHANGES
OF NAME ON APRIL 9, 1979 AND
JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Other U.S. Registrations:** 958,607; 959,441
**Filing Correspondent:**
SONJA KEITH
CLASSIC MEDIA, INC.
860 BROADWAY, 6TH FL.
NEW YORK, NY 10003

# TINA AND LULU

## TINA AND LULU

**Status:**   ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** NOV 14, 2004

**Goods/Services:**

**International Class 9:** PRE-RECORDED VIDEO TAPES, AUDIO TAPES, CD-ROMS AND COMPUTER SOFTWARE FEATURING ACTION, DRAMA, COMEDY AND GENERAL INTEREST; MOTION PICTURE FILMS FEATURING ACTION, DRAMA, COMEDY AND GENERAL INTEREST

**International Class 41:** ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING ENTERTAINMENT CONTENT FOR CHILDREN AND FAMILIES, ACTION, COMEDY, DRAMA AND GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PRODUCTION AND DISTRIBUTION OF MOTION PICTURES, PROGRAMMING FOR TELEVISION, PROGRAMMING ON A GLOBAL COMPUTER NETWORK; TELEVISION ENTERTAINMENT IN THE NATURE OF AN ON-GOING PROGRAM IN THE FIELD OF CHILDREN, FAMILY, GENERAL INTEREST, ACTION, COMEDY OR DRAMA

**International Class 42:** COMPUTER CONSULTATION, WEBSITE DEVELOPMENT, AND PRODUCT DEVELOPMENT SERVICES FOR OTHERS WITHIN THE FIELD OF ELECTRONIC COMMERCE

**Last Reported Owner:**

 ZENIMAX MEDIA INC.
DELAWARE  CORPORATION
1370 PICCARD DRIVE
ROCKVILLE, MARYLAND  20850

**We Have Located Other Marks With This Owner**

TINA AND LULU                    USPTO            Page 155

**Chronology:**

**Filed:** NOV 01, 2000        **Serial Number:** 76-157,239
**Published For Opposition:** AUG 21, 2001
**Abandoned:** NOV 14, 2004

**Ownership Details:**

**Applicant:**

ZENIMAX MEDIA INC.
DELAWARE  CORPORATION

1370 PICCARD DRIVE
ROCKVILLE, MARYLAND  20850

**Filing Correspondent:**

CYNTHIA K. NICHOLSON
ANN K. FORD, ESQ.
PIPER RUDNICK LLP
1200 NINETEENTH STREET, NW
WASHINGTON DC 20036-2412



**WWW.LULURECORDS.COM**

**Status:**    ABANDONED
              AMENDED TO USE APPLICATION

              **USPTO Status:** ABANDONED-FAILURE TO RESPOND
              **USPTO Status Date:** SEP 04, 2001

**Goods/Services:**
              **International Class 9:**  MUSIC CD'S
              **First Used:** APR 17, 1999  (INTL. CL. 9)
              **In Commerce:** APR 17, 1999

**Last Reported Owner:**
              LULU RECORDS
              **Composed Of:** CHRIS STEWART, USA LORI WOLVERTON-USA
              67 SOUTH 3RD ST. #4
              BROOKLYN, NEW YORK  11211

**Chronology:**
              **Filed:** JUL 19, 1999          **Serial Number:** 75-754,634
              **Abandoned:** SEP 04, 2001

**Ownership Details:**
**Applicant:**
              LULU RECORDS
              **Composed Of:** CHRIS STEWART, USA LORI WOLVERTON-USA
              67 SOUTH 3RD ST. #4
              BROOKLYN, NEW YORK  11211

**Filing Correspondent:**
              LULU RECORDS
              67 SOUTH 3RD ST. #4
              BROOKLYN, NY 11211

LITTLE LULU

**LITTLE LULU**

**Status:**    EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** FEB 14, 2004

**Goods/Services:**

**International Class 16:**
**(U.S. CL. 38)** COMIC MAGAZINES
**First Used:** MAY 15, 1945  (US.CL. 38)
**In Commerce:** MAY 15, 1945

**Last Reported Owner:**



CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

| THE LITTLE LULU SHOW | USPTO | Page 157 |
| LITTLE LULU | USPTO | Page 168 |
| LITTLE LULU | USPTO | Page 195 |
| LITTLE LULU | Common Law | Page 588 |

**Chronology:**

**Filed:** MAR 27, 1972      **Serial Number:** 72-419,687
**Published For Opposition:** FEB 20, 1973
**Registered:** MAY 08, 1973    **Registration Number:** 958,607
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                         SEC. 15 ACK.  SEP 11, 1978
**Renewed:** MAY 08, 1993

**Ownership Details:**
**Registrant:**

WESTERN PUBLISHING COMPANY, INC.
WISCONSIN  CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

**Assignee**

CLASSIC MEDIA, INC.

DELAWARE CORPORATION

6TH FLOOR

860 BROADWAY

NEW YORK, NEW YORK, 10003

**Assignee**

HARVEY ENTERTAINMENT, INC.

DELAWARE CORPORATION

6TH FLOOR

860 BROADWAY

NEW YORK, NEW YORK, 10003

**Assignee**

UPA INDUSTRIES

CALIFORNIA CORPORATION

6TH FLOOR

860 BROADWAY

NEW YORK, NEW YORK, 10003

**Assignee**

GOLD KEY HOME VIDEO, INC.

DELAWARE CORPORATION

6TH FLOOR

860 BROADWAY

NEW YORK, NEW YORK, 10003

**Assignee**

HARVEY ASSETS COMPANY LLC

DELAWARE LIMITED LIABILITY

COMPANY

6TH FLOOR

860 BROADWAY

NEW YORK, NEW YORK, 10003

**Assignee**

UPA PRODUCTIONS OF AMERICA

CALIFORNIA CORPORATION

6TH FLOOR

860 BROADWAY

NEW YORK, NEW YORK, 10003

**Assignor**

JPMORGAN CHASE BANK,

NATIONAL ASSOCIATION

NEW YORK NATIONAL BANKING

ASSOCIATION

**Signed:** JAN 11, 2007

**Assignee**

UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Assignor**

HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Correspondent:**
MORGAN LEWIS & BOCKIUS LLP
SCOTT H. JAFFEE
101 PARK AVENUE
NEW YORK, NY 10178

**Assignee**
JP MORGAN CHASE BANK
NEW YORK CORPORATION
GARRETT VERDONE
1166 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

**Assignor**
CLASSIC MEDIA INC.
DELAWARE CORPORATION
**Signed:** AUG 26, 2002

**Assignor**
HARVEY ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA INDUSTRIES CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
GOLD KEY HOME VIDEO, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
HARVEY ASSETS COMPANY LLC
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA PRODUCTIONS OF AMERICA
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPARIO MUSIC CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**

CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT THE BRIEF FROM ASSIGNMENT TO COLLATERAL ASSIGNMENT, PREVIOULSY RECORDED ON REEL 002017 FRAME 0595, ASSIGNOR CONFIRMS THE ASSIGNMENT OF THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS & HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
HSBC BANK USA
NEW YORK AS COLLATERAL AGENT
140 BROADWAY
12TH FLOOR, CORPORATE TRUST SERVICES
NEW YORK, NEW YORK, 10005-1180

**Assignor**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 25, 2000

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

**Assignee**
CIT GROUP/BUSINESS CREDIT, INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

| **Assignee** | **Assignor** |
|---|---|
| GOLDEN BOOKS PUBLISHING COMPANY, INC. | WESTERN PUBLISHING COMPANY, INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1220 MOUND AVENUE | **Signed:** MAY 08, 1996 |
| RACINE, WISCONSIN, 53404 | |

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139
**Correspondent:**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

| **Assignee** | **Assignor** |
|---|---|
| WESTERN PUBLISHING COMPANY, INC. | MATTEL INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1220 MOUND AVE. | 5150 ROSECRANS AVE. |
| RACINE, WISCONSIN, 53404 | HAWTHORNE, CALIFORNIA |
| | **Acknowledge:** OCT 04, 1983 |

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029

**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC, INC. (CHANGED TO)
**Signed:** NOV 19, 1979

**Assignor**

WPC PUBLISHING, INC. (CHANGED TO)

**Brief:** CERTIFICATE BY THE SECRETARY OF STATE OF DELAWARE SHOWING CHANGES OF NAME ON APRIL 9, 1979 AND JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Filing Correspondent:**

1220 MOUND AVENUE
RACINE, WI 53404

LITTLE LULU

**LITTLE LULU**

**Status:**     EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** FEB 28, 2004

**Goods/Services:**

**International Class 16:**
**(U.S. CL. 38)** COLORING BOOKS, AND DOLL CUT-OUT BOOKS
**First Used:** 1944  (US.CL. 38)
**In Commerce:** 1944

**Last Reported Owner:**

     CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

| THE LITTLE LULU SHOW | USPTO | Page 157 |
| LITTLE LULU | USPTO | Page 168 |
| LITTLE LULU | USPTO | Page 184 |
| LITTLE LULU | Common Law | Page 588 |

**Chronology:**

**Filed:** APR 05, 1972     **Serial Number:** 72-420,496
**Published For Opposition:** MAR 06, 1973
**Registered:** MAY 22, 1973     **Registration Number:** 959,441
**Affidavit Section:**  REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  SEP 11, 1978
**Renewed:** MAY 22, 1993

**Ownership Details:**
**Registrant:**

WESTERN PUBLISHING COMPANY, INC.
WISCONSIN  CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

**Assignee**

CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

**Assignee**

UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Assignor**

HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Correspondent:**

MORGAN LEWIS & BOCKIUS LLP

SCOTT H. JAFFEE

101 PARK AVENUE

NEW YORK, NY 10178

**Assignee**

JP MORGAN CHASE BANK

NEW YORK CORPORATION

GARRETT VERDONE

1166 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK

**Assignor**

CLASSIC MEDIA INC.

DELAWARE CORPORATION

**Signed:** AUG 26, 2002

**Assignor**

HARVEY ENTERTAINMENT, INC.

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPA INDUSTRIES CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

GOLD KEY HOME VIDEO, INC.

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

HARVEY ASSETS COMPANY LLC

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPA PRODUCTIONS OF AMERICA

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPARIO MUSIC CORPORATION

**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**

CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT THE BRIEF FROM ASSIGNMENT TO COLLATERAL ASSIGNMENT, PREVIOULSY RECORDED ON REEL 002017 FRAME 0595, ASSIGNOR CONFIRMS THE ASSIGNMENT OF THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS & HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

| **Assignee** | **Assignor** |
|---|---|
| HSBC BANK USA | GOLDEN BOOKS PUBLISHING |
| NEW YORK AS COLLATERAL | COMPANY, INC. |
| AGENT | DELAWARE CORPORATION |
| 140 BROADWAY | **Signed:** JAN 25, 2000 |
| 12TH FLOOR, CORPORATE TRUST | |
| SERVICES | |
| NEW YORK, NEW YORK, | |
| 10005-1180 | |

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

| **Assignee** | **Assignor** |
|---|---|
| CIT GROUP/BUSINESS CREDIT, | GOLDEN BOOKS PUBLISHING |
| INC., AS AGENT, THE | COMPANY, INC. |
| NEW YORK CORPORATION | DELAWARE CORPORATION |
| 1211 AVENUE OF THE AMERICAS | **Signed:** JAN 26, 2000 |
| NEW YORK, NEW YORK, 10036 | |

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN, 53404

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
**Signed:** MAY 08, 1996

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139
**Correspondent:**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN, 53404

**Assignor**
MATTEL INC.
DELAWARE CORPORATION
5150 ROSECRANS AVE.
HAWTHORNE, CALIFORNIA
**Acknowledge:** OCT 04, 1983

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029

**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC, INC. (CHANGED TO)
**Signed:** NOV 19, 1979

**Assignor**

WPC PUBLISHING, INC. (CHANGED TO)

**Brief:** CERTIFICATE BY THE SECRETARY OF STATE OF DELAWARE SHOWING CHANGES OF NAME ON APRIL 9, 1979 AND JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Filing Correspondent:**

BRUCE A. BERNBERG
WESTERN PUBLISHING COMPANY, INC.
1220 MOUND AVENUE
RACINE, WI 53404



## LULU TOWNSEND

**Status:**     PUBLISHED
                INTENT TO USE

         **USPTO Status:** PUBLISHED FOR OPPOSITION
         **USPTO Status Date:** JUL 17, 2007

**Goods/Services:**

**International Class 18:** HANDBAGS; BACKPACKS; WAIST PACKS; SHOULDER BAGS; SPORTS BAGS; LUGGAGE; WALLETS; PURSES; UMBRELLAS

**International Class 25:** FOOTWEAR; SHOES; SANDALS; HOSIERY; SLIPPERS; OVERSHOES; RUBBERS; BOOTS; CLOGS; ATHLETIC SHOES; SNEAKERS; SCARVES; GLOVES; HATS; SHIRTS; SHORTS; BLOUSES; VESTS; JACKETS; SWEATERS; SKIRTS; SOCKS; PANTS

**Last Reported Owner:**

     DSW SHOE WAREHOUSE, INC.
                         MISSOURI  CORPORATION
                         4150 EAST FIFTH AVENUE
                         COLUMBUS, OHIO  43219

         **We Have Located Other Marks With This Owner**

         LULU TOWNSEND              USPTO          Page 247

**Chronology:**

         **Filed:** APR 05, 2007        **Serial Number:** 77-149,114
         **Published For Opposition:** JUL 17, 2007

**Ownership Details:**

**Applicant:**

         DSW SHOE WAREHOUSE, INC.
         MISSOURI  CORPORATION
         4150 EAST FIFTH AVENUE
         COLUMBUS, OHIO  43219

**Portrait Permission:**

         THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Claims:**

         COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**

         THEODORE R. REMAKLUS
         WOOD, HERRON & EVANS, L.L.P.
         441 VINE STREET

2700 CAREW TOWER
CINCINNATI, OH 45202

## LULU BELLE BOUTIQUE

Lulu Belle Boutique

**Status:**     PUBLISHED

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** JUL 24, 2007

**Goods/Services:**

**International Class 25:**  WOMENS CLOTHING, NAMELY T-SHIRTS, JEANS, SWEATSHIRTS, SWEATPANTS, BATHING SUITS, SLEEPWEAR, UNDERGARMENTS, JACKETS, COATS, DRESSES, SKIRTS, SHORTS, PANTS, SUITS, SWEATERS, BLOUSES, DRESS SHIRTS, NECKBANDS, WRISTBANDS, HEADBANDS, BELTS, HATS, CAPS, SHOES AND STOCKINGS

**International Class 35:**  RETAIL CLOTHING STORE SERVICES

**First Used:** NOV 01, 2005  (INTL. CL. 25)

**In Commerce:** NOV 01, 2005

**First Used:** NOV 01, 2005  (INTL. CL. 35)

**In Commerce:** NOV 01, 2005

**Disclaimers:**

BOUTIQUE

**Last Reported Owner:**

ENGSTROM, LISA M.

UNITED STATES  INDIVIDUAL

725 SILVER STREET

LA JOLLA, CALIFORNIA  92037

**Chronology:**

**Filed:** FEB 01, 2006          **Serial Number:** 78-804,513

**Published For Opposition:** JUL 24, 2007

**Ownership Details:**

**Applicant:**

ENGSTROM, LISA M.

UNITED STATES  INDIVIDUAL

725 SILVER STREET

LA JOLLA, CALIFORNIA  92037

**Portrait Permission:**

THE NAME ″LULU BELLE″ IS NOT THE NAME OF A LIVING INDIVIDUAL.

**Filing Correspondent:**

DON E. ERICKSON

LAW OFFICE

7668 EL CAMINO REAL STE 104
#627
CARLSBAD, CA 92009-7932

### LU-LU'S CLOSET

# LU-LU'S CLOSET

**Status:**     PUBLISHED

USE APPLICATION - CURRENT

**USPTO Status:** SU - REGISTRATION REVIEW COMPLETE
**USPTO Status Date:** AUG 29, 2007

**Goods/Services:**

**International Class 25:**  LADIES' AND GIRLS' CLOTHING; NAMELY
T-SHIRTS, POLO SHIRTS, SWEATERS, SHIRTS, BLOUSES, PANTS,
OVERALLS, SHORTS, SKIRTS, COATS, JACKETS, VESTS,
TURTLENECKS; ACTIVE WEAR, NAMELY, SHORTS, SWEATPANTS,
SWEAT SHIRTS, UNDERGARMENTS, SLEEPWEAR, ROBES
**First Used:** 2005  (INTL. CL. 25)
**In Commerce:** 2005

**Last Reported Owner:**

PHILHOBAR DESIGN CANADA LTD.
CANADA  CORPORATION
365 LOUVAIN OUEST
MONTREAL, QUEBEC, CANADA  H2N 2J1

**Chronology:**

**Filed:** APR 04, 2005          **Serial Number:** 78-601,477
**Published For Opposition:** JAN 03, 2006

**Ownership Details:**

**Applicant:**

PHILHOBAR DESIGN CANADA LTD.
CANADA  CORPORATION
365 LOUVAIN OUEST
MONTREAL, QUEBEC, CANADA  H2N 2J1

**Filing Correspondent:**

JOSEPH D. LEWIS
BARNES & THORNBURG LLP
750 17TH ST NW STE 900
WASHINGTON, DC 20006-4607

**Domestic Representative:** JOSEPH D. LEWIS



## LULU'S BAIT SHACK

**Status:**     RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** JUL 25, 2006

**Goods/Services:**

**International Class 21:** DRINKING GLASS HOLDERS
**International Class 25:** MENS' AND LADIES' T-SHIRTS, HATS, BASEBALL JERSEYS, GOLF SHIRTS, AND BOXER SHORTS
**International Class 42:** RESTAURANT SERVICES
**First Used:** MAY 30, 1993  (INTL. CL. 21)
**In Commerce:** MAY 30, 1993
**First Used:** APR 01, 1993  (INTL. CL. 25)
**In Commerce:** APR 01, 1993
**First Used:** APR 01, 1993  (INTL. CL. 42)
**In Commerce:** APR 01, 1993

**Last Reported Owner:**

LEVINE, JEFF
UNITED STATES  INDIVIDUAL
SUITE 410
5100 W. COPANS ROAD
MARGATE, FLORIDA  33063

**Chronology:**

**Filed:** SEP 03, 1993        **Serial Number:** 74-432,212
**Published For Opposition:** OCT 31, 1995
**Registered:** JAN 23, 1996    **Registration Number:** 1,949,959
**Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED  JUL 25, 2006
REGISTERED - SEC. 8 (6-YR) ACCEPTED MAR 22, 2002
**Last Renewed:** JAN 23, 2006

**Ownership Details:**
**Registrant:**

LEVINE, JEFF
UNITED STATES  INDIVIDUAL
SUITE 410
5100 W. COPANS ROAD
MARGATE, FLORIDA  33063

**Filing Correspondent:**

JEFF LEVINE
2500 N.W. 49TH STREET

BOCA RATON, FL 33434



### LULU'S RED HOTS

**Status:**    REGISTERED

    **USPTO Status:** REGISTERED
    **USPTO Status Date:** MAY 09, 2006

**Goods/Services:**
    **International Class 25:** CLOTHING, NAMELY SHIRTS AND HATS
    **International Class 43:** RESTAURANT SERVICES
    **First Used:** OCT 01, 2004  (INTL. CL. 25)
    **In Commerce:** OCT 01, 2004
    **First Used:** OCT 01, 2004  (INTL. CL. 43)
    **In Commerce:** OCT 01, 2004

**Disclaimers:**
    ″RED HOTS″

**Last Reported Owner:**
    WEINERWERKS, L.L.C.
    PENNSYLVANIA  LIMITED LIABILITY CO.
    147 DELTA DRIVE
    PITTSBURGH, PENNSYLVANIA  15238

**Chronology:**
    **Filed:** DEC 05, 2003    **Serial Number:** 78-336,763
    **Published For Opposition:** OCT 11, 2005
    **Registered:** MAY 09, 2006    **Registration Number:** 3,091,018

**Ownership Details:**

**Registrant:**
    WEINERWERKS, L.L.C.
    PENNSYLVANIA  LIMITED LIABILITY CO.
    147 DELTA DRIVE
    PITTSBURGH, PENNSYLVANIA  15238

**Design Phrase:**
    THE MARK CONSISTS OF THE WORDING ″LULU'S″ IN LARGE
    CURSIVE WRITING OVER THE DESIGN OF A HOT DOG
    CONTAINING THE WORDS ″RED HOTS″ IN LETTERING.

**Filing Correspondent:**
    PETE A. FUSCALDO
    LEECH TISHMAN FUSCALDO & LAMPL, LLC
    30TH FLOOR CITIZENS BANK BUILDING
    525 WILLIAM PENN PLACE
    PITTSBURGH PA 15219

LULU GUINNESS

**LULU GUINNESS**

 **Worldwide Filings = 14**

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 19, 2006

**Goods/Services:**
**International Class 35:** RETAIL STORE SERVICES, RETAIL MAIL
ORDER SERVICES AND ON-LINE RETAIL STORE SERVICES
FEATURING CLOTHING AND FASHION ACCESSORIES
**First Used:** 1995  (INTL. CL. 35)
**In Commerce:** APR 09, 2001

**Last Reported Owner:**
LULU GUINNESS LIMITED
UNITED KINGDOM  COMPANY
159-165 GREAT PORTLAND STREET
5TH FLOOR, TENNYSON HOUSE
LONDON W1N 5FT, UNITED KINGDOM

**We Have Located Other Marks With This Owner**
LULU GUINNESS                    USPTO            Page 228

**Chronology:**
**Filed:** JUL 12, 2001        **Serial Number:** 76-284,213
**Published For Opposition:** SEP 20, 2005
**Registered:** SEP 19, 2006    **Registration Number:** 3,145,799

**Ownership Details:**
**Registrant:**
LULU GUINNESS LIMITED
UNITED KINGDOM  COMPANY
159-165 GREAT PORTLAND STREET
5TH FLOOR, TENNYSON HOUSE
LONDON W1N 5FT, UNITED KINGDOM
**Portrait Permission:**
THE NAME "LULU GUINNESS" IDENTIFIES A LIVING INDIVIDUAL
WHOSE CONSENT IS OF RECORD.
**Filing Correspondent:**
STEPHEN A. GOLDSMITH
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK NY 10023-7604

**Domestic Representative:** LADAS & PARRY

LULULEMON SPECIFICA

### LULULEMON SPECIFICA

 **Worldwide Filings = 1**

**Status:** PENDING
SECTION 44 (D)
INTENT TO USE
44(D) APPLICATION - CURRENT

**USPTO Status:** SUSPENSION LETTER - MAILED
**USPTO Status Date:** JUL 21, 2007

**Goods/Services:**
**International Class 18:** ATHLETIC GYM BAGS, SPORTS BAGS, BEACH BAGS, BACKPACKS AND TOTE BAGS
**International Class 25:** CLOTHING, NAMELY, T-SHIRTS, TANK TOPS, SHIRTS, SWEATSHIRTS, PANTS, SHORTS, SKIRTS, DRESSES, SWEATPANTS, UNDERWEAR, SOCKS, JACKETS, COATS; HEADWEAR, NAMELY, HATS, CAPS, TOQUES, VISORS, HEADBANDS; FOOTWEAR, NAMELY, SHOES, SANDALS, SPORTS SHOES, BOOTS
**International Class 28:** ATHLETIC EQUIPMENT, NAMELY, BALANCE BALLS, SKIPPING ROPES, RUBBER TUBING, RUBBER CORDS AND STRAPS FOR FITNESS TRAINING, GYM GLOVES, WEIGHTLIFTING BELTS, STATIONARY BIKES, STATIONARY RUNNING TRACKS; WEIGHTLIFTING EQUIPMENT, NAMELY, BARS, FREE WEIGHTS, BARBELLS

**Last Reported Owner:**
LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST FOURTH AVENUE
VANCOUVER, CANADA  V6K 1N6

**We Have Located Other Marks With This Owner**

LULULEMON ATHLETICA                USPTO        Page 238

LULLURE                            USPTO        Page 324

**Chronology:**
**Filed:** APR 25, 2005        **Serial Number:** 78-615,951

**Ownership Details:**
**Applicant:**
LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST FOURTH AVENUE

VANCOUVER, CANADA  V6K 1N6

**Non-U.S. Application Claimed:** 1250807
**Non-U.S. Application Date:** MAR 10, 2005
**Non-U.S. Application Country:** CANADA
**Other U.S. Registrations:** 2,607,811
**Filing Correspondent:**

DAVID A. LOWE

BLACK LOWE & GRAHAM

701 5TH AVE STE 4800

SEATTLE, WA 98104-7009

**Domestic Representative:** DAVID A. LOWE

LULU ALEXANDER

**LULU ALEXANDER**

**Status:**  REGISTERED

AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 16, 2002

**Goods/Services:**

**International Class 25:** ATHLETIC UNIFORMS, BATHROBES, BEACHWEAR, BED JACKETS, BELTS, BLAZERS, BODY SUITS, DUSTERS, CAPES, JEANS, SHIRTS, HOSIERY, SOCKS, JOGGING SUITS, NEGLIGEES, RAIN COATS, SUITS, SPORTSWEAR, BLOUSES, PANTS, DRESSES, SKIRTS, SWEATERS, HATS, GLOVES, JACKETS, COATS, SCARVES, PAJAMAS, PANTIES, SLIPS, GOWNS, LINGERIE, BRASSIERES, GIRDLES, TIGHTS, SHORTS, SWEAT PANTS, SWEAT SHIRTS, T-SHIRTS, TURTLENECKS, SWIMSUITS, AND SNOW SUITS

**First Used:** OCT 2000  (INTL. CL. 25)

**In Commerce:** OCT 2000

**Last Reported Owner:**

 FABRIC GALLERY, INC.
NEW YORK  CORPORATION
224 W. 35TH STREET, SUITE 1302
NEW YORK, NEW YORK  10001

**Chronology:**

**Filed:** JAN 31, 2001          **Serial Number:** 76-202,961

**Published For Opposition:** OCT 30, 2001

**Registered:** JUL 16, 2002     **Registration Number:** 2,595,830

**Ownership Details:**

**Registrant:**

FABRIC GALLERY, INC.
NEW YORK  CORPORATION
224 W. 35TH STREET, SUITE 1302
NEW YORK, NEW YORK  10001

**Portrait Permission:**

THE NAME "LULU ALEXANDER" DOES NOT IDENTIFY A KNOWN LIVING INDIVIDUAL.

**Filing Correspondent:**

KATHERINE R. VIEYRA
D PETER HOCHBERG CO LPA
1940 E 6TH ST

CLEVELAND OH 44114-2294

## LULU DK

**LULU DK**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 13, 2004

**Goods/Services:**

**International Class 42:**  INTERIOR DESIGN AND DECORATIVE CONSULTATION; INTERIOR DECORATING AND DESIGN SERVICE; TEXTILES DESIGN SERVICES FOR WALL COVERING, UPHOLSTERY, TABLE AND BED LINENS, WEARING APPAREL, BAGS AND FABRICS; WALL COVERINGS, UPHOLSTERY, WEARING APPAREL, BAG AND FABRIC DESIGN SERVICES; CONSULTATION IN CONNECTION THEREWITH

**First Used:** MAR 01, 1996  (INTL. CL. 42)
**In Commerce:** MAR 01, 1996

**Last Reported Owner:**

 LULU DK LLC
DELAWARE  CORPORATION
136 EAST 64TH STREET, SUITE 2E
NEW YORK, NEW YORK  10021

**Chronology:**

**Filed:** AUG 15, 2002        **Serial Number:** 78-154,461
**Published For Opposition:** OCT 21, 2003
**Registered:** JAN 13, 2004      **Registration Number:** 2,804,760

**Ownership Details:**

**Registrant:**

LULU DK LLC
DELAWARE  CORPORATION
136 EAST 64TH STREET, SUITE 2E
NEW YORK, NEW YORK  10021

**Filing Correspondent:**

SUSAN C. SHIN
GOODWIN PROCTER LLP
599 LEXINGTON AVENUE
NEW YORK NY 10022



**LULU & LUIGI**

**Status:**       REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 07, 2006

**Goods/Services:**
**International Class 18:** PET CARRIERS AND LEASHES; PET CLOTHING
**First Used:** JUN 2003  (INTL. CL. 18)
**In Commerce:** JUN 2003

**Last Reported Owner:**

 LULU & LUIGI, LLC
MINNESOTA  LIMITED LIABILITY CO.
3844 GRAND WAY WEST
ST. LOUIS PARK, MINNESOTA  55416

**Chronology:**
**Filed:** MAY 16, 2005          **Serial Number:** 76-638,721
**Published For Opposition:** AUG 22, 2006
**Registered:** NOV 07, 2006      **Registration Number:** 3,167,194

**Ownership Details:**
**Registrant:**
LULU & LUIGI, LLC
MINNESOTA  LIMITED LIABILITY CO.
3844 GRAND WAY WEST
ST. LOUIS PARK, MINNESOTA  55416

**Claims:**
THE COLORS ORANGE, PEACH, LIGHT BLUE, BLUE, YELLOW, WHITE AND BLACK ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**
THE COLOR ORANGE APPEARS IN THE UPPER LEFT SQUARE, THE COLOR PEACH APPEARS IN THE LOWER LEFT SQUARE AND IN THE WORDING LULU, THE COLOR LIGHT BLUE APPEARS IN THE UPPER RIGHT SQUARE AND IN THE WORDING LUIGI, THE COLOR BLUE APPEARS IN THE LOWER RIGHT SQUARE, THE COLOR YELLOW APPEARS IN THE BOW ON THE DOG'S HEAD, THE COLOR WHITE APPEARS IN THE DESIGN OF THE DOG AND CAT, AND THE COLOR BLACK APPEARS IN THE OUTLINE OF THE DOG AND THE CAT.

**Filing Correspondent:**
LAWRENCE M. NAWROCKI
NAWROCKI, ROONEY & SIVERTSON, P.A.

SUITE 401, BROADWAY PLACE EAST
3433 BROADWAY STREET N.E.
MINNEAPOLIS, MINNESOTA 55413

# LULU FLYNN

**LULU FLYNN**

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** SUSPENSION LETTER - MAILED
**USPTO Status Date:** JUL 03, 2007

**Goods/Services:**

**International Class 18:**  ANIMAL LEASHES; PET ACCESSORIES, NAMELY, CANVAS, VINYL, AND LEATHER POUCHES FOR HOLDING DISPOSABLE BAGS TO PLACE PET WASTE IN; COLLARS FOR PETS; PET COLLAR ACCESSORIES, NAMELY BOWS AND CHARMS; ANIMAL CARRIERS; ANIMAL CLOTHING; MUZZLES; PET CUSHIONS; SCRATCHING POSTS; RAWHIDE CHEWS FOR DOGS

**Last Reported Owner:**

FETE ACCOMPLI LLC
DELAWARE  LIMITED LIABILITY CO.
8523 SUNSET BOULEVARD
LOS ANGELES, CALIFORNIA  90069

**Chronology:**

**Filed:** MAR 08, 2007      **Serial Number:** 76-673,761

**Ownership Details:**
**Applicant:**

FETE ACCOMPLI LLC
DELAWARE  LIMITED LIABILITY CO.
8523 SUNSET BOULEVARD
LOS ANGELES, CALIFORNIA  90069

**Portrait Permission:**

THE MARK DOES NOT CONTAIN THE NAME OF ANY LIVING INDIVIDUAL.

**Filing Correspondent:**

LEONARD J. CHARNEY
11 E 44TH ST FL 9
NEW YORK, NY 10017-3608