**LULU**

US-89
**Group:** Four

**LULU BRAVO**

**Status:**    RENEWED
AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAY 16, 2002

**Goods/Services:**

**International Class 25:**  WOMEN'S APPAREL; NAMELY, SUITS,
JACKETS, COATS, PANTS, SKIRTS, SHIRTS, BLOUSES, AND
SWEATERS
**First Used:** JAN 02, 1987  (INTL. CL. 25)
**In Commerce:** JAN 02, 1987

**Last Reported Owner:**

DAFFY'S, INC.
NEW JERSEY  CORPORATION
2701 ROUTE 3 EAST
NORTH BERGEN, NEW JERSEY  07047

**Chronology:**

**Filed:** NOV 01, 1991        **Serial Number:** 74-217,604
**Published For Opposition:** JUN 02, 1992
**Registered:** AUG 25, 1992    **Registration Number:** 1,710,150
**Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  NOV 13, 1998
**Last Renewed:** AUG 25, 2002

**Ownership Details:**

**New Registered Owner:**
DAFFY'S, INC.
NEW JERSEY  CORPORATION
DAFFY'S WAY
SECAUCUS, NEW JERSEY  07094

**Assignee**                          **Assignor**
DAFFY'S, INC.                          LULU BRAVO, INC.
NEW JERSEY CORPORATION                 NEW YORK CORPORATION
2701 ROUTE 3 EAST                      **Signed:** APR 15, 1998
NORTH BERGEN, NEW JERSEY,
07047

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JUN 17, 1998

---

**Search: 140819411**            **Analyst: ANN ARNOLD**            **USPTO Page: 224**

**Reel/Frame:** 1745/0246
**Correspondent:**
LERNER, DAVID, LITTENBERG, ET
AL.
ROY H. WEPNER
600 SOUTH AVENUE WEST
WESTFIELD, NJ 07090

**Portrait Permission:**
"LULU BRAVO" DOES NOT IDENTIFY A PARTICULAR LIVING
INDIVIDUAL.
**Lining Stippling:**
THE MARK IS LINED FOR THE COLOR SILVER.
**Filing Correspondent:**
BRUCE H. SALES
LERNER, DAVID, LITTENBERG, ET AL
600 SOUTH AVENUE WEST
WESTFIELD NJ 07090-1497

## LULU GREEN

### LULU GREEN

**Status:**    PUBLISHED

INTENT TO USE

**USPTO Status:** FIRST EXTENSION - GRANTED
**USPTO Status Date:** JAN 02, 2007

**Goods/Services:**

**International Class 18:** BAGS, NAMELY, HANDBAGS, BACKPACKS, TOTE BAGS, CHANGE PURSES, GYM BAGS, DUFFEL BAGS, FANNY PACKS, WALLETS.

**Last Reported Owner:**

 VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S PEEPS | USPTO | Page 127 |
| LULU GREEN | USPTO | Page 134 |
| LULU GREEN | USPTO | Page 256 |
| LULU'S PEEPS | USPTO | Page 258 |
| LULU'S PEEPS | USPTO | Page 272 |
| LULU GREEN | USPTO | Page 304 |

**Chronology:**

**Filed:** DEC 27, 2000       **Serial Number:** 78-040,751
**Published For Opposition:** JUN 27, 2006

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**Assignee**
NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0626
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
**Signed:** DEC 21, 2005

**Assignee**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** CHANGE OF NAME
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0584
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**
NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
**Signed:** DEC 31, 2005

**Portrait Permission:**
    THE NAME LULU GREEN DOES NOT IDENTIFY A LIVING
    INDIVIDUAL.
**Filing Correspondent:**
    SELENE H. COSTELLO
    MTV NETWORKS
    1515 BROAD WAY 34TH FLOOR
    NEW YORK NEW YORK 10036

LULU GUINNESS

## LULU GUINNESS



**Status:** REGISTERED
SECTION 44 (D)
FILED AS 44(D) APPLICATION
44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 10, 2006

**Goods/Services:**

**International Class 3:** PERFUMES, COLOGNES, EAU DE TOILETTE, AFTERSHAVE LOTIONS, AFTERSHAVE GELS, SKIN SOAP, TALCUM POWDER, BUBBLE BATH, BATH GEL, SHOWER GEL, BODY SCRUB, ANTIPERSPIRANTS AND DEODORANTS; NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, BATH AND BODY OILS, SKIN CREAMS, SKIN LOTIONS AND SKIN GELS; COSMETICS; HAIR CARE PREPARATIONS, NAIL CARE PREPARATIONS, SUN CARE LOTIONS, SUN BLOCK, SUNTANNING PREPARATIONS; AROMATHERAPY CREAMS, LOTIONS AND OILS; ESSENTIAL OILS FOR PERSONAL USE, INCENSE, POMADES FOR THE LIPS AND HAIR, POTPOURRI

**International Class 8:** TABLEWARE NAMELY, KNIVES, FORKS AND SPOONS

**International Class 18:** LEATHER AND IMITATION LEATHER SOLD IN BULK; HANDBAGS, SHOULDER BAGS, WALLETS, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PURSES, LUGGAGE, BRIEFCASE-TYPE PORTFOLIOS, LUGGAGE TRUNKS AND TRAVELING BAGS; SUITCASES, TOTE BAGS, VALISES, VANITY CASES SOLD EMPTY; BRIEFCASES, DOCUMENT BAGS AND CASES, ATTACHE CASES, KEY CASES, LEATHER KEY FOBS, CASES FOR TOILETRY OR COSMETIC ARTICLES SOLD EMPTY

**International Class 20:** PHOTOGRAPH FRAMES; PICTURE FRAMES; FURNITURE MIRRORS; HANDHELD MIRRORS, PLAQUES, JEWELRY BOXES NOT OF METAL, CUSHIONS, FITTED FABRIC FURNITURE CUSHION COVERS

**International Class 21:** DINNERWARE, DISHES; FIGURINES, SCULPTURES, STATUES, AND ORNAMENTS NOT INCLUDING CHRISTMAS-TREE ORNAMENTS, MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN OR TERRA-COTTA; DECORATIVE BOXES NOT MADE OF METAL; SERVING WARE FOR SERVING FOOD; HOUSEHOLD UTENSILS, NAMELY, WHISKS, TURNERS, KITCHEN LADLES, MIXING SPOONS, BASTING SPOONS,

BASTING BRUSHES, SLOTTED SPOONS, BOTTLE OPENERS, CORKSCREWS, SPOON RESTS, POT CLEANING BRUSHES, TEA CADDIES, POT AND PAN SCRAPERS, ROLLING PINS, VEGETABLE MASHERS AND SPATULAS; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE NOT OF PRECIOUS METAL; VASES; CANDLESTICKS AND CANDLE HOLDERS NOT OF PRECIOUS METAL; HAIR BRUSHES AND HAIR COMBS

**International Class 25:**  CLOTHING, NAMELY, DRESS SHIRTS, SUITS, JOGGING SUITS, PANTS, SHORTS, RAIN WEAR, SKIRTS, BLOUSES, DRESSES, SUSPENDERS, SWEATERS, JACKETS, COATS, TIES, ROBES, SCARVES, SWIM WEAR, UNDERCLOTHES, UNDERWEAR, UNDERPANTS, BRAS, CORSETS, CAMISOLES AND PETTICOATS; NIGHTWEAR, NAMELY, NIGHTGOWNS, NIGHT SHIRTS, PAJAMAS, NIGHTDRESSES AND NEGLIGEES; FOOTWEAR, HOSIERY, SOCKS, SWIM WEAR, HEAD WEAR, BELTS

**Last Reported Owner:**

LULU GUINNESS LIMITED
UNITED KINGDOM  LIMITED COMPANY
TENNYSON HOUSE 159-165 GREAT PORTLAND STREET
5TH FLOOR
LONDON W1N 5FT, UNITED KINGDOM

**We Have Located Other Marks With This Owner**

LULU GUINNESS                    USPTO            Page 214

**Chronology:**

**Filed:** JUL 24, 2000            **Serial Number:** 76-096,343
**Published For Opposition:** APR 26, 2005
**Opposition/Cancellation Filed:** NOV 30, 2001
**Registered:** JAN 10, 2006      **Registration Number:** 3,038,669

---

**Trademark Trials and Appeal Board (TTAB) Information:**                    `TTAB`

**Opposition Number:** 91150622

**Outcome:** TERMINATED, MAR 23, 2005

**Plaintiff:**                              **Defendant:**
LULU GUINNESS LIMITED                       FANTASIA ACCESSORIES LTD.

**Mark:** LULU GUINNESS                      **Mark:** LULU
**Serial Number:** 76-096,343               **Serial Number:** 75-891,087

**Correspondent:**

JOSEPH J. VILLAPOL
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK, NY 10023

**Trademark Defendant
Correspondent:**

JAY A. BONDELL
C/O SCHWEITZER CORNMAN
GROSS & BONDELL LLP
292 MADISON AVENUE, 19TH
FLOOR
NEW YORK, NY 10017

**TTAB Entry:** #31 TERMINATED, MAR 23, 2005
**TTAB Entry:** #30 BOARD'S DECISION: DISMISSED W/O PREJUDICE, MAR 23, 2005

**Ownership Details:**
**Registrant:**

LULU GUINNESS LIMITED
UNITED KINGDOM  LIMITED COMPANY
TENNYSON HOUSE 159-165 GREAT PORTLAND STREET
5TH FLOOR
LONDON W1N 5FT, UNITED KINGDOM

**Non-U.S. Application Claimed:** 2220818
**Non-U.S. Application Date:** JAN 29, 2000
**Non-U.S. Application Country:** UNITED KINGDOM

**Non-U.S. Registration Claimed:** 2220818A
**Non-U.S. Registration Date:** JAN 29, 2000
**Non-U.S. Registration Country:** UNITED KINGDOM
**Portrait Permission:**

THE NAME LULU GUINNESS IDENTIFIES A LIVING INDIVIDUAL
WHOSE CONSENT IS OF RECORD.

**Filing Correspondent:**

STEPHEN A GOLDSMITH
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK NEW YORK 10023

**Domestic Representative:** LADAS & PARRY

# LULU PINK

**LULU PINK**

**Status:**        PENDING
                   FILED AS USE APPLICATION
                   USE APPLICATION - CURRENT

                   **USPTO Status:** SUSPENSION LETTER - MAILED
                   **USPTO Status Date:** APR 11, 2007

**Goods/Services:**
                   **International Class 18:** LEATHER GOODS, NAMELY, DOG
                   CLOTHING
                   **First Used:** FEB 01, 2005  (INTL. CL. 18)
                   **In Commerce:** FEB 01, 2005

**Disclaimers:**
                   "PINK"

**Last Reported Owner:**
                   JOHNSON, KAREN
                   UNITED STATES  INDIVIDUAL
                   1335 HERMINE DRIVE
                   WALNUT CREEK, CALIFORNIA  94596

**Chronology:**
                   **Filed:** JUN 05, 2006        **Serial Number:** 78-900,552

**Ownership Details:**

**Applicant:**
                   JOHNSON, KAREN
                   UNITED STATES  INDIVIDUAL
                   1335 HERMINE DRIVE
                   WALNUT CREEK, CALIFORNIA  94596

**Filing Correspondent:**
                   SHELDON R. MEYER
                   FLIESLER MEYER LLP
                   14TH FLOOR
                   650 CALIFORNIA STREET
                   SAN FARNCISCO CA 94108

LULUCCI

**LULUCCI**

**Status:**     REGISTERED

AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 12, 2002

**Goods/Services:**
**International Class 9:** EYEGLASS CASES
**International Class 18:** POCKETBOOKS, PURSES AND HANDBAGS
**First Used:** JAN 01, 2001  (INTL. CL. 9)
**In Commerce:** JAN 01, 2001
**First Used:** JAN 01, 2001  (INTL. CL. 18)
**In Commerce:** JAN 01, 2001

**Last Reported Owner:**

     ASTUCCI U.S. LTD.

NEW YORK  CORPORATION

385 FIFTH AVENUE, SUITE 1005

NEW YORK, NEW YORK  10016

**We Have Located Other Marks With This Owner**

LULUCCI                           Common Law     Page 591

**Chronology:**
**Filed:** APR 26, 2001          **Serial Number:** 76-246,802
**Published For Opposition:** AUG 20, 2002
**Registered:** NOV 12, 2002     **Registration Number:** 2,648,616

**Ownership Details:**
**Registrant:**
ASTUCCI U.S. LTD.
NEW YORK  CORPORATION
385 FIFTH AVENUE, SUITE 1005
NEW YORK, NEW YORK  10016
**Filing Correspondent:**
MARTIN G. RASKIN
STEINBERG & RASKIN, P.C.
1140 AVENUE OF THE AMERICAS
15TH FLOOR
NEW YORK, NY 10036-5803

*Lulu Castagnette*

**LULU CASTAGNETTE**

 **Worldwide Filings = 4**

**Status:**     REGISTERED
SECTION 44 (D)
FILED AS 44(D) APPLICATION
44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 17, 2003

**Goods/Services:**
**International Class 25:** CLOTHING, NAMELY, COATS, JACKETS, TROUSERS, SHIRTS, T-SHIRTS, CARDIGANS, SWEATERS, DRESSES, SKIRTS, JEANS, BERMUDAS, OVERALLS, BLOUSES, POLOS, SHOES AND HATS

**Last Reported Owner:**
IVRESSE
FRANCE  CORPORATION
210, RUE SAINT DENIS
75002 PARIS, FRANCE

**Chronology:**
**Filed:** JUN 27, 2000     **Serial Number:** 76-078,213
**Published For Opposition:** JUL 16, 2002
**Registered:** JUN 17, 2003     **Registration Number:** 2,726,302

**Ownership Details:**
**Registrant:**
IVRESSE
FRANCE  CORPORATION
210, RUE SAINT DENIS
75002 PARIS, FRANCE

**Non-U.S. Application Claimed:** 99/831345
**Non-U.S. Application Date:** DEC 27, 1999
**Non-U.S. Application Country:** FRANCE

**Non-U.S. Registration Claimed:** 99/831345
**Non-U.S. Registration Date:** DEC 27, 1999
**Non-U.S. Registration Country:** FRANCE
**Portrait Permission:**
THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

**Filing Correspondent:**

       FRANK J. COLUCCI

       COLUCCI & UMANS

       218 EAST 50TH STREET

       NEW YORK NY 10022

**Domestic Representative:** FRANK J. COLUCCI, ESQ.



### LULU & FRANKIE

**Status:**        PUBLISHED
                   INTENT TO USE

                   **USPTO Status:** NOTICE OF ALLOWANCE - ISSUED
                   **USPTO Status Date:** APR 03, 2007
**Goods/Services:**
                   **International Class 18:**  HANDBAGS
**Last Reported Owner:**
                   MCGARVEY, CHRISIE
                   UNITED STATES  INDIVIDUAL
                   8833 GREENSBORO LANE
                   LAS VEGAS, NEVADA  89134

**Chronology:**
                   **Filed:** DEC 06, 2005      **Serial Number:** 78-767,949
                   **Published For Opposition:** JAN 09, 2007

**Ownership Details:**
**Applicant:**
                   MCGARVEY, CHRISIE
                   UNITED STATES  INDIVIDUAL
                   8833 GREENSBORO LANE
                   LAS VEGAS, NEVADA  89134
**Design Phrase:**
                   THE MARK CONSISTS OF A HEART SHAPE WHICH ENCOMPASSES
                   THE NAMES ″LULU & FRANKIE″.
**Filing Correspondent:**
                   H. STAN JOHNSON, ESQ.
                   COHEN JOHNSON & DAY
                   1489 W WARM SPRINGS RD STE 110
                   HENDERSON, NV 89014-7367



**LULU LUV**

**Status:**   PENDING
            INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** APR 02, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, JEANS, PANTS, TOPS, SKIRTS, DRESSES, SHORTS, JACKETS, COATS, SWEATERS, SHIRTS AND FOOTWEAR

**Last Reported Owner:**

 MUDD (USA) LLC
DELAWARE  LIMITED LIABILITY CO.
1407 BROADWAY - SUITE 2004
NEW YORK, NEW YORK  10018

**We Have Located Other Marks With This Owner**

| LULU LUV | USPTO | Page 249 |
| LUV, LULU | USPTO | Page 276 |
| LUV, LULU | USPTO | Page 297 |

**Chronology:**

**Filed:** NOV 30, 2006       **Serial Number:** 77-053,911

**Ownership Details:**
**Applicant:**

MUDD (USA) LLC
DELAWARE  LIMITED LIABILITY CO.
1407 BROADWAY - SUITE 2004
NEW YORK, NEW YORK  10018

**Filing Correspondent:**

GARY H. FECHTER
MCCARTER & ENGLISH, LLP
27TH FLOOR
245 PARK AVENUE
NEW YORK, NY 10167-0001



**LULU-B**

**Status:**      PENDING
                FILED AS USE APPLICATION
                USE APPLICATION - CURRENT
                COLOR DRAWING - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 15, 2007

**Goods/Services:**
**International Class 25:** CLOTHING MADE IN WHOLE-- NAMELY BLOUSE, TOPS, PANTS, SHORTS, ROMPERS, JUMPERS,JUMSUITS, DRESSES, AND SHIRTS
**First Used:** SEP 01, 2006  (INTL. CL. 25)
**In Commerce:** OCT 01, 2006

**Last Reported Owner:**

      ASHWOOD INC.
                          FLORIDA  CORPORATION
                          1501 EAST 10TH AVENUE
                          HIALEAH, FLORIDA  33010

**Chronology:**
        **Filed:** NOV 03, 2006          **Serial Number:** 77-036,614

**Ownership Details:**
**Applicant:**
                ASHWOOD INC.
                FLORIDA  CORPORATION
                1501 EAST 10TH AVENUE
                HIALEAH, FLORIDA  33010

**Claims:**
                THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK, NAMELY, PANTONE 367C - PANTONE ORANGE 021C - WHITE BACKGROUND.

**Design Phrase:**
                THE MARK CONSISTS OF PANTONE ORANGE 021C OUTLINES THE LETTERS AND DASH LULU-B AND IS FILLED WITH PANTONE 367C. WITH A WHITE BACKGROUND. PALM TREE IS OUTLINED WITH PANTONE 021C AND FILLED WITH PANTONE 367C.

**Filing Correspondent:**
                ASHWOOD INC.
                1501 E 10TH AVE
                HIALEAH, FL 33010-3303



**LULULEMON ATHLETICA**

 **Worldwide Filings = 2**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 13, 2002

**Goods/Services:**
**International Class 25:** CLOTHING, NAMELY PANTS, SHIRTS,
T-SHIRTS, SHORTS, SWEATSHIRTS, SWEATPANTS, SOCKS,
JACKETS, COATS, HATS, FOOTWEAR, NAMELY SHOES AND
SANDALS
**First Used:** MAR 25, 1999  (INTL. CL. 25)
**In Commerce:** NOV 20, 2001

**Last Reported Owner:**
LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST 4TH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA  V6K 1N6

**We Have Located Other Marks With This Owner**

LULULEMON SPECIFICA              USPTO          Page 216

LULLURE                          USPTO          Page 324

**Chronology:**
**Filed:** FEB 22, 1999        **Serial Number:** 75-645,552
**Published For Opposition:** JAN 23, 2001
**Registered:** AUG 13, 2002    **Registration Number:** 2,607,811

**Ownership Details:**
**Registrant:**
LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST 4TH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA  V6K 1N6

**Filing Correspondent:**
BRENT D SANDERS
DAVID A. LOWE
BLACK LOWE & GRAHAM PLLC
SUITE 4800
701 FIFTH AVENUE
SEATTLE WA 98104

**Domestic Representative:** LAWCO OF WASHINGTON, INC.

LULU GIRL

## LULU GIRL

**Status:**    PENDING

INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAY 07, 2007

**Goods/Services:**

**International Class 35:** RETAIL STORE SERVICES FEATURING
FASHION ACCESSORIES

**Last Reported Owner:**

GLAZER, KAREN
UNITED STATES  INDIVIDUAL
1299 FAIRFIELD BEACH ROAD
FAIRFIELD, CONNECTICUT  06430

GLAZER, WILLIAM
UNITED STATES  INDIVIDUAL
1299 FAIRFIELD BEACH ROAD
FAIRFIELD, CONNECTICUT  06430

**Chronology:**

**Filed:** JAN 08, 2002       **Serial Number:** 78-101,419

**Ownership Details:**
**Applicant:**

GLAZER, KAREN
UNITED STATES  INDIVIDUAL
1299 FAIRFIELD BEACH ROAD
FAIRFIELD, CONNECTICUT  06430

GLAZER, WILLIAM
UNITED STATES  INDIVIDUAL
1299 FAIRFIELD BEACH ROAD
FAIRFIELD, CONNECTICUT  06430

**Filing Correspondent:**

CHRISTOPHER J. DAY
LAW OFFICE OF CHRISTOPHER DAY
301 EAST BETHANY HOME ROAD, SUITE A-213
PHOENIX AZ 85012

**LULU BELLS TREASURES**

Lulu Bells Treasures

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 18, 2006

**Goods/Services:**
**International Class 35:** ONLINE RETAIL SERVICES FEATURING JEWELRY
**First Used:** DEC 30, 2003  (INTL. CL. 35)
**In Commerce:** DEC 30, 2003

**Last Reported Owner:**

 LULU BELLS TREASURES, INC.
NEW YORK  CORPORATION
P.O. BOX 1541
PORT WASHINGTON, NEW YORK  11050

**Chronology:**
**Filed:** AUG 07, 2005          **Serial Number:** 78-687,321
**Published For Opposition:** APR 25, 2006
**Registered:** JUL 18, 2006     **Registration Number:** 3,117,207

**Ownership Details:**
**Registrant:**
LULU BELLS TREASURES, INC.
NEW YORK  CORPORATION
P.O. BOX 1541
PORT WASHINGTON, NEW YORK  11050

**Portrait Permission:**
THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**
LULU BELLS TREASURES, INC.
PO BOX 1541
PORT WASHINGTON, NY 11050-7541

# Lulu Studios

**LULU STUDIOS**

**Status:**    PENDING
    INTENT TO USE

    **USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
    ASSIGNED TO EXAMINER
    **USPTO Status Date:** AUG 23, 2007

**Goods/Services:**
    **International Class 42:** (BASED ON INTENT TO USE) GRAPHIC
    DESIGN SERVICES

**Last Reported Owner:**
    MOORE, LEAH N
    **Composed Of:** LEAH N MOORE
    SOUTH CAROLINA  SOLE PROPRIETORSHIP
    151 AUGUSTA PLANTATION DRIVE APT. S
    MYRTLE BEACH, SOUTH CAROLINA  29579

**Chronology:**
    **Filed:** AUG 20, 2007        **Serial Number:** 77-260,014

**Ownership Details:**
**Applicant:**
    MOORE, LEAH N
    **Composed Of:** LEAH N MOORE
    SOUTH CAROLINA  SOLE PROPRIETORSHIP
    151 AUGUSTA PLANTATION DRIVE APT. S
    MYRTLE BEACH, SOUTH CAROLINA  29579

**Filing Correspondent:**
    MOORE, LEAH N
    151 AUGUSTA PLANTATION DR UNIT S
    MYRTLE BEACH, SC 29579-6444

## LOULOU CACHAREL

LOULOU CACHAREL

**Status:**   PENDING
INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** JUN 06, 2007

**Goods/Services:**
**International Class 18:** LEATHER AND IMITATION OF LEATHER;
ANIMAL SKINS; LEATHER GOODS; TRUNKS, SUITCASES AND
LUGGAGES; PURSES; SCHOOLBAGS, SATCHELS AND BRIEFC
ASES; WALLETS; PORTFOLIOS; VANITY CASES; TRAVEL BAGS;
HANDBAGS; SPORT BAGS; GARMENT BAGS; BAGS ON CASTERS;
BEACH BAGS; DRIVER'S LICENCE CASES; POCKET CASES;
FOLDERS; CASES AND SUPPORTS FOR VISITING CARDS;
SHOULDER STRAPS IN LEATHER; CASES AND SUPPORTS FOR
CREDIT CARDS; LEATHER CASES FOR KEYS; CASES FOR MOBILE
PHONES; ADDRESS BOOKS; DIARIES; CASES FOR PASSPORT;
ATTACHé CASES; BEACH UMBRELLAS, SUN UMBRELLAS,
PARASOLS, SUNSHADES; UMBRELLAS; STICKS
**International Class 25:** CLOTHING; SHOES OTHER THAN
ORTHOPAEDIC SHOES; BOOTS; GLOVES; BELTS; HATS;
SPORTSWEAR OTHER THAN FOR DIVING; SKIRTS; DRESSES;
TROUSERS ; TEE-SHIRTS; PULL-OVERS; CARDIGANS; CAPS; TIES;
TIGHTS; PANTY HOSES SOCKS; FOULARDS; SCARVES;
HEADBANDS; JERKINS; LEOTARDS; HOSIERIES; PAREUS;
SHORTS; BERMUDA SHORTS; JERSEYS; SWIMMING SUITS;
SHIRTS; SHORT-SLEEVED SHIRTS; BLOUSES; COATS; JACKETS;
BLOUSONS; RAINCOATS; OVERCOATS; PAJAMAS; UNDERWEAR;
UNDERPANTS; BRIEFS; PANTIES; BRAS; BLOOMERS; PLAYSUITS;
SHORT-TROUSERS; PILOTS; BALACLAVAS; BONNETS; MITTENS;
MITTS; LEG GUARDS; GAITERS; ANKLETS; BIBS; SLIPPERS;
BALLET SHOES; LAYETTES; COURT SHOES; SANDALS;
ESPADRILLES; THIGH BOOTS; MOCCASINS; CROSSOVER TOPS;
TANK TOPS; SWEATERS; TWIN SETS; POLO SHIRTS;
SIDESTROKES; SMOCKS; OVERALLS; TUNICS; LONG-LINE BRAS;
BODICES; CORSETS; CAMISOLES; WOMAN'S LOOSE BLOUSES;
UNDERSKIRTS; LEGGINGS; DUNGAREES; SALOPETTES; COMBI-
SHORTS; BLAZERS; SPENCERS; SAFARI SHIRTS AND JACKETS;
FROCK COATS; SUITS; LADY'S SUITS; CAR COATS; THREE-
QUARTER COATS; ANORAKS; DUFFLE COATS; CAPES; CLOAKS;
WIDE-BRIMMED HATS; PELISSES; BOLEROS; SHAWLS; STOLES;
PONCHOS; LINGERIE; PEIGNOIRS; BATHROBES; TRACKSUITS;
NIGHTDRESSES; SHORT NIGHTDRESSES

**Last Reported Owner:**

    CACHAREL U.S.A., INC.

    DELAWARE  CORPORATION

    C/O DELAWARE CORPORATE MGMT

    1100 N. MARKET ST, SUITE 780

    WILMINGTON, DELAWARE  19890

**Chronology:**

    **Filed:** MAY 31, 2007          **Serial Number:** 77-194,525

**Ownership Details:**

**Applicant:**

    CACHAREL U.S.A., INC.

    DELAWARE  CORPORATION

    C/O DELAWARE CORPORATE MGMT

    1100 N. MARKET ST, SUITE 780

    WILMINGTON, DELAWARE  19890

**Filing Correspondent:**

    MARK LEBOW

    YOUNG & THOMPSON

    745 23RD ST S STE 200

    ARLINGTON, VA 22202-2444

**Domestic Representative:** MARK LEBOW

### LOULOU DE LA FALAISE PARIS

**Status:** PENDING
SECTION 66(A) (MADRID PROTOCOL) - FILED
SECTION 66(A) (MADRID PROTOCOL) - CURRENT
NOTICE OF FIRST REFUSAL

**USPTO Status:** PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** AUG 30, 2007

**Goods/Services:**

**International Class 14:** PRECIOUS METALS AND ALLOYS THEREOF; JEWELRY; FASHION JEWELRY; PRECIOUS STONES; TIMEPIECES; AND WATCHES

**International Class 18:** LEATHER AND IMITATION LEATHER; ANIMAL SKINS; ANIMAL HIDES; SUITCASES; LUGGAGE TRUNKS; PARASOLS; UMBRELLAS; WALKING STICKS; WHIPS; HARNESSES; SADDLERY; LEATHER AND IMITATION LEATHER GOODS, NAMELY, LUGGAGE, BACKPACKS, MESSENGER BAGS; HANDBAGS; RUCKSACKS; TRAVELLING BAGS; COLLEGE SATCHELS; BEACH BAGS; WALLETS; BUSINESS CARDS CASES; CHANGE PURSES; ATTACHE CASES; AND VANITY CASES AND COSMETIC BAGS, BOTH SOLD EMPTY

**International Class 21:** HOUSEHOLD AND KITCHEN UTENSILS AND CONTAINERS NOT OF PRECIOUS METAL OR COATED THEREWITH, NAMELY, COOKING POTS, COOKIE JARS, SPATULA, ROLLING PINS; COMBS; CLEANING SPONGES; GLASSWARE, PORCELAIN AND EARTHENWARE, NAMELY, MUGS, JARS FOR JAMS AND JELLIES, SCULPTURES; AND CROCKERY AND TABLEWARE, NAMELY, DRINKING GLASSES, PLATES, DISHES

**International Class 24:** TEXTILES, NAMELY, TEXTILES FABRICS FOR THE MANUFACTURE OF CLOTHING AND BED LINENS; BED BLANKETS AND BED LINEN, NAMELY, BED SHEETS COVERS FOR PILLOWS AND CUSHIONS, COVERS FOR QUILTS, EIDERDOWNS, BEDSPREADS, AND BLANKETS THROWS; AND HOUSEHOLD LINENS, NAMELY, FACE TOWELS OF TEXTILE, TABLE MATS NOT OF PAPER, CLEANING CLOTHS AND HAND TOWELS

**International Class 25:** CLOTHING, NAMELY, DRESSES, BLOUSES, T-SHIRTS, PANTS, SWEATERS, JACKETS, COATS; FOOTWEAR; AND HEADGEAR, NAMELY, CAPS, HATS, TOBOGGAN HATS

**Disclaimers:**
″PARIS″

**Last Reported Owner:**
KLOSSOWSKI LOUISE
FRANCE  INDIVIDUAL
26, RUE DES PLANTES

F-75014 PARIS, FRANCE

**Chronology:**

**Filed:** DEC 26, 2006          **Serial Number:** 79-036,344

**International Trademark Information:**

**International Registration Number:** 0918369

**International Registration Date:** DEC 26, 2006

**International Publication Date:** MAY 17, 2007

**International Renewal Date:** DEC 26, 2016

**Date of Automatic Protection:** OCT 26, 2008

**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED

**International Status Date:** APR 26, 2007

**Ownership Details:**

**Applicant:**

KLOSSOWSKI LOUISE

FRANCE  INDIVIDUAL

26, RUE DES PLANTES

F-75014 PARIS, FRANCE

**Claims:**

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**

KLOSSOWSKI LOUISE

26, RUE DES PLANTES

F-75014 PARIS

FRANCE

# LULU TOWNSEND

**LULU TOWNSEND**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** JUL 17, 2007

**Goods/Services:**

**International Class 18:** HANDBAGS; BACKPACKS; WAIST PACKS; SPORTS BAGS; LUGGAGE; WALLETS; PURSES; SHOULDER BAGS; UMBRELLAS

**International Class 25:** FOOTWEAR; SHOES; SANDALS; SOCKS; HOSIERY; SLIPPERS; OVERSHOES; RUBBERS; BOOTS; CLOGS; ATHLETIC SHOES; SNEAKERS; SCARVES; GLOVES; HATS; SHIRTS; PANTS; SHORTS; BLOUSES; VESTS; JACKETS; SWEATERS; SKIRTS

**Last Reported Owner:**

 DSW SHOE WAREHOUSE, INC.
MISSOURI  CORPORATION
4150 EAST FIFTH AVENUE
COLUMBUS, OHIO  43219

**We Have Located Other Marks With This Owner**

| LULU TOWNSEND | USPTO | Page 206 |
|---|---|---|

**Chronology:**

| **Filed:** MAR 30, 2007 | **Serial Number:** 77-144,882 |
|---|---|

**Published For Opposition:** JUL 17, 2007

**Ownership Details:**

**Applicant:**

DSW SHOE WAREHOUSE, INC.
MISSOURI  CORPORATION
4150 EAST FIFTH AVENUE
COLUMBUS, OHIO  43219

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

THEODORE R. REMAKLUS
WOOD, HERRON & EVANS, L.L.P.
441 VINE STREET
2700 CAREW TOWER

CINCINNATI, OH 45202



**LULU LUV**

**Status:**    ABANDONED
             INTENT TO USE

             **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
             **USPTO Status Date:** AUG 22, 2006

**Goods/Services:**

             **International Class 9:** EYEGLASSES, EYEGLASS FRAMES,
             SUNGLASSES, SUNGLASS FRAMES
             **International Class 14:** COSTUME JEWELRY AND WATCHES
             **International Class 18:** WALLETS, BUSINESS CARD CASES,
             POCKET ORGANIZERS, HANDBAGS, PURSES, BACKPACKS,
             LUGGAGE, TOTE BAGS, COSMETIC BAGS SOLD EMPTY
             **International Class 25:** CLOTHING, NAMELY, JEANS, PANTS, TOPS,
             SKIRTS, SHORTS, JACKETS, COATS, SWEATERS, SHIRTS, AND
             FOOTWEAR

**Last Reported Owner:**

    MUDD (USA) LLC
             DELAWARE  LIMITED LIABILITY CO.
             1407 BROADWAY - SUITE 2004
             NEW YORK, NEW YORK  10018

             **We Have Located Other Marks With This Owner**

             LULU LUV                          USPTO          Page 236

             LUV, LULU                         USPTO          Page 276

             LUV, LULU                         USPTO          Page 297

**Chronology:**

             **Filed:** JAN 07, 2005          **Serial Number:** 78-543,989
             **Published For Opposition:** NOV 29, 2005
             **Abandoned:** AUG 22, 2006

**Ownership Details:**

**Applicant:**

             MUDD (USA) LLC
             DELAWARE  LIMITED LIABILITY CO.
             1407 BROADWAY - SUITE 2004
             NEW YORK, NEW YORK  10018

**Filing Correspondent:**

             GARY H. FECHTER
             MCCARTER & ENGLISH, LLP
             27TH FLOOR

245 PARK AVENUE
NEW YORK, NY 10167-0001



### LULU'S WORLD

**Status:**    ABANDONED
               INTENT TO USE

               **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
               **USPTO Status Date:** DEC 19, 2002

**Goods/Services:**
               **International Class 11:**  SHADES, NAMELY FOR LAMPS
               **International Class 16:**  PAPER BAGS; CARDBOARD BOXES,
               NAMELY FOR GIFTS AND TRINKETS; CHALK BOARDS; PAPER
               NAPKINS; STATIONERY; AND WRAPPING PAPER
               **International Class 20:**  MIRRORS; PICTURE FRAMES; PILLOWS
               **International Class 28:**  CHRISTMAS TREE ORNAMENTS

**Last Reported Owner:**

    GOLD LEAF DESIGN GROUP, INC.
               ILLINOIS  CORPORATION
               337 NORTH OAKLEY
               CHICAGO, ILLINOIS  60612

**Chronology:**
               **Filed:** FEB 27, 2001         **Serial Number:** 76-216,191
               **Published For Opposition:** MAR 26, 2002
               **Abandoned:** DEC 19, 2002

**Ownership Details:**
**Applicant:**
               GOLD LEAF DESIGN GROUP, INC.
               ILLINOIS  CORPORATION
               337 NORTH OAKLEY
               CHICAGO, ILLINOIS  60612

**Portrait Permission:**
               THE NAME AND PORTRAIT SHOWN IN THE MARK DOES NOT
               IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**
               DONALD GOTTESMAN
               P.O. BOX 64753
               CHICAGO IL 60664-0753

**LULU BLUE**

**LULU BLUE**

**Status:**     ABANDONED

        **USPTO Status:** ABANDONED-FAILURE TO RESPOND
        **USPTO Status Date:** AUG 07, 2006

**Goods/Services:**
        **International Class 25:** T-SHIRTS; SHORTS; SKIRTS; UNDERWEAR;
        PANTIES; SWEATSHIRTS; SWEATPANTS; JEANS; HATS; CAPS
        **First Used:** OCT 30, 2002  (INTL. CL. 25)
        **In Commerce:** APR 30, 2003

**Last Reported Owner:**


        LULU BLUE, LLC
        CALIFORNIA  COMPANY
        367 MILLER AVENUE
        MILL VALLEY, CALIFORNIA  94941

        **We Have Located Other Marks With This Owner**

        LULU BLUE                              USPTO              Page 253

**Chronology:**
        **Filed:** MAY 31, 2005          **Serial Number:** 76-639,700
        **Abandoned:** JUL 11, 2006

**Ownership Details:**
**Applicant:**
        LULU BLUE, LLC
        CALIFORNIA  COMPANY
        367 MILLER AVENUE
        MILL VALLEY, CALIFORNIA  94941
**Filing Correspondent:**
        THOMAS W. COOK
        P.O. BOX 1989
        SAUSALITO, CALIFORNIA 94965



**LULU BLUE**

**Status:**    ABANDONED

            INTENT TO USE

            **USPTO Status:** ABANDONED-FAILURE TO RESPOND

            **USPTO Status Date:** AUG 07, 2006

**Goods/Services:**

            **International Class 25:**  BATHROBES; BATHING SUITS; BOAS; BOTTOMS; BOXER SHORTS; BRAS; CAMISOLES; CLOTHING BELTS; CLOTHING CAPS; CLOTHING JERSEYS; CLOTHING TOPS; DUNGAREES; FOOTWEAR; FOOTWEAR THONGS; GLOVES; HALTER TOPS; HATS; JEANS; KNIT SHIRTS; LINGERIE; LOUNGEWEAR; MITTENS; NIGHT GOWNS; PAJAMAS; PANTIES; PANTS; SWEATPANTS; UNDERPANTS; PONCHOS; SANDALS; SCARVES; SHIRTS; SWEATSHIRTS; T-SHIRTS; UNDERSHIRTS; SHOES; SHORTS; SWEATSHORTS; SLEEPWEAR; SLIPPERS; SNEAKERS; SOCKS; SKIRTS; MINISKIRTS; TANK TOPS; TIGHTS; UNDERCLOTHES; UNDERWEAR; UNDERWEAR BRIEFS

**Last Reported Owner:**

      LULU BLUE, LLC

            CALIFORNIA  COMPANY

            367 MILLER AVENUE

            MILL VALLEY, CALIFORNIA  94941

            **We Have Located Other Marks With This Owner**

            LULU BLUE                USPTO           Page 252

**Chronology:**

            **Filed:** MAY 31, 2005        **Serial Number:** 76-639,701

            **Abandoned:** JUL 11, 2006

**Ownership Details:**

**Applicant:**

            LULU BLUE, LLC

            CALIFORNIA  COMPANY

            367 MILLER AVENUE

            MILL VALLEY, CALIFORNIA  94941

**Filing Correspondent:**

            THOMAS W. COOK

            P.O. BOX 1989

            SAUSALITO, CALIFORNIA 94965

LULU BRAVO

**LULU BRAVO**

**Status:**          ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JUL 28, 1988

**Goods/Services:**
**International Class 25:** CLOTHING, NAMELY WOMEN'S SWEATERS
**First Used:** NOV 20, 1986  (INTL. CL. 25)
**In Commerce:** NOV 20, 1986

**Last Reported Owner:**
IOSSA, INC.
NEW YORK  CORPORATION
512 SEVENTH AVENUE
NEW YORK, NEW YORK  10018

**Chronology:**
**Filed:** MAY 22, 1987          **Serial Number:** 73-662,610
**Abandoned:** JUL 28, 1988

**Ownership Details:**
**Applicant:**
IOSSA, INC.
NEW YORK  CORPORATION
512 SEVENTH AVENUE
NEW YORK, NEW YORK  10018

**Filing Correspondent:**
CHARLES KLEINBAUM, ESQ.
#94
229 WEST 78TH ST.
NEW YORK, NY 10024

# Lulu Couture

**LULU COUTURE**

**Status:**   ABANDONED
             INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** OCT 26, 2006

**Goods/Services:**

**International Class 25:**  MEN AND WOMEN, BABY AND KID'S
CLOTHING, NAMELY SPORTS SUITS, DRESSES, PANTS, JEANS,
SHIRTS, T-SHIRTS,JACKETS AND SWEATERS, GLOVES, SCARFS,
HATS, CAPS, UNDERWEAR;; MEN AND WOMEN, BABY AND KID'S
CLOTHING, NAMELY SPORTS SUITS, DRESSES, PANTS, JEANS,
SHIRTS,JACKETS AND SWEATERS, GLOVES, SCARFS, HATS,
CAPS, UNDERWEAR

**Last Reported Owner:**

ELIE AKIBA
UNITED STATES  INDIVIDUAL
777 NW 72ND AVENUE SUITE # 2P4
MIAMI, FLORIDA  33126

**Chronology:**

**Filed:** SEP 01, 2005        **Serial Number:** 78-704,995
**Abandoned:** OCT 01, 2006

**Ownership Details:**
**Applicant:**

ELIE AKIBA
UNITED STATES  INDIVIDUAL
777 NW 72ND AVENUE SUITE # 2P4
MIAMI, FLORIDA  33126

**Filing Correspondent:**

ELIE AKIBA
777 NW 72ND AVE STE 2P4
MIAMI, FL 33126-3009

LULU GREEN

## LULU GREEN

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 04, 2003

**Goods/Services:**

**International Class 25:**  BATHING SUITS, BATHROBES,
BEACHWEAR, BELTS, CLOTHING BELTS, SHORTS, JACKETS,
COATS, SOCKS, FOOTWEAR, SLIPPERS, BANDANAS, SWEATERS,
HALLOWEEN COSTUMES, DRESSES, GLOVES, GYM SHORTS, EAR
MUFFS, NECKWEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR,
SLACKS, SUN VISORS, SUSPENDERS, TURTLENECKS, UNDERCLO
THES, UNDERWEAR, VESTS, WARM-UP SUITS, HEADWEAR, HEAD
BANDS

**Last Reported Owner:**

   VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S PEEPS | USPTO | Page 127 |
| LULU GREEN | USPTO | Page 134 |
| LULU GREEN | USPTO | Page 226 |
| LULU'S PEEPS | USPTO | Page 258 |
| LULU'S PEEPS | USPTO | Page 272 |
| LULU GREEN | USPTO | Page 304 |

**Chronology:**

**Filed:** DEC 27, 2000          **Serial Number:** 78-040,765
**Published For Opposition:** JUN 11, 2002
**Abandoned:** MAR 04, 2003

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING
INDIVIDUAL.

**Filing Correspondent:**

SELENE H. CASTELLO

MTV NETWORKS

VIACOM INTERNATIONAL INC.

1515 BROADWAY 34TH FLOOR

NEW YORK NEW YORK 10036

LULU'S PEEPS

**LULU'S PEEPS**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** NOV 14, 2003

**Goods/Services:**

**International Class 25:** BATHING SUITS, BATHROBES, BEACHWEAR, CLOTHING BELTS, SHORTS, JACKETS, COATS, SOCKS, FOOTWEAR, BANDANAS, SWEATERS, HALLOWEEN COSTUMES, DRESSES, GLOVES, GYM SHORTS, EAR MUFFS, NECKWEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, SLACKS, SUN VISORS, SUSPENDERS, TURTLENECKS, UNDERCLOTHES, VESTS, WARM-UP SUITS, HEADWEAR

**Last Reported Owner:**



VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK 10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S PEEPS | USPTO | Page 127 |
| LULU GREEN | USPTO | Page 134 |
| LULU GREEN | USPTO | Page 226 |
| LULU GREEN | USPTO | Page 256 |
| LULU'S PEEPS | USPTO | Page 272 |
| LULU GREEN | USPTO | Page 304 |

**Chronology:**

**Filed:** NOV 09, 2000    **Serial Number:** 78-034,493
**Published For Opposition:** AUG 21, 2001
**Abandoned:** NOV 14, 2003

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK 10036

**Filing Correspondent:**

DANIEL CHUNG

A. ARIES TABIGUE
VIACOM INTERNATIONAL INC.
1515 BROADWAY FL 51
NEW YORK NY 10036



### LULU'S FASHION LOUNGE

**Status:**     ABANDONED

> **USPTO Status:** ABANDONED-FAILURE TO RESPOND
> **USPTO Status Date:** JUL 20, 2005

**Goods/Services:**

> **International Class 25:** SHIRTS; PANTS; BELTS; SLEEPWEAR;
> UNDERWEAR
> **International Class 35:** RETAIL CLOTHING STORES
> **First Used:** AUG 31, 1996  (INTL. CL. 25)
> **In Commerce:** AUG 31, 1996
> **First Used:** AUG 31, 1996  (INTL. CL. 35)
> **In Commerce:** AUG 31, 1996

**Last Reported Owner:**

> COLLEEN L. CANNON AND DEBRA A. CANNON, A CALIFORNIA
> GENERAL PARTNERSHIP
> **Composed Of:** COLLEEN L. CANNON, A CITIZEN OF THE UNITED
> STATES; DEBRA A. CANNON, A CITIZEN OF THE UNITED STATES
> CALIFORNIA  PARTNERSHIP
> 212 MAIN STREET
> CHICO, CALIFORNIA  95928

**Chronology:**

> **Filed:** MAY 21, 2004        **Serial Number:** 78-423,284
> **Abandoned:** JUN 23, 2005

**Ownership Details:**

**Applicant:**

> COLLEEN L. CANNON AND DEBRA A. CANNON, A CALIFORNIA
> GENERAL PARTNERSHIP
> **Composed Of:** COLLEEN L. CANNON, A CITIZEN OF THE UNITED
> STATES; DEBRA A. CANNON, A CITIZEN OF THE UNITED STATES
> CALIFORNIA  PARTNERSHIP
> 212 MAIN STREET
> CHICO, CALIFORNIA  95928

**Design Phrase:**

> THE MARK CONSISTS OF THE WORD ″LULU'S″ IN CURSIVE
> WRITING, WITH A STAR IN PLACE OF THE APOSTROPHE, WITHIN A
> DOUBLE OVAL, AND THE WORDS ″FASHION LOUNGE″ IN BLOCK
> LETTERING BENEATH THE OVALS.

**Filing Correspondent:**

> LISA L. NIXON
> DOWNEY BRAND LLP

555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CA 95814

LULU EXPRESS

## LULU EXPRESS

**Status:**     ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 18, 2006

**Goods/Services:**
**International Class 35:** RETAIL STORE SERVICES FEATURING
WOMEN'S AND JUNIOR'S FASHION APPAREL AND ACCESSORIES
**First Used:** DEC 2000  (INTL. CL. 35)
**In Commerce:** MAR 2001

**Disclaimers:**
″EXPRESS″

**Last Reported Owner:**
HARKHAM, DAVID
UNITED STATES  INDIVIDUAL
900 WILSHIRE BLVD., SUITE 720
LOS ANGELES, CALIFORNIA  90017

**Chronology:**
**Filed:** JUN 08, 2001          **Serial Number:** 76-269,239
**Abandoned:** AUG 10, 2006

**Ownership Details:**
**Applicant:**
HARKHAM, DAVID
UNITED STATES  INDIVIDUAL
900 WILSHIRE BLVD., SUITE 720
LOS ANGELES, CALIFORNIA  90017

**Filing Correspondent:**
CHRISTIE GAUMER
LAW OFFICES OF CHRISTIE GAUMER
900 WILSHIRE BLVD STE 1512
LOS ANGELES CA 90017-4711



**LULU WEDDINGS**

**Status:**          ABANDONED

                   **USPTO Status:** ABANDONED-EXPRESS
                   **USPTO Status Date:** MAY 10, 2006

**Goods/Services:**
                   **International Class 35:** PROMOTING THE GOODS AND SERVICES
                   OF OTHERS BY PROVIDING A WEB SITE AT WHICH USERS CAN
                   LINK TO WEDDING PLANNING RESOURCES
                   **First Used:** JAN 01, 2005  (INTL. CL. 35)
                   **In Commerce:** JAN 01, 2005

**Last Reported Owner:**
                   LULU WEDDINGS
                   **Composed Of:** BLAIR DELAUBENFELS/USA
                   WASHINGTON  SOLE PROPRIETORSHIP
                   11815 8TH AVE. NW
                   SEATTLE, WASHINGTON  98177

**Chronology:**
                   **Filed:** OCT 28, 2005        **Serial Number:** 78-742,943
                   **Abandoned:** MAY 09, 2006

**Ownership Details:**
**Applicant:**
                   LULU WEDDINGS
                   **Composed Of:** BLAIR DELAUBENFELS/USA
                   WASHINGTON  SOLE PROPRIETORSHIP
                   11815 8TH AVE. NW
                   SEATTLE, WASHINGTON  98177
**Filing Correspondent:**
                   POSITIVE LIGHT PHOTOGRAPHY
                   11815 8TH AVE NW
                   SEATTLE, WA 98177-4535

### LULU-BABY.COM

Lulu-Baby.com

**Status:**    ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** AUG 08, 2005

**Goods/Services:**

**International Class 35:** COMPUTERIZED ON-LINE RETAIL STORE SERVICES IN THE FIELD OF BABY PRODUCTS AND TOYS
**First Used:** FEB 19, 2003  (INTL. CL. 35)
**In Commerce:** MAR 01, 2004

**Last Reported Owner:**

BARBARA DE OLIVEIRA
US  INDIVIDUAL
111 LOGANBERRY STREET 1028
LAKE JACKSON, TEXAS  77566

**Chronology:**

**Filed:** MAY 24, 2004          **Serial Number:** 78-423,876
**Abandoned:** JUL 06, 2005

**Ownership Details:**

**Applicant:**

BARBARA DE OLIVEIRA
US  INDIVIDUAL
111 LOGANBERRY STREET 1028
LAKE JACKSON, TEXAS  77566

**Filing Correspondent:**

BARBARA DE OLIVEIRA
111 LOGANBERRY STREET 1028
LAKE JACKSON TX 77566



**LULU BOUTIQUE**

**Status:**   CANCELLED                    **Cancellation Section:** 8
          AMENDED TO USE APPLICATION

          **USPTO Status:** CANCELLED - SECTION 8
          **USPTO Status Date:** JUL 13, 2002

**Goods/Services:**
          **International Class 42:** RETAIL STORE SERVICES FEATURING
          CLOTHING
          **First Used:** FEB 01, 1993  (INTL. CL. 42)
          **In Commerce:** FEB 01, 1993

**Disclaimers:**
          ″BOUTIQUE″

**Last Reported Owner:**

          LULU BOUTIQUE
          **Composed Of:** BERNARD RUDD SCHOEFFEL, ELIZABETH M.
          SCHOEFFEL, SARAH R. SCHOEFFEL, ALL U.S. CITIZENS AND
          ELIZABETH A.B. SCHOEFFEL, A CITIZEN OF UNITED KINGDOM
          CALIFORNIA  PARTNERSHIP
          762 FIFTH AVENUE
          SAN DIEGO, CALIFORNIA  92101

**Chronology:**
          **Filed:** JAN 24, 1994           **Serial Number:** 74-481,693
          **Published For Opposition:** APR 11, 1995
          **Registered:** JUL 04, 1995      **Registration Number:** 1,903,171
          **Cancelled:** AUG 27, 2002

**Ownership Details:**
**Registrant:**
          LULU BOUTIQUE
          **Composed Of:** BERNARD RUDD SCHOEFFEL, ELIZABETH M.
          SCHOEFFEL, SARAH R. SCHOEFFEL, ALL U.S. CITIZENS AND
          ELIZABETH A.B. SCHOEFFEL, A CITIZEN OF UNITED KINGDOM
          CALIFORNIA  PARTNERSHIP
          762 FIFTH AVENUE
          SAN DIEGO, CALIFORNIA  92101

**Lining Stippling:**
          THE LINING AND STIPPLING ARE A FEATURE OF THE MARK AND
          DO NOT INDICATE COLOR.

**Filing Correspondent:**
          LULU BOUTIQUE
          762 FIFTH AVENUE

SAN DIEGO, CA 92101

LULU SECRET

## LULU SECRET

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** AUG 26, 2003

**Goods/Services:**

**International Class 25:**  MEN'S AND WOMEN'S UNDERWEAR

**Last Reported Owner:**

FORMOSA SUNSHINE, INC.

CALIFORNIA  CORPORATION

1536 N. KNOWLES AVE

LOS ANGELES, CALIFORNIA  90063

**Chronology:**

**Filed:** MAY 08, 2002        **Serial Number:** 76-409,818

**Published For Opposition:** DEC 03, 2002

**Abandoned:** AUG 26, 2003

**Ownership Details:**

**Applicant:**

FORMOSA SUNSHINE, INC.

CALIFORNIA  CORPORATION

1536 N. KNOWLES AVE

LOS ANGELES, CALIFORNIA  90063

**Filing Correspondent:**

GLORIA CHUANG

FORMOSA SUNSHINE INC.

1536 N. KNOWLES AVE

LOS ANGELES CA 90063

LU LU'S PETALS
ORIGINAL
CLOTHING FOR
GARDEN LOVERS

**LU LU'S PETALS ORIGINAL CLOTHING FOR GARDEN LOVERS**

**Status:**        ABANDONED

                   **USPTO Status:** ABANDONED-FAILURE TO RESPOND
                   **USPTO Status Date:** APR 23, 2007
**Goods/Services:**
                   **International Class 25:** SHIRTS AND PANTS
                   **First Used:** 2000 (INTL. CL. 25)
                   **In Commerce:** 2001
**Last Reported Owner:**
                   TURSO, CARL, W
                   UNITED STATES  INDIVIDUAL
                   198 B UNION AVE.
                   RUTHERFORD, NEW JERSEY  07070

**Chronology:**
                   **Filed:** JUL 15, 2002        **Serial Number:** 78-143,819
                   **Abandoned:** JAN 30, 2007

**Ownership Details:**
**Applicant:**
                   TURSO, CARL, W
                   UNITED STATES  INDIVIDUAL
                   198 B UNION AVE.
                   RUTHERFORD, NEW JERSEY  07070
**Filing Correspondent:**
                   TURSO, CARL, W
                   198 B UNION AVE.
                   RUTHERFORD NJ 07070

LULUSHOP

## LULUSHOP

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAR 06, 2001

**Goods/Services:**

**International Class 42:** ONLINE STYLE EXPERT AND REFERRAL
SERVICE

**Last Reported Owner:**

LULUSHOP, INC.

CALIFORNIA  CORPORATION

2677 LARKIN STREET #701

SAN FRANCISCO, CALIFORNIA  94109

**We Have Located Other Marks With This Owner**

ASK LULU                              USPTO          Page 308

**Chronology:**

**Filed:** JAN 04, 2000          **Serial Number:** 75-880,112

**Abandoned:** MAR 06, 2001

**Ownership Details:**

**Applicant:**

LULUSHOP, INC.

CALIFORNIA  CORPORATION

2677 LARKIN STREET #701

SAN FRANCISCO, CALIFORNIA  94109

**Filing Correspondent:**

LULUSHOP, INC.

2677 LARKIN STREET #701

SAN FRANCISCO CA 94109

**LULU DE GRENOUILLE**

LULU DE GRENOUILLE

TTAB

**Translation:**

THE ENGLISH TRANSLATION OF THE FOREIGN WORDING ″DE GRENOUILLE″ IS ″OF FROG″.

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-AFTER INTER-PARTES DECISION
**USPTO Status Date:** MAR 26, 2007

**Goods/Services:**

**International Class 14:** JEWELRY, NAMELY, BRACELETS, RINGS, EARRINGS, NECKLACES AND PINS; JEWELRY FOR PETS NAMELY, NECKLACES

**International Class 18:** TOTE BAGS, POCKETBOOKS; CLOTHING FOR PETS, NAMELY, T-SHIRTS

**International Class 24:** HOME DECOR, NAMELY PILLOWCASES

**International Class 25:** BABY CLOTHING, NAMELY, BABY HATS, BABY T-SHIRTS, BABY PANTS; CLOTHING FOR WOMEN, NAMELY, T-SHIRTS, TOPS, SKIRTS, SHORTS, DRESSES, BELTS, SWIMWEAR, BEACHWEAR, SCARVES; CLOTHING FOR MEN, NAMELY, T-SHIRTS, UNDERWEAR; CLOTHING FOR KIDS, NAMELY, T-SHIRTS, PANTS, DRESSES, TROUSERS AND SHORTS

**Last Reported Owner:**

WENGER, JACQUELINE
SWITZERLAND  INDIVIDUAL
311 EAST 38TH STREET
#8F
NEW YORK, NEW YORK  10016

**Chronology:**

**Filed:** FEB 14, 2006        **Serial Number:** 78-814,422
**Published For Opposition:** NOV 28, 2006
**Opposition/Cancellation Filed:** DEC 08, 2006
**Abandoned:** MAR 26, 2007

**Trademark Trials and Appeal Board (TTAB) Information:**

TTAB

**Opposition Number:** 91174447

**Outcome:** TERMINATED, MAR 26, 2007

**Plaintiff:**                    **Defendant:**
LA GRENOUILLE, INC.                WENGER, JACQUELINE

**Mark:**

**Serial Number:**

**Correspondent:**

JOSHUA S. BROITMAN

OSTRAGER CHONG FLAHERTY &

BROITMAN P.C.

250 PARK AVENUE SUITE 825

NEW YORK, NY 10177-0899 US

**Mark:** LULU DE GRENOUILLE

**Serial Number:** 78-814,422

**Trademark Defendant**

**Correspondent:**

JANICE HOUSEY

ROBERTS MLOTKOWSKI &

HOBBES

PO BOX 10064

MCLEAN, VA 22102 US

**TTAB Entry:** #4 #5 TO OPP RETURNED BY PS, APR 09, 2007

**TTAB Entry:** #3 PENDING, INSTITUTED, DEC 08, 2006

**Ownership Details:**

**Applicant:**

WENGER, JACQUELINE

SWITZERLAND  INDIVIDUAL

311 EAST 38TH STREET

#8F

NEW YORK, NEW YORK  10016

**Portrait Permission:**

THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A

PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

JANICE HOUSEY

ROBERTS MLOTKOWSKI & HOBBES

PO BOX 10064

MCLEAN, VA 22102

## LULU'S PEEPS

**LULU'S PEEPS**

**Status:**   ABANDONED
          INTENT TO USE

          **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
          **USPTO Status Date:** NOV 29, 2003

**Goods/Services:**

**International Class 18:** BAGS, NAMELY, HANDBAGS, BACKPACKS, TOTE BAGS, CHANGE PURSES, GYM BAGS, DUFFEL BAGS, FANNY PACKS, WALLETS

**Last Reported Owner:**

   VIACOM INTERNATIONAL INC.
          DELAWARE  CORPORATION
          1515 BROADWAY
          NEW YORK, NEW YORK  10036

          **We Have Located Other Marks With This Owner**

          LULU'S PEEPS          USPTO       Page 127
          LULU GREEN            USPTO       Page 134
          LULU GREEN            USPTO       Page 226
          LULU GREEN            USPTO       Page 256
          LULU'S PEEPS          USPTO       Page 258
          LULU GREEN            USPTO       Page 304

**Chronology:**
          **Filed:** NOV 09, 2000       **Serial Number:** 78-034,487
          **Published For Opposition:** JUL 24, 2001
          **Abandoned:** NOV 29, 2003

**Trademark Trials and Appeal Board (TTAB) Information:**

**Extension of Time to Oppose Number:** 78034487
**Extension of Time to Oppose Filed:** SEP 26, 2001
**Outcome:** TERMINATED  SEP 26, 2001

**Potential Opposer:**            **Applicant:**
LULU GUINNESS LIMITED            VIACOM INTERNATIONAL INC.

**Mark:**                        **Mark:** LULU'S PEEPS

**Serial Number:**

**Correspondent:**

IAN JAY KAUFMAN

LADAS & PARRY

26 WEST 61ST STREET

NEW YORK, NY 10023

**Serial Number:** 78-034,487

**Correspondent:**

A ARIES TABIGUE

VIACOM INTERNATIONAL INC

1515 BROADWAY FL 51

NEW YORK, NY 10036-8901

**TTAB Entry:** #5 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), JAN 17, 2002

**TTAB Entry:** #4 REQ. FOR EXTENSION OF TIME TO OPPOSE, OCT 22, 2001

**Ownership Details:**

**Applicant:**

VIACOM INTERNATIONAL INC.

DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Filing Correspondent:**

DANIEL CHUNG

A ARIES TABIGUE

VIACOM INTERNATIONAL INC

1515 BROADWAY FL 51

NEW YORK NY 10036-8901



### LULU BY 9CO.

**Status:**     ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** APR 07, 2005

**Goods/Services:**

**International Class 25:** FOOTWEAR; CLOTHING, NAMELY, SHIRTS, SHORTS, PANTS, SWEATERS, JACKETS, DRESSES, SWEATSHIRTS, SWEAT-PANTS, T-SHIRTS, SKIRTS, HOSIERY, SOCKS; AND BELTS

**Last Reported Owner:**

NINE WEST DEVELOPMENT CORPORATION
DELAWARE  CORPORATION
200 WEST 9TH STREET PLAZA
WILMINGTON, DELAWARE  19801

**Chronology:**

**Filed:** JUL 14, 1999     **Serial Number:** 75-749,959
**Published For Opposition:** SEP 24, 2002
**Abandoned:** APR 07, 2005

---

**Trademark Trials and Appeal Board (TTAB) Information:**

**Extension of Time to Oppose Number:** 75749959
**Extension of Time to Oppose Filed:** JAN 22, 2003
**Outcome:** TERMINATED  JAN 22, 2003

| Potential Opposer: | Applicant: |
|---|---|
| LULU GUINNESS LIMITED | NINE WEST DEVELOPMENT CORPORATION |
| **Mark:** | **Mark:** LULU BY 9CO. |
| **Serial Number:** | **Serial Number:** 75-749,959 |
| **Correspondent:** | **Correspondent:** |
| IAN JAY KAUFMAN | BARBARA H. LOEWENTHAL |
| LADAS & PARRY | GOTTLIEB, RACKMAN & REISMAN, P.C. |
| 26 WEST 61ST STREET | 270 MADISON AVENUE |
| NEW YORK, NY 10023 | NEW YORK, NY 10016-0601 |

**TTAB Entry:** #3 TERMINATED, JAN 31, 2003
**TTAB Entry:** #2 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), JAN 22, 2003

**Ownership Details:**

**Applicant:**

> NINE WEST DEVELOPMENT CORPORATION
>
> DELAWARE  CORPORATION
>
> 200 WEST 9TH STREET PLAZA
>
> WILMINGTON, DELAWARE  19801

**Filing Correspondent:**

> BARBARA H. LOEWENTHAL
>
> GOTTLIEB, RACKMAN & REISMAN, P.C.
>
> 270 MADISON AVENUE
>
> NEW YORK, NEW YORK 10016-0601

# LUV, LULU

**LUV, LULU**

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** APR 02, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, JEANS, PANTS, TOPS, SKIRTS, DRESSES, SHORTS, JACKETS, COATS, SWEATERS, SHIRTS AND FOOTWEAR

**Last Reported Owner:**

 MUDD (USA) LLC
DELAWARE LIMITED LIABILITY CO.
1407 BROADWAY - SUITE 2004
NEW YORK, NEW YORK 10018

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU LUV | USPTO | Page 236 |
| LULU LUV | USPTO | Page 249 |
| LUV, LULU | USPTO | Page 297 |

**Chronology:**

**Filed:** NOV 30, 2006    **Serial Number:** 77-053,904

**Ownership Details:**

**Applicant:**

MUDD (USA) LLC
DELAWARE LIMITED LIABILITY CO.
1407 BROADWAY - SUITE 2004
NEW YORK, NEW YORK 10018

**Filing Correspondent:**

GARY H. FECHTER
MCCARTER & ENGLISH, LLP
27TH FLOOR
245 PARK AVENUE
NEW YORK, NY 10167-0001

# MISHA LULU

**MISHA LULU**

**Status:**      PUBLISHED
               USE APPLICATION - CURRENT

               **USPTO Status:** SU - STATEMENT OF USE ACCEPTED - APPROVED
               FOR REGISTRATION
               **USPTO Status Date:** SEP 04, 2007

**Goods/Services:**
               **International Class 25:** INFANT AND KID'S CLOTHING, NAMELY,
               APRONS, DRESSES, SKIRTS, SHIRTS AND T-SHIRTS
               **First Used:** DEC 15, 2005  (INTL. CL. 25)
               **In Commerce:** FEB 06, 2006

**Last Reported Owner:**
               STRONIKAS, INC.
               CALIFORNIA  CORPORATION
               907 WOLFORD LANE
               SOUTH PASADENA, CALIFORNIA  91030

**Chronology:**
               **Filed:** FEB 02, 2006        **Serial Number:** 78-805,761
               **Published For Opposition:** OCT 03, 2006

**Ownership Details:**
**Applicant:**
               STRONIKAS, INC.
               CALIFORNIA  CORPORATION
               907 WOLFORD LANE
               SOUTH PASADENA, CALIFORNIA  91030

**Portrait Permission:**
               "THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
               THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING
               INDIVIDUAL."

**Filing Correspondent:**
               JORGE ARCINIEGA
               MCDERMOTT WILL & EMERY LLP
               2049 CENTURY PARK EAST, 34TH FLOOR
               LOS ANGELES, CA 90067-3208



### TRIXIE + LULU

**Status:**   REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 09, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY JEANS, DENIM JEANS, OVERALLS, COVERALLS, JUMPERS, JUMP SUITS, TROUSERS, SLACKS, PANTS, CYCLE PANTS, SHORTS, BOXER SHORTS, SHIRTS, T-SHIRTS, UNDER SHIRTS, NIGHT SHIRTS, RUGBY SHIRTS, JERSEYS, UNIFORMS, ATHLETIC UNIFORMS, POLO SHIRTS, TOPS, CROP TOPS, TANK TOPS, HALTER TOPS, SWEATSHIRTS, SWEAT SHORTS, SWEAT PANTS, WARM-UP SUITS, JOGGING SUITS, BLOUSES, SKIRTS, DRESSES, SWEATERS, VESTS, FLEECE VESTS, PULLOVERS, FLEECE PULLOVERS, SNOW SUITS, PARKAS, ANORAKS, PONCHOS, JACKETS, DINNER JACKETS, SPORTS JACKETS, GOLF AND SKI JACKETS, REVERSIBLE JACKETS, COATS, BLAZERS, SUITS, TURTLENECKS, SWIMWEAR, BEACHWEAR, CAPS, BERETS, HATS, HEADBANDS, WRIST BANDS, HEADWEAR, EAR MUFFS, APRONS, SCARVES, BANDANAS, BELTS, SUSPENDERS, NECKWEAR, NECKTIES, TIES, BOW TIES, CLOTH BIBS, CLOTH DIAPERS, BOOTIES, INFANT WEAR, UNDERWEAR, BRIEFS, SWIM AND BATHING TRUNKS, BRAS, SPORTS BRAS, SINGLETS, SOCKS, LOUNGEWEAR, ROBES, BATHROBES, PAJAMAS, SLEEPWEAR, NIGHT GOWNS, LINGERIE, CAMISOLES, SLIPS, STOCKINGS, BODY STOCKINGS, PANTYHOSE, HOSIERY, KNIT HOSIERY, LEG WARMERS, BODYSUITS, LEGGINGS, TIGHTS, LEOTARDS, UNITARDS, GLOVES, MITTENS, WRIST BANDS, FOOTWEAR, SHOES, SNEAKERS, BOOTS, GALOSHES, SANDALS, ZORI, SLIPPERS AND RAINWEAR
**First Used:** FEB 01, 2006  (INTL. CL. 25)
**In Commerce:** FEB 01, 2006

**Last Reported Owner:**

   BEN ELIAS INDUSTRIES CORP.
NEW YORK  CORPORATION
1400 BROADWAY
NEW YORK, NEW YORK  10018

**Chronology:**

**Filed:** MAY 10, 2004       **Serial Number:** 78-415,691
**Published For Opposition:** JUL 12, 2005
**Registered:** JAN 09, 2007      **Registration Number:** 3,197,323

**Ownership Details:**

**Registrant:**

BEN ELIAS INDUSTRIES CORP.

NEW YORK  CORPORATION

1400 BROADWAY

NEW YORK, NEW YORK  10018

**Filing Correspondent:**

AMY B. GOLDSMITH

GOTTLIEB, RACKMAN & REISMAN, PC

270 MADISON AVENUE, 8TH FLOOR

NEW YORK, NY 10016-0601



## LM LULU PARIS

**Status:**    REGISTERED
SECTION 44 (D)
FILED AS 44(D) APPLICATION
44(E) APPLICATION - CURRENT

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** FEB 09, 2004

**Goods/Services:**
**International Class 25:** CLOTHING, NON-ORTHOPEDIC
FOOTWEAR, AND HEADWEAR

**Disclaimers:**
″PARIS″

**Last Reported Owner:**
HADDAD, LUCIEN
FRANCE  INDIVIDUAL
3, RUE EMILE ACCOLAS
75007 PARIS, FRANCE

**Chronology:**
**Filed:** MAY 01, 1996    **Serial Number:** 75-097,097
**Published For Opposition:** OCT 28, 1997
**Registered:** JAN 20, 1998    **Registration Number:** 2,129,844
**Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  FEB 09, 2004

**Ownership Details:**
**Registrant:**
HADDAD, LUCIEN
FRANCE  INDIVIDUAL
3, RUE EMILE ACCOLAS
75007 PARIS, FRANCE

**Non-U.S. Application Claimed:** 95/596350
**Non-U.S. Application Date:** NOV 08, 1995
**Non-U.S. Application Country:** FRANCE

**Non-U.S. Registration Claimed:** 95/596350
**Non-U.S. Registration Date:** NOV 08, 1995
**Non-U.S. Registration Country:** FRANCE
**Portrait Permission:**

THE TERM ″LULU″ IN THE MARK DOES NOT IDENTIFY ANY LIVING INDIVIDUAL.

**Filing Correspondent:**
    ROBERT J PATCH
    YOUNG & THOMPSON
    745 S 23RD ST
    ARLINGTON VA 22202

**Domestic Representative:** ROBERT J PATCH

GOOD NIGHT LULU

**GOOD NIGHT LULU**

**Status:**     PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** SUSPENSION LETTER - MAILED

**USPTO Status Date:** MAR 12, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, OVERALL, PANTS, SHORTS, SHIRTS, T-SHIRTS, VESTS, HATS, DRESSES, BLOOMERS, PANTIES, HEADBANDS, SHOES, SOCKS AND PAJAMAS IN INTERNATIONAL CLASS 25

**First Used:** JAN 30, 2001  (INTL. CL. 25)

**In Commerce:** JAN 30, 2001

**Last Reported Owner:**

MURPHY, ERIN L.

UNITED STATES  INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA  90040

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BABY LULU | USPTO | Page 286 |
| BABY LULU | USPTO | Page 288 |

SMITH, R. LELAND B., JR.

UNITED STATES  INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA  90040

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BABY LULU | USPTO | Page 286 |
| BABY LULU | USPTO | Page 288 |

**Chronology:**

**Filed:** OCT 04, 2005          **Serial Number:** 78-726,088

**Ownership Details:**

**Applicant:**

MURPHY, ERIN L.

UNITED STATES  INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA  90040

SMITH, R. LELAND B., JR.

UNITED STATES  INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA  90040

**Portrait Permission:**

"THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL."

**Other U.S. Registrations:** 2,761,639; 2,989,873

**Filing Correspondent:**

ROBERT BERLINER

BERLINER & ASSOCIATES

31ST FLOOR

555 WEST FIFTH STREET

LOS ANGELES CA 90013

# AME & LULU

## AME & LULU

**Status:**      PUBLISHED

FILED AS USE APPLICATION

USE APPLICATION - CURRENT


**USPTO Status:** PUBLISHED FOR OPPOSITION

**USPTO Status Date:** AUG 07, 2007

**Goods/Services:**

**International Class 18:** ALL PURPOSE SPORTS BAGS, ALL PURPOSE CARRYING BAGS, DUFFEL BAGS, COSMETIC BAGS SOLD EMPTY, AND GENERAL PURPOSE BAGS FOR CARRYING YOGA EQUIPMENT

**International Class 20:** KEY CHAINS NOT OF METAL

**International Class 25:** CLOTHING, NAMELY TOPS, T-SHIRTS, SWEATSHIRTS, FABRIC BELTS, HEADWEAR, AND VISORS

**International Class 28:** TENNIS RACKET COVERS AND GOLF HEAD COVERS

**First Used:** APR 30, 2003  (INTL. CL. 18)

**In Commerce:** APR 30, 2003

**First Used:** APR 30, 2003  (INTL. CL. 20)

**In Commerce:** APR 30, 2003

**First Used:** APR 30, 2003  (INTL. CL. 25)

**In Commerce:** APR 30, 2003

**First Used:** APR 30, 2003  (INTL. CL. 28)

**In Commerce:** APR 30, 2003

**Last Reported Owner:**

AME & LULU LLC

MASSACHUSETTS  LIMITED LIABILITY CO.

101 MONMOUTH STRET, NO. 717

BROOKLINE, MASSACHUSETTS  02109


**Chronology:**

**Filed:** DEC 14, 2006          **Serial Number:** 77-064,598

**Published For Opposition:** AUG 07, 2007


**Ownership Details:**

**Applicant:**

AME & LULU LLC

MASSACHUSETTS  LIMITED LIABILITY CO.

101 MONMOUTH STRET, NO. 717

BROOKLINE, MASSACHUSETTS  02109

**Assignee**

AME & LULU LLC
MASSACHUSETTS LIMITED
LIABILITY COMPANY
101 MONMOUTH STRET, NO. 717
BROOKLINE, MASSACHUSETTS,
02109

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JUN 11, 2007
**Reel/Frame:** 3558/0536
**Correspondent:**
AMY B. SPAGNOLE
28 STATE STREET
BOSTON, MA 02109

**Filing Correspondent:**

AMY B. SPAGNOLE
HINCKLEY ALLEN SNYDER LLP
28 STATE ST
BOSTON, MA 02109-1775

**Assignor**

KURSON, AMYE
UNITED STATES INDIVIDUAL
**Signed:** JUN 07, 2007

BABY LULU

**BABY LULU**

 **Worldwide Filings = 12**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 30, 2005

**Goods/Services:**
**International Class 20:** PILLOWS
**International Class 24:** BEDDING, NAMELY, CRIB BUMPERS,
QUILTS, BLANKETS, DUVET COVERS, CRIB SKIRTS, SHEETS,
PILLOW CASES, BED SKIRTS AND SHAMS
**International Class 25:** CLOTHING, NAMELY, SOCKS AND PAJAMAS
**First Used:** DEC 01, 2000  (INTL. CL. 20)
**In Commerce:** DEC 08, 2000
**First Used:** DEC 01, 2000  (INTL. CL. 24)
**In Commerce:** DEC 08, 2000
**First Used:** DEC 01, 2000  (INTL. CL. 25)
**In Commerce:** DEC 08, 2000

**Disclaimers:**
″BABY″

**Last Reported Owner:**
MURPHY, ERIN L.
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**We Have Located Other Marks With This Owner**
GOOD NIGHT LULU          USPTO          Page 282

BABY LULU              USPTO          Page 288

SMITH, R. LELAND B., JR
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**We Have Located Other Marks With This Owner**
GOOD NIGHT LULU          USPTO          Page 282

BABY LULU              USPTO          Page 288

**Chronology:**
**Filed:** MAR 23, 2000        **Serial Number:** 76-008,214
**Child Serial Number:** 76-975,646
**Published For Opposition:** APR 16, 2002

**Registered:** AUG 30, 2005     **Registration Number:** 2,989,873

**Ownership Details:**
**Registrant:**

       MURPHY, ERIN L.

       UNITED STATES  INDIVIDUAL

       2140 EAST 7TH PLACE, #A1S

       LOS ANGELES, CALIFORNIA  90021

       SMITH, R. LELAND B., JR

       UNITED STATES  INDIVIDUAL

       2140 EAST 7TH PLACE, #A1S

       LOS ANGELES, CALIFORNIA  90021

**Other U.S. Registrations:** 1,888,560
**Filing Correspondent:**

       ROBERT BERLINER

       ROBBINS, BERLINER & CARSON

       865 S FIGUEROA STREET, 29TH FLOOR

       LOS ANGELES, CALIFORNIA 90017

BABY LULU

**BABY LULU**

 **Worldwide Filings = 10**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 09, 2003

**Goods/Services:**
**International Class 18:** DIAPER BAGS
**International Class 25:** CLOTHING, NAMELY, OVERALLS, PANTS, SHORTS, SHIRTS, T-SHIRTS, VESTS, HATS, DRESSES, BLOOMERS, PANTIES, HEADBANDS, AND SHOES
**First Used:** JUN 30, 1997  (INTL. CL. 18)
**In Commerce:** JUN 30, 1997
**First Used:** JUL 09, 1996  (INTL. CL. 25)
**In Commerce:** JUL 11, 1996

**Disclaimers:**
″BABY″

**Last Reported Owner:**
MURPHY, ERIN L.
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**We Have Located Other Marks With This Owner**
GOOD NIGHT LULU        USPTO        Page 282
BABY LULU              USPTO        Page 286

SMITH, R. LELAND B., JR
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**We Have Located Other Marks With This Owner**
GOOD NIGHT LULU        USPTO        Page 282
BABY LULU              USPTO        Page 286

**Chronology:**
**Filed:** MAR 23, 2000        **Serial Number:** 76-975,646
                              **Parent Serial Number:** 76-008,214
**Published For Opposition:** APR 16, 2002
**Registered:** SEP 09, 2003    **Registration Number:** 2,761,639

**Ownership Details:**
**Registrant:**

  MURPHY, ERIN L.
  UNITED STATES  INDIVIDUAL
  2140 EAST 7TH PLACE, #A1S
  LOS ANGELES, CALIFORNIA  90021

  SMITH, R. LELAND B., JR
  UNITED STATES  INDIVIDUAL
  2140 EAST 7TH PLACE, #A1S
  LOS ANGELES, CALIFORNIA  90021

**Other U.S. Registrations:** 1,888,560
**Filing Correspondent:**

  ROBERT BERLINER
  ROBBINS, BERLINER & CARSON
  865 S FIGUEROA STREET, 29TH FLOOR
  LOS ANGELES, CALIFORNIA 90017

# COCOLULU

**COCOLULU**

 **Worldwide Filings = 2**

**Status:**  PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 07, 2007

**Goods/Services:**

**International Class 14:**  BADGES OF PRECIOUS METAL; BRACELETS; BROOCHES; BUCKLES OF PRECIOUS METAL; EARRINGS; OBJECTS OF IMITATION GOLD; HAT ORNAMENTS; JEWELRY; PASTE JEWELRY; KEY RINGS; NECKLACES; ORNAMENTS; PLATED ARTICLES OF PRECIOUS METAL PLATING; RINGS; TRINKETS

**International Class 18:**  GARMENT BAGS FOR TRAVEL; NET BAGS FOR SHOPPING; BANDS OF LEATHER; BEACH BAGS; CARD CASES; HANDBAGS; KEY CASES OF LEATHER; POCKET WALLETS; PURSES; PURSES, NOT OF PRECIOUS METAL; RUCKSACKS; SHOPPING BAGS; TRAVELING BAGS; UMBRELLAS; VANITY CASES

**International Class 25:**  BATHING CAPS; BATHING DRAWERS; BATHING SUITS; BATHING TRUNKS; BEACH SHOES; BELTS; BIBS, NOT OF PAPER; BOOTS; BREECHES; CAMISOLES; CAP PEAKS; CAPS; CLOTHING, COATS; COLLAR PROTECTORS; COLLARS; CLOTHING COMBINATIONS; FOOTWEAR; GLOVES; HALF BOOTS; HATS; HEADGEAR FOR WEAR; JACKETS; STUFF JACKETS JERSEYS; JUMPERS; CLOTHING OF KNITWEAR; LAYETTES; MITTENS; OVERALLS; PANTS; PARKAS; READY-MADE CLOTHING; SANDALS; SCARVES; SHAWLS; SHIRT FRONTS; SHIRT YOKES; SHIRTS; SHOES; SKIRTS; SOCKS; SPATS; SPORTS SHOES; SWEATERS; SWIMSUITS; TEE-SHIRTS; TROUSERS; UNDERCLO THING; UNDERWEAR; VESTS; WAISTCOATS

**International Class 26:**  ORNAMENTAL NOVELTY BADGES; BADGES IN THE FORM OF BUTTONS FOR WEAR, NOT OF PRECIOUS METAL; ZIP FASTENERS FOR BAGS; BARRETTES FOR HAIR; BLOUSE FASTENERS; BROOCHES; BUCKLES; SHOE BUCKLES; BUTTONS; BELT CLASP; SLIDE FASTENERS ; HAIR ORNAMENTS; HAIR PINS; SNAP FASTENERS; ZIP FASTENERS; ZIPPERS

**First Used:** MAR 17, 1998  (INTL. CL. 14)
**In Commerce:** AUG 01, 2000
**First Used:** MAR 17, 1998  (INTL. CL. 18)
**In Commerce:** AUG 01, 2000
**First Used:** MAR 17, 1998  (INTL. CL. 25)

**In Commerce:** AUG 01, 2000
**First Used:** MAR 17, 1999  (INTL. CL. 26)
**In Commerce:** AUG 01, 2000

**Last Reported Owner:**

EXIV CO., LTD.

JAPAN  CORPORATION

KY SANBANCHO BUILDING 1F

1 SANBANCHO - CHIYODA-KU

TOKYO, JAPAN  102-0075

**Chronology:**

**Filed:** OCT 23, 2006        **Serial Number:** 77-027,382

**Ownership Details:**

**Applicant:**

EXIV CO., LTD.

JAPAN  CORPORATION

KY SANBANCHO BUILDING 1F

1 SANBANCHO - CHIYODA-KU

TOKYO, JAPAN  102-0075

**Filing Correspondent:**

LOUIS J. BOVASSO

GREEENBERG TRAURIG, LLP

2450 COLORADO AVE STE 400E

SANTA MONICA, CA 90404-5524

# DISCOLULU

**DISCOLULU**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 27, 2007

**Goods/Services:**

**International Class 14:** DOG ACCESSORIES, NAMELY, COSTUME JEWELRY

**International Class 28:** DOG APPAREL; DOG ACCESSORIES, NAMELY, COLLARS AND LEASHES

**First Used:** DEC 04, 2004  (INTL. CL. 14)

**In Commerce:** DEC 04, 2004

**First Used:** DEC 04, 2004  (INTL. CL. 28)

**In Commerce:** DEC 04, 2004

**Last Reported Owner:**

NGUYEN, KIMBERLY A.

UNITED STATES  INDIVIDUAL

P.O. BOX 1233

HERMOSA BEACH, CALIFORNIA  90254-1233

**Chronology:**

**Filed:** MAY 25, 2005        **Serial Number:** 78-636,969

**Published For Opposition:** DEC 12, 2006

**Registered:** FEB 27, 2007     **Registration Number:** 3,212,326

**Ownership Details:**
**Registrant:**

NGUYEN, KIMBERLY A.

UNITED STATES  INDIVIDUAL

P.O. BOX 1233

HERMOSA BEACH, CALIFORNIA  90254-1233

**Filing Correspondent:**

CHRISTOPHER J. DAY

LAW OFFICE OF CHRISTOPHER DAY

301 EAST BETHANY HOME ROAD, SUITE A-213

PHOENIX AZ 85012

JACK AND LULU

**JACK AND LULU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 10, 2006

**Goods/Services:**

**International Class 16:** PAPER PRODUCTS, NAMELY STATIONERY, NOTE CARDS, WRAPPING PAPER, GIFT TAGS, GREETING CARDS, AND ENVELOPES
**First Used:** MAY 2000  (INTL. CL. 16)
**In Commerce:** MAY 2000

**Last Reported Owner:**



JACK AND LULU, INC.
NORTH CAROLINA  CORPORATION
2704 PROVIDENCE SPRING LANE
CHARLOTTE, NORTH CAROLINA  28270

**Chronology:**

**Filed:** MAR 29, 2005          **Serial Number:** 78-596,725
**Published For Opposition:** JUL 18, 2006
**Registered:** OCT 10, 2006     **Registration Number:** 3,153,114

**Ownership Details:**
**Registrant:**

JACK AND LULU, INC.
NORTH CAROLINA  CORPORATION
2704 PROVIDENCE SPRING LANE
CHARLOTTE, NORTH CAROLINA  28270

**Filing Correspondent:**

WILLIAM J. SAUERS
CROWELL & MORING LLP
INTELLECTUAL PROPERTY GROUP
1001 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20004

# SADIE & LULU

**SADIE & LULU**

**Status:**    PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** SEP 05, 2007

**Goods/Services:**

**International Class 25:**  LINGERIE
**First Used:** AUG 08, 2006  (INTL. CL. 25)
**In Commerce:** AUG 08, 2006

**Last Reported Owner:**

518 APPAREL GROUP, INC.

MINNESOTA  CORPORATION

8207 XENE LANE

MAPLE GROVE, MINNESOTA  55311

**Chronology:**

**Filed:** AUG 09, 2006          **Serial Number:** 78-948,368

**Ownership Details:**

**Applicant:**

518 APPAREL GROUP, INC.

MINNESOTA  CORPORATION

8207 XENE LANE

MAPLE GROVE, MINNESOTA  55311

**Portrait Permission:**

THE NAME(S) SHOWN IN THE MARK DOES NOT IDENTIFY A
PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

TRICIA A. OLSON

MORRISON FENSKE & SUND, P.A.

5125 COUNTY ROAD 101 STE 202

MINNETONKA, MN 55345-4187



### ZULULU

  **Worldwide Filings = 3**

**Status:**    REGISTERED

44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 10, 2002

**Goods/Services:**

**International Class 25:** CAPS, HATS, KNITTED HATS, KNITTED BEANIES, KNITTED MITTENS, KNITTED GLOVES, KNITTED PULL-OVERS, KNITTED JERSEYS, KNITTED CARDIGANS, SOCKS, TRACK SUITS, SPORTSWEAR, SWEATSHIRTS, T-SHIRTS, SHORTS, PANTS, SWIM TRUNKS, JACKETS, BUTTON-DOWN SHIRTS, POLO SHIRTS, SHIRTS, FOOTWEAR

**Last Reported Owner:**

ZULULU LTD
NEW ZEALAND  PROPRIETARY COMPANY
6TH FLOOR, 130 BROADWAY
NEWMARKET, AUCKLAND, NEW ZEALAND

**We Have Located Other Marks With This Owner**

ZULULU                              USPTO           Page 300

**Chronology:**

**Filed:** MAR 17, 2000          **Serial Number:** 76-002,596
**Published For Opposition:** JUN 18, 2002
**Registered:** SEP 10, 2002    **Registration Number:** 2,616,438

**Ownership Details:**
**Registrant:**

ZULULU LTD
NEW ZEALAND  PROPRIETARY COMPANY
6TH FLOOR, 130 BROADWAY
NEWMARKET, AUCKLAND, NEW ZEALAND

**Non-U.S. Registration Claimed:** 703,392
**Non-U.S. Registration Date:** FEB 28, 1996
**Non-U.S. Registration Country:** AUSTRALIA

**Filing Correspondent:**

MARK I PEROFF
TRADEMARK & PATENT COUNSELORS

915 BROADWAY-19TH FLOOR
NEW YORK NEW YORK 10010

**Domestic Representative:** TRADEMARK & PATENT COUNSELORS OF
AMERICA PC

# LUV, LULU

**LUV, LULU**

**Status:**    ABANDONED
              INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** SEP 08, 2006

**Goods/Services:**

**International Class 9:** EYEGLASSES, EYEGLASS FRAMES, SUNGLASSES, SUNGLASS FRAMES

**International Class 14:** COSTUME JEWELRY AND WATCHES

**International Class 18:** WALLETS, BUSINESS CARD CASES, CALLING CARD CASES AND CREDIT CARD CASES, CARRYING CASES, NAMELY, POCKET ORGANIZERS, HANDBAGS, PURSES, BACKPACKS, LUGGAGE, TOTE BAGS, COSMETIC BAGS SOLD EMPTY

**International Class 25:** CLOTHING, NAMELY, JEANS, PANTS, TOPS, SKIRTS, SHORTS, JACKETS, COATS, SWEATERS, SHIRTS, AND FOOTWEAR

**Last Reported Owner:**

    MUDD (USA) LLC
              DELAWARE  LIMITED LIABILITY CO.
              1407 BROADWAY - SUITE 2004
              NEW YORK, NEW YORK  10018

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU LUV | USPTO | Page 236 |
| LULU LUV | USPTO | Page 249 |
| LUV, LULU | USPTO | Page 276 |

**Chronology:**

**Filed:** JAN 11, 2005          **Serial Number:** 78-545,587
**Published For Opposition:** DEC 13, 2005
**Abandoned:** SEP 08, 2006

**Ownership Details:**
**Applicant:**

              MUDD (USA) LLC
              DELAWARE  LIMITED LIABILITY CO.
              1407 BROADWAY - SUITE 2004
              NEW YORK, NEW YORK  10018

**Portrait Permission:**

              THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN

THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING
INDIVIDUAL.

**Filing Correspondent:**

GARY H. FECHTER

MCCARTER & ENGLISH, LLP

27TH FLOOR

245 PARK AVENUE

NEW YORK, NY 10167-0001

LAFFY LOOLOO

## LAFFY LOOLOO

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JAN 04, 2002

**Goods/Services:**

**International Class 28:** TALKING TOYS, DOLLS AND ACCESSORIES
THEREFOR, CHILDREN'S INTERACTIVE ACTIVITY TOYS WITH
SOUND, MOTION LIGHT AND COLOR FUNCTIONS, AND TOY
ACTION FIGURES AND ACCESSORIES THEREFOR, ELECTRICAL
ACTION TOYS AND ACCESSORIES THEREFOR, CASES FOR PLAY
ACCESSORIES PLAYSET BUILDINGS AND ACCESSORIES
THEREFOR, PLUSH TOYS, ANIMATED PLUSH TOYS, MECHANICAL
PLUSH TOYS, MUSICAL TOYS, MINIATURIZED DOLLS AND
ACCESSORIES THEREFOR, BEAN BAGS, TOY ANIMALS

**Last Reported Owner:**

TRENDMASTERS, INC.
MISSOURI  CORPORATION
611 NORTH 10TH STREET, SUITE 555
ST. LOUIS, MISSOURI  63101

**Chronology:**

**Filed:** JAN 07, 2000          **Serial Number:** 75-891,690
**Published For Opposition:** APR 10, 2001
**Abandoned:** JUN 15, 2002

**Ownership Details:**
**Applicant:**

TRENDMASTERS, INC.
MISSOURI  CORPORATION
611 NORTH 10TH STREET, SUITE 555
ST. LOUIS, MISSOURI  63101

**Filing Correspondent:**

DONALD A. KAUL
LILE H DEINARD
DORSEY & WHITNEY LLP
15TH FLOOR
250 PARK AVENUE
NEW YORK NY 10177



### ZULULU

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** APR 27, 1999

**Goods/Services:**

**International Class 3:** SOAPS; PERFUMERY; ESSENTIAL OILS; COSMETICS

**International Class 16:** PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS; PRINTED MATTER; STATIONERY; INSTRUCTIONAL AND TEACHING MATERIAL; PLAYING CARDS

**International Class 18:** LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS AND NOT INCLUDED IN OTHER CLASSES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS AND PARASOLS

**Last Reported Owner:**

ZULULU LIMITED

NEW ZEALAND  CORPORATION

6TH FLOOR, 130 BROADWAY

NEWMARKET, AUCKLAND, NEW ZEALAND

**We Have Located Other Marks With This Owner**

ZULULU                              USPTO              Page 295

**Chronology:**

**Filed:** FEB 12, 1998      **Serial Number:** 75-432,942

**Abandoned:** APR 27, 1999

**Ownership Details:**

**Applicant:**

ZULULU LIMITED

NEW ZEALAND  CORPORATION

6TH FLOOR, 130 BROADWAY

NEWMARKET, AUCKLAND, NEW ZEALAND

**Filing Correspondent:**

MARK I PEROFF

TRADEMARK & PATENT COUNSELORS OF AMERICA

915 BROADWAY

NEW YORK NY 10010

ULULU

## ULULU

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 03, 1992

**Goods/Services:**

**International Class 25:** CLOTHING; NAMELY, T-SHIRTS,
SWEATSHIRTS, SWEATPANTS AND JACKETS

**Last Reported Owner:**

BEMUS, BARTON D.

UNITED STATES  INDIVIDUAL

9736 WALLINGFORD AVENUE NO.

SEATTLE, WASHINGTON  98103

**Chronology:**

**Filed:** MAR 22, 1991        **Serial Number:** 74-150,084

**Published For Opposition:** DEC 10, 1991

**Abandoned:** DEC 03, 1992

**Ownership Details:**

**Applicant:**

BEMUS, BARTON D.

UNITED STATES  INDIVIDUAL

9736 WALLINGFORD AVENUE NO.

SEATTLE, WASHINGTON  98103

**Filing Correspondent:**

H. ALBERT RICHARDSON, JR.

H. ALBERT RICHARDSON

BLACK LOWE & GRAHAM

701 FIFTH AVENUE, SUITE 4800

SEATTLE WA 98104



### LOU LOU INTIMATES

**TTAB**

**Status:**    ABANDONED

USPTO Status: ABANDONED-AFTER INTER-PARTES DECISION
USPTO Status Date: FEB 02, 1988

**Goods/Services:**

**International Class 25:** INTIMATE APPAREL NAMELY LADIES AND
CHILDREN UNDERWEAR PANTIES, TANK TOPS, CAMISOLES,
BRAS, T-SHIRTS AND WARM-UP SUITS
**First Used:** MAY 03, 1984  (INTL. CL. 25)
**In Commerce:** MAY 03, 1984

**Disclaimers:**

″INTIMATES″

**Last Reported Owner:**

SUPERTRENDS, INC.
CALIFORNIA  CORPORATION
3053 TEAGARDEN STREET
SAN LEANDRO, CALIFORNIA  94577

**Chronology:**

**Filed:** DEC 20, 1984        **Serial Number:** 73-514,578
**Published For Opposition:** APR 14, 1987
**Opposition/Cancellation Filed:** JUL 09, 1987
**Abandoned:** FEB 02, 1988

---

**Trademark Trials and Appeal Board (TTAB) Information:**    **TTAB**

**Opposition Number:** 91076321

**Outcome:** TERMINATED, FEB 02, 1988

| **Plaintiff:** | **Defendant:** |
|---|---|
| LOU DIFFUSION | SUPERTRENDS, INC. |

**Mark:** LOU                    **Mark:** LOU LOU INTIMATES
**Registration Number:** 748,831    **Registration Number:**
**Serial Number:** 72-134,474       **Serial Number:** 73-514,578
**Correspondent:**                  **Trademark Defendant**
                                    **Correspondent:**
SUGHRUE, MION, ZINN, MACPEAK        DEBORAH J. KONG
AND SEAS                            828 HARRISON STREET SUITE 207
ATT: ROBERT G. MCMORROW             OAKLAND, CA 94607
1776 K STREET, N.W.
WASHINTON, DC 20006

**TTAB Entry:** #6 TERMINATED, FEB 02, 1988
**TTAB Entry:** #5 OP SUSTAINED BY DEFAULT, DEC 18, 1987

**Ownership Details:**
**Applicant:**

SUPERTRENDS, INC.

CALIFORNIA CORPORATION

3053 TEAGARDEN STREET

SAN LEANDRO, CALIFORNIA 94577

**Lining Stippling:**

THE DRAWING IS LINED FOR THE COLORS VIOLET-PURPLE,

YELLOW, GREEN, ORANGE AND BLUE.

**Design Phrase:**

COLOR IS A FEATURE OF THE MARK.

**Filing Correspondent:**

DEBORAH J. KONG

828 HARRISON STREET, SUITE 207

OAKLAND, CA 94607

# LULU GREEN

**LULU GREEN**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 03, 2004

**Goods/Services:**

**International Class 16:** STICKERS
**First Used:** APR 01, 2001  (INTL. CL. 16)
**In Commerce:** APR 01, 2001

**Last Reported Owner:**

 VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S PEEPS | USPTO | Page 127 |
| LULU GREEN | USPTO | Page 134 |
| LULU GREEN | USPTO | Page 226 |
| LULU GREEN | USPTO | Page 256 |
| LULU'S PEEPS | USPTO | Page 258 |
| LULU'S PEEPS | USPTO | Page 272 |

**Chronology:**

**Filed:** DEC 27, 2000    **Serial Number:** 78-040,747
**Published For Opposition:** MAR 05, 2002
**Registered:** AUG 03, 2004    **Registration Number:** 2,870,369

**Ownership Details:**
**Registrant:**

VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**Assignee**
NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0626
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
**Signed:** DEC 21, 2005

**Assignee**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** CHANGE OF NAME
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0584
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**
NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
**Signed:** DEC 31, 2005

**Portrait Permission:**
THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING
INDIVIDUAL
**Filing Correspondent:**
DANIEL CHUNG
C/O A ARIES TABIGUE
VIACOM INTERNATIONAL INC.
1515 BROADWAY 34TH FLOOR
NEW YORK NY 10036

**LULU BRANDS**

# LuLu Brands

**Status:**    REGISTERED

        **USPTO Status:** REGISTERED
        **USPTO Status Date:** APR 26, 2005

**Goods/Services:**
        **International Class 42:** PRODUCT DEVELOPMENT
        **First Used:** JAN 04, 2004  (INTL. CL. 42)
        **In Commerce:** JAN 04, 2004

**Disclaimers:**
        ″BRANDS″

**Last Reported Owner:**

        LULU BRANDS LLC
        DELAWARE  LIMITED LIABILITY CO.
        108 HAYWOOD ROAD
        WILMINGTON, DELAWARE  19807

**Chronology:**
        **Filed:** APR 06, 2004    **Serial Number:** 78-397,270
        **Published For Opposition:** FEB 01, 2005
        **Registered:** APR 26, 2005    **Registration Number:** 2,943,904

**Ownership Details:**
**Registrant:**
        LULU BRANDS LLC
        DELAWARE  LIMITED LIABILITY CO.
        108 HAYWOOD ROAD
        WILMINGTON, DELAWARE  19807

**Filing Correspondent:**
        LULU BRANDS LLC
        108 HAYWOOD ROAD
        WILMINGTON, DE 19807

LU LU LOOPER

## LU LU LOOPER

**Status:**  CANCELLED                    **Cancellation Section:** 8

AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** MAR 04, 2001

**Goods/Services:**

**International Class 28:**  PADDLE BALL GAMES

**First Used:** FEB 08, 1993  (INTL. CL. 28)

**In Commerce:** FEB 08, 1993

**Last Reported Owner:**

SHARON INDUSTRIES, INC.

DELAWARE  CORPORATION

6910 W. RIDGE ROAD

FAIRVIEW, PENNSYLVANIA  16415

**Chronology:**

**Filed:** MAY 24, 1993          **Serial Number:** 74-394,004

**Published For Opposition:** NOV 30, 1993

**Registered:** FEB 22, 1994     **Registration Number:** 1,822,970

**Cancelled:** APR 17, 2001

**Ownership Details:**
**Registrant:**

SHARON INDUSTRIES, INC.

DELAWARE  CORPORATION

6910 W. RIDGE ROAD

FAIRVIEW, PENNSYLVANIA  16415

**Filing Correspondent:**

DANIEL J. LONG

P.O. BOX 1185

PITTSBURGH, PA 15230-1185

ASK LULU

**ASK LULU**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** OCT 02, 2000

**Goods/Services:**

**International Class 42:** ONLINE STYLE EXPERT AND PERSONAL
SHOPPING SERVICE

**Last Reported Owner:**

LULUSHOP, INC.

DELAWARE  CORPORATION

2677 LARKIN STREET

SUITE 701

SAN FRANCISCO, CALIFORNIA  94109

**We Have Located Other Marks With This Owner**

LULUSHOP                    USPTO          Page 269

**Chronology:**

**Filed:** APR 21, 2000          **Serial Number:** 78-005,151

**Abandoned:** OCT 02, 2000

**Ownership Details:**

**Applicant:**

LULUSHOP, INC.

DELAWARE  CORPORATION

2677 LARKIN STREET

SUITE 701

SAN FRANCISCO, CALIFORNIA  94109

**Filing Correspondent:**

LULUSHOP, INC.

2677 LARKIN STREET

SUITE 701

SAN FRANCISCO CA 94109

# LAYLOO

**LAYLOO**

**Status:**    PUBLISHED
             INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE - ISSUED
**USPTO Status Date:** MAY 22, 2007

**Goods/Services:**

**International Class 41:** PRODUCTION OF TELEVISION AND RADIO
PROGRAMS; ENTERTAINMENT SERVICES IN THE NATURE OF
ON-GOING TELEVISION PROGRAMS IN THE FIELD OF COMEDY
AND ANIMATION; ENTERTAINMENT SERVICES IN THE NATURE OF
ON-GOING TELEVISION PROGRAMS, NAMELY, ANIMATED
INTERACTIVE TELEVISION PROGRAMS FOR CHILDREN;
PROVIDING INFORMATION VIA THE INTERNET IN THE FIELDS OF
GAMES, MUSIC, ACTIVITIES, AND MOVIES FOR CHILDREN;
ENTERTAINMENT IN THE NATURE OF THEATER PRODUCTIONS

**Last Reported Owner:**

VOILA STUDIOS, INC.
DISTRICT OF COLUMBIA  CORPORATION
21481 RIDGETOP CIRCLE
SUITE 426
DULLES, VIRGINIA  20166

**Chronology:**

**Filed:** NOV 08, 2005        **Serial Number:** 78-749,496
**Published For Opposition:** FEB 27, 2007

**Ownership Details:**

**Applicant:**

VOILA STUDIOS, INC.
DISTRICT OF COLUMBIA  CORPORATION
21481 RIDGETOP CIRCLE
SUITE 426
DULLES, VIRGINIA  20166

**Filing Correspondent:**

DAVID L. MAY, ESQ.
NIXON PEABODY LLP
SUITE 900
401 9TH STREET, N.W.
WASHINGTON, DC 20004-2128

**LOUIE**

**Status:**    PUBLISHED

              INTENT TO USE

LOUIE

          **USPTO Status:** NOTICE OF ALLOWANCE - ISSUED

          **USPTO Status Date:** APR 10, 2007

**Goods/Services:**

    **International Class 41:** ENTERTAINMENT SERVICES IN THE
NATURE OF AN ON-GOING TELEVISION PROGRAM IN THE FIELD
OF CHILDREN'S ENTERTAINMENT

**Last Reported Owner:**

OWNER INFO    JERRY JOY MUSIC LLC

          NEW YORK  LIMITED LIABILITY CO.

          OLD CHELSEA STATION

          P.O. BOX 1736

          NEW YORK, NEW YORK  10113-1736

**Chronology:**

    **Filed:** JAN 10, 2005        **Serial Number:** 78-544,595

    **Child Serial Number:** 78-976,804

    **Published For Opposition:** JAN 16, 2007

**Ownership Details:**

**Applicant:**

    JERRY JOY MUSIC LLC

    NEW YORK  LIMITED LIABILITY CO.

    OLD CHELSEA STATION

    P.O. BOX 1736

    NEW YORK, NEW YORK  10113-1736

**Filing Correspondent:**

    J. ALLISON STRICKLAND

    FROSS ZELNICK LEHRMAN & ZISSU, P.C.

    866 UNITED NATIONS PLZ

    NEW YORK, NY 10017-1822

# LOOKIE LOO

**LOOKIE LOO**

**Status:**      REGISTERED

AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 13, 2002

**Goods/Services:**

**International Class 35:** ADVERTISING AND PROMOTIONAL
SERVICES, NAMELY, CARTOON CHARACTER LICENSING,
DEVELOPING ADVERTISING CAMPAIGNS UTILIZING CARTOON
CHARACTERS FROM COMIC AND COLORING BOOKS
**First Used:** MAR 17, 2000  (INTL. CL. 35)
**In Commerce:** MAR 17, 2000

**Last Reported Owner:**

WEINER, JOEL
UNITED STATES  INDIVIDUAL
14028 TAHITI WAY #406
MARINA DEL REY, CALIFORNIA  90292

**Chronology:**

**Filed:** MAR 10, 1997        **Serial Number:** 75-982,366

**Parent Serial Number:** 75-255,037

**Published For Opposition:** DEC 21, 1999

**Registered:** AUG 13, 2002     **Registration Number:** 2,607,993

**Ownership Details:**

**Registrant:**

WEINER, JOEL
UNITED STATES  INDIVIDUAL
14028 TAHITI WAY #406
MARINA DEL REY, CALIFORNIA  90292

**Filing Correspondent:**

MARVIN H. KLEINBERG
KLEINBERG & LERNER, LLP
2049 CENTURY PARK E STE 1080
LOS ANGELES CA 90067



## LUCY LU MOVIE REVIEW LUCY LU

**Status:** PENDING
PENDING
INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** JUN 18, 2007

**Goods/Services:**
**International Class 41:** ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE REVIEWS OF MOVIES; PRODUCTION OF TELEVISION PROGRAMS FEATURING MOVIE REVIEWS AND CELEBRITY INTERVIEWS; PROVIDING A TELEVISION PROGRAM IN THE FIELD OF MOVIE REVIEWS AND CELEBRITY INTERVIEWS VIA A GLOBAL COMPUTER NETWORK; ENTERTAINMENT, NAMELY A CONTINUING MOVIE REVIEW AND CELEBRITY INTERVIEW SHOW BROADCAST OVER TELEVISION, SATELLITE, AUDIO, AND VIDEO MEDIA

**Disclaimers:**
″MOVIE REVIEW″

**Last Reported Owner:**
THOMPSON HOLDINGS, L.P.
**Composed Of:** RICHARD THOMPSON, GENERAL PARTNER
DELAWARE  LIMITED PARTNERSHIP
830 PARK AVENUE, APT. 7B
NEW YORK, NEW YORK  10012

**Chronology:**
**Filed:** MAR 07, 2007         **Serial Number:** 77-124,596

**Ownership Details:**
**Applicant:**
THOMPSON HOLDINGS, L.P.
**Composed Of:** RICHARD THOMPSON, GENERAL PARTNER
DELAWARE  LIMITED PARTNERSHIP
830 PARK AVENUE, APT. 7B
NEW YORK, NEW YORK  10012

**Design Phrase:**
THE MARK CONSISTS OF CARICATURE OF A WOMAN SITTING IN A DIRECTOR'S CHAIR WITH THE HIGHLY STYLIZED WORDS ″LUCY LU″ ON THE BACK, TURNED TO FACE THE BACK WITH A CARTON OF POPCORN IN HER RIGHT HAND AND HOLDING HER LEFT HAND OUT. POSITIONED UNDER THE CHAIR ARE THE HIGHLY STYLIZED WORDS ″LUCY LU″ AND THE STYLIZED WORDS ″MOVIE REVIEW″ WITH A FILM REEL IN PLACE OF THE LETTER ″O″..

**Filing Correspondent:**

CHERYL L. BURBACH

HOVEY WILLIAMS, LLP

2405 GRAND BLVD STE 400

KANSAS CITY, MO 64108-2519

理津法律事務所

### LI LU FA LU SHIH WU AO
**Translation:**

> THE NON-LATIN CHARACTER(S) IN THE MARK TRANSLITERATES INTO ″LI″, ″LU″ ″FA″, ″LU″, ″SHIH″, ″WU″, AND ″SO″, AND THIS MEANS ″REASON OR RIGHT″, ″LAW OR RULE″ AND ″LAW FIRM″ IN ENGLISH.

**Status:**    REGISTERED

> **USPTO Status:** REGISTERED
> **USPTO Status Date:** OCT 10, 2006

**Goods/Services:**

> **International Class 16:** PRINTED MATTERS AND PUBLICATIONS, NAMELY, MAGAZINES, BOOKS, BULLETINS, AND NEWSLETTERS IN THE LEGAL FIELD
> **International Class 42:** LEGAL SERVICES
> **First Used:** SEP 11, 1992 (INTL. CL. 16)
> **In Commerce:** SEP 05, 1996
> **First Used:** JUL 01, 1972 (INTL. CL. 42)
> **In Commerce:** DEC 23, 1987

**Disclaimers:**

> ″FALü SHIWUSUO (″FA″ ″LU″, ″SHIH″, ″WU″ AND ″SO″), WHICH MEANS ″LAW FIRM″ IN ENGLISH″

**Last Reported Owner:**

> CHEN, C.V.
> DBA LEE AND LI
> TAIWAN  INDIVIDUAL
> 7TH FLOOR, 201, TUN HUA NORTH ROAD
> TAIPEI, TAIWAN
>
> **We Have Located Other Marks With This Owner**
>
> LI LU                    USPTO        Page 85
>
> LI, KWAN-TAO
> DBA LEE AND LI
> TAIWAN  INDIVIDUAL
> 7TH FLOOR, 201, TUN HUA NORTH ROAD
> TAIPEI, TAIWAN
>
> **We Have Located Other Marks With This Owner**
>
> LI LU                    USPTO        Page 85

**Chronology:**

> **Filed:** MAR 08, 2005        **Serial Number:** 78-582,993
> **Published For Opposition:** JUL 18, 2006

**Registered:** OCT 10, 2006     **Registration Number:** 3,153,016

**Ownership Details:**
**Registrant:**

> CHEN, C.V.
> DBA LEE AND LI
> TAIWAN  INDIVIDUAL
> 7TH FLOOR, 201, TUN HUA NORTH ROAD
> TAIPEI, TAIWAN
>
> LI, KWAN-TAO
> DBA LEE AND LI
> TAIWAN  INDIVIDUAL
> 7TH FLOOR, 201, TUN HUA NORTH ROAD
> TAIPEI, TAIWAN

**Other U.S. Registrations:** 2,223,983
**Filing Correspondent:**

> MARK A. NIEDS
> LEYDIG, VOIT & MAYER, LTD.
> TWO PRUDENTIAL PLAZA, SUITE 4900
> CHICAGO, IL 60601

**Domestic Representative:** MARK A. NIEDS

# Loulies

**LOULIES**

**Status:**  PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** EXAMINER'S AMENDMENT/PRIORITY ACTION
MAILED

**USPTO Status Date:** MAY 07, 2007

**Goods/Services:**

**International Class 41:**  PROVIDING NEWSLETTERS IN THE FIELD
OF FOOD, RECIPES, COOKING, DRINKS, AND COOKBOOK INFORM
ATION VIA E-MAIL

**First Used:** DEC 15, 2006  (INTL. CL. 41)

**In Commerce:** DEC 15, 2006

**Last Reported Owner:**

LOULIES, LLC

DISTRICT OF COLUMBIA  LIMITED LIABILITY CO.

3425 QUEBEC STREET, NW

WASHINGTON, DISTRICT OF COLUMBIA  20016

**Chronology:**

**Filed:** JAN 11, 2007          **Serial Number:** 77-080,784

**Ownership Details:**

**Applicant:**

LOULIES, LLC

DISTRICT OF COLUMBIA  LIMITED LIABILITY CO.

3425 QUEBEC STREET, NW

WASHINGTON, DISTRICT OF COLUMBIA  20016

**Filing Correspondent:**

BETTINA STERN

LOULIES, LLC

3425 QUEBEC ST NW

WASHINGTON, DC 20016-3127

LULU

**LULA**

**Status:** ABANDONED

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** JAN 13, 2004
**Goods/Services:**
    **International Class 13:** LOADER AND UNLOADER FOR FIREARM
    MAGAZINES
    **First Used:** NOV 28, 2001 (INTL. CL. 13)
    **In Commerce:** JAN 30, 2002
**Last Reported Owner:**
    MAGLULA LTD.
    ISRAEL  CORPORATION
    P O BOX 302
    ROSH HA'AIN, ISRAEL  48036

**Chronology:**
    **Filed:** AUG 12, 2003    **Serial Number:** 78-286,300
    **Abandoned:** JAN 13, 2004

**Ownership Details:**
**Applicant:**
    MAGLULA LTD.
    ISRAEL  CORPORATION
    P O BOX 302
    ROSH HA'AIN, ISRAEL  48036
**Filing Correspondent:**
    DAVID PRESSMAN
    1070 GREEN ST APT 1402
    SAN FRANCISCO CA 94133-5418

**Domestic Representative:** DAVID PRESSMAN



### LOO & PALS

 **Worldwide Filings = 1**

**Status:**  ABANDONED
SECTION 44 (D)
INTENT TO USE
FILED AS 44(D) APPLICATION

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUL 26, 2003

**Goods/Services:**

**International Class 9:**  SCIENTIFIC, ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, MEASURING, AND TEACHING APPARATUS AND INSTRUMENTS, NAMELY, COMPACT DISCS FEATURING CHILDREN'S STORIES, SONGS AND GAMES, OPTICAL DISCS, FIBER/OPTIC LIGHT AND IMAGE CONDUIT, CAMERA FILTERS, MOTION PICTURE FILMS IN THE FIELD OF CHILDREN'S STORIES, SONGS AND GAMES, PHOTOGRAPHIC FLASH BULBS, LASERS NOT FOR MEDICAL USE, LOUDSPEAKERS, MODEMS, AUDIO MIXERS, PHOTOCOPYING MACHINES, PHOTOGRAPHIC CAMERAS, PHOTOGRAPHIC PROJECTORS, PHOTOGRAPHIC SLIDE TRANSPARENCIES, PHOTO METERS, LASER PRINTERS, PROJECTION SCREENS, MOVIE PROJECTORS, PHOTOGRAPHIC PROJECTORS, SLIDE PROJECTORS, STEREO RECEIVERS, OPTICAL SCANNERS, PROJECTION SCREENS; APPARATUS FOR RECORDING, TRANSMISSION OF AND REPRODUCTION OF SOUND OR IMAGES, NAMELY, PRERECORDED AUDIO AND VIDEO CASSETTES FEATURING CHILDREN SONGS AND STORIES; MAGNETIC DATA CARRIERS IN THE FORM OF PRERECORDED COMPACT DISCS FEATURING CHILDREN'S SONGS AND STORIES; AUTOMATIC VENDING MACHINES, MECHANISMS FOR COIN OPERATED APPARATUS, NAMELY, MACHINES WHICH DISBURSE FOOD, DRINK, TOKENS AND COINS; CASH REGISTERS, CALCULATING MACHINES, NAMELY, CALCULATORS AND ADDING MACHINES; DATA PROCESSING EQUIPMENT, NAMELY, COMPUTERS; AND COMPUTER GAME PROGRAMS

**Last Reported Owner:**

MATUS, SR. LUCIANO
MEXICO  INDIVIDUAL
COLONIA SAN JERONIMO LIDICE
AV. SAN JERONIMO 1080, CASA 5
10200, MEXICO  D.F.

**Chronology:**

**Filed:** OCT 27, 1998          **Serial Number:** 75-577,519
**Published For Opposition:** MAY 02, 2000
**Abandoned:** JUL 26, 2003
**Date Revived/Reinstated:** APR 18, 2002

**Ownership Details:**
**Applicant:**

MATUS, SR. LUCIANO
MEXICO  INDIVIDUAL
COLONIA SAN JERONIMO LIDICE
AV. SAN JERONIMO 1080, CASA 5
10200, MEXICO  D.F.

**Non-U.S. Application Claimed:** 330627
**Non-U.S. Application Date:** APR 27, 1998
**Non-U.S. Application Country:** MEXICO
**Lining Stippling:**

THE LINING AND STIPPLING ARE FEATURES OF THE MARK AND
DO NOT INDICATE COLOR.

**Design Phrase:**

THE MARK CONSISTS OF A DRAWING OF A STICK HUMAN FIGURE
AND TWO CARTOON CHARACTERS ON LAND AND TWO BIRD-LIKE
CHARACTERS IN THE AIR WITH THE MARK ″LOO & PALS″
FORMING PART OF THE MARK.

**Filing Correspondent:**

JOAN L. LONG
MAYER BROWN & PLATT
PO BOX 2828
CHICAGO IL 60690-2828

**Domestic Representative:** MAYER, BROWN & PLATT



**LU**

**Status:**     EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** JUN 24, 2006

**Goods/Services:**
International Class 41:
**(U.S. CL. 107)** EDUCATIONAL SERVICES, PARTICULARLY AT THE
COLLEGE PREPARATORY AND UNIVERSITY LEVELS
**First Used:** APR 01, 1959  (US.CL. 107)
**In Commerce:** APR 01, 1959

**Last Reported Owner:**
LOYOLA UNIVERSITY OF CHICAGO

**Chronology:**
**Filed:** NOV 21, 1963        **Serial Number:** 72-181,654
**Published For Opposition:** JUN 29, 1965
**Registered:** SEP 14, 1965        **Registration Number:** 796,162
**Renewed:** SEP 14, 1985

**Ownership Details:**
**Registrant:**
LOYOLA UNIVERSITY OF CHICAGO
ILLINOIS  NON-PROFIT CORPORATION
820 N. MICHIGAN AVE.
CHICAGO, ILLINOIS  60611

**Assignee**                        **Assignor**
LOYOLA UNIVERSITY OF CHICAGO        LOYOLA UNIVERSITY
                                    **Signed:** JUL 26, 1985

**Brief:** CERTIFICATE BY THE
SECRETARY OF STATE OF ILLINOIS
SHOWING CHANGE OF NAME
FILED ON FEB.26,1970
**Recorded:** DEC 05, 1985
**Reel/Frame:** 0511/0228
**Correspondent:**
GARY, JUETTNER & PYLE
33 NORTH DEARBORN
CHICAGO, IL 60602

**Lining Stippling:**
THE DRAWING IS LINED FOR SHADING ONLY.

**Filing Correspondent:**

GARY, JUETTNER & PYLE
33 NORTH DEARBORN ST.
CHICAGO, IL 60602



**LULY**

**Status:**  PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER

**USPTO Status Date:** AUG 15, 2007

**Goods/Services:**

**International Class 16:**  OFFICE MATERIALS, NAMELY, SPIRAL AND BOUND NOTE BOOKS, NOTE BOOKS, WRITING PADS, WRITING BOOKS, FOLDERS, STICKERS, PACKING PAPER, WRAPPING PAPER, RUBBER ERASERS, CALENDARS, GLUE FOR STATIONARY OR HOUSEHOLD USE, RULERS FOR DRAWING, PEN AND PENCIL CASES, DRAWING INSTRUMENTS, BINDERS, INDEX CARDS, INDEX DIVIDERS, INDEX BOOKS, AND TELEPHONE INDEXES, DIARIES, AND DATE BOOKS; SCHOOL SUPPLIES, NAMELY, OFFICE MATERIALS, NAMELY, SPIRAL AND BOUND NOTE BOOKS, NOTE BOOKS, WRITING PADS, WRITING BOOKS, FOLDERS, STICKERS, PACKING PAPER, WRAPPING PAPER, RUBBER ERASERS, CALENDARS, GLUE FOR STATIONARY OR HOUSEHOLD USE, RULERS FOR DRAWING, PEN AND PENCIL CASES, DRAWING INSTRUMENTS, BINDERS, INDEX CARDS, INDEX DIVIDERS, INDEX BOOKS, AND TELEPHONE INDEXES, DIARIES, AND DATE BOOKS

**First Used:** SEP 30, 2002  (INTL. CL. 16)

**In Commerce:** MAR 31, 2004

**Last Reported Owner:**

TILIBRA PRODUTOS DE PAPELARIA LTDA.

BRAZIL  CORPORATION

RUA AIMORES, 6-9, BAURU

SAO PAULO, BRAZIL  17013-900

**Chronology:**

**Filed:** AUG 11, 2007          **Serial Number:** 77-253,112

**Ownership Details:**

**Applicant:**

TILIBRA PRODUTOS DE PAPELARIA LTDA.

BRAZIL  CORPORATION

RUA AIMORES, 6-9, BAURU

SAO PAULO, BRAZIL  17013-900

**Filing Correspondent:**

ARTURO PEREZ-GUERRERO

35 J C BORBON PMB 315 STE 67

PMB 315
, 00969

# LULLURE

**LULLURE**

**Status:** PENDING
SECTION 44 (D)
INTENT TO USE
44(D) APPLICATION - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** AUG 31, 2007

**Goods/Services:**

**International Class 25:** FABRIC; CLOTHING, NAMELY, T-SHIRTS, SHIRTS, TANK TOPS, SWEATSHIRTS, SWEATERS, PANTS, SWEAT PANTS, SHORTS, SKIRTS, DRESSES, WARM-UP SUITS, BODYSUITS, LEOTARDS, UNITARDS, TIGHTS, COVER-UPS, LEGGINGS, LEG WARMERS, JACKETS, COATS, VESTS, SCARVES, SHAWLS, SHOULDER WRAPS, PAJAMAS, ROBES, UNDERWEAR, SOCKS, GLOVES; HEADWEAR, NAMELY, HATS, CAPS, BERETS, TOQUES, VISORS, HEADBANDS, BANDANAS

**Last Reported Owner:**

LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST FOURTH AVENUE
VANCOUVER, CANADA  V6K1N6

**We Have Located Other Marks With This Owner**

| LULULEMON SPECIFICA | USPTO | Page 216 |
| LULULEMON ATHLETICA | USPTO | Page 238 |

**Chronology:**

**Filed:** MAY 18, 2007          **Serial Number:** 77-184,404

**Ownership Details:**
**Applicant:**

LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST FOURTH AVENUE
VANCOUVER, CANADA  V6K1N6

**Non-U.S. Application Claimed:** 1326575
**Non-U.S. Application Date:** DEC 01, 2006
**Non-U.S. Application Country:** CANADA
**Filing Correspondent:**

DAVID A. LOWE

BLACK LOWE & GRAHAM
701 5TH AVE STE 4800
SEATTLE, WA 98104-7009

**Domestic Representative:** DAVID A. LOWE

LUAU

**LUAU**

 **Worldwide Filings = 2**

**Status:**   REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** DEC 23, 2005

**Goods/Services:**
**International Class 25:**  CLOTHING, NAMELY, MENS' AND LADIES'
JACKETS, SHIRTS, PANTS, SHORTS, ROBES, SWIMWEAR, AND
HATS
**First Used:** SEP 1999  (INTL. CL. 25)
**In Commerce:** SEP 1999

**Last Reported Owner:**

   SPORTAILOR, INC.
FLORIDA  CORPORATION
6501 N.E. 2ND COURT
MIAMI, FLORIDA  33138

**We Have Located Other Marks With This Owner**

LUAU                                     Common Law      Page 602

**Chronology:**
**Filed:** NOV 15, 1996          **Serial Number:** 75-200,357
**Published For Opposition:** JAN 06, 1998
**Registered:** SEP 19, 2000     **Registration Number:** 2,388,057
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  DEC 23, 2005

**Ownership Details:**
**Registrant:**
SPORTAILOR, INC.
FLORIDA  CORPORATION
6501 N.E. 2ND COURT
MIAMI, FLORIDA  33138
**Filing Correspondent:**
TODD A VAUGHN
LAW OFFICE OF TODD A. VAUGHN
SUITE 440
5335 WISCONSIN AVE., NW
WASHINGTON DC 20015

# LULEE BABES

**LULEE BABES**

**Status:**      REGISTERED

             **USPTO Status:** REGISTERED
             **USPTO Status Date:** JUL 10, 2007

**Goods/Services:**
             **International Class 25:** WOMEN'S, CHILDREN'S AND INFANT'S CLOTHING, NAMELY, PANTS, SHORTS, SHORTALLS, ROMPERS, JACKETS, COATS, T-SHIRTS, BLOUSES, SHIRTS, VESTS, SKIRTS, DRESSES, HATS, LOUNGEWEAR, APRONS
             **First Used:** OCT 2005  (INTL. CL. 25)
             **In Commerce:** OCT 2005

**Last Reported Owner:**
             TISH, DESSIRA
             UNITED STATES  INDIVIDUAL
             107 KENDALL ROAD
             WALNUT CREEK, CALIFORNIA  94595

**Chronology:**
             **Filed:** JAN 10, 2005      **Serial Number:** 78-544,932
             **Published For Opposition:** APR 18, 2006
             **Registered:** JUL 10, 2007     **Registration Number:** 3,262,243

**Ownership Details:**
**Registrant:**
             TISH, DESSIRA
             UNITED STATES  INDIVIDUAL
             107 KENDALL ROAD
             WALNUT CREEK, CALIFORNIA  94595

**Portrait Permission:**
             THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**
             ANNE HIARING, ESQ.
             LAW OFFICE OF ANNE HIARING
             19 BROOKMONT CIR
             SAN ANSELMO, CA 94960-1412

# LULL



**LULL**

 **Worldwide Filings = 2**

**Status:**     PUBLISHED

INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE - ISSUED
**USPTO Status Date:** MAY 29, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, SHIRTS, T-SHIRTS, GOLF SHIRTS, LONG-SLEEVED SHIRTS, JACKETS, HAT AND CAPS
**International Class 28:** DIE CAST MODEL REPLICAS OF TELEHANDLERS; TOY REPLICAS OF TELEHANDLERS; BATTERY OPERATED RIDE-ON TELEHANDLERS; TOY VEHICLES; AND RADIO CONTROLLED TOY VEHICLES

**Last Reported Owner:**

JLG OMNIQUIP, INC.
DELAWARE  CORPORATION
13224 FOUNTAINHEAD PLAZA
HAGERSTOWN, MARYLAND  21742

**Chronology:**

**Filed:** NOV 28, 2005          **Serial Number:** 78-761,944
**Published For Opposition:** MAR 06, 2007

**Ownership Details:**
**Applicant:**

JLG OMNIQUIP, INC.
DELAWARE  CORPORATION
13224 FOUNTAINHEAD PLAZA
HAGERSTOWN, MARYLAND  21742

**Other U.S. Registrations:** 1,609,582; 2,004,506
**Filing Correspondent:**

DONNA J. BUNTON
NIXON & VANDERHYE P.C.
901 N GLEBE RD FL 11
ARLINGTON, VA 22203-1808

# lulah

**LULAH**

**Status:**       REGISTERED

>       **USPTO Status:** REGISTERED
>       **USPTO Status Date:** JAN 17, 2006

**Goods/Services:**
>       **International Class 24:** BABY BLANKETS
>       **First Used:** FEB 23, 2004  (INTL. CL. 24)
>       **In Commerce:** FEB 23, 2004

**Last Reported Owner:**
>       HAGEN, AMBER
>       UNITED STATES  INDIVIDUAL
>       32 SEA COLONY DRIVE
>       SANTA MONICA, CALIFORNIA  90405

**Chronology:**
>       **Filed:** DEC 31, 2003          **Serial Number:** 78-347,150
>       **Published For Opposition:** OCT 25, 2005
>       **Registered:** JAN 17, 2006     **Registration Number:** 3,044,490

**Ownership Details:**
**Registrant:**
>       HAGEN, AMBER
>       UNITED STATES  INDIVIDUAL
>       32 SEA COLONY DRIVE
>       SANTA MONICA, CALIFORNIA  90405

**Filing Correspondent:**
>       ERIC W. HAGEN
>       MCDERMOTT WILL & EMERY LLP
>       38TH FLOOR
>       2049 CENTURY PARK EAST
>       LOS ANGELES CA 90967-3218



**LULLY**

 **Worldwide Filings = 3**

**Status:**     REGISTERED

SECTION 66(A) (MADRID PROTOCOL) - FILED

SECTION 66(A) (MADRID PROTOCOL) - CURRENT

INTERNATIONAL PRIORITY CLAIMED

NOTICE OF FIRST REFUSAL


**USPTO Status:** REGISTERED

**USPTO Status Date:** AUG 14, 2007

**Goods/Services:**

**International Class 14:**  JEWELRY; PRECIOUS STONES;
TIMEPIECES AND CHRONOMETRIC INSTRUMENTS; PRECIOUS
METALS AND ALLOYS THEREOF; CASES FOR TIMEPIECES;
JEWELRY CASES AND BOXES OF PRECIOUS METAL

**Last Reported Owner:**

SDRIGOTTI, BRUNO

FRANCE  INDIVIDUAL

11, CHEMIN DU POINT DU JOUR

F-25000 BESANçON, FRANCE


**Chronology:**

**Filed:** JAN 18, 2006          **Serial Number:** 79-020,288

**Published For Opposition:** MAY 29, 2007

**Registered:** AUG 14, 2007          **Registration Number:** 3,280,085

**International Trademark Information:**

**International Registration Number:** 0875169

**International Registration Date:** JAN 18, 2006

**International Publication Date:** MAR 23, 2006

**International Renewal Date:** JAN 18, 2016

**Date of Automatic Protection:** MAR 28, 2008

**International Status:** REQUEST FOR EXTENSION OF
PROTECTION ESTABLISHED

**International Status Date:** MAR 02, 2006

**International Priority Claimed Date:** JUL 18, 2005


**Ownership Details:**

**Registrant:**

SDRIGOTTI, BRUNO

FRANCE  INDIVIDUAL

11, CHEMIN DU POINT DU JOUR

F-25000 BESANçON, FRANCE

**Filing Correspondent:**

ANTHONY M. KEATS

KEATS MCFARLAND & WILSON, LLP

PENTHOUSE

9720 WILSHIRE BOULEVARD

BEVERLY HILLS CA 90212

 陆羽 Luyu

**LUYU**
**Translation:**

THE TANSLITERATION OF THE NON-LATIN CHARACTERS IN THE MARK IS: LU YU. THE ENGLISH TRANSLATION OF THE FOREIGN WORD(S) IN THE MARK IS: THE CHINESE CHARACTER ″...″ MEANS ″LAND″ AND ″...″ MEANS ″FEATHER″; THE COMBINATION OF THE TWO CHINESE CHARACTERS BEARS NO MEANING IN ENGLISH; ″...″ AND ″LEYU″ APPEARING IN THE MARK HAS NO SIGNIFICANCE IN THE RELEVANT TRADE OR INDUSTRY OR AS APPLIED TO THE GOODS LISTED IN THE APPLICATION, NO GEOGRAPHICAL SIGNIFICANCE, NOR ANY MEANING IN A FOREIGN LANGUAGE.

**Status:**    PENDING
SECTION 66(A) (MADRID PROTOCOL) - FILED
SECTION 66(A) (MADRID PROTOCOL) - CURRENT

**USPTO Status:** NEW APPLICATION - ASSIGNED TO EXAMINER
**USPTO Status Date:** SEP 01, 2007

**Goods/Services:**

**International Class 35:** EXPORT AND IMPORT AGENCIES; SALES PROMOTION SERVICES; AUCTIONEERING; PROCUREMENT SERVICES, NAMELY, PROCURING OF CONTRACTS FOR OTHERS FOR THE PURCHASE OF GOODS

**Last Reported Owner:**

TIAN HONGZHI,; LUYU COMPANY
NO. 11, JIAOCHANG ROAD; ZHANGJIAJIE CITY, HUNAN PROVINCE
NO. 301, LAODONGJU HOUDONG, , CHINA

**Chronology:**

**Filed:** MAY 21, 2007        **Serial Number:** 79-039,830

**International Trademark Information:**

**International Registration Number:** 0927570
**International Registration Date:** MAY 21, 2007
**International Publication Date:** AUG 09, 2007
**International Renewal Date:** MAY 21, 2017
**Date of Automatic Protection:** JAN 19, 2009
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** JUL 19, 2007

**Ownership Details:**
**Applicant:**

TIAN HONGZHI,; LUYU COMPANY
NO. 11, JIAOCHANG ROAD; ZHANGJIAJIE CITY, HUNAN PROVINCE

NO. 301, LAODONGJU HOUDONG, , CHINA

**Claims:**

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**

UNITALEN ATTORNEYS AT LAW

7TH FLOOR, SCITECH PLACE,

NO.22 JIAN GUO MEN WAI AVE.

100004 BEIJING

CHINA

LUELLA

# LUELLA

**Status:**     REGISTERED

FILED AS 44(D) APPLICATION

44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED

**USPTO Status Date:** DEC 20, 2005

**Goods/Services:**

**International Class 18:** LEATHER AND IMITATION LEATHER ARTICLES OF LUGGAGE, NAMELY, SUIT BAGS, BUSINESS CASES, ATTACHE CASES, BRIEFCASES, SUITCASES, VALISES, HANDBAGS, SHOULDER BAGS, CASUAL BAGS, RUCKSACKS, BACKPACKS, SCHOOL BAGS, SATCHELS, GYM BAGS, TOTE BAGS, SHOPPING BAGS, HOLDALLS, COVER BAGS FOR CLOTHING, SHOE BAGS FOR TRAVEL, COSMETIC BAGS SOLD EMPTY, BEACH BAGS, HIP BAGS, FELT POUCHES, PURSES, WALLETS, BILLFOLDS, BUSINESS CARD CASES, PENS AND PASSPORT CASES, KEY CASES, AND LUGGAGE TAGS; ANIMAL SKINS AND HIDES; LUGGAGE TRUNKS, TRAVELING BAGS; UMBRELLAS; PARASOLS; WALKING STICKS; WHIPS; HARNESSES AND SADDLERY

**International Class 25:** CLOTHING INCLUDING ATHLETIC CLOTHING, CASUAL CLOTHING, CASUAL WEAR, CHILDREN'S CLOTHING, BABY CLOTHES, OUTDOOR WINTER CLOTHING, EXERCISE CLOTHES, MATERNITY CLOTHES, FORMAL WEAR AND BRIDAL WEAR, NAMELY, T-SHIRTS, JERSEY T-SHIRTS, VEST TOPS, JERSEY TOPS, SWEATERS, CARDIGANS, SKIRTS, MINI-SKIRTS, DRESSES, PINAFORES, DUNGAREES, TROUSERS, PANTS, JEANS, WAISTCOATS, SHORTS, PAJAMAS, NIGHTGOWNS, DRESSING GOWNS, SWIMSUITS, BIKINIS, SWIMMING TRUNKS, SOCKS, TRAINER SOCKS, TIGHTS, UNDERWEAR, KNICKERS, BRAS, BRA TOPS, VESTS, UNDERSKIRTS, SLIPS, SCARVES, MITTENS, GLOVES, RAINCOATS, COATS, JACKETS, SHAWLS, BEACHWEAR, RAINWEAR, UNDERGARMENTS, SHIRTS, BLOUSES, ATHLETIC FOOTWEAR, BEACH FOOTWEAR, CHILDREN'S FOOTWEAR, INFANT FOOTWEAR, OUTDOOR WINTER FOOTWEAR, RAIN FOOTWEAR, EXERCISE FOOTWEAR, EVENING FOOTWEAR, BRIDAL FOOTWEAR, BOOTS, SHOES, SLIPPERS, SNEAKERS, FLIP-FLOPS, SANDALS, WELLINGTON BOOTS, HATS, SCARVES, VISORS, SUN-HATS, RAIN HATS, WOOLLY HATS, CAPS

**Last Reported Owner:**

VSQ DISTRIBUTION LIMITED

UNITED KINGDOM  CORPORATION

15 WRIGHTS LANE

PEMBERTON HOUSE, 2ND FLOOR

LONDON, UNITED KINGDOM  W8 5SL

**Chronology:**

**Filed:** NOV 10, 2003        **Serial Number:** 78-325,260

**Published For Opposition:** SEP 27, 2005

**Registered:** DEC 20, 2005    **Registration Number:** 3,031,419

**Ownership Details:**

**Registrant:**

VSQ DISTRIBUTION LIMITED

UNITED KINGDOM  CORPORATION

15 WRIGHTS LANE

PEMBERTON HOUSE, 2ND FLOOR

LONDON, UNITED KINGDOM  W8 5SL

**Non-U.S. Application Claimed:** 003009263

**Non-U.S. Application Date:** JAN 15, 2003

**Non-U.S. Application Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE

**Non-U.S. Registration Claimed:** 003009263

**Non-U.S. Registration Date:** DEC 07, 2004

**Non-U.S. Registration Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE

**Filing Correspondent:**

BARRY L. KELMACHTER

BACHMAN & LAPOINTE, P.C.

SUITE 1201

900 CHAPEL STREET

NEW HAVEN, CT 06510

**Domestic Representative:** BARRY L. KELMACHTER



## LILILOU

**Status:**       PUBLISHED

SECTION 66(A) (MADRID PROTOCOL) - FILED

SECTION 66(A) (MADRID PROTOCOL) - CURRENT

INTERNATIONAL PRIORITY CLAIMED

NOTICE OF FIRST REFUSAL

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** SEP 04, 2007

**Goods/Services:**

**International Class 14:** COSTUME JEWELRY; ANATOMICAL JEWELRY ITEMS, NAMELY NOSE RINGS, BODY-PIERCING STUDS; FINGER JEWELRY, NAMELY WEDDING RINGS, RINGS, SIGNET RINGS; NECK AND WRIST JEWELRY, NAMELY CHAINS, NECKLACES, BRACELETS, CHAIN BRACELETS, WATCHES, WATCH BANDS; JEWELRY ITEMS FOR HANGING, NAMELY CHARMS, LAPEL PINS, JEWELRY PINS FOR USE ON HATS; BROOCHES; EARRINGS, CLIP EARRINGS, PENDANTS; JEWELRY; FASHION JEWELRY; PRECIOUS STONES; PRECIOUS METALS AND ALLOYS THEREOF; BOXES, NAMELY JEWELRY BOXES OF METAL, JEWELRY BOXES OF PRECIOUS METAL, MATCH BOXES OF PRECIOUS METAL; FANCY KEY RINGS AND FANCY KEY RINGS OF PRECIOUS METAL; JEWELRY ORNAMENTS FOR HANDBAGS; JEWELRY ORNAMENTS OF PRECIOUS METALS FOR HANDBAGS, MOBILE TELEPHONES, JEWELRY ITEMS FOR BAGS; MEDALS; JEWELRY FASTENERS, NAMELY BRACELET AND WATCH CLASP; FASTENERS FOR BRACELETS; FASTENERS FOR WATCH BANDS; FASTENERS FOR JEWELRY; FASTENERS FOR NECKTIES; TIE CLIPS, CUFFLINKS; JEWELRY SPECIFIC CLIPS FOR ATTACHING TO CLOTHES, SWIMSUIT, UNDERWEAR, BAGS, KNOWN AS ATTACHANTES; CELL PHONE CHARMS

**Last Reported Owner:**

BOCHENEK VALéRIE

FRANCE  INDIVIDUAL

253, RUE SAINT DENIS

F-75002 PARIS, FRANCE

MARTEL STéPHANE

FRANCE  INDIVIDUAL

63, RUE DE PLAISANCE

F-92250 LA GARENNE COLOMBES, FRANCE

**Chronology:**

**Filed:** MAR 03, 2006        **Serial Number:** 79-028,816

**Published For Opposition:** SEP 04, 2007

**International Trademark Information:**

**International Registration Number:** 0898287

**International Registration Date:** MAR 03, 2006

**International Publication Date:** NOV 16, 2006

**International Renewal Date:** MAR 03, 2016

**Date of Automatic Protection:** APR 26, 2008

**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED

**International Status Date:** OCT 26, 2006

**International Priority Claimed Date:** SEP 30, 2005

---

**Ownership Details:**

**Applicant:**

BOCHENEK VALéRIE

FRANCE  INDIVIDUAL

253, RUE SAINT DENIS

F-75002 PARIS, FRANCE


MARTEL STéPHANE

FRANCE  INDIVIDUAL

63, RUE DE PLAISANCE

F-92250 LA GARENNE COLOMBES, FRANCE

**Claims:**

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**

MARTEL STéPHANE

63, RUE DE PLAISANCE

F-92250 LA GARENNE COLOMBES FRANCE

HERNDON, VA 20171-4586



**LUJO**
**Translation:**

> THE ENGLISH TRANSLATION OF THE WORD "LUJO" IS THE MARK IS LUXURY.?

**Status:**    REGISTERED
SUPPLEMENTAL REGISTER

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 10, 2005

**Goods/Services:**

> **International Class 18:** LUGGAGE; ALL-PURPOSE SPORT BAGS, ATHLETE BAGS, DUFFEL BAGS, BOOK BAGS, BACKPACKS, HANDBAGS, CLOTH SHOPPING BAGS, TOTE BAGS, TRAVEL KIT BAGS SOLD EMPTY, BRIEFCASES, WALLETS, PURSES AND COSMETIC CASES SOLD EMPTY
> **First Used:** SEP 17, 2002  (INTL. CL. 18)
> **In Commerce:** SEP 17, 2002

**Last Reported Owner:**

> AVERY, DONALD R.
> US  INDIVIDUAL
> P.O. BOX 1103
> FAYETTEVILLE, NORTH CAROLINA  28302

**Chronology:**

> **Filed:** APR 16, 2004        **Serial Number:** 76-587,676
> **Application Amended:** NOV 17, 2004
> **Registered:** MAY 10, 2005    **Registration Number:** 2,950,689

**Ownership Details:**
**Registrant:**

> AVERY, DONALD R.
> US  INDIVIDUAL
> P.O. BOX 1103
> FAYETTEVILLE, NORTH CAROLINA  28302

**Filing Correspondent:**

> DONALD R. AVERY
> LUJO-CLOTHING COMPANY
> P.O. BOX 1103
> FAYETTEVILLE NORTH CAROLINA 28302



**LULI**

**Status:**    CANCELLED          **Cancellation Section:** 8
AMENDED TO USE APPLICATION

USPTO Status: CANCELLED - SECTION 8
**USPTO Status Date:** JAN 26, 2002

**Goods/Services:**

**International Class 25:**  CLOTHING, NAMELY PANTS, SHORTS, SKIRTS, DRESSES, JUMPERS, JACKETS, COATS, SWEATERS, AND ACCESSORIES, NAMELY HATS, BELTS AND LEGGINGS

**First Used:** MAY 05, 1993  (INTL. CL. 25)

**In Commerce:** OCT 17, 1993

**Last Reported Owner:**

LULI, INC.
NEW HAMPSHIRE  CORPORATION
P.O. BOX 368
HANOVER, NEW HAMPSHIRE  03755

**Chronology:**

**Filed:** DEC 13, 1993       **Serial Number:** 74-468,997
**Published For Opposition:** OCT 25, 1994
**Registered:** JAN 17, 1995     **Registration Number:** 1,873,937
**Cancelled:** MAR 12, 2002

**Ownership Details:**
**Registrant:**

LULI, INC.
NEW HAMPSHIRE  CORPORATION
P.O. BOX 368
HANOVER, NEW HAMPSHIRE  03755

**Filing Correspondent:**

MARKUS BRAKHAN, ESQ.
THE LAW OFFICE OF MARKUS BRAKHAN
P.O. BOX 5851
BURLINGTON, VT 05402



**LU**

 **Worldwide Filings = 1**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 15, 2005

**Goods/Services:**

**International Class 16:** PAPER GOODS, NAMELY, BOOKMARKS, DECALS FOR WINDOWS, BUMPER STICKERS, BOOK COVERS, BOOK COVERS FOR BIBLES, LUNCH BAGS, PAPER TOTE PAGES, PAPER BOOK BAGS, AND NOTE CARDS

**International Class 18:** BOOK BAGS, TOTE BAGS, AND LEATHER SHOPPING BAGS, MESH SHOPPING BAGS AND TEXTILE SHOPPING BAGS

**International Class 25:** CLOTHING, NAMELY T-SHIRTS, HATS, SPORT SHIRTS, JACKETS, SWEATJACKETS, FLEECE PULLOVERS, SWEATSHIRTS, POLO SHIRTS, LONG SLEEVE DRESS SHIRTS, TIES AND CAPS

**Last Reported Owner:**

LOOKING UP, INC.
NORTH CAROLINA  CORPORATION
P. O. BOX 98012
RALEIGH, NORTH CAROLINA  27624

**Chronology:**

**Filed:** AUG 11, 2003       **Serial Number:** 78-285,855
**Published For Opposition:** JUN 22, 2004
**Abandoned:** MAR 15, 2005

**Ownership Details:**
**Applicant:**

LOOKING UP, INC.
NORTH CAROLINA  CORPORATION
P. O. BOX 98012
RALEIGH, NORTH CAROLINA  27624

**Design Phrase:**

THE MARK CONSISTS OF A SOLID CIRCLE. THE LETTERS ″L″ AND ″U″ APPEAR AS CUTOUTS AT THE MIDDLE-LEFT AND LOWER-RIGHT PORTIONS OF THE CIRCLE. A CROSS (SURROUNDED BY A CUTOUT) INTERSECTS THE CIRCLE TO THE RIGHT. THE BOTTOM PORTION OF THE CROSS INTERSECTS THE NATURAL VOID IN

THE LETTER ″U″, AND EXTENDS BEYOND THE CIRCLE AT
TOP-RIGHT.

**Filing Correspondent:**

HOLLY A. COLDIRON

HUTCHISON & MASON PLLC

SUITE 100

3110 EDWARDS MILL ROAD

RALEIGH, NC 27612

# Lula Lu

**LULA LU**

**Status:**   PENDING
INTENT TO USE
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** JUL 10, 2007

**Goods/Services:**
**International Class 25:** UNDERGARMENTS; BRIEFS; LADIES'
UNDERWEAR; THONGS; UNDERWEAR; WOMEN'S UNDERWEAR;
LINGERIE; BRAS; STRAPLESS BRAS; UNDER GARMENTS;
PANTIES; PANTIES, SHORTS AND BRIEFS
**International Class 35:** RETAIL STORES FEATURING WOMEN'S
LINGERIE AND RELATED ACCESSORIES; RETAIL LINGERIE
STORES; RETAIL SHOPS FEATURING WOMEN'S LINGERIE AND
RELATED ACCESSORIES; RETAIL STORE SERVICES FEATURING
WOMEN'S LINGERIE AND RELATED ACCESSORIES; ON-LINE
RETAIL STORE SERVICES FEATURING WOMEN'S LINGERIE AND
RELATED ACCESSORIES; COMPUTERIZED ON-LINE RETAIL STORE
SERVICES IN THE FIELD OF WOMEN'S LINGERIE AND RELATED
ACCESSORIES
**First Used:** JAN 12, 2005  (INTL. CL. 35)
**In Commerce:** JAN 12, 2005

**Last Reported Owner:**
LULA LU, LLC
CALIFORNIA  LIMITED LIABILITY CO.
212 E. 3RD AVENUE
SAN MATEO, CALIFORNIA  94401

**Chronology:**
**Filed:** JUL 06, 2007          **Serial Number:** 77-223,166

**Ownership Details:**
**Applicant:**
LULA LU, LLC
CALIFORNIA  LIMITED LIABILITY CO.
212 E. 3RD AVENUE
SAN MATEO, CALIFORNIA  94401

**Filing Correspondent:**
ANTHONY FAMA
LAW OFFICE OF ANTHONY FAMA, P.C.
2465 CENTREVILLE RD # J17-748