**US-169**
**Group:** Four



**L U**

**Status:**       CANCELLED                          **Cancellation Section:** 8

                  **USPTO Status:** CANCELLED - SECTION 8
                  **USPTO Status Date:** FEB 01, 2005

**Goods/Services:**
                  **International Class 25:**  SHOES AND OTHER FOOTWEAR
                  **First Used:** AUG 1996  (INTL. CL. 25)
                  **In Commerce:** AUG 1996

**Last Reported Owner:**

                  T.I.S.S. LTD.
                  CALIFORNIA  CORPORATION
                  800 NORTH SEPULVEDA BLVD.
                  LOS ANGELES, CALIFORNIA  90245

**Chronology:**
                  **Filed:** OCT 22, 1996          **Serial Number:** 75-185,342
                  **Published For Opposition:** APR 08, 1997
                  **Registered:** JUL 01, 1997     **Registration Number:** 2,075,898
                  **Cancelled:** MAR 15, 2005

**Ownership Details:**
**Registrant:**
                  WILLIAM A. BERDAN AND EDWARD C. GOETZ, III
                  **Composed Of:** WILLIAM A. BERDAN AND EDWARD C. GOETZ, III,
                  BOTH US CITIZENS
                  OREGON  PARTNERSHIP
                  2101 PEREGRINE COURT
                  WEST LINN, OREGON  97068

**Assignee**                              **Assignor**
DYNASTY FOOTWEAR, LTD.                    T.I.S.S. LTD.
CALIFORNIA CORPORATION                    OREGON CORPORATION
800 NORTH SEPULVEDA BLVD.                 **Signed:** APR 25, 2002
LOS ANGELES, CALIFORNIA, 90245

**Brief:** CORRECTIVE TO REMOVE
AN ERRONEOUS TRADEMARK
REGISTRATION NUMBER
PREVIOUSLY RECORDED AT REEL
002554 FRAME 0745. (SECURITY
AGREEMENT)
**Recorded:** MAR 14, 2003

---

**Reel/Frame:** 2691/0841
**Correspondent:**
MITCHELL SILBERBERG & KNUPP
LLP
ROHIT U. SHENDRIKAR, ESQ.
11377 W. OLYMPIC BOULEVARD
LOS ANGELES, CA 90064-1683

**Assignee**
T.I.S.S. LTD.
CALIFORNIA CORPORATION
800 NORTH SEPULVEDA BLVD.
LOS ANGELES, CALIFORNIA, 90245

**Assignor**
PLANET LUV-TRON, INC.
OREGON CORPORATION
**Signed:** APR 25, 2002

**Brief:** DOCUMENT RE-RECORDED
TO CORRECT ERRORS
CONTAINED IN PROPERTY
NUMBER 2,075,989 IN THE
DOCUMENT PREVIOUSLY
RECORDED ON REEL 002504,
FRAME 0723. ASSIGNOR HEREBY
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST AND THE
GOODWILL.
**Recorded:** MAR 14, 2003
**Reel/Frame:** 2691/0835
**Correspondent:**
MITCHELL SILBERBERG & KNUPP
LLP
ROHIT U. SHENDRIKAR
11377 W. OLYMPICA BOULEVARD
LOS ANGELES, CA 90064-1683

**Assignee**
DYNASTY FOOTWEAR, LTD.
CALIFORNIA CORPORATION
800 N. SEPULVEDA BLVD.
EL SEGUNDO, CALIFORNIA, 90245

**Assignor**
T.I.S.S. LTD.
CALIFORNIA CORPORATION
**Signed:** APR 18, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** MAY 07, 2002
**Reel/Frame:** 2554/0745

**Correspondent:**
CHAN LAW GROUP LC
THOMAS T. CHAN
P.O. BOX 79159
LOS ANGELES, CA 90079

**Assignee**
T.I.S.S. LTD.
CALIFORNIA CORPORATION
800 N. SEPULVEDA BLVD.
LOS ANGELES, CALIFORNIA, 90245

**Assignor**
PLANET LUV-TRON, INC.
OREGON CORPORATION
**Signed:** APR 12, 2002

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** MAY 07, 2002
**Reel/Frame:** 2504/0723
**Correspondent:**
CHAN LAW GROUP LLC
THOMAS T. CHAN
P.O. BOX 79159
LOS ANGELES, CA 90079

**Assignee**
T.I.S.S. LTD.
CALIFORNIA CORPORATION
800 N. SEPULVEDA BLVD.
LOS ANGELES, CALIFORNIA, 90245

**Assignor**
PLANET LUV-TRON, INC.
OREGON CORPORATION
**Signed:** APR 12, 2002

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** MAY 07, 2002
**Reel/Frame:** 2504/0712
**Correspondent:**
CHAN LAW GROUP LC
THOMAS T. CHAN
P.O. BOX 79159
LOS ANGELES, CA 90079

**Assignee**

PLANET LUV-TRON, INC.

OREGON CORPORATION

0514 S.W. NEVADA

PORTLAND, OREGON, 97219

**Brief:** ASSIGNS THE ENTIRE
INTEREST

**Recorded:** FEB 21, 2001

**Reel/Frame:** 2243/0926

**Correspondent:**

CHERNOFF, VILHAUER, MCCLUNG
& STENZEL

NANCY J. MORIARTY

1600 ODS TOWER

601 SW SECOND AVENUE

PORTLAND, OREGON 97204

**Assignor**

INTERSHOE, INC.

NEW YORK CORPORATION

**Signed:** FEB 05, 2001

**Assignee**

INTERSHOE, INC.

NEW YORK CORPORATION

57 SEAVIEW BLVD.

PORT WASHINGTON, NEW YORK,
11050

**Brief:** ASSIGNS THE ENTIRE
INTEREST

**Recorded:** JUL 15, 1999

**Reel/Frame:** 1930/0731

**Correspondent:**

HELLER EHRMAN WHITE &
MCAULIFFE

ROSEMARY FANELLI

711 FIFTH AVE.

NY, NY 10022

**Assignor**

PLANET LUV-TRON, INC.

OREGON CORPORATION

**Signed:** APR 28, 1999

**Assignee**

PLANET LUV-TRON, INC.

OREGON CORPORATION

6212 BELMONT WAY

WEST LINN, OREGON, 97068

**Brief:** SECURITY INTEREST

**Assignor**

INTERSHOE, INC.

NEW YORK CORPORATION

**Signed:** APR 28, 1999

**Recorded:** MAY 13, 1999
**Reel/Frame:** 1897/0602
**Correspondent:**
THOMAS W. STILLEY
1000 SW BROADWAY
SUITE 1400
PORTLAND, OR 97205

**Assignee**
PLANET LUV-TRON, INC.
NEVADA CORPORATION
1300 S.W. FIFTH AVENUE, SUITE
3500
PORTLAND, OREGON, 97201

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** OCT 26, 1998
**Reel/Frame:** 1806/0773
**Correspondent:**
CHERNOFF, VILHAUER, MCCLUNG
ET AL.
JACOB E. VILHAUER, JR.
600 BENJ. FRANK PLZ
ONE S.W. COLUMBIA
PORTLAND, OREGON 97258

**Assignor**
WILLIAM A. BERDAN AND EDWARD
C. GOETZ, III PARTNERSHIP, THE
GENERAL PARTNERSHIP
**Signed:** AUG 28, 1998

**Filing Correspondent:**
LUCY B. ARANT
MITCHELL SILBERBERG & KNUPP LLP
11377 OLYMPIC BLVD.,
SUITE 603
LOS ANGELES, CA 90064

# LULLIE

**LULLIE**

**Status:**    ABANDONED
              INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** AUG 23, 2006

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, DRESSES, SKIRTS,
SHIRTS, PANTS, AND SHORTS
**First Used:** APR 01, 2005  (INTL. CL. 25)
**In Commerce:** JUN 01, 2005

**Last Reported Owner:**

ACOPIAN, SHAE, L.
UNITED STATES  INDIVIDUAL
7 TANGLEWOOD RD
EASTON, PENNSYLVANIA  18042

**Chronology:**

**Filed:** MAY 24, 2004        **Serial Number:** 78-423,728
**Published For Opposition:** APR 19, 2005
**Abandoned:** JUL 13, 2006

**Ownership Details:**

**Applicant:**

ACOPIAN, SHAE, L.
UNITED STATES  INDIVIDUAL
7 TANGLEWOOD RD
EASTON, PENNSYLVANIA  18042

**Filing Correspondent:**

ACOPIAN, SHAE, L.
7 TANGLEWOOD RD
EASTON, PA 18042

**LOULEILOU**

louleilou

**Status:**      ABANDONED
                 INTENT TO USE

          **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
          **USPTO Status Date:** JAN 19, 2007

**Goods/Services:**
          **International Class 25:** DRESSES; JACKETS; PANTS; SHIRTS;
          SHORTS; SKIRTS; SOCKS; SWEAT SHIRTS; T-SHIRTS

**Last Reported Owner:**
          FIKSE, JULIA
          UNITED STATES  INDIVIDUAL
          6534 LUBAO AVE.
          WOODLAND HILLS, CALIFORNIA  91367

**Chronology:**
          **Filed:** JUL 31, 2005          **Serial Number:** 78-682,305
          **Published For Opposition:** APR 25, 2006
          **Abandoned:** JAN 19, 2007

**Ownership Details:**
**Applicant:**
          FIKSE, JULIA
          UNITED STATES  INDIVIDUAL
          6534 LUBAO AVE.
          WOODLAND HILLS, CALIFORNIA  91367

**Filing Correspondent:**
          JULIA FIKSE
          6534 LUBAO AVE
          WOODLAND HILLS, CA 91367-2715



**LULY**

**Status:**  ABANDONED

INTENT TO USE

FILED AS 44(E) APPLICATION

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JAN 12, 2007

**Goods/Services:**

**International Class 16:**  OFFICE MATERIALS, NAMELY, NOTE
BOOKS, WRITING PADS, WRITING BOOKS, FOLDERS, STICKERS,
PACKING PAPER, WRAPPING PAPER, RUBBER ERASERS,
CALENDARS, GLUE, DRAWING INSTRUMENTS, PEN AND PENCIL
CASES, BINDERS, INDEX CARDS, INDEX DIVIDERS, INDEX BOOKS,
AND TELEPHONE INDEXES, DIARIES, AND DATE BOOKS; SCHOOL
SUPPLIES, NAMELY, NOTE BOOKS, WRITING PADS, WRITING
BOOKS, FOLDERS, STICKERS, PACKING PAPER, WRAPPING
PAPER, RUBBER ERASERS, CALENDARS, GLUE, DRAWING
INSTRUMENTS, PEN AND PENCIL CASES, BINDERS, INDEX
CARDS, INDEX DIVIDERS, INDEX BOOKS, AND TELEPHONE
INDEXES, DIARIES, AND DATE BOOKS; STATIONERY, NAMELY,
NOTE BOOKS, WRITING PADS, WRITING BOOKS, PACKING PAPER,
WRAPPING PAPER

**First Used:** SEP 2002  (INTL. CL. 16)

**In Commerce:** MAR 2004

**Last Reported Owner:**

TILIBRA S/A PRODUTOS DE PAPELARIA
BRAZIL  COMPANY
RUA DOS AIMORéS 6-9
17013-900 BAURU, SP, BRAZIL

**Chronology:**

**Filed:** OCT 30, 2003          **Serial Number:** 78-321,145
**Published For Opposition:** DEC 21, 2004
**Abandoned:** NOV 25, 2006

**Ownership Details:**

**Applicant:**

TILIBRA S/A PRODUTOS DE PAPELARIA
BRAZIL  COMPANY
RUA DOS AIMORéS 6-9
17013-900 BAURU, SP, BRAZIL

**Design Phrase:**

THE MARK CONSISTS OF THE TERM LULY AND A CARTOON
IMAGE OF A FEMALE PERSON.

**Filing Correspondent:**

DANIEL J. BOURQUE, ESQUIRE

BOURQUE & ASSOCIATES, P.A.

835 HANOVER STREET SUITE 301

MANCHESTER NH 03104



**BOOLOU**

**Status:**    REGISTERED
AMENDED TO USE APPLICATION

**USPTO Status:** SU - REGISTRATION REVIEW COMPLETE
**USPTO Status Date:** OCT 29, 2002

**Goods/Services:**
**International Class 28:** BELT WITH ATTACHED BALL AND PADDLE FOR EXERCISE AND ENTERTAINMENT
**First Used:** MAR 04, 2002  (INTL. CL. 28)
**In Commerce:** MAR 04, 2002

**Last Reported Owner:**
WALDEN, DRUE
UNITED STATES  INDIVIDUAL
411 MCINTOSH DRIVE
WAYNESBORO, GEORGIA  30830

**We Have Located Other Marks With This Owner**

BOOLOU                              USPTO          Page 354

**Chronology:**
**Filed:** MAR 08, 1999        **Serial Number:** 75-655,163
**Published For Opposition:** APR 11, 2000
**Registered:** DEC 31, 2002    **Registration Number:** 2,669,486

**Ownership Details:**
**Registrant:**
WALDEN, DRUE
UNITED STATES  INDIVIDUAL
411 MCINTOSH DRIVE
WAYNESBORO, GEORGIA  30830
**Filing Correspondent:**
MARIA REICHMANIS
PO BOX 3306
AIKEN SC 29802

BOOLOU

**BOOLOU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 31, 2002

**Goods/Services:**
**International Class 28:** BELT WITH ATTACHED BALL AND PADDLE
FOR EXERCISE AND ENTERTAINMENT
**First Used:** MAR 04, 2002  (INTL. CL. 28)
**In Commerce:** MAR 04, 2002

**Last Reported Owner:**
WALDEN, DRUE
UNITED STATES  INDIVIDUAL
411 MCINTOSH DRIVE
WAYNESBORO, GEORGIA  30830

**We Have Located Other Marks With This Owner**

BOOLOU                        USPTO              Page 353

**Chronology:**
**Filed:** MAR 08, 1999        **Serial Number:** 75-655,630
**Published For Opposition:** APR 11, 2000
**Registered:** DEC 31, 2002    **Registration Number:** 2,669,487

**Ownership Details:**
**Registrant:**
WALDEN, DRUE
UNITED STATES  INDIVIDUAL
411 MCINTOSH DRIVE
WAYNESBORO, GEORGIA  30830

**Filing Correspondent:**
MARIA REICHMANIS
WALTER A. RODGERS
RODGERS & RODGERS
SUITE 340
6100 LAKE FORREST DRIVE
ATLANTA GA 30328

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 19, 2002

**Goods/Services:**

**International Class 28:**  MECHANICAL AND ELECTRIC ACTION
TOYS; PLUSH STUFFED ANIMALS AND TOYS; DOLLS; BOARD
GAMES; BATH TOYS; MUSICAL TOYS; CONSTRUCTION TOYS;
FANTASY CHARACTER TOYS; INFLATABLE TOYS; PULL TOYS;
TALKING TOYS; MODEL VEHICLES AND RELATED ACCESSORIES
SOLD AS UNITS, MODELS, ROBOTS, FIGURINES, ACTION FIGURES
AND ACCESSORIES THEREFOR, TOY VEHICLES, TOY FIGURES,
WIND-UP TOYS, SCIENCE KITS

**First Used:** NOV 15, 2001  (INTL. CL. 28)

**In Commerce:** NOV 15, 2001

**Disclaimers:**

″ENTERTAINMENT″

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |

XULU                                    USPTO          Page 390

**Chronology:**

      **Filed:** OCT 14, 1997          **Serial Number:** 75-372,279

      **Published For Opposition:** AUG 25, 1998

      **Registered:** FEB 19, 2002          **Registration Number:** 2,540,733

**Ownership Details:**

**Registrant:**

      XULU ENTERTAINMENT INC.

      CALIFORNIA  CORPORATION

      653 RIVER OAKS PARKWAY

      SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

      BETH M GOLDMAN

      HELLER EHRMAN WHITE & MCAULIFFE LLP

      333 BUSH ST

      SAN FRANCISCO CA 94104-2878

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 05, 2002

**Goods/Services:**

**International Class 9:** MULTI-MEDIA AND VIRTUAL REALITY
SOFTWARE IN THE FIELDS OF ACCOUNTING; ADVERTISING;
ARCHITECTURE; ANIMAL TRAINING; AMUSEMENT PARKS; ART;
DESIGN; ASTROLOGY; AUDIO BROADCASTING, RECORDING AND
PRODUCTION; ANTHROPOLOGY; BOOKKEEPING; BUSINESS
TECHNIQUES; BUNGEE JUMPING; BIOLOGY; CHEMISTRY;
COMPUTERS; COMPUTER PROGRAMMING; COMPUTER
SOFTWARE DESIGN; CINEMATOGRAPHY; COOKING; CONSTRUC
TION; DATA PROCESSING; DENTISTRY; DESIGN; ECONOMICS;
EDUCATION; ENTERTAINMENT; ENGINEERING; EXPLORATION;
EXCAVATION; FARMING; FINANCING; FILM PRODUCTION,
DEVELOPING AND PROCESSING; FLIGHT SIMULATION; GAMES;
GEOLOGY; GARDENING; GRAPHIC DESIGN; HEALTH CARE;
HISTORY; HORTICULTURE; HOTEL MANAGEMENT; INDUSTRIAL
DESIGN; LANDSCAPE DESIGN; MEDICINE; MATHEMATICS;
MERCHANDISING; MECHANICS; MANAGEMENT; MILITARY
TRAINING; MINING; MOUNTAIN CLIMBING; MUSIC; NUTRITION;
OPTOMETRY; PAINTING; PHYSICS; PRINTING; PSYCHOLOGY;
PHYSICAL THERAPY; PARACHUTING; PHOTOGRAPHY;
PUBLISHING; RADIO AND TELEVISION BROADCASTING, PROGRA
MMING, PRODUCTION AND COMMUNICATION; REAL ESTATE;
RACECAR DRIVING; SKIING; SURFING; SCUBA DIVING; SURGERY;
SALES; STATISTICS; SCIENCE; SOFTWARE DESIGN; SOUND
RECORDINGS; SPORTS; SURVEYING; TECHNOLOGY; TAILORING;
TELEMARKETING; TOURISM; TEACHING; TRAVEL; VIDEO BROADC
ASTING; WATER SPORTS; COMPUTER AND VIDEO GAME
SOFTWARE; COMPUTER AND VIDEO GAME HARDWARE
INCLUDING WIRELESS HEADSETS, PERSONAL DIGITAL
ASSISTANTS, COMPUTERS, INPUT DEVICES, GRAPHIC DISPLAYS,
FLAT PANEL DEVICES, GOGGLES AND ELECTRONIC GLASSES,
ELECTRONIC GLOVES, VIDEO CAMERAS, JOYSTICKS,
ELECTRONIC WHITEBOARDS; GLOBAL COMMUNICATIONS
NETWORK GAMES AND DOWNLOADABLE COMPUTER GAME
PROGRAMS

**First Used:** NOV 09, 2001  (INTL. CL. 9)

**In Commerce:** NOV 09, 2001

**Disclaimers:**

"ENTERTAINMENT"

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**

**Filed:** OCT 14, 1997        **Serial Number:** 75-372,283
**Published For Opposition:** AUG 18, 1998
**Registered:** FEB 05, 2002    **Registration Number:** 2,536,919

**Ownership Details:**
**Registrant:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 BUSH ST
SAN FRANCISCO CA 94104-2878

XULU
ADVENTURERS'
CLUB

**XULU ADVENTURERS' CLUB**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 21, 2002

**Goods/Services:**

**International Class 9:** MULTI-MEDIA AND VIRTUAL REALITY
SOFTWARE IN THE FIELDS OF ACCOUNTING; ADVERTISING;
ARCHITECTURE; ANIMAL TRAINING; AMUSEMENT PARKS; ART;
DESIGN; ASTROLOGY; AUDIO BROADCASTING, RECORDING AND
PRODUCTION; ANTHROPOLOGY; BOOKKEEPING; BUSINESS
TECHNIQUES; BUNGEE JUMPING; BIOLOGY; CHEMISTRY;
COMPUTERS; COMPUTER PROGRAMMING; COMPUTER
SOFTWARE DESIGN; CINEMATOGRAPHY; COOKING; CONSTRUC
TION; DATA PROCESSING; DENTISTRY; DESIGN; ECONOMICS;
EDUCATION; ENTERTAINMENT; ENGINEERING; EXPLORATION;
EXCAVATION; FARMING; FINANCING; FILM PRODUCTION,
DEVELOPING AND PROCESSING; FLIGHT SIMULATION; GAMES;
GEOLOGY; GARDENING; GRAPHIC DESIGN; HEALTH CARE;
HISTORY; HORTICULTURE; HOTEL MANAGEMENT; INDUSTRIAL
DESIGN; LANDSCAPE DESIGN; MEDICINE; MATHEMATICS;
MERCHANDISING; MECHANICS; MANAGEMENT; MILITARY
TRAINING; MINING; MOUNTAIN CLIMBING; MUSIC; NUTRITION;
OPTOMETRY; PAINTING; PHYSICS; PRINTING; PSYCHOLOGY;
PHYSICAL THERAPY; PARACHUTING; PHOTOGRAPHY;
PUBLISHING; RADIO AND TELEVISION BROADCASTING, PROGRA
MMING, PRODUCTION AND COMMUNICATION; REAL ESTATE;
RACECAR DRIVING; SKIING; SURFING; SCUBA DIVING; SURGERY;
SALES; STATISTICS; SCIENCE; SOFTWARE DESIGN; SOUND
RECORDINGS; SPORTS; SURVEYING; TECHNOLOGY; TAILORING;
TELEMARKETING; TOURISM; TEACHING; TRAVEL; VIDEO BROADC
ASTING; WATER SPORTS; COMPUTER AND VIDEO GAME
SOFTWARE; COMPUTER AND VIDEO GAME HARDWARE
INCLUDING WIRELESS HEADSETS, PERSONAL DIGITAL
ASSISTANTS, COMPUTERS, INPUT DEVICES, GRAPHIC DISPLAYS,
FLAT PANEL DEVICES, GOGGLES AND ELECTRONIC GLASSES,
ELECTRONIC GLOVES, VIDEO CAMERAS, JOYSTICKS,
ELECTRONIC WHITEBOARDS; GLOBAL COMMUNICATIONS
NETWORK GAMES AND DOWNLOADABLE COMPUTER GAME
PROGRAMS
**First Used:** NOV 09, 2001  (INTL. CL. 9)
**In Commerce:** NOV 09, 2001

**Disclaimers:**

"CLUB"

**Last Reported Owner:**

     XULU ENTERTAINMENT INC.

     CALIFORNIA  CORPORATION

     653 RIVER OAKS PARKWAY

     SAN JOSE, CALIFORNIA  95134

     **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**

     **Filed:** JUL 08, 1997     **Serial Number:** 75-321,800

     **Published For Opposition:** AUG 18, 1998

     **Registered:** MAY 21, 2002     **Registration Number:** 2,571,701

**Ownership Details:**

**Registrant:**

     XULU ENTERTAINMENT INC.

     CALIFORNIA  CORPORATION

     653 RIVER OAKS PARKWAY

     SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

     BETH M GOLDMAN

     HELLER EHRMAN WHITE & MCAULIFFE LLP

     333 BUSH ST

     SAN FRANCISCO CA 94104-2878

XULU
ENTERTAINMENT

**XULU ENTERTAINMENT**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 25, 2001

**Goods/Services:**
**International Class 16:** SERIES OF BOOKS; COMIC BOOKS;
MAGAZINES IN THE FIELDS OF ENTERTAINMENT, EDUCATION AND
ELECTRONICS
**First Used:** AUG 24, 2001  (INTL. CL. 16)
**In Commerce:** AUG 24, 2001

**Disclaimers:**
″ENTERTAINMENT″

**Last Reported Owner:**
XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**
**Filed:** OCT 14, 1997      **Serial Number:** 75-372,281

**Published For Opposition:** JUN 02, 1998
**Registered:** DEC 25, 2001     **Registration Number:** 2,522,934

**Ownership Details:**
**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CA 94104-2878

XULU
ADVENTURERS'
CLUB

### XULU ADVENTURERS' CLUB

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 13, 2001

**Goods/Services:**
**International Class 16:** SERIES OF BOOKS; COMIC BOOKS; MAGAZINES IN THE FIELDS OF ENTERTAINMENT, EDUCATION AND ELECTRONICS
**First Used:** AUG 13, 2001  (INTL. CL. 16)
**In Commerce:** AUG 13, 2001

**Disclaimers:**
″CLUB″

**Last Reported Owner:**
XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**
**Filed:** JUL 08, 1997          **Serial Number:** 75-323,290

**Published For Opposition:** MAY 19, 1998

**Registered:** NOV 13, 2001    **Registration Number:** 2,507,326

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CA 94101-2878

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 21, 2002

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, POLO SHIRTS, ATHLETIC UNIFORMS, JACKETS, COATS, HATS, CAPS, SUN VISORS, SHORTS, PANTS, JEANS, SKIRTS, DRESSES, LINGERIE, UNDERWEAR, BEACHWEAR, BATHING SUITS, RAINWEAR, PAJAMAS, ROBES, TIES, BELTS, SCARVES, GLOVES, MITTENS, SOCKS, HOSIERY, SHOES, ATHLETIC FOOTWEAR, AND COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH

**First Used:** OCT 18, 2001  (INTL. CL. 25)
**In Commerce:** OCT 19, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**

> **Filed:** OCT 14, 1997          **Serial Number:** 75-372,280
>
> **Published For Opposition:** AUG 18, 1998
>
> **Registered:** MAY 21, 2002     **Registration Number:** 2,571,709

**Ownership Details:**

**Registrant:**

> XULU ENTERTAINMENT INC.
>
> CALIFORNIA  CORPORATION
>
> 653 RIVER OAKS PARKWAY
>
> SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

> BETH M GOLDMAN
>
> HELLER EHRMAN WHITE & MCAULIFFE LLP
>
> 333 BUSH ST
>
> SAN FRANCISCO CA 94104-2878

XULU
ADVENTURERS'
CLUB

## XULU ADVENTURERS' CLUB

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 19, 2002

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, POLO SHIRTS, ATHLETIC UNIFORMS, JACKETS, COATS, HATS, CAPS, SUNVISORS, SHORTS, PANTS, JEANS, SKIRTS, DRESSES, LINGERIE, UNDERWEAR, BEACHWEAR, BATHING SUITS, RAINWEAR, PAJAMAS, ROBES, TIES, BELTS, SCARVES, GLOVES, MITTENS, SOCKS, HOSIERY, SHOES, SHOELACES, ATHLETIC FOOTWEAR, AND COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH

**First Used:** OCT 18, 2001  (INTL. CL. 25)

**In Commerce:** OCT 19, 2001

**Disclaimers:**

″CLUB″

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |

XULU                                    USPTO          Page 390

**Chronology:**

**Filed:** JUL 08, 1997        **Serial Number:** 75-323,289

**Published For Opposition:** AUG 25, 1998

**Registered:** FEB 19, 2002    **Registration Number:** 2,540,712

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH ST

SAN FRANCISCO CA 94104-2878

XULU
ENTERTAINMENT

**XULU ENTERTAINMENT**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 29, 2002

**Goods/Services:**

**International Class 35:** RETAIL SERVICES, NAMELY, RETAIL STORE
SERVICES, ON-LINE RETAIL SERVICES AND DIRECT MAIL RETAIL
SERVICES, ALL FEATURING COMPUTER SOFTWARE AND
HARDWARE; COMPUTER GAMES, VIDEO GAMES, BOOKS, COMIC
BOOKS, MAGAZINES, TOYS, DECALS, STICKERS, TATTOOS,
BACKPACKS, LUNCHBOXES, BICYCLES, COSTUMES, MASKS,
WORKS OF ART, GLASSES, DISHES, SERVING TRAYS, POST
CARDS, POSTERS, WATCHES, PINS, JEWELRY, SUNGLASSES, KEY
CHAINS AND CLOTHING

**International Class 42:** RESTAURANT SERVICES

**First Used:** AUG 24, 2001  (INTL. CL. 35)

**In Commerce:** AUG 24, 2001

**First Used:** OCT 18, 2001  (INTL. CL. 42)

**In Commerce:** OCT 19, 2001

**Disclaimers:**

″ENTERTAINMENT″

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| XULU | USPTO | Page 98 |
|------|-------|---------|
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |

| | | |
|---|---|---|
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**

**Filed:** OCT 14, 1997     **Serial Number:** 75-372,277

**Published For Opposition:** AUG 04, 1998

**Registered:** JAN 29, 2002     **Registration Number:** 2,534,397

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CALIFORNIA 94104

XULU
ADVENTURERS'
CLUB

## XULU ADVENTURERS' CLUB

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 05, 2002

**Goods/Services:**

**International Class 35:** RETAIL SERVICES FEATURING COMPUTER
SOFTWARE AND HARDWARE; COMPUTER GAMES, VIDEO GAMES,
BOOKS, COMIC BOOKS, MAGAZINES, TOYS, DECALS, STICKERS,
TATTOOS, BACKPACKS, LUNCHBOXES, BICYCLES, COSTUMES,
MASKS, WORKS OF ART, GLASSES, DISHES, SERVING TRAYS,
POST CARDS, POSTERS, WATCHES, PINS, JEWELRY,
SUNGLASSES, KEYCHAINS AND CLOTHING
**International Class 42:** RESTAURANT SERVICES
**First Used:** OCT 18, 2001  (INTL. CL. 35)
**In Commerce:** OCT 25, 2001
**First Used:** OCT 18, 2001  (INTL. CL. 42)
**In Commerce:** OCT 25, 2001

**Disclaimers:**

"CLUB"

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**

**Filed:** JUL 08, 1997          **Serial Number:** 75-322,618

**Published For Opposition:** AUG 04, 1998

**Registered:** FEB 05, 2002          **Registration Number:** 2,536,910

**Date Revived/Reinstated:** APR 28, 2001

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH STREET

SAN FRANCISCO CA 94104-2878

## XULU ENTERTAINMENT

### XULU ENTERTAINMENT

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 28, 2002

**Goods/Services:**
**International Class 41:**  ENTERTAINMENT IN THE NATURE OF THEATER PRODUCTIONS AND MOVIES
**First Used:** OCT 18, 2001  (INTL. CL. 41)
**In Commerce:** OCT 19, 2001

**Disclaimers:**
"ENTERTAINMENT"

**Last Reported Owner:**
XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU | USPTO | Page 375 |
| XULU | USPTO | Page 390 |

**Chronology:**
**Filed:** OCT 14, 1997    **Serial Number:** 75-372,278
**Published For Opposition:** NOV 03, 1998

**Registered:** MAY 28, 2002    **Registration Number:** 2,574,012

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH STREET

SAN FRANCISCO CA 94104-2878

XULU

**XULU**

 **Worldwide Filings = 1**

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** OCT 13, 2005

**Goods/Services:**

**International Class 41:** ENTERTAINMENT IN THE NATURE OF THEATER PRODUCTIONS AND MOVIES

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
651 BRANNAN STREET
SAN FRANCISCO, CALIFORNIA  94107

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 390 |

**Chronology:**

**Filed:** MAR 26, 2001     **Serial Number:** 76-230,880
**Published For Opposition:** JAN 18, 2005
**Abandoned:** OCT 13, 2005

**Ownership Details:**

**Applicant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

651 BRANNAN STREET

SAN FRANCISCO, CALIFORNIA  94107

**Filing Correspondent:**

BETH M. GOLDMAN

HELLER EHRMAN WHITE & ET AL

333 BUSH STREET

SAN FRANCISCO, CALIFORNIA 94104-2878



**ZULU RECORDING**

**Status:**        ABANDONED

              **USPTO Status:** ABANDONED-FAILURE TO RESPOND
              **USPTO Status Date:** MAR 06, 2006

**Goods/Services:**
              **International Class 41:** AUDIO RECORDING SERVICES
              **First Used:** OCT 24, 2004  (INTL. CL. 41)
              **In Commerce:** OCT 24, 2004

**Last Reported Owner:**
              GRACE, JAMES
              UNITED STATES  INDIVIDUAL
              2014 CODDING DR.
              MODESTO, CALIFORNIA  95355

**Chronology:**
              **Filed:** DEC 20, 2004        **Serial Number:** 76-625,295
              **Abandoned:** JAN 27, 2006

**Ownership Details:**
**Applicant:**
              GRACE, JAMES
              UNITED STATES  INDIVIDUAL
              2014 CODDING DR.
              MODESTO, CALIFORNIA  95355

**Filing Correspondent:**
              SCOTT J. FIELDS
              NATIONAL IP RIGHTS CENTER, LLC
              550 TOWNSHIP LINE RD STE 400
              BLUE BELL, PA 19422-2726

ZULU TIME

**ZULU TIME**

**Status:**      ABANDONED
              INTENT TO USE

              **USPTO Status:** ABANDONED-FAILURE TO RESPOND
              **USPTO Status Date:** APR 26, 2007

**Goods/Services:**

**International Class 9:**  PRE-RECORDED VIDEO, AUDIO AND DATA RECORDING MEDIA; DATA CARRIERS; PRE-RECORDED OPTICAL AND MAGNETIC DATA MEDIA; AUDIO AND VIDEO TAPES· AND CASSETTES; COMPACT DISCS; CD-ROMS; DVD-ROMS; COMPUTER SOFTWARE; MULTIMEDIA; NON-PRINTED PUBLICATIONS; ELECTRONIC PUBLICATIONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS AND DOCUMENTATION; SOFTWARE SUPPLIED ON-LINE OR FROM THE INTERNET; DOWNLOADABLE DIGITAL MUSIC AND VIDEO FILES; EXPOSED FILMS; PHOTOGRAPHY SLIDES; PHOTOGRAPHIC TRANSPARENCIES; FILMS AND PROGRAMMES FOR TELEVISION; VIDEO GAMES; COMPUTER GAMES; AMUSEMENT MACHINES, AND PARTS AND FITTINGS FOR THE AFORESAID GOODS

**International Class 16:**  PRINTED MATTER; PRINTED PUBLIC ATIONS; PERIODICALS; MAGAZINES; BOOKS; NEWSLETTERS; TICKETS; PRINTED PROGRAMMES; POSTERS; POSTCARDS; PHOTOGRAPHS; MUSICAL SCORES; SHEET MUSIC; LYRICS, AND ALBUMS

**International Class 25:**  ARTICLES OF CLOTHING, FOOTWEAR AND HEADGEAR

**International Class 38:**  BROADCASTING AND TRANSMISSION OF TELEVISION, RADIO, CABLE, DIGITAL, SATELLITE AND INTERNET PROGRAMS; TELECOMMUNICATION OF INFORMATION (INCLUDING WEB PAGES), COMPUTER PROGRAMS AND ANY OTHER DATA, ELECTRONIC MAIL SERVICES, AND ADVISORY, CONSULTANCY AND INFORMATION SERVICES RELATING TO THE AFORESAID SERVICES

**International Class 41:**  ENTERTAINMENT SERVICES; PRODUCTION AND PRESENTATION OF MUSICALS, LIVE THEATRE, SHOWS, CONCERTS AND FILMS, AND OF TELEVISION, RADIO, CABLE, DIGITAL, SATELLITE AND INTERNET PROGRAMMES AND BROADC ASTS; PRODUCTION, PRESENTATION, LENDING, RENTAL, LICENSING AND DISTRIBUTION (OTHER THAN BY TRANSPO RTATION) OF SOUND AND/OR VIDEO RECORDINGS, BOOKS, AUDIO TAPES, VIDEO TAPES, COMPACT DISCS, CD-ROMS, DVDROMS, ENTERTAINMENT MEDIA, VIDEO MEDIA, MUSIC MEDIA, GAMES MEDIA AND MULTIMEDIA; PUBLISHING SERVICES;

ELECTRONIC PUBLICATION SERVICES; EDUCATIONAL SERVICES RELATING TO ENTERTAINMENT; PROVISION OF ENTERTAINMENT FACILITIES; PROVIDING NON-DOWNLOADABLE ON-LINE ELECTRONIC PUBLICATIONS AND DOCUMENTATION; PROVIDING ENTERTAINMENT AND CULTURAL INFORMATION TO BE BROWSED ON THE INTERNET; PLANNING, ARRANGING, ORGANIZING AND CONDUCTING CULTURAL AND ENTERTAINMENT EVENTS AND ACTIVITIES; RESERVATION, TICKETING, BOOKING AND PROCUREMENT SERVICES FOR TICKETS TO CULTURAL AND ENTERTAINMENT EVENTS AND ACTIVITIES; PROVIDING NON-DO WNLOADABLE DIGITAL MUSIC FROM THE INTERNET; COMPILATION AND RECORDING SERVICES FOR AUDIO, VIDEO AND OTHER DATA, AND ADVISORY, CONSULTANCY AND INFORM ATION SERVICES RELATING TO THE AFORESAID SERVICES

**International Class 42:** LICENSING OF MUSICALS, SHOWS, CONCERTS AND FILMS, AND OF TELEVISION, RADIO, CABLE, DIGITAL, SATELLITE AND INTERNET PROGRAMMES AND BROADC ASTS, AND ADVISORY, CONSULTANCY AND INFORMATION SERVICES RELATING TO THE AFORESAID SERVICES

**Last Reported Owner:**

RED LION 6 LIMITED
UNITED KINGDOM  LIMITED LIABILITY CO.
14 RED LION SQUARE
LONDON WC1R 4QL, UNITED KINGDOM

**Chronology:**

**Filed:** MAY 16, 2001          **Serial Number:** 76-258,173
**Abandoned:** MAR 23, 2007

**Ownership Details:**

**Applicant:**

RED LION 6 LIMITED
UNITED KINGDOM  LIMITED LIABILITY CO.
14 RED LION SQUARE
LONDON WC1R 4QL, UNITED KINGDOM

**Filing Correspondent:**

KIMBERLY GAMBREL
DINSMORE & SHOHL, LLP
ONE SOUTH MAIN STREET, SUITE 1300
ONE DAYTON CENTRE
DAYTON, OHIO 45402-2023

**Domestic Representative:** KILLWORTH, GOTTMAN, HAGAN & SCHAEFF, L.L.P.

THE BLULOU

## THE BLULOU

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JAN 19, 2001

**Goods/Services:**

**International Class 41:**  ENTERTAINMENT, NAMELY, LIVE PERFORM
ANCES BY A MUSICAL GROUP

**Last Reported Owner:**

ROBERT G. PATTERSON

**Composed Of:** ROBERT PATTERSON: USA TIMOTHY PRYDE: USA
SCOTT MCRAE: USA ROB HILL: USA JASON COULIARD: USA GLEN
ROSS: USA NATALIE BRATCHER: USA
ILLINOIS  PARTNERSHIP
3113 VICTORIA DR.
SPRINGFIELD, ILLINOIS  62704

**Chronology:**

**Filed:** AUG 24, 1999          **Serial Number:** 75-765,224
**Published For Opposition:** APR 25, 2000
**Abandoned:** JAN 19, 2001

**Ownership Details:**

**Applicant:**

ROBERT G. PATTERSON

**Composed Of:** ROBERT PATTERSON: USA TIMOTHY PRYDE: USA
SCOTT MCRAE: USA ROB HILL: USA JASON COULIARD: USA GLEN
ROSS: USA NATALIE BRATCHER: USA
ILLINOIS  PARTNERSHIP
3113 VICTORIA DR.
SPRINGFIELD, ILLINOIS  62704

**Filing Correspondent:**

ROBERT G. PATTERSON
3113 VICTORIA DR.
SPRINGFIELD IL 62704



### XOOLOO

**Status:**    ABANDONED
SECTION 44 (D)
INTENT TO USE
44(D) APPLICATION - CURRENT

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAR 18, 2004

**Goods/Services:**

**International Class 9:** ELECTRONIC APPARATUS AND INSTRUM
ENTS, NAMELY, DIGITAL AND ANALOGICAL SYSTEM OF TRANSM
ISSION THROUGH HERTZIAN, OPTICAL, ELECTRICAL MODES,
NAMELY, RADIO, WIRELESS PHONE, TELEX, FAX, TELEVISION BY
SATELLITE, CABLE, INFRARED REMOTE CONTROLS;
PHOTOGRAPHIC APPARATUS, NAMELY CAMERA; CINEMATO
GRAPHIC APPARATUS, NAMELY TEACHING APPARATUS AND
INSTRUMENTS FOR DISTANT LEARNING PURPOSES, NAMELY
WEB CAM, COMPUTER, MODEM; APPARATUS FOR TRANSMISSION
AND REPRODUCTION OF SOUND OR IMAGES BY DIGITAL,
ANALOGICAL, OPTICAL, ELECTRONICAL, HERTZIAN, LASER,
INFRARED MEANS, NAMELY SCANNERS, TELEVISIONS, RADIOS,
MICRO CAMERAS, MODEMS, FAX MACHINES, SONAR,
MICROPHONES, DIGITAL CAMERAS, VIDEO AND AUDIO
RECORDERS, INFRARED AUDIO HEADPHONES; ELECTRONIC,
OPTICAL, MAGNETIC MEDIA FOR INFORMATION AND DATA,
NAMELY, COMPACT DISKS AND DIGITAL VERSATILE DISK,
MAGNETIC TAPES, MAGNETIC DISKS, ZIP FILE, MAGNETIC CARDS,
MAGNETO-OPTIC DISKS AND CARTRIDGES, OPTIC TAPES,
ACOUSTIC DISKS, VIDEO TAPES, COMPUTER DISKETTES, VIDEO
DISKS, OPTICAL DISKS, COMPACT OPTICAL DISKS, INTERACTIVE
COMPACT DISKS, BLANK AND PRERECORDED IN THE FIELD OF
ENTERTAINMENT; COMPUTER PROGRAMS, SOFTWARE AND
FIRMWARE IN THE FIELD OF ENTERTAINMENT; CALCULATORS;
EQUIPMENT FOR INFORMATION PROCESSING, NAMELY
TEMPORARY MEMORY, STATIC MEMORY, ROM MEMORY, SMART
CARD, PUNCHED CARDS, INFRARED REMOTE CONTROLS;
COMPUTERS AND PORTABLE COMPUTERS, COMPUTER
PERIPHERALS, TELEPHONES, PORTABLE TELEPHONES, THEIR
PARTS AND COMPONENTS; BLANK VIDEO CASSETTES AND
PRE-RECORDED VIDEO CASSETTES IN THE FIELD OF
ENTERTAINMENT
**International Class 16:** PRINTED PRODUCTS, NAMELY, BOOKS,
DICTIONARIES, COMIC BOOKS, GEOGRAPHICAL MAPS, GREETING
CARDS, NEWSLETTERS CONCERNING ENTERTAINMENT AND

EDUCATION FOR YOUNG PEOPLE, CALENDARS, STICKERS, BAR CODE, NEWSPAPERS CONCERNING EDUCATION AND ENTERTAINMENT FOR YOUNG PEOPLE, PUBLICATION CONCERNING EDUCATION AND ENTERTAINMENT FOR YOUNG PEOPLE, MAGAZINES CONCERNING EDUCATION AND ENTERTAINMENT FOR YOUNG PEOPLE; PRINTED BOOKLETS, NAMELY, BOOKS, EXERCISE BOOKS, ANTHOLOGIES, SCORES FEATURING MUSICAL SCORES; PHOTOGRAPHS MOUNTED AND UNMOUNTED; STATIONERY, EQUIPMENT FOR ARTISTS, NAMELY, PAINT BRUSHES, DRAWING PAPER, PENCILS, PAINT BOXES, WRITING PADS, WRITING PAPER, BINDERS; PRINTED TRAINING AND INSTRUCTIONAL EQUIPMENT, EXCEPT FOR APPARATUS, IN THE FORM OF BOOKS LEAFLETS, SIGNBOARDS OF PAPER AND OF CARDBOARD

**International Class 35:** SUBSCRIPTION SERVICES TO NEWSPAPERS AND PUBLICATION IN GENERAL FOR OTHER; MANAGEMENT OF COMPUTER FILES; DATA COLLECTION IN CENTRAL FILE CONCERNING ENTERTAINMENT FOR YOUNG PEOPLE; DATA SYSTEMIZATION IN A CENTRAL FILE CONCERNING ENTERTAINMENT FOR YOUNG PEOPLE; DATA PROCESSING SERVICES; COMPUTERIZED DATABASE MANAGEMENT

**International Class 38:** TELECOMMUNICATIONS, PRESS, INFORM ATION AND COMMUNICATION AGENCIES IN THE FIELD OF ENTERTAINMENT AND EDUCATION FOR YOUNG PEOPLE; RADIO CALL SERVICES AGENCIES, NAMELY, RADIO, TELEPHONE AND OTHER COMMUNICATIONS FACILITIES DEDICATED TO YOUNG PEOPLE ENTERTAINMENT; RADIO COMMUNICATIONS SERVICES, TELEMATICS COMMUNICATION SERVICES; TELEPHONE COMMUNI CATION SERVICES PROVIDED BY OPTICAL FIBER NETWORKS, BY COMPUTER TERMINALS; BROADCASTING OF TELEVISION AND RADIO PROGRAMS; RADIO BROADCAST, TELEVISION AND MULTIMEDIA BROADCAST, NAMELY, COMPUTER SETTING UP OF TEXT AND/OR STILL OR ANIMATED IMAGES AND/OR MUSICAL SOUNDS FOR INTERACTIVE OR OTHER USES; ELECTRONIC MESSAGE AND TELEMATICS SERVICES; ELECTRONIC TRANSM ISSION OF MESSAGES AND DATA; CABLE AND SATELLITE TELEVISION BROADCASTING; COMPUTER AIDED IMAGE AND MESSAGE TRANSMISSIONS; PROVIDING MULTIPLE-USER ACCESS TO THE INTERNET; INTERNET CONFERENCING SERVICES

**International Class 39:** ELECTRONIC STORAGE OF DATA

**International Class 41:** EDUCATION, NAMELY CONDUCTING CLASSES, SEMINARS, WORKSHOPS, INFORMATION ABOUT SCHOOL PROGRAMS FOR YOUNG PEOPLE; TRAINING IN THE FIELD OF EDUCATION FOR YOUNG PEOPLE; ORGANIZING EXHIBITIONS FOR ENTERTAINING AND EDUCATING YOUNG PEOPLE; BOOK AND MAGAZINE PUBLISHING; LIBRARY SERVICES;

AGENCIES FOR ARTISTS, NAMELY TALENT SCOUT; FILM RENTALS; ORGANIZATION OF EDUCATIONAL OR ENTERTAINMENT COMPETITIONS FOR YOUNG PEOPLE; ORGANIZATION AND HOLDING COLLOQUIUMS, CONFERENCES, MEETINGS, ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES IN THE FIELD OF ENTERTAINMENT AND EDUCATION FOR YOUNG PEOPLE

**International Class 42:** CREATION, PRODUCTION, DEVELOPMENT OF INTERNET SITES; DESIGN, UPDATING AND RENTAL OF SOFTWARE; COMPUTER TECHNICAL CONSULTING; COMPUTER TECHNICAL ASSISTANCE VIA WEB SITE, TELEPHONE, E-MAIL, TELEVISION AND TELEMATIC MEANS; RENTAL OF ACCESS TIME TO DATABASE SERVER CENTER, NAMELY, PAY PER VIEW SERVICES CONCERNING ENTERTAINMENT; CREATION, PUBLIC ATION AND DEVELOPMENT OF PRODUCTS FOR MOBILE TELEPHONES, NAMELY DESIGNING COMPUTER NETWORKS, SOFTWARE AND HARDWARE FOR OPERATION MOBILE TELEPHONE NETWORKS AND DESIGNING MOBILE PHONE ACCESSORIES, NAMELY, HEADPHONES, KEYBOARDS; CREATION, ORGANIZATION AND MANAGEMENT OF VIRTUAL COMMUNITIES, NAMELY, GROUPING OF PEOPLE AND COMPANIES ON GLOBAL COMMUNICATION NETWORKS THROUGH TELEVISION, TELEPHONE, TELEMATICS SERVICES, WEB SITES, AND PROVIDING THESE COMMUNITIES WITH INFORMATION, ENTERTAINMENT, AND EDUCATIONAL INFORMATION, EXCHANGE OF IDEAS OR MEETING SERVICES; CREATING AND HOSTING THE WEB SITES OF OTHER ON THE INTERNET; PROVISION OF CUSTOMIZED CONTENT FEATURING INFORMATION ABOUT EDUCATION AND ENTERTAINMENT FOR YOUNG PEOPLE FOR USE ON THE WEB SITES OF OTHERS; CREATION, PUBLICATION, DEVEL OPMENT OF TELEVISION CHANNELS INCLUDING INTERACTIVE TELEVISION AND RADIO STATIONS FOR ENTERTAINING AND EDUCATING YOUNG PEOPLE

### Last Reported Owner:

XOOLOO
FRANCE  JOINT STOCK COMPANY
20 RUE DANIELLE CASANOA
75002 PARIS, FRANCE

### Chronology:

**Filed:** JUL 13, 2000        **Serial Number:** 76-088,813
**Abandoned:** MAR 18, 2004

### Ownership Details:
### Applicant:

XOOLOO
FRANCE  JOINT STOCK COMPANY
20 RUE DANIELLE CASANOA
75002 PARIS, FRANCE


**Non-U.S. Application Claimed:** 003021446
**Non-U.S. Application Date:** APR 13, 2000
**Non-U.S. Application Country:** FRANCE
**Filing Correspondent:**
       MICHAEL B. LASKY
       ALTERA LAW GROUP
       6500 CITY WEST PKWY
       EDEN PRAIRIE MN 55344-7701


**Domestic Representative:** ALTERA LAW GROUP



**ZULUS**

 **Worldwide Filings = 6**

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** REPORT COMPLETED SUSPENSION CHECK - CASE
STILL SUSPENDED
**USPTO Status Date:** MAR 19, 2007

**Goods/Services:**

**International Class 18:** ITEMS MADE OF LEATHER AND IMITATION
LEATHER, RUCKSACKS, BACKPACKS, BAGS, TRUNKS,
TRAVELLING BAGS, LUGGAGE, WALLETS, PURSES, UMBRELLAS;
CLOTHING; FOOTWEAR; HEADGEAR; TOYS, GAMES AND
PLAYTHINGS; SPORTING ARTICLES; PLUSH TOYS; MEAT AND
MEAT PRODUCTS; FISH AND FISH PRODUCTS; POULTRY AND
GAME AND POULTRY AND GAME PRODUCTS; MEAT EXTRACTS;
PRESERVED, DRIED AND COOKED FRUITS AND VEGATABLES;
EGGS; MILK AND MILK PRODUCTS; PREPARED MEALS AND
SNACKS; BEERS; MINERAL AND AERATED WATERS; NON-ALCO
HOLIC BEVERAGES; SODA; FRUIT DRINKS; FRUIT JUICES;
SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES;
NON-ALCOHOLIC COCKTAILS; MIXES FOR COCKTAILS;
ALCOHOLIC COCKTAILS; ALCOPOPS; ALCOHOLIC MALT
BEVERAGES; DISTILLED SPIRITS; WINE; TRAVEL AGENCY
SERVICES; ARRANGING OF CRUISES; ARRANGING OF TOURS;
BOOKING OF SEATS FOR TRAVEL; CAR RENTAL SERVICES;
TRANSPORT AND TRAVEL RESERVATION SERVICES; TAXI
TRANSPORT SERVICES; ENTERTAINMENT SERVICES; PROVISION
OF LIVE ENTERTAINMENT; ORGANIZATION OF EXHIBITIONS;
PROVISION OF RECREATION INFORMATION; PROVISION OF
SPORTS FACILITIES; PROVISION OF LIVE MUSIC AND LIVE
ENTERTAINMENT; PROVISION OF FACILITIES FOR LIVE BAND
PERFORMANCES; NIGHTCLUB SERVICES; SERVICES FOR
PROVISING FOOD AND DRINK; TEMPORARY ACCOMMODATION
SERVICES; ACCOMMODATION BUREAUX SERVICES; ACCOMMO
DATION RESERVATION SERVICES; HOTEL RESERVATION
SERVICES; HOTEL SERVICES; MOTEL SERVICES; BAR SERVICES;
CAFE SERVICES; CAFETERIA SERVICES; CANTEEN SERVICES;
RESTAURANT SERVICES; SELF-SERVICE RESTAURANT SERVICES;
SNACK BAR SERVICES, COCKTAIL LOUNGE SERVICES

**Last Reported Owner:**

IZA ENTERPRISES LIMITED
UNITED KINGDOM  LIMITED COMPANY

INGTON;
C/O WJB CHILTERN 3 SHELDON SQUARE, PADD
LONDON, ENGLAND  W2 6PS

**Chronology:**

**Filed:** JUN 18, 2005          **Serial Number:** 78-653,649

**Ownership Details:**

**Applicant:**

IZA ENTERPRISES LIMITED
UNITED KINGDOM  LIMITED COMPANY
INGTON;
C/O WJB CHILTERN 3 SHELDON SQUARE, PADD
LONDON, ENGLAND  W2 6PS

**Claims:**

THE COLOR(S) RED, BLACK, WHITE, BROWN, ORANGE AND GRAY.
IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE MARK CONSISTS OF THE MARK CONSISTS OF THE WORD
ZULUS IN RED, IN FRONT OF A ZULU SHIELD IN WHITE AND
BLACK, IN FRONT OF A CLUB IN BROWN, AND A SPEAR WITH A
BROWN HANDLE, TIED ONTO A GREY SPEAR POINT, WITH A
BLACK, WHITE AND ORANGE ADORNMENT.

**Filing Correspondent:**

MARTIN SCHWIMMER
7 BAYBERRY DRIVE
MT. PLEASANT NY 10570

**Domestic Representative:** MARTIN SCHWIMMER



KULU
**Translation:**

THE ENGLISH TRANSLATION OF THE WORD "KULU" IN THE MARK IS "SEED" OR "NEW BEGINNING".

**Status:**    REGISTERED

44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 19, 2006

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, TRACK SUITS, TRACK SUIT TOPS, TRACK SUIT TROUSERS; T-SHIRTS, SHIRTS, BLOUSES, SHORTS, SWIMWEAR, VESTS, SWEATERS, TIGHTS; JACKETS, TROUSERS, DRESSES, SKIRTS, SARONGS, SKI WEAR, SCARVES, STOCKINGS AND SOCKS; HEADGEAR, NAMELY, HATS AND CAPS; BELTS FOR CLOTHING; BRACES; WAIST BANDS; FOOTWEAR INCLUDING SHOES, BOOTS, SANDALS, SNEAKERS; SKI SUITS; SPECIAL SPORTING FOOTWEAR

**Last Reported Owner:**

PRINT 'N' WEAR PTY LTD
AUSTRALIA  COMPANY
42 LEONARD PARADE
CURRUMBIN WATER, QUEENSLAND, AUSTRALIA  4223

**Chronology:**

**Filed:** AUG 17, 2005        **Serial Number:** 78-694,862
**Published For Opposition:** OCT 03, 2006
**Registered:** DEC 19, 2006    **Registration Number:** 3,186,172

**Ownership Details:**
**Registrant:**

PRINT 'N' WEAR PTY LTD
AUSTRALIA  COMPANY
42 LEONARD PARADE
CURRUMBIN WATER, QUEENSLAND, AUSTRALIA  4223

**Non-U.S. Registration Claimed:** 775185
**Non-U.S. Registration Date:** OCT 09, 1998
**Non-U.S. Registration Country:** AUSTRALIA
**Other U.S. Registrations:** 2,383,578
**Filing Correspondent:**

MICHAEL J. MACDERMOTT
CHRISTIE, PARKER & HALE, LLP

PO BOX 7068
PASADENA, CA 91109-7068

**Domestic Representative:** MICHAEL J. MACDERMOTT

ZULU

**ZULU**

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JUN 20, 2002

**Goods/Services:**

**International Class 18:** DAY BACKPACKS

**Last Reported Owner:**

SMITH, STEPHEN C.
UNITED STATES  INDIVIDUAL
SUITE 204
2000 GENERAL BOOTH BLVD.
VIRGINIA BEACH, VIRGINIA  23454

**Chronology:**

**Filed:** JUL 20, 2000        **Serial Number:** 76-092,050
**Published For Opposition:** MAY 01, 2001
**Abandoned:** APR 19, 2002

**Ownership Details:**

**Applicant:**

SMITH, STEPHEN C.
UNITED STATES  INDIVIDUAL
SUITE 204
2000 GENERAL BOOTH BLVD.
VIRGINIA BEACH, VIRGINIA  23454

**Filing Correspondent:**

STEPHEN C. SMITH
2000 GENERAL BOOTH BLVD.
SUITE 204
VIRGINIA BEACH, VA 23454

XULU

## XULU

 Worldwide Filings = 1

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 29, 2005

**Goods/Services:**

**International Class 14:** WATCHES, JEWELRY AND PINS, NAMELY, ORNAMENTAL PINS, LAPEL PINS, TIE PINS AND JEWELRY PINS FOR USE ON HATS

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
651 BRANNAN STREET
SAN FRANCISCO, CALIFORNIA  94107

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU | USPTO | Page 98 |
| XULU | USPTO | Page 104 |
| XULU | USPTO | Page 107 |
| XULU | USPTO | Page 109 |
| XULU | USPTO | Page 114 |
| XULU ENTERTAINMENT | USPTO | Page 355 |
| XULU ENTERTAINMENT | USPTO | Page 357 |
| XULU ADVENTURERS' CLUB | USPTO | Page 359 |
| XULU ENTERTAINMENT | USPTO | Page 361 |
| XULU ADVENTURERS' CLUB | USPTO | Page 363 |
| XULU ENTERTAINMENT | USPTO | Page 365 |
| XULU ADVENTURERS' CLUB | USPTO | Page 367 |
| XULU ENTERTAINMENT | USPTO | Page 369 |
| XULU ADVENTURERS' CLUB | USPTO | Page 371 |
| XULU ENTERTAINMENT | USPTO | Page 373 |
| XULU | USPTO | Page 375 |

**Chronology:**

**Filed:** MAR 26, 2001          **Serial Number:** 76-231,067
**Published For Opposition:** JUL 06, 2004

**Abandoned:** MAR 29, 2005

## Ownership Details:
### Applicant:

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

651 BRANNAN STREET

SAN FRANCISCO, CALIFORNIA  94107

**Other U.S. Registrations:** 2,507,344; 2,525,365

### Filing Correspondent:

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH STREET

SAN FRANCISCO CALIFORNIA 94104-2878



### ZOOLOO

**Status:**    CANCELLED               **Cancellation Section:** 8

                     44(E) APPLICATION - CURRENT

                     **USPTO Status:** CANCELLED - SECTION 8

                     **USPTO Status Date:** MAR 09, 2002

**Goods/Services:**

                     **International Class 25:** CLOTHING, NAMELY T-SHIRTS, SHORTS, PANTS, HEADWEAR

**Last Reported Owner:**

                     DEZIGN INCORPORATED (PVT) LTD

                     ZIMBABWE  COMPANY

                     UNIT 6B

                     BIRMINGHAM/BARROW ROADS

                     SOUTHERTON, HARARE, ZIMBABWE

**Chronology:**

                     **Filed:** OCT 26, 1993        **Serial Number:** 74-451,148

                     **Published For Opposition:** DEC 06, 1994

                     **Registered:** FEB 28, 1995    **Registration Number:** 1,880,690

                     **Cancelled:** APR 23, 2002

**Ownership Details:**

**Registrant:**

                     DEZIGN INCORPORATED (PVT) LTD

                     ZIMBABWE  COMPANY

                     UNIT 6B

                     BIRMINGHAM/BARROW ROADS

                     SOUTHERTON, HARARE, ZIMBABWE

**Non-U.S. Registration Claimed:** 97/88

**Non-U.S. Registration Date:** FEB 22, 1988

**Non-U.S. Registration Country:** ZIMBABWE

**Lining Stippling:**

                     THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

**Filing Correspondent:**

                     DAVID EHRLICH

                     WEISS DAWID FROSS ZELNICK & LEHRMAN, PC

                     633 THIRD AVENUE

                     NEW YORK, NY 10017-6754

LULU

**LULU**

**Status:**     PUBLISHED

INTENT TO USE

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** JUL 31, 2007

**Goods/Services:**

**International Class 20:** CHAIRS, TABLES, DESKS, SHELVES FOR STORAGE, STOOLS, CABINET WORK, CHESTS OF DRAWERS, BEDSTEADS, ARM CHAIRS, NON-METAL BINS, CUPBOARDS, DIVANS, FOOTSTOOLS, SCHOOL FURNITURE, OFFICE FURNITURE, FURNITURE PARTITIONS, LECTERNS, LIBRARY SHELVES, SIDEBOARDS, SOFAS, TABLE TOPS

**Last Reported Owner:**

 LELAND INTERNATIONAL

MICHIGAN  CORPORATION

6445 WARREN ROAD

ANN ARBOR, MICHIGAN  48105

**Chronology:**

**Filed:** NOV 09, 2001          **Serial Number:** 76-335,598

**Published For Opposition:** JUL 31, 2007

**Ownership Details:**

**Applicant:**

LELAND INTERNATIONAL

MICHIGAN  CORPORATION

6445 WARREN ROAD

ANN ARBOR, MICHIGAN  48105

**Filing Correspondent:**

MARSHALL G. MACFARLANE

YOUNG & BASILE, P.C.

3001 WEST BIG BEAVER RD STE 624

TROY, MICHIGAN 48084-3109

# LULU'S

**LULU'S**

**Status:**        REGISTERED

USPTO Status: REGISTERED
USPTO Status Date: JUL 04, 2006

**Goods/Services:**

International Class 30: FLAVORED AND SWEETENED GELATIN DESSERTS, FLAN, PUDDINGS AND CANDY

**First Used:** FEB 11, 1996 (INTL. CL. 30)

**In Commerce:** FEB 11, 1996

**Last Reported Owner:**

SOBRINO, MARIA DE LOURDES
UNITED STATES  INDIVIDUAL
1440 S. ST. COLLEGE
SUITE 5-F
ANAHEIM, CALIFORNIA  92806

**Chronology:**

**Filed:** NOV 23, 2004         **Serial Number:** 78-522,204
**Published For Opposition:** APR 11, 2006
**Registered:** JUL 04, 2006      **Registration Number:** 3,111,311

**Ownership Details:**

**Registrant:**

SOBRINO, MARIA DE LOURDES
UNITED STATES  INDIVIDUAL
1440 S. ST. COLLEGE
SUITE 5-F
ANAHEIM, CALIFORNIA  92806

**Other U.S. Registrations:** 2,329,891

**Filing Correspondent:**

THOMAS A. ZEIGLER
ADORNO YOSS ALVARADO & SMITH
SUITE 200
1 MACARTHUR PLACE
SANTA ANA CA 92707

LULU

**LULU**

**Status:**    RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** SEP 25, 1997

**Goods/Services:**
**International Class 31:** GRAPES, POMEGRANATES, OLIVES,
PERSIMMONS AND QUINCES
**First Used:** 1933  (INTL. CL. 31)
**In Commerce:** 1933

**Last Reported Owner:**
LULU PACKING CORPORATION
CALIFORNIA  CORPORATION
125 SOUTH MT. VERNON AVENUE
LINDSAY, CALIFORNIA  93247

**We Have Located Other Marks With This Owner**

LULU                              USPTO          Page 409

**Chronology:**
**Filed:** DEC 29, 1976          **Serial Number:** 73-111,039
**Published For Opposition:** JUN 21, 1977
**Registered:** SEP 13, 1977    **Registration Number:** 1,073,284
**Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  AUG 29, 1983
**Last Renewed:** SEP 13, 1997

**Ownership Details:**
**New Registered Owner:**
LULU PACKING CORPORATION
CALIFORNIA  CORPORATION
125 SOUTH MT. VERNON AVENUE
LINDSAY, CALIFORNIA  93247

| **Assignee** | **Assignor** |
|---|---|
| IODENT CO. | LIFE LABORATORIES, INC. |
| DELAWARE CORPORATION | CALIFORNIA CORPORATION |
| | **Signed:** MAY 30, 1986 |

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19860630
**Recorded:** FEB 21, 1989

**Reel/Frame:** 0639/0249
**Correspondent:**
WALTER, CONSTON, ALEXANDER
ET AL.
90 PARK AVE.
NEW YORK, NY 10016-1387

**Assignee**
LULU PACKING CORPORATION
CALIFORNIA CORPORATION
125 SOUTH MT. VERNON AVENUE
LINDSAY, CALIFORNIA, 93247

**Assignor**
GRANADA MARKETING, INC.
CALIFORNIA CORPORATION
POST OFFICE BOX 159
LINDSAY, CALIFORNIA
**Signed:** JAN 27, 1989

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** FEB 21, 1989
**Reel/Frame:** 0639/0240
**Correspondent:**
SAMUELS, GAUTHIER & STEVENS
225 FRANKLIN STREET
SUITE 3200
BOSTON, MA 02110

**Other U.S. Registrations:** 609,998
**Filing Correspondent:**
I STEPHEN SAMUELS
SAMUELS GAUTHIER STEVENS & REPPERT
225 FRANKLIN ST STE 3300
BOSTON MA 02110



**LU LU**

    **Worldwide Filings = 1**

**Translation:**

THE CHINESE CHARACTERS IN THE MARK TRANLITERATE TO
″LU″ AND ″LU″, AND THIS MEANS ″DEW″ AND ″DEW″ IN ENGLISH.

**Status:**    REGISTERED

44(E) APPLICATION - CURRENT

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** SEP 27, 2003

**Goods/Services:**

**International Class 32:**  MINERAL WATER, ALMOND JUICE, FRUIT
JUICE, VEGETABLE JUICE AND CONCENTRATES, SYRUPS OR
POWDERS USED IN THE PREPARATION OF SOFT DRINKS AND
TONIC WATER

**Last Reported Owner:**

LOLO GROUP CO., LTD.

CHINA  CORPORATION

6, CUIQIAO LUNAN

CHENGDE, HEBEI PROVINCE, P.R., CHINA

**Chronology:**

**Filed:** NOV 12, 1996        **Serial Number:** 75-196,679
**Published For Opposition:** SEP 16, 1997
**Registered:** DEC 09, 1997    **Registration Number:** 2,119,574
**Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  SEP 27, 2003

**Ownership Details:**

**Registrant:**

HEBEI LO LO ENTERPRISE GROUP COMPANY

CHINA  CORPORATION

6, CUIQIAO LUNAN

CHENGDE, HEBEI PROVINCE, P.R., CHINA

**Assignee**
LOLO GROUP CO., LTD.
CHINA CORPORATION
6, CUIQIAO LUNAN
CHENGDE, HEBEI PROVINCE, P.R.,
CHINA

**Assignor**
HEBEI LOLO ENTERPRISE GROUP
COMPANY
CHINA CORPORATION
**Signed:** FEB 28, 1997

**Brief:** CHANGE OF NAME
**Recorded:** MAY 25, 2006
**Reel/Frame:** 3316/0329
**Correspondent:**
JAMES M. SLATTERY
P.O. BOX 747
FALLS CHURCH, VA 22040-0747

**Non-U.S. Registration Claimed:** 647228
**Non-U.S. Registration Date:** JUN 28, 1993
**Non-U.S. Registration Country:** CHINA

**Filing Correspondent:**
 JAMES M SLATTERY
 BIRCH STEWART KOLASCH & BIRCH LLP
 PO BOX 747
 FALLS CHURCH VA 22040-0747

**Domestic Representative:** BIRCH, STEWART, KOLASCH AND BIRCH, LLP



**LULU**

**Status:**      REGISTERED

         **USPTO Status:** REGISTERED
         **USPTO Status Date:** MAR 05, 2002

**Goods/Services:**
         **International Class 36:** CHARITABLE FUND RAISING
         **First Used:** FEB 01, 1999  (INTL. CL. 36)
         **In Commerce:** APR 01, 1999

**Last Reported Owner:**


         LU LU TEMPLE A.A.O.N.M.S., INC.
         PENNSYLVANIA  NOT-FOR-PROFIT CORPORATION
         WHITEMARSH TOWNSHIP
         5140 BUTLER PIKE
         PLYMOUTH MEETING, PENNSYLVANIA  19462

**Chronology:**
         **Filed:** OCT 30, 1999        **Serial Number:** 75-754,235
         **Published For Opposition:** DEC 11, 2001
         **Registered:** MAR 05, 2002      **Registration Number:** 2,543,797

**Ownership Details:**
**Registrant:**
         LU LU TEMPLE A.A.O.N.M.S., INC.
         PENNSYLVANIA  NOT-FOR-PROFIT CORPORATION
         WHITEMARSH TOWNSHIP
         5140 BUTLER PIKE
         PLYMOUTH MEETING, PENNSYLVANIA  19462

**Filing Correspondent:**
         JEFFREY L. EICHEN
         MORGAN LEWIS AND BOCKIUS
         1701 MARKET ST STE 2
         PHILADELPHIA PA 19103-2987

# LULU'S

**LULU'S**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 14, 2006

**Goods/Services:**
**International Class 28:** SURFBOARDS
**First Used:** JUN 12, 2005  (INTL. CL. 28)
**In Commerce:** JUN 12, 2005

**Last Reported Owner:**
MORENO, JOSEPH E.
UNITED STATES  INDIVIDUAL
C/O KOEING & ASSOCIATES
P.O. BOX 1140
SANTA BARBARA, CALIFORNIA  93067

**Chronology:**
**Filed:** JUL 06, 2005        **Serial Number:** 78-664,997
**Published For Opposition:** MAR 21, 2006
**Registered:** NOV 14, 2006    **Registration Number:** 3,172,497

**Ownership Details:**
**Registrant:**
MORENO, JOSEPH E.
UNITED STATES  INDIVIDUAL
C/O KOEING & ASSOCIATES
P.O. BOX 1140
SANTA BARBARA, CALIFORNIA  93067

**Filing Correspondent:**
KURT KOENIG
KOENIG & ASSOCIATES
P.O. BOX 1140
SUMMERLAND CA 93067-1140

# LULU

**LULU**

**Status:**  PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 14, 2007

**Goods/Services:**
**International Class 18:**  DOG LEASHES
**First Used:** MAY 01, 2002  (INTL. CL. 18)
**In Commerce:** MAY 01, 2002

**Last Reported Owner:**
GOTTFRIED, BETTY, A
UNITED STATES  INDIVIDUAL
1946 WILTON DRIVE
FORT LAUDERDALE, FLORIDA  33305

**We Have Located Other Marks With This Owner**

LULU                                                 USPTO            Page 405

**Chronology:**
**Filed:** MAR 13, 2006          **Serial Number:** 78-835,798

**Ownership Details:**
**Applicant:**
GOTTFRIED, BETTY, A
UNITED STATES  INDIVIDUAL
1946 WILTON DRIVE
FORT LAUDERDALE, FLORIDA  33305

**Filing Correspondent:**
GOTTFRIED, BETTY, A
1946 WILTON DRIVE
FORT LAUDERDALE, FL 33305



### LULU

**Status:**          REGISTERED

        **USPTO Status:** REGISTERED
        **USPTO Status Date:** JUL 02, 2002

**Goods/Services:**

        **International Class 3:**  COSMETICS AND BEAUTY ITEMS, NAMELY LIPSTICK, LIP GLOSS, EYESHADOW, BLUSH, FOUNDATION, FACE POWDER, MASCARA, EYELINER, LIPLINER, PERFUME, BODY LOTION, BUBBLE BATH AND SKIN SOAP, BODY SOAP

        **First Used:** DEC 01, 2000  (INTL. CL. 3)
        **In Commerce:** DEC 01, 2000

**Last Reported Owner:**

        MERRIMAN, JULIE
        UNITED STATES  INDIVIDUAL
        5344 BALLARD AVE NW
        SEATTLE, WASHINGTON  98107

**Chronology:**

        **Filed:** FEB 14, 2000        **Serial Number:** 75-918,325
        **Published For Opposition:** OCT 31, 2000
        **Registered:** JUL 02, 2002        **Registration Number:** 2,589,286

**Ownership Details:**

**Registrant:**

        MERRIMAN, JULIE
        UNITED STATES  INDIVIDUAL
        5344 BALLARD AVE NW
        SEATTLE, WASHINGTON  98107

**Filing Correspondent:**

        JULIE MERRIMAN
        5344 BALLARD AVE NW
        SEATTLE WA 98107

LU LU'S

## LU LU'S

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-AFTER PUBLICATION
**USPTO Status Date:** JUL 16, 1999

**Goods/Services:**

**International Class 29:** VEGETABLE-BASED SPREADS AND DAIRY-BASED DIPS

**Last Reported Owner:**

PAUL FOODS, INC.
MASSACHUSETTS CORPORATION
176 SHIRLEY AVENUE
REVERE, MASSACHUSETTS 02151

**Chronology:**

**Filed:** JAN 22, 1998        **Serial Number:** 75-425,079
**Published For Opposition:** APR 27, 1999
**Abandoned:** JUL 16, 1999

**Ownership Details:**

**Applicant:**

PAUL FOODS, INC.
MASSACHUSETTS CORPORATION
176 SHIRLEY AVENUE
REVERE, MASSACHUSETTS 02151

**Filing Correspondent:**

PAUL FOODE INC
176 SHIRLEY AVE
REVENE MA 02151



### LULU

**Status:**      ABANDONED
                 INTENT TO USE

                 **USPTO Status:** ABANDONED-FAILURE TO RESPOND
                 **USPTO Status Date:** AUG 22, 2006

**Goods/Services:**
                 **International Class 32:** NON ALCOHOLIC BEVERAGES, NAMELY
                 WATER, WATER WITH FLAVOURS, ISOTONIC BEVERAGES,
                 CARBONATED WATER, AERATED WATER, FRUIT BEVERAGES,
                 FRUIT JUICES, SYRUPS AND PREPARATIONS TO MAKE
                 BEVERAGES

**Last Reported Owner:**
                 MARKETING PARA EMBOTELLADORAS, S DER. L. DE C.V.
                 MEXICO  SOCIEDAD DE RESPONSABILIDAD LIMITADA
                 ACOXPA # 69, SAN LORENZO HUIPULCO
                 MEXICO, MEXICO  14370

**Chronology:**
                 **Filed:** JUN 28, 2005        **Serial Number:** 78-660,093
                 **Abandoned:** JUL 20, 2006

**Ownership Details:**
**Applicant:**
                 MARKETING PARA EMBOTELLADORAS, S DER. L. DE C.V.
                 MEXICO  SOCIEDAD DE RESPONSABILIDAD LIMITADA
                 ACOXPA # 69, SAN LORENZO HUIPULCO
                 MEXICO, MEXICO  14370

**Filing Correspondent:**
                 JOSE MANUEL HINOJOSA ALVAREZ
                 JOSE MANUEL HINOJOS; HINOJOSA ALVAREZ &
                 OFFICE 513; MILLET # 83
                 MEXICO; XPX - NOT PROVIDED
                 03720
                 MXX - MEXICO

LULU

**LULU**

**Status:**    ABANDONED

    INTENT TO USE

    **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED

    **USPTO Status Date:** DEC 31, 2003

**Goods/Services:**

    **International Class 18:** DOG LEASHES

**Last Reported Owner:**

    GOTTFRIED, BETTY A

    UNITED STATES  INDIVIDUAL

    1946 WILTON DRIVE

    FORT LAUDERDALE, FLORIDA  33305

    **We Have Located Other Marks With This Owner**

    LULU                USPTO        Page 401

**Chronology:**

    **Filed:** APR 02, 2002    **Serial Number:** 78-118,961

    **Published For Opposition:** OCT 08, 2002

    **Abandoned:** DEC 31, 2003

**Ownership Details:**

**Applicant:**

    GOTTFRIED, BETTY A

    UNITED STATES  INDIVIDUAL

    1946 WILTON DRIVE

    FORT LAUDERDALE, FLORIDA  33305

**Filing Correspondent:**

    GOTTFRIED, BETTY, A

    1946 WILTON DRIVE

    FORT LAUDERDALE FL 33305



## LULU

**Status:**    ABANDONED

        **USPTO Status:** ABANDONED-FAILURE TO RESPOND
        **USPTO Status Date:** JUL 05, 2005

**Goods/Services:**
        **International Class 18:** DOG LEASHES
        **First Used:** MAR 07, 2002 (INTL. CL. 18)
        **In Commerce:** OCT 17, 2003

**Last Reported Owner:**
        GOTTFIRED, BETTY A
        US INDIVIDUAL
        1946 WILTON DR.
        FORT LAUDERDALE, FLORIDA 33305

**Chronology:**
        **Filed:** JAN 28, 2004        **Serial Number:** 78-359,092
        **Abandoned:** MAY 31, 2005

**Ownership Details:**

**Applicant:**
        GOTTFIRED, BETTY A
        US INDIVIDUAL
        1946 WILTON DR.
        FORT LAUDERDALE, FLORIDA 33305

**Claims:**
        THE COLOR(S) LIGHT AND DARK BLUE AROUND A BLACK AND
        WHITE DOG. IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**
        THE MARK CONSISTS OF FACE OF DOG: BLACK AND WHITE;
        LIGHT BLUE CIRCLE AROUND THE FACE WHICH IS ON A DARKER
        BLUE BACKGROUND LULU (TEXT) IN WHITE LETTERING ABOVE
        THE DOG'S HEAD.

**Filing Correspondent:**
        GOTTFIRED, BETTY A
        1946 WILTON DR.
        FORT LAUDERDALE, FL 33305

LULU

**LULU**

 **Worldwide Filings = 3**

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 02, 2001

**Goods/Services:**

International Class 10:  BALLOON DILATATION CATHETERS

**Last Reported Owner:**

SCHNEIDER (EUROPE) GMBH

SWITZERLAND  CORPORATION

ACKERSTRASSE 6

CH-8180

BULACH, SWITZERLAND

**Chronology:**

**Filed:** APR 27, 1998          **Serial Number:** 75-475,009

**Published For Opposition:** MAR 09, 1999

**Abandoned:** DEC 02, 2001

**Date Revived/Reinstated:** JUN 15, 2001

**Ownership Details:**

**Applicant:**

SCHNEIDER (EUROPE) GMBH

SWITZERLAND  CORPORATION

ACKERSTRASSE 6

CH-8180

BULACH, SWITZERLAND

**Filing Correspondent:**

STACEY HALLERMAN

PFIZER INC

235 E 42ND ST

NEW YORK NY 10017-5755

**LU-LUS**

LU-LUS

**Status:**      EXPIRED

> **USPTO Status:** EXPIRED
> **USPTO Status Date:** NOV 04, 1992

**Goods/Services:**
> **International Class 30:** CAKE
> **First Used:** AUG 10, 1970  (US.CL. 46)
> **In Commerce:** AUG 10, 1970

**Last Reported Owner:**
> CONTINENTAL BAKING COMPANY
> DELAWARE  CORPORATION

**Chronology:**
> **Filed:** OCT 20, 1970        **Serial Number:** 72-373,778
> **Published For Opposition:** MAR 30, 1971
> **Registered:** JUL 27, 1971        **Registration Number:** 917,342
> **Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED

---

**Ownership Details:**
**Registrant:**

> ITT CONTINENTAL BAKING COMPANY
> DELAWARE  CORPORATION
> HALSTEAD AVE.
> RYE, NEW YORK  10580

| **Assignee** | **Assignor** |
|---|---|
| CONTINENTAL BAKING COMPANY | ITT CONTINENTAL BAKING |
| DELAWARE CORPORATION | COMPANY |
| | DELAWARE CORPORATION |
| | **Signed:** OCT 31, 1984 |

**Brief:** CHANGE OF NAME 19841009
**Recorded:** NOV 30, 1984
**Reel/Frame:** 0483/0928
**Correspondent:**
RALSTON PURINA COMPANY
CHECKERBOARD SQ.
SAINT LOUIS, MO 63164

LULU

## LULU

**Status:**     EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** MAY 06, 1996

**Goods/Services:**

**International Class 31:** FRESH GRAPES AND POMEGRANATES
**First Used:** 1933  (US.CL. 46)
**In Commerce:** 1933

**Last Reported Owner:**

LULU PACKING CORPORATION
CALIFORNIA  CORPORATION
125 SOUTH MT. VERNON AVENUE
LINDSAY, CALIFORNIA  93247

**We Have Located Other Marks With This Owner**

LULU                                    USPTO          Page 395

**Chronology:**

**Filed:** MAR 01, 1954        **Serial Number:** 71-661,842
**Published For Opposition:** MAY 10, 1955
**Registered:** AUG 02, 1955    **Registration Number:** 609,998
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                                          SEC. 15 ACK.
**Renewed:** AUG 02, 1975

**Ownership Details:**
**Registrant:**

SLAYMAN FRUIT COMPANY
P. O. BOX 836
LINDSAY, CALIFORNIA

**Assignee**                                    **Assignor**
IODENT CO.                                      LIFE LABORATORIES, INC.
DELAWARE CORPORATION                            CALIFORNIA CORPORATION
                                                **Signed:** MAY 30, 1986

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19860630
**Recorded:** FEB 21, 1989
**Reel/Frame:** 0639/0249

**Correspondent:**
WALTER, CONSTON, ALEXANDER
ET AL.
90 PARK AVE.
NEW YORK, NY 10016-1387

**Assignee**
LULU PACKING CORPORATION
CALIFORNIA CORPORATION
125 SOUTH MT. VERNON AVENUE
LINDSAY, CALIFORNIA, 93247

**Assignor**
GRANADA MARKETING, INC.
CALIFORNIA CORPORATION
POST OFFICE BOX 159
LINDSAY, CALIFORNIA
**Signed:** JAN 27, 1989

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** FEB 21, 1989
**Reel/Frame:** 0639/0240
**Correspondent:**
SAMUELS, GAUTHIER & STEVENS
225 FRANKLIN STREET
SUITE 3200
BOSTON, MA 02110

**Assignee**
DIMARE BROS. INC.
CALIFORNIA CORPORATION
P.O. BOX 159
LINDSAY, CALIFORNIA, 93247

**Assignor**
SLAYMAN, MITCHELL J.
DBA SLAYMAN FRUIT COMPANY
30701 FAIRGREENS WEST
LAGUNA NIGUEL, CALIFORNIA
**Signed:** OCT 23, 1978

**Brief:** TO CORRECT THE NAME OF
THE ASSIGNEE RECORDED JUNE
23, 1975, REEL 260, FRAMES
968-969, ASSIGNOR HEREBY
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST (NEGATIVE
CERTIFICATE ATTACHED)
**Recorded:** APR 04, 1979
**Reel/Frame:** 0346/0156

**Correspondent:**
THOMPSON, BIRCH, ET AL.
225 FRANKLIN ST.
225 FRANKLIN ST.
BOSTON, MA 02110
225 FRANKLIN ST.

**Assignee**
GRANADA MARKETING, INC.
P.O. BOX 517
NEWMAN, CALIFORNIA, 95360

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** DEC 24, 1975
**Reel/Frame:** 0278/0759
**Correspondent:**
KAPLAN, LIVINGSTON, GOODWIN,
ET AL.
450 NORTH ROXBURY DRIVE
450 NORTH ROXBURY DRIVE
BEVERLY HILLS, CA 90210
225 FRANKLIN ST.

**Assignor**
DIMARE BROS. INC. OF
CALIFORNIA
**Acknowledge:** JUL 18, 1975

**Assignee**
RENEER FILMS CORPORATION
AUBURN, NEW YORK, 13021

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** DEC 24, 1975
**Reel/Frame:** 0278/0757
**Correspondent:**
THE GOODYEAR TIRE & RUBBER
COMPANY
1144 EAST MARKET ST.
AKRON, OH 44316

**Assignor**
PHILLIPS PETROLEUM COMPANY
DELAWARE CORPORATION
BARTLESVILLE, OKLAHOMA
**Acknowledge:** DEC 02, 1975

**Assignee**

DIMARE BROS. INC.

CALIFORNIA CORPORATION

P.O. BOX 517

NEWMAN, CALIFORNIA, 95360

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** JUN 23, 1975
**Reel/Frame:** 0268/0968
**Correspondent:**
HUEBNER & WORREL
GUARANTEE SAVINGS BLDG.
GUARANTEE SAVINGS BLDG.
1177 FULTON MALL
FRESNO, CA 93721

**Assignor**

SLAYMAN, MITCHELL J.

DBA SLAYMAN FRUIT COMPANY

P.O. BOX 1235

LINDSAY, CALIFORNIA

**Acknowledge:** JUN 03, 1975

LOULOU

**LOULOU**

**Status:**     REGISTERED

     **USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
     ACKNOWLEDGED
     **USPTO Status Date:** APR 15, 1993

**Goods/Services:**
     **International Class 3:**  PERFUME
     **First Used:** JUN 20, 1986  (INTL. CL. 3)
     **In Commerce:** JUN 20, 1986

**Last Reported Owner:**
     L'OREAL S.A.
     FRANCE  CORPORATION
     14, RUE ROYALE
     PARIS CEDEX, FRANCE  75381

     **We Have Located Other Marks With This Owner**
     LOULOU                USPTO          Page 415
     LOU LOU               Common Law     Page 610

**Chronology:**
     **Filed:** DEC 04, 1986          **Serial Number:** 73-633,765
     **Published For Opposition:** MAY 26, 1987
     **Registered:** AUG 18, 1987    **Registration Number:** 1,452,801
     **Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                    SEC. 15 ACK.  APR 15, 1993

**Ownership Details:**
**Registrant:**
          L'OREAL S.A.
          FRANCE  CORPORATION
          14, RUE ROYALE
          PARIS CEDEX, FRANCE  75381
**Filing Correspondent:**
          RUSSELL H. FALCONER
          BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
          30 ROCKEFELLER PLAZA
          NEW YORK, N.Y. 10112

**Domestic Representative:** BRUMBAUGH, GRAVES, DONOHUE & RAYMOND

A-LULU

**A-LULU**

**Status:**    REGISTERED

>    **USPTO Status:** REGISTERED
>    **USPTO Status Date:** JUL 19, 2005

**Goods/Services:**

>    **International Class 3:**  NON-MEDICATED PET SHAMPOOS AND
>    CONDITIONERS
>    **First Used:** MAR 31, 2005  (INTL. CL. 3)
>    **In Commerce:** MAR 31, 2005

**Last Reported Owner:**

>    EXPRESS 2 RETAIL, LLC
>    NEW JERSEY  LIMITED LIABILITY CO.
>    150 MORRISTOWN ROAD, SUITE 110
>    BERNARDSVILLE, NEW JERSEY  07924

**Chronology:**

>    **Filed:** DEC 01, 2003        **Serial Number:** 78-334,782
>    **Published For Opposition:** OCT 05, 2004
>    **Registered:** JUL 19, 2005    **Registration Number:** 2,974,241

**Ownership Details:**
**Registrant:**

>    EXPRESS 2 RETAIL, LLC
>    NEW JERSEY  LIMITED LIABILITY CO.
>    150 MORRISTOWN ROAD, SUITE 110
>    BERNARDSVILLE, NEW JERSEY  07924

**Filing Correspondent:**

>    MARK S. KAUFMAN
>    THE LAW OFFICES OF MARK S. KAUFMAN
>    360 LEXINGTON AVENUE, SUITE 1600
>    NEW YORK NY 10017

US-212
**Group:** Five



**LOULOU**

**Status:**        REGISTERED

**USPTO Status:** SECTION 8 - ACCEPTED
**USPTO Status Date:** DEC 17, 1994

**Goods/Services:**

International Class 3:  PERFUME, TOILET WATER, TOILET SOAP,
DUSTING POWDER, BODY LOTIONS AND BODY CREAMS, AND
ANTIPERSPIRANTS

**Last Reported Owner:**

L'OREAL, S.A.
FRANCE  CORPORATION
14, RUE ROYALE
PARIS, FRANCE

**We Have Located Other Marks With This Owner**

LOULOU                          USPTO        Page 413

LOU LOU                      Common Law    Page 610

**Chronology:**

**Filed:** SEP 15, 1987        **Serial Number:** 73-684,394
**Published For Opposition:** NOV 29, 1988
**Registered:** FEB 21, 1989    **Registration Number:** 1,525,098
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED  DEC
17, 1994

**Ownership Details:**
**Registrant:**

L'OREAL, S.A.
FRANCE  CORPORATION
14, RUE ROYALE
PARIS, FRANCE

**Non-U.S. Registration Claimed:** 1384578
**Non-U.S. Registration Date:** DEC 16, 1986
**Lining Stippling:**

THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE
MARK AND DOES NOT INDICATE COLOR.

**Filing Correspondent:**

STEPHEN J. QUIGLEY
BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA

NEW YORK, NY 10112-0228

LOU LOU

**LOU LOU**

 **Worldwide Filings = 3**

**Status:**    REGISTERED
SECTION 44 (D)
FILED AS 44(D) APPLICATION
44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 10, 2002

**Goods/Services:**
**International Class 20:** FURNITURE, NAMELY, CHAIRS

**Last Reported Owner:**
VITRA PATENTE AG
SWITZERLAND  JOINT-STOCK CORPORATION
KLUNENFELDSTRASSE 22
CH-4132 MUTTENZ, SWITZERLAND

**Chronology:**
**Filed:** JAN 23, 2002       **Serial Number:** 76-361,158
**Published For Opposition:** SEP 17, 2002
**Registered:** DEC 10, 2002   **Registration Number:** 2,659,125

**Ownership Details:**
**Registrant:**
VITRA PATENTE AG
SWITZERLAND  JOINT-STOCK CORPORATION
KLUNENFELDSTRASSE 22
CH-4132 MUTTENZ, SWITZERLAND

**Non-U.S. Application Claimed:** 08051/2001
**Non-U.S. Application Date:** AUG 15, 2001
**Non-U.S. Application Country:** SWITZERLAND

**Non-U.S. Registration Claimed:** 492663
**Non-U.S. Registration Date:** DEC 11, 2001
**Non-U.S. Registration Country:** SWITZERLAND

**Filing Correspondent:**
WARREN E. OLSEN
FITZPATRICK, CELLA, HARPER & SCINTO
30 ROCKEFELLER PLAZA, 38H FLOOR

NEW YORK, NEW YORK 10112-3801

LOULOU

**LOULOU**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 11, 2002

**Goods/Services:**

**International Class 42:** RESTAURANT SERVICES

**Last Reported Owner:**

BEURRE NOISETTE, INC.

NEW YORK  CORPORATION

404 6TH STREET, APT. 1

BROOKLYN, NEW YORK  11215

**Chronology:**

**Filed:** AUG 14, 2000        **Serial Number:** 76-108,978

**Abandoned:** JUN 07, 2002

**Ownership Details:**

**Applicant:**

BEURRE NOISETTE, INC.

NEW YORK  CORPORATION

404 6TH STREET, APT. 1

BROOKLYN, NEW YORK  11215

**Filing Correspondent:**

THEODORE C. MAX

PHILLIPS NIZER BENJAMIN KRIM & BALLON LL

666 FIFTH AVENUE

NEW YORK, NEW YORK 10103-0084

**US-215**
**Group:** Five



### LOO-LOO

**Status:**  CANCELLED                              **Cancellation Section:** 8

USPTO Status: CANCELLED - SECTION 8
**USPTO Status Date:** DEC 07, 1990

**Goods/Services:**

**International Class 21:**  REMOVABLE ICE CHEST TRAY
**First Used:** FEB 16, 1983  (INTL. CL. 21)
**In Commerce:** FEB 16, 1983

**Last Reported Owner:**

MORGAN; MARSHALL M.
D.B.A. LOO-LOO ENTERPRISES
UNITED STATES  INDIVIDUAL
8210 BRAE ACRES DR.
HOUSTON, TEXAS  77074

**Chronology:**

**Filed:** APR 04, 1983          **Serial Number:** 73-420,113
**Published For Opposition:** APR 17, 1984
**Registered:** JUL 10, 1984     **Registration Number:** 1,285,284
**Cancelled:** JAN 15, 1991

**Ownership Details:**

**Registrant:**

MORGAN; MARSHALL M.
D.B.A. LOO-LOO ENTERPRISES
UNITED STATES  INDIVIDUAL
8210 BRAE ACRES DR.
HOUSTON, TEXAS  77074

**Design Phrase:**

THE MARK CONSISTS OF LOO-LOO IN FANCIFUL FORM.

**Filing Correspondent:**

NICK A. NICHOLS, JR.
GUNN, LEE & JACKSON
SUITE 1616
ELEVEN GREENWAY PLZ.
HOUSTON TX 77046

**LOOLOO**

**LooLoo**

**Status:**     ABANDONED
                INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** OCT 26, 2006

**Goods/Services:**
**International Class 11:** BIDETS

**Last Reported Owner:**
HAN, STEVEN
UNITED STATES  INDIVIDUAL
3068 MCKINLEY DRIVE
SANTA CLARA, CALIFORNIA  95051

**Chronology:**
**Filed:** MAY 17, 2005          **Serial Number:** 78-631,933
**Published For Opposition:** JAN 31, 2006
**Abandoned:** OCT 26, 2006

**Ownership Details:**
**Applicant:**
HAN, STEVEN
UNITED STATES  INDIVIDUAL
3068 MCKINLEY DRIVE
SANTA CLARA, CALIFORNIA  95051

**Filing Correspondent:**
HAN, STEVEN
3068 MCKINLEY DRIVE
SANTA CLARA, CA 95051

LUI LUI

## LUI LUI

`TTAB`

**Status:**    RENEWED

      **USPTO Status:** REGISTERED AND RENEWED
      **USPTO Status Date:** MAY 26, 2007

**Goods/Services:**
      **International Class 32:** BEER
      **International Class 42:** RESTAURANT SERVICES
      **First Used:** JUL 04, 1992 (INTL. CL. 32)
      **In Commerce:** JUL 04, 1992
      **First Used:** APR 17, 1991 (INTL. CL. 42)
      **In Commerce:** APR 17, 1991

**Last Reported Owner:**
      MARCO'S SPAGHETTI FACTORY, INC.
      DBA LUI LUI
      NEW HAMPSHIRE CORPORATION
      P.O. BOX 11
      WEST LEBANON, NEW HAMPSHIRE 03784

**Chronology:**
      **Filed:** MAR 04, 1993       **Serial Number:** 74-364,616
      **Published For Opposition:** SEP 14, 1993
      **Opposition/Cancellation Filed:** OCT 12, 1993
      **Registered:** APR 29, 1997       **Registration Number:** 2,056,522
      **Affidavit Section:** REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC.
      9 GRANTED MAY 26, 2007
      REGISTERED - SEC. 8 (6-YR) ACCEPTED &
      SEC. 15 ACK.
      OCT 20, 2003
      **Last Renewed:** APR 29, 2007

---

## Trademark Trials and Appeal Board (TTAB) Information:    `TTAB`

**Opposition Number:** 91092751
**Outcome:** TERMINATED, MAR 12, 1997

| **Plaintiff:** | **Defendant:** |
|---|---|
| LITTLE CAESAR ENTERPRISES, INC. | MARCO'S SPAGHETTI FACTORY, INC. |
| **Mark:** PIZZA PIZZA | **Mark:** LUI LUI |
| **Registration Number:** 1,194,416 | **Registration Number:** 2,056,522 |

**Serial Number:** 73-065,389
**Correspondent:**

STEPHANIE K. WADE
BROWNSTEIN, ZEIDMAN AND LORE
SUITE 900 1401 NEW YORK
AVENUE, N.W.
WASHINGTON, DC 20005

**Serial Number:** 74-364,616
**Trademark Defendant**
**Correspondent:**

JOSEPH D. LEWIS
CLEARY & KOMEN
600 PENNSYLVANIA AVENUE, S.E.
SUITE 200
WASHINGTON, DC 20003-4304

**TTAB Entry:** #25 BOARD'S DECISION: DISMISSED W/O PREJUDICE, MAR 12, 1997
**TTAB Entry:** #24 TERMINATED, MAR 12, 1997

**Ownership Details:**
**Registrant:**

> MARCO'S SPAGHETTI FACTORY, INC.
> DBA LUI LUI
> NEW HAMPSHIRE  CORPORATION
> P.O. BOX 11
> WEST LEBANON, NEW HAMPSHIRE  03784

**Filing Correspondent:**

> JOSEPH D. LEWIS
> BARNES & THORNBURG LLP
> SUITE 900
> 750 17TH STREET, NW
> WASHINGTON DC 20006

This page was intentionally left blank.

## State Summary Page

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|

### GROUP ONE

| | | | | | | | |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 1. LULU'S | Registered | 25 | DEBRA A. CANNON | 110233 | CA | 436 | ☐ |
| 2. LULU'S | Registered | 35 | COLLEEN L. CANNON | 59260 | CA | 438 | ☐ |
| 3. LULU'S | Not renewed | 25 | LULUS ENGLEWOOD | 6281 | NJ | 440 | ☐ |
| 4. LOO LOO | Not renewed | 25 | CHANAL IMPORT, INC. | R23845 | NY | 441 | ☐ |

### GROUP TWO

**No Group Two Matches**

### GROUP THREE

| | | | | | | | |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 5. LU | Registered | 25 | LOLITA S.A. | 62691 | PR | 442 | ☐ |
| 6. LU | Registered | 35 | LOLITA, S.A. | 62686 | PR | 443 | ☐ |
| 7. LULY | Renewed | 35, 42 | LULY YANG | 29050 | WA | 444 | ☐ |

### GROUP FOUR

| | | | | | | | |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 8. LULUWORLD | Registered | 42 | GARRIE STEVEN BRAY | 58428 | TX | 445 | ☐ |
| 9. LULU TECHNOLOGIES | Registered | 42 | GARRIE STEVEN BRAY | 56965 | TX | 446 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| **10. LULU'S OLDIES & JITTERBUG SINGLES** | | | | | | | |
| | Expired | 35, 42 | LULU'S STUFF INC | 70507 | IL | 447 | ☐ |
| **11. LULU PRODUCTIONS** | | | | | | | |
| | Renewed | 9, 16, 25 | CHERI MARDON | 241660 | HI | 448 | ☐ |
| **12. LULU'S FASHION LOUNGE** | | | | | | | |
| | Registered | 25 | COLLEEN L. CANNON | 110232 | CA | 449 | ☐ |
| **13. LULU GIRL STUFF GIRLS CAN'T LEAVE BEHIND** | | | | | | | |
| | Registered | 25, 35 | LULU GIRL LLC | T2003115 | FL | 451 | ☐ |
| **14. LULU WHITE / STORYVILLE, NEW ORLEANS** | | | | | | | |
| | Registered | 24, 35 | BEVERLY S. MCKENNA | N/A | LA | 452 | ☐ |
| **15. LULU'S FASHION LOUNGE** | | | | | | | |
| | Registered | 35 | DEBRA A. CANNON | 59261 | CA | 453 | ☐ |
| **16. LULU BAGS** | | | | | | | |
| | Registered | 18 | JENNY ADAMS | N/A | SC | 455 | ☐ |
| **17. LULU'S LILYPAD** | | | | | | | |
| | Registered | 20, 24, 25, 28, 35 | MICHELLE HENDERSON | 8160 | VT | 456 | ☐ |
| **18. LULU BOUTIQUE** | | | | | | | |
| | Expired | 42 | ELIZABETH ANN BOND SCHOEFFEL | 42000 | CA | 457 | ☐ |
| **19. LULU WHITE** | | | | | | | |
| | Not renewed | 41 | CHESTER F. ENGLISH III | 28042 | MA | 459 | ☐ |
| **20. LULU'S NURSERY SCHOOL** | | | | | | | |
| | Expired | 41, 42 | DEMETRIO PEREZ, JR. | T14706 | FL | 460 | ☐ |
| **21. LOU LOU INTIMATES** | | | | | | | |
| | Expired | 25 | CALIFORNIA TRENDS, INC. | 74303 | CA | 461 | ☐ |
| **22. COCOLULU** | | | | | | | |
| | Renewed | 9, 14, 20, 24, 25 | EXIV USA, INC. | 241678 | HI | 462 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 23. LINDY'S LOO LOOS | | | | | | | |
| | Registered | 16 | LINDA ROSS SWANSON | T35286 | OR | 463 | ☐ |
| 24. LULU PINK | | | | | | | |
| | Registered | 18 | KAREN JOHNSON | 111283 | CA | 464 | ☐ |
| 25. LU SYSTEMS | | | | | | | |
| | Registered | 42 | LU BENNETT | TN931209 02 | NM | 465 | ☐ |
| 26. LU | | | | | | | |
| | Not renewed | 41, 42 | THE CURATORS OF LIN COLN UNIVERSITY | S12601 | MO | 466 | ☐ |
| 27. LU CUZZ | | | | | | | |
| | Registered | 25 | NOLAN R GIBBS WOODL AWN | 10669 | OH | 467 | ☐ |
| 28. LU BY LOLITA | | | | | | | |
| | Registered | 25 | LOLITA, S.A. | 62690 | PR | 468 | ☐ |
| 29. LUAU | | | | | | | |
| | Not renewed | 25 | SRA. ANNIE LOPEZ RAM IREZ | 31632 | PR | 469 | ☐ |
| 30. CHOL-CHU-LU-LI | | | | | | | |
| | Registered | 25 | TED BERKEY | 105234 | CA | 470 | ☐ |

## GROUP FIVE

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 31. LULU'S | | | | | | | |
| | Registered | 29, 30 | LULU'S HOT DOGS INC. | N/A | VA | 471 | ☐ |
| 32. LULU'S | | | | | | | |
| | Registered | 30 | MEXICO AND WESTSIDE CONNECTIONS INC. | 87529 | CA | 472 | ☐ |
| 33. LULU'S | | | | | | | |
| | Registered | 43 | LULU'S HOT DOGS INC. | N/A | VA | 473 | ☐ |
| 34. LULU | | | | | | | |
| | Registered | 44 | LETICIA ALLEN | S23174 | GA | 474 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 35.  LULU'S | | | | | | | |
| | Not renewed | 42 | BEEHIVE, INC. | 19891049 953 | CO | 475 | ☐ |
| 36.  LULU'S | | | | | | | |
| | Not renewed | 35 | LULUS ENGLEWOOD | 6280 | NJ | 476 | ☐ |
| 37.  LULU | | | | | | | |
| | Not renewed | 36 | HONFED BANK, A FEDE RAL SAVINGS BANK | 112968 | HI | 477 | ☐ |

## ANALYST REVIEW - STATE REPORT

Search Information

Type of Search: **BRAND EXPANSION SRCH**
Mark: **LULU**
Goods/Services: **RECORDABLE AND PRE-RECORDED MEDIA; COMPUTER SOFTWARE AND HARDWARE; PUBLICATIONS AND OTHER PRINTED MATERIALS; BAGS; PACKS; AND LEATHER ACCESSORIES; CLOTHING; FOOTWEAR; AND HEADWEAR; BUSINESS AND ADVERTISING SERVICES; TELECOMMUNICATIONS SERVICES; EDUCATIONAL AND ENTERTAINMENT SERVICES; PUBLISHING SERVICES; SCIENTIFIC AND TECHNICAL SERVICES; WEBSITE SERVICES; COMPUTER CONSULTING SERVICES; SOCIAL NETWORKING SERVICES.**

Data Information

This search report covers State Trademark data updated on **09/04/2007**. While we make diligent efforts to secure timely updates from each state, the currentness of trademark information varies by state. See the chart below for the dates of most recent registration for each state.

| STATE NAME | | REGISTRATIONS THROUGH | STATE NAME | | REGISTRATIONS THROUGH |
|---|---|---|---|---|---|
| ALABAMA | + | 05/16/2007 | MONTANA | + | 09/29/2006 |
| ALASKA | + | 07/03/2006 | NEBRASKA | + | 06/29/2007 |
| AMERICAN SAMOA | | 03/29/2005 | NEVADA | + | 03/05/2007 |
| ARIZONA | + | 12/29/2006 | NEW HAMPSHIRE | + | 07/07/2004 |
| ARKANSAS | | 06/29/2007 | NEW JERSEY | + | 03/30/2007 |
| CALIFORNIA | + | 05/30/2007 | NEW MEXICO | + | 05/31/2007 |
| COLORADO | + | 05/21/2007 | NEW YORK | + | 03/08/2007 |
| CONNECTICUT | + | 05/31/2007 | NORTH CAROLINA | | 05/30/2006 |
| DELAWARE | + | 06/28/2006 | NORTH DAKOTA | + | 04/24/2007 |
| FLORIDA | + | 02/26/2007 | OHIO | | 04/27/2007 |
| GEORGIA | + | 05/02/2007 | OKLAHOMA | + | 01/26/2006 |
| HAWAII | + | 03/14/2007 | OREGON | + | 05/31/2007 |
| IDAHO | | 04/26/2007 | PENNSYLVANIA | | 02/28/2003 |
| ILLINOIS | | 04/26/2007 | *PUERTO RICO | | 04/02/2007 |
| INDIANA | + | 06/20/2006 | RHODE ISLAND | + | 03/30/2007 |
| IOWA | + | 05/03/2007 | SOUTH CAROLINA | + | 03/28/2007 |
| KANSAS | + | 05/31/2007 | SOUTH DAKOTA | + | 07/06/2007 |
| KENTUCKY | + | 05/10/2007 | TENNESSEE | + | 05/31/2007 |
| LOUISIANA | + | 05/31/2007 | TEXAS | + | 11/14/2006 |
| MAINE | + | 04/30/2007 | UTAH | + | 05/31/2007 |
| MARYLAND | | 02/26/2007 | VERMONT | + | 11/13/2006 |
| MASSACHUSETTS | + | 04/27/2007 | VIRGINIA | + | 12/29/2006 |
| MICHIGAN | | 06/13/2007 | WASHINGTON | + | 05/09/2007 |
| MINNESOTA | + | 05/30/2007 | WEST VIRGINIA | + | 12/13/2006 |
| MISSISSIPPI | + | 06/15/2006 | WISCONSIN | + | 06/20/2007 |
| MISSOURI | + | 06/25/2007 | WYOMING | + | 12/24/2003 |

Updating of the US State Trademark Database is provided by license with and permission of CT Corsearch.

+ Indicates that our trademark database for this state contains images, packaging samples and specimens of use filed with trademark applications.

* Because of the manual nature of data collection for Puerto Rico, we are unable to guarantee that all records through the coverage date are included.

In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database). The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web. Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner. Owner Matching is an alphabetical, word for word match. Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

Owner Information

Owner Information provides business information about the last reported owner of a trademark, based on a programmatic matching of USPTO, State and certain Common Law trademark records and any business information associated with the trademark owner. We do not guarantee the accuracy of the programmatic matching nor the accuracy of the business information provided by our third party vendors.

Analyst Information

Name:        **ANN ARNOLD**
Comments:    **I developed the following search strategy to provide a comprehensive, accurate report. These queries, listed below, retrieved <u>634</u> potential references from the database. After careful review and analysis I have selected <u>37</u> records for your review.**

             **THERE ARE ADDITIONAL ″LULU″ FORMATIVES AND ″LU,″ ″LOU,″ AND ″LEW″ FORMATIVES FOR RELATED GOODS AND SERVICES.**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK GOODS PREFIX | LULU <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 4 |
| 2. | EXACT MARK GOODS PREFIX | THELULU <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 3. | EXACT MARK | LULU | 9,16,18,25,28,35,38,41, 42,45 | 3 |
| 4. | EXACT MARK | THELULU | 9,16,18,25,28,35,38,41, 42,45 | 0 |
| 5. | EXACT MARK | L(U,UE,OO,EW,OU, IEU,UW)L(U,UE,OO, EW,OU,IEU,UW) | ALL CLASSES | 6 |
| 6. | EXACT MARK | L(U,UE,OO,EW,OU, IEU,UW)L(U,UE,OO, OU,IEU)S | ALL CLASSES | 0 |
| 7. | EXACT MARK | THEL(U,UE,OO,EW, OU,IEU,UW)L(U,UE, OO,EW,OU,IEU,UW) | ALL CLASSES | 0 |
| 8. | EXACT MARK | THEL(U,UE,OO,EW, OU,IEU,UW)L(U,UE, OO,OU,IEU)S | ALL CLASSES | 0 |
| 9. | WORD | LULU <and> | ALL CLASSES | 13 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | GOODS PREFIX | (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | | |
| 10. | WORD | LULU | 9,16,18,25,28,35,38,41, 42,45 | 9 |
| 11. | PREFIX | LULU | 9,16,18,25,28,35,38,41, 42,45 | 1 |
| 12. | SUFFIX | LULU | 9,16,18,25,28,35,38,41, 42,45 | 94 |
| 13. | PREFIX | LULU | ALL CLASSES | 16 |
| 14. | LETTERSTRING | LULU | ALL CLASSES | 180 |
| 15. | PREFIX | LULLU | ALL CLASSES | 0 |
| 16. | LETTERSTRING | LULLU | ALL CLASSES | 0 |
| 17. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L(U,OO,OU, EW,IEU) | ALL CLASSES | 9 |
| 18. | LETTERSTRING | L(U,UE,OO,EW,OU, IEU,UW)L(U,OO,OU, EW,IEU) | ALL CLASSES | 0 |
| 19. | LETTERSTRING | L(U,UE,OO,EW,OU, IEU,UW)LL(U,OO,OU, EW,IEU) | ALL CLASSES | 0 |
| 20. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)LL(U,OO,OU, EW,IEU) | ALL CLASSES | 0 |
| 21. | PREFIX GOODS PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 5 |
| 22. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L | 9,16,18,25,28,35,38,41, 42,45 | 9 |
| 23. | WORD | L(U,UE,OO,EW,OU, IEU,UW) | 9,16,18,25,28,35,38,41, 42,45 | 48 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 24. | WORD | L(U,UE,OO,EW,OU, IEU,UW)S | 9,16,18,25,28,35,38,41, 42,45 | 2 |
| 25. | WORD GOODS PREFIX | L(U,UE,OO,EW,OU, IEU,UW)S <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 1 |
| 26. | WORD GOODS PREFIX | L(U,UE,OO,EW,OU, IEU,UW) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 27. | PREFIX | LUL | ALL CLASSES | 6 |
| 28. | PREFIX | L(OO,UE,EW,OU,IEU, EW)L | ALL CLASSES | 2 |
| 29. | PREFIX | L(OO,UE,EW,OU,IEU, EW)L | ALL CLASSES | 3 |
| 30. | SUFFIX GOODS PREFIX | U(L,LL)(U,US) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 10 |
| 31. | SUFFIX | U(L,LL)(U,US) | 9,16,18,25,28,35,38,41, 42,45 | 18 |
| 32. | EXACT MARK GOODS PREFIX | LU(0-3 characters) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 22 |
| 33. | EXACT MARK | LU(0-3 characters) | 9,16,18,25,28,35,38,41, 42,45 | 58 |
| 34. | EXACT MARK | LU(0-4 characters) | 9,16,18,25,28,35,38,41, 42,45 | 34 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 35. | EXACT MARK<br><br>GOODS PREFIX | LU(0-4 characters) <and><br>(RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 36. | EXACT MARK<br><br>GOODS PREFIX | L(OU,EW,OO)(0-4 characters) <and><br>(RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 8 |
| 37. | EXACT MARK | L(OU,EW,OO)(0-4 characters) | 9,16,18,25,28,35,38,41, 42,45 | 18 |
| 38. | EXACT MARK | (0-4 characters)L(OU, EW,OO) | 9,16,18,25,28,35,38,41, 42,45 | 2 |
| 39. | EXACT MARK<br><br>GOODS PREFIX | (0-4 characters)L(OU, EW,OO) <and><br>(RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 40. | EXACT MARK<br><br>GOODS PREFIX | (0-4 characters)L(OU, EW,OO)S <and><br>(RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 4 |
| 41. | EXACT MARK | (0-4 characters)L(OU, EW,OO)S | 9,16,18,25,28,35,38,41, 42,45 | 1 |
| 42. | WORD<br><br>WORD | L(U,OU,UE,OO,EW, IEU,UW) <and><br>L(U,OU,UE,OO,EW, IEU,UW) | ALL CLASSES | 0 |
| 43. | WORD<br><br>WORD | L(U,OU,UE,OO,EW, IEU,UW) <and><br>L(U,OU,UE,OO,EW, IEU,UW) | ALL CLASSES | 0 |
| 44. | PREFIX | LUL | ALL CLASSES | 14 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 45. | PREFIX | L(UE,OO,EW,OU,IEU,UW)L | ALL CLASSES | 0 |
| 46. | WORD | LU | ALL CLASSES | 8 |
| 47. | WORD | LUS | ALL CLASSES | 0 |
| 48. | WORD | L(UE,OO,EW,OU,IEU,UW) | ALL CLASSES | 26 |
| 49. | WORD | L(UE,OO,EW,OU,IEU,UW)S | ALL CLASSES | 0 |
| 50. | WORD<br>GOODS PREFIX | L(U,OU,EW,IEU,UE,UW) \<and\><br>(SOCIAL,SCIEN,PUBLISH,EDUCAT,ENTERTAIN,CLOTH,APPAREL,FOOTW) | ALL CLASSES | 0 |
| 51. | PREFIX<br>GOODS PREFIX | L(U,OU,EW,IEU,UE,UW)L \<and\><br>(SOCIAL,SCIEN,PUBLISH,EDUCAT,ENTERTAIN,CLOTH,APPAREL,FOOTW) | ALL CLASSES | 0 |
| 52. | WORD<br>GOODS PREFIX | L(U,US) \<and\><br>(SOCIAL,SCIEN,PUBLISH,EDUCAT,ENTERTAIN,CLOTH,APPAREL,FOOTW) | ALL CLASSES | 0 |

Class Identification

| | |
|---|---|
| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
| 16 | PAPER GOODS AND PRINTED MATTER |
| 18 | LEATHER GOODS |
| 25 | CLOTHING |
| 28 | TOYS AND SPORTING GOODS |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 38 | COMMUNICATIONS SERVICES |
| 41 | EDUCATION AND ENTERTAINMENT SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |
| 45 | PERSONAL, SOCIAL AND SECURITY SERVICES |

# LULU'S

**LULU'S**

**State:**      CALIFORNIA

**Status:**      REGISTERED
**Date Registered:**  JUL 19, 2004
**Registration No.:**  110233

**Goods/Services:**  **International Class: 25**
CLOTHING, NAMELY, SHIRTS, BELTS, PANTS,
UNDERWEAR, SLEEPWEAR
**State Class:** 25

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| AUG 31, 1996 | AUG 31, 1996 |

**Registrant:**

DEBRA A. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

<u>We Have Located Other Marks With This Owner</u>

| LULU'S | State | Page 438 |
|---|---|---|
| LULU'S FASHION LOUNGE | State | Page 449 |
| LULU'S FASHION LOUNGE | State | Page 453 |

COLLEEN L. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

<u>We Have Located Other Marks With This Owner</u>

| LULU'S | State | Page 438 |
|---|---|---|
| LULU'S FASHION LOUNGE | State | Page 449 |
| LULU'S FASHION LOUNGE | State | Page 453 |

**Manner Of Display:**

USED ON LABELS AND TAGS AFFIXED TO THE GOODS,
LABELS AND TAGS AFFIXED TO THE CONTAINERS OF THE
GOODS, BY PRINTING IT DIRECTLY ONTO THE GOODS, BY
PRINTING IT DIRECTLY ONTO THE CONTAINERS FOR THE
GOODS

**Filing Correspondent:**

LISA L. NIXON, ESQ.
DOWNEY BRAND LLP

555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CALIFORNIA 95814

**In-Use Information**

| | |
|---|---|
| **Citation Link:** | None Found |
| **Owner Link:** | None Found |
| **In-Use Link:** | None Found |

# LULU'S

## LULU'S

**State:**            CALIFORNIA

**Status:**           REGISTERED
**Date Registered:**  JUN 01, 2004
**Registration No.:** 59260

**Goods/Services:**   **International Class: 35**
                      RETAIL CLOTHING STORES
                      **State Class:** 35
                      **First Use In State:**          **First Use Anywhere:**
                      AUG 31, 1996                     AUG 31, 1996

**Registrant:**
                      COLLEEN L. CANNON
                      GENERAL PARTNERSHIP
                      212 MAIN ST.
                      CHICO, CALIFORNIA 95928

                      **We Have Located Other Marks With This Owner**

                      LULU'S                          State          Page 436
                      LULU'S FASHION LOUNGE           State          Page 449
                      LULU'S FASHION LOUNGE           State          Page 453

                      DEBRA A. CANNON
                      GENERAL PARTNERSHIP
                      212 MAIN ST.
                      CHICO, CALIFORNIA 95928

                      **We Have Located Other Marks With This Owner**

                      LULU'S                          State          Page 436
                      LULU'S FASHION LOUNGE           State          Page 449
                      LULU'S FASHION LOUNGE           State          Page 453

**Manner Of Display:**
                      USED ON BUSINESS SIGNS, ADVERTISING BROCHURES,
                      ADVERTISING LEAFLETS, BUSINESS CARDS, LETTER-
                      HEADS

**Filing Correspondent:**
                      LISA L. NIXON, ESQ.
                      DOWNEY BRAND SEYMOUR & ROHWER
                      555 CAPITOL MALL, 10TH FLOOR
                      SACRAMENTO, CALIFORNIA 95814

**In-Use Information**

**Citation Link:**    None Found
**Owner Link:**       None Found
**In-Use Link:**      None Found

# LULU'S

## LULU'S

**State:**            NEW JERSEY

**Status:**           NOT RENEWED

**Date Registered:**  DEC 02, 1985

**Registration No.:** 6281

**Goods/Services:**   **International Class: 25**

                      CLOTHING

**Registrant:**

                      LULUS ENGLEWOOD  NEW JERSEY

                      **We Have Located Other Marks With This Owner**

                      LULU'S                State        Page 476

**In-Use Information**

  **Citation Link:**  None Found

  **Owner Link:**     None Found

  **In-Use Link:**    None Found

# LOO LOO

**LOO LOO**

**State:**            NEW YORK

**Status:**           NOT RENEWED
**Date Registered:**  JUN 13, 1985
**Registration No.:** R23845

**Goods/Services:**   **International Class:  25**
                      LADIES SHOES
                      **State Class:** 39
                      **First Use In State:**        **First Use Anywhere:**
                      MAR 26, 1986                   MAR 26, 1986

**Design Phrase:**    THE WORDS "LOO LOO"(FANCIFUL)WITH PAIRS OF EYES
                      AND BLOSSOM.

**Registrant:**

                      CHANAL IMPORT, INC.
                      NEW YORK CORPORATION
                      9802 218TH STREET
                      NEW YORK, (NEW YORK CO.) NEW YORK

                      **We Have Located Other Marks With This Owner**

                      LOO LOO                        USPTO           Page 71

**Manner Of Display:**

                      APPLIED ON LABELS AND/OR CONTAINERS

**In-Use Information**
  **Citation Link:**  None Found
  **Owner Link:**     None Found
  **In-Use Link:**    None Found

**LULU**

LU

**LU**

**State:** PUERTO RICO

**Status:** REGISTERED
**Date Registered:** JAN 10, 2004
**Registration No.:** 62691

**Goods/Services:** **International Class: 25**
CLOTHING, SHOES
**State Class:** 25

**Registrant:**

LOLITA S.A.
RIO NEGRO 1338 PISO 01
MONTEVIDEO,
URUGUAY

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LU | USPTO | Page 116 |
| LU | State | Page 443 |
| LU BY LOLITA | State | Page 468 |

LU

**LU**

**State:**              PUERTO RICO

**Status:**             REGISTERED
**Date Registered:**    SEP 30, 2005
**Registration No.:**   62686

**Goods/Services:**     **International Class:  35**
                        ADVERTISING AND BUSINESS
                        **State Class:** 35

**Registrant:**

                        LOLITA, S.A.
                        CITY/STATE NOT LISTED,

                        **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LU | USPTO | Page 116 |
| LU | State | Page 442 |
| LU BY LOLITA | State | Page 468 |

# LULY

## LULY

**State:**            WASHINGTON

**Status:**           RENEWED
**Date Registered:**  AUG 02, 2000
**Registration No.:** 29050
**Renewed:**          AUG 25, 2006

**Goods/Services:**   **International Class: 42, 35**
                      SERVICES DESIGN OF ALL AREAS & PRODUCTS, & BRAND
                      OF DESIGNER LINE OF ACCESSORIES, PACKAGING,
                      CLOTHING DESIGNER PRODUCTS, RETAIL/WHOLESALE.
                      **State Class:** 35,41

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| 1978 | DEC, 1967 |

**Registrant:**

                      LULY YANG
                      WASHINGTON INDIVIDUAL
                      1415 2ND AVE., #1209
                      SEATTLE, WASHINGTON 98101
                      TEL: 206-623-7550

**Renewed To:**       LULY YANG
                      1218 FOURTH AVENUE
                      SEATTLE, WASHINGTON 98101

**Manner Of Display:**
                      MARKETING & BRANDING OF DESIGN SERVICES, VISUAL
                      COMMUNICATIONS, GRAPHIC DESIGN, SHOWROOM NAME
                      AND STUDIO NAME, LABEL FOR DESIGNER PRODUCTS.

# LULUWORLD

**LULUWORLD**

**State:**          TEXAS

**Status:**          REGISTERED
**Date Registered:** FEB 17, 1999
**Registration No.:** 58428

**Goods/Services:** **International Class: 42**
                    WEB SITE DESIIGN AND HOSTING AND INTERNET
                    SOFTWARE AND A WEB PORTAL FOR BUSINESSES,
                    ORGANIZATIONS AND SCHOOLS. IT IS THE NAME OF THE
                    PORTAL AND BRANDS THE SOFTWARE AND SERVICES
                    **State Class:** 42
                    **First Use In State:**      **First Use Anywhere:**
                    OCT 01, 1998              OCT 01, 1998

**Registrant:**

                    GARRIE STEVEN BRAY
                    DBA LULU TECHNOLOGIES
                    307 E 2ND STREET
                    AUSTIN, TEXAS 78701

                    <u>We Have Located Other Marks With This Owner</u>

                    <u>LULU TECHNOLOGIES</u>          State          Page 446

**Manner Of Display:**
                    USED ON ALL WEB PAGES, IDENTIFYING THE PORTAL, ON
                    ALL DOCUMENTATION, AND ON ALL MARKETING
                    MATERIAL.



**LULU TECHNOLOGIES**

**State:**               TEXAS

**Status:**              REGISTERED

**Date Registered:**     JUL 29, 1997

**Registration No.:**    56965

**Goods/Services:**      **International Class: 42**

COMPUTER SOFTWARE DEVELOPMENT

**State Class:** 42

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| DEC 31, 1996 | DEC 31, 1996 |

**Design Phrase:**       A LINE DRAWING WITH DOG AND THE WORDS ″LULU
TECHNOLOIGES″ UNDERNEATH.

**Registrant:**

GARRIE STEVEN BRAY

DBA LULU TECHNOLOGIES

510 BULIAN LANE

AUSTIN, TEXAS 78746

**We Have Located Other Marks With This Owner**

LULUWORLD                    State              Page 445

**Manner Of Display:**

AFFIXED TO LABELS ON DISKETTES, TO PACKAGING
MATERIAL, TO DOCUMENTATION ABOUT THE SOFTWARE,
AND TO ADVERTISING FOR THE SOFTWARE.

LULU'S OLDIES &
JITTERBUG
SINGLES

**LULU'S OLDIES & JITTERBUG SINGLES**

**State:**             ILLINOIS

**Status:**            EXPIRED
**Date Registered:**   MAY 12, 1992
**Registration No.:**  70507
**Expiration Date:**   MAY 12, 2002

**Goods/Services:**    **International Class:  35, 42**
                       CONSULTING FOR BANQUET HALLS HOTELS RESTAU-
                       RANTS AND SOCIAL EVENTS DANCES FOR MIDDLE AGE
                       SINGLE PEOPLE
                       **First Use In State:**        **First Use Anywhere:**
                       APR 13, 1992                   APR 13, 1992

**Registrant:**

                       LULU'S STUFF INC
                       10238 WEST HILLTOP DRIVE
                       ORLAND PARK, ILLINOIS 60462

LULU
PRODUCTIONS

**LULU PRODUCTIONS**

**State:**              HAWAII

**Status:**             RENEWED
**Date Registered:**  JUL 26, 2000
**Registration No.:**  241660
**Renewed:**           APR 19, 2001
**Renewal**
**Registration No.:**  249935

**Goods/Services:**   **International Class:  9, 16, 25**
                      COMMUNICATION PRODUCTS SUCH AS, BUT NOT LIMITED
                      TO, FILMS, VIDEOS, AUDIO, BOOKS, CLOTHING AND ART
**Registrant:**
                      CHERI MARDON
                      SOLE PROPRIETOR
                      P.O. BOX 89576
                      HONOLULU, HAWAII 96830

**Renewed To:**        CHERI MARDON
                      SOLE PROPRIETOR
                      PO BOX 89576
                      HONOLULU, HAWAII 96830

**Manner Of Display:**
                      USED ON LABELS OR PRODUCT CONTAINERS



**LULU'S FASHION LOUNGE**

| | |
|---|---|
| **State:** | CALIFORNIA |
| **Status:** | REGISTERED |
| **Date Registered:** | JUL 19, 2004 |
| **Registration No.:** | 110232 |

**Goods/Services:** **International Class:** 25
CLOTHING, NAMELY, SHIRTS, BELTS, PANTS, UNDERWEAR, SLEEPWEAR
**State Class:** 25

**First Use In State:** **First Use Anywhere:**
AUG 31, 1996 AUG 31, 1996

**Design Phrase:** DESIGN OF THE WORD "LULU'S" IN CURSIVE WRITING, WITH A STAR IN PLACE OF THE APOSTROPHE, WITHIN A DOUBLE OVAL, AND THE WORDS "FASHION LOUNGE" IN BLOCK LETTERING BENEATH THE OVALS

**Registrant:**

COLLEEN L. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| LULU'S | State | Page 436 |
|---|---|---|
| LULU'S | State | Page 438 |
| LULU'S FASHION LOUNGE | State | Page 453 |

DEBRA A. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| LULU'S | State | Page 436 |
|---|---|---|
| LULU'S | State | Page 438 |
| LULU'S FASHION LOUNGE | State | Page 453 |

**Manner Of Display:**

USED ON LABELS AND TAGS AFFIXED TO THE GOODS, LABELS AND TAGS AFFIXED TO THE CONTAINERS OF THE GOODS, BY PRINTING IT DIRECTLY ONTO THE GOODS, BY PRINTING IT DIRECTLY ONTO THE CONTAINERS FOR THE

GOODS

**Filing Correspondent:**

LISA L. NIXON, ESQ.

DOWNEY BRAND LLP

555 CAPITOL MALL, 10TH FLOOR

SACRAMENTO, CALIFORNIA 95814



**LULU GIRL STUFF GIRLS CAN'T LEAVE BEHIND**

**State:**               FLORIDA

**Status:**              REGISTERED
**Date Registered:**     JAN 29, 2003
**Registration No.:**    T2003115

**Goods/Services:**      **International Class:  35, 25**
                         RETAIL STORE SERVICES FEATURING FASHION ACCESSO
                         RIES; CHILDRENS AND JUNIORS CLOTHING, SHOES AND
                         HATS
                         **State Class:** 25,35

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| JAN 08, 2002 | JAN 08, 2002 |

**Design Phrase:**       A DESIGN OF A GIRL WITH THE NAME ″LULU GIRL″ AND
                         THE TAGLINE ″STUFF GIRLS CAN'T LEAVE BEHIND.″

**Registrant:**

OWNER INFO                LULU GIRL LLC
                         FLORIDA LIMITED LIABILITY COMPANY
                         6003 NW 91ST AVENUE
                         PARKLAND, FLORIDA 33067
                         TEL:  954-796-2477

**Manner Of Display:**
                         USED ON ITEM SOLD IN RETAIL STORES, LABELS,
                         HANGTAGS, IMPRINTED, MONOGRAMS AND DECALS;
                         ALSO TO BE USED AS A STORE SIGN, BUSINESS CARD,
                         PRINT ADVERTISING, STATIONERY, PROMOTIONAL ITEMS,
                         BUSINESS CHECKS, POSTERS AND BILL BOARDS

LULU WHITE /
STORYVILLE, NEW
ORLEANS

**LULU WHITE / STORYVILLE, NEW ORLEANS**

**State:**          LOUISIANA

**Status:**          REGISTERED
**Date Registered:** DEC 10, 1997

**Goods/Services:**  **International Class:  24, 35**
                    LINGERIE, RETAIL GIFT SHOP
                    **State Class:** 3,14,16,25,34,35
                    **First Use In State:**        **First Use Anywhere:**
                    MAY 01, 1997                  MAY 01, 1997

**Registrant:**
                    BEVERLY S. MCKENNA
                    2301 ESPLANADE AVENUE
                    NEW ORLEANS, LOUISIANA 70119

## LULU'S FASHION LOUNGE

**LULU'S FASHION LOUNGE**

**State:**              CALIFORNIA

**Status:**             REGISTERED
**Date Registered:**    JUN 01, 2004
**Registration No.:**   59261

**Goods/Services:**     **International Class: 35**
                        RETAIL CLOTHING STORES
                        **State Class:** 35
                        **First Use In State:**        **First Use Anywhere:**
                        AUG 31, 1996                   AUG 31, 1996

**Registrant:**

                        DEBRA A. CANNON
                        GENERAL PARTNERSHIP
                        212 MAIN ST.
                        CHICO, CALIFORNIA 95928

                        <u>We Have Located Other Marks With This Owner</u>

                        LULU'S                  State          Page 436
                        LULU'S                  State          Page 438
                        LULU'S FASHION LOUNGE   State          Page 449

                        COLLEEN L. CANNON
                        GENERAL PARTNERSHIP
                        212 MAIN ST.
                        CHICO, CALIFORNIA 95928

                        <u>We Have Located Other Marks With This Owner</u>

                        LULU'S                  State          Page 436
                        LULU'S                  State          Page 438
                        LULU'S FASHION LOUNGE   State          Page 449

**Manner Of Display:**

                        USED ON BUSINESS SIGNS, ADVERTISING BROCHURES,
                        ADVERTISING LEAFLETS, BUSINESS CARDS, LETTER-
                        HEADS

**Filing Correspondent:**

                        LISA L. NIXON, ESQ.
                        DOWNEY BRAND
                        555 CAPITOL MALL, 10TH FLOOR

SACRAMENTO, CALIFORNIA 95814

**LULU BAGS**



**State:**            SOUTH CAROLINA

**Status:**           REGISTERED
**Date Registered:** MAY 05, 2004

**Goods/Services:**  **International Class: 18**
                     CUSTOM MADE HANDBAGS
                     **State Class:** 25
                     **First Use In State:**        **First Use Anywhere:**
                     JAN 01, 2004                    JAN 01, 2004

**Design Phrase:**   THE DESIGN CONSISTS OF THE WORDS ″LULU BAGS″
                     AND A LADY BUG.

**Registrant:**

OWNER INFO            JENNY ADAMS
                      INDIVIDUAL
                      217 PICKENS ST.
                      CLUMBIA, SOUTH CAROLINA 29205

**Manner Of Display:**
                      USED ON LABELS, BUSINESS CARDS, ADVERTISEMENTS

## LULU'S LILYPAD

**LULU'S LILYPAD**

**State:**            VERMONT

**Status:**          REGISTERED
**Date Registered:** JAN 20, 2004
**Registration No.:** 8160

**Goods/Services:** **International Class:  35, 25, 20, 28, 24**
RETAIL; CHILDREN'S CLOTHING AND ACCESSORIES, BABY
SHOWER GIFTS, TOYS, LINENS
**State Class:** 39
**First Use In State:**
NOV 01, 2003

**Registrant:**
MICHELLE HENDERSON
7 MOHAWK AVE
ESSEX JUNCTION, VERMONT 05452

**Manner Of Display:**
USED IN THE PRINTING OF BOXES, CATALOGS, BUSINESS
CARDS, BROCHURES, TAGS, AND FEATURED ON THE
WEBSITE

# LULU BOUTIQUE

**LULU BOUTIQUE**

**State:**            CALIFORNIA

**Status:**           EXPIRED
**Date Registered:**  MAY 26, 1993
**Registration No.:** 42000
**Expiration Date:**  MAY 26, 2003

**Goods/Services:**   **International Class:  42**
                      RETAIL SALES OF CLOTHING & ACCESSORIES
                      **State Class:** 101

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| FEB 01, 1993 | FEB 01, 1993 |

**Design Phrase:**    THE MARK CONSISTS OF A DESIGN OF A FLYING ANGEL
                      WITH THE NAME LULU BOUTIQUE ON A BAR THROUGH
                      BODY, PLUS A MULTI POINTED STAR TO THE LEFT

**Registrant:**

ELIZABETH ANN BOND SCHOEFFEL
DBA LU LU BOUTIQUE
GENERAL PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92101

SARAH SCHOEFFEL
DBA LULU BOUTIAUE
GENERAL PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92101

RUDD SCHOEFFEL
GENERAL PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92101

ELIZABETH MORRISSCHOEFFER
GENERAL PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92101

**Disclaims:**        ″BOUTIQUE″

**Filing Correspondent:**

E.A.B. SCHOEFFEL
762 5TH AVENUE

SAN DIEGO, CALIFORNIA 92101

# LULU WHITE

## LULU WHITE

**State:**            MASSACHUSETTS

**Status:**           NOT RENEWED

**Date Registered:**  AUG 08, 1977

**Registration No.:** 28042

**Goods/Services:**   **International Class: 41**

                      NIGHTCLUB AND BAND

                      **State Class:** 35

                      **First Use In State:**        **First Use Anywhere:**

                      AUG 01, 1977                   AUG 01, 1977

**Registrant:**

                      CHESTER F. ENGLISH III

                      INDIVIDUAL

                      BUTTERCUP LANE

                      DOVER, MASSACHUSETTS 02030

**Assignment Date:** JUL 28, 1980

| **Assignee** | **Assignor** |
|---|---|
| DENIS PALMISCIANO PARTNERSHIP | CHESTER F. ENGLISH III INDIVIDUAL |
| 3 APPLETON STREET | BUTTERCUP LANE |
| BOSTON, BOSTON MASSACHUSETTS 02118 | DOVER, MASSACHUSETTS 02030 |

**Assignee**

P.M. CARNOVALS

3 APPLETON STREET

BOSTON, BOSTON MASSACHUSETTS

02118

**Manner Of Display:**

                      IN ADVERTISING, ON DOCUMENTS, WRAPPERS, OR

                      ARTICLES

LULU'S NURSERY
SCHOOL

**LULU'S NURSERY SCHOOL**

**State:**            FLORIDA

**Status:**           EXPIRED
**Date Registered:**  JUL 09, 1991
**Registration No.:** T14706
**Expiration Date:**  JUL 09, 2001

**Goods/Services:**   **International Class:  42, 41**
                      CHILD DAY CARE CENTER/SCHOOL
                      **State Class:** 41
                      **First Use In State:**        **First Use Anywhere:**
                      JAN 01, 1984                   JAN 01, 1984

**Registrant:**

      DEMETRIO PEREZ, JR.
                          INDIVIDUAL
                          904 SW 23 AVE.
                          MIAMI, FLORIDA 33135
                          TEL:  305-643-4888

**Disclaims:**            NURSERY SCHOOL

LOU LOU INTIMATES

**LOU LOU INTIMATES**

**State:**                CALIFORNIA

**Status:**               EXPIRED

**Date Registered:**      AUG 29, 1984

**Registration No.:**     74303

**Expiration Date:**      AUG 29, 1994

**Goods/Services:**   **International Class:  25**

INTIMATE APPAREL, NAMELY, LADIES AND CHILDREN'S
UNDERWEAR PANTIES, BRAS, CAMISOLES, TANK TOPS,
T-SHIRTS, WARM-UP SUITS AND RELATED ITEMS.
SPORTSWEAR NAMELY PANTS, JEANS, VESTS, SHORTS,
JACKETS, SWIM WEAR

**First Use In State:**            **First Use Anywhere:**

MAY 03, 1984                       MAY 03, 1984

**Registrant:**

CALIFORNIA TRENDS, INC.
CALIFORNIA CORPORATION
3053 TEAGARDEN STREET
SAN LEANDRO, CALIFORNIA 94577

**Manner Of Display:**

ON LABELS AND TAGS AFFIXED TO THE GOODS



**COCOLULU**

**State:**                HAWAII

**Status:**               RENEWED
**Date Registered:**  AUG 01, 2000
**Registration No.:**  241678
**Renewed:**            JUN 14, 2001
**Renewal**
**Registration No.:**  251646


**Goods/Services:**    **International Class: 25, 14, 24, 9, 20**
                       CLOTHING, SWIMSUITS, COSTUME JEWELRY, HATS AND
                       CAPS, TOWELS, SUNGLASSES, BEACH ACCESSORIES

**Design Phrase:**     A OVAL DESIGN WITH THE WORDS ″COCOLULU″
**Registrant:**

                       EXIV USA, INC.
                       HAWAII CORPORATION
                       1232 WAIMANU STREET, SUITE A
                       HONOLULU, HAWAII 96814

**Renewed To:**        EXIV USA INC
                       HAWAII CORPORATION
                       2301 KUHIO AVE. #102
                       HONOLULU, HAWAII 96815


**Manner Of Display:**
                       AFFIXED OR WOVEN INTO THE GOODS OR MANUFAC
                       TURED ARTICLES AND THEY WILL BE MARKED IN THEIR
                       CONTAINERS

**ST-23**
**Group:** Four

LINDY'S LOO LOOS

**LINDY'S LOO LOOS**

**State:**            OREGON

**Status:**           REGISTERED
**Date Registered:**  AUG 02, 2001
**Registration No.:** T35286

**Goods/Services:**   **International Class: 16**
                     BOOKMARKS, POSTCARDS, LETTERHEAD, ENVELOPES,
                     STATIONERY, PAPER PRODUCTS
                     **State Class:** 116
                     **First Use In State:**        **First Use Anywhere:**
                     AUG 01, 2001                   AUG 01, 2001
**Registrant:**

                     LINDA ROSS SWANSON
                     755 SW VIEWMONT DRIVE
                     PORTLAND, OREGON 97225-6137
                     TEL: 503-292-4755

**Manner Of Display:**
                     USED ON GOODS, ON TAGS AND ON LABELS

LULU PINK

**LULU PINK**

**State:**              CALIFORNIA

**Status:**             REGISTERED
**Date Registered:**    NOV 07, 2005
**Registration No.:**   111283

**Goods/Services:**     **International Class:  18**
                        PET CLOTHING
                        **State Class:** 18
                        **First Use In State:**        **First Use Anywhere:**
                        APR, 2005                      APR, 2005

**Registrant:**

    KAREN JOHNSON
                        SOLE PROPRIETOR
                        1335 HERMINE AVE.
                        WALNUT CREEK, CALIFORNIA 94596

**Manner Of Display:**
                        USED ON LABELS AND TAGS AFFIXED TO THE GOODS

## LU SYSTEMS

**LU SYSTEMS**

**State:**            NEW MEXICO

**Status:**           REGISTERED
**Mark Type:**        TRADE NAME
**Date Registered:**  DEC 09, 1993
**Registration No.:** TN93120902

**Goods/Services:**   **International Class: 42**
                      COMPUTER SOFTWARE DEVELOPMENT
                      **First Use Anywhere:**
                      JAN 04, 1994

**Registrant:**
                      LU BENNETT
                      COMPANY
                      7920 GOLDEN SPIKE DR. NW
                      ALBUQUERQUE, (BERNALILLO CO.) NEW MEXICO 87120
                      TEL: 505-847-7461



**LU**

**State:**              MISSOURI

**Status:**             NOT RENEWED

**Date Registered:**    DEC 10, 1993

**Registration No.:**   S12601

**Goods/Services:**   **International Class:  41, 42**
                      LINCOLN UNIVERSITY IS A STATE INSTITUTION OF HIGHER
                      EDUCATION.
                      **State Class:** 100

                      **First Use In State:**        **First Use Anywhere:**
                      JUN, 1993                       JUN, 1993

**Design Phrase:**    THE DESIGN OF DOUBLE CIRCLES WITH LETTERS ″LU″.

**Registrant:**

                      THE CURATORS OF LINCOLN UNIVERSITY
                      820 CHESTNUT STREET
                      JEFFERSON CITY, MISSOURI 65101-0029

**Manner Of Display:**

                      PROMOTE AND SYMBOLIZE THE UNIVERSITY THROUGH
                      COMMUNICATIONS SUCH AS LETTERHEAD, ENVELOPES,
                      AND BUSINESS CARDS AND FOR MARKETING PURPOSES
                      SUCH AS T-SHIRTS, BANNERS, HATS.

## LU CUZZ

**LU CUZZ**

**State:**            OHIO

**Status:**          REGISTERED
**Date Registered:**  OCT 23, 1984
**Registration No.:**  10669

**Goods/Services:**  **International Class:  25**
                     CLOTHING
**Registrant:**

                     NOLAN R GIBBS WOODLAWN  OHIO

## LU BY LOLITA

**LU BY LOLITA**

**State:**              PUERTO RICO

**Status:**             REGISTERED
**Date Registered:**    SEP 30, 2005
**Registration No.:**   62690

**Goods/Services:**     **International Class:  25**
                        CLOTHING
                        **State Class:** 25

**Registrant:**

                        LOLITA, S.A.
                        CITY/STATE NOT LISTED,

                        **We Have Located Other Marks With This Owner**

                        LU              USPTO       Page 116

                        LU              State       Page 442

                        LU              State       Page 443

# LUAU

**LUAU**

**State:**              PUERTO RICO

**Status:**             NOT RENEWED
**Date Registered:**    AUG 11, 1993
**Registration No.:**   31632

**Goods/Services:**     **International Class:  25**
                        AEROBICS CLOTHING, CASUAL CLOTHING, BATHING SUIT
                        **State Class:** 25
**Registrant:**

                        SRA. ANNIE LOPEZ RAMIREZ
                        CAGUAS, PUERTO RICO

**ST-30**
**Group:** Four

## CHOL-CHU-LU-LI

**CHOL-CHU-LU-LI**

**State:** CALIFORNIA

**Status:** REGISTERED
**Date Registered:** JUN 24, 1999
**Registration No.:** 105234

**Goods/Services:** **International Class: 25**
CLOTHING
**State Class:** 25

| First Use In State: | First Use Anywhere: |
|---|---|
| SEP 01, 1998 | SEP 01, 1998 |

**Design Phrase:** THE MARK CONSISTS OF A BODY AND FACE OF NATIVE AMERICAN LAST WINTU TRIBAL CHIEF WITH THE WORDS ″CHOL-CHU-LU-LI″ DRESSED IN ANAMAL SKINS WITH HEADRESS AND BOW AD ARROW TAKEN FROM ORIGINAL PHOTOGRAPH

**Registrant:**

TED BERKEY
COMMUNITY PROPERTY
15373 FAWNDALE ROAD
REDDING, CALIFORNIA 96003

MARILYN BERKEY
COMMUNITY PROPERTY
15373 FAWNDALE ROAD
REDDING, CALIFORNIA 96003

**Manner Of Display:**

USED BY PRINTING IT DIRECTLY ONTO THE GOODS

# LULU'S

**LULU'S**

**State:** VIRGINIA

**Status:** REGISTERED
**Date Registered:** JUN 05, 2003

**Goods/Services:** **International Class: 29, 30**
HOMEMADE HOT DOG CHILI, SOUP AND HAMBURGERS
**State Class:** 29

| **First Use In State:** | **First Use Anywhere:** |
| --- | --- |
| JAN 01, 1980 | JAN 01, 1980 |

**Registrant:**

LULU'S HOT DOGS INC.
VIRGINIA CORPORATION
4402 E INDIAN RIVER ROAD
CHESAPEAKE, VIRGINIA 23325

**We Have Located Other Marks With This Owner**

| LULU'S | State | Page 473 |
| --- | --- | --- |

# LULU'S

**LULU'S**

**State:**      CALIFORNIA

**Status:**      REGISTERED

**Date Registered:**  APR 26, 1988

**Registration No.:**  87529

**Goods/Services:**  **International Class:  30**

GELATIN DESSERTS READY TO EAT, FREEZE 'N EAT ICE
BOLY'S, MEXICAN VANILLA, PEANUTS

**State Class:** 46

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| JUN 15, 1983 | JUN 15, 1983 |

**Registrant:**

MEXICO AND WESTSIDE CONNECTIONS INC.
DBA LULU'S DESSERT FACTORY
CALIFORNIA CORPORATION
1834 W. 144 ST.
GARDENA, CALIFORNIA 90249
TEL:  213-324-0768

**Manner Of Display:**

ON LABELS AND TAGS AFFIXED TO CONTAINERS OF THE
GOODS

# LULU'S

**LULU'S**

**State:**       VIRGINIA

**Status:**      REGISTERED
**Date Registered:**  JUN 05, 2003

**Goods/Services:**  **International Class:** **43**
GENERAL RESTAURANT SERVICES WHICH INCLUDES THE
SALE OF HOTDOGS, HAMBURGERS, BBQ'S SOUP AND
SAUSAGES
**State Class:** 42
**First Use In State:**         **First Use Anywhere:**
JAN 01, 1980            JAN 01, 1980

**Registrant:**

LULU'S HOT DOGS INC.
VIRGINIA CORPORATION
4402 E INDIAN RIVER ROAD
CHESAPEAKE, VIRGINIA 23325

**We Have Located Other Marks With This Owner**

LULU'S               State          Page 471

# LULU

**LULU**

**State:** GEORGIA

**Status:** REGISTERED
**Date Registered:** OCT 23, 2006
**Registration No.:** S23174

**Goods/Services:** **International Class: 44**
SALON SERVICES, NAMELY, MASSAGES, FACIALS, SPA
BODY TREATMENTS, NATURAL MANICURES AND
PEDICURES
**State Class:** 1
**First Use In State:**      **First Use Anywhere:**
SEP 26, 2001          SEP 26, 2001

**Registrant:**

LETICIA ALLEN
2 DUNWOODY PARK SOUTH
ATLANTA, GEORGIA 30338

# LULU'S

**LULU'S**

**State:**              COLORADO

**Status:**             NOT RENEWED
**Date Registered:**    MAY 10, 1989
**Registration No.:**   19891049953

**Goods/Services:**     **International Class: 42**
                        RESTAURANT
                        **State Class:** 101
                        **First Use In State:**          **First Use Anywhere:**
                        JAN 09, 1989                      JAN 09, 1989

**Registrant:**


                        BEEHIVE, INC.
                        COLORADO CORPORATION
                        7400 EAST HAMPDEN UNIT V
                        DENVER, COLORADO 80237

**Manner Of Display:**
                        USED FOR IDENTIFICATION AND ADVERTISING PURPOSES

# LULU'S

## LULU'S

**State:**           NEW JERSEY

**Status:**          NOT RENEWED
**Date Registered:** DEC 02, 1985
**Registration No.:** 6280

**Goods/Services:**  **International Class:  35**
                     ADVERTISING AND BUSINESS
**Registrant:**

                     LULUS ENGLEWOOD  NEW JERSEY

                     **We Have Located Other Marks With This Owner**

                     LULU'S                        State           Page 440

# LULU

**LULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  NOV 15, 1989
**Registration No.:** 112968

**Goods/Services:**   **International Class:  36**
                      BANKING SERVICES RENDERED THROUGH AN
                      AUTOMATIC TELLER MACHINE.
**Registrant:**

                      HONFED BANK, A FEDERAL SAVINGS BANK
                      HAWAII CORPORATION
                      P.O. BOX 539
                      HONOLULU, HAWAII 96809

This page was intentionally left blank.

## ANALYST REVIEW - WEB COMMON LAW

Search Information

| | |
|---|---|
| Type of Search: | **BRAND EXPANSION SRCH** |
| Mark: | **LULU** |
| Goods/Services: | **RECORDABLE AND PRE-RECORDED MEDIA; COMPUTER SOFTWARE AND HARDWARE; PUBLICATIONS AND OTHER PRINTED MATERIALS; BAGS; PACKS; AND LEATHER ACCESSORIES; CLOTHING; FOOTWEAR; AND HEADWEAR; BUSINESS AND ADVERTISING SERVICES; TELECOMMUNICATIONS SERVICES; EDUCATIONAL AND ENTERTAINMENT SERVICES; PUBLISHING SERVICES; SCIENTIFIC AND TECHNICAL SERVICES; WEBSITE SERVICES; COMPUTER CONSULTING SERVICES; SOCIAL NETWORKING SERVICES.** |

With the emergence of the Web as an important common law source, our analysts search the web and include potentially conflicting marks in this Web Common Law section.

Data Information

Our Search Analysts search the Web and select marks to include in your report based on the mark's similarity to the mark being searched and to the goods and services specified. The selected citations provide examples of potentially conflicting occurrences and include links to the Web page(s) on which the mark was found.

For Web Search Extensions, we search the mark and focus on targeted industry-specific Web sites where significant commerce takes place for each of the industries we cover. This focused research can reveal marks that may otherwise be hard to identify.

Important Notices

Due to the dynamic nature of the Web, citations may become available or unavailable at any time.  The search results included in this section are a sampling of the information available at the time of the preparation of this search report, and are not a comprehensive representation of all Web sites.  Any of the citations included in your search report may become unavailable at any time following the preparation of this report.  Additionally, please be aware that we do not filter Web content, which makes it possible that your Web Common Law citation may include objectionable material.

Search Strategy

Query

lulu site:tigerdirect.com OR site:circuitcity.com

lulu site:bestbuy.com OR site:newegg.com OR site:cnet.com

lulu site:boardgamegeek.com OR site:gamespot.com OR site:playthings.com

lulu site:etoys.com OR site:kbtoys.com OR site:boardgames.com

lulu site:indexcreditcards.com OR site:morningstar.com OR site:creditoption.com

lulu site:interest.com OR site:annuityadvantage.com OR site:bankdirectory.net

lulu site:zappos.com OR site:piperlime.com

Search Strategy

Query


″lu lu″ site:zappos.com OR site:piperlime.com

lulu OR ″lu lu″ site:onlineshoes.com OR site:shoes.com

″lu lu″ site:tigerdirect.com OR site:circuitcity.com

″lu lu″ site:bestbuy.com OR site:newegg.com OR site:cnet.com

″lu lu″ site:boardgamegeek.com OR site:gamespot.com OR site:playthings.com

″lu lu″ site:etoys.com OR site:kbtoys.com OR site:boardgames.com

″lu lu″ site:indexcreditcards.com OR site:morningstar.com OR site:creditoption.com

″lu lu″ site:interest.com OR site:annuityadvantage.com OR site:bankdirectory.net

″lu lu″ OR lulu site:nordstrom.com OR site:macys.com

″lu lu″ OR lulu site:bluefly.com OR site:zappos.com

″lu lu″ OR lulu site:dickssportinggoods.com OR site:academy.com OR site:backcountry.com

″lu lu″ OR lulu site:rei.com OR site:citysports.com OR site:sportsauthority.com

″lu lu″ OR lulu site:zap2it.com OR site:tv.yahoo.com

″lu lu″ OR lulu site:tvguide.com OR site:tv.com OR site:imdb.com

″lu lu″ OR lulu site:allmusic.com OR site:mp3.com

″lu lu″ OR lulu site:rollingstone.com OR site:cduniverse.com OR site:cdbaby.com

″lu lu″ OR lulu site:gamestop.com OR site:ebgames.com

″lu lu″ OR lulu site:allgame.com OR site:videogames.yahoo.com

″lu lu″ OR lulu site:go-optic.com OR site:framesdirect.com OR site:lensmart.com

″lu lu″ OR lulu site:bestbuyeyeglasses.com OR site:apairofshades.com OR site:1800contacts.com

″lu lu″ OR lulu site:phonedog.com/cell-phone-research/companies OR site:letstalk.com/product/product.htm

″lu lu″ OR lulu site:bizrate.com/cellphones1 OR site:mobileburn.com/plans.jsp OR site:cellhut.com

″lu lu″ OR lulu site:guidestar.org OR site:idealist.org OR site:charitynavigator.com

″lu lu″ OR lulu site:fdncenter.org OR site:docs.lib.duke.edu/igo/guides/ngo/db OR site:fundsnetservices.com

lulu OR ″lu lu″ media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

<u>Search Strategy</u>

Query

luloo OR lulou media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

lulue OR luelu media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

lueloo OR lueloo media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

luelou OR luelue media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

loolu OR looloo media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

loolou OR loolue media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

loulu OR louloo media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

loulou OR loulue media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

″lou lou″ OR ″loo loo″ media OR multimedia OR computer OR software OR hardware OR merchandise OR clothing OR apparel OR telecommunications OR audio OR video OR networking OR entertainment OR advertising OR marketing

## Web Common Law Summary

| Record Number | URL | Web Page Title | Page |
|---|---|---|---|
| 1. | http://www.tigerdirect.com/applications/searchtools/item-detailsInactive.asp?EdpNo=1672145 | LULU (DVD) 032031225398 at TigerDirect.com | 485 |
| 2. | http://www.boardgamegeek.com/article/1072514 | Lulu's dash for cash \| 1313 Dead End Drive \| BoardGameGeek | 487 |
| 3. | http://www.zappos.com/n/br/b/548.html | Lulu Guinness Handbags - Free OVERNIGHT Shipping & Return Shipping | 489 |
| 4. | http://www.shoes.com/product.asp?p=5041843&variant_id=EC1045306 | J Shoes Women's Lulu Shoe - Free Shipping | 491 |
| 5. | http://www.shoes.com/product.asp?p=5030726&variant_id=EC1019730 | ISAAC MIZRAHI Women's Lulu Shoe - Free Shipping | 493 |
| 6. | http://shop.nordstrom.com/S/2948596/0~2378467~2378483~2377034~6007303?mediumthumbnail=Y&origin=category&searchtype=&pbo=6007303&P=1 | Lulu Two Pocket Tote - View All - Nordstrom.com | 495 |
| 7. | http://shop.nordstrom.com/S/2948316/0~2378467~2378483~2377034~6007303?mediumthumbnail=Y&origin=category&searchtype=&pbo=6007303&P=1 | Lulu Jelly Headband - View All - Nordstrom.com | 497 |
| 8. | http://www.zappos.com/n/p/dp/29884996/c/559.html | Baby Lulu Kids Footy (Infant) (Pink) - 24 Mos.) Infant (0 | 499 |
| 9. | http://tv.yahoo.com/lulu-pinkus/contributor/825869 | Lulu Pinkus - Yahoo! TV | 501 |
| 10. | http://www.imdb.com/title/tt0116939/ | Lulu (1996/I) | 503 |
| 11. | http://www.imdb.com/title/tt0081086/ | Lulu (1980) | 505 |
| 12. | http://www.imdb.com/title/tt0008232/ | Lulu (1917) | 507 |
| 13. | http://www.imdb.com/title/tt0392364/maindetails | Lulu (2005) (V) | 509 |
| 14. | http://www.imdb.com/title/tt0421219/ | Lulu (1991) (TV) | 511 |
| 15. | http://www.imdb.com/title/tt0319768/ | Lulu (2002) | 513 |
| 16. | http://www.imdb.com/title/tt0256163/ | Lulu (1979) (TV) | 515 |
| 17. | http://www.imdb.com/title/tt0072537/ | ″Lulu″ (1975) | 517 |

| 18. | http://www.mp3.com/albums/36036/downloads.html | Lulu - CHELSEA - Lulu - Music Downloads | 519 |
| 19. | http://www.mp3.com/albums/36042/summary.html?from=15230 | Lulu - ALFA - Lulu - Song Listings | 521 |
| 20. | http://www.rollingstone.com/artists/lulu | Lulu : Rolling Stone | 523 |
| 21. | http://www.framesdirect.com/framesfp/Lafont-tcmfmi/r.html | Lafont Lulu eyeglasses eyewear | 525 |
| 22. | http://www.lulusfashionlounge.com/ | LULUS Fashion Lounge, Cute Shoes, Trendy Clothes, Fashion Apparel, Teen Clothing, Junior Shoes, Accessories, Jewelry | 527 |
| 23. | http://www.lulu.co.uk/audio.htm | Lulu AUDIO Page | 529 |
| 24. | http://www.lulu.com/ | Lulu.com - Self Publishing - Free | 531 |
| 25. | http://www.lulu.tv/?p=3120 | Lulu TV » Astrokopp Music Video. | 533 |
| 26. | http://www.lulu-b.com/ | Lulu-B.com: Women's Clothing & Apparel | 535 |
| 27. | http://www.luluopenmedia.com/ | Lulu Open Media : Welcome | 537 |
| 28. | http://www.luluscuts.com/ | Lulu's Cuts & Toys -- Haircuts and Toys for Kids | 539 |
| 29. | http://lulu.libsyn.com/index.php?post_id=100713 | Lulu Radio | 541 |
| 30. | http://www.lulubellebooks.com/ | Welcome to Lulu Belle Books -- Lulu's Rose Colored Glasses -- "Lulu's Rose Color ed Glasses" is the first of 5 books written by Gretchan A Pyne. It is an inspirational story of a day when 4 year old Olivia taught her mother to see the world through a childs eyes again. This true story takes place a few months before a tragic accident takes Olivia's life. Beautifully illustrated by Anne Carrozza Remick and each book comes with a pair of rose colored sunglasses. | 543 |
| 31. | http://www.lulubrands.com/resources/ExcuseMeDemo.html | .: Lulu Brands: :Busy John :. | 545 |
| 32. | http://vids.myspace.com/index.cfm?fuseaction=vids.Channel&ChannelID=218223485 | MySpaceTV: Studio LuLoo | 547 |
| 33. | http://www.youtube.com/watch?v=n6do7lzruao | YouTube - Vidéo Lulue | 549 |

| 34. | http://www.pinupgirlclothing.com/luckylooloo6.html | Lucky LooLoo Jewelry - Retro Necklaces, Bracelets, Earrings and More from Lucky LooLoo | 551 |
| 35. | http://www.louloumagazine.com/english/video/ | LOULOU - Video | 553 |
| 36. | http://www.cduniverse.com/productinfo.asp?pid=1502916 | Loulou DVD Movie | 555 |
| 37. | http://www.shoploulou.com/ | loulou boutique | 557 |
| 38. | http://www.loulouswhimsicals.com/ | LouLou's Whimsicals | 559 |
| 39. | http://www.loulounewsmagazine.com/ | LOULOU NEWS | 561 |
| 40. | http://www.geocities.com/louloouandt/ | Lou Lou & T's Comics and Gaming | 563 |

## Retrieved as part of your Technology Web Search Extension

### http://www.tigerdirect.com/applications/searchtools/item-detailsInactive.asp?EdpNo=1672145

LULU (DVD) 032031225398 at TigerDirect.com

THIS REFERENCE WAS RETRIEVED THROUGH ADDITIONAL RESEARCH

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LULU (DVD) 032031225398 at TigerDirect.com |
| **Keywords:** | TigerDirect.com tigerdirect tiger direct tiger software tiger computers tiger pc low price cheap cheapest value discount savings best buy Accessories Barebone Kits Cables CD CD-RW DVD Components Computer Cases Cooling Products Desktop PCs Digital Cameras Electronics Flash Memory Hard Disk Drives Input Devices Laptops Notebooks Media Memory Modems Monitors Motherboards Motherboard CPU MP3 Audio Networking Office Equipment PDAs Plasma Displays Power Protection Printers Printer Supplies Processors Projectors Removable Storage Scanners Servers Software Sound Cards Speakers Training Video Cards Wireless Networking |
| **Description:** | TigerDirect.com - Computers, motherboards, components, memory and more - at the lowest prices in the industry! |
| **Status:** | Accessible |



## Retrieved as part of your Toy Web Search Extension

## http://www.boardgamegeek.com/article/1072514

Lulu's dash for cash | 1313 Dead End Drive | BoardGameGeek

Everything about board games: Reviews, images, forums, marketplace and more! ... fireplace and was starti

ng to maneuver Parker and **Lulu** towards the unsafe safe. ...www.**boardgamegeek.com**/article/1072514 -

45k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu's dash for cash | 1313 Dead End Drive | BoardGameGeek |
| **Keywords:** | board game, boardgames, boardgame, board, games, game, hobby, boardgam egeek, geek |
| **Description:** | Everything about board games: Reviews, images, forums, marketplace and more! |
| **Status:** | Accessible |



## Retrieved as part of your Shoes/Handbags Web Search Extension

### http://www.zappos.com/n/br/b/548.html

Lulu Guinness Handbags - Free OVERNIGHT Shipping & Return Shipping

About **Lulu** Guinness Handbags: **Lulu** Guinness is one of Britains leading handbag designers. The bags are sold to some of the best stores in the world.

www.zappos.com/n/br/b/548.html - 28k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Guinness Handbags - Free OVERNIGHT Shipping & Return Shipping |
| **Keywords:** | Lulu Guinness Handbags, Lulu Guinness Handbags, Lulu Guinness Handbags. |
| **Description:** | About Lulu Guinness Handbags: Lulu Guinness is one of Britains leading handbag designers. The bags are sold to some of the best stores in the world. Five of Lulus signature handbags including the Florist basket and the House bag form part of the permanent fashion collection at the Victoria and Albert Museum in London. |
| **Status:** | Accessible |



## Retrieved as part of your Shoes/Handbags Web Search Extension

### http://www.shoes.com/product.asp?p=5041843&variant_id=EC1045306

J Shoes Women's Lulu Shoe - Free Shipping

Great menswear detailing and a unique style makes the J Shoes **Lulu** pump live up to its name. Smooth

leather upper in a modified dress pump boot style, **...**

www.shoes.com/product.asp?p=5041843&variant_id=EC1045306 - 62k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | J Shoes Women's Lulu Shoe - Free Shipping |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |



## Retrieved as part of your Shoes/Handbags Web Search Extension

## http://www.shoes.com/product.asp?p=5030726&variant_id=EC1019730

ISAAC MIZRAHI Women's Lulu Shoe - Free Shipping

Women's **Lulu**. $309.99. 0. price may vary based on color. Black Crepe, Black Patent Leather, Marine Pate

nt, Tomato Patent. Select a Size. Email to a Friend **...**

www.shoes.com/product.asp?p=5030726&variant_id=EC1019730 - 71k - Cached - Similar pages

**Web Page Information**

**HTML Title:**                          ISAAC MIZRAHI Women's Lulu Shoe - Free Shipping
**Keywords:**
**Description:**
**Status:**                              Accessible



## Retrieved as part of your Clothing Web Search Extension

**http://shop.nordstrom.com/S/2948596/0~2378467~2378483~2377034~6007303?mediumthumbnail=Y&origin=category&searchtype=&pbo=6007303&P=1**

Lulu Two Pocket Tote - View All - Nordstrom.com

**Lulu** Two Pocket Tote - View All - Nordstrom.com. **...** $38.00. **Lulu** Pleated Clutch More Colors Available.

**Lulu** Pleated Clutch $17.00. Complete the look **...**

shop.nordstrom.com/S/2948596/0~2378467~2378483~2377034~6007303?mediumthumbnail=Y&origin=category&... - 57k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Two Pocket Tote - View All - Nordstrom.com |
| **Keywords:** | Lulu Two Pocket Tote - View All - Nordstrom.com |
| **Description:** | Lulu Two Pocket Tote - View All - Nordstrom.com |
| **Status:** | Accessible |