```
RESP_ID    22245
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't know of any.
Q4.0       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
Q4.1       [Have you ever heard of...?]
                   lulu              No
                   blurb             Don't know
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No


RESP_ID    22477
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I can't think of any.
Q4.0       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
Q4.1       [Have you ever heard of...?]
                   lulu              No
                   blurb             No
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No


RESP_ID    22532
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't know, I'm not sure.
Q4.0       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
Q4.1       [Have you ever heard of...?]
                   lulu              No
                   blurb             No
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              Yes
```

Dockets.Justia.com

```
RESP_ID    22541
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't look at anything like that.
Q4.0       [Have you ever heard of...?]
                   lulu                              na
                   blurb                             na
                   iuniverse                         na
                   authorhouse                       na
                   trafford                          na
                   moho                              na
Q4.1       [Have you ever heard of...?]
                   lulu                              No
                   blurb                             No
                   iuniverse                         No
                   authorhouse                       No
                   trafford                          No
                   moho                              No


RESP_ID    22556
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't use those sites.
Q4.0       [Have you ever heard of...?]
                   lulu                              na
                   blurb                             na
                   iuniverse                         na
                   authorhouse                       na
                   trafford                          na
                   moho                              na
Q4.1       [Have you ever heard of...?]
                   lulu                              No
                   blurb                             No
                   iuniverse                         No
                   authorhouse                       No
                   trafford                          No
                   moho                              No


RESP_ID    22662
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I can't think of any.
Q4.0       [Have you ever heard of...?]
                   lulu                              na
                   blurb                             na
                   iuniverse                         na
                   authorhouse                       na
                   trafford                          na
                   moho                              na
Q4.1       [Have you ever heard of...?]
                   lulu                              No
                   blurb                             No
                   iuniverse                         No
                   authorhouse                       No
                   trafford                          No
                   moho                              No
```

A-21

```
RESP_ID  22938
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     None.
Q4.0     [Have you ever heard of...?)
               lulu                                na
               blurb                               na
               iuniverse                           na
               authorhouse                         na
               trafford                            na
               moho                                na
Q4.1     [Have you ever heard of...?)
               lulu                                No
               blurb                               No
               iuniverse                           No
               authorhouse                         No
               trafford                            No
               moho                                No


RESP_ID  23027
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Hm, not really.
Q4.0     [Have you ever heard of...?)
               lulu                                na
               blurb                               na
               iuniverse                           na
               authorhouse                         na
               trafford                            na
               moho                                na
Q4.1     [Have you ever heard of...?)
               lulu                                No
               blurb                               No
               iuniverse                           No
               authorhouse                         Yes
               trafford                            No
               moho                                No


RESP_ID  23028
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I can not.
Q4.0     [Have you ever heard of...?)
               lulu                                na
               blurb                               na
               iuniverse                           na
               authorhouse                         na
               trafford                            na
               moho                                na
Q4.1     [Have you ever heard of...?)
               lulu                                No
               blurb                               No
               iuniverse                           Yes
               authorhouse                         No
               trafford                            No
               moho                                No
```

```
RESP_ID   23039
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of any.
Q4.0      [Have you ever heard of...?)
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na
Q4.1      [Have you ever heard of...?)
              lulu                    No
              blurb                   No
              iuniverse               No
              authorhouse             No
              trafford                No
              moho                    No

RESP_ID   23309
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Can't think of any.
Q4.0      [Have you ever heard of...?)
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na
Q4.1      [Have you ever heard of...?)
              lulu                    No
              blurb                   No
              iuniverse               No
              authorhouse             No
              trafford                No
              moho                    No

RESP_ID   23340
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      No idea.
Q4.0      [Have you ever heard of...?)
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na
Q4.1      [Have you ever heard of...?)
              lulu                    No
              blurb                   No
              iuniverse               No
              authorhouse             No
              trafford                No
              moho                    No
```

```
RESP_ID    23816
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I have no idea.
Q4.0       [Have you ever heard of...?)
                   lulu                        na
                   blurb                       na
                   iuniverse                   na
                   authorhouse                 na
                   trafford                    na
                   moho                        na
Q4.1       [Have you ever heard of...?)
                   lulu                        No
                   blurb                       Yes
                   iuniverse                   Yes
                   authorhouse                 No
                   trafford                    No
                   moho                        No


RESP_ID    23887
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't know any.
Q4.0       [Have you ever heard of...?)
                   lulu                        na
                   blurb                       na
                   iuniverse                   na
                   authorhouse                 na
                   trafford                    na
                   moho                        na
Q4.1       [Have you ever heard of...?)
                   lulu                        No
                   blurb                       No
                   iuniverse                   No
                   authorhouse                 No
                   trafford                    No
                   moho                        No


RESP_ID    23945
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I can't think of any.
Q4.0       [Have you ever heard of...?)
                   lulu                        na
                   blurb                       na
                   iuniverse                   na
                   authorhouse                 na
                   trafford                    na
                   moho                        na
Q4.1       [Have you ever heard of...?)
                   lulu                        No
                   blurb                       No
                   iuniverse                   No
                   authorhouse                 No
                   trafford                    No
                   moho                        No
```

```
RESP_ID   24028
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Um, I don't know.
Q4.0      [Have you ever heard of...?]
                lulu                        na
                blurb                       na
                iuniverse                   na
                authorhouse                 na
                trafford                    na
                moho                        na
Q4.1      [Have you ever heard of...?]
                lulu                        No
                blurb                       No
                iuniverse                   No
                authorhouse                 No
                trafford                    No
                moho                        No


RESP_ID   24294
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?]
                lulu                        na
                blurb                       na
                iuniverse                   na
                authorhouse                 na
                trafford                    na
                moho                        na
Q4.1      [Have you ever heard of...?]
                lulu                        No
                blurb                       No
                iuniverse                   No
                authorhouse                 No
                trafford                    No
                moho                        No


RESP_ID   24438
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of one because I wouldn't use it.
Q4.0      [Have you ever heard of...?]
                lulu                        na
                blurb                       na
                iuniverse                   na
                authorhouse                 na
                trafford                    na
                moho                        na
Q4.1      [Have you ever heard of...?]
                lulu                        No
                blurb                       No
                iuniverse                   No
                authorhouse                 No
                trafford                    No
                moho                        No
```

A-25

```
RESP_ID   24604
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      eBay.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
              lulu                          No
              blurb                         No
              iuniverse                     No
              authorhouse                   No
              trafford                      No
              moho                          No
Q4.1      [Have you ever heard of...?]
              lulu                          na
              blurb                         na
              iuniverse                     na
              authorhouse                   na
              trafford                      na
              moho                          na

RESP_ID   24927
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      YouTube.
Q3.1      I can't think of anything else.
Q4.0      [Have you ever heard of...?]
              lulu                          No
              blurb                         No
              iuniverse                     Yes
              authorhouse                   No
              trafford                      No
              moho                          No
Q4.1      [Have you ever heard of...?]
              lulu                          na
              blurb                         na
              iuniverse                     na
              authorhouse                   na
              trafford                      na
              moho                          na

RESP_ID   25117
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      kodakeasyshare.com
Q3.1      snapfish.com and snapshot.com.
Q4.0      [Have you ever heard of...?]
              lulu                          Yes
              blurb                         No
              iuniverse                     Yes
              authorhouse                   No
              trafford                      No
              moho                          No
Q4.1      [Have you ever heard of...?]
              lulu                          na
              blurb                         na
              iuniverse                     na
              authorhouse                   na
              trafford                      na
              moho                          na
```

A-26

```
RESP_ID   25218
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      YouTube
Q3.1      Can't think of any more.
Q4.0      [Have you ever heard of...?)
               lulu                             No
               blurb                            No
               iuniverse                        No
               authorhouse                      No
               trafford                         No
               moho                             No
Q4.1      [Have you ever heard of...?)
               lulu                             na
               blurb                            na
               iuniverse                        na
               authorhouse                      na
               trafford                         na
               moho                             na

RESP_ID   25436
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      YouTube.
Q3.1      Slicka.
Q4.0      [Have you ever heard of...?)
               lulu                             No
               blurb                            No
               iuniverse                        No
               authorhouse                      No
               trafford                         No
               moho                             No
Q4.1      [Have you ever heard of...?)
               lulu                             na
               blurb                            na
               iuniverse                        na
               authorhouse                      na
               trafford                         na
               moho                             na

RESP_ID   25519
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Webshots, photobucket and YouTube.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
               lulu                             No
               blurb                            No
               iuniverse                        No
               authorhouse                      No
               trafford                         No
               moho                             No
Q4.1      [Have you ever heard of...?)
               lulu                             na
               blurb                            na
               iuniverse                        na
               authorhouse                      na
               trafford                         na
               moho                             na
```

A-27

```
RESP_ID   25672
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know.
Q4.0      [Have you ever heard of...?]
              lulu                          na
              blurb                         na
              iuniverse                     na
              authorhouse                   na
              trafford                      na
              moho                          na
Q4.1      [Have you ever heard of...?]
              lulu                          No
              blurb                         No
              iuniverse                     No
              authorhouse                   No
              trafford                      No
              moho                          No


RESP_ID   26222
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      AOL.
Q3.1      Not right off I can't.
Q4.0      [Have you ever heard of...?]
              lulu                          No
              blurb                         Don't know
              iuniverse                     No
              authorhouse                   No
              trafford                      No
              moho                          No
Q4.1      [Have you ever heard of...?]
              lulu                          na
              blurb                         na
              iuniverse                     na
              authorhouse                   na
              trafford                      na
              moho                          na


RESP_ID   26414
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?]
              lulu                          na
              blurb                         na
              iuniverse                     na
              authorhouse                   na
              trafford                      na
              moho                          na
Q4.1      [Have you ever heard of...?]
              lulu                          No
              blurb                         No
              iuniverse                     No
              authorhouse                   No
              trafford                      No
              moho                          No
```

```
RESP_ID    26610
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       YouTube.
Q3.1       Myspace.
Q4.0       [Have you ever heard of...?)
               lulu                        No
               blurb                       No
               iuniverse                   No
               authorhouse                 Don't know
               trafford                    No
               moho                        No
Q4.1       [Have you ever heard of...?)
               lulu                        na
               blurb                       na
               iuniverse                   na
               authorhouse                 na
               trafford                    na
               moho                        na


RESP_ID    26614
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.
Q4.0       [Have you ever heard of...?)
               lulu                        na
               blurb                       na
               iuniverse                   na
               authorhouse                 na
               trafford                    na
               moho                        na
Q4.1       [Have you ever heard of...?)
               lulu                        No
               blurb                       No
               iuniverse                   No
               authorhouse                 No
               trafford                    No
               moho                        No


RESP_ID    27421
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Can't think of any.
Q4.0       [Have you ever heard of...?)
               lulu                        na
               blurb                       na
               iuniverse                   na
               authorhouse                 na
               trafford                    na
               moho                        na
Q4.1       [Have you ever heard of...?)
               lulu                        No
               blurb                       No
               iuniverse                   No
               authorhouse                 No
               trafford                    No
               moho                        No
```