```
RESP_ID   27635
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Don't know any.
Q4.0      [Have you ever heard of...?]
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1      [Have you ever heard of...?]
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No


RESP_ID   28122
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't even know.
Q4.0      [Have you ever heard of...?]
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1      [Have you ever heard of...?]
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No


RESP_ID   28706
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Not offhand, but I have looked at some before.  They might be
          on my favorites.
Q4.0      [Have you ever heard of...?]
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1      [Have you ever heard of...?]
                    lulu                No
                    blurb               No
                    iuniverse           Don't know
                    authorhouse         Don't know
                    trafford            No
                    moho                Yes
```

```
RESP_ID    28725
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I can't think of any.  Never been to such site.
Q4.0       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na
Q4.1       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           No
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No


RESP_ID    28996
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I really don't know anything about that.
Q4.0       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na
Q4.1       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           No
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No


RESP_ID    29255
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Not aware of any.
Q4.0       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na
Q4.1       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           No
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No
```

A-31

```
RESP_ID   29282
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      CNN.
Q3.1      YouTube.
Q4.0      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          Don't know
Q4.1      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na

RESP_ID   29410
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      No idea.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No

RESP_ID   29532
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know any.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          Yes
```

A-32

```
RESP_ID    29540
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       We don't do that.
Q4.0       [Have you ever heard of...?]
               lulu                          na
               blurb                         na
               iuniverse                     na
               authorhouse                   na
               trafford                      na
               moho                          na
Q4.1       [Have you ever heard of...?]
               lulu                          No
               blurb                         No
               iuniverse                     No
               authorhouse                   No
               trafford                      No
               moho                          No


RESP_ID    29887
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Getty's.
Q3.1       No others.
Q4.0       [Have you ever heard of...?]
               lulu                          No
               blurb                         No
               iuniverse                     No
               authorhouse                   No
               trafford                      No
               moho                          No
Q4.1       [Have you ever heard of...?]
               lulu                          na
               blurb                         na
               iuniverse                     na
               authorhouse                   na
               trafford                      na
               moho                          na


RESP_ID    29913
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.
Q4.0       [Have you ever heard of...?]
               lulu                          na
               blurb                         na
               iuniverse                     na
               authorhouse                   na
               trafford                      na
               moho                          na
Q4.1       [Have you ever heard of...?]
               lulu                          No
               blurb                         No
               iuniverse                     No
               authorhouse                   No
               trafford                      No
               moho                          No
```

```
RESP_ID   29987
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None that I can think of.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No


RESP_ID   30495
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No


RESP_ID   30540
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Mm, I do not know of any.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No
```

A-34

```
RESP_ID    30945
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't know.
Q4.0       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
Q4.1       [Have you ever heard of...?]
                   lulu              No
                   blurb             No
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No


RESP_ID    31070
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Well, MySpace, Friendster, Blogspot, deviant and that's about
           it.
Q3.1       That's it.
Q4.0       [Have you ever heard of...?]
                   lulu              Yes
                   blurb             No
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No
Q4.1       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na


RESP_ID    31157
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't do that.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                   lulu              No
                   blurb             No
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No
Q4.1       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
```

```
RESP_ID   31816
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      No, I don't think so.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No

RESP_ID   31861
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      People, US Magazine and Sports Red Sox Special.
Q3.1      CBS, MTV and Youtube.
Q4.0      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No
Q4.1      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na

RESP_ID   32091
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Um, I can't because I wouldn't pay.  I mean if I'm paying for
          videos.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No
```

```
RESP_ID    32207
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       eBay.
Q4.0       [Have you ever heard of...?]
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na
Q4.1       [Have you ever heard of...?]
              lulu                    No
              blurb                   No
              iuniverse               No
              authorhouse             No
              trafford                No
              moho                    No


RESP_ID    32227
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.   YouTube.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
              lulu                    No
              blurb                   No
              iuniverse               No
              authorhouse             No
              trafford                No
              moho                    No
Q4.1       [Have you ever heard of...?]
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na


RESP_ID    32372
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       craigslist and eBay.
Q3.1       None that I can think of.
Q4.0       [Have you ever heard of...?]
              lulu                    No
              blurb                   No
              iuniverse               No
              authorhouse             No
              trafford                No
              moho                    No
Q4.1       [Have you ever heard of...?]
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na
```

```
RESP_ID   32784
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Oh, I have no idea.
Q4.0      [Have you ever heard of...?)
                    lulu                        na
                    blurb                       na
                    iuniverse                   na
                    authorhouse                 na
                    trafford                    na
                    moho                        na
Q4.1      [Have you ever heard of...?)
                    lulu                        No
                    blurb                       No
                    iuniverse                   No
                    authorhouse                 No
                    trafford                    No
                    moho                        No


RESP_ID   33126
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of the name of the company.
Q4.0      [Have you ever heard of...?)
                    lulu                        na
                    blurb                       na
                    iuniverse                   na
                    authorhouse                 na
                    trafford                    na
                    moho                        na
Q4.1      [Have you ever heard of...?)
                    lulu                        No
                    blurb                       No
                    iuniverse                   No
                    authorhouse                 No
                    trafford                    No
                    moho                        No


RESP_ID   33262
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I cannot think of any.
Q4.0      [Have you ever heard of...?)
                    lulu                        na
                    blurb                       na
                    iuniverse                   na
                    authorhouse                 na
                    trafford                    na
                    moho                        na
Q4.1      [Have you ever heard of...?)
                    lulu                        No
                    blurb                       No
                    iuniverse                   No
                    authorhouse                 No
                    trafford                    No
                    moho                        No
```

```
RESP_ID    33548
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I can't think of any.
Q4.0       [Have you ever heard of...?]
                   lulu                           na
                   blurb                          na
                   iuniverse                      na
                   authorhouse                    na
                   trafford                       na
                   moho                           na
Q4.1       [Have you ever heard of...?]
                   lulu                           No
                   blurb                          No
                   iuniverse                      No
                   authorhouse                    No
                   trafford                       No
                   moho                           Yes


RESP_ID    33886
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.
Q4.0       [Have you ever heard of...?]
                   lulu                           na
                   blurb                          na
                   iuniverse                      na
                   authorhouse                    na
                   trafford                       na
                   moho                           na
Q4.1       [Have you ever heard of...?]
                   lulu                           No
                   blurb                          No
                   iuniverse                      No
                   authorhouse                    No
                   trafford                       No
                   moho                           No


RESP_ID    34049
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       www.youtube.com, www.myspace.com and www.facebook.com.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                   lulu                           No
                   blurb                          No
                   iuniverse                      No
                   authorhouse                    No
                   trafford                       No
                   moho                           No
Q4.1       [Have you ever heard of...?]
                   lulu                           na
                   blurb                          na
                   iuniverse                      na
                   authorhouse                    na
                   trafford                       na
                   moho                           na
```