```
RESP_ID  34282
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I can't think of any.
Q4.0     [Have you ever heard of...?)
                      lulu                na
                      blurb               na
                      iuniverse           na
                      authorhouse         na
                      trafford            na
                      moho                na
Q4.1     [Have you ever heard of...?)
                      lulu                No
                      blurb               No
                      iuniverse           No
                      authorhouse         No
                      trafford            No
                      moho                No


RESP_ID  34292
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't know.
Q4.0     [Have you ever heard of...?)
                      lulu                na
                      blurb               na
                      iuniverse           na
                      authorhouse         na
                      trafford            na
                      moho                na
Q4.1     [Have you ever heard of...?)
                      lulu                No
                      blurb               No
                      iuniverse           No
                      authorhouse         No
                      trafford            No
                      moho                No


RESP_ID  34397
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't know of any.
Q4.0     [Have you ever heard of...?)
                      lulu                na
                      blurb               na
                      iuniverse           na
                      authorhouse         na
                      trafford            na
                      moho                na
Q4.1     [Have you ever heard of...?)
                      lulu                No
                      blurb               No
                      iuniverse           No
                      authorhouse         No
                      trafford            No
                      moho                No
```

Dockets.Justia.com

```
RESP_ID  34410
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     No, I can't think of one.
Q4.0     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
Q4.1     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No


RESP_ID  35117
Age:     30 to 49
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     MySpace.
Q3.1     HuskerPedia.
Q4.0     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No
Q4.1     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na


RESP_ID  35274
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     YouTube, Google and Metacafe.
Q3.1     Not off the top of my head, no.
Q4.0     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No
Q4.1     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
```

```
RESP_ID  35385
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't know any.
Q4.0     [Have you ever heard of...?)
                  lulu              na
                  blurb             na
                  iuniverse         na
                  authorhouse       na
                  trafford          na
                  moho              na
Q4.1     [Have you ever heard of...?)
                  lulu              No
                  blurb             No
                  iuniverse         No
                  authorhouse       No
                  trafford          No
                  moho              No


RESP_ID  35699
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Snapfish.
Q3.1     None.
Q4.0     [Have you ever heard of...?)
                  lulu              No
                  blurb             Yes
                  iuniverse         No
                  authorhouse       No
                  trafford          No
                  moho              No
Q4.1     [Have you ever heard of...?)
                  lulu              na
                  blurb             na
                  iuniverse         na
                  authorhouse       na
                  trafford          na
                  moho              na


RESP_ID  35715
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't know.
Q4.0     [Have you ever heard of...?)
                  lulu              na
                  blurb             na
                  iuniverse         na
                  authorhouse       na
                  trafford          na
                  moho              na
Q4.1     [Have you ever heard of...?)
                  lulu              No
                  blurb             No
                  iuniverse         No
                  authorhouse       No
                  trafford          No
                  moho              No
```

```
RESP_ID  36445
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     MySpace and Spacebook.
Q3.1     None.
Q4.0     [Have you ever heard of...?)
                  lulu              No
                  blurb             No
                  iuniverse         No
                  authorhouse       No
                  trafford          No
                  moho              No
Q4.1     [Have you ever heard of...?)
                  lulu              na
                  blurb             na
                  iuniverse         na
                  authorhouse       na
                  trafford          na
                  moho              na


RESP_ID  37266
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't visit those sites.
Q4.0     [Have you ever heard of...?)
                  lulu              na
                  blurb             na
                  iuniverse         na
                  authorhouse       na
                  trafford          na
                  moho              na
Q4.1     [Have you ever heard of...?)
                  lulu              No
                  blurb             No
                  iuniverse         No
                  authorhouse       No
                  trafford          No
                  moho              No


RESP_ID  37328
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Uh, probably MySpace.
Q3.1     That's probably the only one I can think of.
Q4.0     [Have you ever heard of...?)
                  lulu              No
                  blurb             No
                  iuniverse         No
                  authorhouse       Yes
                  trafford          No
                  moho              No
Q4.1     [Have you ever heard of...?)
                  lulu              na
                  blurb             na
                  iuniverse         na
                  authorhouse       na
                  trafford          na
                  moho              na
```

A-43

```
RESP_ID  37715
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Netflix.
Q3.1     None.
Q4.0     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No
Q4.1     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na


RESP_ID  37813
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Amavoa.
Q3.1     Wiley.
Q4.0     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            Yes
                    moho                Yes
Q4.1     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na


RESP_ID  37996
Age:     30 to 49
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Couldn't name one.
Q3.1     None.
Q4.0     [Have you ever heard of...?)
                    lulu                No
                    blurb               No
                    iuniverse           No
                    authorhouse         No
                    trafford            No
                    moho                No
Q4.1     [Have you ever heard of...?)
                    lulu                na
                    blurb               na
                    iuniverse           na
                    authorhouse         na
                    trafford            na
                    moho                na
```

```
RESP_ID   38032
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Kodak.com and walmart.com.
Q3.1      Slicker.
Q4.0      [Have you ever heard of...?)
                   lulu                No
                   blurb               No
                   iuniverse           Yes
                   authorhouse         No
                   trafford            No
                   moho                No
Q4.1      [Have you ever heard of...?)
                   lulu                na
                   blurb               na
                   iuniverse           na
                   authorhouse         na
                   trafford            na
                   moho                na


RESP_ID   38151
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Publishing?  Are you talking about a company that sells
          products?  Uh, Dr., uh, I can't think of  his name.  I know
          quite a few, but I can't tell.
Q4.0      [Have you ever heard of...?)
                   lulu                na
                   blurb               na
                   iuniverse           na
                   authorhouse         na
                   trafford            na
                   moho                na
Q4.1      [Have you ever heard of...?)
                   lulu                Yes
                   blurb               No
                   iuniverse           No
                   authorhouse         Yes
                   trafford            No
                   moho                Yes


RESP_ID   38197
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Kodak.
Q3.1      Go Daddy.
Q4.0      [Have you ever heard of...?)
                   lulu                No
                   blurb               No
                   iuniverse           No
                   authorhouse         No
                   trafford            No
                   moho                No
Q4.1      [Have you ever heard of...?)
                   lulu                na
                   blurb               na
                   iuniverse           na
                   authorhouse         na
                   trafford            na
                   moho                na
```

A-45

```
RESP_ID  38219
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Um, TV.com, Paradoxentertainment.com, MSN.com, Yahoo.com and
         CNET.COM.
Q3.1     Let's see, GameSpy.com, IGN.com, UGO.com and GameSpot.com.
Q4.0     [Have you ever heard of...?)
                    lulu              No
                    blurb             No
                    iuniverse         No
                    authorhouse       Yes
                    trafford          No
                    moho              No
Q4.1     [Have you ever heard of...?)
                    lulu              na
                    blurb             na
                    iuniverse         na
                    authorhouse       na
                    trafford          na
                    moho              na


RESP_ID  38254
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     When I go on I only look at MySpace and Google.
Q4.0     [Have you ever heard of...?)
                    lulu              na
                    blurb             na
                    iuniverse         na
                    authorhouse       na
                    trafford          na
                    moho              na
Q4.1     [Have you ever heard of...?)
                    lulu              No
                    blurb             No
                    iuniverse         Yes
                    authorhouse       No
                    trafford          No
                    moho              No


RESP_ID  38441
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Um, I guess I don't know.  MySpace, maybe.
Q3.1     I don't know.  I guess I really don't know.  I have no idea.
Q4.0     [Have you ever heard of...?)
                    lulu              No
                    blurb             No
                    iuniverse         No
                    authorhouse       No
                    trafford          No
                    moho              No
Q4.1     [Have you ever heard of...?)
                    lulu              na
                    blurb             na
                    iuniverse         na
                    authorhouse       na
                    trafford          na
                    moho              na
```

```
RESP_ID  38847
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't really know for sure.
Q4.0     [Have you ever heard of...?)
                    lulu                   na
                    blurb                  na
                    iuniverse              na
                    authorhouse            na
                    trafford               na
                    moho                   na
Q4.1     [Have you ever heard of...?)
                    lulu                   No
                    blurb                  No
                    iuniverse              No
                    authorhouse            No
                    trafford               No
                    moho                   No


RESP_ID  39002
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Don't know.
Q4.0     [Have you ever heard of...?)
                    lulu                   na
                    blurb                  na
                    iuniverse              na
                    authorhouse            na
                    trafford               na
                    moho                   na
Q4.1     [Have you ever heard of...?)
                    lulu                   Yes
                    blurb                  Yes
                    iuniverse              No
                    authorhouse            Yes
                    trafford               No
                    moho                   No


RESP_ID  39046
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I can't think of any.
Q3.1     Can't think of any.
Q4.0     [Have you ever heard of...?)
                    lulu                   No
                    blurb                  No
                    iuniverse              No
                    authorhouse            No
                    trafford               No
                    moho                   No
Q4.1     [Have you ever heard of...?)
                    lulu                   na
                    blurb                  na
                    iuniverse              na
                    authorhouse            na
                    trafford               na
                    moho                   na
```

A-47

```
RESP_ID  39358
Age:     30 to 49
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     None.
Q4.0     [Have you ever heard of...?)
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
Q4.1     [Have you ever heard of...?)
                   lulu              No
                   blurb             No
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No


RESP_ID  39620
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Flickr, maybe.
Q3.1     That only one I can think of.
Q4.0     [Have you ever heard of...?)
                   lulu              No
                   blurb             No
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No
Q4.1     [Have you ever heard of...?)
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na


RESP_ID  39637
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     None.
Q4.0     [Have you ever heard of...?)
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
Q4.1     [Have you ever heard of...?)
                   lulu              No
                   blurb             Yes
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No
```

A-48

```
RESP_ID  39684
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I can't think of any.
Q4.0     [Have you ever heard of...?)
                lulu                    na
                blurb                   na
                iuniverse               na
                authorhouse             na
                trafford                na
                moho                    na
Q4.1     [Have you ever heard of...?)
                lulu                    No
                blurb                   No
                iuniverse               No
                authorhouse             No
                trafford                No
                moho                    No


RESP_ID  39784
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I usually don't go to those sites so I don't know any.
Q4.0     [Have you ever heard of...?)
                lulu                    na
                blurb                   na
                iuniverse               na
                authorhouse             na
                trafford                na
                moho                    na
Q4.1     [Have you ever heard of...?)
                lulu                    No
                blurb                   No
                iuniverse               No
                authorhouse             No
                trafford                No
                moho                    No


RESP_ID  39966
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't know of any.
Q4.0     [Have you ever heard of...?)
                lulu                    na
                blurb                   na
                iuniverse        .      na
                authorhouse             na
                trafford                na
                moho                    na
Q4.1     [Have you ever heard of...?)
                lulu                    No
                blurb                   No
                iuniverse               No
                authorhouse             No
                trafford                No
                moho                    No
```