```
RESP_ID    40029
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Can't think of any.  I know where sites can be accessed but
           things are not for sale.
Q3.1       MySpace.
Q4.0       [Have you ever heard of...?]
                   lulu              No
                   blurb             No
                   iuniverse         No
                   authorhouse       No
                   trafford          No
                   moho              No
Q4.1       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na


RESP_ID    40329
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I can't think of any.
Q4.0       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
Q4.1       [Have you ever heard of...?]
                   lulu              No
                   blurb             Yes
                   iuniverse         Yes
                   authorhouse       Yes
                   trafford          No
                   moho              No


RESP_ID    40532
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Photobucket.  I really can't think of any others.
Q3.1       I can't think of any other site names.
Q4.0       [Have you ever heard of...?]
                   lulu              No
                   blurb             No
                   iuniverse         Yes
                   authorhouse       No
                   trafford          No
                   moho              No
Q4.1       [Have you ever heard of...?]
                   lulu              na
                   blurb             na
                   iuniverse         na
                   authorhouse       na
                   trafford          na
                   moho              na
```

```
RESP_ID   40838
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Um, I really use our internet for medical information, any
          other sources of information.
Q4.0      [Have you ever heard of...?]
               lulu                         na
               blurb                        na
               iuniverse                    na
               authorhouse                  na
               trafford                     na
               moho                         na
Q4.1      [Have you ever heard of...?]
               lulu                         No
               blurb                        No
               iuniverse                    No
               authorhouse                  No
               trafford                     No
               moho                         No

RESP_ID   41005
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      iTunes.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
               lulu                         Yes
               blurb                        No
               iuniverse                    No
               authorhouse                  No
               trafford                     No
               moho                         No
Q4.1      [Have you ever heard of...?]
               lulu                         na
               blurb                        na
               iuniverse                    na
               authorhouse                  na
               trafford                     na
               moho                         na

RESP_ID   41038
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of any.  I'm not to familiar with the internet.
Q4.0      [Have you ever heard of...?]
               lulu                         na
               blurb                        na
               iuniverse                    na
               authorhouse                  na
               trafford                     na
               moho                         na
Q4.1      [Have you ever heard of...?]
               lulu                         No
               blurb                        No
               iuniverse                    No
               authorhouse                  No
               trafford                     No
               moho                         No
```

```
RESP_ID   41240
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I have no idea.
Q4.0      [Have you ever heard of...?]
                  lulu                      na
                  blurb                     na
                  iuniverse                 na
                  authorhouse               na
                  trafford                  na
                  moho                      na
Q4.1      [Have you ever heard of...?]
                  lulu                      No
                  blurb                     Yes
                  iuniverse                 No
                  authorhouse               No
                  trafford                  No
                  moho                      No


RESP_ID   41336
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Don't know.
Q4.0      [Have you ever heard of...?]
                  lulu                      na
                  blurb                     na
                  iuniverse                 na
                  authorhouse               na
                  trafford                  na
                  moho                      na
Q4.1      [Have you ever heard of...?]
                  lulu                      No
                  blurb                     No
                  iuniverse                 No
                  authorhouse               No
                  trafford                  No
                  moho                      No


RESP_ID   41597
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Yahoo.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
                  lulu                      No
                  blurb                     Yes
                  iuniverse                 No
                  authorhouse               Yes
                  trafford                  No
                  moho                      No
Q4.1      [Have you ever heard of...?]
                  lulu                      na
                  blurb                     na
                  iuniverse                 na
                  authorhouse               na
                  trafford                  na
                  moho                      na
```

```
RESP_ID   41788
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of any.
Q3.1      None, sorry.
Q4.0      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          Yes
Q4.1      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na


RESP_ID   42842
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Crafters Choice.
Q3.1      Don't know.
Q4.0      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   No
                  trafford                      No
                  moho                          No
Q4.1      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na


RESP_ID   42954
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know of any.
Q4.0      [Have you ever heard of...?)
                  lulu                          na
                  blurb                         na
                  iuniverse                     na
                  authorhouse                   na
                  trafford                      na
                  moho                          na
Q4.1      [Have you ever heard of...?)
                  lulu                          No
                  blurb                         No
                  iuniverse                     No
                  authorhouse                   Yes
                  trafford                      No
                  moho                          No
```

A-53

```
RESP_ID   42966
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of any.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
              lulu                              No
              blurb                             No
              iuniverse                         No
              authorhouse                       No
              trafford                          No
              moho                              No
Q4.1      [Have you ever heard of...?]
              lulu                              na
              blurb                             na
              iuniverse                         na
              authorhouse                       na
              trafford                          na
              moho                              na


RESP_ID   43206
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I have no idea.
Q4.0      [Have you ever heard of...?]
              lulu                              na
              blurb                             na
              iuniverse                         na
              authorhouse                       na
              trafford                          na
              moho                              na
Q4.1      [Have you ever heard of...?]
              lulu                              No
              blurb                             No
              iuniverse                         No
              authorhouse                       No
              trafford                          No
              moho                              No


RESP_ID   43239
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Wal-Mart.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
              lulu                              No
              blurb                             No
              iuniverse                         No
              authorhouse                       No
              trafford                          No
              moho                              No
Q4.1      [Have you ever heard of...?]
              lulu                              na
              blurb                             na
              iuniverse                         na
              authorhouse                       na
              trafford                          na
              moho                              na
```

```
RESP_ID   43261
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      No, don't any.
Q3.1      I don't know anything.
Q4.0      [Have you ever heard of...?)
                lulu                    No
                blurb                   No
                iuniverse               No
                authorhouse             No
                trafford                No
                moho                    No
Q4.1      [Have you ever heard of...?)
                lulu                    na
                blurb                   na
                iuniverse               na
                authorhouse             na
                trafford                na
                moho                    na


RESP_ID   43575
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Um, Bluetooth.com.  Um, Wipf and Stock.  That's about all I
          know.
Q3.1      That's about it.
Q4.0      [Have you ever heard of...?)
                lulu                    Yes
                blurb                   No
                iuniverse               No
                authorhouse             No
                trafford                No
                moho                    No
Q4.1      [Have you ever heard of...?)
                lulu                    na
                blurb                   na
                iuniverse               na
                authorhouse             na
                trafford                na
                moho                    na


RESP_ID   43634
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of any.
Q4.0      [Have you ever heard of...?)
                lulu                    na
                blurb                   na
                iuniverse               na
                authorhouse             na
                trafford                na
                moho                    na
Q4.1      [Have you ever heard of...?)
                lulu                    Yes
                blurb                   No
                iuniverse               No
                authorhouse             No
                trafford                No
                moho                    No
```

A-55

```
RESP_ID    44099
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Ezotrope.
Q3.1       Lighthouse Publishing.
Q4.0       [Have you ever heard of...?)
                lulu                               No
                blurb                              Yes
                iuniverse                          No
                authorhouse                        No
                trafford                           No
                moho                               No
Q4.1       [Have you ever heard of...?)
                lulu                               na
                blurb                              na
                iuniverse                          na
                authorhouse                        na
                trafford                           na
                moho                               na


RESP_ID    44286
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Don't know.
Q4.0       [Have you ever heard of...?)
                lulu                               na
                blurb                              na
                iuniverse                          na
                authorhouse                        na
                trafford                           na
                moho                               na
Q4.1       [Have you ever heard of...?)
                lulu                               No
                blurb                              No
                iuniverse                          No
                authorhouse                        No
                trafford                           No
                moho                               No


RESP_ID    44408
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't know.
Q4.0       [Have you ever heard of...?)
                lulu                               na
                blurb                              na
                iuniverse                          na
                authorhouse                        na
                trafford                           na
                moho                               na
Q4.1       [Have you ever heard of...?)
                lulu                               No
                blurb                              No
                iuniverse                          No
                authorhouse                        No
                trafford                           No
                moho                               No
```

```
        RESP_ID   44475
        Age:      30 to 49
        Gender:   Male
        Q3.0      [Names of internet sites that offer self publishing]
        Q3.0      I don't know of any.
        Q3.1      None.
        Q4.0      [Have you ever heard of...?)
                       lulu              No
                       blurb             No
                       iuniverse         No
                       authorhouse       No
                       trafford          No
                       moho              No
        Q4.1      [Have you ever heard of...?)
                       lulu              na
                       blurb             na
                       iuniverse         na
                       authorhouse       na
                       trafford          na
                       moho              na


        RESP_ID   44491
        Age:      14 to 29
        Gender:   Female
        Q3.0      [Names of internet sites that offer self publishing]
        Q3.0      iTunes.
        Q3.1      None.
        Q4.0      [Have you ever heard of...?)
                       lulu              No
                       blurb             No
                       iuniverse         Yes
                       authorhouse       No
                       trafford          No
                       moho              No
        Q4.1      [Have you ever heard of...?)
                       lulu              na
                       blurb             na
                       iuniverse         na
                       authorhouse       na
                       trafford          na
                       moho              na


        RESP_ID   44634
        Age:      14 to 29
        Gender:   Female
        Q3.0      [Names of internet sites that offer self publishing]
        Q3.0      MySpace.
        Q3.1      Um, Facebook.
        Q4.0      [Have you ever heard of...?)
                       lulu              No
                       blurb             No
                       iuniverse         No
                       authorhouse       No
                       trafford          No
                       moho              No
        Q4.1      [Have you ever heard of...?)
                       lulu              na
                       blurb             na
                       iuniverse         na
                       authorhouse       na
                       trafford          na
                       moho              na
```

```
RESP_ID   44786
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know any.
Q4.0      [Have you ever heard of...?)
              lulu              na
              blurb             na
              iuniverse         na
              authorhouse       na
              trafford          na
              moho              na
Q4.1      [Have you ever heard of...?)
              lulu              No
              blurb             No
              iuniverse         No
              authorhouse       No
              trafford          No
              moho              No


RESP_ID   44875
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Um, none right now.
Q4.0      [Have you ever heard of...?)
              lulu              na
              blurb             na
              iuniverse         na
              authorhouse       na
              trafford          na
              moho              na
Q4.1      [Have you ever heard of...?)
              lulu              No
              blurb             Yes
              iuniverse         Yes
              authorhouse       No
              trafford          No
              moho              No


RESP_ID   44914
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
              lulu              na
              blurb             na
              iuniverse         na
              authorhouse       na
              trafford          na
              moho              na
Q4.1      [Have you ever heard of...?)
              lulu              No
              blurb             No
              iuniverse         No
              authorhouse       No
              trafford          No
              moho              No
```

```
RESP_ID   44939
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
              lulu                                      na
              blurb                                     na
              iuniverse                                 na
              authorhouse                               na
              trafford                                  na
              moho                                      na
Q4.1      [Have you ever heard of...?)
              lulu                                      No
              blurb                                     No
              iuniverse                                 No
              authorhouse                               Yes
              trafford                                  No
              moho                                      No

RESP_ID   45010
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Poetry contests.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
              lulu                                      Yes
              blurb                                     No
              iuniverse                                 No
              authorhouse                               No
              trafford                                  No
              moho                                      No
Q4.1      [Have you ever heard of...?)
              lulu                                      na
              blurb                                     na
              iuniverse                                 na
              authorhouse                               na
              trafford                                  na
              moho                                      na

RESP_ID   45192
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I don't know of any.
Q4.0      [Have you ever heard of...?)
              lulu                                      na
              blurb                                     na
              iuniverse                                 na
              authorhouse                               na
              trafford                                  na
              moho                                      na
Q4.1      [Have you ever heard of...?)
              lulu                                      No
              blurb                                     No
              iuniverse                                 No
              authorhouse                               No
              trafford                                  No
              moho                                      No
```