```
RESP_ID    45231
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.
Q4.0       [Have you ever heard of...?)
                   lulu                 na
                   blurb                na
                   iuniverse            na
                   authorhouse          na
                   trafford             na
                   moho                 na
Q4.1       [Have you ever heard of...?)
                   lulu                 No
                   blurb                No
                   iuniverse            No
                   authorhouse          No
                   trafford             No
                   moho                 No


RESP_ID    45385
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't use that type of thing.
Q4.0       [Have you ever heard of...?)
                   lulu                 na
                   blurb                na
                   iuniverse            na
                   authorhouse          na
                   trafford             na
                   moho                 na
Q4.1       [Have you ever heard of...?)
                   lulu                 No
                   blurb                No
                   iuniverse            No
                   authorhouse          No
                   trafford             No
                   moho                 No


RESP_ID    45427
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.
Q4.0       [Have you ever heard of...?)
                   lulu                 na
                   blurb                na
                   iuniverse            na
                   authorhouse          na
                   trafford             na
                   moho                 na
Q4.1       [Have you ever heard of...?)
                   lulu                 No
                   blurb                No
                   iuniverse            No
                   authorhouse          No
                   trafford             No
                   moho                 No
```

Dockets.Justia.com

```
RESP_ID   45468
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I honestly don't know.
Q4.0      [Have you ever heard of...?)
              lulu                              na
              blurb                             na
              iuniverse                         na
              authorhouse                       na
              trafford                          na
              moho                              na
Q4.1      [Have you ever heard of...?)
              lulu                              No
              blurb                             No
              iuniverse                         No
              authorhouse                       No
              trafford                          No
              moho                              No

RESP_ID   46342
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Kodak EasyShare.
Q3.1      That's it.
Q4.0      [Have you ever heard of...?)
              lulu                              No
              blurb                             No
              iuniverse                         No
              authorhouse                       No
              trafford                          No
              moho                              No
Q4.1      [Have you ever heard of...?)
              lulu                              na
              blurb                             na
              iuniverse                         na
              authorhouse                       na
              trafford                          na
              moho                              na

RESP_ID   46487
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      No not really.
Q4.0      [Have you ever heard of...?)
              lulu                              na
              blurb                             na
              iuniverse                         na
              authorhouse                       na
              trafford                          na
              moho                              na
Q4.1      [Have you ever heard of...?)
              lulu                              No
              blurb                             No
              iuniverse                         No
              authorhouse                       No
              trafford                          No
              moho                              No
```

```
RESP_ID  46751
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Don't know of any.
Q4.0     [Have you ever heard of...?)
             lulu              na
             blurb             na
             iuniverse         na
             authorhouse       na
             trafford          na
             moho              na
Q4.1     [Have you ever heard of...?)
             lulu              No
             blurb             No
             iuniverse         No
             authorhouse       No
             trafford          No
             moho              No


RESP_ID  46753
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     I don't know.
Q4.0     [Have you ever heard of...?)
             lulu              na
             blurb             na
             iuniverse         na
             authorhouse       na
             trafford          na
             moho              na
Q4.1     [Have you ever heard of...?)
             lulu              No
             blurb             No
             iuniverse         No
             authorhouse       No
             trafford          No
             moho              No


RESP_ID  47216
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer self publishing]
Q3.0     Digital Blasphemy.
Q3.1     None.
Q4.0     [Have you ever heard of...?)
             lulu              No
             blurb             No
             iuniverse         No
             authorhouse       No
             trafford          No
             moho              No
Q4.1     [Have you ever heard of...?)
             lulu              na
             blurb             na
             iuniverse         na
             authorhouse       na
             trafford          na
             moho              na
```

A-62

```
RESP_ID    47647
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't know.
Q4.0       [Have you ever heard of...?)
                   lulu                     na
                   blurb                    na
                   iuniverse                na
                   authorhouse              na
                   trafford                 na
                   moho                     na
Q4.1       [Have you ever heard of...?)
                   lulu                     No
                   blurb                    Yes
                   iuniverse                No
                   authorhouse              No
                   trafford                 No
                   moho                     No


RESP_ID    47700
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.
Q4.0       [Have you ever heard of...?)
                   lulu                     na
                   blurb                    na
                   iuniverse                na
                   authorhouse              na
                   trafford                 na
                   moho                     na
Q4.1       [Have you ever heard of...?)
                   lulu                     No
                   blurb                    No
                   iuniverse                No
                   authorhouse              No
                   trafford                 No
                   moho                     No


RESP_ID    47717
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       I don't know any at all.
Q4.0       [Have you ever heard of...?)
                   lulu                     na
                   blurb                    na
                   iuniverse                na
                   authorhouse              na
                   trafford                 na
                   moho                     na
Q4.1       [Have you ever heard of...?)
                   lulu                     No
                   blurb                    No
                   iuniverse                No
                   authorhouse              No
                   trafford                 No
                   moho                     No
```

```
RESP_ID   47984
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of any right now.
Q4.0      [Have you ever heard of...?)
                  lulu                      na
                  blurb                     na
                  iuniverse                 na
                  authorhouse               na
                  trafford                  na
                  moho                      na
Q4.1      [Have you ever heard of...?)
                  lulu                      No
                  blurb                     No
                  iuniverse                 No
                  authorhouse               No
                  trafford                  No
                  moho                      No


RESP_ID   48111
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      YouTube, MySpace and Bebo.com.
Q3.1      That's all I know.
Q4.0      [Have you ever heard of...?)
                  lulu                      No
                  blurb                     Yes
                  iuniverse                 No
                  authorhouse               No
                  trafford                  No
                  moho                      No
Q4.1      [Have you ever heard of...?)
                  lulu                      na
                  blurb                     na
                  iuniverse                 na
                  authorhouse               na
                  trafford                  na
                  moho                      na


RESP_ID   48219
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Right off the bat can't tell you anything.
Q3.1      I don't know any.
Q4.0      [Have you ever heard of...?)
                  lulu                      No
                  blurb                     Yes
                  iuniverse                 No
                  authorhouse               No
                  trafford                  No
                  moho                      Yes
Q4.1      [Have you ever heard of...?)
                  lulu                      na
                  blurb                     na
                  iuniverse                 na
                  authorhouse               na
                  trafford                  na
                  moho                      na
```

```
RESP_ID    48320
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Like YouTube.
Q3.1       I can't think of them.
Q4.0       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           No
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No
Q4.1       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na


RESP_ID    48447
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.
Q4.0       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na
Q4.1       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           No
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No


RESP_ID    48516
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       Cafetress.
Q3.1       Can't think of anything.
Q4.0       [Have you ever heard of...?)
                   lulu                            No
                   blurb                           No
                   iuniverse                       No
                   authorhouse                     No
                   trafford                        No
                   moho                            No
Q4.1       [Have you ever heard of...?)
                   lulu                            na
                   blurb                           na
                   iuniverse                       na
                   authorhouse                     na
                   trafford                        na
                   moho                            na
```

A-65

```
RESP_ID   48568
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na
Q4.1      [Have you ever heard of...?)
              lulu                    No
              blurb                   No
              iuniverse               Yes
              authorhouse             No
              trafford                Yes
              moho                    No


RESP_ID   48629
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      No idea.
Q4.0      [Have you ever heard of...?)
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na
Q4.1      [Have you ever heard of...?)
              lulu                    No
              blurb                   No
              iuniverse               Yes
              authorhouse             No
              trafford                No
              moho                    Yes


RESP_ID   48654
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
              lulu                    na
              blurb                   na
              iuniverse               na
              authorhouse             na
              trafford                na
              moho                    na
Q4.1      [Have you ever heard of...?)
              lulu                    No
              blurb                   Yes
              iuniverse               No
              authorhouse             No
              trafford                No
              moho                    No
```

A-66

```
RESP_ID    48744
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       None.
Q4.0       [Have you ever heard of...?]
               lulu                        na
               blurb                       na
               iuniverse                   na
               authorhouse                 na
               trafford                    na
               moho                        na
Q4.1       [Have you ever heard of...?]
               lulu                        No
               blurb                       Don't know
               iuniverse                   No
               authorhouse                 No
               trafford                    No
               moho                        No


RESP_ID    48764
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       ABC Family, MTV and VH1.
Q3.1       Disney channel.
Q4.0       [Have you ever heard of...?]
               lulu                        No
               blurb                       No
               iuniverse                   No
               authorhouse                 No
               trafford                    No
               moho                        No
Q4.1       [Have you ever heard of...?]
               lulu                        na
               blurb                       na
               iuniverse                   na
               authorhouse                 na
               trafford                    na
               moho                        na


RESP_ID    48867
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer self publishing]
Q3.0       YouTube and Facebook.
Q3.1       I can't think of anymore.
Q4.0       [Have you ever heard of...?]
               lulu                        No
               blurb                       No
               iuniverse                   No
               authorhouse                 Yes
               trafford                    No
               moho                        No
Q4.1       [Have you ever heard of...?]
               lulu                        na
               blurb                       na
               iuniverse                   na
               authorhouse                 na
               trafford                    na
               moho                        na
```

```
RESP_ID   49037
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      I can't think of any.
Q4.0      [Have you ever heard of...?]
              lulu                na
              blurb               na
              iuniverse           na
              authorhouse         na
              trafford            na
              moho                na
Q4.1      [Have you ever heard of...?]
              lulu                No
              blurb               No
              iuniverse           No
              authorhouse         No
              trafford            No
              moho                No


RESP_ID   49077
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      Um, Flickr and YouTube.  Um, I believe that there's some others
          for books but can't think of the name.
Q3.1      Uh, well, certainly any blogging software allow for self
          publishing.  Let's see, um, I can't think of any others.
Q4.0      [Have you ever heard of...?]
              lulu                Yes
              blurb               No
              iuniverse           No
              authorhouse         No
              trafford            No
              moho                No
Q4.1      [Have you ever heard of...?]
              lulu                na
              blurb               na
              iuniverse           na
              authorhouse         na
              trafford            na
              moho                na


RESP_ID   49221
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer self publishing]
Q3.0      eBay.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
              lulu                No
              blurb               No
              iuniverse           No
              authorhouse         No
              trafford            No
              moho                No
Q4.1      [Have you ever heard of...?]
              lulu                na
              blurb               na
              iuniverse           na
              authorhouse         na
              trafford            na
              moho                na
```

VIDEO CONTENT INTERNET SITES

```
RESP_ID    49419
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       PBS.com.
Q3.1       YouTube.
Q4.0       [Have you ever heard of...?]
               lulu              No
               mySpace           Yes
               youtube           na[7]
               photobucket       No
               digg              No
               moho              No
Q4.1       [Have you ever heard of...?]
               lulu              na[8]
               myspace           na
               youtube           na
               photobucket       na
               digg              na
               moho              na

RESP_ID    49435
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       I don't really get on it that much.  Jesus music and then MTV
           and Yahoo video.
Q4.0       [Have you ever heard of...?]
               lulu              No
               mySpace           Yes
               youtube           na
               photobucket       No
               digg              No
               moho              No
Q4.1       [Have you ever heard of...?]
               lulu              na
               myspace           na
               youtube           na
               photobucket       na
               digg              na
               moho              na
```

---

[7]Respondents were not asked about internet sites they identified in response to Q3.0 or Q3.1.

[8]Respondents were either asked Q4.0 or Q4.1.

A-69