

## Retrieved as part of your Clothing Web Search Extension

**http://shop.nordstrom.com/S/2948316/0~2378467~2378483~2377034~6007303?mediumth
umbnail=Y&origin=category&searchtype=&pbo=6007303&P=1**

Lulu Jelly Headband - View All - Nordstrom.com

Approx. width: Black and Tortoise 2″ at widest point; Gold and Silver 1″ at widest point. PVC/polyester. By

**Lulu**; imported. **...**

shop.nordstrom.com/S/2948316/0~2378467~2378483~2377034~6007303?mediumthumbnail=Y&origin=cate

gory&... - 44k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Jelly Headband - View All - Nordstrom.com |
| **Keywords:** | Lulu Jelly Headband - View All - Nordstrom.com |
| **Description:** | Lulu Jelly Headband - View All - Nordstrom.com |
| **Status:** | Accessible |



**Retrieved as part of your Clothing Web Search Extension**

**http://www.zappos.com/n/p/dp/29884996/c/559.html**

Baby Lulu Kids Footy (Infant) (Pink) - 24 Mos.) Infant (0

Baby **Lulu** Kids Footy (Infant) (Pink) - 24 Mos.) Infant (0; Read Baby **Lulu** Kids Footy (Infant) product reviews, or select the Baby **Lulu** Kids Footy (Infant) **...**

www.zappos.com/n/p/dp/29884996/c/559.html - 43k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Baby Lulu Kids Footy (Infant) (Pink) - 24 Mos.) Infant (0 |
| **Keywords:** | Baby Lulu Kids Footy (Infant) (Pink) - 24 Mos.) Infant (0 |
| **Description:** | Baby Lulu Kids Footy (Infant) (Pink) - 24 Mos.) Infant (0; Read Baby Lulu Kids Footy (Infant) product reviews, or select the Baby Lulu Kids Footy (Infant) size, width, and color of the Baby Lulu KidsFooty (Infant) of your choice. |
| **Status:** | Accessible |



**WCL-9**
**Web Common Law**

**Retrieved as part of your Television Web Search Extension**

**http://tv.yahoo.com/lulu-pinkus/contributor/825869**

Lulu Pinkus - Yahoo! TV

**Lulu** Pinkus find the latest news, biography, career milestones, credits, ... We're sorry, but we can't find any

airings featuring **Lulu** Pinkus in the next 14 days. ...**tv.yahoo.com/lulu**-pinkus/contributor/825869 - 60k -

Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Pinkus - Yahoo! TV |
| **Keywords:** | Lulu Pinkus, Lulu Pinkus photos, Lulu Pinkus news, Lulu Pinkus clips, Lulu Pinkus pictures, Lulu Pinkus biography, Lulu Pinkus filmography, Lulu Pinkus credits |
| **Description:** | Lulu Pinkus find the latest news, biography, career milestones, credits, filmography, photos and video clips on Yahoo! TV |
| **Status:** | Accessible |



## Retrieved as part of your Television Web Search Extension

### http://www.imdb.com/title/tt0116939/

Lulu (1996/I)

**Lulu** on IMDb: Movies, TV, Celebs, and more... **...** Message Boards Discuss this title with other users on IMDb message board for **Lulu** (1996/I) **...**

www.imdb.com/title/tt0116939/ - 33k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu (1996/I) |
| **Keywords:** | Reviews, Showtimes, DVDs, Photos, Message Boards, User Ratings, Synopsis, Trailers, Credits |
| **Description:** | Lulu on IMDb: Movies, TV, Celebs, and more... |
| **Status:** | Accessible |



WCL-11
Web Common Law

**Retrieved as part of your Television Web Search Extension**

**http://www.imdb.com/title/tt0081086/**

Lulu (1980)

**Lulu** on IMDb: Movies, TV, ... **Lulu**. Michele Placido. Schwarz. Jean-Jacques Delbo. Doctor Goll. Hans ...

other users on IMDb message board for **Lulu** (1980) ...www.**imdb.com**/title/tt0081086 - 33k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu (1980) |
| **Keywords:** | Reviews, Showtimes, DVDs, Photos, Message Boards, User Ratings, Synopsis, Trailers, Credits |
| **Description:** | Lulu on IMDb: Movies, TV, Celebs, and more... |
| **Status:** | Accessible |



## Retrieved as part of your Television Web Search Extension

### http://www.imdb.com/title/tt0008232/

Lulu (1917)

**Lulu** on IMDb: Movies, TV, ... Now Playing Movie/TV News My Movies DVD New Releases IMDbTV ... title

with other users on IMDb message board for **Lulu** (1917) ...www.**imdb.com**/title/tt0008232 - 30k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu (1917) |
| **Keywords:** | Reviews, Showtimes, DVDs, Photos, Message Boards, User Ratings, Synopsis, Trailers, Credits |
| **Description:** | Lulu on IMDb: Movies, TV, Celebs, and more... |
| **Status:** | Accessible |



## Retrieved as part of your Television Web Search Extension

**http://www.imdb.com/title/tt0392364/maindetails**

Lulu (2005) (V)

Leon Mortier, a wealthy publisher, whilst driving through the forest one day, stops when he sees **Lulu** walki

ng down the long narrow road... more **...**

www.imdb.com/title/tt0392364/maindetails - 37k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu (2005) (V) |
| **Keywords:** | Reviews, Showtimes, DVDs, Photos, Message Boards, User Ratings, Synopsis, Trailers, Credits |
| **Description:** | Lulu on IMDb: Movies, TV, Celebs, and more... |
| **Status:** | Accessible |



**LULU**

## Retrieved as part of your Television Web Search Extension

### http://www.imdb.com/title/tt0421219/

Lulu (1991) (TV)

**Lulu** on IMDb: Movies, TV, Celebs, and more... **...** Message Boards Discuss this title with other users on IMDb message board for **Lulu** (1991) (TV) **...**

www.imdb.com/title/tt0421219/ - 33k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu (1991) (TV) |
| **Keywords:** | Reviews, Showtimes, DVDs, Photos, Message Boards, User Ratings, Synopsis, Trailers, Credits |
| **Description:** | Lulu on IMDb: Movies, TV, Celebs, and more... |
| **Status:** | Accessible |



## Retrieved as part of your Television Web Search Extension

**http://www.imdb.com/title/tt0319768/**

Lulu (2002/I)

**Lulu** on IMDb: Movies, TV, Celebs, and more... **...** Message Boards Discuss this title with other users on IMDb message board for **Lulu** (2002/I) **...**

www.imdb.com/title/tt0319768/ - 32k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu (2002) |
| **Keywords:** | Reviews, Showtimes, DVDs, Photos, Message Boards, User Ratings, Synopsis, Trailers, Credits |
| **Description:** | Lulu on IMDb: Movies, TV, Celebs, and more... |
| **Status:** | Accessible |



## Retrieved as part of your Television Web Search Extension

### http://www.imdb.com/title/tt0256163/

Lulu (1979) (TV)

**Lulu** on IMDb: Movies, TV, Celebs, and more... **...** Message Boards Discuss this title with other users on IMDb message board for **Lulu** (1979) (TV) **...**

www.imdb.com/title/tt0256163/ - 35k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu (1979) (TV) |
| **Keywords:** | Reviews, Showtimes, DVDs, Photos, Message Boards, User Ratings, Synopsis, Trailers, Credits |
| **Description:** | Lulu on IMDb: Movies, TV, Celebs, and more... |
| **Status:** | Accessible |



**Retrieved as part of your Television Web Search Extension**

**http://www.imdb.com/title/tt0072537/**

″Lulu″ (1975)

**Lulu** on IMDb: Movies, TV, Celebs, and more... **...** Message Boards Discuss this title with other users on IMDb message board for ″**Lulu**″ (1975) **...**

www.imdb.com/title/tt0072537/ - 29k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | ″Lulu″ (1975) |
| **Keywords:** | Reviews, Showtimes, DVDs, Photos, Message Boards, User Ratings, Synopsis, Trailers, Credits |
| **Description:** | Lulu on IMDb: Movies, TV, Celebs, and more... |
| **Status:** | Accessible |



## Retrieved as part of your Music Web Search Extension

## http://www.mp3.com/albums/36036/downloads.html

Lulu - CHELSEA - Lulu - Music Downloads

**Lulu** MP3 Downloads - **MP3.com** offers legal **Lulu** music downloads as well as all of your favorite **Lulu** mu

sic videos. ... choice, and **MP3.com** will launch whatever ...www.**mp3.com**/albums/36036/downloads.html -

31k - Cached

### Web Page Information

| | |
|---|---|
| **HTML Title:** | Lulu - CHELSEA - Lulu - Music Downloads |
| **Keywords:** | Lulu MP3 Downloads, Lulu Music Downloads, Lulu Music Videos, Lulu MP3, Lulu Music, Lulu Downloads, Lulu Videos, Lulu Albums, Lulu Reviews |
| **Description:** | Lulu MP3 Downloads - MP3.com offers legal Lulu music downloads as well as all of your favorite Lulu music videos. |
| **Status:** | Accessible |



## Retrieved as part of your Music Web Search Extension

### http://www.mp3.com/albums/36042/summary.html?from=15230

Lulu - ALFA - Lulu - Song Listings

**Lulu** MP3 Downloads - **MP3.com** offers legal **Lulu** music downloads as well as all of your favorite **Lulu** mu

sic videos. ... charts for **Lulu** -- her biggest American ...www.**mp3.com**/albums/36042/summary.html?from=

15230 - 40k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu - ALFA - Lulu - Song Listings |
| **Keywords:** | Lulu MP3 Downloads, Lulu Music Downloads, Lulu Music Videos, Lulu MP3, Lulu Music, Lulu Downloads, Lulu Videos, Lulu Albums, Lulu Reviews |
| **Description:** | Lulu MP3 Downloads - MP3.com offers legal Lulu music downloads as well as all of your favorite Lulu music videos. |
| **Status:** | Accessible |



http://www.mp3.com/albums/36042/summary.html?from=15230

**WCL-20**
**Web Common Law**

### Retrieved as part of your Music Web Search Extension

[http://www.rollingstone.com/artists/lulu](http://www.rollingstone.com/artists/lulu)

Lulu : Rolling Stone

Rolling Stone gives you total **Lulu** coverage including free music, videos, photos, music news and exclusive Rolling Stone articles.

www.rollingstone.com/artists/**lulu** - 28k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu : Rolling Stone |
| **Keywords:** | Rolling Stone Magazine, Rolling Stone's, RollingStone, entertainment news, music news, photos, celebrity photos, artist photos, top artists, top albums, music videos, artist articles, artist recordings and reviews, artist biography |
| **Description:** | Rolling Stone gives you total Lulu coverage including free music, videos, photos, music news and exclusive Rolling Stone articles. |
| **Status:** | Accessible |



## Retrieved as part of your Eyewear Web Search Extension

### http://www.framesdirect.com/framesfp/Lafont-tcmfmi/r.html

Lafont Lulu eyeglasses eyewear

**Lulu** - Lafont eyeglasses eyewear and frames offer the wearer a style, that is both sophisticated and classic. Shapes and colors are extremely unique.

www.framesdirect.com/framesfp/Lafont-tcmfmi/r.html - 256k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lafont Lulu eyeglasses eyewear |
| **Keywords:** | lafont, eyeglasses eyewear, eyeeyeglasses eyewear, frames, discount, designer, lenses, lens, prescription, vision, optical, ophthalmic |
| **Description:** | Lulu - Lafont eyeglasses eyewear and frames offer the wearer a style, that is both sophisticated and classic. Shapes and colors are extremely unique. |
| **Status:** | Accessible |



## http://www.lulusfashionlounge.com/

LULUS Fashion Lounge, Cute Shoes, Trendy Clothes, Fashion Apparel ...

Trendy **Clothing**, Shoes, Dresses, Fashion Jewelry and Cute Accessories. Funky, Unique, and Chic Styles

added each week! Online at LulusFashionLounge.com **...**

www.**lulu**sfashionlounge.com/ - 17k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LULUS Fashion Lounge, Cute Shoes, Trendy Clothes, Fashion Apparel, Teen Clothing, Junior Shoes, Accessories, Jewelry |
| **Keywords:** | trendy clothes, teen clothes, cheap clothes, trendy jewelry, young apparel, juniors apparel, trendy apparel, teen accessories, cheap accessories, trendy dresses, cute dresses, cheap dresses, cute shoes, trendy shoes, cheap trendy clothes, trendy apparel, teen pants, club, sexy, affordable, fashion, casual, clothing, lulus fashion, pants, shoes, dresses |
| **Description:** | Trendy Clothing, Shoes, Dresses, Fashion Jewelry and Cute Accessories. Funky, Unique, and Chic Styles added each week! Online at LulusFashion-Lounge.com - Shop Now! |
| **Status:** | Accessible |



## http://www.lulu.co.uk/audio.htm

Lulu AUDIO Page

**LULU AUDIO** CLIPS. **...** You do need a **media** player that is capable of playing RealMedia files. **...** 2:11 extr

act including Tim Rice, Sir Elton John & **Lulu ...**

www.**lulu**.co.uk/**audio**.htm - 14k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu AUDIO Page |
| **Keywords:** | LULU lulu Lulu dome chelsea alfa decca luvvers shout |
| **Description:** | LULU AUDIO CLIPS |
| **Status:** | Accessible |



## http://www.lulu.com/

Lulu

Publish and sell books, images, and other digital content online free of charge. Users can upload content, set a price, and retain control of their work.www.**lulu.com** - 24k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu.com - Self Publishing - Free |
| **Keywords:** | self publishing |
| **Description:** | Looking for self publishing resources? Lulu.com lets you publish and sell and print on demand books, e-books, online music, images, custom calendars and photo books. |
| **Status:** | Accessible |



## http://www.lulu.tv/?p=3120

Lulu TV ″ Astrokopp Music Video.

Music **Video** for The Low Frequency In Stereo Directed By David Earle ... static.**lulu**.tv/wp-content/**video**/
1861/flash/3120/1156368227.flv&postID=3120 ...www.**lulu.tv**/?p=3120 - 41k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu TV » Astrokopp Music Video. |
| **Keywords:** | Music, Video, Low, Frequency, In, StereoDirected, By, David, Earle, |
| **Description:** | Music Video for The Low Frequency In StereoDirected By David Earle |
| **Status:** | Accessible |



## http://www.lulu-b.com/

Lulu-B.com: Women's Clothing & Apparel

Lulub. **Lulu**-b. Offering new and exciting colors and styles that match your lifestyle. ... Cotton Connection
and **Lulu**-B are looking forward to seeing you soon. ...www.**lulu-b.com** - 17k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu-B.com: Women's Clothing & Apparel |
| **Keywords:** | Women's Clothing, womens clothing, Lulub, Lulu-b, cotton connection, wholesale, retail, apparel, resort wear, cruise wear, colors, 100% cotton, 100% linen, sheeting, cotton sheeting, ashwood, brenda marie, cc collection, cc clothing, cotton, ccstores, linen, fresh, knit, knits, woven, wovens, children's clothing, softwear, soft wear, women, children, sanibel island, sanibel, florida, california, alabama, north carolina, south carolina, disneyworld, disneyland, sea world, universal studios, new york, retail stores, colorful, cotton, resort, screen print, garment dyed, pre shrunk, family business, made in the u.s.a., cotton, crinkle, soft, white, dresses, summer, heat, loose, wardrobe, shopping, online shopping, designer, fashion, style, produce, accessories, fabric, import, Lazarus, Gary Hanson |
| **Description:** | Lulub. Lulu-b. Offering new and exciting colors and styles that match your lifestyle. See our customer service page for shows we will be attending, or contact your sales rep. |
| **Status:** | Accessible |



## http://www.luluopenmedia.com/

Lulu Open Media : Welcome

**Lulu** Open **Media** sells **software**, support and solutions for deploying rich **media** ... 4705. Jeremy Hogan.

PR and **Marketing**. pr@luluopenmedia.com. 919.459.5858 ...www.**luluopenmedia.com** - 14k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Open Media : Welcome |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |

# LULU OPENMEDIA

LOGIN [ ]   PASSWORD [ ]

*Cited Term*

## WHO ARE WE

Lulu Open Media sells software, support and solutions for deploying rich media applications on embedded devices and consumer electronics.

At the heart of our offering is the Lulu Media Player, a stable, open source all-purpose platform-independent media player based on the popular Gnash project. The player is backed up on the infrastructure side by the Lulu Media Server, an open source streaming media server based on Cygnal. To make it all work, we sell consulting, porting and support services so that you can deploy your solution with confidence.

## WHAT DO WE DO

Lulu Open Media is about ramping up the pace of digital media innovation, about enabling content creators and license owners to get their goods on the newest devices, about empowering consumers to use their media on their terms and about giving consumer electronics and embedded device manufacturers the code and tools they need to deploy any digital media type—no matter the license, no matter the codec, no matter the device.

We employ some of the world's foremost experts in open source development, rich media delivery, embedded systems engineering and application portability. We can assemble the right team to help deploy and support your solution.

**Eileen Egan**
VP Business Development

sales@luluopenmedia.com

919.793.5166

**MaryBeth Panagos**
International Sales
sales@luluopenmedia.com
617.470.4705

**Jeremy Hogan**
PR and Marketing
pr@luluopenmedia.com

919.459.5858 x231



OPEN SOUR

We see a world w every device you can discover and play, or create an share any digital media. Videos, podcasts, music, games, comics, t works.



PHONES    GA

VIDEOS    POD

http://www.luluopenmedia.com/