**WCL-28**
**Web Common Law**

## http://www.luluscuts.com/

### Lulu's Cuts & Toys

Haircuts and toys for kids.www.**luluscuts.com** - 24k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu's Cuts & Toys -- Haircuts and Toys for Kids |
| **Keywords:** | haircut, haircuts, haircutting, kids cuts, girls cuts, boys cuts, bangs, trim, barber shop, salon, toys, children, kids, Brooklyn, New York, Lulu, hair stylist, kids servi ces, rare toys, dolls, toy cars, movies, video games, Kid Galaxy, Haba, Salto, Schleich, Fashion Angels, Groovey Girls, collectibles, Brigitte Prat |
| **Description:** | Luluís Cuts & Toys, owned by Brigitte Prat, offers a unique haircutting experience for kids. Children who normally dread a trip to the barber or salon can get lost in a world of movies, video games,and toys, while they receive a professionally trimmed haircut. The toy selection at Luluís is truly one of a unique and rare nature. Featured toys include Groovey Girls, Fashion Angels, and offerings from Schleich, Haba, and Kid Galaxy. Luluís Cuts and Toys, 310 5th Ave., Brooklyn, New York 11215. |
| **Status:** | Accessible |



## About Lulu's

Lulu's Cuts & Toys was opened by former fashion executive Brigitte Prat in August 2001. As a mother and resident of Park Slope, Brooklyn, Brigitte saw the need and potential for an establishment which could perform double duty in the family friendly neighborhood.

With the inspiration of her precocious six year old daughter Lulu, Brigitte opened a combination hair salon and toy store on the increasingly stylish Fifth Avenue strip of Park Slope. Children receive a beautiful and stylish haircut, by one of our experienced stylist, as parents peruse the carefully thought-out selection of intelligent old and new-school specialty toys. Kids leave with balloons and lollipops, and everyone leaves with a smile on their face. Lulu's Cuts & Toys is a most welcome addition to the neighborhood.

Our website makes use of the Macromedia Flash plug-in. If you don't have it you can download it at this link:
http://www.macromedia.com/go/getflash

48 5th Avenue | Brooklyn, NY 11217 | (718) 832-3732
© Lulu's Cuts & Toys 2003

## [http://lulu.libsyn.com/index.php?post_id=100713](http://lulu.libsyn.com/index.php?post_id=100713)

[Lulu Radio](#)

**Lulu** Radio. The voice of Open **Media**. Get the Feed! Want to learn more? Visit us ... **Lulu** Radio #7 - Mark Jeffrey and **Marketing** Central. Author Interview: ...**lulu.libsyn.com**/index.php?post_id=100713 - 12k - [Cached](#)

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Radio |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |



## http://www.lulubellebooks.com/

Welcome to Lulu Belle Books -- Lulu's Rose Colored Glasses ...

Our special thanks to all of the wonderful **media**, you allowed **Lulu** to work her magic and **.....** Click here for our tribute to **Lulu video** presentation! **...**

www.**lulu**bellebooks.com/ - 63k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to Lulu Belle Books -- Lulu's Rose Colored Glasses -- "Lulu's Rose Colored Glasses" is the first of 5 books written by Gretchan A Pyne. It is an ins pirational story of a day when 4 year old Olivia taught her mother to see the world through a childs eyes again. This true story takes place a few months bef ore a tragic accident takes Olivia's life. Beautifully illustrated by Anne Carrozza Remick and each book comes with a pair of rose colored sunglasses. |
| **Keywords:** | Lulubelle, Lulu's Rose Colored Glasses, Lulubelle books, childrens books, childr ens stories, books, stories, story, storybooks inspirational books, inspirational childrens books, children's literature, literature, rose colored glasses, Olivia Pyn e, Gretchan Pyne, Olivia Lynn Pyne, Gretchan Ann Pyne, loss of a child, kids, reading, read, publishers, publishing |
| **Description:** | |
| **Status:** | Accessible |



## http://www.lulubrands.com/resources/ExcuseMeDemo.html

.: Lulu Brands: :Busy John :.

www.**lulubrands.com**/resources/ExcuseMeDemo.html - 3k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | .: Lulu Brands: :Busy John :. |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |





**http://vids.myspace.com/index.cfm?fuseaction=vids.Channel&ChannelID=218223485**

MySpaceTV: Studio LuLoo

Stacey Brown of The Classic Brown by Studio **LuLoo**. Watch it on MySpaceTV. **...** (Add Comment)Studio

**LuLoo's Video** Channel Comments **...**

vids.myspace.com/index.cfm?fuseaction=vids.Channel&ChannelID=218223485 - 18k - Cached - Similar pag

es

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | MySpaceTV: Studio LuLoo |
| **Keywords:** | video, Stacey, Brown, of, Classic, Brown, Studio LuLoo, Music, brown, , Brown, , Classic, luloo, , mic, oaklyn, , open, stacey, studio, The, videos, vids, trailer, clip |
| **Description:** | Stacey Brown of The Classic Brown by Studio LuLoo. Watch it on MySpaceTV |
| **Status:** | Accessible |



## http://www.youtube.com/watch?v=n6do7lzruao

YouTube - Vidéo Lulue

... sites linking to this **video**.) Loading Info... Close. Would ... **Vidéo Lulue**. Category News & Politics. Tags: ADy. URL. Embed. Showing 120 of about 3,210 ...www.**youtube.com**/watch?v=n6do7lzruao - 80k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | YouTube - Vidéo Lulue |
| **Keywords:** | ADy |
| **Description:** | Vidéo Lulue |
| **Status:** | Accessible |



## http://www.pinupgirlclothing.com/luckylooloo6.html

Lucky LooLoo Jewelry - Retro Necklaces, Bracelets, Earrings and ...

Lucky **LooLoo** Necklaces - Fantastic Retro Necklaces Inspired by Vintage Designs **...** Pinup Girl **Clothing** -

The best selection of cute, retro **clothing**, shoes, **...**

www.pinupgirl**clothing**.com/lucky**looloo**6.html - 23k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lucky LooLoo Jewelry - Retro Necklaces, Bracelets, Earrings and More from Lucky LooLoo |
| **Keywords:** | lucky looloo jewelry, lucly looloo necklaces, lucky looloo earrings, breacelt, retro, hair clips |
| **Description:** | |
| **Status:** | Accessible |



Home > Retro Accessories and Rockabilly Accessories, Retro Purses, Rockabilly Purses, Retro & Roc...
Costume Jewelry > Retro Jewelry, Costume Jewelry and Vintage Inspired Costume Jewelry > Lucky Loo...
Retro Necklaces, Bracelets, Earrings and More from Lucky LooLoo

**Lucky LooLoo Jewelry - Retro Necklaces, Bracelets, Earrings and More from Lu...**
People will stop you in the street when you wear Lucky LooLoo necklaces, bracelets, ea...
hair accessories and belt buckles. Sophisticated and edgy, Lucky LooLoo designs are ...
art deco architecture, modernist sculpture, vintage anatomical drawings, old school punk...
starlet elegance. Founder Rachel O'Rourke continues to use real vintage jewelry elemen...
updated Modern Pop Deco designs. The line includes carved Resin, Lucite, Sterling Sil...
Lucky LooLoo's distinctive designs are a favorite of editors and stylists. They are feature...
Candy, Cosmo Girl, BUST, Venus, Teen, Budget Living and Alternative Press. All of Luc...
jewelry is made in the U.S.A.

Lucky LooLoo Necklaces - Fantastic Retro
Necklaces Inspired by Vintage Designs

Lucky LooLoo Earrings - Fabu...
Inspired Earrings by Lucky...

## http://www.louloumagazine.com/english/video/

LOULOU - Video

Watch our demonstration videos and become an expert on achieving the latest beauty and fashion trends.

www.**loulou**magazine.com/english/**video**/ - 23k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LOULOU - Video |
| **Keywords:** | |
| **Description:** | Watch our demonstration videos and become an expert on achieving the latest beauty and fashion trends. |
| **Status:** | Accessible |



**http://www.cduniverse.com/productinfo.asp?pid=1502916**

Loulou DVD Movie

**Loulou** DVD movie **video** $16.69 at CD Universe, Depardieu and Huppert are magnetic There is a **... Loul**

**ou video** DVD movie review, cast list, starring, stars, **...**

www.cduniverse.com/productinfo.asp?pid=1502916 - 13k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Loulou DVD Movie |
| **Keywords:** | music movies video games videos buy cds shopping cassettes dvds dvd cd uni verse album |
| **Description:** | Music, Movies and Games Shopping at CD Universe |
| **Status:** | Accessible |



**cd Universe**

MUSIC | MOVIES | GAMES | View Cart | Order Status | Wish List | Help Center | **HACKER SAFE** TESTED DAILY 10-SEP

›› Search [ ] Title

**Browse**
More ›
› Action/Adventure
› Animation
› Box Sets
› Childrens
› Comedy
› Drama
› Family
› Horror
› In Theatres
› Mature
› Music Video
› Mystery
› Recommended
› Romance
› Science Fiction
› TV on DVD

**Movie Features & More**
› Audiobooks
› Blu-Ray
› HD DVD
› UMD Video

› Bargain Bin
› Best Sellers
› Box Office Top 10
› Future Releases
› Recent Releases
› Top Movie Charts

**Browse Music**
› Alt/Indie
› Classical
› Heavy Metal
› Jazz
› Movie Soundtracks
› Rap/Hip Hop
› Rock/Pop

**Featured Bargain**

Dinotopia
Our Price: DVD $8.76
You Save: $6.22

**loulou**
"a masterpiece
of subtlety
and eroticism."

Cited Term

**Loulou DVD**

Our Price: $16.69

ADD TO CART

ADD TO WISH LIST

Availability: Backordered
Usually ships in 3-10 days)

EMAIL WHEN AVAILABLE

Format: DVD

Email a Friend

**For Explicit Titles, Visit** Adult Video Universe

▶ **Detailed Information**

| | |
|---|---|
| List Price | $19.98 (You save $3.29) |
| Category | Action/Adventure, Foreign Film, Dramas, Foreign Films, Romance, Erotic, Racy, French |
| Studio | New Yorker Video |
| Orig Year | 1980 |
| DVD Encoding | Region 1 |
| All Time Sales Rank | ◄ 36566 ► |
| CDU Part# | 1502916 |
| Discs | 1 |
| Street Date | Mar 16, 2004 |
| Rating | Not Rated |
| Also Known As | Lou Lou |
| Running Time | 110 Minutes |
| Additional Info | Widescreen |
| Movie Details | English Subtitled; Original Language - French; Color; Letter Boxed; Widescreen |

▶ **DVD Features**

Region 1
Keep Case
Letterboxed -
1.85
Additional Release Material:
Trailers -
1. Original Theatrical Trailer
2. Bonus Trailers
Interactive Features:
Scene Access
Interactive Menus
Text/ Photo Galleries:
Filmography - Maurice Pialat - Director
New Yorker Films Profile

**Current Top Sellers**
More ›
1. Prison Break - The Complete Second Season
2. Heroes - The Complete First Season
3. Wind That Shakes the Barley Widescreen
4. Office - The Complete Third Season
5. Naruto the Movie - Ninja Clash in the Land of Snow
› All Time Top Sellers

**New Releases**
This Week     More ›
1. Prison Break - The Complete Second Season
2. Office - The Complete Third Season
3. Wind That Shakes the Barley Widescreen
4. Nip/Tuck - The Complete Fourth Season
5. Naruto the Movie - Ninja Clash in the Land of Snow

Next Week     More ›
1. Smallville - The Complete Sixth Season Widescreen
2. Stargate Atlantis - The Complete Third Season Widescreen
3. Dragon Ball Z - Season 3
4. Superman Doomsday
5. Family Guy - Volume 5

**Top Future Releases**
More ›
1. Spider-Man 3 Widescreen
2. Smallville - The

## http://www.shoploulou.com/

loulou boutique

Stop by **LouLou** today for hard to find designer brand **clothing**, handbags and accessories. Our Featured Brands. Copyright 2006 **loulou** boutique | Downtown **...**

www.shop**loulou**.com/ - 3k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | loulou boutique |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |



## http://www.loulouswhimsicals.com/

LouLou's Whimsicals

Art **Apparel**. About the Artist. Press and Upcoming. About the Artist ... Shopping Cart **Software** by Volusion

|| Implementation by Yetter Consulting, LLC ...www.**loulouswhimsicals.com** - 23k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LouLou's Whimsicals |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |



http://www.loulouswhimsicals.com/

## [http://www.loulounewsmagazine.com/](http://www.loulounewsmagazine.com/)

[LOULOU NEWS](#)

For more info: Annie Langevin. **Marketing** Project Manager. **LOULOU** Magazine. Send this to a friend ...

Register to receive this newsletter. I no longer wish ...www.**loulounewsmagazine.com** - 5k - [Cached](#)

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LOULOU NEWS |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |



**Cited Term**

# WHAT NOT TO MISS THIS MONTH IN LOULOU

······· **MAY 2007 EDITION**

**SWIMSUIT SPECIAL:** CHECK OUT THESE 40 SWEET SUITS AND GET SET FOR THE SUN!





FASHION
## WOULD YOU LIKE A BAG?

HERE ARE 34 UNBEATABLE BAGS
FOR ANY GAL WHO LOVES TO CARRY
HER LIFE ON HER SHOULDER.



BEAUTY
## SPRING 2007 HAIR TRENDS

SIX SEXY, RUNWAY-INSPIRED
HAIRSTYLES TO REVAMP
YOUR LOOK.



## MEN'S SPECIAL

CHECK OUT OUR MEN'S SPECIAL
AT THE BACK OF THE MAGAZINE!



**LOULOU DEALS:** FEATURE OFFERS EXCLUSIVELY RESERVED FOR LOULOU READERS.
IN THIS ISSUE, YOU'LL FIND THE DEAL OF THE MONTH AT AQUA + LA VIE EN ROSE.
PLUS: SILHOUETTE + MAÏA SWIMWEAR + H.B. EENH AND COMPANY + OM HOME

http://www.loulounewsmagazine.com/

## http://www.geocities.com/loulouandt/

Lou Lou & T's Comics and Gaming

We do pull lists and will special order any **merchandise** you see in Previews. ... Paypal. This is the T(ed)!

This is **Lou Lou** (Cindy) ...www.**geocities.com**/loulouandt - 13k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lou Lou & T's Comics and Gaming |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |



## Common Law Database Summary Page

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|----------|-----------|-------|--------|------|--------------------|
| **GROUP ONE** | | | | | |
| 1. LULU | | | | | |
| | 25 | FU KONG INC. | BRANDS AND THEIR COMPANIES 28TH EDITION | 574 | ☐ |
| 2. LULU | | | | | |
| | 18 | LEEGIN CREATIVE LEATHER PRODUCTS INC. | THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION. | 576 | ☐ |
| 3. LULU | | | | | |
| | 41 | ARTEDIS | INTERNATIONAL MOTION PICTURE ALMANAC | 578 | ☐ |
| 4. LOU LOU | | | | | |
| | 16 | ROGERS MEDIA PUBLISHING | GALE DIRECTORY OF PUBLICATIONS - 142ND EDITION | 580 | ☐ |
| **GROUP TWO** | | | | | |
| **No Group Two Matches** | | | | | |
| **GROUP THREE** | | | | | |
| 5. LOU | | | | | |
| | 25 | VF CORPORATION | THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION. | 582 | ☐ |
| **GROUP FOUR** | | | | | |
| 6. LOULOU: YOUR PERSONAL SHOPPER | | | | | |
| | 16 | ROGERS MEDIA PUBLISHING, INC. | STANDARD PERIODICAL DIRECTORY, NATIONAL DIRECTORY OF CATALOGS | 584 | ☐ |
| 7. LOU LOU: MA COPINE QUI MAGASINE | | | | | |
| | 16 | ROGERS MEDIA PUBLISHING, INC. | STANDARD PERIODICAL DIRECTORY, NATIONAL DIRECTORY OF CATALOGS | 586 | ☐ |
| 8. LITTLE LULU | | | | | |
| | 35,41 | ENTERTAINMENT RIGHTS PLC - CORPORATE HEA ... | WORLDWIDE LICENSING RESOURCE DIRECTORY | 588 | ☐ |

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|----------|-----------|-------|--------|------|--------------------|
| 9. LITTLE LULU | | | | | |
| | 35,41 | CLASSIC MEDIA | PLAYTHINGS INDUSTRY ALMANAC | 588 | ☐ |
| 10. LITTLE LULU | | | | | |
| | 35,41 | BIG IDEA, INC., AN ENTERTAINMENT RIGHTS ... | WORLDWIDE LICENSING RESOURCE DIRECTORY | 590 | ☐ |
| 11. LITTLE LULU | | | | | |
| | 35,41 | CLASSIC MEDIA, INC., AN ENTERTAINMENT RI ... | WORLDWIDE LICENSING RESOURCE DIRECTORY | 590 | ☐ |
| 12. ROMAN AND LULU | | | | | |
| | 41 | BAC DISTRIBUTION | INTERNATIONAL MOTION PICTURE ALMANAC | 590 | ☐ |
| 13. LULUCCI | | | | | |
| | 18 | ASTUCCI U.S. LTD. | BRANDS AND THEIR COMPANIES 28TH EDITION | 591 | ☐ |
| 14. LULU FRANCES | | | | | |
| | 35,41 | LO COCO LICENSING | WORLDWIDE LICENSING RESOURCE DIRECTORY | 593 | ☐ |
| 15. BABY LULU | | | | | |
| | 25 | BABY LULU INC. | BRANDS AND THEIR COMPANIES 28TH EDITION | 593 | ☐ |
| 16. ZULU LULU | | | | | |
| | 25 | RARE CUT INC. | BRANDS AND THEIR COMPANIES 28TH EDITION | 595 | ☐ |
| 17. LULU GUINESS | | | | | |
| | 3 | RIVIERA CONCEPTS | THE ROSE SHEET | 597 | ☐ |
| 18. LULU GUINNESS | | | | | |
| | 3 | RIVIERA CONCEPTS | BEAUTY FACTS DIRECTORY | 597 | ☐ |
| 19. LULU DK | | | | | |
| | 24 | LULU DK L.L.C. | BRANDS AND THEIR COMPANIES 28TH EDITION | 597 | ☐ |
| 20. LITTLE LULU'S | | | | | |
| | 18 | ROBBIE DAWG INC. | PET PRODUCT NEWS BUYING GUIDE DIRECTORY | 600 | ☐ |

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|---|---|---|---|---|---|
| 21. LUAU | | | | | |
| | 25 | SPORTAILOR INC. | BRANDS AND THEIR COMPANIES 28TH EDITION | 602 | ☐ |
| 22. LUAU | | | | | |
| | 25 | SKECHERS USA, INC. | THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION. | 604 | ☐ |

## GROUP FIVE

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|---|---|---|---|---|---|
| 23. LULU | | | | | |
| | 9,11 | TARGETTI SANKEY S.P.A. | THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION. | 606 | ☐ |
| 24. LULU | | | | | |
| | 3 | GERRESHEIMER GLAS AG | THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION. | 608 | ☐ |
| 25. LULU | | | | | |
| | 3 | TERRI WEITZMAN | THE ROSE SHEET | 610 | ☐ |
| 26. LOULOU | | | | | |
| | 3 | CACHAREL | THE ROSE SHEET | 610 | ☐ |
| 27. LOULOU | | | | | |
| | 3 | SANOFI SENIOR | THE ROSE SHEET | 610 | ☐ |
| 28. LOU LOU | | | | | |
| | 3 | L'OREAL S.A. | THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION. | 610 | ☐ |
| 29. LOULOU | | | | | |
| | 3 | COSMAIR NOT LISTED | ADVERTISING AGE | 613 | ☐ |

## ANALYST REVIEW - COMMON LAW DATABASE REPORT

Search Information

Type of Search: **BRAND EXPANSION SRCH**
Mark: **LULU**
Goods/Services: **RECORDABLE AND PRE-RECORDED MEDIA; COMPUTER SOFTWARE AND HARDWARE; PUBLICATIONS AND OTHER PRINTED MATERIALS; BAGS; PACKS; AND LEATHER ACCESSORIES; CLOTHING; FOOTWEAR; AND HEADWEAR; BUSINESS AND ADVERTISING SERVICES; TELECOMMUNICATIONS SERVICES; EDUCATIONAL AND ENTERTAINMENT SERVICES; PUBLISHING SERVICES; SCIENTIFIC AND TECHNICAL SERVICES; WEBSITE SERVICES; COMPUTER CONSULTING SERVICES; SOCIAL NETWORKING SERVICES.**

Data Information

**Please see COMMON LAW SOURCE LIST for complete listing of our print and computerized common law sources.**

In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database). The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web. Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner. Owner Matching is an alphabetical, word for word match. Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

Owner Information

Owner Information provides business information about the last reported owner of a trademark, based on a programmatic matching of USPTO, State and certain Common Law trademark records and any business information associated with the trademark owner. We do not guarantee the accuracy of the programmatic matching nor the accuracy of the business information provided by our third party vendors.

Analyst Information

Name: **ANN ARNOLD**
Comments: **I developed the following search strategy to provide a comprehensive, accurate report. These queries, listed below, retrieved 545 potential references from the database. After careful review and analysis I have selected 29 records for your review.**

**THERE ARE ADDITIONAL ″LU,″ ″LOU,″ AND ″LEW″ FORMATIVES FOR RELATED GOODS AND SERVICES.**
**THERE ARE ALSO ADDITIONAL ″LOO″ FORMATIVES FOR RELATED GOODS AND SERVICES.**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK GOODS PREFIX | LULU <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 2. | EXACT MARK GOODS PREFIX | THELULU <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 3. | EXACT MARK | LULU | 9,16,18,25,28,35,38,41, 42,45 | 4 |
| 4. | EXACT MARK | THELULU | 9,16,18,25,28,35,38,41, 42,45 | 0 |
| 5. | EXACT MARK | L(U,UE,OO,EW,OU, IEU,UW)L(U,UE,OO, EW,OU,IEU,UW) | ALL CLASSES | 7 |
| 6. | EXACT MARK | L(U,UE,OO,EW,OU, IEU,UW)L(U,UE,OO, OU,IEU)S | ALL CLASSES | 0 |
| 7. | EXACT MARK | THEL(U,UE,OO,EW, OU,IEU,UW)L(U,UE, OO,EW,OU,IEU,UW) | ALL CLASSES | 0 |
| 8. | EXACT MARK | THEL(U,UE,OO,EW, OU,IEU,UW)L(U,UE, OO,OU,IEU)S | ALL CLASSES | 0 |
| 9. | WORD GOODS PREFIX | LULU <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 10. | WORD | LULU | 9,16,18,25,28,35,38,41, 42,45 | 10 |
| 11. | PREFIX | LULU | 9,16,18,25,28,35,38,41, 42,45 | 2 |
| 12. | SUFFIX | LULU | 9,16,18,25,28,35,38,41, 42,45 | 25 |
| 13. | PREFIX | LULU | ALL CLASSES | 8 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 14. | LETTERSTRING | LULU | ALL CLASSES | 3 |
| 15. | PREFIX | LULLU | ALL CLASSES | 0 |
| 16. | LETTERSTRING | LULLU | ALL CLASSES | 0 |
| 17. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L(U,OO,OU, EW,IEU) | ALL CLASSES | 2 |
| 18. | LETTERSTRING | L(U,UE,OO,EW,OU, IEU,UW)L(U,OO,OU, EW,IEU) | ALL CLASSES | 1 |
| 19. | LETTERSTRING | L(U,UE,OO,EW,OU, IEU,UW)LL(U,OO,OU, EW,IEU) | ALL CLASSES | 0 |
| 20. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)LL(U,OO,OU, EW,IEU) | ALL CLASSES | 0 |
| 21. | PREFIX GOODS PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 1 |
| 22. | PREFIX | L(U,UE,OO,EW,OU, IEU,UW)L | 9,16,18,25,28,35,38,41, 42,45 | 25 |
| 23. | WORD | L(U,UE,OO,EW,OU, IEU,UW) | 9,16,18,25,28,35,38,41, 42,45 | 36 |
| 24. | WORD | L(U,UE,OO,EW,OU, IEU,UW)S | 9,16,18,25,28,35,38,41, 42,45 | 1 |
| 25. | WORD GOODS PREFIX | L(U,UE,OO,EW,OU, IEU,UW)S <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 1 |
| 26. | WORD | L(U,UE,OO,EW,OU, IEU,UW) <and> | ALL CLASSES | 0 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | GOODS PREFIX | (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | | |
| 27. | PREFIX | LUL | ALL CLASSES | 20 |
| 28. | PREFIX | L(OO,UE,EW,OU,IEU, EW)L | ALL CLASSES | 2 |
| 29. | PREFIX | L(OO,UE,EW,OU,IEU, EW)L | ALL CLASSES | 0 |
| 30. | SUFFIX GOODS PREFIX | U(L,LL)(U,US) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 43 |
| 31. | SUFFIX | U(L,LL)(U,US) | 9,16,18,25,28,35,38,41, 42,45 | 43 |
| 32. | EXACT MARK GOODS PREFIX | LU(0-3 characters) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 10 |
| 33. | EXACT MARK | LU(0-3 characters) | 9,16,18,25,28,35,38,41, 42,45 | 85 |
| 34. | EXACT MARK | LU(0-4 characters) | 9,16,18,25,28,35,38,41, 42,45 | 58 |
| 35. | EXACT MARK GOODS PREFIX | LU(0-4 characters) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| 36. | EXACT MARK | L(OU,EW,OO)(0-4 characters) <and> | ALL CLASSES | 7 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | GOODS PREFIX | (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | | |
| 37. | EXACT MARK | L(OU,EW,OO)(0-4 characters) | 9,16,18,25,28,35,38,41, 42,45 | 61 |
| 38. | EXACT MARK | (0-4 characters)L(OU, EW,OO) | 9,16,18,25,28,35,38,41, 42,45 | 22 |
| 39. | EXACT MARK | (0-4 characters)L(OU, EW,OO) <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| | GOODS PREFIX | | | |
| 40. | EXACT MARK | (0-4 characters)L(OU, EW,OO)S <and> (RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG,LEATH, CLOTH,TELEC, COMPU,HAT,SHOE, WEB) | ALL CLASSES | 0 |
| | GOODS PREFIX | | | |
| 41. | EXACT MARK | (0-4 characters)L(OU, EW,OO)S | 9,16,18,25,28,35,38,41, 42,45 | 6 |
| 42. | WORD | L(U,OU,UE,OO,EW, IEU,UW) <and> L(U,OU,UE,OO,EW, IEU,UW) | ALL CLASSES | 0 |
| | WORD | | | |
| 43. | WORD | L(U,OU,UE,OO,EW, IEU,UW) <and> L(U,OU,UE,OO,EW, IEU,UW) | ALL CLASSES | 0 |
| | WORD | | | |
| 44. | PREFIX | LUL | ALL CLASSES | 0 |
| 45. | PREFIX | L(UE,OO,EW,OU,IEU, UW)L | ALL CLASSES | 0 |
| 46. | WORD | LU | ALL CLASSES | 14 |
| 47. | WORD | LUS | ALL CLASSES | 1 |
| 48. | WORD | L(UE,OO,EW,OU,IEU, UW) | ALL CLASSES | 40 |

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 49. | WORD | L(UE,OO,EW,OU,IEU, UW)S | ALL CLASSES | 7 |
| 50. | WORD | L(U,OU,EW,IEU,UE, UW) <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOCIAL,SCIEN, PUBLISH,EDUCAT, ENTERTAIN,CLOTH, APPAREL,FOOTW) | | |
| 51. | PREFIX | L(U,OU,EW,IEU,UE, UW)L <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOCIAL,SCIEN, PUBLISH,EDUCAT, ENTERTAIN,CLOTH, APPAREL,FOOTW) | | |
| 52. | WORD GOODS PREFIX | L(U,US) <and> (SOCIAL,SCIEN, PUBLISH,EDUCAT, ENTERTAIN,CLOTH, APPAREL,FOOTW) | ALL CLASSES | 0 |

Class Identification

| | |
|---|---|
| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
| 16 | PAPER GOODS AND PRINTED MATTER |
| 18 | LEATHER GOODS |
| 25 | CLOTHING |
| 28 | TOYS AND SPORTING GOODS |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 38 | COMMUNICATIONS SERVICES |
| 41 | EDUCATION AND ENTERTAINMENT SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |
| 45 | PERSONAL, SOCIAL AND SECURITY SERVICES |

**CL-1**
**Group:** One

# LULU

**Goods/Services:** APPAREL - WOMEN'S

**SIC Code/Description:** 2331 - WOMEN'S AND MISSES' BLOUSES AND SHIRTS

**TCM Assigned Class(es):** 25

**Owner:**

FU KONG INC. 2455 LEE AVE. SOUTH EL MONTE CA 91733
626-579-1006

**Owner Fax:** (626)579-1653

**E-Mail:** FUKONG@SHU-SHU.COM

✓ **URL:** **http://www.shu-shu.com**

**We Have Located Other Marks With This Owner**

LU+LU                            USPTO            Page 58

**Source:**

BRANDS AND THEIR COMPANIES 28TH EDITION

**Publication Date:** 2006

**In-Use Information**

  **Citation Link:**              None Found

  **Owner Link:**               None Found

  **In-Use Link:**              None Found

**Web Page Information**   (✓ = Web Page Look-Up)

**HTML Title:**               Fu Kong Inc. Shu + Shu

**Status:**                  Accessible

 a division of fu kong, inc.

KERRI *N* KELSEY

LuLu



>>Contacts
>>Feed Back Form

Fu Kong Inc. Shu + Shu
2455 Lee Ave. , South El Monte, CA 91733
Phone: (626) 579-1006  Fax: (626) 579-1653

**http://www.shu-shu.com**

# LULU

**Goods/Services:** HANDBAG

**TCM Assigned Class(es):** 18

**Owner:**

    LEEGIN CREATIVE LEATHER PRODUCTS INC. 14022 NELSON AVE CITY OF INDUSTRY CA 91746 626-961-9381

**Owner Fax:** (626)369-1771

✓ **URL:** http://www.brighton.com

**Year Founded:** 1972

**Source:**

    THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION.

**Publication Date:** 2006

<u>**In-Use Information**</u>

| | |
|---|---|
| **Citation Link:** | None Found |
| **Owner Link:** | http://www.brighton.com/ |
| **In-Use Link:** | None Found |

<u>**Web Page Information**</u>     (✓ = Web Page Look-Up)

| | |
|---|---|
| **HTML Title:** | Welcome to Brighton |
| **Status:** | Accessible |





# LULU

**Goods/Services:** MOTION PICTURE

**TCM Assigned Class(es):** 41

**Owner:**

   ARTEDIS

**Source:**

   INTERNATIONAL MOTION PICTURE ALMANAC

**Publication Date:** 2007

## In-Use Information

   **Citation Link:**                    None Found

   **Owner Link:**                      None Found

✓ **In-Use Link:**                      **http://findarticles.com/p/articles/mi_hb1437/is_200206/ai_n5917302**

## Web Page Information     (✓ = Web Page Look-Up)

**HTML Title:**                          Lulu. (movie review) Variety - Find Articles

**Keywords:**                            Variety, Lulu. (movie review)

**Description:**                         Lulu. (movie review) from Variety in Array provided by LookSmart Find Articles.

**Status:**                              Accessible