**Source of Employee Data:** Company Information

**Financial Information:**

**Revenue:** $148,900,000                    **Type:** SALES

**Source:** Company Information                    **Fiscal Year End:** 01/31/2007

**Officers:**

**Chief Executive Officer**:  Robert Meers ; Chief Executive Officer

**Chief Financial Officer**:  John E. Currie ; Chief Financial Officer

**File Name:**          Company Profile                    **Accession Number:** 0001351887

## <u>Web Page Information</u>    (✓ = Web Page Look-Up)

**HTML Title:**                    lululemon athletica | home

**Keywords:**                    lululemon athletica, lululemon, yoga

**Description:**                    lululemon athletica

**Status:**                    Accessible



<div align="right">**GG-5**
**Group:** Four</div>

**Product:**          Costume Jewelry & Notions ; Fashion Jewelry ; Costume Jewelry

**Product SIC:**       3911

                   3961

                   3960

**NAICS Code and Description:**

                   339914     Costume Jewelry and Novelty Manufacturing

                   339911     Jewelry (except Costume) Manufacturing

**TCM Assigned Class(es):**

                   14,40

**Company Name:**      **Lulu Guinness; Product introduction**

**Article Title:**          LULU GUINNESS UNVEILS COSTUME JEWELRY LINE.

**Journal Information:**

                   **Name:** WWD

                   **Publication Date:** October 2, 2006

                   **Page:** 32

                   **Journal Publisher Name:**  Fairchild Publications, Inc.

**File Name:**          Newsearch (Trade & Industry Database)            **Accession Number:** 0152339570

This page was intentionally left blank.

## Domain Name Summary Page

| Citation | Owner | Page | Record of Interest |
|---|---|---|---|

### GROUP ONE

**1. L-U-L-U.COM**

Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States — 671 — ☐

**2. LU-LU.NAME**

N/A — 673 — ☐

**3. LU-LU.INFO**

ATV3HGA-RU Salavat I Valinurov Organization: Salavat I Valinurov 20, 1, Kurchatova st. Chelyabinsk Chelyabinsk 454092 RU Phone: +7.3512303737 Ext.: Fax: +7.3512656272 Fax Ext.: Email: salik@lu-lu.info — 675 — ☐

**4. LU-LU.NET**

N/A 1 No. 2 No. 3 No., England 123 UK — 677 — ☐

**5. LU-LU.COM**

Chris mcintosh.sedo (LU-LU-COM-DOM) Hales Farm South Cerney Cirencester, Glos GL7 6HU UK +44.1285862384 cm@eclipse.co.uk — 679 — ☐

**6. LULU.CAT**

NOM_P_16365201 Lulu Coll Organization: Lulu Coll Organization: Registrant Street: Passeig de Sant Joan, 95, pral, 2a Barcelona Barcelona E-08009 ES Phone: +34.934581423 Ext.: Registrant Fax Ext: Email: lulucoll@wanadoo.es — 681 — ☐

**7. LULU.MOBI**

CP00121768 DAIICHI SANKYO HEALTHCARE CO.,LTD. 1-8 Koami-cho Nihonbashi Chuo-ku Tokyo 103-8541 JP Phone: +81.366673211 Email: dommaster@mark-i.jp — 682 — ☐

**8. LULU.US**

MONIKER6284 Konstantinos Organization: Konstantinos Zournas 47 Karaiskaki Patras GR 26225 Greece GR Phone: +30.2108847638 Fax: +30.2108253562 Email: blue@bluepixel.gr Registrant Application Purpose: P1 Registrant Nexus Category: C31/GR — 683 — ☐

**9. LULU.BIZ**

4DB-C11582 J.F. Lex Organization: TeleCompass Moorbadstr. 2 Bad Endorf Bavaria 83093 Germany DE Phone: +49.80534145 Fax: +49.80534146 Email: telecompass@online.de — 685 — ☐

**10. LULU.INFO**

EFC9D5EEC0F1E9B0 Chia Pin Liao Organization: - No.6, Lane 1, Nanguang Rd., Lunbei Township Yunlin County 637 TW Phone: +886.926661055 Ext.: Fax Ext.: Email: info@taipei.to — 687 — ☐

**11. LULU.COM**

Lulu.com (DOM-1521821) 860 Aviation Pkwy Ste 300 Morrisville NC 27560 US — 689 — ☐

| Citation | Owner | Page | Record of Interest |
|----------|-------|------|--------------------|
| **12. LULU.NET** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States | 691 | ☐ |
| **13. LULU.ORG** | 6C62D37CBC7E2023 M.A. Stenzel Organization: - P.O. Box 390 Kahului HI 96733 US Phone: +1.8088781281 Ext.: Fax Ext.: Email: contact@stenzel.org | 693 | ☐ |
| **14. LULU-S.COM** | Whois Privacy Protection Service, Inc. Whois Agent (lybxxmqc@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULU-S.COM Bellevue, WA 98007 US Status: Locked | 693 | ☐ |
| **15. LULUS.US** | GODA-02425527 Carla Patton Organization: LuLu's Bel Air Plaza 12100 West Center Road Omaha Nebraska 68144 United States US Phone: +1.4023934229 Fax: +1.4023937866 Email: carla@lulus.omhcoxmail.com Registrant Application Purpose: P1 Registrant Nexus Category: C21 | 696 | ☐ |
| **16. LULUS.INFO** | CAFI-262858 DNS ADMIN Organization: ZusCom 145-157 St John Street London -- EC1V 4PY GB Phone: +44.2078712978 Ext.: Fax Ext.: Email: pw@zus.com | 697 | ☐ |
| **17. LULUS.ORG** | tuCDLebXamjxX07e contactprivacy.com Organization: Contactprivacy.com 96 Mowat Ave Toronto ON M6K3M1 CA Phone: +1.4165385457 Ext.: Fax Ext.: Email: lulus.org@contactprivacy.com | 699 | ☐ |
| **18. LULUS.BIZ** | 24292163A3D72236 Emily Banks Organization: Lulus Sheung Sze Wan Rd Clearwater Bay 00000 Hong Kong HK Phone: +852.85291888535 Email: evossen@mac.com | 701 | ☐ |
| **19. LULUS.NET** | Whois Privacy Protection Service, Inc. Whois Agent (hvncqpjn@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULUS.NET Bellevue, WA 98007 US | 703 | ☐ |
| **20. LULUS.COM** | Crawmet Corp. 132 Sheppard Avenue West Suite 100 Toronto, Ontario M2N 1M5 Canada | 705 | ☐ |
| **21. LULUZ.COM** | Site HQ Page Howe (domains@sitehq.com) +1.9312331098 Fax: +1.8186883856 117 E Fort St Manchester, 37355 US Status: Locked | 707 | ☐ |
| **22. THELULU.COM** | Origine IT Sdn. Bhd. Lu, Chen Pin 35, Jln 17/43, PJ, NA 46400 MY | 709 | ☐ |
| **23. THELULUS.COM** | N/A | 711 | ☐ |

| Citation | Owner | Page | Record of Interest |
|---|---|---|---|
| 24. THELULUS.NET | Domain Discreet ATTN: thelulus.net P.O. Box 278 Yarmouth, NS B5A 4B2 CA Email: d02e16200a1e6729012d028c6b0286de@domaindiscreet.com | 711 | ☐ |
| 25. LULLU.ORG | ODN-796008 Whois Service Organization: Belize Domain WHOIS Service Lt Suite 5, Garden City Plaza Mountainview Boulevard City of Belmopan Not Applicable 0000 BZ Phone: +501.3472822181 Ext.: Fax Ext.: Email: whoisservice@BelizeDomainWHOISService.com | 712 | ☐ |
| 26. LULLU.NET | N/A | 713 | ☐ |
| 27. LULLU.INFO | GODA-033393227 Kim J Organization: 1017 L ST STE 555 sacramento California 95814 US Phone: +1.19167309000 Ext.: Fax Ext.: Email: jk555@mail.com | 715 | ☐ |
| 28. LULLU.COM | N/A | 717 | ☐ |
| 29. A-LULU.COM | MME, Inc. (AHRFUJLYTD) 150 Morristown Road Suite 110 Bernardsville, NJ 07924 US | 719 | ☐ |
| 30. LULU-LTD.COM | maruki shinri 32-205 Kamisugeta YokohamaHodogaya-ku, Kanagawa 2400051 Japan | 721 | ☐ |

## GROUP TWO

| Citation | Owner | Page | Record of Interest |
|---|---|---|---|
| 31. LULU-RECORDS.COM | AGBarry Associates (YGUTDGODQD) N115 W19395 Edison Drive GERMANTOWN, WI 53022-6506 US | 723 | ☐ |
| 32. LULUBAG.COM | Whois Privacy Protection Service, Inc. Whois Agent (pcctkbdq@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULUBAG.COM Bellevue, WA 98007 US | 725 | ☐ |
| 33. LULUBAGS.COM | Luli Handbags 2593 Woodhill Okemos, Michigan 48864 United States | 727 | ☐ |
| 34. LULUBAGS.BIZ | GODA-017327849 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUBAGS.BIZ@domainsbyproxy.com | 729 | ☐ |

| Citation | Owner | Page | Record of Interest |
|----------|-------|------|--------------------|

## GROUP THREE

**35. LULUMEDIA.NET**

Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States — 731 — ☐

**36. LULUMEDIA.COM**

Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States — 733 — ☐

**37. LULUMEDIALABS.COM**

lulu.tv 860 aviation parkway morrisville, North Carolina 27560 United States — 735 — ☐

**38. LULURECORDS.COM**

LuLu Records (LULURECORDS-DOM) 67 South 3rd Street Brooklyn, NY 11211 US — 737 — ☐

**39. LULUSOFTWARE.COM**

lulu.tv 860 aviation parkway morrisville, North Carolina 27560 United States — 739 — ☐

**40. LULUSOFTWARE.ORG**

GODA-035096130 scott zekanis Organization: lulu.tv 860 aviation parkway morrisville North Carolina 27560 US Phone: +1.9198059214 Ext.: Fax Ext.: Email: zman@lulu.com — 741 — ☐

**41. LULU-FASHION.COM**

Lulu Fashion GmbH Binningerstrasse 15 Basel, BS 4051 CH +41.796525720 — 743 — ☐

**42. LULUMEDIA.BIZ**

GODA-017616946 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUMEDIA.BIZ@domainsbyproxy.com — 745 — ☐

**43. LULUMEDIA.US**

GODA-031349991 Carla D'Ambra Organization: Unknown 99 Walnut Road Glen Cove New York 11542 United States US Phone: +1.9177834825 Email: cmisscarla@hotmail.com Registrant Application Purpose: P3 Registrant Nexus Category: C11 — 747 — ☐

**44. LULUMEDIA.ORG**

GODA-031350343 Carla D'Ambra 99 Walnut Road Glen Cove New York 11542 US Phone: +1.9177834825 Ext.: Fax Ext.: Email: cmisscarla@hotmail.com — 749 — ☐

**45. LULUMEDIA.INFO**

GODA-017616945 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale Arizona 85260 US Phone: +1.4806242599 Ext.: Fax Ext.: Email: LULUMEDIA.INFO@domainsbyproxy.com — 751 — ☐

| Citation | Owner | Page | Record of Interest |
|----------|-------|------|--------------------|
| 46. LULUPRINT.COM | N/A | 753 | ☐ |
| 47. LULUCLOTHING.COM | Navigation Catalyst Systems, Inc 2101 Rosecrans Ave. #2000 El Segundo, CA 90245 Email: domainadmin@navigationcatalyst.com Fax: 3106476001 | 755 | ☐ |
| 48. LULUCOMPUTER.COM | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States | 757 | ☐ |
| 49. LULUHATCO.COM | Contactprivacy.com 96 Mowat Ave Toronto, ON M6K 3M1 CA | 759 | ☐ |
| 50. LULUHATS.COM | lulu's Toppers 2650 Buttermilk Lane Arcata, California 95521 United States | 761 | ☐ |
| 51. LULUSHOE.COM | Andrew Sirotnik 1018 4th Street Kirkland 98033 WA UNITED STATES | 763 | ☐ |
| 52. LULUSHOES.COM | LuLu Design Lindsay Phillips 2322 Lake Avenue, Unit B Largo, FL 33770 Email: david@switchflops.com | 763 | ☐ |
| 53. LULUWEB.COM | Lucy Knott 1: Flat 9, 1 Millennium Square 2: Shad Thames SE1 2PW London GB email: knottlucy@yahoo.co.uk | 765 | ☐ |
| 54. LULUWEBDESIGN.COM | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States | 765 | ☐ |
| 55. LU-LULU.NET | Personal HARA TAKUYA (mail@sabaori.com) +81.333646306 Chuo Nakano, Tokyo 1640011 JP | 767 | ☐ |
| 56. LULUPRINTING.COM | N/A | 769 | ☐ |
| 57. LULUWEBGRAPHICS.COM | Lulu Zhang 1213 Dandenong Rd Malvern East Melb, VIC 3145 AU Email: aululuzhang@yahoo.com | 771 | ☐ |
| 58. LULU-STUDIO.COM | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States | 773 | ☐ |

| Citation | Owner | Page | Record of Interest |
|---|---|---|---|
| 59. LULU-STUDIOS.COM | Ronald Elliott P.O. Box 3096 Station Main Vancouver, BC V6B 3X6 CA | 775 | ☐ |
| 60. LULUPRINTABLES.COM | Elizabeth Standen 1125 Raven Dr. Kamloops, British Columbia V2B 8P4 Canada | 777 | ☐ |
| 61. LULU-WEB.COM | lulu's counseling room 1-9-26-3F Kyutaro-cho, Chuo-ku Osaka 541-0056 Osaka JAPAN | 779 | ☐ |
| 62. LULUCLOTHES.COM | N/A | 781 | ☐ |
| 63. LULUCLOTHING.NET | Buckeye Painting and Decks, Inc 4518 Renaissance Pkwy Cleveland, Ohio 44128 United States | 783 | ☐ |
| 64. LULUS-STUDIO.COM | lucinda maries 2596 seahorse avenue ventura 93001 CA UNITED STATES | 785 | ☐ |
| 65. LOULOU-WEBSITE.COM | Ilock Racim 1: 12 rue galak 94140 Cordoux FR Phone: +33.247563898 email: cs_gamer@hotmail.com | 787 | ☐ |

## GROUP FOUR

### No Group Four Matches

## GROUP FIVE

### No Group Five Matches

## ANALYST REVIEW - INTERNET DOMAIN NAME REPORT

Search Information

Type of Search: **BRAND EXPANSION SRCH**
Mark:             **LULU**
Goods/Services: **RECORDABLE AND PRE-RECORDED MEDIA; COMPUTER SOFTWARE AND
                 HARDWARE; PUBLICATIONS AND OTHER PRINTED MATERIALS; BAGS; PACKS;
                 AND LEATHER ACCESSORIES; CLOTHING; FOOTWEAR; AND HEADWEAR;
                 BUSINESS AND ADVERTISING SERVICES; TELECOMMUNICATIONS SERVICES;
                 EDUCATIONAL AND ENTERTAINMENT SERVICES; PUBLISHING SERVICES;
                 SCIENTIFIC AND TECHNICAL SERVICES; WEBSITE SERVICES; COMPUTER
                 CONSULTING SERVICES; SOCIAL NETWORKING SERVICES.**

Important Notices

Due to the constantly changing nature of the Internet, and the reasons detailed below, it is possible that the
status of domain names may change between the time this report is generated and the time you receive
this report. Therefore, we strongly recommend that you conduct additional domain name searching before
attempting to register a domain name or forming a final opinion on the availability of a trademark or domain
name.

* The dynamic nature of the Web allows for the registration of new domain names virtually continuously, 24
  hours a day.
* All steps are taken to ensure the completeness and accuracy of our database. However, due to
  registrar/registry administrative procedures during domain name registration, some domain names may
  not be present in our database.
* Domain name registrars do not report domain names which are not currently registered, nor do they
  report domain names which may be "on hold" with the registrar.
* All domain names cited in this report should be considered to be REGISTERED as of the time this report
  was generated.
* For common names, retrieval may be limited to the identical spelling of the name as ordered.

Due to the nature of the Web, and because we do not filter Web content, it is possible that the Web Page
Lookups included in this report may contain objectionable material. If you wish to avoid the possibility of
receiving such material, please contact us to "opt out" of Web Page Lookups.

Data Information

This report is the result of a computerized search of our database of top-level domain names. Our database
is regularly updated with domain name data from all ICANN-accredited registrars and covers the following
suffixes:

        .aero - air transport industry
        .biz - business
        .cat - Catalan language/culture
        .com - commercial
        .coop - for cooperatives
      *.edu - educational institution
     **.gov - U.S. Government agency
       .info - information
       .mobi - content designed for mobile devices
       .name - for individuals and personalities
       .net - network
       .org - non-profit organization
       .pro - for credentialed professionals
       .travel - travel agents, airlines, hoteliers, tourism bureaus, etc.
       .us - country code for the United States

**Data Information**

This report covers domain names updated to our database as of the following date:  **SEP 05, 2007**

* The United States Department of Commerce no longer allows collection of the .edu domain names. Some records remain and may be cited from collections done prior to this restriction.

** The General Services Administration (GSA) no longer allows collection of the .gov domain names. Some records remain and may be cited from collections done prior to this restriction.

---

**Analyst Information**

Name:        **ANN ARNOLD**
Comments:

**THERE ARE ADDITIONAL ″LULU″ FORMATIVES FOR UNDETERMINED GOODS AND SERVICES, SUCH AS, ″LULU-GIRLS.COM.″
THERE ARE ALSO ADDITIONAL MARKS WITH VARIANT SPELLINGS, SUCH AS, ″LEWLEW.COM″ AND ″LOOLU.NET″ AND ″LULUE.COM.″**

---

**Search Strategy**

| | Type | Query | #References |
|---|---|---|---|
| 1. | PREFIX | LULU(RECOR,MEDIA, SOFTW,HARDW, PRINT,BAG) | 17 |
| 2. | PREFIX | LULU(LEATH,CLOTH, TELEC,COMPU,HAT, SHOE,WEB) | 12 |
| 3. | EXACT MARK | LUL(U,US,UZ) | 21 |
| 4. | EXACT MARK | THELUL(U,US,UZ) | 3 |
| 5. | EXACT MARK | L(U,UE,OO,EW,OU,IEU ,UW)L(U,UE,OO,EW, OU,IEU,UW) | 42 |
| 6. | EXACT MARK | L(U,UE,OO,EW,OU,IEU ,UW)L(U,UE,OO,EW, OU,IEU,UW)S | 11 |
| 7. | EXACT MARK | L(U,UE,OO,EW,OU,IEU ,UW)L(U,UE,OO,EW, OU,IEU,UW)Z | 0 |
| 8. | WORD | L(U,UE,OO,EW,OU,IEU ,UW)L(U,UE,OO,EW, OU,IEU,UW) | 233 |
| 9. | WORD | LU(L,LL)(U,US,UZ) | 21 |

# L-U-L-U.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration L-U-L-U.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Technical Contact:** | Private, Registration L-U-L-U.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Record History:** | **Record created on** 26-Aug-07 **Record last updated on** 26-Aug-07 **Record expires on** 27-Aug-08 |
| **Domain Servers in Listed Order:** | CPNS01.SECURESERVER.NET CPNS02.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to L-U-L-U.COM |
| **Status:** | Accessible |

# L-U-L-U.COM



**Not what you're looking for?**

[                              ] [ Search ]

## Related Searches

▸ Lulu                          ▸ Lulu Guinness Handbags
▸ Living Dead Lulu              ▸ Lulu Floral Fantasy
▸ Lulu Kids Clothes             ▸ Lulu and Merie
▸ Lulu Walls Lyrics             ▸ Skechers Bikers Lulu
▸ Friends of Lulu               ▸ Lulu Tote Bag

## Popular Searches

**Travel**                      **Financial Planning**
Airline                         Loans
Car Rental                      Credit Cards
Hotels                          Debt Consolidation
Cruises                         Stocks
Vacations                       Payday Loans

**E Commerce**                  **Lifestyle**
VoIP                            Fitness
Broadband                       Dating
Domain Names                    Singles
Web Hosting                     Education
Web Design                      Degrees

**Real Estate**                 **Insurance**
Mortgages                       Car Insurance
Refinancing                     Travel Insurance
Home Equity Loans               Health Insurance
For Sale by Owner               Home Insurance
Credit Score                    Life Insurance

**Business**                    **Legal Help**
Bankruptcy                      DUI Lawyers
Business Cards                  Accident Lawyers
Affiliate Programs              Bankruptcy Lawyers
Conference Calls                Probate Lawyers
CRM                             Patent Lawyers

**Personal Finances**           **Computers**
Investments                     Laptops
Student Loans                   Software Training
Work from Home                  High Speed Internet
Personal Loans                  DSL
Jobs                            Data Recovery

**Health Care**                 **Shopping**
Vitamins                        Gifts

## Sponsored Links

**Self-Publish for Free**
See your book in print and for sale on Amazon.com - no setup cost.
www.CreateSpace.com

**Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

**Lulu Fl Chrysler**
Find Great Deals on Chrysler® Vehicles at a Local Dealer Online
www.chryslerdealer.com

**Local Jeep® Dealerships**
Buy or Lease a New Jeep® Vehicle at Your Local Dealer Online
www.jeepdealer.com

**Need a Book Publisher?**
Get published in just 30 days. Keep your rights. Earn 50% royalties.
www.AuthorHouse.com

**1000s of Ringtones**
Send Complimentary Ringtones to Your Phone Instantly Now!
www.RingtonesAffair.com

**Lulu Ringtones**
Lulu Ringtones & Wallpapers 100% Complimentary - Hurry!
I-Like-Ringtone.com/Lulu

**The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

**Publish Your EBook on CD**
at no cost to you. Retail quality, no setup fees.
Kunaki.com

**LuLu*s Fashion Lounge**
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

**Not what you're looking for?**

[                              ] [ Search ]

L-U-L-U.COM

# LU-LU.NAME

**Registered by:**                     The Global Name Registry Ltd.

--------
Domain Name ID: 2849026DOMAIN-NAME
Domain Name: LU-LU.NAME
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited

## WHOIS

**Web Page Information**

**HTML Title:**                       Louella.name
**Status:**                           Accessible

**DN-3**
**Group:** One

# LU-LU.INFO

| | |
|---|---|
| **Registered by:** | Ru-Center (R383-LRMS) |
| **Registrant:** | ATV3HGA-RU Salavat I Valinurov Organization: Salavat I Valinurov 20, 1, Kurchatova st. Chelyabinsk Chelyabinsk 454092 RU Phone: +7.3512303737 Ext.: Fax: +7.3512656272 Fax Ext.: Email: salik@lu-lu.info |
| **Administrative Contact:** | ATV3HGA-RU Salavat I Valinurov Organization: Salavat I Valinurov 20, 1, Kurchatova st. Chelyabinsk Chelyabinsk 454092 RU Phone: +7.3512303737 Phone: Ext: Admin FAX:+7.3512656272 Admin FAX Ext: Email: salik@lu-lu.info |
| **Technical Contact:** | ATV3HGA-RU Salavat I Valinurov Organization: Salavat I Valinurov 20, 1, Kurchatova st. Chelyabinsk Chelyabinsk 454092 RU Phone: +7.3512303737 Phone: Ext: Tech FAX:+7.3512656272 Tech FAX Ext: Email: salik@lu-lu.info |
| **Billing Contact:** | ATV3HGA-RU Salavat I Valinurov Organization: Salavat I Valinurov 20, 1, Kurchatova st. Chelyabinsk Chelyabinsk 454092 RU Phone: +7.3512303737 Ext.: Billing FAX:+7.3512656272 Billing FAX Ext: email: salik@lu-lu.info |
| **Record History:** | **Record created on** 24-Sep-2003 09:15:15 UTC<br>**Record last updated on** 27-Aug-2007 21:18:25 UTC<br>**Record expires on** 24-Sep-2008 09:15:15 UTC Status:CLIENT TRANSFER PROHIBITED Status:TRANSFER PROHIBITED |
| **Domain Servers in Listed Order:** | NS1.VALUEHOST.COM<br>NS2.VALUEHOST.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | ???????? ?quot;????quot; - ???????????? ???????? ? ??????? ???????? ?????????. ??????? ???????? ???????-????????? ????????? (????????, ????, ??????, ??????), ???????? ???????? ???????????? ?????? (KEY, ATLANTIC). |
| **Status:** | Accessible |



КОМПАНИЯ "ОКО"
зарегистрированная торговая марка

🔘 НОВОСТИ    🔘 О КОМПАНИИ    🔘 КАТАЛОГ    🔘 ПРАЙС    🔘 ПРОИЗВОДСТВО    🔘 ГОСТЕВАЯ КНИГА

**29.12.2006**

**Поздравляем всех всех всех с наступающим Новым Годом !!!**
В праздничные дни мы работаем по графику:
1, 2, 6, 7, 8 - выходные дни,
3, 4, 5 - рабочие дни.

*Успехов Вам и процветания, друзья!!!*
*Счастливого Нового Года!!!*
Здесь для Вас открытка.

**07.09.2006**

Уважаемые клиенты!
С 19 по 22 сентября 2006 года в Москве на ВВЦ будет проходить выставка «Текстильлегпром».
Приглашаем Вас посетить наш стенд.
Находиться мы будем в павильоне № 57, стенд № D-499.
Будем рады встрече с Вами!
С уважением Компания «ОКО».

**21.03.2006**

Уважаемые клиенты!
С 28 по 31 марта в Москве на ВВЦ будет проходить выставка «Текстильлегпром».
Приглашаем Вас посетить наш стенд.
Находиться мы будем в павильоне № 57, стенд № D-496.
Будем рады встрече с Вами!
С уважением Компания «ОКО».

**31.03.2005**

Уважаемые гости сайта!

Закончила работу XXIV выставка "Текстильлегпром".
Благодарим всех, кто посетил наш стенд за внимание, проявленное к нашей продукции. Отдельное спасибо
нашим партнерам за высказанные замечания, пожелания и благодарности в наш адрес.

С удовольствием сообщаем, что наша Компания "ОКО" награждена дипломом "За организацию производства
высококачественных товаров текстильной и легкой промышленности".

С уважением Компания "ОКО"

**19.03.2005**

Уважаемые коллеги!

С 22 по 25 марта в Москве на ВВЦ будет проходить очередная XXIV выставка-ярмарка "Текстильлегпром".
Приглашаем Вас посетить наш выставочный стенд, который будет находиться в пав.57, стенд D-492.
С уважением Компания "ОКО"

# LU-LU.NET

| | |
|---|---|
| **Registered by:** | TUCOWS.COM, INC. |
| **Registrant:** | N/A 1 No. 2 No. 3 No., England 123 UK |
| **Administrative Contact:** | Kavanagh, Lucy lucykav@gmail.com 1 No. 2 No. 3 No., England 123 UK 01234 56789 |
| **Technical Contact:** | Kavanagh, Lucy lucykav@gmail.com 1 No. 2 No. 3 No., England 123 UK 01234 56789 |
| **Record History:** | **Record created on**  22-Oct-2002.<br>**Record last updated on** 22-May-2007.<br>**Record expires on** 22-Oct-2008. |
| **Domain Servers in Listed Order:** | NS2.RANDOMGOO.COM<br>NS1.RANDOMGOO.COM<br>Domain status: ok |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | [ lu-lu.net poetry - poems by a young woman from london ] |
| **Keywords:** | poetry, poems, young poet, young woman poet, london poet, young poetry, london poetry, woman poems, london poems |
| **Description:** | Lu-lu.net poetry - Poems by a young woman from London |
| **Status:** | Accessible |



"Who is lu-lu?"
Lucy. 18. London. Poet.
Designer. Photographer.

Quote On
"Poetry amounts to ar
the greatest specific c
effective and exter
sequen
Joseph Br

## Latest Poetry:
> Last Year's
> Once Bitten
> Pre Paid Maestro
> What A Waste
> Working Class

## Poetry Menu:
⊞ My Best Poetry
⊞ Happy Poetry
⊞ Sad Poetry
⊞ Confused Poetry
⊞ Angry Poetry

23,751

## Lu-Lu.Net Poetry
**Poems by a young woman from London**
*Last Updated: 28th May 2007*

> Introducton
As you may have guessed: I am a young poet from London. There are a lot of poems on this site; this poetry dates from 2002 onward. I still write poetry so expect updates through 2007 with new poems (the most recent poetry to be added is always at the top of the left hand menu).

> More Information
I considered removing early poems (2002-04) but decided they shaped me as a maturing poet. I do therefor ask you read earlier poetry as somebody hearing a young baby poet finding her pen. As a whole, this site gives you a very full view of my poetry style.

> How To Use This Site
Refer to the left sidebar. This is the menu that contains my poems. For selective poetry reading, poems are in simple groups: happy poetry, sad poetry, angry poetry, confused poetry. There's also a top poetry group, separating the best of my poetry.

Contact | Links | Awards | Design | Hosting
Lu-Lu.Net Poetry is © Copyright 2002-2007
Please get permission before displaying a poem elsewhere

Po
> Po
> RK
> Sa
> Ch
> Jes

Link
More

Oth

# LU-LU.COM

| | |
|---|---|
| **Registered by:** | DSTR ACQUISITION VII, LLC |
| **Registrant:** | Chris mcintosh.sedo (LU-LU-COM-DOM) Hales Farm South Cerney Cirencester, Glos GL7 6HU UK +44.1285862384 cm@eclipse.co.uk |
| **Administrative Contact:** | Chris mcintosh cm@eclipse.co.uk Hales Farm South Cerney Cirencester, Glos GL7 6HU UK +44.1285862384 |
| **Technical Contact, Zone Contact:** | Chris mcintosh cm@eclipse.co.uk Hales Farm South Cerney Cirencester, Glos GL7 6HU UK +44.1285862384 |
| **Record History:** | **Record created on** 15-Mar-2001. **Record last updated on** 14-May-2007. **Record expires on** 15-Mar-2008. |
| **Domain Servers in Listed Order:** | NS1.SEDOPARKING.COM NS2.SEDOPARKING.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lu-lu.com - The Best Lu lu Resources and Information. |
| **Status:** | Accessible |

| Lu lu | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

# LU-LU.COM



Language: English

**POPULAR SEARCHES**

For Lu lu try these sponsored results:

- ⌐ Lu lu
- ⌐ MP3s
- ⌐ Loans
- ⌐ Jobs
- ⌐ Music
- ⌐ Internet
- ⌐ Flowers
- ⌐ Shopping
- ⌐ Fitness
- ⌐ Education

## Self-Publish for Free
With CreateSpace, publish and sell your book on Amazon.com & others.
www.CreateSpace.com

## 2007 Maclaren In Stock
BareBabies has free ground shipping on 2007 Maclaren strollers.
www.barebabies.com

## Lulu Santos Ringtones
Send Complimentary Ringtones by Lulu Santos to Your Phone
LuluSantos.RingtonesAffair.com

## Lulu Guinness
Bargain Prices. Smart Deals.
Shopzilla.com

## Lulu Self Publishing
Lulu lets you control your work and publish instantly at your own price
www.Lulu.com

## Greater Florida Chrysler
Find New Vehicle Deals at Your Greater Florida Chrysler Dealer
www.chryslerdealer.com

## lulu shih
View lulu's profile Build yours at ProfileBuilder.com
mekiaries.profil.es

## Greater Florida Jeep
See the New 2007 Vehicles at Your Local Greater Florida Jeep Dealer
www.jeepdealer.com

## Publishing With Your PC
How to Write, Print, Bind, Marke: & Sell your Books & eBooks worldwide
www.diaxon.com

## Lulu Guinness
Up to 80% off Designer Fragrances. 30-Day Money Back Guarantee.
www.UsaPerfumes.com

| Lu lu | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

# LULU.CAT

| | |
|---|---|
| **Registered by:** | R-2001 (Nominalia) % puntCAT Whois Server Copyright (C) 2007 Fundacio puntCAT |
| **Registrant:** | NOM_P_16365201 Lulu Coll Organization: Registrant Street: Passeig de Sant Joan, 95, pral, 2a Barcelona Barcelona E-08009 ES Phone: +34.934581423 Ext.: Registrant Fax Ext: Email: lulucoll@wanadoo.es |
| **Administrative Contact:** | NOM_9040901 Lulu Coll Organization: Admin Street: Passeig de Sant Joan 95, pral 2a Barcelona BARCELONA 08009 ES Phone: +34.934581423 Phone: Ext: Fax: Ext: Email: lulucoll@wanadoo.es |
| **Technical Contact:** | NOM_1 Technical Department Organization: Nominalia Internet SL Tech Street: Josep Pla 2, Torres Diagonal Litoral, Edificio B3, planta 3-D Barcelona Barcelona 08019 ES Phone: +34.935074360 Phone: Ext: Fax: +34.933102360 Fax: Ext: Email: tecnico@nominalia.com |
| **Billing Contact:** | NOM_9040901 Lulu Coll Organization: Billing Street: Passeig de Sant Joan 95, pral 2a Barcelona BARCELONA 08009 ES Phone: +34.934581423 Ext.: Billing Fax Ext: email: lulucoll@wanadoo.es |
| **Record History:** | **Record created on** 2006-04-22 10:00:48 GMT<br>**Record last updated on** 2007-07-10 06:44:12 GMT<br>**Record expires on** 2009-04-22 10:00:48 GMT Status: ok |
| **Domain Servers in Listed Order:** | dns2.servidoreswww.com<br>ACE: dns2.servidoreswww.com<br>plesk03-vps202-300.servidoreswww.com<br>ACE: plesk03-vps202-300.servidoreswww.com |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on September 10, 2007 at 11:26:15 AM. |

# LULU.MOBI

| | |
|---|---|
| **Registered by:** | whois.dotmobiregistry.net Domain ID:D90068-MOBI |
| **Registrant:** | CP00121768 DAIICHI SANKYO HEALTHCARE CO.,LTD. 1-8 Koami-cho Nihon bashi Chuo-ku Tokyo 103-8541 JP Phone: +81.366673211 Email: dommaster@ mark-i.jp |
| **Administrative Contact:** | CP00121768 DAIICHI SANKYO HEALTHCARE CO.,LTD. 1-8 Koami-cho Nihon bashi Chuo-ku Tokyo 103-8541 JP Phone: +81.366673211 Email: dommaster@ mark-i.jp |
| **Technical Contact:** | CP00100830 Domain Administrator Organization: Mark-i Inc. 3-3 Kojimachi Les Belles Modes bldg. Chiyoda-ku Tokyo 102-0083 JP Phone: +81.352752789 Em ail: dommaster@mark-i.jp |
| **Record History:** | **Record created on** 07-Sep-2006 02:19:06 UTC<br>**Record last updated on** 16-May-2007 03:17:09 UTC<br>**Record expires on** 07-Sep-2008 02:19:06 UTC Trademark Name:DAIICHI SAN KYO HEALTHCARE CO.,LTD. Trademark Country:JP Trademark Number:66124 Date Trademark Applied For:1914-05-01 Date Trademark Registered:1914-06-22 Sponsoring Registrar:PSI Japan (78) Status:CLIENT TRANSFER PROHIBIT ED |
| **Domain Servers in Listed Order:** | NS3.WEBHOSTING.JP<br>NS4.WEBHOSTING.JP |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on September 10, 2007 at 11:26:22 AM. |

# LULU.US

| | |
|---|---|
| **Registered by:** | MONIKER ONLINE SERVICES, LLC Domain ID: D10445918-US |
| **Registrant:** | MONIKER6284 Konstantinos Organization: Konstantinos Zournas 47 Karaiskaki Patras GR 26225 Greece GR Phone: +30.2108847638 Fax: +30.2108253562 Email: blue@bluepixel.gr Registrant Application Purpose: P1 Registrant Nexus Category: C31/GR |
| **Administrative Contact:** | MONIKER6284 Konstantinos Konstantinos Zournas Address1: 47 Karaiskaki Patras GR 26225 Greece GR Phone: +30.2108847638 Fax: +30.2108253562 Email: blue@bluepixel.gr Administrative Application Purpose: P1 Administrative Nexus Category: C31/GR |
| **Technical Contact:** | MONIKER6284 Konstantinos Konstantinos Zournas 47 Karaiskaki Patras GR 26225 Greece GR Phone: +30.2108847638 Fax: +30.2108253562 Email: blue @bluepixel.gr Technical Application Purpose: P1 Technical Nexus Category: C3 1/GR |
| **Billing Contact:** | MONIKER6284 Konstantinos Konstantinos Zournas 47 Karaiskaki Patras GR 26225 Greece GR Phone: +30.2108847638 Fax: +30.2108253562 Email: blue @bluepixel.gr Billing Application Purpose: P1 Billing Nexus Category: C31/GR |
| **Record History:** | **Record created on**  Sun Jul 09 18:08:22 GMT 2006<br>**Record last updated on** Tue Aug 07 17:29:00 GMT 2007<br>**Record expires on** Tue Jul 08 23:59:59 GMT 2008 |
| **Domain Servers in Listed Order:** | NS1.PARKED.COM<br>NS2.PARKED.COM<br>Last Transferred Date: Fri Jun 29 07:32:16 GMT 2007 |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | lulu.us |
| **Keywords:** | Lulu, Female Names, Baby Lulu, Forget Me Not |
| **Description:** | lulu.us |
| **Status:** | Accessible |



# LULU.BIZ

| | |
|---|---|
| **Registered by:** | 4DOMAINS, INC. |
| **Registrant:** | 4DB-C11582 J.F. Lex Organization: TeleCompass Moorbadstr. 2 Bad Endorf Bavaria 83093 Germany DE Phone: +49.80534145 Fax: +49.80534146 Email: telecompass@online.de |
| **Administrative Contact:** | 4DB-C11582 J.F. Lex TeleCompass Address1: Moorbadstr. 2 Bad Endorf Bavaria 83093 Germany DE Phone: +49.80534145 Fax: +49.80534146 Email: telecompass@online.de |
| **Technical Contact:** | 4DB-C11582 J.F. Lex TeleCompass Moorbadstr. 2 Bad Endorf Bavaria 83093 Germany DE Phone: +49.80534145 Fax: +49.80534146 Email: telecompass@online.de |
| **Billing Contact:** | 4DB-C11582 J.F. Lex TeleCompass Moorbadstr. 2 Bad Endorf Bavaria 83093 Germany DE Phone: +49.80534145 Fax: +49.80534146 Email: telecompass@online.de |
| **Record History:** | **Record created on** Sun Jun 13 17:12:10 GMT 2004 **Record last updated on** Wed Jul 11 21:31:27 GMT 2007 **Record expires on** Thu Jun 12 23:59:59 GMT 2008 |
| **Domain Servers in Listed Order:** | NS2.SEDOPARKING.COM NS1.SEDOPARKING.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu.biz - The Best Lulu Resources and Information. This website is for sale! |
| **Status:** | Accessible |

| Lulu | Ancestry | Women | Travel | Religion | Kids | Jobs | Fitness | Education | Dating |

# LULU.BIZ

Search

This domain may be for sale by its owner!    Language: English

For Lulu try these sponsored results:

### Lulu Publishing
No set-up fees or minimum order. Create & print your own book now!
www.Lulu.com

### Self-Publish for Free
With CreateSpace, publish and sell your book on Amazon.com & others.
www.CreateSpace.com

### 2007 Maclaren In Stock
BareBabies has free ground shipping on 2007 Maclaren strollers.
www.barebabies.com

### Jeep® - Official Site
Find Great Deals on Jeep® Vehicles at a Local Dealer Online
www.jeepdealer.com

### Lulu Fl Chrysler
Find Great Deals on Chrysler® Vehicles at a Local Dealer Online
www.chryslerdealer.com

### The Publisher of Choice.
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

### LuLu*s Fashion Lounge
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

### Lulu Guinness
Up to 80% off Designer Fragrances. 30-Day Money Back Guarantee.
www.UsaPerfumes.com

### Need a Book Publisher?
Get published in just 30 days. Keep your rights. Earn 50% royalties.
www.AuthorHouse.com

### Single ISBN & Barcode $55
ISBN assignment in minutes over the phone or online 24/7
www.isbn-us.com



POPULAR SEARCHES

- Lulu
- Ancestry
- Women
- Travel
- Religion
- Kids
- Jobs
- Fitness
- Education
- Dating

**BUY THIS DOMAIN**

The domain **lulu.biz** may be for sale by its owner!

More details..

sedo

| Lulu | Ancestry | Women | Travel | Religion | Kids | Jobs | Fitness | Education | Dating |

# LULU.INFO

| | |
|---|---|
| **Registered by:** | eNom, Inc. (R126-LRMS) |
| **Registrant:** | EFC9D5EEC0F1E9B0 Chia Pin Liao Organization: - No.6, Lane 1, Nanguang Rd., Lunbei Township Yunlin County 637 TW Phone: +886.926661055 Ext.: Fax Ext.: Email: info@taipei.to |
| **Administrative Contact:** | EFC9D5EEC0F1E9B0 Chia Pin Liao Organization: - No.6, Lane 1, Nanguang Rd., Lunbei Township Yunlin County 637 TW Phone: +886.926661055 Phone: Ext: Admin FAX: Admin FAX Ext: Email: info@taipei.to |
| **Technical Contact:** | EFC9D5EEC0F1E9B0 Chia Pin Liao Organization: - No.6, Lane 1, Nanguang Rd., Lunbei Township Yunlin County 637 TW Phone: +886.926661055 Phone: Ext: Tech FAX: Tech FAX Ext: Email: info@taipei.to |
| **Billing Contact:** | EFC9D5EEC0F1E9B0 Chia Pin Liao Organization: - No.6, Lane 1, Nanguang Rd., Lunbei Township Yunlin County 637 TW Phone: +886.926661055 Ext.: Billing FAX: Billing FAX Ext: email: info@taipei.to |
| **Record History:** | **Record created on** 27-Nov-2004 10:44:33 UTC<br>**Record last updated on** 09-May-2007 19:57:13 UTC<br>**Record expires on** 27-Nov-2007 10:44:33 UTC Status:OK |
| **Domain Servers in Listed Order:** | NS1.SEDOPARKING.COM<br>NS2.SEDOPARKING.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu.info - The Best Lulu Resources and Information. This website is for sale! |
| **Status:** | Accessible |

| Lulu | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

# LULU.INFO

[Search box] **Search**

This domain may be for sale by its owner!    Language: English ▼

For Lulu try these sponsored results:

### Lulu Publishing
No set-up fees or minimum order. Create & print your own book now!
www.Lulu.com

### Self-Publish for Free
Sell your book on Amazon.com & set your own royalty. No set up fees.
www.CreateSpace.com

### 2007 Maclaren In Stock
BareBabies has free ground shipping on 2007 Maclaren strollers.
www.barebabies.com

### Lulu Guinness Handbags
Free Shipping Both Ways at Zappos Watches, Belts, Handbags & More!
www.Zappos.com

### Jeep® - Official Site
Find Great Deals on Jeep® Vehicles at a Local Dealer Online
www.jeepdealer.com

### The Publisher of Choice.
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

### LuLu*s Fashion Lounge
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

### Lulu Guinness
Up to 80% off Designer Fragrances. 30-Day Money Back Guarantee.
www.UsaPerfumes.com

### Need a Book Publisher?
Get published in just 30 days. Keep your rights. Earn 50% royalties.
www.AuthorHouse.com

### Single ISBN & Barcode $55
ISBN assignment & digital barcode in minutes over the phone or online
www.isbn-us.com

**POPULAR SEARCHES**
- Lulu
- MP3s
- Loans
- Jobs
- Music
- Internet
- Flowers
- Shopping
- Fitness
- Education

**BUY THIS DOMAIN**
The domain **lulu.info** m be for sale by its owner!
More details.
sedo

| Lulu | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

# LULU.COM

| | |
|---|---|
| **Registered by:** | MARKMONITOR INC. |
| **Registrant:** | Lulu.com (DOM-1521821) 860 Aviation Pkwy Ste 300 Morrisville NC 27560 US |
| **Administrative Contact:** | DNS Admin (NIC-14544669) Lulu.com 860 Aviation Pkwy Ste 300 Morrisville NC 27560 US hostmaster-dn@lulu.com +1.9194595858 Fax- +1.9194595867 |
| **Technical Contact, Zone Contact:** | DNS Admin (NIC-14544669) Lulu.com 860 Aviation Pkwy Ste 300 Morrisville NC 27560 US hostmaster-dn@lulu.com +1.9194595858 Fax- +1.9194595867 |
| **Record History:** | **Record created on** 1995-Aug-09. **Record last updated on** 2006-Dec-30 02:34:32. **Record expires on** 2012-Jan-04. |
| **Domain Servers in Listed Order:** | PDNS1.ULTRADNS.NET PDNS5.ULTRADNS.INFO PDNS2.ULTRADNS.NET PDNS6.ULTRADNS.CO.UK PDNS3.ULTRADNS.ORG PDNS4.ULTRADNS.ORG MarkMonitor.com - The Leader in Corporate Domain Management For Global Domain Consolidation, Research & Intelligence, and Enterprise DNS, go to: www.markmonitor.com |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu.com - Self Publishing - Free |
| **Keywords:** | self publishing |
| **Description:** | Looking for self publishing resources? Lulu.com lets you publish and sell and print on demand books, e-books, online music, images, custom calendars and photo books. |
| **Status:** | Accessible |



# LULU.NET

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration LULU.NET@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Technical Contact:** | Private, Registration LULU.NET@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Record History:** | **Record created on**  23-Feb-98<br>**Record last updated on**<br>**Record expires on** 22-Feb-08 |
| **Domain Servers in Listed Order:** | PARK31.SECURESERVER.NET<br>PARK32.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.lulu.net Coming Soon! |
| **Status:** | Accessible |

# www.lulu.net

This page is parked free, courtesy of GoDaddy.com



Go Daddy.com
Make a .com
name with us!®



## Related Searches

Lulu Card
Lulu Notes
Lulu Wallpaper
Lulu Shih
Auntie Lulu
Lulu Vise

[ Search ]

Sponsored Links

**Self-Publish for Free**
With CreateSpace, publish and sell your book on Amazon.com & others.
www.CreateSpace.com

**Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

**LuLu's Fashion Lounge**
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

**The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

**Need a Book Publisher?**
Get published in just 30 days. Keep your rights. Earn 50% royalties.
www.AuthorHouse.com

**Lulu Ringtones**
Lulu Ringtones 100% Complimentary - Hurry
I-Like-Ringtone.com/Lulu

**Little Lulu**
Find, compare & buy Compare & Buy from 1000's of Stores
www.Shopping.com

**Dornbracht-Free Shipping**
Largest Selection Online Excellent Prices & Service
www.designerplumbing.com

**Jeep® - Official Site**
Find Great Deals on Jeep® Vehicles at a Local Dealer Online
www.jeepdealer.com

**Lulu Guinness Handbags**
Free Information & Useful Advice About Lulu Guinness Handbags
www.blurtit.com



LIMITED-TIME OFFER
$1.99 * No Qty Limit Domains
Now, with any non-domain purchase!
FREE with every domain name:
► Hosting with Web builder
► Quick Blogcast
► Complete Email
► AND MORE!

Find a domain name now:
[          ] .com [▼] [GO]
Advanced Search    ICANN ACCREDITED
*Plus ICANN fee of 20 cents per domain name year.



Fast, Reliable, Secure
Web Hosting
► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
Flexible plans as low as $3.19/mo!
Learn more...



Life Online™ with
BOB PARSONS
Live every Wednesday at 1 pm (PT)/4 pm (ET).

## Popular Searches

| Travel | Financial Planning | E Commerce |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| | | |
| Lifestyle | Real Estate | Insurance |
| Fitness | Mortgages | Car Insurance |

# LULU.ORG

| | |
|---|---|
| **Registered by:** | eNom, Inc. (R39-LROR) Domain ID:D14976285-LROR |
| **Registrant:** | 6C62D37CBC7E2023 M.A. Stenzel Organization: - P.O. Box 390 Kahului HI 96733 US Phone: +1.8088781281 Ext.: Fax Ext.: Email: contact@stenzel.org |
| **Administrative Contact:** | 6C62D37CBC7E2023 M.A. Stenzel Organization: - P.O. Box 390 Kahului HI 96733 US Phone: +1.8088781281 Phone: Ext: Admin FAX: Admin FAX Ext: Email: contact@stenzel.org |
| **Technical Contact:** | 6C62D37CBC7E2023 M.A. Stenzel Organization: - P.O. Box 390 Kahului HI 96733 US Phone: +1.8088781281 Phone: Ext: Tech FAX: Tech FAX Ext: Email: contact@stenzel.org |
| **Record History:** | **Record created on** 10-Dec-1999 11:40:40 UTC<br>**Record last updated on** 11-Nov-2006 09:36:51 UTC<br>**Record expires on** 10-Dec-2007 11:40:40 UTC Status:OK |
| **Domain Servers in Listed Order:** | NSX.NTX.NET<br>NSC.NTX.NET |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **Status:** | Site not accessible at time of analysis on September 10, 2007 at 11:27:01 AM. |

---

# LULU-S.COM

| | |
|---|---|
| **Registered by:** | ENOM GMP SERVICES INC |
| **Registrant:** | Whois Privacy Protection Service, Inc. Whois Agent (lybxxmqc@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULU-S.COM Bellevue, WA 98007 US Status: Locked |
| **Administrative Contact:** | Whois Privacy Protection Service, Inc. Whois Agent (lybxxmqc@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULU-S.COM Bellevue, WA 98007 US |
| **Technical Contact:** | Whois Privacy Protection Service, Inc. Whois Agent (lybxxmqc@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULU-S.COM Bellevue, WA 98007 US |
| **Record History:** | **Record created on** 26 Aug 2007 13:26:00<br>**Record expires on** 24 Aug 2008 20:49:00 mail, or by telephone. The compilation, repackaging, dissemination or consent from us. We reserve the right to modify these terms at any time. By submitting |
| **Domain Servers in Listed Order:** | dns1.name-services.com<br>dns2.name-services.com<br>dns3.name-services.com<br>dns4.name-services.com<br>dns5.name-services.com |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **HTML Title:** | lulus homes for sale apartments at lulu-s.com |
| **Keywords:** | lulus, homes, for, sale, apartments, dating, services, chat, rooms, airline |

**Description:**                    car accessories cellular cell phone deals download ringtones video games
**Status:**                         Accessible



# LULUS.US

| | |
|---|---|
| **Registered by:** | GO DADDY SOFTWARE, INC. Domain ID: D3655291-US |
| **Registrant:** | GODA-02425527 Carla Patton Organization: LuLu's Bel Air Plaza 12100 West Center Road Omaha Nebraska 68144 United States US Phone: +1.4023934229 Fax: +1.4023937866 Email: carla@lulus.omhcoxmail.com Registrant Application Purpose: P1 Registrant Nexus Category: C21 |
| **Administrative Contact:** | GODA-22425527 Carla Patton LuLu's Address1: Bel Air Plaza 12100 West Center Road Omaha Nebraska 68144 United States US Phone: +1.4023934229 Fax: +1.4023937866 Email: carla@lulus.omhcoxmail.com Administrative Contact Application Purpose: P1 Administrative Contact Nexus Category: C21 |
| **Technical Contact:** | GODA-12425527 Carla Patton LuLu's Bel Air Plaza 12100 West Center Road Omaha Nebraska 68144 United States US Phone: +1.4023934229 Fax: +1.4023937866 Email: carla@lulus.omhcoxmail.com Technical Contact Application Purpose: P1 Technical Contact Nexus Category: C21 |
| **Billing Contact:** | GODA-32425527 Carla Patton LuLu's Bel Air Plaza 12100 West Center Road Omaha Nebraska 68144 United States US Phone: +1.4023934229 Fax: +1.4023937866 Email: carla@lulus.omhcoxmail.com Billing Contact Application Purpose: P1 Billing Contact Nexus Category: C21 |
| **Record History:** | **Record created on** Mon Feb 10 01:44:05 GMT 2003<br>**Record last updated on** Tue Feb 07 16:03:54 GMT 2006<br>**Record expires on** Sat Feb 09 23:59:59 GMT 2008 |
| **Domain Servers in Listed Order:** | AUTHNS1.MPLS.QWEST.NET<br>AUTHNS2.DNVR.QWEST.NET |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **Status:** | Site not accessible at time of analysis on September 10, 2007 at 11:27:07 AM. |

# LULUS.INFO

| | |
|---|---|
| **Registered by:** | CSL Computer Service Langenbach GmbH d/b/a joker.com (R161-LRMS) |
| **Registrant:** | CAFI-262858 DNS ADMIN Organization: ZusCom 145-157 St John Street London -- EC1V 4PY GB Phone: +44.2078712978 Ext.: Fax Ext.: Email: pw@zus.com |
| **Administrative Contact:** | CAFI-246154 DNS ADMIN Organization: ZusCom 145-157 St John Street London -- EC1V 4PY GB Phone: +44.2078712978 Phone: Ext: Admin FAX: Admin FAX Ext: Email: pw@zus.com |
| **Technical Contact:** | CAFI-246154 DNS ADMIN Organization: ZusCom 145-157 St John Street London -- EC1V 4PY GB Phone: +44.2078712978 Phone: Ext: Tech FAX: Tech FAX Ext: Email: pw@zus.com |
| **Billing Contact:** | CAFI-246154 DNS ADMIN Organization: ZusCom 145-157 St John Street London -- EC1V 4PY GB Phone: +44.2078712978 Ext.: Billing FAX: Billing FAX Ext: email: pw@zus.com |
| **Record History:** | **Record created on** 20-Jun-2007 09:43:16 UTC **Record last updated on** 19-Aug-2007 20:34:37 UTC **Record expires on** 20-Jun-2008 09:43:16 UTC Status:CLIENT DELETE PROHIBITED Status:CLIENT RENEW PROHIBITED Status:CLIENT TRANSFER PROHIBITED Status:CLIENT UPDATE PROHIBITED |
| **Domain Servers in Listed Order:** | NS1.FASTPARK.NET NS2.FASTPARK.NET NS1.CHEAPNAMES.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | lulus.info |
| **Status:** | Accessible |



Welcome to lulus.info

Related Se



Sponsored Listings Searches

LULU'S CHICO

LULU'S LOUNGE

LULU'S BACK IN TOWN

LULU'S SLEEP EZZE

LULU SHIH

LULU'S SLEEP EZZE MOTEL

LULU'S SLEEP EZZE PAGE

LULU'S SLEEP EZZE MOTEL PAGE

LULU FASHION

LULU FASHION LOUNGE

LULUS SLEEP EZZE

LULUS SONG

Lu...ge
Shop... dorable!
LulusF...

Re...
Get D... Register at MyPoints.
www...

Re...
Fast ... urants!
www...

Po...
Wate... Dhing 206.284.3000
www...

Lo...
Looki... from our book.
Yellov...

Ex...vers
Our L... Visit Online!
www...

**Union Restaurant Boston**
A Boston Magazine favorite with critically acclaimed food & service
www.unionrestaurant.com

**lulu shih**
View lulu's profile Build yours at ProfileBuilder.com
mekiaries.profil.es

# LULUS.ORG

| | |
|---|---|
| **Registered by:** | Tucows Inc. (R11-LROR) Domain ID:D109877790-LROR |
| **Registrant:** | tuCDLebXamjxX07e contactprivacy.com Organization: Contactprivacy.com 96 Mowat Ave Toronto ON M6K3M1 CA Phone: +1.4165385457 Ext.: Fax Ext.: Email: lulus.org@contactprivacy.com |
| **Administrative Contact:** | tuCDLebXamjxX07e contactprivacy.com Organization: Contactprivacy.com 96 Mowat Ave Toronto ON M6K3M1 CA Phone: +1.4165385457 Phone: Ext: Admin FAX: Admin FAX Ext: Email: lulus.org@contactprivacy.com |
| **Technical Contact:** | tuCDLebXamjxX07e contactprivacy.com Organization: Contactprivacy.com 96 Mowat Ave Toronto ON M6K3M1 CA Phone: +1.4165385457 Phone: Ext: Tech FAX: Tech FAX Ext: Email: lulus.org@contactprivacy.com |
| **Record History:** | **Record created on** 23-Dec-2005 14:55:55 UTC **Record last updated on** 31-Jan-2007 16:37:58 UTC **Record expires on** 23-Dec-2007 14:55:55 UTC Status:CLIENT TRANSFER PROHIBITED Status:CLIENT UPDATE PROHIBITED |
| **Domain Servers in Listed Order:** | PARKING1.MDNSSERVICE.COM PARKING2.MDNSSERVICE.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **Status:** | Accessible |

**lulus.org**    | lulu\'s |    [ Search ]

**Web Search Results**

Loading... (Please enable javascript if this
message persists)

**Sponsored Listings**

**LuLu*s Fashion Lounge**
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

**lulu shih**
View lulu's profile Build yours at ProfileBuilder.com
mekiaries.profil.es

**Restaurant Menu**
Fast online food delivery from favorite local restaurants!
www.Delivery.com

**Restaurant Coupons**
Get Discounts to Restaurants and Free Rewards. Register
at MyPoints.
www.MyPoints.com

**Union Restaurant Boston**
A Boston Magazine favorite with critically acclaimed food &
service
www.unionrestaurant.com

**Local Restaurants**
Looking for a local restaurant? Pick the right one from our
book.
YellowBook.com

**Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Watches, Belts,
Handbags & More!
www.Zappos.com

**Exceptional Menu Covers**
Our Line Is The Brand Standard For Fine Dining   Visit
Online!
www.BoxerBrand.com

**Cannery Row Dining Guide**
Dine on historic Cannery Row along the beautiful Monterey
Bay.
www.canneryrow.com

**Lulu Merie**
Premium brands at FineStationery! Huge variety, service
you can trust
www.FineStationery.com

**Popular Categories**

Travel          Financial Planning E-Commerce          Lifestyle          Real Estate

**Related Searches**

Lulu's Chico

Lulu's Lounge

Lulu's Back in Town

Lulu's Sleep Ezze

Lulu Shih

Lulu's Sleep Ezze Motel

Lulu's Sleep Ezze Page

Lulu's Sleep Ezze Motel Page

Lulu Fashion

Lulu Fashion Lounge

# LULUS.BIZ

| | |
|---|---|
| **Registered by:** | REGISTER.COM |
| **Registrant:** | 24292163A3D72236 Emily Banks Organization: Lulus Sheung Sze Wan Rd Clearwater Bay 00000 Hong Kong HK Phone: +852.85291888535 Email: evossen @mac.com |
| **Administrative Contact:** | C23251546-NLVL Emily Banks Lulus Address1: 6k 22 Scenic Villa Drive Pokfulam 99999 Hong Kong HK Phone: +852.91888535 Email: esblulus@hotmail.com |
| **Technical Contact:** | NEUL-0000365605 Domain Registrar Register.Com 575 8th Avenue 11th Floor New York NY 10018 United States US Phone: +1.9027492701 Fax: +1.9027495429 Email: domain-registrar@register.com |
| **Billing Contact:** | NEUL-0000365605 Domain Registrar Register.Com 575 8th Avenue 11th Floor New York NY 10018 United States US Phone: +1.9027492701 Fax: +1.9027495429 Email: domain-registrar@register.com |
| **Record History:** | **Record created on** Mon Mar 18 07:46:05 GMT 2002<br>**Record last updated on** Sun Aug 27 01:24:26 GMT 2006<br>**Record expires on** Tue Mar 17 23:59:59 GMT 2009 |
| **Domain Servers in Listed Order:** | DNS25.REGISTER.COM<br>DNS26.REGISTER.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Coming Soon... |
| **Status:** | Accessible |



**DN-19**
**Group:** One

# LULUS.NET

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | Whois Privacy Protection Service, Inc. Whois Agent (hvncqpjn@whoisprivacypro tect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULUS.NET Bellevue, WA 98007 US |
| **Administrative Contact:** | Whois Privacy Protection Service, Inc. Whois Agent (hvncqpjn@whoisprivacypro tect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULUS.NET Bellevue, WA 98007 US |
| **Technical Contact:** | Whois Privacy Protection Service, Inc. Whois Agent (hvncqpjn@whoisprivacypro tect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St - F1 C/O LULUS.NET Bellevue, WA 98007 US Status: Locked |
| **Record History:** | **Record created on** 18 Nov 2002 20:23:57<br>**Record expires on** 18 Nov 2007 20:23:57 mail, or by telephone. The compilati on, repackaging, dissemination or consent from us. We reserve the right to mod ify these terms at any time. By submitting |
| **Domain Servers in Listed Order:** | dns1.name-services.com<br>dns2.name-services.com<br>dns3.name-services.com<br>dns4.name-services.com<br>dns5.name-services.com |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | credit card deals car insurance at lulus.net |
| **Keywords:** | credit, card, deals, car, insurance, online, poker, counseling, play, games |
| **Description:** | vacation lulus homes for sale apartments dating services chat rooms |
| **Status:** | Accessible |



# LULUS.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Crawmet Corp. 132 Sheppard Avenue West Suite 100 Toronto, Ontario M2N 1M5 Canada |
| **Administrative Contact:** | Utter, Stephen steve@crawmet.com Crawmet Corp. 132 Sheppard Avenue West Suite 100 Toronto, Ontario M2N 1M5 Canada 4162225355 Fax -- 4162221940 |
| **Technical Contact:** | Utter, Stephen steve@crawmet.com Crawmet Corp. 132 Sheppard Avenue West Suite 100 Toronto, Ontario M2N 1M5 Canada 4162225355 Fax -- 4162221940 |
| **Record History:** | **Record created on** 12-Sep-95 <br> **Record last updated on** 05-Sep-07 <br> **Record expires on** 10-Sep-08 |
| **Domain Servers in Listed Order:** | NS57.DOMAINCONTROL.COM <br> NS58.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LULUS Fashion Lounge, Cute Shoes, Trendy Clothes, Fashion Apparel, Teen Clothing, Junior Shoes, Accessories, Jewelry |
| **Keywords:** | trendy clothes, teen clothes, cheap clothes, trendy jewelry, young apparel, juniors apparel, trendy apparel, teen accessories, cheap accessories, trendy dresses, cute dresses, cheap dresses, cute shoes, trendy shoes, cheap trendy clothes, trendy apparel, teen pants, club, sexy, affordable, fashion, casual, clothing, lulus fashion, pants, shoes, dresses |
| **Description:** | Trendy Clothing, Shoes, Dresses, Fashion Jewelry and Cute Accessories. Funky, Unique, and Chic Styles added each week! Online at LulusFashion-Lounge.com - Shop Now! |
| **Status:** | Accessible |



**LULUS.COM**

# LULUZ.COM

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | Site HQ Page Howe (domains@sitehq.com) +1.9312331098 Fax: +1.8186883856 117 E Fort St Manchester, 37355 US Status: Locked |
| **Administrative Contact:** | Site HQ Page Howe (domains@sitehq.com) +1.9312331098 Fax: +1.8186883856 117 E Fort St Manchester, 37355 US |
| **Technical Contact:** | Site HQ Page Howe (domains@sitehq.com) +1.9312331098 Fax: +1.8186883856 117 E Fort St Manchester, 37355 US |
| **Record History:** | **Record created on** 03 Apr 2006 19:51:32<br>**Record expires on** 03 Apr 2008 19:51:32 mail, or by telephone. The compilation, repackaging, dissemination or consent from us. We reserve the right to modify these terms at any time. By submitting |
| **Domain Servers in Listed Order:** | ns1.trafficz.com<br>ns2.trafficz.com |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **Keywords:** | lulu, lulls |
| **Description:** | luluz.com |
| **Status:** | Accessible |



Finance | Investing | Credit Cards | Credit Report | Insurance | Loans | Real Estate

**Finance**
Business Financing
Refi
Refinance
Refinancing

**Investing**
Online Broker
Online Brokerage
Stock Investing
Technical Analysis

**Credit Cards**
Credit Card Debt
Apply For A Credit Card
Apply Credit Card
Best Credit Card Rates

**Credit Report**
Credit Score
Credit Report
Creditreport
Credit Reports

Most popular searches
▶ Finance
▶ Investing
▶ Credit Cards
▶ Credit Report
▶ Insurance
▶ Loans
▶ Real Estate
▶ Apartments

Search

Copyright © 2007. All Rights Reserved.

Disclaimer: The registrant of this domain maintains no relationship with third party advertisers that may appear on this website. Reference to or the appearance of any particular service or trade mark is not controlled by registrant and does not constitute or imply its association, endorsement or recommendation.

**LULUZ.COM**

# THELULU.COM

| | |
|---|---|
| **Registered by:** | NETFIRMS, INC. |
| **Registrant:** | Origine IT Sdn. Bhd. Lu, Chen Pin 35, Jln 17/43, PJ, NA 46400 MY |
| **Administrative Contact:** | Origine IT Sdn. Bhd. cplu@origineit.com Lu, Chen Pin 35, Jln 17/43, PJ, NA 46400 MY 6013-3410228 Fax: |
| **Technical Contact:** | Netfirms, Inc. support@netfirms.com Manager, Domains 5160 Yonge St Toronto, ON M2N6L9 CA +1.4166612100 Fax: +1.4166610700 Registrar of Record: Netfirms Inc. |
| **Record History:** | **Record created on** 2006-03-14. **Record expires on** 2008-03-21. |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Home |
| **Keywords:** | thelulu, lulu |
| **Description:** | thelulu.com |
| **Status:** | Accessible |



# THELULUS.COM

There is no additional Registrar or WHOIS information available for this domain name.

## WHOIS

**Web Page Information**

**Status:**                                    Site not accessible at time of analysis on September 10, 2007 at 11:28:09 AM.

---

# THELULUS.NET

| | |
|---|---|
| **Registered by:** | REGISTER.COM, INC. |
| **Registrant:** | Domain Discreet ATTN: thelulus.net P.O. Box 278 Yarmouth, NS B5A 4B2 CA Email: d02e16200a1e6729012d028c6b0286de@domaindiscreet.com |
| **Administrative Contact:** | Domain Discreet ATTN: thelulus.net P.O. Box 278 Yarmouth, NS B5A 4B2 CA Phone: 1-902-7495331 Email: d02e161f0a1e672900a4d1dbd3c314a8@domaindiscreet.com |
| **Technical Contact:** | Domain Discreet ATTN: thelulus.net P.O. Box 278 Yarmouth, NS B5A 4B2 CA Phone: 1-902-7495331 Email: d02e16200a1e672900d7185c5feb0c4e@domaindiscreet.com |
| **Record History:** | **Record created on** Thu, Nov 16, 2006 **Record last updated on** Mon, Aug 27, 2007 **Record expires on** Fri, Nov 16, 2007 |
| **Domain Servers in Listed Order:** | ns2.clientnshosting.net ns1.clientnshosting.net Visit AboutUs.org for more information about thelulus.net <A HREF=″http://www.aboutus.org/thelulus.net″>AboutUs: thelulus.net</A> |

## WHOIS

**Web Page Information**

**Status:**                                    Site not accessible at time of analysis on September 10, 2007 at 11:28:10 AM.

# LULLU.ORG

| | |
|---|---|
| **Registered by:** | Intercosmos Media Group Inc. (R48-LROR) Domain ID:D104697289-LROR |
| **Registrant:** | ODN-796008 Whois Service Organization: Belize Domain WHOIS Service Lt Suite 5, Garden City Plaza Mountainview Boulevard City of Belmopan Not Applicable 0000 BZ Phone: +501.3472822181 Ext.: Fax Ext.: Email: whoisservice@BelizeDomainWHOISService.com |
| **Administrative Contact:** | ODN-796008 Whois Service Organization: Belize Domain WHOIS Service Lt Suite 5, Garden City Plaza Mountainview Boulevard City of Belmopan Not Applicable 0000 BZ Phone: +501.3472822181 Phone: Ext: Admin FAX: Admin FAX Ext: Email: whoisservice@BelizeDomainWHOISService.com |
| **Technical Contact:** | ODN-796008 Whois Service Organization: Belize Domain WHOIS Service Lt Suite 5, Garden City Plaza Mountainview Boulevard City of Belmopan Not Applicable 0000 BZ Phone: +501.3472822181 Phone: Ext: Tech FAX: Tech FAX Ext: Email: whoisservice@BelizeDomainWHOISService.com |
| **Record History:** | **Record created on** 28-Jul-2004 19:09:37 UTC<br>**Record last updated on** 08-Sep-2007 00:16:41 UTC<br>**Record expires on** 28-Jul-2008 19:09:37 UTC Status:INACTIVE Status:PENDING DELETE RESTORABLE |

**Domain Servers in Listed Order:**

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on September 10, 2007 at 11:28:11 AM. |

**DN-26**
**Group:** One

# LULLU.NET

**Registered by:**                    ASADAL, INC.

Asadal, Inc.(whois.asadal.com) Whois Service

Domain : lullu.net

Registered Date : 2002. 11. 12.
Expiration Date : 2007. 11. 12.
Valid Date : 2007. 11. 12.
Last Updated Date : 2006. 11. 13.

Registrant : mi.ok.woo
Email : beckette@dreamwiz.com
Publishes : N

Technical Contact : mi.ok.woo
Email : beckette@dreamwiz.com
Phone : 010-7160-5277
Publishes : Y

Name Server #1
Hostname : NS2.NAOOL.COM

Name Server #2
Hostname : NS.NAOOL.COM

Domain Status : REGISTRAR-LOCK

- ASADAL, Inc. -

## WHOIS

**Web Page Information**

**HTML Title:**                    ::: http://www.lullu.net ¿¡ ¿À½Å°É È¯¿ÇÕ Î´Ù. :::
**Status:**                        Accessible



# LULLU.INFO

| | |
|---|---|
| **Registered by:** | GoDaddy.com Inc. (R171-LRMS) |
| **Registrant:** | GODA-033393227 Kim J Organization: 1017 L ST STE 555 sacramento Califor nia 95814 US Phone: +1.19167309000 Ext.: Fax Ext.: Email: jk555@mail.com |
| **Administrative Contact:** | GODA-233393227 Kim J Organization: 1017 L ST STE 555 sacramento Califor nia 95814 US Phone: +1.19167309000 Phone: Ext: Admin FAX: Admin FAX Ext: Email: jk555@mail.com |
| **Technical Contact:** | GODA-133393227 Kim J Organization: 1017 L ST STE 555 sacramento Califor nia 95814 US Phone: +1.19167309000 Phone: Ext: Tech FAX: Tech FAX Ext: Email: jk555@mail.com |
| **Billing Contact:** | GODA-333393227 Kim J Organization: 1017 L ST STE 555 sacramento Califor nia 95814 US Phone: +1.19167309000 Ext.: Billing FAX: Billing FAX Ext: email: jk555@mail.com |
| **Record History:** | **Record created on** 28-Mar-2007 13:16:42 UTC<br>**Record last updated on** 14-Jun-2007 16:55:59 UTC<br>**Record expires on** 28-Mar-2008 13:16:42 UTC Status:OK |
| **Domain Servers in Listed Order:** | NS1.PARKED.COM<br>NS2.PARKED.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | lullu.info |
| **Keywords:** | Lulu, Female Names, Baby Lulu, Forget Me Not |
| **Description:** | lullu.info |
| **Status:** | Accessible |



## lullu.info
Interested in this domain name? Please contact us for more information.

Search the Web: [                    ] Go

Lulu | Female Names | Baby Lulu | Forget Me Not | Publish | Self Publishing | Childrens Clothing Baby

### Lulu
Female Names

Baby Lulu

Forget Me Not

Publish

Self Publishing

Childrens Clothing Baby

Get Published

Ffk

Belle

Little Lulu

### Baby Lulu
Bear Feet

Crib Bedding

Baby Boutique

Ribbon Rose

### Forget Me Not
Lenox China

Memory Loss

And Teleflora Online Florist

Aricept

### Publish
Content Management System

Publish On Demand

Publishing Services

Blog

©2007 lullu.info All rights reserved.

**DN-28**
**Group:** One

# LULLU.COM

**Registered by:**                      KOREA INFORMATION CERTIFICATE AUTHORITY INC DBA DOMAIN-
                                        CA.COM

A real-time process is used to report Domain Name WHOIS information. Due to the inherent nature of the World Wide Web,
the complete success of this process cannot always be guaranteed.
To obtain additional information, please refer to: http://www.domainca.com

## WHOIS

**Web Page Information**

**Status:**                            Accessible