```
RESP_ID    49582
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube and Google video.
Q3.1       I guess that's about it.  I stumble across them once in a while
           but, I can never remember their names.
Q4.0       [Have you ever heard of...?)
               lulu              No
               mySpace           Yes
               youtube           na
               photobucket       Yes
               digg              Yes
               moho              No
Q4.1       [Have you ever heard of...?)
               lulu              na
               myspace           na
               youtube           na
               photobucket       na

               digg              na
               moho              na


RESP_ID    49617
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       MySpace.
Q3.1       Yahoo.
Q4.0       [Have you ever heard of...?)
               lulu              No
               mySpace           na
               youtube           Yes
               photobucket       No
               digg              No
               moho              No
Q4.1       [Have you ever heard of...?)
               lulu              na
               myspace           na
               youtube           na
               photobucket       na
               digg              na
               moho              na


RESP_ID    49643
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       None.
Q4.0       [Have you ever heard of...?)
               lulu              na
               mySpace           na
               youtube           na
               photobucket       na
               digg              na
               moho              na
Q4.1       [Have you ever heard of...?)
               lulu              No
               myspace           Yes
               youtube           Yes
               photobucket       No
               digg              No
               moho              No
```

Dockets.Justia.com

```
RESP_ID   49734
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube and news channels.
Q3.1      I don't know.
Q4.0      [Have you ever heard of...?]
              lulu                    No
              mySpace                 Yes
              youtube                 na
              photobucket             No
              digg                    No
              moho                    No
Q4.1      [Have you ever heard of...?]
              lulu                    na
              myspace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na

RESP_ID   49945
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      Nothing.
Q4.0      [Have you ever heard of...?]
              lulu                    No
              mySpace                 Yes
              youtube                 na
              photobucket             Yes
              digg                    Yes
              moho                    No
Q4.1      [Have you ever heard of...?]
              lulu                    na
              myspace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na

RESP_ID   49961
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      None.
Q4.0      [Have you ever heard of...?]
              lulu                    na
              mySpace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na
Q4.1      [Have you ever heard of...?]
              lulu                    No
              myspace                 Yes
              youtube                 Yes
              photobucket             No
              digg                    No
              moho                    No
```

A-71

```
RESP_ID   50108
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube, MySpace video and some new ones.
Q3.1      MySpace.
Q4.0      [Have you ever heard of...?]
                  lulu                  No
                  mySpace               na
                  youtube               na
                  photobucket           Yes
                  digg                  No
                  moho                  No
Q4.1      [Have you ever heard of...?]
                  lulu                  na
                  myspace               na
                  youtube               na
                  photobucket           na
                  digg                  na
                  moho                  na

RESP_ID   50138
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube and Tvlength.
Q3.1      Don't know.
Q4.0      [Have you ever heard of...?]
                  lulu                  No
                  mySpace               Yes
                  youtube               na
                  photobucket           Yes
                  digg                  Yes
                  moho                  No
Q4.1      [Have you ever heard of...?]
                  lulu                  na
                  myspace               na
                  youtube               na
                  photobucket           na
                  digg                  na
                  moho                  na

RESP_ID   50399
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Well, I guess there's YouTube, MySpace, NBC, ABC, CBS, FOX, WB,
          HBO, Apple iTunes, Google has it, WOW.  I know there's another
          one.  Well, I guess you can put those.
Q3.1      That's all I can think of at this point, sorry.
Q4.0      [Have you ever heard of...?]
                  lulu                  No
                  mySpace               Yes
                  youtube               Yes
                  photobucket           No
                  digg                  No
                  moho                  Yes
Q4.1      [Have you ever heard of...?]
                  lulu                  na
                  myspace               na
                  youtube               na
                  photobucket           na
                  digg                  na
                  moho                  na
```

A-72

```
RESP_ID    50448
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube, ABC.com and ESPN.com.
Q3.1       eBaum.
Q4.0       [Have you ever heard of...?)
                   lulu              No
                   mySpace           Yes
                   youtube           na
                   photobucket       No
                   digg              No
                   moho              No
Q4.1       [Have you ever heard of...?)
                   lulu              na
                   myspace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na

RESP_ID    50603
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       ABC, CBS, NBC and FOX.
Q4.0       [Have you ever heard of...?)
                   lulu              No
                   mySpace           Yes
                   youtube           na
                   photobucket       No
                   digg              No
                   moho              No
Q4.1       [Have you ever heard of...?)
                   lulu              na
                   myspace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na

RESP_ID    50716
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       MySpace.
Q4.0       [Have you ever heard of...?)
                   lulu              No
                   mySpace           na
                   youtube           na
                   photobucket       Yes
                   digg              No
                   moho              No
Q4.1       [Have you ever heard of...?)
                   lulu              na
                   myspace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na
```

```
RESP_ID   50935
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Ah, YouTube.  That's the only one I can think of.
Q3.1      I can't think of it.
Q4.0      [Have you ever heard of...?]
                  lulu                      No
                  mySpace                   Yes
                  youtube                   na
                  photobucket               Yes
                  digg                      No
                  moho                      No
Q4.1      [Have you ever heard of...?]
                  lulu                      na
                  myspace                   na
                  youtube                   na
                  photobucket               na
                  digg                      na
                  moho                      na

RESP_ID   51131
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      None.
Q4.0      [Have you ever heard of...?]
                  lulu                      na
                  mySpace                   na
                  youtube                   na
                  photobucket               na
                  digg                      na
                  moho                      na
Q4.1      [Have you ever heard of...?]
                  lulu                      No
                  myspace                   Yes
                  youtube                   Yes
                  photobucket               No
                  digg                      No
                  moho                      Yes

RESP_ID   51396
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      I do not know of any.
Q4.0      [Have you ever heard of...?]
                  lulu                      na
                  mySpace                   na
                  youtube                   na
                  photobucket               na
                  digg                      na
                  moho                      na
Q4.1      [Have you ever heard of...?]
                  lulu                      No
                  myspace                   No
                  youtube                   No
                  photobucket               No
                  digg                      No
                  moho                      No
```

```
RESP_ID   51440
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      NBC.com.
Q3.1      I don't know.
Q4.0      [Have you ever heard of...?)
               lulu                        No
               mySpace                     Yes
               youtube                     Yes
               photobucket                 No
               digg                        No
               moho                        Yes
Q4.1      [Have you ever heard of...?)
               lulu                        na
               myspace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na


RESP_ID   51613
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube, iTunes, MSNBC and all the major networks.  All I can
          think of off the top of my head.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
               lulu                        No
               mySpace                     Yes
               youtube                     na
               photobucket                 No
               digg                        No
               moho                        No
Q4.1      [Have you ever heard of...?)
               lulu                        na
               myspace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na


RESP_ID   51663
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      CNN and MPR.
Q4.0      [Have you ever heard of...?)
               lulu                        No
               mySpace                     Yes
               youtube                     Yes
               photobucket                 Yes
               digg                        No
               moho                        No
Q4.1      [Have you ever heard of...?)
               lulu                        na
               myspace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na
```

A-75

```
RESP_ID   51758
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
              lulu                        na
              mySpace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na
Q4.1      [Have you ever heard of...?)
              lulu                        No
              myspace                     Don't know
              youtube                     Yes
              photobucket                 No
              digg                        No
              moho                        No


RESP_ID   51784
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
              lulu                        No
              mySpace                     Yes
              youtube                     na
              photobucket                 Yes
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?)
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na


RESP_ID   51894
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Let's skip that part.
Q4.0      [Have you ever heard of...?)
              lulu                        na
              mySpace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na
Q4.1      [Have you ever heard of...?)
              lulu                        Yes
              myspace                     Yes
              youtube                     Yes
              photobucket                 No
              digg                        No
              moho                        No
```

```
RESP_ID    51925
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know any.
Q4.0       [Have you ever heard of...?)
               lulu                         No
               mySpace                      Yes
               youtube                      Yes
               photobucket                  No
               digg                         No
               moho                         No
Q4.1       [Have you ever heard of...?)
               lulu                         na
               myspace                      na
               youtube                      na
               photobucket                  na
               digg                         na
               moho                         na


RESP_ID    52154
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       MySpace.
Q4.0       [Have you ever heard of...?)
               lulu                         No
               mySpace                      na
               youtube                      na
               photobucket                  Yes
               digg                         No
               moho                         No
Q4.1       [Have you ever heard of...?)
               lulu                         na
               myspace                      na
               youtube                      na
               photobucket                  na
               digg                         na
               moho                         na


RESP_ID    52255
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       iTunes, YouTube, CNN and FOX 21.
Q3.1       MySpace, Facebook, and I can't think of any more.
Q4.0       [Have you ever heard of...?)
               lulu                         No
               mySpace                      na
               youtube                      na
               photobucket                  No
               digg                         No
               moho                         Yes
Q4.1       [Have you ever heard of...?)
               lulu                         na
               myspace                      na
               youtube                      na
               photobucket                  na
               digg                         na
               moho                         na
```

```
RESP_ID  52293
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     Don't know.
Q4.0     [Have you ever heard of...?)
              lulu                          na
              mySpace                       na
              youtube                       na
              photobucket                   na
              digg                          na
              moho                          na
Q4.1     [Have you ever heard of...?)
              lulu                          No
              myspace                       Yes
              youtube                       Yes
              photobucket                   No
              digg                          No
              moho                          No


RESP_ID  52467
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     VH1.
Q3.1     Animal Planet.
Q4.0     [Have you ever heard of...?)
              lulu                          No
              mySpace                       Yes
              youtube                       Yes
              photobucket                   Yes
              digg                          No
              moho                          No
Q4.1     [Have you ever heard of...?)
              lulu                          na
              myspace                       na
              youtube                       na
              photobucket                   na
              digg                          na
              moho                          na


RESP_ID  52594
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     I can't think of any.
Q4.0     [Have you ever heard of...?)
              lulu                          No
              mySpace                       Yes
              youtube                       Yes
              photobucket                   No
              digg                          No
              moho                          No
Q4.1     [Have you ever heard of...?)
              lulu                          na
              myspace                       na
              youtube                       na
              photobucket                   na
              digg                          na
              moho                          na
```

```
RESP_ID    52675
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know any.
Q4.0       [Have you ever heard of...?]
               lulu                        na
               mySpace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na
Q4.1       [Have you ever heard of...?]
               lulu                        No
               myspace                     No
               youtube                     Yes
               photobucket                 No
               digg                        No
               moho                        No


RESP_ID    53085
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       ABC.com.
Q3.1       That's all I can think of.
Q4.0       [Have you ever heard of...?]
               lulu                        No
               mySpace                     Yes
               youtube                     Yes
               photobucket                 No
               digg                        No
               moho                        No
Q4.1       [Have you ever heard of...?]
               lulu                        na
               myspace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na


RESP_ID    53124
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know.
Q4.0       [Have you ever heard of...?]
               lulu                        na
               mySpace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na
Q4.1       [Have you ever heard of...?]
               lulu                        Yes
               myspace                     Yes
               youtube                     Yes
               photobucket                 Don't know
               digg                        Yes
               moho                        Yes
```

A-79