```
RESP_ID   53191
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      I don't know.
Q4.0      [Have you ever heard of...?]
              lulu            No
              mySpace         Yes
              youtube         No
              photobucket     No
              digg            No
              moho            No
Q4.1      [Have you ever heard of...?]
              lulu            na
              myspace         na
              youtube         na
              photobucket     na
              digg            na
              moho            na

RESP_ID   53196
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube and most of the news channels.
Q3.1      Nafa and MySpace.
Q4.0      [Have you ever heard of...?]
              lulu            No
              mySpace         Yes
              youtube         na
              photobucket     No
              digg            No
              moho            No
Q4.1      [Have you ever heard of...?]
              lulu            na
              myspace         na
              youtube         na
              photobucket     na
              digg            na
              moho            na

RESP_ID   53477
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      AOL radio and video and Yahoo music.
Q3.1      Um, I don't know, that is it.
Q4.0      [Have you ever heard of...?]
              lulu            No
              mySpace         Yes
              youtube         Yes
              photobucket     No
              digg            Yes
              moho            No
Q4.1      [Have you ever heard of...?]
              lulu            na
              myspace         na
              youtube         na
              photobucket     na
              digg            na
              moho            na
```

```
RESP_ID   53570
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Um, YouTube.
Q3.1      Um, MySpace.
Q4.0      [Have you ever heard of...?)
                lulu                    No
                mySpace                 na
                youtube                 na
                photobucket             Yes
                digg                    No
                moho                    No
Q4.1      [Have you ever heard of...?)
                lulu                    na
                myspace                 na
                youtube                 na
                photobucket             na
                digg                    na
                moho                    na


RESP_ID   53637
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      I can't think of any.
Q4.0      [Have you ever heard of...?)
                lulu                    No
                mySpace                 Yes
                youtube                 na
                photobucket             No
                digg                    No
                moho                    No
Q4.1      [Have you ever heard of...?)
                lulu                    na
                myspace                 na
                youtube                 na
                photobucket             na
                digg                    na
                moho                    na


RESP_ID   53894
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      FOX news, CNN, YouTube, MySpace.  That's all I can think of
          right now.
Q3.1      That's all I can think of right now.
Q4.0      [Have you ever heard of...?)
                lulu                    No
                mySpace                 na
                youtube                 na
                photobucket             Yes
                digg                    Yes
                moho                    No
Q4.1      [Have you ever heard of...?)
                lulu                    na
                myspace                 na
                youtube                 na
                photobucket             na
                digg                    na
                moho                    na
```

```
RESP_ID    53941
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       I can't really think of any right now.  Just like when I go on
           Yahoo, I just don't know of any specific sites.
Q4.0       [Have you ever heard of...?]
                lulu                          na
                mySpace                       na
                youtube                       na
                photobucket                   na
                digg                          na
                moho                          na
Q4.1       [Have you ever heard of...?]
                lulu                          No
                myspace                       Yes
                youtube                       Yes
                photobucket                   No
                digg                          No
                moho                          No

RESP_ID    54086
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       ESPN.com
Q3.1       I don't know.
Q4.0       [Have you ever heard of...?]
                lulu                          No
                mySpace                       Yes
                youtube                       Yes
                photobucket                   No
                digg                          No
                moho                          No
Q4.1       [Have you ever heard of...?]
                lulu                          na
                myspace                       na
                youtube                       na
                photobucket                   na
                digg                          na
                moho                          na

RESP_ID    54103
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube, MySpace and Yahoo.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                lulu                          No
                mySpace                       na
                youtube                       na
                photobucket                   No
                digg                          No
                moho                          No
Q4.1       [Have you ever heard of...?]
                lulu                          na
                myspace                       na
                youtube                       na
                photobucket                   na
                digg                          na
                moho                          na
```

```
RESP_ID    54247
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       MySpace.
Q3.1       Break.
Q4.0       [Have you ever heard of...?]
                   lulu                      No
                   mySpace                   na
                   youtube                   Yes
                   photobucket               Yes
                   digg                      No
                   moho                      No
Q4.1       [Have you ever heard of...?]
                   lulu                      na
                   myspace                   na
                   youtube                   na
                   photobucket               na
                   digg                      na
                   moho                      na

RESP_ID    54273
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       MySpace.
Q4.0       [Have you ever heard of...?]
                   lulu                      Yes
                   mySpace                   na
                   youtube                   na
                   photobucket               No
                   digg                      No
                   moho                      No
Q4.1       [Have you ever heard of...?]
                   lulu                      na
                   myspace                   na
                   youtube                   na
                   photobucket               na
                   digg                      na
                   moho                      na

RESP_ID    54339
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Uh, I cannot think of any.
Q4.0       [Have you ever heard of...?]
                   lulu                      na
                   mySpace                   na
                   youtube                   na
                   photobucket               na
                   digg                      na
                   moho                      na
Q4.1       [Have you ever heard of...?]
                   lulu                      Yes
                   myspace                   Yes
                   youtube                   Yes
                   photobucket               Yes
                   digg                      No
                   moho                      No
```

```
RESP_ID   54341
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      I know there are others out there, but I just don't know their
          names.
Q4.0      [Have you ever heard of...?]
              lulu                    No
              mySpace                 Yes
              youtube                 na
              photobucket             No
              digg                    No
              moho                    No
Q4.1      [Have you ever heard of...?]
              lulu                    na
              myspace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na

RESP_ID   54398
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Mary Kay.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
              lulu                    No
              mySpace                 Yes
              youtube                 Yes
              photobucket             Yes
              digg                    No
              moho                    No
Q4.1      [Have you ever heard of...?]
              lulu                    na
              myspace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na

RESP_ID   54593
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      NBC.com and ABC.com.
Q3.1      YouTube.
Q4.0      [Have you ever heard of...?]
              lulu                    No
              mySpace                 Yes
              youtube                 na
              photobucket             Yes
              digg                    No
              moho                    No
Q4.1      [Have you ever heard of...?]
              lulu                    na
              myspace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na
```

```
RESP_ID    54641
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Um, YouTube, um, I'm not sure.  I can't think of any other
           sites.
Q3.1       I can't think of any.
Q4.0       [Have you ever heard of...?)
                   lulu                       No
                   mySpace                    Yes
                   youtube                    na
                   photobucket                Yes
                   digg                       Yes
                   moho                       No
Q4.1       [Have you ever heard of...?)
                   lulu                       na
                   myspace                    na
                   youtube                    na
                   photobucket                na
                   digg                       na
                   moho                       na


RESP_ID    54871
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       None.
Q4.0       [Have you ever heard of...?)
                   lulu                       na
                   mySpace                    na
                   youtube                    na
                   photobucket                na
                   digg                       na
                   moho                       na
Q4.1       [Have you ever heard of...?)
                   lulu                       No
                   myspace                    Yes
                   youtube                    No
                   photobucket                No
                   digg                       No
                   moho                       No


RESP_ID    54928
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know.
Q4.0       [Have you ever heard of...?)
                   lulu                       na
                   mySpace                    na
                   youtube                    na
                   photobucket                na
                   digg                       na
                   moho                       na
Q4.1       [Have you ever heard of...?)
                   lulu                       No
                   myspace                    Yes
                   youtube                    Yes
                   photobucket                Yes
                   digg                       No
                   moho                       No
```

```
RESP_ID   54929
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Google, Yahoo.  Let me think.  No, that's about it.
Q3.1      I can't think of any.
Q4.0      [Have you ever heard of...?]
              lulu                No
              mySpace             Yes
              youtube             Yes
              photobucket         No
              digg                No
              moho                No
Q4.1      [Have you ever heard of...?]
              lulu                na
              myspace             na
              youtube             na
              photobucket         na
              digg                na
              moho                na

RESP_ID   54949
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Hard to determine, not offhand.
Q4.0      [Have you ever heard of...?]
              lulu                No
              mySpace             Yes
              youtube             No
              photobucket         No
              digg                No
              moho                No
Q4.1      [Have you ever heard of...?]
              lulu                na
              myspace             na
              youtube             na
              photobucket         na
              digg                na
              moho                na

RESP_ID   55128
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Don't know.
Q4.0      [Have you ever heard of...?]
              lulu                na
              mySpace             na
              youtube             na
              photobucket         na
              digg                na
              moho                na
Q4.1      [Have you ever heard of...?]
              lulu                No
              myspace             Yes
              youtube             Yes
              photobucket         Yes
              digg                No
              moho                No
```

```
RESP_ID   55303
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      Only one that comes to mind.
Q4.0      [Have you ever heard of...?]
               lulu                          No
               mySpace                       Yes
               youtube                       na
               photobucket                   No
               digg                          No
               moho                          No
Q4.1      [Have you ever heard of...?]
               lulu                          na
               myspace                       na
               youtube                       na
               photobucket                   na
               digg                          na
               moho                          na

RESP_ID   55764
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      NBC.com, YouTube and NPR.
Q3.1      [not asked]
Q4.0      [Have you ever heard of...?]
               lulu                          na
               mySpace                       na
               youtube                       na
               photobucket                   na
               digg                          na
               moho                          na
Q4.1      [Have you ever heard of...?]
               lulu                          No
               myspace                       Yes
               youtube                       Yes
               photobucket                   No
               digg                          Yes
               moho                          No

RESP_ID   55830
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      iTunes, Netflix and Xbox live.
Q3.1      I can't think of any other.
Q4.0      [Have you ever heard of...?]
               lulu                          No
               mySpace                       Yes
               youtube                       Yes
               photobucket                   No
               digg                          No
               moho                          No
Q4.1      [Have you ever heard of...?]
               lulu                          na
               myspace                       na
               youtube                       na
               photobucket                   na
               digg                          na
               moho                          na
```

```
RESP_ID   55911
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Uh, Yahoo, MSN, MSNBC, um, Google, um, MySpace.  These are all
          I canthink of.  Oh, and the movies, NBC, ABC, all the networks,
          FOX, Disney.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
              lulu                        No
              mySpace                     Yes
              youtube                     Yes
              photobucket                 No
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?)
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na


RESP_ID   56013
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Video content and YouTube.
Q3.1      Um, trying to think of one.  IBMS.  It's a movie site.
Q4.0      [Have you ever heard of...?)
              lulu                        No
              mySpace                     Yes
              youtube                     na
              photobucket                 Yes
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?)
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na


RESP_ID   56014
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      KCRA.com, MSN and ESPN.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
              lulu                        No
              mySpace                     Yes
              youtube                     Yes
              photobucket                 No
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?)
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na
```

A-88

```
RESP_ID   56335
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      MySpace.
Q4.0      [Have you ever heard of...?]
              lulu              No
              mySpace           na
              youtube           na
              photobucket       Yes
              digg              No
              moho              No
Q4.1      [Have you ever heard of...?]
              lulu              na
              myspace           na
              youtube           na
              photobucket       na
              digg              na
              moho              na

RESP_ID   56740
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      iTunes, CBS and ABC.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
              lulu              Yes
              mySpace           Yes
              youtube           Yes
              photobucket       No
              digg              No
              moho              No
Q4.1      [Have you ever heard of...?]
              lulu              na
              myspace           na
              youtube           na
              photobucket       na
              digg              na
              moho              na

RESP_ID   56772
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Yahoo movies, YouTube. That's it that I can think of.
Q3.1      No, I know there's hundreds, but I just can't think of any.
Q4.0      [Have you ever heard of...?]
              lulu              No
              mySpace           Yes
              youtube           na
              photobucket       No
              digg              No
              moho              No
Q4.1      [Have you ever heard of...?]
              lulu              na
              myspace           na
              youtube           na
              photobucket       na
              digg              na
              moho              na
```