```
RESP_ID    56786
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube, MySpace, myyearbook, xbox.com, bugie.com and hoyt.com.
Q3.1       I don't know.
Q4.0       [Have you ever heard of...?]
                   lulu              No
                   mySpace           na
                   youtube           na
                   photobucket       Yes
                   digg              No
                   moho              No
Q4.1       [Have you ever heard of...?]
                   lulu              na
                   myspace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na

RESP_ID    56842
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       ESPN, blabbermouth.net and MSN.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                   lulu              No
                   mySpace           Yes
                   youtube           Yes
                   photobucket       No
                   digg              No
                   moho              No
Q4.1       [Have you ever heard of...?]
                   lulu              na
                   myspace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na

RESP_ID    56925
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       I actually don't go into them.
Q4.0       [Have you ever heard of...?]
                   lulu              na
                   mySpace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na
Q4.1       [Have you ever heard of...?]
                   lulu              No
                   myspace           Yes
                   youtube           Yes
                   photobucket       No
                   digg              No
                   moho              Yes
```

A-90

```
RESP_ID    56965
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       MTV.
Q3.1       MySpace.
Q4.0       [Have you ever heard of...?]
                   lulu                      No
                   mySpace                   na
                   youtube                   Yes
                   photobucket               Yes
                   digg                      No
                   moho                      No
Q4.1       [Have you ever heard of...?]
                   lulu                      na
                   myspace                   na
                   youtube                   na
                   photobucket               na
                   digg                      na
                   moho                      na

RESP_ID    57364
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.  Um, some of the TV stations.  Um, News, CNN, FOX New
           Steams, and then there's some pirate sites.
Q3.1       That's all I can think of.
Q4.0       [Have you ever heard of...?]
                   lulu                      No
                   mySpace                   Yes
                   youtube                   na
                   photobucket               Yes
                   digg                      No
                   moho                      No
Q4.1       [Have you ever heard of...?]
                   lulu                      na
                   myspace                   na
                   youtube                   na
                   photobucket               na
                   digg                      na
                   moho                      na

RESP_ID    57462
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know.
Q4.0       [Have you ever heard of...?]
                   lulu                      na
                   mySpace                   na
                   youtube                   na
                   photobucket               na
                   digg                      na
                   moho                      na
Q4.1       [Have you ever heard of...?]
                   lulu                      No
                   myspace                   Yes
                   youtube                   Yes
                   photobucket               No
                   digg                      No
                   moho                      No
```

```
RESP_ID    57668
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       Um, gosh, I can't really thing of any right now.
Q4.0       [Have you ever heard of...?]
                 lulu                          na
                 mySpace                       na
                 youtube                       na
                 photobucket                   na
                 digg                          na
                 moho                          na
Q4.1       [Have you ever heard of...?]
                 lulu                          No
                 myspace                       Yes
                 youtube                       Yes
                 photobucket                   Yes
                 digg                          No
                 moho                          No


RESP_ID    57803
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Oh, geez, um, YouTube.
Q3.1       Google and Yahoo.  Oh, geez, um, nah, I cannot think of any
           more.
Q4.0       [Have you ever heard of...?]
                 lulu                          No
                 mySpace                       Yes
                 youtube                       na
                 photobucket                   No
                 digg                          Yes
                 moho                          No
Q4.1       [Have you ever heard of...?]
                 lulu                          na
                 myspace                       na
                 youtube                       na
                 photobucket                   na
                 digg                          na
                 moho                          na


RESP_ID    57877
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.com, um, MTV.com.
Q3.1       I think Yahoo.com does.  I can't think of any more.  I usually
           don't go on the internet for that stuff.
Q4.0       [Have you ever heard of...?]
                 lulu                          No
                 mySpace                       Yes
                 youtube                       na
                 photobucket                   Yes
                 digg                          No
                 moho                          No
Q4.1       [Have you ever heard of...?]
                 lulu                          na
                 myspace                       na
                 youtube                       na
                 photobucket                   na
                 digg                          na
                 moho                          na
```

```
RESP_ID  58055
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     Google has one.
Q3.1     Yahoo has one, and I am sure there are many of them out there,
         and YouTube is associated with them.
Q4.0     [Have you ever heard of...?]
             lulu            No
             mySpace         Yes
             youtube         na
             photobucket     No
             digg            Yes
             moho            No
Q4.1     [Have you ever heard of...?]
             lulu            na
             myspace         na
             youtube         na
             photobucket     na
             digg            na
             moho            na


RESP_ID  58085
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     eBaum's World. They are videos, not TV shows. I cannot think
         of any others right now.
Q4.0     [Have you ever heard of...?]
             lulu            Yes
             mySpace         Yes
             youtube         na
             photobucket     No
             digg            No
             moho            No
Q4.1     [Have you ever heard of...?]
             lulu            na
             myspace         na
             youtube         na
             photobucket     na
             digg            na
             moho            na


RESP_ID  58332
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     EBbombs World, Newgrounds and YouTube.
Q3.1     None.
Q4.0     [Have you ever heard of...?]
             lulu            No
             mySpace         Yes
             youtube         na
             photobucket     Yes
             digg            No
             moho            No
Q4.1     [Have you ever heard of...?]
             lulu            na
             myspace         na
             youtube         na
             photobucket     na
             digg            na
             moho            na
```

A-93

```
RESP_ID   58388
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Um, YouTube and game trailers.
Q3.1      Uh, I cannot really think of any others.
Q4.0      [Have you ever heard of...?)
                lulu                        No
                mySpace                     Yes
                youtube                     na
                photobucket                 Yes
                digg                        Yes
                moho                        No
Q4.1      [Have you ever heard of...?)
                lulu                        na
                myspace                     na
                youtube                     na
                photobucket                 na
                digg                        na
                moho                        na

RESP_ID   58587
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      ABC.com.
Q3.1      I can't think of any.
Q4.0      [Have you ever heard of...?)
                lulu                        No
                mySpace                     Yes
                youtube                     Yes
                photobucket                 No
                digg                        No
                moho                        No
Q4.1      [Have you ever heard of...?)
                lulu                        na
                myspace                     na
                youtube                     na
                photobucket                 na
                digg                        na
                moho                        na

RESP_ID   58812
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube, ah, TV stations and that's about it.
Q3.1      Um, mini clips.  My son watches that.  Goes to there a lot.
          Um, what else can I think of?  JibaJab.
Q4.0      [Have you ever heard of...?)
                lulu                        No
                mySpace                     Yes
                youtube                     na
                photobucket                 No
                digg                        No
                moho                        No
Q4.1      [Have you ever heard of...?)
                lulu                        na
                myspace                     na
                youtube                     na
                photobucket                 na
                digg                        na
                moho                        na
```

A-94

```
RESP_ID   58856
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      NBC, ABC, CBS and SCI-FI.
Q3.1      That's all the ones that I can think of.
Q4.0      [Have you ever heard of...?]
              lulu                      No
              mySpace                   Yes
              youtube                   Yes
              photobucket               No
              digg                      No
              moho                      No
Q4.1      [Have you ever heard of...?]
              lulu                      na
              myspace                   na
              youtube                   na
              photobucket               na
              digg                      na
              moho                      na

RESP_ID   58895
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Jobolow.com.  It's a movie site.  Discover.com,
          BBC.America.com.  Just a basic stuff like FX.
Q3.1      MTV.com, VH1.com and the others like jolowbo.com.
Q4.0      [Have you ever heard of...?]
              lulu                      No
              mySpace                   Yes
              youtube                   Yes
              photobucket               Yes
              digg                      No
              moho                      Yes
Q4.1      [Have you ever heard of...?]
              lulu                      na
              myspace                   na
              youtube                   na
              photobucket               na
              digg                      na
              moho                      na

RESP_ID   59116
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube and Google.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
              lulu                      No
              mySpace                   Yes
              youtube                   na
              photobucket               No
              digg                      Yes
              moho                      Yes
Q4.1      [Have you ever heard of...?]
              lulu                      na
              myspace                   na
              youtube                   na
              photobucket               na
              digg                      na
              moho                      na
```

A-95

```
RESP_ID   59804
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      Movie trailers.
Q4.0      [Have you ever heard of...?]
              lulu                   No
              mySpace                Yes
              youtube                na
              photobucket            No
              digg                   No
              moho                   No
Q4.1      [Have you ever heard of...?]
              lulu                   na
              myspace                na
              youtube                na
              photobucket            na
              digg                   na
              moho                   na


RESP_ID   60235
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      MSN.com
Q3.1      YouTube.
Q4.0      [Have you ever heard of...?]
              lulu                   No
              mySpace                Yes
              youtube                na
              photobucket            No
              digg                   No
              moho                   No
Q4.1      [Have you ever heard of...?]
              lulu                   na
              myspace                na
              youtube                na
              photobucket            na
              digg                   na
              moho                   na


RESP_ID   60491
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      ABC, NBC and BYU Channels.
Q3.1      Do not use other sites.
Q4.0      [Have you ever heard of...?]
              lulu                   No
              mySpace                Yes
              youtube                Yes
              photobucket            No
              digg                   No
              moho                   No
Q4.1      [Have you ever heard of...?]
              lulu                   na
              myspace                na
              youtube                na
              photobucket            na
              digg                   na
              moho                   na
```

```
RESP_ID    60685
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know.
Q4.0       [Have you ever heard of...?)
                   lulu                    na
                   mySpace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na
Q4.1       [Have you ever heard of...?)
                   lulu                    No
                   myspace                 Yes
                   youtube                 Yes
                   photobucket             No
                   digg                    No
                   moho                    No


RESP_ID    60908
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       Um, YouTube, Google Video and MySpace.
Q3.1       Um, I can't thin of any others.
Q4.0       [Have you ever heard of...?)
                   lulu                    No
                   mySpace                 Yes
                   youtube                 na
                   photobucket             Yes
                   digg                    No
                   moho                    No
Q4.1       [Have you ever heard of...?)
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na


RESP_ID    61129
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       MSN.
Q3.1       Can't think of any other sites.  I know there's thousands but
           MSN is my homepage.  I can get videos and news.
Q4.0       [Have you ever heard of...?)
                   lulu                    No
                   mySpace                 Yes
                   youtube                 No
                   photobucket             No
                   digg                    No
                   moho                    No
Q4.1       [Have you ever heard of...?)
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na
```

```
RESP_ID    61213
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       Um, pittsburgh.com.  Anything you can think of, KDKA.com.
Q3.1       That's all that I can think of.
Q4.0       [Have you ever heard of...?)
               lulu                        No
               mySpace                     Yes
               youtube                     Yes
               photobucket                 No
               digg                        No
               moho                        No
Q4.1       [Have you ever heard of...?)
               lulu                        na
               myspace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na


RESP_ID    61357
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube and movie trailers.
Q3.1       I don't know any others.
Q4.0       [Have you ever heard of...?)
               lulu                        No
               mySpace                     Yes
               youtube                     na
               photobucket                 Yes
               digg                        No
               moho                        No
Q4.1       [Have you ever heard of...?)
               lulu                        na
               myspace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na


RESP_ID    61526
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       MySpace.
Q4.0       [Have you ever heard of...?)
               lulu                        No
               mySpace                     na
               youtube                     na
               photobucket                 Yes
               digg                        No
               moho                        No
Q4.1       [Have you ever heard of...?)
               lulu                        na
               myspace                     na
               youtube                     na
               photobucket                 na
               digg                        na
               moho                        na
```

A-98

```
RESP_ID    61863
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Goggle video.
Q3.1       That is all that I can think of.
Q4.0       [Have you ever heard of...?]
                   lulu                    No
                   mySpace                 Yes
                   youtube                 Yes
                   photobucket             No
                   digg                    No
                   moho                    No
Q4.1       [Have you ever heard of...?]
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na


RESP_ID    62073
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       CNN, Movie Link, NBC, YouTube and Popcorn.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                   lulu                    No
                   mySpace                 Yes
                   youtube                 Yes
                   photobucket             No
                   digg                    Yes
                   moho                    No
Q4.1       [Have you ever heard of...?]
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na


RESP_ID    62230
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       The only one I can think of it Disney.  It has the Pirates of
           the Caribbean.
Q3.1       Um, I think ABC has one.
Q4.0       [Have you ever heard of...?]
                   lulu                    No
                   mySpace                 Yes
                   youtube                 No
                   photobucket             No
                   digg                    No
                   moho                    No
Q4.1       [Have you ever heard of...?]
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na
```

A-99