```
RESP_ID  62459
Age:     30 to 49
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     Hm, ABC.com.
Q3.1     CNN.com, um, local news channels.
Q4.0     [Have you ever heard of...?]
                 lulu              No
                 mySpace           Yes
                 youtube           Yes
                 photobucket       No
                 digg              No
                 moho              No
Q4.1     [Have you ever heard of...?]
                 lulu              na
                 myspace           na
                 youtube           na
                 photobucket       na
                 digg              na
                 moho              na


RESP_ID  62868
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     CNN.
Q4.0     [Have you ever heard of...?]
                 lulu              No
                 mySpace           Yes
                 youtube           na
                 photobucket       Yes
                 digg              No
                 moho              No
Q4.1     [Have you ever heard of...?]
                 lulu              na
                 myspace           na
                 youtube           na
                 photobucket       na
                 digg              na
                 moho              na


RESP_ID  62969
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     None.
Q4.0     [Have you ever heard of...?]
                 lulu              No
                 mySpace           Yes
                 youtube           na
                 photobucket       No
                 digg              No
                 moho              No
Q4.1     [Have you ever heard of...?]
                 lulu              na
                 myspace           na
                 youtube           na
                 photobucket       na
                 digg              na
                 moho              na
```

```
RESP_ID   63105
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      I don't do that.
Q4.0      [Have you ever heard of...?)
              lulu                        No
              mySpace                     Yes
              youtube                     Yes
              photobucket                 No
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?)
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na


RESP_ID   63149
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      CBS, ABC, SCI FI, YouTube and Buddy TV.
Q3.1      Same ones.
Q4.0      [Have you ever heard of...?)
              lulu                        No
              mySpace                     Yes
              youtube                     na
              photobucket                 Yes
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?)
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na


RESP_ID   63538
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      No others.
Q4.0      [Have you ever heard of...?)
              lulu                        No
              mySpace                     Yes
              youtube                     na
              photobucket                 Yes
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?)
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na
```

```
RESP_ID   63755
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube and ABC.
Q3.1      I can't think of others.
Q4.0      [Have you ever heard of...?)
                  lulu                      No
                  mySpace                   Yes
                  youtube                   na
                  photobucket               No
                  digg                      No
                  moho                      No
Q4.1      [Have you ever heard of...?)
                  lulu                      na
                  myspace                   na
                  youtube                   na
                  photobucket               na
                  digg                      na
                  moho                      na

RESP_ID   63863
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      None.
Q4.0      [Have you ever heard of...?)
                  lulu                      na
                  mySpace                   na
                  youtube                   na
                  photobucket               na
                  digg                      na
                  moho                      na
Q4.1      [Have you ever heard of...?)
                  lulu                      No
                  myspace                   Yes
                  youtube                   Yes
                  photobucket               Yes
                  digg                      No
                  moho                      No

RESP_ID   63949
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube, ESPN and MSNBC.
Q3.1      CNN, CBS and ABC.
Q4.0      [Have you ever heard of...?)
                  lulu                      No
                  mySpace                   Yes
                  youtube                   na
                  photobucket               No
                  digg                      No
                  moho                      No
Q4.1      [Have you ever heard of...?)
                  lulu                      na
                  myspace                   na
                  youtube                   na
                  photobucket               na
                  digg                      na
                  moho                      na
```

```
RESP_ID   64013
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube, iTunes, um, Funbox.
Q3.1      Um, I don't know honestly.
Q4.0      [Have you ever heard of...?)
              lulu                   No
              mySpace                na
              youtube                na
              photobucket            No
              digg                   No
              moho                   No
Q4.1      [Have you ever heard of...?)
              lulu                   na
              myspace                na
              youtube                na
              photobucket            na
              digg                   na
              moho                   na


RESP_ID   64262
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Um, YouTube.  Um, that's all about it right now that I can
          think of.
Q3.1      Um, let's see NetFlix, I guess.  That's it right off the top of
          my head.
Q4.0      [Have you ever heard of...?)
              lulu                   No
              mySpace                Yes
              youtube                na
              photobucket            No
              digg                   No
              moho                   No
Q4.1      [Have you ever heard of...?)
              lulu                   na
              myspace                na
              youtube                na
              photobucket            na
              digg                   na
              moho                   na


RESP_ID   64341
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      Um, IMEEM.com, um, projectplaylist.com.
Q4.0      [Have you ever heard of...?)
              lulu                   No
              mySpace                Yes
              youtube                na
              photobucket            Yes
              digg                   No
              moho                   No
Q4.1      [Have you ever heard of...?)
              lulu                   na
              myspace                na
              youtube                na
              photobucket            na
              digg                   na
              moho                   na
```

A-103

```
RESP_ID    64437
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       Yahoo music and YouTube.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                   lulu                         No
                   mySpace                      Yes
                   youtube                      na
                   photobucket                  No
                   digg                         No
                   moho                         No
Q4.1       [Have you ever heard of...?]
                   lulu                         na
                   myspace                      na
                   youtube                      na
                   photobucket                  na
                   digg                         na
                   moho                         na


RESP_ID    64663
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       None that I can think of.
Q4.0       [Have you ever heard of...?]
                   lulu                         na
                   mySpace                      na
                   youtube                      na
                   photobucket                  na
                   digg                         na
                   moho                         na
Q4.1       [Have you ever heard of...?]
                   lulu                         No
                   myspace                      Yes
                   youtube                      Yes
                   photobucket                  No
                   digg                         No
                   moho                         No


RESP_ID    64884
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       Funnyjunk.
Q4.0       [Have you ever heard of...?]
                   lulu                         Yes
                   mySpace                      Yes
                   youtube                      na
                   photobucket                  Yes
                   digg                         No
                   moho                         No
Q4.1       [Have you ever heard of...?]
                   lulu                         na
                   myspace                      na
                   youtube                      na
                   photobucket                  na
                   digg                         na
                   moho                         na
```

```
RESP_ID   64987
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Just MySpace and YouTube.
Q3.1      That would be it.
Q4.0      [Have you ever heard of...?)
                  lulu                    No
                  mySpace                 na
                  youtube                 na
                  photobucket             No
                  digg                    No
                  moho                    No
Q4.1      [Have you ever heard of...?)
                  lulu                    na
                  myspace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na


RESP_ID   65066
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube and MySpace.
Q3.1      That would be all that can come to my mind.
Q4.0      [Have you ever heard of...?)
                  lulu                    No
                  mySpace                 na
                  youtube                 na
                  photobucket             Yes
                  digg                    No
                  moho                    No
Q4.1      [Have you ever heard of...?)
                  lulu                    na
                  myspace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na


RESP_ID   65122
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube by CNN.  I think all the major networks have video
          sites as well.
Q3.1      YouTube, CNN, Google, ABC and FOX.
Q4.0      [Have you ever heard of...?)
                  lulu                    No
                  mySpace                 Yes
                  youtube                 na
                  photobucket             No
                  digg                    No
                  moho                    No
Q4.1      [Have you ever heard of...?)
                  lulu                    na
                  myspace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na
```

```
RESP_ID    65242
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube, CBS and major networks.
Q3.1       MySpace and AOLmusic.com.
Q4.0       [Have you ever heard of...?)
                   lulu                     No
                   mySpace                  na
                   youtube                  na
                   photobucket              No
                   digg                     No
                   moho                     No
Q4.1       [Have you ever heard of...?)
                   lulu                     na
                   myspace                  na
                   youtube                  na
                   photobucket              na
                   digg                     na
                   moho                     na

RESP_ID    65491
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       Univision.
Q3.1       I don't know anymore.
Q4.0       [Have you ever heard of...?)
                   lulu                     No
                   mySpace                  Yes
                   youtube                  Yes
                   photobucket              Yes
                   digg                     No
                   moho                     No
Q4.1       [Have you ever heard of...?)
                   lulu                     na
                   myspace                  na
                   youtube                  na
                   photobucket              na
                   digg                     na
                   moho                     na

RESP_ID    65638
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       ATT Bluetooth.
Q3.1       Um, YouTube.
Q4.0       [Have you ever heard of...?)
                   lulu                     No
                   mySpace                  Yes
                   youtube                  na
                   photobucket              No
                   digg                     No
                   moho                     No
Q4.1       [Have you ever heard of...?)
                   lulu                     na
                   myspace                  na
                   youtube                  na
                   photobucket              na
                   digg                     na
                   moho                     na
```

```
RESP_ID    65662
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Microsoft Network.
Q3.1       Google.com, YouTube and Facebook.
Q4.0       [Have you ever heard of...?)
                   lulu                        No
                   mySpace                     Yes
                   youtube                     na
                   photobucket                 No
                   digg                        No
                   moho                        No
Q4.1       [Have you ever heard of...?)
                   lulu                        na
                   myspace                     na
                   youtube                     na
                   photobucket                 na
                   digg                        na
                   moho                        na


RESP_ID    65799
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Medcafe, YouTube and Youporn.
Q3.1       None.
Q4.0       [Have you ever heard of...?)
                   lulu                        No
                   mySpace                     Yes
                   youtube                     na
                   photobucket                 No
                   digg                        Yes
                   moho                        Yes
Q4.1       [Have you ever heard of...?)
                   lulu                        na
                   myspace                     na
                   youtube                     na
                   photobucket                 na
                   digg                        na
                   moho                        na


RESP_ID    66046
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Apple.
Q3.1       Rotten Tomatoes.  Either Fried Green Tomatoes or Rotten
           Tomatoes.
Q4.0       [Have you ever heard of...?)
                   lulu                        No
                   mySpace                     Yes
                   youtube                     Yes
                   photobucket                 Yes
                   digg                        No
                   moho                        No
Q4.1       [Have you ever heard of...?)
                   lulu                        na
                   myspace                     na
                   youtube                     na
                   photobucket                 na
                   digg                        na
                   moho                        na
```

A-107

```
RESP_ID   66220
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      I don't know.
Q4.0      [Have you ever heard of...?)
              lulu                          na
              mySpace                       na
              youtube                       na
              photobucket                   na
              digg                          na
              moho                          na
Q4.1      [Have you ever heard of...?)
              lulu                          No
              myspace                       Yes
              youtube                       Yes
              photobucket                   No
              digg                          No
              moho                          No


RESP_ID   66292
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      VEOH and TIVO.
Q3.1      Um, I can't think of any more.
Q4.0      [Have you ever heard of...?)
              lulu                          No
              mySpace                       Yes
              youtube                       Yes
              photobucket                   No
              digg                          No
              moho                          No
Q4.1      [Have you ever heard of...?)
              lulu                          na
              myspace                       na
              youtube                       na
              photobucket                   na
              digg                          na
              moho                          na


RESP_ID   66382
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube, ESPN and New York Times.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
              lulu                          No
              mySpace                       Yes
              youtube                       na
              photobucket                   No
              digg                          No
              moho                          No
Q4.1      [Have you ever heard of...?)
              lulu                          na
              myspace                       na
              youtube                       na
              photobucket                   na
              digg                          na
              moho                          na
```

```
RESP_ID   66426
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Um, I just go to end something.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
                  lulu                          No
                  mySpace                       No
                  youtube                       No
                  photobucket                   No
                  digg                          No
                  moho                          No
Q4.1      [Have you ever heard of...?)
                  lulu                          na
                  myspace                       na
                  youtube                       na
                  photobucket                   na
                  digg                          na
                  moho                          na

RESP_ID   66435
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube and um, I have some work sites with Podcast on air, and
          I look at iTunes.
Q3.1      ABC website.
Q4.0      [Have you ever heard of...?)
                  lulu                          No
                  mySpace                       Yes
                  youtube                       na
                  photobucket                   Yes
                  digg                          No
                  moho                          No
Q4.1      [Have you ever heard of...?)
                  lulu                          na
                  myspace                       na
                  youtube                       na
                  photobucket                   na
                  digg                          na
                  moho                          na

RESP_ID   66735
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      NFL and Yahoo.
Q3.1      YouTube.
Q4.0      [Have you ever heard of...?)
                  lulu                          No
                  mySpace                       Yes
                  youtube                       na
                  photobucket                   No
                  digg                          No
                  moho                          No
Q4.1      [Have you ever heard of...?)
                  lulu                          na
                  myspace                       na
                  youtube                       na
                  photobucket                   na
                  digg                          na
                  moho                          na
```