```
RESP_ID    66916
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       No, I can't.
Q4.0       [Have you ever heard of...?]
                  lulu                          No
                  mySpace                       No
                  youtube                       No
                  photobucket                   No
                  digg                          No
                  moho                          No
Q4.1       [Have you ever heard of...?]
                  lulu                          na
                  myspace                       na
                  youtube                       na
                  photobucket                   na
                  digg                          na
                  moho                          na


RESP_ID    67349
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know.
Q4.0       [Have you ever heard of...?]
                  lulu                          na
                  mySpace                       na
                  youtube                       na
                  photobucket                   na
                  digg                          na
                  moho                          na
Q4.1       [Have you ever heard of...?]
                  lulu                          No
                  myspace                       Yes
                  youtube                       Yes
                  photobucket                   No
                  digg                          No
                  moho                          No


RESP_ID    67399
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube and iTunes.
Q3.1       NBC.
Q4.0       [Have you ever heard of...?]
                  lulu                          No
                  mySpace                       Yes
                  youtube                       na
                  photobucket                   No
                  digg                          No
                  moho                          No
Q4.1       [Have you ever heard of...?]
                  lulu                          na
                  myspace                       na
                  youtube                       na
                  photobucket                   na
                  digg                          na
                  moho                          na
```

```
RESP_ID    67415
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       Yahoo.
Q3.1       Um, I don't know.
Q4.0       [Have you ever heard of...?)
                   lulu                        No
                   mySpace                     Yes
                   youtube                     Yes
                   photobucket                 Yes
                   digg                        No
                   moho                        No
Q4.1       [Have you ever heard of...?)
                   lulu                        na
                   myspace                     na
                   youtube                     na
                   photobucket                 na
                   digg                        na
                   moho                        na


RESP_ID    67556
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       ABC.com, NBC.com and CBS.com.
Q3.1       None that I can think of.
Q4.0       [Have you ever heard of...?)
                   lulu                        No
                   mySpace                     Yes
                   youtube                     Yes
                   photobucket                 No
                   digg                        No
                   moho                        No
Q4.1       [Have you ever heard of...?)
                   lulu                        na
                   myspace                     na
                   youtube                     na
                   photobucket                 na
                   digg                        na
                   moho                        na


RESP_ID    68025
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know any.
Q4.0       [Have you ever heard of...?)
                   lulu                        na
                   mySpace                     na
                   youtube                     na
                   photobucket                 na
                   digg                        na
                   moho                        na
Q4.1       [Have you ever heard of...?)
                   lulu                        No
                   myspace                     Yes
                   youtube                     Yes
                   photobucket                 No
                   digg                        No
                   moho                        No
```

```
RESP_ID  68068
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube and MySpace.
Q3.1     Google and Facebook.
Q4.0     [Have you ever heard of...?)
                 lulu                      No
                 mySpace                   na
                 youtube                   na
                 photobucket               Yes
                 digg                      Yes
                 moho                      No
Q4.1     [Have you ever heard of...?)
                 lulu                      na
                 myspace                   na
                 youtube                   na
                 photobucket               na
                 digg                      na
                 moho                      na


RESP_ID  68257
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube and NBC.com.
Q3.1     Limeweire and OK, those are the main ones.
Q4.0     [Have you ever heard of...?)
                 lulu                      No
                 mySpace                   Yes
                 youtube                   na
                 photobucket               No
                 digg                      No
                 moho                      No
Q4.1     [Have you ever heard of...?)
                 lulu                      na
                 myspace                   na
                 youtube                   na
                 photobucket               na
                 digg                      na
                 moho                      na


RESP_ID  68465
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     Channel 22 Podcast and Coast to Coast.
Q3.1     Nothing really.
Q4.0     [Have you ever heard of...?)
                 lulu                      Yes
                 mySpace                   Yes
                 youtube                   Yes
                 photobucket               No
                 digg                      No
                 moho                      No
Q4.1     [Have you ever heard of...?)
                 lulu                      na
                 myspace                   na
                 youtube                   na
                 photobucket               na
                 digg                      na
                 moho                      na
```

```
RESP_ID   68531
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      I really couldn't.
Q4.0      [Have you ever heard of...?]
              lulu                      na
              mySpace                   na
              youtube                   na
              photobucket               na
              digg                      na
              moho                      na
Q4.1      [Have you ever heard of...?]
              lulu                      No
              myspace                   Yes
              youtube                   Yes
              photobucket               No
              digg                      No
              moho                      No

RESP_ID   68681
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube, MySpace and CNN.
Q3.1      Can't think of no more.
Q4.0      [Have you ever heard of...?]
              lulu                      No
              mySpace                   na
              youtube                   na
              photobucket               Yes
              digg                      No
              moho                      No
Q4.1      [Have you ever heard of...?]
              lulu                      na
              myspace                   na
              youtube                   na
              photobucket               na
              digg                      na
              moho                      na

RESP_ID   68780
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Sure CNN, BBC, JBC, NBC, CBS.  I think primarily those
          networks.
Q3.1      None.
Q4.0      [Have you ever heard of...?]
              lulu                      No
              mySpace                   Yes
              youtube                   Yes
              photobucket               No
              digg                      Yes
              moho                      No
Q4.1      [Have you ever heard of...?]
              lulu                      na
              myspace                   na
              youtube                   na
              photobucket               na
              digg                      na
              moho                      na
```

A-113

```
RESP_ID    68970
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Weather.COM, Accuweather.com and gal.com.
Q3.1       None that I think of.
Q4.0       [Have you ever heard of...?]
                  lulu                    No
                  mySpace                 Yes
                  youtube                 Yes
                  photobucket             No
                  digg                    Yes
                  moho                    No
Q4.1       [Have you ever heard of...?]
                  lulu                    na
                  myspace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na

RESP_ID    69036
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       iTunes, NBC, ABC and CBS.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                  lulu                    No
                  mySpace                 Yes
                  youtube                 Yes
                  photobucket             No
                  digg                    No
                  moho                    No
Q4.1       [Have you ever heard of...?]
                  lulu                    na
                  myspace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na

RESP_ID    69056
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Google.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                  lulu                    No
                  mySpace                 na
                  youtube                 Yes
                  photobucket             No
                  digg                    No
                  moho                    No
Q4.1       [Have you ever heard of...?]
                  lulu                    na
                  myspace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na
```

A-114

```
RESP_ID   69299
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      I don't know.  I've never watched any.
Q4.0      [Have you ever heard of...?]
                  lulu                    na
                  mySpace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na
Q4.1      [Have you ever heard of...?]
                  lulu                    Yes
                  myspace                 Yes
                  youtube                 Yes
                  photobucket             No
                  digg                    No
                  moho                    No

RESP_ID   70081
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Channel 12 news and news station.
Q3.1      Starfall.
Q4.0      [Have you ever heard of...?]
                  lulu                    No
                  mySpace                 Yes
                  youtube                 Yes
                  photobucket             No
                  digg                    No
                  moho                    No
Q4.1      [Have you ever heard of...?]
                  lulu                    na
                  myspace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na

RESP_ID   70410
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      I don't know.
Q4.0      [Have you ever heard of...?]
                  lulu                    No
                  mySpace                 Yes
                  youtube                 na
                  photobucket             No
                  digg                    No
                  moho                    No
Q4.1      [Have you ever heard of...?]
                  lulu                    na
                  myspace                 na
                  youtube                 na
                  photobucket             na
                  digg                    na
                  moho                    na
```

```
RESP_ID   70451
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Um, YouTube, eBaum's World.
Q3.1      Um, VH1.com, um, Google.
Q4.0      [Have you ever heard of...?)
                lulu                          No
                mySpace                       Yes
                youtube                       na
                photobucket                   Yes
                digg                          No
                moho                          No
Q4.1      [Have you ever heard of...?)
                lulu                          na
                myspace                       na
                youtube                       na
                photobucket                   na
                digg                          na
                moho                          na

RESP_ID   70514
Age:      30 to 49
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      I don't know.
Q4.0      [Have you ever heard of...?)
                lulu                          na
                mySpace                       na
                youtube                       na
                photobucket                   na
                digg                          na
                moho                          na
Q4.1      [Have you ever heard of...?)
                lulu                          No
                myspace                       Yes
                youtube                       Yes
                photobucket                   No
                digg                          No
                moho                          No

RESP_ID   70832
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Really don't know.
Q4.0      [Have you ever heard of...?)
                lulu                          No
                mySpace                       Yes
                youtube                       Yes
                photobucket                   No
                digg                          No
                moho                          No
Q4.1      [Have you ever heard of...?)
                lulu                          na
                myspace                       na
                youtube                       na
                photobucket                   na
                digg                          na
                moho                          na
```

```
RESP_ID    71273
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube, MSNBC.com, Comcast Cable, Netflix, TV shows on most
           websites.  That's all I can think of right now.
Q3.1       All I can think of.
Q4.0       [Have you ever heard of...?]
               lulu                  No
               mySpace               Yes
               youtube               na
               photobucket           No
               digg                  No
               moho                  No
Q4.1       [Have you ever heard of...?]
               lulu                  na
               myspace               na
               youtube               na
               photobucket           na
               digg                  na
               moho                  na

RESP_ID    71563
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       Um, like YouTube.  Um, probably NBC and ABC.  You know the
           major networks.
Q3.1       Um, I cannot think of any off, I do not know offhand.
Q4.0       [Have you ever heard of...?]
               lulu                  Yes
               mySpace               Yes
               youtube               na
               photobucket           No
               digg                  No
               moho                  No
Q4.1       [Have you ever heard of...?]
               lulu                  na
               myspace               na
               youtube               na
               photobucket           na
               digg                  na
               moho                  na

RESP_ID    71793
Age:       50 or above
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't know what they are.
Q4.0       [Have you ever heard of...?]
               lulu                  na
               mySpace               na
               youtube               na
               photobucket           na
               digg                  na
               moho                  na
Q4.1       [Have you ever heard of...?]
               lulu                  No
               myspace               Yes
               youtube               Yes
               photobucket           No
               digg                  No
               moho                  No
```

```
RESP_ID    71817
Age:       50 or above
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       The only one I can think of is YouTube.
Q3.1       You can get trailers in sites like MGM Grand.
Q4.0       [Have you ever heard of...?]
                   lulu                  No
                   mySpace               Yes
                   youtube               na
                   photobucket           No
                   digg                  No
                   moho                  No
Q4.1       [Have you ever heard of...?]
                   lulu                  na
                   myspace               na
                   youtube               na
                   photobucket           na
                   digg                  na
                   moho                  na

RESP_ID    71850
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       PGAtour.com
Q3.1       Don't know.
Q4.0       [Have you ever heard of...?]
                   lulu                  No
                   mySpace               Yes
                   youtube               Yes
                   photobucket           No
                   digg                  No
                   moho                  No
Q4.1       [Have you ever heard of...?]
                   lulu                  na
                   myspace               na
                   youtube               na
                   photobucket           na
                   digg                  na
                   moho                  na

RESP_ID    71931
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       None.
Q4.0       [Have you ever heard of...?]
                   lulu                  na
                   mySpace               na
                   youtube               na
                   photobucket           na
                   digg                  na
                   moho                  na
Q4.1       [Have you ever heard of...?]
                   lulu                  No
                   myspace               No
                   youtube               Yes
                   photobucket           No
                   digg                  No
                   moho                  No
```

```
RESP_ID   72010
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      Can't think of any.
Q4.0      [Have you ever heard of...?]
              lulu                        No
              mySpace                     Yes
              youtube                     na
              photobucket                 No
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?]
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na


RESP_ID   72250
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Comcast.net, Google Video, Apple.com, Yahoo video and
          Boston.com.
Q3.1      YouTube.
Q4.0      [Have you ever heard of...?]
              lulu                        No
              mySpace                     Yes
              youtube                     na
              photobucket                 No
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?]
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na


RESP_ID   72394
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      MP3.com, MTV.COM, YouTube and MySpace.
Q3.1      Musicbox.
Q4.0      [Have you ever heard of...?]
              lulu                        No
              mySpace                     na
              youtube                     na
              photobucket                 Yes
              digg                        No
              moho                        No
Q4.1      [Have you ever heard of...?]
              lulu                        na
              myspace                     na
              youtube                     na
              photobucket                 na
              digg                        na
              moho                        na
```

A-119