

# A-LULU.COM

| | |
|---|---|
| **Registered by:** | NETWORK SOLUTIONS, INC. |
| **Registrant:** | MME, Inc. (AHRFUJLYTD) 150 Morristown Road Suite 110 Bernardsville, NJ 07924 US |
| **Administrative Contact:** | Borghese, Lorenzo (34875848I) llb@getroyaltreatment.com MME, Inc. 150 Morristown Road Plaza 202, Suite 110 Bernardsville, NJ 07924 US 973-379-7817 |
| **Technical Contact:** | Network Solutions, LLC. (HOST-ORG) customerservice@networksolutions.com 13861 Sunrise Valley Drive Herndon, VA 20171 US 1-888-642-9675 fax: 571-434-4620 |
| **Record History:** | **Record created on**  17-Oct-2003. **Record last updated on** 11-Oct-2006. **Record expires on** 17-Oct-2009. |
| **Domain Servers in Listed Order:** | NS1.LAMEDELEGATION.NET 205.178.190.53 NS2.LAMEDELEGATION.NET 205.178.189.53 Whois Server Version 2.0 Domain Name: A-LULU.COM NS1.LAMEDELEGATION.NET NS2.LAMEDELEGATION.NET Status: clientTransferProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **Status:** | Accessible |





**A-LULU.COM**

## LULU-LTD.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | maruki shinri 32-205 Kamisugeta YokohamaHodogaya-ku, Kanagawa 2400051 Japan |
| **Administrative Contact:** | Yamami, Masahiro dm@lime-plan.com Plus Crew 7-18-14 Ginza Chuou, Tokyo 104-0061 Japan 0335445222 Fax -- |
| **Technical Contact:** | Sakaida, Takatoshi dm@lime-plan.com Plus Crew 7-18-14 Ginza Chuou, Tokyo 104-0061 Japan 0335445222 Fax -- |
| **Record History:** | **Record created on** 03-Sep-03<br>**Record last updated on** 31-Aug-07<br>**Record expires on** 03-Sep-08 |
| **Domain Servers in Listed Order:** | NS1.LIME05.COM<br>NS2.LIME05.COM |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | PlaceHolder for lulu-ltd.com |
| **Status:** | Accessible |

This is the placeholder for domain **lulu-ltd.com**. If you see this page after uploading site content you probably have not replaced the index.html file.

This page has been automatically generated by Server Administrator.

**DN-31**
**Group:** Two

## LULU-RECORDS.COM

| | |
|---|---|
| **Registered by:** | NETWORK SOLUTIONS, INC. |
| **Registrant:** | AGBarry Associates (YGUTDGODQD) N115 W19395 Edison Drive GERMANT OWN, WI 53022-6506 US |
| **Administrative Contact, Technical Contact:** | AGBarry Associates (N23047-OR) phil_f@agbarry.com N115 W19395 Edison Drive GERMANTOWN, WI 53022-6506 US 262-253-6933 fax: 262-253-6512 |
| **Record History:** | **Record created on** 15-Apr-2005. **Record last updated on** 15-Oct-2006. **Record expires on** 15-Apr-2008. |
| **Domain Servers in Listed Order:** | NS1.REDANVIL.NET 204.11.208.15 NS2.REDANVIL.NET 204.11.208.25 Whois Server Version 2.0 Domain Name: LULU-RECORDS.COM NS1.REDANVIL.NET NS2.REDANVIL.NET Status: clientTransferProhibited |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to Lulu Records | It?apos;s Always About The Music |
| **Status:** | Accessible |

 

# LULU RECORDS
## It's Always About The Music!

**ABOUT LULU**

**CURRENT RELEASES**

**REVIEW PAGE**

**CONTACT & SUBMIT**

**Lulu Records
PO BOX 687
Cudahy WI 53110**

### Our Latest Release



Roots rock and alternative country - clean guitars
with a rock-solid rhythm section.

*PAUL BARRY
and the DEL REYS!*

Backed by the rock solid Del Reys, Barry adds his revved-up vocals to 12 great, country-twang rockers. No angst here. This CD is all about fun. In-the-pocket groove, clean guitars, hooks, and harmonies are a focus of this CD. An impressive lineup of sidemen, including current Asleep at the Wheel steel guitarist Eddie Rivers, add the tasteful violin, keyboard, and steel guitar parts.

Throw this baby in your car and get you're ready to roll. Might be the greatest little unknown roots CD of 2005. Please help spread the word.

®LULU Records

# LULUBAG.COM

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | Whois Privacy Protection Service, Inc. Whois Agent (pcctkbdq@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St -F1 C/O LULUBAG.COM Bellevue, WA 98007 US |
| **Administrative Contact:** | Whois Privacy Protection Service, Inc. Whois Agent (pcctkbdq@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St -F1 C/O LULUBAG.COM Bellevue, WA 98007 US |
| **Technical Contact:** | Whois Privacy Protection Service, Inc. Whois Agent (pcctkbdq@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4256960234 PMB 368, 14150 NE 20th St -F1 C/O LULUBAG.COM Bellevue, WA 98007 US Status: Locked |
| **Record History:** | **Record created on** 17 Mar 2004 14:47:11<br>**Record expires on** 17 Mar 2008 14:47:11 mail, or by telephone. The compilation, repackaging, dissemination or consent from us. We reserve the right to modify these terms at any time. By submitting |
| **Domain Servers in Listed Order:** | dns1.name-services.com<br>dns2.name-services.com<br>dns3.name-services.com<br>dns4.name-services.com<br>dns5.name-services.com |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | lulu bag plastic burberry gucci at lulubag.com |
| **Keywords:** | lulu, bag, plastic, burberry, gucci, poly, baseball, gloves, latex, ipod |
| **Description:** | nitrile gloves polo hard hat guess golf bag conveyor belt |
| **Status:** | Accessible |



DN-33
**Group:** Two

# LULUBAGS.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Luli Handbags 2593 Woodhill Okemos, Michigan 48864 United States |
| **Administrative Contact:** | Fagan, Kathleen kdfagan@comcast.net Luli Handbags 2593 Woodhill Okemos, Michigan 48864 United States 5173367119 Fax -- |
| **Technical Contact:** | Fagan, Kathleen kdfagan@comcast.net Luli Handbags 2593 Woodhill Okemos, Michigan 48864 United States 5173367119 Fax -- |
| **Record History:** | **Record created on** 06-May-04 <br> **Record last updated on** 30-Mar-07 <br> **Record expires on** 06-May-08 |
| **Domain Servers in Listed Order:** | PARK19.SECURESERVER.NET <br> PARK20.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to Kathy Fagan Handbags! |
| **Keywords:** | Kathy Fagan Handbags Purse Clutch Tote Leather Bridal Fabric Lulu Luxe Fur Suede Stripes Polka Dots Funky Cute Chic Charming Stacey Friesner Special Designer Carry-all Bag Vintage Beaded Fringe Tweed Girly Glam Diaper Bag Briefcase Fashion Fashionista Working Trendy Luli Wristlet Granny Chic Brides maid Gifts Wedding Present New York Silver Chain Best Handbag Ever Wristlet InStyle |
| **Description:** | Kathy Fagan Handbags - A collection of chic and charming handbags |
| **Status:** | Accessible |



# kathy fagan handbags
### A collection of chic and charming handbags®

Welcome to Kathy Fagan Handbags—chic and charming bags for every occasion. Individually designed and handcrafted, each handbag exudes elegance and a touch of cheeky charm.



Happiness is a new handbag!

All images, text and designs are copyrighted. © 2007 Kathy Fagan Handbags

# LULUBAGS.BIZ

| | |
|---|---|
| **Registered by:** | GO DADDY SOFTWARE, INC. |
| **Registrant:** | GODA-017327849 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUBAGS.BIZ@domainsbyproxy.com |
| **Administrative Contact:** | GODA-217327849 Registration Private Domains by Proxy, Inc. Address1: DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUBAGS.BIZ@domainsbyproxy.com |
| **Technical Contact:** | GODA-117327849 Registration Private Domains by Proxy, Inc. DomainsBy-Proxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUBAGS.BIZ@domainsbyproxy.com |
| **Billing Contact:** | GODA-317327849 Registration Private Domains by Proxy, Inc. DomainsBy-Proxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUBAGS.BIZ@domainsbyproxy.com |
| **Record History:** | **Record created on** Tue Feb 07 17:10:08 GMT 2006 **Record last updated on** Tue Feb 06 12:55:44 GMT 2007 **Record expires on** Wed Feb 06 23:59:59 GMT 2008 |
| **Domain Servers in Listed Order:** | PARK3.SECURESERVER.NET PARK4.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.lulubags.biz Coming Soon! |
| **Status:** | Accessible |

# www.lulubags.biz

This page is parked free, courtesy of GoDaddy.com



[ Search ]

Sponsored Links

**Designer Handbags**
Directory of discount authentic designer handbag online sources.
handbagsdesigner.net

**Mary Frances Free Ship**
1800 Bags & 350 styles in stock! Many Hard to Find Retired Bags
www.RobinClaytonDesigns.com

**Designer Handbags**
Authentic Chloe guci Designer Bags on sale up to 50% off retail price
www.voguelande.com

**hand bags**
The style and price that you want. We have all hand bags styles
HotNewHandbags.com

**Monogrammed Handbags**
Morgan & Co. personalized handbags. Free Shipping w/ $75+
www.morgan-company.com

**Wholesale Handbags-dallas**
Updated everyday, huge selection Fast shipping - Fashion Handbags
www.handbagshopping.com/catalog

**Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Watches, Belts, Handbags & More!
www.Zappos.com

**Authentic Designer bags**
Chloe Handbags at Discounted Prices
www.designersimports.com

**Wholesale Bags**
View A Wide Selection of Wholesale Handbags at Closeout Prices.
www.TopTenWholesale.com

**Buy Chic Handbags**
Bold Clean Classics with Relaxed Sophisticated Style. Official Site.
www.ToryBurch.com

## Popular Searches

| **Travel** | **Financial Planning** | **E Commerce** |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| | | |
| **Lifestyle** | **Real Estate** | **Insurance** |
| Fitness | Mortgages | Car Insurance |



### Related Searches

Lulu Bags
Lulu Handbags
Totes Bags
Spade Bags
Purse Purses Bag Bags
Lulu Guinness



**LIMITED-TIME OFFER**
$1.99 No Qty Limit **Domains**
Now, with any non domain purchase!
**FREE with every domain name:**
▶ Hosting with Web builder
▶ Quick Blogcast
▶ Complete Email
▶ AND MORE!

*Find a domain name now:*
[_____] [.com ▾] [GO]
Advanced Search   ICANN ACCREDITED
*Plus ICANN fee of 20 cents per domain name year.*



Fast, Reliable, Secure
**Web Hosting**
▶ 99.9% Guaranteed Uptime
▶ No Setup Fee or Annual Commitment
▶ Generous Storage & Bandwidth
▶ Free, Expert 24/7 Support
▶ And MUCH More!
**Flexible plans as low as $3.19/mo!**
Learn more...



Life Online™ with
**BOB PARSONS**
Live every Wednesday at 1 pm (PT)/4 pm (ET).

# LULUMEDIA.NET

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration LULUMEDIA.NET@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 |
| **Technical Contact:** | Private, Registration LULUMEDIA.NET@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 |
| **Record History:** | **Record created on** 16-Feb-06<br>**Record last updated on** 13-Feb-07<br>**Record expires on** 16-Feb-08 |
| **Domain Servers in Listed Order:** | PARK9.SECURESERVER.NET<br>PARK10.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to www.lulumedia.net |
| **Status:** | Accessible |

▶ **Search:**

[ Search ]

This page

Go

Make name



**LIMITED-TIME OFFER**

$**1**99* No Qty Limit

**Domains**
Now, with any non-domain purchase!

**FREE** with every domain name:
▶ Hosting with Web builder
▶ Quick Blogcast
▶ Complete Email
▶ AND MORE!

*Find a domain name now:*

[        ] [.com ▾] [GO]

Advanced Search     **ICANN** ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.*

## Welcome to
# www.lulumedia.net

Not what you're looking for? Try these related sponsored links:

▶ **Self-Publish for Free**
Sell your book on Amazon.com & set your own royalty. No set up fees.
www.CreateSpace.com

▶ **Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

▶ **LuLu*s Fashion Lounge**
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

▶ **Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Watches, Belts, Handbags & More!
www.Zappos.com

▶ **Have You Written a Book?**
Get published by an industry leader in 30 days. Earn 50% royalties.
www.AuthorHouse.com

▶ **The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

▶ **Lulu Guinness Handbags**
Free Information & Useful Advice About Lulu Guinness Handbags
www.blurtit.com

▶ **Little Lulu**
Find, compare & buy Compare & buy from 1000's of Stores
www.Shopping.com

▶ **Dornbracht-Free Shipping**
Largest Selection Online Excellent Prices & Service
www.designerplumbing.com

▶ **Lulu Ringtones**
Lulu Ringtones & Wallpapers 100% Complimentary - Hurry!
I-Like-Ringtone.com/Lulu



Fast, Reliable, Secure
**Web Hosting**

▶ 99.9% Guaranteed Uptime
▶ No Setup Fee or Annual Commitment
▶ Generous Storage & Bandwidth
▶ Free, Expert 24/7 Support
▶ And MUCH More!

**Flexible plans as low as $3.19/mo!**

Learn more...



Life Online™ with
**BOB PARSONS**

**Live every Wednesday at 1 pm (PT)/4 pm (ET).**

**Related Searches**

▶ Lulu
▶ Lulu Guinness Handbags
▶ Living Dead Lulu
▶ Lulu Floral Fantasy
▶ Lulu and Marie

## Popular Searches

| | | |
|---|---|---|
| ▶ Travel | ▶ Financial Planning | ▶ E Commerce |
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |

# LULUMEDIA.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration LULUMEDIA.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 |
| **Technical Contact:** | Private, Registration LULUMEDIA.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 |
| **Record History:** | **Record created on** 16-Feb-06 <br> **Record last updated on** 18-Apr-07 <br> **Record expires on** 16-Feb-13 |
| **Domain Servers in Listed Order:** | NS3.SECURESERVER.NET <br> NS4.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Home |
| **Status:** | Accessible |



**Grassroots Marketing & Public Relations**

Home

What we do

Contact

Our passion... building your brand through grassroots marketing and public relatic
We work closely with you and together we streamline brand awareness and growl
on your passion - your business.

We love telling your story...part of our fun is in collaboration.
We achieve extraordinary results by listening and learning from you.

We enjoy building relationships on your behalf.  There are only possibilities and o
spreading your word and increasing your market share.

Working with LuLu Media will be a pleasurable experience!

It sounds simple because it is!

We start at the foundation and build the house brick by brick.
Your brand is your house - it's where you live.

*If you have built castles in the air, your work need not be lost; that is whe*
*be.  Now put the foundations under them.  -Henry David Thoreau*

# LULUMEDIALABS.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | lulu.tv 860 aviation parkway morrisville, North Carolina 27560 United States |
| **Administrative Contact:** | zekanis, scott zman@lulu.com lulu.tv 860 aviation parkway morrisville, North Carolina 27560 United States (919) 805-9214 Fax -- |
| **Technical Contact:** | zekanis, scott zman@lulu.com lulu.tv 860 aviation parkway morrisville, North Carolina 27560 United States (919) 805-9214 Fax -- |
| **Record History:** | **Record created on** 17-Jun-07 **Record last updated on** 17-Jun-07 **Record expires on** 17-Jun-09 |
| **Domain Servers in Listed Order:** | NS55.DOMAINCONTROL.COM NS56.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Open Media : Welcome |
| **Status:** | Accessible |



LOGIN [ ]  PASSWORD [ ]

## WHO ARE WE

Lulu Open Media sells software, support and solutions for deploying rich media applications on embedded devices and consumer electronics.

At the heart of our offering is the Lulu Media Player; a stable, open source all-purpose platform-independent media player based on the popular Gnash project. The player is backed up on the infrastructure side by the Lulu Media Server, an open source streaming media server based on Cygnal. To make it all work, we sell consulting, porting and support services so that you can deploy your solution with confidence.

## WHAT DO WE DO

Lulu Open Media is about ramping up the pace of digital media innovation, about enabling content creators and license owners to get their goods on the newest devices, about empowering consumers to use their media on their terms and about giving consumer electronics and embedded device manufacturers the code and tools they need to deploy any digital media type—no matter the license, no matter the codec, no matter the device.

We employ some of the world's foremost experts in open source development, rich media delivery, embedded systems engineering and application portability. We can assemble the right team to help deploy and support your solution.

**Eileen Egan**
VP Business Development

sales@luluopenmedia.com

919.793.5166

**MaryBeth Panagos**
International Sales
sales@luluopenmedia.com
617.470.4705

**Jeremy Hogan**
PR and Marketing
pr@luluopenmedia.com

919.459.5858 x231



OPEN SOUR

We see a world w every device you can discover and play, or create an share any digital media. Videos, podcasts, music, games, comics, t works.



PHONES    GA

VIDEOS    POD

# LULURECORDS.COM

| | |
|---|---|
| **Registered by:** | NETWORK SOLUTIONS, INC. |
| **Registrant:** | LuLu Records (LULURECORDS-DOM) 67 South 3rd Street Brooklyn, NY 11211 US |
| **Administrative Contact:** | Stewart, Chris (CS15637) cstew13@HOTMAIL.COM LuLu Records 67 S 3RD ST BROOKLYN, NY 11211-5128 US (718) 963-1783 fax: (718) 963-1783 |
| **Technical Contact:** | Watts, Brian (BW46) bw@NYIC.COM 158 W 29TH ST FL 10 NEW YORK, NY 10001-5300 US (212) 465-0942 fax: (212) 465-0959 |
| **Record History:** | **Record created on** 08-Apr-1999. **Record last updated on** 05-Oct-2006. **Record expires on** 08-Apr-2008. |
| **Domain Servers in Listed Order:** | NS244.PAIR.COM NS0000.NS0.COM Whois Server Version 2.0 Domain Name: LULURECORDS.COM NS0000.NS0.COM NS244.PAIR.COM Status: clientTransferProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | chris stewart, ministry, lulurecords.com |
| **Keywords:** | sound, studio, records |
| **Status:** | Accessible |



## LULUSOFTWARE.COM

**Registered by:**                    GODADDY.COM, INC.

**Registrant:**                       lulu.tv 860 aviation parkway morrisville, North Carolina 27560 United States

**Administrative Contact:**           zekanis, scott zman@lulu.com lulu.tv 860 aviation parkway morrisville, North Carolina 27560 United States (919) 805-9214 Fax --

**Technical Contact:**                zekanis, scott zman@lulu.com lulu.tv 860 aviation parkway morrisville, North Carolina 27560 United States (919) 805-9214 Fax --

**Record History:**                   **Record created on**  18-Jul-07
                                      **Record last updated on** 18-Jul-07
                                      **Record expires on** 19-Jul-09

**Domain Servers in Listed Order:**
                                      NS51.DOMAINCONTROL.COM
                                      NS52.DOMAINCONTROL.COM

### WHOIS

**Web Page Information**

**HTML Title:**                       Welcome to www.lulusoftware.com
**Status:**                           Accessible



> **Search:**  ⟶  [                    ] [Search]

This page
Make name

## Welcome to
# www.lulusoftware.com

Not what you're looking for? Try these related sponsored links:

▶ **Self-Publish for Free**
Free set up on Amazon.com and other channels. Set your own royalty.
www.CreateSpace.com

▶ **Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

▶ **LuLu*s Fashion Lounge**
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

▶ **Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Brand Name Shoes & Accessories
www.Zappos.com

▶ **The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

▶ **Need a Book Publisher?**
Get published in just 30 days. Keep your rights. Earn 50% royalties.
www.AuthorHouse.com

▶ **Lulu Fl Chrysler**
Find Great Offers on Chrysler® Vehicles at a Local Dealer Online
www.chryslerdealer.com

▶ **Lulu Guinness Handbags**
Free Information & Useful Advice About Lulu Guinness Handbags
www.blurtit.com

▶ **Little Lulu**
Find, compare & buy Compare & Buy from 1000's of Stores
www.Shopping.com

▶ **Dornbracht-Free Shipping**
Largest Selection Online Excellent Prices & Service
www.designerplumbing.com



**LIMITED-TIME OFFER**

$1.99* No Qty Limit
Domains
Now, with any no
domain purchase

FREE with every
domain name:
▶ Hosting with
  Web builder
▶ Quick Blogcast
▶ Complete Email
▶ AND MORE!

*Find a domain name now:*


[          ] [.com ▾] [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents
per domain name year.

Fast, Reliable, Secure
**Web Hosting**

▶ 99.9% Guaranteed
  Uptime
▶ No Setup Fee or Annual
  Commitment
▶ Generous Storage &
  Bandwidth
▶ Free, Expert 24/7 Support
▶ And MUCH More!

**Flexible plans as
low as $3.19/mo!**

Learn more...

**Related Searches**

▶ Lulu
▶ Lulu Guinness Handbags
▶ Living Dead Lulu
▶ Lulu Floral Fantasy
▶ Lulu and Merie
▶ Lulu Kids Clothes

## Popular Searches

| ▶ Travel | ▶ Financial Planning | ▶ E Commerce |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |

# LULUSOFTWARE.ORG

| | |
|---|---|
| **Registered by:** | GoDaddy.com, Inc. (R91-LROR) Domain ID:D148640056-LROR |
| **Registrant:** | GODA-035096130 scott zekanis Organization: lulu.tv 860 aviation parkway morrisville North Carolina 27560 US Phone: +1.9198059214 Ext.: Fax Ext.: Email: zman@lulu.com |
| **Administrative Contact:** | GODA-235096130 scott zekanis Organization: lulu.tv 860 aviation parkway morrisville North Carolina 27560 US Phone: Ext: Admin FAX: Admin FAX Ext: Email: zman@lulu.com |
| **Technical Contact:** | GODA-135096130 scott zekanis Organization: lulu.tv 860 aviation parkway morrisville North Carolina 27560 US Phone: +1.9198059214 Phone: Ext: Tech FAX: Tech FAX Ext: Email: zman@lulu.com |
| **Record History:** | **Record created on** 19-Jul-2007 04:13:03 UTC<br>**Record last updated on** 19-Jul-2007 04:13:06 UTC<br>**Record expires on** 19-Jul-2009 04:13:03 UTC Status:CLIENT DELETE PROHIBITED Status:CLIENT RENEW PROHIBITED Status:CLIENT TRANSFER PROHIBITED Status:CLIENT UPDATE PROHIBITED Status:TRANSFER PROHIBITED |
| **Domain Servers in Listed Order:** | NS51.DOMAINCONTROL.COM<br>NS52.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.lulusoftware.org coming soon! |
| **Status:** | Accessible |

# www.lulusoftware.org
This page is parked free, courtesy of GoDaddy.com





**LIMITED-TIME OFFER**

$1.99* No Qty Limit **Domains**
Now, with any non-domain purchase!

**FREE** with every domain name:
► Hosting with Web builder
► Quick Blogcast
► Complete Email
► AND MORE!

**Find a domain name now:**

[        ] .com [▼] **GO**

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.



**Fast, Reliable, Secure Web Hosting**

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!

**Flexible plans as low as $3.19/mo!**
Learn more...



**QUICK SHOPPING CART?**

**Get your own online store – in minutes.**

No technical expertise required and no set-up fees. From $7.99/month!

## Sponsored Links

**Self-Publish for Free**
Sell your book on Amazon.com & set your own royalty. No set up fees.
www.CreateSpace.com

**Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

**LuLu"s Fashion Lounge**
Shop Online at LuLu Everything is So Cute & Adorable!
LulusFashionLounge.com

**Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Brand Shoes & Accessories
www.Zappos.com

**Have You Written a Book?**
Get published by an industry leader in 30 days. Earn 50% royalties.
www.AuthorHouse.com

**The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

**Lulu Guinness Handbags**
Free Information & Useful Advice About Lulu Guinness Handbags
www.blurtit.com

**Little Lulu**
Find, compare & buy Compare & Buy from 1000's of Stores
www.Shopping.com

**Lulu Ringtones**
Lulu Ringtones 100% Complimentary - Hurry
I-Like-Ringtone.com/Lulu

**Dornbracht-Free Shipping**
Largest Selection Online Excellent Prices & Service
www.designerplumbing.com

**Not what you're looking for**

[              ] Search

**Related Searches:**
► Lulu
► Lulu Guinness Handba
► Living Dead Lulu
► Lulu Floral Fantasy
► Lulu and Merie
► Lulu Kids Clothes

**Visit GoDaddy.com for th best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Popular Searches

| Travel | Financial Planning | E Commerce | Lifestyle |
|--------|--------------------|-----------| ----------|
| Airline | Loans | VoIP | Fitness |

# LULU-FASHION.COM

| | |
|---|---|
| **Registered by:** | INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM |
| **Registrant:** | Lulu Fashion GmbH Binningerstrasse 15 Basel, BS 4051 CH +41.796525720 |
| **Administrative Contact:** | Stern, Felix felixstern@bluewin.ch Binningerstrasse 15 Basel, BS 4051 CH +41. 796525720 |
| **Technical Contact:** | Stern, Felix felixstern@bluewin.ch Binningerstrasse 15 Basel, BS 4051 CH +41. 796525720 |
| **Record History:** | **Record created on** 01-07-2003 <br> **Record last updated on** 12-08-2004 09:15:30 AM <br> **Record expires on** 01-07-2008 |
| **Domain Servers in Listed Order:** | NS0.DIRECTNIC.COM 69.46.233.245 <br> NS1.DIRECTNIC.COM 69.46.234.245 <br> this data to: (a) allow, enable, or otherwise support the transmission by ICANN-accredited registrar. |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Under Construction |
| **Status:** | Accessible |

# Under Construction ✳







Enter a keyword in the
space to the left, choose the
search method and click the
search button!

Basic: ○ Advanced: ○ WHOIS: ●

**LULU-FASHION.COM**

# LULUMEDIA.BIZ

| | |
|---|---|
| **Registered by:** | GO DADDY SOFTWARE, INC. |
| **Registrant:** | GODA-017616946 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUMEDIA.BIZ@domainsbyproxy.com |
| **Administrative Contact:** | GODA-217616946 Registration Private Domains by Proxy, Inc. Address1: DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUMEDIA.BIZ@domainsbyproxy.com |
| **Technical Contact:** | GODA-117616946 Registration Private Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUMEDIA.BIZ@domainsbyproxy.com |
| **Billing Contact:** | GODA-317616946 Registration Private Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, Scottsdale Arizona 85260 United States US Phone: +1.4806242599 Email: LULUMEDIA.BIZ@domainsbyproxy.com |
| **Record History:** | **Record created on** Fri Feb 17 01:34:03 GMT 2006<br>**Record last updated on** Tue Feb 13 15:26:55 GMT 2007<br>**Record expires on** Sat Feb 16 23:59:59 GMT 2008 |
| **Domain Servers in Listed Order:** | PARK9.SECURESERVER.NET<br>PARK10.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.lulumedia.biz coming soon! |
| **Status:** | Accessible |

# www.lulumedia.biz
This page is parked free, courtesy of GoDaddy.com






LIMITED-TIME OFFER

$1.99* No Qty Limit Domains

Now, with any non-domain purchase!

FREE with every domain name:
▸ Hosting with Web builder
▸ Quick Blogcast
▸ Complete Email
▸ AND MORE!

Find a domain name now:

[_____] .com [▼] GO

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.



The world's largest hostname provider!*

From $3.19/mo!

FREE Setup!
No Annual Commitment!
99.9% uptime!

Go Daddy.com

Click. Bid. Buy. Sell. SOLD!

The smart choice for buying & selling domains

Memberships just $4.99/year! Lowest commissions!

THE DOMAIN NAME AFTERMARKET.com®

## Sponsored Links

### Self-Publish for Free
Sell your book on Amazon.com & set your own royalty. No set up fees.
www.CreateSpace.com

### Lulu Publishing
Self publishing made easy. No fees. No minimums.
www.Lulu.com

### LuLu"s Fashion Lounge
Shop Online at LuLu®! Everything is So Cute & Adorable!
LulusFashionLounge.com

### Have You Written a Book?
Get published by an industry leader in 30 days. Earn 50% royalties.
www.AuthorHouse.com

### The Publisher of Choice.
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

### Lulu Guinness Handbags
Free Information & Useful Advice About Lulu Guinness Handbags
www.blurtit.com

### Little Lulu
Find, compare & buy Compare & Buy from 1000's of Stores
www.Shopping.com

### Jeep® - Official Site
Find Great Deals on Jeep® Vehicles at a Local Dealer Online
www.jeepdealer.com

### Lulu Ringtones
Lulu Ringtones & Wallpapers 100% Complimentary - Hurry!
I-Like-Ringtone.com/Lulu

### Dornbracht-Free Shipping
Largest Selection Online Excellent Prices & Service
www.designerplumbing.com

Not what you're looking for

[_____] Search

Related Searches:
▸ Lulu
▸ Lulu Guinness Handba
▸ Living Dead Lulu
▸ Lulu Floral Fantasy
▸ Lulu and Merie
▸ Lulu Kids Clothes

Visit GoDaddy.com for th best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Popular Searches

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |

**LULUMEDIA.BIZ**

# LULUMEDIA.US

| | |
|---|---|
| **Registered by:** | GO DADDY SOFTWARE, INC. Domain ID: D12568927-US |
| **Registrant:** | GODA-031349991 Carla D'Ambra Organization: Unknown 99 Walnut Road Gl en Cove New York 11542 United States US Phone: +1.9177834825 Email: cmis scarla@hotmail.com Registrant Application Purpose: P3 Registrant Nexus Cate gory: C11 |
| **Administrative Contact:** | GODA-231349991 Carla D'Ambra Unknown Address1: 99 Walnut Road Glen Cove New York 11542 United States US Phone: +1.9177834825 Email: cmissca rla@hotmail.com Administrative Application Purpose: P3 Administrative Nexus Category: C11 |
| **Technical Contact:** | GODA-131349991 Carla D'Ambra Unknown 99 Walnut Road Glen Cove New York 11542 United States US Phone: +1.9177834825 Email: cmisscarla@hotma il.com Technical Application Purpose: P3 Technical Nexus Category: C11 |
| **Billing Contact:** | GODA-331349991 Carla D'Ambra Unknown 99 Walnut Road Glen Cove New York 11542 United States US Phone: +1.9177834825 Email: cmisscarla@hotma il.com Billing Application Purpose: P3 Billing Nexus Category: C11 |
| **Record History:** | **Record created on** Thu May 10 18:59:43 GMT 2007 **Record last updated on** Thu May 10 18:59:47 GMT 2007 **Record expires on** Fri May 09 23:59:59 GMT 2008 |
| **Domain Servers in Listed Order:** | NS49.DOMAINCONTROL.COM NS50.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.lulumedia.us Coming Soon! |
| **Status:** | Accessible |

# www.lulumedia.us

This page is parked free, courtesy of GoDaddy.com





**LIMITED-TIME OFFER**

$1 99* No Qty Limit

**Domains**
Now, with any non-domain purchase!

**FREE with every domain name:**
► Hosting with Web builder
► Quick Blogcast
► Complete Email
► AND MORE!

*Find a domain name now:*

[_____] .com [▼] **GO**

Advanced Search    **ICANN ACCREDITED**

*Plus ICANN fee of 20 cents per domain name year.

---

**Fast, Reliable, Secure**
**Web Hosting**

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!

**Flexible plans as low as $3.19/mo!**
Learn more...

---

**Related Searches**

Lulu
Lulu Guinness Handbags
Living Dead Lulu
Lulu Floral Fantasy
Lulu and Merie
Lulu Kids Clothes

---



Life Online™ with
**BOB PARSONS**

Live every Wednesday at 1 pm (PT)/4 pm (ET).



[_____]  Search

Sponsored Links

**Self-Publish for Free**
With CreateSpace, publish and sell your book on Amazon.com & others.
www.CreateSpace.com

**Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

**LuLu's Fashion Lounge**
Shop Online at LuLu's Everything is So Cute & Adorable!
LulusFashionLounge.com

**Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Watches, Belts, Handbags & More!
www.Zappos.com

**Have You Written a Book?**
Get published by an industry leader in 30 days. Earn 50% royalties.
www.AuthorHouse.com

**The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

**Lulu Fl Chrysler**
Find Great Offers on Chrysler® Vehicles at a Local Dealer Online
www.chryslerdealer.com

**Lulu Guinness Handbags**
Free Information & Useful Advice About Lulu Guinness Handbags
www.blurtit.com

**Little Lulu**
Find, compare & buy Compare & Buy from 1000's of Stores
www.Shopping.com

**Dornbracht Free Shipping**
Largest Selection Online Excellent Prices & Service
www.designerplumbing.com

---

**Popular Searches**

| **Travel** | **Financial Planning** | **E Commerce** |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| | | |
| **Lifestyle** | **Real Estate** | **Insurance** |
| Fitness | Mortgages | Car Insurance |

---

**LULUMEDIA.US**

# LULUMEDIA.ORG

| | |
|---|---|
| **Registered by:** | GoDaddy.com, Inc. (R91-LROR) Domain ID:D145753650-LROR |
| **Registrant:** | GODA-031350343 Carla D'Ambra 99 Walnut Road Glen Cove New York 11542 US Phone: +1.9177834825 Ext.: Fax Ext.: Email: cmisscarla@hotmail.com |
| **Administrative Contact:** | GODA-231350343 Carla D'Ambra 99 Walnut Road Glen Cove New York 11542 US Phone: +1.9177834825 Phone: Ext: Admin FAX: Admin FAX Ext: Email: cmisscarla@hotmail.com |
| **Technical Contact:** | GODA-131350343 Carla D'Ambra 99 Walnut Road Glen Cove New York 11542 US Phone: +1.9177834825 Phone: Ext: Tech FAX: Tech FAX Ext: Email: cmisscarla@hotmail.com |
| **Record History:** | **Record created on** 10-May-2007 19:05:45 UTC **Record last updated on** 10-Jul-2007 03:59:59 UTC **Record expires on** 10-May-2008 19:05:45 UTC Status:CLIENT DELETE PROHIBITED Status:CLIENT RENEW PROHIBITED Status:CLIENT TRANSFER PROHIBITED Status:CLIENT UPDATE PROHIBITED |
| **Domain Servers in Listed Order:** | NS49.DOMAINCONTROL.COM NS50.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.lulumedia.org coming soon! |
| **Status:** | Accessible |

# www.lulumedia.org

This page is parked free, courtesy of GoDaddy.com





**LIMITED-TIME OFFER**

$1.99* Domains
No Qty Limit

Now, with any non-domain purchase!

**FREE** with every domain name:
- Hosting with Web builder
- Quick Blogcast
- Complete Email
- AND MORE!

**Find a domain name now:**

[_____] .com [▼] **GO**

Advanced Search

ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.



Fast, Reliable, Secure
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

**Flexible plans as low as $3.19/mo!**
Learn more...



**FREE extras with each domain!**
- Complete Email
- Hosting with Web site
- Quick Blog
- And more!

$96 VALUE!

**Search for your domain now:**

[_____] .com [▼] **GO!**

## Sponsored Links

**Self-Publish for Free**
With CreateSpace, publish and sell your book on Amazon.com & others.
www.CreateSpace.com

**1000s of Ringtones**
Send Complimentary Ringtones to Your Phone Instantly Now!
www.RingtonesAffair.com

**Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

**Lulu Merie**
Premium brands at FineStationery! Huge variety, service you can trust
www.FineStationery.com

**Have You Written a Book?**
Get published by an industry leader in 30 days. Earn 50% royalties.
www.AuthorHouse.com

**The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

**lulu shih**
View lulu's profile Build yours at ProfileBuilder.com
mekiaries.profil.es

**LuLu*s Fashion Lounge**
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

**Lulu Guinness**
Lulu Guinness listings Find Lulu Guinness info
LuluGuinness.LitMoth.com

**Lulu Ringtones**
Get Lulu ringtones instantly! No credit card required.
GetPhoneTones.com

**Not what you're looking for**

[_____] Search

**Related Searches:**
▶ Lulu
▶ Lulu Guinness Handba
▶ Living Dead Lulu
▶ Lulu Floral Fantasy
▶ Lulu and Merie
▶ Lulu Kids Clothes

**Visit GoDaddy.com for th best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Popular Searches

Travel          Financial Planning          E Commerce          Lifestyle

# LULUMEDIA.INFO

| | |
|---|---|
| **Registered by:** | GoDaddy.com Inc. (R171-LRMS) |
| **Registrant:** | GODA-017616945 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale Arizona 85260 US Phone: +1.4806242599 Ext.: Fax Ext.: Email: LULUMEDIA.INFO @domainsbyproxy.com |
| **Administrative Contact:** | GODA-217616945 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale Arizona 85260 US Phone: +1.4806242599 Phone: Ext: Admin FAX: Admin FAX Ext: Email: LULUMEDIA.INFO@domainsbyproxy.com |
| **Technical Contact:** | GODA-117616945 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale Arizona 85260 US Phone: +1.4806242599 Phone: Ext: Tech FAX: Tech FAX Ext: Email: LULUMEDIA.INFO@domainsbyproxy.com |
| **Billing Contact:** | GODA-317616945 Registration Private Organization: Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale Arizona 85260 US Phone: +1.4806242599 Ext.: Billing FAX: Billing FAX Ext: email: LULUMEDIA.INFO@domainsbyproxy.com |
| **Record History:** | **Record created on** 17-Feb-2006 01:33:47 UTC<br>**Record last updated on** 13-Feb-2007 15:26:47 UTC<br>**Record expires on** 17-Feb-2008 01:33:47 UTC Status:CLIENT DELETE PROHIBITED Status:CLIENT RENEW PROHIBITED Status:CLIENT TRANSFER PROHIBITED Status:CLIENT UPDATE PROHIBITED |
| **Domain Servers in Listed Order:** | PARK9.SECURESERVER.NET<br>PARK10.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.lulumedia.info Coming Soon! |
| **Status:** | Accessible |

# www.lulumedia.info

This page is parked free, courtesy of GoDaddy.com







**LIMITED-TIME OFFER**

$1.99* No Qty Limit **Domains**
Now, with any non-domain purchase!

**FREE with every domain name:**
- ► Hosting with Web builder
- ► Quick Blogcast
- ► Complete Email
- ► AND MORE!

*Find a domain name now:*

[____] .com [▼] GO

Advanced Search  **ICANN ACCREDITED**

*Plus ICANN fee of 20 cents per domain name year.

Search

Sponsored Links

**Self-Publish for Free**
Sell your book on Amazon.com & set your own royalty. No set up fees.
www.CreateSpace.com

**Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

**LuLu's Fashion Lounge**
Shop Online at LuLu's Everything is So Cute & Adorable!
LulusFashionLounge.com

**Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Watches, Belts, Handbags & More!
www.Zappos.com

**Have You Written a Book?**
Get published by an industry leader in 30 days. Earn 50% royalties.
www.AuthorHouse.com

**The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

**Lulu Fl Chrysler**
Buy or Lease a New Chrysler® Vehicle at Your local Dealer Online
www.chryslerdealer.com

**Lulu Guinness Handbags**
Free Information & Useful Advice About Lulu Guinness Handbags
www.blurtit.com

**Little Lulu**
Find, compare & buy Compare & buy from 1000's of Stores
www.Shopping.com

**Jeep®  Official Site**
Find Great Deals on Jeep® Vehicles at a Local Dealer Online
www.jeepdealer.com

**Fast, Reliable, Secure Web Hosting**

- ► 99.9% Guaranteed Uptime
- ► No Setup Fee or Annual Commitment
- ► Generous Storage & Bandwidth
- ► Free, Expert 24/7 Support
- ► And MUCH More!

**Flexible plans as low as $3.19/mo!**
Learn more...

### Related Searches

Lulu Guinness Handbags
Lulu Shih
Lulu CD
Olivia Lulu
Lulu Merie
Lulu Ringtone

[____] Search

### Popular Searches

| **Travel** | **Financial Planning** | **E Commerce** |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| | | |
| **Lifestyle** | **Real Estate** | **Insurance** |
| Fitness | Mortgages | Car Insurance |

# LULUPRINT.COM

**Registered by:**                              CAPITOLDOMAINS, LLC

Daily query limit exceeded. Please retry in 24 hours

## WHOIS

**Web Page Information**

**HTML Title:**                              luluprint.com
**Status:**                              Accessible

Search

Sponsored Links                                                                                                (0.

## On-Demand Book Publishing
Self-publish, sell, and print your book on-demand through BookSurge.
www.BookSurge.com

## Whitmore Publishing
Book publisher seeking new authors No publishing fee. We pay you.
whitmorepublishing.com

## Free Publishing Guide
Get your book published &amp available worldwide in as little as 6 weeks!
www.trafford.com

## Book Publishing
Find Book Publishing now See our Book Publishing guide
SavingsChaser.com

## Book Publishing Trend
Get Projections For the Publishing Industry Now in Print or PDF.
www.pwc.com/outlook

## POD Book Publishing
Keep control of your book with print on demand services.
www.Wordclay.com

## Falcon Books
Self Publishing Book Services Editing, Design, Book Printing
www.falcbooks.com

## Nxtbook Media
Your Print Online With Single Post Facebook Submission
nxtbookmedia.com

## Print On Demand
Find Info on Print on Demand. Your Business Solution Business.com
www.business.com

## Need a POD Publisher?
Print on demand book publishing. Register for our free AuthorGuide.
www.AuthorHouse.com

**Related Categories**

**Lulu**
**Self Publishing**
**Free Book Publishing**
**Lulu Guinness Auther**
**Designer Handbags b**
**Guinness**
**Lulu Clothing Store**
**Lulu Cosmetic Case**
**Baby Lulu Diaper Bag**
**Of Lulu Books**
**Listen to Lulu**

Search

lulu | self publishing | free book publishing | lulu guinness authentic | designer handbags by lulu guinness

**LULUPRINT.COM**

**LULU**

**DN-47**
**Group:** Three

# LULUCLOTHING.COM

**Registered by:**                    BASIC FUSION, INC.

**Registrant:**                       Navigation Catalyst Systems, Inc 2101 Rosecrans Ave. #2000 El Segundo, CA
                                      90245 Email: domainadmin@navigationcatalyst.com Fax: 3106476001

**Administrative Contact:**           Navigation Catalyst Systems, Inc 2101 Rosecrans Ave. #2000 El Segundo, CA
                                      90245 Email: domainadmin@navigationcatalyst.com Phone: 3106471592 Fax:
                                      3106476001

**Technical Contact:**                Navigation Catalyst Systems, Inc 2101 Rosecrans Ave. #2000 El Segundo, CA
                                      90245 Email: domainadmin@navigationcatalyst.com Phone: 3106471592 Fax:
                                      3106476001

**Record History:**                   **Record created on**  4/1/2005 Domain servers: dpns1.dnsnameserver.org dpns2
                                      .dnsnameserver.org dpns3.dnsnameserver.org dpns4.dnsnameserver.org
                                      **Record expires on** 4/1/2008

**WHOIS**

**Web Page Information**

**HTML Title:**                       babyshowerr.com
**Status:**                           Accessible



## Throw The Best Baby Shower; We Can He

| Party Supplies | Birth Announcement | Baby Shower Invitations | Baby Clothing |

### Baby Shower Party Themes

Hosting a **baby shower** party? **Baby Showers** are all we do. Find complete **Baby Shower** Themes, Centerpieces, Favors, Games, Corsages, Tiaras, Recipes, Tips, **baby shower** keepsakes, and more.
www.showerherbaby.com

### Shower Baby

Find **shower baby** Online.
www.Target.com

### Unique **Baby** Cakes & Gifts

Inedible Gift Cakes. **Baby Shower** Cakes, Diaper Cakes, Towel Cakes, Bath Cakes & Birthday Gifts.
www.uniquebabycakes.com

### Gaga Gourmet-All Natural **Baby** Food

Pure, All Natural Fresh, frozen **baby** food delivered directly to your door. No preservatives, No additives, no fillers. Over 30 varieties! Your little one will go GaGa for GaGa Gourmet.
www.gagagourmet.com

### Custom Photo Keepsakes

Get 30% Off Photo Mugs, Mousepads, Puzzles and T-shirts at PhotoWorks.
www.PhotoWorks.com

**Site Map**

› Party Supplies
› Birth Announcement
› Baby Shower Invitations
› Baby Shower Gifts
› Baby Shower Games
› Baby Shower Centerpiec
› Baby Clothing
› Baby Furnisher

[ Search ]

Quick! Search Technology from New.net © 2003 - 2006 New.net, Inc. All rights reserved.

**LULUCLOTHING.COM**

**Search: 140819411**                **Analyst: ANN ARNOLD**                **Domain Name Page: 756**

# LULUCOMPUTER.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration LULUCOMPUTER.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Technical Contact:** | Private, Registration LULUCOMPUTER.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Record History:** | **Record created on** 08-Jun-07 <br> **Record last updated on** 08-Jun-07 <br> **Record expires on** 08-Jun-12 |
| **Domain Servers in Listed Order:** | NS45.DOMAINCONTROL.COM <br> NS46.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to www.lulucomputer.com |
| **Status:** | Accessible |



This page

► Search:

[Search]

Go
Make
name

## Welcome to
# www.lulucomputer.com

Not what you're looking for? Try these related sponsored links:

► **Self-Publish for Free**
Sell your book on Amazon.com & set your own royalty. No set up fees.
www.CreateSpace.com

► **Lulu Publishing**
Self publishing made easy. No fees. No minimums.
www.Lulu.com

► **LuLu*s Fashion Lounge**
Shop Online at LuLu*s Everything is So Cute & Adorable!
LulusFashionLounge.com

► **Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Brand Name Shoes & Accessories
www.Zappos.com

► **Have You Written a Book?**
Get published by an industry leader in 30 days. Earn 50% royalties.
www.AuthorHouse.com

► **The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

► **Lulu Fl Chrysler**
Buy or Lease a New Chrysler® Vehicle at Your local Dealer Online
www.chryslerdealer.com

► **Little Lulu**
Find, compare & buy Compare & Buy from 1000's of Stores
www.Shopping.com

► **Dornbracht-Free Shipping**
Largest Selection Online Excellent Prices & Service
www.designerplumbing.com

► **Lulu Ringtones**
Lulu Ringtones 100% Complimentary - Hurry
I-Like-Ringtone.com/Lulu



**LIMITED-TIME OFFER**

$1 99* No Qty
Limit
Domains
Now, with any no
domain purchase

FREE with every
domain name:
► Hosting with
Web builder
► Quick Blogcast
► Complete Email
► AND MORE!

Find a domain name now:
[          ] .com ▼ [GO]

Advanced Search    ICANN
ACCREDITED

*Plus ICANN fee of 20 cents
per domain name year.



Fast, Reliable, Secure
**Web Hosting**

► 99.9% Guaranteed
Uptime
► No Setup Fee or Annual
Commitment
► Generous Storage &
Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!

**Flexible plans as
low as $3.19/mo!**

Learn more...



Life Online™ with
**BOB PARSONS**

Live every Wednesday at 1 pm
(PT)/4 pm (ET).

## Popular Searches

| | | |
|---|---|---|
| ► Travel | ► Financial Planning | ► E Commerce |
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |

## Related Searches

► Lulu
► Lulu Guinness Handbags
► Living Dead Lulu
► Lulu Floral Fantasy
► Lulu and Merie

**LULUCOMPUTER.COM**

# LULUHATCO.COM

| | |
|---|---|
| **Registered by:** | TUCOWS.COM, INC. |
| **Registrant:** | Contactprivacy.com 96 Mowat Ave Toronto, ON M6K 3M1 CA |
| **Administrative Contact:** | contactprivacy.com, luluhatco.com@contactprivacy.com 96 Mowat Ave Toronto, ON M6K 3M1 CA +1.4165385457 |
| **Technical Contact:** | contactprivacy.com, luluhatco.com@contactprivacy.com 96 Mowat Ave Toronto, ON M6K 3M1 CA +1.4165385457 |
| **Record History:** | **Record created on** 23-Jan-2003. **Record last updated on** 03-Mar-2007. **Record expires on** 23-Jan-2008. |
| **Domain Servers in Listed Order:** | PARKING2.MDNSSERVICE.COM PARKING1.MDNSSERVICE.COM Domain status: clientTransferProhibited clientUpdateProhibited This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.contactprivacy.com and follow the instructions. |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **Status:** | Accessible |