**Plaintiff:**
LULU GUINNESS LIMITED

**Defendant:**
FANTASIA ACCESSORIES LTD.

**Mark:** LULU GUINNESS
**Serial Number:** 76-096,343
**Correspondent:**

**Mark:** LULU
**Serial Number:** 75-891,087
**Trademark Defendant**
**Correspondent:**

JOSEPH J. VILLAPOL
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK, NY 10023

JAY A. BONDELL
C/O SCHWEITZER CORNMAN
GROSS & BONDELL LLP
292 MADISON AVENUE, 19TH
FLOOR
NEW YORK, NY 10017

**TTAB Entry:** #31 TERMINATED, MAR 23, 2005
**TTAB Entry:** #30 BOARD'S DECISION: DISMISSED W/O PREJUDICE, MAR 23, 2005

**Ownership Details:**
**Registrant:**

> FANTASIA ACCESSORIES LTD.
> NEW YORK  CORPORATION
> 15 WEST 37TH STREET
> NEW YORK, NEW YORK  10018

**Filing Correspondent:**

> EZRA SUTTON
> JAY A. BONDELL
> C/O SCHWEITZER CORNMAN GROSS & BONDELL L
> 292 MADISON AVENUE, 19TH FLOOR
> NEW YORK, NY 10017

Dockets.Justia.com

LULU

**LULU**

TTAB

**Status:**   PUBLISHED
            INTENT TO USE

            **USPTO Status:** STATEMENT OF USE - TO EXAMINER
            **USPTO Status Date:** SEP 01, 2007

**Goods/Services:**

**International Class 35:**  ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING EDUCATIONAL AND ENTERTAINMENT EVENTS OF OTHERS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND

PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS, PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFOR MATION IN THE FIELDS OF BUSINESS AND COMMERCE; PROVIDING INFORMATION IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF BUSINESS, COMMERCE VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; PROVIDING BUSINESS ADVICE AND CONSUMER INFORMATION IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS IN THE FIELDS OF BUSINESS, COMMERCE, AND INFORMATION SERVICES VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

**International Class 41:** ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH AWARDS FOCUSED ON CONTRIBUTIONS TO THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORM ANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH COMPETITIONS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE AND ON-LINE; ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORM

ATION SERVICES, SCIENCE, AND TECHNOLOGY; PROVIDING RECOGNITION AND INCENTIVES BY THE WAY OF AWARDS TO DEMONSTRATE EXCELLENCE OR UNUSUAL PERFORMANCE IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNO LOGY, OTHER THAN SUCH AWARDS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; AND PUBLICATION OF ELECTRONIC NEWSPAPERS FEATURING GENERAL KNOWLEDGE ACCESSIBLE VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

**International Class 42:** PROVIDING INFORMATION IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES ON THE SUBJECTS OF SCIENCE, TECHNOLOGY AND INFORMATION TECHNOLOGY VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; PROVIDING INFORMATION IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA MATERIALS IN THE FIELDS OF SCIENCE, TECHNOLOGY AND INFORMATION TECHNOLOGY VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

**First Used:** JUN 2002  (INTL. CL. 35)
**In Commerce:** JUN 2002
**First Used:** JUN 2002  (INTL. CL. 41)
**In Commerce:** JUN 2002
**First Used:** MAY 2003  (INTL. CL. 42)
**In Commerce:** MAY 2003

**Last Reported Owner:**

LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU.COM | USPTO | Page 43 |
| LULU | USPTO | Page 46 |
| LULU | USPTO | Page 49 |
| LULU STUDIO | USPTO | Page 206 |
| LULU PRESS | USPTO | Page 250 |
| LULU TECH CIRCUS | USPTO | Page 254 |

**Chronology:**

**Filed:** AUG 16, 2002          **Serial Number:** 78-155,152

**Published For Opposition:** JAN 24, 2006

---

**Trademark Trials and Appeal Board (TTAB) Information:**          `TTAB`

**Extension of Time to Oppose Number:** 78155152

**Extension of Time to Oppose Filed:** FEB 23, 2006

**Outcome:** TERMINATED  AUG 08, 2006

| Potential Opposer: | Applicant: |
|---|---|
| ROGERS PUBLISHING LIMITED | LULU ENTERPRISES, INC. |
| | |
| **Mark:** | **Mark:** LULU |
| **Serial Number:** | **Serial Number:** 78-155,152 |
| **Correspondent:** | **Correspondent:** |
| DAVID M. SILVERMAN, ESQ. | SUSAN FREYA OLIVE |
| COLE, RAYWID & BRAVERMAN, L.L.P. | OLIVE & OLIVE P.A. |
| 1919 PENNSYLVANIA AVE., N.W.SUITE 200 | 500 MEMORIAL STREET; PO BOX 2049 |
| WASHINGTON, DC 20006 US | DURHAM, NC 27702-2049 |

**TTAB Entry:** #4 REQ. FOR EXTENSION OF TIME TO OPPOSE, MAY 24, 2006

**TTAB Entry:** #3 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), MAY 24, 2006

---

**Ownership Details:**

**Applicant:**

LULU ENTERPRISES, INC.

DELAWARE  CORPORATION

860 AVIATION PARKWAY

SUITE 300

MORRISVILLE, NORTH CAROLINA  27560

**Filing Correspondent:**

SUSAN FREYA OLIVE

OLIVE & OLIVE PA

500 MEMORIAL ST

DURHAM NC 27702-2049

LULU

**LULU**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** DEC 15, 1997

**Goods/Services:**

**International Class 1:** FRAGRANCES FOR USE IN COSMETICS SOLD EXCLUSIVELY AND SOLELY IN APPLICANT'S STORES

**International Class 25:** WOMEN'S APPAREL, NAMELY, HATS, CAPS, VISORS, HOODS, BERETS, HEAD BANDS, SWEAT BANDS, EAR MUFFS, GLOVES, MITTENS, WRIST BANDS, SUSPENDERS, BELTS, SOCKS, STOCKINGS, PANTYHOSE, BODYSUITS, LEOTARDS, LEGGINGS, SWEAT SOCKS, THERMAL SOCKS, SHOES, SNEAKERS, GALOSHES, WADERS, BOOTS, SANDALS, SLIPPERS, KERCHIEFS, SCARVES, MUFFLERS, BANDANNAS, NECKERCHIEFS, VESTS, PAJAMAS, ROSES, KIMONOS, CAFTANS, SMOCKS, APRONS, BOXER SHORTS, BRIEFS, UNDERPANTS, CORSETS, CORSELETS, GIRDLES, BRASSIERES, BUSTIERS, CHEMISES, TEDDIES, CAMISOLES, SLIPS, NEGLIGEES, PEIGNOIRS, SHIRTS, GLOUSES, KNIT TOPS, DRESSES, SKIRTS, JUMPSUITS, PANT SUITS, ROMPERS, SWIMMING TRUNKS, WET SUITS, THERMAL UNDERWEAR, UNDERSHIRTS, TUNICS, TANK TOPS, COTTON WOVEN SHIRTS, KNIT SHIRTS, POLO SHIRTS, T-SHIRTS, SWEAT SHIRTS, CREW NECK SWEATERS, V-NECK SWEATERS, TURTLENECK SWEATERS, CARDIGANS, SUITS, JOGGING SUITS, SHORTS, SWEAT SHORTS, JEANS, PANTS, SLACKS, TROUSERS, SWEAT PANTS, SKI SUITS, SKI PANTS, SKI BIBS, CAPES, SHAWLS, BLAZERS, WAISTCOATS, RAIN COATS, OVERCOATS, TOP COATS, SPORT COATS, PARKAS, BOLERO JACKETS, JACKETS, WIND RESISTANT JACKETS, OUTER JACKETS, LEATHER JACKETS, SKI JACKETS, FLANNEL JACKETS, WOOL JACKETS, POLYESTER WOVEN SHIRTS, RAYON WOVEN SHIRTS, WOOL WOVEN SHIRTS, LEATHER COATS, ELASTIC WAIST SHORTS, FIXED WAIST SHORTS, DENIM SHORTS, AND DENIM JACKETS

**Last Reported Owner:**

PACIFIC SUNWEAR OF CALIFORNIA
CALIFORNIA  CORPORATION
5037 E. HUNTER AVENUE
ANAHEIM, CALIFORNIA  92807

**Chronology:**

**Filed:** SEP 30, 1996     **Serial Number:** 75-173,605
**Abandoned:** DEC 15, 1997

**Ownership Details:**

**Applicant:**

PACIFIC SUNWEAR OF CALIFORNIA

CALIFORNIA  CORPORATION

5037 E. HUNTER AVENUE

ANAHEIM, CALIFORNIA  92807

**Filing Correspondent:**

JOHN J MURPHEY

MURPHEY LAW OFFICES

PACIFIC CTR ONE STE 260

701 PALOMAR AIRPORT RD

CARLSBAD CA 92009-1027

LU-LU

**LU-LU**

 **Worldwide Filings = 1**

**Status:** ABANDONED
SECTION 44 (D)

**USPTO Status:** ABANDONED-AFTER PUBLICATION
**USPTO Status Date:** MAY 29, 1991

**Goods/Services:**
**International Class 9:** COMPUTER PROGRAMS FOR USE IN
BUSINESS AND OFFICE SYSTEMS

**Last Reported Owner:**
IMI COMPUTING LIMITED
UNITED KINGDOM  COMPANY
P.O. BOX 216
WITTON, BIRMINGHAM, ENGLAND  B6 7BA

**Chronology:**
**Filed:** NOV 02, 1988      **Serial Number:** 73-761,353
**Published For Opposition:** NOV 27, 1990
**Date Suspended:** AUG 22, 1989
**Date Suspended:** MAR 13, 1990
**Abandoned:** MAY 29, 1991

**Ownership Details:**
**Applicant:**
IMI COMPUTING LIMITED
UNITED KINGDOM  COMPANY
P.O. BOX 216
WITTON, BIRMINGHAM, ENGLAND  B6 7BA

**Non-U.S. Application Claimed:** 1351071
**Non-U.S. Application Date:** JUL 15, 1988
**Non-U.S. Application Country:** UNITED KINGDOM

**Non-U.S. Registration Claimed:** 1351071
**Non-U.S. Registration Date:** JUL 15, 1988
**Non-U.S. Registration Country:** UNITED KINGDOM

**Filing Correspondent:**
LAWRENCE E. ABELMAN
ABELMAN FRAYNE REZAC & SCHWAB

708 THIRD AVENUE
NEW YORK, NY 10017

LULU

## LULU

**Status:**     ABANDONED

AMENDED TO USE APPLICATION

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAR 28, 2001

**Goods/Services:**

**International Class 9:** EYEGLASS CASES

**International Class 18:** HANDBAGS

**First Used:** AUG 10, 1994  (INTL. CL. 9)

**In Commerce:** JUN 10, 1995

**First Used:** AUG 10, 1999  (INTL. CL. 18)

**In Commerce:** AUG 10, 1999

**Last Reported Owner:**

ASTUCCI

NEW YORK  CORPORATION

385 5TH AVENUE SUITE 1005

NEW YORK, NEW YORK  10016

**Chronology:**

**Filed:** JAN 12, 2000          **Serial Number:** 75-909,515

**Abandoned:** MAR 28, 2001

**Ownership Details:**

**Applicant:**

ASTUCCI

NEW YORK  CORPORATION

385 5TH AVENUE SUITE 1005

NEW YORK, NEW YORK  10016

**Filing Correspondent:**

STANLEY N. SOLOMON

LAW OFFICES OF STANLEY N. SOLOMON

12 EAST 41ST STREET, FLOOR 6

NEW YORK, NY 10017

**LULU**

LuLu

**Status:**    ABANDONED
          INTENT TO USE

          **USPTO Status:** ABANDONED-FAILURE TO RESPOND
          **USPTO Status Date:** AUG 07, 2006
**Goods/Services:**
          **International Class 25:** CLOTHING, NAMELY SHORTS, SKIRTS,
          PANTS, SHIRTS, HATS, SWIMSUITS, JACKETS, SWEATERS, SHOES,
          TOPS AND BOTTOMS
**Last Reported Owner:**
          THE LULU LIFE
          **Composed Of:** ARCHER MCWHORTER III, USA SARAH D
          MCWHORTER, CANADA
          CALIFORNIA  PARTNERSHIP
          364 LIVERPOOL DR
          CARDIFF BY THE SEA, CALIFORNIA  92007

**Chronology:**
          **Filed:** FEB 25, 2005          **Serial Number:** 78-575,720
          **Abandoned:** JUL 07, 2006

**Ownership Details:**
**Applicant:**
          THE LULU LIFE
          **Composed Of:** ARCHER MCWHORTER III, USA SARAH D
          MCWHORTER, CANADA
          CALIFORNIA  PARTNERSHIP
          364 LIVERPOOL DR
          CARDIFF BY THE SEA, CALIFORNIA  92007
**Filing Correspondent:**
          TREY MCWHORTER
          2081 GLASGOW AVE
          CARDIFF BY THE SEA CA 92007

LUULUU

**LUULUU**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 09, 2002

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE PROGRAMS
DEALING WITH FACILITATING ONLINE CLOTHING PURCHASES
**International Class 35:** ONLINE BUSINESS SERVICES, NAMELY
FACILITATING THE SELECTION OF CLOTHING PURCHASES VIA A
GLOBAL COMPUTER NETWORK; AND PROVIDING PERSONAL
SHOPPING ASSISTANCE VIA A GLOBAL COMPUTER NETWORK

**Last Reported Owner:**

LUULUU.COM, INC.

NEW YORK  CORPORATION

648 BROADWAY, SUITE 602

NEW YORK, NEW YORK  10012

**Chronology:**

**Filed:** MAR 20, 2000       **Serial Number:** 76-005,186

**Abandoned:** JUL 24, 2002

**Ownership Details:**

**Applicant:**

LUULUU.COM, INC.

NEW YORK  CORPORATION

648 BROADWAY, SUITE 602

NEW YORK, NEW YORK  10012

**Filing Correspondent:**

MANFRED REIFF

LUULUU COM INC

604 MISSION ST FL 9

SAN FRANCISCO CA 94105-3505

LULU

**LULU**

 **Worldwide Filings = 3**

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 02, 2001

**Goods/Services:**

International Class 10:  BALLOON DILATATION CATHETERS

**Last Reported Owner:**

SCHNEIDER (EUROPE) GMBH

SWITZERLAND  CORPORATION

ACKERSTRASSE 6

CH-8180

BULACH, SWITZERLAND

**Chronology:**

**Filed:** APR 27, 1998      **Serial Number:** 75-475,009

**Published For Opposition:** MAR 09, 1999

**Abandoned:** DEC 02, 2001

**Date Revived/Reinstated:** JUN 15, 2001

**Ownership Details:**

**Applicant:**

SCHNEIDER (EUROPE) GMBH

SWITZERLAND  CORPORATION

ACKERSTRASSE 6

CH-8180

BULACH, SWITZERLAND

**Filing Correspondent:**

STACEY HALLERMAN

PFIZER INC

235 E 42ND ST

NEW YORK NY 10017-5755

LULU

## LULU

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 31, 2003

**Goods/Services:**

**International Class 18:** DOG LEASHES

**Last Reported Owner:**

GOTTFRIED, BETTY A
UNITED STATES  INDIVIDUAL
1946 WILTON DRIVE
FORT LAUDERDALE, FLORIDA  33305

**We Have Located Other Marks With This Owner**

LULU                                             USPTO        Page 54

**Chronology:**

**Filed:** APR 02, 2002        **Serial Number:** 78-118,961
**Published For Opposition:** OCT 08, 2002
**Abandoned:** DEC 31, 2003

**Ownership Details:**

**Applicant:**

GOTTFRIED, BETTY A
UNITED STATES  INDIVIDUAL
1946 WILTON DRIVE
FORT LAUDERDALE, FLORIDA  33305

**Filing Correspondent:**

GOTTFRIED, BETTY, A
1946 WILTON DRIVE
FORT LAUDERDALE FL 33305



## LULU

**Status:**        ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JUL 05, 2005

**Goods/Services:**
**International Class 18:** DOG LEASHES
**First Used:** MAR 07, 2002  (INTL. CL. 18)
**In Commerce:** OCT 17, 2003

**Last Reported Owner:**
GOTTFIRED, BETTY A
US  INDIVIDUAL
1946 WILTON DR.
FORT LAUDERDALE, FLORIDA  33305

**Chronology:**
**Filed:** JAN 28, 2004        **Serial Number:** 78-359,092
**Abandoned:** MAY 31, 2005

**Ownership Details:**
**Applicant:**
GOTTFIRED, BETTY A
US  INDIVIDUAL
1946 WILTON DR.
FORT LAUDERDALE, FLORIDA  33305

**Claims:**
THE COLOR(S) LIGHT AND DARK BLUE AROUND A BLACK AND
WHITE DOG. IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**
THE MARK CONSISTS OF FACE OF DOG: BLACK AND WHITE;
LIGHT BLUE CIRCLE AROUND THE FACE WHICH IS ON A DARKER
BLUE BACKGROUND LULU (TEXT) IN WHITE LETTERING ABOVE
THE DOG'S HEAD.

**Filing Correspondent:**
GOTTFIRED, BETTY A
1946 WILTON DR.
FORT LAUDERDALE, FL 33305



### LULU

| | | | |
|---|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 | |

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** OCT 08, 1992

**Goods/Services:**

**International Class 25:** MEN'S SPORTSWEAR, OUTERWEAR AND ACTIVEWEAR, NAMELY, WOVEN AND KNIT SHIRTS AND PANTS, SWEATSHIRTS, SWEATERS, SHORTS, JACKETS AND OVERCOATS

**First Used:** MAY 23, 1985  (INTL. CL. 25)

**In Commerce:** MAY 23, 1985

**Last Reported Owner:**

R.R.J. INDUSTRIES LIMITED
NEW YORK  CORPORATION
1431 BROADWAY
NEW YORK, NEW YORK  10018

**Chronology:**

**Filed:** JUN 10, 1985      **Serial Number:** 73-542,233

**Published For Opposition:** NOV 12, 1985

**Registered:** FEB 04, 1986      **Registration Number:** 1,381,525

**Cancelled:** NOV 17, 1992

**Ownership Details:**

**Registrant:**

R.R.J. INDUSTRIES LIMITED
NEW YORK  CORPORATION
1431 BROADWAY
NEW YORK, NEW YORK  10018

**Filing Correspondent:**

DANIEL S. WOHLFARTH
WALKER, WALKER & KAPILOFF
60 EAST 42ND STREET
NEW YORK, N.Y. 10165



**LULU**

**Status:**     ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JUN 10, 1994

**Goods/Services:**
**International Class 25:** WOMEN'S SPORTSWEAR APPAREL
MANUFACTURER
**First Used:** APR 1989  (INTL. CL. 25)
**In Commerce:** APR 1989

**Last Reported Owner:**
ACKO GARMENT DIVISION, INC.
CALIFORNIA  CORPORATION
431 E. 11 TH ST.
LOS ANGELES, CALIFORNIA  90015

**Chronology:**
**Filed:** JUL 12, 1993          **Serial Number:** 74-413,411
**Abandoned:** JUN 10, 1994

**Ownership Details:**
**Applicant:**
ACKO GARMENT DIVISION, INC.
CALIFORNIA  CORPORATION
431 E. 11 TH ST.
LOS ANGELES, CALIFORNIA  90015
**Filing Correspondent:**
ACKO GARMENT DIVISION, INC.
431 E. 11TH ST.
LOS ANGELES, CA 90015

**LULU LULU**

LuLu LuLu

**Status:**    ABANDONED
            INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAY 26, 2006

**Goods/Services:**

**International Class 25:** CLOTHING ITEMS, NAMELY, MEN'S SHIRTS,
JACKETS, UNDERWEAR, SPORTSWEAR, SHORTS, PANTS, AND
TIES; WOMEN'S JACKETS, SPORTSWEAR, SKIRTS, PANTS,
SHIRTS, SHORTS, AND CASUAL WEAR

**Last Reported Owner:**

LOTUS INVESTMENTS INC.
CALIFORNIA  CORPORATION
507 E. LIVE OAK ST.#B
SAN GABRIEL, CALIFORNIA  91776

**Chronology:**

**Filed:** MAR 31, 2005       **Serial Number:** 78-599,078
**Abandoned:** MAY 01, 2006

**Ownership Details:**

**Applicant:**

LOTUS INVESTMENTS INC.
CALIFORNIA  CORPORATION
507 E. LIVE OAK ST.#B
SAN GABRIEL, CALIFORNIA  91776

**Filing Correspondent:**

LOTUS INVESTMENTS INC.
507 E LIVE OAK ST APT B
SAN GABRIEL, CA 91776-1589

LULU

**LULU**

**Status:**    EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** MAY 06, 1996

**Goods/Services:**
**International Class 31:** FRESH GRAPES AND POMEGRANATES
**First Used:** 1933  (US.CL. 46)
**In Commerce:** 1933

**Last Reported Owner:**
LULU PACKING CORPORATION
CALIFORNIA  CORPORATION
125 SOUTH MT. VERNON AVENUE
LINDSAY, CALIFORNIA  93247

**We Have Located Other Marks With This Owner**

LULU                                    USPTO          Page 58

**Chronology:**
**Filed:** MAR 01, 1954          **Serial Number:** 71-661,842
**Published For Opposition:** MAY 10, 1955
**Registered:** AUG 02, 1955    **Registration Number:** 609,998
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.
**Renewed:** AUG 02, 1975

**Ownership Details:**
**Registrant:**
SLAYMAN FRUIT COMPANY
P. O. BOX 836
LINDSAY, CALIFORNIA

| **Assignee** | **Assignor** |
|---|---|
| IODENT CO. | LIFE LABORATORIES, INC. |
| DELAWARE CORPORATION | CALIFORNIA CORPORATION |
| | **Signed:** MAY 30, 1986 |

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19860630
**Recorded:** FEB 21, 1989
**Reel/Frame:** 0639/0249

**Correspondent:**
WALTER, CONSTON, ALEXANDER
ET AL.
90 PARK AVE.
NEW YORK, NY 10016-1387

**Assignee**
LULU PACKING CORPORATION
CALIFORNIA CORPORATION
125 SOUTH MT. VERNON AVENUE
LINDSAY, CALIFORNIA, 93247

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** FEB 21, 1989
**Reel/Frame:** 0639/0240
**Correspondent:**
SAMUELS, GAUTHIER & STEVENS
225 FRANKLIN STREET
SUITE 3200
BOSTON, MA 02110

**Assignor**
GRANADA MARKETING, INC.
CALIFORNIA CORPORATION
POST OFFICE BOX 159
LINDSAY, CALIFORNIA
**Signed:** JAN 27, 1989

**Assignee**
DIMARE BROS. INC.
CALIFORNIA CORPORATION
P.O. BOX 159
LINDSAY, CALIFORNIA, 93247

**Brief:** TO CORRECT THE NAME OF
THE ASSIGNEE RECORDED JUNE
23, 1975, REEL 260, FRAMES
968-969, ASSIGNOR HEREBY
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST (NEGATIVE
CERTIFICATE ATTACHED)
**Recorded:** APR 04, 1979
**Reel/Frame:** 0346/0156

**Assignor**
SLAYMAN, MITCHELL J.
DBA SLAYMAN FRUIT COMPANY
30701 FAIRGREENS WEST
LAGUNA NIGUEL, CALIFORNIA
**Signed:** OCT 23, 1978

**Correspondent:**
THOMPSON, BIRCH, ET AL.
225 FRANKLIN ST.
225 FRANKLIN ST.
BOSTON, MA 02110
225 FRANKLIN ST.

**Assignee**
GRANADA MARKETING, INC.
P.O. BOX 517
NEWMAN, CALIFORNIA, 95360

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** DEC 24, 1975
**Reel/Frame:** 0278/0759
**Correspondent:**
KAPLAN, LIVINGSTON, GOODWIN,
ET AL.
450 NORTH ROXBURY DRIVE
450 NORTH ROXBURY DRIVE
BEVERLY HILLS, CA 90210
225 FRANKLIN ST.

**Assignor**
DIMARE BROS. INC. OF
CALIFORNIA
**Acknowledge:** JUL 18, 1975

**Assignee**
RENEER FILMS CORPORATION
AUBURN, NEW YORK, 13021

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** DEC 24, 1975
**Reel/Frame:** 0278/0757
**Correspondent:**
THE GOODYEAR TIRE & RUBBER
COMPANY
1144 EAST MARKET ST.
AKRON, OH 44316

**Assignor**
PHILLIPS PETROLEUM COMPANY
DELAWARE CORPORATION
BARTLESVILLE, OKLAHOMA
**Acknowledge:** DEC 02, 1975

**Assignee**

DIMARE BROS. INC.

CALIFORNIA CORPORATION

P.O. BOX 517

NEWMAN, CALIFORNIA, 95360


**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** JUN 23, 1975
**Reel/Frame:** 0268/0968
**Correspondent:**
HUEBNER & WORREL
GUARANTEE SAVINGS BLDG.
GUARANTEE SAVINGS BLDG.
1177 FULTON MALL
FRESNO, CA 93721

**Assignor**

SLAYMAN, MITCHELL J.

DBA SLAYMAN FRUIT COMPANY

P.O. BOX 1235

LINDSAY, CALIFORNIA

**Acknowledge:** JUN 03, 1975



### LULU

**Status:**     ABANDONED
                INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** AUG 22, 2006

**Goods/Services:**

**International Class 32:** NON ALCOHOLIC BEVERAGES, NAMELY
WATER, WATER WITH FLAVOURS, ISOTONIC BEVERAGES,
CARBONATED WATER, AERATED WATER, FRUIT BEVERAGES,
FRUIT JUICES, SYRUPS AND PREPARATIONS TO MAKE
BEVERAGES

**Last Reported Owner:**

MARKETING PARA EMBOTELLADORAS, S DER. L. DE C.V.
MEXICO  SOCIEDAD DE RESPONSABILIDAD LIMITADA
ACOXPA # 69, SAN LORENZO HUIPULCO
MEXICO, MEXICO  14370

**Chronology:**

**Filed:** JUN 28, 2005          **Serial Number:** 78-660,093
**Abandoned:** JUL 20, 2006

**Ownership Details:**

**Applicant:**

MARKETING PARA EMBOTELLADORAS, S DER. L. DE C.V.
MEXICO  SOCIEDAD DE RESPONSABILIDAD LIMITADA
ACOXPA # 69, SAN LORENZO HUIPULCO
MEXICO, MEXICO  14370

**Filing Correspondent:**

JOSE MANUEL HINOJOSA ALVAREZ
JOSE MANUEL HINOJOS; HINOJOSA ALVAREZ &
OFFICE 513; MILLET # 83
MEXICO; XPX - NOT PROVIDED
03720
MXX - MEXICO



### LULU

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 02, 2002

**Goods/Services:**

**International Class 3:** COSMETICS AND BEAUTY ITEMS, NAMELY LIPSTICK, LIP GLOSS, EYESHADOW, BLUSH, FOUNDATION, FACE POWDER, MASCARA, EYELINER, LIPLINER, PERFUME, BODY LOTION, BUBBLE BATH AND SKIN SOAP, BODY SOAP

**First Used:** DEC 01, 2000  (INTL. CL. 3)
**In Commerce:** DEC 01, 2000

**Last Reported Owner:**

MERRIMAN, JULIE
UNITED STATES  INDIVIDUAL
5344 BALLARD AVE NW
SEATTLE, WASHINGTON  98107

**Chronology:**

**Filed:** FEB 14, 2000        **Serial Number:** 75-918,325
**Published For Opposition:** OCT 31, 2000
**Registered:** JUL 02, 2002      **Registration Number:** 2,589,286

**Ownership Details:**
**Registrant:**

MERRIMAN, JULIE
UNITED STATES  INDIVIDUAL
5344 BALLARD AVE NW
SEATTLE, WASHINGTON  98107

**Filing Correspondent:**

JULIE MERRIMAN
5344 BALLARD AVE NW
SEATTLE WA 98107

# A-LULU

**A-LULU**

**Status:**   REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 19, 2005

**Goods/Services:**

**International Class 3:**  NON-MEDICATED PET SHAMPOOS AND CONDITIONERS
**First Used:** MAR 31, 2005  (INTL. CL. 3)
**In Commerce:** MAR 31, 2005

**Last Reported Owner:**

EXPRESS 2 RETAIL, LLC
NEW JERSEY  LIMITED LIABILITY CO.
150 MORRISTOWN ROAD, SUITE 110
BERNARDSVILLE, NEW JERSEY  07924

**Chronology:**

**Filed:** DEC 01, 2003          **Serial Number:** 78-334,782
**Published For Opposition:** OCT 05, 2004
**Registered:** JUL 19, 2005     **Registration Number:** 2,974,241

**Ownership Details:**
**Registrant:**

EXPRESS 2 RETAIL, LLC
NEW JERSEY  LIMITED LIABILITY CO.
150 MORRISTOWN ROAD, SUITE 110
BERNARDSVILLE, NEW JERSEY  07924

**Filing Correspondent:**

MARK S. KAUFMAN
THE LAW OFFICES OF MARK S. KAUFMAN
360 LEXINGTON AVENUE, SUITE 1600
NEW YORK NY 10017

# MAX LOVES LULU

**MAX LOVES LULU**

**Status:**      PENDING
                 INTENT TO USE

                 **USPTO Status:** APPROVAL FOR PUBLICATION
                 **USPTO Status Date:** AUG 15, 2007

**Goods/Services:**
                 **International Class 3:** HAIR SHAMPOO

**Last Reported Owner:**
                 DOWDEN, TIMOTHY
                 UNITED STATES  INDIVIDUAL
                 3514 LAKE STREET
                 HOUSTON, TEXAS  77098

**Chronology:**
                 **Filed:** MAY 02, 2007          **Serial Number:** 77-171,315

**Ownership Details:**
**Applicant:**
                 DOWDEN, TIMOTHY
                 UNITED STATES  INDIVIDUAL
                 3514 LAKE STREET
                 HOUSTON, TEXAS  77098

**Filing Correspondent:**
                 TIMOTHY DOWDEN
                 3514 LAKE ST
                 HOUSTON, TX 77098-5518

LULU GUINNESS

## LULU GUINNESS



**Status:** REGISTERED
SECTION 44 (D)
FILED AS 44(D) APPLICATION
44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 10, 2006

**Goods/Services:**

**International Class 3:** PERFUMES, COLOGNES, EAU DE TOILETTE, AFTERSHAVE LOTIONS, AFTERSHAVE GELS, SKIN SOAP, TALCUM POWDER, BUBBLE BATH, BATH GEL, SHOWER GEL, BODY SCRUB, ANTIPERSPIRANTS AND DEODORANTS; NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, BATH AND BODY OILS, SKIN CREAMS, SKIN LOTIONS AND SKIN GELS; COSMETICS; HAIR CARE PREPARATIONS, NAIL CARE PREPARATIONS, SUN CARE LOTIONS, SUN BLOCK, SUNTANNING PREPARATIONS; AROMATHERAPY CREAMS, LOTIONS AND OILS; ESSENTIAL OILS FOR PERSONAL USE, INCENSE, POMADES FOR THE LIPS AND HAIR, POTPOURRI

**International Class 8:** TABLEWARE NAMELY, KNIVES, FORKS AND SPOONS

**International Class 18:** LEATHER AND IMITATION LEATHER SOLD IN BULK; HANDBAGS, SHOULDER BAGS, WALLETS, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PURSES, LUGGAGE, BRIEFCASE-TYPE PORTFOLIOS, LUGGAGE TRUNKS AND TRAVELING BAGS; SUITCASES, TOTE BAGS, VALISES, VANITY CASES SOLD EMPTY; BRIEFCASES, DOCUMENT BAGS AND CASES, ATTACHE CASES, KEY CASES, LEATHER KEY FOBS, CASES FOR TOILETRY OR COSMETIC ARTICLES SOLD EMPTY

**International Class 20:** PHOTOGRAPH FRAMES; PICTURE FRAMES; FURNITURE MIRRORS; HANDHELD MIRRORS, PLAQUES, JEWELRY BOXES NOT OF METAL, CUSHIONS, FITTED FABRIC FURNITURE CUSHION COVERS

**International Class 21:** DINNERWARE, DISHES; FIGURINES, SCULPTURES, STATUES, AND ORNAMENTS NOT INCLUDING CHRISTMAS-TREE ORNAMENTS, MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN OR TERRA-COTTA; DECORATIVE BOXES NOT MADE OF METAL; SERVING WARE FOR SERVING FOOD; HOUSEHOLD UTENSILS, NAMELY, WHISKS, TURNERS, KITCHEN LADLES, MIXING SPOONS, BASTING SPOONS,

BASTING BRUSHES, SLOTTED SPOONS, BOTTLE OPENERS, CORKSCREWS, SPOON RESTS, POT CLEANING BRUSHES, TEA CADDIES, POT AND PAN SCRAPERS, ROLLING PINS, VEGETABLE MASHERS AND SPATULAS; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE NOT OF PRECIOUS METAL; VASES; CANDLESTICKS AND CANDLE HOLDERS NOT OF PRECIOUS METAL; HAIR BRUSHES AND HAIR COMBS

**International Class 25:**  CLOTHING, NAMELY, DRESS SHIRTS, SUITS, JOGGING SUITS, PANTS, SHORTS, RAIN WEAR, SKIRTS, BLOUSES, DRESSES, SUSPENDERS, SWEATERS, JACKETS, COATS, TIES, ROBES, SCARVES, SWIM WEAR, UNDERCLOTHES, UNDERWEAR, UNDERPANTS, BRAS, CORSETS, CAMISOLES AND PETTICOATS; NIGHTWEAR, NAMELY, NIGHTGOWNS, NIGHT SHIRTS, PAJAMAS, NIGHTDRESSES AND NEGLIGEES; FOOTWEAR, HOSIERY, SOCKS, SWIM WEAR, HEAD WEAR, BELTS

**Last Reported Owner:**

LULU GUINNESS LIMITED
UNITED KINGDOM  LIMITED COMPANY
TENNYSON HOUSE 159-165 GREAT PORTLAND STREET
5TH FLOOR
LONDON W1N 5FT, UNITED KINGDOM

**We Have Located Other Marks With This Owner**

| LULU GUINNESS | USPTO | Page 180 |
| LULU GUINNESS | USPTO | Page 215 |
| MISS LULU | USPTO | Page 232 |

**Chronology:**

**Filed:** JUL 24, 2000          **Serial Number:** 76-096,343
**Published For Opposition:** APR 26, 2005
**Opposition/Cancellation Filed:** NOV 30, 2001
**Registered:** JAN 10, 2006          **Registration Number:** 3,038,669

**Trademark Trials and Appeal Board (TTAB) Information:**          TTAB

**Opposition Number:** 91150622

**Outcome:** TERMINATED, MAR 23, 2005

**Plaintiff:**                                    **Defendant:**
LULU GUINNESS LIMITED                FANTASIA ACCESSORIES LTD.

**Mark:** LULU GUINNESS                **Mark:** LULU
**Serial Number:** 76-096,343        **Serial Number:** 75-891,087

**Correspondent:**

JOSEPH J. VILLAPOL
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK, NY 10023

**Trademark Defendant Correspondent:**

JAY A. BONDELL
C/O SCHWEITZER CORNMAN
GROSS & BONDELL LLP
292 MADISON AVENUE, 19TH
FLOOR
NEW YORK, NY 10017

**TTAB Entry:** #31 TERMINATED, MAR 23, 2005
**TTAB Entry:** #30 BOARD'S DECISION: DISMISSED W/O PREJUDICE, MAR 23, 2005

**Ownership Details:**
**Registrant:**

LULU GUINNESS LIMITED
UNITED KINGDOM  LIMITED COMPANY
TENNYSON HOUSE 159-165 GREAT PORTLAND STREET
5TH FLOOR
LONDON W1N 5FT, UNITED KINGDOM

**Non-U.S. Application Claimed:** 2220818
**Non-U.S. Application Date:** JAN 29, 2000
**Non-U.S. Application Country:** UNITED KINGDOM

**Non-U.S. Registration Claimed:** 2220818A
**Non-U.S. Registration Date:** JAN 29, 2000
**Non-U.S. Registration Country:** UNITED KINGDOM
**Portrait Permission:**

THE NAME LULU GUINNESS IDENTIFIES A LIVING INDIVIDUAL
WHOSE CONSENT IS OF RECORD.

**Filing Correspondent:**

STEPHEN A GOLDSMITH
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK NEW YORK 10023

**Domestic Representative:** LADAS & PARRY

BABY LULU

## BABY LULU

 **Worldwide Filings = 12**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 30, 2005

**Goods/Services:**

**International Class 20:** PILLOWS
**International Class 24:** BEDDING, NAMELY, CRIB BUMPERS, QUILTS, BLANKETS, DUVET COVERS, CRIB SKIRTS, SHEETS, PILLOW CASES, BED SKIRTS AND SHAMS
**International Class 25:** CLOTHING, NAMELY, SOCKS AND PAJAMAS
**First Used:** DEC 01, 2000  (INTL. CL. 20)
**In Commerce:** DEC 08, 2000
**First Used:** DEC 01, 2000  (INTL. CL. 24)
**In Commerce:** DEC 08, 2000
**First Used:** DEC 01, 2000  (INTL. CL. 25)
**In Commerce:** DEC 08, 2000

**Disclaimers:**

″BABY″

**Last Reported Owner:**

MURPHY, ERIN L.
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**We Have Located Other Marks With This Owner**

BABY LULU                USPTO        Page 138

GOOD NIGHT LULU          USPTO        Page 164

SMITH, R. LELAND B., JR
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**We Have Located Other Marks With This Owner**

BABY LULU                USPTO        Page 138

GOOD NIGHT LULU          USPTO        Page 164

**Chronology:**

**Filed:** MAR 23, 2000        **Serial Number:** 76-008,214
**Child Serial Number:** 76-975,646
**Published For Opposition:** APR 16, 2002

**Registered:** AUG 30, 2005    **Registration Number:** 2,989,873

**Ownership Details:**
**Registrant:**

MURPHY, ERIN L.
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

SMITH, R. LELAND B., JR
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**Other U.S. Registrations:** 1,888,560
**Filing Correspondent:**

ROBERT BERLINER
ROBBINS, BERLINER & CARSON
865 S FIGUEROA STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017

LULU LIFESTYLE

**LULU LIFESTYLE**

**Status:**      PUBLISHED

INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE - ISSUED

**USPTO Status Date:** SEP 04, 2007

**Goods/Services:**

**International Class 4:**  SCENTED CANDLES

**International Class 5:**  AIR DEODORIZER; AIR FRESHENERS;

CARPET FRESHENERS AND ODOR ELIMINATORS

**Last Reported Owner:**

PAW PLUNGER, LLC

DELAWARE  LIMITED LIABILITY CO.

25 CENTRAL PARK WEST

SUITE 4A

NEW YORK, NEW YORK  10023

**Chronology:**

**Filed:** NOV 14, 2006          **Serial Number:** 77-044,096

**Published For Opposition:** JUN 12, 2007

**Ownership Details:**

**Applicant:**

PAW PLUNGER, LLC

DELAWARE  LIMITED LIABILITY CO.

25 CENTRAL PARK WEST

SUITE 4A

NEW YORK, NEW YORK  10023

**Filing Correspondent:**

FREDERICK N. SAMUELS

CAHN & SAMUELS, LLP

2000 P ST NW STE 200

WASHINGTON, DC 20036-6924

# AME & LULU

## AME & LULU

**Status:**  PUBLISHED

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** AUG 07, 2007

### Goods/Services:

**International Class 18:**  ALL PURPOSE SPORTS BAGS, ALL PURPOSE CARRYING BAGS, DUFFEL BAGS, COSMETIC BAGS SOLD EMPTY, AND GENERAL PURPOSE BAGS FOR CARRYING YOGA EQUIPMENT

**International Class 20:**  KEY CHAINS NOT OF METAL

**International Class 25:**  CLOTHING, NAMELY TOPS, T-SHIRTS, SWEATSHIRTS, FABRIC BELTS, HEADWEAR, AND VISORS

**International Class 28:**  TENNIS RACKET COVERS AND GOLF HEAD COVERS

**First Used:** APR 30, 2003  (INTL. CL. 18)

**In Commerce:** APR 30, 2003

**First Used:** APR 30, 2003  (INTL. CL. 20)

**In Commerce:** APR 30, 2003

**First Used:** APR 30, 2003  (INTL. CL. 25)

**In Commerce:** APR 30, 2003

**First Used:** APR 30, 2003  (INTL. CL. 28)

**In Commerce:** APR 30, 2003

### Last Reported Owner:

AME & LULU LLC

MASSACHUSETTS  LIMITED LIABILITY CO.

101 MONMOUTH STRET, NO. 717

BROOKLINE, MASSACHUSETTS  02109

### Chronology:

**Filed:** DEC 14, 2006          **Serial Number:** 77-064,598

**Published For Opposition:** AUG 07, 2007

### Ownership Details:

### Applicant:

AME & LULU LLC

MASSACHUSETTS  LIMITED LIABILITY CO.

101 MONMOUTH STRET, NO. 717

BROOKLINE, MASSACHUSETTS  02109

| Assignee | Assignor |
|---|---|
| AME & LULU LLC | KURSON, AMYE |
| MASSACHUSETTS LIMITED | UNITED STATES INDIVIDUAL |
| LIABILITY COMPANY | **Signed:** JUN 07, 2007 |
| 101 MONMOUTH STRET, NO. 717 | |
| BROOKLINE, MASSACHUSETTS, | |
| 02109 | |

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JUN 11, 2007
**Reel/Frame:** 3558/0536
**Correspondent:**
AMY B. SPAGNOLE
28 STATE STREET
BOSTON, MA 02109

**Filing Correspondent:**

      AMY B. SPAGNOLE
      HINCKLEY ALLEN SNYDER LLP
      28 STATE ST
      BOSTON, MA 02109-1775



LULU GUINNESS

### L.G. LULU GUINNESS

**Status:**    PUBLISHED

               INTENT TO USE

               **USPTO Status:** SECOND EXTENSION - GRANTED

               **USPTO Status Date:** JUL 07, 2007

**Goods/Services:**

               **International Class 9:**  OPTICAL FRAMES

**Last Reported Owner:**

               LGCK LIMITED

               UNITED KINGDOM  COMPANY

               159-165 GREAT PORTLAND STREET

               LONDON W1W 5PA, UNITED KINGDOM

**Chronology:**

               **Filed:** JAN 03, 2005        **Serial Number:** 76-626,695

               **Published For Opposition:** JAN 03, 2006

**Ownership Details:**

**Applicant:**

               LGCK LIMITED

               UNITED KINGDOM  COMPANY

               159-165 GREAT PORTLAND STREET

               LONDON W1W 5PA, UNITED KINGDOM

**Portrait Permission:**

               THE NAME LULU GUINNESS IDENTIFIES A LIVING INDIVIDUAL

               WHOSE CONSENT IS OF RECORD.

**Claims:**

               COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Other U.S. Registrations:** 2,864,891

**Filing Correspondent:**

               NADIA K. DROUMBANIS

               BHARATI BAKSHANI

               C/O LADAS & PARRY LLP

               26 W 61ST ST

               NEW YORK, NY 10023-7604

**Domestic Representative:** LADAS & PARRY LLP

LULU THE LETTER-SPINNING SPIDER

## LULU THE LETTER-SPINNING SPIDER

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAR 13, 2007

**Goods/Services:**

**International Class 9:** VIDEO AND AUDIO CASSETTES, TAPES, CD ROMS AND DVD'S FEATURING CHILDREN'S EDUCATION; CHILDREN'S EDUCATIONAL COMPUTER SOFTWARE; COMPUTER GAME CARTRIDGES

**International Class 16:** PRINTED MATTER; NAMELY, CHILDREN'S BOOKS

**International Class 28:** TOYS, GAMES, AND PLAYTHINGS, NAMELY, PLUSH TOYS, ELECTRONIC LEARNING TOYS

**First Used:** JUN 21, 2005  (INTL. CL. 9)
**In Commerce:** JUN 21, 2005
**First Used:** JUN 21, 2005  (INTL. CL. 16)
**In Commerce:** JUN 21, 2005
**First Used:** JUN 09, 2005  (INTL. CL. 28)
**In Commerce:** JUN 09, 2005

**Disclaimers:**

″SPIDER″

**Last Reported Owner:**

LEAPFROG ENTERPRISES, INC.
DELAWARE  CORPORATION
SUITE 100
6401 HOLLIS STREET
EMERYVILLE, CALIFORNIA  94608

**We Have Located Other Marks With This Owner**

LITTLE LEAPS LEARNING FRIEND    USPTO    Page 219
LULU

**Chronology:**

**Filed:** DEC 22, 2004    **Serial Number:** 78-537,445
**Published For Opposition:** MAY 16, 2006
**Registered:** MAR 13, 2007    **Registration Number:** 3,218,677
**Date Revived/Reinstated:** MAR 02, 2006

**Ownership Details:**

**Registrant:**

LEAPFROG ENTERPRISES, INC.
DELAWARE  CORPORATION
SUITE 100

6401 HOLLIS STREET

EMERYVILLE, CALIFORNIA  94608

**Filing Correspondent:**

ANNA SILVA

INTELLECTUAL PROPERTY COUNSEL

6401 HOLLIS STREET, STE 100

LEAPFROG ENTERPRISES, INC.

EMERYVILLE CA 94608-1070

**TINA AND LULU**

TINA AND LULU

**Status:**   PUBLISHED

INTENT TO USE

**USPTO Status:** THIRD EXTENSION - GRANTED
**USPTO Status Date:** JUN 27, 2007
**Goods/Services:**
**International Class 9:** PRE-RECORDED VIDEO TAPES, AUDIO
TAPES, CD-ROMS AND COMPUTER SOFTWARE FEATURING
ACTION, DRAMA, COMEDY AND GENERAL INTEREST; MOTION
PICTURE FILMS FEATURING ACTION, DRAMA, COMEDY AND
GENERAL INTEREST
**International Class 41:** ENTERTAINMENT SERVICES, NAMELY,
PROVIDING A WEBSITE FEATURING ENTERTAINMENT CONTENT
FOR CHILDREN AND FAMILIES, ACTION, COMEDY, DRAMA AND
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER
NETWORK; PRODUCTION AND DISTRIBUTION OF MOTION
PICTURES, PROGRAMMING FOR TELEVISION, PROGRAMMING ON
A GLOBAL COMPUTER NETWORK; TELEVISION ENTERTAINMENT
IN THE NATURE OF AN ON-GOING PROGRAM IN THE FIELD OF
CHILDREN, FAMILY, GENERAL INTEREST, ACTION, COMEDY OR
DRAMA
**Last Reported Owner:**

ZENIMAX MEDIA INC.
DELAWARE  CORPORATION
1370 PICCARD DRIVE
ROCKVILLE, MARYLAND  20850

**We Have Located Other Marks With This Owner**

TINA AND LULU                    USPTO          Page 258

**Chronology:**
**Filed:** NOV 04, 2004        **Serial Number:** 78-511,568
**Published For Opposition:** OCT 11, 2005

**Ownership Details:**
**Applicant:**

ZENIMAX MEDIA INC.
DELAWARE  CORPORATION
1370 PICCARD DRIVE
ROCKVILLE, MARYLAND  20850
**Filing Correspondent:**

ANN K. FORD

PIPER RUDNICK LLP
1200 19TH ST NW # 7
WASHINGTON, DC 20036-2431



### JEMMA LULU

**Status:**    REGISTERED
AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 16, 2002

**Goods/Services:**
**International Class 14:**  JEWELRY
**First Used:** JUL 01, 2000  (INTL. CL. 14)
**In Commerce:** JUL 01, 2000

**Last Reported Owner:**
WU, REGINA A.
UNITED STATES  INDIVIDUAL
50 KING STREET APT. 6 A
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

[HONEY BY JEMMA LULU](#)                USPTO          Page 265

**Chronology:**
**Filed:** MAY 26, 2000         **Serial Number:** 76-056,950
**Published For Opposition:** JUN 26, 2001
**Registered:** JUL 16, 2002         **Registration Number:** 2,595,423

**Ownership Details:**

**Registrant:**
WU, REGINA A.
UNITED STATES  INDIVIDUAL
50 KING STREET APT. 6 A
NEW YORK, NEW YORK  10014

**Portrait Permission:**
"JEMMA LULU" IS NOT A NAME WHICH IDENTIFIES A PARTICULAR
LIVING INDIVIDUAL.

**Design Phrase:**
DESIGN OF A YOUNG GLAMOUROUS WOMAN, HEADSHOT ONLY,
WEARING A HAT AND THE WORDS JEMMA LULU.

**Filing Correspondent:**
REGINA A WU
50 KING ST APT 6A
NEW YORK NY 10014-4955

LULU GREEN

**LULU GREEN**

**Status:**       REGISTERED

          **USPTO Status:** REGISTERED
          **USPTO Status Date:** AUG 03, 2004
**Goods/Services:**
          **International Class 16:** STICKERS
          **First Used:** APR 01, 2001  (INTL. CL. 16)
          **In Commerce:** APR 01, 2001
**Last Reported Owner:**
          VIACOM INTERNATIONAL INC.
          DELAWARE  CORPORATION
          1515 BROADWAY
          NEW YORK, NEW YORK  10036

          **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**
          **Filed:** DEC 27, 2000        **Serial Number:** 78-040,747
          **Published For Opposition:** MAR 05, 2002
          **Registered:** AUG 03, 2004    **Registration Number:** 2,870,369

**Ownership Details:**
**Registrant:**
          VIACOM INTERNATIONAL INC.

DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**Assignee**

NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0626
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**

VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
**Signed:** DEC 21, 2005

**Assignee**

VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** CHANGE OF NAME
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0584
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**

NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
**Signed:** DEC 31, 2005

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING
INDIVIDUAL

**Filing Correspondent:**

DANIEL CHUNG
C/O A ARIES TABIGUE
VIACOM INTERNATIONAL INC.
1515 BROADWAY 34TH FLOOR
NEW YORK NY 10036

LULU LOLO

## LULU LOLO

**Status:**      REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

**USPTO Status Date:** MAR 14, 2007

**Goods/Services:**

**International Class 16:** [TEMPORARY TATTOOS; PHOTOGRAPH AND SCRAP ALBUMS; ALMANACS;] ANNOUNCEMENT CARDS; [AQUARELLES; DISPOSABLE DIAPERS AND TRAINING UNDERWEAR; PAPER NAPKINS; BAGS FOR MICROWAVE COOKING; PAPER BAGS FOR PACKAGING; BIBS OF PAPER; LOOSE-LEAF BINDERS; BLACKBOARDS; BOOKENDS; BOOKLETS FEATURING INFORMATION ABOUT MOVIES, MYSTERIES, HOLIDAYS AND FICTIONAL CHARACTERS;] BOOK MARKS; BOOKS FEATURING INFORMATION ABOUT MOVIES, MYSTERIES, HOLIDAYS AND FICTIONAL CHARACTERS; [BOXES FOR PENS; CARDBOARD AND PAPER BOXES; CALENDARS;] GREETING CARDS, NOTE CARDS, AND POST CARDS; [PLAYING CARDS; CIGAR BANDS; PAPER COASTERS; CONFETTI; DECALS; TAPE DISPENSERS; DRAWING PADS; EMBROIDERY DESIGN PATTERNS; ENGRAVINGS; ENVELOPES; ERASING PRODUCTS, NAMELY, PENCIL ERASERS, CHALKBOARD ERASERS; ETCHINGS; PAPER FACE TOWELS; PAPER MACHE FIGURINES; PAPER FLAGS; FOLDERS; PRINTED FORMS; FOUNTAIN PENS; GRAPHIC PRINTS; GRAPHIC REPRESENTATIONS; GRAPHIC ART REPRODUCTIONS;] GREETING CARDS;[ PAPER HANDKERCHIEFS; CARDBOARD HAT BOXES; INDEX CARDS; LABELS NOT OF TEXTILES, NAMELY, PRINTED LABELS AND ADDRESS LABELS; LITHOGRAPHS; MAGAZINES FEATURING INFORMATION ABOUT MOVIES, MYSTERIES, HOLIDAYS AND FICTIONAL CHARACTERS; PAPER NAPKINS FOR REMOVING MAKE-UP; NOTE BOOKS; STATIONERY AND WRITING PADS; PAINT BOXES; FRAMED AND UNFRAMED PAINTINGS; WRAPPING PAPER; WRITING PAPER; PAPERWEIGHTS; PASTELS; PEN CASES; PENCIL HOLDERS; PENCIL SHARPENERS; PENCILS; PHOTO-ENGRAVINGS; MOUNTED AND UNMOUNTED PHOTOGRAPHS; PICTURES; PLACE CARDS; PAPER PLACE MATS; PORTRAITS; POSTCARDS; POSTERS; ART PRINTS; GRADUATED RULES; SCRAPBOOKS; SEALING STAMPS; PAPER SEALS;' SIGNBOARDS OF PAPER AND CARDBOARD; SONG BOOKS; RUBBER STAMPS; STAPLES; STENCILS; STICKERS; PAPER TABLE CLOTHS AND LINENS; PRINTED TICKETS; TISSUE PAPER; BATHROOM TISSUE; FACIAL TISSUE; TOILET PAPER; FOOD WRAPPERS; AND SLATE BOARDS FOR WRITING]

**First Used:** NOV 15, 1998  (INTL. CL. 16)
**In Commerce:** NOV 15, 1998

**Last Reported Owner:**

EVANS, LOIS
UNITED STATES  INDIVIDUAL
331 EAST 116 STREET
NEW YORK, NEW YORK  10029-1502

**Chronology:**

**Filed:** APR 27, 1998          **Serial Number:** 75-474,713
**Published For Opposition:** NOV 09, 1999
**Registered:** JAN 30, 2001          **Registration Number:** 2,425,513
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                         SEC. 15 ACK.  MAR 14, 2007

**Ownership Details:**
**Registrant:**

EVANS, LOIS
UNITED STATES  INDIVIDUAL
331 EAST 116 STREET
NEW YORK, NEW YORK  10029-1502

**Filing Correspondent:**

JOSEPH F NICHOLSON
KENYON & KENYON
1 BROADWAY
NEW YORK NY 10004



Lulu the Dog

## LULU THE DOG

**Status:**    PUBLISHED

INTENT TO USE

FILED AS USE APPLICATION

**USPTO Status:** PUBLISHED FOR OPPOSITION

**USPTO Status Date:** JUL 24, 2007

**Goods/Services:**

**International Class 16:** CHILDREN'S LITERATURE BOOKS; LITHOGRAPHIC PRINTS; POSTERS

**Last Reported Owner:**

EDWARD S. LEAVER

UNITED STATES  INDIVIDUAL

6 WATER ST.

HINGHAM, MASSACHUSETTS  02043

**Chronology:**

**Filed:** JAN 06, 2005        **Serial Number:** 78-543,041

**Published For Opposition:** JUL 24, 2007

**Ownership Details:**

**Applicant:**

EDWARD S. LEAVER

UNITED STATES  INDIVIDUAL

6 WATER ST.

HINGHAM, MASSACHUSETTS  02043

**Claims:**

THE COLOR(S) BLACK, WHITE, BROWN, RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE MARK CONSISTS OF A STYLIZED RENDERING OF A DOG SHOWN IN BLACK AND WHITE WITH BROWN EYES STANDING ON A RED CARPET ON A BROWN FLOOR IN FRONT OF A BLUE WALL BACKGROUND. THE AUTHOR'S LAST NAME ″LEAVER″ IS ALSO SHOWN IN BLACK SCRIPT LETTERING ALONG THE LEFT SIDE OF THE CARPET.

**Filing Correspondent:**

JOHN M. BRANDT

JOHN M. BRANT

60 THAXTER ST.

HINGHAM, MA 02043

# LULU'S PEEPS

**LULU'S PEEPS**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 13, 2004

**Goods/Services:**

**International Class 16:** PRINTED MATTER, NAMELY, NOTE PAPER AND LOOSE LEAF PAPER, SERIES OF FICTION BOOKS, PLAYING CARDS, DECALS, STICKERS, BUMPER STICKERS, TRADING CARDS, NOTE CARDS, POSTERS, FOLDERS, PENCILS, PENS, CALENDARS
**First Used:** APR 01, 2001  (INTL. CL. 16)
**In Commerce:** APR 01, 2001

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** NOV 09, 2000          **Serial Number:** 78-034,478
**Published For Opposition:** AUG 21, 2001
**Registered:** JUL 13, 2004    **Registration Number:** 2,863,527

## Ownership Details:
### Registrant:

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

| Assignee | Assignor |
|---|---|
| NEW VIACOM INTERNATIONAL CORP. | VIACOM INTERNATIONAL INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1515 BROADWAY | **Signed:** DEC 21, 2005 |
| NEW YORK, NEW YORK, 10036 | |

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0626
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

| Assignee | Assignor |
|---|---|
| VIACOM INTERNATIONAL INC. | NEW VIACOM INTERNATIONAL CORP. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1515 BROADWAY | **Signed:** DEC 31, 2005 |
| NEW YORK, NEW YORK, 10036 | |

**Brief:** CHANGE OF NAME
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0584
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

### Filing Correspondent:

JOSEPH MOLKO
VIACOM INTERNATIONAL INC.
1515 BROADWAY FL 51
NEW YORK NY 10036

LITTLE LULU

**LITTLE LULU**

**Status:**     RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAR 04, 2005

**Goods/Services:**

**International Class 16:**
**(U.S. CL. 38)** ILLUSTRATED BOOKS FOR CHILDREN
**First Used:** 1954  (US.CL. 38)
**In Commerce:** 1954

**Last Reported Owner:**

CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| THE LITTLE LULU SHOW | USPTO | Page 189 |
| LITTLE LULU | USPTO | Page 269 |
| LITTLE LULU | USPTO | Page 280 |
| LITTLE LULU | USPTO | Page 325 |
| LITTLE LULU | Common Law | Page 1059 |

**Chronology:**

**Filed:** JUN 20, 1973        **Serial Number:** 72-460,870
**Published For Opposition:** MAY 14, 1974
**Registered:** AUG 06, 1974      **Registration Number:** 990,189
**Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC.
                          9 GRANTED  MAR 04, 2005
                          REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                          SEC. 15 ACK.
                          JUN 04, 1980
            **Last Renewed:** AUG 06, 2004

**Ownership Details:**
**Registrant:**

WESTERN PUBLISHING COMPANY, INC.
WISCONSIN  CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**                         **Assignor**

GOLDEN BOOKS PUBLISHING          HSBC BANK USA
COMPANY, INC.                    DELAWARE CORPORATION
DELAWARE CORPORATION             **Signed:** SEP 26, 2002
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Correspondent:**
MORGAN LEWIS & BOCKIUS LLP
SCOTT H. JAFFEE
101 PARK AVENUE
NEW YORK, NY 10178

**Assignee**
JP MORGAN CHASE BANK
NEW YORK CORPORATION
GARRETT VERDONE
1166 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

**Assignor**
CLASSIC MEDIA INC.
DELAWARE CORPORATION
**Signed:** AUG 26, 2002

**Assignor**
HARVEY ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA INDUSTRIES CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
GOLD KEY HOME VIDEO, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
HARVEY ASSETS COMPANY LLC
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA PRODUCTIONS OF AMERICA
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPARIO MUSIC CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**

CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT THE BRIEF FROM ASSIGNMENT TO COLLATERAL ASSIGNMENT, PREVIOULSY RECORDED ON REEL 002017 FRAME 0595, ASSIGNOR CONFIRMS THE ASSIGNMENT OF THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS & HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
HSBC BANK USA
NEW YORK AS COLLATERAL AGENT
140 BROADWAY
12TH FLOOR, CORPORATE TRUST SERVICES
NEW YORK, NEW YORK, 10005-1180

**Assignor**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 25, 2000

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

**Assignee**
CIT GROUP/BUSINESS CREDIT, INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CHASE MANHATTAN BANK, THE
CORPORATION
**Signed:** DEC 13, 1999

**Brief:** RELEASE OF SECURITY
INTEREST
**Recorded:** DEC 15, 1999
**Reel/Frame:** 2008/0725
**Correspondent:**
PROSKAUER ROSE LLP
JENNIFER SILVER
1585 BROADWAY
NEW YORK, NEW YORK 10036

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN, 53404

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
**Signed:** MAY 08, 1996

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139

**Correspondent:**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
GENERAL ELECTRIC CREDIT
CORPORATION
NEW YORK CORPORATION
**Signed:** JUL 17, 1984

**Brief:** ASSIGNOR HEREBY
TERMINATES THE ASSIGNMENT OF
THE COPYRIGHT AND LICENSE,
SUBJECT TO AGREEMENT
RECITED
**Recorded:** AUG 17, 1984
**Reel/Frame:** 0476/0831
**Correspondent:**
WILMER, CUTLER & PICKERING
1666 K ST., N.W.
WASHINGTON, DC 20006

**Assignee**
CHEMICAL BANK
52 BROADWAY
NEW YORK, NEW YORK, 10004

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN
**Acknowledge:** JUL 17, 1984

**Brief:** AS SECURITY FOR
OBLIGATIONS RECITED, ASSIGNOR
GRANTS, ASSIGNS A SECURITY
THE ENTIRE INTEREST SUBJECT
TO AGREEMENT RECITED
**Recorded:** AUG 20, 1984
**Reel/Frame:** 0476/0821

**Correspondent:**
WILMER CUTLER ET AL.
1666 K ST., N.W.
WASHINGTON, DC 20006

**Assignee**
GENERAL ELECTRIC CREDIT
CORPORATION
NEW YORK CORPORATION
260 LONG RIDGE ROAD
STAMFORD, CONNECTICUT, 06902

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN
**Signed:** FEB 28, 1984

**Brief:** AS SECURITY FOR
OBLIGATIONS RECITED, ASSIGNOR
HEREBY GRANTS, ASSIGNS AND
CONVEYS A SECURITY INTEREST
UNDER SAID MARK, SUBJECT TO
AGREEMENT RECITED
**Recorded:** MAR 13, 1984
**Reel/Frame:** 0467/0752
**Correspondent:**
WEIL, GOTSHAL, ET AL.
767 FIFTH AVE.
NEW YORK, NY 10153

**Assignee**
GENERAL ELECTRIC CREDIT
CORPORATION
NEW YORK CORPORATION
260 LONG RIDGE RD.
STAMFORD, CONNECTICUT, 06902

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN
**Signed:** FEB 28, 1984

**Brief:** AS SECURITY FOR
OBLIGATIONS RECITED ASSIGNOR
HEREBY GRANTS ASSIGNS THE
ENTIRE INTEREST UNDER SAID
MARK
**Recorded:** FEB 29, 1984
**Reel/Frame:** 0462/0181

**Correspondent:**
WEIL, GOTSHAL & MANGES
767 FIFTH AVE.
NEW YORK, NY 10153


**Assignee**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN, 53404

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignor**
MATTEL INC.
DELAWARE CORPORATION
5150 ROSECRANS AVE.
HAWTHORNE, CALIFORNIA
**Acknowledge:** OCT 04, 1983


**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982


**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

| Assignee | Assignor |
|---|---|
| WESTERN PUBLISHING COMPANY, INC. | WPC, INC. (CHANGED TO) **Signed:** NOV 19, 1979 |
| | **Assignor** |
| | WPC PUBLISHING, INC. (CHANGED TO) |

**Brief:** CERTIFICATE BY THE
SECRETARY OF STATE OF
DELAWARE SHOWING CHANGES
OF NAME ON APRIL 9, 1979 AND
JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Other U.S. Registrations:** 958,607; 959,441
**Filing Correspondent:**
SONJA KEITH
CLASSIC MEDIA, INC.
860 BROADWAY, 6TH FL.
NEW YORK, NY 10003

JACK AND LULU

**JACK AND LULU**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 10, 2006

**Goods/Services:**

**International Class 16:** PAPER PRODUCTS, NAMELY STATIONERY, NOTE CARDS, WRAPPING PAPER, GIFT TAGS, GREETING CARDS, AND ENVELOPES
**First Used:** MAY 2000 (INTL. CL. 16)
**In Commerce:** MAY 2000

**Last Reported Owner:**

JACK AND LULU, INC.
NORTH CAROLINA CORPORATION
2704 PROVIDENCE SPRING LANE
CHARLOTTE, NORTH CAROLINA 28270

**Chronology:**

**Filed:** MAR 29, 2005        **Serial Number:** 78-596,725
**Published For Opposition:** JUL 18, 2006
**Registered:** OCT 10, 2006        **Registration Number:** 3,153,114

**Ownership Details:**
**Registrant:**

JACK AND LULU, INC.
NORTH CAROLINA CORPORATION
2704 PROVIDENCE SPRING LANE
CHARLOTTE, NORTH CAROLINA 28270

**Filing Correspondent:**

WILLIAM J. SAUERS
CROWELL & MORING LLP
INTELLECTUAL PROPERTY GROUP
1001 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20004



## LULU THERAPY ON A LEASH, INC.

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 11, 2001

**Goods/Services:**

**International Class 16:** ANIMAL-ASSISTED THERAPY TRAINING MANUALS AND REFERENCE BOOKS, STICKERS, STATIONERY, CALENDARS, CARDS, PHOTOGRAPHS, PENCILS AND PENS

**International Class 21:** MUGS AND GLASSES

**International Class 25:** CLOTHING ITEMS, NAMELY, HATS, SHIRTS, JACKETS, SHORTS S AND PANTS

**International Class 41:** EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, LECTURES, DEMONSTRATIONS, AND MULTIMEDIA PRESENTATIONS IN THE FIELD OF THE USE OF ANIMALS FOR PURPOSES OF PROVIDING THERAPY TO HUMAN BEINGS; TRAINING ANIMALS FOR PURPOSES OF PROVIDING THERAPY TO HUMAN BEINGS

**First Used:** JUN 15, 2001  (INTL. CL. 16)
**In Commerce:** JUN 15, 2001
**First Used:** JUN 15, 2001  (INTL. CL. 21)
**In Commerce:** JUN 15, 2001
**First Used:** JUN 15, 2001  (INTL. CL. 25)
**In Commerce:** JUN 15, 2001
**First Used:** JUN 15, 2001  (INTL. CL. 41)
**In Commerce:** JUN 15, 2001

**Disclaimers:**

"INC."

**Last Reported Owner:**

THERAPY ON A LEASH, INC.
OKLAHOMA  CORPORATION
3825 COBBLE CIRCLE
NORMAN, OKLAHOMA  73072

**Chronology:**

**Filed:** APR 20, 1998        **Serial Number:** 75-470,145
**Published For Opposition:** DEC 01, 1998
**Registered:** DEC 11, 2001    **Registration Number:** 2,517,778

**Ownership Details:**
**Registrant:**

THERAPY ON A LEASH, INC.
OKLAHOMA  CORPORATION
3825 COBBLE CIRCLE

NORMAN, OKLAHOMA  73072

**Filing Correspondent:**

NEAL R KENNEDY

MCAFEE & TAFT

2 LEADERSHIP SQ

211 N ROBINSON 10TH FL

OKLAHOMA CITY OK 73102



**LULU & FRANKIE**

**Status:**    PUBLISHED
              INTENT TO USE

              **USPTO Status:** NOTICE OF ALLOWANCE - ISSUED
              **USPTO Status Date:** APR 03, 2007

**Goods/Services:**
              **International Class 18:**  HANDBAGS

**Last Reported Owner:**
              MCGARVEY, CHRISIE
              UNITED STATES  INDIVIDUAL
              8833 GREENSBORO LANE
              LAS VEGAS, NEVADA  89134

**Chronology:**
              **Filed:** DEC 06, 2005        **Serial Number:** 78-767,949
              **Published For Opposition:** JAN 09, 2007

**Ownership Details:**
**Applicant:**
              MCGARVEY, CHRISIE
              UNITED STATES  INDIVIDUAL
               8833 GREENSBORO LANE
              LAS VEGAS, NEVADA  89134

**Design Phrase:**
              THE MARK CONSISTS OF A HEART SHAPE WHICH ENCOMPASSES
              THE NAMES ″LULU & FRANKIE″.

**Filing Correspondent:**
              H. STAN JOHNSON, ESQ.
              COHEN JOHNSON & DAY
              1489 W WARM SPRINGS RD STE 110
              HENDERSON, NV 89014-7367

# LULU FLYNN

## LULU FLYNN

**Status:**     PENDING

INTENT TO USE

**USPTO Status:** SUSPENSION LETTER - MAILED

**USPTO Status Date:** JUL 03, 2007

**Goods/Services:**

**International Class 18:** ANIMAL LEASHES; PET ACCESSORIES, NAMELY, CANVAS, VINYL, AND LEATHER POUCHES FOR HOLDING DISPOSABLE BAGS TO PLACE PET WASTE IN; COLLARS FOR PETS; PET COLLAR ACCESSORIES, NAMELY BOWS AND CHARMS; ANIMAL CARRIERS; ANIMAL CLOTHING; MUZZLES; PET CUSHIONS; SCRATCHING POSTS; RAWHIDE CHEWS FOR DOGS

**Last Reported Owner:**

FETE ACCOMPLI LLC

DELAWARE  LIMITED LIABILITY CO.

8523 SUNSET BOULEVARD

LOS ANGELES, CALIFORNIA  90069

**We Have Located Other Marks With This Owner**

LULU FLYNN                          USPTO          Page 142

**Chronology:**

**Filed:** MAR 08, 2007          **Serial Number:** 76-673,761

**Ownership Details:**

**Applicant:**

FETE ACCOMPLI LLC

DELAWARE  LIMITED LIABILITY CO.

8523 SUNSET BOULEVARD

LOS ANGELES, CALIFORNIA  90069

**Portrait Permission:**

THE MARK DOES NOT CONTAIN THE NAME OF ANY LIVING INDIVIDUAL.

**Filing Correspondent:**

LEONARD J. CHARNEY

11 E 44TH ST FL 9

NEW YORK, NY 10017-3608

LULU GREEN

**LULU GREEN**

**Status:**  PUBLISHED

INTENT TO USE

**USPTO Status:** FIRST EXTENSION - GRANTED
**USPTO Status Date:** JAN 02, 2007

**Goods/Services:**

**International Class 18:**  BAGS, NAMELY, HANDBAGS, BACKPACKS, TOTE BAGS, CHANGE PURSES, GYM BAGS, DUFFEL BAGS, FANNY PACKS, WALLETS.

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** DEC 27, 2000        **Serial Number:** 78-040,751

**Published For Opposition:** JUN 27, 2006

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.

DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**Assignee**
NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0626
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
**Signed:** DEC 21, 2005

**Assignee**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Brief:** CHANGE OF NAME
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0584
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Assignor**
NEW VIACOM INTERNATIONAL
CORP.
DELAWARE CORPORATION
**Signed:** DEC 31, 2005

**Portrait Permission:**
THE NAME LULU GREEN DOES NOT IDENTIFY A LIVING
INDIVIDUAL.

**Filing Correspondent:**
SELENE H. COSTELLO
MTV NETWORKS
1515 BROAD WAY 34TH FLOOR
NEW YORK NEW YORK 10036

# LULU PINK

**LULU PINK**

**Status:**     PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** SUSPENSION LETTER - MAILED

**USPTO Status Date:** APR 11, 2007

**Goods/Services:**

**International Class 18:** LEATHER GOODS, NAMELY, DOG CLOTHING

**First Used:** FEB 01, 2005  (INTL. CL. 18)

**In Commerce:** FEB 01, 2005

**Disclaimers:**

″PINK″

**Last Reported Owner:**

JOHNSON, KAREN

UNITED STATES  INDIVIDUAL

1335 HERMINE DRIVE

WALNUT CREEK, CALIFORNIA  94596

**Chronology:**

**Filed:** JUN 05, 2006         **Serial Number:** 78-900,552

**Ownership Details:**

**Applicant:**

JOHNSON, KAREN

UNITED STATES  INDIVIDUAL

1335 HERMINE DRIVE

WALNUT CREEK, CALIFORNIA  94596

**Filing Correspondent:**

SHELDON R. MEYER

FLIESLER MEYER LLP

14TH FLOOR

650 CALIFORNIA STREET

SAN FARNCISCO CA 94108



**LULU & LUIGI**

**Status:**    REGISTERED

      **USPTO Status:** REGISTERED
      **USPTO Status Date:** NOV 07, 2006

**Goods/Services:**
      **International Class 18:** PET CARRIERS AND LEASHES; PET
      CLOTHING
      **First Used:** JUN 2003  (INTL. CL. 18)
      **In Commerce:** JUN 2003

**Last Reported Owner:**
      LULU & LUIGI, LLC
      MINNESOTA  LIMITED LIABILITY CO.
      3844 GRAND WAY WEST
      ST. LOUIS PARK, MINNESOTA  55416

**Chronology:**
      **Filed:** MAY 16, 2005      **Serial Number:** 76-638,721
      **Published For Opposition:** AUG 22, 2006
      **Registered:** NOV 07, 2006      **Registration Number:** 3,167,194

**Ownership Details:**
**Registrant:**
      LULU & LUIGI, LLC
      MINNESOTA  LIMITED LIABILITY CO.
      3844 GRAND WAY WEST
      ST. LOUIS PARK, MINNESOTA  55416

**Claims:**
      THE COLORS ORANGE, PEACH, LIGHT BLUE, BLUE, YELLOW,
      WHITE AND BLACK ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**
      THE COLOR ORANGE APPEARS IN THE UPPER LEFT SQUARE,
      THE COLOR PEACH APPEARS IN THE LOWER LEFT SQUARE AND
      IN THE WORDING LULU, THE COLOR LIGHT BLUE APPEARS IN
      THE UPPER RIGHT SQUARE AND IN THE WORDING LUIGI, THE
      COLOR BLUE APPEARS IN THE LOWER RIGHT SQUARE, THE
      COLOR YELLOW APPEARS IN THE BOW ON THE DOG'S HEAD,
      THE COLOR WHITE APPEARS IN THE DESIGN OF THE DOG AND
      CAT, AND THE COLOR BLACK APPEARS IN THE OUTLINE OF THE
      DOG AND THE CAT.

**Filing Correspondent:**
      LAWRENCE M. NAWROCKI
      NAWROCKI, ROONEY & SIVERTSON, P.A.

SUITE 401, BROADWAY PLACE EAST
3433 BROADWAY STREET N.E.
MINNEAPOLIS, MINNESOTA 55413

# LULU TOWNSEND

**LULU TOWNSEND**

**Status:**     PUBLISHED
               INTENT TO USE

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** JUL 17, 2007

**Goods/Services:**

**International Class 18:** HANDBAGS; BACKPACKS; WAIST PACKS; SPORTS BAGS; LUGGAGE; WALLETS; PURSES; SHOULDER BAGS; UMBRELLAS

**International Class 25:** FOOTWEAR; SHOES; SANDALS; SOCKS; HOSIERY; SLIPPERS; OVERSHOES; RUBBERS; BOOTS; CLOGS; ATHLETIC SHOES; SNEAKERS; SCARVES; GLOVES; HATS; SHIRTS; PANTS; SHORTS; BLOUSES; VESTS; JACKETS; SWEATERS; SKIRTS

**Last Reported Owner:**

DSW SHOE WAREHOUSE, INC.
MISSOURI  CORPORATION
4150 EAST FIFTH AVENUE
COLUMBUS, OHIO  43219

**We Have Located Other Marks With This Owner**

LULU TOWNSEND                    USPTO          Page 136

**Chronology:**

**Filed:** MAR 30, 2007        **Serial Number:** 77-144,882
**Published For Opposition:** JUL 17, 2007

**Ownership Details:**

**Applicant:**

DSW SHOE WAREHOUSE, INC.
MISSOURI  CORPORATION
4150 EAST FIFTH AVENUE
COLUMBUS, OHIO  43219

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

THEODORE R. REMAKLUS
WOOD, HERRON & EVANS, L.L.P.
441 VINE STREET
2700 CAREW TOWER

CINCINNATI, OH 45202

## LULU TOWNSEND

*Lulu Townsend*

**Status:**    PUBLISHED

INTENT TO USE

**USPTO Status:** PUBLISHED FOR OPPOSITION

**USPTO Status Date:** JUL 17, 2007

**Goods/Services:**

**International Class 18:** HANDBAGS; BACKPACKS; WAIST PACKS; SHOULDER BAGS; SPORTS BAGS; LUGGAGE; WALLETS; PURSES; UMBRELLAS

**International Class 25:** FOOTWEAR; SHOES; SANDALS; HOSIERY; SLIPPERS; OVERSHOES; RUBBERS; BOOTS; CLOGS; ATHLETIC SHOES; SNEAKERS; SCARVES; GLOVES; HATS; SHIRTS; SHORTS; BLOUSES; VESTS; JACKETS; SWEATERS; SKIRTS; SOCKS; PANTS

**Last Reported Owner:**

DSW SHOE WAREHOUSE, INC.

MISSOURI  CORPORATION

4150 EAST FIFTH AVENUE

COLUMBUS, OHIO  43219

**We Have Located Other Marks With This Owner**

LULU TOWNSEND                USPTO           Page 134

**Chronology:**

**Filed:** APR 05, 2007      **Serial Number:** 77-149,114

**Published For Opposition:** JUL 17, 2007

**Ownership Details:**

**Applicant:**

DSW SHOE WAREHOUSE, INC.

MISSOURI  CORPORATION

4150 EAST FIFTH AVENUE

COLUMBUS, OHIO  43219

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Claims:**

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**

THEODORE R. REMAKLUS

WOOD, HERRON & EVANS, L.L.P.

441 VINE STREET

2700 CAREW TOWER
CINCINNATI, OH 45202

BABY LULU

**BABY LULU**

 **Worldwide Filings = 10**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 09, 2003

**Goods/Services:**
**International Class 18:**  DIAPER BAGS
**International Class 25:**  CLOTHING, NAMELY, OVERALLS, PANTS,
SHORTS, SHIRTS, T-SHIRTS, VESTS, HATS, DRESSES, BLOOMERS,
PANTIES, HEADBANDS, AND SHOES
**First Used:** JUN 30, 1997  (INTL. CL. 18)
**In Commerce:** JUN 30, 1997
**First Used:** JUL 09, 1996  (INTL. CL. 25)
**In Commerce:** JUL 11, 1996

**Disclaimers:**
″BABY″

**Last Reported Owner:**
MURPHY, ERIN L.
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**We Have Located Other Marks With This Owner**
BABY LULU                    USPTO          Page 93

GOOD NIGHT LULU              USPTO          Page 164

SMITH, R. LELAND B., JR
UNITED STATES  INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**We Have Located Other Marks With This Owner**
BABY LULU                    USPTO          Page 93

GOOD NIGHT LULU              USPTO          Page 164

**Chronology:**
**Filed:** MAR 23, 2000        **Serial Number:** 76-975,646
                                **Parent Serial Number:** 76-008,214
**Published For Opposition:** APR 16, 2002
**Registered:** SEP 09, 2003    **Registration Number:** 2,761,639

**Ownership Details:**

**Registrant:**

MURPHY, ERIN L.
UNITED STATES   INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

SMITH, R. LELAND B., JR
UNITED STATES   INDIVIDUAL
2140 EAST 7TH PLACE, #A1S
LOS ANGELES, CALIFORNIA  90021

**Other U.S. Registrations:** 1,888,560

**Filing Correspondent:**

ROBERT BERLINER
ROBBINS, BERLINER & CARSON
865 S FIGUEROA STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017

LULULEMON SPECIFICA

### LULULEMON SPECIFICA

 **Worldwide Filings = 1**

**Status:** PENDING
SECTION 44 (D)
INTENT TO USE
44(D) APPLICATION - CURRENT

**USPTO Status:** SUSPENSION LETTER - MAILED
**USPTO Status Date:** JUL 21, 2007

**Goods/Services:**

**International Class 18:** ATHLETIC GYM BAGS, SPORTS BAGS, BEACH BAGS, BACKPACKS AND TOTE BAGS

**International Class 25:** CLOTHING, NAMELY, T-SHIRTS, TANK TOPS, SHIRTS, SWEATSHIRTS, PANTS, SHORTS, SKIRTS, DRESSES, SWEATPANTS, UNDERWEAR, SOCKS, JACKETS, COATS; HEADWEAR, NAMELY, HATS, CAPS, TOQUES, VISORS, HEADBANDS; FOOTWEAR, NAMELY, SHOES, SANDALS, SPORTS SHOES, BOOTS

**International Class 28:** ATHLETIC EQUIPMENT, NAMELY, BALANCE BALLS, SKIPPING ROPES, RUBBER TUBING, RUBBER CORDS AND STRAPS FOR FITNESS TRAINING, GYM GLOVES, WEIGHTLIFTING BELTS, STATIONARY BIKES, STATIONARY RUNNING TRACKS; WEIGHTLIFTING EQUIPMENT, NAMELY, BARS, FREE WEIGHTS, BARBELLS

**Last Reported Owner:**

LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST FOURTH AVENUE
VANCOUVER, CANADA  V6K 1N6

**We Have Located Other Marks With This Owner**

LULULEMON ATHLETICA                USPTO            Page 155

**Chronology:**

**Filed:** APR 25, 2005            **Serial Number:** 78-615,951

**Ownership Details:**
**Applicant:**

LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST FOURTH AVENUE
VANCOUVER, CANADA  V6K 1N6

**Non-U.S. Application Claimed:** 1250807
**Non-U.S. Application Date:** MAR 10, 2005
**Non-U.S. Application Country:** CANADA
**Other U.S. Registrations:** 2,607,811
**Filing Correspondent:**

       DAVID A. LOWE

       BLACK LOWE & GRAHAM

       701 5TH AVE STE 4800

       SEATTLE, WA 98104-7009

**Domestic Representative:** DAVID A. LOWE

# LULU FLYNN

**LULU FLYNN**

**Status:**     PENDING
              INTENT TO USE

              **USPTO Status:** SUSPENSION LETTER - MAILED
              **USPTO Status Date:** JUL 03, 2007

**Goods/Services:**
              **International Class 20:** PET BEDS; PORTABLE BEDS FOR PETS;
              DOG KENNELS; PLAYHOUSE FOR PETS

**Last Reported Owner:**
              FETE ACCOMPLI LLC
              DELAWARE  LIMITED LIABILITY CO.
              8523 SUNSET BOULEVARD
              LOS ANGELES, CALIFORNIA  90069

              **We Have Located Other Marks With This Owner**

              LULU FLYNN              USPTO          Page 128

**Chronology:**
              **Filed:** MAR 08, 2007          **Serial Number:** 76-673,760

**Ownership Details:**
**Applicant:**
              FETE ACCOMPLI LLC
              DELAWARE  LIMITED LIABILITY CO.
              8523 SUNSET BOULEVARD
              LOS ANGELES, CALIFORNIA  90069

**Portrait Permission:**
              THE MARK DOES NOT CONTAIN THE NAME OF ANY LIVING
              INDIVIDUAL.

**Filing Correspondent:**
              LEONARD J. CHARNEY
              11 E 44TH ST FL 9
              NEW YORK, NY 10017-3608



## LULU'S BAIT SHACK

**Status:**     RENEWED

       **USPTO Status:** REGISTERED AND RENEWED
       **USPTO Status Date:** JUL 25, 2006

**Goods/Services:**
       **International Class 21:** DRINKING GLASS HOLDERS
       **International Class 25:** MENS' AND LADIES' T-SHIRTS, HATS,
       BASEBALL JERSEYS, GOLF SHIRTS, AND BOXER SHORTS
       **International Class 42:** RESTAURANT SERVICES
       **First Used:** MAY 30, 1993  (INTL. CL. 21)
       **In Commerce:** MAY 30, 1993
       **First Used:** APR 01, 1993  (INTL. CL. 25)
       **In Commerce:** APR 01, 1993
       **First Used:** APR 01, 1993  (INTL. CL. 42)
       **In Commerce:** APR 01, 1993

**Last Reported Owner:**
       LEVINE, JEFF
       UNITED STATES  INDIVIDUAL
       SUITE 410
       5100 W. COPANS ROAD
       MARGATE, FLORIDA  33063

**Chronology:**
       **Filed:** SEP 03, 1993       **Serial Number:** 74-432,212
       **Published For Opposition:** OCT 31, 1995
       **Registered:** JAN 23, 1996   **Registration Number:** 1,949,959
       **Affidavit Section:**  REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC.
                 9 GRANTED  JUL 25, 2006
                 REGISTERED - SEC. 8 (6-YR) ACCEPTED
                 MAR 22, 2002
       **Last Renewed:** JAN 23, 2006

**Ownership Details:**
**Registrant:**
       LEVINE, JEFF
       UNITED STATES  INDIVIDUAL
       SUITE 410
       5100 W. COPANS ROAD
       MARGATE, FLORIDA  33063

**Filing Correspondent:**
       JEFF LEVINE
       2500 N.W. 49TH STREET

BOCA RATON, FL 33434

LULU DK

## LULU DK

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 16, 2004

**Goods/Services:**

**International Class 24:** DECORATIVE FABRICS AND UPHOLSTERY FABRICS MADE OF SILK, SATIN, CHENILLE, COTTON, LINEN, POLYESTER, RAYON, SUEDE, CORDUROY, VELVET, TERRY CLOTH, HEMP, CANVAS AND WOOL; WOVEN COTTONS, LINENS, WOOLS AND SILKS; COTTON, WOVEN SILK, POLYESTER, RAYON KNITS; EMBROIDERED COTTON, LINEN, POLYESTER, RAYON, SUEDE, CANVAS SILK AND WOOL FABRICS AND BLENDS THEREOF, SLIP COVERS AND COVERS FOR CUSHIONS; TABLETOP ACCESSORIES MADE OF FABRIC, NAMELY, PLACEMATS, COASTERS, NAPKINS, COCKTAIL NAPKINS, RUNNERS, TABLECLOTHS; BED LINENS MADE OF FABRIC, NAMELY, BLANKETS, COMFORTERS, SHEETS, THROWS, PILLOWCASES, SHAMS, AND DUVET COVERS; WALL HANGINGS, AND CURTAIN PANELS MADE OF TEXTILE; DRAPERIES; WASH CLOTHS AND TOWELS
**First Used:** MAR 01, 1996  (INTL. CL. 24)
**In Commerce:** MAR 01, 1996

**Last Reported Owner:**

LULU DK LLC
DELAWARE  LIMITED LIABILITY CO.
SUITE 2E
136 EAST 64TH STREET
NEW YORK, NEW YORK  10021

**We Have Located Other Marks With This Owner**

LULU DK                          USPTO          Page 203

LULU DK                          USPTO          Page 322

**Chronology:**

**Filed:** SEP 09, 2002        **Serial Number:** 78-161,941
**Published For Opposition:** AUG 24, 2004
**Registered:** NOV 16, 2004    **Registration Number:** 2,903,110

**Ownership Details:**
**Registrant:**

LULU DK LLC
DELAWARE  LIMITED LIABILITY CO.
SUITE 2E

136 EAST 64TH STREET

NEW YORK, NEW YORK  10021

**Filing Correspondent:**

SUSAN C. SHIN

GOODWIN PROCTER LLP

599 LEXINGTON AVE

NEW YORK NY 10022

LULU ALEXANDER

**LULU ALEXANDER**

**Status:**   REGISTERED

AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 16, 2002

**Goods/Services:**

**International Class 25:** ATHLETIC UNIFORMS, BATHROBES, BEACHWEAR, BED JACKETS, BELTS, BLAZERS, BODY SUITS, DUSTERS, CAPES, JEANS, SHIRTS, HOSIERY, SOCKS, JOGGING SUITS, NEGLIGEES, RAIN COATS, SUITS, SPORTSWEAR, BLOUSES, PANTS, DRESSES, SKIRTS, SWEATERS, HATS, GLOVES, JACKETS, COATS, SCARVES, PAJAMAS, PANTIES, SLIPS, GOWNS, LINGERIE, BRASSIERES, GIRDLES, TIGHTS, SHORTS, SWEAT PANTS, SWEAT SHIRTS, T-SHIRTS, TURTLENECKS, SWIMSUITS, AND SNOW SUITS

**First Used:** OCT 2000  (INTL. CL. 25)
**In Commerce:** OCT 2000

**Last Reported Owner:**

FABRIC GALLERY, INC.
NEW YORK  CORPORATION
224 W. 35TH STREET, SUITE 1302
NEW YORK, NEW YORK  10001

**Chronology:**

**Filed:** JAN 31, 2001        **Serial Number:** 76-202,961
**Published For Opposition:** OCT 30, 2001
**Registered:** JUL 16, 2002        **Registration Number:** 2,595,830

**Ownership Details:**

**Registrant:**

FABRIC GALLERY, INC.
NEW YORK  CORPORATION
224 W. 35TH STREET, SUITE 1302
NEW YORK, NEW YORK  10001

**Portrait Permission:**

THE NAME "LULU ALEXANDER" DOES NOT IDENTIFY A KNOWN LIVING INDIVIDUAL.

**Filing Correspondent:**

KATHERINE R. VIEYRA
D PETER HOCHBERG CO LPA
1940 E 6TH ST

CLEVELAND OH 44114-2294

## LULU BRAVO



**Status:** RENEWED
AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAY 16, 2002

**Goods/Services:**
**International Class 25:** WOMEN'S APPAREL; NAMELY, SUITS, JACKETS, COATS, PANTS, SKIRTS, SHIRTS, BLOUSES, AND SWEATERS
**First Used:** JAN 02, 1987  (INTL. CL. 25)
**In Commerce:** JAN 02, 1987

**Last Reported Owner:**
DAFFY'S, INC.
NEW JERSEY  CORPORATION
2701 ROUTE 3 EAST
NORTH BERGEN, NEW JERSEY  07047

**Chronology:**
**Filed:** NOV 01, 1991          **Serial Number:** 74-217,604
**Published For Opposition:** JUN 02, 1992
**Registered:** AUG 25, 1992    **Registration Number:** 1,710,150
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.  NOV 13, 1998
**Last Renewed:** AUG 25, 2002

**Ownership Details:**
**New Registered Owner:**
DAFFY'S, INC.
NEW JERSEY  CORPORATION
DAFFY'S WAY
SECAUCUS, NEW JERSEY  07094

| **Assignee** | **Assignor** |
|---|---|
| DAFFY'S, INC. | LULU BRAVO, INC. |
| NEW JERSEY CORPORATION | NEW YORK CORPORATION |
| 2701 ROUTE 3 EAST | **Signed:** APR 15, 1998 |
| NORTH BERGEN, NEW JERSEY, 07047 | |

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JUN 17, 1998

**Reel/Frame:** 1745/0246
**Correspondent:**
LERNER, DAVID, LITTENBERG, ET
AL.
ROY H. WEPNER
600 SOUTH AVENUE WEST
WESTFIELD, NJ 07090

**Portrait Permission:**
"LULU BRAVO" DOES NOT IDENTIFY A PARTICULAR LIVING
INDIVIDUAL.
**Lining Stippling:**
THE MARK IS LINED FOR THE COLOR SILVER.
**Filing Correspondent:**
BRUCE H. SALES
LERNER, DAVID, LITTENBERG, ET AL
600 SOUTH AVENUE WEST
WESTFIELD NJ 07090-1497

*Lulu Castagnette*

**LULU CASTAGNETTE**

 **Worldwide Filings = 4**

**Status:**     REGISTERED
            SECTION 44 (D)
            FILED AS 44(D) APPLICATION
            44(E) APPLICATION - CURRENT

            **USPTO Status:** REGISTERED
            **USPTO Status Date:** JUN 17, 2003

**Goods/Services:**
            **International Class 25:** CLOTHING, NAMELY, COATS, JACKETS,
            TROUSERS, SHIRTS, T-SHIRTS, CARDIGANS, SWEATERS,
            DRESSES, SKIRTS, JEANS, BERMUDAS, OVERALLS, BLOUSES,
            POLOS, SHOES AND HATS

**Last Reported Owner:**
            IVRESSE
            FRANCE  CORPORATION
            210, RUE SAINT DENIS
            75002 PARIS, FRANCE

**Chronology:**
            **Filed:** JUN 27, 2000        **Serial Number:** 76-078,213
            **Published For Opposition:** JUL 16, 2002
            **Registered:** JUN 17, 2003     **Registration Number:** 2,726,302

**Ownership Details:**
**Registrant:**
            IVRESSE
            FRANCE  CORPORATION
            210, RUE SAINT DENIS
            75002 PARIS, FRANCE

**Non-U.S. Application Claimed:** 99/831345
**Non-U.S. Application Date:** DEC 27, 1999
**Non-U.S. Application Country:** FRANCE

**Non-U.S. Registration Claimed:** 99/831345
**Non-U.S. Registration Date:** DEC 27, 1999
**Non-U.S. Registration Country:** FRANCE
**Portrait Permission:**
            THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

**Filing Correspondent:**

        FRANK J. COLUCCI

        COLUCCI & UMANS

        218 EAST 50TH STREET

        NEW YORK NY 10022

**Domestic Representative:** FRANK J. COLUCCI, ESQ.



**LULU LUV**

**Status:**    PENDING
      INTENT TO USE

    **USPTO Status:** NON-FINAL ACTION - MAILED
    **USPTO Status Date:** APR 02, 2007

**Goods/Services:**

    **International Class 25:** CLOTHING, NAMELY, JEANS, PANTS, TOPS, SKIRTS, DRESSES, SHORTS, JACKETS, COATS, SWEATERS, SHIRTS AND FOOTWEAR

**Last Reported Owner:**

    MUDD (USA) LLC
    DELAWARE  LIMITED LIABILITY CO.
    1407 BROADWAY - SUITE 2004
    NEW YORK, NEW YORK  10018

    **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LUV, LULU | USPTO | Page 157 |
| LULU LUV | USPTO | Page 246 |
| LUV, LULU | USPTO | Page 248 |

**Chronology:**

    **Filed:** NOV 30, 2006    **Serial Number:** 77-053,911

**Ownership Details:**

**Applicant:**

    MUDD (USA) LLC
    DELAWARE  LIMITED LIABILITY CO.
    1407 BROADWAY - SUITE 2004
    NEW YORK, NEW YORK  10018

**Filing Correspondent:**

    GARY H. FECHTER
    MCCARTER & ENGLISH, LLP
    27TH FLOOR
    245 PARK AVENUE
    NEW YORK, NY 10167-0001



**LULU-B**

**Status:**      PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT
COLOR DRAWING - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 15, 2007

**Goods/Services:**
**International Class 25:** CLOTHING MADE IN WHOLE-- NAMELY
BLOUSE, TOPS, PANTS, SHORTS, ROMPERS, JUMPERS,JUMSUITS,
DRESSES, AND SHIRTS
**First Used:** SEP 01, 2006  (INTL. CL. 25)
**In Commerce:** OCT 01, 2006

**Last Reported Owner:**
ASHWOOD INC.
FLORIDA  CORPORATION
1501 EAST 10TH AVENUE
HIALEAH, FLORIDA  33010

**Chronology:**
**Filed:** NOV 03, 2006          **Serial Number:** 77-036,614

**Ownership Details:**
**Applicant:**
ASHWOOD INC.
FLORIDA  CORPORATION
1501 EAST 10TH AVENUE
HIALEAH, FLORIDA  33010

**Claims:**
THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK,
NAMELY, PANTONE 367C - PANTONE ORANGE 021C - WHITE
BACKGROUND.

**Design Phrase:**
THE MARK CONSISTS OF PANTONE ORANGE 021C OUTLINES THE
LETTERS AND DASH LULU-B AND IS FILLED WITH PANTONE 367C.
WITH A WHITE BACKGROUND. PALM TREE IS OUTLINED WITH
PANTONE 021C AND FILLED WITH PANTONE 367C.

**Filing Correspondent:**
ASHWOOD INC.
1501 E 10TH AVE
HIALEAH, FL 33010-3303



**LULULEMON ATHLETICA**

  **Worldwide Filings = 2**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 13, 2002

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY PANTS, SHIRTS, T-SHIRTS, SHORTS, SWEATSHIRTS, SWEATPANTS, SOCKS, JACKETS, COATS, HATS, FOOTWEAR, NAMELY SHOES AND SANDALS
**First Used:** MAR 25, 1999  (INTL. CL. 25)
**In Commerce:** NOV 20, 2001

**Last Reported Owner:**

LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST 4TH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA  V6K 1N6

**We Have Located Other Marks With This Owner**

LULULEMON SPECIFICA                USPTO          Page 140

**Chronology:**

**Filed:** FEB 22, 1999        **Serial Number:** 75-645,552
**Published For Opposition:** JAN 23, 2001
**Registered:** AUG 13, 2002      **Registration Number:** 2,607,811

**Ownership Details:**
**Registrant:**

LULULEMON ATHLETICA INC.
CANADA  CORPORATION
2113 WEST 4TH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA  V6K 1N6

**Filing Correspondent:**

BRENT D SANDERS
DAVID A. LOWE
BLACK LOWE & GRAHAM PLLC
SUITE 4800
701 FIFTH AVENUE
SEATTLE WA 98104

**Domestic Representative:** LAWCO OF WASHINGTON, INC.

**LU-LU'S CLOSET**

LU-LU'S CLOSET

**Status:**     PUBLISHED
            USE APPLICATION - CURRENT

            **USPTO Status:** SU - REGISTRATION REVIEW COMPLETE
            **USPTO Status Date:** AUG 29, 2007

**Goods/Services:**

            **International Class 25:**  LADIES' AND GIRLS' CLOTHING; NAMELY
            T-SHIRTS, POLO SHIRTS, SWEATERS, SHIRTS, BLOUSES, PANTS,
            OVERALLS, SHORTS, SKIRTS, COATS, JACKETS, VESTS,
            TURTLENECKS; ACTIVE WEAR, NAMELY, SHORTS, SWEATPANTS,
            SWEAT SHIRTS, UNDERGARMENTS, SLEEPWEAR, ROBES
            **First Used:** 2005  (INTL. CL. 25)
            **In Commerce:** 2005

**Last Reported Owner:**

            PHILHOBAR DESIGN CANADA LTD.
            CANADA  CORPORATION
            365 LOUVAIN OUEST
            MONTREAL, QUEBEC, CANADA  H2N 2J1

**Chronology:**

            **Filed:** APR 04, 2005        **Serial Number:** 78-601,477
            **Published For Opposition:** JAN 03, 2006

**Ownership Details:**

**Applicant:**

            PHILHOBAR DESIGN CANADA LTD.
            CANADA  CORPORATION
            365 LOUVAIN OUEST
            MONTREAL, QUEBEC, CANADA  H2N 2J1

**Filing Correspondent:**

            JOSEPH D. LEWIS
            BARNES & THORNBURG LLP
            750 17TH ST NW STE 900
            WASHINGTON, DC 20006-4607

**Domestic Representative:** JOSEPH D. LEWIS

**ULU**

**US-68**
**Group:** Four

# LUV, LULU

**LUV, LULU**

**Status:**    PENDING
            INTENT TO USE

            **USPTO Status:** NON-FINAL ACTION - MAILED
            **USPTO Status Date:** APR 02, 2007

**Goods/Services:**

            **International Class 25:**  CLOTHING, NAMELY, JEANS, PANTS, TOPS, SKIRTS, DRESSES, SHORTS, JACKETS, COATS, SWEATERS, SHIRTS AND FOOTWEAR

**Last Reported Owner:**

            MUDD (USA) LLC
            DELAWARE  LIMITED LIABILITY CO.
            1407 BROADWAY - SUITE 2004
            NEW YORK, NEW YORK  10018

            **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU LUV | USPTO | Page 153 |
| LULU LUV | USPTO | Page 246 |
| LUV, LULU | USPTO | Page 248 |

**Chronology:**

            **Filed:** NOV 30, 2006        **Serial Number:** 77-053,904

**Ownership Details:**
**Applicant:**

            MUDD (USA) LLC
            DELAWARE  LIMITED LIABILITY CO.
            1407 BROADWAY - SUITE 2004
            NEW YORK, NEW YORK  10018

**Filing Correspondent:**

            GARY H. FECHTER
            MCCARTER & ENGLISH, LLP
            27TH FLOOR
            245 PARK AVENUE
            NEW YORK, NY 10167-0001

# MISHA LULU

**MISHA LULU**

**Status:**    PUBLISHED

USE APPLICATION - CURRENT

**USPTO Status:** SU - STATEMENT OF USE ACCEPTED - APPROVED FOR REGISTRATION

**USPTO Status Date:** SEP 04, 2007

**Goods/Services:**

**International Class 25:** INFANT AND KID'S CLOTHING, NAMELY, APRONS, DRESSES, SKIRTS, SHIRTS AND T-SHIRTS

**First Used:** DEC 15, 2005 (INTL. CL. 25)

**In Commerce:** FEB 06, 2006

**Last Reported Owner:**

STRONIKAS, INC.

CALIFORNIA CORPORATION

907 WOLFORD LANE

SOUTH PASADENA, CALIFORNIA 91030

**Chronology:**

**Filed:** FEB 02, 2006      **Serial Number:** 78-805,761

**Published For Opposition:** OCT 03, 2006

**Ownership Details:**

**Applicant:**

STRONIKAS, INC.

CALIFORNIA CORPORATION

907 WOLFORD LANE

SOUTH PASADENA, CALIFORNIA 91030

**Portrait Permission:**

″THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.″

**Filing Correspondent:**

JORGE ARCINIEGA

MCDERMOTT WILL & EMERY LLP

2049 CENTURY PARK EAST, 34TH FLOOR

LOS ANGELES, CA 90067-3208

# SADIE & LULU

**SADIE & LULU**

**Status:**         PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** PUBLICATION/ISSUE REVIEW COMPLETE

**USPTO Status Date:** SEP 05, 2007

**Goods/Services:**

**International Class 25:**  LINGERIE

**First Used:** AUG 08, 2006  (INTL. CL. 25)

**In Commerce:** AUG 08, 2006

**Last Reported Owner:**

518 APPAREL GROUP, INC.

MINNESOTA  CORPORATION

8207 XENE LANE

MAPLE GROVE, MINNESOTA  55311

**Chronology:**

**Filed:** AUG 09, 2006          **Serial Number:** 78-948,368

**Ownership Details:**

**Applicant:**

518 APPAREL GROUP, INC.

MINNESOTA  CORPORATION

8207 XENE LANE

MAPLE GROVE, MINNESOTA  55311

**Portrait Permission:**

THE NAME(S) SHOWN IN THE MARK DOES NOT IDENTIFY A

PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

TRICIA A. OLSON

MORRISON FENSKE & SUND, P.A.

5125 COUNTY ROAD 101 STE 202

MINNETONKA, MN 55345-4187



**TRIXIE + LULU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 09, 2007

**Goods/Services:**

**International Class 25:**  CLOTHING, NAMELY JEANS, DENIM JEANS, OVERALLS, COVERALLS, JUMPERS, JUMP SUITS, TROUSERS, SLACKS, PANTS, CYCLE PANTS, SHORTS, BOXER SHORTS, SHIRTS, T-SHIRTS, UNDER SHIRTS, NIGHT SHIRTS, RUGBY SHIRTS, JERSEYS, UNIFORMS, ATHLETIC UNIFORMS, POLO SHIRTS, TOPS, CROP TOPS, TANK TOPS, HALTER TOPS, SWEATSHIRTS, SWEAT SHORTS, SWEAT PANTS, WARM-UP SUITS, JOGGING SUITS, BLOUSES, SKIRTS, DRESSES, SWEATERS, VESTS, FLEECE VESTS, PULLOVERS, FLEECE PULLOVERS, SNOW SUITS, PARKAS, ANORAKS, PONCHOS, JACKETS, DINNER JACKETS, SPORTS JACKETS, GOLF AND SKI JACKETS, REVERSIBLE JACKETS, COATS, BLAZERS, SUITS, TURTLENECKS, SWIMWEAR, BEACHWEAR, CAPS, BERETS, HATS, HEADBANDS, WRIST BANDS, HEADWEAR, EAR MUFFS, APRONS, SCARVES, BANDANAS, BELTS, SUSPENDERS, NECKWEAR, NECKTIES, TIES, BOW TIES, CLOTH BIBS, CLOTH DIAPERS, BOOTIES, INFANT WEAR, UNDERWEAR, BRIEFS, SWIM AND BATHING TRUNKS, BRAS, SPORTS BRAS, SINGLETS, SOCKS, LOUNGEWEAR, ROBES, BATHROBES, PAJAMAS, SLEEPWEAR, NIGHT GOWNS, LINGERIE, CAMISOLES, SLIPS, STOCKINGS, BODY STOCKINGS, PANTYHOSE, HOSIERY, KNIT HOSIERY, LEG WARMERS, BODYSUITS, LEGGINGS, TIGHTS, LEOTARDS, UNITARDS, GLOVES, MITTENS, WRIST BANDS, FOOTWEAR, SHOES, SNEAKERS, BOOTS, GALOSHES, SANDALS, ZORI, SLIPPERS AND RAINWEAR

**First Used:** FEB 01, 2006  (INTL. CL. 25)
**In Commerce:** FEB 01, 2006

**Last Reported Owner:**

BEN ELIAS INDUSTRIES CORP.
NEW YORK  CORPORATION
1400 BROADWAY
NEW YORK, NEW YORK  10018

**We Have Located Other Marks With This Owner**

TRIXIE & LULU                    USPTO          Page 310

**Chronology:**

**Filed:** MAY 10, 2004        **Serial Number:** 78-415,691
**Published For Opposition:** JUL 12, 2005

**Registered:** JAN 09, 2007    **Registration Number:** 3,197,323

**Ownership Details:**

**Registrant:**

BEN ELIAS INDUSTRIES CORP.

NEW YORK  CORPORATION

1400 BROADWAY

NEW YORK, NEW YORK  10018

**Filing Correspondent:**

AMY B. GOLDSMITH

GOTTLIEB, RACKMAN & REISMAN, PC

270 MADISON AVENUE, 8TH FLOOR

NEW YORK, NY 10016-0601



**LM LULU PARIS**

**Status:**     REGISTERED
                SECTION 44 (D)
                FILED AS 44(D) APPLICATION
                44(E) APPLICATION - CURRENT

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** FEB 09, 2004

**Goods/Services:**
**International Class 25:** CLOTHING, NON-ORTHOPEDIC
FOOTWEAR, AND HEADWEAR

**Disclaimers:**
                ″PARIS″

**Last Reported Owner:**
                HADDAD, LUCIEN
                FRANCE  INDIVIDUAL
                3, RUE EMILE ACCOLAS
                75007 PARIS, FRANCE

**Chronology:**
**Filed:** MAY 01, 1996          **Serial Number:** 75-097,097
**Published For Opposition:** OCT 28, 1997
**Registered:** JAN 20, 1998     **Registration Number:** 2,129,844
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                         SEC. 15 ACK.  FEB 09, 2004

**Ownership Details:**
**Registrant:**
                HADDAD, LUCIEN
                FRANCE  INDIVIDUAL
                3, RUE EMILE ACCOLAS
                75007 PARIS, FRANCE

**Non-U.S. Application Claimed:** 95/596350
**Non-U.S. Application Date:** NOV 08, 1995
**Non-U.S. Application Country:** FRANCE

**Non-U.S. Registration Claimed:** 95/596350
**Non-U.S. Registration Date:** NOV 08, 1995
**Non-U.S. Registration Country:** FRANCE
**Portrait Permission:**

THE TERM ″LULU″ IN THE MARK DOES NOT IDENTIFY ANY LIVING INDIVIDUAL.

**Filing Correspondent:**
ROBERT J PATCH
YOUNG & THOMPSON
745 S 23RD ST
ARLINGTON VA 22202

**Domestic Representative:** ROBERT J PATCH

GOOD NIGHT LULU

## GOOD NIGHT LULU

**Status:**   PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** SUSPENSION LETTER - MAILED

**USPTO Status Date:** MAR 12, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, OVERALL, PANTS, SHORTS, SHIRTS, T-SHIRTS, VESTS, HATS, DRESSES, BLOOMERS, PANTIES, HEADBANDS, SHOES, SOCKS AND PAJAMAS IN INTERNATIONAL CLASS 25

**First Used:** JAN 30, 2001  (INTL. CL. 25)

**In Commerce:** JAN 30, 2001

**Last Reported Owner:**

MURPHY, ERIN L.

UNITED STATES  INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA  90040

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BABY LULU | USPTO | Page 93 |
| BABY LULU | USPTO | Page 138 |

SMITH, R. LELAND B., JR.

UNITED STATES  INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA  90040

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BABY LULU | USPTO | Page 93 |
| BABY LULU | USPTO | Page 138 |

**Chronology:**

**Filed:** OCT 04, 2005    **Serial Number:** 78-726,088

**Ownership Details:**

**Applicant:**

MURPHY, ERIN L.

UNITED STATES  INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA  90040

SMITH, R. LELAND B., JR.

UNITED STATES  INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA  90040

**Portrait Permission:**

″THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.″

**Other U.S. Registrations:** 2,761,639; 2,989,873

**Filing Correspondent:**

ROBERT BERLINER

BERLINER & ASSOCIATES

31ST FLOOR

555 WEST FIFTH STREET

LOS ANGELES CA 90013