**US-74**
**Group:** Four



### LULU'S RED HOTS

**Status:**         REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 09, 2006

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY SHIRTS AND HATS
**International Class 43:** RESTAURANT SERVICES
**First Used:** OCT 01, 2004 (INTL. CL. 25)
**In Commerce:** OCT 01, 2004
**First Used:** OCT 01, 2004 (INTL. CL. 43)
**In Commerce:** OCT 01, 2004

**Disclaimers:**

"RED HOTS"

**Last Reported Owner:**

WEINERWERKS, L.L.C.
PENNSYLVANIA LIMITED LIABILITY CO.
147 DELTA DRIVE
PITTSBURGH, PENNSYLVANIA 15238

**Chronology:**

**Filed:** DEC 05, 2003         **Serial Number:** 78-336,763
**Published For Opposition:** OCT 11, 2005
**Registered:** MAY 09, 2006    **Registration Number:** 3,091,018

**Ownership Details:**

**Registrant:**

WEINERWERKS, L.L.C.
PENNSYLVANIA LIMITED LIABILITY CO.
147 DELTA DRIVE
PITTSBURGH, PENNSYLVANIA 15238

**Design Phrase:**

THE MARK CONSISTS OF THE WORDING "LULU'S" IN LARGE
CURSIVE WRITING OVER THE DESIGN OF A HOT DOG
CONTAINING THE WORDS "RED HOTS" IN LETTERING.

**Filing Correspondent:**

PETE A. FUSCALDO
LEECH TISHMAN FUSCALDO & LAMPL, LLC
30TH FLOOR CITIZENS BANK BUILDING
525 WILLIAM PENN PLACE
PITTSBURGH PA 15219

---

**Search:** 140820211         **Analyst:** ANN ARNOLD         **USPTO Page:** 166

Dockets.Justia.com

**LULU BELLE BOUTIQUE**

Lulu Belle Boutique

**Status:**   PUBLISHED

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** JUL 24, 2007

**Goods/Services:**

**International Class 25:** WOMENS CLOTHING, NAMELY T-SHIRTS, JEANS, SWEATSHIRTS, SWEATPANTS, BATHING SUITS, SLEEPWEAR, UNDERGARMENTS, JACKETS, COATS, DRESSES, SKIRTS, SHORTS, PANTS, SUITS, SWEATERS, BLOUSES, DRESS SHIRTS, NECKBANDS, WRISTBANDS, HEADBANDS, BELTS, HATS, CAPS, SHOES AND STOCKINGS

**International Class 35:** RETAIL CLOTHING STORE SERVICES

**First Used:** NOV 01, 2005  (INTL. CL. 25)

**In Commerce:** NOV 01, 2005

**First Used:** NOV 01, 2005  (INTL. CL. 35)

**In Commerce:** NOV 01, 2005

**Disclaimers:**

BOUTIQUE

**Last Reported Owner:**

ENGSTROM, LISA M.

UNITED STATES  INDIVIDUAL

725 SILVER STREET

LA JOLLA, CALIFORNIA  92037

**Chronology:**

**Filed:** FEB 01, 2006          **Serial Number:** 78-804,513

**Published For Opposition:** JUL 24, 2007

**Ownership Details:**

**Applicant:**

ENGSTROM, LISA M.

UNITED STATES  INDIVIDUAL

725 SILVER STREET

LA JOLLA, CALIFORNIA  92037

**Portrait Permission:**

THE NAME ″LULU BELLE″ IS NOT THE NAME OF A LIVING INDIVIDUAL.

**Filing Correspondent:**

DON E. ERICKSON

LAW OFFICE

7668 EL CAMINO REAL STE 104
#627
CARLSBAD, CA 92009-7932

# LuLu Brands

**LULU BRANDS**

**Status:**    REGISTERED

    **USPTO Status:** REGISTERED
    **USPTO Status Date:** APR 26, 2005

**Goods/Services:**
    **International Class 42:** PRODUCT DEVELOPMENT
    **First Used:** JAN 04, 2004  (INTL. CL. 42)
    **In Commerce:** JAN 04, 2004

**Disclaimers:**
    ″BRANDS″

**Last Reported Owner:**
    LULU BRANDS LLC
    DELAWARE  LIMITED LIABILITY CO.
    108 HAYWOOD ROAD
    WILMINGTON, DELAWARE  19807

**Chronology:**
    **Filed:** APR 06, 2004    **Serial Number:** 78-397,270
    **Published For Opposition:** FEB 01, 2005
    **Registered:** APR 26, 2005    **Registration Number:** 2,943,904

**Ownership Details:**

**Registrant:**
    LULU BRANDS LLC
    DELAWARE  LIMITED LIABILITY CO.
    108 HAYWOOD ROAD
    WILMINGTON, DELAWARE  19807

**Filing Correspondent:**
    LULU BRANDS LLC
    108 HAYWOOD ROAD
    WILMINGTON, DE 19807



**LULU'S TENNESSE TREATS & WARRENTON LTD.**

**Status:**    REGISTERED
AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 29, 2003

**Goods/Services:**

**International Class 30:**  GOURMET BAKERY GOODS, CAKES, COOKIES AND PUDDINGS
**First Used:** AUG 01, 1999  (INTL. CL. 30)
**In Commerce:** SEP 01, 1999

**Disclaimers:**

"TENNESSEE TREATS" AND "LTD."

**Last Reported Owner:**

LULU'S TENNESSEE TREATS, LLC
TENNESSEE  LIMITED LIABILITY COMPANY
1 BUCHI COURT
NASHVILLE, TENNESSEE  37204

**Chronology:**

**Filed:** FEB 28, 2001      **Serial Number:** 78-050,613
**Published For Opposition:** JUN 25, 2002
**Registered:** JUL 29, 2003    **Registration Number:** 2,744,868

**Ownership Details:**

**Registrant:**

LULU'S TENNESSEE TREATS, LLC
TENNESSEE  LIMITED LIABILITY COMPANY
1 BUCHI COURT
NASHVILLE, TENNESSEE  37204

**Portrait Permission:**

THE NAME SOUGHT TO BE REGISTERED BY APPLICANT DOES NOT IDENTIFY ANY LIVING INDIVIDUAL.

**Filing Correspondent:**

MARY L HALEY-HAMLIN
1 BUCHI COURT
NASHVILLE TN 37204

CLUB LULU

## CLUB LULU

**Status:**     REGISTERED

> **USPTO Status:** REGISTERED
> **USPTO Status Date:** FEB 17, 2004

**Goods/Services:**

> **International Class 30:** SANDWICHES
> **First Used:** AUG 01, 2001 (INTL. CL. 30)
> **In Commerce:** AUG 01, 2001

**Disclaimers:**

> "CLUB"

**Last Reported Owner:**

> JIMMY JOHN'S ENTERPRISES, LLC
> DELAWARE  LIMITED LIABILITY COMPANY
> 2212 FOX DRIVE
> CHAMPAIGN, ILLINOIS  61820

> **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| CLUB LULU | USPTO | Page 380 |
| CLUB LULU | Common Law | Page 1057 |
| CLUB LULU | Common Law | Page 1058 |

**Chronology:**

> **Filed:** MAR 10, 2003        **Serial Number:** 76-495,830
> **Published For Opposition:** NOV 25, 2003
> **Registered:** FEB 17, 2004        **Registration Number:** 2,814,731

**Ownership Details:**

**Registrant:**

> JIMMY JOHN'S ENTERPRISES, INC.
> ILLINOIS  CORPORATION
> 600 TOLLGATE ROAD
> ELGIN, ILLINOIS  60123

**Assignee**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE
AGENT
UNITED STATES NATIONAL
BANKING ASSOCIATION
5938 PRIESTLY DRIVE, SUITE 200
CARLSBAD, CALIFORNIA, 92008

**Assignor**
JJBC, LLC
DELAWARE LIMITED LIABILITY
COMPANY
**Signed:** JAN 02, 2007

**Assignor**
JIMMY JOHN'S BUYING GROUP,
LLC
DELAWARE LIMITED LIABILITY
COMPANY
**Signed:** JAN 02, 2007

**Assignor**
JIMMY JOHN'S ENTERPRISES, LLC
DELAWARE LIMITED LIABILITY
COMPANY
**Signed:** JAN 02, 2007

**Assignor**
JIMMY JOHN'S FRANCHISE, LLC
DELAWARE LIMITED LIABILITY
COMPANY
**Signed:** JAN 02, 2007

**Brief:** TRADEMARK COLLATERAL
SECURITY AND PLEDGE
AGREEMENT
**Recorded:** JAN 11, 2007
**Reel/Frame:** 3459/0652
**Correspondent:**
PAULA MAZZEO
150 FEDERAL STREET
BINGHAM MCCUTCHEN LLP
BOSTON, MA 02110

**Assignee**

JIMMY JOHN'S ENTERPRISES, LLC
DELAWARE LIMITED LIABILITY
COMPANY
2212 FOX DRIVE
CHAMPAIGN, ILLINOIS, 61820

**Assignor**

JIMMY JOHN'S ENTERPRISES, INC.
ILLINOIS CORPORATION
**Signed:** DEC 04, 2006

**Brief:** MERGER EFFECTIVE
12042006
**Recorded:** JAN 10, 2007
**Reel/Frame:** 3458/0379
**Correspondent:**
MARK I. FELDMAN
P.O. BOX 64807
DLA PIPER US LLP
CHICAGO, IL 60664-0807

**Filing Correspondent:**

DEAN GOURNIS
MARK I. FELDMAN
PIPER RUDNICK LLP
P.O. BOX 64807
CHICAGO IL 60664-0807

# LULU'S

**LULU'S**

**Status:**      REGISTERED

       **USPTO Status:** REGISTERED
       **USPTO Status Date:** JUL 04, 2006

**Goods/Services:**
       **International Class 30:** FLAVORED AND SWEETENED GELATIN
       DESSERTS, FLAN, PUDDINGS AND CANDY
       **First Used:** FEB 11, 1996  (INTL. CL. 30)
       **In Commerce:** FEB 11, 1996

**Last Reported Owner:**
       SOBRINO, MARIA DE LOURDES
       UNITED STATES  INDIVIDUAL
       1440 S. ST. COLLEGE
       SUITE 5-F
       ANAHEIM, CALIFORNIA  92806

**Chronology:**
       **Filed:** NOV 23, 2004       **Serial Number:** 78-522,204
       **Published For Opposition:** APR 11, 2006
       **Registered:** JUL 04, 2006       **Registration Number:** 3,111,311

**Ownership Details:**
**Registrant:**
       SOBRINO, MARIA DE LOURDES
       UNITED STATES  INDIVIDUAL
       1440 S. ST. COLLEGE
       SUITE 5-F
       ANAHEIM, CALIFORNIA  92806

**Other U.S. Registrations:** 2,329,891

**Filing Correspondent:**
       THOMAS A. ZEIGLER
       ADORNO YOSS ALVARADO & SMITH
       SUITE 200
       1 MACARTHUR PLACE
       SANTA ANA CA 92707



**LULU'S DOG TREATS**

**Status:**      PENDING
                 INTENT TO USE
                 FILED AS USE APPLICATION
                 COLOR DRAWING - CURRENT

**USPTO Status:** APPROVAL FOR PUBLICATION
**USPTO Status Date:** AUG 02, 2007

**Goods/Services:**
          **International Class 31:** CONSUMABLE PET CHEWS; DOG
          BISCUITS; DOG FOOD; DOG TREATS ; PET FOOD; PET TREATS
          **First Used:** SEP 20, 2006  (INTL. CL. 31)
          **In Commerce:** SEP 20, 2006

**Disclaimers:**
          "DOG TREATS"

**Last Reported Owner:**
          NGUYEN, HOANG HAI
          UNITED STATES  INDIVIDUAL
          10222 S.E. 186TH STREET
          RENTON, WASHINGTON  98055

**Chronology:**
          **Filed:** AUG 25, 2006          **Serial Number:** 78-960,568

**Ownership Details:**
**Applicant:**
          NGUYEN, HOANG HAI
          UNITED STATES  INDIVIDUAL
          10222 S.E. 186TH STREET
          RENTON, WASHINGTON  98055

**Claims:**
          THE COLOR(S) RED, BLUE, BLACK, YELLOW, CREAM AND WHITE
          IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**
          THE MARK CONSISTS OF THE LITERAL ELEMENTS "LULU'S DOG
          TREATS" WITH ASSOCIATED DESIGN ELEMENTS. THE DESIGN IS
          A FANCIFUL IMAGE OF A DOG HOLDING A BONE IN ITS MOUTH,
          AND FIVE TRIANGULAR SHAPED DESIGNS APPEAR ABOVE THE
          DOG'S HEAD. THE DOG'S COAT APPEARS IN THE COLOR RED, HIS
          EYES AND NOSE APPEAR IN THE COLORS WHITE AND BLACK,
          AND HIS EYEBROWS APPEAR IN THE COLOR BLACK. THE BONE
          APPEARS IN THE COLOR YELLOW. THE TRIANGULAR SHAPES
          APPEAR IN THE COLOR BLUE. THE LITERAL ELEMENT APPEARS

BELOW THE DOG DESIGN WITH THE TERM ″LULU'S″ APPEARING
IN THE COLOR RED, BORDERED BY BLACK, AND SHADOWED BY
WHITE, AND THE LITERAL ELEMENTS ″DOG TREATS″ APPEARING
IN THE COLOR BLACK. THE MARK IS BORDERED BY A
RECTANGULAR CARRIER WITH RUFFLED EDGES APPEARING IN
THE COLOR BLACK AND THE BACKGROUND APPEARS IN THE
COLOR CREAM.

**Filing Correspondent:**

JOSEPH I. HOCHMAN
HOCHMAN LEGAL GROUP, PLLC
25739 SE 34TH ST
SAMMAMISH, WA 98075-9157



**LULU'S LEMONADE**

**Status:**       REGISTERED

             **USPTO Status:** REGISTERED
             **USPTO Status Date:** MAR 25, 2003

**Goods/Services:**
             **International Class 32:**  LEMONADE, AND SYRUP FOR MAKING
             LEMONADE
             **First Used:** FEB 12, 2001  (INTL. CL. 32)
             **In Commerce:** FEB 12, 2001

**Disclaimers:**
             ″LEMONADE″

**Last Reported Owner:**
             GATEWAY FOODS, INC.
             FLORIDA  CORPORATION
             480 KINGS BRIDGE ROAD
             CARROLLTON, GEORGIA  30117

**Chronology:**
             **Filed:** MAR 20, 2001         **Serial Number:** 76-226,620
             **Published For Opposition:** APR 02, 2002
             **Registered:** MAR 25, 2003    **Registration Number:** 2,701,139

**Ownership Details:**
**Registrant:**
             GATEWAY FOODS, INC.
             FLORIDA  CORPORATION
             480 KINGS BRIDGE ROAD
             CARROLLTON, GEORGIA  30117

**Filing Correspondent:**
             JOHN G CAROLLO
             GATEWAY FOODS INC
             480 KINGSBRIDGE RD
             CARROLLTON GA 30117-2174

**LULU B.**

# LULU B.

**Status:**    PUBLISHED

USE APPLICATION - CURRENT

**USPTO Status:** SU - STATEMENT OF USE ACCEPTED - APPROVED
FOR REGISTRATION
**USPTO Status Date:** AUG 05, 2007

**Goods/Services:**

**International Class 33:** WINES
**First Used:** AUG 01, 2005  (INTL. CL. 33)
**In Commerce:** AUG 01, 2005

**Last Reported Owner:**

JEAN-CLAUDE BOISSET WINES, USA, INC.
CALIFORNIA  CORPORATION
2320 MARINSHIP WAY
SUITE 140
SAUSALITO, CALIFORNIA  94965

**We Have Located Other Marks With This Owner**

ZULU ESTATE                USPTO        Page 665

**Chronology:**

**Filed:** FEB 22, 2005       **Serial Number:** 78-572,165
**Published For Opposition:** NOV 14, 2006

**Ownership Details:**

**Applicant:**

JEAN-CLAUDE BOISSET WINES, USA, INC.
CALIFORNIA  CORPORATION
2320 MARINSHIP WAY
SUITE 140
SAUSALITO, CALIFORNIA  94965

**Portrait Permission:**

THE MARK ″LULU B.″ DOES NOT IDENTIFY ANY PARTICULAR
INDIVIDUAL LIVING OR DECEASED.

**Filing Correspondent:**

ANNE HIARING, ESQ.
LAW OFFICE OF ANNE HIARING
19 BROOKMONT CIR
SAN ANSELMO, CA 94960-1412



## LULU COMPANY

**Status:**     PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** APPROVAL FOR PUBLICATION

**USPTO Status Date:** AUG 26, 2007

**Goods/Services:**

**International Class 35:** RETAIL SHOPS FEATURING INFANT, TODDLER, AND CHILDREN'S CLOTHING, DECOTRATIVE ITEMS, JEWELRY, PHOTO ALBUMS, HAIR BOWS, AND OTHER CHILD ACCESSORIES

**First Used:** NOV 01, 2004  (INTL. CL. 35)

**In Commerce:** JAN 29, 2005

**Disclaimers:**

″COMPANY″

**Last Reported Owner:**

THE LULU COMPANY, INC.

ALABAMA  CORPORATION

152 GREENLAWN DRIVE NE

MERIDIANVILLE, ALABAMA  35759

**Chronology:**

**Filed:** AUG 18, 2005        **Serial Number:** 78-695,569

**Ownership Details:**

**Applicant:**

THE LULU COMPANY, INC.

ALABAMA  CORPORATION

152 GREENLAWN DRIVE NE

MERIDIANVILLE, ALABAMA  35759

**Design Phrase:**

THE MARK CONSISTS OF THE WORD ″LULU″ IN STYLIZED FONT HAVING A BACKWARDS SECOND ″L″ ADJACENT AN ABSTRACT SYMBOL OF A SUN AND THE WORD COMPANY IN STYLIZED FONT POSITIONED UNDERNEATH THE SECOND ″U″ AND THE SUN.

**Filing Correspondent:**

ANN I. DENNEN

LANIER FORD SHAVER & PAYNE, P.C.

200 WEST SIDE SQUARE, SUITE 5000

HUNTSVILLE AL 35801

LULU GUINNESS

**LULU GUINNESS**

 **Worldwide Filings = 14**

**Status:**   REGISTERED

   **USPTO Status:** REGISTERED
   **USPTO Status Date:** SEP 19, 2006
**Goods/Services:**
   **International Class 35:**  RETAIL STORE SERVICES, RETAIL MAIL
   ORDER SERVICES AND ON-LINE RETAIL STORE SERVICES
   FEATURING CLOTHING AND FASHION ACCESSORIES
   **First Used:** 1995  (INTL. CL. 35)
   **In Commerce:** APR 09, 2001
**Last Reported Owner:**
   LULU GUINNESS LIMITED
   UNITED KINGDOM  COMPANY
   159-165 GREAT PORTLAND STREET
   5TH FLOOR, TENNYSON HOUSE
   LONDON W1N 5FT, UNITED KINGDOM

   **We Have Located Other Marks With This Owner**

   LULU GUINNESS                  USPTO        Page 90

   LULU GUINNESS                  USPTO        Page 215

   MISS LULU                      USPTO        Page 232

**Chronology:**
   **Filed:** JUL 12, 2001        **Serial Number:** 76-284,213
   **Published For Opposition:** SEP 20, 2005
   **Registered:** SEP 19, 2006   **Registration Number:** 3,145,799

**Ownership Details:**
**Registrant:**
      LULU GUINNESS LIMITED
      UNITED KINGDOM  COMPANY
      159-165 GREAT PORTLAND STREET
      5TH FLOOR, TENNYSON HOUSE
      LONDON W1N 5FT, UNITED KINGDOM
**Portrait Permission:**
      THE NAME "LULU GUINNESS" IDENTIFIES A LIVING INDIVIDUAL
      WHOSE CONSENT IS OF RECORD.
**Filing Correspondent:**
      STEPHEN A. GOLDSMITH

LADAS & PARRY
26 WEST 61ST STREET
NEW YORK NY 10023-7604

**Domestic Representative:** LADAS & PARRY

# Lulu Bells Treasures

**LULU BELLS TREASURES**

**Status:**       REGISTERED

> **USPTO Status:** REGISTERED
> **USPTO Status Date:** JUL 18, 2006

**Goods/Services:**
> **International Class 35:** ONLINE RETAIL SERVICES FEATURING JEWELRY
> **First Used:** DEC 30, 2003  (INTL. CL. 35)
> **In Commerce:** DEC 30, 2003

**Last Reported Owner:**
> LULU BELLS TREASURES, INC.
> NEW YORK  CORPORATION
> P.O. BOX 1541
> PORT WASHINGTON, NEW YORK  11050

**Chronology:**
> **Filed:** AUG 07, 2005          **Serial Number:** 78-687,321
> **Published For Opposition:** APR 25, 2006
> **Registered:** JUL 18, 2006     **Registration Number:** 3,117,207

**Ownership Details:**
**Registrant:**
> LULU BELLS TREASURES, INC.
> NEW YORK  CORPORATION
> P.O. BOX 1541
> PORT WASHINGTON, NEW YORK  11050

**Portrait Permission:**
> THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**
> LULU BELLS TREASURES, INC.
> PO BOX 1541
> PORT WASHINGTON, NY 11050-7541

**LUCY BUFFETT'S LULU'S**

LUCY BUFFETT'S
LULU'S

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 31, 2006

**Goods/Services:**

**International Class 35:** RETAIL STORE SERVICES FEATURING A
WIDE ARRAY OF MERCHANDISE IN THE NATURE OF NOVELTY
ITEMS, SOUVENIRS, CLOTHING, HEADWEAR, BOOKS,
BEVERAGEWARE, AND PRINTED MATERIALS; AND ONLINE RETAIL
STORE SERVICES FEATURING A WIDE ARRAY OF MERCHANDISE
IN THE NATURE OF NOVELTY ITEMS, SOUVENIRS, CLOTHING,
HEADWEAR, BOOKS, BEVERAGEWARE, AND PRINTED MATERIALS
**First Used:** NOV 01, 2004  (INTL. CL. 35)
**In Commerce:** NOV 01, 2004

**Last Reported Owner:**

LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LUCY BUFFETT'S LULU'S | USPTO | Page 185 |
| LUCY BUFFETT'S LULU'S | USPTO | Page 202 |
| LUCY BUFFETT'S LULU'S | USPTO | Page 214 |

**Chronology:**

**Filed:** FEB 10, 2005      **Serial Number:** 78-564,797
**Published For Opposition:** NOV 08, 2005
**Registered:** JAN 31, 2006      **Registration Number:** 3,055,016

**Ownership Details:**
**Registrant:**

LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
THE MARK IDENTIFIES LUCY BUFFETT , WHOSE CONSENT(S) TO
REGISTER IS SUBMITTED.

**Filing Correspondent:**

ROBERT A. ROSENBLOUM,

GREENBERG TRAURIG, LLP
3290 NORTHSIDE PKWY NW STE 400
ATLANTA, GA 30327-2268



## LUCY BUFFETT'S LULU'S

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 31, 2006

**Goods/Services:**

**International Class 35:** RETAIL STORE SERVICES FEATURING A
WIDE ARRAY OF MERCHANDISE IN THE NATURE OF NOVELTY
ITEMS, SOUVENIRS, CLOTHING, HEADWEAR, BOOKS,
BEVERAGEWARE, AND PRINTED MATERIALS; AND ONLINE RETAIL
STORE SERVICES FEATURING A WIDE ARRAY OF MERCHANDISE
IN THE NATURE OF NOVELTY ITEMS, SOUVENIRS, CLOTHING,
HEADWEAR, BOOKS, BEVERAGEWARE, AND PRINTED MATERIALS

**First Used:** NOV 01, 2004  (INTL. CL. 35)

**In Commerce:** NOV 01, 2004

**Last Reported Owner:**

LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LUCY BUFFETT'S LULU'S | USPTO | Page 183 |
| LUCY BUFFETT'S LULU'S | USPTO | Page 202 |
| LUCY BUFFETT'S LULU'S | USPTO | Page 214 |

**Chronology:**

**Filed:** FEB 10, 2005     **Serial Number:** 78-564,876

**Published For Opposition:** NOV 08, 2005

**Registered:** JAN 31, 2006     **Registration Number:** 3,055,023

**Ownership Details:**

**Registrant:**

LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
THE MARK IDENTIFIES LUCY BUFFETT, WHOSE CONSENT(S) TO
REGISTER IS SUBMITTED.

**Filing Correspondent:**

ROBERT A. ROSENBLOUM,

GREENBERG TRAURIG, LLP
3290 NORTHSIDE PKWY NW STE 400
ATLANTA, GA 30327-2268

# LULU GIRL

## LULU GIRL

**Status:**  PENDING

INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAY 07, 2007

**Goods/Services:**

**International Class 35:**  RETAIL STORE SERVICES FEATURING FASHION ACCESSORIES

**Last Reported Owner:**

GLAZER, KAREN
UNITED STATES  INDIVIDUAL
1299 FAIRFIELD BEACH ROAD
FAIRFIELD, CONNECTICUT  06430

GLAZER, WILLIAM
UNITED STATES  INDIVIDUAL
1299 FAIRFIELD BEACH ROAD
FAIRFIELD, CONNECTICUT  06430

**Chronology:**

**Filed:** JAN 08, 2002          **Serial Number:** 78-101,419

**Ownership Details:**
**Applicant:**

GLAZER, KAREN
UNITED STATES  INDIVIDUAL
1299 FAIRFIELD BEACH ROAD
FAIRFIELD, CONNECTICUT  06430

GLAZER, WILLIAM
UNITED STATES  INDIVIDUAL
1299 FAIRFIELD BEACH ROAD
FAIRFIELD, CONNECTICUT  06430

**Filing Correspondent:**

CHRISTOPHER J. DAY
LAW OFFICE OF CHRISTOPHER DAY
301 EAST BETHANY HOME ROAD, SUITE A-213
PHOENIX AZ 85012

# LULU'S HOUSE

### LULU'S HOUSE

| | |
|---|---|
| **Status:** | PENDING |
| | INTENT TO USE |

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** JUN 19, 2007

**Goods/Services:**

**International Class 41:** ENTERTAINMENT SERVICES

**Last Reported Owner:**

SCRIPPS NETWORKS, LLC.
DELAWARE  LIMITED LIABILITY CO.
9721 SHERRILL BOULEVARD
KNOXVILLE, TENNESSEE  37932

**Chronology:**

**Filed:** FEB 28, 2007        **Serial Number:** 77-118,617

**Ownership Details:**

**Applicant:**

SCRIPPS NETWORKS, LLC.
DELAWARE  LIMITED LIABILITY CO.
9721 SHERRILL BOULEVARD
KNOXVILLE, TENNESSEE  37932

**Filing Correspondent:**

WILLARD A. STANBACK
SCRIPPS NETWORKS, LLC. (IN-HOUSE COUNSEL
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8401

THE LITTLE LULU
SHOW

**THE LITTLE LULU SHOW**

**Status:**    REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** APR 25, 2006

**Goods/Services:**
**International Class 41:** ENTERTAINMENT, NAMELY A CONTINUING
ANIMATED SHOW DISTRIBUTED OVER TELEVISION, SATELLITE
AND VIDEO MEDIA
**First Used:** OCT 1995  (INTL. CL. 41)
**In Commerce:** OCT 1995

**Disclaimers:**
"SHOW"

**Last Reported Owner:**
CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**
LITTLE LULU                          USPTO        Page 111
LITTLE LULU                          USPTO        Page 269
LITTLE LULU                          USPTO        Page 280
LITTLE LULU                          USPTO        Page 325
LITTLE LULU                          Common Law   Page 1059

**Chronology:**
**Filed:** JUN 02, 1998        **Serial Number:** 75-495,008
**Published For Opposition:** SEP 14, 1999
**Registered:** DEC 07, 1999    **Registration Number:** 2,297,686
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  APR 25, 2006

**Ownership Details:**
**Registrant:**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE  CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK  10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

**Assignee**

UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Assignor**

HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Correspondent:**

MORGAN LEWIS & BOCKIUS LLP
SCOTT H. JAFFEE
101 PARK AVENUE
NEW YORK, NY 10178

**Assignee**
JP MORGAN CHASE BANK
NEW YORK CORPORATION
GARRETT VERDONE
1166 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

**Assignor**
CLASSIC MEDIA INC.
DELAWARE CORPORATION
**Signed:** AUG 26, 2002

**Assignor**
HARVEY ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA INDUSTRIES CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
GOLD KEY HOME VIDEO, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
HARVEY ASSETS COMPANY LLC
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA PRODUCTIONS OF AMERICA
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPARIO MUSIC CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**

CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT
THE BRIEF FROM ASSIGNMENT TO
COLLATERAL ASSIGNMENT,
PREVIOUSLY RECORDED ON REEL
002017 FRAME 0595, ASSIGNOR
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
HSBC BANK USA
NEW YORK AS COLLATERAL
AGENT
140 BROADWAY
12TH FLOOR, CORPORATE TRUST
SERVICES
NEW YORK, NEW YORK,
10005-1180

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 25, 2000

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

**Assignee**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Other U.S. Registrations:** 958,607; 959,441; 962,620; 0990189 AND OTHERS
**Filing Correspondent:**
SONJA KEITH
CLASSIC MEDIA, INC.
6TH FLOOR
860 BROADWAY
NEW YORK, NY 10003



### YOGA AT LULU BANDHA'S

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 24, 2006

**Goods/Services:**

**International Class 41:** YOGA INSTRUCTION
**First Used:** MAR 2001 (INTL. CL. 41)
**In Commerce:** MAY 2001

**Disclaimers:**

″YOGA″

**Last Reported Owner:**

RYDER, ERIC
UNITED STATES  INDIVIDUAL
453 EAST OJAI AVE
LULU BANDHA'S
OJAI, CALIFORNIA  93023

RYDER, KIRA
UNITED STATES  INDIVIDUAL
453 EAST OJAI AVE
LULU BANDHA'S
OJAI, CALIFORNIA  93023

**Chronology:**

**Filed:** OCT 21, 2002        **Serial Number:** 76-460,047
**Published For Opposition:** NOV 01, 2005
**Registered:** JAN 24, 2006     **Registration Number:** 3,047,292

**Ownership Details:**
**Registrant:**

RYDER, ERIC
UNITED STATES  INDIVIDUAL
453 EAST OJAI AVE
LULU BANDHA'S
OJAI, CALIFORNIA  93023

RYDER, KIRA
UNITED STATES  INDIVIDUAL
453 EAST OJAI AVE
LULU BANDHA'S
OJAI, CALIFORNIA  93023

**Portrait Permission:**

THE NAME LULU BANDHA DOES NOT IDENTIFY A LIVING
INDIVIDUAL.

**Filing Correspondent:**

KIRA AND ERIC RYDER

LULU BANDHA'S

306 EAST MATILIJA ST.

OJAI CA 93023

**THE ADVENTURES OF TINTIN AND LULU**

THE ADVENTURES OF TINTIN
AND LULU

**Status:**   PUBLISHED

PUBLISHED

INTENT TO USE

**USPTO Status:** PUBLISHED FOR OPPOSITION

**USPTO Status Date:** JUL 31, 2007

**Goods/Services:**

**International Class 41:** ENTERTAINMENT IN THE NATURE OF ON-GOING TELEVISION PROGRAMS IN THE FIELD OF TRAVEL; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING TRAVEL; ENTERTAINMENT SERVICES NAMELY PROVIDING A WEBSITE FEATURING, PHOTOGRAPHIC, AUDIO, VIDEO AND PROSE PRESENTATIONS FEATURING TRAVEL INFORMATION AND PRESENTATIONS

**Last Reported Owner:**

ZILKHA, BETTINA

UNITED STATES  INDIVIDUAL

50 EAST 79TH STREET

NEW YORK, NEW YORK  10022

COX, JUDY GORDON

UNITED STATES  INDIVIDUAL

151 EAST 58TH STREET

33F

NEW YORK, NEW YORK  10022

**Chronology:**

**Filed:** MAR 14, 2007          **Serial Number:** 77-130,979

**Published For Opposition:** JUL 31, 2007

**Ownership Details:**

**Applicant:**

ZILKHA, BETTINA

UNITED STATES  INDIVIDUAL

50 EAST 79TH STREET

NEW YORK, NEW YORK  10022

COX, JUDY GORDON

UNITED STATES  INDIVIDUAL

151 EAST 58TH STREET

33F

NEW YORK, NEW YORK  10022

**Filing Correspondent:**

SCOTT W. KELLEY

KELLY LOWRY & KELLEY, LLP
6320 CANOGA AVE STE 1650
WOODLAND HILLS, CA 91367-7704



**LUCY BUFFETT'S LULU'S**

**Status:**        REGISTERED

            **USPTO Status:** REGISTERED
            **USPTO Status Date:** JAN 31, 2006

**Goods/Services:**
            **International Class 43:** RESTAURANT AND BAR SERVICES
            **First Used:** OCT 30, 2004  (INTL. CL. 43)
            **In Commerce:** OCT 30, 2004

**Last Reported Owner:**
            LULU'S LANDING, INC.
            ALABAMA  CORPORATION
            200 EAST 25TH AVENUE
            GULF SHORES, ALABAMA  36542

            **We Have Located Other Marks With This Owner**
            LUCY BUFFETT'S LULU'S            USPTO        Page 183
            LUCY BUFFETT'S LULU'S            USPTO        Page 185
            LUCY BUFFETT'S LULU'S            USPTO        Page 214

**Chronology:**
            **Filed:** FEB 10, 2005        **Serial Number:** 78-564,972
            **Published For Opposition:** NOV 08, 2005
            **Registered:** JAN 31, 2006        **Registration Number:** 3,055,029

**Ownership Details:**

**Registrant:**
            LULU'S LANDING, INC.
            ALABAMA  CORPORATION
            200 EAST 25TH AVENUE
            GULF SHORES, ALABAMA  36542

**Portrait Permission:**
            THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
            THE MARK IDENTIFIES LUCY BUFFETT, WHOSE CONSENT(S) TO
            REGISTER IS SUBMITTED.

**Filing Correspondent:**
            ROBERT A. ROSENBLOUM,
            GREENBERG TRAURIG, LLP
            3290 NORTHSIDE PKWY NW STE 400
            ATLANTA, GA 30327-2268

LULU DK

**LULU DK**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 13, 2004

**Goods/Services:**

**International Class 42:** INTERIOR DESIGN AND DECORATIVE CONSULTATION; INTERIOR DECORATING AND DESIGN SERVICE; TEXTILES DESIGN SERVICES FOR WALL COVERING, UPHOLSTERY, TABLE AND BED LINENS, WEARING APPAREL, BAGS AND FABRICS; WALL COVERINGS, UPHOLSTERY, WEARING APPAREL, BAG AND FABRIC DESIGN SERVICES; CONSULTATION IN CONNECTION THEREWITH

**First Used:** MAR 01, 1996  (INTL. CL. 42)
**In Commerce:** MAR 01, 1996

**Last Reported Owner:**

LULU DK LLC
DELAWARE  CORPORATION
136 EAST 64TH STREET, SUITE 2E
NEW YORK, NEW YORK  10021

**We Have Located Other Marks With This Owner**

| LULU DK | USPTO | Page 145 |
| LULU DK | USPTO | Page 322 |

**Chronology:**

**Filed:** AUG 15, 2002        **Serial Number:** 78-154,461
**Published For Opposition:** OCT 21, 2003
**Registered:** JAN 13, 2004    **Registration Number:** 2,804,760

**Ownership Details:**

**Registrant:**

LULU DK LLC
DELAWARE  CORPORATION
136 EAST 64TH STREET, SUITE 2E
NEW YORK, NEW YORK  10021

**Filing Correspondent:**

SUSAN C. SHIN
GOODWIN PROCTER LLP
599 LEXINGTON AVENUE
NEW YORK NY 10022



## LULU RESTAURANT

**Status:**    RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAR 15, 2006

**Goods/Services:**
**International Class 42:** RESTAURANTS
**First Used:** JAN 01, 1993  (INTL. CL. 42)
**In Commerce:** JAN 01, 1993

**Disclaimers:**
″RESTAURANT″

**Last Reported Owner:**
OUTLAST TECHNOLOGIES, INC.
COLORADO  CORPORATION
6235 LOOKOUT ROAD
BOULDER, COLORADO  80301

**Chronology:**
**Filed:** MAR 30, 1995        **Serial Number:** 74-653,854
**Published For Opposition:** NOV 21, 1995
**Registered:** FEB 13, 1996    **Registration Number:** 1,956,382
**Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC.
9 GRANTED  MAR 15, 2006
REGISTERED - SEC. 15 ACKNOWLEDGED
JAN 15, 2002
REGISTERED - SEC. 8 (6-YR) ACCEPTED
SEP 19, 2001
**Last Renewed:** FEB 13, 2006

**Ownership Details:**
**Registrant:**
RESTAURANT LULU INC.
CALIFORNIA  CORPORATION
816 FOLSOM
SAN FRANCISCO, CALIFORNIA  94107

**Assignee**
OUTLAST TECHNOLOGIES, INC.
COLORADO CORPORATION
6235 LOOKOUT ROAD
BOULDER, COLORADO, 80301

**Assignor**
GATEWAY TECHNOLOGIES, INC.
COLORADO CORPORATION
**Signed:** JUN 20, 1997

**Brief:** CHANGE OF NAME

**Recorded:** JUN 18, 1998
**Reel/Frame:** 1743/0802
**Correspondent:**
SCOTT S. HAVLICK, ESQ.
1050 WALNUT STREET
SUITE 500
BOULDER, CO 80302

**Filing Correspondent:**

ROWENA S. WU
RESTAURANT LULU, INC.
816 FOLSOM STREET
SAN FRANCISCO, CA 94107

# LULU STUDIO

**LULU STUDIO**

**Status:**  PENDING
INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** AUG 21, 2007

**Goods/Services:**
**International Class 42:**  COMPUTER SERVICES, NAMELY, NON-DO
WNLOADABLE SOFTWARE APPLICATIONS USED FOR DESKTOP
PUBLISHING

**Last Reported Owner:**
LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU.COM | USPTO | Page 43 |
| LULU | USPTO | Page 46 |
| LULU | USPTO | Page 49 |
| LULU | USPTO | Page 65 |
| LULU PRESS | USPTO | Page 250 |
| LULU TECH CIRCUS | USPTO | Page 254 |

**Chronology:**
**Filed:** AUG 17, 2007          **Serial Number:** 77-257,646

**Ownership Details:**
**Applicant:**
LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560
**Filing Correspondent:**
DOUGLAS W. KENYON
HUNTON & WILLIAMS LLP
PO BOX 109
RALEIGH, NC 27602-0109

# Lulu Studios

**LULU STUDIOS**

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** AUG 23, 2007

**Goods/Services:**
**International Class 42:** (BASED ON INTENT TO USE) GRAPHIC DESIGN SERVICES

**Last Reported Owner:**
MOORE, LEAH N
**Composed Of:** LEAH N MOORE
SOUTH CAROLINA  SOLE PROPRIETORSHIP
151 AUGUSTA PLANTATION DRIVE APT. S
MYRTLE BEACH, SOUTH CAROLINA  29579

**Chronology:**
**Filed:** AUG 20, 2007      **Serial Number:** 77-260,014

**Ownership Details:**
**Applicant:**
MOORE, LEAH N
**Composed Of:** LEAH N MOORE
SOUTH CAROLINA  SOLE PROPRIETORSHIP
151 AUGUSTA PLANTATION DRIVE APT. S
MYRTLE BEACH, SOUTH CAROLINA  29579

**Filing Correspondent:**
MOORE, LEAH N
151 AUGUSTA PLANTATION DR UNIT S
MYRTLE BEACH, SC 29579-6444



**LULU'S NEW ORLEANS CAFE**

**Status:**     RENEWED
               AMENDED TO USE APPLICATION

               **USPTO Status:** REGISTERED AND RENEWED
               **USPTO Status Date:** MAR 15, 2003

**Goods/Services:**
               **International Class 42:** RESTAURANT AND COCKTAIL LOUNGE
               SERVICES
               **First Used:** OCT 18, 1991  (INTL. CL. 42)
               **In Commerce:** OCT 18, 1991

**Disclaimers:**
               ″NEW ORLEANS CAFE″

**Last Reported Owner:**
               BLACKIE'S HOUSE OF BEEF, INC.
               DISTRICT OF COLUMBIA  CORPORATION
               1217 TWENTY-SECOND STREET, N.W.
               WASHINGTON, DISTRICT OF COLUMBIA  20037

               **We Have Located Other Marks With This Owner**
               LULU'S CLUB MARDI GRAS          USPTO         Page 212

**Chronology:**
               **Filed:** JAN 27, 1992         **Serial Number:** 74-240,396
               **Published For Opposition:** SEP 15, 1992
               **Registered:** DEC 08, 1992    **Registration Number:** 1,738,810
               **Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                                SEC. 15 ACK.  FEB 26, 1999
               **Last Renewed:** DEC 08, 2002

**Ownership Details:**
**New Registered Owner:**
               BLACKIE'S HOUSE OF BEEF, INC.
               DISTRICT OF COLUMBIA  CORPORATION
               1217 22ND ST., N.W.
               WASHINGTON, DISTRICT OF COLUMBIA  20037

**Assignee**

BLACKIE'S HOUSE OF BEEF, INC.
DISTRICT OF COLUMBIA
CORPORATION
1217 TWENTY-SECOND STREET,
N.W.
WASHINGTON, DISTRICT OF
COLUMBIA, 20037

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 10, 1999
**Reel/Frame:** 2012/0042
**Correspondent:**
SHOEMAKER AND MATTARE, LTD.
KEVIN G. SMITH, ESQ.
2001 JEFFERSON DAVIS HWY.
1203 CRYSTAL PLAZA BLDG. 1
ARLINGTON, VIRGINIA 22202

**Filing Correspondent:**

       KEVIN G SMITH
       SUGHRUE MION, PLLC
       2100 PENNSYLVANIA AVE., N.W.
       WASHINGTON, DC 20037-3213

**Assignor**

AUGER, GREGORY U.
UNITED STATES INDIVIDUAL
**Signed:** NOV 26, 1999



### LULU KING'S

**Status:**       PENDING
               FILED AS USE APPLICATION
               USE APPLICATION - CURRENT

               **USPTO Status:** NON-FINAL ACTION - MAILED
               **USPTO Status Date:** JUN 25, 2007

**Goods/Services:**
               **International Class 43:** RESTAURANT SERVICES
               **First Used:** FEB 2006  (INTL. CL. 43)
               **In Commerce:** FEB 2006

**Last Reported Owner:**
               KING'S SEAFOOD COMPANY, LLC
               DELAWARE  LIMITED LIABILITY CO.
               3185 AIRWAY AVENUE, SUITE H
               COSTA MESA, CALIFORNIA  92626

**Chronology:**
               **Filed:** JUN 23, 2006          **Serial Number:** 78-916,097

**Ownership Details:**
**Applicant:**
               KING'S SEAFOOD COMPANY, LLC
               DELAWARE  LIMITED LIABILITY CO.
               3185 AIRWAY AVENUE, SUITE H
               COSTA MESA, CALIFORNIA  92626

| Assignee | Assignor |
|---|---|
| KING'S SEAFOOD COMPANY, LLC | UNIVERSITY RESTAURANT GROUP, |
| DELAWARE LIMITED LIABILITY | INC. |
| COMPANY | CALIFORNIA CORPORATION |
| 3185 AIRWAY AVENUE, SUITE H | **Signed:** APR 28, 2006 |
| COSTA MESA, CALIFORNIA, 92626 | |

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** OCT 30, 2006
**Reel/Frame:** 3418/0176
**Correspondent:**
FULWIDER PATTON LLP
200 OCEANGATE, SUITE 1550
LONG BEACH, CA 90802

**Design Phrase:**

THE MARK CONSISTS OF A STYLIZED MERMAID IN A SEATED
POSITION WEARING A CROWN. BELOW THE MERMAID IS A
BANNER CONTAINING THE WORD LULU AND BELOW THE BANNER
THE WORD KING'S APPEARS BETWEEN TWO STARS.

**Other U.S. Registrations:** 1,986,290; 2,138,464; 2611344 AND OTHERS

**Filing Correspondent:**

JESSIE K. REIDER, CALIFORNIA BAR NO. 237,113
JESSIE K. REIDER, CALIFORNIA BAR NO. 237
FULWIDER PATTON LLP
200 OCEANGATE STE 1550
LONG BEACH, CA 90802-4363

LULU'S CLUB
MARDI GRAS

## LULU'S CLUB MARDI GRAS

**Status:**   REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 07, 2003

**Goods/Services:**
**International Class 43:** RESTAURANT AND COCKTAIL LOUNGE
SERVICES
**First Used:** DEC 31, 1998  (INTL. CL. 43)
**In Commerce:** DEC 31, 1998

**Last Reported Owner:**
BLACKIE'S HOUSE OF BEEF, INC.
DISTRICT OF COLUMBIA  CORPORATION
1217 22ND STREET, N.W.
WASHINGTON, DISTRICT OF COLUMBIA  20037

**We Have Located Other Marks With This Owner**
LULU'S NEW ORLEANS CAFE            USPTO          Page 208

**Chronology:**
**Filed:** DEC 18, 2002          **Serial Number:** 76-476,564
**Published For Opposition:** JUL 15, 2003
**Registered:** OCT 07, 2003          **Registration Number:** 2,771,467

**Ownership Details:**
**Registrant:**
BLACKIE'S HOUSE OF BEEF, INC.
DISTRICT OF COLUMBIA  CORPORATION
1217 22ND STREET, N.W.
WASHINGTON, DISTRICT OF COLUMBIA  20037
**Other U.S. Registrations:** 1,738,810
**Filing Correspondent:**
KEVIN G. SMITH
SUGHRUE MION PLLC
2100 PENNSYLVANIA AVE NW
WASHINGTON DC 20037-3202



**LULU PETITE GASTRONOMIC DELIGHT**

 **Worldwide Filings = 1**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 13, 2004

**Goods/Services:**
    **International Class 43:** CAFES
    **First Used:** JUL 16, 2003 (INTL. CL. 43)
    **In Commerce:** JUL 16, 2003

**Disclaimers:**
    "GASTRONOMIC DELIGHT"

**Last Reported Owner:**
        LULU PETITE INC.
        CALIFORNIA CORPORATION
        826 FOLSOM STREET, SUITE 2
        SAN FRANCISCO, CALIFORNIA 94107

**Chronology:**
    **Filed:** FEB 17, 2003        **Serial Number:** 78-215,771
    **Published For Opposition** NOV 04, 2003
    **Registered:** JUL 13, 2004    **Registration Number:** 2,863,757

**Ownership Details:**
**Registrant:**
        LULU PETITE INC.
        CALIFORNIA CORPORATION
        826 FOLSOM STREET, SUITE 2
        SAN FRANCISCO, CALIFORNIA 94107

**Filing Correspondent:**
        LULU PETITE INC.
        826 FOLSOM STREET SUITE 2
        SAN FRANCISCO CA USA 94107



**LUCY BUFFETT'S LULU'S**

**Status:**      REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 31, 2006

**Goods/Services:**

**International Class 43:** RESTAURANT AND BAR SERVICES
**First Used:** OCT 30, 2004  (INTL. CL. 43)
**In Commerce:** OCT 30, 2004

**Last Reported Owner:**

LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**We Have Located Other Marks With This Owner**

LUCY BUFFETT'S LULU'S              USPTO        Page 183

LUCY BUFFETT'S LULU'S              USPTO        Page 185

LUCY BUFFETT'S LULU'S              USPTO        Page 202

**Chronology:**

**Filed:** FEB 10, 2005        **Serial Number:** 78-565,011
**Published For Opposition:** NOV 08, 2005
**Registered:** JAN 31, 2006      **Registration Number:** 3,055,035

**Ownership Details:**

**Registrant:**

LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**Portrait Permission:**

THE NAME LUCY BUFFET IDENTIFIES A LIVING INDIVIDUAL
WHOSE CONSENT IS OF RECORD.

**Filing Correspondent:**

ROBERT A. ROSENBLOUM, ESQ.
ROBERT A. ROSENBLOU; GREENBERG TRAURIG
SUITE 400; 3290 NORTHSIDE PARKWAY
ATLANTA; GA - GEORGIA
30327
XPX - NOT PROVIDED

LULU GUINNESS

**LULU GUINNESS**

 **Worldwide Filings = 14**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 20, 2004

**Goods/Services:**
**International Class 27:** CARPETS AND RUGS
**First Used:** NOV 2002  (INTL. CL. 27)
**In Commerce:** NOV 2002

**Last Reported Owner:**
LULU GUINNESS LIMITED
UNITED KINGDOM  COMPANY
159-165 GREAT PORTLAND STREET
5TH FLOOR, TENNYSON HOUSE
LONDON, UNITED KINGDOM  W1N 5FT

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GUINNESS | USPTO | Page 90 |
| LULU GUINNESS | USPTO | Page 180 |
| MISS LULU | USPTO | Page 232 |

**Chronology:**
**Filed:** JAN 15, 2003      **Serial Number:** 78-203,406
**Published For Opposition:** APR 27, 2004
**Registered:** JUL 20, 2004    **Registration Number:** 2,864,891

**Ownership Details:**
**Registrant:**
LULU GUINNESS LIMITED
UNITED KINGDOM  COMPANY
159-165 GREAT PORTLAND STREET
5TH FLOOR, TENNYSON HOUSE
LONDON, UNITED KINGDOM  W1N 5FT

**Portrait Permission:**
THE NAME ″LULU GUINNESS″ IN THE MARK IDENTIFIES A LIVING
INDIVIDUAL WHOSE CONSENT IS OF RECORD.

**Filing Correspondent:**
IAN JAY KAUFMAN
LADAS & PARRY
26 WEST 61ST STREET

NEW YORK NY USA 10023

**Domestic Representative:** LADAS & PARRY

LULU BEARS

**LULU BEARS**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 15, 2002

**Goods/Services:**
**International Class 28:** STUFFED TEDDY BEARS
**First Used:** 1990 (INTL. CL. 28)
**In Commerce:** 1990

**Disclaimers:**
″BEARS″

**Last Reported Owner:**
BOWEN, PHILLIS L.
UNITED STATES  INDIVIDUAL
8404 CASPIAN DRIVE
AUSTIN, TEXAS  78749

**Chronology:**
**Filed:** NOV 08, 2000        **Serial Number:** 76-161,656
**Published For Opposition:** OCT 23, 2001
**Registered:** JAN 15, 2002    **Registration Number:** 2,529,596

**Ownership Details:**
**Registrant:**
BOWEN, PHILLIS L.
UNITED STATES  INDIVIDUAL
8404 CASPIAN DRIVE
AUSTIN, TEXAS  78749

**Filing Correspondent:**
BRUCE A JOHNSON
DAVIS & JOHNSON LLP
PO BOX 90698
AUSTIN TX 78709-0698

# LULU'S

**LULU'S**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 14, 2006

**Goods/Services:**

**International Class 28:**  SURFBOARDS
**First Used:** JUN 12, 2005  (INTL. CL. 28)
**In Commerce:** JUN 12, 2005

**Last Reported Owner:**

MORENO, JOSEPH E.
UNITED STATES  INDIVIDUAL
C/O KOEING & ASSOCIATES
P.O. BOX 1140
SANTA BARBARA, CALIFORNIA  93067

**Chronology:**

**Filed:** JUL 06, 2005        **Serial Number:** 78-664,997
**Published For Opposition:** MAR 21, 2006
**Registered:** NOV 14, 2006    **Registration Number:** 3,172,497

**Ownership Details:**

**Registrant:**

MORENO, JOSEPH E.
UNITED STATES  INDIVIDUAL
C/O KOEING & ASSOCIATES
P.O. BOX 1140
SANTA BARBARA, CALIFORNIA  93067

**Filing Correspondent:**

KURT KOENIG
KOENIG & ASSOCIATES
P.O. BOX 1140
SUMMERLAND CA 93067-1140

LITTLE LEAPS LEARNING
FRIEND LULU

**LITTLE LEAPS LEARNING FRIEND LULU**

**Status:**     PUBLISHED
              INTENT TO USE

              **USPTO Status:** NOTICE OF ALLOWANCE - ISSUED
              **USPTO Status Date:** MAY 22, 2007

**Goods/Services:**
              **International Class 28:**  PLUSH TOYS

**Last Reported Owner:**
              LEAPFROG ENTERPRISES, INC.
              DELAWARE  CORPORATION
              6401 HOLLIS STREET
              SUITE 100
              EMERYVILLE, CALIFORNIA  94608

              **We Have Located Other Marks With This Owner**

              LULU THE LETTER-SPINNING          USPTO        Page 99
              SPIDER

**Chronology:**
              **Filed:** APR 04, 2006          **Serial Number:** 78-853,798
              **Published For Opposition:** FEB 27, 2007

**Ownership Details:**
**Applicant:**
              LEAPFROG ENTERPRISES, INC.
              DELAWARE  CORPORATION
              6401 HOLLIS STREET
              SUITE 100
              EMERYVILLE, CALIFORNIA  94608

**Portrait Permission:**
              THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
              THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING
              INDIVIDUAL.

**Other U.S. Registrations:** 2,671,162
**Filing Correspondent:**
              ANNA SILVA
              LEAPFROG ENTERPRISES, INC.
              6401 HOLLIS STREET, SUITE 100
              EMERYVILLE CA 94608

LULU'S DESSERT

## LULU'S DESSERT

**Status:**     REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** SEP 07, 2006

**Goods/Services:**
**International Class 30:** FLAVORED, SWEETENED GELATIN
DESSERTS, FLAN, PUDDING, TAPIOCA
**First Used:** JUL 1982  (INTL. CL. 30)
**In Commerce:** JUL 1982

**Disclaimers:**
″DESSERT″

**Last Reported Owner:**
LULU'S DESSERT CORP.
4383 EXCHANGE AVE.
VERNON, CALIFORNIA  90058

**We Have Located Other Marks With This Owner**

| LULU'S DESSERT | Common Law | Page 1055 |
| LULU'S DESSERT | Common Law | Page 1055 |

**Chronology:**
**Filed:** JUN 08, 1999          **Serial Number:** 75-724,102
**Published For Opposition:** DEC 21, 1999
**Registered:** MAR 14, 2000     **Registration Number:** 2,329,891
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  SEP 07, 2006

**Ownership Details:**
**Registrant:**
MEXICO & WESTSIDE CONNECTIONS, INC.
CALIFORNIA  CORPORATION
5452 OCEANUS DRIVE
HUNTINGTON BEACH, CALIFORNIA  92649

| **Assignee** | **Assignor** |
| LULU'S DESSERT CORP. | MEXICO & WESTSIDE CONNEC |
| 4383 EXCHANGE AVE. | TIONS, INC. CORPORATION |
| VERNON, CALIFORNIA, 90058 | **Signed:** MAY 28, 2001 |

**Brief:** CHANGE OF NAME

**Recorded:** JUL 18, 2001
**Reel/Frame:** 2334/0460
**Correspondent:**
MARIA DE LOURDES SOBRINO
4383 EXCHANGE AVE.
VERNON, CA 90058

**Portrait Permission:**
"LULU" IS THE NICKNAME OF A LIVING INDIVIDUAL WHOSE
CONSENT IS OF RECORD.

**Filing Correspondent:**
THOMAS A. ZEIGLER
ADORNO, YOSS, ALVARADO & SMITH
SUITE 1200
4 PARK PLAZA
IRVINE, CA 92614

# LULU BEAR

**LULU BEAR**

**Status:**   PENDING
             INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAY 14, 2007

**Goods/Services:**

**International Class 30:**  BREAD, RUSKS, SWEET OR SAVORY BISCUITS, WAFERS, WAFFLES, CAKES, PASTRIES, ALL THESE PRODUCTS BEING PLAIN, COATED, FILLED OR FLAVORED; SWEET OR SALTED APPETIZERS CONSISTING PRIMARILY OF BREAD, BISCUIT OR PASTRY DOUGH ; CONFECTIONARY PRODUCTS NAMELY PASTRY, CANDY, CHOCOLATE, CONFECTIONARY CHIPS FOR BAKING, CRYSTAL SUGAR PIECES, FRUIT JELLIES, PEANUT BUTTER CONFECTIONARY CHIPS, CONFECTIONARY ICES, NAMELY FROZEN YOGURT

**Last Reported Owner:**

GENERALE BISCUIT
FRANCE  SOCIETE ANONYME
3 RUE SAARINEN, BATIMENT SAARINEN
RUNGIS, FRANCE  94150

**Chronology:**

**Filed:** FEB 14, 2007        **Serial Number:** 77-107,499

**Ownership Details:**

**Applicant:**

GENERALE BISCUIT
FRANCE  SOCIETE ANONYME
3 RUE SAARINEN, BATIMENT SAARINEN
RUNGIS, FRANCE  94150

**Filing Correspondent:**

PERLA M. KUHN
HUGHES HUBBARD & REED LLP
1 BATTERY PARK PLZ
NEW YORK, NY 10004-1405

**Domestic Representative:** PERLA M. KUHN

LULU DK

**LULU DK**

**TTAB**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 17, 2003

**Goods/Services:**

**International Class 24:** FABRIC, NAMELY, COTTON FABRIC AND
COTTON AND LINEN-BLEND FABRICS
**First Used:** OCT 23, 1999 (INTL. CL. 24)
**In Commerce:** OCT 23, 1999

**Last Reported Owner:**

LULU D.K. LLC
DELAWARE CORPORATION
136 EAST 64TH STREET, SUITE 2E
NEW YORK, NEW YORK 10021

**Chronology:**

**Filed:** AUG 31, 2000          **Serial Number:** 76-120,403
**Published For Opposition:** JUN 04, 2002
**Registered:** JUN 17, 2003     **Registration Number:** 2,726,333

**Trademark Trials and Appeal Board (TTAB) Information:**    **TTAB**

**Extension of Time to Oppose Number:** 76120403

**Extension of Time to Oppose Filed:** AUG 22, 2002

**Outcome:** TERMINATED AUG 22, 2002

| | |
|---|---|
| **Potential Opposer:** | **Applicant:** |
| LULU GUINNESS LIMITED AND | LULU D.K. LLC |
| LULU GUINNESS USA, INC | |
| | |
| **Mark:** | **Mark:** LULU DK |
| **Serial Number:** | **Serial Number:** 76-120,403 |
| **Correspondent:** | **Correspondent:** |
| IAN JAY KAUFMAN | SUSAN C. SHIN |
| LADAS & PARRY | BROWN RAYSMAN MILLSTEIN |
| 26 WEST 61ST STREET | FELDER ET AL |
| NEW YORK, NY 10023 | 900 THIRD AVENUE |
| | NEW YORK NEW YO, RK 10022 |

**TTAB Entry:** #11 TERMINATED, APR 01, 2003
**TTAB Entry:** #10 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE

DATE), DEC 16, 2002

**Ownership Details:**
**Registrant:**

>LULU D.K. LLC
>
>DELAWARE  CORPORATION
>
>136 EAST 64TH STREET, SUITE 2E
>
>NEW YORK, NEW YORK  10021

**Filing Correspondent:**

>SUSAN C. SHIN
>
>MONICA B. RICHMAN
>
>THELEN REID BROWN RAYSMAN & STEINER LLP
>
>875 THIRD AVENUE
>
>NEW YORK NY 10022

ULULU

**ULULU**

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 03, 1992

**Goods/Services:**

**International Class 25:**  CLOTHING; NAMELY, T-SHIRTS,
SWEATSHIRTS, SWEATPANTS AND JACKETS

**Last Reported Owner:**

BEMUS, BARTON D.
UNITED STATES  INDIVIDUAL
9736 WALLINGFORD AVENUE NO.
SEATTLE, WASHINGTON  98103

**Chronology:**

**Filed:** MAR 22, 1991      **Serial Number:** 74-150,084
**Published For Opposition:** DEC 10, 1991
**Abandoned:** DEC 03, 1992

**Ownership Details:**

**Applicant:**

BEMUS, BARTON D.
UNITED STATES  INDIVIDUAL
9736 WALLINGFORD AVENUE NO.
SEATTLE, WASHINGTON  98103

**Filing Correspondent:**

H. ALBERT RICHARDSON, JR.
H. ALBERT RICHARDSON
BLACK LOWE & GRAHAM
701 FIFTH AVENUE, SUITE 4800
SEATTLE WA 98104



## LULU BURAS

**Status:**    CANCELLED    **Cancellation Section:** 8

USPTO Status: CANCELLED - SECTION 8
USPTO Status Date: SEP 24, 1991

**Goods/Services:**

International Class 3:  COSMETICS, SKIN CARE PRODUCTS, AND PERSONAL CARE PRODUCTS-NAMELY, SHAMPOO, ROLL-ON DEODORANT, PEELING CREAM, BEAUTY PEEL OFF MASK, PARFUM DE TOILETTE, COLLAGEN PREPARATIONS, BALANCING GEL, SKIN CLEANSER, COSMETIC AND MAKE-UP BRUSHES, AND COSMETIC CASES

First Used: JUN 01, 1971  (INTL. CL. 3)
In Commerce: JAN 01, 1973

**Last Reported Owner:**

L'OREAL
FRANCE  CORPORATION
41, RUE MARTRE
92117 CLICHY CEDEX, FRANCE

**Chronology:**

Filed: NOV 03, 1983    Serial Number: 73-451,134
Published For Opposition: JAN 29, 1985
Registered: APR 09, 1985    Registration Number: 1,329,164
Cancelled: NOV 05, 1991

**Ownership Details:**
**Registrant:**

LULU BURAS, INC.
LOUISIANA  CORPORATION
2231 BANKS ST.
NEW ORLEANS, LOUISIANA  70119

| Assignee | Assignor |
|---|---|
| L'OREAL | LULU BURAS, INC. |
| FRANCE CORPORATION | LOUISIANA CORPORATION |
| 41, RUE MARTRE | 2231 BANKS STREET |
| 92117 CLICHY CEDEX, FRANCE | NEW ORLEANS, LOUISIANA |
|  | **Signed:** NOV 03, 1986 |

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Recorded:** JAN 22, 1988

**Reel/Frame:** 0590/0884
**Correspondent:**
BRUMBAUGH, GRAVES, DONOHUE
& RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Portrait Permission:**
THE NAME ″LULU BURAS″ IS THE NAME OF A LIVING INDIVIDUAL,
WHOSE CONSENT IS OF RECORD.

**Filing Correspondent:**
MICHAEL C. ELMER
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
1775 K ST., NW.
WASHINGTON DC 20006

**LULU HORNBAKER**

# LULU HORNBAKER

**Status:**   ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** NOV 30, 2006

**Goods/Services:**

**International Class 3:**  COSMETICS AND SKIN CARE PRODUCTS, NAMELY, FOUNDATION, CONCEALER, MASCARA, EYE SHADOW, EYE AND/OR BROW LINERS, LIPSTICK, LIP LINER, LIP BALM, FACE POWDER, BRONZER, BLUSHER, MASCARA REMOVER, COVER STICK, LOOSE POWDER, PRESSED POWDER, LIP COLOR, LIP GLOSS, MOISTURIZERS, MAKE-UP REMOVER; NON-MEDICATED BODY POWDER; SKIN SOAPS; BATH GEL, BATH OILS, BATH SALTS, BATH BEADS, AND EFFERVESCING BATH PREPARATIONS; BODY MASSAGE OILS, BODY BUTTER, AND FRAGRANCE SPRAYS FOR THE BODY; NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, LOTIONS, CREAMS, CLEANSERS, MILKS, GELS, SCRUBS, MASKS AND TONERS; PERSONAL DEODORANTS; SUN-TANNING PREPARATIONS, SUNSCREEN OILS AND LOTIONS; SHAVING PREPARATIONS; DENTIFRICES; PERFUMES, EAU DE TOILETTE, ESSENTIAL OILS FOR PERSONAL USE, PERFUME OILS; FOOT SPRAYS; PEDICURE SOAKS, AND PEDICURE SCRUBS; PUMICE STONE, COTTON STICKS, COTTON SWABS AND WOOL SWABS FOR NON-MEDICAL PURPOSES ALL FOR USE ON THE BODY; FRAGRANCE ROOM SPRAYS, POTPOURRI, INCENSE, SCENTED ROOM FRAGRANCES, AND SACHETS; POWDERED COSMETIC TISSUES; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; HAIR CARE PREPARATIONS, NAMELY, HAIR SHAMPOOS, HAIR CONDITIONERS, HAIR SPRAY, HAIR MOUSSE, HAIR GELS, HAIR RELAXERS, HAIR COLORING PREPARATIONS, HAIR COLORANTS, HAIR COLOR, HAIR TINT, HAIR DYE, AND HAIR LIGHTENERS; KITS AND GIFT SETS COMPRISED PRIMARILY OF NON-MEDICATED SKIN AND/OR HAIR CARE PREPARATIONS; HAIR REMOVAL PRODUCTS, DEPILATORIES AND WAXES; NON-MEDICATED PRE-M OISTENED COSMETIC TOWELETTES FOR HYGIENIC USE; NAIL CARE PREPARATIONS; PRODUCTS USED IN APPLYING, SCULPTING AND REMOVING ARTIFICIAL FINGERNAILS, NAMELY, APPLICATION BRUSHES, NAIL FILES, NAIL CLIPPERS, AND NAIL BUFFER BLOCKS; ARTIFICIAL FINGERNAILS AND PRODUCTS USED IN APPLYING, SCULPTING, AND REMOVING ARTIFICIAL FINGERNAILS, NAMELY, NAIL TIPS, ACRYLIC LIQUID AND POWDER, PREPARATION PRIMER, ADHESIVE GLUE, APPLICATION GEL, GEL

HARDENER, SILK WRAPS, LIQUID SEALER, LIQUID NAIL
REMOVER, NAIL POLISH REMOVER AND LIQUID FINISHING
BLENDER

**Last Reported Owner:**

BETTYBEAUTY, INC.
DELAWARE  CORPORATION
C/O VOGEL & COMPANY 685 POST ROAD
DARIEN, CONNECTICUT  06820

**Chronology:**

**Filed:** APR 08, 2005          **Serial Number:** 78-605,240

**Abandoned:** NOV 29, 2006

**Ownership Details:**

**Applicant:**

BETTYBEAUTY, INC.
DELAWARE  CORPORATION
685 POST ROAD
C/O VOGEL & COMPANY
DARIEN, CONNECTICUT  06820

| **Assignee** | **Assignor** |
|---|---|
| BETTYBEAUTY, INC. | LULU HORNBAKER, INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| C/O VOGEL & COMPANY 685 POST | **Signed:** JUN 14, 2006 |
| ROAD | |
| DARIEN, CONNECTICUT, 06820 | |

**Brief:** CHANGE OF NAME
**Recorded:** AUG 14, 2006
**Reel/Frame:** 3368/0471
**Correspondent:**
ROBERT L. POWLEY
417 CANAL STREET - 4TH FLOOR
NEW YORK, NY 10013

**Portrait Permission:**

"THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING
INDIVIDUAL."

**Filing Correspondent:**

ROBERT L. POWLEY
POWLEY & GIBSON, P.C.
304 HUDSON STREET, 2ND FLOOR

NEW YOK NY 10013

LULU'S TANNING CO.

## LULU'S TANNING CO.

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 19, 2004

**Goods/Services:**

**International Class 3:** TANNING PRODUCTS, NAMELY
SELF-TANNING LOTIONS, SELF-TANNING LIQUIDS, BODY SCRUBS,
MOISTURIZERS, TAN ACCELERATING LOTIONS, TAN
ACCELERATING LIQUIDS, LIP BALM

**Last Reported Owner:**

PERFORMANCE BRANDS, INC.
FLORIDA  CORPORATION
959 SHOTGUN ROAD
SUNRISE, FLORIDA  33326

**Chronology:**

**Filed:** JUL 24, 2003          **Serial Number:** 78-278,570
**Abandoned:** SEP 19, 2004

**Ownership Details:**
**Applicant:**

PERFORMANCE BRANDS, INC.
FLORIDA  CORPORATION
959 SHOTGUN ROAD
SUNRISE, FLORIDA  33326

**Filing Correspondent:**

ROBERT M. SCHWARTZ, ESQ.
RUDEN MCCLOSKY SMITH SCHUSTER & RUSSELL
SUITE 1500
200 EAST BROWARD BLVD.
FORT LAUDERDALE FL 33301

MISS LULU

**MISS LULU**

**Status:**   ABANDONED
SECTION 44 (D)
INTENT TO USE
44(D) APPLICATION - CURRENT

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JAN 03, 2007

**Goods/Services:**
**International Class 3:**  PERFUMES; COLOGNES, FRAGRANCES, NAMELY, EAU DE TOILETTE, AFTERSHAVE LOTIONS, AFTERSHAVE GELS, SKIN SOAP, TALCUM POWDER, BUBBLE BATH, BATH GEL, SHOWER GEL, BODY SCRUB; ANTI-PERSPIRANTS AND DEODORANTS; NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, BATH AND BODY OILS, SKIN CREAMS, SKIN LOTIONS AND SKIN GELS; COSMETICS, NAMELY, MAKE-UP, LIPSTICK, BLUSH, FOUNDATION, MASCARA, EYE LINER, LIP LINER; NON-MEDICATED HAIR CARE PREPARATIONS; NAIL CARE PREPARATIONS; PREPARATIONS FOR USE IN TANNING AND SUN PROTECTION; AROMATHERAPY CREAMS, LOTIONS AND OILS; ESSENTIAL OILS FOR PERSONAL USE, INCENSE, POMADES FOR THE LIPS AND HAIR, POTPOURRI
**International Class 8:**  TABLEWARE, NAMELY, KNIVES, FORKS AND SPOONS
**International Class 18:**  LEATHER AND IMITATION LEATHER SOLD IN BULK; HANDBAGS, SHOULDERBAGS, WALLETS, CARD CASES, NAMELY, CREDIT CARD CASES BUSINESS CARD CASES, CALLING CARD CASES, PURSES; LUGGAGE, BRIEFCASE-TYPE PORTFO LIOS, TRUNKS AND TRAVELLING BAGS; SUITCASES, TOTE BAGS, VALISES, VANITY CASES SOLD EMPTY; BRIEFCASES, DOCUMENT BAGS AND CASES, ATTACHE CASES; KEY CASES; LEATHER KEY FOBS; CASES FOR TOILETRY OR COSMETIC ARTICLES SOLD EMPTY
**International Class 20:**  PHOTOGRAPH FRAMES; PICTURE FRAMES; FURNITURE MIRRORS, HAND-HELD MIRRORS, PLAQUES; JEWELRY BOXES NOT OF METAL; CUSHIONS, FITTED FABRIC FURNITURE CUSHION COVERS
**International Class 21:** DINNERWARE, BEVERAGE GLASSWARE; DISHES; OBJECTS D'ART, FIGURINES, SCULPTURES, STATUES AND ORNAMENTS NOT INCLUDING CHRISTMAS-TREE ORNAMENTS MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN OR TERRA COTTA; NON-METAL DECORATIVE TRINKET BOXES; HOUSEHOLD UTENSILS, NAMELY, WHISKS, TURNERS, KITCHEN LADLES, MIXING SPOONS, BASTING SPOONS, BASTING

BRUSHES, SLOTTED SPOONS, BOTTLE OPENERS, CORKSCREWS, SPOON RESTS, POT CLEANING BRUSHES, TEA CADDIES, POT AND PAN SCRAPERS, ROLLING PINS, VEGETABLE MASHERS AND SPATULAS; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE NOT OF PRECIOUS METAL; VASES; CANDLESTICKS AND CANDLEHO LDERS NOT OF PRECIOUS METAL; HAIR BRUSHES AND HAIR COMBS

**International Class 25:** CLOTHING, NAMELY, SHIRTS, SUITS, JOGGING SUITS, PANTS, SHORTS, RAIN WEAR, SKIRTS, BLOUSES, DRESSES, T-SHIRTS, SUSPENDERS, SWEATERS, JACKETS, COATS, TIES, ROBES, SCARVES, SWIM WEAR; UNDERCLOTHING, NAMELY, UNDERWEAR, UNDERPANTS, BRAS, CORSETS, CAMISOLES AND PETTICOATS; NIGHTWEAR, NAMELY, PAJAMAS, NIGHTDRESSES AND NEGLIGEES; FOOTWEAR, NAMELY, HOSIERY, SOCKS AND SHOES; SWIMWEAR; HEADWEAR; CLOTHING BELTS

**Last Reported Owner:**

LULU GUINNESS LIMITED
UNITED KINGDOM  LIMITED COMPANY
TENNYSON HOUSE 159-165 GREAT PORTLAND STREET
5TH FLOOR
LONDON W1N 5FT, UNITED KINGDOM

**We Have Located Other Marks With This Owner**

| LULU GUINNESS | USPTO | Page 90 |
| LULU GUINNESS | USPTO | Page 180 |
| LULU GUINNESS | USPTO | Page 215 |

**Chronology:**

**Filed:** JUL 24, 2000        **Serial Number:** 76-096,342
**Abandoned:** DEC 07, 2006

**Ownership Details:**

**Applicant:**

LULU GUINNESS LIMITED
UNITED KINGDOM  LIMITED COMPANY
TENNYSON HOUSE 159-165 GREAT PORTLAND STREET
5TH FLOOR
LONDON W1N 5FT, UNITED KINGDOM

**Non-U.S. Application Claimed:** 2,220,818
**Non-U.S. Application Date:** JAN 29, 2000
**Non-U.S. Application Country:** UNITED KINGDOM
**Portrait Permission:**

THE NAME "LULU" IN THE MARK IDENTIFIES A PARTICULAR

LIVING INDIVIDUAL BUT THAT THERE IS NO PARTICULAR LIVING
INDIVIDUAL HAVING THE NAME ″MISS LULU″.

**Filing Correspondent:**

IAN JAY KAUFMAN

LADAS & PARRY

26 W 61ST ST

NEW YORK NY 10023

**Domestic Representative:** LADAS & PARRY

## LULU LOTION

**LULU LOTION**

**Status:**     EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** AUG 25, 1985

**Goods/Services:**
**International Class 5:** DERMATOLOGICAL LOTION.
**First Used:** 1953  (US.CL. 18)
**In Commerce:** 1953

**Last Reported Owner:**
DRUG SERVICE, INC., FRESNO, CALIF.

**Chronology:**
**Filed:** JUL 06, 1964          **Serial Number:** 72-197,097
**Published For Opposition:** MAR 09, 1965
**Registered:** MAY 25, 1965     **Registration Number:** 789,918

**Ownership Details:**
**Registrant:**
DRUG SERVICE, INC., FRESNO, CALIF.

| Assignee | Assignor |
|---|---|
| SHERATON LABORATORIES | DRUG SERVICE, INC. |
| CALIFORNIA CORPORATION | CALIFORNIA CORPORATION |
| 1400 COLEMAN AVE. | 1400 COLEMAN AVE. |
| SANTA CLARA, CALIFORNIA | SANTA CLARA, CALIFORNIA |
| | **Acknowledge:** SEP 04, 1970 |

**Brief:** MEMORANDUM OF ORAL
ASSIGNMENT MADE MAR. 6, 1966,
ASSIGNOR HEREBY ASSIGNS THE
ENTIRE INTEREST IN SAID MARK
AND THE GOOD WILL.
**Recorded:** OCT 09, 1970
**Reel/Frame:** 0198/0257
**Correspondent:**
HUEBNER & WORREL
BRIX BLDG.
1221 FULTON MALL
FRESNO, CA 93721

**Assignee**

DRUG SERVICE, INC.

CALIFORNIA CORPORATION

2526 EAST HEDGES

FRESNO, CALIFORNIA

**Brief:** ASSIGNS, AS OF JUNE, 1963,
ALL INTEREST, AND THE GOOD
WILL.
**Recorded:** SEP 15, 1964
**Reel/Frame:** 0117/0265
**Correspondent:**
HUEBNER & WORREL
EQUITABLE BLDG.
FRESNO, CA 93721

**Assignor**

HAMLIN, EDWIN M.

**Acknowledge:** SEP 07, 1964

**Claims:**

APPLICANT DISCLAIMS THE WORD ″LOTION″ APART FROM THE
MARK AS SHOWN.

## LULU'S PEEPS

**LULU'S PEEPS**

**Status:**     ABANDONED
                INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAY 06, 2004

**Goods/Services:**
**International Class 5:** ADHESIVE BANDAGES

**Last Reported Owner:**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK 10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**
**Filed:** NOV 09, 2000          **Serial Number:** 78-034,456
**Published For Opposition:** AUG 13, 2002
**Abandoned:** MAY 06, 2004

**Ownership Details:**
**Applicant:**
VIACOM INTERNATIONAL INC.
DELAWARE CORPORATION

1515 BROADWAY
NEW YORK, NEW YORK  10036

**Filing Correspondent:**

SELENE H. COSTELLO
MTV NETWORKS
VIACOM INTERNATIONAL INC
1515 BROADWAY FL 34
NEW YORK NY 10036-8901

# LULU GREEN

**LULU GREEN**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUN 05, 2003

**Goods/Services:**

**International Class 6:**  METAL KEY CHAINS

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** DEC 27, 2000        **Serial Number:** 78-040,735
**Published For Opposition:** MAR 12, 2002
**Abandoned:** JUN 05, 2003

**Ownership Details:**

**Applicant:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING
INDIVIDUAL.

**Filing Correspondent:**

SELENE H. COSTELLO

C/O A ARIES TABIGUE

1515 BROADWAY 34TH FLOOR

NEW YORK NEW YORK 10036

LULU'S PEEPS

**LULU'S PEEPS**

**Status:**     ABANDONED

                INTENT TO USE

                **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
                **USPTO Status Date:** NOV 29, 2003

**Goods/Services:**

                **International Class 6:** METAL KEY CHAINS

**Last Reported Owner:**

                VIACOM INTERNATIONAL INC.
                DELAWARE CORPORATION
                1515 BROADWAY
                NEW YORK, NEW YORK 10036

                **We Have Located Other Marks With This Owner**

                LULU GREEN              USPTO          Page 104

                LULU'S PEEPS           USPTO          Page 109

                LULU GREEN             USPTO          Page 129

                LULU'S PEEPS           USPTO          Page 237

                LULU GREEN             USPTO          Page 239

                LULU GREEN             USPTO          Page 243

                LULU GREEN             USPTO          Page 261

                LULU'S PEEPS           USPTO          Page 263

                LULU GREEN             USPTO          Page 293

                LULU GREEN             USPTO          Page 295

                LULU GREEN             USPTO          Page 301

                LULU'S PEEPS           USPTO          Page 304

                LULU GREEN             USPTO          Page 342

                LULU'S PEEPS           USPTO          Page 388

**Chronology:**

                **Filed:** NOV 09, 2000          **Serial Number:** 78-034,470
                **Published For Opposition:** MAR 05, 2002
                **Abandoned:** NOV 29, 2003

**Ownership Details:**

**Applicant:**

                VIACOM INTERNATIONAL INC.
                DELAWARE CORPORATION

1515 BROADWAY
NEW YORK, NEW YORK  10036

**Filing Correspondent:**

SELENE H. COSTELLO
MTV NETWORKS
VIACOM INTERNATIONAL INC
1515 BROADWAY FL 34
NEW YORK NY 10036-8901

LULU GREEN

## LULU GREEN

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 05, 2003

**Goods/Services:**

**International Class 9:**  VIDEO GAME MACHINES FOR USE WITH TELEVISION, AUDIO OUTPUT GAME MACHINES FOR USE WITH TELEVISION, VIDEO GAME CARTRIDGES, VIDEO GAMES RECORDED ON CD-ROM FOR USE IN FREESTANDING VIDEO GAME MACHINES; AND COMPUTER PRODUCTS, NAMELY, GAME CARTRIDGES FOR COMPUTER VIDEO GAMES AND VIDEO OUTPUT GAME MACHINES AND INSTRUCTIONAL MATERIALS SOLD AS A UNIT, COMPUTER GAME CASSETTES, COMPUTER GAME TAPES AND MANUALS SOLD AS A UNIT;THEATRICAL OR MUSICAL SOUND RECORDINGS; THEATRICAL OR MUSICAL VIDEO RECORDINGS, LASER DISCS AND DIGITAL VIDEO DISCS/DIGITAL VERSATILE DISCS FEATURING ANIMATION; SUNGLASSES

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** DEC 27, 2000        **Serial Number:** 78-040,741

**Published For Opposition:** MAR 12, 2002

**Abandoned:** DEC 05, 2003

**Ownership Details:**

**Applicant:**

VIACOM INTERNATIONAL INC.

DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING

INDIVIDUAL.

**Filing Correspondent:**

SELENE H. COSTELLO

VIACOM INTERNATIONAL INC

1515 BROADWAY FL 34

NEW YORK NY 10036-8901



**LULU'S WORLD**

**Status:**   ABANDONED
          INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 19, 2002

**Goods/Services:**
**International Class 11:** SHADES, NAMELY FOR LAMPS
**International Class 16:** PAPER BAGS; CARDBOARD BOXES, NAMELY FOR GIFTS AND TRINKETS; CHALK BOARDS; PAPER NAPKINS; STATIONERY; AND WRAPPING PAPER
**International Class 20:** MIRRORS; PICTURE FRAMES; PILLOWS
**International Class 28:** CHRISTMAS TREE ORNAMENTS

**Last Reported Owner:**
GOLD LEAF DESIGN GROUP, INC.
ILLINOIS  CORPORATION
337 NORTH OAKLEY
CHICAGO, ILLINOIS  60612

**Chronology:**
**Filed:** FEB 27, 2001        **Serial Number:** 76-216,191
**Published For Opposition:** MAR 26, 2002
**Abandoned:** DEC 19, 2002

**Ownership Details:**
**Applicant:**
GOLD LEAF DESIGN GROUP, INC.
ILLINOIS  CORPORATION
337 NORTH OAKLEY
CHICAGO, ILLINOIS  60612

**Portrait Permission:**
THE NAME AND PORTRAIT SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**
DONALD GOTTESMAN
P.O. BOX 64753
CHICAGO IL 60664-0753

### LULU LUV



**Status:**     ABANDONED
               INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** AUG 22, 2006

**Goods/Services:**

**International Class 9:** EYEGLASSES, EYEGLASS FRAMES, SUNGLASSES, SUNGLASS FRAMES
**International Class 14:** COSTUME JEWELRY AND WATCHES
**International Class 18:** WALLETS, BUSINESS CARD CASES, POCKET ORGANIZERS, HANDBAGS, PURSES, BACKPACKS, LUGGAGE, TOTE BAGS, COSMETIC BAGS SOLD EMPTY
**International Class 25:** CLOTHING, NAMELY, JEANS, PANTS, TOPS, SKIRTS, SHORTS, JACKETS, COATS, SWEATERS, SHIRTS, AND FOOTWEAR

**Last Reported Owner:**

MUDD (USA) LLC
DELAWARE  LIMITED LIABILITY CO.
1407 BROADWAY - SUITE 2004
NEW YORK, NEW YORK  10018

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU LUV | USPTO | Page 153 |
| LUV, LULU | USPTO | Page 157 |
| LUV, LULU | USPTO | Page 248 |

**Chronology:**

**Filed:** JAN 07, 2005          **Serial Number:** 78-543,989
**Published For Opposition:** NOV 29, 2005
**Abandoned:** AUG 22, 2006

**Ownership Details:**
**Applicant:**

MUDD (USA) LLC
DELAWARE  LIMITED LIABILITY CO.
1407 BROADWAY - SUITE 2004
NEW YORK, NEW YORK  10018

**Filing Correspondent:**

GARY H. FECHTER
MCCARTER & ENGLISH, LLP
27TH FLOOR
245 PARK AVENUE

NEW YORK, NY 10167-0001

**LUV, LULU**

# LUV, LULU

**Status:**     ABANDONED
                INTENT TO USE

                **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
                **USPTO Status Date:** SEP 08, 2006

**Goods/Services:**
                **International Class 9:** EYEGLASSES, EYEGLASS FRAMES,
                SUNGLASSES, SUNGLASS FRAMES
                **International Class 14:** COSTUME JEWELRY AND WATCHES
                **International Class 18:** WALLETS, BUSINESS CARD CASES,
                CALLING CARD CASES AND CREDIT CARD CASES, CARRYING
                CASES, NAMELY, POCKET ORGANIZERS, HANDBAGS, PURSES,
                BACKPACKS, LUGGAGE, TOTE BAGS, COSMETIC BAGS SOLD
                EMPTY
                **International Class 25:** CLOTHING, NAMELY, JEANS, PANTS, TOPS,
                SKIRTS, SHORTS, JACKETS, COATS, SWEATERS, SHIRTS, AND
                FOOTWEAR

**Last Reported Owner:**
                MUDD (USA) LLC
                DELAWARE  LIMITED LIABILITY CO.
                1407 BROADWAY - SUITE 2004
                NEW YORK, NEW YORK  10018

                <u>**We Have Located Other Marks With This Owner**</u>

                <u>LULU LUV</u>                        USPTO          Page 153

                <u>LUV, LULU</u>                       USPTO          Page 157

                <u>LULU LUV</u>                        USPTO          Page 246

**Chronology:**
                **Filed:** JAN 11, 2005          **Serial Number:** 78-545,587
                **Published For Opposition:** DEC 13, 2005
                **Abandoned:** SEP 08, 2006

**Ownership Details:**
**Applicant:**
                MUDD (USA) LLC
                DELAWARE  LIMITED LIABILITY CO.
                1407 BROADWAY - SUITE 2004
                NEW YORK, NEW YORK  10018
**Portrait Permission:**
                THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN

THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING
INDIVIDUAL.

**Filing Correspondent:**

GARY H. FECHTER

MCCARTER & ENGLISH, LLP

27TH FLOOR

245 PARK AVENUE

NEW YORK, NY 10167-0001

LULU PRESS

## LULU PRESS

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-AFTER PUBLICATION
**USPTO Status Date:** AUG 15, 2005

**Goods/Services:**

**International Class 9:** COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT; COMPUTER PROGRAMS USED TO FACILITATE INTERACTIVE COMMUNICATION AND COLLABO RATION; COMPUTER PROGRAMS USED TO FACILITATE FINANCIAL AND BUSINESS TRANSACTIONS IN ELECTRONIC COMMERCE; COMPUTER PROGRAMS USED TO FACILITATE DESKTOP, ELECTRONIC, AND ON-LINE PUBLISHING; COMPUTER PROGRAMS FOR ORGANIZING, DIRECTING, AND CONTROLLING COMMUNIC ATION, INFORMATION, TASKS, AND INTERACTION BETWEEN USERS, NAMELY CHAT SOFTWARE, ELECTRONIC MAIL SOFTWARE, INTERNET TELEPHONY SOFTWARE, MESSAGING SOFTWARE, SOFTWARE FOR FACILITATING THE AUTHORING OF AUDIO, VISUAL, AND MULTIMEDIA PUBLICATIONS, AND WEB INTERACTION SOFTWARE; PRERECORDED AUDIO AND AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE FOR EDUCATION AND ENTERTAINMENT FEATURING-- TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, EDUCATION, SCIENCE, AND TECHNOLOGY; AND WEB SITE DEVELOPMENT COMPUTER PROGRAMS

**International Class 16:** BOOKS FEATURING FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; BOOKS FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS; NOTEBOOKS; AND PENCILS

**International Class 35:** ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF

THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE

**International Class 41:** EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORM ANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL AND MULTIMEDIA MESSAGES AND PROGRAMS ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY,

PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS

**Disclaimers:**
"PRESS"

**Last Reported Owner:**
LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA  27608

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU.COM | USPTO | Page 43 |
| LULU | USPTO | Page 46 |
| LULU | USPTO | Page 49 |
| LULU | USPTO | Page 65 |
| LULU STUDIO | USPTO | Page 206 |
| LULU TECH CIRCUS | USPTO | Page 254 |

**Chronology:**
**Filed:** AUG 16, 2002      **Serial Number:** 78-155,140
**Published For Opposition:** NOV 18, 2003
**Abandoned:** AUG 11, 2005

**Ownership Details:**
**Applicant:**
LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA  27608
**Filing Correspondent:**
DOUGLAS W. KENYON, ESQ.
HUNTON & WILLIAMS LLP
POST OFFICE BOX 109

RALEIGH NC 27602

LULU TECH CIRCUS

## LULU TECH CIRCUS

**Status:**   ABANDONED
            INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** FEB 11, 2005

**Goods/Services:**

**International Class 9:**  PRERECORDED AUDIO AND AUDIOVISUAL
TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE
ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE,
FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS AND
WORKS OF FICTION AND NONFICTION ON A VARIETY OF TOPICS;
ELECTRONIC AND VIDEO GAME PROGRAMS; SOFTWARE FOR
USE BY ACTUAL AND PROSPECTIVE ATTENDEES AND
ORGANIZERS OF CONFERENCES, CONVENTIONS, EXHIBITIONS,
AND TRADE SHOWS FEATURING INFORMATION CONCERNING
SUCH EVENTS AND CONCERNING RELATED PRODUCTS AND
SERVICES

**International Class 16:**  BOOKS FEATURING FICTION AND
NONFICTION ON A VARIETY OF TOPICS; NEWSPAPERS AND
PERIODICALS IN THE FIELDS OF THE ARTS, BUSINESS AND
COMMERCE, COMMUNICATION, LITERATURE, SCIENCE, AND
TECHNOLOGY; NOTEBOOKS; AND PENCILS

**International Class 35:**  ADMINISTRATION OF A DISCOUNT
PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON
GOODS AND SERVICES; ADVERTISING AND MARKETING
SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF
OTHERS VIA COMPUTER, COMMUNICATION NETWORKS,
ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR
WIRELESS NETWORKS; ARRANGING, CONDUCTING AND
PROMOTING BUSINESS AND CONSUMER CONFERENCES,
BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND
CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF
THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION,
BUSINESS AND CONSUMER INFORMATION SERVICES, AND TECHN
OLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND
INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF
GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION
SERVICES; PROMOTING THE SALE OF GOODS AND SERVICES OF
OTHERS THROUGH THE DISTRIBUTION OF ON-LINE
PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS;
PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE
ARTS, BUSINESS AND COMMERCE, COMMUNICATION,
EDUCATION, ENTERTAINMENT, INFORMATION SERVICES,

LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE **International Class 41:** EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORM ANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNO LOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF THE ARTS, ENTERTAINMENT, AND LITERATURE DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS, AND IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT, AND LITERATURE VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND

PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND
ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL
AND MOTIVATIONAL SPEAKERS

**Disclaimers:**

"TECH"

**Last Reported Owner:**

LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA  27608

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU.COM | USPTO | Page 43 |
| LULU | USPTO | Page 46 |
| LULU | USPTO | Page 49 |
| LULU | USPTO | Page 65 |
| LULU STUDIO | USPTO | Page 206 |
| LULU PRESS | USPTO | Page 250 |

**Chronology:**

**Filed:** AUG 16, 2002      **Serial Number:** 78-155,141

**Published For Opposition:** NOV 18, 2003

**Abandoned:** FEB 11, 2005

**Ownership Details:**

**Applicant:**

LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA  27608

**Filing Correspondent:**

DOUGLAS W. KENYON, ESQ.
HUNTON & WILLIAMS LLP
POST OFFICE BOX 109
RALEIGH NC 27602

LULU VALENTINE

**LULU VALENTINE**

**Status:**     ABANDONED

        INTENT TO USE

        **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
        **USPTO Status Date:** MAR 08, 2003

**Goods/Services:**

        **International Class 28:** COIN-OPERATED ARCADE AND VIDEO
        GAMES; HAND-HELD UNITS FOR PLAYING VIDEO GAMES; TOY
        ACTION FIGURES AND ACTION FIGURE ACCESSORIES

**Last Reported Owner:**

        MIDWAY HOME ENTERTAINMENT INC.
        DELAWARE  CORPORATION
        3401 N. CALIFORNIA AVENUE
        CHICAGO, ILLINOIS  60618

**Chronology:**

        **Filed:** MAY 18, 1999        **Serial Number:** 75-708,575
        **Published For Opposition:** DEC 14, 1999
        **Abandoned:** MAR 08, 2003

**Ownership Details:**

**Applicant:**

        MIDWAY HOME ENTERTAINMENT INC.
        DELAWARE  CORPORATION
        3401 N. CALIFORNIA AVENUE
        CHICAGO, ILLINOIS  60618

**Portrait Permission:**

        THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A
        PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

        MICHAEL J. BURKE
        MIDWAY GAMES INC.
        2704 W. ROSCOE
        CHICAGO, IL 60618

TINA AND LULU

**TINA AND LULU**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** NOV 14, 2004

**Goods/Services:**

**International Class 9:**  PRE-RECORDED VIDEO TAPES, AUDIO TAPES, CD-ROMS AND COMPUTER SOFTWARE FEATURING ACTION, DRAMA, COMEDY AND GENERAL INTEREST; MOTION PICTURE FILMS FEATURING ACTION, DRAMA, COMEDY AND GENERAL INTEREST

**International Class 41:**  ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING ENTERTAINMENT CONTENT FOR CHILDREN AND FAMILIES, ACTION, COMEDY, DRAMA AND GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PRODUCTION AND DISTRIBUTION OF MOTION PICTURES, PROGRAMMING FOR TELEVISION, PROGRAMMING ON A GLOBAL COMPUTER NETWORK; TELEVISION ENTERTAINMENT IN THE NATURE OF AN ON-GOING PROGRAM IN THE FIELD OF CHILDREN, FAMILY, GENERAL INTEREST, ACTION, COMEDY OR DRAMA

**International Class 42:**  COMPUTER CONSULTATION, WEBSITE DEVELOPMENT, AND PRODUCT DEVELOPMENT SERVICES FOR OTHERS WITHIN THE FIELD OF ELECTRONIC COMMERCE

**Last Reported Owner:**

ZENIMAX MEDIA INC.
DELAWARE  CORPORATION
1370 PICCARD DRIVE
ROCKVILLE, MARYLAND  20850

**We Have Located Other Marks With This Owner**

TINA AND LULU                    USPTO          Page 101

**Chronology:**

**Filed:** NOV 01, 2000      **Serial Number:** 76-157,239
**Published For Opposition:** AUG 21, 2001
**Abandoned:** NOV 14, 2004

**Ownership Details:**
**Applicant:**

ZENIMAX MEDIA INC.
DELAWARE  CORPORATION

1370 PICCARD DRIVE

ROCKVILLE, MARYLAND  20850

**Filing Correspondent:**

CYNTHIA K. NICHOLSON

ANN K. FORD, ESQ.

PIPER RUDNICK LLP

1200 NINETEENTH STREET, NW

WASHINGTON DC 20036-2412

HOT LULU'S

**HOT LULU'S**

**Status:** CANCELLED          **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** NOV 15, 2003

**Goods/Services:**

**International Class 10:** MICROWAVABLE HEATING PADS FOR TOPICAL APPLICATION OF HEAT TO HUMAN BODY PARTS AND TO ANIMALS

**First Used:** DEC 01, 1994  (INTL. CL. 10)
**In Commerce:** MAR 01, 1995

**Disclaimers:**

″HOT″

**Last Reported Owner:**

JORDAN, LUANNE
UNITED STATES  INDIVIDUAL
P.O. BOX 1733
DAVIS, CALIFORNIA  95617

**Chronology:**

**Filed:** MAR 18, 1996          **Serial Number:** 75-074,512
**Published For Opposition:** NOV 19, 1996
**Registered:** FEB 11, 1997          **Registration Number:** 2,037,142
**Cancelled:** DEC 30, 2003

**Ownership Details:**

**Registrant:**

JORDAN, LUANNE
UNITED STATES  INDIVIDUAL
P.O. BOX 1733
DAVIS, CALIFORNIA  95617

**Filing Correspondent:**

WILLIAM S. BERNHEIM
BERNHEIM, GUTIERREZ, LEVIN & MCCREADY
255 N. LINCOLN STREET
DIXON, CA 95620

## LULU GREEN

**LULU GREEN**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED

**USPTO Status Date:** MAY 29, 2004

**Goods/Services:**

**International Class 14:** JEWELRY, NAMELY, NECKLACES, EARRINGS, RINGS, AND BRACELETS; WATCHES

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.

DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** DEC 27, 2000          **Serial Number:** 78-040,744

**Published For Opposition:** MAR 05, 2002

**Abandoned:** MAY 29, 2004

**Ownership Details:**

**Applicant:**

VIACOM INTERNATIONAL INC.

DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING

INDIVIDUAL

**Filing Correspondent:**

SELENE H. COSTELLO

MTV NETWORKS

1515 BROADWAY 34TH FLOOR

NEW YORK NEW YORK 10036

## LULU'S PEEPS

**LULU'S PEEPS**

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAY 01, 2003

**Goods/Services:**

**International Class 14:**  JEWELRY

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** NOV 09, 2000        **Serial Number:** 78-034,473
**Published For Opposition:** AUG 07, 2001
**Abandoned:** MAY 01, 2003

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Filing Correspondent:**

DANIEL CHUNG

A. ARIES TABIGUE

VIACOM INTERNATIONAL INC

1515 BROADWAY FL 51

NEW YORK NY 10036-8901



**HONEY BY JEMMA LULU**

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JAN 23, 2007

**Goods/Services:**
**International Class 14:** FINE JEWELRY

**Last Reported Owner:**
WU, REGINA A.
NEW YORK CORPORATION
50 KING ST.
SUITE 6A
NY, NEW YORK 10014

**We Have Located Other Marks With This Owner**

JEMMA LULU          USPTO        Page 103

**Chronology:**
**Filed:** DEC 07, 2004    **Serial Number:** 78-528,655
**Abandoned:** DEC 28, 2006
**Date Revived/Reinstated:** JUN 24, 2006

**Ownership Details:**
**Applicant:**
WU, REGINA A.
NEW YORK CORPORATION
50 KING ST.
SUITE 6A
NY, NEW YORK 10014

**Claims:**
THE COLOR(S) SHADES OF GREEN AND YELLOW IS/ARE CLAIMED
AS A FEATURE OF THE MARK.

**Design Phrase:**
THE MARK CONSISTS OF STYLIZED FONT IN THE WORD ″HONEY″
WITH 4 OF THE SAME FLOATING SHAPES IN DIFFERENT SIZES
ALONG WITH 2 STYLIZED STARS, WITH ″BY JEMMA LULU″ UNDER-
NEATH THE DESIGN. .

**Filing Correspondent:**
WU, REGINA A.
JEMMA LULU JEWELRY DESIGN, INC.
50 KING ST APT 6A

NEW YORK, NY 10014-4955

LUCKY LULU

## LUCKY LULU

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAY 02, 2000

**Goods/Services:**

**International Class 14:** BEADED NECKLACES, BRACELETS, WAISTLETS AND CUFF LINKS
**International Class 25:** BELTS AND HAND BAGS

**Last Reported Owner:**

REEVES, LUCY
UNITED STATES  INDIVIDUAL
11693 SAN VICENTE BLVD., # 173
LOS ANGELES, CALIFORNIA  90049

**Chronology:**

**Filed:** JUN 30, 1999        **Serial Number:** 75-739,897
**Abandoned:** MAY 02, 2000

**Ownership Details:**

**Applicant:**

REEVES, LUCY
UNITED STATES  INDIVIDUAL
11693 SAN VICENTE BLVD., # 173
LOS ANGELES, CALIFORNIA  90049

**Filing Correspondent:**

IRA M. SIEGEL
LAW OFFICES OF IRA M. SIEGEL
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CALIFORNIA 90210

LULU IGLOO

**LULU IGLOO**

**Status:**     CANCELLED                    **Cancellation Section:** 8

USPTO **Status:** CANCELLED - SECTION 8
USPTO **Status Date:** AUG 09, 1993

**Goods/Services:**
**International Class 16:** POSTERS
**First Used:** MAR 28, 1986  (INTL. CL. 16)
**In Commerce:** MAY 12, 1986

**Last Reported Owner:**
COLLECTOR ART SHOWCASE, LTD.
ILLINOIS  CORPORATION
2080 STONINGTON AVENUE
HOFFMAN ESTATES, ILLINOIS  60195

**Chronology:**
**Filed:** JUN 19, 1986        **Serial Number:** 73-605,210
**Published For Opposition:** NOV 11, 1986
**Registered:** FEB 03, 1987    **Registration Number:** 1,427,445
**Cancelled:** SEP 21, 1993

**Ownership Details:**
**Registrant:**
COLLECTOR ART SHOWCASE, LTD.
ILLINOIS  CORPORATION
2080 STONINGTON AVENUE
HOFFMAN ESTATES, ILLINOIS  60195

**Filing Correspondent:**
LAWRENCE J. BASSUK
WALLENSTEIN, WAGNER, HATTIS, ET AL
100 SOUTH WACKER DRIVE
21ST FLOOR
CHICAGO, ILLINOIS 60606

LITTLE LULU

## LITTLE LULU

**Status:**    EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** FEB 14, 2004

**Goods/Services:**
**International Class 16:**
**(U.S. CL. 38)** COMIC MAGAZINES
**First Used:** MAY 15, 1945  (US.CL. 38)
**In Commerce:** MAY 15, 1945

**Last Reported Owner:**
CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LITTLE LULU | USPTO | Page 111 |
| THE LITTLE LULU SHOW | USPTO | Page 189 |
| LITTLE LULU | USPTO | Page 280 |
| LITTLE LULU | USPTO | Page 325 |
| LITTLE LULU | Common Law | Page 1059 |

**Chronology:**
**Filed:** MAR 27, 1972        **Serial Number:** 72-419,687
**Published For Opposition:** FEB 20, 1973
**Registered:** MAY 08, 1973    **Registration Number:** 958,607
**Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                          SEC. 15 ACK.  SEP 11, 1978
**Renewed:** MAY 08, 1993

**Ownership Details:**
**Registrant:**
WESTERN PUBLISHING COMPANY, INC.
WISCONSIN  CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

**Assignee**

UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Assignor**

HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Correspondent:**

MORGAN LEWIS & BOCKIUS LLP

SCOTT H. JAFFEE

101 PARK AVENUE

NEW YORK, NY 10178

**Assignee**

JP MORGAN CHASE BANK

NEW YORK CORPORATION

GARRETT VERDONE

1166 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK

**Assignor**

CLASSIC MEDIA INC.

DELAWARE CORPORATION

**Signed:** AUG 26, 2002

**Assignor**

HARVEY ENTERTAINMENT, INC.

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPA INDUSTRIES CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

GOLD KEY HOME VIDEO, INC.

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

HARVEY ASSETS COMPANY LLC

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPA PRODUCTIONS OF AMERICA

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPARIO MUSIC CORPORATION

**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**

CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT
THE BRIEF FROM ASSIGNMENT TO
COLLATERAL ASSIGNMENT,
PREVIOULSY RECORDED ON REEL
002017 FRAME 0595, ASSIGNOR
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
HSBC BANK USA
NEW YORK AS COLLATERAL
AGENT
140 BROADWAY
12TH FLOOR, CORPORATE TRUST
SERVICES
NEW YORK, NEW YORK,
10005-1180

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 25, 2000

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

**Assignee**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN, 53404

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
**Signed:** MAY 08, 1996

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139
**Correspondent:**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN, 53404

**Assignor**
MATTEL INC.
DELAWARE CORPORATION
5150 ROSECRANS AVE.
HAWTHORNE, CALIFORNIA
**Acknowledge:** OCT 04, 1983

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029

**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC, INC. (CHANGED TO)
**Signed:** NOV 19, 1979

**Assignor**

WPC PUBLISHING, INC. (CHANGED TO)

**Brief:** CERTIFICATE BY THE SECRETARY OF STATE OF DELAWARE SHOWING CHANGES OF NAME ON APRIL 9, 1979 AND JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Filing Correspondent:**

1220 MOUND AVENUE
RACINE, WI 53404

# LITTLE LULU

**LITTLE LULU**

**Status:**    EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** FEB 28, 2004

**Goods/Services:**
**International Class 16:**
**(U.S. CL. 38)** COLORING BOOKS, AND DOLL CUT-OUT BOOKS
**First Used:** 1944  (US.CL. 38)
**In Commerce:** 1944

**Last Reported Owner:**
CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LITTLE LULU | USPTO | Page 111 |
| THE LITTLE LULU SHOW | USPTO | Page 189 |
| LITTLE LULU | USPTO | Page 269 |
| LITTLE LULU | USPTO | Page 325 |
| LITTLE LULU | Common Law | Page 1059 |

**Chronology:**
**Filed:** APR 05, 1972        **Serial Number:** 72-420,496
**Published For Opposition:** MAR 06, 1973
**Registered:** MAY 22, 1973        **Registration Number:** 959,441
**Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  SEP 11, 1978
**Renewed:** MAY 22, 1993

**Ownership Details:**
**Registrant:**
WESTERN PUBLISHING COMPANY, INC.
WISCONSIN  CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

**Assignee**
UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Assignor**

HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Correspondent:**

MORGAN LEWIS & BOCKIUS LLP
SCOTT H. JAFFEE
101 PARK AVENUE
NEW YORK, NY 10178

**Assignee**

JP MORGAN CHASE BANK
NEW YORK CORPORATION
GARRETT VERDONE
1166 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

**Assignor**

CLASSIC MEDIA INC.
DELAWARE CORPORATION
**Signed:** AUG 26, 2002

**Assignor**

HARVEY ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**

UPA INDUSTRIES CORPORATION
**Signed:** AUG 23, 2002

**Assignor**

GOLD KEY HOME VIDEO, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**

HARVEY ASSETS COMPANY LLC
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**

UPA PRODUCTIONS OF AMERICA
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**

UPARIO MUSIC CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**

CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT THE BRIEF FROM ASSIGNMENT TO COLLATERAL ASSIGNMENT, PREVIOULSY RECORDED ON REEL 002017 FRAME 0595, ASSIGNOR CONFIRMS THE ASSIGNMENT OF THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS & HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
HSBC BANK USA
NEW YORK AS COLLATERAL AGENT
140 BROADWAY
12TH FLOOR, CORPORATE TRUST SERVICES
NEW YORK, NEW YORK, 10005-1180

**Assignor**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 25, 2000

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

**Assignee**
CIT GROUP/BUSINESS CREDIT, INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN, 53404

**Assignor**

WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
**Signed:** MAY 08, 1996

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139
**Correspondent:**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

**Assignee**

WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN, 53404

**Assignor**

MATTEL INC.
DELAWARE CORPORATION
5150 ROSECRANS AVE.
HAWTHORNE, CALIFORNIA
**Acknowledge:** OCT 04, 1983

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029

**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC, INC. (CHANGED TO)
**Signed:** NOV 19, 1979

**Assignor**

WPC PUBLISHING, INC. (CHANGED TO)

**Brief:** CERTIFICATE BY THE SECRETARY OF STATE OF DELAWARE SHOWING CHANGES OF NAME ON APRIL 9, 1979 AND JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Filing Correspondent:**

BRUCE A. BERNBERG
WESTERN PUBLISHING COMPANY, INC.
1220 MOUND AVENUE
RACINE, WI 53404

Lulu at the Chateau

**LULU AT THE CHATEAU**

**Status:**      ABANDONED
                 INTENT TO USE

         **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
         **USPTO Status Date:** JAN 05, 2007

**Goods/Services:**
         **International Class 16:** PAPER GOODS AND PRINTED MATTER,
         NAMELY, CHILDREN'S BOOKS, STATIONERY, CALENDARS AND
         NOTEBOOKS
         **International Class 41:** EDUCATION AND ENTERTAINMENT
         SERVICES, NAMELY PRODUCTION OF FEATURE FILMS AND
         TELEVISION SERIES

**Last Reported Owner:**
         THOMAS, DANA
         UNITED STATES  INDIVIDUAL
         2144 CARTWRIGHT PLACE
         RESTON, VIRGINIA  20191

**Chronology:**
         **Filed:** JUL 22, 2005        **Serial Number:** 78-676,220
         **Published For Opposition:** APR 11, 2006
         **Abandoned:** JAN 05, 2007

**Ownership Details:**
**Applicant:**
         THOMAS, DANA
         UNITED STATES  INDIVIDUAL
         2144 CARTWRIGHT PLACE
         RESTON, VIRGINIA  20191
**Filing Correspondent:**
         THOMAS, DANA
         2144 CARTWRIGHT PL
         RESTON, VA 20191-1906

DIAMOND LULU

**DIAMOND LULU**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** NOV 18, 2005

**Goods/Services:**

**International Class 18:** LUGGAGE, COIN PURSES, BOOK BAGS, BACKPACKS, PURSES, COSMETIC BAGS SOLD EMPTY, WALLETS, HANDBAGS, NONE OF THE ABOVE INCLUDE DIAMONDS, FAUX DIAMONDS OR RHINESTONES

**Last Reported Owner:**

ROTSTEIN, GALI
UNITED STATES  INDIVIDUAL
16347 ROYAL HILLS DRIVE
ENCINO, CALIFORNIA  91436

**We Have Located Other Marks With This Owner**

DIAMOND LULU                          USPTO          Page 308

**Chronology:**

**Filed:** OCT 07, 2003        **Serial Number:** 78-310,270
**Published For Opposition:** FEB 22, 2005
**Abandoned:** NOV 18, 2005

**Ownership Details:**
**Applicant:**

ROTSTEIN, GALI
UNITED STATES  INDIVIDUAL
16347 ROYAL HILLS DRIVE
ENCINO, CALIFORNIA  91436

**Portrait Permission:**

THE NAME LULU DOES NOT IDENTIFY A LIVING INDIVIDUAL.

**Filing Correspondent:**

H. MICHAEL BRUCKER
L/O OF H. MICHAEL BRUCKER
5855 DOYLE STREET, SUITE 110
EMERYVILLE, CA 94608

**ULU**

LULU GREEN

## LULU GREEN

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** FEB 14, 2004

**Goods/Services:**

**International Class 20:** PICTURE FRAMES

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** DEC 27, 2000        **Serial Number:** 78-040,754
**Published For Opposition:** MAY 21, 2002
**Abandoned:** FEB 14, 2004

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE NAME ″LULU GREEN″ DOES NOT IDENTIFY A LIVING INDIVIDUAL.

**Filing Correspondent:**

SELENE H. COSTELLO

VIACOM INTERNATIONAL INC.

C/O A ARIES TABIGUE

1515 BROADWAY 51ST FL

NEW YORK NY 10036

LULU GREEN

**LULU GREEN**

**Status:**     ABANDONED

                INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** FEB 14, 2004

**Goods/Services:**

**International Class 21:** MUGS

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** DEC 27, 2000          **Serial Number:** 78-040,761
**Published For Opposition:** MAY 21, 2002
**Abandoned:** FEB 14, 2004

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE NAME ″LULU GREEN″ DOES NOT IDENTIFY A LIVING

INDIVIDUAL.

**Filing Correspondent:**

SELENE H. COSTELLO

VIACOM INTERNATIONAL INC.

C/O A ARIES TABIGUE

1515 BROADWAY 51ST FLOOR

NEW YORK NY 10036

**LULU BLUE**

**LULU BLUE**

**Status:**          ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** AUG 07, 2006

**Goods/Services:**
**International Class 25:** T-SHIRTS; SHORTS; SKIRTS; UNDERWEAR;
PANTIES; SWEATSHIRTS; SWEATPANTS; JEANS; HATS; CAPS
**First Used:** OCT 30, 2002  (INTL. CL. 25)
**In Commerce:** APR 30, 2003

**Last Reported Owner:**
LULU BLUE, LLC
CALIFORNIA  COMPANY
367 MILLER AVENUE
MILL VALLEY, CALIFORNIA  94941

**We Have Located Other Marks With This Owner**

LULU BLUE                              USPTO          Page 298

**Chronology:**
**Filed:** MAY 31, 2005     **Serial Number:** 76-639,700
**Abandoned:** JUL 11, 2006

**Ownership Details:**
**Applicant:**
LULU BLUE, LLC
CALIFORNIA  COMPANY
367 MILLER AVENUE
MILL VALLEY, CALIFORNIA  94941
**Filing Correspondent:**
THOMAS W. COOK
P.O. BOX 1989
SAUSALITO, CALIFORNIA 94965



**LULU BLUE**

**Status:**    ABANDONED

        INTENT TO USE

        **USPTO Status:** ABANDONED-FAILURE TO RESPOND

        **USPTO Status Date:** AUG 07, 2006

**Goods/Services:**

    **International Class 25:** BATHROBES; BATHING SUITS; BOAS; BOTTOMS; BOXER SHORTS; BRAS; CAMISOLES; CLOTHING BELTS; CLOTHING CAPS; CLOTHING JERSEYS; CLOTHING TOPS; DUNGAREES; FOOTWEAR; FOOTWEAR THONGS; GLOVES; HALTER TOPS; HATS; JEANS; KNIT SHIRTS; LINGERIE; LOUNGEWEAR; MITTENS; NIGHT GOWNS; PAJAMAS; PANTIES; PANTS; SWEATPANTS; UNDERPANTS; PONCHOS; SANDALS; SCARVES; SHIRTS; SWEATSHIRTS; T-SHIRTS; UNDERSHIRTS; SHOES; SHORTS; SWEATSHORTS; SLEEPWEAR; SLIPPERS; SNEAKERS; SOCKS; SKIRTS; MINISKIRTS; TANK TOPS; TIGHTS; UNDERCLOTHES; UNDERWEAR; UNDERWEAR BRIEFS

**Last Reported Owner:**

    LULU BLUE, LLC

    CALIFORNIA  COMPANY

    367 MILLER AVENUE

    MILL VALLEY, CALIFORNIA  94941

    **We Have Located Other Marks With This Owner**

    LULU BLUE           USPTO        Page 297

**Chronology:**

    **Filed:** MAY 31, 2005        **Serial Number:** 76-639,701

    **Abandoned:** JUL 11, 2006

**Ownership Details:**

**Applicant:**

    LULU BLUE, LLC

    CALIFORNIA  COMPANY

    367 MILLER AVENUE

    MILL VALLEY, CALIFORNIA  94941

**Filing Correspondent:**

    THOMAS W. COOK

    P.O. BOX 1989

    SAUSALITO, CALIFORNIA 94965

ULU

US-141
**Group:** Four

LULU BRAVO

**LULU BRAVO**

**Status:**       ABANDONED

                  **USPTO Status:** ABANDONED-FAILURE TO RESPOND
                  **USPTO Status Date:** JUL 28, 1988
**Goods/Services:**
                  **International Class 25:** CLOTHING, NAMELY WOMEN'S SWEATERS
                  **First Used:** NOV 20, 1986 (INTL. CL. 25)
                  **In Commerce:** NOV 20, 1986
**Last Reported Owner:**
                  IOSSA, INC.
                  NEW YORK  CORPORATION
                  512 SEVENTH AVENUE
                  NEW YORK, NEW YORK  10018

**Chronology:**
                  **Filed:** MAY 22, 1987          **Serial Number:** 73-662,610
                  **Abandoned:** JUL 28, 1988

**Ownership Details:**
**Applicant:**
                  IOSSA, INC.
                  NEW YORK  CORPORATION
                  512 SEVENTH AVENUE
                  NEW YORK, NEW YORK  10018
**Filing Correspondent:**
                  CHARLES KLEINBAUM, ESQ.
                  #94
                  229 WEST 78TH ST.
                  NEW YORK, NY 10024

# Lulu Couture

**LULU COUTURE**

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** OCT 26, 2006

**Goods/Services:**

**International Class 25:** MEN AND WOMEN, BABY AND KID'S CLOTHING, NAMELY SPORTS SUITS, DRESSES, PANTS, JEANS, SHIRTS, T-SHIRTS,JACKETS AND SWEATERS, GLOVES, SCARFS, HATS, CAPS, UNDERWEAR;; MEN AND WOMEN, BABY AND KID'S CLOTHING, NAMELY SPORTS SUITS, DRESSES, PANTS, JEANS, SHIRTS,JACKETS AND SWEATERS, GLOVES, SCARFS, HATS, CAPS, UNDERWEAR

**Last Reported Owner:**

ELIE AKIBA
UNITED STATES  INDIVIDUAL
777 NW 72ND AVENUE SUITE # 2P4
MIAMI, FLORIDA  33126

**Chronology:**

**Filed:** SEP 01, 2005     **Serial Number:** 78-704,995
**Abandoned:** OCT 01, 2006

**Ownership Details:**

**Applicant:**

ELIE AKIBA
UNITED STATES  INDIVIDUAL
777 NW 72ND AVENUE SUITE # 2P4
MIAMI, FLORIDA  33126

**Filing Correspondent:**

ELIE AKIBA
777 NW 72ND AVE STE 2P4
MIAMI, FL 33126-3009

LULU GREEN

**LULU GREEN**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 04, 2003

**Goods/Services:**

**International Class 25:** BATHING SUITS, BATHROBES, BEACHWEAR, BELTS, CLOTHING BELTS, SHORTS, JACKETS, COATS, SOCKS, FOOTWEAR, SLIPPERS, BANDANAS, SWEATERS, HALLOWEEN COSTUMES, DRESSES, GLOVES, GYM SHORTS, EAR MUFFS, NECKWEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, SLACKS, SUN VISORS, SUSPENDERS, TURTLENECKS, UNDERCLO THES, UNDERWEAR, VESTS, WARM-UP SUITS, HEADWEAR, HEAD BANDS

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** DEC 27, 2000        **Serial Number:** 78-040,765
**Published For Opposition:** JUN 11, 2002

**Abandoned:** MAR 04, 2003

**Ownership Details:**

**Applicant:**

VIACOM INTERNATIONAL INC.

DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING
INDIVIDUAL.

**Filing Correspondent:**

SELENE H. CASTELLO

MTV NETWORKS

VIACOM INTERNATIONAL INC.

1515 BROADWAY 34TH FLOOR

NEW YORK NEW YORK 10036

LULU SECRET

## LULU SECRET

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** AUG 26, 2003

**Goods/Services:**

**International Class 25:** MEN'S AND WOMEN'S UNDERWEAR

**Last Reported Owner:**

FORMOSA SUNSHINE, INC.

CALIFORNIA  CORPORATION

1536 N. KNOWLES AVE

LOS ANGELES, CALIFORNIA  90063

**Chronology:**

**Filed:** MAY 08, 2002        **Serial Number:** 76-409,818

**Published For Opposition:** DEC 03, 2002

**Abandoned:** AUG 26, 2003

**Ownership Details:**

**Applicant:**

FORMOSA SUNSHINE, INC.

CALIFORNIA  CORPORATION

1536 N. KNOWLES AVE

LOS ANGELES, CALIFORNIA  90063

**Filing Correspondent:**

GLORIA CHUANG

FORMOSA SUNSHINE INC.

1536 N. KNOWLES AVE

LOS ANGELES CA 90063

# LULU'S PEEPS

**LULU'S PEEPS**

**Status:**     ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** NOV 14, 2003

**Goods/Services:**

**International Class 25:**  BATHING SUITS, BATHROBES, BEACHWEAR, CLOTHING BELTS, SHORTS, JACKETS, COATS, SOCKS, FOOTWEAR, BANDANAS, SWEATERS, HALLOWEEN COSTUMES, DRESSES, GLOVES, GYM SHORTS, EAR MUFFS, NECKWEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, SLACKS, SUN VISORS, SUSPENDERS, TURTLENECKS, UNDERCLOTHES, VESTS, WARM-UP SUITS, HEADWEAR

**Last Reported Owner:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU GREEN | USPTO | Page 342 |
| LULU'S PEEPS | USPTO | Page 388 |

**Chronology:**

**Filed:** NOV 09, 2000        **Serial Number:** 78-034,493
**Published For Opposition:** AUG 21, 2001
**Abandoned:** NOV 14, 2003

**Ownership Details:**

**Applicant:**

        VIACOM INTERNATIONAL INC.

        DELAWARE  CORPORATION

        1515 BROADWAY

        NEW YORK, NEW YORK  10036

**Filing Correspondent:**

        DANIEL CHUNG

        A. ARIES TABIGUE

        VIACOM INTERNATIONAL INC.

        1515 BROADWAY FL 51

        NEW YORK NY 10036



**BABY LULU**

 **Worldwide Filings = 10**

**Status:**    CANCELLED        **Cancellation Section:** 8
        AMENDED TO USE APPLICATION

        **USPTO Status:** CANCELLED - SECTION 8
        **USPTO Status Date:** APR 20, 2002

**Goods/Services:**
        **International Class 25:**  CLOTHING; NAMELY, OVERALLS, PANTS, SHORTS, SHIRTS, TEE-SHIRTS, VESTS, HATS, DRESSES, BLOOMERS, PANTIES AND HEADBANDS
        **First Used:** SEP 24, 1992  (INTL. CL. 25)
        **In Commerce:** OCT 20, 1992

**Last Reported Owner:**
        SMITH, JR., R. LELAND B.
        UNITED STATES  INDIVIDUAL
        7210 DOMINION CIRCLE
        CITY OF COMMERCE, CALIFORNIA  90040

**Chronology:**
        **Filed:** MAR 17, 1994      **Serial Number:** 74-501,400
        **Published For Opposition:** JAN 17, 1995
        **Registered:** APR 11, 1995    **Registration Number:** 1,888,560
        **Cancelled:** JUN 04, 2002

**Ownership Details:**
**Registrant:**
        BABY LULU, INC.
        CALIFORNIA  CORPORATION
        2140 E. 7TH PLACE, D-103
        LOS ANGELES, CALIFORNIA  90021

| **Assignee** | **Assignor** |
|---|---|
| SMITH, JR., R. LELAND B. | BABY LULU, INC. |
| UNITED STATES INDIVIDUAL | CALIFORNIA CORPORATION |
| 7210 DOMINION CIRCLE | **Signed:** FEB 26, 2001 |
| CITY OF COMMERCE, CALIFORNIA, 90040 | |

**Assignee**

MURPHY, ERIN L.

UNITED STATES INDIVIDUAL

7210 DOMINION CIRCLE

CITY OF COMMERCE, CALIFORNIA,

90040

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** MAR 02, 2001
**Reel/Frame:** 2255/0318
**Correspondent:**

FULBRIGHT & JAWORSKI L.L.P.

TERRI L. SALE

865 SOUTH FIGUEROA STREET

29TH FLOOR

LOS ANGELES, CA 90017

**Lining Stippling:**

> THE LINING AND STIPPLING ON THE DRAWING PAGE IS A
> FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE
> COLOR.

**Filing Correspondent:**

> MICHAEL WIPPLER
> 4215 GLENCOE AVE., 2ND. FLOOR
> MARINA DEL REY, CA 90292

DIAMOND LULU

**DIAMOND LULU**

**Status:**        ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** NOV 25, 2005

**Goods/Services:**

**International Class 25:** LEATHER JACKETS, SKIRTS, SLEEPWEAR, SWEATERS, SHOES, COATS, PANTS, BATH ROBES, BELTS, BOOTS, DRESSES, SHORTS, SHIRTS, HATS, SCARVES, NONE OF THE ABOVE INCLUDE DIAMONDS, FAUX DIAMONDS OR RHINESTONES

**Last Reported Owner:**

ROTSTEIN, GALI
UNITED STATES  INDIVIDUAL
16347 ROYAL HILLS DRIVE
ENCINO, CALIFORNIA  91436

**We Have Located Other Marks With This Owner**

DIAMOND LULU                    USPTO            Page 292

**Chronology:**

**Filed:** OCT 07, 2003        **Serial Number:** 78-310,278
**Published For Opposition:** MAR 01, 2005
**Abandoned:** NOV 25, 2005

**Ownership Details:**
**Applicant:**

ROTSTEIN, GALI
UNITED STATES  INDIVIDUAL
16347 ROYAL HILLS DRIVE
ENCINO, CALIFORNIA  91436

**Portrait Permission:**

THE NAME LULU DOES NOT IDENTIFY A LIVING INDIVIDUAL.

**Filing Correspondent:**

H. MICHAEL BRUCKER
L/O OF H. MICHAEL BRUCKER
5855 DOYLE STREET, SUITE 110
EMERYVILLE, CA 94608

OPHELIA & LULU

## OPHELIA & LULU

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND

**USPTO Status Date:** SEP 09, 2001

**Goods/Services:**

**International Class 25:**  MEN'S, WOMEN'S AND CHILDREN'S APPAREL,

**Last Reported Owner:**

B. LUCID, LTD.

TEXAS  CORPORATION

HOUSTON, TEXAS

**Chronology:**

**Filed:** APR 20, 2000          **Serial Number:** 76-030,664

**Abandoned:** SEP 09, 2001

**Ownership Details:**

**Applicant:**

B. LUCID, LTD.

TEXAS  CORPORATION

HOUSTON, TEXAS

**Filing Correspondent:**

JAMES E. BRADLEY

BRACEWELL & PATTERSON

P.O. BOX 61389

HOUSTON, TEXAS 77208-1389

TRIXIE & LULU

## TRIXIE & LULU

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUL 15, 2003

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, JEANS, DENIM JEANS, OVERALLS, COVERALLS, JUMPERS, JUMP SUITS, TROUSERS, SLACKS, PANTS, CYCLE PANTS, SHORTS, BOXER SHORTS, SHIRTS, T-SHIRTS, UNDER SHIRTS, NIGHT SHIRTS, RUGBY SHIRTS, JERSEYS, UNIFORMS, ATHLETIC UNIFORMS, POLO SHIRTS, TOPS, CROP TOPS, TANK TOPS, HALTER TOPS, SWEAT SHIRTS, SWEAT SHORTS, SWEAT PANTS, WARM-UP SUITS, JOGGING SUITS, BLOUSES, SKIRTS, DRESSES, SWEATERS, VESTS, FLEECE VESTS, PULLOVERS, FLEECE PULLOVERS, SNOW SUITS, PARKAS, ANORAKS, PONCHOS, JACKETS, DINNER JACKETS, SPORTS JACKETS, GOLF AND SKI JACKETS, REVERSIBLE JACKETS, COATS, BLAZERS, SUITS, TURTLENECKS, SWIMWEAR, BEACHWEAR, CAPS, BERETS, HATS, HEADBANDS, WRIST BANDS, HEADWEAR, EAR MUFFS, APRONS, SCARVES, BANDANAS, BELTS, SUSPENDERS, NECKWEAR, NECKTIES, TIES, BOW TIES, CLOTH BIBS, CLOTH DIAPERS, BOOTIES, INFANTWEAR, UNDERWEAR, BRIEFS, SWIM AND BATHING TRUNKS, BRAS, SPORTS BRAS, SINGLETS, SOCKS, LOUNGEWEAR, ROBES, BATHROBES, PAJAMAS, SLEEPWEAR, NIGHT GOWNS, LINGERIE, CAMISOLES, SLIPS, STOCKINGS, BODY STOCKINGS, PANTYHOSE, HOSIERY, KNIT HOSIERY, LEG WARMERS, BODYSUITS, LEGGINGS, TIGHTS, LEOTARDS, UNITARDS, GLOVES, MITTENS, WRIST BANDS, FOOTWEAR, SHOES, SNEAKERS, BOOTS, GALOSHES, SANDALS, ZORI, SLIPPERS AND RAINWEAR

**Last Reported Owner:**

BEN ELIAS INDUSTRIES CORPORATION
NEW YORK  CORPORATION
1400 BROADWAY
NEW YORK, NEW YORK  10018

**We Have Located Other Marks With This Owner**

TRIXIE + LULU                    USPTO              Page 160

**Chronology:**

**Filed:** OCT 18, 2001          **Serial Number:** 76-327,559

**Published For Opposition:** OCT 22, 2002
**Abandoned:** JUL 15, 2003

**Ownership Details:**
**Applicant:**

BEN ELIAS INDUSTRIES CORPORATION
NEW YORK  CORPORATION
1400 BROADWAY
NEW YORK, NEW YORK  10018

| **Assignee** | **Assignor** |
|---|---|
| BEN ELIAS INDUSTRIES CORPORATION | GARICK SALES CORP. |
| NEW YORK CORPORATION | NEW YORK CORPORATION |
| 1400 BROADWAY | **Signed:** APR 13, 2004 |
| NEW YORK, NEW YORK, 10018 | |

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAY 06, 2004
**Reel/Frame:** 2848/0262
**Correspondent:**
GOTTLIEB, RACKMAN & REISMAN, P.C.
AMY B. GOLDSMITH, ESQ.
270 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016

| **Assignee** | **Assignor** |
|---|---|
| GARICK SALES CORP. | EASY SWEATERS LLC |
| NEW YORK CORPORATION | NEW YORK LIMITED LIABILITY COMPANY |
| 1441 BROADWAY, 34TH FLOOR | **Signed:** MAR 04, 2003 |
| NEW YORK, NEW YORK, 10018 | |

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAR 11, 2003
**Reel/Frame:** 2690/0845

**Correspondent:**

PRYOR CASHMAN SHERMAN &

FLYNN LLP

TERESA A. LEE, ESQ.

410 PARK AVENUE, 10TH FLOOR

NEW YORK, NY 10022

**Filing Correspondent:**

TERESA A. LEE

PRYOR CASHMAN SHERMAN & FLYNN LLP

410 PARK AVENUE

NEW YORK NY 10022-4441



**MAX AND LULU**

**Status:**    CANCELLED                **Cancellation Section:** 8

USPTO Status: CANCELLED - SECTION 8
USPTO Status Date: JUN 26, 1984

**Goods/Services:**

**International Class 25:**  WOMEN'S CLOTHING-NAMELY, DRESSES, SKIRTS, SHORTS, BLOUSES, JACKETS, PANTS, HALTERS, SHIRTS, PLAYSUITS AND JUMPSUITS
**First Used:** MAY 1975  (INTL. CL. 25)
**In Commerce:** MAY 1975

**Last Reported Owner:**

DOROTHY AND PAUL SCHOELEN, INC.
CALIFORNIA  CORPORATION
1318 S. OLIVE ST. LOS ANGELES, CALIF. 90015

**Chronology:**

**Filed:** JUL 01, 1977          **Serial Number:** 73-132,565
**Published For Opposition:** NOV 08, 1977
**Registered:** JAN 31, 1978     **Registration Number:** 1,084,082
**Cancelled:** JUN 26, 1984

**Ownership Details:**
**Registrant:**

DOROTHY AND PAUL SCHOELEN, INC.
LOS ANGELES, CALIFORNIA

**Lining Stippling:**

THE DRAWING IS LINED FOR THE COLOR RED.

**Claims:**

IT IS HEREBY CERTIFIED THAT THE ABOVE IDENTIFIED REGISTRATION IS IN ERROR REQUIRING CORRECTION AS FOLLOWS: #IN THE STATEMENT, COLUMN 002, LINE 002 , "MAX AND LULA" SHOULD BE DELETED AND "MAX AND LULU" SHOULD BE INSERTED. #THE SAID REGISTRATION SHOULD READ AS CORRECTED ABOVE.

**Design Phrase:**

THE MARK CONSISTS OF THE WORDS "MAX AND LULA" AND THE REPRESENTATION OF A WOMAN HOLDING A CAT.

**Filing Correspondent:**

?

ULU

**US-151**
**Group:** Four



**THE AFRO PUFF GIRLS! LULU JOYCE VIOLET LOVE PEACE SOUL**

**Status:**       ABANDONED

         **USPTO Status:** ABANDONED-FAILURE TO RESPOND
         **USPTO Status Date:** MAR 11, 2006

**Goods/Services:**
         **International Class 25:**  T-SHIRTS
         **First Used:** JAN 01, 2004  (INTL. CL. 25)
         **In Commerce:** JAN 01, 2004

**Last Reported Owner:**
         DURANT, ADDYE
         UNITED STATES  INDIVIDUAL
         1308 SPRUCE STREET
         PHILADELPHIA, PENNSYLVANIA  19107

**Chronology:**
         **Filed:** MAY 11, 2004      **Serial Number:** 78-416,341
         **Abandoned:** FEB 14, 2006

**Ownership Details:**
**Applicant:**
         DURANT, ADDYE
         UNITED STATES  INDIVIDUAL
         1308 SPRUCE STREET
         PHILADELPHIA, PENNSYLVANIA  19107

**Claims:**
         THE COLOR(S) BLUE, BEIGE, BROWN, ORANGE, RED, YELLOW,
         LIGHT BROWN, PINK, PURPLE, WHITE, DARK BROWN IS/ARE
         CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**
         THE MARK CONSISTS OF THREE BROWN-SKINNED CHARACTER
         HEADS WITH THEIR NAMES IN WHITE LETTERS BELOW, OVER
         "THE AFRO PUFF GIRLS!" LOGO IN YELLOW FADING INTO RED.
         THIS DESIGN IS SUPERIMPOSED ON A BLUE STAR SHAPED
         BACKGROUND CONTAINED WITHIN A BEIGE OVAL. THE WORDS
         "LOVE. PEACE. SOUL" APPEAR AT THE BOTTOM OF THE BEIGE
         OVAL, AND BENEATH THE THREE WORDS ARE A HEART SYMBOL,
         A PEACE SYMBOL, AND ANOTHER SYMBOL RESEMBLING A
         PAINTBRUSH. THE COLOR BROWN APPEARS ON THE THREE
         CHARACTERS' FACES. THE COLOR WHITE APPEARS IN THE
         NAMES LULU, JOYCE AND VIOLET. THE COLOR WHITE ALSO
         APPEARS ON THE CENTER AND OUTER PARTS OF THE CHARAC
         TERS' EYES, AND THE TEETH OF THE CHARACTER NAMED

JOYCE. THE COLOR YELLOW APPEARS IN THE UPPER PORTION OF THE WORDING THE AFRO PUFF, THE CENTER OF THE BUTTERFLY BARRETTE SHOWN IN LULU'S HAIR, AND THE BALL SHAPED PONYTAIL HOLDER SHOWN IN VIOLET'S HAIR. THE COLOR RED IS SHOWN IN THE LOWER PORTION OF THE WORDING THE AFRO PUFF AND THE COLOR RED IS ALSO SHOWN IN THE WORDING GIRLS. THE COLOR ORANGE IS SHOWN IN THE BUTTERFLY BARRETTE SHOWN IN LULU'S HAIR AND IN THE CENTER OF THE WORDING THE AFRO PUFF. THE COLOR BLUE IS SHOWN IN THE STAR SHAPED BACKGROUND. THE COLOR LIGHT BROWN IS SHOWN IN THE WORDING LOVE, PEACE, SOUL. THE COLOR LIGHT BROWN IS ALSO SHOWN IN THE HEART, PEACE SYMBOL AND THE DESIGN RESEMBLING A PAINTBRUSH. THE COLOR BLACK IS SHOWN IN THE OUTLINE OF THE BLUE STAR, THE CHARACTERS' HAIR, THE PUPIL OF THE CHARACTERS' EYES, IN THE CHARACTERS' EYELASHES, OUTLINE OF THEIR FACES, NOSE, MOUTH AND TEETH. THE COLOR PURPLE IS SHOWN IN THE CHARACTER VIOLET'S BALL SHAPED PONY TAIL HOLDER. THE COLOR BEIGE IS SHOWN ON THE OVAL DESIGN IN THE BACKGROUND. THE COLORS BLUE, BEIGE, BROWN, ORANGE, RED, YELLOW, LIGHT BROWN, PINK, PURPLE, WHITE, DARK BROWN ARE CLAIMED AS A DISTINCTIVE FEATURE OF THE MARK. THE MARK CONSISTS OF THREE BROWN-SKINNED CHARACTER HEADS WITH THEIR NAMES IN WHITE LETTERS BELOW, OVER "THE AFRO PUFF GIRLS!" LOGO IN YELLOW FADING INTO RED. THIS DESIGN IS SUPERIMPOSED ON A BLUE STAR SHAPED BACKGROUND CONTAINED WITHIN A BEIGE OVAL. THE WORDS "LOVE. PEACE. SOUL" APPEAR AT THE BOTTOM OF THE BEIGE OVAL, AND BENEATH THE THREE WORDS ARE A HEART SYMBOL, A PEACE SYMBOL, AND ANOTHER SYMBOL RESEMBLING A PAINTBRUSH. THE COLOR BROWN APPEARS ON THE THREE CHARACTERS FACES. THE COLOR WHITE APPEARS IN THE NAMES LULU, JOYCE AND VIOLET. THE COLOR WHITE ALSO APPEARS ON THE CENTER AND OUTER PARTS OF THE CHARACTERS EYES, AND THE TEETH OF THE CHARACTER NAMED JOYCE. THE COLOR YELLOW APPEARS IN THE UPPER PORTION OF THE WORDING THE AFRO PUFF, THE CENTER OF THE BUTTERFLY BARRETTE SHOWN IN LULUS HAIR, AND THE BALL SHAPED PONYTAIL HOLDER SHOWN IN VIOLETS HAIR. THE COLOR RED IS SHOWN IN THE LOWER PORTION OF THE WORDING THE AFRO PUFF AND THE COLOR RED IS ALSO SHOWN IN THE WORDING GIRL. THE COLOR ORANGE IS SHOWN IN THE BUTTERFLY BARRETTE SHOWN IN LULUS HAIR AND IN THE CENTER OF THE WORDING THE AFRO PUFF. THE COLOR BLUE IS SHOWN IN THE STAR SHAPED BACKGROUND. THE COLOR LIGHT BROWN IS SHOWN IN THE WORDING LOVE, PEACE,

SOUL. THE COLOR LIGHT BROWN IS ALSO SHOWN IN THE HEART, PEACE SYMBOL AND THE DESIGN RESEMBLING A PAINTBRUSH. THE COLOR BLACK IS SHOWN IN THE OUTLINE OF THE BLUE STAR, THE CHARACTERS HAIR, THE PUPIL OF THE CHARACTERS EYES, IN THE CHARACTERS EYELASHES, OUTLINE OF THEIR FACES, NOSE, MOUTH AND TEETH. THE COLOR PURPLE IS SHOWN IN THE CHARACTER VIOLETS BALL SHAPED PONY TAIL HOLDER. THE COLOR BEIGE IS SHOWN ON THE OVAL DESIGN IN THE BACKGROUND.

**Filing Correspondent:**

SCOTT A. COHEN, ESQ.
SCOTT A. COHEN, ESQUIRE
SUITE 300
1800 JFK BLVD.
PHILADELPHIA PA 19103



**LULU'S FASHION LOUNGE**

**Status:**    ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JUL 20, 2005

**Goods/Services:**

**International Class 25:** SHIRTS; PANTS; BELTS; SLEEPWEAR;
UNDERWEAR
**International Class 35:** RETAIL CLOTHING STORES
**First Used:** AUG 31, 1996 (INTL. CL. 25)
**In Commerce:** AUG 31, 1996
**First Used:** AUG 31, 1996 (INTL. CL. 35)
**In Commerce:** AUG 31, 1996

**Last Reported Owner:**

COLLEEN L. CANNON AND DEBRA A. CANNON, A CALIFORNIA
GENERAL PARTNERSHIP
**Composed Of:** COLLEEN L. CANNON, A CITIZEN OF THE UNITED
STATES; DEBRA A. CANNON, A CITIZEN OF THE UNITED STATES
CALIFORNIA  PARTNERSHIP
212 MAIN STREET
CHICO, CALIFORNIA  95928

**Chronology:**

**Filed:** MAY 21, 2004        **Serial Number:** 78-423,284
**Abandoned:** JUN 23, 2005

**Ownership Details:**

**Applicant:**

COLLEEN L. CANNON AND DEBRA A. CANNON, A CALIFORNIA
GENERAL PARTNERSHIP
**Composed Of:** COLLEEN L. CANNON, A CITIZEN OF THE UNITED
STATES; DEBRA A. CANNON, A CITIZEN OF THE UNITED STATES
CALIFORNIA  PARTNERSHIP
212 MAIN STREET
CHICO, CALIFORNIA  95928

**Design Phrase:**

THE MARK CONSISTS OF THE WORD "LULU'S" IN CURSIVE
WRITING, WITH A STAR IN PLACE OF THE APOSTROPHE, WITHIN A
DOUBLE OVAL, AND THE WORDS "FASHION LOUNGE" IN BLOCK
LETTERING BENEATH THE OVALS.

**Filing Correspondent:**

LISA L. NIXON
DOWNEY BRAND LLP

555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CA 95814

ULU

**US-153**
**Group:** Four



## LITTLE LULU

**Status:**           EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** FEB 13, 1995

**Goods/Services:**
**International Class 26:**  SEW-ON APPLIQUES INTENDED FOR APPLI
CATION TO CHILDREN'S GARMENTS
**First Used:** DEC 04, 1972  (US.CL. 40)
**In Commerce:** DEC 04, 1972

**Last Reported Owner:**
MATTEL, INC.
DELAWARE  CORPORATION

**We Have Located Other Marks With This Owner**
LITTLE LULU                       USPTO              Page 336

**Chronology:**
**Filed:** JAN 08, 1973          **Serial Number:** 72-445,369
**Published For Opposition:** FEB 12, 1974
**Registered:** MAY 07, 1974     **Registration Number:** 983,395
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.

**Ownership Details:**
**Registrant:**
WESTERN PUBLISHING COMPANY, INC.
WISCONSIN  CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

**Assignee**                         **Assignor**
WESTERN PUBLISHING COMPANY,          MATTEL INC.
INC.                                 DELAWARE CORPORATION
DELAWARE CORPORATION                 5150 ROSECRANS AVE.
1220 MOUND AVE.                      HAWTHORNE, CALIFORNIA
RACINE, WISCONSIN, 53404             **Acknowledge:** OCT 04, 1983

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029

**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC, INC. (CHANGED TO)
**Signed:** NOV 19, 1979

**Assignor**

WPC PUBLISHING, INC. (CHANGED TO)

**Brief:** CERTIFICATE BY THE SECRETARY OF STATE OF DELAWARE SHOWING CHANGES OF NAME ON APRIL 9, 1979 AND JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**

WESTERN PUBLISHING COMPANY, INC.

**Assignor**

WPC, INC.
**Acknowledge:** NOV 19, 1979

**Assignor**

WPC PUBLISHING, INC.
**Acknowledge:** NOV 19, 1979

**Brief:** CERTIFICATE BY THE SECRETARY OF STATE OF DELAWARE SHOWING CHANGES OF NAME ON APRIL 9 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/F864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WIS. 53404

**Other U.S. Registrations:** 958,607; 959,441; 962,620

LULU DK

**LULU DK**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUN 17, 2004

**Goods/Services:**

**International Class 27:** WALLPAPER, WALL COVERINGS MADE OF
FABRIC, TEXTILES, PLASTIC, VINYL AND ACRYLIC, CARPETS,
BATH AND DOOR MATS MADE OF FABRIC, TEXTILES, REEDS,
STRAW, FIBERS, ACRYLIC AND RUBBER

**Last Reported Owner:**

LULU DK LLC
DELAWARE  CORPORATION
SUITE 2E
136 EAST 64TH STREET
NEW YORK, NEW YORK  10021

**We Have Located Other Marks With This Owner**

LULU DK                                    USPTO          Page 145

LULU DK                                    USPTO          Page 203

**Chronology:**

**Filed:** JUL 31, 2002          **Serial Number:** 78-149,234
**Published For Opposition:** SEP 23, 2003
**Abandoned:** JUN 17, 2004

**Ownership Details:**
**Applicant:**

LULU DK LLC
DELAWARE  CORPORATION
SUITE 2E
136 EAST 64TH STREET
NEW YORK, NEW YORK  10021

**Filing Correspondent:**

SUSAN C. SHIN
BROWN RAYSMAN MILLSTEIN FELDER & STEINER
900 THIRD AVENUE
NEW YORK NY 10022

LULU LADYBUG

## LULU LADYBUG

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND

**USPTO Status Date:** APR 09, 2001

**Goods/Services:**

**International Class 28:** TOYS, NAMELY DOLLS

**Last Reported Owner:**

THE BRASS KEY, INC.

WASHINGTON  CORPORATION

815 SOUTH 336TH STREET

FEDERAL WAY, WASHINGTON  98003

**Chronology:**

**Filed:** OCT 16, 1998        **Serial Number:** 75-571,545

**Abandoned:** APR 09, 2001

**Ownership Details:**

**Applicant:**

THE BRASS KEY, INC.

WASHINGTON  CORPORATION

815 SOUTH 336TH STREET

FEDERAL WAY, WASHINGTON  98003

**Filing Correspondent:**

VALERIE DU LANEY

MILLER NASH WIENER HAGER & CARLSEN

4400 TWO UNION SQ

601 UNION ST

SEATTLE WA 98101-2352

LULU SHELDON                    **LULU SHELDON**

**Status:**        ABANDONED

                   INTENT TO USE

                   **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
                   **USPTO Status Date:** DEC 15, 1994

**Goods/Services:**
                   **International Class 28:** TURTLE SHAPED TOY DOLL

**Last Reported Owner:**
                   JSCO TOYS, INC.
                   MISSOURI  CORPORATION
                   2008 MARCONI
                   ST. LOUIS, MISSOURI  63110

**Chronology:**
                   **Filed:** SEP 10, 1993        **Serial Number:** 74-435,376
                   **Published For Opposition:** MAR 22, 1994
                   **Abandoned:** DEC 15, 1994

**Ownership Details:**
**Applicant:**
                   JSCO TOYS, INC.
                   MISSOURI  CORPORATION
                   2008 MARCONI
                   ST. LOUIS, MISSOURI  63110

**Filing Correspondent:**
                   PHILIP B. POLSTER
                   POLSTER, LIEDER, WOODRUFF & LUCCHESI
                   763 SOUTH NEW BALLAS ROAD, SUITE 160
                   ST. LOUIS, MO 63141

LITTLE LULU

## LITTLE LULU

**Status:**    EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** APR 10, 2004

**Goods/Services:**
**International Class 28:**
**(U.S. CL. 22)** BOXED PAPER DOLLS COMPRISING TWO
DIMENSIONAL CARDBOARD DOLL, DOLL STAND, AND PRESS-OUT
PRINTED PAPER DOLL CLOTHES, SOLD AS UNITS
**First Used:** SEP 07, 1972  (US.CL. 22)
**In Commerce:** SEP 07, 1972

**Last Reported Owner:**
CLASSIC MEDIA, INC.
DELAWARE  CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LITTLE LULU | USPTO | Page 111 |
| THE LITTLE LULU SHOW | USPTO | Page 189 |
| LITTLE LULU | USPTO | Page 269 |
| LITTLE LULU | USPTO | Page 280 |
| LITTLE LULU | Common Law | Page 1059 |

**Chronology:**
**Filed:** SEP 18, 1972          **Serial Number:** 72-436,008
**Published For Opposition:** MAR 06, 1973
**Registered:** JUL 03, 1973      **Registration Number:** 962,620
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  APR 02, 1979
**Renewed:** JUL 03, 1993

**Ownership Details:**
**Registrant:**
WESTERN PUBLISHING COMPANY, INC.
DELAWARE  CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN  53404

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

**Assignee**
UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003