```
RESP_ID  72405
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube and Yahoo.com.
Q3.1     Not offhand.
Q4.0     [Have you ever heard of...?)
                    lulu                No
                    mySpace             Yes
                    youtube             na
                    photobucket         No
                    digg                No
                    moho                Yes
Q4.1     [Have you ever heard of...?)
                    lulu                na
                    myspace             na
                    youtube             na
                    photobucket         na
                    digg                na
                    moho                na


RESP_ID  72407
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     Daily Motion, YouTube, Google video and IFilm.
Q3.1     Medicafe.
Q4.0     [Have you ever heard of...?)
                    lulu                No
                    mySpace             Yes
                    youtube             na
                    photobucket         Yes
                    digg                Yes
                    moho                No
Q4.1     [Have you ever heard of...?)
                    lulu                na
                    myspace             na
                    youtube             na
                    photobucket         na
                    digg                na
                    moho                na


RESP_ID  72427
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     I don't know.
Q4.0     [Have you ever heard of...?)
                    lulu                na
                    mySpace             na
                    youtube             na
                    photobucket         na
                    digg                na
                    moho                na
Q4.1     [Have you ever heard of...?)
                    lulu                No
                    myspace             Yes
                    youtube             Yes
                    photobucket         No
                    digg                No
                    moho                No
```

Dockets.Justia.com

```
RESP_ID  72496
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     iTunes.com
Q3.1     CNN.com and Yahoo.com.
Q4.0     [Have you ever heard of...?)
                 lulu                 No
                 mySpace              No
                 youtube              No
                 photobucket          No
                 digg                 No
                 moho                 No
Q4.1     [Have you ever heard of...?)
                 lulu                 na
                 myspace              na
                 youtube              na
                 photobucket          na
                 digg                 na
                 moho                 na


RESP_ID  72519
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     MSN and news websites.
Q4.0     [Have you ever heard of...?)
                 lulu                 No
                 mySpace              Yes
                 youtube              na
                 photobucket          No
                 digg                 No
                 moho                 No
Q4.1     [Have you ever heard of...?)
                 lulu                 na
                 myspace              na
                 youtube              na
                 photobucket          na
                 digg                 na
                 moho                 na


RESP_ID  72524
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     At the moment I can't.
Q4.0     [Have you ever heard of...?)
                 lulu                 na
                 mySpace              na
                 youtube              na
                 photobucket          na
                 digg                 na
                 moho                 na
Q4.1     [Have you ever heard of...?)
                 lulu                 No
                 myspace              Yes
                 youtube              No
                 photobucket          No
                 digg                 No
                 moho                 No
```

```
RESP_ID  72557
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     I do not know of any.
Q4.0     [Have you ever heard of...?)
                  lulu              na
                  mySpace           na
                  youtube           na
                  photobucket       na
                  digg              na
                  moho              na
Q4.1     [Have you ever heard of...?)
                  lulu              No
                  myspace           Yes
                  youtube           No
                  photobucket       No
                  digg              Yes
                  moho              No


RESP_ID  72804
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     None.
Q4.0     [Have you ever heard of...?)
                  lulu              No
                  mySpace           Yes
                  youtube           na
                  photobucket       No
                  digg              No
                  moho              No
Q4.1     [Have you ever heard of...?)
                  lulu              na
                  myspace           na
                  youtube           na
                  photobucket       na
                  digg              na
                  moho              na


RESP_ID  73136
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     Um, CMT.com, ABC.com.  I know some of the other TV stations,
         but I'm blanking out on anything.
Q3.1     Um, YouTube.com.
Q4.0     [Have you ever heard of...?)
                  lulu              No
                  mySpace           Yes
                  youtube           na
                  photobucket       Yes
                  digg              Yes
                  moho              No
Q4.1     [Have you ever heard of...?)
                  lulu              na
                  myspace           na
                  youtube           na
                  photobucket       na
                  digg              na
                  moho              na
```

A-122

```
RESP_ID  73256
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     CNN.com.
Q3.1     Microsoft and MSCN.com.
Q4.0     [Have you ever heard of...?)
                lulu                    Yes
                mySpace                 No
                youtube                 Yes
                photobucket             No
                digg                    No
                moho                    No
Q4.1     [Have you ever heard of...?)
                lulu                    na
                myspace                 na
                youtube                 na
                photobucket             na
                digg                    na
                moho                    na


RESP_ID  73517
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     NBC, YouTube, CNN and that's all I can think of.
Q3.1     KillSomeTime.com, um, Collegehumor.com, Harmony Central, Apple,
         Netflix, um, Apple.com, Discover Kids, PBS Kids, Old Man
         Mountains and that's it.
Q4.0     [Have you ever heard of...?)
                lulu                    No
                mySpace                 Yes
                youtube                 na
                photobucket             No
                digg                    No
                moho                    No
Q4.1     [Have you ever heard of...?)
                lulu                    na
                myspace                 na
                youtube                 na
                photobucket             na
                digg                    na
                moho                    na


RESP_ID  73539
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     Others but I can't think of the names.
Q4.0     [Have you ever heard of...?)
                lulu                    No
                mySpace                 Yes
                youtube                 na
                photobucket             No
                digg                    Yes
                moho                    No
Q4.1     [Have you ever heard of...?)
                lulu                    na
                myspace                 na
                youtube                 na
                photobucket             na
                digg                    na
                moho                    na
```

A-123

```
RESP_ID  73735
Age:     50 or above
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     I cannot remember the names of them.  I remember watching
         Motocross ones in the internet.
Q4.0     [Have you ever heard of...?)
                  lulu                   na
                  mySpace                na
                  youtube                na
                  photobucket            na
                  digg                   na
                  moho                   na
Q4.1     [Have you ever heard of...?)
                  lulu                   No
                  myspace                Yes
                  youtube                Yes
                  photobucket            No
                  digg                   No
                  moho                   No


RESP_ID  74142
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     NBC.com and ABC.com.
Q3.1     Alluc.org.
Q4.0     [Have you ever heard of...?)
                  lulu                   No
                  mySpace                Yes
                  youtube                Yes
                  photobucket            Yes
                  digg                   No
                  moho                   No
Q4.1     [Have you ever heard of...?)
                  lulu                   na
                  myspace                na
                  youtube                na
                  photobucket            na
                  digg                   na
                  moho                   na


RESP_ID  74286
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     ABC, FOX, NBC and all the TV networks that have websites.
Q3.1     All the channels that you can get off cable you can watch on
         the internet.
Q4.0     [Have you ever heard of...?)
                  lulu                   No
                  mySpace                Yes
                  youtube                Yes
                  photobucket            No
                  digg                   No
                  moho                   Yes
Q4.1     [Have you ever heard of...?)
                  lulu                   na
                  myspace                na
                  youtube                na
                  photobucket            na
                  digg                   na
                  moho                   na
```

```
RESP_ID   74307
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      CNN, ESPN and YouTube.
Q3.1      None.
Q4.0      [Have you ever heard of...?)
                    lulu                No
                    mySpace             Yes
                    youtube             na
                    photobucket         No
                    digg                No
                    moho                No
Q4.1      [Have you ever heard of...?)
                    lulu                na
                    myspace             na
                    youtube             na
                    photobucket         na
                    digg                na
                    moho                na


RESP_ID   74452
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      I don't know.
Q4.0      [Have you ever heard of...?)
                    lulu                na
                    mySpace             na
                    youtube             na
                    photobucket         na
                    digg                na
                    moho                na
Q4.1      [Have you ever heard of...?)
                    lulu                No
                    myspace             Yes
                    youtube             Yes
                    photobucket         No
                    digg                No
                    moho                No


RESP_ID   74520
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Something with a "T" but I don't remember exactly.
Q3.1      No, I can't right now.
Q4.0      [Have you ever heard of...?)
                    lulu                No
                    mySpace             Yes
                    youtube             Yes
                    photobucket         No
                    digg                No
                    moho                Yes
Q4.1      [Have you ever heard of...?)
                    lulu                na
                    myspace             na
                    youtube             na
                    photobucket         na
                    digg                na
                    moho                na
```

```
RESP_ID  74526
Age:     14 to 29
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     Videowagon.
Q4.0     [Have you ever heard of...?)
                 lulu                     No
                 mySpace                  Yes
                 youtube                  na
                 photobucket              Yes
                 digg                     No
                 moho                     No
Q4.1     [Have you ever heard of...?)
                 lulu                     na
                 myspace                  na
                 youtube                  na
                 photobucket              na
                 digg                     na
                 moho                     na


RESP_ID  74583
Age:     30 to 49
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     None.
Q4.0     [Have you ever heard of...?)
                 lulu                     na
                 mySpace                  na
                 youtube                  na
                 photobucket              na
                 digg                     na
                 moho                     na
Q4.1     [Have you ever heard of...?)
                 lulu                     No
                 myspace                  Yes
                 youtube                  Yes
                 photobucket              No
                 digg                     No
                 moho                     No


RESP_ID  74728
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     I don't know.
Q4.0     [Have you ever heard of...?)
                 lulu                     na
                 mySpace                  na
                 youtube                  na
                 photobucket              na
                 digg                     na
                 moho                     na
Q4.1     [Have you ever heard of...?)
                 lulu                     No
                 myspace                  Yes
                 youtube                  Yes
                 photobucket              No
                 digg                     No
                 moho                     No
```

```
RESP_ID  75161
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     Um, sex views.
Q3.1     I cannot think of any more.
Q4.0     [Have you ever heard of...?)
                 lulu                No
                 mySpace             Yes
                 youtube             Yes
                 photobucket         No
                 digg                Yes
                 moho                No
Q4.1     [Have you ever heard of...?)
                 lulu                na
                 myspace             na
                 youtube             na
                 photobucket         na
                 digg                na
                 moho                na


RESP_ID  75175
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     I don't know.
Q4.0     [Have you ever heard of...?)
                 lulu                No
                 mySpace             Yes
                 youtube             na
                 photobucket         Yes
                 digg                Yes
                 moho                No
Q4.1     [Have you ever heard of...?)
                 lulu                na
                 myspace             na
                 youtube             na
                 photobucket         na
                 digg                na
                 moho                na


RESP_ID  75309
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     Movietickets.
Q3.1     Rapapour.
Q4.0     [Have you ever heard of...?)
                 lulu                No
                 mySpace             Yes
                 youtube             Yes
                 photobucket         No
                 digg                No
                 moho                No
Q4.1     [Have you ever heard of...?)
                 lulu                na
                 myspace             na
                 youtube             na
                 photobucket         na
                 digg                na
                 moho                na
```

```
RESP_ID  75346
Age:     50 or above
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     I don't even know.
Q4.0     [Have you ever heard of...?)
                   lulu                    na
                   mySpace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na
Q4.1     [Have you ever heard of...?)
                   lulu                    No
                   myspace                 Yes
                   youtube                 Yes
                   photobucket             No
                   digg                    No
                   moho                    No


RESP_ID  75468
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     Um, YouTube.
Q3.1     MySpace.
Q4.0     [Have you ever heard of...?)
                   lulu                    No
                   mySpace                 na
                   youtube                 na
                   photobucket             Yes
                   digg                    No
                   moho                    No
Q4.1     [Have you ever heard of...?)
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na


RESP_ID  75675
Age:     14 to 29
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     MySpace and YouTube.
Q3.1     None.
Q4.0     [Have you ever heard of...?)
                   lulu                    No
                   mySpace                 na
                   youtube                 Yes
                   photobucket             Yes
                   digg                    No
                   moho                    No
Q4.1     [Have you ever heard of...?)
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na
```

```
RESP_ID   75889
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      I couldn't think of one.
Q4.0      [Have you ever heard of...?)
                    lulu                    na
                    mySpace                 na
                    youtube                 na
                    photobucket             na
                    digg                    na
                    moho                    na
Q4.1      [Have you ever heard of...?)
                    lulu                    No
                    myspace                 Yes
                    youtube                 Yes
                    photobucket             No
                    digg                    No
                    moho                    No


RESP_ID   76072
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      FOX 2 News,  WWE Wrestling and Comedy Central.
Q3.1      Um, that's the main ones.
Q4.0      [Have you ever heard of...?)
                    lulu                    No
                    mySpace                 Yes
                    youtube                 Yes
                    photobucket             No
                    digg                    No
                    moho                    No
Q4.1      [Have you ever heard of...?)
                    lulu                    na
                    myspace                 na
                    youtube                 na
                    photobucket             na
                    digg                    na
                    moho                    na


RESP_ID   76172
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Yahoo.
Q3.1      Wooho.
Q4.0      [Have you ever heard of...?)
                    lulu                    No
                    mySpace                 Yes
                    youtube                 Yes
                    photobucket             No
                    digg                    No
                    moho                    No
Q4.1      [Have you ever heard of...?)
                    lulu                    na
                    myspace                 na
                    youtube                 na
                    photobucket             na
                    digg                    na
                    moho                    na
```