```
RESP_ID    76499
Age:       14 to 29
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       I can't think of anything offhand.
Q4.0       [Have you ever heard of...?]
                   lulu              No
                   mySpace           Yes
                   youtube           na
                   photobucket       No
                   digg              No
                   moho              No
Q4.1       [Have you ever heard of...?]
                   lulu              na
                   myspace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na

RESP_ID    76602
Age:       14 to 29
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       I cannot think of any right now.
Q4.0       [Have you ever heard of...?]
                   lulu              na
                   mySpace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na
Q4.1       [Have you ever heard of...?]
                   lulu              No
                   myspace           Yes
                   youtube           Yes
                   photobucket       No
                   digg              No
                   moho              No

RESP_ID    76752
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       YouTube.
Q3.1       ESPN.com, that's it.
Q4.0       [Have you ever heard of...?]
                   lulu              No
                   mySpace           Yes
                   youtube           na
                   photobucket       No
                   digg              Yes
                   moho              No
Q4.1       [Have you ever heard of...?]
                   lulu              na
                   myspace           na
                   youtube           na
                   photobucket       na
                   digg              na
                   moho              na
```

```
RESP_ID    77068
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       CBS.com, ABC.com and NBC.com.
Q3.1       None.
Q4.0       [Have you ever heard of...?]
                   lulu                    No
                   mySpace                 Yes
                   youtube                 Yes
                   photobucket             No
                   digg                    No
                   moho                    No
Q4.1       [Have you ever heard of...?]
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na

RESP_ID    77250
Age:       30 to 49
Gender:    Female
Q3.0       [Names of internet sites that offer video content]
Q3.0       I don't have any.
Q4.0       [Have you ever heard of...?]
                   lulu                    na
                   mySpace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na
Q4.1       [Have you ever heard of...?]
                   lulu                    No
                   myspace                 Yes
                   youtube                 No
                   photobucket             Yes
                   digg                    No
                   moho                    No

RESP_ID    77283
Age:       30 to 49
Gender:    Male
Q3.0       [Names of internet sites that offer video content]
Q3.0       Ones that I can think of?  Websites that offer video content,
           hm, AOL.com, NFL.com, ABC.com, NEWSOK.com, ESPN.com, MySpace,
           YouTube.  Hm, those are the only ones I can rattle off.
Q3.1       FOX.com, PGA.com, NHL.com, NBA.com and soonersport.com.
Q4.0       [Have you ever heard of...?]
                   lulu                    No
                   mySpace                 na
                   youtube                 na
                   photobucket             Yes
                   digg                    Yes
                   moho                    No
Q4.1       [Have you ever heard of...?]
                   lulu                    na
                   myspace                 na
                   youtube                 na
                   photobucket             na
                   digg                    na
                   moho                    na
```

```
RESP_ID   77885
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Uh, YouTube.
Q3.1      Hm, yeah Yahoo.
Q4.0      [Have you ever heard of...?]
                  lulu                   No
                  mySpace                Yes
                  youtube                na
                  photobucket            Yes
                  digg                   No
                  moho                   No
Q4.1      [Have you ever heard of...?]
                  lulu                   na
                  myspace                na
                  youtube                na
                  photobucket            na
                  digg                   na
                  moho                   na

RESP_ID   77948
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      I don't know.
Q4.0      [Have you ever heard of...?]
                  lulu                   na
                  mySpace                na
                  youtube                na
                  photobucket            na
                  digg                   na
                  moho                   na
Q4.1      [Have you ever heard of...?]
                  lulu                   Yes
                  myspace                Yes
                  youtube                Yes
                  photobucket            No
                  digg                   No
                  moho                   No

RESP_ID   78066
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      YouTube.
Q3.1      I can't.
Q4.0      [Have you ever heard of...?]
                  lulu                   No
                  mySpace                Yes
                  youtube                na
                  photobucket            Yes
                  digg                   No
                  moho                   No
Q4.1      [Have you ever heard of...?]
                  lulu                   na
                  myspace                na
                  youtube                na
                  photobucket            na
                  digg                   na
                  moho                   na
```

A-132

```
RESP_ID   78303
Age:      14 to 29
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      MSNBC, Illwillpress, MySpace and YouTube.
Q3.1      Any news, any independent sites and Facebook.
Q4.0      [Have you ever heard of...?]
                  lulu              No
                  mySpace           na
                  youtube           na
                  photobucket       Yes
                  digg              No
                  moho              No
Q4.1      [Have you ever heard of...?]
                  lulu              na
                  myspace           na
                  youtube           na
                  photobucket       na
                  digg              na
                  moho              na

RESP_ID   78862
Age:      14 to 29
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Um, there's, um, YouTube.  Google.  That's all I can think of
          right now.
Q3.1      Um, those are the only ones I can think of right now.
Q4.0      [Have you ever heard of...?]
                  lulu              No
                  mySpace           Yes
                  youtube           na
                  photobucket       No
                  digg              No
                  moho              No
Q4.1      [Have you ever heard of...?]
                  lulu              na
                  myspace           na
                  youtube           na
                  photobucket       na
                  digg              na
                  moho              na

RESP_ID   79169
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      All the news sites, CNN.com, FOXnews.com and YouTube.com.
Q3.1      Nothing right off the top of my head.
Q4.0      [Have you ever heard of...?]
                  lulu              No
                  mySpace           Yes
                  youtube           na
                  photobucket       No
                  digg              No
                  moho              No
Q4.1      [Have you ever heard of...?]
                  lulu              na
                  myspace           na
                  youtube           na
                  photobucket       na
                  digg              na
                  moho              na
```

```
RESP_ID   79215
Age:      50 or above
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      Mm, not really.
Q4.0      [Have you ever heard of...?]
              lulu                         na
              mySpace                      na
              youtube                      na
              photobucket                  na
              digg                         na
              moho                         na
Q4.1      [Have you ever heard of...?]
              lulu                         No
              myspace                      Yes
              youtube                      No
              photobucket                  No
              digg                         No
              moho                         No

RESP_ID   79284
Age:      50 or above
Gender:   Female
Q3.0      [Names of internet sites that offer video content]
Q3.0      Can only relate to music videos.
Q3.1      I can't think of any.
Q4.0      [Have you ever heard of...?]
              lulu                         No
              mySpace                      Yes
              youtube                      No
              photobucket                  No
              digg                         No
              moho                         No
Q4.1      [Have you ever heard of...?]
              lulu                         na
              myspace                      na
              youtube                      na
              photobucket                  na
              digg                         na
              moho                         na

RESP_ID   79595
Age:      30 to 49
Gender:   Male
Q3.0      [Names of internet sites that offer video content]
Q3.0      ABC.com, whatever the FOX site is, somcast.net, balmoreson.com,
          Yahoo.com and Golf.com.
Q3.1      iTunes.
Q4.0      [Have you ever heard of...?]
              lulu                         No
              mySpace                      Yes
              youtube                      Yes
              photobucket                  No
              digg                         No
              moho                         No
Q4.1      [Have you ever heard of...?]
              lulu                         na
              myspace                      na
              youtube                      na
              photobucket                  na
              digg                         na
              moho                         na
```

```
RESP_ID  79608
Age:     30 to 49
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube.
Q3.1     CNN.
Q4.0     [Have you ever heard of...?]
              lulu                    No
              mySpace                 Yes
              youtube                 na
              photobucket             No
              digg                    No
              moho                    No
Q4.1     [Have you ever heard of...?]
              lulu                    na
              myspace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na

RESP_ID  79975
Age:     30 to 49
Gender:  Female
Q3.0     [Names of internet sites that offer video content]
Q3.0     Keithmor and Kennethcoplandministry.
Q3.1     Jessie Duplantis Ministries.
Q4.0     [Have you ever heard of...?]
              lulu                    No
              mySpace                 Yes
              youtube                 No
              photobucket             No
              digg                    No
              moho                    No
Q4.1     [Have you ever heard of...?]
              lulu                    na
              myspace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na

RESP_ID  80211
Age:     30 to 49
Gender:  Male
Q3.0     [Names of internet sites that offer video content]
Q3.0     YouTube and iTunes.
Q3.1     ESPN and CNN.
Q4.0     [Have you ever heard of...?]
              lulu                    No
              mySpace                 Yes
              youtube                 na
              photobucket             No
              digg                    No
              moho                    No
Q4.1     [Have you ever heard of...?]
              lulu                    na
              myspace                 na
              youtube                 na
              photobucket             na
              digg                    na
              moho                    na
```

A-135