# EXHIBIT A
# APPENDIX B

APPENDIX B

OTHER UNAIDED SELF PUBLISHING INTERNET SITES
OTHER UNAIDED VIDEO CONTENT INTERNET SITES

APPENDIX B

OTHER UNAIDED SELF PUBLISHING INTERNET SITES
(Q4.0/Q4.1)

| INTERNET SITES | NUMBER OF MENTIONS | PERCENT (n=200) |
|---|---|---|
| craigslist | 2 | 1.00% |
| deviantART | 2 | 1.00% |
| Food Channel | 2 | 1.00% |
| iTunes | 2 | 1.00% |
| MTV | 2 | 1.00% |
| snapfish | 2 | 1.00% |
| Wal-Mart | 2 | 1.00% |
| ABC | 1 | 0.50% |
| Amavoa | 1 | 0.50% |
| AOL | 1 | 0.50% |
| Apple | 1 | 0.50% |
| Bebo | 1 | 0.50% |
| Blogspot | 1 | 0.50% |
| Bluetooth | 1 | 0.50% |
| Cafetress | 1 | 0.50% |
| CBS | 1 | 0.50% |
| CNN | 1 | 0.50% |
| Crafters Choice | 1 | 0.50% |
| Digital Blasphemy | 1 | 0.50% |
| Disney Channel | 1 | 0.50% |
| evite | 1 | 0.50% |
| Ezotrope | 1 | 0.50% |
| Flickr | 1 | 0.50% |
| Friendster | 1 | 0.50% |
| GameSpot | 1 | 0.50% |
| GameSpy | 1 | 0.50% |
| Getty | 1 | 0.50% |
| Go Daddy | 1 | 0.50% |
| Google | 1 | 0.50% |
| HuskerPedia | 1 | 0.50% |
| IGN | 1 | 0.50% |
| Keizertimes | 1 | 0.50% |
| Lighthouse Publishing | 1 | 0.50% |
| Metacafe | 1 | 0.50% |
| MSN | 1 | 0.50% |
| Newsweek | 1 | 0.50% |
| Paradoxentertainment | 1 | 0.50% |
| People | 1 | 0.50% |
| Photobucket | 1 | 0.50% |
| Plumbers Dream | 1 | 0.50% |
| Poetry contests | 1 | 0.50% |
| Project Gutenberg | 1 | 0.50% |
| Shutterfly | 1 | 0.50% |

OTHER UNAIDED SELF PUBLISHING INTERNET SITES continued

| INTERNET SITE NAMES | NUMBER OF MENTIONS | PERCENT (n=200) |
|---|---|---|
| Slicka | 1 | 0.50% |
| Slicker | 1 | 0.50% |
| Snapshot | 1 | 0.50% |
| Spacebook | 1 | 0.50% |
| Sports Red Sox Special | 1 | 0.50% |
| Sreimster | 1 | 0.50% |
| Statejournal | 1 | 0.50% |
| Tomcamp | 1 | 0.50% |
| TV | 1 | 0.50% |
| UGO | 1 | 0.50% |
| US Magazine | 1 | 0.50% |
| VH1 | 1 | 0.50% |
| Webshots | 1 | 0.50% |
| Wiley | 1 | 0.50% |
| Wipf and Stock | 1 | 0.50% |
| Word Press | 1 | 0.50% |

OTHER UNAIDED VIDEO CONTENT INTERNET SITES
(Q4.0/Q4.1)

| INTERNET SITES | NUMBER OF MENTIONS | PERCENT (n=200) |
|---|---|---|
| eBaum's World | 4 | 2.00% |
| Facebook | 4 | 2.00% |
| Netflix | 4 | 2.00% |
| AOL | 3 | 1.50% |
| Comcast Cable | 3 | 1.50% |
| major networks | 3 | 1.50% |
| VH1 | 3 | 1.50% |
| BBC | 2 | 1.00% |
| Discover | 2 | 1.00% |
| Disney | 2 | 1.00% |
| Metacafe | 2 | 1.00% |
| Movie trailers | 2 | 1.00% |
| NFL | 2 | 1.00% |
| PBS | 2 | 1.00% |
| PGA.com | 2 | 1.00% |
| SCI-FI | 2 | 1.00% |
| Xbox | 2 | 1.00% |
| Accuweather.com | 1 | 0.50% |
| all the major networks | 1 | 0.50% |
| all the networks | 1 | 0.50% |
| All the news sites | 1 | 0.50% |
| all the TV networks that have websites | 1 | 0.50% |
| Alluc.org | 1 | 0.50% |
| Animal Planet | 1 | 0.50% |
| any independent sites | 1 | 0.50% |
| any news | 1 | 0.50% |
| ATT Bluetooth | 1 | 0.50% |
| balmoreson.com | 1 | 0.50% |
| blabbermouth.net | 1 | 0.50% |
| Boston.com | 1 | 0.50% |
| Break | 1 | 0.50% |
| Buddy TV | 1 | 0.50% |
| bugie.com | 1 | 0.50% |
| BYU Channels | 1 | 0.50% |
| Channel 12 news | 1 | 0.50% |
| Channel 22 | 1 | 0.50% |
| CMT.com | 1 | 0.50% |
| Coast to Coast | 1 | 0.50% |
| Collegehumor.com | 1 | 0.50% |
| Comedy Central | 1 | 0.50% |
| Dailymotion | 1 | 0.50% |
| end something | 1 | 0.50% |


OTHER UNAIDED VIDEO CONTENT INTERNET SITES continued

| INTERNET SITE NAMES | NUMBER OF MENTIONS | PERCENT (n=200) |
|---|---|---|
| Funbox | 1 | 0.50% |
| Funnyjunk | 1 | 0.50% |
| FX | 1 | 0.50% |
| gal.com | 1 | 0.50% |
| game trailers | 1 | 0.50% |
| Golf.com | 1 | 0.50% |
| Harmony Central | 1 | 0.50% |
| HBO | 1 | 0.50% |
| hoyt.com | 1 | 0.50% |
| IBMS | 1 | 0.50% |
| Ifilm | 1 | 0.50% |
| Illwillpress | 1 | 0.50% |
| IMEEM.com | 1 | 0.50% |
| JBC | 1 | 0.50% |
| Jessieduplantsministries | 1 | 0.50% |
| Jesus music | 1 | 0.50% |
| Jib Jab | 1 | 0.50% |
| Jobolow.com | 1 | 0.50% |
| KCRA.com | 1 | 0.50% |
| KDKA.com | 1 | 0.50% |
| Keithmor | 1 | 0.50% |
| Kennethcoplandministry | 1 | 0.50% |
| Killsometime.com | 1 | 0.50% |
| LimeWire | 1 | 0.50% |
| Mary Kay | 1 | 0.50% |
| MGM Grand | 1 | 0.50% |
| mini clips | 1 | 0.50% |
| most of the news channels | 1 | 0.50% |
| Movie Link | 1 | 0.50% |
| movies | 1 | 0.50% |
| Movietickets | 1 | 0.50% |
| MP3.com | 1 | 0.50% |
| MPR | 1 | 0.50% |
| Musicbox | 1 | 0.50% |
| myyearbook | 1 | 0.50% |
| N something | 1 | |
| Nafa | 1 | 0.50% |
| NBA.com | 1 | 0.50% |
| New York Times | 1 | 0.50% |
| Newgrounds | 1 | 0.50% |
| News | 1 | 0.50% |
| news channels | 1 | 0.50% |
| news websites | 1 | 0.50% |
| NEWSOK.com | 1 | 0.50% |

OTHER UNAIDED VIDEO CONTENT INTERNET SITES continued

| INTERNET SITE NAMES | NUMBER OF MENTIONS | PERCENT (n=200) |
|---|---|---|
| NHL.com | 1 | 0.50% |
| OK | 1 | 0.50% |
| Old Man Mountains | 1 | 0.50% |
| pittsburgh.com | 1 | 0.50% |
| Popcorn | 1 | 0.50% |
| projectplaylist.com | 1 | 0.50% |
| Rapapour | 1 | 0.50% |
| Rotten Tomatoes | 1 | 0.50% |
| sex views. | 1 | 0.50% |
| something with a T | 1 | 0.50% |
| soonersport.com | 1 | 0.50% |
| Starfall | 1 | 0.50% |
| TIVO | 1 | 0.50% |
| TV shows on most websites | 1 | 0.50% |
| TV stations | 1 | 0.50% |
| Tvlength | 1 | 0.50% |
| Univision | 1 | 0.50% |
| VEOH | 1 | 0.50% |
| Videowagon | 1 | 0.50% |
| WB | 1 | 0.50% |
| Weather.com | 1 | 0.50% |
| Wooho | 1 | 0.50% |
| work sites with Podcast on air | 1 | 0.50% |
| WWE Wrestling | 1 | 0.50% |
| Youporn | 1 | 0.50% |