Lulu Enterprises, Inc. v. N-F Newsite, LLC et al
Case 5:07-cv-00347-D   Document 51-4   Filed 10/09/2007   Page 1 of 10
Doc. 51 Att. 3

# EXHIBIT A
# APPENDIX C

Dockets.Justia.com

APPENDIX C

COMPUTERIZED QUESTIONNAIRE PROGRAM

```
Questionnaire name: 11744              09/25/07 - 01:23 PM             Page 1


   *** RESPONDENT #   COLS 1 - 6 ***

   *** QUESTION #5 ***
   *Timezone Punch
     GO TO Q. #6     ====>    <1> E
     GO TO Q. #6     ====>    <2> C
     GO TO Q. #6     ====>    <3> M
     GO TO Q. #6     ====>    <4> P
     GO TO Q. #6     ====>    <5> A/H
   -- COL. 7 --

   *** QUESTION #6 ***
   *Version
     GO TO Q. #7     ====>    <1> W
     GO TO Q. #7     ====>    <2> X
   -- COL. 8 --

   *** QUESTION #11 ***
   [S]
   Hello.  My name is _____, with Issues & Answers, an independent
   research company.  We are conducting a very brief survey related
   to the internet and would like to include the opinions of someone
   in your household.  This is NOT a sales or telemarketing call.
   .
   So that we can get a mix of individuals from various households, may I
   please speak to the person in your household who will have the next
   birthday and is 14 years of age or older?
   .
   (IF SPEAKING, CONTINUE.)
   .
   (IF 'NOT HOME/AVAILABLE,' ASK:)  When would be a good time to call
   back and who should I ask for?
     GO TO Q. #14    ====>    <1> Continue
     GO TO Q. #12    ====>    <2> Transferred
     DISP CODE #11   ====>    <3> No Answer
     DISP CODE #12   ====>    <4> Answering Machine
     DISP CODE #2    ====>    <5> Phone Busy
     DISP CODE #3    ====>    <6> Disconnected Phone
     DISP CODE #4    ====>    <7> Business/Government
     DISP CODE #5    ====>    <8> Respondent not available
     DISP CODE #6    ====>    <9> Initial Refusal
     DISP CODE #7    ====>    <10> Computer Tone
     DISP CODE #8    ====>    <11> Language Problem
     GO TO Q. #12    ====>    <12> #Call Substitute Phone Number
     GO TO Q. #12    ====>    <13> #Wrong Number
     DISP CODE #18   ====>    <14> Blocked Call
     GO TO Q. #12    ====>    <15> #Irate Refusal
     DISP CODE #20   ====>    <16> Cell Phone
     DISP CODE #9    ====>    <17> Schedule callback
   -- COLS. 9 - 10 --

   *** QUESTION #12 ***
   Hello.  My name is _____, with Issues & Answers, an independent
   research company.  We are conducting a very brief survey related
   to the internet.  This is NOT a sales or telemarketing call.
   .
   Are you the person in your household who will have the next birthday
   and is 14 years of age or older?  (IF 'YES,' CONTINUE.)
```

C-1

```
Questionnaire name: 11744                09/25/07 - 01:23 PM              Page 2


     .
     (IF 'NO,' ASK FOR THAT PERSON AND REPEAT ABOVE.)
     .
     (IF 'NOT HOME/AVAILABLE,' ASK:) When would be a good time to call back
     and who should I ask for?
        GO TO Q. #14   ====>   <1> Yes, CONTINUE
        GO TO Q. #13   ====>   <2> No, NOT HOME/AVAILABLE
     -- COL. 11 --

     *** QUESTION #13 ***
     ENTER 1 FOR SCHEDULED CALLBACK.
     .
     ENTER 2 TO CONTINUE WITH SURVEY.
        DISP CODE #9   ====>   <1> Schedule callback
        GO TO Q. #12   ====>   <2> Continue with survey
     -- COL. 12 --

     *** QUESTION #14 ***
     For classification purposes only, would you please tell me, into which
     of the following categories does your age fall?
     .
     (READ LIST.)
        GO TO Q. #15   ====>   <1> Under 14
        GO TO Q. #16   ====>   <2> 14 to 29
        GO TO Q. #16   ====>   <3> 30 to 49
        GO TO Q. #16   ====>   <4> 50 or above
        GO TO Q. #15   ====>   <5> (DO NOT READ) Refused
     -- COL. 13 --

     *** QUESTION #16 ***
     *age quota
        GO TO Q. #17   ====>   <1> W - Age 14 to 29
        GO TO Q. #17   ====>   <2> W - Age 30 to 49
        GO TO Q. #17   ====>   <3> W - Age 50 or above
        GO TO Q. #17   ====>   <4> X - Age 14 to 29
        GO TO Q. #17   ====>   <5> X - Age 30 to 49
        GO TO Q. #17   ====>   <6> X - Age 50 or above
     -- COL. 14 --

     *** QUESTION #17 ***
     RECORD GENDER BY OBSERVATION
        GO TO Q. #18   ====>   <1> MALE
        GO TO Q. #18   ====>   <2> FEMALE
     -- COL. 15 --

     *** QUESTION #18 ***
     *gender quota
        GO TO Q. #19   ====>   <1> W Version - Male
        GO TO Q. #19   ====>   <2> W Version - Female
        GO TO Q. #19   ====>   <3> X Version - Male
        GO TO Q. #19   ====>   <4> X Version - Female
     -- COL. 16 --

     *** QUESTION #19 ***
     1.0  Before I continue, I need to tell you that our supervisors
     periodically monitor these interviews for quality and courtesy.
        GO TO Q. #20   ====>   <1> advised respondent about monitoring  CONTINUE
        GO TO Q. #17   ====>   <2> *continue
```

```
Questionnaire name: 11744              09/25/07 - 01:23 PM                Page 3


-- COL. 17 --

*** QUESTION #20 ***
2.0  Do you access the internet at home, at work, at school, or
somewhere else?
   GO TO Q. #22   ====>   <1> Yes
   GO TO Q. #21   ====>   <2> No
-- COL. 18 --

*** QUESTION #22 ***
2.1  Can you access the internet via a high speed internet connection
at home, at work, at school, or somewhere else?
   GO TO Q. #24   ====>   <1> Yes
   GO TO Q. #23   ====>   <2> No
   GO TO Q. #23   ====>   <3> (DO NOT READ) Don't know
-- COL. 19 --

*** QUESTION #24 ***
2.2  Using a high speed internet connection, would you be likely
to visit an internet site where you could watch a variety of past
and current episodes of TV shows, film and TV clips, trailers, and
select feature films
.
...PAUSE...
.
all for free and you decide when and what to watch?
   GO TO Q. #26   ====>   <1> Yes
   GO TO Q. #25   ====>   <2> No
   GO TO Q. #25   ====>   <3> (DO NOT READ) Don't know
-- COL. 20 --

*** QUESTION #30 ***
[S]
In a moment, I am going to ask you some questions about internet sites.
.
Please understand that we are interested in your answers;
but if you don't have an answer or don't know the answer
to a question, that is an acceptable response.
   GO TO Q. #31   ====>   <1> Continue
   GO TO Q. #30   ====>   <2> *
-- COL. 21 --

*** QUESTION #31 ***
!Version W
3.0W  Now, I would like you to think about internet sites that offer
self publishing.  By this I mean internet sites where individuals
who have created manuscripts, photos, or digital media products can
post them and offer them for sale.
.
Now, thinking about internet sites that offer self publishing,
.
....PAUSE...
.
would you please tell me the names of internet sites that offer
self publishing that you can think of?
.
(RECORD RESPONSE VERBATIM.)
.
```

```
    (RECORD ONE ANSWER PER LINE.)
      GO TO Q. #32   ====>   <1> openend
 -- MULTI-PUNCH --
 -- ANSWER REQUIRED --
 -- COLS.  22 -  93 --
 -- COLS.  94 - 165 --
 -- COLS. 166 - 237 --
 -- COLS. 238 - 309 --
 -- COLS. 310 - 381 --
 -- COLS. 382 - 453 --
 -- COLS. 454 - 525 --
 -- COLS. 526 - 597 --
 -- COLS. 598 - 669 --
 -- COLS. 670 - 741 --

 *** QUESTION #32 ***
 INTERVIEWER: Did the respondent give an answer?
      GO TO Q. #33   ====>   <1> Gave answer
      GO TO Q. #44   ====>   <2> IF ONLY None or Don't know
 -- COL. 742 --

 *** QUESTION #33 ***
 3.1W  What other names of internet sites that offer self publishing,
 if any, can you think of?
 .
 (RECORD RESPONSE VERBATIM.)
 .
 (RECORD ONE ANSWER PER LINE.)
      GO TO Q. #34   ====>   <1> openend
 -- MULTI-PUNCH --
 -- ANSWER REQUIRED --
 -- COLS.  743 -  814 --
 -- COLS.  815 -  886 --
 -- COLS.  887 -  958 --
 -- COLS.  959 - 1030 --
 -- COLS. 1031 - 1102 --
 -- COLS. 1103 - 1174 --
 -- COLS. 1175 - 1246 --
 -- COLS. 1247 - 1318 --
 -- COLS. 1319 - 1390 --
 -- COLS. 1391 - 1462 --

 *** QUESTION #35 ***
 4.0W  Now, I am going to read you some additional names that may or
 may not be internet sites that offer self publishing.
 .
 ....PAUSE...
 .
 Have you ever heard of...
      GO TO Q. #36   ====>   <1> Continue
      GO TO Q. #35   ====>   <2> *loop
 -- COL. 1463 --

 *** QUESTION #37 ***
 4.0W  lulu?
 .
 (READ IF NECESSARY: Have you ever heard of...?)
      GO TO Q. #38   ====>   <1> Yes
```

```
Questionnaire name: 11744                09/25/07 - 01:23 PM              Page 5


      GO TO Q. #38    ====>   <2> No
      GO TO Q. #38    ====>   <3> Don't know
 -- COL. 1464 --

 *** QUESTION #38 ***
 4.0W  blurb?
 .
 (READ IF NECESSARY: Have you ever heard of...?)
      GO TO Q. #39    ====>   <1> Yes
      GO TO Q. #39    ====>   <2> No
      GO TO Q. #39    ====>   <3> Don't know
 -- COL. 1465 --

 *** QUESTION #39 ***
 4.0W  iuniverse?
 .
 (READ IF NECESSARY: Have you ever heard of...?)
      GO TO Q. #40    ====>   <1> Yes
      GO TO Q. #40    ====>   <2> No
      GO TO Q. #40    ====>   <3> Don't know
 -- COL. 1466 --

 *** QUESTION #40 ***
 4.0W  authorhouse?
 .
 (READ IF NECESSARY: Have you ever heard of...?)
      GO TO Q. #41    ====>   <1> Yes
      GO TO Q. #41    ====>   <2> No
      GO TO Q. #41    ====>   <3> Don't know
 -- COL. 1467 --

 *** QUESTION #41 ***
 4.0W  trafford?
 .
 (READ IF NECESSARY: Have you ever heard of...?)
      GO TO Q. #42    ====>   <1> Yes
      GO TO Q. #42    ====>   <2> No
      GO TO Q. #42    ====>   <3> Don't know
 -- COL. 1468 --

 *** QUESTION #42 ***
 4.0W  moho?
 .
 (READ IF NECESSARY: Have you ever heard of...?)
      GO TO Q. #43    ====>   <1> Yes
      GO TO Q. #43    ====>   <2> No
      GO TO Q. #43    ====>   <3> Don't know
 -- COL. 1469 --

 *** QUESTION #44 ***
 4.1W  Now, I am going to read you some names that may or may not be
 internet sites that offer self publishing.
 .
 ....PAUSE...
 .
 Have you ever heard of...
      GO TO Q. #45    ====>   <1> Continue
      GO TO Q. #44    ====>   <2> *loop
```

```
Questionnaire name: 11744                09/25/07 - 01:23 PM              Page 6


-- COL. 1470 --

*** QUESTION #46 ***
4.1W   lulu?
.
(READ IF NECESSARY: Have you ever heard of...?)
    GO TO Q. #47   ====>   <1> Yes
    GO TO Q. #47   ====>   <2> No
    GO TO Q. #47   ====>   <3> Don't know
-- COL. 1471 --

*** QUESTION #47 ***
4.1W   blurb?
.
(READ IF NECESSARY: Have you ever heard of...?)
    GO TO Q. #48   ====>   <1> Yes
    GO TO Q. #48   ====>   <2> No
    GO TO Q. #48   ====>   <3> Don't know
-- COL. 1472 --

*** QUESTION #48 ***
4.1W   iuniverse?
.
(READ IF NECESSARY: Have you ever heard of...?)
    GO TO Q. #49   ====>   <1> Yes
    GO TO Q. #49   ====>   <2> No
    GO TO Q. #49   ====>   <3> Don't know
-- COL. 1473 --

*** QUESTION #49 ***
4.1W   authorhouse?
.
(READ IF NECESSARY: Have you ever heard of...?)
    GO TO Q. #50   ====>   <1> Yes
    GO TO Q. #50   ====>   <2> No
    GO TO Q. #50   ====>   <3> Don't know
-- COL. 1474 --

*** QUESTION #50 ***
4.1W   trafford?
.
(READ IF NECESSARY: Have you ever heard of...?)
    GO TO Q. #51   ====>   <1> Yes
    GO TO Q. #51   ====>   <2> No
    GO TO Q. #51   ====>   <3> Don't know
-- COL. 1475 --

*** QUESTION #51 ***
4.1W   moho?
.
(READ IF NECESSARY: Have you ever heard of...?)
    GO TO Q. #52   ====>   <1> Yes
    GO TO Q. #52   ====>   <2> No
    GO TO Q. #52   ====>   <3> Don't know
-- COL. 1476 --

*** QUESTION #53 ***
!Version X
```

Questionnaire name: 11744                  09/25/07 - 01:23 PM                  Page 7

```
3.0X  Now, I would like you to think about internet sites that offer
video content.  By this I mean internet sites where individuals
can view video or images or listen to audio or podcast content.
.
Now, thinking about internet sites that offer video content,
.
....PAUSE...
.
would you please tell me the names of internet sites that offer
video content that you can think of?
.
(RECORD RESPONSE VERBATIM.)
.
(RECORD ONE ANSWER PER LINE.)
   GO TO Q. #54   ====>   <1> openend
-- MULTI-PUNCH --
-- ANSWER REQUIRED --
-- COLS. 1477 - 1548 --
-- COLS. 1549 - 1620 --
-- COLS. 1621 - 1692 --
-- COLS. 1693 - 1764 --
-- COLS. 1765 - 1836 --
-- COLS. 1837 - 1908 --
-- COLS. 1909 - 1980 --
-- COLS. 1981 - 2052 --
-- COLS. 2053 - 2124 --
-- COLS. 2125 - 2196 --

*** QUESTION #54 ***
INTERVIEWER: Did the respondent give an answer?
   GO TO Q. #55   ====>   <1> Gave answer
   GO TO Q. #66   ====>   <2> IF ONLY None or Don't know
-- COL. 2197 --

*** QUESTION #55 ***
3.1X  What other names of internet sites that offer video content,
if any, can you think of?
.
(RECORD RESPONSE VERBATIM.)
.
(RECORD ONE ANSWER PER LINE.)
   GO TO Q. #56   ====>   <1> openend
-- MULTI-PUNCH --
-- ANSWER REQUIRED --
-- COLS. 2198 - 2269 --
-- COLS. 2270 - 2341 --
-- COLS. 2342 - 2413 --
-- COLS. 2414 - 2485 --
-- COLS. 2486 - 2557 --
-- COLS. 2558 - 2629 --
-- COLS. 2630 - 2701 --
-- COLS. 2702 - 2773 --
-- COLS. 2774 - 2845 --
-- COLS. 2846 - 2917 --

*** QUESTION #57 ***
4.0X  Now, I am going to read you some additional names that may or
may not be internet sites that offer video content.
```

```
Questionnaire name: 11744                09/25/07 - 01:23 PM              Page 8


    .
    ....PAUSE...
    .
    Have you ever heard of...
       GO TO Q. #58   ====>   <1> Continue
       GO TO Q. #57   ====>   <2> *loop
    -- COL. 2918 --

    *** QUESTION #59 ***
    4.0X  lulu?
    .
    (READ IF NECESSARY: Have you ever heard of...?)
       GO TO Q. #60   ====>   <1> Yes
       GO TO Q. #60   ====>   <2> No
       GO TO Q. #60   ====>   <3> Don't know
    -- COL. 2919 --

    *** QUESTION #60 ***
    4.0X  myspace?
    .
    (READ IF NECESSARY: Have you ever heard of...?)
       GO TO Q. #61   ====>   <1> Yes
       GO TO Q. #61   ====>   <2> No
       GO TO Q. #61   ====>   <3> Don't know
    -- COL. 2920 --

    *** QUESTION #61 ***
    4.0X  youtube?
    .
    (READ IF NECESSARY: Have you ever heard of...?)
       GO TO Q. #62   ====>   <1> Yes
       GO TO Q. #62   ====>   <2> No
       GO TO Q. #62   ====>   <3> Don't know
    -- COL. 2921 --

    *** QUESTION #62 ***
    4.0X  photobucket?
    .
    (READ IF NECESSARY: Have you ever heard of...?)
       GO TO Q. #63   ====>   <1> Yes
       GO TO Q. #63   ====>   <2> No
       GO TO Q. #63   ====>   <3> Don't know
    -- COL. 2922 --

    *** QUESTION #63 ***
    4.0X  digg?
    .
    (READ IF NECESSARY: Have you ever heard of...?)
       GO TO Q. #64   ====>   <1> Yes
       GO TO Q. #64   ====>   <2> No
       GO TO Q. #64   ====>   <3> Don't know
    -- COL. 2923 --

    *** QUESTION #64 ***
    4.0X  moho?
    .
    (READ IF NECESSARY: Have you ever heard of...?)
       GO TO Q. #65   ====>   <1> Yes
```