```
Questionnaire name: 11744                    09/25/07 - 01:23 PM              Page 9


   GO TO Q. #65  ====>  <2> No
   GO TO Q. #65  ====>  <3> Don't know
-- COL. 2924 --

*** QUESTION #66 ***
4.1X  Now, I am going to read you some names that may or may not be
internet sites that offer video content.
.
....PAUSE...
.
Have you ever heard of...
   GO TO Q. #67  ====>  <1> Continue
   GO TO Q. #66  ====>  <2> *loop
-- COL. 2925 --

*** QUESTION #68 ***
4.1X  lulu?
.
(READ IF NECESSARY: Have you ever heard of...?)
   GO TO Q. #69  ====>  <1> Yes
   GO TO Q. #69  ====>  <2> No
   GO TO Q. #69  ====>  <3> Don't know
-- COL. 2926 --

*** QUESTION #69 ***
4.1X  myspace?
.
(READ IF NECESSARY: Have you ever heard of...?)
   GO TO Q. #70  ====>  <1> Yes
   GO TO Q. #70  ====>  <2> No
   GO TO Q. #70  ====>  <3> Don't know
-- COL. 2927 --

*** QUESTION #70 ***
4.1X  youtube?
.
(READ IF NECESSARY: Have you ever heard of...?)
   GO TO Q. #71  ====>  <1> Yes
   GO TO Q. #71  ====>  <2> No
   GO TO Q. #71  ====>  <3> Don't know
-- COL. 2928 --

*** QUESTION #71 ***
4.1X  photobucket?
.
(READ IF NECESSARY: Have you ever heard of...?)
   GO TO Q. #72  ====>  <1> Yes
   GO TO Q. #72  ====>  <2> No
   GO TO Q. #72  ====>  <3> Don't know
-- COL. 2929 --

*** QUESTION #72 ***
4.1X  digg?
.
(READ IF NECESSARY: Have you ever heard of...?)
   GO TO Q. #73  ====>  <1> Yes
   GO TO Q. #73  ====>  <2> No
   GO TO Q. #73  ====>  <3> Don't know
```

Dockets.Justia.com

```
-- COL. 2930 --

*** QUESTION #73 ***
4.1X  moho?
.
(READ IF NECESSARY: Have you ever heard of...?)
  GO TO Q. #74  ====>  <1> Yes
  GO TO Q. #74  ====>  <2> No
  GO TO Q. #74  ====>  <3> Don't know
-- COL. 2931 --

*** QUESTION #75 ***
[S]
Finally, may I please have your name?  This information is so that
my Supervisor can verify a portion of my work.  If you are contacted,
it will only be to confirm that I conducted this interview and for no
other reason.
.
(ENTER RESPONDENT NAME)
  GO TO Q. #76  ====>  <1> openend
-- ANSWER REQUIRED --
-- COLS. 2932 - 3003 --

*** QUESTION #76 ***
[S]
May I verify that your phone number is [P]##?
.
(ENTER TELEPHONE NUMBER)
  GO TO Q. #77  ====>  <1> Number
-- NUMERIC OPEN END - RANGE IS 1000000000 THRU 9999999999 --
-- ANSWER REQUIRED --
-- COLS. 3004 - 3013 --

*** QUESTION #77 ***
[S]
Thank you for your time and participation.
  GO TO Q. #78  ====>  <1> END
  GO TO Q. #77  ====>  <2> *
-- COL. 3014 --

*** QUESTION #78 ***
[S]
Interviewer Certification
.
I hereby certify that the information contained on this
Screener/Questionnaire is a true and accurate record of this
respondent's comments as they were given to me.
.
Interviewer's name and DATE.
  GO TO Q. #79  ====>  <1> openend
-- ANSWER REQUIRED --
-- COLS. 3015 - 3086 --

*** QUESTION #79 ***
[S]
Supervisor Validation (Telephone Monitoring Validation)
.
I hereby certify that I personally monitored, by telephone,
```

```
the questions and responses to the next birthday question
through Q2.2.
.
Supervisor's name.
  GO TO Q. #80  ====>  <1> openend
-- ANSWER REQUIRED --
-- COLS. 3087 - 3158 --

*** QUESTION #80 ***
[S]
Supervisor Validation Quality Control Telephone Monitoring
.
I hereby certify that I personally monitored, by telephone,
the questions and responses to questions 3.0 through 4.0/4.1.
.
Supervisor's name.
  GO TO Q. #81  ====>  <1> openend
-- ANSWER REQUIRED --
-- COLS. 3159 - 3230 --

*** QUESTION #81 ***
[S]
.
.               ENTER END TO FINISH INTERVIEW
  GO TO Q. #82  ====>  <1> End
  GO TO Q. #81  ====>  <2> *end
-- COL. 3231 --

*** QUESTION #82 ***
*PHONE        10
  GO TO Q. #83  ====>  <1> [1]##
-- ANSWER REQUIRED --
-- COLS. 3232 - 3241 --

*** QUESTION #83 ***
*TZP          1
  GO TO Q. #84  ====>  <1> [2]##
-- ANSWER REQUIRED --
-- COL. 3242 --

*** QUESTION #84 ***
*REPLICATE    3
  GO TO Q. #85  ====>  <1> [3]##
-- ANSWER REQUIRED --
-- COLS. 3243 - 3245 --

*** QUESTION #85 ***
*SUBREP       3
  GO TO Q. #86  ====>  <1> [4]##
-- ANSWER REQUIRED --
-- COLS. 3246 - 3248 --

*** QUESTION #86 ***
*CENSUSDIV    1
  GO TO Q. #87  ====>  <1> [5]##
-- ANSWER REQUIRED --
-- COL. 3249 --
```

```
*** QUESTION #87 ***
*FIPS         5
   GO TO Q. #88  ====>  <1> [6]##
-- ANSWER REQUIRED --
-- COLS. 3250 - 3254 --

*** QUESTION #88 ***
*MSA          5
   GO TO Q. #89  ====>  <1> [7]##
-- ANSWER REQUIRED --
-- COLS. 3255 - 3259 --

*** QUESTION #89 ***
*NIELSENDMA    3
   GO TO Q. #90  ====>  <1> [8]##
-- ANSWER REQUIRED --
-- COLS. 3260 - 3262 --

*** QUESTION #90 ***
*COUNTYSIZE    1
   GO TO Q. #91  ====>  <1> [9]##
-- ANSWER REQUIRED --
-- COL. 3263 --

*** QUESTION #91 ***
*AREA         3
   GO TO Q. #92  ====>  <1> [10]##
-- ANSWER REQUIRED --
-- COLS. 3264 - 3266 --

*** QUESTION #92 ***
*REP          2
   GO TO Q. #93  ====>  <1> [11]##
-- ANSWER REQUIRED --
-- COLS. 3267 - 3268 --

*** QUESTION #93 ***
*SAMPUNCH      2
   GO TO Q. #94  ====>  <1> [12]##
-- ANSWER REQUIRED --
-- COLS. 3269 - 3270 --

*** QUESTION #94 ***
*MARK         1
   GO TO Q. #95  ====>  <1> [13]##
-- ANSWER REQUIRED --
-- COL. 3271 --

*** QUESTION #95 ***
*COUNT        10
   GO TO Q. #96  ====>  <1> [14]##
-- ANSWER REQUIRED --
-- COLS. 3272 - 3281 --
```

# EXHIBIT A
# APPENDIX D

APPENDIX D

SUPERVISOR INSTRUCTIONS

Ford Bubala & Associates                                        FB&A
16400 Pacific Coast Hwy., #211                                  9/07
Huntington Beach, California  92649                             #1333
Telephone:  562/592-4581
Facsimile:  562/592-3867


                        SUPERVISOR INSTRUCTIONS


LIST OF MATERIALS

    -   Screener/Questionnaire W
    -   Screener/Questionnaire X
    -   Sample
    -   Supervisor Instructions
    -   Interviewer Instructions

        If any materials are missing, or any instructions are
unclear, please notify Dr. Gerald Ford immediately.


STUDY OVERVIEW

        This is a study among individuals who meet the survey
screening criteria.

        The protocol for this research study is a telephone
interview.


QUOTA

        The desired quota for this research study is 400 completed
interviews, 200 in Survey W and 200 in Survey X.


SAMPLE

        The sample for this study is a random digit telephone sample
from Survey Sampling, Inc.


INTERVIEWING DATES/TIMES

        Interviewing is to begin as scheduled and continue until the
quota is complete.

        Initial attempts to contact/screen prospective respondents
are to be conducted during afternoon and evening hours on
weekdays and during daytime hours on weekends, in the time zone
of prospective respondents.  Callbacks are to be attempted at any
time during the day/evening when it is suggested that the
prospective respondent will be available.

        Generally, Interviewers are to make an initial call and four
callbacks to reach a prospective respondent.


SAMPLE SELECTION/REPLICATE USE

        The sample has been sorted into replicate groups.
Generally, for each replicate group, Interviewers are to make an
initial call and four callbacks, when necessary, to each
identified telephone number in the first replicate group before
proceeding to the next replicate group.


INTERVIEWER STAFFING

        No one Interviewer should complete more than 10% (i.e., 20)
of the total interviews in Survey W and no more than 10% (i.e.,
20) in Survey X.


                                D-1

SCREENERS/QUESTIONNAIRES AND BRIEFING

Specific details involving the execution of the Screener/ Questionnaires are outlined in the Interviewer Instructions and on the Screener/Questionnaires.  Please read and review the Interviewer Instructions and the Screener/Questionnaires prior to the distribution of materials and the briefing of the Interviewers.

Although the Screeners/Questionnaires employed in this study are short, it is important that the Screeners/Questionnaires are handled properly and that the questions are read verbatim.  It is also important to stress that the responses be recorded accurately.

All Interviewers participating in this study are to be briefed.  During the briefing, go over the question-by-question instructions with the Interviewers.  Stress the need for reading the questions exactly as they are presented on the Screeners/ Questionnaires and recording accurately the responses of the interviewees.

During the briefing, please hold a practice interview.  The practice interview gives the Interviewers practice in the mechanics of the Screeners/Questionnaires.  Please do additional practice, as necessary, until you are confident the Interviewers know how to properly conduct the interviews and thoroughly understand the mechanics of the study.


VALIDATION

Please validate 35% of each Interviewer's completed interviews by either telephone monitoring validation or telephone callback validation.  Validation includes either monitoring or telephone callback confirmation of the responses to the next-birthday question through Q2.2.  Identify validated interviews by the Respondent ID, Supervisor Name, and Date.

For quality control purposes, please monitor approximately 35% of each Interviewer's work, by telephone, on the questions and responses to Q3.0 through Q4.0/4.1.  Please identify quality control monitored interviews by entering the Respondent ID, Supervisor Name, and Date.


SHIPMENT OF COMPLETED INTERVIEWS

Daily Shipments

You are to send daily, via e-mail the results of all completed Screeners/Questionnaires for each Interviewer.

On the first day of interviewing, you are to ship the signature page for all signed Supervisor and Interviewer Instructions.  On subsequent interviewing days, ship the signature page for any additional signed Supervisor and Interviewer Instructions, for Supervisors or Interviewers who began work on this project after the initial survey briefing.


Final Shipment of Materials

You should retain possession of all unused survey materials until instructed by Ford Bubala & Associates to make a final shipment of all remaining materials.  When you are instructed by Ford Bubala & Associates to make your final shipment of materials, you are to return all survey materials.

Consistent with the Marketing Research Association Guidelines, you are not to keep any copies or photocopies of any materials related to this study.  All materials related to this study are to be returned.

Shipping costs for the return of any materials not shipped in the final UPS shipment and/or charges for any materials that need to be returned to you for signature, etc., will be at your expense.

SHIPPING INFORMATION

Please use UPS or Federal Express for your deliveries to us.

IF YOU USE UPS:

- Please use UPS Next Day Air Letter envelopes. Ship Saver.

- UPS Account #75W369.

IF YOU USE FEDERAL EXPRESS:

- Please use FedEx Pak (soft) envelopes. Ship Standard.

- Federal Express #1108-3076-9.

When filling out the Air Bill, please put our study number, #1333, in the space marked "Reference Number."

Ship materials to:

Dr. Gerald Ford
Ford Bubala & Associates
16400 Pacific Coast Highway, Suite 211
Huntington Beach, California  92649

SUPERVISOR INSTRUCTIONS
SIGNATURE PAGE

Study #1333


Note:   After reading and reviewing these instructions and
        procedures, along with the Interviewer Instructions,
        and the Screeners/Questionnaires, please print your
        name and then sign this set of instructions.


_____
Name (Please Print)



_____
Signature

D-4