# EXHIBIT A
# APPENDIX E

Dockets.Justia.com

APPENDIX E

INTERVIEWER INSTRUCTIONS

```
Ford Bubala & Associates                                FB&A
16400 Pacific Coast Hwy., #211                          9/07
Huntington Beach, California  92649                    #1333
Telephone:  562/592-4581
Facsimile:  562/592-3867
```

## INTERVIEWER INSTRUCTIONS

### STUDY OVERVIEW

This is a study among individuals who meet the survey screening criteria.

The protocol for this research study is a telephone interview.

### QUOTA

The desired quota for this research study is 400 completed interviews, 200 in Survey W and 200 in Survey X.

### SAMPLE

The sample for this study is a random digit telephone sample from Survey Sampling, Inc.

### SAMPLE SELECTION/REPLICATE USE

The sample has been sorted into replicate groups. Generally, for each replicate group, Interviewers are to make an initial call and four callbacks, when necessary, to each identified telephone number in the first replicate group before proceeding to the next replicate group.

### INTERVIEWER STAFFING

No one Interviewer should complete more than 10% (i.e., 20) of the total interviews in Survey W and no more than 10% (i.e., 20) in Survey X.

### SCREENERS/QUESTIONNAIRES PROCEDURES

All instructions for execution of the Screeners/Questionnaires are on the Screeners/Questionnaires. The instructions for execution of the Screeners/Questionnaires are in all **BOLD CAPITAL LETTERS**.

In addition, please note the following:

- The Screeners/Questionnaires utilized in this study are short; however, it is important (1) that the questions are read verbatim, (2) that procedures are followed, and (3) that the responses are recorded accurately.

- Administer each Screener/Questionnaire in a completely uniform manner, reading each question exactly as it is written and allowing the respondent as much time as he/she desires to answer before proceeding to the next question. Do not change the wording of any question, and ask only the questions included on the Screener/Questionnaire. If a respondent indicates he/she does not understand a question or asks you to explain a question, simply repeat it exactly as worded on the Screener/Questionnaire. If necessary, repeat a question twice. If the respondent still does not understand or asks that the question be explained, terminate the interview.

E-1

Interviewer Instructions, Page 2

- Do not allow a respondent to consult another person before responding to a question. If this situation occurs, the interview is to be terminated.

- Additionally, if a respondent refuses to continue or terminates during the execution of the Questionnaire, terminate the interview.

- At the completion of each interview, please certify the information on the Screener/Questionnaire by entering Respondent ID, Interviewer Name, and Date.

- Approximately 35% of your Screener interviews are to be validated by a Supervisor, either by telephone monitoring validation or by telephone callback validation. Approximately 35% of your Questionnaire interviews are to be telephone monitored by a Supervisor for quality control.

- In addition to your Supervisor, our firm will also conduct additional telephone validations of your completed interviews.

CALL/CALLBACK PROCEDURES

- Initial attempts to contact/screen prospective respondents are to be conducted during afternoon and evening hours on weekdays and during daytime hours on weekends, in the time zone of prospective respondents.

- Callbacks are to be attempted at any time during the day/evening when it is suggested that the prospective respondent will be available.

- In addition to the initial call, four additional callbacks should be attempted, if necessary, to complete a prospective respondent interview.

Incomplete Contacts

Terminated Contacts - No Callback

After dialing a telephone number, the attempt to prescreen/interview will be terminated and no callback attempted:

(a) if it is determined that the number has been disconnected; or

(b) if a prospective respondent refuses to participate/continue; or

(c) if the prospective respondent with whom you need to speak will not be available during the time frame of the study; or

(d) if there is a hearing or language problem; or

(e) if the telephone number is a business or government agency.

E-2

Interviewer Instructions, Page 3

Incomplete Contacts - Callback

For attempts to screen which result in a 'no answer,' a 'busy signal,' an 'answering machine/voice mail,' or for other procedurally incomplete contact reasons, proceed as follows:

(a) No Answer (after four rings)

Where callbacks are necessary, they are to be attempted during a different time frame and/or on a subsequent day.

(b) Answering Machine/Voice Mail/Computer Tone

Connection with an answering machine, voice mail, or computer tone should be treated the same as a 'no answer' (see above).

(c) Busy Signal

A connection which produces a busy signal should be treated as a 'no' answer (see above).

(d) Scheduled Callback

A callback occurs when a prospective respondent is not available at the time of your call and/or another person suggests a likely time to reach the prospective respondent.

INTERVIEWER INSTRUCTIONS
SIGNATURE PAGE

Study #1333

Note: After reading and reviewing these instructions and procedures, please print your name and then sign this set of instructions and return it to your Supervisor.

_____
Name (Please Print)

_____
Signature

E-4

# EXHIBIT A
# APPENDIX F

APPENDIX F

SAMPLE DISPOSITION REPORT

|  | Number |
|---|---:|
| Total Attempted Contacts | 39,834 |

| | Number |
|---|---:|
| Attempts with no contact (no answer, answering machine, computer tone, telephone disconnected, telephone busy blocked call) | 28,883 |
| Attempts with contact | |
| - Business/government | 1,974 |
| - General/scheduled callback | 310 |
| - Refusal | 5,747 |
| - Language/hearing problem | 511 |
| - Refused age | 41 |
| - Q2.0 Does not access internet | 393 |
| - Q2.1 Does not have high speed connecton | 117 |
| - Q2.2 Would not visit type of site | 524 |
| - Respondent not available | 909 |
| Qualified Contacts | |
| - Qualified refusal | 25 |
| - Completed Interviews | 400 |
| Total Eligible | 425 |

Interview completion rate 400/425 = 94.12%

F-1