# EXHIBIT D

Dockets.Justia.com

PROFESSIONAL HISTORY

Dr. Gerald L. Ford
**Ford Bubala & Associates**
Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581
Facsimile (562) 592-3867

## EDUCATION

Doctor of Business Administration (D.B.A.)
University of Southern California, 1977

Master of Business Administration (M.B.A.)
University of Southern California, 1969

Bachelor of Arts (B.A.)
San Jose State University, 1967

## PROFESSIONAL AFFILIATIONS

American Academy of Advertising
American Marketing Association
American Association for Public Opinion Research
Council of American Survey Research Organizations
International Trademark Association

## PROFESSIONAL EXPERIENCE

Ford Bubala & Associates (Principal), 1975 – Present

Ford Bubala & Associates is a marketing and management consulting firm which
provides a variety of consulting services in the areas of marketing management,
marketing research, marketing planning, competitive evaluation, economic analysis,
and strategy development.

Ford Bubala & Associates has been retained to provide consulting assistance for a
diverse base of companies in consumer products, industrial products, and service
sectors of the economy.

## PRIOR EXPERIENCE

1970 – 1994

Emeritus faculty member, School of Business Administration, California State
University, Long Beach. Teaching responsibilities included both graduate and
undergraduate level courses. Courses taught covered a variety of subject areas,
including marketing (e.g., marketing, marketing management, advertising,
promotion, consumer behavior and marketing research) and management
(e.g., principles of management; business policy and strategy; business policies,
operations, and organizations; and integrated analysis).