**Assignee**

CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**

PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Assignor**

HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

Dockets.Justia.com

**Correspondent:**

MORGAN LEWIS & BOCKIUS LLP

SCOTT H. JAFFEE

101 PARK AVENUE

NEW YORK, NY 10178

**Assignee**

JP MORGAN CHASE BANK

NEW YORK CORPORATION

GARRETT VERDONE

1166 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK

**Assignor**

CLASSIC MEDIA INC.

DELAWARE CORPORATION

**Signed:** AUG 26, 2002

**Assignor**

HARVEY ENTERTAINMENT, INC.

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPA INDUSTRIES CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

GOLD KEY HOME VIDEO, INC.

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

HARVEY ASSETS COMPANY LLC

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPA PRODUCTIONS OF AMERICA

CORPORATION

**Signed:** AUG 23, 2002

**Assignor**

UPARIO MUSIC CORPORATION

**Signed:** AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**

SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**

CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT
THE BRIEF FROM ASSIGNMENT TO
COLLATERAL ASSIGNMENT,
PREVIOULSY RECORDED ON REEL
002017 FRAME 0595, ASSIGNOR
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
HSBC BANK USA
NEW YORK AS COLLATERAL
AGENT
140 BROADWAY
12TH FLOOR, CORPORATE TRUST
SERVICES
NEW YORK, NEW YORK,
10005-1180

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 25, 2000

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

**Assignee**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**

GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN, 53404

**Assignor**

WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
**Signed:** MAY 08, 1996

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139
**Correspondent:**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

**Assignee**

WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN, 53404

**Assignor**

MATTEL INC.
DELAWARE CORPORATION
5150 ROSECRANS AVE.
HAWTHORNE, CALIFORNIA
**Acknowledge:** OCT 04, 1983

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029

**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC, INC. (CHANGED TO)
**Signed:** NOV 19, 1979

**Assignor**

WPC PUBLISHING, INC. (CHANGED TO)

**Brief:** CERTIFICATE BY THE SECRETARY OF STATE OF DELAWARE SHOWING CHANGES OF NAME ON APRIL 9, 1979 AND JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Filing Correspondent:**

1220 MOUND AVENUE
RACINE, WI 53404

LITTLE LULU

## LITTLE LULU

**Status:**     EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** SEP 04, 1995

**Goods/Services:**
**International Class 28:** STUFFED DOLLS
**First Used:** 1948  (US.CL. 22)
**In Commerce:** 1948

**Last Reported Owner:**
MATTEL, INC.
DELAWARE  CORPORATION

**We Have Located Other Marks With This Owner**
LITTLE LULU                          USPTO           Page 319

**Chronology:**
**Filed:** MAY 10, 1973        **Serial Number:** 72-457,186
**Published For Opposition:** SEP 03, 1974
**Registered:** NOV 26, 1974     **Registration Number:** 999,203
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.

**Ownership Details:**
**Registrant:**
WESTERN PUBLISHING COMPANY, INC.
WISCONSIN  CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

| **Assignee** | **Assignor** |
|---|---|
| WESTERN PUBLISHING COMPANY, INC. | MATTEL INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1220 MOUND AVE. | 5150 ROSECRANS AVE. |
| RACINE, WISCONSIN, 53404 | HAWTHORNE, CALIFORNIA |
| | **Acknowledge:** OCT 04, 1983 |

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029

**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC, INC. (CHANGED TO)
**Signed:** NOV 19, 1979

**Assignor**

WPC PUBLISHING, INC. (CHANGED TO)

**Brief:** CERTIFICATE BY THE SECRETARY OF STATE OF DELAWARE SHOWING CHANGES OF NAME ON APRIL 9, 1979 AND JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Other U.S. Registrations:** 958,607; 959,441; 962,620

LITTLE LULU

## LITTLE LULU

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** APR 12, 1998

**Goods/Services:**

**International Class 28:** STUFFED AND NON-STUFFED DOLLS,
DOLL CLOTHING AND DOLL ACCESSORIES FOR USE THEREWITH;
SOFT-SCULPTURED DOLLS; PLUSH TOYS; HAND PUPPETS; TOY
FIGURES

**Last Reported Owner:**

GOLDEN BOOKS PUBLISHING COMPANY, INC.
DELAWARE  CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN  53404

**Chronology:**

**Filed:** MAY 12, 1994          **Serial Number:** 74-524,176
**Published For Opposition:** JAN 17, 1995
**Abandoned:** APR 12, 1998

**Ownership Details:**

**Applicant:**

WESTERN PUBLISHING COMPANY, INC.
DELAWARE  CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN  53404

| **Assignee** | **Assignor** |
|---|---|
| GOLDEN BOOKS PUBLISHING COMPANY, INC. | WESTERN PUBLISHING COMPANY, INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1220 MOUND AVENUE | **Signed:** MAY 08, 1996 |
| RACINE, WISCONSIN, 53404 | |

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139

**Correspondent:**

GOLDEN BOOKS PUBLISHING

COMPANY, INC.

MARY L. WINBURN

C/O DAWN M. YOUNG, LAW DEPT.

MAIL #30

1220 MOUND AVENUE

RACINE, WI 53404


**Other U.S. Registrations:** 958,607; 959,441; 962,620; 990,189; 0999203 AND

OTHERS

**Filing Correspondent:**

SUSAN D. WISHAW

WESTERN PUBLISHING COMPANY, INC.

1220 MOUND AVENUE

RACINE, WI 53404

LUCKY LULU

## LUCKY LULU

**Status:**    CANCELLED           **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** DEC 19, 1994

**Goods/Services:**

**International Class 28:** GOLF CLUB SPECIFICALLY A PUTTER WITH AN ORNAMENTAL DESIGN
**First Used:** JUL 13, 1987  (INTL. CL. 28)
**In Commerce:** JUL 16, 1987

**Last Reported Owner:**

LION TOOL AND DIE COMPANY
ILLINOIS  CORPORATION
P.O. BOX 66
ALGONQUIN, ILLINOIS  60102

**Chronology:**

**Filed:** JUL 20, 1987     **Serial Number:** 73-672,918
**Published For Opposition:** NOV 24, 1987
**Registered:** JUN 14, 1988    **Registration Number:** 1,492,370
**Cancelled:** JAN 31, 1995

**Ownership Details:**
**Registrant:**

LION TOOL AND DIE COMPANY
ILLINOIS  CORPORATION
P.O. BOX 66
ALGONQUIN, ILLINOIS  60102

**Filing Correspondent:**

MATHEW R. P. PERRONE, JR.
204 SOUTH MAIN STREET
ALGONQUIN, IL 60102

LULU GREEN

**LULU GREEN**

**Status:**       ABANDONED

              INTENT TO USE

              **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
              **USPTO Status Date:** MAY 22, 2004

**Goods/Services:**

              **International Class 30:** CANDY

**Last Reported Owner:**

              VIACOM INTERNATIONAL INC.
              DELAWARE  CORPORATION
              1515 BROADWAY
              NEW YORK, NEW YORK  10036

              **We Have Located Other Marks With This Owner**

              LULU GREEN              USPTO        Page 104

              LULU'S PEEPS            USPTO        Page 109

              LULU GREEN              USPTO        Page 129

              LULU'S PEEPS            USPTO        Page 237

              LULU GREEN              USPTO        Page 239

              LULU'S PEEPS            USPTO        Page 241

              LULU GREEN              USPTO        Page 243

              LULU GREEN              USPTO        Page 261

              LULU'S PEEPS            USPTO        Page 263

              LULU GREEN              USPTO        Page 293

              LULU GREEN              USPTO        Page 295

              LULU GREEN              USPTO        Page 301

              LULU'S PEEPS            USPTO        Page 304

              LULU'S PEEPS            USPTO        Page 388

**Chronology:**

              **Filed:** DEC 27, 2000          **Serial Number:** 78-040,771
              **Published For Opposition:** FEB 26, 2002
              **Abandoned:** MAY 22, 2004

**Ownership Details:**

**Applicant:**

              VIACOM INTERNATIONAL INC.
              DELAWARE  CORPORATION

1515 BROADWAY

NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE NAME ″LULU GREEN″ DOES NOT IDENTIFY A LIVING

INDIVIDUAL.

**Filing Correspondent:**

SELENE H. COSTELLO

MTV NETWORKS

VIACOM INTERNATIONAL INC

1515 BROADWAY FL 34

NEW YORK NY 10036-8901

LULU TAPANINI

**LULU TAPANINI**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAY 13, 2003

**Goods/Services:**

**International Class 30:** SALAD DRESSINGS, SAUCES

**Last Reported Owner:**

DLN FOOD SERVICE, INC.
NEW JERSEY  CORPORATION
50 GLENWILD ROAD
MADISON, NEW JERSEY  07940

**Chronology:**

**Filed:** NOV 23, 2001        **Serial Number:** 76-340,917
**Published For Opposition:** AUG 20, 2002
**Abandoned:** MAY 13, 2003

**Ownership Details:**
**Applicant:**

DLN FOOD SERVICE, INC.
NEW JERSEY  CORPORATION
50 GLENWILD ROAD
MADISON, NEW JERSEY  07940

**Portrait Permission:**

THE NAME "LULU TAPANINI" DOES NOT IDENTIFY A LIVING
INDIVIDUAL.

**Filing Correspondent:**

DLN FOOD SERVICE, INC.
50 GLENWILD ROAD
MADISON, NJ 07940

## BUBL-LULU

**BUBL-LULU**

**Status:**    CANCELLED        **Cancellation Section:** 8

AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** DEC 15, 2000

**Goods/Services:**

**International Class 30:** BUBBLE GUM

**First Used:** MAR 07, 1978 (INTL. CL. 30)

**In Commerce:** MAR 16, 1978

**Last Reported Owner:**

LEAF, INC.

DELAWARE CORPORATION

2345 WAUKEGAN ROAD

BANNOCKBURN, ILLINOIS 60015

**We Have Located Other Marks With This Owner**

PAL BUBL-LULU        USPTO        Page 383

**Chronology:**

**Filed:** APR 06, 1978    **Serial Number:** 73-165,176

**Published For Opposition:** JUN 26, 1979

**Registered:** SEP 18, 1979    **Registration Number:** 1,125,221

**Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK. MAY 15, 1985

**Cancelled:** JAN 23, 2001

**Ownership Details:**
**Registrant:**

LEAF CONFECTIONERY, INC.

DELAWARE CORPORATION

1155 N. CICERO AVE.

CHICAGO, ILLINOIS 60651

| **Assignee** | **Assignor** |
|---|---|
| WARNER-LAMBERT COMPANY | LEAF, INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 201 TABOR ROAD | 2345 WAUKEGAN ROAD |
| MORRIS PLAINS, NEW JERSEY | BANNOCKBURN, ILLINOIS |
| | **Acknowledge:** AUG 21, 1987 |

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** AUG 31, 1987
**Reel/Frame:** 0573/0841
**Correspondent:**
WARNER-LAMBERT COMPANY
201 TABOR ROAD
MORRIS PLAINS, NJ 07950

**Assignee**                        **Assignor**

LEAF, INC.                          LEAF CONFECTIONERY, INC.
DELAWARE CORPORATION                DELAWARE CORPORATION
2345 WAUKEGAN ROAD                  1135 N. CICERO AVE.
BANNOCKBURN, ILLINOIS, 60015        CHICAGO, ILLINOIS
                                    **Signed:** JAN 09, 1985

**Brief:** ASSIGNS NUNC PRO TUNC,
THE ENTIRE INTEREST AND THE
GOOD WILL
**Recorded:** JAN 22, 1985
**Reel/Frame:** 0488/0649
**Correspondent:**
ALTER AND WEISS, LTD.
208 SOUTH LA SALLE ST.
CHICAGO, IL 60604-1080

**Other U.S. Registrations:** 1,078,023; 1,079,985; 1,081,257; 1,093,913
**Filing Correspondent:**
        ALTER AND WEISS, LTD.
        208 S LASALLE STREET,
        CHICAGO, IL 60604



**LIL' LULU**

**Status:**          EXPIRED

                     **USPTO Status:** EXPIRED
                     **USPTO Status Date:** APR 23, 2005

**Goods/Services:**
                     **International Class 30:**
                     **(U.S. CL. 46)** CORN MEAL MIX
                     **First Used:** AUG 28, 1953  (US.CL. 46)
                     **In Commerce:** AUG 28, 1953

**Last Reported Owner:**
                     MORRISON MILLING CO., THE
                     TEXAS  CORPORATION
                     P.O. BOX 719
                     DENTON, TEXAS  76202

**Chronology:**
                     **Filed:** OCT 05, 1953          **Serial Number:** 71-654,225
                     **Published For Opposition:** APR 27, 1954
                     **Registered:** JUL 20, 1954     **Registration Number:** 592,815
                     **Renewed:** JUL 20, 1994

**Ownership Details:**
**Registrant:**
                     MORRISON MILLING CO., THE
                     TEXAS  CORPORATION
                     P.O. BOX 719
                     DENTON, TEXAS  76202

**Filing Correspondent:**
                     ROBERT G. MCMORROW
                     SUGHRUE, MION, ZINN, MACPEAK & SEAS
                     2100 PENNSYLVANIA AVENUE, N.W.
                     WASHINGTON, DC 20037



## LULU'S MARKET & DELICATESSEN

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND

**USPTO Status Date:** JUN 24, 1998

**Goods/Services:**

**International Class 42:** DELI FOODS, NAMELY, SANDWICHES, MUFFINS, PASTRIES, SOUPS AS WELL AS BEERS, WINES AND COFFEES

**Last Reported Owner:**

RON CHRISTIAN HARDMAN

2905 GRIFFITH ST.

CHARLOTTE, NORTH CAROLINA  28203

**Chronology:**

**Filed:** FEB 10, 1997    **Serial Number:** 75-238,885

**Abandoned:** JUN 24, 1998

**Ownership Details:**

**Applicant:**

RON CHRISTIAN HARDMAN

2905 GRIFFITH ST.

CHARLOTTE, NORTH CAROLINA  28203

**Filing Correspondent:**

RON CHRISTIAN HARDMAN

2905 GRIFFITH ST

CHARLOTTE NC 28203



### LULU WEDDINGS

**Status:**     ABANDONED

USPTO Status: ABANDONED-EXPRESS
USPTO Status Date: MAY 10, 2006

**Goods/Services:**
International Class 35:  PROMOTING THE GOODS AND SERVICES OF OTHERS BY PROVIDING A WEB SITE AT WHICH USERS CAN LINK TO WEDDING PLANNING RESOURCES
First Used: JAN 01, 2005  (INTL. CL. 35)
In Commerce: JAN 01, 2005

**Last Reported Owner:**
LULU WEDDINGS
Composed Of: BLAIR DELAUBENFELS/USA
WASHINGTON  SOLE PROPRIETORSHIP
11815 8TH AVE. NW
SEATTLE, WASHINGTON  98177

**Chronology:**
Filed: OCT 28, 2005          Serial Number: 78-742,943
Abandoned: MAY 09, 2006

**Ownership Details:**
**Applicant:**
LULU WEDDINGS
Composed Of: BLAIR DELAUBENFELS/USA
WASHINGTON  SOLE PROPRIETORSHIP
11815 8TH AVE. NW
SEATTLE, WASHINGTON  98177

**Filing Correspondent:**
POSITIVE LIGHT PHOTOGRAPHY
11815 8TH AVE NW
SEATTLE, WA 98177-4535

Lulu-Baby.com

### LULU-BABY.COM

**Status:**        ABANDONED

   **USPTO Status:** ABANDONED-FAILURE TO RESPOND
   **USPTO Status Date:** AUG 08, 2005

**Goods/Services:**
   **International Class 35:** COMPUTERIZED ON-LINE RETAIL STORE
   SERVICES IN THE FIELD OF BABY PRODUCTS AND TOYS
   **First Used:** FEB 19, 2003  (INTL. CL. 35)
   **In Commerce:** MAR 01, 2004

**Last Reported Owner:**
   BARBARA DE OLIVEIRA
   US  INDIVIDUAL
   111 LOGANBERRY STREET 1028
   LAKE JACKSON, TEXAS  77566

**Chronology:**
   **Filed:** MAY 24, 2004        **Serial Number:** 78-423,876
   **Abandoned:** JUL 06, 2005

**Ownership Details:**
**Applicant:**
   BARBARA DE OLIVEIRA
   US  INDIVIDUAL
   111 LOGANBERRY STREET 1028
   LAKE JACKSON, TEXAS  77566

**Filing Correspondent:**
   BARBARA DE OLIVEIRA
   111 LOGANBERRY STREET 1028
   LAKE JACKSON TX 77566

PLANET LULU

**PLANET LULU**

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** AUG 09, 2002

**Goods/Services:**

**International Class 35:** HIGH FASHION CLOTHING WHOLESALE/
RETAIL STORE

**Last Reported Owner:**

SOLTES, NOAH
UNITED STATES  INDIVIDUAL
15478 HUSTON STREET
SHERMAN OAKS, CALIFORNIA  91403

**Chronology:**

**Filed:** SEP 02, 2001     **Serial Number:** 78-082,299

**Abandoned:** APR 25, 2002

**Ownership Details:**

**Applicant:**

SOLTES, NOAH
UNITED STATES  INDIVIDUAL
15478 HUSTON STREET
SHERMAN OAKS, CALIFORNIA  91403

**Filing Correspondent:**

NOAH SOLTES
15478 HUSTON ST
SHERMAN OAKS CA 91403-1041

LULU DELIVERS

## LULU DELIVERS

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 01, 2005

**Goods/Services:**

**International Class 39:** PERSONALIZED GROCERY DELIVERY
SERVICES

**Disclaimers:**

″DELIVERS″

**Last Reported Owner:**

CAMPBELL, LAUREEN M
UNITED STATES  INDIVIDUAL
1313 WASHINGTON STREET SUITE 413
BOSTON, MASSACHUSETTS  02118

**Chronology:**

**Filed:** JUL 29, 2003      **Serial Number:** 78-280,406
**Published For Opposition:** JUN 08, 2004
**Abandoned:** MAR 01, 2005

**Ownership Details:**
**Applicant:**

CAMPBELL, LAUREEN M
UNITED STATES  INDIVIDUAL
1313 WASHINGTON STREET SUITE 413
BOSTON, MASSACHUSETTS  02118

**Filing Correspondent:**

CAMPBELL, LAUREEN, M
1313 WASHINGTON ST APT 413
BOSTON MA 02118-2169

LULU EXPRESS

## LULU EXPRESS

**Status:**      ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 18, 2006

**Goods/Services:**
**International Class 35:**  RETAIL STORE SERVICES FEATURING
WOMEN'S AND JUNIOR'S FASHION APPAREL AND ACCESSORIES
**First Used:** DEC 2000  (INTL. CL. 35)
**In Commerce:** MAR 2001

**Disclaimers:**
″EXPRESS″

**Last Reported Owner:**
HARKHAM, DAVID
UNITED STATES  INDIVIDUAL
900 WILSHIRE BLVD., SUITE 720
LOS ANGELES, CALIFORNIA  90017

**Chronology:**
**Filed:** JUN 08, 2001          **Serial Number:** 76-269,239
**Abandoned:** AUG 10, 2006

**Ownership Details:**
**Applicant:**
HARKHAM, DAVID
UNITED STATES  INDIVIDUAL
900 WILSHIRE BLVD., SUITE 720
LOS ANGELES, CALIFORNIA  90017

**Filing Correspondent:**
CHRISTIE GAUMER
LAW OFFICES OF CHRISTIE GAUMER
900 WILSHIRE BLVD STE 1512
LOS ANGELES CA 90017-4711

ASK LULU

**ASK LULU**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** OCT 02, 2000

**Goods/Services:**

**International Class 42:** ONLINE STYLE EXPERT AND PERSONAL
SHOPPING SERVICE

**Last Reported Owner:**

LULUSHOP, INC.
DELAWARE  CORPORATION
2677 LARKIN STREET
SUITE 701
SAN FRANCISCO, CALIFORNIA  94109

**We Have Located Other Marks With This Owner**

LULUSHOP                    USPTO              Page 356

**Chronology:**

**Filed:** APR 21, 2000          **Serial Number:** 78-005,151
**Abandoned:** OCT 02, 2000

**Ownership Details:**
**Applicant:**

LULUSHOP, INC.
DELAWARE  CORPORATION
2677 LARKIN STREET
SUITE 701
SAN FRANCISCO, CALIFORNIA  94109

**Filing Correspondent:**

LULUSHOP, INC.
2677 LARKIN STREET
SUITE 701
SAN FRANCISCO CA 94109

LULU THE CLOWN

**LULU THE CLOWN**

**Status:**        ABANDONED

            INTENT TO USE

            **USPTO Status:** ABANDONED-FAILURE TO RESPOND
            **USPTO Status Date:** JAN 10, 1998

**Goods/Services:**

            **International Class 41:** ENTERTAINMENT SERVICES IN THE
            NATURE OF COMEDY ROUTINES, WITH RELATED GREETING
            CARDS AND STATIONERY ITEMS, NAMELY, NOTEPADS, BOOK-CO
            VERS, DIARIES, PERSONAL LETTERHEAD

**Last Reported Owner:**

            HARMON, FRANCES
            UNITED STATES  INDIVIDUAL
            2001 ALLENWOOD RD.
            WALL, NEW JERSEY  07719

**Chronology:**

            **Filed:** OCT 15, 1996        **Serial Number:** 75-185,181
            **Abandoned:** JAN 10, 1998

**Ownership Details:**

**Applicant:**

            HARMON, FRANCES
            UNITED STATES  INDIVIDUAL
            2001 ALLENWOOD RD.
            WALL, NEW JERSEY  07719

**Filing Correspondent:**

            FRANCES HARMON
            2001 ALLENWOOD RD
            WALL NJ 07719

LULUSHOP

**LULUSHOP**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAR 06, 2001

**Goods/Services:**
**International Class 42:** ONLINE STYLE EXPERT AND REFERRAL
SERVICE

**Last Reported Owner:**
LULUSHOP, INC.
CALIFORNIA  CORPORATION
2677 LARKIN STREET #701
SAN FRANCISCO, CALIFORNIA  94109

**We Have Located Other Marks With This Owner**

ASK LULU                              USPTO            Page 354

**Chronology:**
**Filed:** JAN 04, 2000          **Serial Number:** 75-880,112
**Abandoned:** MAR 06, 2001

**Ownership Details:**
**Applicant:**
LULUSHOP, INC.
CALIFORNIA  CORPORATION
2677 LARKIN STREET #701
SAN FRANCISCO, CALIFORNIA  94109
**Filing Correspondent:**
LULUSHOP, INC.
2677 LARKIN STREET #701
SAN FRANCISCO CA 94109



## LULU BOUTIQUE

**Status:**    CANCELLED          **Cancellation Section:** 8
AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** JUL 13, 2002

**Goods/Services:**

**International Class 42:** RETAIL STORE SERVICES FEATURING
CLOTHING
**First Used:** FEB 01, 1993  (INTL. CL. 42)
**In Commerce:** FEB 01, 1993

**Disclaimers:**

″BOUTIQUE″

**Last Reported Owner:**

LULU BOUTIQUE
**Composed Of:** BERNARD RUDD SCHOEFFEL, ELIZABETH M.
SCHOEFFEL, SARAH R. SCHOEFFEL, ALL U.S. CITIZENS AND
ELIZABETH A.B. SCHOEFFEL, A CITIZEN OF UNITED KINGDOM
CALIFORNIA  PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA  92101

**Chronology:**

**Filed:** JAN 24, 1994       **Serial Number:** 74-481,693
**Published For Opposition:** APR 11, 1995
**Registered:** JUL 04, 1995    **Registration Number:** 1,903,171
**Cancelled:** AUG 27, 2002

**Ownership Details:**

**Registrant:**

LULU BOUTIQUE
**Composed Of:** BERNARD RUDD SCHOEFFEL, ELIZABETH M.
SCHOEFFEL, SARAH R. SCHOEFFEL, ALL U.S. CITIZENS AND
ELIZABETH A.B. SCHOEFFEL, A CITIZEN OF UNITED KINGDOM
CALIFORNIA  PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA  92101

**Lining Stippling:**

THE LINING AND STIPPLING ARE A FEATURE OF THE MARK AND
DO NOT INDICATE COLOR.

**Filing Correspondent:**

LULU BOUTIQUE
762 FIFTH AVENUE

SAN DIEGO, CA 92101

## LULU B'S

### LULU B'S

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 02, 1999

**Goods/Services:**

**International Class 42:** RESTAURANT SERVICES

**Last Reported Owner:**

LULU B'S RESTAURANT GROUP, INC.

FLORIDA  CORPORATION

13101 BALD CYPRESS LANE

NAPLES, FLORIDA  34119

**Chronology:**

**Filed:** APR 28, 1997        **Serial Number:** 75-282,399

**Published For Opposition:** JUN 09, 1998

**Abandoned:** MAR 02, 1999

**Ownership Details:**

**Applicant:**

LULU B'S RESTAURANT GROUP, INC.

FLORIDA  CORPORATION

13101 BALD CYPRESS LANE

NAPLES, FLORIDA  34119

**Portrait Permission:**

"LULU B" DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

CLAUDIUS H PRITCHARD V

ANNIS MITCHELL COCKEY EDWARDS & ROEHN PA

PO BOX 3433

TAMPA FL 33601

## LULU'S BACKYARD

**LULU'S BACKYARD**

**Status:**   CANCELLED                    **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** JUN 08, 1999

**Goods/Services:**
**International Class 42:** RESTAURANT AND BAR SERVICES
**First Used:** OCT 01, 1991  (INTL. CL. 42)
**In Commerce:** OCT 01, 1991

**Last Reported Owner:**
LATESSA CORPORATION, THE
MASSACHUSETTS  CORPORATION
1 LANSDOWNE STREET
BOSTON, MASSACHUSETTS  02213

**Chronology:**
**Filed:** SEP 13, 1991       **Serial Number:** 74-203,460
**Published For Opposition:** SEP 08, 1992
**Registered:** DEC 01, 1992     **Registration Number:** 1,737,303
**Cancelled:** JUL 20, 1999

**Ownership Details:**
**Registrant:**
LATESSA CORPORATION, THE
MASSACHUSETTS  CORPORATION
1 LANSDOWNE STREET
BOSTON, MASSACHUSETTS  02213

**Filing Correspondent:**
JOHN L. WELCH
WOLF, GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210-2211

LULU'S ROADHOUSE

**LULU'S ROADHOUSE**

**Status:**    ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** AUG 31, 1987
**Goods/Services:**
**International Class 42:** RESTAURANT/BAR/NIGHTCLUB SERVICES
**Last Reported Owner:**
LULU'S DINE & DANCE RESTAURANTS INC.
CANADA CORPORATION
32 DUKE STREET EAST
KITCHENER, ONTARIO, CANADA N2H 2L7

**Chronology:**
**Filed:** OCT 24, 1986          **Serial Number:** 73-626,753
**Abandoned:** AUG 31, 1987

**Ownership Details:**
**Applicant:**
LULU'S DINE & DANCE RESTAURANTS INC.
CANADA CORPORATION
32 DUKE STREET EAST
KITCHENER, ONTARIO, CANADA N2H 2L7
**Non-U.S. Application Date:** AUG 21, 1986
**Filing Correspondent:**
RICHARD A. FLYNT
ROYLANCE, ABRAMS, BERDO & GOODMAN
1225 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036-2680

LULU'S POP'N FRIES

**LULU'S POP'N FRIES**

**Status:**    ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** AUG 31, 1987

**Goods/Services:**

**International Class 42:** SNACK BAR SERVICES FEATURING THE
SALE OF SOFT DRINKS AND FRENCH FRIED POTATOES

**Last Reported Owner:**

LULU'S POP'N FRIES INC.
CANADA CORPORATION
32 DUKE STREET EAST
KITCHENER, ONTARIO, CANADA  N2H 2L7

**Chronology:**

**Filed:** OCT 24, 1986        **Serial Number:** 73-626,625
**Abandoned:** AUG 31, 1987

**Ownership Details:**
**Applicant:**

LULU'S POP'N FRIES INC.
CANADA CORPORATION
32 DUKE STREET EAST
KITCHENER, ONTARIO, CANADA  N2H 2L7

**Non-U.S. Application Date:** AUG 21, 1986
**Filing Correspondent:**

RICHARD A. FLYNT
ROYLANCE, ABRAMS, BERDO & GOODMAN
1225 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

LULU'S TIN STAR
SALOON

## LULU'S TIN STAR SALOON

**Status:**     CANCELLED                    **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** JAN 29, 2005

**Goods/Services:**

**International Class 42:** RESTAURANT AND BAR SERVICES

**First Used:** MAR 31, 1996  (INTL. CL. 42)

**In Commerce:** MAR 31, 1996

**Disclaimers:**

"SALOON"

**Last Reported Owner:**

LULU'S TIN STAR SALOON, INC.

TEXAS  CORPORATION

1323 W. MARTIN

SAN ANTONIO, TEXAS  78207

**Chronology:**

**Filed:** MAR 31, 1997          **Serial Number:** 75-266,591

**Published For Opposition:** FEB 03, 1998

**Registered:** APR 28, 1998      **Registration Number:** 2,153,653

**Cancelled:** MAR 15, 2005

**Ownership Details:**

**Registrant:**

LULU'S TIN STAR SALOON, INC.

TEXAS  CORPORATION

1323 W. MARTIN

SAN ANTONIO, TEXAS  78207

**Filing Correspondent:**

RICHARD J SMITH

AKIN GUMP STRAUSS HAUER & FELD LLP

816 CONGRESS AVE STE 1900

AUSTIN TX 78701

CAFE LULU

**CAFE LULU**

**Status:**    ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** OCT 19, 1993

**Goods/Services:**

**International Class 42:** RESTAURANT SERVICES
**First Used:** MAY 01, 1991  (INTL. CL. 42)
**In Commerce:** MAY 01, 1991

**Disclaimers:**

"CAFE"

**Last Reported Owner:**

CAFE LULU
**Composed Of:** Elizabeth Morris Schoeffel, Sarah Rudd Schoeffel, Bernard Rudd Schoeffel, all U.S. citizens, and Elizabeth Ann Bond Schoeffel, a citizen of the United Kingdom
CALIFORNIA  PARTNERSHIP
419 F ST.
SAN DIEGO, CALIFORNIA  92101

**Chronology:**

**Filed:** FEB 25, 1992        **Serial Number:** 74-249,475
**Date Suspended:** JUN 30, 1992
**Abandoned:** OCT 19, 1993

**Ownership Details:**

**Applicant:**

CAFE LULU
**Composed Of:** Elizabeth Morris Schoeffel, Sarah Rudd Schoeffel, Bernard Rudd Schoeffel, all U.S. citizens, and Elizabeth Ann Bond Schoeffel, a citizen of the United Kingdom
CALIFORNIA  PARTNERSHIP
419 F ST.
SAN DIEGO, CALIFORNIA  92101

**Filing Correspondent:**

TAD SETH PARZEN
HILLYER & IRWIN
550 WEST C STREET, 16TH FLOOR
SAN DIEGO, CA 92101-3540

LULU'S CADILLAC
CAFE FINE TEX-MEX

## LULU'S CADILLAC CAFE FINE TEX-MEX

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND

**USPTO Status Date:** SEP 14, 2005

**Goods/Services:**

**International Class 43:** RESTAURANT AND BAR SERVICES

**Last Reported Owner:**

MONTGOMERY B. SMITH

UNITED STATES  INDIVIDUAL

3212 SUNNYBROOK DRIVE

CHARLOTTE, NORTH CAROLINA  28210

**Chronology:**

**Filed:** JUN 24, 2004        **Serial Number:** 78-440,682

**Abandoned:** AUG 07, 2005

**Ownership Details:**

**Applicant:**

MONTGOMERY B. SMITH

UNITED STATES  INDIVIDUAL

3212 SUNNYBROOK DRIVE

CHARLOTTE, NORTH CAROLINA  28210

**Filing Correspondent:**

RALPH H. DOUGHERTY

DOUGHERTY, CLEMENTS, HOFER & BERNARD

SUITE 300

1901 ROXBOROUGH ROAD

CHARLOTTE, NC 28211

LULU 'N' LOU

## LULU 'N' LOU

 **Worldwide Filings = 2**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAR 04, 2003

**Goods/Services:**

**International Class 14:** ARTICLES MADE OF PRECIOUS METAL OR COATED THEREWITH; CLOCKS; WATCHES; CLOCK CASES; JEWELRY; TRINKETS; KEY FOBS

**International Class 16:** PRINTED MATTER; PHOTOGRAPHS; STATIONERY; OFFICE REQUISITIES; ALBUMS, ANNOUNCEMENT CARDS, BAGS OF PAPER OR PLASTICS FOR PACKAGING, BINDERS, BINDING STRIPS, BOOKLETS, BOOKMARKERS, BOOKS, BOTTLE CALENDARS, BOXES FOR PENS, BOXES OF CARDBOARD OR PAPER, CARDS, PLAYING CARDS, CATALOGUES, COASTERS OF PAPER, COVERS, ENVELOPES, ERASING PRODUCTS, FOLDERS, FOLDERS FOR PAPERS, GRAPHIC REPRODUCTIONS, GREETING CARDS, GUMMED CLOTH FOR STATIONERY PURPOSES, NOTE BOOKS, PADS, WRITING PADS, PAMPHLETS, PAPER SHEETS, PENCIL HOLDERS, PENCIL SHARPENERS, PENCILS, PENS, PLACARDS OF PAPER OR CARDBOARD, PLACE MATS OF PAPER, POSTCARDS, POSTERS, PRINTED PUBLICATIONS, DRAWING RULERS, SCRAPBOOKS, SELF-ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES, SIGNBOARDS OF PAPER OR CARDBOARD, STICKERS, DECALCOMANIAS; TABLE LINEN OF PAPER, TABLE MATS OF PAPER, TABLE NAPKINGS OF PAPER, TOILET PAPER, TOWELS OF PAPER; WRAPPING PAPER, WRITING PAPER.

**International Class 20:** MIRRORS; PICTURE FRAMES; ORNAMENTS; NAMEPLATES; JEWELRY CASES; TRINKET BOXES.

**International Class 21:** HOUSEHOLD UTENSILS AND CONTAINERS; KITCHEN UTENSILS AND CONTAINERS; COMBS; CROCKERY; MUGS.

**International Class 25:** ARTICLES OF CLOTHING

**International Class 28:** GAMES, TOYS, PUZZLES, AND PLAYTHINGS

**Last Reported Owner:**

KINGSLEY CARDS LIMITED

UNITED KINGDOM  CORPORATION

BELLE VUE MILLS, BROUGHTON ROAD, SKIPTON,

NORTH YORKSHIRE, UNITED KINGDOM  BD23 1UT

**Chronology:**

    **Filed:** MAR 12, 2002      **Serial Number:** 78-114,333

    **Abandoned:** MAR 04, 2003

**Ownership Details:**

**Applicant:**

    KINGSLEY CARDS LIMITED

    UNITED KINGDOM  CORPORATION

    BELLE VUE MILLS, BROUGHTON ROAD, SKIPTON,

    NORTH YORKSHIRE, UNITED KINGDOM  BD23 1UT

**Filing Correspondent:**

    EVAN R. WITT

    MADSON & METCALF

    15 WEST SOUTH TEMPLE, SUITE 900

    SALT LAKE CITY UT 84101



## ROROTON LU LU TONG

**Status:**         REGISTERED

                   **USPTO Status:** REGISTERED
                   **USPTO Status Date:** JUL 12, 2005

**Goods/Services:**

   **International Class 9:** DIGITAL VIDEO DISC PLAYERS; VIDEO
   COMPACT DISC PLAYERS; COMPACT DISC PLAYERS;
   COMPUTERS; DISK DRIVES FOR COMPUTERS; TELEPHONES;
   NAVIGATION APPARATUS FOR VEHICLES, NAMELY, NAVIGATION
   APPARATUS FOR VEHICLES IN THE NATURE OF ONBOARD
   COMPUTERS; APPARATUS FOR AMUSEMENT GAME USE WITH
   TELEVISION RECEIVERS ONLY; PRERECORDED COMPACT DISCS
   FEATURING MUSIC; AND CAMCORDERS

   **First Used:** JAN 2003  (INTL. CL. 9)

   **In Commerce:** FEB 2003

**Last Reported Owner:**

   SHINCO ELECTRONICS GROUP CO., LTD.

   CHINA  CORPORATION

   JIANGSU PROVINCE

   NO. 5, WAI YI HUAN ROAD, WEST

   CHANGZHOU, CHINA

**Chronology:**

   **Filed:** APR 18, 2003          **Serial Number:** 78-239,586

   **Published For Opposition:** JUN 29, 2004

   **Registered:** JUL 12, 2005      **Registration Number:** 2,968,357

**Ownership Details:**

**Registrant:**

   JIANGSU SHINCO ELECTRONICS GROUP CO., LTD.

   CHINA  CORPORATION

   LUOYANG TOWN, WUJIN

   NO. 100 LUOYANG AVENUE

   JIANGSU, CHINA

**Assignee**

SHINCO ELECTRONICS GROUP
CO., LTD.
CHINA CORPORATION
JIANGSU PROVINCE
NO. 5, WAI YI HUAN ROAD, WEST
CHANGZHOU, CHINA

**Assignor**

JIANGSU SHINCO ELECTRONICS
GROUP CO., LTD.
CHINA CORPORATION
**Signed:** JUN 01, 2005

**Brief:** CHANGE OF NAME
**Recorded:** JAN 12, 2007
**Reel/Frame:** 3460/0746
**Correspondent:**
DR. MATTHIAS SCHOLL, ESQ.
14781 MEMORIAL DRIVE
SUITE 1319
HOUSTON, TX 77079

**Filing Correspondent:**

DR. MATTHIAS SCHOLL, ESQ.
MAILING ADDRESS
14781 MEMORIAL DRIVE #1319
HOUSTON TX 77079

**Domestic Representative:** DR. MATTHIAS SCHOLL, ESQ.



### ZULULU

**Status:**      ABANDONED
                INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** APR 27, 1999

**Goods/Services:**

**International Class 3:** SOAPS; PERFUMERY; ESSENTIAL OILS; COSMETICS

**International Class 16:** PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS; PRINTED MATTER; STATIONERY; INSTRUCTIONAL AND TEACHING MATERIAL; PLAYING CARDS

**International Class 18:** LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS AND NOT INCLUDED IN OTHER CLASSES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS AND PARASOLS

**Last Reported Owner:**

ZULULU LIMITED
NEW ZEALAND  CORPORATION
6TH FLOOR, 130 BROADWAY
NEWMARKET, AUCKLAND, NEW ZEALAND

**We Have Located Other Marks With This Owner**

ZULULU                          USPTO          Page 375

ZULULU                          USPTO          Page 462

**Chronology:**

**Filed:** FEB 12, 1998       **Serial Number:** 75-432,942
**Abandoned:** APR 27, 1999

**Ownership Details:**

**Applicant:**

ZULULU LIMITED
NEW ZEALAND  CORPORATION
6TH FLOOR, 130 BROADWAY
NEWMARKET, AUCKLAND, NEW ZEALAND

**Filing Correspondent:**

MARK I PEROFF
TRADEMARK & PATENT COUNSELORS OF AMERICA
915 BROADWAY
NEW YORK NY 10010

## HONOLULU LULU

### HONOLULU LULU

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED

**USPTO Status Date:** JAN 17, 2003

**Goods/Services:**

**International Class 9:** SUNGLASSES

**International Class 18:** BACKPACKS, BEACH BAGS, DUFFEL BAGS, GYM BAGS, OVERNIGHT BAGS, TRAVEL BAGS, PURSES, POCKETBOOKS, HANDBAGS, WALLETS, AND BILLFOLDS

**International Class 25:** CLOTHING NAMELY, CLOTHING BELTS, BRAS, CARDIGANS, CHEMISES, COATS, LEATHER COATS, COVERUPS, DRESSES, DUNGAREES, GLOVES, HATS, HOSIERY, JACKETS, JEANS, JUMPERS, MITTENS, CLOTHING MUFFLERS, NECKWEAR, PANTS, PULLOVERS, SCARVES, SHORTS, SKIRTS, SLACKS, SOCKS, BATHING SUITS, SWEAT PANTS, SWEAT SHIRTS, T-SHIRTS, TANK TOPS, HALTER TOPS, TUNICS, SWEATERS, TURTLENECKS, VESTS, BOOTS, ESPADRILLES, FOOTWEAR, JOGGING SUITS, LEGGINGS, ROMPERS, SANDALS, SWEAT SUITS, TRACKSUITS, WARM-UP SUITS, FOUL WEATHER GEAR, RAINWEAR, SWIM SUITS, TIGHTS AND VISORS

**Disclaimers:**

"HONOLULU"

**Last Reported Owner:**

SAKS & COMPANY

NEW YORK  CORPORATION

750 LAKESHORE PARKWAY

BIRMINGHAM, ALABAMA  35211

**Chronology:**

**Filed:** JUL 14, 2000          **Serial Number:** 76-089,341

**Published For Opposition:** APR 23, 2002

**Abandoned:** JAN 17, 2003

**Ownership Details:**

**Applicant:**

SAKS & COMPANY

NEW YORK  CORPORATION

750 LAKESHORE PARKWAY

BIRMINGHAM, ALABAMA  35211

**Filing Correspondent:**

GINABEIH B. HUTCHISON

ALSTON & BIRD
1201 W, PACHTREE STREET
ATLANTA GEORGIA 30309-3424

# COCOLULU

**COCOLULU**

 **Worldwide Filings = 2**

**Status:**    ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 12, 2006

**Goods/Services:**
**International Class 18:** HANDBAGS, LUGGAGE AND UMBRELLAS
**International Class 25:** MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SHORTS, SKIRTS, PANTS,
JACKETS, SWEAT PANTS, SWEATSHIRTS, SWIMWEAR,
FOOTWEAR, HATS, CAPS AND HEADWEAR
**First Used:** AUG 01, 2000  (INTL. CL. 18)
**In Commerce:** AUG 01, 2000
**First Used:** AUG 01, 2000  (INTL. CL. 25)
**In Commerce:** AUG 01, 2000

**Last Reported Owner:**
EXIV CO., LTD.
JAPAN  LIMITED PARTNERSHIP
1 SANBANCHO, CHIYODA-KU
1F KY SANBANCHO BUILDING
TOKYO, 102-0075, JAPAN

**We Have Located Other Marks With This Owner**

COCOLULU                    USPTO           Page 508

**Chronology:**
**Filed:** JUL 16, 2004        **Serial Number:** 76-602,524
**Abandoned:** AUG 06, 2006

**Ownership Details:**
**Applicant:**
EXIV CO., LTD.
JAPAN  LIMITED PARTNERSHIP
1 SANBANCHO, CHIYODA-KU
1F KY SANBANCHO BUILDING
TOKYO, 102-0075, JAPAN
**Filing Correspondent:**
BECKY A. WILLIAMS
TRADEMARK ADMINISTRATOR
KATTEN MUCHIN & ZAVIS
525 WEST MONROE STREET SUITE 1600

CHICAGO IL 60661-3693



**ZULULU**

 **Worldwide Filings = 3**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JAN 15, 1999

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, JACKETS,
SWEATSHIRTS, POLO SHIRTS, T-SHIRTS, CAPS, HATS, KNITTED
HATS, KNITTED BEANIES, KNITTED SCARVES, KNITTED MITTENS,
KNITTED GLOVES, KNITTED PULLOVERS, KNITTED JERSEYS,
KNITTED CARDIGANS, JERSEYS, SHORTS, RUNNERS, SOCKS,
TRACK SUITS, AND SWIMWEAR; FOOTWEAR AND HEAD WEAR

**Last Reported Owner:**

ZULULU LIMITED
NEW ZEALAND  CORPORATION
6TH FLOOR, 130 BROADWAY
NEWMARKET, AUCKLAND, NEW ZEALAND

**We Have Located Other Marks With This Owner**

| ZULULU | USPTO | Page 370 |
| ZULULU | USPTO | Page 462 |

**Chronology:**

**Filed:** JUN 04, 1997          **Serial Number:** 75-303,422
**Published For Opposition:** APR 21, 1998
**Abandoned:** JAN 15, 1999

**Ownership Details:**
**Applicant:**

ZULULU LIMITED
NEW ZEALAND  CORPORATION
6TH FLOOR, 130 BROADWAY
NEWMARKET, AUCKLAND, NEW ZEALAND

**Filing Correspondent:**

MARK I PEROFF
TRADEMARK & PATENT COUNSELORS OF AMERICA
915 BROADWAY
NEW YORK NY 10010

ZULU LULU

## ZULU LULU

**Status:**     CANCELLED                    **Cancellation Section:** 8

SUPPLEMENTAL REGISTER

AMENDED TO USE APPLICATION


**USPTO Status:** CANCELLED - SECTION 8

**USPTO Status Date:** AUG 18, 2001

**Goods/Services:**

**International Class 25:** CLOTHING; NAMELY, T-SHIRTS AND
SWEATSHIRTS

**First Used:** APR 1992  (INTL. CL. 25)

**In Commerce:** APR 1992

**Last Reported Owner:**

RARE CUT INC.

FLORIDA  CORPORATION

101 S. GULFSTREAM AVENUE, #10K

SARASOTA, FLORIDA  34236

**We Have Located Other Marks With This Owner**

ZULU LULU                              Common Law     Page 1056


**Chronology:**

**Filed:** SEP 01, 1992          **Serial Number:** 74-310,727

**Registered:** AUG 02, 1994     **Registration Number:** 1,848,406

**Cancelled:** OCT 02, 2001

**Date Revived/Reinstated:** APR 06, 1994


**Ownership Details:**

**Registrant:**

RARE CUT INC.

FLORIDA  CORPORATION

101 S. GULFSTREAM AVENUE, #10K

SARASOTA, FLORIDA  34236

**Filing Correspondent:**

MICHAEL D. FISHMAN

DYKEMA GOSSETT PLLC

1577 NORTH WOODWARD AVENUE

SUITE 300

BLOOMFIELD HILLS, MI 48304-2820

**US-189**
**Group:** Four



### WWW.LULURECORDS.COM

**Status:**    ABANDONED
AMENDED TO USE APPLICATION

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 04, 2001

**Goods/Services:**
**International Class 9:** MUSIC CD'S
**First Used:** APR 17, 1999  (INTL. CL. 9)
**In Commerce:** APR 17, 1999

**Last Reported Owner:**
LULU RECORDS
**Composed Of:** CHRIS STEWART, USA LORI WOLVERTON-USA
67 SOUTH 3RD ST. #4
BROOKLYN, NEW YORK  11211

**Chronology:**
**Filed:** JUL 19, 1999       **Serial Number:** 75-754,634
**Abandoned:** SEP 04, 2001

**Ownership Details:**
**Applicant:**
LULU RECORDS
**Composed Of:** CHRIS STEWART, USA LORI WOLVERTON-USA
67 SOUTH 3RD ST. #4
BROOKLYN, NEW YORK  11211

**Filing Correspondent:**
LULU RECORDS
67 SOUTH 3RD ST. #4
BROOKLYN, NY 11211



## LULU BY 9CO.

TTAB

**Status:**   ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** APR 07, 2005

**Goods/Services:**
**International Class 25:** FOOTWEAR; CLOTHING, NAMELY, SHIRTS, SHORTS, PANTS, SWEATERS, JACKETS, DRESSES, SWEATSHIRTS, SWEAT-PANTS, T-SHIRTS, SKIRTS, HOSIERY, SOCKS; AND BELTS

**Last Reported Owner:**
NINE WEST DEVELOPMENT CORPORATION
DELAWARE  CORPORATION
200 WEST 9TH STREET PLAZA
WILMINGTON, DELAWARE  19801

**Chronology:**
**Filed:** JUL 14, 1999       **Serial Number:** 75-749,959
**Published For Opposition:** SEP 24, 2002
**Abandoned:** APR 07, 2005

---

**Trademark Trials and Appeal Board (TTAB) Information:**   TTAB

**Extension of Time to Oppose Number:** 75749959
**Extension of Time to Oppose Filed:** JAN 22, 2003
**Outcome:** TERMINATED  JAN 22, 2003

| Potential Opposer: | Applicant: |
| --- | --- |
| LULU GUINNESS LIMITED | NINE WEST DEVELOPMENT CORPORATION |
| **Mark:** | **Mark:** LULU BY 9CO. |
| **Serial Number:** | **Serial Number:** 75-749,959 |
| **Correspondent:** | **Correspondent:** |
| IAN JAY KAUFMAN | BARBARA H. LOEWENTHAL |
| LADAS & PARRY | GOTTLIEB, RACKMAN & REISMAN, P.C. |
| 26 WEST 61ST STREET | 270 MADISON AVENUE |
| NEW YORK, NY 10023 | NEW YORK, NY 10016-0601 |

**TTAB Entry:** #3 TERMINATED, JAN 31, 2003
**TTAB Entry:** #2 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), JAN 22, 2003

**Ownership Details:**
**Applicant:**

        NINE WEST DEVELOPMENT CORPORATION

        DELAWARE  CORPORATION

        200 WEST 9TH STREET PLAZA

        WILMINGTON, DELAWARE  19801

**Filing Correspondent:**

        BARBARA H. LOEWENTHAL

        GOTTLIEB, RACKMAN & REISMAN, P.C.

        270 MADISON AVENUE

        NEW YORK, NEW YORK 10016-0601

CLUB LULU

## CLUB LULU

**Status:**    MISASSIGNED

PENDING DRAWING PAGE DATA

**USPTO Status:** MISASSIGNED SERIAL NUMBER

**Goods/Services:**

**International Class 30:**  SANDWICHES

**Last Reported Owner:**

JIMMY JOHN'S ENTERPRISES, INC.
ELGIN, ILLINOIS  60123

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| CLUB LULU | USPTO | Page 171 |
| CLUB LULU | Common Law | Page 1057 |
| CLUB LULU | Common Law | Page 1058 |

**Chronology:**

**Filed:** JAN 23, 2003        **Serial Number:** 76-484,660

**Misassigned Date:** FEB 28, 2003

**Ownership Details:**

**Applicant:**

JIMMY JOHN'S ENTERPRISES, INC.
ELGIN, ILLINOIS  60123

LULU DE GRENOUILLE

**LULU DE GRENOUILLE**

TTAB

**Translation:**

THE ENGLISH TRANSLATION OF THE FOREIGN WORDING ″DE GRENOUILLE″ IS ″OF FROG″.

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-AFTER INTER-PARTES DECISION
**USPTO Status Date:** MAR 26, 2007

**Goods/Services:**

**International Class 14:** JEWELRY, NAMELY, BRACELETS, RINGS, EARRINGS, NECKLACES AND PINS; JEWELRY FOR PETS NAMELY, NECKLACES

**International Class 18:** TOTE BAGS, POCKETBOOKS; CLOTHING FOR PETS, NAMELY, T-SHIRTS

**International Class 24:** HOME DECOR, NAMELY PILLOWCASES

**International Class 25:** BABY CLOTHING, NAMELY, BABY HATS, BABY T-SHIRTS, BABY PANTS; CLOTHING FOR WOMEN, NAMELY, T-SHIRTS, TOPS, SKIRTS, SHORTS, DRESSES, BELTS, SWIMWEAR, BEACHWEAR, SCARVES; CLOTHING FOR MEN, NAMELY, T-SHIRTS, UNDERWEAR; CLOTHING FOR KIDS, NAMELY, T-SHIRTS, PANTS, DRESSES, TROUSERS AND SHORTS

**Last Reported Owner:**

WENGER, JACQUELINE
SWITZERLAND  INDIVIDUAL
311 EAST 38TH STREET
#8F
NEW YORK, NEW YORK  10016

**Chronology:**

**Filed:** FEB 14, 2006          **Serial Number:** 78-814,422
**Published For Opposition:** NOV 28, 2006
**Opposition/Cancellation Filed:** DEC 08, 2006
**Abandoned:** MAR 26, 2007

**Trademark Trials and Appeal Board (TTAB) Information:**

TTAB

**Opposition Number:** 91174447

**Outcome:** TERMINATED, MAR 26, 2007

**Plaintiff:**                          **Defendant:**
LA GRENOUILLE, INC.                WENGER, JACQUELINE

**Mark:**
**Serial Number:**
**Correspondent:**

JOSHUA S. BROITMAN
OSTRAGER CHONG FLAHERTY &
BROITMAN P.C.
250 PARK AVENUE SUITE 825
NEW YORK, NY 10177-0899 US

**Mark:** LULU DE GRENOUILLE
**Serial Number:** 78-814,422
**Trademark Defendant**
**Correspondent:**
JANICE HOUSEY
ROBERTS MLOTKOWSKI &
HOBBES
PO BOX 10064
MCLEAN, VA 22102 US

**TTAB Entry:** #4 #5 TO OPP RETURNED BY PS, APR 09, 2007
**TTAB Entry:** #3 PENDING, INSTITUTED, DEC 08, 2006

**Ownership Details:**
**Applicant:**

WENGER, JACQUELINE
SWITZERLAND  INDIVIDUAL
311 EAST 38TH STREET
#8F
NEW YORK, NEW YORK  10016

**Portrait Permission:**

THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A
PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

JANICE HOUSEY
ROBERTS MLOTKOWSKI & HOBBES
PO BOX 10064
MCLEAN, VA 22102

PAL BUBL-LULU

## PAL BUBL-LULU

**TTAB**

**Status:**    CANCELLED              **Cancellation Section:** 8

       **USPTO Status:** CANCELLED - SECTION 8
       **USPTO Status Date:** OCT 11, 1989

**Goods/Services:**
       **International Class 30:** BUBBLE GUM
       **First Used:** NOV 19, 1977  (INTL. CL. 30)
       **In Commerce:** NOV 19, 1977

**Last Reported Owner:**
       LEAF, INC.
       DELAWARE  CORPORATION
       2345 WAUKEGAN ROAD
       BANNOCKBURN, ILLINOIS  60015

       **We Have Located Other Marks With This Owner**

       BUBL-LULU                    USPTO          Page 345

**Chronology:**
       **Filed:** JAN 26, 1978          **Serial Number:** 73-156,571
       **Published For Opposition:** APR 03, 1979
       **Opposition/Cancellation Filed:** JUN 04, 1979
       **Registered:** MAY 17, 1983    **Registration Number:** 1,238,631
       **Cancelled:** NOV 21, 1989

---

**Trademark Trials and Appeal Board (TTAB) Information:**    **TTAB**

**Opposition Number:** 91062531
**Outcome:** TERMINATED, MAR 07, 1983

**Plaintiff:**                              **Defendant:**
CERALIMENT-LU BRUN                          LEAF CONFECTIONERY, INC.

**Mark:** LU                                **Mark:** PAL BUBL-LULU
**Registration Number:** 623,642            **Registration Number:** 1,238,631
**Serial Number:** 71-681,432               **Serial Number:** 73-156,571
**TTAB Entry:** #5 TERMINATED, MAR 07, 1983
**TTAB Entry:** #4 BOARD'S DECISION: DISMISSED, NOV 10, 1982

---

**Ownership Details:**
**Registrant:**
       LEAF CONFECTIONERY, INC., CHICAGO, IL.

**Assignee**

LEAF, INC.

DELAWARE CORPORATION

2345 WAUKEGAN ROAD

BANNOCKBURN, ILLINOIS, 60015

**Assignor**

LEAF CONFECTIONERY, INC.

DELAWARE CORPORATION

1135 N. CICERO AVE.

CHICAGO, ILLINOIS

**Signed:** JAN 09, 1985

**Brief:** ASSIGNS NUNC PRO TUNC, THE ENTIRE INTEREST AND THE GOOD WILL

**Recorded:** JAN 22, 1985

**Reel/Frame:** 0488/0649

**Correspondent:**

ALTER AND WEISS, LTD.

208 SOUTH LA SALLE ST.

CHICAGO, IL 60604-1080

**Claims:**

OWNER OF RNS 770,024, 1,081,257, AND OTHERS.



### LU



Worldwide Filings = 52

**Status:**    RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** JUL 10, 2006

**Goods/Services:**

International Class 30:

**(U.S. CL. 46)** COOKIES, BISCUITS, WAFERS, AND CRACKERS

**First Used:** 1885  (US.CL. 46)

**In Commerce:** 1935

**Last Reported Owner:**

GENERAL BISCUIT

**Chronology:**

**Filed:** FEB 10, 1955        **Serial Number:** 71-681,432

**Published For Opposition:** JAN 03, 1956

**Opposition/Cancellation Filed:** JUN 04, 1979

**Registered:** MAR 20, 1956    **Registration Number:** 623,642

**Affidavit Section:**  REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED  JUL 10, 2006

**Last Renewed:** MAR 20, 2006

---

**Trademark Trials and Appeal Board (TTAB) Information:**    

**Opposition Number:** 91062531

**Outcome:** TERMINATED, MAR 07, 1983

| **Plaintiff:** | **Defendant:** |
|---|---|
| CERALIMENT-LU BRUN | LEAF CONFECTIONERY, INC. |

**Mark:** LU                              **Mark:** PAL BUBL-LULU
**Registration Number:** 623,642         **Registration Number:** 1,238,631
**Serial Number:** 71-681,432            **Serial Number:** 73-156,571

**TTAB Entry:** #5 TERMINATED, MAR 07, 1983
**TTAB Entry:** #4 BOARD'S DECISION: DISMISSED, NOV 10, 1982

**Ownership Details:**

**New Registered Owner:**

GENERALE BISCUIT

FRANCE  CORPORATION

BATIMENT SAARINEN, 3 RUE SAARINEN

94150 RUNGIS, FRANCE

**Assignee**
GENERAL BISCUIT

**Brief:** CERTIFICATE FROM A
NOTARY PUBLIC, TRADE
REGISTER FRANCE, SHOWING
CHANGE OF NAME ENTERED ON
AUG. 22, 1978 (IN FRENCH WITH
ENGLISH TRANSLATION ATTACHED
**Recorded:** APR 26, 1984
**Reel/Frame:** 0464/0826
**Correspondent:**
KUHN, MULLER & BAZERMAN
1412 BROADWAY
NEW YORK, NY 10018

**Assignor**
CERALIMENT-LU BRUN COMPANY
**Signed:** APR 03, 1984

**Assignee**
CERALIMENT-LU BRUN
FRANCE CORPORATION
4 & 6 RUE EDWARD VAILLANT
ATHIS-MONS (91201), FRANCE

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** APR 07, 1976
**Reel/Frame:** 0284/0245
**Correspondent:**
CHOATE, REGAN, DAVIS, ET AL.
GRAYBAR BLDG.
GRAYBAR BLDG.
420 LEXINGTON AVE.
NEW YORK, NY 10017

**Assignor**
LU BRUN & ASSOCIES, S. A. BY
CLAUDE DE LA FOREST DIVONNE,
AS MARKETING DIRECTOR
FRANCE CORPORATION
NANTES, 4
ALLEE BACO, FRANCE
**Signed:** MAR 22, 1976

**Assignee**
LU, BRUN ET ASSOCIES, S. A.

**Assignor**
LEFEVRE UTILE, SOCIETE
ANONYME
**Signed:** JUL 24, 1969

**Brief:** MERGER EFFECTIVE IN
FRANCE, 19690202
**Recorded:** SEP 04, 1969
**Reel/Frame:** 0185/0791
**Correspondent:**
CHOATE, REGAN, DAVIS &
HOLLISTER
GRAYBAR BLDG.
GRAYBAR BLDG.
420 LEXINGTON AVE.
NEW YORK, NY 10017


**Filing Correspondent:**
      PERLA M. KUHN
      HUGHES HUBBARD & REED LLP
      ONE BATTERY PARK PLAZA
      NEW YORK NY 10004-1482

## LULU'S PEEPS

### LULU'S PEEPS



**Status:**       ABANDONED
              INTENT TO USE

          **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
          **USPTO Status Date:** NOV 29, 2003

**Goods/Services:**
          **International Class 18:** BAGS, NAMELY, HANDBAGS, BACKPACKS,
          TOTE BAGS, CHANGE PURSES, GYM BAGS, DUFFEL BAGS, FANNY
          PACKS, WALLETS

**Last Reported Owner:**
          VIACOM INTERNATIONAL INC.
          DELAWARE  CORPORATION
          1515 BROADWAY
          NEW YORK, NEW YORK  10036

          **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU GREEN | USPTO | Page 104 |
| LULU'S PEEPS | USPTO | Page 109 |
| LULU GREEN | USPTO | Page 129 |
| LULU'S PEEPS | USPTO | Page 237 |
| LULU GREEN | USPTO | Page 239 |
| LULU'S PEEPS | USPTO | Page 241 |
| LULU GREEN | USPTO | Page 243 |
| LULU GREEN | USPTO | Page 261 |
| LULU'S PEEPS | USPTO | Page 263 |
| LULU GREEN | USPTO | Page 293 |
| LULU GREEN | USPTO | Page 295 |
| LULU GREEN | USPTO | Page 301 |
| LULU'S PEEPS | USPTO | Page 304 |
| LULU GREEN | USPTO | Page 342 |

**Chronology:**
          **Filed:** NOV 09, 2000       **Serial Number:** 78-034,487
          **Published For Opposition:** JUL 24, 2001
          **Abandoned:** NOV 29, 2003

**Trademark Trials and Appeal Board (TTAB) Information:**    `TTAB`

**Extension of Time to Oppose Number:** 78034487
**Extension of Time to Oppose Filed:** SEP 26, 2001
**Outcome:** TERMINATED  SEP 26, 2001

| **Potential Opposer:** | **Applicant:** |
|---|---|
| LULU GUINNESS LIMITED | VIACOM INTERNATIONAL INC. |

| | |
|---|---|
| **Mark:** | **Mark:** LULU'S PEEPS |
| **Serial Number:** | **Serial Number:** 78-034,487 |
| **Correspondent:** | **Correspondent:** |
| IAN JAY KAUFMAN | A ARIES TABIGUE |
| LADAS & PARRY | VIACOM INTERNATIONAL INC |
| 26 WEST 61ST STREET | 1515 BROADWAY FL 51 |
| NEW YORK, NY 10023 | NEW YORK, NY 10036-8901 |

**TTAB Entry:** #5 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), JAN 17, 2002
**TTAB Entry:** #4 REQ. FOR EXTENSION OF TIME TO OPPOSE, OCT 22, 2001

**Ownership Details:**
**Applicant:**

> VIACOM INTERNATIONAL INC.
> DELAWARE  CORPORATION
> 1515 BROADWAY
> NEW YORK, NEW YORK  10036

**Filing Correspondent:**

> DANIEL CHUNG
> A ARIES TABIGUE
> VIACOM INTERNATIONAL INC
> 1515 BROADWAY FL 51
> NEW YORK NY 10036-8901

LU-LU THE
STRIPPER

## LU-LU THE STRIPPER

**Status:**     CANCELLED                    **Cancellation Section:** 8

      **USPTO Status:** CANCELLED - SECTION 8
      **USPTO Status Date:** FEB 20, 1985

**Goods/Services:**
      **International Class 7:** HOUSEHOLD APPLIANCES-NAMELY,
ELECTRICAL APPARATUS FOR AUTOMATICALLY PEELING AND
CLEANING VEGETABLES
      **First Used:** APR 21, 1977  (INTL. CL. 7)
      **In Commerce:** APR 21, 1977

**Last Reported Owner:**
      LOUIS KUTHY, NORTH HOLLYWOOD, CALIF.

      **We Have Located Other Marks With This Owner**
      LU-LU THE STRIPPER                    USPTO          Page 391

**Chronology:**
      **Filed:** MAY 09, 1977          **Serial Number:** 73-125,662
      **Published For Opposition:** MAY 23, 1978
      **Registered:** AUG 15, 1978    **Registration Number:** 1,099,280
      **Cancelled:** APR 02, 1985

**Ownership Details:**
**Registrant:**
      LOUIS KUTHY, NORTH HOLLYWOOD, CALIF.

      **We Have Located Other Marks With This Owner**
      LU-LU THE STRIPPER                    USPTO          Page 391



**LU-LU THE STRIPPER**

**Status:**  CANCELLED          **Cancellation Section:** 8

USPTO Status: CANCELLED - SECTION 8
**USPTO Status Date:** FEB 26, 1985

**Goods/Services:**
International Class 7:  HOUSEHOLD APPLIANCES-NAMELY, ELECTRICAL APPARATUS FOR AUTOMATICALLY PEELING AND CLEANING VEGETABLES
**First Used:** APR 21, 1977  (INTL. CL. 7)
**In Commerce:** APR 21, 1977

**Last Reported Owner:**
LOUIS KUTHY, NORTH HOLLYWOOD, CALIF.

**We Have Located Other Marks With This Owner**
LU-LU THE STRIPPER          USPTO          Page 390

**Chronology:**
**Filed:** MAY 09, 1977          **Serial Number:** 73-125,905
**Published For Opposition:** MAY 30, 1978
**Registered:** AUG 22, 1978          **Registration Number:** 1,100,023
**Cancelled:** APR 09, 1985

**Ownership Details:**
**Registrant:**
LOUIS KUTHY, NORTH HOLLYWOOD, CALIF.

**We Have Located Other Marks With This Owner**
LU-LU THE STRIPPER          USPTO          Page 390

**Design Phrase:**
LADY PEANUT

EVA-LU-LU

**EVA-LU-LU**

**Status:**     CANCELLED               **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** NOV 04, 1992

**Goods/Services:**

**International Class 28:**  TOY STUFFED ANIMALS

**First Used:** DEC 05, 1983  (INTL. CL. 28)

**In Commerce:** DEC 05, 1983

**Last Reported Owner:**

FORSYTH, MARIA K.

UNITED STATES  INDIVIDUAL

63 STERLING PLACE

WEST BOYLSTON, MASSACHUSETTS  01583

**Chronology:**

**Filed:** JUN 18, 1984          **Serial Number:** 73-485,884

**Published For Opposition:** MAY 21, 1985

**Registered:** JUL 30, 1985     **Registration Number:** 1,351,868

**Cancelled:** DEC 15, 1992

**Ownership Details:**

**Registrant:**

FORSYTH, MARIA K.

UNITED STATES  INDIVIDUAL

63 STERLING PLACE

WEST BOYLSTON, MASSACHUSETTS  01583

**Filing Correspondent:**

DONALD BROWN

PETER F. CORLESS

EDWARDS & ANGELL LLP

P.O. BOX 55874

BOSTON MA 02205

LU LU LOOPER

## LU LU LOOPER

**Status:**      CANCELLED                    **Cancellation Section:** 8

AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** MAR 04, 2001

**Goods/Services:**

**International Class 28:**  PADDLE BALL GAMES

**First Used:** FEB 08, 1993  (INTL. CL. 28)

**In Commerce:** FEB 08, 1993

**Last Reported Owner:**

SHARON INDUSTRIES, INC.

DELAWARE  CORPORATION

6910 W. RIDGE ROAD

FAIRVIEW, PENNSYLVANIA  16415

**Chronology:**

**Filed:** MAY 24, 1993        **Serial Number:** 74-394,004

**Published For Opposition:** NOV 30, 1993

**Registered:** FEB 22, 1994    **Registration Number:** 1,822,970

**Cancelled:** APR 17, 2001

**Ownership Details:**

**Registrant:**

SHARON INDUSTRIES, INC.

DELAWARE  CORPORATION

6910 W. RIDGE ROAD

FAIRVIEW, PENNSYLVANIA  16415

**Filing Correspondent:**

DANIEL J. LONG

P.O. BOX 1185

PITTSBURGH, PA 15230-1185

LU-LU BAR

## LU-LU BAR

TTAB

**Status:**    EXPIRED

> **USPTO Status:** EXPIRED
> **USPTO Status Date:** NOV 10, 1988

**Goods/Services:**
> **International Class 29:** FROZEN CONFECTIONS
> **First Used:** OCT 02, 1946  (US.CL. 46)
> **In Commerce:** OCT 02, 1946

**Last Reported Owner:**
> JOE LOWE CORPORATION, NEW YORK, N.Y.

**Chronology:**
> **Filed:** NOV 09, 1946          **Serial Number:** 71-512,334
> **Published For Opposition:** JUL 29, 1947
> **Opposition/Cancellation Filed:** MAY 12, 1972
> **Registered:** NOV 11, 1947     **Registration Number:** 434,191
> **Renewed:** NOV 11, 1967

---

**Trademark Trials and Appeal Board (TTAB) Information:**    TTAB

**Opposition Number:** 91053010

**Outcome:** TERMINATED, FEB 25, 1974

| **Plaintiff:** | **Defendant:** |
|---|---|
| CONSOLIDATED FOODS CORPORATION | BROUGHTON BEVERAGES, INC. |
| **Mark:** LU-LU BAR | **Mark:** |
| **Registration Number:** 434,191 | **Registration Number:** |
| **Serial Number:** 71-512,334 | **Serial Number:** 72-389,804 |

**TTAB Entry:** #5 TERMINATED, FEB 25, 1974
**TTAB Entry:** #4 BOARD'S DECISION: SUSTAINED, NOV 29, 1973

**Ownership Details:**
**Registrant:**
> JOE LOWE CORPORATION, NEW YORK, N.Y.

---

**Assignee**
POPSICLE INDUSTRIES, INC.
DELAWARE CORPORATION
110 ROUTE 4
ENGLEWOOD, NEW JERSEY, 07631

**Assignor**
CONSOLIDATED FOODS
CORPORATION
MARYLAND CORPORATION
135 SOUTH LA SALLE ST.
CHICAGO, ILLINOIS
**Acknowledge:** JAN 16, 1980

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOOD WILL
EFFECTIVE AS OF DEC. 31, 1978.
**Recorded:** FEB 08, 1980
**Reel/Frame:** 0364/0243
**Correspondent:**
SEIDEL, GONDA, ET AL.
SUITE 600, THREE PENN CENTER
PLAZA
PHILADELPHIA, PA 19102

**Assignee**
CONSOLIDATED FOODS
CORPORATION
DBA JOE LOWE COMPANY
MARYLAND CORPORATION
135 S. LA SALLE ST.
CHICAGO, ILLINOIS, 60603

**Assignor**
LOWE, JOE, CORPORATION
DELAWARE CORPORATION
110 ROUTE 4
ENGLEWOOD, NEW JERSEY
**Acknowledge:** AUG 30, 1965

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** SEP 01, 1965
**Reel/Frame:** 0129/0004
**Correspondent:**
RICHARD J. COWLING
12 RIDGE ROAD
TENAFLY, NJ

**Claims:**

APPLICANT DISCLAIMS THE WORD ″BAR″ APART FROM THE
MARK.



## ALASKAN POCKET ULU

**Status:**      REGISTERED

              **USPTO Status:** REGISTERED
              **USPTO Status Date:** SEP 05, 2006

**Goods/Services:**
              **International Class 8:**  POCKET ULU KNIFE
              **First Used:** JAN 25, 2005  (INTL. CL. 8)
              **In Commerce:** JAN 25, 2005

**Disclaimers:**
              ″ALASKAN POCKET ULU″

**Last Reported Owner:**
              JC MARKETING
              **Composed Of:** JAMES A. COTTRELL IV USA
              ALASKA  SOLE PROPRIETORSHIP
              1020 EAST 4TH AVENUE
              ANCHORAGE, ALASKA  99501

              **We Have Located Other Marks With This Owner**

              [ANIMULU](#)                    USPTO          Page 419

              [ANIMULU](#)                    State          Page 847

**Chronology:**
              **Filed:** APR 22, 2005          **Serial Number:** 78-615,238
              **Published For Opposition:** JUN 13, 2006
              **Registered:** SEP 05, 2006     **Registration Number:** 3,138,326

**Ownership Details:**
**Registrant:**
              JC MARKETING
              **Composed Of:** JAMES A. COTTRELL IV USA
              ALASKA  SOLE PROPRIETORSHIP
              1020 EAST 4TH AVENUE
              ANCHORAGE, ALASKA  99501

**Claims:**
              THE COLORS BLUE, WHITE, SILVER, AND BLACK ARE CLAIMED AS
              A FEATURE OF THE MARK.

**Design Phrase:**
              THE MARK CONSISTS OF THE COLOR BLUE APPEARS IN THE
              BACKGROUND. THE COLOR BLACK APPEARS IN THE SQUARE
              BEHIND THE EAGLE; THE POLAR BEAR'S EYES, EARS, AND FEET;
              THE WORDING AND DESIGN ON THE POCKET KNIFE; AND THE
              EAGLE'S EYE. THE COLOR WHITE APPEARS IN THE WORDING

POCKET ULU AND ALASKAN, THE EAGLE FEATHERS, AND THE POLAR BEAR. THE COLOR SILVER APPEARS ON THE POCKET KNIFE.

**Filing Correspondent:**

CHRISTOPHER J. DAY

LAW OFFICE OF CHRISTOPHER DAY

301 E BETHANY HOME ROAD STE A-213

PHOENIX AZ 85012

# DISCOLULU

**DISCOLULU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 27, 2007

**Goods/Services:**

**International Class 14:** DOG ACCESSORIES, NAMELY, COSTUME
JEWELRY

**International Class 28:** DOG APPAREL; DOG ACCESSORIES,
NAMELY, COLLARS AND LEASHES

**First Used:** DEC 04, 2004  (INTL. CL. 14)

**In Commerce:** DEC 04, 2004

**First Used:** DEC 04, 2004  (INTL. CL. 28)

**In Commerce:** DEC 04, 2004

**Last Reported Owner:**

NGUYEN, KIMBERLY A.
UNITED STATES  INDIVIDUAL
P.O. BOX 1233
HERMOSA BEACH, CALIFORNIA  90254-1233

**Chronology:**

**Filed:** MAY 25, 2005          **Serial Number:** 78-636,969

**Published For Opposition:** DEC 12, 2006

**Registered:** FEB 27, 2007    **Registration Number:** 3,212,326

**Ownership Details:**

**Registrant:**

NGUYEN, KIMBERLY A.
UNITED STATES  INDIVIDUAL
P.O. BOX 1233
HERMOSA BEACH, CALIFORNIA  90254-1233

**Filing Correspondent:**

CHRISTOPHER J. DAY
LAW OFFICE OF CHRISTOPHER DAY
301 EAST BETHANY HOME ROAD, SUITE A-213
PHOENIX AZ 85012





**SSU LU**
**Translation:**

THE CHINESE CHARACTERS IN THE MARK TRANSLITERATE TO
″SSU LU″ AND THIS MEANS ″SILK ROAD/WISDOM″ IN ENGLISH.

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 26, 2005

**Goods/Services:**

**International Class 3:** COSMETICS, HAIR WAVING PREPARATIONS,
HAIR DYES; CLEANING PREPARATIONS FOR HUMANS, NAMELY
SKIN SOAPS, BODY SCRUBS AND BATH GELS; AROMATHERAPY
AND ESSENTIAL OILS FOR PERSONAL USE; COSMETICS FOR
ANIMALS AND NON-MEDICATED CLEANING PREPARATIONS FOR
USE WITH ANIMALS, NAMELY, HAIR SHAMPOOS AND BATH SOAPS
**First Used:** JUN 2003  (INTL. CL. 3)
**In Commerce:** JUN 2003

**Last Reported Owner:**

DRAGON FULL DEVELOPMENTS LIMITED
CAYMAN ISLANDS  CORPORATION
P.O.BOX 2804
HUNTLAW BUILDING
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

**Chronology:**

**Filed:** SEP 15, 2003          **Serial Number:** 76-545,179
**Published For Opposition:** MAY 03, 2005
**Registered:** JUL 26, 2005     **Registration Number:** 2,975,261

**Ownership Details:**
**Registrant:**

DRAGON FULL DEVELOPMENTS LIMITED
CAYMAN ISLANDS  CORPORATION
P.O.BOX 2804
HUNTLAW BUILDING
GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS

**Design Phrase:**

THE MARK CONSISTS OF FOUR SPACED APART SMALL
RECTANGLES CONNECTED TO A CIRCLE WITH AN ABSTRACT
DRAWING SYMBOLIZING ABUNDANCE.

**Filing Correspondent:**

DONALD L. DENNISON
DAVID E. DOUGHERTY

LOWE HAUPTMAN BERNER LP
SUITE 300
1700 DIAGONAL ROAD
ALEXANDRIA VA 22314

**DEFCON ZULU**

# DEFCON ZULU

**Status:**      PUBLISHED

INTENT TO USE

**USPTO Status:** FIRST EXTENSION - GRANTED

**USPTO Status Date:** JUL 23, 2007

**Goods/Services:**

**International Class 6:** METAL OBSTACLE AND ENTANGLEMENT
FENCING

**Last Reported Owner:**

AMERISTAR FENCE PRODUCTS, INC.

OKLAHOMA  CORPORATION

POST OFFICE BOX 581000

TULSA, OKLAHOMA  74158-1000

**Chronology:**

**Filed:** NOV 15, 2005          **Serial Number:** 78-754,438

**Published For Opposition:** OCT 31, 2006

**Ownership Details:**

**Applicant:**

AMERISTAR FENCE PRODUCTS, INC.

OKLAHOMA  CORPORATION

POST OFFICE BOX 581000

TULSA, OKLAHOMA  74158-1000

**Filing Correspondent:**

RACHEL BLUE

DOERNER, SAUNDERS, DANIEL & ANDERSON LLP

320 S BOSTON AVE STE 500

TULSA OK 74103-3725

BEST OF HONOLULU

**BEST OF HONOLULU**

**Status:**    REGISTERED
              SECTION 2(F)

              **USPTO Status:** REGISTERED
              **USPTO Status Date:** SEP 12, 2006

**Goods/Services:**

**International Class 16:** NEWSPAPER SECTION FEATURING THE RESULTS OF A READER'S SURVEY OF CONSUMER CHOICES, AND OF AWARDS PRESENTATIONS FOR CITY LIFE, CIVIC AFFAIRS, ARTS AND ENTERTAINMENT, RETAIL SERVICES, RECREATION, FOOD AND NIGHT LIFE IN THE CITY OF HONOLULU

**International Class 35:** CONDUCTING PERIODIC OPINION SURVEYS CONCERNING CITY LIFE, CIVIC AFFAIRS, ARTS AND ENTERTAINMENT, RETAIL SERVICES, RECREATION, FOOD AND NIGHT LIFE IN THE CITY OF HONOLULU

**International Class 41:** PUBLICATION OF NEWSPAPERS

**First Used:** SEP 29, 1993  (INTL. CL. 16)
**In Commerce:** SEP 29, 1993
**First Used:** SEP 29, 1993  (INTL. CL. 35)
**In Commerce:** SEP 29, 1993
**First Used:** SEP 29, 1993  (INTL. CL. 41)
**In Commerce:** SEP 29, 1993

**Last Reported Owner:**

HONOLULU WEEKLY, INC.
HAWAII  CORPORATION
1200 COLLEGE WALK, SUITE 214
HONOLULU, HAWAII  96817

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU WEEKLY | State | Page 898 |
| HONOLULU WEEKLY | Common Law | Page 1065 |
| HONOLULU WEEKLY | Common Law | Page 1065 |
| HONOLULU WEEKLY | Common Law | Page 1066 |

**Chronology:**

**Filed:** SEP 29, 2003          **Serial Number:** 76-552,105
**Published For Opposition:** JUN 20, 2006
**Registered:** SEP 12, 2006     **Registration Number:** 3,140,847
**Date Revived/Reinstated:** SEP 06, 2005

**Ownership Details:**

**Registrant:**

> HONOLULU WEEKLY, INC.
> HAWAII  CORPORATION
> 1200 COLLEGE WALK, SUITE 214
> HONOLULU, HAWAII  96817

**Filing Correspondent:**

> SCOTT K. SAIKI
> BICKERTON SAUNDERS AND DANG
> 745 FORT STREET STE 801
> HONOLULU HI 96813

HONOLULU

**HONOLULU**

**Status:** REGISTERED
SECTION 2(F)

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** NOV 04, 1993

**Goods/Services:**
**International Class 16:** GENERAL INTEREST MAGAZINES
**First Used:** APR 1977  (INTL. CL. 16)
**In Commerce:** APR 1977

**Last Reported Owner:**
PACIFICBASIN COMMUNICATIONS, LLC
**Composed Of:** DUANE K. KURISU, MANAGER LIMITED LIABILITY COMPANY 1000 BISHOP STREET SUITE 810 HONOLULU HAWAII 96813
HAWAII  LIMITED LIABILITY COMPANY
1000 BISHOP STREET SUITE 405
HONOLULU, HAWAII  96813

**We Have Located Other Marks With This Owner**

| HONOLULU HOME & GARDEN | State | Page 885 |
| HONOLULU | Common Law | Page 1078 |

**Chronology:**
**Filed:** SEP 10, 1987        **Serial Number:** 73-684,282
**Published For Opposition:** FEB 16, 1988
**Registered:** MAY 10, 1988    **Registration Number:** 1,487,553
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.  NOV 04, 1993

**Ownership Details:**
**Registrant:**
HONOLULU PUBLISHING COMPANY, LTD.
HAWAII  CORPORATION
36 MERCHANT STREET
HONOLULU, HAWAII  96813

**Assignee**

PACIFICBASIN COMMUNICATIONS, LLC

DUANE K. KURISU, MANAGER

LIMITED LIABILITY COMPANY 1000 BISHOP STREET SUITE 810 HONOLULU HAWAII 96813

HAWAII LIMITED LIABILITY COMPANY

1000 BISHOP STREET SUITE 405 HONOLULU, HAWAII, 96813

**Brief:** CHANGE OF NAME
**Recorded:** OCT 26, 2004
**Reel/Frame:** 2963/0449
**Correspondent:**
ANDREA MURAKAMI
1000 BISHOP ST. SUITE 405
HONOLULU, HI 96813

**Assignor**

PACBAS, LLC

HAWAII LIMITED LIABILITY COMPANY

**Signed:** OCT 01, 2001

**Assignee**

PACBAS, LLC
ATTN: DUANE K. KURISU
1000 BISHOP ST., STE. 810
HON., HAWAII, 96813

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 05, 2001
**Reel/Frame:** 2383/0599
**Correspondent:**
PACBAS, LLC
ATTN: DUANE K. KURISU
1000 BISHOP ST., STE. 810
HON. HI 96813

**Assignor**

HONOLULU PUBLISHING COMPANY, LTD. CORPORATION
**Signed:** SEP 27, 2001

**Assignee**

PELLEGRIN, JONATHAN G.
UNITED STATES INDIVIDUAL
1626 NORTH PROSPECT AVENUE, APT, 2210
MILWAUKEE, WISCONSIN, 53202

**Assignor**

JOHNSON HILL PRESS, INC.
DELAWARE CORPORATION
**Signed:** SEP 15, 2001

**Brief:** ASSIGNMENT OF SECURITY
INTEREST
**Recorded:** SEP 20, 2001
**Reel/Frame:** 2374/0292
**Correspondent:**
GODFREY & KAHN, S.C.
BRIAN G. GILPIN
780 N. WATER STREET
MILWAUKEE, WI 53202

**Assignee**
HONOLULU PUBLISHING
COMPANY, LTD.
HAWAII CORPORATION
36 MERCHANT STREET
HONOLULU, HAWAII, 96813

**Assignor**
PELLEGRIN, JONATHAN G.
UNITED STATES INDIVIDUAL
**Signed:** SEP 21, 2001

**Brief:** RELEASE OF SECURITY
INTEREST
**Recorded:** SEP 24, 2001
**Reel/Frame:** 2374/0282
**Correspondent:**
GODFREY & KAHN, S.C.
BRIAN G. GILPIN
780 N. WATER STREET
MILWAUKEE, WI 53202

**Assignee**
JOHNSON HILL PRESS, INC.
DELAWARE CORPORATION
1233 JANESVILLE AVENUE
FORT ATKINSON, WISCONSIN,
53538

**Assignor**
HONOLULU PUBLISHING
COMPANY, LTD.
HAWAII CORPORATION
**Signed:** JUL 01, 1993

**Brief:** SECURITY INTEREST
**Recorded:** JUL 12, 1993
**Reel/Frame:** 1007/0091
**Correspondent:**
TIMOTHY K. OLESZCZUK
GODFREY & KAHN, S.C.
780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590

**Filing Correspondent:**

MARTIN E. HSIA
CADES SCHUTTE FLEMING & WRIGHT
1000 BISHOP STREET
P.O. BOX 939
HONOLULU, HI 96808

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 05, 2002

**Goods/Services:**

**International Class 9:**  MULTI-MEDIA AND VIRTUAL REALITY
SOFTWARE IN THE FIELDS OF ACCOUNTING; ADVERTISING;
ARCHITECTURE; ANIMAL TRAINING; AMUSEMENT PARKS; ART;
DESIGN; ASTROLOGY; AUDIO BROADCASTING, RECORDING AND
PRODUCTION; ANTHROPOLOGY; BOOKKEEPING; BUSINESS
TECHNIQUES; BUNGEE JUMPING; BIOLOGY; CHEMISTRY;
COMPUTERS; COMPUTER PROGRAMMING; COMPUTER
SOFTWARE DESIGN; CINEMATOGRAPHY; COOKING; CONSTRUC
TION; DATA PROCESSING; DENTISTRY; DESIGN; ECONOMICS;
EDUCATION; ENTERTAINMENT; ENGINEERING; EXPLORATION;
EXCAVATION; FARMING; FINANCING; FILM PRODUCTION,
DEVELOPING AND PROCESSING; FLIGHT SIMULATION; GAMES;
GEOLOGY; GARDENING; GRAPHIC DESIGN; HEALTH CARE;
HISTORY; HORTICULTURE; HOTEL MANAGEMENT; INDUSTRIAL
DESIGN; LANDSCAPE DESIGN; MEDICINE; MATHEMATICS;
MERCHANDISING; MECHANICS; MANAGEMENT; MILITARY
TRAINING; MINING; MOUNTAIN CLIMBING; MUSIC; NUTRITION;
OPTOMETRY; PAINTING; PHYSICS; PRINTING; PSYCHOLOGY;
PHYSICAL THERAPY; PARACHUTING; PHOTOGRAPHY;
PUBLISHING; RADIO AND TELEVISION BROADCASTING, PROGRA
MMING, PRODUCTION AND COMMUNICATION; REAL ESTATE;
RACECAR DRIVING; SKIING; SURFING; SCUBA DIVING; SURGERY;
SALES; STATISTICS; SCIENCE; SOFTWARE DESIGN; SOUND
RECORDINGS; SPORTS; SURVEYING; TECHNOLOGY; TAILORING;
TELEMARKETING; TOURISM; TEACHING; TRAVEL; VIDEO BROADC
ASTING; WATER SPORTS; COMPUTER AND VIDEO GAME
SOFTWARE; COMPUTER AND VIDEO GAME HARDWARE
INCLUDING WIRELESS HEADSETS, PERSONAL DIGITAL
ASSISTANTS, COMPUTERS, INPUT DEVICES, GRAPHIC DISPLAYS,
FLAT PANEL DEVICES, GOGGLES AND ELECTRONIC GLASSES,
ELECTRONIC GLOVES, VIDEO CAMERAS, JOYSTICKS,
ELECTRONIC WHITEBOARDS; GLOBAL COMMUNICATIONS
NETWORK GAMES AND DOWNLOADABLE COMPUTER GAME
PROGRAMS
**First Used:** NOV 09, 2001  (INTL. CL. 9)
**In Commerce:** NOV 09, 2001

**Disclaimers:**

"ENTERTAINMENT"

**Last Reported Owner:**

> XULU ENTERTAINMENT INC.
> CALIFORNIA  CORPORATION
> 653 RIVER OAKS PARKWAY
> SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** OCT 14, 1997     **Serial Number:** 75-372,283
**Published For Opposition:** AUG 18, 1998
**Registered:** FEB 05, 2002     **Registration Number:** 2,536,919

**Ownership Details:**

**Registrant:**

> XULU ENTERTAINMENT INC.
>
> CALIFORNIA  CORPORATION
>
> 653 RIVER OAKS PARKWAY
>
> SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

> BETH M GOLDMAN
>
> HELLER EHRMAN WHITE & MCAULIFFE LLP
>
> 333 BUSH ST
>
> SAN FRANCISCO CA 94104-2878

# ZuluTime

### ZULUTIME

**Status:**   PENDING

INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED

**USPTO Status Date:** MAY 15, 2007

**Goods/Services:**

**International Class 9:** GEOPOSITIONING SYSTEMS CONSISTING OF COMPUTERS, COMPUTER SOFTWARE, TRANSMITTERS, RECEIVERS, AND NETWORK INTERFACE DEVICES

**Last Reported Owner:**

ZULUTIME, LLC

OREGON  LIMITED LIABILITY CO.

7929 SW BURNS WAY, SUITE A

WILSONVILLE, OREGON  97070

**Chronology:**

**Filed:** JAN 15, 2007      **Serial Number:** 77-083,112

**Ownership Details:**

**Applicant:**

ZULUTIME, LLC

OREGON  LIMITED LIABILITY CO.

7929 SW BURNS WAY, SUITE A

WILSONVILLE, OREGON  97070

**Filing Correspondent:**

ZULUTIME, LLC

7929 SW BURNS WAY STE A

WILSONVILLE, OR 97070-7678



# ZULU DAWN

## ZULU DAWN

**Status:**      PUBLISHED

INTENT TO USE

**USPTO Status:** STATEMENT OF USE - TO EXAMINER

**USPTO Status Date:** SEP 01, 2007

**Goods/Services:**

**International Class 9:** ELECTRONIC GAME PROGRAMS; GAMING EQUIPMENT, NAMELY, SLOT MACHINES WITH OR WITHOUT VIDEO OUTPUT; GAMING MACHINES; MACHINES FOR PLAYING GAMES OF CHANCE; SLOT MACHINES

**First Used:** NOV 15, 2006  (INTL. CL. 9)

**In Commerce:** NOV 15, 2006

**Last Reported Owner:**

KONAMI GAMING, INC.

NEVADA  CORPORATION

585 TRADE CENTER DRIVE

LAS VEGAS, NEVADA  89119

**Chronology:**

**Filed:** MAR 07, 2006         **Serial Number:** 78-830,782

**Published For Opposition:** OCT 17, 2006

**Ownership Details:**

**Applicant:**

KONAMI GAMING, INC.

NEVADA  CORPORATION

585 TRADE CENTER DRIVE

LAS VEGAS, NEVADA  89119

**Filing Correspondent:**

MELINDA B. BUURMA

HOWARD & HOWARD ATTORNEYS, P.C.

39400 WOODWARD AVE., SUITE 101

BLOOMFIELD HILLS, MI 48304-5151

XULU
ADVENTURERS'
CLUB

### XULU ADVENTURERS' CLUB

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 21, 2002

**Goods/Services:**

**International Class 9:** MULTI-MEDIA AND VIRTUAL REALITY
SOFTWARE IN THE FIELDS OF ACCOUNTING; ADVERTISING;
ARCHITECTURE; ANIMAL TRAINING; AMUSEMENT PARKS; ART;
DESIGN; ASTROLOGY; AUDIO BROADCASTING, RECORDING AND
PRODUCTION; ANTHROPOLOGY; BOOKKEEPING; BUSINESS
TECHNIQUES; BUNGEE JUMPING; BIOLOGY; CHEMISTRY;
COMPUTERS; COMPUTER PROGRAMMING; COMPUTER
SOFTWARE DESIGN; CINEMATOGRAPHY; COOKING; CONSTRUC
TION; DATA PROCESSING; DENTISTRY; DESIGN; ECONOMICS;
EDUCATION; ENTERTAINMENT; ENGINEERING; EXPLORATION;
EXCAVATION; FARMING; FINANCING; FILM PRODUCTION,
DEVELOPING AND PROCESSING; FLIGHT SIMULATION; GAMES;
GEOLOGY; GARDENING; GRAPHIC DESIGN; HEALTH CARE;
HISTORY; HORTICULTURE; HOTEL MANAGEMENT; INDUSTRIAL
DESIGN; LANDSCAPE DESIGN; MEDICINE; MATHEMATICS;
MERCHANDISING; MECHANICS; MANAGEMENT; MILITARY
TRAINING; MINING; MOUNTAIN CLIMBING; MUSIC; NUTRITION;
OPTOMETRY; PAINTING; PHYSICS; PRINTING; PSYCHOLOGY;
PHYSICAL THERAPY; PARACHUTING; PHOTOGRAPHY;
PUBLISHING; RADIO AND TELEVISION BROADCASTING, PROGRA
MMING, PRODUCTION AND COMMUNICATION; REAL ESTATE;
RACECAR DRIVING; SKIING; SURFING; SCUBA DIVING; SURGERY;
SALES; STATISTICS; SCIENCE; SOFTWARE DESIGN; SOUND
RECORDINGS; SPORTS; SURVEYING; TECHNOLOGY; TAILORING;
TELEMARKETING; TOURISM; TEACHING; TRAVEL; VIDEO BROADC
ASTING; WATER SPORTS; COMPUTER AND VIDEO GAME
SOFTWARE; COMPUTER AND VIDEO GAME HARDWARE
INCLUDING WIRELESS HEADSETS, PERSONAL DIGITAL
ASSISTANTS, COMPUTERS, INPUT DEVICES, GRAPHIC DISPLAYS,
FLAT PANEL DEVICES, GOGGLES AND ELECTRONIC GLASSES,
ELECTRONIC GLOVES, VIDEO CAMERAS, JOYSTICKS,
ELECTRONIC WHITEBOARDS; GLOBAL COMMUNICATIONS
NETWORK GAMES AND DOWNLOADABLE COMPUTER GAME
PROGRAMS
**First Used:** NOV 09, 2001  (INTL. CL. 9)
**In Commerce:** NOV 09, 2001

**Disclaimers:**

″CLUB″

## Last Reported Owner:

XULU ENTERTAINMENT INC.
CALIFORNIA CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA 95134

### We Have Located Other Marks With This Owner

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

## Chronology:

**Filed:** JUL 08, 1997        **Serial Number:** 75-321,800
**Published For Opposition:** AUG 18, 1998
**Registered:** MAY 21, 2002     **Registration Number:** 2,571,701

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH ST

SAN FRANCISCO CA 94104-2878

BRAVO ZULU

**BRAVO ZULU**

**Status:**      REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAR 05, 2002

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE FOR USE IN DESIGNING AND DEVELOPING WEBSITES, KIOSKS KNOWN AS INFORMATION DISPERSAL TERMINALS WHICH CONTAIN COMPUTERS, AND INTERACTIVE CD-ROMS

**First Used:** MAY 1999  (INTL. CL. 9)
**In Commerce:** MAY 1999

**Last Reported Owner:**

BRAVO ZULU! INTERACTIVE
TEXAS  CORPORATION
3200 SOUTHWEST FREEWAY, SUITE 1200
HOUSTON, TEXAS  77027

**We Have Located Other Marks With This Owner**

| BRAVO ZULU | USPTO | Page 530 |
| BRAVO ZULU | USPTO | Page 531 |

**Chronology:**

**Filed:** APR 26, 2000      **Serial Number:** 76-035,678
**Published For Opposition:** DEC 11, 2001
**Registered:** MAR 05, 2002      **Registration Number:** 2,544,150

**Ownership Details:**

**Registrant:**

BRAVO ZULU! INTERACTIVE
TEXAS  CORPORATION
3200 SOUTHWEST FREEWAY, SUITE 1200
HOUSTON, TEXAS  77027

**Filing Correspondent:**

WENDY K. BUSKOP
BUSKOP LAW GROUP PC
1717 ST. JAMES PLACE SUITE 500
HOUSTON, TEXAS 77056

XULU

## XULU

 **Worldwide Filings = 1**

**Status:**  REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 25, 2001

**Goods/Services:**

**International Class 16:**  SERIES OF BOOKS; COMIC BOOKS;
MAGAZINES IN THE FIELDS OF ENTERTAINMENT, EDUCATION AND
ELECTRONICS
**First Used:** AUG 24, 2001  (INTL. CL. 16)
**In Commerce:** AUG 24, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |

| | | |
|---|---|---|
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUN 09, 1997    **Serial Number:** 75-305,886

**Published For Opposition:** JUN 02, 1998

**Registered:** DEC 25, 2001    **Registration Number:** 2,522,908

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CA 94104-2878

ANIMULU

**ANIMULU**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 25, 2001

**Goods/Services:**

**International Class 8:** SOUVENIR KNIVES

**First Used:** NOV 2000  (INTL. CL. 8)

**In Commerce:** NOV 2000

**Last Reported Owner:**

JC MARKETING LLC

DBA ALASKAGIFT

ALASKA  LIMITED LIABILITY CO.

1020 E.FOURTH AVENUE

ANCHORAGE, ALASKA  99501

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ALASKAN POCKET ULU | USPTO | Page 396 |
| ANIMULU | State | Page 847 |

**Chronology:**

**Filed:** JUN 11, 2001    **Serial Number:** 76-269,913

**Published For Opposition:** OCT 02, 2001

**Registered:** DEC 25, 2001    **Registration Number:** 2,522,653

**Ownership Details:**

**Registrant:**

JC MARKETING LLC

DBA ALASKAGIFT

ALASKA  LIMITED LIABILITY CO.

1020 E.FOURTH AVENUE

ANCHORAGE, ALASKA  99501

**Filing Correspondent:**

VALLI GOSS FISHER

TINDALL BENNETT & SHOUP P.C.

508 W.2ND AVENUE

THIRD FLOOR

ANCHORAGE AK 99501

US-214
**Group:** Four

# ZULUWORKS

### ZULUWORKS

**Status:**     PENDING
INTENT TO USE
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** REPORT COMPLETED SUSPENSION CHECK - CASE STILL SUSPENDED
**USPTO Status Date:** MAY 11, 2007

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE FOR USE IN SCHEDULING THE RENTAL OF AVIATION EQUIPMENT AND AIRPLANES, COMPUTER SOFTWARE FOR USE AS A PILOT LOGBOOK, FLASHING SAFETY LIGHTS, SUNGLASSES, RADIO HEADSETS, AND SCALES

**International Class 16:** CLIPBOARDS, PERSONAL ORGANIZERS, KNEE BOARDS IN THE NATURE OF PERSONAL ORGANIZERS THAT ARE STRAPPED TO A PILOT'S LEG AND USED DURING FLIGHT, NOTE PADS, PRINTED AVIATION INFORMATION CARDS AND OTHER PRINTED MATERIAL, NAMELY, INSTRUCTIONAL MATERIALS FOR AVIATION-SPECIFIC CODES AND TERMINOLOGY

**International Class 18:** DUFFLE BAGS, SHOULDER BAGS, HEADSET CASES FOR RADIO HEADSETS, BACKPACKS, AND LUGGAGE

**International Class 35:** ONLINE RETAIL STORE SERVICES IN THE FIELD OF PILOT AND FLYING ACCESSORIES

**First Used:** JUL 2003  (INTL. CL. 16)
**In Commerce:** JUL 2003
**First Used:** JUL 2003  (INTL. CL. 35)
**In Commerce:** JUL 2003

**Last Reported Owner:**

ZULUWORKS, LLC
DELAWARE  LIMITED LIABILITY COMPANY
2404 DIVISADERO STREET
SAN FRANCISCO, CALIFORNIA  94115

**Chronology:**

**Filed:** SEP 21, 2005          **Serial Number:** 78-717,423

**Ownership Details:**
**Applicant:**

ZULUWORKS, LLC
DELAWARE  LIMITED LIABILITY COMPANY
2404 DIVISADERO STREET

SAN FRANCISCO, CALIFORNIA  94115

**Filing Correspondent:**

EVERETT E. FRUEHLING

CHRISTENSEN O'CONNOR JOHNSON KINDNESS

1420 FIFTH AVENUE, SUITE 2800

SEATTLE, WA 98101

# ZULU

**ZULU**

**Status:**     PUBLISHED
USE APPLICATION - CURRENT

**USPTO Status:** SU - REGISTRATION REVIEW COMPLETE
**USPTO Status Date:** SEP 06, 2007

**Goods/Services:**

**International Class 8:** KNIVES
**First Used:** OCT 2006  (INTL. CL. 8)
**In Commerce:** OCT 2006

**Last Reported Owner:**

RA BRANDS, L.L.C.
DELAWARE  LIMITED LIABILITY CO.
870 REMINGTON DRIVE
MADISON, NORTH CAROLINA  27025

**Chronology:**

**Filed:** JUN 14, 2006          **Serial Number:** 78-907,928
**Published For Opposition:** JAN 30, 2007

**Ownership Details:**

**Applicant:**

RA BRANDS, L.L.C.
DELAWARE  LIMITED LIABILITY CO.
870 REMINGTON DRIVE
MADISON, NORTH CAROLINA  27025

**Filing Correspondent:**

RANDEL S. SPRINGER
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1 W 4TH ST
WINSTON SALEM NC 27101-3806

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 19, 2002

**Goods/Services:**

International Class 28: MECHANICAL AND ELECTRIC ACTION
TOYS; PLUSH STUFFED ANIMALS AND TOYS; DOLLS; BOARD
GAMES; BATH TOYS; MUSICAL TOYS; CONSTRUCTION TOYS;
FANTASY CHARACTER TOYS; INFLATABLE TOYS; PULL TOYS;
TALKING TOYS; MODEL VEHICLES AND RELATED ACCESSORIES
SOLD AS UNITS, MODELS, ROBOTS, FIGURINES, ACTION FIGURES
AND ACCESSORIES THEREFOR, TOY VEHICLES, TOY FIGURES,
WIND-UP TOYS, SCIENCE KITS
**First Used:** NOV 15, 2001  (INTL. CL. 28)
**In Commerce:** NOV 15, 2001

**Disclaimers:**

″ENTERTAINMENT″

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |

| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

## Chronology:

**Filed:** OCT 14, 1997          **Serial Number:** 75-372,279
**Published For Opposition:** AUG 25, 1998
**Registered:** FEB 19, 2002      **Registration Number:** 2,540,733

## Ownership Details:

### Registrant:

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

### Filing Correspondent:

BETH M GOLDMAN
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 BUSH ST
SAN FRANCISCO CA 94104-2878

ZULUNET

**ZULUNET**

 **Worldwide Filings = 7**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 03, 2004

**Goods/Services:**

**International Class 9:**  COMPUTER PROGRAMS FOR SUPPLY
CHAIN MANAGEMENT AND SHIPPING OPERATIONS
**International Class 35:**  PROVIDING CONSULTING SERVICES TO
OTHERS CONCERNING THE GLOBAL ON-LINE PURCHASE AND
SALE OF GOODS AND PROVIDING AN ON-LINE COMPUTER
DATABASE CONCERNING THE GLOBAL ON-LINE PURCHASE AND
SALE OF GOODS
**International Class 39:**  PROVIDING CONSULTING SERVICES TO
OTHERS CONCERNING THE GLOBAL ON-LINE SHIPPING OF
GOODS; PROVIDING ON-LINE COMPUTER DATABASE
CONCERNING THE ARRANGING FOR OTHERS OF GLOBAL
ON-LINE SHIPPING OF GOODS
**First Used:** JUN 2000  (INTL. CL. 9)
**In Commerce:** JUN 2000
**First Used:** JUN 2000  (INTL. CL. 35)
**In Commerce:** JUN 2000
**First Used:** JUN 2000  (INTL. CL. 39)
**In Commerce:** JUN 2000

**Last Reported Owner:**

CARGO CHARTERS INTERNATIONAL, INC.
FLORIDA  CORPORATION
6200 HAZELTINE NATIONAL DRIVE
ORLANDO, FLORIDA  32822

**Chronology:**

**Filed:** JAN 13, 2000      **Serial Number:** 75-895,335
**Published For Opposition:** JUN 25, 2002
**Registered:** FEB 03, 2004    **Registration Number:** 2,810,928

**Ownership Details:**
**Registrant:**

CARGO CHARTERS INTERNATIONAL, INC.
FLORIDA  CORPORATION
6200 HAZELTINE NATIONAL DRIVE
ORLANDO, FLORIDA  32822

**Filing Correspondent:**

AVA K. DOPPELT

ALLEN DYER DOPPELT MILBRATH & GILCHRIST

255 SOUTH ORANGE AVE STE 1401

ORLANDO FL 32801

# RULU

**RULU**

**Status:** REGISTERED

> **USPTO Status:** REGISTERED
> **USPTO Status Date:** SEP 04, 2007

**Goods/Services:**

> **International Class 9:** DIGITAL AUDIO PLAYERS; DOWNLOADABLE MP3 FILES, MP3 RECORDINGS, ONLINE DISCUSSION BOARDS, WEB CASTS, POD CASTS, WEBINARS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROADCASTS; MEDIA PLAYERS; MP3 PLAYERS; MP4 PLAYERS; PORTABLE LISTENING DEVICES, NAMELY, MP3 PLAYERS; PORTABLE MEDIA PLAYERS
> **First Used:** SEP 01, 2006  (INTL. CL. 9)
> **In Commerce:** OCT 01, 2006

**Last Reported Owner:**

> USA111 INC.
> OHIO  CORPORATION
> 175TH SOUTH 3RD ST.
> 10TH FLOOR
> COLUMBUS, OHIO  43215

**Chronology:**

> **Filed:** NOV 28, 2006      **Serial Number:** 77-052,532
> **Published For Opposition:** JUN 19, 2007
> **Registered:** SEP 04, 2007    **Registration Number:** 3,287,664

**Ownership Details:**

**Registrant:**

> USA111 INC.
> OHIO  CORPORATION
> 175TH SOUTH 3RD ST.
> 10TH FLOOR
> COLUMBUS, OHIO  43215

**Filing Correspondent:**

> USA111 INC.
> 10TH FLOOR
> 175TH SOUTH 3RD ST.
> COLUMBUS, OH 43215

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 13, 2001

**Goods/Services:**
   **International Class 14:** WATCHES, JEWELRY AND PINS
   **First Used:** AUG 13, 2001  (INTL. CL. 14)
   **In Commerce:** AUG 13, 2001

**Last Reported Owner:**
   XULU ENTERTAINMENT INC.
   CALIFORNIA  CORPORATION
   653 RIVER OAKS PARKWAY
   SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |

| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** OCT 14, 1997          **Serial Number:** 75-372,282

**Published For Opposition:** MAY 19, 1998

**Registered:** NOV 13, 2001          **Registration Number:** 2,507,344

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CA 94104

ZULU TIME

**ZULU TIME**

 **Worldwide Filings = 3**

**Status:**     REGISTERED

> **USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
> ACKNOWLEDGED
> **USPTO Status Date:** NOV 09, 1994

**Goods/Services:**
> **International Class 14:** WATCHES
> **First Used:** NOV 25, 1987  (INTL. CL. 14)
> **In Commerce:** NOV 25, 1987

**Disclaimers:**
> ″TIME″

**Last Reported Owner:**
> TIMEX CORPORATION
> DELAWARE  CORPORATION
> PARK ROAD EXTENSION
> MIDDLEBURY, CONNECTICUT  06762

**Chronology:**
> **Filed:** MAR 14, 1988        **Serial Number:** 73-716,739
> **Published For Opposition:** AUG 23, 1988
> **Registered:** NOV 15, 1988        **Registration Number:** 1,512,614
> **Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
>                            SEC. 15 ACK.  NOV 09, 1994

**Ownership Details:**
**Registrant:**
> TIMEX CORPORATION
> DELAWARE  CORPORATION
> PARK ROAD EXTENSION
> MIDDLEBURY, CONNECTICUT  06762

**Filing Correspondent:**
> PAUL E. YESTRUMSKAS
> CHARLOTTE W. GODOWSKI
> TIMEX CORPORATION
> MIDDLEBURY, CT 06762-0310

ULU

US-221
**Group:** Four

XULU
ADVENTURERS'
CLUB

## XULU ADVENTURERS' CLUB

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 01, 2002

**Goods/Services:**
**International Class 14:** WATCHES, JEWELRY AND PINS, NAMELY, ORNAMENTAL PINS, LAPEL PINS, TIE PINS AND HAT PINS
**First Used:** AUG 24, 2001  (INTL. CL. 14)
**In Commerce:** AUG 24, 2001

**Last Reported Owner:**
XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |

| [XULU ADVENTURERS' CLUB](#) | USPTO | Page 636 |
| [XULU ADVENTURERS' CLUB](#) | USPTO | Page 638 |
| [XULU ADVENTURERS' CLUB](#) | Common Law | Page 1072 |
| [XULU ENTERTAINMENT](#) | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUL 08, 1997     **Serial Number:** 75-323,291

**Published For Opposition:** JUN 02, 1998

**Registered:** JAN 01, 2002     **Registration Number:** 2,525,365

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CA 94104-2878

XULU

**XULU**

 **Worldwide Filings = 1**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 21, 2002

**Goods/Services:**

**International Class 9:** MULTI-MEDIA AND VIRTUAL REALITY SOFTWARE IN THE FIELDS OF ACCOUNTING; ADVERTISING; ARCHITECTURE; ANIMAL TRAINING; AMUSEMENT PARKS; ART; DESIGN; ASTROLOGY; AUDIO BROADCASTING, RECORDING AND PRODUCTION; ANTHROPOLOGY; BOOKKEEPING; BUSINESS TECHNIQUES; BUNGEE JUMPING; BIOLOGY; CHEMISTRY; COMPUTERS; COMPUTER PROGRAMMING; COMPUTER SOFTWARE DESIGN; CINEMATOGRAPHY; COOKING; CONSTRUCTION; DATA PROCESSING; DENTISTRY; DESIGN; ECONOMICS; EDUCATION; ENTERTAINMENT; ENGINEERING; EXPLORATION; EXCAVATION; FARMING; FINANCING; FILM PRODUCTION, DEVELOPING AND PROCESSING; FLIGHT SIMULATION; GAMES; GEOLOGY; GARDENING; GRAPHIC DESIGN; HEALTH CARE; HISTORY; HORTICULTURE; HOTEL MANAGEMENT; INDUSTRIAL DESIGN; LANDSCAPE DESIGN; MEDICINE; MATHEMATICS; MERCHANDISING; MECHANICS; MANAGEMENT; MILITARY TRAINING; MINING; MOUNTAIN CLIMBING; MUSIC; NUTRITION; OPTOMETRY; PAINTING; PHYSICS; PRINTING; PSYCHOLOGY; PHYSICAL THERAPY; PARACHUTING; PHOTOGRAPHY; PUBLISHING; RADIO AND TELEVISION BROADCASTING, PROGRAMMING, PRODUCTION AND COMMUNICATION; REAL ESTATE; RACECAR DRIVING; SKIING; SURFING; SCUBA DIVING; SURGERY; SALES; STATISTICS; SCIENCE; SOFTWARE DESIGN; SOUND RECORDINGS; SPORTS; SURVEYING; TECHNOLOGY; TAILORING; TELEMARKETING; TOURISM; TEACHING; TRAVEL; VIDEO BROADCASTING; WATER SPORTS; COMPUTER AND VIDEO GAME SOFTWARE; COMPUTER AND VIDEO GAME HARDWARE INCLUDING WIRELESS HEADSETS, PERSONAL DIGITAL ASSISTANTS, COMPUTERS, INPUT DEVICES, GRAPHIC DISPLAYS, FLAT PANEL DEVICES, GOGGLES AND ELECTRONIC GLASSES, ELECTRONIC GLOVES, VIDEO CAMERAS, JOYSTICKS, ELECTRONIC WHITEBOARDS; GLOBAL COMMUNICATIONS NETWORK GAMES AND DOWNLOADABLE COMPUTER GAME PROGRAMS
**First Used:** NOV 09, 2001  (INTL. CL. 9)
**In Commerce:** NOV 09, 2001

**Last Reported Owner:**

> XULU ENTERTAINMENT INC.
> CALIFORNIA CORPORATION
> 653 RIVER OAKS PARKWAY
> SAN JOSE, CALIFORNIA 95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

> **Filed:** JUN 06, 1997      **Serial Number:** 75-304,736
> **Published For Opposition:** AUG 18, 1998
> **Registered:** MAY 21, 2002      **Registration Number:** 2,571,697

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CALIFORNIA 94104-2878



### RULU

**Status:**   PENDING
INTENT TO USE
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** APPROVAL FOR PUBLICATION
**USPTO Status Date:** AUG 21, 2007

**Goods/Services:**

**International Class 20:** DRAPERY HARDWARE, NAMELY TRAVERSE RODS, POLES, CURTAIN HOOKS, CURTAIN RODS AND FINIALS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; DECORATIVE BEAD CURTAINS; SHOWER CURTAIN RINGS; SHOWER CURTAIN RODS; PILLOWS; NON-METAL WINDOW TRIMS

**International Class 24:** DRAPERIES; DRAPERIES; DRAPERY; FABRIC WINDOW COVERINGS AND TREATMENTS, NAMELY CURTAINS, DRAPERIES, SHEERS, SWAGS AND VALANCES; FABRIC WINDOW COVERINGS AND TREATMENTS, NAMELY, DRAPERY; CURTAIN FABRIC; CURTAIN LOOPS OF TEXTILE MATERIAL; CURTAINS; CURTAINS MADE OF TEXTILE FABRICS; NET CURTAINS; SHOWER CURTAINS; SHOWER ROOM CURTAINS; WINDOW CURTAINS; PILLOW COVERS; TEXTILE GOODS, NAMELY, A SYNTHETIC SHEET WITH FRAGRANCE FOR THE PURPOSE OF INSERTING INTO PILLOW SLIP AND UNDER FITTED SHEET TO EMIT FRAGRANCE

**First Used:** MAY 01, 2006  (INTL. CL. 20)
**In Commerce:** MAY 01, 2006

**Last Reported Owner:**

INDIA HOUSE BRASS, INC.
GEORGIA  CORPORATION
1900 SIGMAN RD
CONYERS, GEORGIA  30012

**Chronology:**

**Filed:** MAY 07, 2007          **Serial Number:** 77-174,541

**Ownership Details:**

**Applicant:**

INDIA HOUSE BRASS, INC.
GEORGIA  CORPORATION
1900 SIGMAN RD
CONYERS, GEORGIA  30012

**Design Phrase:**

THE MARK CONSISTS OF STYLISED 'RULU' IN THE FORM OF
SIGNATURE.

**Filing Correspondent:**

INDIA HOUSE BRASS, INC.

1900 SIGMAN RD NW

CONYERS, GA 30012-3458

SULU

**SULU**

**Status:**    RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** APR 14, 2007

**Goods/Services:**

**International Class 21:** DECORATIVE PLATES

**First Used:** DEC 18, 1984  (INTL. CL. 21)

**In Commerce:** DEC 18, 1984

**Last Reported Owner:**

CBS STUDIOS INC.

DELAWARE  CORPORATION

51 WEST 52ND STREET

NEW YORK, NEW YORK  10019

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| SULU'S ORIGINAL SPICY ASIAN WING SAUCE OFFICIAL WING SAUCE OF THE UNITED FEDERATION OF PLANETS | USPTO | Page 650 |

**Chronology:**

**Filed:** JUL 02, 1987        **Serial Number:** 73-669,862

**Published For Opposition:** NOV 03, 1987

**Registered:** JAN 26, 1988      **Registration Number:** 1,474,224

**Affidavit Section:**    REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED  APR 14, 2007

REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.

JUN 25, 1993

**Last Renewed:** JAN 26, 2008

**Ownership Details:**

**Registrant:**

PARAMOUNT PICTURES CORPORATION

DELAWARE  CORPORATION

ONE GULF+WESTERN PLAZA

NEW YORK, NEW YORK  10023-7780

**Assignee**

CBS STUDIOS INC.

DELAWARE CORPORATION

51 WEST 52ND STREET

NEW YORK, NEW YORK, 10019

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 03, 2007
**Reel/Frame:** 3454/0006
**Correspondent:**
MALLORY LEVITT
51 WEST 52ND STREET
NEW YORK, NY 10019

**Filing Correspondent:**

SUSAN L. COHEN

MALLORY LEVITT

CBS

51 WEST 52ND STREET

NEW YORK NY 10019

**Assignor**

PARAMOUNT PICTURES

CORPORATION

DELAWARE CORPORATION

**Signed:** NOV 15, 2006

XULU
ENTERTAINMENT

**XULU ENTERTAINMENT**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 25, 2001

**Goods/Services:**
**International Class 16:** SERIES OF BOOKS; COMIC BOOKS;
MAGAZINES IN THE FIELDS OF ENTERTAINMENT, EDUCATION AND
ELECTRONICS
**First Used:** AUG 24, 2001  (INTL. CL. 16)
**In Commerce:** AUG 24, 2001

**Disclaimers:**
″ENTERTAINMENT″

**Last Reported Owner:**
XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |

| | | |
|---|---|---|
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** OCT 14, 1997    **Serial Number:** 75-372,281

**Published For Opposition:** JUN 02, 1998

**Registered:** DEC 25, 2001    **Registration Number:** 2,522,934

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CA 94104-2878

ZULU

**ZULU**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 27, 2003
**Goods/Services:**
**International Class 21:** CUPS MADE OF PLASTIC
**First Used:** JAN 02, 1988  (INTL. CL. 21)
**In Commerce:** JAN 02, 1988
**Last Reported Owner:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZULU | USPTO | Page 474 |
| ZULU | USPTO | Page 500 |
| ZULU | USPTO | Page 503 |
| ZULU | USPTO | Page 506 |
| ZULU WARRIOR | USPTO | Page 632 |
| ZULU | State | Page 850 |

**Chronology:**
**Filed:** AUG 12, 2002        **Serial Number:** 76-441,862
**Published For Opposition:** MAR 04, 2003
**Registered:** MAY 27, 2003    **Registration Number:** 2,719,315

**Ownership Details:**
**Registrant:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119
**Filing Correspondent:**
MARIE BREAUX
MILLING BENSON WOODWARD LLP
SUITE 2300
909 POYDRAS STREET
NEW ORLEANS LA 70112

# AZULU

**AZULU**

**Status:**     PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** APPROVAL FOR PUBLICATION

**USPTO Status Date:** AUG 02, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, HATS, LONG PANTS, CAPRI PANTS, SHORTS, BERMUDA SHORTS, SKIRTS, MINI-SKIRTS, T-SHIRTS, SHIRTS, GUAYABERAS, BLOUSES, UNDERWEAR, SWEATERS, PULLOVERS, BLAZER, JACKETS, BLAZERS, BATHING SUITS, HOSIERY, SOCKS, JEANS, BUSTIERS, AND TIES

**First Used:** OCT 2005  (INTL. CL. 25)

**In Commerce:** OCT 2005

**Last Reported Owner:**

SROUR, MARK

UNITED STATES  INDIVIDUAL

701 19333 COLLINS AVE

SUNNY ISLES, FLORIDA  33160

**Chronology:**

**Filed:** OCT 13, 2006          **Serial Number:** 77-020,499

**Ownership Details:**

**Applicant:**

SROUR, MARK

UNITED STATES  INDIVIDUAL

701 19333 COLLINS AVE

SUNNY ISLES, FLORIDA  33160

**Filing Correspondent:**

CHRISTOPHER J. DAY

LAW OFFICE OF CHRISTOPHER DAY

301 E BETHANY HOME RD STE A213

PHOENIX, AZ 85012-1287

XULU
ADVENTURERS'
CLUB

## XULU ADVENTURERS' CLUB

**Status:**      REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 13, 2001

**Goods/Services:**
International Class 16:  SERIES OF BOOKS; COMIC BOOKS;
MAGAZINES IN THE FIELDS OF ENTERTAINMENT, EDUCATION AND
ELECTRONICS
**First Used:** AUG 13, 2001  (INTL. CL. 16)
**In Commerce:** AUG 13, 2001

**Disclaimers:**
″CLUB″

**Last Reported Owner:**
XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |

| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

## Chronology:

**Filed:** JUL 08, 1997      **Serial Number:** 75-323,290

**Published For Opposition:** MAY 19, 1998

**Registered:** NOV 13, 2001      **Registration Number:** 2,507,326

## Ownership Details:
## Registrant:

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

## Filing Correspondent:

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CA 94101-2878



**KULU Translation:**

THE ENGLISH TRANSLATION OF THE WORD ″KULU″ IN THE MARK IS ″SEED″ OR ″NEW BEGINNING″.

**Status:**      REGISTERED

44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 19, 2006

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, TRACK SUITS, TRACK SUIT TOPS, TRACK SUIT TROUSERS; T-SHIRTS, SHIRTS, BLOUSES, SHORTS, SWIMWEAR, VESTS, SWEATERS, TIGHTS; JACKETS, TROUSERS, DRESSES, SKIRTS, SARONGS, SKI WEAR, SCARVES, STOCKINGS AND SOCKS; HEADGEAR, NAMELY, HATS AND CAPS; BELTS FOR CLOTHING; BRACES; WAIST BANDS; FOOTWEAR INCLUDING SHOES, BOOTS, SANDALS, SNEAKERS; SKI SUITS; SPECIAL SPORTING FOOTWEAR

**Last Reported Owner:**

PRINT 'N' WEAR PTY LTD
AUSTRALIA  COMPANY
42 LEONARD PARADE
CURRUMBIN WATER, QUEENSLAND, AUSTRALIA  4223

**We Have Located Other Marks With This Owner**

KULU ATOLL                              USPTO              Page 477

**Chronology:**

**Filed:** AUG 17, 2005        **Serial Number:** 78-694,862
**Published For Opposition:** OCT 03, 2006
**Registered:** DEC 19, 2006      **Registration Number:** 3,186,172

**Ownership Details:**

**Registrant:**

PRINT 'N' WEAR PTY LTD
AUSTRALIA  COMPANY
42 LEONARD PARADE
CURRUMBIN WATER, QUEENSLAND, AUSTRALIA  4223

**Non-U.S. Registration Claimed:** 775185
**Non-U.S. Registration Date:** OCT 09, 1998
**Non-U.S. Registration Country:** AUSTRALIA
**Other U.S. Registrations:** 2,383,578

**Filing Correspondent:**

      MICHAEL J. MACDERMOTT

      CHRISTIE, PARKER & HALE, LLP

      PO BOX 7068

      PASADENA, CA 91109-7068

**Domestic Representative:** MICHAEL J. MACDERMOTT

THE HONOLULU ADVERTISER

## THE HONOLULU ADVERTISER

**Status:**     REGISTERED
                SECTION 2(F)

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 18, 2006

**Goods/Services:**
**International Class 16:** NEWSPAPERS FOR GENERAL
CIRCULATION CONTAINING TOPICS OF GENERAL INTEREST
**First Used:** 1921 (INTL. CL. 16)
**In Commerce:** 1921

**Last Reported Owner:**
GANNETT CO., INC.
DELAWARE CORPORATION
7950 JONES BRANCH DRIVE
MCLEAN, VIRGINIA 22107

**We Have Located Other Marks With This Owner**

THE HONOLULU ADVERTISER          State          Page 889

**Chronology:**
**Filed:** JAN 21, 2005          **Serial Number:** 76-628,478
**Published For Opposition:** APR 25, 2006
**Registered:** JUL 18, 2006          **Registration Number:** 3,115,782

**Ownership Details:**
**Registrant:**
GANNETT CO., INC.
DELAWARE CORPORATION
7950 JONES BRANCH DRIVE
MCLEAN, VIRGINIA 22107

**Filing Correspondent:**
SUZANNE M. UNDERWALD
DOW, LOHNES & ALBERTSON, PLLC
1200 NEW HAMPSHIRE AVE NW STE 800
WASHINGTON, DC 20036-6800



## THE EXAMINER. HONOLULU

**Status:**    PUBLISHED

INTENT TO USE

**USPTO Status:** FIRST EXTENSION - GRANTED

**USPTO Status Date:** AUG 03, 2007

**Goods/Services:**

**International Class 16:** GENERAL CIRCULATION NEWSPAPER

**Disclaimers:**

″HONOLULU″

**Last Reported Owner:**

CLARITY MEDIA GROUP, INC.

DELAWARE  CORPORATION

555 17TH STREET

SUITE 3320

DENVER, COLORADO  80202

**We Have Located Other Marks With This Owner**

[THE EXAMINER. HONOLULU](#)        USPTO        Page 450

**Chronology:**

**Filed:** OCT 28, 2004      **Serial Number:** 78-507,972

**Published For Opposition:** NOV 14, 2006

**Ownership Details:**

**Applicant:**

CLARITY MEDIA GROUP, INC.

DELAWARE  CORPORATION

555 17TH STREET

SUITE 3320

DENVER, COLORADO  80202

**Filing Correspondent:**

LYNN P. HENDRIX

HOLME ROBERTS & OWEN LLP

1700 LINCOLN ST STE 4100

DENVER CO 80203-4541

**THE EXAMINER. HONOLULU**

# THE EXAMINER. HONOLULU

**Status:**     PUBLISHED
            INTENT TO USE

            **USPTO Status:** SECOND EXTENSION - GRANTED
            **USPTO Status Date:** JUL 16, 2007

**Goods/Services:**
            **International Class 16:**  GENERAL CIRCULATION NEWSPAPER
**Disclaimers:**
            ″HONOLULU″
**Last Reported Owner:**
            CLARITY MEDIA GROUP, INC.
            DELAWARE  CORPORATION
            555 17TH STREET
            SUITE 3320
            DENVER, COLORADO  80202

            **We Have Located Other Marks With This Owner**
            THE EXAMINER. HONOLULU          USPTO          Page 449

**Chronology:**
            **Filed:** OCT 28, 2004          **Serial Number:** 78-507,976
            **Published For Opposition:** MAY 02, 2006

**Ownership Details:**
**Applicant:**
            CLARITY MEDIA GROUP, INC.
            DELAWARE  CORPORATION
            555 17TH STREET
            SUITE 3320
            DENVER, COLORADO  80202
**Filing Correspondent:**
            LYNN P. HENDRIX
            HOLME ROBERTS & OWEN LLP
            1700 LINCOLN ST STE 4100
            DENVER CO 80203-4541

**ZULU**

ZULU

**Status:**    PUBLISHED

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION

**USPTO Status Date:** SEP 04, 2007

**Goods/Services:**

**International Class 9:** DOWNLOADABLE TIME TRACKING

SOFTWARE

**First Used:** MAR 08, 2001  (INTL. CL. 9)

**In Commerce:** MAR 08, 2001

**Last Reported Owner:**

ROBERT F. ELSE

UNITED STATES  INDIVIDUAL

1914 SANTA BARBARA STREET

SANTA BARBARA, CALIFORNIA  93101

**Chronology:**

**Filed:** SEP 14, 2004        **Serial Number:** 78-483,584

**Published For Opposition:** SEP 04, 2007

**Ownership Details:**

**Applicant:**

ROBERT F. ELSE

UNITED STATES  INDIVIDUAL

1914 SANTA BARBARA STREET

SANTA BARBARA, CALIFORNIA  93101

**Filing Correspondent:**

VICTORIA CARVER

CARVER LAW

PO BOX 1497

SANTA BARBARA CA 93102

OAHU REVEALED THE
ULTIMATE GUIDE TO
HONOLULU, WAIKIKI & BEYOND

## OAHU REVEALED THE ULTIMATE GUIDE TO HONOLULU, WAIKIKI & BEYOND

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 22, 2006

**Goods/Services:**
International Class 16:  TRAVEL GUIDEBOOKS
**First Used:** OCT 31, 2004  (INTL. CL. 16)
**In Commerce:** OCT 31, 2004

**Disclaimers:**
"OAHU ULTIMATE GUIDE TO HONOLULU WAIKIKI"

**Last Reported Owner:**
WIZARD PUBLICATIONS, INC.
HAWAII  CORPORATION
POST OFFICE BOX 991
LIHU'E, HAWAII  96766-0991

**Chronology:**
**Filed:** APR 21, 2004    **Serial Number:** 76-587,738
**Published For Opposition:** SEP 27, 2005
**Registered:** AUG 22, 2006    **Registration Number:** 3,133,485

**Ownership Details:**
**Registrant:**
WIZARD PUBLICATIONS, INC.
HAWAII  CORPORATION
POST OFFICE BOX 991
LIHU'E, HAWAII  96766-0991

**Filing Correspondent:**
ROBERT CARSON GODBEY
GODBEY GRIFFITHS REISS
SUITE 2300, PAUAHI TOWER
1001 BISHOP STREET
HONOLULU, HAWAII 96813

# HULU

**HULU**

**Status:**   PENDING
INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** AUG 27, 2007

**Goods/Services:**

**International Class 9:**  RECORDABLE AND PRE-RECORDED MEDIA,
NAMELY, DVDS, CDS, MUSIC VIDEO INTERACTIVE DISCS (MVIS),
VIDEO AND AUDIO CASSETTES, LASER DISCS; DIGITAL MEDIA,
NAMELY, STREAMING OR DOWNLOADABLE AUDIO-VISUAL
CONTENT IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS,
COMEDY, DRAMA, MUSIC, AND MUSIC VIDEOS; COMPUTER
SOFTWARE, NAMELY, DOWNLOADABLE PLAYERS FOR AUDIO-
VISUAL CONTENT, SOFTWARE TOOLS FOR EDITING OF AUDIO-
VISUAL CONTENT, VIDEO SEARCH AND ANNOTATION SOFTWARE,
CONTENT PROTECTION SOFTWARE, AD TRACKING AND
OPTIMIZATION SOFTWARE, VIDEO GAME SOFTWARE,
INTERACTIVE GAME PROGRAMS, SOFTWARE PLATFORM FOR
PROVIDING PROGRAMMATIC INTERFACES FOR THIRD PARTIES
TO ACCESS WEBSITE CONTENT AND DATA

**International Class 16:**  ADDRESS BOOKS; APPOINTMENT BOOKS;
PENS; BINDERS; BOOKMARKS; BOOKS, MAGAZINES,
NEWSLETTERS, AND PERIODICALS IN THE FIELDS OF GENERAL
ENTERTAINMENT, NEWS, MUSIC, FILMS, TELEVISION, AND
SPORTS; BUMPER STICKERS; CALENDARS; STATIONERY; GIFT
CARDS; GIFT WRAPPING PAPER; GLOBES; GREETING CARDS;
GUEST BOOKS; MAPS; MEMO PADS; MODELING CLAY;
NEWSPAPERS; NOTE PAPER; NOTEBOOKS; NOTEBOOK PAPER;
PAPER TABLEWARE; PENCILS; PEN AND PENCIL CASES
PHOTOGRAPH ALBUMS; POSTERS; WRITING PAPER; WRITING
IMPLEMENTS

**International Class 18:**  ALL PURPOSE SPORT BAGS; ATHLETIC
BAGS; BACKPACKS; BEACH BAGS; BOOK BAGS; CALLING CARD
CASES; CHANGE PURSES; COIN PURSES; DUFFEL BAGS; GYM
BAGS; HANDBAGS; KNAPSACKS; KEY CASES; LEATHER KEY
CHAINS; LUGGAGE TAGS; OVERNIGHT BAGS; PURSES;
SATCHELS; TEXTILE, MESH, AND LEATHER SHOPPING BAGS;
TOTE BAGS; UMBRELLAS; WALLETS

**International Class 25:**  CLOTHING, NAMELY, BANDANAS,
BEACHWEAR, BELTS, COATS, DRESSES, FOOTWEAR, GLOVES,
HOSIERY, JACKETS, JEANS, JERSEYS, KERCHIEFS, SLEEPWEAR,
PANTS, PANTY HOSE, RAINWEAR, ROBES, SCARVES, SHORTS,

SHIRTS, SLIPPERS, SWEATERS, SWEAT PANTS, SWEATSHIRTS, SWIMSUITS, TANK TOPS, T-SHIRTS, UNDERWEAR, VESTS, WRIST BANDS; FOOTWEAR; HEADWEAR, NAMELY, HATS, CAPS, VISORS, HEADBANDS

**International Class 28:** ACTION SKILL GAMES; ARCADE GAMES; BOARD GAMES; CARD GAMES; BALLS; BALLOONS; MANIPULATIVE GAMES; PLAYING CARDS; VIDEO GAMES; INTERACTIVE GAMES; TOYS AND PLAYTHINGS; SPORTS EQUIPMENT

**International Class 35:** BUSINESS-TO-BUSINESS ADVERTISING; ONLINE BANNER ADVERTISING AND MARKETING SERVICES; ONLINE RETAIL SERVICES FEATURING STREAMING OR DOWNLO ADABLE AUDIO-VISUAL CONTENT IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY, DRAMA, MUSIC, AND MUSIC VIDEOS

**International Class 38:** BROADCASTING AND STREAMING OF AUDIO-VISUAL CONTENT IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY, DRAMA, MUSIC, AND MUSIC VIDEOS VIA A GLOBAL COMPUTER NETWORK; TRANSMISSION OF DOWNLOADABLE AUDIO-VISUAL CONTENT IN THE NATURE OF FULL-LENGTH, PARTIAL-LENGTH, AND CLIPS FROM MOTION PICTURES, TELEVISION PROGRAMMING, VIDEOS, MUSIC VIDEOS, AND MUSIC; TRANSMISSION OF VIDEO AND INTERACTIVE GAMES; PODCASTING AND WEBCASTING SERVICES; ONLINE FORUMS, CHAT ROOMS, LISTSERVS AND BLOGS OVER THE INTERNET; PROVIDING ONLINE ELECTRONIC BULLETIN BOARDS FOR TRANS MISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; WEB MESSAGING SERVICES; VIDEO-ON-DEMAND TRANSMISSION SERVICES

**International Class 41:** EDUCATION AND ENTERTAINMENT SERVICES, NAMELY ONLINE SERVICES PROVIDING AUDIO-VISUAL CONTENT IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY, DRAMA, MUSIC, AND MUSIC VIDEOS; PROVIDING INTERACTIVE ONLINE GAMES; PROVIDING ONLINE INFORMATION VIA A GLOBAL COMPUTER NETWORK ON THE SUBJECTS OF MOTION PICTURES, TELEVISION PROGRAMMING, VIDEOS, MUSIC VIDEOS, AND MUSIC; PROVIDING ONLINE INTERACTIVE RESOURCE AND PROGRAMMING GUIDES ON THE SUBJECTS OF MOTION PICTURES, TELEVISION PROGRAMMING, VIDEOS, MUSIC VIDEOS, AND MUSIC; ELECTRONIC PUBLISHING SERVICES, NAMELY PUBLICATION OF TEXT, GRAPHICS, PHOTOGRAPHS, IMAGES, AND AUDIO-VISUAL WORK OF OTHERS; ONLINE ELECTRONIC PUBLISHING SERVICES, NAMELY PUBLICATION OF AUDIO-VISUAL CONTENT OF OTHERS; ONLINE; PRODUCTION, DISTRIBUTION, AND RENTAL OF AUDIO-VISUAL WORKS IN THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY, DRAMA,

MUSIC, AND MUSIC VIDEOS; RENTAL OF VIDEO GAMES;
PRODUCTION OF VIDEO AND COMPUTER GAME SOFTWARE
**International Class 42:** COMPUTER SERVICES, NAMELY,
PROVIDING A WEBSITE FEATURING AUDIO-VISUAL CONTENT IN
THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY,
DRAMA, MUSIC, AND MUSIC VIDEOS; PROVIDING A WEBSITE
FEATURING VIDEO AND INTERACTIVE GAMES; HOSTING OF
DIGITAL CONTENT ON THE INTERNET; HOSTING AND MAINTAINING
AN ONLINE COMMUNITY FEATURING AUDIO-VISUAL CONTENT IN
THE FIELDS OF NEWS, ENTERTAINMENT, SPORTS, COMEDY,
DRAMA, MUSIC, AND MUSIC VIDEOS; PROVIDING PROGRAMMATIC
INTERFACES FOR THIRD PARTIES TO ACCESS WEBSITE
CONTENT AND DATA

**Last Reported Owner:**

N-F NEWSITE, LLC
DELAWARE  LIMITED LIABILITY CO.
12312 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA  90064

**Chronology:**

**Filed:** AUG 22, 2007          **Serial Number:** 77-261,931

**Ownership Details:**

**Applicant:**

N-F NEWSITE, LLC
DELAWARE  LIMITED LIABILITY CO.
12312 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA  90064

**Filing Correspondent:**

CURTIS KRECHEVSKY
CANTOR COLBURN LLP
55 GRIFFIN RD S
BLOOMFIELD, CT 06002-1353

# MOSHULU

**MOSHULU**

 **Worldwide Filings = 1**

**Status:**     PUBLISHED

INTENT TO USE

44(E) APPLICATION - CURRENT

**USPTO Status:** NOTICE OF ALLOWANCE - ISSUED

**USPTO Status Date:** JUN 12, 2007

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, HATS, CAPS, GLOVES AND SCARVES; FOOTWEAR

**Last Reported Owner:**

COASTGUARD ROAD LIMITED

UNITED KINGDOM  CORPORATION

DEVON ROAD, HEATHPARK

HONITON, UNITED KINGDOM  EX14 1SD

**Chronology:**

**Filed:** OCT 27, 2005        **Serial Number:** 78-741,545

**Published For Opposition:** MAR 20, 2007

**Ownership Details:**

**Applicant:**

COASTGUARD ROAD LIMITED

UNITED KINGDOM  CORPORATION

DEVON ROAD, HEATHPARK

HONITON, UNITED KINGDOM  EX14 1SD

**Non-U.S. Registration Claimed:** 2105138

**Non-U.S. Registration Date:** JAN 03, 1997

**Non-U.S. Registration Country:** UNITED KINGDOM

**Non-U.S. Renewal Claimed:** 2105138

**Non-U.S. Renewal Date:** JUL 12, 2006

**Non-U.S. Renewal Expires:** JUL 12, 2016

**Non-U.S. Renewal Country:** UNITED KINGDOM

**Filing Correspondent:**

JOHN C. CAIN

WONG, CABELLO, LUTSCH, RUTHERFORD & BRUC

SUITE 600

20333 SH 249
HOUSTON, TX 77070



### SULU

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 28, 2006

**Goods/Services:**

**International Class 25:** CLOTHES, NAMELY SHIRTS, TOPS, TUNICS, SKIRTS AND DRESSES, TROUSERS, SHORTS, SHAWLS AND WRAPS
**First Used:** OCT 19, 2004  (INTL. CL. 25)
**In Commerce:** DEC 13, 2004

**Last Reported Owner:**

G. L. GRANT & COMPANY, LLC
**Composed Of:** GARDNER L GRANT JR - USA SULABHA H GRANT - USA
CONNECTICUT  LIMITED LIABILITY CO.
7 SUNNYSIDE LANE
WESTPORT, CONNECTICUT  06880

**Chronology:**

**Filed:** MAR 11, 2005        **Serial Number:** 78-585,449
**Published For Opposition:** DEC 06, 2005
**Registered:** FEB 28, 2006      **Registration Number:** 3,063,511

**Ownership Details:**

**Registrant:**

G. L. GRANT & COMPANY, LLC
**Composed Of:** GARDNER L GRANT JR - USA SULABHA H GRANT - USA
CONNECTICUT  LIMITED LIABILITY CO.
7 SUNNYSIDE LANE
WESTPORT, CONNECTICUT  06880

**Filing Correspondent:**

G. L. GRANT & COMPANY, LLC
7 SUNNYSIDE LN
WESTPORT, CT 06880-1711

**UZULU**

UZULU

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 21, 2006

**Goods/Services:**

**International Class 25:** FOOTWEAR, NAMELY, SHOES, BOOTS,
SANDALS, SLIPPERS, SNEAKERS, BEACH SHOES, GALOSHES,
GYMNASTIC SHOES, HALF BOOTS, SKI BOOTS, ATHLETIC SHOES
**First Used:** JAN 27, 2005  (INTL. CL. 25)
**In Commerce:** JAN 27, 2005

**Last Reported Owner:**

PALM FOOTWEAR MANUFACTURERS (PTY) LTD.
SOUTH AFRICA  CORPORATION
16 RANA ROAD, ISIPINGO
DURBAN, KWAZULU-NATAL, SOUTH AFRICA

**Chronology:**

**Filed:** NOV 01, 2004        **Serial Number:** 78-509,173
**Published For Opposition:** JAN 31, 2006
**Registered:** NOV 21, 2006      **Registration Number:** 3,175,062

**Ownership Details:**

**Registrant:**

PALM FOOTWEAR MANUFACTURERS (PTY) LTD.
SOUTH AFRICA  CORPORATION
16 RANA ROAD, ISIPINGO
DURBAN, KWAZULU-NATAL, SOUTH AFRICA

**Filing Correspondent:**

GERALD R. THOMPSON
THOMPSON & THOMPSON, P.C.
SUITE 205
39555 ORCHARD HILL PLACE
NOVI, MI 48375

**Domestic Representative:** GERALD R. THOMPSON

# XULU

**XULU**

 **Worldwide Filings = 1**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 28, 2002

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, POLO SHIRTS, ATHLETIC UNIFORMS, JACKETS, COATS, HATS, CAPS, SUN VISORS, SHORTS, PANTS, JEANS, SKIRTS, DRESSES, LINGERIE, UNDERWEAR, BEACHWEAR, BATHING SUITS, RAINWEAR, PAJAMAS, ROBES, TIES, BELTS, SCARVES, GLOVES, MITTENS, SOCKS, HOSIERY, SHOES, ATHLETIC FOOTWEAR, AND COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH

**First Used:** OCT 18, 2001  (INTL. CL. 25)
**In Commerce:** OCT 19, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUN 06, 1997     **Serial Number:** 75-304,737

**Published For Opposition:** AUG 18, 1998

**Registered:** MAY 28, 2002     **Registration Number:** 2,574,000

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH STREET

SAN FRANCISCO CA 94104-2878



### ZULULU

 **Worldwide Filings = 3**

**Status:**    REGISTERED

44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 10, 2002

**Goods/Services:**

**International Class 25:** CAPS, HATS, KNITTED HATS, KNITTED BEANIES, KNITTED MITTENS, KNITTED GLOVES, KNITTED PULL-OVERS, KNITTED JERSEYS, KNITTED CARDIGANS, SOCKS, TRACK SUITS, SPORTSWEAR, SWEATSHIRTS, T-SHIRTS, SHORTS, PANTS, SWIM TRUNKS, JACKETS, BUTTON-DOWN SHIRTS, POLO SHIRTS, SHIRTS, FOOTWEAR

**Last Reported Owner:**

ZULULU LTD
NEW ZEALAND  PROPRIETARY COMPANY
6TH FLOOR, 130 BROADWAY
NEWMARKET, AUCKLAND, NEW ZEALAND

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZULULU | USPTO | Page 370 |
| ZULULU | USPTO | Page 375 |

**Chronology:**

**Filed:** MAR 17, 2000    **Serial Number:** 76-002,596
**Published For Opposition:** JUN 18, 2002
**Registered:** SEP 10, 2002    **Registration Number:** 2,616,438

**Ownership Details:**
**Registrant:**

ZULULU LTD
NEW ZEALAND  PROPRIETARY COMPANY
6TH FLOOR, 130 BROADWAY
NEWMARKET, AUCKLAND, NEW ZEALAND

**Non-U.S. Registration Claimed:** 703,392
**Non-U.S. Registration Date:** FEB 28, 1996
**Non-U.S. Registration Country:** AUSTRALIA

**Filing Correspondent:**

MARK I PEROFF
TRADEMARK & PATENT COUNSELORS
915 BROADWAY-19TH FLOOR
NEW YORK NEW YORK 10010

**Domestic Representative:** TRADEMARK & PATENT COUNSELORS OF
AMERICA PC

**AZULU**

azulu

**Status:**     PUBLISHED
          INTENT TO USE

          **USPTO Status:** THIRD EXTENSION - GRANTED
          **USPTO Status Date:** JUL 24, 2007

**Goods/Services:**
          **International Class 35:** RETAIL STORE AND WHOLESALE
          DISTRIBUTORSHIP SERVICES IN THE FIELD OF CLOTHING

**Last Reported Owner:**
          MARK SROUR
          UNITED STATES  INDIVIDUAL
          19333 COLLINS AVE
          701
          SUNNY ISLES, FLORIDA  33160

**Chronology:**
          **Filed:** JUN 16, 2004          **Serial Number:** 78-435,917
          **Published For Opposition:** NOV 01, 2005
          **Date Revived/Reinstated:** AUG 17, 2006

**Ownership Details:**
**Applicant:**
          MARK SROUR
          UNITED STATES  INDIVIDUAL
          19333 COLLINS AVE
          701
          SUNNY ISLES, FLORIDA  33160

**Filing Correspondent:**
          CHRISTOPHER J. DAY
          LAW OFFICE OF CHRISTOPHER DAY
          301 EAST BETHANY HOME ROAD, SUITE A-213
          PHOENIX AZ 85012

# CAMELULU

**CAMELULU**

**Status:**      PENDING
              INTENT TO USE

              **USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
              ASSIGNED TO EXAMINER
              **USPTO Status Date:** AUG 07, 2007

**Goods/Services:**
              **International Class 28:** PARLOR GAMES

**Last Reported Owner:**
              HASBRO, INC.
              RHODE ISLAND  CORPORATION
              1027 NEWPORT AVENUE
              PAWTUCKET, RHODE ISLAND  02862


**Chronology:**
              **Filed:** AUG 02, 2007        **Serial Number:** 76-680,281


**Ownership Details:**
**Applicant:**
              HASBRO, INC.
              RHODE ISLAND  CORPORATION
              1027 NEWPORT AVENUE
              PAWTUCKET, RHODE ISLAND  02862

**Filing Correspondent:**
              KURT R. BENSON
              PAUL N. VANASSE
              HASBRO, INC.
              1027 NEWPORT AVENUE
              PAWTUCKET, RI 02862

**HULU**



 **Worldwide Filings = 1**

**Translation:**

THE ENGLISH TRANSLATION OF ″HULU″ IS GOURD.

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 01, 2007

**Goods/Services:**

**International Class 29:** MEAT; FISH; SHELLFISH; POULTRY; GAME; EXTRACTS OF MEAT, FISH, POULTRY AND GAME; BOTTLED, CANNED, PRESERVED, DRIED, COOKED AND FROZEN FRUITS AND VEGETABLES; JELLIES; EGGS; MILK; MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; MILK BEVERAGES WITH HIGH MILK CONTENT; MARGARINE; EDIBLE OILS AND FATS; FRUIT PRESERVES; SOUPS; PROCESSED VEGETABLES AND FRUITS; FROZEN MEALS CONSISTING PRIMARILY OF MEAT, FISH, POULTRY OR VEGETABLES
**First Used:** JUN 30, 2005  (INTL. CL. 29)
**In Commerce:** JUN 30, 2005

**Last Reported Owner:**

OCTA FOODS COMPANY LIMITED
THAILAND  CORPORATION
RAMA 3 ROAD BANGKLO, BANGKOLAEM
2534/50-53 SOI RAJ-UTHIT 1
BANGKOK, THAILAND  10120

**Chronology:**

**Filed:** NOV 10, 2005        **Serial Number:** 76-650,104
**Published For Opposition:** FEB 13, 2007
**Registered:** MAY 01, 2007    **Registration Number:** 3,235,600

**Ownership Details:**
**Registrant:**

OCTA FOODS COMPANY LIMITED
THAILAND  CORPORATION
RAMA 3 ROAD BANGKLO, BANGKOLAEM
2534/50-53 SOI RAJ-UTHIT 1
BANGKOK, THAILAND  10120

**Filing Correspondent:**

ANTHONY P. DELIO
DELIO & PETERSON, LLC
121 WHITNEY AVE

NEW HAVEN, CT 06510-1242

**Domestic Representative:** DELIO & PETERSON, LLC



**TRULULU**

  **Worldwide Filings = 5**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 19, 2005

**Goods/Services:**
**International Class 30:** CONFECTIONERY, NAMELY, CANDIES, CANDY BARS
**First Used:** MAR 11, 2004  (INTL. CL. 30)
**In Commerce:** MAR 11, 2004

**Last Reported Owner:**
SUPER DE ALIMENTOS S.A. ″SUPER S.A.″
COLOMBIA  CORPORATION
MANIZALES
CALDAS, COLOMBIA

**Chronology:**
**Filed:** MAY 31, 2003        **Serial Number:** 78-256,582
**Published For Opposition:** JUL 20, 2004
**Registered:** JUL 19, 2005    **Registration Number:** 2,973,363

**Ownership Details:**
**Registrant:**
SUPER DE ALIMENTOS S.A. ″SUPER S.A.″
COLOMBIA  CORPORATION
MANIZALES
CALDAS, COLOMBIA

**Design Phrase:**
THE MARK CONSISTS OF THE WORD TRULULU IN SPECIAL TYPE STYLE.

**Filing Correspondent:**
LAWRENCE E. ABELMAN
ABELMAN FRAYNE & SCHWAB
666 3RD AVE 10TH FL
NEW YORK NY 10017

**Domestic Representative:** LAWRENCE E. ABELMAN



### ZULU ZULU

**Status:**   REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 29, 2007

**Goods/Services:**

**International Class 30:** HOT SAUCE TO BE USED AS A CONDIMENT
IN AND ON FOOD
**First Used:** MAY 01, 1997  (INTL. CL. 30)
**In Commerce:** OCT 01, 1998

**Last Reported Owner:**

HODSON, CLIFFORD, R.
UNITED STATES  INDIVIDUAL
1348 ORMEWOOD AVE SE
ATLANTA, GEORGIA  30316

**Chronology:**

**Filed:** NOV 14, 2005          **Serial Number:** 78-753,055
**Published For Opposition:** MAR 13, 2007
**Registered:** MAY 29, 2007    **Registration Number:** 3,246,415

**Ownership Details:**
**Registrant:**

HODSON, CLIFFORD, R.
UNITED STATES  INDIVIDUAL
1348 ORMEWOOD AVE SE
ATLANTA, GEORGIA  30316

**Claims:**

THE COLOR(S) RED, WHITE, BROWN, LIGHT BROWN, BLACK AND
GREENISH-BROWN IS/ARE CLAIMED AS A FEATURE OF THE
MARK.

**Design Phrase:**

THE WORDS ″ZULU ZULU″ ARE SHOWN IN THE COLOR IN RED
AND THE BORDER AROUND EACH LETTER IS SHOWN IN THE
COLOR WHITE. THE SHIELD AND THE SHAFTS OF THE CROSSED
SPEARS ARE SHOWN IN THE COLOR BROWN. THE ARROW AND
RECTANGULAR SHAPED TOPS OF THE SPEARS ARE SHOWN IN
THE COLOR LIGHT BROWN. THE RECTANGULAR MARKS ON THE
SHIELD ARE SHOWN IN THE COLORS WHITE AND LIGHT BROWN.
THE OUTLINE OF THE SHIELD AND THE SPEARS ARE SHOWN IN
THE COLOR BLACK. THE BORDER OF THE BACKGROUND DESIGN
AND THE V-LIKE DESIGNS ARE SHOWN IN A DARK GREENISH-
BROWN COLOR AND THE REMAINDER OF THE BACKGROUND

DESIGN IS SHOWN IN A LIGHT GREENISH-BROWN COLOR. THE
MARK APPEARS ON A TRANSPARENT BACKGROUND AND ANY
COLOR APPEARING THEREIN IS NEITHER CLAIMED AS, NOR IS A
FEATURE OF THE MARK.

**Filing Correspondent:**

HODSON, CLIFFORD, R.
1348 ORMEWOOD AVE SE
ATLANTA, GA 30316-3811

ULU IN AN IGLOO

**ULU IN AN IGLOO**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 05, 2004

**Goods/Services:**
**International Class 21:** KITCHEN UTENSILS NAMELY, WOODEN
CHOPPING BLOCKS
**First Used:** MAY 01, 2003  (INTL. CL. 21)
**In Commerce:** MAY 01, 2003

**Last Reported Owner:**
CORRINGTON'S ALASKAN IVORY LTD.
ALASKA  CORPORATION
PO BOX 382
SKAGWAY, ALASKA  99840

**Chronology:**
**Filed:** FEB 21, 2003        **Serial Number:** 78-217,646
**Published For Opposition:** OCT 14, 2003
**Registered:** OCT 05, 2004    **Registration Number:** 2,891,942

**Ownership Details:**
**Registrant:**
CORRINGTON'S ALASKAN IVORY LTD.
ALASKA  CORPORATION
PO BOX 382
SKAGWAY, ALASKA  99840

**Filing Correspondent:**
DONALD J. FITZPATRICK
GREENSFELDER, HEMKER & GALE. P.C.
2000 EQUITABLE BUILDING
10 S. BROADWAY
ST. LOUIS MO USA 63102



### HONOLULU COFFEE CO

**Status:**       REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 24, 2004

**Goods/Services:**
**International Class 21:** COFFEE MUGS
**International Class 30:** COFFEE
**First Used:** APR 26, 1999 (INTL. CL. 21)
**In Commerce:** APR 26, 1999
**First Used:** APR 26, 1999 (INTL. CL. 30)
**In Commerce:** APR 26, 1999

**Disclaimers:**
"HONOLULU" AND "COFFEE CO"

**Last Reported Owner:**
HONOLULU COFFEE COMPANY, LTD.
HAWAII CORPORATION
1450 ALA MOANA BLVD., #3066
HONOLULU, HAWAII 96814

**Chronology:**
**Filed:** SEP 09, 2002         **Serial Number:** 76-447,996
**Published For Opposition:** DEC 02, 2003
**Registered:** FEB 24, 2004    **Registration Number:** 2,816,295

**Ownership Details:**
**Registrant:**
HONOLULU COFFEE COMPANY, LTD.
HAWAII CORPORATION
1450 ALA MOANA BLVD., #3066
HONOLULU, HAWAII 96814

**Portrait Permission:**
THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING
INDIVIDUAL.

**Design Phrase:**
THE MARK CONSISTS OF THE PROFILE OF A WOMAN WITH A
HIBISCUS FLOWER IN HER HAIR, HOLDING A COFFEE CUP, WHICH
IS ENCLOSED IN A CIRCULAR, DOUBLE-LINED BORDER. THE
WORDS "HONOLULU COFFEE CO" ARE WRITTEN AROUND THE
BORDER IN CAPITAL LETTERS, AND SURROUNDED BY AN OUTER,
CIRCULAR, DOUBLE-LINED BORDER.

**Filing Correspondent:**

ANN C. TERANISHI
KOBAYASHI, SUGITA & GODA
999 BISHOP STREET, SUITE 2600
HONOLULU HI 96813

ZULU

## ZULU

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 27, 2003
**Goods/Services:**
**International Class 31:** COCONUT SHELLS
**First Used:** JAN 02, 1916  (INTL. CL. 31)
**In Commerce:** JAN 02, 1916
**Last Reported Owner:**
ZULU SOCIAL AID AND PLEASURE CLUB
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZULU | USPTO | Page 442 |
| ZULU | USPTO | Page 500 |
| ZULU | USPTO | Page 503 |
| ZULU | USPTO | Page 506 |
| ZULU WARRIOR | USPTO | Page 632 |
| ZULU | State | Page 850 |

**Chronology:**
**Filed:** AUG 12, 2002          **Serial Number:** 76-441,858
**Published For Opposition:** MAR 04, 2003
**Registered:** MAY 27, 2003     **Registration Number:** 2,719,313

**Ownership Details:**
**Registrant:**
ZULU SOCIAL AID AND PLEASURE CLUB
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119
**Filing Correspondent:**
MARIE BREAUX
MILLING BENSON WOODWARD LLP
SUITE 2300
909 POYDRAS STREET
NEW ORLEANS LA 70112



**JULU**

**Status:**     PUBLISHED

              INTENT TO USE

**USPTO Status:** SECOND EXTENSION - GRANTED

**USPTO Status Date:** MAR 13, 2007

**Goods/Services:**

**International Class 32:** FRUIT DRINKS AND FRUIT JUICES

**Last Reported Owner:**

              VALRICO FOODS, INC.

              FLORIDA  CORPORATION

              10100 N.W. 116TH WAY, SUITE 6

              MEDLEY, FLORIDA  33178

**Chronology:**

              **Filed:** APR 05, 2005        **Serial Number:** 78-602,154

              **Published For Opposition:** DEC 27, 2005

**Ownership Details:**

**Applicant:**

              VALRICO FOODS, INC.

              FLORIDA  CORPORATION

              10100 N.W. 116TH WAY, SUITE 6

              MEDLEY, FLORIDA  33178

**Filing Correspondent:**

              ROBERT M. SCHWARTZ

              ROBERT M. SCHWARTZ, P.A.

              P.O. BOX 221470

              HOLLYWOOD, FL 33022

HONOLULU
MARATHON

## HONOLULU MARATHON

**Status:**      RENEWED

SECTION 2(F)

**USPTO Status:** REGISTERED AND RENEWED

**USPTO Status Date:** AUG 21, 2004

**Goods/Services:**

**International Class 25:**  T-SHIRTS, POLO SHIRTS, SHORTS, HATS, VISORS, SINGLETS, AND CAPS

**First Used:** DEC 16, 1973  (INTL. CL. 25)

**In Commerce:** DEC 16, 1973

**Last Reported Owner:**

HONOLULU MARATHON ASSOCIATION

HAWAII  NON-PROFIT CORPORATION

3435 WAIALAE AVENUE, SUITE 208

HONOLULU, HAWAII  96816

**We Have Located Other Marks With This Owner**

HONOLULU MARATHON                    USPTO            Page 541

**Chronology:**

**Filed:** SEP 03, 1993          **Serial Number:** 74-432,211

**Published For Opposition:** MAR 29, 1994

**Registered:** JUN 21, 1994      **Registration Number:** 1,840,627

**Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED  AUG 21, 2004

REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.

JUL 25, 2000

**Last Renewed:** JUN 21, 2004

**Ownership Details:**

**Registrant:**

HONOLULU MARATHON ASSOCIATION

HAWAII  NON-PROFIT CORPORATION

3435 WAIALAE AVENUE, SUITE 208

HONOLULU, HAWAII  96816

**Filing Correspondent:**

MARTIN E. HSIA

CADES SCHUTTE LLLP

1000 BISHOP STREET, 12TH FLOOR

HONOLULU, HI 96813

KULU ATOLL

**KULU ATOLL**

 **Worldwide Filings = 1**

**Translation:**

"KULU" IS AN AUSTRALIAN ABORIGINAL WORD MEANING "SEED" OR "NEW BEGINNING".

**Status:**    REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** JAN 09, 2007

**Goods/Services:**

**International Class 25:**  CLOTHING, NAMELY, [T-SHIRTS, SHORTS, DRESSES, SKIRTS,] SWIMWEAR
**First Used:** AUG 01, 1997  (INTL. CL. 25)
**In Commerce:** FEB 08, 1999

**Last Reported Owner:**

PRINT N' WEAR PTY LTD
AUSTRALIA  COMPANY
26 LEONARD PARADE
CURRUMBIN, QUEENSLAND, AUSTRALIA  4223

**We Have Located Other Marks With This Owner**

KULU                          USPTO          Page 446

**Chronology:**

**Filed:** JUN 04, 1997        **Serial Number:** 75-303,359
**Published For Opposition:** SEP 08, 1998
**Registered:** SEP 05, 2000    **Registration Number:** 2,383,578
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.  JAN 09, 2007

**Ownership Details:**
**Registrant:**

KULU ATOLL TRADERS PTY LTD
AUSTRALIA  CORPORATION
24 LEONARD PARADE, CURRUMBIN
QUEENSLAND, 4223, AUSTRALIA

**Assignee**

PRINT N' WEAR PTY LTD
AUSTRALIA COMPANY
26 LEONARD PARADE
CURRUMBIN, QUEENSLAND,
AUSTRALIA, 4223

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 19, 2006
**Reel/Frame:** 3230/0798
**Correspondent:**
CHRISTIE, PARKER & HALE, LLP
P.O. BOX 7068
PASADENA, CA 91109-7068

**Assignor**

KULU ATOLL TRADERS PTY LTD
AUSTRALIA COMPANY
**Signed:** SEP 29, 2005

**Filing Correspondent:**

MICHAEL J MACDERMOTT
CHRISTIE PARKER HALE LLP
PO BOX 7068
PASADENA CA 91109-7068

**Domestic Representative:** CHRISTIE PARKER HALE LLP

HULU

**HULU**

**Translation:**

THE ENGLISH TRANSLATION OF "HULU" IS "GOURD".

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 31, 2004

**Goods/Services:**

**International Class 33:** WINE
**First Used:** JUN 29, 2003  (INTL. CL. 33)
**In Commerce:** JUN 29, 2003

**Last Reported Owner:**

WAI YIP INTERNATIONAL, LTD.
CHINA  CORPORATION
8-14 WING LAP STREET
BLOCK B, 9/F, WING LOY INDUSTRIAL BUILDING
KWAI CHUNG, HONG KONG, CHINA

**Chronology:**

**Filed:** JUL 18, 2003        **Serial Number:** 76-533,583
**Published For Opposition:** JUN 08, 2004
**Registered:** AUG 31, 2004    **Registration Number:** 2,878,805

**Ownership Details:**

**Registrant:**

WAI YIP INTERNATIONAL, LTD.
CHINA  CORPORATION
8-14 WING LAP STREET
BLOCK B, 9/F, WING LOY INDUSTRIAL BUILDING
KWAI CHUNG, HONG KONG, CHINA

**Filing Correspondent:**

STEPHEN E. FELDMAN
12 EAST 41ST STREET
NEW YORK, NEW YORK 10017



# MAKULU

**MAKULU**

**Translation:**

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS BIG.

**Status:**    PUBLISHED

USE APPLICATION - CURRENT

**USPTO Status:** SU - REGISTRATION REVIEW COMPLETE
**USPTO Status Date:** AUG 09, 2007

**Goods/Services:**

**International Class 33:** WINES
**First Used:** DEC 31, 2006  (INTL. CL. 33)
**In Commerce:** JAN 31, 2007

**Last Reported Owner:**

INTERCONTINENTAL PACKAGING CO.
MINNESOTA  CORPORATION
1999 SHEPARD ROAD
ST. PAUL, MINNESOTA  55116

**Chronology:**

**Filed:** JUL 17, 2006        **Serial Number:** 78-930,969
**Published For Opposition:** JAN 30, 2007

**Ownership Details:**

**Applicant:**

INTERCONTINENTAL PACKAGING CO.
MINNESOTA  CORPORATION
1999 SHEPARD ROAD
ST. PAUL, MINNESOTA  55116

**Filing Correspondent:**

PAULETTE R. CAREY
BUCHMAN LAW FIRM, LLP
510 THORNALL ST STE 200
EDISON, NJ 08837-2204

# TUKULU

**TUKULU**

 **Worldwide Filings = 3**

**Status:**     REGISTERED
                44(E) APPLICATION - CURRENT

                **USPTO Status:** REGISTERED
                **USPTO Status Date:** MAY 02, 2006

**Goods/Services:**
                **International Class 33:** WINES

**Last Reported Owner:**
                PAPKUILSFONTEIN VINEYARDS (PTY) LIMITED
                SOUTH AFRICA  LIMITED LIABILITY CO.
                AAN-DE-WAGENWEG
                STELLENBOSCH, SOUTH AFRICA

**Chronology:**
                **Filed:** MAY 20, 2005        **Serial Number:** 78-634,167
                **Published For Opposition:** FEB 07, 2006
                **Registered:** MAY 02, 2006    **Registration Number:** 3,087,649

**Ownership Details:**
**Registrant:**
                PAPKUILSFONTEIN VINEYARDS (PTY) LIMITED
                SOUTH AFRICA  LIMITED LIABILITY CO.
                AAN-DE-WAGENWEG
                STELLENBOSCH, SOUTH AFRICA

**Non-U.S. Registration Claimed:** 99/02622
**Non-U.S. Registration Date:** FEB 18, 1999
**Non-U.S. Registration Country:** SOUTH AFRICA

**Filing Correspondent:**
                LAWRENCE E. APOLZON
                LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
                866 UNITED NATIONS PLAZA
                NEW YORK; NY - NEW YORK
                10017
                XPX - NOT PROVIDED

**Domestic Representative:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.

UMKHULU

**UMKHULU**
**Translation:**

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO
ENGLISH AS "THE BIG ONE".

**Status:**        REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 31, 2006

**Goods/Services:**

**International Class 33:** WINE
**First Used:** APR 2002  (INTL. CL. 33)
**In Commerce:** APR 2002

**Last Reported Owner:**

CYBERCELLAR (PTY) LIMITED
SOUTH AFRICA  CORPORATION
R45
SIMONDIUM 7670, SOUTH AFRICA

**Chronology:**

**Filed:** JUL 30, 2004        **Serial Number:** 78-459,647
**Published For Opposition:** NOV 08, 2005
**Registered:** JAN 31, 2006        **Registration Number:** 3,053,654

**Ownership Details:**
**Registrant:**

CYBERCELLAR (PTY) LIMITED
SOUTH AFRICA  CORPORATION
R45
SIMONDIUM 7670, SOUTH AFRICA

**Filing Correspondent:**

LAWRENCE E. ABELMAN
ABELMAN FRAYNE & SCHWAB
666 3RD AVE 10TH FL
NEW YORK NY 10017

**Domestic Representative:** LAWRENCE E. ABELMAN

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 21, 2002

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, POLO SHIRTS, ATHLETIC UNIFORMS, JACKETS, COATS, HATS, CAPS, SUN VISORS, SHORTS, PANTS, JEANS, SKIRTS, DRESSES, LINGERIE, UNDERWEAR, BEACHWEAR, BATHING SUITS, RAINWEAR, PAJAMAS, ROBES, TIES, BELTS, SCARVES, GLOVES, MITTENS, SOCKS, HOSIERY, SHOES, ATHLETIC FOOTWEAR, AND COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH
**First Used:** OCT 18, 2001  (INTL. CL. 25)
**In Commerce:** OCT 19, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |

| | | |
|---|---|---|
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** OCT 14, 1997    **Serial Number:** 75-372,280

**Published For Opposition:** AUG 18, 1998

**Registered:** MAY 21, 2002    **Registration Number:** 2,571,709

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH ST

SAN FRANCISCO CA 94104-2878

ZULU GEAR

**ZULU GEAR**

**Status:**      REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 14, 2003

**Goods/Services:**

International Class 25:  MEN'S, WOMEN'S, AND CHILDREN'S
CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, RUGBY SHIRTS,
T-SHIRTS, TANK TOPS, COLLARED SHIRTS, JACKETS, COATS,
VESTS, SPORT COATS, PANTS, SWEATPANTS, SLACKS, SHORTS,
HATS, HEADBANDS, VISORS, SKI CAPS, SOCKS, SHOES,
SNEAKERS, BOOTS, SANDALS, WRISTBANDS, SOCKS, BELTS,
NECKTIES, GLOVES, UNDERGARMENTS, SKIRTS, AND DRESSES

**First Used:** DEC 2001  (INTL. CL. 25)
**In Commerce:** FEB 08, 2002

**Disclaimers:**

″GEAR″

**Last Reported Owner:**

NEW YORK FLAVOR & FASHIONS, LLC
UTAH  LIMITED LIABILITY CO.
358 S. 700 E. B #241
SALT LAKE CITY, UTAH  84102

**Chronology:**

**Filed:** MAR 22, 2002        **Serial Number:** 76-385,658
**Published For Opposition:** OCT 22, 2002
**Registered:** JAN 14, 2003    **Registration Number:** 2,674,852

**Ownership Details:**

**Registrant:**

NEW YORK FLAVOR & FASHIONS, LLC
UTAH  LIMITED LIABILITY CO.
358 S. 700 E. B #241
SALT LAKE CITY, UTAH  84102

**Filing Correspondent:**

J. BRADLEY GRIFFITHS
1895 WELLINGTON CIR.
SALT LAKE CITY UT 84117

# ZULU ROSE

**ZULU ROSE**

**Status:**        REGISTERED

> **USPTO Status:** REGISTERED
> **USPTO Status Date:** JUL 24, 2007

**Goods/Services:**

> **International Class 25:**  CLOTHING, NAMELY, BLOUSES, COATS, DRESSES, GOWNS, JACKETS, BELTS AND BELT BUCKLES, SHIRTS, TROUSERS, VESTS, T-SHIRTS AND SWEAT SHIRTS
> **First Used:** FEB 2005  (INTL. CL. 25)
> **In Commerce:** FEB 2005

**Last Reported Owner:**

> ZULU ROSE LLC
> ILLINOIS  LIMITED LIABILITY CO.
> 980 NORTH MICHIGAN AVENUE
> SUITE 1290
> CHICAGO, ILLINOIS  60611

**Chronology:**

> **Filed:** SEP 18, 2006       **Serial Number:** 77-001,282
> **Published For Opposition:** MAY 08, 2007
> **Registered:** JUL 24, 2007       **Registration Number:** 3,267,166

**Ownership Details:**
**Registrant:**

> ZULU ROSE LLC
> ILLINOIS  LIMITED LIABILITY CO.
> 980 NORTH MICHIGAN AVENUE
> SUITE 1290
> CHICAGO, ILLINOIS  60611

**Filing Correspondent:**

> MARK I. FELDMAN, CHRISTINA L. MARTINI, J
> DLA PIPER US LLP
> P.O. BOX 64807
> CHICAGO IL 60664-0807



**ZULU**

**Status:**     PENDING
              FILED AS USE APPLICATION
              USE APPLICATION - CURRENT
              COLOR DRAWING - CURRENT

              **USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
              ASSIGNED TO EXAMINER
              **USPTO Status Date:** AUG 16, 2007

**Goods/Services:**
              **International Class 33:** (BASED ON USE IN COMMERCE) WINES
              **First Used:** JUL 23, 2007  (INTL. CL. 33)
              **In Commerce:** JUL 23, 2007

**Last Reported Owner:**
              QUINTESSENTIAL, L.L.C.
              CALIFORNIA  LIMITED LIABILITY CO.
              64 CULBERTSON CT.
              NAPA, CALIFORNIA  94574

              **We Have Located Other Marks With This Owner**
              NANDI ZULU                    USPTO          Page 553

**Chronology:**
              **Filed:** AUG 13, 2007     **Serial Number:** 77-253,541

**Ownership Details:**
**Applicant:**
              QUINTESSENTIAL, L.L.C.
              CALIFORNIA  LIMITED LIABILITY CO.
              64 CULBERTSON CT.
              NAPA, CALIFORNIA  94574

**Claims:**
              THE COLOR(S) BLACK AND RUST IS/ARE CLAIMED AS A FEATURE
              OF THE MARK.

**Design Phrase:**
              THE MARK CONSISTS OF A DRAWING OF THE SHOULDERS, NECK
              AND LOWER PART OF THE FACE OF A ZULU WOMAN, ALL
              OUTLINED IN BLACK ABOVE A ZEBRA-PATTERNED BAND. THE
              STRIPES OF THE ZEBRA PATTERN ARE IN BLACK AND RUST AND
              THE BACKGROUND OF THE OUTLINE OF THE ZULU WOMAN IS
              RUST. THE DRAWING OF THE WOMAN AND THE ZEBRA BAND ARE
              BORDERED IN BLACK AND AT THE TOP CENTERED AND PRINTED
              IN RUST WITHIN THE BLACK BORDER IS THE WORD ″ZULU.″ .

**Filing Correspondent:**

BERNARD W. GERDELMAN

PAULE, CAMAZINE & BLUMENTHAL, P.C.

165 N MERAMEC AVE FL 6

SAINT LOUIS, MO 63105-3909

XULU
ADVENTURERS'
CLUB

## XULU ADVENTURERS' CLUB

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 19, 2002

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, POLO SHIRTS, ATHLETIC UNIFORMS, JACKETS, COATS, HATS, CAPS, SUNVISORS, SHORTS, PANTS, JEANS, SKIRTS, DRESSES, LINGERIE, UNDERWEAR, BEACHWEAR, BATHING SUITS, RAINWEAR, PAJAMAS, ROBES, TIES, BELTS, SCARVES, GLOVES, MITTENS, SOCKS, HOSIERY, SHOES, SHOELACES, ATHLETIC FOOTWEAR, AND COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH

**First Used:** OCT 18, 2001  (INTL. CL. 25)
**In Commerce:** OCT 19, 2001

**Disclaimers:**

″CLUB″

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |

| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

## Chronology:

**Filed:** JUL 08, 1997    **Serial Number:** 75-323,289
**Published For Opposition:** AUG 25, 1998
**Registered:** FEB 19, 2002    **Registration Number:** 2,540,712

## Ownership Details:
### Registrant:

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

### Filing Correspondent:

BETH M GOLDMAN
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 BUSH ST
SAN FRANCISCO CA 94104-2878

## HONOLULU STREET ROD COMPANY

Honolulu Street Rod Company

**Status:**   REGISTERED
SUPPLEMENTAL REGISTER

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 15, 2006

**Goods/Services:**
**International Class 25:**  CAPS; GOLF SHIRTS; MEN AND WOMEN
JACKETS, COATS, TROUSERS, VESTS; POLO SHIRTS; SHORT-
SLEEVED SHIRTS; SPORTS SHIRTS WITH SHORT SLEEVES;
SWEAT SHIRTS
**First Used:** JUN 01, 2005  (INTL. CL. 25)
**In Commerce:** JUN 14, 2005

**Disclaimers:**
″HONOLULU″ AND ″COMPANY″

**Last Reported Owner:**
BARRETTO, KIM, P
HAWAII  INDIVIDUAL
2835 PARK ST
HONOLULU, HAWAII  96817

**Chronology:**
**Filed:** AUG 02, 2005        **Serial Number:** 78-683,214
**Application Amended:** JUN 08, 2006
**Registered:** AUG 15, 2006     **Registration Number:** 3,131,458

**Ownership Details:**
**Registrant:**
BARRETTO, KIM, P
HAWAII  INDIVIDUAL
2835 PARK ST
HONOLULU, HAWAII  96817

**Filing Correspondent:**
BARRETTO, KIM, P
2835 PARK ST
HONOLULU, HI 96817

HONOLULU

**HONOLULU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 26, 2005

**Goods/Services:**
**International Class 34:** CIGARETTES
**First Used:** FEB 15, 2005 (INTL. CL. 34)
**In Commerce:** FEB 15, 2005

**Last Reported Owner:**
MENG, JUN
CN INDIVIDUAL
4603 GATEWOOD CIRCLE
DULUTH, GEORGIA 30097-2302

**Chronology:**
**Filed:** OCT 30, 2003        **Serial Number:** 78-321,321
**Published For Opposition:** AUG 10, 2004
**Registered:** JUL 26, 2005        **Registration Number:** 2,979,455

**Ownership Details:**
**Registrant:**
MENG, JUN
CN INDIVIDUAL
4603 GATEWOOD CIRCLE
DULUTH, GEORGIA 30097-2302

**Filing Correspondent:**
BIN LI
LAW OFFICES OF BIN LI
940 EAST MAIN STREET
ALHAMBRA, CA 91801

**OLD HONOLULU**

# OLD HONOLULU

**Status:**     PUBLISHED

USE APPLICATION - CURRENT

**USPTO Status:** SU - STATEMENT OF USE ACCEPTED - APPROVED
FOR REGISTRATION

**USPTO Status Date:** AUG 06, 2007

**Goods/Services:**

**International Class 25:**  SHIRTS; T-SHIRTS

**First Used:** JUL 05, 2006  (INTL. CL. 25)

**In Commerce:** JUL 05, 2006

**Disclaimers:**

HONOLULU

**Last Reported Owner:**

DURKEE, JAY
UNITED STATES  INDIVIDUAL
207 WEST AVENIDA VALENCIA
SAN CLEMENTE, CALIFORNIA  92672

THORNBURG, CHRIS
UNITED STATES  INDIVIDUAL
207 WEST AVENIDA VALENCIA
SAN CLEMENTE, CALIFORNIA  92672

**Chronology:**

**Filed:** DEC 07, 2005          **Serial Number:** 78-768,944

**Published For Opposition:** AUG 22, 2006

**Ownership Details:**

**Applicant:**

DURKEE, JAY
UNITED STATES  INDIVIDUAL
207 WEST AVENIDA VALENCIA
SAN CLEMENTE, CALIFORNIA  92672

THORNBURG, CHRIS
UNITED STATES  INDIVIDUAL
207 WEST AVENIDA VALENCIA
SAN CLEMENTE, CALIFORNIA  92672

**Filing Correspondent:**

CRAIG O. CORRELL
CRAIG O CORRELL, ATTORNEY AT LAW
4245 SUNNYHILL DR

CARLSBAD, CA 92008

XULU

## XULU

 **Worldwide Filings = 1**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 05, 2002

**Goods/Services:**

**International Class 35:** RETAIL SERVICES FEATURING COMPUTER SOFTWARE AND HARDWARE; COMPUTER GAMES, VIDEO GAMES, BOOKS, COMIC BOOKS, MAGAZINES, TOYS, DECALS, STICKERS, TATTOOS, BACKPACKS, LUNCHBOXES, BICYCLES, COSTUMES, MASKS, WORKS OF ART, GLASSES, DISHES, SERVING TRAYS, POST CARDS, POSTERS, WATCHES, PINS, JEWELRY, SUNGLASSES, KEYCHAINS AND CLOTHING

**International Class 42:** RESTAURANT SERVICES

**First Used:** OCT 18, 2001  (INTL. CL. 35)

**In Commerce:** OCT 25, 2001

**First Used:** OCT 18, 2001  (INTL. CL. 42)

**In Commerce:** OCT 25, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 497 |

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUN 06, 1997        **Serial Number:** 75-304,261

**Published For Opposition:** AUG 04, 1998

**Registered:** FEB 05, 2002        **Registration Number:** 2,536,906

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH ST

SAN FRANCISCO CA 94104-2806

XULU

### XULU

 Worldwide Filings = 1   

**Status:**   REGISTERED

AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 02, 2002

**Goods/Services:**

International Class 28:  MECHANICAL AND ELECTRIC ACTION
TOYS; PLUSH STUFFED ANIMALS AND TOYS; DOLLS; BOARD
GAMES; BATH TOYS; MUSICAL TOYS; CONSTRUCTION TOYS;
FANTASY CHARACTER TOYS; INFLATABLE TOYS; PULL TOYS;
TALKING TOYS; MODEL VEHICLES AND RELATED ACCESSORIES
SOLD AS UNITS, MODELS, ROBOTS, FIGURINES, ACTION FIGURES
AND ACCESSORIES THEREFOR, TOY VEHICLES, TOY FIGURES,
WIND-UP TOYS, SCIENCE KITS
**First Used:** NOV 15, 2001  (INTL. CL. 28)
**In Commerce:** NOV 15, 2001

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU ENTERTAINMENT | USPTO | Page 522 |

| | | |
|---|---|---|
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

## Chronology:

**Filed:** JUN 09, 1997          **Serial Number:** 75-305,884

**Published For Opposition:** AUG 25, 1998

**Opposition/Cancellation Filed:** JAN 21, 2000

**Registered:** JUL 02, 2002          **Registration Number:** 2,588,677

## Trademark Trials and Appeal Board (TTAB) Information:          `TTAB`

**Opposition Number:** 91117037

**Outcome:** TERMINATED, MAY 21, 2001

| **Plaintiff:** | **Defendant:** |
|---|---|
| XULU ENTERTAINMENT, INC. | MANHATTAN GROUP L.L.C. |

| | |
|---|---|
| **Mark:** XULU | **Mark:** ZOOLU |
| **Registration Number:** 2,588,677 | **Registration Number:** |
| **Serial Number:** 75-305,884 | **Serial Number:** 75-400,707 |
| **Correspondent:** | **Trademark Defendant** |
| | **Correspondent:** |
| BETH GOLDMAN | ELIZABETH C. BUCKINGHAM |
| HELLER, EHRMAN, WHITE & MCAULIFFE | DORSEY & WHITNEY LLP |
| 525 UNIVERISTY AVENUE | PILLSBUTRY CENTER SOUTH 220 |
| PALO ALTO, CA 94301-1900 | SOUTH SIXTH STREET |
| | MINNEAPOLIS, MN 55402 |

**TTAB Entry:** #15 BOARD'S DECISION: SUSTAINED, MAY 21, 2001

**TTAB Entry:** #14 TERMINATED, MAY 21, 2001

## Ownership Details:

## Registrant:

XULU ENTERTAINMENT INC.