CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH STREET

SAN FRANCISCO CA 94104-2878

ZULU

**ZULU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 01, 2003

**Goods/Services:**
**International Class 41:** ENTERTAINMENT SERVICES IN THE
NATURE OF LIVE PERFORMANCES, NAMELY CARNIVAL PARADES
**First Used:** JAN 02, 1916  (INTL. CL. 41)
**In Commerce:** JAN 02, 1916

**Last Reported Owner:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZULU | USPTO | Page 442 |
| ZULU | USPTO | Page 474 |
| ZULU | USPTO | Page 503 |
| ZULU | USPTO | Page 506 |
| ZULU WARRIOR | USPTO | Page 632 |
| ZULU | State | Page 850 |

**Chronology:**
**Filed:** AUG 12, 2002        **Serial Number:** 76-441,859
**Published For Opposition:** APR 08, 2003
**Registered:** JUL 01, 2003      **Registration Number:** 2,731,850

**Ownership Details:**
**Registrant:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**Filing Correspondent:**
MARIE BREAUX
MILLING BENSON WOODWARD LLP
SUITE 2300
909 POYDRAS STREET

NEW ORLEANS LA 70112

TULU

**TULU**

**Status:** REGISTERED

AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 13, 2003

**Goods/Services:**

**International Class 42:** FAMILY, MARITAL AND RELATIONSHIP COUNSELING SERVICES
**First Used:** AUG 1997  (INTL. CL. 42)
**In Commerce:** FEB 2000

**Last Reported Owner:**

LEWIS, JAMES
UNITED STATES  INDIVIDUAL
10987 CHAPADA WAY
SANDY, UTAH  84094

**Chronology:**

**Filed:** MAR 31, 2000       **Serial Number:** 76-014,448
**Published For Opposition:** DEC 19, 2000
**Registered:** MAY 13, 2003    **Registration Number:** 2,716,100

**Ownership Details:**
**Registrant:**

LEWIS, JAMES
UNITED STATES  INDIVIDUAL
10987 CHAPADA WAY
SANDY, UTAH  84094

**Filing Correspondent:**

GARRON M. HOBSON
THORPE, NORTH & WESTERN, L.L.P.
P.O. BOX 1219
SANDY, UTAH 84091-1219

ZULU

## ZULU

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 27, 2003

**Goods/Services:**
**International Class 45:**  SOCIAL CLUB
**First Used:** JAN 02, 1916  (INTL. CL. 45)
**In Commerce:** JAN 02, 1916

**Last Reported Owner:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZULU | USPTO | Page 442 |
| ZULU | USPTO | Page 474 |
| ZULU | USPTO | Page 500 |
| ZULU | USPTO | Page 506 |
| ZULU WARRIOR | USPTO | Page 632 |
| ZULU | State | Page 850 |

**Chronology:**
**Filed:** AUG 12, 2002          **Serial Number:** 76-441,860
**Published For Opposition:** MAR 04, 2003
**Registered:** MAY 27, 2003    **Registration Number:** 2,719,314

**Ownership Details:**
**Registrant:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**Filing Correspondent:**
MARIE BREAUX
MILLING BENSON WOODWARD LLP
SUITE 2300
909 POYDRAS STREET
NEW ORLEANS LA 70112

US-269
**Group:** Four



**WAIKIKI SPORTS HONOLULU HAWAII**

**Status:**    PENDING
INTENT TO USE

USPTO Status: PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** AUG 27, 2007

**Goods/Services:**

International Class 25:  MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, SHORTS, SHIRTS, SWIMSUITS, SWIMSUIT COVER-UPS, PULL-OVERS, JACKETS, PANTS, HATS, VISORS, SANDALS, FLIPFLOPS, SCARVES, SWEATERS, UNDERWEAR, TURTLENECKS, JACKETS, JACKET LINERS, VESTS, GLOVES, MITTENS, SWEATSHIRTS AND SKI BIBS

**Disclaimers:**

"WAIKIKI SPORTS" AND "HONOLULU, HAWAII"

**Last Reported Owner:**

ARRUDA, STEPHEN
UNITED STATES  INDIVIDUAL
4004 MAIN STREET
DALLAS, TEXAS  75226-1230

**Chronology:**

**Filed:** AUG 03, 2006      **Serial Number:** 78-944,389

**Ownership Details:**

**Applicant:**

ARRUDA, STEPHEN
UNITED STATES  INDIVIDUAL
4004 MAIN STREET
DALLAS, TEXAS  75226-1230

**Claims:**

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE MARK CONSISTS OF THE WORD WAIKIKI OVER THE WORD SPORTS WITH FOUR HORIZONTAL LINES BETWEEN THESE WORDS AND THE IMAGE OF A MAN SURFING WITH THE WORDS HONOLULU, HAWAII BELOW THIS IMAGE AND TWO RIGHT ANGLES PARTIALLY FRAMING THE ENTIRE MARK.

**Filing Correspondent:**

CATHRYN A. BERRYMAN
WINSTEAD PC
P.O. BOX 50784

DALLAS TX 75250-0784

ZULU

**ZULU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 15, 2003

**Goods/Services:**
**International Class 14:** COSTUME JEWELRY, NAMELY MARDI GRAS
BEADS
**First Used:** JAN 02, 1977 (INTL. CL. 14)
**In Commerce:** JAN 02, 1977

**Last Reported Owner:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA 70119

**We Have Located Other Marks With This Owner**

| ZULU | USPTO | Page 442 |
|------|-------|----------|
| ZULU | USPTO | Page 474 |
| ZULU | USPTO | Page 500 |
| ZULU | USPTO | Page 503 |
| ZULU WARRIOR | USPTO | Page 632 |
| ZULU | State | Page 850 |

**Chronology:**
**Filed:** AUG 12, 2002     **Serial Number:** 76-441,861
**Published For Opposition:** APR 22, 2003
**Registered:** JUL 15, 2003     **Registration Number:** 2,736,373

**Ownership Details:**
**Registrant:**
ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA 70119

**Filing Correspondent:**
MARIE BREAUX
MILLING BENSON WOODWARD LLP
SUITE 2300
909 POYDRAS STREET

NEW ORLEANS LA 70112

# COCOLULU

**COCOLULU**

 **Worldwide Filings = 2**

**Status:**  PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 07, 2007

**Goods/Services:**

**International Class 14:**  BADGES OF PRECIOUS METAL; BRACELETS; BROOCHES; BUCKLES OF PRECIOUS METAL; EARRINGS; OBJECTS OF IMITATION GOLD; HAT ORNAMENTS; JEWELRY; PASTE JEWELRY; KEY RINGS; NECKLACES; ORNAMENTS; PLATED ARTICLES OF PRECIOUS METAL PLATING; RINGS; TRINKETS

**International Class 18:**  GARMENT BAGS FOR TRAVEL; NET BAGS FOR SHOPPING; BANDS OF LEATHER; BEACH BAGS; CARD CASES; HANDBAGS; KEY CASES OF LEATHER; POCKET WALLETS; PURSES; PURSES, NOT OF PRECIOUS METAL; RUCKSACKS; SHOPPING BAGS; TRAVELING BAGS; UMBRELLAS; VANITY CASES

**International Class 25:**  BATHING CAPS; BATHING DRAWERS; BATHING SUITS; BATHING TRUNKS; BEACH SHOES; BELTS; BIBS, NOT OF PAPER; BOOTS; BREECHES; CAMISOLES; CAP PEAKS; CAPS; CLOTHING, COATS; COLLAR PROTECTORS; COLLARS; CLOTHING COMBINATIONS; FOOTWEAR; GLOVES; HALF BOOTS; HATS; HEADGEAR FOR WEAR; JACKETS; STUFF JACKETS JERSEYS; JUMPERS; CLOTHING OF KNITWEAR; LAYETTES; MITTENS; OVERALLS; PANTS; PARKAS; READY-MADE CLOTHING; SANDALS; SCARVES; SHAWLS; SHIRT FRONTS; SHIRT YOKES; SHIRTS; SHOES; SKIRTS; SOCKS; SPATS; SPORTS SHOES; SWEATERS; SWIMSUITS; TEE-SHIRTS; TROUSERS; UNDERCLO THING; UNDERWEAR; VESTS; WAISTCOATS

**International Class 26:**  ORNAMENTAL NOVELTY BADGES; BADGES IN THE FORM OF BUTTONS FOR WEAR, NOT OF PRECIOUS METAL; ZIP FASTENERS FOR BAGS; BARRETTES FOR HAIR; BLOUSE FASTENERS; BROOCHES; BUCKLES; SHOE BUCKLES; BUTTONS; BELT CLASP; SLIDE FASTENERS ; HAIR ORNAMENTS; HAIR PINS; SNAP FASTENERS; ZIP FASTENERS; ZIPPERS

**First Used:** MAR 17, 1998  (INTL. CL. 14)
**In Commerce:** AUG 01, 2000
**First Used:** MAR 17, 1998  (INTL. CL. 18)
**In Commerce:** AUG 01, 2000
**First Used:** MAR 17, 1998  (INTL. CL. 25)

**In Commerce:** AUG 01, 2000
**First Used:** MAR 17, 1999  (INTL. CL. 26)
**In Commerce:** AUG 01, 2000

**Last Reported Owner:**

EXIV CO., LTD.
JAPAN  CORPORATION
KY SANBANCHO BUILDING 1F
1 SANBANCHO - CHIYODA-KU
TOKYO, JAPAN  102-0075

**We Have Located Other Marks With This Owner**

COCOLULU                    USPTO          Page 373

**Chronology:**

**Filed:** OCT 23, 2006          **Serial Number:** 77-027,382

**Ownership Details:**
**Applicant:**

EXIV CO., LTD.
JAPAN  CORPORATION
KY SANBANCHO BUILDING 1F
1 SANBANCHO - CHIYODA-KU
TOKYO, JAPAN  102-0075

**Filing Correspondent:**

LOUIS J. BOVASSO
GREEENBERG TRAURIG, LLP
2450 COLORADO AVE STE 400E
SANTA MONICA, CA 90404-5524



**HANA PA'A HAWAII CUSTOM NETTING & FISHING SUPPLY HONOLULU**
**Translation:**

THE ENGLISH TRANSLATION OF″HANA PA'A″ IS ″TO FASTEN″.

**Status:**    REGISTERED
AMENDED TO USE APPLICATION

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** OCT 08, 2002

**Goods/Services:**

**International Class 25:** MEN'S, LADIES' AND CHILDREN'S T-SHIRTS, JACKETS, SHORTS, SWEATSHIRTS, TANK TOPS, VESTS, SWEATERS, SWIMWEAR, SHIRTS, FOOTWEAR, CAPS, HATS AND VISORS
**International Class 35:** RETAIL CLOTHING, SPEAR FISHING AND SKIN DIVING STORE
**First Used:** SEP 1993  (INTL. CL. 25)
**In Commerce:** OCT 1994
**First Used:** SEP 1993  (INTL. CL. 35)
**In Commerce:** OCT 1994

**Disclaimers:**

″HAWAII″, ″HONOLULU″ OR ″CUSTOM NETTING AND FISHING SUPPLY″

**Last Reported Owner:**

HANA PA'A HAWAII, INC.
HAWAII  CORPORATION
1733 DILLINGHAM BLVD.
HONOLULU, HAWAII  96819

**Chronology:**

**Filed:** JUL 24, 2001        **Serial Number:** 76-289,386
**Published For Opposition:** OCT 08, 2002
**Registered:** DEC 31, 2002      **Registration Number:** 2,668,345

**Ownership Details:**
**Registrant:**

HANA PA'A HAWAII, INC.
HAWAII  CORPORATION
1733 DILLINGHAM BLVD.
HONOLULU, HAWAII  96819

**Filing Correspondent:**

GREGORY A. TRIBER
GORDON & REES LLP
275 BATTERY STREET, STE 2000

SAN FRANCISCO, CA 94111

HONOLULU COOKIE COMPANY

## HONOLULU COOKIE COMPANY

**Status:**       REGISTERED
                  SECTION 2(F)

                  **USPTO Status:** REGISTERED
                  **USPTO Status Date:** MAR 01, 2005

**Goods/Services:**
                  **International Class 30:** COOKIES
                  **First Used:** OCT 26, 1998  (INTL. CL. 30)
                  **In Commerce:** NOV 04, 1998

**Disclaimers:**
                  COOKIE COMPANY

**Last Reported Owner:**
                  K & S HAWAIIAN CREATIONS, INCORPORATED
                  DBA HONOLULU COOKIE COMPANY
                  HAWAII  CORPORATION
                  1717 HOMERULE STREET
                  HONOLULU, HAWAII  96819

                  **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU COOKIE COMPANY | USPTO | Page 520 |
| HONOLULU COOKIE COMPANY | USPTO | Page 526 |
| HONOLULU COOKIE COMPANY HAWAII | USPTO | Page 648 |
| HONOLULU COOKIE COMPANY | State | Page 790 |
| HONOLULU COOKIE COMPANY | State | Page 979 |
| HONOLULU COOKIE COMPANY | State | Page 980 |

**Chronology:**
                  **Filed:** MAR 12, 2004          **Serial Number:** 76-581,069
                  **Published For Opposition:** DEC 07, 2004
                  **Registered:** MAR 01, 2005     **Registration Number:** 2,928,642

**Ownership Details:**
**Registrant:**
                  K & S HAWAIIAN CREATIONS, INCORPORATED
                  DBA HONOLULU COOKIE COMPANY
                  HAWAII  CORPORATION
                  1717 HOMERULE STREET
                  HONOLULU, HAWAII  96819

**Other U.S. Registrations:** 2,267,956; 2,304,327
**Filing Correspondent:**

MARTIN E HSIA
CADES SCHUTTE LLLP
PO BOX 939
HONOLULU HI 96808



**GROUND ESPRESSO MOULU COFFEE CAFE BARZULA**

**Translation:**

THE ENGLISH TRANSLATION OF ″MOULU″ IS ″GROUND″.

**Status:**      RENEWED

44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED AND RENEWED

**USPTO Status Date:** OCT 04, 2004

**Goods/Services:**

**International Class 30:** COFFEE

**First Used:** OCT 28, 1975  (INTL. CL. 30)

**In Commerce:** APR 09, 1976

**Disclaimers:**

″GROUND ESPRESSO MOULU″ AND ″CAFE″

**Last Reported Owner:**

TORREFAZIONE BARZULA AND IMPORTING LTD.

CANADA  CORPORATION

3117 WHARTON WAY

MISSISSAUGA, ONTARIO, CANADA  L4X 2B6

**Chronology:**

**Filed:** JUN 05, 1992          **Serial Number:** 74-281,810

**Published For Opposition:** AUG 02, 1994

**Registered:** OCT 25, 1994      **Registration Number:** 1,859,850

**Affidavit Section:**  REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC.
9 GRANTED  OCT 04, 2004
REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.
MAR 05, 2001

**Last Renewed:** OCT 25, 2004

**Ownership Details:**

**Registrant:**

TORREFAZIONE BARZULA AND IMPORTING LTD.

CANADA  CORPORATION

3117 WHARTON WAY

MISSISSAUGA, ONTARIO, CANADA  L4X 2B6

**Non-U.S. Registration Claimed:** TMA210,546

**Non-U.S. Registration Date:** NOV 07, 1975

**Non-U.S. Registration Country:** CANADA

**Filing Correspondent:**

WILLIAM D. JACKSON
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILL 60610

**Domestic Representative:** BRINKS HOFER GILSON & LIONE

**HONOLULU TRIATHLON**

Honolulu Triathlon

**Status:**     PENDING
INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 08, 2007

**Goods/Services:**

**International Class 28:** TO PRODUCE A TRIATHLON OR SIMILAR
MULTI-SPORT EVENT IN HAWAII FOR ANY VARIETY OF DISTANCES

**Last Reported Owner:**

PREMIER EVENT MANAGEMENT
LOUISIANA  CORPORATION
3829 VETERANS BLVD
SUITE 102
METAIRE, LOUISIANA  70002

**We Have Located Other Marks With This Owner**

HONOLULU TRIATHLON                    State                    Page 998

**Chronology:**

**Filed:** DEC 28, 2005          **Serial Number:** 78-781,719

**Ownership Details:**
**Applicant:**

PREMIER EVENT MANAGEMENT
LOUISIANA  CORPORATION
3829 VETERANS BLVD
SUITE 102
METAIRIE, LOUISIANA  70002

**Filing Correspondent:**

PREMIER EVENT MANAGEMENT
SUITE 102
3829 VETERANS BLVD
METAIRIE, LA 70002

FROM ARABIC TO
ZULU

**FROM ARABIC TO ZULU**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 17, 2002

**Goods/Services:**
**International Class 41:** FOREIGN LANGUAGE TRANSLATION
SERVICES
**First Used:** JAN 15, 1993  (INTL. CL. 41)
**In Commerce:** JAN 15, 1993

**Last Reported Owner:**
COTO LANGUAGE SERVICES, LLC
CALIFORNIA  LIMITED LIABILITY COMPANY
505 NORTH BRAND BOULEVARD
GLENDALE, CALIFORNIA  91203

**Chronology:**
**Filed:** SEP 22, 1997        **Serial Number:** 75-361,198
**Published For Opposition:** JUN 25, 2002
**Registered:** SEP 17, 2002        **Registration Number:** 2,619,206

**Ownership Details:**
**Registrant:**
COTO INTERPRETING & TRANSLATING, INC.
CALIFORNIA  CORPORATION
SUITE 201
1555 N. VERDUGO RD.
GLENDALE, CALIFORNIA  91208

**Assignee**
COTO LANGUAGE SERVICES, LLC
CALIFORNIA LIMITED LIABILITY
COMPANY
505 NORTH BRAND BOULEVARD
GLENDALE, CALIFORNIA, 91203

**Assignor**
MELANIE COTO
UNITED STATES INDIVIDUAL
**Signed:** DEC 10, 2004

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** SEP 01, 2006
**Reel/Frame:** 3382/0939

**Correspondent:**
THERESA W. MIDDLEBROOK
633 WEST 5TH STREET
21ST FLOOR
LOS ANGELES, CA 90071-2040

**Assignee**
COTO LANGUAGE SERVICES, LLC
CALIFORNIA LIMITED LIABILITY
COMPANY
SUITE 1700
500 NORTH BRAND BOULEVARD
GLENDALE, CALIFORNIA, 91203

**Assignor**
MELANIE COTO
UNITED STATES INDIVIDUAL
**Signed:** DEC 08, 2003

**Brief:** LICENSE
**Recorded:** SEP 01, 2006
**Reel/Frame:** 3382/0932
**Correspondent:**
THERESA W. MIDDLEBROOK
633 WEST 5TH STREET
21ST FLOOR
LOS ANGELES, CA 90041-2040

**Assignee**
MELANIE COTO
UNITED STATES INDIVIDUAL
505 NORTH BRAND BOULEVARD
GLENDALE, CALIFORNIA, 91203

**Assignor**
COTO INTERPRETING &
TRANSLATING, INC.
CALIFORNIA CORPORATION
**Signed:** JUN 30, 2003

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** SEP 01, 2006
**Reel/Frame:** 3382/0929
**Correspondent:**
THERESA W. MIDDLEBROOK
633 WEST 5TH STREET
21ST FLOOR
LOS ANGELES, CA 90071-2040

**Filing Correspondent:**
THERESA W MIDDLEBROOK
WAGNER MIDDLEBROOK & KIMBELL LLP
3541 OCEAN VIEW BLVD

GLENDALE CA 91208-1211

HONOLULU COOKIE COMPANY

## HONOLULU COOKIE COMPANY

  **Worldwide Filings = 1**

**Status:**        REGISTERED
           SECTION 2(F)

           **USPTO Status:** REGISTERED
           **USPTO Status Date:** SEP 20, 2005

**Goods/Services:**
           **International Class 35:**  RETAIL STORE SERVICES FEATURING
           COOKIES, ON-LINE RETAIL STORE SERVICES FEATURING
           COOKIES, AND MAIL ORDER CATALOG SERVICES FEATURING
           COOKIES
           **First Used:** OCT 01, 2001  (INTL. CL. 35)
           **In Commerce:** NOV 06, 2002

**Disclaimers:**
           "COOKIE COMPANY"

**Last Reported Owner:**
           K & S HAWAIIAN CREATIONS, INCORPORATED
           DBA HONOLULU COOKIE COMPANY
           HAWAII  CORPORATION
           1717 HOMERULE STREET
           HONOLULU, HAWAII  96819

           **We Have Located Other Marks With This Owner**
           HONOLULU COOKIE COMPANY          USPTO       Page 512
           HONOLULU COOKIE COMPANY          USPTO       Page 526
           HONOLULU COOKIE COMPANY          USPTO       Page 648
           HAWAII
           HONOLULU COOKIE COMPANY          State       Page 790
           HONOLULU COOKIE COMPANY          State       Page 979
           HONOLULU COOKIE COMPANY          State       Page 980

**Chronology:**
           **Filed:** AUG 05, 2004         **Serial Number:** 76-605,977
           **Published For Opposition:** JUN 28, 2005
           **Registered:** SEP 20, 2005    **Registration Number:** 2,996,860

**Ownership Details:**
**Registrant:**
           K & S HAWAIIAN CREATIONS, INCORPORATED
           DBA HONOLULU COOKIE COMPANY

HAWAII  CORPORATION

1717 HOMERULE STREET

HONOLULU, HAWAII  96819

**Other U.S. Registrations:** 2,267,956; 2,304,327

**Filing Correspondent:**

MARTIN E. HSIA

CADES SCHUTTE

PO BOX 939

HONOLULU HI 96808-0939

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 29, 2002

**Goods/Services:**

**International Class 35:** RETAIL SERVICES, NAMELY, RETAIL STORE SERVICES, ON-LINE RETAIL SERVICES AND DIRECT MAIL RETAIL SERVICES, ALL FEATURING COMPUTER SOFTWARE AND HARDWARE; COMPUTER GAMES, VIDEO GAMES, BOOKS, COMIC BOOKS, MAGAZINES, TOYS, DECALS, STICKERS, TATTOOS, BACKPACKS, LUNCHBOXES, BICYCLES, COSTUMES, MASKS, WORKS OF ART, GLASSES, DISHES, SERVING TRAYS, POST CARDS, POSTERS, WATCHES, PINS, JEWELRY, SUNGLASSES, KEY CHAINS AND CLOTHING

**International Class 42:** RESTAURANT SERVICES

**First Used:** AUG 24, 2001  (INTL. CL. 35)

**In Commerce:** AUG 24, 2001

**First Used:** OCT 18, 2001  (INTL. CL. 42)

**In Commerce:** OCT 19, 2001

**Disclaimers:**

″ENTERTAINMENT″

**Last Reported Owner:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |

| | | |
|---|---|---|
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** OCT 14, 1997    **Serial Number:** 75-372,277

**Published For Opposition:** AUG 04, 1998

**Registered:** JAN 29, 2002    **Registration Number:** 2,534,397

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

333 BUSH STREET

SAN FRANCISCO, CALIFORNIA 94104

**ZULULOG**

# ZuluLog

**Status:**     PUBLISHED

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** JUL 31, 2007

**Goods/Services:**

**International Class 42:**  PROVIDING ONLINE NON-DOWNLOADABLE
SOFTWARE FOR THE ENTRY, SECURE STORAGE, RETRIEVAL,
AND REPORTING OF AVIATION-RELATED RECORDS AND DATA
**First Used:** APR 15, 2006  (INTL. CL. 42)
**In Commerce:** AUG 16, 2006

**Last Reported Owner:**

ZULULOG LLC

DELAWARE  LIMITED LIABILITY CO.

415 CABOT CT.

DEPTFORD, NEW JERSEY  08096

**Chronology:**

**Filed:** JAN 02, 2007          **Serial Number:** 77-074,566

**Published For Opposition:** JUL 31, 2007

**Ownership Details:**

**Applicant:**

ZULULOG LLC

DELAWARE  LIMITED LIABILITY CO.

415 CABOT CT.

DEPTFORD, NEW JERSEY  08096

**Filing Correspondent:**

ROGER J. BRIGHT

ZULULOG LLC

415 CABOT CT

WOODBURY, NJ 08096-5115



## ZULU BREW

**Status:**    PENDING

INTENT TO USE

**USPTO Status:** APPROVAL FOR PUBLICATION

**USPTO Status Date:** AUG 22, 2007

**Goods/Services:**

**International Class 30:**  COFFEE; COFFEE; COFFEE BEANS;
COFFEE FLAVORED SYRUP USED IN MAKING FOOD BEVERAGES;
COFFEE PODS; GROUND COFFEE BEANS; ROASTED COFFEE
BEANS

**Disclaimers:**

″BREW″

**Last Reported Owner:**

ZUNKEL, WILLIAM J

UNITED STATES  INDIVIDUAL

369 MONTEZUMA AVENUE

SANTA FE, NEW MEXICO  87501

**Chronology:**

**Filed:** MAY 04, 2007          **Serial Number:** 77-173,586

**Ownership Details:**

**Applicant:**

ZUNKEL, WILLIAM J

UNITED STATES  INDIVIDUAL

369 MONTEZUMA AVENUE

SANTA FE, NEW MEXICO  87501

**Filing Correspondent:**

ZUNKEL, WILLIAM J

369 MONTEZUMA AVE

SANTA FE, NM 87501-2835

HONOLULU COOKIE
COMPANY

**HONOLULU COOKIE COMPANY**

 **Worldwide Filings = 1**

**Status:**    REGISTERED

SUPPLEMENTAL REGISTER

**USPTO Status:** SECTION 8 - ACCEPTED
**USPTO Status Date:** DEC 01, 2004

**Goods/Services:**

**International Class 30:** COOKIES
**First Used:** OCT 26, 1998  (INTL. CL. 30)
**In Commerce:** NOV 04, 1998

**Disclaimers:**

"COOKIE COMPANY"

**Last Reported Owner:**

K & S HAWAIIAN CREATIONS, INCORPORATED
HAWAII  CORPORATION
1717 HOMERULE STREET
HONOLULU, HAWAII  96819

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU COOKIE COMPANY | USPTO | Page 512 |
| HONOLULU COOKIE COMPANY | USPTO | Page 520 |
| HONOLULU COOKIE COMPANY HAWAII | USPTO | Page 648 |
| HONOLULU COOKIE COMPANY | State | Page 790 |
| HONOLULU COOKIE COMPANY | State | Page 979 |
| HONOLULU COOKIE COMPANY | State | Page 980 |

**Chronology:**

**Filed:** FEB 05, 1999        **Serial Number:** 75-639,472
**Application Amended:** JUN 07, 1999
**Registered:** AUG 03, 1999    **Registration Number:** 2,267,956
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED  DEC
01, 2004

**Ownership Details:**

**Registrant:**

K & S HAWAIIAN CREATIONS, INCORPORATED
HAWAII  CORPORATION
1717 HOMERULE STREET
HONOLULU, HAWAII  96819

**Filing Correspondent:**

      MARTIN E. HSIA

      CADES SCHUTTE

      1000 BISHOP STREET, 12TH FLOOR

      HONOLULU, HAWAII 96813

XULU
ADVENTURERS'
CLUB

### XULU ADVENTURERS' CLUB

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 05, 2002

**Goods/Services:**

**International Class 35:** RETAIL SERVICES FEATURING COMPUTER
SOFTWARE AND HARDWARE; COMPUTER GAMES, VIDEO GAMES,
BOOKS, COMIC BOOKS, MAGAZINES, TOYS, DECALS, STICKERS,
TATTOOS, BACKPACKS, LUNCHBOXES, BICYCLES, COSTUMES,
MASKS, WORKS OF ART, GLASSES, DISHES, SERVING TRAYS,
POST CARDS, POSTERS, WATCHES, PINS, JEWELRY,
SUNGLASSES, KEYCHAINS AND CLOTHING
**International Class 42:** RESTAURANT SERVICES
**First Used:** OCT 18, 2001  (INTL. CL. 35)
**In Commerce:** OCT 25, 2001
**First Used:** OCT 18, 2001  (INTL. CL. 42)
**In Commerce:** OCT 25, 2001

**Disclaimers:**

"CLUB"

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |

| | | |
|---|---|---|
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUL 08, 1997        **Serial Number:** 75-322,618

**Published For Opposition:** AUG 04, 1998

**Registered:** FEB 05, 2002        **Registration Number:** 2,536,910

**Date Revived/Reinstated:** APR 28, 2001

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH STREET

SAN FRANCISCO CA 94104-2878

BRAVO ZULU

## BRAVO ZULU

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** APR 30, 2002

**Goods/Services:**

**International Class 42:** DESIGN AND IMPLEMENTING WEBSITES FOR OTHERS AND DESIGN AND IMPLEMENTING COMPUTERIZED INFORMATIONAL KIOSKS FOR OTHERS, AND/OR RESEARCH AND DEVELOPMENT FOR NEW PRODUCT FOR OTHERS VIAS THE GLOBAL COMMUNICATION NETWORKS

**First Used:** MAY 1999  (INTL. CL. 42)

**In Commerce:** MAY 1999

**Last Reported Owner:**

BRAVO ZULU! INTERACTIVE
TEXAS  CORPORATION
3200 SOUTHWEST FREEWAY, SUITE 1200
HOUSTON, TEXAS  77027

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BRAVO ZULU | USPTO | Page 416 |
| BRAVO ZULU | USPTO | Page 531 |

**Chronology:**

**Filed:** APR 26, 2000        **Serial Number:** 76-035,680
**Published For Opposition:** FEB 05, 2002
**Registered:** APR 30, 2002    **Registration Number:** 2,564,997

**Ownership Details:**

**Registrant:**

BRAVO ZULU! INTERACTIVE
TEXAS  CORPORATION
3200 SOUTHWEST FREEWAY, SUITE 1200
HOUSTON, TEXAS  77027

**Filing Correspondent:**

WENDY K. BUSKOP
BUSKOP LAW GROUP PC
1717 ST. JAMES PLACE SUITE 500
HOUSTON, TEXAS 77056

BRAVO ZULU

## BRAVO ZULU

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** APR 30, 2002

**Goods/Services:**
**International Class 42:** DESIGN, DEVELOPMENT AND IMPLEM
ENTING WEBSITES FOR OTHERS AND DESIGN, DEVELOPMENT
AND IMPLEMENTING COMPUTERIZED INFORMATIONAL KIOSKS
FOR OTHERS, AND/OR RESEARCH AND DEVELOPMENT OF NEW
PRODUCTS FOR OTHERS
**First Used:** MAY 1999  (INTL. CL. 42)
**In Commerce:** MAY 1999

**Last Reported Owner:**
BRAVO ZULU! INTERACTIVE
TEXAS  CORPORATION
SUITE 1200
3200 SOUTHWEST FREEWAY
HOUSTON, TEXAS  77027

**We Have Located Other Marks With This Owner**

| BRAVO ZULU | USPTO | Page 416 |
| BRAVO ZULU | USPTO | Page 530 |

**Chronology:**
**Filed:** APR 26, 2000      **Serial Number:** 76-035,677
**Published For Opposition:** FEB 05, 2002
**Registered:** APR 30, 2002    **Registration Number:** 2,564,996

**Ownership Details:**
**Registrant:**
BRAVO ZULU! INTERACTIVE
TEXAS  CORPORATION
SUITE 1200
3200 SOUTHWEST FREEWAY
HOUSTON, TEXAS  77027
**Filing Correspondent:**
WENDY K. BUSKOP
BUSKOP LAW GROUP PC
1717 SAINT JAMES PL STE 500
HOUSTON TX 77056-3418

**HONOLULU MORTGAGE COMPANY**

Honolulu Mortgage Company

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 30, 2007

**Goods/Services:**

**International Class 36:** MORTGAGE BANKING SERVICES, NAMELY, ORIGINATION, ACQUISITION, SERVICING, SECURITIZATION AND BROKERAGE OF MORTGAGE LOANS; MORTGAGE BROKERAGE; MORTGAGE LENDING

**Last Reported Owner:**

CHARLES H. WIEBE
UNITED STATES  INDIVIDUAL
5975 W. QUAIL AVE.
LAS VEGAS, NEVADA  89118

**Chronology:**

**Filed:** NOV 28, 2006       **Serial Number:** 77-052,521

**Ownership Details:**

**Applicant:**

CHARLES H. WIEBE
UNITED STATES  INDIVIDUAL
5975 W. QUAIL AVE.
LAS VEGAS, NEVADA  89118

**Filing Correspondent:**

CHARLES H. WIEBE
5975 W QUAIL AVE
LAS VEGAS, NV 89118-2711

US-286
**Group:** Four

HONOLULUCONNECT

**HONOLULUCONNECT**

**Status:**       PUBLISHED
              INTENT TO USE

              **USPTO Status:** THIRD EXTENSION - GRANTED
              **USPTO Status Date:** JUN 20, 2007

**Goods/Services:**

              **International Class 38:** TELECOMMUNICATIONS SERVICES,
              NAMELY, INTEGRATED VOICE AND DATA NETWORKING SERVICES

**Last Reported Owner:**

              TIME WARNER TELECOM HOLDINGS INC.
              DELAWARE  CORPORATION
              10475 PARK MEADOWS DRIVE
              LITTLETON, COLORADO  80124

**Chronology:**

              **Filed:** OCT 06, 2004          **Serial Number:** 78-495,448
              **Published For Opposition:** SEP 27, 2005

**Ownership Details:**

**Applicant:**

              TIME WARNER TELECOM HOLDINGS INC.
              DELAWARE  CORPORATION
              10475 PARK MEADOWS DRIVE
              LITTLETON, COLORADO  80124

**Filing Correspondent:**

              SCHWAPPACH, JAMES R. STEFFEN, AND GARY S. WEINSTEIN
              NATALIE HANLON-LEH
              FAEGRE & BENSON LLP
              3200 WELLS FARGO CENTER
              1700 LINCOLN STREET
              DENVER CO 80203-4532

HONOLULU GRILL

**HONOLULU GRILL**

**Status:**  REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 08, 2005

**Goods/Services:**
**International Class 43:**  RESTAURANT
**First Used:** SEP 05, 2000  (INTL. CL. 43)
**In Commerce:** SEP 05, 2000

**Disclaimers:**
GRILL

**Last Reported Owner:**
CRICHTON, DONALD A.
UNITED STATES  INDIVIDUAL
1316 SOUTH 400 EAST #B-4
ST. GEORGE, UTAH  84790

**Chronology:**
**Filed:** JUL 28, 2003        **Serial Number:** 78-279,409
**Published For Opposition:** MAY 11, 2004
**Registered:** FEB 08, 2005    **Registration Number:** 2,925,971

**Ownership Details:**
**Registrant:**
CRICHTON, DONALD A.
UNITED STATES  INDIVIDUAL
1316 SOUTH 400 EAST #B-4
ST. GEORGE, UTAH  84790

**Filing Correspondent:**
CRICHTON, DONALD A.
1316 SOUTH 400 EAST #B-4
ST. GEORGE, UT 84790

 Honolulu Freight Service

## HONOLULU FREIGHT SERVICE

**Status:**        REGISTERED

USPTO Status: REGISTERED
USPTO Status Date: JUN 26, 2007

**Goods/Services:**

**International Class 39:** FREIGHT FORWARDING; FREIGHT TRANSPORTATION BY TRUCK; SUPPLY CHAIN, LOGISTICS AND REVERSE LOGISTICS SERVICES, NAMELY, STORAGE, TRANSPORTATION AND DELIVERY OF DOCUMENTS, PACKAGES, RAW MATERIALS, AND OTHER FREIGHT FOR OTHERS BY AIR, RAIL, SHIP OR TRUCK

**First Used:** SEP 29, 1958  (INTL. CL. 39)
**In Commerce:** SEP 29, 1958

**Disclaimers:**

"HONOLULU FREIGHT SERVICE"

**Last Reported Owner:**

HONOLULU FREIGHT SERVICE
CALIFORNIA  CORPORATION
1400 DATE STREET
MONTEBELLO, CALIFORNIA  90640

**Chronology:**

**Filed:** MAY 15, 2006        **Serial Number:** 78-883,890
**Published For Opposition:** APR 10, 2007
**Registered:** JUN 26, 2007        **Registration Number:** 3,255,629

**Ownership Details:**
**Registrant:**

HONOLULU FREIGHT SERVICE
CALIFORNIA  CORPORATION
1400 DATE STREET
MONTEBELLO, CALIFORNIA  90640

**Claims:**

THE COLOR(S) BLACK, RED, ORANGE, AND YELLOW, ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE COLOR(S) BLACK APPEARS IN THE WORDS "HONOLULU FREIGHT SERVICE," THE COLORS RED, ORANGE, AND YELLOW APPEAR IN THE CUBE DESIGN. THERE IS NO CLAIM TO THE BACKGROUND COLOR (SHOWN IN THE IMAGE AS WHITE).

**Other U.S. Registrations:** 1,247,327; 1,811,138
**Filing Correspondent:**

VICTOR J. COSENTINO

LARSON & GASTON, LLP
200 S LOS ROBLES AVE STE 530
PASADENA, CA 91101-5801

HONOLULU
HARRY'S ISLAND
GETAWAY

## HONOLULU HARRY'S ISLAND GETAWAY

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAR 15, 2005

**Goods/Services:**

**International Class 43:** RESTAURANT SERVICES

**First Used:** MAR 17, 2003  (INTL. CL. 43)

**In Commerce:** MAR 18, 2004

**Last Reported Owner:**

HANALEI BAY RESTAURANT GROUP, INC.

CALIFORNIA  CORPORATION

ONE PARK PLAZA, SUITE 600

IRVINE, CALIFORNIA  92618

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU HARRYS ISLAND GETAWAY RESTAURANT & LOUNGE | USPTO | Page 538 |
| HONOLULU HARRY'S ISLAND OASIS | USPTO | Page 661 |
| HONOLULU HARRY'S ISLAND OASIS RESTAURANT & LOUNGE | USPTO | Page 662 |

**Chronology:**

**Filed:** MAR 18, 2003          **Serial Number:** 78-226,900

**Published For Opposition:** FEB 10, 2004

**Registered:** MAR 15, 2005          **Registration Number:** 2,934,063

**Ownership Details:**

**Registrant:**

HANALEI BAY RESTAURANT GROUP, INC.

CALIFORNIA  CORPORATION

ONE PARK PLAZA, SUITE 600

IRVINE, CALIFORNIA  92618

**Filing Correspondent:**

CAROL A. GEFIS

OSWALD & YAP, P.C.

16148 SAND CANYON AVE.

IRVINE CA 92618



### HONOLULU HARRYS ISLAND GETAWAY RESTAURANT & LOUNGE

**Status:**       REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAR 15, 2005

**Goods/Services:**

**International Class 43:** RESTAURANT SERVICES
**First Used:** MAR 17, 2003  (INTL. CL. 43)
**In Commerce:** MAR 18, 2004

**Disclaimers:**

″RESTAURANT & LOUNGE″

**Last Reported Owner:**

HANALEI BAY RESTAURANT GROUP, INC.
CALIFORNIA  CORPORATION
ONE PARK PLAZA, SUITE 600
IRVINE, CALIFORNIA  92618

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU HARRY'S ISLAND GETAWAY | USPTO | Page 537 |
| HONOLULU HARRY'S ISLAND OASIS | USPTO | Page 661 |
| HONOLULU HARRY'S ISLAND OASIS RESTAURANT & LOUNGE | USPTO | Page 662 |

**Chronology:**

**Filed:** MAR 18, 2003        **Serial Number:** 78-227,089
**Published For Opposition:** JUN 08, 2004
**Registered:** MAR 15, 2005    **Registration Number:** 2,934,064

**Ownership Details:**

**Registrant:**

HANALEI BAY RESTAURANT GROUP, INC.
CALIFORNIA  CORPORATION
ONE PARK PLAZA, SUITE 600
IRVINE, CALIFORNIA  92618

**Portrait Permission:**

THE NAME IN THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

**Lining Stippling:**

THE STIPPLING ON THE LEAF IS FOR SHADING PURPOSES ONLY.

**Design Phrase:**

THE MARK CONSISTS OF A TROPICAL STYLE SIGN WITH BAMBOO

BORDERS, THE STYLIZED WORD ″HONOLULU″ PLACED AT THE TOP CENTER OF THE SIGN, THE LARGER STYLIZED WORD ″HARRYS″ PLACED DIRECTLY BELOW, AND A TROPICAL FLOWER PLACED TO THE RIGHT OF ″HONOLULU″ AND ABOVE THE ″YS″ OF ″HARRYS″ SUCH THAT THE STEM OF THE FLOWER CREATES AN APOSTROPHE BETWEEN THE ″Y″ AND THE ″S″ INDICATING POSSESSION; A LEAF SUPERIMPOSED OVER THE BOTTOM LEFT OF THE SIGN, THE STYLIZED WORDS ″ISLAND GETAWAY″ PLACED ON THE TOP HALF OF THE LEAF AND THE STYLIZED WORDS ″RESTAURANT & LOUNGED″ PLACED ON THE BOTTOM HALF OF THE LEAF.

**Filing Correspondent:**

CAROL A. GEFIS

OSWALD & YAP, P.C.

16148 SAND CANYON AVE.

IRVINE CA 92618



**HOTEL RENEW H O N O L U L U**

**Status:**    PENDING
             INTENT TO USE

             **USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
             **USPTO Status Date:** AUG 14, 2007

**Goods/Services:**
             **International Class 43:** (BASED ON INTENT TO USE) HOTEL
SERVICES

**Disclaimers:**
             ″HOTEL″

**Last Reported Owner:**
             Z-TOWER, LLC
             HAWAII  LIMITED LIABILITY CO.
             129 PAOAKALANI AVENUE
             HONOLULU, HAWAII  96815

**Chronology:**
             **Filed:** AUG 10, 2007      **Serial Number:** 77-252,973

**Ownership Details:**
**Applicant:**
             Z-TOWER, LLC
             HAWAII  LIMITED LIABILITY CO.
             129 PAOAKALANI AVENUE
             HONOLULU, HAWAII  96815

**Claims:**
             COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**
             THE MARK CONSISTS OF CIRCLE WITH CURLY CUES OR
MISCELLANEOUS CURVED LINES AND SWIRLS WITH THE WORDS
″HOTEL RENEW″ IN THE CENTER .

**Filing Correspondent:**
             PAUL MAKI
             1100 ALAKEA ST UNIT 23
             HONOLULU, HI 96813-2855

HONOLULU
MARATHON

### HONOLULU MARATHON

**Status:**     RENEWED
              SECTION 2(F)


        **USPTO Status:** REGISTERED AND RENEWED
        **USPTO Status Date:** JUL 31, 2004

**Goods/Services:**
        **International Class 41:** ARRANGING AND CONDUCTING ATHLETIC
        COMPETITIONS IN THE NATURE OF RUNNING COMPETITIONS
        **First Used:** DEC 16, 1973  (INTL. CL. 41)
        **In Commerce:** DEC 16, 1973

**Disclaimers:**
        ″MARATHON″

**Last Reported Owner:**
        HONOLULU MARATHON ASSOCIATION
        HAWAII  NON-PROFIT CORPORATION
        3435 WAIALAE AVENUE, SUITE 208
        HONOLULU, HAWAII  96816

        **We Have Located Other Marks With This Owner**

        HONOLULU MARATHON                    USPTO           Page 476


**Chronology:**
        **Filed:** SEP 03, 1993       **Serial Number:** 74-432,204
        **Published For Opposition:** MAR 22, 1994
        **Registered:** JUN 14, 1994    **Registration Number:** 1,839,690
        **Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC.
                              9 GRANTED  JUL 31, 2004
                              REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                              SEC. 15 ACK.
                              DEC 17, 1999
        **Last Renewed:** JUN 14, 2004

**Ownership Details:**
**Registrant:**
        HONOLULU MARATHON ASSOCIATION
        HAWAII  NON-PROFIT CORPORATION
        3435 WAIALAE AVENUE, SUITE 208
        HONOLULU, HAWAII  96816
**Filing Correspondent:**
        MARTIN E. HSIA
        CADES SCHUTTE LLLP
        1000 BISHOP ST 12TH FL

HONOLULU HI 96813

# Zulu Tattoo

**ZULU TATTOO**

**Status:**       REGISTERED

> **USPTO Status:** REGISTERED
> **USPTO Status Date:** JUL 17, 2007

**Goods/Services:**

> **International Class 44:** BODY PIERCING SERVICES; TATTOOING
> **First Used:** JUL 01, 1993  (INTL. CL. 44)
> **In Commerce:** JUL 01, 1993

**Disclaimers:**

> ″TATTOO″

**Last Reported Owner:**

> ZULU, CONNIE JO AND ZULU, RONI
> **Composed Of:** CONNIE JO ZULU - US CITIZEN RONI ZULU - US CITIZEN
> CALIFORNIA  PARTNERSHIP
> 165 S CRESCENT HEIGHTS BLVD.
> LOS ANGELES, CALIFORNIA  90048

**Chronology:**

> **Filed:** SEP 13, 2006      **Serial Number:** 78-973,937
> **Published For Opposition:** MAY 01, 2007
> **Registered:** JUL 17, 2007      **Registration Number:** 3,265,181

**Ownership Details:**
**Registrant:**

> ZULU, CONNIE JO AND ZULU, RONI
> **Composed Of:** CONNIE JO ZULU - US CITIZEN RONI ZULU - US CITIZEN
> CALIFORNIA  PARTNERSHIP
> 165 S CRESCENT HEIGHTS BLVD.
> LOS ANGELES, CALIFORNIA  90048

**Filing Correspondent:**

> MOLLY ZURFLUEH
> NOKES & QUINN
> 450 OCEAN AVE
> LAGUNA BEACH, CA 92651-2358

## HONOLULU SHARKS

HONOLULU SHARKS

**Status:**     REGISTERED

     **USPTO Status:** REGISTERED
     **USPTO Status Date:** JAN 23, 2007

**Goods/Services:**

     **International Class 25:** BASEBALL CAPS; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; SLEEVED OR SLEEVELESS JACKETS

     **International Class 41:** ENTERTAINMENT IN THE NATURE OF BASEBALL GAMES

     **First Used:** DEC 17, 1993  (INTL. CL. 25)

     **In Commerce:** DEC 17, 1993

     **First Used:** OCT 17, 1993  (INTL. CL. 41)

     **In Commerce:** OCT 17, 1993

**Disclaimers:**

     ″HONOLULU″

**Last Reported Owner:**

     HAWAII WINTER BASEBALL, INC.
     HAWAII  CORPORATION
     905 MAKAHIKI WAY
     UNIT C
     HONOLULU, HAWAII  96826

     **We Have Located Other Marks With This Owner**

     HONOLULU SHARKS HS                USPTO          Page 634

**Chronology:**

     **Filed:** APR 06, 2006          **Serial Number:** 78-856,032

     **Published For Opposition:** NOV 07, 2006

     **Registered:** JAN 23, 2007     **Registration Number:** 3,202,123

**Ownership Details:**

**Registrant:**

     HAWAII WINTER BASEBALL, INC.
     HAWAII  CORPORATION
     905 MAKAHIKI WAY
     UNIT C
     HONOLULU, HAWAII  96826

**Filing Correspondent:**

     PAUL MAKI
     PAUL MAKI, ATTORNEY AT LAW
     1100 ALAKEA ST UNIT 23

HONOLULU, HI 96813-2855

XULU
ENTERTAINMENT

## XULU ENTERTAINMENT

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 28, 2002

**Goods/Services:**

**International Class 41:** ENTERTAINMENT IN THE NATURE OF THEATER PRODUCTIONS AND MOVIES
**First Used:** OCT 18, 2001  (INTL. CL. 41)
**In Commerce:** OCT 19, 2001

**Disclaimers:**

"ENTERTAINMENT"

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |

| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** OCT 14, 1997     **Serial Number:** 75-372,278

**Published For Opposition:** NOV 03, 1998

**Registered:** MAY 28, 2002     **Registration Number:** 2,574,012

**Ownership Details:**

**Registrant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE LLP

333 BUSH STREET

SAN FRANCISCO CA 94104-2878



**HONOLULU CLUB**

**Status:**     RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** JUN 21, 2006

**Goods/Services:**

**International Class 25:** T-SHIRTS, VISORS, AND CAPS
**International Class 41:** HEALTH CLUB SERVICES
**International Class 42:** SOCIAL CLUB SERVICES, INCLUDING RESTAURANT AND NIGHTCLUB SERVICES
**First Used:** APR 28, 1980  (INTL. CL. 25)
**In Commerce:** APR 28, 1980
**First Used:** APR 28, 1980  (INTL. CL. 41)
**In Commerce:** APR 28, 1980
**First Used:** APR 28, 1980  (INTL. CL. 42)
**In Commerce:** APR 28, 1980

**Disclaimers:**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ″HONOLULU″ AND ″CLUB″, APART FROM THE MARK AS SHOWN.

**Last Reported Owner:**

HONOLULU CLUB LIMITED PARTNERS
HAWAII  LIMITED PARTNERSHIP
932 WARD AVENUE
HONOLULU, HAWAII  96814

**We Have Located Other Marks With This Owner**

HONOLULU CLUB                    USPTO            Page 551

**Chronology:**

**Filed:** APR 26, 1983          **Serial Number:** 73-423,295
**Published For Opposition:** APR 02, 1985
**Registered:** JUN 11, 1985     **Registration Number:** 1,340,858
**Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED  JUN 21, 2006
REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.
OCT 08, 1991
**Last Renewed:** JUN 11, 2005
**Date Revived/Reinstated:** JUN 21, 2006

**Ownership Details:**
**Registrant:**

KNIGHT DEVELOPMENT CORPORATION

DBA HONOLULU CLUB

HAWAII  CORPORATION

1440 KAPIOLANI BLVD.

SUITE 1234

HONOLULU, HAWAII  96814

**Assignee**
HONOLULU CLUB LIMITED
PARTNERS
HAWAII LIMITED PARTNERSHIP
932 WARD AVENUE
HONOLULU, HAWAII, 96814

**Assignor**
KNIGHT CORPORATION
HAWAII CORPORATION
**Signed:** NOV 28, 2005

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 07, 2005
**Reel/Frame:** 3206/0323
**Correspondent:**
JOHN C. BAUM, ESQ.
TOWNSEND AND TOWNSEND AND
CREW LLP
TWO EMBARCADERO CENTER,
8TH FLOOR
SAN FRANCISCO, CA 94111-3834

**Assignee**
KNIGHT CORPORATION
HAWAII CORPORATION
HONOLULU, HI 96814
932 WARD AVENUE

**Assignor**
KNIGHT DEVELOPMENT
CORPORATION
HAWAII CORPORATION
**Signed:** JUL 12, 1993

**Brief:** CHANGE OF NAME (SEE
RECORDS FOR DETAILS)
**Recorded:** MAR 30, 1994
**Reel/Frame:** 1126/0323
**Correspondent:**
CHARLES M. MARMELSTEIN
NIKAIDO, MARMELSTEIN, MURRAY
& ORAM
METROPOLITAN SQUARE, 655
15TH ST., N.W.
G STREET LOBBY - SUITE 330
WASHINGTON, DC 20005

**Filing Correspondent:**

JOHN C. BAUM
TOWNSEND AND TOWNSEND AND CREW LLP
TWO EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CA 94111

**HONOLULU CLUB**

# HONOLULU CLUB

**Status:**    REGISTERED
SECTION 2(F)

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 02, 2007

**Goods/Services:**
**International Class 25:** T-SHIRTS, VISORS, AND CAPS
**International Class 41:** HEALTH CLUB SERVICES, NAMELY,
PROVIDING INSTRUCTION AND EQUIPMENT IN THE FIELD OF
PHYSICAL EXERCISE; ENTERTAINMENT SERVICES, NAMELY,
NIGHTCLUBS
**International Class 43:** RESTAURANT SERVICES
**First Used:** APR 28, 1980  (INTL. CL. 25)
**In Commerce:** APR 28, 1980
**First Used:** APR 28, 1980  (INTL. CL. 41)
**In Commerce:** APR 28, 1980
**First Used:** APR 28, 1980  (INTL. CL. 43)
**In Commerce:** APR 28, 1980

**Last Reported Owner:**
HONOLULU CLUB LIMITED PARTNERS
**Composed Of:** N.S. DEVELOPMENT, INC. (HAWAII CORPORATION)
HAWAII  LIMITED PARTNERSHIP
932 WARD AVENUE
HONOLULU, HAWAII  96814

**We Have Located Other Marks With This Owner**

HONOLULU CLUB                    USPTO            Page 548

**Chronology:**
**Filed:** FEB 14, 2006          **Serial Number:** 78-814,756
**Published For Opposition:** OCT 17, 2006
**Registered:** JAN 02, 2007    **Registration Number:** 3,193,131

**Ownership Details:**
**Registrant:**
HONOLULU CLUB LIMITED PARTNERS
**Composed Of:** N.S. DEVELOPMENT, INC. (HAWAII CORPORATION)
HAWAII  LIMITED PARTNERSHIP
932 WARD AVENUE
HONOLULU, HAWAII  96814
**Other U.S. Registrations:** 1,340,858
**Filing Correspondent:**

JOHN C. BAUM, ESQ.
TOWNSEND AND TOWNSEND AND CREW LLP
2 EMBARCADERO CTR FL 8
SAN FRANCISCO, CA 94111-3833

# NANDI ZULU

**NANDI ZULU**

**Status:**     PENDING

FILED AS USE APPLICATION

USE APPLICATION - CURRENT

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** AUG 16, 2007

**Goods/Services:**

**International Class 33:**  (BASED ON USE IN COMMERCE) WINES

**First Used:** JUL 23, 2007  (INTL. CL. 33)

**In Commerce:** JUL 23, 2007

**Last Reported Owner:**

QUINTESSENTIAL, L.L.C.

CALIFORNIA  LIMITED LIABILITY CO.

64 CULBERTSON CT.

NAPA, CALIFORNIA  94574

**We Have Located Other Marks With This Owner**

ZULU                                USPTO          Page 487

**Chronology:**

**Filed:** AUG 13, 2007          **Serial Number:** 77-253,508

**Ownership Details:**

**Applicant:**

QUINTESSENTIAL, L.L.C.

CALIFORNIA  LIMITED LIABILITY CO.

64 CULBERTSON CT.

NAPA, CALIFORNIA  94574

**Filing Correspondent:**

BERNARD W. GERDELMAN

PAULE, CAMAZINE & BLUMENTHAL, P.C.

165 N MERAMEC AVE FL 6

SAINT LOUIS, MO 63105-3909

### HONOLULU COOLING NETWORKS LLC



**Status:**   REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 12, 2006

**Goods/Services:**

**International Class 35:** MANAGEMENT ASSISTANCE AND BUSINESS CONSULTING SERVICES IN THE FIELD OF AIR AND WATER COOLING PLANTS AND WAYS TO COOL BUILDINGS

**First Used:** APR 14, 2004  (INTL. CL. 35)
**In Commerce:** APR 14, 2004

**Disclaimers:**

″HONOLULU COOLING NETWORKS LLC″

**Last Reported Owner:**

COOLING NETWORKS LLC
ILLINOIS  LIMITED LIABILITY CO.
150 SOUTH FIFTH STREET, SUITE 340
MINNEAPOLIS, MINNESOTA  55402

**Chronology:**

**Filed:** FEB 25, 2005        **Serial Number:** 78-575,290
**Published For Opposition:** JUN 20, 2006
**Registered:** SEP 12, 2006        **Registration Number:** 3,141,357

**Ownership Details:**

**Registrant:**

COOLING NETWORKS LLC
ILLINOIS  LIMITED LIABILITY CO.
150 SOUTH FIFTH STREET, SUITE 340
MINNEAPOLIS, MINNESOTA  55402

**Filing Correspondent:**

GREGORY C. GOLLA
MERCHANT & GOULD P.C.
P.O. BOX 2910
MINNEAPOLIS, MN 55402-9944

SAN ANTONIO ZULU
ASSOCIATION

## SAN ANTONIO ZULU ASSOCIATION

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 22, 2004

**Goods/Services:**

**International Class 41:** PUBLIC FESTIVALS OF MUSIC, FOOD AND OTHER ENTERTAINMENT AND EDUCATIONAL EVENTS
**First Used:** APR 1982  (INTL. CL. 41)
**In Commerce:** APR 1982

**Disclaimers:**

″SAN ANTONIO″ AND ″ASSOCIATION″

**Last Reported Owner:**

SAN ANTONIO ZULU ASSOCIATION
TEXAS  UNINCORPORATED ASSOCIATION
P.O. BOX 8094
SAN ANTONIO, TEXAS  78208-0042

**Chronology:**

**Filed:** MAY 23, 2003         **Serial Number:** 76-516,059
**Published For Opposition:** MAR 30, 2004
**Registered:** JUN 22, 2004    **Registration Number:** 2,855,720

**Ownership Details:**

**Registrant:**

SAN ANTONIO ZULU ASSOCIATION
TEXAS  UNINCORPORATED ASSOCIATION
P.O. BOX 8094
SAN ANTONIO, TEXAS  78208-0042

**Filing Correspondent:**

JOHNNY W. THOMAS
JOHNNY W. THOMAS, LAW OFFICE, P.C.
1153 E. COMMERCE STREET
SAN ANTONIO, TX 78205



## AWIMOWEH ZULU NECTAR SOUTH AFRICAN ROOIBOS TEA 16 FLUID OUNCES 473 ML

**Translation:**

THE WORD ″AWIMOWEH″ IS A PHONETIC (ENGLISH) TRANSLATION OF A ZULU WORD (″MBUBE″), WHICH TRANSLATES AS ″THE LION″.

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 05, 2006

**Goods/Services:**

**International Class 30:** TEA
**First Used:** MAR 02, 2005  (INTL. CL. 30)
**In Commerce:** MAR 27, 2005

**Disclaimers:**

SOUTH AFRICAN ROOIBOS TEA AND 16 FLUID OUNCES 473ML

**Last Reported Owner:**

STONES THROW ENTERPRISES
**Composed Of:** PHILLIP MOSOFF AND DUSTY HOBBS, BOTH U.S. CITIZENS
CALIFORNIA  PARTNERSHIP
679A HEDBURG ROAD
OAKDALE, CALIFORNIA  95361

**Chronology:**

**Filed:** MAR 07, 2005    **Serial Number:** 78-581,992
**Published For Opposition:** JAN 10, 2006
**Registered:** SEP 05, 2006    **Registration Number:** 3,140,422

**Ownership Details:**

**Registrant:**

STONES THROW ENTERPRISES
**Composed Of:** PHILLIP MOSOFF AND DUSTY HOBBS, BOTH U.S. CITIZENS
CALIFORNIA  PARTNERSHIP
679A HEDBURG ROAD
OAKDALE, CALIFORNIA  95361

**Claims:**

THE COLOR(S) GREEN, YELLOW, RED, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE COLOR RED APPEARS IN THE BACKGROUND WITH YELLOW. THE COLOR GREEN APPEARS IN THE BORDER AND THE WORDS

˝ZULU NECTAR˝, ALSO AS A HIGHLIGHT IN THE WORD ˝AWIMO WEH˝. THE COLOR BLACK APPEARS IN THE LION DESIGN AND THE WORD ˝AWIMOWEH˝. THE COLOR YELLOW ALSO APPEARS IN THE BACKGROUND OF THE LION IMAGE. THE MARK CONSISTS OF STYLIZED LETTERING FOR: ˝AWIMOWEH˝, ˝ZULU NECTAR˝, STYLIZED BORDER AND LION.

**Filing Correspondent:**

PHILLIP MOSOFF

STONES THROW ENTERPRISES

P.O. BOX 22541

CARMEL, CA 93922

ARABIC TO ZULU

## ARABIC TO ZULU

**TTAB**

**Status:**    REGISTERED
AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED -SECTION 24
**USPTO Status Date:** JAN 04, 2001

**Goods/Services:**
**International Class 41:** EDUCATIONAL SERVICES, NAMELY,
CONDUCTING SEMINARS AND INDIVIDUAL INSTRUCTION IN
FOREIGN LANGUAGES; CONDUCTING SEMINARS TO MAKE
PEOPLE AWARE OF DIFFERENCES OF OTHER CULTURES
**International Class 42:** PROVIDING INTERPRETATION OF FOREIGN
LANGUAGES IN SPOKEN FORM, FOREIGN LANGUAGE DOCUMENT
TRANSLATION
**First Used:** JAN 01, 1994  (INTL. CL. 41)
**In Commerce:** MAR 01, 1995
**First Used:** JAN 01, 1994  (INTL. CL. 42)
**In Commerce:** MAR 01, 1995

**Last Reported Owner:**
LANGUAGES UNLIMITED, INC.
OHIO  CORPORATION
51 NORTH HIGH STREET
SUITE 2
COLUMBUS, OHIO  43215

**Chronology:**
**Filed:** NOV 21, 1996          **Serial Number:** 75-201,673
**Published For Opposition:** OCT 07, 1997
**Opposition/Cancellation Filed:** NOV 12, 1998
**Registered:** DEC 30, 1997      **Registration Number:** 2,125,372

**Trademark Trials and Appeal Board (TTAB) Information:**    **TTAB**

**Cancellation Action Number:** 92028224

**Outcome:** TERMINATED  JUL 11, 2001

**Plaintiff:**                        **Defendant:**
COTO INTERPRETING &              LANGUAGE UNLIMITED, INC.
TRANSLATING, INC.
**Mark:**                            **Mark:** ARABIC TO ZULU
**Registration Number:**             **Registration Number:** 2,125,372
**Serial Number:**                   **Serial Number:** 75-201,673

**Correspondent:**

THERESA W. MIDDLEBROOK
CHRISTIE, PARKER & HALE, LLP
350 WEST COLORADO
BOULEVARD, SUITE 500 P.O. BOX
7068
PASADENA, CA 91109-7068

**Trademark Defendant
Correspondent:**
WM. CATES RAMBO
PORTER, WRIGHT MORRIS &
ARTHUR
250 E. 5TH ST., SUITE 2200
CINCINNATI, OH 45202-4199

**TTAB Entry:** #16 COMM'S ORDER PET TO CANC. GRANTED, JUL 11, 2001
**TTAB Entry:** #15 TERMINATED, JUL 11, 2001

**Ownership Details:**
**Registrant:**
    LANGUAGES UNLIMITED, INC.
    OHIO  CORPORATION
    51 NORTH HIGH STREET
    SUITE 2
    COLUMBUS, OHIO  43215

**Filing Correspondent:**
    JOHN L GRAY
    WM. CATES RAMBO
    PORTER, WRIGHT MORRIS & ARTHUR
    250 E. 5TH ST., SUITE 2200
    CINCINNATI, OH 45202-4199

UMKHULU

## UMKHULU

**Translation:**

THE ENGLISH TRANSLATION OF THE XHOSA WORD UMKHULU IN THE MARK IS THE BIG ONE.

**Status:**   ABANDONED

**USPTO Status:** ABANDONED-AFTER PUBLICATION
**USPTO Status Date:** FEB 08, 2005

**Goods/Services:**

**International Class 33:** IMPORTED WINE
**First Used:** JUL 01, 2002  (INTL. CL. 33)
**In Commerce:** OCT 01, 2002

**Last Reported Owner:**

AMERICAN INTERNATIONAL DISTRIBUTION CORPORATION
VERMONT  CORPORATION
50 WINTER SPORT LANE
WILLISTON, VERMONT  05495

**Chronology:**

**Filed:** MAY 01, 2003          **Serial Number:** 78-244,303
**Published For Opposition:** SEP 21, 2004
**Abandoned:** FEB 08, 2005

**Trademark Trials and Appeal Board (TTAB) Information:**

**Extension of Time to Oppose Number:** 78244303
**Extension of Time to Oppose Filed:** SEP 23, 2004
**Outcome:** TERMINATED  DEC 21, 2004

**Potential Opposer:**          **Applicant:**
CYBERCELLAR PTY LTD            AMERICAN INTERNATIONAL
                               DISTRIBUTION CORP
                               ORATION

**Mark:**                      **Mark:** UMKHULU
**Serial Number:**             **Serial Number:** 78-244,303

**Correspondent:**
JEFFREY VAN HOOSEAR
KNOBBE, MARTENS, OLSON &
BEAR LLP
2040 MAIN STREET FOURTEENTH
FLOOR
IRVINE, CA 92614 US

**Correspondent:**
AMERICAN INTERNATIONAL
DISTRIBUTION CORP
50 WINTER SPORT LN
WILLISTON, VT 05495-8137

**TTAB Entry:** #2 REQ. FOR EXTENSION OF TIME TO OPPOSE, SEP 23, 2004
**TTAB Entry:** #1 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE
DATE), SEP 23, 2004

## Ownership Details:
### Applicant:

AMERICAN INTERNATIONAL DISTRIBUTION CORPORATION
VERMONT  CORPORATION
50 WINTER SPORT LANE
WILLISTON, VERMONT  05495

## Filing Correspondent:

AMERICAN INTERNATIONAL DISTRIBUTION CORP
50 WINTER SPORT LN
WILLISTON VT 05495-8137

ULU

Original "ULU" TIME

**ORIGINAL ″ULU″ TIME**

**Status:**      ABANDONED
               INTENT TO USE

          **USPTO Status:** ABANDONED-FAILURE TO RESPOND
          **USPTO Status Date:** JUL 22, 2006

**Goods/Services:**
          **International Class 14:** CLOCK

**Last Reported Owner:**
          KVASNIKOFF, PADDY
          UNITED STATES  INDIVIDUAL
          3483 MELNITSA #2
          PO BOX 382
          KODIAK, ALASKA  99615

**Chronology:**
          **Filed:** JUN 02, 2005          **Serial Number:** 78-642,701
          **Abandoned:** JUN 26, 2006

**Ownership Details:**
**Applicant:**
          KVASNIKOFF, PADDY
          UNITED STATES  INDIVIDUAL
          3483 MELNITSA #2
          PO BOX 382
          KODIAK, ALASKA  99615

**Filing Correspondent:**
          KVASNIKOFF, PADDY
          PO BOX 382
          KODIAK, AK 99615-0382

MAMA ULU

**MAMA ULU**

**Status:** ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** AUG 16, 2000

**Goods/Services:**

**International Class 16:** PRINTED MATTER, NAMELY, A SERIES OF
FICTION BOOKS

**International Class 28:** PLUSH TOYS

**Last Reported Owner:**

KING, DONALD E.

UNITED STATES  INDIVIDUAL

1225 W. ARROWHEAD RD.

DULUTH, MINNESOTA  55811

**Chronology:**

**Filed:** NOV 25, 1998    **Serial Number:** 75-595,547

**Published For Opposition:** NOV 23, 1999

**Abandoned:** AUG 16, 2000

**Ownership Details:**

**Applicant:**

KING, DONALD E.

UNITED STATES  INDIVIDUAL

1225 W. ARROWHEAD RD.

DULUTH, MINNESOTA  55811

**Filing Correspondent:**

JAMES MICHAEL FAIER

FAIER & FAIER PC

566 W ADAMS ST STE 600

CHICAGO IL 60661



### ZULU

**Status:**  CANCELLED                          **Cancellation Section:** 8

AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** DEC 28, 2002

**Goods/Services:**

**International Class 10:** CONDOMS IN THE USE OF HEALTH CARE
**First Used:** NOV 01, 1992  (INTL. CL. 10)
**In Commerce:** NOV 01, 1992

**Last Reported Owner:**

JONES BROTHERS INC.
**Composed Of:** ROBERT L. JONES III AND HARVEY J. JONES, BOTH
U.S. CITIZENS
DELAWARE  PARTNERSHIP
1903 WALNUT STREET #120
PHILADELPHIA, PENNSYLVANIA  19103

**Chronology:**

**Filed:** NOV 18, 1992          **Serial Number:** 74-332,414
**Published For Opposition:** JAN 02, 1996
**Registered:** MAR 26, 1996      **Registration Number:** 1,963,622
**Cancelled:** FEB 11, 2003

**Ownership Details:**
**Registrant:**

JONES BROTHERS INC.
**Composed Of:** ROBERT L. JONES III AND HARVEY J. JONES, BOTH
U.S. CITIZENS
DELAWARE  PARTNERSHIP
1903 WALNUT STREET #120
PHILADELPHIA, PENNSYLVANIA  19103

**Lining Stippling:**

THE LINING SHOWN IN THE DRAWING IS A FEATURE OF THE
MARK AND NOT INTENDED TO INDICATE COLOR.

**Filing Correspondent:**

MAVIS K. FLOWER
MAVIS K. FOWLER
AKOO-TOREN
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1182

IZULU

**IZULU**

**Status:**   ABANDONED

AMENDED TO USE APPLICATION

INTENT TO USE


**USPTO Status:** ABANDONED-FAILURE TO RESPOND

**USPTO Status Date:** DEC 06, 2001

**Goods/Services:**

**International Class 35:** RETAIL STORE SERVICES FEATURING, COMPUTER HARDWARE, COMPUTER SOFTWARE, TELECOMMUNICATIONS EQUIPMENT, NAMELY, ELECTRONIC SWITCHES, TELEPHONES, WIRELESS TELEPHONES, MODEMS, NETWORK INTERFACE CARDS, PAGERS, INTERCOMS

**First Used:** JAN 15, 2000  (INTL. CL. 35)

**In Commerce:** MAR 01, 2000

**Last Reported Owner:**

IZULU CORPORATION

ILLINOIS  CORPORATION

3314 NORTH LAKE SHORE DRIVE, SUITE 3B

CHICAGO, ILLINOIS  60657


**Chronology:**

**Filed:** JUL 14, 1999        **Serial Number:** 75-750,750

**Published For Opposition:** APR 04, 2000

**Abandoned:** DEC 06, 2001


**Ownership Details:**

**Applicant:**

IZULU CORPORATION

ILLINOIS  CORPORATION

3314 NORTH LAKE SHORE DRIVE, SUITE 3B

CHICAGO, ILLINOIS  60657

**Filing Correspondent:**

IZULU CORPORATION

3314 NORTH LAKE SHORE DR STE 3B

CHICAGO IL 60657

# XULU

### XULU

 **Worldwide Filings = 1**

**Status:**    ABANDONED
             INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** APR 08, 2001

**Goods/Services:**
**International Class 41:** ENTERTAINMENT IN THE NATURE OF
THEATER PRODUCTIONS AND MOVIES

**Last Reported Owner:**
XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |

| | | |
|---|---|---|
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUN 09, 1997        **Serial Number:** 75-305,885

**Published For Opposition:** JAN 13, 1998

**Abandoned:** APR 08, 2001

**Ownership Details:**

**Applicant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

525 UNIVERSITY AVE

PALO ALTO CA 94301-1900

XULU

## XULU

 **Worldwide Filings = 1**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** OCT 13, 2005

**Goods/Services:**

**International Class 41:** ENTERTAINMENT IN THE NATURE OF
THEATER PRODUCTIONS AND MOVIES

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
651 BRANNAN STREET
SAN FRANCISCO, CALIFORNIA  94107

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |

| | | |
|---|---|---|
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** MAR 26, 2001    **Serial Number:** 76-230,880

**Published For Opposition:** JAN 18, 2005

**Abandoned:** OCT 13, 2005

**Ownership Details:**

**Applicant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

651 BRANNAN STREET

SAN FRANCISCO, CALIFORNIA  94107

**Filing Correspondent:**

BETH M. GOLDMAN

HELLER EHRMAN WHITE & ET AL

333 BUSH STREET

SAN FRANCISCO, CALIFORNIA 94104-2878



**TRUZULU**

**Status:**    CANCELLED        **Cancellation Section:** 8

        **USPTO Status:** CANCELLED - SECTION 8
        **USPTO Status Date:** APR 24, 2004

**Goods/Services:**
        **International Class 25:** SANDALS AND FOOTWEAR
        **First Used:** AUG 15, 1994  (INTL. CL. 25)
        **In Commerce:** AUG 15, 1994

**Disclaimers:**
        THE REPRESENTATION OF THE DESIGN OF THE AFRICAN
        CONTINENT

**Last Reported Owner:**
        ILIZWE TRADING COMPANY
        MINNESOTA  CORPORATION
        5315 JAMES AVENUE SOUTH
        MINNEAPOLIS, MINNESOTA  55419

**Chronology:**
        **Filed:** SEP 07, 1994        **Serial Number:** 74-570,728
        **Published For Opposition:** APR 29, 1997
        **Registered:** JUL 22, 1997        **Registration Number:** 2,080,493
        **Cancelled:** JUN 08, 2004

**Ownership Details:**
**Registrant:**
        ILIZWE TRADING COMPANY
        MINNESOTA  CORPORATION
        5315 JAMES AVENUE SOUTH
        MINNEAPOLIS, MINNESOTA  55419

**Filing Correspondent:**
        CRAIG D. GREENBERG
        5101 OLSON MEMORIAL HIGHWAY #1000
        MINNEAPOLIS, MN 55422



## ZOOLOO

**Status:**    ABANDONED

       **USPTO Status:** ABANDONED-FAILURE TO RESPOND
       **USPTO Status Date:** SEP 29, 1992

**Goods/Services:**
       **International Class 25:** CLOTHING FOR MEN, WOMEN AND
       CHILDREN; NAMELY, T-SHIRTS AND SWEATSHIRTS; CANVAS TOTE
       BAGS
       **First Used:** MAR 1990  (INTL. CL. 25)
       **In Commerce:** MAR 1990

**Last Reported Owner:**
       AFRICAM TRADING CORPORATION
       NEW JERSEY  CORPORATION
       66 MERCER ST.
       JERSEY CITY, NEW JERSEY  07302

**Chronology:**
       **Filed:** DEC 03, 1991       **Serial Number:** 74-226,997
       **Abandoned:** SEP 29, 1992

**Ownership Details:**
**Applicant:**
       AFRICAM TRADING CORPORATION
       NEW JERSEY  CORPORATION
       66 MERCER ST.
       JERSEY CITY, NEW JERSEY  07302

**Filing Correspondent:**
       AFRICAM TRADING CORPORATION
       66 MERCER ST.
       JERSEY CITY, NJ 07302



### ZOOLOO

| | | | |
|---|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 | |
| | 44(E) APPLICATION - CURRENT | | |

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** MAR 09, 2002

**Goods/Services:**

**International Class 25:** CLOTHING, NAMELY T-SHIRTS, SHORTS, PANTS, HEADWEAR

**Last Reported Owner:**

DEZIGN INCORPORATED (PVT) LTD
ZIMBABWE  COMPANY
UNIT 6B
BIRMINGHAM/BARROW ROADS
SOUTHERTON, HARARE, ZIMBABWE

**Chronology:**

**Filed:** OCT 26, 1993      **Serial Number:** 74-451,148
**Published For Opposition:** DEC 06, 1994
**Registered:** FEB 28, 1995      **Registration Number:** 1,880,690
**Cancelled:** APR 23, 2002

**Ownership Details:**
**Registrant:**

DEZIGN INCORPORATED (PVT) LTD
ZIMBABWE  COMPANY
UNIT 6B
BIRMINGHAM/BARROW ROADS
SOUTHERTON, HARARE, ZIMBABWE

**Non-U.S. Registration Claimed:** 97/88
**Non-U.S. Registration Date:** FEB 22, 1988
**Non-U.S. Registration Country:** ZIMBABWE
**Lining Stippling:**

THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

**Filing Correspondent:**

DAVID EHRLICH
WEISS DAWID FROSS ZELNICK & LEHRMAN, PC
633 THIRD AVENUE
NEW YORK, NY 10017-6754

AXE ZULU

## AXE ZULU

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JAN 02, 2004

**Goods/Services:**

**International Class 3:** BODY SPRAY USED AS A FRAGRANCE AND
AS A PERSONAL DEODORANT

**Last Reported Owner:**

CONOPCO, INC.
NEW YORK  CORPORATION
325 N. WELLS STREET
CHICAGO, ILLINOIS  60610

**Chronology:**

**Filed:** MAY 15, 2002    **Serial Number:** 78-128,839
**Published For Opposition:** APR 08, 2003
**Abandoned:** JAN 02, 2004

**Ownership Details:**

**Applicant:**

CONOPCO, INC.
NEW YORK  CORPORATION
325 N. WELLS STREET
CHICAGO, ILLINOIS  60610

**Filing Correspondent:**

ERIC MCCORMICK
UNILEVER LAW DEPARTMENT
390 PARK AVENUE, 19TH FLOOR
NEW YORK NY 10022

ZULU

**ZULU**

**Status:**    CANCELLED                    **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** AUG 14, 1984

**Goods/Services:**

**International Class 25:** SHOES COMPOSED OF LEATHER OR SYNTHETIC

**First Used:** SEP 04, 1974  (INTL. CL. 25)

**In Commerce:** SEP 04, 1974

**Last Reported Owner:**

TOTAR, INC., NEW YORK, N.Y.

**Chronology:**

**Filed:** AUG 05, 1976          **Serial Number:** 73-095,799

**Published For Opposition:** DEC 13, 1977

**Registered:** MAR 07, 1978      **Registration Number:** 1,086,961

**Cancelled:** AUG 14, 1984

**Ownership Details:**

**Registrant:**

TOTAR, INC., NEW YORK, N.Y.

ZULU

**ZULU**

**Status:**        ABANDONED

          **USPTO Status:** ABANDONED-FAILURE TO RESPOND
          **USPTO Status Date:** NOV 25, 1996

**Goods/Services:**
          **International Class 25:** HEADWEAR
          **First Used:** JUL 1992  (INTL. CL. 25)
          **In Commerce:** JUL 1992

**Last Reported Owner:**
          BROTHA-MAN CO.
          ILLINOIS  CORPORATION
          1275 BUSCH PARKWAY
          BUFFALO GROVE, ILLINOIS  60089

**Chronology:**
          **Filed:** AUG 31, 1992      **Serial Number:** 74-309,583
          **Date Suspended:** JUL 19, 1993
          **Abandoned:** NOV 25, 1996

**Ownership Details:**
**Applicant:**
          BROTHA-MAN CO.
          ILLINOIS  CORPORATION
          1275 BUSCH PARKWAY
          BUFFALO GROVE, ILLINOIS  60089

**Filing Correspondent:**
          RICHARD S. PHILLIPS
          WOOD, PHILLIPS, VANSANTEN, ET AL.
          500 WEST MADISON STREET, SUITE 3800
          CHICAGO, IL 60661-2511



**ZULU**

**Status:**  CANCELLED                    **Cancellation Section:** 8

USPTO Status: CANCELLED - SECTION 8
USPTO Status Date: JUN 09, 1989

**Goods/Services:**
International Class 12:  CARTOP BICYCLE RACK
First Used: JAN 01, 1982  (INTL. CL. 12)
In Commerce: JAN 15, 1982

**Last Reported Owner:**
CYCLESPORTS, INC., SEATTLE, WA.

**Chronology:**
Filed: MAR 08, 1982        Serial Number: 73-353,284
Published For Opposition: OCT 19, 1982
Registered: JAN 11, 1983        Registration Number: 1,223,339
Cancelled: JUL 18, 1989

**Ownership Details:**
**Registrant:**
CYCLESPORTS, INC., SEATTLE, WA.

ZULU

**ZULU**

 **Worldwide Filings = 16**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** APR 07, 1993

**Goods/Services:**

**International Class 12:** AUTOMOBILE STEERING WHEEL IMMOBILIZER

**Last Reported Owner:**

ZULU, INC.
GEORGIA  CORPORATION
880 WEST PEACHTREE STREET
ATLANTA, GEORGIA  30357

**Chronology:**

**Filed:** JAN 31, 1992      **Serial Number:** 74-241,887
**Published For Opposition:** JUL 14, 1992
**Abandoned:** APR 07, 1993

**Ownership Details:**

**Applicant:**

ZULU, INC.
GEORGIA  CORPORATION
880 WEST PEACHTREE STREET
ATLANTA, GEORGIA  30357

**Filing Correspondent:**

DAN E. WHITE
1355 PEACHTREE STREET, SUITE 2000
ATLANTA, GA 30309



**HAWAII KENTO'S HONOLULU**

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED

**USPTO Status Date:** NOV 19, 1994

**Goods/Services:**

**International Class 9:** SUNGLASSES

**International Class 20:** NON-METALLIC KEY CHAINS

**International Class 21:** COASTER SETS

**International Class 26:** BADGES; NAMELY, CLOTH PATCHES FOR CLOTHING

**Disclaimers:**

"HAWAII HONOLULU"

**Last Reported Owner:**

KABUSHIKI GAISHA YASUMOTO AGENCY

AKA YASUMOTO AGENCY CO., LTD.

JAPAN  CORPORATION

5TH FLOOR, SAITOH BUILDING

5-3-2 ROPPONGI

MINATO-KU, TOKYO, JAPAN  106

**We Have Located Other Marks With This Owner**

HAWAII KENTO'S HONOLULU          USPTO          Page 580

**Chronology:**

**Filed:** MAY 08, 1992          **Serial Number:** 74-273,522

**Child Serial Number:** 74-801,799

**Published For Opposition:** FEB 23, 1993

**Abandoned:** NOV 19, 1994

**Ownership Details:**

**Applicant:**

KABUSHIKI GAISHA YASUMOTO AGENCY

AKA YASUMOTO AGENCY CO., LTD.

JAPAN  CORPORATION

5TH FLOOR, SAITOH BUILDING

5-3-2 ROPPONGI

MINATO-KU, TOKYO, JAPAN  106

**Portrait Permission:**

"KENTO'S" IS NOT THE NAME OF ANY PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

PHILIP G. HAMPTON, II
KENYON & KENYON
1025 CONNECTICUT AVENUE, N.W.
WASHINGTON, DC 20036

**Domestic Representative:** JOHN C. ALTMILLER



**HAWAII KENTO'S HONOLULU**

**Status:**   CANCELLED                          **Cancellation Section:** 8
              AMENDED TO USE APPLICATION

              **USPTO Status:** CANCELLED - SECTION 8
              **USPTO Status Date:** MAY 11, 2002

**Goods/Services:**

**International Class 6:** METAL KEY CHAINS

**International Class 24:** BEACH TOWELS

**International Class 25:** T-SHIRTS, SWEAT SHIRTS, BLOUSONS, CAPS, STADIUM JUMPERS, TANK TOPS, SUN VISORS, POLO SHIRTS AND CHILDREN'S T-SHIRTS

**International Class 42:** RESTAURANT SERVICES

**First Used:** JUN 15, 1992  (INTL. CL. 6)

**In Commerce:** JUN 15, 1992

**First Used:** JUN 15, 1992  (INTL. CL. 24)

**In Commerce:** JUN 15, 1992

**First Used:** JUN 15, 1992  (INTL. CL. 25)

**In Commerce:** JUN 15, 1992

**First Used:** JUN 15, 1992  (INTL. CL. 42)

**In Commerce:** JUN 15, 1992

**Disclaimers:**

"HAWAII HONOLULU"

**Last Reported Owner:**

KABUSHIKI GAISHA YASUMOTO AGENCY

AKA YASUMOTO AGENCY CO., LTD.

JAPAN  CORPORATION

5TH FLOOR, SAITOH BUILDING

5-3-2 ROPPONGI

MINATO-KU, TOKYO, JAPAN  106

**We Have Located Other Marks With This Owner**

HAWAII KENTO'S HONOLULU               USPTO          Page 578

**Chronology:**

**Filed:** MAY 08, 1992          **Serial Number:** 74-801,799

                                **Parent Serial Number:** 74-273,522

**Published For Opposition:** FEB 23, 1993

**Registered:** MAY 02, 1995     **Registration Number:** 1,892,515

**Cancelled:** JUN 25, 2002

**Ownership Details:**

**Registrant:**

KABUSHIKI GAISHA YASUMOTO AGENCY

AKA YASUMOTO AGENCY CO., LTD.

JAPAN  CORPORATION

5TH FLOOR, SAITOH BUILDING

5-3-2 ROPPONGI

MINATO-KU, TOKYO, JAPAN  106

**Portrait Permission:**

″KENTO'S″ IS NOT THE NAME OF ANY PARTICULAR LIVING

INDIVIDUAL.

**Filing Correspondent:**

PHILIP G. HAMPTON, II

KENYON & KENYON

1025 CONNECTICUT AVENUE, N.W.

WASHINGTON, DC 20036

**Domestic Representative:** JOHN C. ALTMILLER

ZULU

## ZULU

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JUN 20, 2002

**Goods/Services:**

**International Class 18:** DAY BACKPACKS

**Last Reported Owner:**

SMITH, STEPHEN C.
UNITED STATES  INDIVIDUAL
SUITE 204
2000 GENERAL BOOTH BLVD.
VIRGINIA BEACH, VIRGINIA  23454

**Chronology:**

**Filed:** JUL 20, 2000          **Serial Number:** 76-092,050
**Published For Opposition:** MAY 01, 2001
**Abandoned:** APR 19, 2002

**Ownership Details:**

**Applicant:**

SMITH, STEPHEN C.
UNITED STATES  INDIVIDUAL
SUITE 204
2000 GENERAL BOOTH BLVD.
VIRGINIA BEACH, VIRGINIA  23454

**Filing Correspondent:**

STEPHEN C. SMITH
2000 GENERAL BOOTH BLVD.
SUITE 204
VIRGINIA BEACH, VA 23454

SULU

**SULU**

**Status:**       CANCELLED                    **Cancellation Section:** 8

              **USPTO Status:** CANCELLED - SECTION 8
              **USPTO Status Date:** OCT 29, 2005

**Goods/Services:**
              **International Class 28:** TOYS; NAMELY, POSEABLE FIGURES,
              DOLLS AND ACCESSORIES THEREFOR
              **First Used:** APR 1987  (INTL. CL. 28)
              **In Commerce:** APR 1987

**Last Reported Owner:**
              PARAMOUNT PICTURES CORPORATION
              DELAWARE  CORPORATION
              5555 MELROSE AVENUE
              LOS ANGELES, CALIFORNIA  90038-3197

              **We Have Located Other Marks With This Owner**
              DEMORA SULU                      USPTO          Page 608

**Chronology:**
              **Filed:** NOV 02, 1993        **Serial Number:** 74-454,369
              **Published For Opposition:** JUL 05, 1994
              **Registered:** JAN 24, 1995    **Registration Number:** 1,875,362
              **Affidavit Section:** REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                            SEC. 15 ACK.  APR 12, 2001
              **Cancelled:** DEC 13, 2005

**Ownership Details:**
**Registrant:**
              PARAMOUNT PICTURES CORPORATION
              DELAWARE  CORPORATION
              5555 MELROSE AVENUE
              LOS ANGELES, CALIFORNIA  90038-3197

**Other U.S. Registrations:** 1,474,224
**Filing Correspondent:**
              PEPPER STAROBIN
              MOTION PICTURE GROUP
              5555 MELROSE AVENUE
              HOLLYWOOD, CA 90038-3197



### ZOOLU ZOO

**Status:**    ABANDONED

        INTENT TO USE

        **USPTO Status:** ABANDONED-FAILURE TO RESPOND

        **USPTO Status Date:** DEC 05, 1997

**Goods/Services:**

        **International Class 9:** VIDEOCASSETTE TAPES EMBODYING ORIGINAL LIVE ACTION PRODUCTIONS OF WILDLIFE AND HABITAT CHARACTERS

**Last Reported Owner:**

        ZOOLU PRODUCTIONS

        **Composed Of:** Hamlet LLC and Teleserver, Inc., both US citizens

        CALIFORNIA  PARTNERSHIP

        C/O O'LAVERTY & UNGAR

        12121 WILSHIRE BOULEVARD, SUITE 401

        LOS ANGELES, CALIFORNIA  90025

**Chronology:**

        **Filed:** SEP 03, 1996        **Serial Number:** 75-159,295

        **Abandoned:** DEC 05, 1997

**Ownership Details:**

**Applicant:**

        ZOOLU PRODUCTIONS

        **Composed Of:** Hamlet LLC and Teleserver, Inc., both US citizens

        CALIFORNIA  PARTNERSHIP

        C/O O'LAVERTY & UNGAR

        12121 WILSHIRE BOULEVARD, SUITE 401

        LOS ANGELES, CALIFORNIA  90025

**Filing Correspondent:**

        ZOOLU PRODUCTIONS

        O'LAVERTY & UNGAR

        12121 WILSHIRE BLVD STE 401

        LOS ANGELES CA 90025

YULU

**YULU**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUN 27, 2001

**Goods/Services:**

**International Class 29:** PROCESS FOODS, NAMELY, DEHYDRATED
SHELLED SHRIMP, SALTED SEA CUCUMBER, DRIED SEA
CUCUMBER, DRIED JELLY FISH, DRIED OYSTER, PROCESSED
CHESTNUTS, DRIED RED DATES, SALAD OIL, DRIED MUSHROOM,
DRIED STRAW MUSHROOM

**Last Reported Owner:**

YULU GROUP (NEW YORK) CO., LTD.
NEW YORK  CORPORATION
1300 METROPOLITAN AVENUE
BROOKLYN, NEW YORK  11237

**Chronology:**

**Filed:** AUG 19, 1999          **Serial Number:** 75-779,163
**Published For Opposition:** OCT 03, 2000
**Abandoned:** JUN 27, 2001

**Ownership Details:**
**Applicant:**

YULU GROUP (NEW YORK) CO., LTD.
NEW YORK  CORPORATION
1300 METROPOLITAN AVENUE
BROOKLYN, NEW YORK  11237

**Filing Correspondent:**

MYRON AMER
MYRON AMER PC
114 OLD COUNTRY ROAD SUITE 310
MINEOLA, NY 11501

XULU

**XULU**

 **Worldwide Filings = 1**

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 31, 2001

**Goods/Services:**

**International Class 14:** WATCHES, JEWELRY AND PINS, NAMELY,
ORNAMENTAL PINS, LAPEL PINS, TIE PINS AND HAT PINS

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 592 |

| | | |
|---|---|---|
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUN 11, 1997        **Serial Number:** 75-306,907

**Published For Opposition:** JAN 06, 1998

**Abandoned:** MAR 31, 2001

**Ownership Details:**

**Applicant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

525 UNIVERSITY AVE

PALO ALTO CA 94301-1900

HONOLULU

**HONOLULU**

**Status:**  ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JAN 09, 1998

**Goods/Services:**

**International Class 3:**  PERFUME, EAU DE TOILETTE, SKIN LOTION, BATH AND SHOWER GEL, SKIN SOAP, AND BATH POWDER

**First Used:** OCT 07, 1996  (INTL. CL. 3)

**In Commerce:** OCT 07, 1996

**Last Reported Owner:**

MARIE BOOKER, INC.
GEORGIA  CORPORATION
4 MALL TERRACE
SAVANNAH, GEORGIA  31406

**Chronology:**

**Filed:** MAR 22, 1996          **Serial Number:** 75-077,202

**Abandoned:** JAN 09, 1998

**Ownership Details:**
**Applicant:**

MARIE BOOKER, INC.
GEORGIA  CORPORATION
4 MALL TERRACE
SAVANNAH, GEORGIA  31406

**Filing Correspondent:**

DALE LISCHER
JONES & ASKEW
191 PEACHTREE ST NE 37TH FL
ATLANTA GA 3303-1769

ZULU TIME

**ZULU TIME**

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** APR 26, 2007

**Goods/Services:**

**International Class 9:** PRE-RECORDED VIDEO, AUDIO AND DATA
RECORDING MEDIA; DATA CARRIERS; PRE-RECORDED OPTICAL
AND MAGNETIC DATA MEDIA; AUDIO AND VIDEO TAPES· AND
CASSETTES; COMPACT DISCS; CD-ROMS; DVD-ROMS; COMPUTER
SOFTWARE; MULTIMEDIA; NON-PRINTED PUBLICATIONS;
ELECTRONIC PUBLICATIONS; DOWNLOADABLE ELECTRONIC
PUBLICATIONS AND DOCUMENTATION; SOFTWARE SUPPLIED
ON-LINE OR FROM THE INTERNET; DOWNLOADABLE DIGITAL
MUSIC AND VIDEO FILES; EXPOSED FILMS; PHOTOGRAPHY
SLIDES; PHOTOGRAPHIC TRANSPARENCIES; FILMS AND
PROGRAMMES FOR TELEVISION; VIDEO GAMES; COMPUTER
GAMES; AMUSEMENT MACHINES, AND PARTS AND FITTINGS FOR
THE AFORESAID GOODS

**International Class 16:** PRINTED MATTER; PRINTED PUBLIC
ATIONS; PERIODICALS; MAGAZINES; BOOKS; NEWSLETTERS;
TICKETS; PRINTED PROGRAMMES; POSTERS; POSTCARDS;
PHOTOGRAPHS; MUSICAL SCORES; SHEET MUSIC; LYRICS, AND
ALBUMS

**International Class 25:** ARTICLES OF CLOTHING, FOOTWEAR AND
HEADGEAR

**International Class 38:** BROADCASTING AND TRANSMISSION OF
TELEVISION, RADIO, CABLE, DIGITAL, SATELLITE AND INTERNET
PROGRAMS; TELECOMMUNICATION OF INFORMATION (INCLUDING
WEB PAGES), COMPUTER PROGRAMS AND ANY OTHER DATA,
ELECTRONIC MAIL SERVICES, AND ADVISORY, CONSULTANCY
AND INFORMATION SERVICES RELATING TO THE AFORESAID
SERVICES

**International Class 41:** ENTERTAINMENT SERVICES; PRODUCTION
AND PRESENTATION OF MUSICALS, LIVE THEATRE, SHOWS,
CONCERTS AND FILMS, AND OF TELEVISION, RADIO, CABLE,
DIGITAL, SATELLITE AND INTERNET PROGRAMMES AND BROADC
ASTS; PRODUCTION, PRESENTATION, LENDING, RENTAL,
LICENSING AND DISTRIBUTION (OTHER THAN BY TRANSPO
RTATION) OF SOUND AND/OR VIDEO RECORDINGS, BOOKS,
AUDIO TAPES, VIDEO TAPES, COMPACT DISCS, CD-ROMS,
DVDROMS, ENTERTAINMENT MEDIA, VIDEO MEDIA, MUSIC MEDIA,
GAMES MEDIA AND MULTIMEDIA; PUBLISHING SERVICES;

ELECTRONIC PUBLICATION SERVICES; EDUCATIONAL SERVICES RELATING TO ENTERTAINMENT; PROVISION OF ENTERTAINMENT FACILITIES; PROVIDING NON-DOWNLOADABLE ON-LINE ELECTRONIC PUBLICATIONS AND DOCUMENTATION; PROVIDING ENTERTAINMENT AND CULTURAL INFORMATION TO BE BROWSED ON THE INTERNET; PLANNING, ARRANGING, ORGANIZING AND CONDUCTING CULTURAL AND ENTERTAINMENT EVENTS AND ACTIVITIES; RESERVATION, TICKETING, BOOKING AND PROCUREMENT SERVICES FOR TICKETS TO CULTURAL AND ENTERTAINMENT EVENTS AND ACTIVITIES; PROVIDING NON-DO WNLOADABLE DIGITAL MUSIC FROM THE INTERNET; COMPILATION AND RECORDING SERVICES FOR AUDIO, VIDEO AND OTHER DATA, AND ADVISORY, CONSULTANCY AND INFORM ATION SERVICES RELATING TO THE AFORESAID SERVICES

**International Class 42:** LICENSING OF MUSICALS, SHOWS, CONCERTS AND FILMS, AND OF TELEVISION, RADIO, CABLE, DIGITAL, SATELLITE AND INTERNET PROGRAMMES AND BROADC ASTS, AND ADVISORY, CONSULTANCY AND INFORMATION SERVICES RELATING TO THE AFORESAID SERVICES

## Last Reported Owner:

RED LION 6 LIMITED
UNITED KINGDOM  LIMITED LIABILITY CO.
14 RED LION SQUARE
LONDON WC1R 4QL, UNITED KINGDOM

## Chronology:

**Filed:** MAY 16, 2001          **Serial Number:** 76-258,173
**Abandoned:** MAR 23, 2007

## Ownership Details:

## Applicant:

RED LION 6 LIMITED
UNITED KINGDOM  LIMITED LIABILITY CO.
14 RED LION SQUARE
LONDON WC1R 4QL, UNITED KINGDOM

## Filing Correspondent:

KIMBERLY GAMBREL
DINSMORE & SHOHL, LLP
ONE SOUTH MAIN STREET, SUITE 1300
ONE DAYTON CENTRE
DAYTON, OHIO 45402-2023

**Domestic Representative:** KILLWORTH, GOTTMAN, HAGAN & SCHAEFF, L.L.P.

ZULU WHEEL

## ZULU WHEEL

**Status:**    CANCELLED                **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** JUL 07, 1998

**Goods/Services:**

**International Class 16:** CIRCULAR CHART FOR DETERMINING
TIME ZONE DIFFERENCES
**First Used:** JUL 23, 1990 (INTL. CL. 16)
**In Commerce:** JUL 23, 1990

**Disclaimers:**

"ZULU"

**Last Reported Owner:**

DICAIRANO, GERARD J.
DBA THE ZULU COMPANY
UNITED STATES  INDIVIDUAL
200 THRASHER WAY
SALISBURY, MARYLAND  21801

**Chronology:**

**Filed:** JUL 31, 1990        **Serial Number:** 74-083,428
**Published For Opposition:** OCT 08, 1991
**Registered:** DEC 31, 1991        **Registration Number:** 1,670,212
**Cancelled:** AUG 18, 1998

**Ownership Details:**

**Registrant:**

DICAIRANO, GERARD J.
DBA THE ZULU COMPANY
UNITED STATES  INDIVIDUAL
200 THRASHER WAY
SALISBURY, MARYLAND  21801

**Filing Correspondent:**

THE ZULU COMPANY
200 THRASHER WAY
SALISBURY, MD 21801

XULU

## XULU

 **Worldwide Filings = 1**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 29, 2005

**Goods/Services:**

**International Class 14:** WATCHES, JEWELRY AND PINS, NAMELY, ORNAMENTAL PINS, LAPEL PINS, TIE PINS AND JEWELRY PINS FOR USE ON HATS

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
651 BRANNAN STREET
SAN FRANCISCO, CALIFORNIA  94107

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |

| | | |
|---|---|---|
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

      **Filed:** MAR 26, 2001      **Serial Number:** 76-231,067

      **Published For Opposition:** JUL 06, 2004

      **Abandoned:** MAR 29, 2005

**Ownership Details:**

**Applicant:**

      XULU ENTERTAINMENT INC.

      CALIFORNIA  CORPORATION

      651 BRANNAN STREET

      SAN FRANCISCO, CALIFORNIA  94107

**Other U.S. Registrations:** 2,507,344; 2,525,365

**Filing Correspondent:**

      BETH M GOLDMAN

      HELLER EHRMAN WHITE & MCAULIFFE LLP

      333 BUSH STREET

      SAN FRANCISCO CALIFORNIA 94104-2878

# MAKULU



**MAKULU**
**Translation:**

> THE FOREIGN WORDING IN THE MARK TRANSLATES INTO
> ENGLISH AS BIG OR GRANDFATHER IN ZULU.

**Status:**    ABANDONED

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** AUG 06, 2007

**Goods/Services:**

> **International Class 33:** WINE
> **First Used:** JUN 19, 2003  (INTL. CL. 33)
> **In Commerce:** SEP 20, 2003

**Last Reported Owner:**

> EINIG-ZENZEN GMBH & CO. KG
> GERMANY  CORPORATION
> CARL-FRIEDRICH-BENZ-STRASSE 8
> KAISERSESCH, GERMANY  D-56759

**Chronology:**

> **Filed:** JUL 28, 2006        **Serial Number:** 78-939,656
> **Abandoned:** AUG 03, 2007

**Ownership Details:**
**Applicant:**

> EINIG-ZENZEN GMBH & CO. KG
> GERMANY  CORPORATION
> CARL-FRIEDRICH-BENZ-STRASSE 8
> KAISERSESCH, GERMANY  D-56759

**Filing Correspondent:**

> SCOTT Q VIDAS
> VIDAS, ARRETT & STEINKRAUS P.A.
> SUITE 400
> 6640 SHADY OAK DR.
> EDEN PRAIRIE MN 55344

XULU
ADVENTURERS'
CLUB

## XULU ADVENTURERS' CLUB

**Status:**       ABANDONED
                  INTENT TO USE

                  **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
                  **USPTO Status Date:** JAN 20, 2002

**Goods/Services:**

**International Class 28:**  MECHANICAL AND ELECTRIC ACTION
TOYS; PLUSH STUFFED ANIMALS AND TOYS; DOLLS; BOARD
GAMES; BATH TOYS; MUSICAL TOYS; CONSTRUCTION TOYS;
FANTASY CHARACTER TOYS; INFLATABLE TOYS; PULL TOYS;
TALKING TOYS; MODEL VEHICLES AND RELATED ACCESSORIES
SOLD AS UNITS, MODELS, ROBOTS, FIGURINES, ACTION FIGURES
AND ACCESSORIES THEREFOR, TOY VEHICLES, TOY FIGURES,
WIND-UP TOYS, SCIENCE KITS

**Disclaimers:**

″CLUB″

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUL 08, 1997    **Serial Number:** 75-323,288
**Published For Opposition:** AUG 18, 1998
**Abandoned:** JUN 24, 2002

**Ownership Details:**

**Applicant:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 BUSH ST
SAN FRANCISCO CA 94104-2878

ZULU

**ZULU**

**Status:** ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** DEC 10, 2001

**Goods/Services:**

**International Class 9:** INTERACTIVE SOFTWARE PROGRAMS FOR COMPUTER GAMES AND VIDEO GAMES

**Last Reported Owner:**

STUDIO E, INC.
ILLINOIS CORPORATION
1920 HIGHLAND AVENUE, 1ST FLOOR
LOMBARD, ILLINOIS 60148

**Chronology:**

**Filed:** FEB 28, 1997        **Serial Number:** 75-249,661

**Abandoned:** DEC 10, 2001

**Ownership Details:**

**Applicant:**

STUDIO E, INC.
ILLINOIS CORPORATION
1920 HIGHLAND AVENUE, 1ST FLOOR
LOMBARD, ILLINOIS 60148

**Filing Correspondent:**

CHRISTOPHER J RECKAMP
MARKISON & RECKAMP PC
PO BOX 06229
CHICAGO IL 60606-0229

**US-332**
**Group:** Four

ZULU

## ZULU

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 26, 2002

**Goods/Services:**
**International Class 33:** WINES AND SPIRITS

**Last Reported Owner:**
MICHAEL MACHAT
UNITED STATES  INDIVIDUAL
433 N. CAMDEN DRIVE, SUITE 730
BEVERLY HILLS, CALIFORNIA  90210

**Chronology:**
**Filed:** JUN 08, 2001        **Serial Number:** 78-068,159
**Published For Opposition:** OCT 02, 2001
**Abandoned:** DEC 26, 2002

**Ownership Details:**
**Applicant:**
MICHAEL MACHAT
UNITED STATES  INDIVIDUAL
433 N. CAMDEN DRIVE, SUITE 730
BEVERLY HILLS, CALIFORNIA  90210

**Filing Correspondent:**
MICHAEL MACHAT
MACHAT & ASSOC PC
433 N CAMDEN DR STE 730
BEVERLY HILLS CA 90210-4411

# ZULUGRASS

**ZULUGRASS**

**Status:**     ABANDONED

            **USPTO Status:** ABANDONED-EXPRESS
            **USPTO Status Date:** APR 20, 2007

**Goods/Services:**
            **International Class 14:** JEWELRY
            **First Used:** JUN 30, 2004  (INTL. CL. 14)
            **In Commerce:** JUN 30, 2004

**Last Reported Owner:**
            LEAKEY, KATY
            UNITED STATES  INDIVIDUAL
            336 OTERO
            NEWPORT BEACH, CALIFORNIA  92660

            **We Have Located Other Marks With This Owner**

            ZULUGIRLS            USPTO            Page 606

**Chronology:**
            **Filed:** MAR 27, 2005        **Serial Number:** 78-595,857
            **Abandoned:** APR 20, 2007
            **Date Revived/Reinstated:** JUL 20, 2006

**Ownership Details:**
**Applicant:**
            LEAKEY, KATY
            UNITED STATES  INDIVIDUAL
            336 OTERO
            NEWPORT BEACH, CALIFORNIA  92660

**Filing Correspondent:**
            BARTON BEEK
            ROOM 1700
            610 NEWPORT CENTER DRIVE
            NEWPORT BEACH CA 92660-6429



**ZULU**

    **Worldwide Filings = 2**

**Status:**        ABANDONED

INTENT TO USE

44(E) APPLICATION - CURRENT

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED

**USPTO Status Date:** MAR 06, 2007

**Goods/Services:**

**International Class 33:** ALCOHOLIC EXTRACTS; ALCOHOLIC BEVERAGES, NAMELY, DISTILLED LIQUORS, DISTILLED SPIRITS, BITTERS, PREPARED ALCOHOLIC COCKTAILS

**Last Reported Owner:**

ETHNIC DREAMS

FRANCE  S.A.R.L. (LIMITED LIABILITY COMPANY)

FONT-BORNE 16120

MALAVILLE, FRANCE

**Chronology:**

**Filed:** FEB 03, 2005          **Serial Number:** 78-559,685

**Published For Opposition:** JUN 13, 2006

**Abandoned:** MAR 06, 2007

**Ownership Details:**

**Applicant:**

ETHNIC DREAMS

FRANCE  S.A.R.L. (LIMITED LIABILITY COMPANY)

FONT-BORNE 16120

MALAVILLE, FRANCE

**Non-U.S. Registration Claimed:** 043275978

**Non-U.S. Registration Date:** SEP 05, 2005

**Non-U.S. Registration Country:** FRANCE

**Non-U.S. Renewal Date:** FEB 25, 2014

**Non-U.S. Renewal Country:** FRANCE

**Design Phrase:**

THE MARK CONSISTS OF A STYLIZED ARCHER AND THE STYLIZED WORD "ZULU".

**Filing Correspondent:**

NEIL F. GREENBLUM AND BRUCE H. BERNSTEIN
GREENBLUM & BERNSTEIN, P.L.C.
1950 ROLAND CLARKE PLACE
RESTON VA 20191-1411

**Domestic Representative:** NEIL F. GREENBLUM AND BRUCE H. BERNSTEIN



**THE ZULU COLLECTION**

**Status:**    CANCELLED        **Cancellation Section:** 8

AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8

**USPTO Status Date:** JUL 20, 2002

**Goods/Services:**

**International Class 14:** JEWELRY IMPORTED HANDMADE
BEADWORK FROM SOUTH AFRICA

**First Used:** JUL 26, 1994 (INTL. CL. 14)

**In Commerce:** JUL 26, 1994

**Disclaimers:**

″THE ZULU COLLECTION″

**Last Reported Owner:**

SKITCH & ASSOCIATES, INC.

NEW YORK CORPORATION

424 EAST 52ND ST., #8C

NEW YORK, NEW YORK 10022

**Chronology:**

**Filed:** SEP 19, 1994      **Serial Number:** 74-575,341

**Published For Opposition:** JUL 18, 1995

**Registered:** OCT 10, 1995      **Registration Number:** 1,925,364

**Cancelled:** SEP 03, 2002

**Ownership Details:**

**Registrant:**

SKITCH & ASSOCIATES, INC.

NEW YORK CORPORATION

424 EAST 52ND ST., #8C

NEW YORK, NEW YORK 10022

**Filing Correspondent:**

SKITCH & ASSOCIATES, INC.

424 EAST 52ND ST., #8C

NEW YORK, NY 10022

福祿壽 FORTUNE

**FU LU SHO**
**Translation:**

THE NON-LATIN CHARACTER(S) IN THE MARK TRANSLITERATES
INTO FU, LU, SHO , AND THIS MEANS FORTUNE, PROSPERITY,
AND LONGEVITY IN ENGLISH.

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JAN 05, 2007

**Goods/Services:**

**International Class 33:** LIQUORS, KAULIANG LIQUOR, LIQUEURS,
RICE WINE, AND WINE

**Last Reported Owner:**

FORTUNE BREWERY INTERNATIONAL CO., LTD.
TAIWAN CORPORATION
NO.11 CHUNG SHAN RD., GU-KENG XIANG
YUN-LIN SHIAN, TAIWAN

**Chronology:**

**Filed:** DEC 05, 2005        **Serial Number:** 78-766,439
**Abandoned:** DEC 12, 2006

**Ownership Details:**
**Applicant:**

FORTUNE BREWERY INTERNATIONAL CO., LTD.
TAIWAN CORPORATION
NO.11 CHUNG SHAN RD., GU-KENG XIANG
YUN-LIN SHIAN, TAIWAN

**Design Phrase:**

THE MARK CONSISTS OF CHINESE CHARACTERS ADJACENT THE
WORD ″FORTUNE″.

**Filing Correspondent:**

MORTON J. ROSENBERG
ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043

**Domestic Representative:** ROSENBERG, KLEIN & LEE



**HONOLULU TOPS**

**Status:**    CANCELLED             **Cancellation Section:** 8
                   SECTION 2(F)

          **USPTO Status:** CANCELLED - SECTION 8
          **USPTO Status Date:** DEC 04, 1995

**Goods/Services:**

          **International Class 25:**  CASUAL CLOTHING, RESORT WEAR -
          NAMELY SLACKS, SHORTS, SKIRTS, SHIRTS, BLOUSES,
          SWIMWEAR AND CAPS AND GOLF SHIRTS
          **First Used:** MAR 1980  (INTL. CL. 25)
          **In Commerce:** MAR 1980

**Last Reported Owner:**

          TERRI-JUDY, INC.
          HAWAII  CORPORATION
          307 KAMANI STREET
          HONOLULU, HAWAII  96813

**Chronology:**

          **Filed:** JUN 10, 1988        **Serial Number:** 73-733,529
          **Published For Opposition:** MAR 07, 1989
          **Registered:** MAY 30, 1989     **Registration Number:** 1,541,654
          **Cancelled:** JAN 16, 1996

**Ownership Details:**

**Registrant:**

          TERRI-JUDY, INC.
          HAWAII  CORPORATION
          307 KAMANI STREET
          HONOLULU, HAWAII  96813

**Assignee**                   **Assignor**

HONOLULU TOPS, INC.        TERRI-JUDY, INC. (CHANGE TO)
                                      **Signed:** OCT 03, 1988

**Brief:** CHANGE OF NAME 19881026
**Recorded:** AUG 30, 1989
**Reel/Frame:** 0667/0480

**Correspondent:**

JAMES C. WRAY

SUITE 300

1493 CHAIN BRIDGE ROAD

MCLEAN, VA 22101

**Filing Correspondent:**

JAMES C. WRAY

SUITE 300

1493 CHAIN BRIDGE RD.

MCLEAN, VA 22101

# ZULUGIRLS

### ZULUGIRLS

**Status:**        ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JUL 10, 2007

**Goods/Services:**
**International Class 35:** BUSINESS MAMAGEMENT CONSULTING
WITH RELATION TO STRATEGY, MARKETING, CUSTOMER
ANALYSIS, PERSONNEL AND RETAIL SALE MATTERS
**First Used:** MAR 30, 2004  (INTL. CL. 35)
**In Commerce:** MAR 30, 2004

**Last Reported Owner:**
LEAKEY, KATY
UNITED STATES  INDIVIDUAL
336 OTERO
NEWPORT BEACH, CALIFORNIA  92660-3526

**We Have Located Other Marks With This Owner**

ZULUGRASS                         USPTO         Page 599

**Chronology:**
**Filed:** JUL 14, 2006        **Serial Number:** 78-930,214
**Abandoned:** JUN 13, 2007

**Ownership Details:**
**Applicant:**
LEAKEY, KATY
UNITED STATES  INDIVIDUAL
336 OTERO
NEWPORT BEACH, CALIFORNIA  92660-3526

**Filing Correspondent:**
BARTON BEEK
610 NEWPORT CENTER DR STE 1700
NEWPORT BEACH, CA 92660-6429

### SURFBOARDS MAKAHA HONOLULU, HAWAII

**Status:**    ABANDONED

    **USPTO Status:** ABANDONED-EXPRESS
    **USPTO Status Date:** DEC 07, 1995

**Goods/Services:**
    **International Class 25:** WEARING APPAREL, NAMELY T-SHIRTS,
    SHORTS AND OTHER CASUAL WEARING APPAREL
    **International Class 28:** SURFBOARDS
    **First Used:** JUL 01, 1994 (INTL. CL. 25)
    **In Commerce:** JUL 01, 1994
    **First Used:** JUL 01, 1994 (INTL. CL. 28)
    **In Commerce:** JUL 01, 1994

**Disclaimers:**
    ″SURFBOARDS″, ″MAKAHA″, ″HONOLULU″ OR ″HAWAII″

**Last Reported Owner:**
    RICHARDSON, JOHN STUART
    UNITED STATES  INDIVIDUAL
    84536 UPENA STREET
    WAIANAE, HAWAII  96792

**Chronology:**
    **Filed:** SEP 20, 1994      **Serial Number:** 74-575,806
    **Abandoned:** DEC 07, 1995

**Ownership Details:**
**Applicant:**
    RICHARDSON, JOHN STUART
    UNITED STATES  INDIVIDUAL
    84536 UPENA STREET
    WAIANAE, HAWAII  96792

**Filing Correspondent:**
    GERALD A. SUMIDA
    CARLSMITH BALL WICHMAN MURRAY, ET AL.
    2200 PACIFIC TOWER
    1001 BISHOP STREET
    HONOLULU, HI 96813

DEMORA SULU

**DEMORA SULU**

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUL 12, 1998

**Goods/Services:**

**International Class 28:** PROGRAM CARTRIDGES FOR COMPUTER VIDEO GAMES AND VIDEO OUTPUT GAME MACHINES AND INSTRUCTIONAL MANUALS SOLD AS A UNIT, COIN-OPERATED PINBALL GAMES, TOY BANKS, BOARD GAMES, POSEABLE FIGURINES, DOLLS, MODEL FIGURE KITS, PUZZLES, TOY ACTION FIGURES

**Last Reported Owner:**

PARAMOUNT PICTURES CORPORATION
DELAWARE  CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038

**We Have Located Other Marks With This Owner**

SULU                            USPTO          Page 583

**Chronology:**

**Filed:** AUG 01, 1994      **Serial Number:** 74-556,075
**Published For Opposition:** APR 18, 1995
**Abandoned:** JUL 12, 1998

**Ownership Details:**
**Applicant:**

PARAMOUNT PICTURES CORPORATION
DELAWARE  CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038

**Other U.S. Registrations:** 1,474,224
**Filing Correspondent:**

LINDA SWEDEEN
PARAMOUNT PICTURES
5555 MELROSE AVENUE
LOS ANGELES, CA 90038

ZULU 'DO BEADS

**ZULU 'DO BEADS**

**Status:**    ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUN 15, 2000

**Goods/Services:**

**International Class 26:** HAIR ORNAMENTS IN THE NATURE OF
BEADED GLASS OR PLASTIC TUBES DESIGNED TO SLIP OVER
BRAIDED AND DREAD-LOCKED HAIR

**Disclaimers:**

″DO BEADS″

**Last Reported Owner:**

NGUNI IMPORTS
**Composed Of:** MICHAEL DIXON, WESLEY DIXON, CHARLOTTE
DIXON, AND CAROLE JORDAN, ALL CITIZENS OF THE UNITED
STATES
CALIFORNIA  PARTNERSHIP
21761 LOS ALIMOS ST.
CHATSWORTH, CALIFORNIA  91311

**Chronology:**

**Filed:** SEP 25, 1998        **Serial Number:** 75-561,356
**Published For Opposition:** SEP 21, 1999
**Abandoned:** JUN 15, 2000

**Ownership Details:**
**Applicant:**

NGUNI IMPORTS
**Composed Of:** MICHAEL DIXON, WESLEY DIXON, CHARLOTTE
DIXON, AND CAROLE JORDAN, ALL CITIZENS OF THE UNITED
STATES
CALIFORNIA  PARTNERSHIP
21761 LOS ALIMOS ST.
CHATSWORTH, CALIFORNIA  91311

**Filing Correspondent:**

NGUNI IMPORTS
21761 LOS ALIMOS ST.
CHATSWORTH, CA 91311

ULU

**US-342**
**Group:** Four

ZULUSPORTS

## ZULUSPORTS

**Status:**     ABANDONED
            INTENT TO USE

     **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
     **USPTO Status Date:** OCT 04, 2001

**Goods/Services:**

     **International Class 35:** PROMOTING THE GOODS AND SERVICES
     OF OTHERS BY PREPARING AND PLACING ADVERTISEMENTS IN
     AN ELECTRONIC MAGAZINE OR WEBSITE ACCESSED THROUGH A
     GLOBAL COMPUTER NETWORK; PROVIDING AN ON-LINE
     COMPUTER DATABASE ALLOWING RETAILERS TO SHARE
     INVENTORY INFORMATION AND CONDUCT TRANSACTIONS
     AMONG THEMSELVES

     **International Class 39:** TRAVEL AGENCY SERVICES, NAMELY
     PROVIDING AND ONLINE FACILITY FOR MAKING RESERVATIONS
     AND BOOKINGS FOR TRANSPORTATION; PROVIDING AN ON-LINE
     COMPUTER DATABASE IN THE FIELD OF TRAVEL TRANSPO
     RTATION

     **International Class 41:** PROVIDING AN ON-LINE COMPUTER
     DATABASE IN THE FIELD OF SPORTS

     **International Class 42:** TRAVEL AGENCY SERVICES, NAMELY
     PROVIDING AN ONLINE FACILITY FOR MAKING RESERVATIONS
     AND BOOKING FOR TEMPORARY LODGING; PROVIDING AN
     ON-LINE COMPUTER DATABASE IN THE FIELD OF TRAVEL
     LODGING

**Last Reported Owner:**

     ZULUSPORTS, INC.
     DELAWARE  CORPORATION
     3059 FILLMORE STREET
     SAN FRANCISCO, CALIFORNIA  94123

     **We Have Located Other Marks With This Owner**

     ZULUSPORTS.COM               USPTO          Page 612

**Chronology:**

     **Filed:** DEC 20, 1999       **Serial Number:** 75-878,478
     **Published For Opposition:** JAN 09, 2001
     **Abandoned:** OCT 04, 2001

**Ownership Details:**
**Applicant:**

     ZULUSPORTS, INC.

DELAWARE  CORPORATION
3059 FILLMORE STREET
SAN FRANCISCO, CALIFORNIA  94123

**Assignee**

ZULUSPORTS, INC.
DELAWARE CORPORATION
3059 FILLMORE STREET
SAN FRANCISCO, CALIFORNIA,
94123

**Assignor**

ALCATRAZ VENTURES, INC.
DELAWARE CORPORATION
**Signed:** JAN 18, 2000

**Brief:** CHANGE OF NAME
**Recorded:** MAY 22, 2000
**Reel/Frame:** 2091/0456
**Correspondent:**
WILSON SONSINI GOODRICH &
ROSATI
ANDREW P. BRIDGES / DIANE
TURRIFF
650 PAGE MILL ROAD
PALO ALTO, CA 94304

**Filing Correspondent:**

ANDREW P. BRIDGES
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050

ZULUSPORTS.COM

## ZULUSPORTS.COM

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** OCT 04, 2001

**Goods/Services:**

**International Class 35:** PROMOTING THE GOODS AND SERVICES OF OTHERS BY PREPARING AND PLACING ADVERTISEMENTS IN AN ELECTRONIC MAGAZINE OR WEBSITE ACCESSED THROUGH A GLOBAL COMPUTER NETWORK; PROVIDING AN ON-LINE COMPUTER DATABASE ALLOWING RETAILERS TO SHARE INVENTORY INFORMATION AND CONDUCT TRANSACTIONS AMONG THEMSELVES

**International Class 39:** TRAVEL AGENCY SERVICES, NAMELY PROVIDING AN ONLINE FACILITY FOR MAKING RESERVATIONS AND BOOKINGS FOR TRANSPORTATION; PROVIDING AN ON-LINE COMPUTER DATABASE IN THE FIELD OF TRAVEL TRANSPO RTATION

**International Class 41:** PROVIDING AN ON-LINE COMPUTER DATABASE IN THE FIELD OF SPORTS

**International Class 42:** TRAVEL AGENCY SERVICES, NAMELY PROVIDING AN ONLINE FACILITY FOR MAKING RESERVATIONS AND BOOKING FOR TEMPORARY LODGING; PROVIDING AN ON-LINE COMPUTER DATABASE IN THE FIELD OF TRAVEL LODGING

**Last Reported Owner:**

ZULUSPORTS, INC.
DELAWARE  CORPORATION
3059 FILLMORE STREET
SAN FRANCISCO, CALIFORNIA  94123

**We Have Located Other Marks With This Owner**

ZULUSPORTS                          USPTO          Page 610

**Chronology:**

**Filed:** DEC 17, 1999          **Serial Number:** 75-876,482
**Published For Opposition:** JAN 09, 2001
**Abandoned:** OCT 04, 2001

**Ownership Details:**
**Applicant:**

ZULUSPORTS, INC.

DELAWARE  CORPORATION
3059 FILLMORE STREET
SAN FRANCISCO, CALIFORNIA  94123

**Assignee**
ZULUSPORTS, INC.
DELAWARE CORPORATION
3059 FILLMORE STREET
SAN FRANCISCO, CALIFORNIA,
94123

**Assignor**
ALCATRAZ VENTURES, INC.
DELAWARE CORPORATION
**Signed:** JAN 18, 2000

**Brief:** CHANGE OF NAME
**Recorded:** MAY 22, 2000
**Reel/Frame:** 2091/0456
**Correspondent:**
WILSON SONSINI GOODRICH &
ROSATI
ANDREW P. BRIDGES / DIANE
TURRIFF
650 PAGE MILL ROAD
PALO ALTO, CA 94304

**Filing Correspondent:**
ANDREW P. BRIDGES
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050

## ZULU-TEK

### ZULU-TEK

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JAN 07, 2000

**Goods/Services:**

**International Class 35:** CREATING AND DISSEMINATING ADVER-
TISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNIC
ATIONS NETWORK

**Last Reported Owner:**

NETMASTER GROUP, INC.

UTAH  CORPORATION

THE EXCHANGE BUILDING

38 WASHINGTON SQUARE

NEWPORT, RHODE ISLAND  02840

**Chronology:**

**Filed:** DEC 17, 1997          **Serial Number:** 75-406,475

**Published For Opposition:** APR 13, 1999

**Abandoned:** JAN 07, 2000

**Ownership Details:**

**Applicant:**

NETMASTER GROUP, INC.

UTAH  CORPORATION

THE EXCHANGE BUILDING

38 WASHINGTON SQUARE

NEWPORT, RHODE ISLAND  02840

**Filing Correspondent:**

IRA M SIEGEL

LAW OFFICES OF IRA M SIEGEL

433 NO CAMDEN DR STE 970

BEVERLY HILLS CA 90210

ZULUDOG.COM

## ZULUDOG.COM

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 02, 1999

**Goods/Services:**

**International Class 35:** COMPUTERIZED ON-LINE ORDERING
SERVICES FEATURING SPECIALIZED PRINTED ADVERTISING
MATERIALS PROMOTING THE GOODS AND SERVICES OF OTHERS

**Last Reported Owner:**

CHRYSANTHEMUM ENTERPRISES LLC
DELAWARE  LIMITED LIABILITY CO.
101 LOMBARD STREET, SUITE 612 WEST
SAN FRANCISCO, CALIFORNIA  94111

**Chronology:**

**Filed:** AUG 08, 1997        **Serial Number:** 75-338,131
**Published For Opposition:** MAR 09, 1999
**Abandoned:** DEC 02, 1999

**Ownership Details:**
**Applicant:**

CHRYSANTHEMUM ENTERPRISES LLC
DELAWARE  LIMITED LIABILITY CO.
101 LOMBARD STREET, SUITE 612 WEST
SAN FRANCISCO, CALIFORNIA  94111

**Filing Correspondent:**

RAUER L MEYER
THELEN MARRIN JOHNSON & BRIDGES LLP
2 EMBARCADERO CTR STE 2100
SAN FRANCISCO CA 94111

## HONOLULU TARO CHIPS

**HONOLULU TARO CHIPS**

**Status:**    ABANDONED

INTENT TO USE APPLICATION

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAY 14, 1992

**Goods/Services:**

**International Class 30:** SNACK FOODS: NAMELY FRIED WAFERS
MADE FROM TARO PLANT ROOTS

**Disclaimers:**

″HONOLULU″ AND ″TARO CHIPS″

**Last Reported Owner:**

PFEIL, WILLIAM

UNITED STATES  INDIVIDUAL

BOX 317

KAUNAKAKAI, HAWAII  96748

**Chronology:**

**Filed:** MAY 15, 1990          **Serial Number:** 74-059,177

**Abandoned:** MAY 14, 1992

**Ownership Details:**

**Applicant:**

PFEIL, WILLIAM

UNITED STATES  INDIVIDUAL

BOX 317

KAUNAKAKAI, HAWAII  96748

**Filing Correspondent:**

BARNES & THORNBURG

FEDERAL BAR BUILDING

1815 H STREET, N.W. SUITE 800

WASHINGTON, DC 20006

HONOLULU CITY CENTER

### HONOLULU CITY CENTER

**Status:**    ABANDONED
               INTENT TO USE

               **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
               **USPTO Status Date:** JAN 07, 1996

**Goods/Services:**
               **International Class 36:** REAL ESTATE MANAGEMENT SERVICES

**Disclaimers:**
               ″HONOLULU″

**Last Reported Owner:**
               KEEAUMOKU PARTNERS
               **Composed Of:** HASEKO KEEAUMOKU, INC. AND TOYO
               KEEAUMOKU, INC. HAWAIIAN CORPORATIONS
               HAWAII  PARTNERSHIP
               820 MILILANI STREET, SUITE 820
               HONOLULU, HAWAII  96813

               **We Have Located Other Marks With This Owner**
               HONOLULU CITY CENTER          USPTO          Page 621

               SHERIDAN PARTNERS
               **Composed Of:** HASEKO SHERIDAN, INC. AND TOYO SHERIDAN,
               INC. HAWAIIAN CORPORATIONS
               HAWAII  PARTNERSHIP
               820 MILILANI STREET, SUITE 820
               HONOLULU, HAWAII  96813

               **We Have Located Other Marks With This Owner**
               HONOLULU CITY CENTER          USPTO          Page 621

**Chronology:**
               **Filed:** OCT 29, 1992          **Serial Number:** 74-326,970
               **Published For Opposition:** APR 13, 1993
               **Abandoned:** JAN 07, 1996

**Ownership Details:**
**Applicant:**
               KEEAUMOKU PARTNERS
               **Composed Of:** HASEKO KEEAUMOKU, INC. AND TOYO
               KEEAUMOKU, INC. HAWAIIAN CORPORATIONS
               HAWAII  PARTNERSHIP
               820 MILILANI STREET, SUITE 820
               HONOLULU, HAWAII  96813

SHERIDAN PARTNERS

**Composed Of:** HASEKO SHERIDAN, INC. AND TOYO SHERIDAN,
INC. HAWAIIAN CORPORATIONS

HAWAII  PARTNERSHIP

820 MILILANI STREET, SUITE 820

HONOLULU, HAWAII  96813

**Filing Correspondent:**

MARTIN E. HSIA

P. O. BOX 939

HONOLULU, HI 96808

HONOLULU
FEDERAL SAVINGS'
EAGLES CLUB

## HONOLULU FEDERAL SAVINGS' EAGLES CLUB

**Status:**     EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** SEP 27, 1999

**Goods/Services:**
**International Class 36:** SAVINGS AND LOAN ASSOCIATION
ACCOUNT FOR YOUTH
**First Used:** AUG 14, 1977  (INTL. CL. 36)
**In Commerce:** SEP 06, 1977

**Disclaimers:**
NO CLAIM IS MADE TO EXCLUSIVE USE OF THE WORDS
"HONOLULU," AND "FEDERAL SAVINGS CLUB" APART FROM THE
MARK AS SHOWN.

**Last Reported Owner:**
HONOLULU FEDERAL SAVINGS AND LOAN ASSOCIATION
188 MERCHANT ST.
HONOLULU, HAWAII  96813

**Chronology:**
**Filed:** SEP 30, 1977          **Serial Number:** 73-143,213
**Published For Opposition:** SEP 26, 1978
**Registered:** DEC 19, 1978     **Registration Number:** 1,109,672
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.

**Ownership Details:**
**Registrant:**
HONOLULU FEDERAL SAVINGS AND LOAN ASSOCIATION
188 MERCHANT ST.
HONOLULU, HAWAII  96813



**HONOLULU FEDERAL SAVINGS' EAGLES CLUB SAVING IS SUPERFUN**

**Status:**     EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** SEP 27, 1999

**Goods/Services:**
**International Class 36:** SAVINGS AND LOAN ASSOCIATION
ACCOUNT FOR YOUTH
**First Used:** AUG 14, 1977  (INTL. CL. 36)
**In Commerce:** SEP 06, 1977

**Disclaimers:**
NO CLAIM IS MADE TO EXCLUSIVE USE OF THE WORDS
″HONOLULU,″ ″FEDERAL,″ ″SAVINGS,″ ″CLUB″ AND ″SAVINGS″
APART FROM THE MARK AS SHOWN.

**Last Reported Owner:**
HONOLULU FEDERAL SAVINGS AND LOANASSOCIATION
188 MERCHANT ST.
HONOLULU, HAWAII  96813

**Chronology:**
**Filed:** SEP 30, 1977          **Serial Number:** 73-143,211
**Published For Opposition:** SEP 26, 1978
**Registered:** DEC 19, 1978     **Registration Number:** 1,109,671
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  MAY 07, 1984

**Ownership Details:**
**Registrant:**
HONOLULU FEDERAL SAVINGS AND LOANASSOCIATION
188 MERCHANT ST.
HONOLULU, HAWAII  96813
**Filing Correspondent:**
?

HONOLULU CITY
CENTER

## HONOLULU CITY CENTER

**Status:**   ABANDONED
         INTENT TO USE

         **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
         **USPTO Status Date:** DEC 30, 1995

**Goods/Services:**
         **International Class 37:** REAL ESTATE DEVELOPMENT SERVICES
         **First Used:** MAR 01, 1993  (INTL. CL. 37)
         **In Commerce:** MAR 01, 1993

**Disclaimers:**
         ″HONOLULU″

**Last Reported Owner:**
         KEEAUMOKU PARTNERS
         **Composed Of:** HASEKO KEEAUMOKU, INC. AND TOYO
         KEEAUMOKU, INC. HAWAIIAN CORPORATIONS
         HAWAII  PARTNERSHIP
         820 MILILANI STREET, SUITE 820
         HONOLULU, HAWAII  96813

         **We Have Located Other Marks With This Owner**
         HONOLULU CITY CENTER          USPTO          Page 617

         SHERIDAN PARTNERS
         **Composed Of:** HASEKO SHERIDAN, INC. AND TOYO SHERIDAN,
         INC. HAWAIIAN CORPORATIONS
         HAWAII  PARTNERSHIP
         820 MILILANI STREET, SUITE 820
         HONOLULU, HAWAII  96813

         **We Have Located Other Marks With This Owner**
         HONOLULU CITY CENTER          USPTO          Page 617

**Chronology:**
         **Filed:** OCT 29, 1992          **Serial Number:** 74-326,969
         **Published For Opposition:** APR 06, 1993
         **Abandoned:** DEC 30, 1995

**Ownership Details:**
**Applicant:**
         KEEAUMOKU PARTNERS
         **Composed Of:** HASEKO KEEAUMOKU, INC. AND TOYO
         KEEAUMOKU, INC. HAWAIIAN CORPORATIONS
         HAWAII  PARTNERSHIP

820 MILILANI STREET, SUITE 820
HONOLULU, HAWAII  96813

SHERIDAN PARTNERS
**Composed Of:** HASEKO SHERIDAN, INC. AND TOYO SHERIDAN,
INC. HAWAIIAN CORPORATIONS
HAWAII  PARTNERSHIP
820 MILILANI STREET, SUITE 820
HONOLULU, HAWAII  96813

**Filing Correspondent:**

MARTIN E. HSIA
P. O. BOX 939
HONOLULU, HI 96808

ZULUTV

**ZULUTV**

 **Worldwide Filings = 5**

**Status:**   CANCELLED                    **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** MAR 18, 2006

**Goods/Services:**
**International Class 38:**  MULTIMEDIA BROADCASTING SERVICES OVER A GLOBAL COMPUTER INFORMATION NETWORK RELATING TO VIDEOS, INTERACTIVE GAMES, AND CULTURAL INFORMATION
**First Used:** FEB 01, 1998  (INTL. CL. 38)
**In Commerce:** FEB 01, 1998

**Last Reported Owner:**
ZULU BROADCASTING, LLC
NEW HAMPSHIRE  LIMITED LIABILITY CO.
4A MARKET STREET
PORTSMOUTH, NEW HAMPSHIRE  03801

**We Have Located Other Marks With This Owner**

ZULUTV                              USPTO          Page 625

ZULUTV                              State          Page 819

**Chronology:**
**Filed:** FEB 11, 1997         **Serial Number:** 75-240,076
**Published For Opposition:** NOV 11, 1997
**Registered:** JUN 15, 1999     **Registration Number:** 2,254,075
**Cancelled:** MAY 02, 2006

**Ownership Details:**
**Registrant:**
ZULU BROADCASTING, LLC
NEW HAMPSHIRE  LIMITED LIABILITY CO.
4A MARKET STREET
PORTSMOUTH, NEW HAMPSHIRE  03801

**Assignee**

ZULU BROADCASTING, INC.
DELAWARE CORPORATION
4A MARKET STREET
PORTSMOUTH, NEW HAMPSHIRE,
03801

**Brief:** MERGER
**Recorded:** FEB 11, 1999
**Reel/Frame:** 1859/0618
**Correspondent:**
MCLANE, GRAF, RAULERSON ET
AL
MARK A. WRIGHT
900 ELM STREET
MANCHESTER, NEW HAMPSHIRE
03105

**Assignor**

ZULU BROADCASTING, LLC
NEW HAMPSHIRE LIMITED
LIABILITY COMPANY
**Signed:** JUN 22, 1998

**Assignee**

ZULU BROADCASTING, LLC
NEW HAMPSHIRE LIMITED
LIABILITY COMPANY
4A MARKET STREET
PORTSMOUTH, NEW HAMPSHIRE,
03801

**Brief:** MERGER & CHANGE OF
NAME
**Recorded:** MAR 02, 1998
**Reel/Frame:** 1700/0610
**Correspondent:**
MELANE, GRAF, RAULERSON ET
AL.
MARK A. WRIGHT
900 ELM STREET
MANCHESTER, NH 03105

**Assignor**

ZULU BROADCASTING, INC.
NEW HAMPSHIRE CORPORATION
**Signed:** DEC 30, 1997

**Filing Correspondent:**

MARK A WRIGHT
MCLANE GRAF RAULERSON & MIDDLETON PA
PO BOX 326
MANCHESTER NH 03105-0326



**ZULUTV**

 **Worldwide Filings = 5**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 24, 1999

**Goods/Services:**

**International Class 38:** MULTIMEDIA BROADCASTING SERVICES OVER A GLOBAL COMPUTER INFORMATION NETWORK RELATING TO VIDEOS, INTERACTIVE GAMES AND CULTURAL INFORMATION

**Last Reported Owner:**

ZULU BROADCASTING, LLC

NEW HAMPSHIRE  LIMITED LIABILITY COMPANY

4A MARKET STREET

PORTSMOUTH, NEW HAMPSHIRE  03801

**We Have Located Other Marks With This Owner**

| ZULUTV | USPTO | Page 623 |
| ZULUTV | State | Page 819 |

**Chronology:**

**Filed:** AUG 06, 1997          **Serial Number:** 75-336,915

**Abandoned:** SEP 24, 1999

**Ownership Details:**

**Applicant:**

ZULU BROADCASTING, INC.

NEW HAMPSHIRE  CORPORATION

4A MARKET STREET

PORTSMOUTH, NEW HAMPSHIRE  03801

| **Assignee** | **Assignor** |
|---|---|
| ZULU BROADCASTING, LLC | ZULU BROADCASTING, INC. |
| NEW HAMPSHIRE LIMITED | NEW HAMPSHIRE CORPORATION |
| LIABILITY COMPANY | **Signed:** DEC 30, 1997 |
| 4A MARKET STREET | |
| PORTSMOUTH, NEW HAMPSHIRE, | |
| 03801 | |

**Brief:** MERGER & CHANGE OF
NAME
**Recorded:** MAR 02, 1998
**Reel/Frame:** 1700/0610
**Correspondent:**
MELANE, GRAF, RAULERSON ET
AL.
MARK A. WRIGHT
900 ELM STREET
MANCHESTER, NH 03105

**Design Phrase:**

      THE MARK CONSISTS OF A GLOBE CONTAINING THE OUTLINE OF
CONTINENTS. THE WORDS ″ZULUTV″ ARE SUPERIMPOSED ON
THE GLOBE. ABOVE THE WORDS MAY APPEAR A STRIP OF
COLORS THAT HAVE NO PARTICULAR MEANING OR INDICATION
AND THAT ARE ARRANGED IN NO PARTICULAR ORDER.

**Filing Correspondent:**

      MARK A WRIGHT
MCLANE GRAF RAULERSON & MIDDLETON PA
PO BOX 326
MANCHESTER NH 03105-0326

 Honolulu Freight Service

## HONOLULU FREIGHT SERVICE

**Status:**      CANCELLED                    **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** NOV 09, 1989

**Goods/Services:**
**International Class 39:** TRANSPORTATION AND STORAGE SERVICES
**First Used:** SEP 29, 1958  (INTL. CL. 39)
**In Commerce:** SEP 29, 1958

**Last Reported Owner:**
UNITED DRAYAGE COMPANY, LOS ANGELES, CALIF., ASSIGNEE OF HONOLULU FREIGHT SERVICE, LOS ANGELES, CALIF.

**Chronology:**
**Filed:** AUG 29, 1980        **Serial Number:** 73-275,979
**Published For Opposition:** MAY 10, 1983
**Registered:** AUG 02, 1983     **Registration Number:** 1,247,327
**Cancelled:** DEC 19, 1989

**Ownership Details:**
**Registrant:**
UNITED DRAYAGE COMPANY, LOS ANGELES, CALIF., ASSIGNEE OF HONOLULU FREIGHT SERVICE, LOS ANGELES, CALIF.

| **Assignee** | **Assignor** |
|---|---|
| UNITED DRAYAGE COMPANY | HONOLULU FREIGHT SERVICE |
| CALIFORNIA CORPORATION | CALIFORNIA CORPORATION |
| MARKET STATION | MARKET STATION |
| P. O. BOX 21156 | P. O. BOX 21156 |
| LOS ANGELES, CALIFORNIA | LOS ANGELES, CALIFORNIA |
|  | **Acknowledge:** MAR 10, 1982 |

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Recorded:** MAR 29, 1982
**Reel/Frame:** 0412/0564

**Correspondent:**
SLAVITT, KING, ET AL.
SUITE 900, TWO CENTURY PARK
EAST
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067

**Claims:**

THE DRAWING IS LINED FOR THE COLORS RED, YELLOW AND
ORANGE. NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE
THE WORDS ″HONOLULU FREIGHT SERVICE″, APART FROM THE
MARK AS SHOWN. THE DRAWING IS LINED FOR THE COLORS
RED, YELLOW & ORANGE.



### HONOLULU FREIGHT SERVICE

**Status:** CANCELLED        **Cancellation Section:** 8

AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** DEC 29, 2000

**Goods/Services:**

**International Class 39:** FREIGHT TRANSPORTATION BY SEA AND TRUCK AND STORAGE OF FREIGHT CARGO CONTAINERS
**First Used:** SEP 29, 1958 (INTL. CL. 39)
**In Commerce:** SEP 29, 1958

**Disclaimers:**

″HONOLULU FREIGHT SERVICE″

**Last Reported Owner:**

UNITED DRAYAGE COMPANY
CALIFORNIA CORPORATION
1400 DATE STREET
MONTEBELLO, CALIFORNIA 90640

**Chronology:**

**Filed:** NOV 27, 1992      **Serial Number:** 74-340,083
**Published For Opposition:** SEP 21, 1993
**Registered:** DEC 14, 1993      **Registration Number:** 1,811,138
**Cancelled:** FEB 06, 2001

**Ownership Details:**
**Registrant:**

UNITED DRAYAGE COMPANY
CALIFORNIA CORPORATION
1400 DATE STREET
MONTEBELLO, CALIFORNIA 90640

**Lining Stippling:**

THE DRAWING IS LINED FOR THE COLORS RED, YELLOW AND ORANGE.

**Filing Correspondent:**

KING, WEISER, EDELMAN & BAZAR
2049 CENTURY PARK EAST, SUITE 900
LOS ANGELES, CA 90067-3111

## HONOLULU411

**HONOLULU411**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** DEC 03, 2000

**Goods/Services:**

**International Class 41:** A SERIES OF PROGRAMMING FOR
BROADCAST AND CABLE TELEVISION THAT PROVIDES INFORM
ATION ABOUT THE CITY'S ACTIVITIES AND EVENTS, INCLUDING
LOCAL AND NATIONAL NEWS, WEATHER, DINING, HOTELS,
MOVIES, THEATERS, SPECIAL EVENTS AND OTHER
RECREATIONAL, EDUCATIONAL, ENTERTAINMENT, TRAVEL OR
TRANSPORTATION ACTIVITIES

**Last Reported Owner:**

YO NETWORK, LLC
DELAWARE  LIMITED LIABILITY CO.
PATTERSON, BELKNAP, WEBB & TYLER LLP1133 AVENUE OF THE
AMERICAS
INGA-KERSTIN WILDER
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

HONOLULU411                            USPTO            Page 643

**Chronology:**

**Filed:** SEP 14, 1999       **Serial Number:** 75-798,875
**Abandoned:** SEP 19, 2000

**Ownership Details:**
**Applicant:**

YO NETWORK, LLC
DELAWARE  LIMITED LIABILITY CO.
PATTERSON, BELKNAP, WEBB & TYLER LLP1133 AVENUE OF THE
AMERICAS
INGA-KERSTIN WILDER
NEW YORK, NEW YORK  10036

**Filing Correspondent:**

INGA-KERSTIN WILDER
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036



**ZULU RECORDING**

**Status:**       ABANDONED

          **USPTO Status:** ABANDONED-FAILURE TO RESPOND
          **USPTO Status Date:** MAR 06, 2006

**Goods/Services:**
          **International Class 41:** AUDIO RECORDING SERVICES
          **First Used:** OCT 24, 2004  (INTL. CL. 41)
          **In Commerce:** OCT 24, 2004

**Last Reported Owner:**
          GRACE, JAMES
          UNITED STATES  INDIVIDUAL
          2014 CODDING DR.
          MODESTO, CALIFORNIA  95355

**Chronology:**
          **Filed:** DEC 20, 2004          **Serial Number:** 76-625,295
          **Abandoned:** JAN 27, 2006

**Ownership Details:**
**Applicant:**
          GRACE, JAMES
          UNITED STATES  INDIVIDUAL
          2014 CODDING DR.
          MODESTO, CALIFORNIA  95355

**Filing Correspondent:**
          SCOTT J. FIELDS
          NATIONAL IP RIGHTS CENTER, LLC
          550 TOWNSHIP LINE RD STE 400
          BLUE BELL, PA 19422-2726

ZULU WARRIOR

**ZULU WARRIOR**

**Status:**   ABANDONED

AMENDED TO USE APPLICATION

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** AUG 07, 2003

**Goods/Services:**

**International Class 41:**  EDUCATIONAL AND ENTERTAINMENT
SERVICES, NAMELY PERFORMANCES BY AN INDIVIDUAL IN A
WARRIOR COSTUME
**First Used:** JAN 02, 1982  (INTL. CL. 41)
**In Commerce:** JAN 02, 1982

**Last Reported Owner:**

ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**We Have Located Other Marks With This Owner**

| ZULU | USPTO | Page 442 |
| ZULU | USPTO | Page 474 |
| ZULU | USPTO | Page 500 |
| ZULU | USPTO | Page 503 |
| ZULU | USPTO | Page 506 |
| ZULU | State | Page 850 |

**Chronology:**

**Filed:** AUG 12, 2002      **Serial Number:** 76-441,863
**Abandoned:** AUG 07, 2003

**Ownership Details:**
**Applicant:**

ZULU SOCIAL AID AND PLEASURE CLUB, INC.
LOUISIANA  CORPORATION
732 NORTH BROAD STREET
NEW ORLEANS, LOUISIANA  70119

**Filing Correspondent:**

MARJORIE R. ESMAN
MILLING, BENSON, WOODWARD, LLP
909 POYDRAS ST., SUITE 2300

NEW ORLEANS, LA 70112



### HONOLULU SHARKS HS

**Status:**   CANCELLED                    **Cancellation Section:** 8
AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** JUN 15, 2002

**Goods/Services:**

**International Class 41:** ENTERTAINMENT SERVICES IN THE
NATURE OF BASEBALL GAMES
**First Used:** OCT 17, 1993  (INTL. CL. 41)
**In Commerce:** OCT 17, 1993

**Disclaimers:**

"HONOLULU"

**Last Reported Owner:**

HAWAII WINTER BASEBALL, INC.
HAWAII  CORPORATION
1210 AUAHI STREET, SUITE 231
HONOLULU, HAWAII  96814

**We Have Located Other Marks With This Owner**

HONOLULU SHARKS                    USPTO              Page 544

**Chronology:**

**Filed:** MAR 09, 1993          **Serial Number:** 74-366,396
**Published For Opposition:** MAR 22, 1994
**Registered:** JUN 06, 1995     **Registration Number:** 1,898,308
**Cancelled:** JUL 30, 2002

**Ownership Details:**
**Registrant:**

HAWAII WINTER BASEBALL, INC.
HAWAII  CORPORATION
1210 AUAHI STREET, SUITE 231
HONOLULU, HAWAII  96814

**Lining Stippling:**

THE LINING IN THE DRAWING IS A FEATURE OF THE MARK AND
DOES NOT INDICATE COLOR.

**Filing Correspondent:**

MARTIN E. HSIA
P. O. BOX 939
HONOLULU, HI 96808

## ZULUGIRLS

Zulugirls

**Status:**     ABANDONED

> **USPTO Status:** ABANDONED-EXPRESS
> **USPTO Status Date:** JUL 17, 2006

**Goods/Services:**

> **International Class 35:** BUSINESS MANAGEMENT CONSULTING WITH RELATION TO STRATEGY, MARKETING, PERSONNEL AND RETAIL SALE MATTERS, CONSUMER RESEARCH, CUSTOMER RELATIONSHIP MANAGEMENT, CUSTOMER LOYALTY SERVICES, AND CUSTOMER CLUB SERVICES FOR PROMOTIONAL PURPOSES
> **First Used:** MAR 30, 2004  (INTL. CL. 35)
> **In Commerce:** MAR 30, 2004

**Last Reported Owner:**

> ZULUGIRLS
> **Composed Of:** KRISTAN FAZIO-U.S.A. TERRI EDWARDS-U.S.A. CALIFORNIA  PARTNERSHIP
> P.O. BOX 239
> SOLANA BEACH, CALIFORNIA  92075

**Chronology:**

> **Filed:** JAN 08, 2005          **Serial Number:** 78-544,296
> **Abandoned:** JUL 14, 2006

**Ownership Details:**

**Applicant:**

> ZULUGIRLS
> **Composed Of:** KRISTAN FAZIO-U.S.A. TERRI EDWARDS-U.S.A. CALIFORNIA  PARTNERSHIP
> P.O. BOX 239
> SOLANA BEACH, CALIFORNIA  92075

**Filing Correspondent:**

> YUWEN LIU
> CUMMINS & WHITE, LLP
> SUITE 300
> 2424 S.E. BRISTOL STREET
> NEWPORT BEACH CA 92660

XULU
ADVENTURERS'
CLUB

## XULU ADVENTURERS' CLUB

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** MAR 25, 2001

**Goods/Services:**

**International Class 41:** ENTERTAINMENT IN THE NATURE OF THEATER PRODUCTIONS AND MOVIES

**Last Reported Owner:**

XULU ENTERTAINMENT INC.
CALIFORNIA  CORPORATION
653 RIVER OAKS PARKWAY
SAN JOSE, CALIFORNIA  95134

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |

| XULU ADVENTURERS' CLUB | USPTO | Page 638 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

**Filed:** JUL 08, 1997          **Serial Number:** 75-323,287

**Published For Opposition:** DEC 30, 1997

**Abandoned:** MAR 25, 2001

**Ownership Details:**

**Applicant:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

653 RIVER OAKS PARKWAY

SAN JOSE, CALIFORNIA  95134

**Filing Correspondent:**

BETH M GOLDMAN

HELLER EHRMAN WHITE & MCAULIFFE

525 UNIVERSITY AVE

PALO ALTO CA 94301-1900

XULU
ADVENTURERS'
CLUB

## XULU ADVENTURERS' CLUB

**Status:**      ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED

**USPTO Status Date:** JUL 12, 2005

**Goods/Services:**

**International Class 41:** ENTERTAINMENT IN THE NATURE OF THEATER PRODUCTIONS AND MOVIES

**Last Reported Owner:**

XULU ENTERTAINMENT INC.

CALIFORNIA  CORPORATION

651 BRANNAN STREET

SAN FRANCISCO, CALIFORNIA  94107

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| XULU ENTERTAINMENT | USPTO | Page 408 |
| XULU ADVENTURERS' CLUB | USPTO | Page 413 |
| XULU | USPTO | Page 417 |
| XULU ENTERTAINMENT | USPTO | Page 423 |
| XULU ENTERTAINMENT | USPTO | Page 428 |
| XULU ADVENTURERS' CLUB | USPTO | Page 431 |
| XULU | USPTO | Page 433 |
| XULU ENTERTAINMENT | USPTO | Page 440 |
| XULU ADVENTURERS' CLUB | USPTO | Page 444 |
| XULU | USPTO | Page 460 |
| XULU ENTERTAINMENT | USPTO | Page 483 |
| XULU ADVENTURERS' CLUB | USPTO | Page 489 |
| XULU | USPTO | Page 495 |
| XULU | USPTO | Page 497 |
| XULU ENTERTAINMENT | USPTO | Page 522 |
| XULU ADVENTURERS' CLUB | USPTO | Page 528 |
| XULU ENTERTAINMENT | USPTO | Page 546 |
| XULU | USPTO | Page 566 |
| XULU | USPTO | Page 568 |
| XULU | USPTO | Page 586 |
| XULU | USPTO | Page 592 |
| XULU ADVENTURERS' CLUB | USPTO | Page 595 |

| | | |
|---|---|---|
| XULU ADVENTURERS' CLUB | USPTO | Page 636 |
| XULU ADVENTURERS' CLUB | Common Law | Page 1072 |
| XULU ENTERTAINMENT | Common Law | Page 1073 |

**Chronology:**

    **Filed:** MAR 23, 2001    **Serial Number:** 76-229,712

    **Published For Opposition:** OCT 19, 2004

    **Abandoned:** JUL 12, 2005

**Ownership Details:**

**Applicant:**

    XULU ENTERTAINMENT INC.

    CALIFORNIA  CORPORATION

    651 BRANNAN STREET

    SAN FRANCISCO, CALIFORNIA  94107

**Filing Correspondent:**

    BETH M. GOLDMAN

    HELLER EHRMAN WHITE & MCAULIFFE LLP

    333 BUSH ST

    SAN FRANCISCO CA 94104-2806

ULU

US-362
**Group:** Four

**THE HONOLULU POPS**

The Honolulu Pops

**Status:**   ABANDONED
             INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JAN 04, 2007

**Goods/Services:**
**International Class 41:** NAME OF MUSIC PERFORMANCE ENTITY

**Last Reported Owner:**
             CATINGUB, MATT
             UNITED STATES  INDIVIDUAL
             890 LINKS VIEW DRIVE
             SIMI VALLEY, CALIFORNIA  93065

**Chronology:**
             **Filed:** DEC 01, 2005          **Serial Number:** 78-765,162
             **Abandoned:** DEC 09, 2006

**Ownership Details:**
**Applicant:**
             CATINGUB, MATT
             UNITED STATES  INDIVIDUAL
             890 LINKS VIEW DRIVE
             SIMI VALLEY, CALIFORNIA  93065
**Filing Correspondent:**
             CATINGUB, MATT
             890 LINKS VIEW DR
             SIMI VALLEY, CA 93065-6662

LONG
BEACH/HONOLULU
SPIKERS

## LONG BEACH/HONOLULU SPIKERS

**Status:**  ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** FEB 21, 1997

**Goods/Services:**
**International Class 41:** ENTERTAINMENT SERVICES IN THE
NATURE OF VOLLEYBALL EXHIBITIONS

**Disclaimers:**
″LONG BEACH/HONOLULU″

**Last Reported Owner:**
L.A. PRO VOLLEYBALL CLUB, LLC
CALIFORNIA  LIMITED LIABILITY CO.
15219 SUNSET BOULEVARD, SUITE A
PACIFIC PALISADES, CALIFORNIA  90272

**Chronology:**
**Filed:** AUG 21, 1995          **Serial Number:** 74-718,369
**Published For Opposition:** MAY 28, 1996
**Abandoned:** FEB 21, 1997

**Ownership Details:**
**Applicant:**
L.A. PRO VOLLEYBALL CLUB, LLC
CALIFORNIA  LIMITED LIABILITY CO.
15219 SUNSET BOULEVARD, SUITE A
PACIFIC PALISADES, CALIFORNIA  90272

**Filing Correspondent:**
RICHARD A. WALLEN
HARRIS, WALLEN, MACDERMOTT, & TINSLEY
QUINBY BUILDING, TOP FLOOR
650 SOUTH GRAND AVENUE
LOS ANGELES, CA 90017

TOKAI UNIVERSITY
AT HONOLULU

## TOKAI UNIVERSITY AT HONOLULU

**Status:**    CANCELLED                    **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** JUL 08, 2006

**Goods/Services:**

**International Class 41:** EDUCATIONAL SERVICES, NAMELY, CONDUCTING COURSES OF STUDY, SEMINARS, INSTRUCTION AND OTHER CURRICULAR ACTIVITIES AT THE COLLEGE LEVEL; ORGANIZING AND CONDUCTING, FOR OTHERS, SEMINARS AND LECTURES FOR PROFESSIONALS IN THE FIELD OF BUSINESS

**First Used:** MAY 05, 1987  (INTL. CL. 41)

**In Commerce:** MAY 05, 1987

**Disclaimers:**

"UNIVERSITY AT HONOLULU"

**Last Reported Owner:**

TOKAI UNIVERSITY PACIFIC CENTER
HAWAII  CORPORATION
2241 KAPIOLANI BOULEVARD
HONOLULU, HAWAII  96826

**Chronology:**

**Filed:** JAN 21, 1998        **Serial Number:** 75-420,876

**Published For Opposition:** JUL 06, 1999

**Registered:** SEP 28, 1999    **Registration Number:** 2,280,725

**Cancelled:** AUG 22, 2006

**Ownership Details:**

**Registrant:**

TOKAI UNIVERSITY PACIFIC CENTER
HAWAII  CORPORATION
2241 KAPIOLANI BOULEVARD
HONOLULU, HAWAII  96826

**Filing Correspondent:**

DAMON KEY LEONG KUPCHAK HASTERT
1600 PAUAHI TOWER
1001 BISHOP STREET
HONOLULU, HI 96813-3480

## HONOLULU411

**HONOLULU411**

**Status:**    ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** DEC 02, 2000

**Goods/Services:**

**International Class 42:**  PROVIDING INFORMATION ABOUT THE CITY'S ACTIVITIES AND EVENTS, INCLUDING LOCAL AND NATIONAL NEWS, WEATHER, DINING, HOTELS, MOVIES, THEATERS, SPECIAL EVENTS AND OTHER RECREATIONAL, EDUCATIONAL, ENTERTAINMENT, TRAVEL OR TRANSPORTATION ACTIVITIES ON A GLOBAL ELECTRONIC NETWORK
**First Used:** OCT 01, 1999  (INTL. CL. 42)
**In Commerce:** OCT 01, 1999

**Last Reported Owner:**

YO NETWORK, LLC
DELAWARE  LIMITED LIABILITY CO.
1133 AVENUE OF THE AMERICAS ATTENTION: INGA-KERSTIN WILDER, ESQ.
C/O PATTERSON, BELKNAP, WEBB & TYLER LLP
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

HONOLULU411                          USPTO            Page 630

**Chronology:**

**Filed:** OCT 12, 1999          **Serial Number:** 75-819,421
**Abandoned:** SEP 21, 2000

**Ownership Details:**

**Applicant:**

YO NETWORK, LLC
DELAWARE  LIMITED LIABILITY CO.
1133 AVENUE OF THE AMERICAS ATTENTION: INGA-KERSTIN WILDER, ESQ.
C/O PATTERSON, BELKNAP, WEBB & TYLER LLP
NEW YORK, NEW YORK  10036

**Filing Correspondent:**

INGA-KERSTIN WILDER
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036



## HONOLULU NETWORK

**Status:**  ABANDONED

    **USPTO Status:** ABANDONED-FAILURE TO RESPOND
    **USPTO Status Date:** JUN 09, 1997

**Goods/Services:**
    **International Class 42:** MOBILE TELEPHONE RENTAL SERVICE AND SALES
    **First Used:** SEP 1994  (INTL. CL. 42)
    **In Commerce:** SEP 1994

**Last Reported Owner:**
    TAKAYAMA, DAVY V.
    UNITED STATES  INDIVIDUAL
    350 WARD AVE., STE. 106-26
    HONOLULU, HAWAII  96814

**Chronology:**
    **Filed:** MAY 06, 1996    **Serial Number:** 75-099,416
    **Abandoned:** JUN 09, 1997

**Ownership Details:**
**Applicant:**
    TAKAYAMA, DAVY V.
    UNITED STATES  INDIVIDUAL
    350 WARD AVE., STE. 106-26
    HONOLULU, HAWAII  96814

**Filing Correspondent:**
    DAVY V. TAKAYAMA
    350 WARD AVE., STE. 106-26
    HONOLULU, HI 96814

ZULU AIRWEAR

## ZULU AIRWEAR

**Status:**    CANCELLED                    **Cancellation Section:** 8

WITHDRAWN FROM REGISTRATION SEP 12, 1991

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** MAY 12, 1998

**Goods/Services:**

**International Class 25:** SPORTSWEAR; NAMELY, SWEATSHIRTS, TEE-SHIRTS, TANK TOPS, SHORTS, SWIMSUITS, SOCKS, UNDERWEAR AND JACKETS
**First Used:** MAY 01, 1989 (INTL. CL. 25)
**In Commerce:** MAY 01, 1989

**Last Reported Owner:**

415044 B.C.LTD
CANADA CORPORATION
VANCOUVER, BRITISH COLUMBIA, CANADA V6E 3C9
1450-1075 WEST GEORGIA ST.

**Chronology:**

**Filed:** FEB 26, 1990        **Serial Number:** 74-032,691
**Published For Opposition:** JUL 23, 1991
**Registered:** NOV 05, 1991    **Registration Number:** 1,663,481
**Cancelled:** JUN 23, 1998

**Ownership Details:**
**Registrant:**

ZULU AIRWEAR INC.
CANADA CORPORATION
8246 FRASER STREET
VANCOUVER, BRITISH COLUMBIA V5X3X6, CANADA

**Assignee**                        **Assignor**
415044 B.C.LTD                      ZULU AIRWEAR, INC
CANADA CORPORATION                  CANADA CORPORATION
VANCOUVER, BRITISH COLUMBIA,        **Signed:** MAY 29, 1992
CANADA V6E 3C9
1450-1075 WEST GEORGIA ST.

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** NOV 12, 1992
**Reel/Frame:** 0901/0789

**Correspondent:**
KENYON & KENYON
ALLEN J. BADEN
ONE BROADWAY
NEW YORK, NY 10004

**Assignee**
ZULU AIRWEAR INC.
CANADA CORPORATION
8246 FRASER STREET
VANCOUVER, BRITISH COLUMBIA
V5X3X6, CANADA

**Assignor**
BENNETT, KEITH A. INDIVIDUAL
1025 E. KATELLA STREET
ANAHEIM, CALIFORNIA
**Signed:** DEC 07, 1990

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** MAY 06, 1991
**Reel/Frame:** 0800/0202
**Correspondent:**
GARY APPEL, ESQ.
APPEL & ASSOCIATES
1170 CIVIC CENTER DRIVE WEST
SANTA ANA, CALIFORNIA 92703

**Filing Correspondent:**
GARY APPEL
1170 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92703

## HONOLULU JEANS CO.

**HONOLULU JEANS CO.**

**Status:**     ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** MAR 30, 1990

**Goods/Services:**
**International Class 25:** CASUAL CLOTHING, NAMELY, SHORTS, SLACKS, SHIRTS AND JACKETS
**First Used:** JUL 1988  (INTL. CL. 25)
**In Commerce:** JUL 1988

**Disclaimers:**
"JEANS" OR "CO."

**Last Reported Owner:**
SURF LINE HAWAII, LTD.
HAWAII  CORPORATION
1451 KALANI STREET
HONOLULU, HAWAII  96817

**Chronology:**
**Filed:** FEB 02, 1989          **Serial Number:** 73-778,304
**Abandoned:** MAR 30, 1990

**Ownership Details:**
**Applicant:**
SURF LINE HAWAII, LTD.
HAWAII  CORPORATION
1451 KALANI STREET
HONOLULU, HAWAII  96817

**Filing Correspondent:**
GEORGE P. KRAMER
HUNTON & WILLIAMS
100 PARK AVENUE
NEW YORK, NY 10017



### HONOLULU COOKIE COMPANY HAWAII

**Status:**   CANCELLED         **Cancellation Section:** 8

    **USPTO Status:** CANCELLED - SECTION 8
    **USPTO Status Date:** SEP 30, 2006

**Goods/Services:**
    **International Class 30:** COOKIES
    **First Used:** OCT 26, 1998  (INTL. CL. 30)
    **In Commerce:** NOV 04, 1998

**Disclaimers:**
    ″HONOLULU COOKIE COMPANY″ AND ″HAWAII″

**Last Reported Owner:**
    K & S HAWAIIAN CREATIONS, INCORPORATED
    HAWAII  CORPORATION
    1718 DEMOCRAT STREET
    HONOLULU, HAWAII  96819

    **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU COOKIE COMPANY | USPTO | Page 512 |
| HONOLULU COOKIE COMPANY | USPTO | Page 520 |
| HONOLULU COOKIE COMPANY | USPTO | Page 526 |
| HONOLULU COOKIE COMPANY | State | Page 790 |
| HONOLULU COOKIE COMPANY | State | Page 979 |
| HONOLULU COOKIE COMPANY | State | Page 980 |

**Chronology:**
    **Filed:** FEB 05, 1999    **Serial Number:** 75-639,473
    **Published For Opposition:** OCT 05, 1999
    **Registered:** DEC 28, 1999    **Registration Number:** 2,304,327
    **Cancelled:** NOV 07, 2006

**Ownership Details:**
**Registrant:**
    K & S HAWAIIAN CREATIONS, INCORPORATED
    HAWAII  CORPORATION
    1718 DEMOCRAT STREET
    HONOLULU, HAWAII  96819

**Filing Correspondent:**
    MARTIN E. HSIA
    CADES SCHUTTE FLEMING & WRIGHT
    P. O. BOX 939

HONOLULU, HAWAII 96808



### SULU'S ORIGINAL SPICY ASIAN WING SAUCE OFFICIAL WING SAUCE OF THE UNITED FEDERATION OF PLANETS

**Status:**       ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** OCT 03, 2006

**Goods/Services:**
**International Class 30:** SAUCE

**Last Reported Owner:**
CBS STUDIOS INC.
DELAWARE  LIMITED LIABILITY COMPANY
51 WEST 52ND STREET
NEW YORK, NEW YORK  10019

**We Have Located Other Marks With This Owner**

SULU                          USPTO          Page 438

**Chronology:**
**Filed:** AUG 03, 2005          **Serial Number:** 78-685,053
**Abandoned:** AUG 28, 2006

**Ownership Details:**
**Applicant:**
PARAMOUNT PICTURES CORPORATION
DELAWARE  CORPORATION
5555 MELROSE AVENUE
TELECOM 105
HOLLYWOOD, CALIFORNIA  90038

**Assignee**
CBS STUDIOS INC.
DELAWARE LIMITED LIABILITY
COMPANY
51 WEST 52ND STREET
NEW YORK, NEW YORK, 10019

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 20, 2006
**Reel/Frame:** 3231/0086

**Assignor**
PARAMOUNT PICTURES
CORPORATION
DELAWARE CORPORATION
**Signed:** DEC 21, 2005

**Correspondent:**

REBECCA BORDEN

1515 BROADWAY

NEW YORK, NY 10603

**Design Phrase:**

THE MARK CONSISTS OF LABEL FOR SAUCE WITH A PICTURE OF THE CHARACTER SULU IN A CHEF'S HAT ACCOMPANIED BY CHOPSTICKS, SAUCE AND BUFFALO WINGS SHOWING THE MARK AS USED..

**Filing Correspondent:**

MALLORY D. LEVITT

MALLORY LEVITT

CBS

51 WEST 52ND STREET

NEW YORK NY 10019

URBAN ZULU

**URBAN ZULU**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUL 13, 1995

**Goods/Services:**

**International Class 25:** SHOES

**Last Reported Owner:**

AMASIA INTERNATIONAL LTD.
MASSACHUSETTS  CORPORATION
TWO MAIN STREET
STONEHAM, MASSACHUSETTS  02180

**Chronology:**

**Filed:** JUN 04, 1992        **Serial Number:** 74-282,679
**Published For Opposition:** OCT 20, 1992
**Abandoned:** JUL 13, 1995

**Ownership Details:**

**Applicant:**

AMASIA INTERNATIONAL LTD.
MASSACHUSETTS  CORPORATION
TWO MAIN STREET
STONEHAM, MASSACHUSETTS  02180

**Filing Correspondent:**

VINCENT N. PALLADINO
FISH & NEAVE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020



### ZULU BLOW GUN

**Status:**    EXPIRED

        **USPTO Status:** EXPIRED
        **USPTO Status Date:** JUL 13, 1985

**Goods/Services:**
        **International Class 28:** TOY BLOW DART GUN
        **First Used:** DEC 12, 1963  (US.CL. 22)
        **In Commerce:** DEC 12, 1963

**Last Reported Owner:**
        FLEER CORP.

**Chronology:**
        **Filed:** APR 09, 1964        **Serial Number:** 72-190,697
        **Published For Opposition:** JAN 26, 1965
        **Registered:** APR 13, 1965    **Registration Number:** 788,110

**Ownership Details:**

**Registrant:**
        C & C TOYS, INC., SEATTLE, WASH.

| **Assignee** | **Assignor** |
|---|---|
| FLEER CORP. | FLEER, FRANK H. CORPORATION |
| | DELAWARE CORPORATION |
| | **Signed:** JUN 03, 1968 |

**Brief:** CHANGE OF NAME 19680401
**Recorded:** JUN 06, 1968
**Reel/Frame:** 0163/0100
**Correspondent:**
HOWSON & HOWSON
123 S. BROAD ST.
PHILADELPHIA, PA 19109

| **Assignee** | **Assignor** |
|---|---|
| FLEER, FRANK H. CORPORATION | C & C TOYS, INC. |
| TENTH & SOMERVILLE STS. | 1151 N. W. 46TH ST. |
| PHILADELPHIA, PENNSYLVANIA | SEATTLE, WASHINGTON |
| | **Acknowledge:** NOV 06, 1967 |

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL

**Recorded:** DEC 18, 1967
**Reel/Frame:** 0157/0402
**Correspondent:**
OLIVER C. BIDDLE, ESQ.
1035 LAND TITLE BLDG.
PHILADELPHIA, PA 19110

**Claims:**

NO CLAIM OF EXCLUSIVE RIGHT IS MADE TO ″BLOW GUN″ FOR
THE GOODS RECITED.

POSTMARK
HONOLULU

## POSTMARK HONOLULU

**Status:**    CANCELLED              **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** JUN 09, 1989

**Goods/Services:**

**International Class 42:** PROVIDING MAIL ORDER SERVICES IN THE FIELD OF CLOTHING, CANDIES, PERFUME, JEWELRY, BOOKS AND MISCELLANEOUS HAWAIIAN NOVELTY ITEMS AND SOUVENIRS

**First Used:** JUN 15, 1980  (INTL. CL. 42)

**In Commerce:** SEP 01, 1980

**Last Reported Owner:**

PHM COMPANY, HONOLULU, HI.

**Chronology:**

**Filed:** JUN 09, 1981        **Serial Number:** 73-313,984

**Published For Opposition:** OCT 26, 1982

**Registered:** JAN 18, 1983      **Registration Number:** 1,224,646

**Cancelled:** JUL 18, 1989

**Ownership Details:**

**Registrant:**

PHM COMPANY, HONOLULU, HI.

**Claims:**

APPLICANT DISCLAIMS THE WORD ″HONOLULU″ APART FROM THE MARK AS SHOWN.



## HONOLULU JOE

**Status:**    ABANDONED

    **USPTO Status:** ABANDONED FILE - BACKFILE
    **USPTO Status Date:** MAR 05, 1984

**Goods/Services:**
    **International Class 25:** CLOTHING FOR MEN, WOMEN AND
    CHILDREN; NAMELY SHIRTS
    **First Used:** 19800003 (INTL. CL. 25)
    **In Commerce:** JUL 15, 1980

**Last Reported Owner:**
    RANK, JOSEPH S.
    MEXICO  INDIVIDUAL
    97 ROSAS MORENO
    MEXICO CITY 4, MEXICO

**Chronology:**
    **Filed:** OCT 10, 1980      **Serial Number:** 73-281,310
    **Abandoned:** MAR 05, 1984

**Ownership Details:**
**Applicant:**
    RANK, JOSEPH S.
    MEXICO  INDIVIDUAL
    97 ROSAS MORENO
    MEXICO CITY 4, MEXICO

**Filing Correspondent:**
    BERMAN, AISENBERG & PLATT
    1730 RHODE ISLAND AVE., N.W.
    WASHINGTON
    D.C. 20036

THE ZULU BIRD

**THE ZULU BIRD**

**Status:**      CANCELLED                    **Cancellation Section:** 8

AMENDED TO USE APPLICATION

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** APR 06, 2002

**Goods/Services:**

**International Class 42:** RESTAURANT SERVICES
**First Used:** NOV 10, 1994  (INTL. CL. 42)
**In Commerce:** NOV 10, 1994

**Last Reported Owner:**

STEPTOE CORPORATION
CALIFORNIA  CORPORATION
3500 - 267 MANCHESTER BLVD.
INGLEWOOD, CALIFORNIA  90305

**Chronology:**

**Filed:** JAN 30, 1991          **Serial Number:** 74-134,741
**Published For Opposition:** AUG 20, 1991
**Registered:** MAR 28, 1995    **Registration Number:** 1,886,734
**Cancelled:** MAY 21, 2002

**Ownership Details:**
**Registrant:**

STEPTOE CORPORATION
CALIFORNIA  CORPORATION
3500 - 267 MANCHESTER BLVD.
INGLEWOOD, CALIFORNIA  90305

**Filing Correspondent:**

EDWIN KOMEN
CLEARY & KOMEN
600 PENNSYLVANIA AVENUE, S.E., SUITE 200
WASHINGTON, DC 20003-4304



### RODEO CANTINA HONOLULU

**Status:**     ABANDONED

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** JUL 03, 1997

**Goods/Services:**

**International Class 42:** FOOD, NAMELY RESTAURANTS, PROVIDING FOOD AND DRINK AND INCLUDING RETAIL ITEMS WITH LOGO
**First Used:** OCT 01, 1994  (INTL. CL. 42)
**In Commerce:** OCT 01, 1994

**Last Reported Owner:**

SILVERMAN, BARRY
UNITED STATES  INDIVIDUAL
876 B AALAPAPA DR.
KAILVA, HAWAII  96734

**Chronology:**

**Filed:** MAR 04, 1996          **Serial Number:** 75-076,339
**Abandoned:** JUL 03, 1997

**Ownership Details:**
**Applicant:**

SILVERMAN, BARRY
UNITED STATES  INDIVIDUAL
876 B AALAPAPA DR.
KAILVA, HAWAII  96734

**Filing Correspondent:**

BARRY SILVERMAN
876 B AALAPAP DR.
KAILVA, HI 96734

FROM ARABIC TO
ZULU

**FROM ARABIC TO ZULU**

**Status:**    ABANDONED

AMENDED TO USE APPLICATION

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** DEC 06, 2001

**Goods/Services:**

**International Class 42:** LANGUAGE SERVICES, NAMELY, INSTRUC
TING, TRANSLATING, INTERPRETING, AND CONSULTING
**First Used:** JAN 1984  (INTL. CL. 42)
**In Commerce:** JAN 1984

**Last Reported Owner:**

BOSTON LANGUAGE INSTITUTE, THE
MASSACHUSETTS  CORPORATION
648 BEACON STREET
BOSTON, MASSACHUSETTS  02215

**Chronology:**

**Filed:** AUG 15, 2000          **Serial Number:** 76-109,582
**Abandoned:** DEC 06, 2001

**Ownership Details:**
**Applicant:**

BOSTON LANGUAGE INSTITUTE, THE
MASSACHUSETTS  CORPORATION
648 BEACON STREET
BOSTON, MASSACHUSETTS  02215

**Filing Correspondent:**

DOUGLAS R. WOLF
WOLF, GREENFIELD & SACKS, P.C.
FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MA 02210



### ANGELO PIETRO SALAD & SPAGHETTI HONOLULU

**Status:**    CANCELLED    **Cancellation Section:** 8

      **USPTO Status:** CANCELLED - SECTION 8
      **USPTO Status Date:** NOV 12, 2005

**Goods/Services:**
      **International Class 42:** RESTAURANT SERVICES
      **First Used:** MAR 01, 1992  (INTL. CL. 42)
      **In Commerce:** MAR 01, 1992

**Disclaimers:**
      ″SALAD & SPAGHETTI″ AND ″HONOLULU″

**Last Reported Owner:**
      KABUSHIKI KAISHA PIETRO
      JAPAN  CORPORATION
      5-19, TENJIN 3-CHOME, CHUO-KU
      FUKUOKA-SHI, FUKUOKA, JAPAN

**Chronology:**
      **Filed:** DEC 07, 1992    **Serial Number:** 74-337,473
      **Published For Opposition:** DEC 28, 1993
      **Registered:** FEB 07, 1995    **Registration Number:** 1,878,281
      **Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                            SEC. 15 ACK.  MAY 18, 2001
      **Cancelled:** DEC 27, 2005

**Ownership Details:**

**Registrant:**
      KABUSHIKI KAISHA PIETRO
      JAPAN  CORPORATION
      5-19, TENJIN 3-CHOME, CHUO-KU
      FUKUOKA-SHI, FUKUOKA, JAPAN

**Portrait Permission:**
      THE NAME ″ANGELO PIETRO″ IS A FICTITIOUS NAME AND DOES
      NOT REFER TO ANY KNOWN LIVING INDIVIDUAL.

**Filing Correspondent:**
      THOMAS R. MORRISON
      145 NORTH 5TH AVE
      MT. VERNON, NY 10550

**Domestic Representative:** THOMAS R. MORRISON

HONOLULU
HARRY'S ISLAND
OASIS

## HONOLULU HARRY'S ISLAND OASIS

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-EXPRESS

**USPTO Status Date:** MAR 20, 2003

**Goods/Services:**

**International Class 43:** RESTAURANT SERVICES.

**Last Reported Owner:**

HANALEI BAY RESTAURANT GROUP, INC.

CALIFORNIA  CORPORATION

ONE PARK PLAZA, SUITE 600

IRVINE, CALIFORNIA  92618

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU HARRY'S ISLAND GETAWAY | USPTO | Page 537 |
| HONOLULU HARRYS ISLAND GETAWAY RESTAURANT & LOUNGE | USPTO | Page 538 |
| HONOLULU HARRY'S ISLAND OASIS RESTAURANT & LOUNGE | USPTO | Page 662 |

**Chronology:**

**Filed:** JAN 22, 2003      **Serial Number:** 78-206,019

**Abandoned:** MAR 20, 2003

**Ownership Details:**

**Applicant:**

HANALEI BAY RESTAURANT GROUP, INC.

CALIFORNIA  CORPORATION

ONE PARK PLAZA, SUITE 600

IRVINE, CALIFORNIA  92618

**Filing Correspondent:**

ERIC D. LEACH

OSWALD & YAP

16148 SAND CANYON AVENUE

IRVINE CA USA 92618

US-380
**Group:** Four



### HONOLULU HARRY'S ISLAND OASIS RESTAURANT & LOUNGE

**Status:**   ABANDONED
            INTENT TO USE

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** MAR 20, 2003

**Goods/Services:**
**International Class 43:**  RESTAURANT SERVICES.

**Last Reported Owner:**
HANALEI BAY RESTAURANT GROUP, INC.
CALIFORNIA  CORPORATION
ONE PARK PLAZA, SUITE 600
IRVINE, CALIFORNIA  92618

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU HARRY'S ISLAND GETAWAY | USPTO | Page 537 |
| HONOLULU HARRYS ISLAND GETAWAY RESTAURANT & LOUNGE | USPTO | Page 538 |
| HONOLULU HARRY'S ISLAND OASIS | USPTO | Page 661 |

**Chronology:**
**Filed:** JAN 22, 2003    **Serial Number:** 78-206,039
**Abandoned:** MAR 20, 2003

**Ownership Details:**
**Applicant:**
HANALEI BAY RESTAURANT GROUP, INC.
CALIFORNIA  CORPORATION
ONE PARK PLAZA, SUITE 600
IRVINE, CALIFORNIA  92618

**Filing Correspondent:**
ERIC D. LEACH
OSWALD & YAP
16148 SAND CANYON AVENUE
IRVINE CA USA 92618



## SHAHEEN'S OF HONOLULU

**Status:**    ABANDONED
                INTENT TO USE

          **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
          **USPTO Status Date:** MAY 14, 2002

**Goods/Services:**

**International Class 25:** MEN'S CASUAL CLOTHING WITH HAWAIIAN
AND ASIAN MOTIFS, NAMELY SHIRTS, TEE SHIRTS; WOMEN'S
CASUAL CLOTHING WITH HAWAIIAN AND ASIAN MOTIFS, NAMELY
DRESSES, SHIRTS, TEE-SHIRTS

**Disclaimers:**

          ″OF HONOLULU″

**Last Reported Owner:**

          SHAHEEN-TUNBERG, CAMILLE
          UNITED STATES  INDIVIDUAL
          836 ROSE AVENUE
          VENICE, CALIFORNIA  90291

**Chronology:**

          **Filed:** JAN 19, 2001          **Serial Number:** 78-043,868
          **Published For Opposition:** AUG 21, 2001
          **Abandoned:** MAY 14, 2002

**Ownership Details:**

**Applicant:**

          SHAHEEN-TUNBERG, CAMILLE
          UNITED STATES  INDIVIDUAL
          836 ROSE AVENUE
          VENICE, CALIFORNIA  90291

**Filing Correspondent:**

          CAMILLE SHAHEEN-TUNBERG
          836 ROSE AVE
          VENICE CA 90291-2832