**US-382**
**Group:** Four



### ORIGINAL HONOLULU SELTZER

**Status:**     CANCELLED          **Cancellation Section:** 8

        **USPTO Status:** CANCELLED - SECTION 8
        **USPTO Status Date:** MAY 22, 1995

**Goods/Services:**
        **International Class 32:** SELTZER WATER
        **First Used:** JUN 10, 1987 (INTL. CL. 32)
        **In Commerce:** JUN 19, 1987

**Disclaimers:**
        "ORIGINAL HONOLULU SELTZER"

**Last Reported Owner:**
        ORIGINAL HONOLULU SELTZER, INC.
        HAWAII CORPORATION
        3196 DIAMOND HEAD ROAD
        HONOLULU, HAWAII 96815

**Chronology:**
        **Filed:** MAR 01, 1988       **Serial Number:** 73-714,277
        **Published For Opposition:** AUG 23, 1988
        **Registered:** NOV 15, 1988     **Registration Number:** 1,512,970
        **Cancelled:** JUL 04, 1995

**Ownership Details:**
**Registrant:**
        ORIGINAL HONOLULU SELTZER, INC.
        HAWAII CORPORATION
        3196 DIAMOND HEAD ROAD
        HONOLULU, HAWAII 96815

**Filing Correspondent:**
        MARTIN E. HSIA
        CADES SCHUTTE FLEMING & WRIGHT
        1000 BISHOP STREET
        HONOLULU, HI 96813

ZULU ESTATE

## ZULU ESTATE

**Status:**  ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** FEB 04, 2000

**Goods/Services:**

**International Class 33:**  WINES

**Disclaimers:**

″ESTATE″

**Last Reported Owner:**

JEAN-CLAUDE BOISSET WINES, USA, INC.

CALIFORNIA  CORPORATION

650 FIFTH STREET, SUITE 403

SAN FRANCISCO, CALIFORNIA  94607

**We Have Located Other Marks With This Owner**

LULU B.                              USPTO              Page 178

**Chronology:**

**Filed:** MAY 13, 1997          **Serial Number:** 75-291,361

**Published For Opposition:** MAY 11, 1999

**Abandoned:** FEB 04, 2000

**Ownership Details:**

**Applicant:**

JEAN-CLAUDE BOISSET WINES, USA, INC.

CALIFORNIA  CORPORATION

650 FIFTH STREET, SUITE 403

SAN FRANCISCO, CALIFORNIA  94607

**Design Phrase:**

THE MARK CONSISTS OF THE WORDS ″ZULU ESTATE″.

**Filing Correspondent:**

ANNE HIARING

19 BROOKMONT

SAN ANSELMO CA 94960-1412

BULU

## BULU

 **Worldwide Filings = 1**    TTAB

**Status:**    ABANDONED

AMENDED TO USE APPLICATION

RN# 2192415 INADV. ISSUED O.G. 5-18-1999

**USPTO Status:** ABANDONED-AFTER INTER-PARTES DECISION
**USPTO Status Date:** AUG 16, 2000

**Goods/Services:**

**International Class 32:** EFFERVESCENT SPORTS DRINK FOR ATHLETES AND ACTIVE PEOPLE
**First Used:** APR 18, 1997 (INTL. CL. 32)
**In Commerce:** SEP 15, 1997

**Last Reported Owner:**

MCDOWELL, THOMAS JOHN
UNITED STATES  INDIVIDUAL
P.O. BOX 2884
CARMEL, CALIFORNIA  93921

**Chronology:**

**Filed:** NOV 24, 1997      **Serial Number:** 75-397,643
**Published For Opposition:** JUL 07, 1998
**Opposition/Cancellation Filed:** NOV 09, 1998
**Abandoned:** AUG 16, 2000

---

**Trademark Trials and Appeal Board (TTAB) Information:**    TTAB

**Opposition Number:** 91113596

**Outcome:** TERMINATED, AUG 16, 2000

| **Plaintiff:** | **Defendant:** |
|---|---|
| RED BULL GMBH | THOMAS JOHN MCDOWELL |
| | |
| **Mark:** RED BULL | **Mark:** BULU |
| **Serial Number:** 74-641,395 | **Serial Number:** 75-397,643 |
| **Correspondent:** | **Trademark Defendant** |
| | **Correspondent:** |
| MARTIN R. GREENSTEIN | THOMAS JOHN MCDOWELL |
| TECHMARK | P.O. BOX 2884 |
| 55 SOUTH MARKET STREET 16TH FLOOR | CARMEL, CA 93921 |
| SAN JOSE, CA 95113 | |

**TTAB Entry:** #11 BOARD'S DECISION: SUSTAINED, AUG 16, 2000

**TTAB Entry:** #10 TERMINATED, AUG 16, 2000

**Ownership Details:**

**Applicant:**

      MCDOWELL, THOMAS JOHN

      UNITED STATES  INDIVIDUAL

      P.O. BOX 2884

      CARMEL, CALIFORNIA  93921

**Filing Correspondent:**

      THOMAS JOHN MCDOWELL

      P.O. BOX 2884

      CARMEL, CA 93921



## CANOES SPORTSWEAR HONOLULU

[TTAB]

**Status:**    ABANDONED

USPTO Status: ABANDONED-AFTER INTER-PARTES DECISION
USPTO Status Date: MAR 04, 1986

**Goods/Services:**

**International Class 25:**  MEN'S AND WOMEN'S CLOTHING-NAMELY, MEN'S AND WOMEN'S SHIRTS, T-SHIRTS, SHORTS, PANTS AND HATS, AND WOMEN'S DRESSES AND SKIRTS

**First Used:** DEC 09, 1983  (INTL. CL. 25)
**In Commerce:** DEC 09, 1983

**Disclaimers:**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE WORDS "SPORTSWEAR" AND "HONOLULU", APART FROM THE MARK AS SHOWN.

**Last Reported Owner:**

SUN FASHIONS OF HAWAII, LTD.
HAWAII  CORPORATION
SUITE #201
1505 DILLINGHAM BLVD.
HONOLULU, HAWAII  96817

**We Have Located Other Marks With This Owner**

| SUN FASHIONS HONOLULU HAWAII | State | Page 911 |
| SUN FASHIONS HONOLULU, HAWAII | State | Page 912 |

**Chronology:**

**Filed:** JAN 16, 1984        **Serial Number:** 73-461,118
**Published For Opposition:** JAN 29, 1985
**Opposition/Cancellation Filed:** FEB 21, 1985
**Abandoned:** MAR 04, 1986

---

**Trademark Trials and Appeal Board (TTAB) Information:**   [TTAB]

**Opposition Number:** 91071070

**Outcome:** TERMINATED, MAR 04, 1986

| **Plaintiff:** | **Defendant:** |
| LES PARFUMS DE DANA, INC. | SUN FASHIONS OF HAWAII, LTD. |
| **Mark:** CANOE | **Mark:** CANOES SPORTSWEAR HONOLULU |
| **Registration Number:** 423,843 | **Registration Number:** |

**Serial Number:** 71-495,045  
**Correspondent:**

TOWNLEY & UPDIKE  
ATTN: JAMES B. SWIRE  
405 LEXINGTON AVENUE  
NEW YORK, NY 10174

**Serial Number:** 73-461,118  
**Trademark Defendant**  
**Correspondent:**  
WOO, KESSNER & DUCA  
300 JAMES CAMPBELL BLDG., 828  
FORT STREET  
HONOLULU, HI 96813

**TTAB Entry:** #11 TERMINATED, MAR 04, 1986  
**TTAB Entry:** #10 APPLICATION ABANDONED, JAN 30, 1986

## Ownership Details:

### Applicant:

SUN FASHIONS OF HAWAII, LTD.  
HAWAII  CORPORATION  
SUITE #201  
1505 DILLINGHAM BLVD.  
HONOLULU, HAWAII  96817

### Filing Correspondent:

PAUL MAKI  
WOO, KESSNER & DUCA  
300 JAMES CAMPBELL BLDG.  
828 FORT ST.  
HONOLULU HI 96813

RED BULL

**RED BULL**

 **Worldwide Filings = 2037** 

**Status:** REGISTERED
SECTION 44 (D)
FILED AS 44(D) APPLICATION
44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 15, 2004

**Goods/Services:**
**International Class 33:** ALCOHOLIC BEVERAGES (EXCEPT BEERS),
NAMELY, VODKA, BRANDY SPIRITS, GIN AND WINE

**Last Reported Owner:**
RED BULL GMBH
AUSTRIA  LTD LIAB JT ST CO
AM BRUNNEN 1
FUSCHL AM SEE, AUSTRIA  A-5330

**Chronology:**
**Filed:** FEB 28, 1995        **Serial Number:** 74-641,395
**Child Serial Number:** 75-979,618
**Published For Opposition:** DEC 30, 1997
**Opposition/Cancellation Filed:** MAR 16, 1998
**Opposition/Cancellation Filed:** SEP 16, 1998
**Opposition/Cancellation Filed:** NOV 09, 1998
**Opposition/Cancellation Filed:** MAR 27, 2000
**Opposition/Cancellation Filed:** MAR 08, 2000
**Opposition/Cancellation Filed:** MAR 27, 2000
**Opposition/Cancellation Filed:** MAR 27, 2000
**Opposition/Cancellation Filed:** MAR 27, 2000
**Opposition/Cancellation Filed:** MAR 27, 2000
**Opposition/Cancellation Filed:** MAR 27, 2000
**Opposition/Cancellation Filed:** APR 24, 2000
**Opposition/Cancellation Filed:** MAY 24, 2000
**Opposition/Cancellation Filed:** FEB 12, 2001
**Opposition/Cancellation Filed:** SEP 20, 2001
**Opposition/Cancellation Filed:** AUG 06, 2001
**Registered:** JUN 15, 2004        **Registration Number:** 2,852,235

**Trademark Trials and Appeal Board (TTAB) Information:**

**Opposition Number:** 91109901
**Outcome:** TERMINATED, OCT 15, 1998

| Plaintiff: | Defendant: |
|---|---|
| RED BULL GMBH | AMBRA SPIRITS LTD. |

| | |
|---|---|
| **Mark:** RED BULL | **Mark:** THE BEST BULL IN TOWN |
| **Serial Number:** 74-641,395 | **Serial Number:** 75-177,396 |
| **Correspondent:** | **Trademark Defendant** |
| | **Correspondent:** |
| MARTIN A. GREENSTEIN | THOMAS LANGER |
| TECHMARK | FRISHAUF, HOLTZ, GOODMAN, |
| 55 SO. MARKET ST. 16TH FLOOR | LANGER & CHICK PC 767 THIRD |
| SAN JOSE, CA 95113 | AVENUE |
| | NEW YORK, NY 10017-2023 |

**TTAB Entry:** #6 BOARD'S DECISION: SUSTAINED, OCT 15, 1998
**TTAB Entry:** #5 TERMINATED, OCT 15, 1998


**Opposition Number:** 91111750

**Outcome:** TERMINATED, SEP 25, 2003

| Plaintiff: | Defendant: |
|---|---|
| MAJESTIC DISTILLING COMPANY, INC. | RED BULL GMBH |
| **Mark:** RED BULL | **Mark:** RED BULL |
| **Serial Number:** 74-622,781 | **Serial Number:** 74-641,395 |
| **Correspondent:** | **Trademark Defendant** |
| | **Correspondent:** |
| WILLIAM G. PECAN | RAYMOND KURZ |
| STEPTOE & JOHNSON LLP | HOGAN & HARTSON LLP |
| 1330 CONNECTICUT AVENUE N.W. | 555 THIRTEENTH STREET, NW |
| WASHINGTON, DC 20036-1795 | WASHINGTON, DC 20004 |

**TTAB Entry:** #38 BOARD'S DECISION: DISMISSED W/ PREJUDICE, SEP 25, 2003
**TTAB Entry:** #37 TERMINATED, SEP 25, 2003


**Opposition Number:** 91113596

**Outcome:** TERMINATED, AUG 16, 2000

| Plaintiff: | Defendant: |
|---|---|
| RED BULL GMBH | THOMAS JOHN MCDOWELL |
| | |
| **Mark:** RED BULL | **Mark:** BULU |
| **Serial Number:** 74-641,395 | **Serial Number:** 75-397,643 |

**Correspondent:**

MARTIN R. GREENSTEIN
TECHMARK
55 SOUTH MARKET STREET 16TH
FLOOR
SAN JOSE, CA 95113

**Trademark Defendant
Correspondent:**
THOMAS JOHN MCDOWELL
P.O. BOX 2884
CARMEL, CA 93921

**TTAB Entry:** #11 BOARD'S DECISION: SUSTAINED, AUG 16, 2000
**TTAB Entry:** #10 TERMINATED, AUG 16, 2000

**Opposition Number:** 91117133
**Outcome:** TERMINATED, FEB 09, 2001

**Plaintiff:**
RED BULL GMBH

**Defendant:**
COUNTRY COW CORPORATION

**Mark:** RED BULL

**Mark:** MAY MAISEY MOO'S
COWLLECTION OF MOO TALES
WITH A C

**Serial Number:** 74-641,395
**Correspondent:**

MARTIN R. GREENSTEIN
55 SO. MARKET ST., 16TH FLR.
SAN JOSE, CA 95113

**Serial Number:** 75-619,872
**Trademark Defendant
Correspondent:**
MARK J. SEVER, JR
ARCHER & GREINER
P.O. BOX 30000
HADDONFIELD, NJ 08033

**TTAB Entry:** #8 BOARD'S DECISION: DISMISSED W/O PREJUDICE, FEB 09, 2001
**TTAB Entry:** #7 TERMINATED, FEB 09, 2001

**Opposition Number:** 91117694
**Outcome:** TERMINATED, NOV 14, 2000

**Plaintiff:**
RED BULL GMBH

**Defendant:**
COUNTRY COW CORPORATION

**Mark:** RED BULL

**Mark:** MAY MAISEY MOO'S
COWLLECTION OF MOO TALES
WITH A C

**Serial Number:** 74-641,395

**Serial Number:** 75-620,042

**Correspondent:**

MARTIN R. GREENSTEIN
TECHMARK
55 SOUTH MARKET ST., 16TH
FLOOR
SAN JOSE, CA 95113

**Trademark Defendant
Correspondent:**

MARK J. SEVER, JR.
ARCHER & GREINER
A PROFESSIONAL CORPORATION
ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033

**TTAB Entry:** #9 BOARD'S DECISION: SUSTAINED, NOV 14, 2000
**TTAB Entry:** #8 TERMINATED, NOV 14, 2000

**Opposition Number:** 91117914

**Outcome:** TERMINATED, DEC 18, 2000

**Plaintiff:**
RED BULL GMBH

**Defendant:**
COUNTRY COW CORPORATION

**Mark:** RED BULL

**Mark:** MAY MAISEY MOO'S
COWLLECTION OF MOO TALES
WITH A C

**Serial Number:** 74-641,395
**Correspondent:**

MARTIN R. GREENSTEIN
TECHMARK
55 SO. MARKET ., 16TH FLOOR
SAN JOSE, CA 95113

**Serial Number:** 75-619,864
**Trademark Defendant
Correspondent:**

MARK J. SEVER, JR.
ONE CENTENNIAL SQUARE
PO BOX 3000
HADDONFIELD, NJ 08033

**TTAB Entry:** #10 BOARD'S DECISION: SUSTAINED, DEC 18, 2000
**TTAB Entry:** #9 TERMINATED, DEC 18, 2000

**Opposition Number:** 91117953

**Outcome:** TERMINATED, NOV 13, 2000

**Plaintiff:**
RED BULL GMBH

**Defendant:**
COUNTRY COW CORPORATION

**Mark:** RED BULL

**Mark:** MAY MAISEY MOO'S
COWLLECTION OF MOO TALES
WITH A C

**Serial Number:** 74-641,395
**Serial Number:** 75-619,867

**Correspondent:**

MARTIN R. GREENSTEIN
TECHMARK
55 S. MARKET STREET 16TH
FLOOR
SAN JOSE, CA 95113

**Trademark Defendant
Correspondent:**
DEAN G. PEPE
PAPPAS, TINSLEY & RUSSELL PA
213 SILVER BEACH AVENUE
DAYTONA BEACH, FL 32118

**TTAB Entry:** #8 BOARD'S DECISION: DISMISSED W/O PREJUDICE, NOV 13, 2000
**TTAB Entry:** #7 TERMINATED, NOV 13, 2000

**Opposition Number:** 91117954
**Outcome:** TERMINATED, MAR 17, 2001

**Plaintiff:**
RED BULL GMBH

**Defendant:**
COUNTRY COW CORPORATION

**Mark:** RED BULL

**Mark:** MAY MAISEY MOO'S
COWLLECTION OF MOO TALES
WITH A C

**Serial Number:** 74-641,395
**Correspondent:**

MARTIN R. GREENSTEIN
TECHMARK
55 S. MARKET STREET 16TH
FLOOR
SAN JOSE, CA 95113

**Serial Number:** 75-619,868
**Trademark Defendant
Correspondent:**
DEAN G. PEPE
PAPPAS, TINSLEY & RUSSELL PA
213 SILVER BEACH AVENUE
DAYTONA BEACH, FL 32118

**TTAB Entry:** #8 BOARD'S DECISION: SUSTAINED, MAR 17, 2001
**TTAB Entry:** #7 TERMINATED, MAR 17, 2001

**Opposition Number:** 91117967
**Outcome:** TERMINATED, NOV 17, 2000

**Plaintiff:**
RED BULL GMBH

**Defendant:**
COUNTRY COW CORPORATION

**Mark:** RED BULL

**Mark:** MAY MAISEY MOO'S
COWLLECTION OF MOO TALES
WITH A C

**Serial Number:** 74-641,395

**Serial Number:** 75-619,869

**Correspondent:**

MARTIN R. GREENSTEIN
C/O TECHMARK
55 SO. MARKET STREET 16TH
FLOOR
SAN JOSE, CA 95113

**Trademark Defendant Correspondent:**

MARK J. SEVER, JR., ESQ.
ARCHER & GREINER RUSSELL PA
ONE CENTENNIAL SQUARE P.O.
BOX 3000
HADDONFIELD, NJ 08033

**TTAB Entry:** #8 BOARD'S DECISION: DISMISSED W/O PREJUDICE, NOV 17, 2000
**TTAB Entry:** #7 TERMINATED, NOV 17, 2000

**Opposition Number:** 91117976
**Outcome:** TERMINATED, NOV 17, 2000

**Plaintiff:**
RED BULL GMBH

**Defendant:**
COUNTRY COW CORPORATION

**Mark:** RED BULL

**Mark:** MAY MAISEY MOO'S COWLLECTION OF MOO TALES WITH A C

**Serial Number:** 74-641,395
**Correspondent:**

MARK J. SEVER, JR.
ARCHER & GREINER
ONE CENTENNIAL SQUARE P.O.
BOX 3000
HADDONFIELD, NJ 08033

**Serial Number:** 75-619,866
**Trademark Defendant Correspondent:**

DEAN G. PEPE
PAPPAS, TINSLEY & RUSSELL PA
213 SILVER BEACH AVENUE
DAYTONA BEACH, FL 32118

**TTAB Entry:** #9 BOARD'S DECISION: DISMISSED W/O PREJUDICE, NOV 17, 2000
**TTAB Entry:** #8 TERMINATED, NOV 17, 2000

**Opposition Number:** 91118335
**Outcome:** TERMINATED, JAN 04, 2001

**Plaintiff:**
RED BULL GMBH

**Defendant:**
COUNTRY COW CORPORATION

**Mark:** RED BULL

**Mark:** MAY MAISEY MOO'S COWLLECTION OF MOO TALES WITH A C

**Serial Number:** 74-641,395

**Serial Number:** 75-620,043

**Correspondent:**

MARTIN R. GREENSTEIN
TECHMARK
55 SOUTH MARKET STREET, 16TH
FLOOR
SAN JOSE, CA 95113

**Trademark Defendant
Correspondent:**
DEAN G. PEPE
PAPPAS TINSLEY & RUSSELL PA
213 SILVER BEACH AVENUE
DAYTONA BEACH, FL 32118

**TTAB Entry:** #10 BOARD'S DECISION: SUSTAINED, JAN 04, 2001
**TTAB Entry:** #9 TERMINATED, JAN 04, 2001

**Opposition Number:** 91118472
**Outcome:** TERMINATED, SEP 17, 2003

**Plaintiff:**
RED BULL GMBH

**Defendant:**
HELENE RADEL

**Mark:** RED BULL
**Serial Number:** 74-641,395
**Correspondent:**

MARTIN R. GREENSTEIN
TECHMARK
55 SO. MARKET STREET, 16TH
FLOOR
SAN JOSE, CA 95113

**Mark:** AMERICAN BULL
**Serial Number:** 75-441,478
**Trademark Defendant
Correspondent:**
STEWART J. BELLUS
COLLARD & ROSE PC
1077 NORTHERN BLVD.
ROSLYN, NY 11576

**TTAB Entry:** #15 MISCELLANEOUS, DEC 19, 2005
**TTAB Entry:** #14 BOARD'S DECISION: DISMISSED AS MOOT, SEP 17, 2003

**Opposition Number:** 91118892
**Outcome:** TERMINATED, DEC 18, 2003

**Plaintiff:**
RED BULL GMBH

**Defendant:**
WESTMOOR MFG. CO.

**Mark:** RED BULL
**Serial Number:** 74-641,395
**Correspondent:**

MARTIN R. GREENSTEIN
TECKMARK
55 SOUTH MARKET STREET 16TH
FLOOR
SAN JOSE, CA 95113

**Mark:** BUNCHA BULL
**Serial Number:** 75-689,353
**Trademark Defendant
Correspondent:**
JOHN M. RANNELLS
BAKER & FRIEDMAN
626 NORTH THOMPSON STREET
RARITAN, NJ 08869

**TTAB Entry:** #32 BOARD'S DECISION: DISMISSED W/ PREJUDICE, DEC 18, 2003

**TTAB Entry:** #31 TERMINATED, DEC 18, 2003

**Opposition Number:** 91122432
**Outcome:** TERMINATED, APR 06, 2001

| Plaintiff: | Defendant: |
|---|---|
| RED BULL GMBH | WINVEST SECURITIES, INC. |

**Mark:** RED BULL             **Mark:** BULL & BEAR BALLS
**Serial Number:** 74-641,395     **Serial Number:** 75-859,340
**Correspondent:**             **Trademark Defendant**
                                 **Correspondent:**

MARTIN R. GREENSTEIN     MARK I. FELDMAN
TECHMARK                   PIPER MARBURY RUDNICK &
55 SO. MARKET ST., 16TH FLOOR   WOLFE
SAN JOSE, CA 95113         P.O. BOX 64807
                                   CHICAGO, IL 60664-0807

**TTAB Entry:** #14 BOARD'S DECISION: SUSTAINED, SEP 21, 2004
**TTAB Entry:** #13 TERMINATED, SEP 21, 2004

**Opposition Number:** 91124084
**Outcome:** TERMINATED, SEP 25, 2002

| Plaintiff: | Defendant: |
|---|---|
| RED BULL GMBH | WEBBULL GMBH & SCHRANER, ROBERT |

**Mark:** RED BULL             **Mark:** WEBBULL
**Serial Number:** 74-641,395     **Serial Number:** 75-920,405
**Correspondent:**             **Trademark Defendant**
                                 **Correspondent:**

MARTIN R. GREENSTIEN     ARIF HAMID
TECHMARK                   WEBBULL GMBH
55 SOUTH MARKET STREET, 16TH   20 WEST 108TH STREET 8A NEW
FLLOR                       YORK, NY 10025-2951
SAN JOSE, CA 95113

**TTAB Entry:** #12 TERMINATED, SEP 25, 2002
**TTAB Entry:** #11 DEF'S RETURNED UNDELIVERABLE, AUG 02, 2002

**Opposition Number:** 91150097
**Outcome:** TERMINATED, SEP 20, 2001

| Plaintiff: | Defendant: |
|---|---|
| RED BULL GMBH | WINKLER, GERHARD |

**Mark:** RED BULL
**Serial Number:** 74-641,395
**Correspondent:**

MARTIN R. GREENSTEIN
TECHMARK
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

**Mark:** BLUE OX
**Serial Number:** 76-063,677
**Trademark Defendant**
**Correspondent:**
CURTIS V. HARR
P.O. BOX 2842
FARGO, ND 58108-2842

**TTAB Entry:** #13 TERMINATED, MAR 17, 2006
**TTAB Entry:** #12 #11 DUPLICATE, JAN 10, 2006

**Extension of Time to Oppose Number:** 76063677

**Potential Opposer:**
RED BULL GMBH
MARTIN R. GREENSTEINTEC
HMARK
**Correspondent:**
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

**Potential Opposer:**
RED BULL GMBH

**Mark:** RED BULL
**Serial Number:** 74-641,395
**Correspondent:**
MARTIN R. GREENSTEIN
TECHMARK
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

**Ownership Details:**
**Registrant:**

RED BULL GMBH
GERMANY  LIMITED LIABILITY CO.
MUNCHENER STRASSE 67
DE 83395 FREILASSING, GERMANY

**Assignee**

RED BULL GMBH

AUSTRIA LTD LIAB JT ST CO

AM BRUNNEN 1

FUSCHL AM SEE, AUSTRIA, A-5330

**Brief:** NUNC PRO TUNC

ASSIGNMENT EFFECTIVE 01152001

**Recorded:** JUL 25, 2006

**Reel/Frame:** 3354/0959

**Correspondent:**

TECHMARK A LAW CORPORATION

4820 HARWOOD ROAD, 2ND

FLOOR

ATTN: MARTIN R. GREENSTEIN

SAN JOSE, CA 95124-5273

**Assignor**

RED BULL GMBH

GERMANY LTD LIAB JT ST CO

**Signed:** DEC 22, 2005

**Non-U.S. Application Claimed:** R56349/32WZ

**Non-U.S. Application Date:** SEP 01, 1994

**Non-U.S. Application Country:** GERMANY

**Non-U.S. Application Claimed:** 2901093

**Non-U.S. Application Date:** SEP 02, 1994

**Non-U.S. Application Country:** GERMANY

**Non-U.S. Registration Claimed:** 2081750

**Non-U.S. Registration Date:** OCT 20, 1994

**Non-U.S. Registration Country:** GERMANY

**Non-U.S. Registration Claimed:** 2901093

**Non-U.S. Registration Date:** FEB 01, 1995

**Non-U.S. Registration Country:** GERMANY

**Filing Correspondent:**

MARTIN R. GREENSTEIN

TECHMARK A LAW CORPORATION

4820 HARWOOD ROAD, 2ND FLOOR

SAN JOSE CA 95124-5273

**Domestic Representative:** MARTIN R. GREENSTEIN

# Sulu

**SULU**

TTAB

**Status:**     ABANDONED
              INTENT TO USE

              **USPTO Status:** ABANDONED-AFTER PUBLICATION
              **USPTO Status Date:** AUG 07, 2007
**Goods/Services:**
              **International Class 31:** AGRICULTURAL SEEDS
**Last Reported Owner:**
              PYBAS VEGETABLE SEED CO., INC.
              CALIFORNIA CORPORATION
              2330 A STREET
              SANTA MARIA, CALIFORNIA 93455

**Chronology:**
              **Filed:** MAY 11, 2006          **Serial Number:** 78-881,907
              **Published For Opposition:** DEC 12, 2006
              **Abandoned:** AUG 06, 2007

**Trademark Trials and Appeal Board (TTAB) Information:**   TTAB

**Extension of Time to Oppose Number:** 78881907
**Extension of Time to Oppose Filed:** JAN 10, 2007
**Outcome:** TERMINATED  APR 27, 2007

| **Potential Opposer:** | **Applicant:** |
|---|---|
| CBS STUDIOS INC. | PYBAS VEGETABLE SEED CO., INC. |
| **Mark:** | **Mark:** SULU |
| **Serial Number:** | **Serial Number:** 78-881,907 |
| **Correspondent:** | **Correspondent:** |
| MALLORY LEVITT | PAUL W. MONCRIEF, ESQ. |
| CBS LAW | JOHNSON & MONCRIEF |
| 51 WEST 52ND STREET | 295 MAIN ST STE 600 |
| NEW YORK, NY 10019 US | SALINAS, CA 93901-2740 |

**TTAB Entry:** #2 REQ. FOR EXTENSION OF TIME TO OPPOSE, JAN 10, 2007
**TTAB Entry:** #1 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), JAN 10, 2007

**Ownership Details:**
**Applicant:**
              PYBAS VEGETABLE SEED CO., INC.
              CALIFORNIA CORPORATION

2330 A STREET

SANTA MARIA, CALIFORNIA  93455

**Filing Correspondent:**

PAUL W. MONCRIEF, ESQ.

JOHNSON & MONCRIEF

295 MAIN ST STE 600

SALINAS, CA 93901-2740

ZOOLU

## ZOOLU

**TTAB**

**Status:**   ABANDONED
             INTENT TO USE

**USPTO Status:** ABANDONED-AFTER INTER-PARTES DECISION
**USPTO Status Date:** MAY 21, 2001

**Goods/Services:**
**International Class 28:** SOFT TOY, NAMELY, A RECTANGULAR-
SHAPED PILLOW FEATURING NOISEMAKERS, INTERCHANGEABLE
FACIAL FEATURES AND APPENDAGES

**Last Reported Owner:**
MANHATTAN GROUP, LLC
WYOMING  CORPORATION
430 FIRST AVENUE NORTH, SUITE 500
MINNEAPOLIS, MINNESOTA  55401

**Chronology:**
**Filed:** DEC 05, 1997        **Serial Number:** 75-400,707
**Published For Opposition:** AUG 25, 1998
**Opposition/Cancellation Filed:** JAN 21, 2000
**Abandoned:** MAY 21, 2001

---

**Trademark Trials and Appeal Board (TTAB) Information:**     **TTAB**

**Opposition Number:** 91117037
**Outcome:** TERMINATED, MAY 21, 2001

**Plaintiff:**                          **Defendant:**
XULU ENTERTAINMENT, INC.                MANHATTAN GROUP L.L.C.

**Mark:** XULU                          **Mark:** ZOOLU
**Registration Number:** 2,588,677      **Registration Number:** 75-400,707
**Serial Number:** 75-305,884          **Serial Number:** 75-400,707
**Correspondent:**                      **Trademark Defendant**
                                        **Correspondent:**
BETH GOLDMAN                            ELIZABETH C. BUCKINGHAM
HELLER, EHRMAN, WHITE &                 DORSEY & WHITNEY LLP
MCAULIFFE                               PILLSBUTRY CENTER SOUTH 220
525 UNIVERISTY AVENUE                   SOUTH SIXTH STREET
PALO ALTO, CA 94301-1900               MINNEAPOLIS, MN 55402

**TTAB Entry:** #15 BOARD'S DECISION: SUSTAINED, MAY 21, 2001
**TTAB Entry:** #14 TERMINATED, MAY 21, 2001

**Ownership Details:**

**Applicant:**

> MANHATTAN GROUP, LLC
>
> WYOMING  CORPORATION
>
> 430 FIRST AVENUE NORTH, SUITE 500
>
> MINNEAPOLIS, MINNESOTA  55401

**Filing Correspondent:**

> HUGH D JAEGER
>
> ELIZABETH C. BUCKINGHAM
>
> DORSEY & WHITNEY LLP
>
> PILLSBUTRY CENTER SOUTH
>
> 220 SOUTH SIXTH STREET
>
> MINNEAPOLIS, MN 55402



**FISH SAUCE GOLDEN BOY BRAND SINCE 1914 JIM TONG PAI ZHENG YU LU**

**Translation:**

THE NON-LATIN CHARACTERS IN THE MARK TRANSLITERATE TO ″JIM TóNG Pái ZHèNG Yú Lù″ AND THIS MEANS ″GOLDEN BOY BRAND PURE FISH SAUCE″ IN ENGLISH.

**Status:**    PENDING
INTENT TO USE
COLOR DRAWING - CURRENT

**USPTO Status:** SUSPENSION LETTER - MAILED
**USPTO Status Date:** MAR 26, 2007

**Goods/Services:**

**International Class 30:** FISH SAUCE
**First Used:** 1914  (INTL. CL. 30)
**In Commerce:** 1987

**Disclaimers:**

FISH, SAUCE, BRAND AND SINCE 1914

**Last Reported Owner:**

TANG HEAB SENG FISH SAUCE FACTORY COMPANY LIMITED
THAILAND  CORPORATION
T. PAKNAM, A, MUANG
2 LEABCHAYFUNG ROAD
RAYONG, THAILAND  21000

**Chronology:**

**Filed:** MAR 10, 2005          **Serial Number:** 78-584,705
**Date Revived/Reinstated:** MAR 08, 2007

**Ownership Details:**
**Applicant:**

TANG HEAB SENG FISH SAUCE FACTORY COMPANY LIMITED
THAILAND  CORPORATION
T. PAKNAM, A, MUANG
2 LEABCHAYFUNG ROAD
RAYONG, THAILAND  21000

**Claims:**

THE COLOR(S) RED, YELLOW, WHITE, BLUE, BEIGE, BLACK, GREEN, BROWN AND PINK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

″THE BACKGROUND AND FOREIGN LETTERING IS RED WITH BEIGE AND WHITE OUTLINE, THE SUNBURST IS YELLOW AND

WHITE, THE BANNER IS WHITE WITH BEIGE TRIM, THE ENGLISH WORDING IS BLUE, THE BABY IS PINK AND WHITE, OR FLESH COLORED WITH BROWN HAIR, THE BOTTLE IS RED WITH A RED, YELLOW AND BLUE LABEL, WITH WHITE ON THE BOTTLE NECK, THE GLOBE IS BLUE, RED, GREEN, YELLOW AND BLACK."

**Filing Correspondent:**

DAVID A. GAST

MALLOY & MALLOY, P.A.

2800 SW 3RD AVE

MIAMI, FL 33129-2317

US-390
**Group:** Four

EMUL-U-BASE OW

**EMUL-U-BASE OW**

**Status:**     ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** JUL 15, 2003

**Goods/Services:**

**International Class 5:** PHARMACEUTICAL PREPARATIONS,
NAMELY, WAX BASED CREAMS AND LOTIONS TO FACILITATE
DELIVERY OF DRUGS MIXED WITH SAID CREAMS AND LOTIONS

**Last Reported Owner:**

HAWKINS, INC.
MINNESOTA  CORPORATION
3100 EAST HENNEPIN AVENUE
MINNEAPOLIS, MINNESOTA  55413

**Chronology:**

**Filed:** AUG 23, 2001        **Serial Number:** 76-304,034
**Published For Opposition:** OCT 22, 2002
**Abandoned:** JUL 15, 2003

**Ownership Details:**
**Applicant:**

HAWKINS, INC.
MINNESOTA  CORPORATION
3100 EAST HENNEPIN AVENUE
MINNEAPOLIS, MINNESOTA  55413

**Filing Correspondent:**

SCOTT W. JOHNSTON
MERCHANT & GOULD P.C.
PO BOX 2910
MINNEAPOLIS MN 55402-0910

BEAUTIFUL U

**BEAUTIFUL U**

**Status:**   ABANDONED

INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 16, 1999

**Goods/Services:**

**International Class 28:** EXERCISE DEVICE FOR CONDITIONING THE LEGS, ABDOMEN AND BUTTOCKS

**Last Reported Owner:**

KOR-ONE, LTD.

ARIZONA CORPORATION

10135 NORTH 111TH PLACE

SCOTTSDALE, ARIZONA 85259

**Chronology:**

**Filed:** JAN 30, 1998        **Serial Number:** 75-426,080

**Published For Opposition:** MAR 23, 1999

**Abandoned:** DEC 16, 1999

**Ownership Details:**

**Applicant:**

KOR-ONE, LTD.

ARIZONA CORPORATION

10135 NORTH 111TH PLACE

SCOTTSDALE, ARIZONA 85259

**Filing Correspondent:**

JOHN D TITUS

BRYAN CAVE LLP

2 N CENTRAL AVE STE 2200

PHOENIX AZ 85004



**CORNED BEEF PRODUCT OF ARGENTINA KAPA PULU PI SUPO POLYNESIAN TREASURES**

**Translation:**

> THE ENGLISH TRANSLATION OF ″KAPA PULU″ IS ″CORNED BEEF″.
> THE ENGLISH TRANSLATION OF ″PI SUPO″ IS ″CORNED BEEF″.

**Status:**  CANCELLED          **Cancellation Section:** 8

**USPTO Status:** CANCELLED - SECTION 8
**USPTO Status Date:** MAR 20, 2004

**Goods/Services:**

**International Class 29:**  FOOD PRODUCTS, NAMELY, CURED BEEF
**First Used:** MAR 1994  (INTL. CL. 29)
**In Commerce:** MAR 1994

**Disclaimers:**

> ″CORNED BEEF″, ″PRODUCT OF ARGENTINA″, ″KAPA PULU″, ″PI SUPO″, AND ″POLYNESIAN″

**Last Reported Owner:**

> MONTALVAN SALES
> CALIFORNIA  CORPORATION
> 228 WEST EMPORIA STREET
> ONTARIO, CALIFORNIA  91762

**Chronology:**

**Filed:** JUN 27, 1994        **Serial Number:** 74-543,156
**Published For Opposition:** JUL 30, 1996
**Registered:** JUN 17, 1997      **Registration Number:** 2,072,140
**Cancelled:** MAY 04, 2004

**Ownership Details:**

**Registrant:**

> MONTALVAN SALES
> CALIFORNIA  CORPORATION
> 228 WEST EMPORIA STREET
> ONTARIO, CALIFORNIA  91762

**Lining Stippling:**

> THE LINING IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR. THE STIPPLING SHOWN IN THE DRAWING IS FOR SHADING PURPOSES ONLY.

**Other U.S. Registrations:** 1,731,362

**Filing Correspondent:**

> GEORGE J. NETTER
> 260 S LOS ROBLES AVE STE 216
> PASADENA CA 91101

## State Summary Page

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|

### GROUP ONE

**No Group One Matches**

### GROUP TWO

**No Group Two Matches**

### GROUP THREE

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 1. LULU | Registered | 44 | LETICIA ALLEN | S23174 | GA | 717 | ☐ |
| 2. LULU'S | Registered | 25 | DEBRA A. CANNON | 110233 | CA | 718 | ☐ |
| 3. LULU'S | Registered | 29, 30 | LULU'S HOT DOGS INC. | N/A | VA | 720 | ☐ |
| 4. LULU'S | Registered | 30 | MEXICO AND WESTSIDE CONNECTIONS INC. | 87529 | CA | 721 | ☐ |
| 5. LULU'S | Registered | 35 | COLLEEN L. CANNON | 59260 | CA | 722 | ☐ |
| 6. LULU'S | Registered | 43 | LULU'S HOT DOGS INC. | N/A | VA | 724 | ☐ |
| 7. LULU'S | Not renewed | 25 | LULUS ENGLEWOOD | 6281 | NJ | 725 | ☐ |
| 8. LULU'S | Not renewed | 25 | LULUS ENGLEWOOD | 6279 | NJ | 726 | ☐ |
| 9. LULU | Not renewed | 36 | HONFED BANK, A FEDERAL SAVINGS BANK | 112968 | HI | 727 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 10. LE LULU | Expired | 3 | GONTORE INC. | T13541 | FL | 728 | ☐ |
| 11. LULU'S | Not renewed | 35 | LULUS ENGLEWOOD | 6280 | NJ | 729 | ☐ |
| 12. LULU'S | Not renewed | 35 | LULUS ENGLEWOOD | 6278 | NJ | 730 | ☐ |
| 13. LULU'S | Not renewed | 42 | BEEHIVE, INC. | 19891049 953 | CO | 731 | ☐ |

## GROUP FOUR

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 14. LU LU COSMETICS, INC. | Registered | 3, 21 | LU LU COSMETICS, INC. | 16130 | MO | 732 | ☐ |
| 15. LULU PRODUCTIONS | Renewed | 9, 16, 25 | CHERI MARDON | 241660 | HI | 733 | ☐ |
| 16. LULU BAGS | Registered | 18 | JENNY ADAMS | N/A | SC | 734 | ☐ |
| 17. LULU'S LILYPAD | Registered | 20, 24, 25, 28, 35 | MICHELLE HENDERSON | 8160 | VT | 735 | ☐ |
| 18. LULU WHITE / STORYVILLE, NEW ORLEANS | Registered | 24, 35 | BEVERLY S. MCKENNA | N/A | LA | 736 | ☐ |
| 19. LULU'S BAKE SHOPPE | Registered | 30 | R-P BAKE SHOPPE, INC. | 66823 | MA | 737 | ☐ |
| 20. LULU'S DESSERT FACTORY | Registered | 30 | MEXICO AND WESTSIDE CONNECTIONS INC. | 87528 | CA | 738 | ☐ |
| 21. LULU PINK | Registered | 18 | KAREN JOHNSON | 111283 | CA | 739 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 22. LULU'S FASHION LOUNGE | | | | | | | |
| | Registered | 35 | DEBRA A. CANNON | 59261 | CA | 740 | ☐ |
| 23. LULU'S FASHION LOUNGE | | | | | | | |
| | Registered | 35 | COLLEEN L. CANNON | 59262 | CA | 742 | ☐ |
| 24. LULUWORLD | | | | | | | |
| | Registered | 42 | GARRIE STEVEN BRAY | 58428 | TX | 744 | ☐ |
| 25. LULU TECHNOLOGIES | | | | | | | |
| | Registered | 42 | GARRIE STEVEN BRAY | 56965 | TX | 745 | ☐ |
| 26. LULU'S FASHION LOUNGE | | | | | | | |
| | Registered | 25 | COLLEEN L. CANNON | 110232 | CA | 746 | ☐ |
| 27. LULU'S! RESTAURANT & COCKTAILS | | | | | | | |
| | Registered | 43 | AES ENTERTAINMENT GROUP, LLC | 20050051 | IN | 748 | ☐ |
| 28. LULU'S! RESTAURANT & COCKTAILS | | | | | | | |
| | Registered | 43 | AES ENTERTAINMENT GROUP, LLC | 20050052 | IN | 749 | ☐ |
| 29. LULU A DAY SPA | | | | | | | |
| | Registered | 44 | LETICIA ALLEN | S23173 | GA | 750 | ☐ |
| 30. LULU'S FASHION LOUNGE | | | | | | | |
| | Registered | 25 | COLLEEN L. CANNON | 110234 | CA | 751 | ☐ |
| 31. LULU GIRL STUFF GIRLS CAN'T LEAVE BEHIND | | | | | | | |
| | Registered | 25, 35 | LULU GIRL LLC | T2003115 | FL | 753 | ☐ |
| 32. LULU'S NURSERY SCHOOL | | | | | | | |
| | Expired | 41, 42 | DEMETRIO PEREZ, JR. | T14706 | FL | 754 | ☐ |
| 33. LULU BOUTIQUE | | | | | | | |
| | Expired | 42 | ELIZABETH ANN BOND SCHOEFFEL | 42000 | CA | 755 | ☐ |
| 34. LULU'S MAHOGANY HALL | | | | | | | |
| | Not renewed | 42 | NEW ORLEANS AIRPORT INN, INC., D/B/A TRA ... | N/A | LA | 757 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 35. COCOLULU | | | | | | | |
| | Renewed | 9, 14, 20, 24, 25 | EXIV USA, INC. | 241678 | HI | 758 | ☐ |
| 36. GRANDMA LULU'S ORIGINAL SANDDOLLAR SUGAR COOKIES | | | | | | | |
| | Registered | 30, 35, 40 | MARY LOU MINARD | N/A | WI | 759 | ☐ |
| 37. GRANDMA LULU'S ORIGINAL SUGAR COOKIES SANDDOLLAR F.M.T., LLC | | | | | | | |
| | Registered | 30, 35, 40 | SANDDOLLAR, F.M.T., LLC | N/A | WI | 760 | ☐ |
| 38. GRANDMA LULU'S ORIGINAL SAND DOLLAR SUGAR COOKIES | | | | | | | |
| | Registered | 35 | MARY LOU MINARD | N/A | WI | 761 | ☐ |
| 39. MAMO-ULU | | | | | | | |
| | Not renewed | 9, 18, 25 | ULULANI T. EVANGELISTA | 195117 | HI | 762 | ☐ |
| 40. HOT LULU'S HLL | | | | | | | |
| | Expired | 5 | LUANNE SUE JORDAN | 100111 | CA | 763 | ☐ |
| 41. LOME & LULU | | | | | | | |
| | Not renewed | 18, 25 | SON M. MAYES | 221349 | HI | 764 | ☐ |
| 42. EVA-LU-LU | | | | | | | |
| | Not renewed | 28 | MARIA KATTERINA FORSYTH | 35136 | MA | 765 | ☐ |
| 43. LULU TAPANINI | | | | | | | |
| | Not renewed | 30 | DLN, FOOD SERVICES, INC. | 20882 | NJ | 766 | ☐ |
| 44. IT'S A LULU | | | | | | | |
| | Not renewed | 30 | LULU PRODUCTS, INC. | R25576 | NY | 767 | ☐ |
| 45. IT'S A LULU OF A DRINK | | | | | | | |
| | Not renewed | 32 | HAWTHORNE-LEGIONAIRE BEVERAGE WORK CICER ... | 33430 | IL | 768 | ☐ |
| 46. LULU'S OLDIES & JITTERBUG SINGLES | | | | | | | |
| | Expired | 35, 42 | LULU'S STUFF INC | 70507 | IL | 769 | ☐ |
| 47. LULU WHITE | | | | | | | |
| | Not renewed | 41 | CHESTER F. ENGLISH III | 28042 | MA | 770 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 48. CAFE LULU | | | | | | | |
| | Expired | 42 | ELIZABETH MORRIS SC HOEFEL | 41105 | CA | 771 | ☐ |
| 49. IT'S A LU-LU ! | | | | | | | |
| | Expired | 42 | IT'S A LU-LU! | 32563 | CA | 772 | ☐ |
| 50. NAILLABO HONOLULU | | | | | | | |
| | Renewed | 3, 25 | FROM YE CORPORATION | 219949 | HI | 773 | ☐ |
| 51. HONOLULU COMMUNITY COLLEGE | | | | | | | |
| | Renewed | 6, 9, 16, 18, 20, 21, 24, 25, 26, 28 | UNIVERSITY OF HAWAII | 130245 | HI | 774 | ☐ |
| 52. SNORKFIN RENTAL HANAUMA BAY HONOLULU HAWAII | | | | | | | |
| | Registered | 6, 9, 16, 18, 20, 24, 25, 27, 28 | SURE SHOT HAWAII, INC. | 4007691 | HI | 775 | ☐ |
| 53. HONOLULU COMMUNITY COLLEGE HCC | | | | | | | |
| | Renewed | 6, 16, 18, 20, 21, 24, 25, 28 | UNVERSITY OF HAWAII | 131988 | HI | 776 | ☐ |
| 54. POCKET ULU | | | | | | | |
| | Registered | 6 | JAMES A COTTRELL IV | 3935 | AK | 777 | ☐ |
| 55. THE OAHU, HONOLULU, WAIKIKI VACATION PLANNER | | | | | | | |
| | Renewed | 9, 35 | H & S PUBLISHING | 198129 | HI | 778 | ☐ |
| 56. HONOLULU HARLEY-DAVIDSON | | | | | | | |
| | Registered | 12, 35 | CYCLE CITY LTD. | 4048199 | HI | 779 | ☐ |
| 57. HARLEY-DAVIDSON OF HONOLULU | | | | | | | |
| | Registered | 12, 35 | CYCLE CITY LTD. | 4048200 | HI | 780 | ☐ |
| 58. ALOHA DOG HONOLULU HAWAII | | | | | | | |
| | Registered | 14, 18, 25 | AKIRA TSUDA | 4003952 | HI | 781 | ☐ |
| 59. SUN SEA HONOLULU | | | | | | | |
| | Renewed | 14, 25 | G MAX, INC. | 236616 | HI | 782 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 60. HONOLULU GOLD | | | | | | | |
| | Registered | 14, 35 | SHAWN D. CHUN | 4045164 | HI | 783 | ☐ |
| 61. HONOLULU JEWELRY COMPANY WHEN YOU LOVE SOMEONE... | | | | | | | |
| | Registered | 14, 35 | JOHNSON PACIFIC ENT ERPRISES, INC. | 4046753 | HI | 784 | ☐ |
| 62. HONOLULU PENNYSAVER | | | | | | | |
| | Registered | 16 | HAWAII PUBLICATIONS, INC. | 4001357 | HI | 785 | ☐ |
| 63. HONOLULU SAKE FESTIVAL | | | | | | | |
| | Registered | 16, 20, 25 | KOKUSAI SAKE KAI, INC. | 4002558 | HI | 786 | ☐ |
| 64. HNL HONOLULU | | | | | | | |
| | Renewed | 16, 25 | CAPHATS, INC. | 241601 | HI | 787 | ☐ |
| 65. SURFBOARDS MAKAHA HONOLULU HAWAII | | | | | | | |
| | Renewed | 16, 25, 28 | JOHN STUART RICHARD SON II | 186389 | HI | 788 | ☐ |
| 66. HONOLULU CHOCOLATE COMPANY | | | | | | | |
| | Renewed | 30 | HONOLULU CHOCOLA TE COMPANY, INC. | 217557 | HI | 789 | ☐ |
| 67. HONOLULU COOKIE COMPANY | | | | | | | |
| | Registered | 30 | K & S HAWAIIAN CREATI ONS, INCORPORATED | 4003994 | HI | 790 | ☐ |
| 68. H HONOLULU BOARD OF REALTORS | | | | | | | |
| | Renewed | 16, 35, 41 | HONOLULU BOARD OF REALTORS | 183792 | HI | 791 | ☐ |
| 69. HONOLULU.CALM | | | | | | | |
| | Renewed | 20, 25 | JLB CORPORATION | 240504 | HI | 793 | ☐ |
| 70. NATURALS HONOLULU | | | | | | | |
| | Renewed | 25 | YOU & ME NATURALLY, INC. | 210749 | HI | 794 | ☐ |
| 71. CHOL-CHU-LU-LI | | | | | | | |
| | Registered | 25 | TED BERKEY | 105234 | CA | 795 | ☐ |
| 72. HONOLULU SEED BANK | | | | | | | |
| | Registered | 31, 35 | KEN RAY | 4047849 | HI | 796 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 73. KUHULU RESERVE | | | | | | | |
| | Registered | 33 | TEDESCHI VINEYARDS LTD. | 4045114 | HI | 797 | ☐ |
| 74. KUHULU RESERVE | | | | | | | |
| | Registered | 33 | TEDESCHI VINEYARDS LTD. | 4045114 | HI | 798 | ☐ |
| 75. MANA OF HONOLULU | | | | | | | |
| | Renewed | 25 | CVF, INC. | 234449 | HI | 799 | ☐ |
| 76. ZULU COCONUTS | | | | | | | |
| | Registered | 35 | CLARK COMPANIES OF N.C., INC. | N/A | LA | 800 | ☐ |
| 77. HONOLULU FISH COMPANY | | | | | | | |
| | Registered | 35 | HONOLULU FISH & SEA FOOD CORP. | 4049156 | HI | 801 | ☐ |
| 78. HONOLULU GIFT FAIR | | | | | | | |
| | Registered | 35 | PHILLIP G. KUCHLER, INC. | 4045430 | HI | 802 | ☐ |
| 79. HONOLULU TRADING ZONE | | | | | | | |
| | Registered | 35 | VIXION, LIMITED LIABILITY COMPANY | 4048667 | HI | 803 | ☐ |
| 80. RUBY DEW HONOLULU | | | | | | | |
| | Renewed | 25 | YOU & ME NATURALLY, INC. | 212103 | HI | 804 | ☐ |
| 81. HOKUKAI HOKUKAI HONOLULU HAWAII SETA HAWAII U.S.A. | | | | | | | |
| | Renewed | 25 | SETA HAWAII, LTD. | 199220 | HI | 805 | ☐ |
| 82. HONOLULU MAGAZINE'S HALE 'AINA AWARD | | | | | | | |
| | Renewed | 35 | HONOLULU PUBLISHING COMPANY, LTD. | 205486 | HI | 806 | ☐ |
| 83. HONOLULU JEWELRY COMPANY WHEN YOU LOVE SOMEONE... | | | | | | | |
| | Registered | 35 | JOHNSON PACIFIC ENTERPRISES, INC. | 4046753 | HI | 807 | ☐ |
| 84. MAULOA HONOLULU | | | | | | | |
| | Registered | 35 | JUSTIN JUNG | 4045869 | HI | 808 | ☐ |
| 85. NEW KAPAHULU BUSINESS ASSOCIATION | | | | | | | |
| | Registered | 35 | NEW KAPAHULU BUSINESS ASSOCIATION | 4048450 | HI | 809 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 86. HULA BAY OF HONOLULU | | | | | | | |
| | Renewed | 25 | DAVID SHAW | 205790 | HI | 810 | ☐ |
| 87. TRIUMPH OF HONOLULU, HAWAII | | | | | | | |
| | Registered | 35 | SOUTH SEAS CYCLE EXCHANGE, INC. | 4047976 | HI | 811 | ☐ |
| 88. BUDGET BLINDS OF CENTRAL HONOLULU | | | | | | | |
| | Registered | 35, 37 | ISLAND LINKS LTD. | 4045097 | HI | 812 | ☐ |
| 89. SERVCO AUTO SERVICE CENTERS: HONOLULU | | | | | | | |
| | Registered | 35, 37 | SERVCO PACIFIC, INC. | 4046909 | HI | 813 | ☐ |
| 90. HONOLULU FIRE CO. | | | | | | | |
| | Registered | 35, 37, 42 | MARK K. NAKAMURA | 4048295 | HI | 814 | ☐ |
| 91. HONOLULU CONDO SALES | | | | | | | |
| | Registered | 36 | PAUL FORD | 4045617 | HI | 815 | ☐ |
| 92. HONOLULU BOARD OF REALTORS | | | | | | | |
| | Registered | 36 | HONOLULU BOARD OF REALTORS | 4046218 | HI | 816 | ☐ |
| 93. TASTE OF HONOLULU | | | | | | | |
| | Registered | 36, 41, 42, 43 | EASTER SEALS HAWAII | 4048415 | HI | 817 | ☐ |
| 94. GEEK SQUAD HONOLULU | | | | | | | |
| | Registered | 37, 42 | SUPERGEEKS CORPORATION | 4047967 | HI | 818 | ☐ |
| 95. ZULUTV | | | | | | | |
| | Registered | 38 | ZULU BROADCASTING, INC. | 42260 | PR | 819 | ☐ |
| 96. STAR OF HONOLULU CRUISES & EVENTS | | | | | | | |
| | Registered | 39 | PARADISE CRUISE LIMITED | 4045739 | HI | 820 | ☐ |
| 97. HONOLULU SWING EXPRESS | | | | | | | |
| | Renewed | 41 | UNISON INC. | 212984 | HI | 821 | ☐ |
| 98. HONOLULU INTERNATIONAL COMEDY FESTIVAL | | | | | | | |
| | Registered | 41 | SHARKEY'S COMEDY CLUB, LLC | 4048376 | HI | 822 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|---------------------|
| 99. JLH JUNIOR LEAGUE OF HONOLULU WOMEN BUILDING BETTER COMMUNITIES | | | | | | | |
| | Registered | 41 | JUNIOR LEAGUE OF HONOLULU, INC. | 4047535 | HI | 823 | ☐ |
| 100. CITY AND COUNTY OF HONOLULU STATE OF HAWAII ROYAL HAWAIIAN BAND EST. 1836 | | | | | | | |
| | Registered | 41 | CITY AND COUNTY OF HONOLULU, ROYAL HAWAI ... | 4046704 | HI | 824 | ☐ |
| 101. CITY AND COUNTY OF HONOLULU STATE OF HAWAII ROYAL HAWAIIAN BAND EST. 1836 | | | | | | | |
| | Registered | 41 | CITY AND COUNTY OF HONOLULU, ROYAL HAWAI ... | 4046704 | HI | 825 | ☐ |
| 102. HONOLULU POLICE | | | | | | | |
| | Renewed | 42 | HONOLULU POLICE DEPARTMENT | 51384 | HI | 826 | ☐ |
| 103. INTERSCHOLASTIC LEAGUE OF HONOLULU | | | | | | | |
| | Renewed | 25 | DAVID P. JONES | 194309 | HI | 827 | ☐ |
| 104. 'HOT DOGGIN' HAWAIIAN STYLE HONOLULU HAWAII | | | | | | | |
| | Registered | 25 | RICHARD ALLY | 4002345 | HI | 828 | ☐ |
| 105. LULU BELLE'S | | | | | | | |
| | Renewed | 42 | ROBERT T BIGELOW LAS VEGAS | N/A | NV | 829 | ☐ |
| 106. BACI HONOLULU | | | | | | | |
| | Renewed | 42 | WILLIAM J. DUVAL | 216971 | HI | 830 | ☐ |
| 107. TENRIKYO HONOLULU CHURCH | | | | | | | |
| | Registered | 42 | TENRIKYO KYODAN | 4047855 | HI | 831 | ☐ |
| 108. W HONOLULU DIAMOND HEAD | | | | | | | |
| | Renewed | 42 | COLONY CSR INVESTORS, LP | 242735 | HI | 832 | ☐ |
| 109. HONOLULU WOMEN'S CENTER | | | | | | | |
| | Registered | 42, 44 | EDITH L PANG, MD, INC. | 4048187 | HI | 833 | ☐ |
| 110. HULU HOUSE | | | | | | | |
| | Registered | 43 | SHU CHUAN CHEN | 56980 | CA | 834 | ☐ |
| 111. 88 TEES 2168 KALAKAUA HONOLULU HAWAII | | | | | | | |
| | Renewed | 25 | 88 TEE'S, INC. | 237867 | HI | 835 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|--------------------|-------|------|-------------------|
| 112. HONOLULU BOARD OF REALTORS | | | | | | | |
| | Registered | 16, 36 | HONOLULU BOARD OF REALTORS | 4046218 | HI | 836 | ☐ |
| 113. HONOLULU BABIES | | | | | | | |
| | Renewed | 26 | ANN KAHANU | 202603 | HI | 837 | ☐ |
| 114. HONOLULU FISH COMPANY | | | | | | | |
| | Registered | 29 | HONOLULU FISH & SEA FOOD CORP. | 4049184 | HI | 838 | ☐ |
| 115. JAPANESE WOMEN'S SOCIETY OF HONOLULU | | | | | | | |
| | Renewed | 18, 20, 21, 25 | THE JAPANESE WOMEN 'S SOCIETY OF HONOLU LU ... | 217960 | HI | 839 | ☐ |
| 116. TARO BRAND PRODUCTS HONOLULU POI CO., LTD. "HAWAII'S LARGEST POI PRODUCER" | | | | | | | |
| | Renewed | 29, 30, 31 | HONOLULU POI COMPANY LTD. | 112457 | HI | 840 | ☐ |
| 117. ZULU WARRING HORNETS | | | | | | | |
| | Registered | 25 | KATIE M.G. FRANKLIN | 108016 | AL | 841 | ☐ |
| 118. THE INCREDIBLE ALASKAN ULU | | | | | | | |
| | Renewed | 8 | WINTERSET INC. | TM14600 | OH | 842 | ☐ |
| 119. THE ULU CHIP CO. | | | | | | | |
| | Not renewed | 31 | RICHARD T. FUNAI | 124553 | HI | 843 | ☐ |
| 120. ULUA POUNDERS GES ENTERPRISES HONOLULU HAWAII | | | | | | | |
| | Not renewed | 28 | GES ENTERPRISES | 116627 | HI | 844 | ☐ |
| 121. ULU NUI | | | | | | | |
| | Not renewed | 24 | DBI-HAWAII INC. | 4041445 | HI | 845 | ☐ |
| 122. ULU CHIPS | | | | | | | |
| | Not renewed | 31 | RICHARD T. FUNAI | 124557 | HI | 846 | ☐ |
| 123. ANIMULU | | | | | | | |
| | Not renewed | 8 | JC MARKETING LLC | 3406 | AK | 847 | ☐ |
| 124. HONOLULU LULU | | | | | | | |
| | Not renewed | 25 | YOU & ME NATURALLY, INC. | 177692 | HI | 848 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 125. ZULU | Not renewed | 35, 42 | FIVE MOORE INC | TN881114 06 | NM | 849 | ☐ |
| 126. ZULU | Not renewed | 42 | ZULU SOCIAL AID AND PLEASURE CLUB, INC. ... | N/A | LA | 850 | ☐ |
| 127. HONOLULU ZOO DOO | Cancelled | 1 | ZOO HUI | 68288 | HI | 851 | ☐ |
| 128. SUL-U-PHOS | Not renewed | 1 | GOODPASTURE INC | 22806 | TX | 852 | ☐ |
| 129. HONOLULU MAKE-UP COMPANY | Not renewed | 3 | GARY STORCH | 62190 | HI | 853 | ☐ |
| 130. WORLD GYM OF HONOLULU | Not renewed | 3, 25 | CALACEVEDO MANAGE MENT CORP. | 146316 | HI | 854 | ☐ |
| 131. HONOLULU GAS COMPANY, LTD. | Not renewed | 4, 6, 21 | GASCO INC | 18887 | HI | 855 | ☐ |
| 132. HONOLULU GAS COMPANY, LTD. ISLE GAS DIVISION | Not renewed | 4, 6, 21 | HONOLULU GAS CO., LTD. | 19005 | HI | 856 | ☐ |
| 133. OFFICER HONOLULU'S KEIKI SHOW & CRIME PREVENTION PROGRAM | Not renewed | 6, 9, 16, 25 | LEIGHTON K. KAONOHI SR. | 244756 | HI | 857 | ☐ |
| 134. CHINA MAN RECORDS HONOLULU HAWAII | Not renewed | 6, 9, 20, 25 | CHINA MAN RECORDS, INC. | 74327 | HI | 858 | ☐ |
| 135. EXPECT A HONOLULU MIRACLE | Not renewed | 6, 16, 24, 25 | DON ALTFELD M.D. | 196948 | HI | 859 | ☐ |
| 136. HONOLULU CLUB | Not renewed | 6, 18, 20, 20, 25, 28 | KNIGHT RACQUETBALL DEVELOPMENT | 45176 | HI | 860 | ☐ |
| 137. EMS HONOLULU, HAWAII 'O KA MEA MA'IKA MUA THE PERSON SICK IS FIRST | Not renewed | 6, 21, 25 | EMSHIRTS HONOLULU | 239156 | HI | 861 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 138. HONOLULU HAWAII WELCOME TO WAIKIKI KALAKAUA ISLAND TOURS INTERNATIONAL TRADE MARKET HAWAII LUAU | | | | | | | |
| | Not renewed | 7, 8, 9, 11, 12, 16, 20, 25 | VIRGINIA A. BISHOP | 107992 | HI | 862 | ☐ |
| 139. HO'OULU AWARDS | | | | | | | |
| | Not renewed | 9 | THE MADDEN CORPORATION | 245471 | HI | 865 | ☐ |
| 140. HONOLULU NAUTICALS | | | | | | | |
| | Not renewed | 9, 14 | MARK & STEPHEN, INC. | 124319 | HI | 866 | ☐ |
| 141. HONOLULU GIRLS | | | | | | | |
| | Not renewed | 9, 16 | SHARRON ANN WALLEY | 76859 | HI | 867 | ☐ |
| 142. HONOLULU SKYLINE REPORT | | | | | | | |
| | Not renewed | 9, 16 | DANIEL GORDON CHINN | 117163 | HI | 868 | ☐ |
| 143. OFFICER HONOLULU'S KEIKI SHOW & CRIME PREVENTION PROGRAM | | | | | | | |
| | Not renewed | 9, 16 | LEIGHTON K. KAOUOHI SR | 231693 | HI | 869 | ☐ |
| 144. HOT SHOTS SAILS HONOLULU | | | | | | | |
| | Not renewed | 9, 20, 22, 25 | HOT SHOTS SAILS | 68685 | HI | 870 | ☐ |
| 145. HONOLULU CELLULAR | | | | | | | |
| | Not renewed | 9, 37, 42 | HONOLULU CELLULAR TELEPHONE COMPANY | 112466 | HI | 871 | ☐ |
| 146. HONOLULU CELLULAR HAWAII'S CELLULAR LEADER | | | | | | | |
| | Not renewed | 9, 37, 42 | HONOLULU CELLULAR TELEPHONE COMPANY | 121689 | HI | 872 | ☐ |
| 147. HONOLULU LACROSSE CLUB | | | | | | | |
| | Not renewed | 11, 18, 21, 25 | HONOLULU LACROSSE CLUB | 126702 | HI | 873 | ☐ |
| 148. HONOLULU DALA | | | | | | | |
| | Not renewed | 14 | BERNARD VON NOTHAUS | 118365 | HI | 874 | ☐ |
| 149. MINTED IN HONOLULU | | | | | | | |
| | Not renewed | 14 | GOLDFINGER HAWAII, INC. | 105535 | HI | 875 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 150. "JAPALULU" HAWAII | | | | | | | |
| | Not renewed | 14, 20, 25 | CLUB PARADISE HAWAII INC. | 100843 | HI | 876 | ☐ |
| 151. HONOLULU UKULELE FACTORY CASANOVA | | | | | | | |
| | Not renewed | 15 | STEPHEN SYDOW | 185634 | HI | 877 | ☐ |
| 152. CASANOVA HONOLULU UKULELE FACTORY | | | | | | | |
| | Not renewed | 15 | STEPHEN SYDOW | 175115 | HI | 878 | ☐ |
| 153. HAWAIIAN THISTLE PIPE BAND HONOLULU | | | | | | | |
| | Not renewed | 15, 25 | HAWAIIAN THISTLE PIPE BAND | 249816 | HI | 879 | ☐ |
| 154. HONOLULU FOCUS | | | | | | | |
| | Not renewed | 16 | KASHMIR D. GELLATLY | 116830 | HI | 880 | ☐ |
| 155. HONOLULU MAGAZINE | | | | | | | |
| | Not renewed | 16 | HONOLULU PUBLISHING COMPANY, LTD. | 85301 | HI | 881 | ☐ |
| 156. HONOLULU MAGAZINE | | | | | | | |
| | Not renewed | 16 | HONOLULU PUBLISHING COMPANY, LTD. | 253032 | HI | 882 | ☐ |
| 157. HONOLULU BOWLING NEWS | | | | | | | |
| | Not renewed | 16 | ARTHUR BRUCE JENSEN JR. | 58813 | HI | 883 | ☐ |
| 158. HONOLULU COMMUNITY CALENDAR | | | | | | | |
| | Not renewed | 16 | H CLUB CORPORATION | 128430 | HI | 884 | ☐ |
| 159. HONOLULU HOME & GARDEN | | | | | | | |
| | Not renewed | 16 | PACIFICBASIN COMMUNICATIONS, LLC | 4027168 | HI | 885 | ☐ |
| 160. HONOLULU SUPERSTAR BULLETIN | | | | | | | |
| | Not renewed | 16 | DONALD ARTHUR LUBITZ | 234199 | HI | 886 | ☐ |
| 161. HONOLULU AT ITS BEST | | | | | | | |
| | Not renewed | 16 | PARADISE/CITY COMMUNICATIONS CORPORATION ... | 59808 | HI | 887 | ☐ |
| 162. MR. HONOLULU | | | | | | | |
| | Not renewed | 16 | PARADISE/CITY COMMUNICATIONS CORPORATION ... | 59809 | HI | 888 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 163. THE HONOLULU ADVERTISER | | | | | | | |
| | Not renewed | 16 | GANNETT CO., INC. | N/A | HI | 889 | ☐ |
| 164. THE HONOLULU MONTHLY | | | | | | | |
| | Not renewed | 16 | PACIFIC MAGAZINE CORPORATION | 62108 | HI | 890 | ☐ |
| 165. THE OAHU, HONOLULU, WAIKIKI VACATION PLANNER | | | | | | | |
| | Expired | 16 | H & S PUBLISHING | 194665 | HI | 891 | ☐ |
| 166. A TASTE OF HONOLULU | | | | | | | |
| | Not renewed | 16 | BILL BAKER, INC. | 77181 | HI | 892 | ☐ |
| 167. POCKET GUIDE TO HONOLULU | | | | | | | |
| | Not renewed | 16 | PARADIGM, INC. | 94365 | HI | 893 | ☐ |
| 168. YOURS & MYNAH, INC. HONOLULU HAWAII | | | | | | | |
| | Not renewed | 16 | YOURS & MYNAH, INC. | 82120 | HI | 894 | ☐ |
| 169. KIKI I-94 HONOLULU GIRL CALENDAR | | | | | | | |
| | Not renewed | 16 | EDITIONS LIMITED | 77330 | HI | 895 | ☐ |
| 170. HONOLULU PLEASURE DEPARTMENT-HPD | | | | | | | |
| | Not renewed | 16, 18, 25 | DICK S. CHING | 67422 | HI | 896 | ☐ |
| 171. SILKIES OF HONOLULU/ORIGINAL REPLICLASSICS | | | | | | | |
| | Not renewed | 16, 18, 25 | MICHAEL DALKE | 173355 | HI | 897 | ☐ |
| 172. HONOLULU WEEKLY | | | | | | | |
| | Not renewed | 16, 20, 25 | HONOLULU WEEKLY, INC. | 123546 | HI | 898 | ☐ |
| 173. A ROAD MAP TO DINING AND NIGHTLIFE HAPPY HOURS HONOLULU | | | | | | | |
| | Not renewed | 16, 25 | MILLENNIUM MAPPING, LTD. | 236529 | HI | 899 | ☐ |
| 174. HONOLULU INTERNATIONAL SCHOOL OF SOCCER | | | | | | | |
| | Not renewed | 16, 25, 28 | PROFESSIONAL SOCCER SCHOOLS FOR AMERICA' ... | 168513 | HI | 900 | ☐ |
| 175. THE GYM HONOLULU | | | | | | | |
| | Not renewed | 16, 25, 28, 32 | THE GYM, INC. | 136773 | HI | 901 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 176. OAHU CHRISTIAN ASSEMBLY HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 16, 38, 41 | OAHU CHRISTIAN ASSEMBLY | 177179 | HI | 902 | ☐ |
| 177. DAYS OF ALOHA HONOLULU HAWAII | | | | | | | |
| | Not renewed | 16, 42 | CABIN USA, INC. | 4017852 | HI | 903 | ☐ |
| 178. HONOLULU BAGGS | | | | | | | |
| | Not renewed | 18 | OH, LOUIE! INC. | 60312 | HI | 904 | ☐ |
| 179. HONOLULU ZOOLOGICAL SOCIETY | | | | | | | |
| | Not renewed | 18, 20, 25 | HONOLULU ZOOLOGICAL SOCIETY | 123474 | HI | 905 | ☐ |
| 180. TUBE HONOLULU | | | | | | | |
| | Not renewed | 18, 21, 25 | WHITE ROAD HAWAII, INC. | 255198 | HI | 906 | ☐ |
| 181. LIKI LIKI HONOLULU HAWAII | | | | | | | |
| | Not renewed | 18, 24, 25 | LIKI LIKI TRADING HAWAII LTD. | 80826 | HI | 907 | ☐ |
| 182. WHITE GOOSE OF HONOLULU | | | | | | | |
| | Not renewed | 20, 25 | MARTHA W. HULBERT | 63246 | HI | 908 | ☐ |
| 183. HONOLULU TERRITORY OF OAHU | | | | | | | |
| | Not renewed | 24, 25 | HONOLULU TERRITORY OF HAWAII | 144375 | HI | 909 | ☐ |
| 184. TESS HONOLULU | | | | | | | |
| | Not renewed | 24, 25 | TESS OF HONOLULU, INC. | 86591 | HI | 910 | ☐ |
| 185. SUN FASHIONS HONOLULU HAWAII | | | | | | | |
| | Not renewed | 24, 25 | SUN FASHIONS OF HAWAII, LTD. | 75899 | HI | 911 | ☐ |
| 186. SUN FASHIONS HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 24, 25 | SUN FASHIONS OF HAWAII, LTD. | 82561 | HI | 912 | ☐ |
| 187. PEARL HARBOR CLASSIC HONOLULU | | | | | | | |
| | Not renewed | 24, 25 | PEARL HARBOR CLASSIC, INC. | 216858 | HI | 914 | ☐ |
| 188. HONOLULU AFFAIR | | | | | | | |
| | Not renewed | 25 | G.A. VANDERHARST | 61428 | HI | 915 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 189. HONOLULU AVENUE | | | | | | | |
| | Not renewed | 25 | PLAYCO HAWAII, INC. | 108564 | HI | 916 | ☐ |
| 190. HONOLULU KEIKI | | | | | | | |
| | Expired | 25 | CHRISTINA ELIZABETH BUDROE | 196548 | HI | 917 | ☐ |
| 191. THE FUNNY COMPANY DESIGN HONOLULU | | | | | | | |
| | Not renewed | 18, 25 | THE FUNNY COMPANY, INC. | 187640 | HI | 918 | ☐ |
| 192. HONOLULU CABINETWERKES | | | | | | | |
| | Not renewed | 20 | HONOLULU CABINETWERKES | 130412 | HI | 919 | ☐ |
| 193. ZULU STYLE | | | | | | | |
| | Not renewed | 25 | RAMPARTSTREET GRAPHICS, INC. | N/A | LA | 920 | ☐ |
| 194. ZULU WEAR | | | | | | | |
| | Expired | 25 | DAVID W. FRENCH | 90382 | CA | 921 | ☐ |
| 195. HONOLULU HARBOR SPORTSWEAR | | | | | | | |
| | Not renewed | 25 | PUKANA LIA, INC. | 72094 | HI | 922 | ☐ |
| 196. HONOLULU HARBOR SPORTSWEAR | | | | | | | |
| | Not renewed | 25 | PUKANA LA, INC. | 230407 | HI | 923 | ☐ |
| 197. HONOLULU ICE COMPANY | | | | | | | |
| | Not renewed | 25 | RODNEY DOO | 71824 | HI | 924 | ☐ |
| 198. HONOLULU SHIRT WORKS | | | | | | | |
| | Not renewed | 25 | HONOLULU MERCANTILE, INC. | 139594 | HI | 925 | ☐ |
| 199. HONOLULU SOUP COMPANY | | | | | | | |
| | Not renewed | 25 | WINGS SPORTSWEAR, INC. | 74033 | HI | 926 | ☐ |
| 200. HONOLULU SUN CLUB | | | | | | | |
| | Not renewed | 25 | TORI RICHARD LTD. | 86268 | HI | 927 | ☐ |
| 201. HONOLULU SURF CLUB | | | | | | | |
| | Not renewed | 25 | CLASSIC SALES, INC. | 106918 | HI | 928 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 202. HONOLULU SURF CLUB | | | | | | | |
| | Not renewed | 25 | CLASSIC SALES INC. | 120664 | HI | 929 | |
| 203. HONOLULU HAWAII POLO CLUB | | | | | | | |
| | Not renewed | 25 | CHADWICK HAWAII GROUP, INC. | 138666 | HI | 930 | |
| 204. HONOLULU HAWAII POLO CLUB | | | | | | | |
| | Not renewed | 25 | CHADWICK HAWAII GROUP, INC. | 124097 | HI | 931 | |
| 205. HONOLULU TERRITORY OF OAHU | | | | | | | |
| | Not renewed | 25 | HONOLULU TERRITORY OF INTERNATIONAL | 136597 | HI | 932 | |
| 206. HONOLULU BEAR CLUB OFFICIAL SEAL | | | | | | | |
| | Expired | 25 | KENJO, INC. | 191513 | HI | 933 | |
| 207. HONOLULU'S FINEST SOFTBALL CLUB | | | | | | | |
| | Not renewed | 25 | SHAYNE K. SOUZA | 198236 | HI | 934 | |
| 208. CORAL HONOLULU | | | | | | | |
| | Not renewed | 25 | RICHARD P. MURRAY | 73531 | HI | 935 | |
| 209. PASSION HONOLULU | | | | | | | |
| | Not renewed | 25 | JOYCE L.D. MITCHELL | 61764 | HI | 936 | |
| 210. RV/HONOLULU | | | | | | | |
| | Not renewed | 25 | RICHARD VYSE | 60527 | HI | 937 | |
| 211. TORI HONOLULU | | | | | | | |
| | Not renewed | 25 | TORI RICHARD, LTD. | 80982 | HI | 938 | |
| 212. SANSEI HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 25 | RAMONA CHIYA GRIFFITH | 59859 | HI | 939 | |
| 213. WAVE HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 25 | P. J. (HAWAII) DEVELOPMENT CO., LTD. | 75475 | HI | 940 | |
| 214. HAWAII NEI HONOLULU | | | | | | | |
| | Not renewed | 25 | RICHARD P. MURRAY | 131772 | HI | 941 | |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 215. HAWAII NEI HONOLULU | | | | | | | |
| | Not renewed | 25 | RICHARD P. MURRAY | 144462 | HI | 942 | ☐ |
| 216. KNOX POCKETOPS HONOLULU | | | | | | | |
| | Not renewed | 25 | WILLIAM KNOX | 82543 | HI | 943 | ☐ |
| 217. PORT OF HONOLULU | | | | | | | |
| | Not renewed | 25 | LAUREN H. APIKI | 156600 | HI | 944 | ☐ |
| 218. PRINCE KUHIO HONOLULU | | | | | | | |
| | Not renewed | 25 | ANDERSEN, INCORPORATED | 61265 | HI | 945 | ☐ |
| 219. SEA BOTTOMS HONOLULU | | | | | | | |
| | Not renewed | 25 | ELEANOR M. OTAKE | 54274 | HI | 946 | ☐ |
| 220. TESS OF HONOLULU | | | | | | | |
| | Not renewed | 25 | TESS OF HONOLULU, INC. | 86202 | HI | 947 | ☐ |
| 221. GUAVA LANE HONOLULU HAWAII | | | | | | | |
| | Not renewed | 25 | CREATIVE STRATEGIES, INC. | 82536 | HI | 948 | ☐ |
| 222. GUAVA LANE HONOLULU HAWAII | | | | | | | |
| | Not renewed | 25 | CREATIVE STRATEGIES, INC. | 90796 | HI | 949 | ☐ |
| 223. HAWAIIAN FLAVOR HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 25 | LIKI LIKI TRADING (HAWAII) LTD. | 157348 | HI | 950 | ☐ |
| 224. HAWAIIAN FLAVOR HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 25 | LIKI LIKI TRADING (HAWAII) LTD. | 177120 | HI | 951 | ☐ |
| 225. HAWAIIAN HEATWAVE HONOLULU HAWAII | | | | | | | |
| | Not renewed | 25 | YUAN CHIA (HAWAII) CO., LTD. | 81944 | HI | 952 | ☐ |
| 226. PARADISE FOUND HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 25 | PACIFIC CLOTHING COMPANY, INC. | 155978 | HI | 953 | ☐ |
| 227. PARADISE FOUND HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 25 | PACIFIC CLOTHING COMPANY, INC. | 170185 | HI | 954 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 228. UNCLE SAM HONOLULU HAWAII | | | | | | | |
| | Not renewed | 25 | SAMUEL D. DOLES | 88758 | HI | 955 | ☐ |
| 229. COMMES DES GARCONS HONOLULU | | | | | | | |
| | Not renewed | 25 | COAST CORPORATION | 130319 | HI | 956 | ☐ |
| 230. WHAT A HUNK, HONOLULU. | | | | | | | |
| | Not renewed | 25 | ELLIS & IIZAKI | 2098 | HI | 957 | ☐ |
| 231. HAWAIIAN TRAFFIC JAM HONOLULU NEXT EXIT | | | | | | | |
| | Not renewed | 25 | KEVIN R. AHAKUELO | 91764 | HI | 958 | ☐ |
| 232. HINAHINA SETA HAWAII HONOLULU HAWAII USA | | | | | | | |
| | Not renewed | 25 | SETA HAWAII, LTD. | 186839 | HI | 959 | ☐ |
| 233. 50TH STATE TAXI! HONOLULU, HAWAII USA AMERICA AUG 11, 1957 TAXI | | | | | | | |
| | Not renewed | 25 | NANCY S. NAKAMURA | 91946 | HI | 960 | ☐ |
| 234. ROYAL CRESCENT MARKETING & DESIGN CO. HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 25 | CHERYL CONCANNON | 133989 | HI | 961 | ☐ |
| 235. GEE YUNG SIL LUM FUT GA KUEN MARTIAL ARTS HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 25 | ARTHUR Y.S. LEE | 201948 | HI | 962 | ☐ |
| 236. PAVAN - HONOLULU | | | | | | | |
| | Not renewed | 25, 26 | PAUL D. VAN VOORHEES | 82988 | HI | 963 | ☐ |
| 237. B-CHIC HONOLULU HAWAII | | | | | | | |
| | Not renewed | 25, 26 | MEIKO PACIFIC TRADING CO., LTD. | 174604 | HI | 964 | ☐ |
| 238. B-CHIC HONOLULU HAWAII | | | | | | | |
| | Not renewed | 25, 26 | MEIKO PACIFIC TRADING CO., LTD. | 174605 | HI | 965 | ☐ |
| 239. HONOLULU INTERNATIONAL SCHOOL OF SOCCER | | | | | | | |
| | Not renewed | 25, 28 | PROFESSIONAL SOCCER SCHOOLS FOR AMERICA' ... | 155763 | HI | 966 | ☐ |
| 240. HONOLULU TOUCH TACKLE LEAGUE 1992 | | | | | | | |
| | Not renewed | 25, 28 | HONOLULU TOUCH TACKLE LEAGUE | 152015 | HI | 967 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 241. SHANTY HONOLULU HAWAII | | | | | | | |
| | Not renewed | 25, 28 | ROBERT H. WITTEN | 73539 | HI | 968 | ☐ |
| 242. HONOLULU BEAR | | | | | | | |
| | Not renewed | 28 | POMARE, LTD. | 87812 | HI | 969 | ☐ |
| 243. HONOLULU HARRY | | | | | | | |
| | Not renewed | 28 | MERCHANDISE INTERNATIONAL, INC. | 92544 | HI | 970 | ☐ |
| 244. HARRY HONOLULU | | | | | | | |
| | Not renewed | 28 | HARRY HONOLULU L.T.D. | 75091 | HI | 971 | ☐ |
| 245. BEACH BEAT HAWAII HONOLULU TOPS | | | | | | | |
| | Not renewed | 20, 25 | TERRI-JUDY, INC. | 93933 | HI | 972 | ☐ |
| 246. PAPIO POUNDERS GES ENTERPRISES HONOLULU HAWAII | | | | | | | |
| | Not renewed | 28 | GES ENTERPRISES | 116636 | HI | 973 | ☐ |
| 247. HONOLULU MEAT AND FISH COMPANY | | | | | | | |
| | Not renewed | 29 | HONOLULU MEAT AND FISH COMPANY | 77946 | HI | 974 | ☐ |
| 248. HONOLULU DIET | | | | | | | |
| | Not renewed | 29, 30, 31 | HARRIET SELDIN | 69037 | HI | 975 | ☐ |
| 249. TARO BRAND PRODUCTS HONOLULU POI CO., LTD., "HAWAII'S LARGEST POI PRODUCERS | | | | | | | |
| | Not renewed | 29, 31 | HONOLULU POI COMPANY, LTD. | 112467 | HI | 976 | ☐ |
| 250. KALA'S KRAFTS HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 20, 25 | SARAH H. NODA | 61773 | HI | 977 | ☐ |
| 251. HONOLULU BRITTLE COMPANY | | | | | | | |
| | Not renewed | 30 | AKAMAI PACIFIC, LLC | 253824 | HI | 978 | ☐ |
| 252. HONOLULU COOKIE COMPANY | | | | | | | |
| | Not renewed | 30 | K & S HAWAIIAN CREATIONS, INCORPORATED | 216612 | HI | 979 | ☐ |
| 253. HONOLULU COOKIE COMPANY | | | | | | | |
| | Not renewed | 30 | K & S HAWAIIAN CREATIONS, INCORPORATED | 254260 | HI | 980 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 254. HONOLULU GOURMET COLLECTIONS | | | | | | | |
| | Not renewed | 30 | BIG ISLAND CANDIES, INC. | 180879 | HI | 981 | ☐ |
| 255. HONOLULU GOURMET CREATIONS | | | | | | | |
| | Not renewed | 30 | BIG ISLAND CANDIES, INC. | 180880 | HI | 982 | ☐ |
| 256. HONOLULU GOURMET PRODUCTS | | | | | | | |
| | Not renewed | 30 | BIG ISLAND CANDIES, INC. | 180882 | HI | 983 | ☐ |
| 257. HONOLULU GOURMET RETAILER | | | | | | | |
| | Not renewed | 30 | BIG ISLAND CANDIES, INC. | 180883 | HI | 984 | ☐ |
| 258. HONOLULU GOURMET SELECTIONS | | | | | | | |
| | Not renewed | 30 | BIG ISLAND CANDIES, INC. | 180884 | HI | 985 | ☐ |
| 259. HONOLULU GOURMET SPECIALTIES | | | | | | | |
| | Not renewed | 30 | BIG ISLAND CANDIES, INC. | 180885 | HI | 986 | ☐ |
| 260. HONOLULU SPICE BREAD | | | | | | | |
| | Not renewed | 30 | BAKERY EUROPA INC. | 92322 | HI | 987 | ☐ |
| 261. HONOLULU SPICE BUNS | | | | | | | |
| | Not renewed | 30 | BAKERY EUROPA INC. | 92323 | HI | 988 | ☐ |
| 262. OSCAR OF HONOLULU | | | | | | | |
| | Not renewed | 21, 25 | OSCAR, INC. | 84300 | HI | 989 | ☐ |
| 263. THE HONOLULU HAMMOCK | | | | | | | |
| | Not renewed | 22 | PAN PACIFIC PRODUCTIONS, LTD. | 89140 | HI | 990 | ☐ |
| 264. HONOLULU BEVERAGE | | | | | | | |
| | Expired | 35 | FUTURA STONE OF HAWAII, INC. | 196022 | HI | 991 | ☐ |
| 265. HONOLULU EMPORIUM | | | | | | | |
| | Expired | 35 | GLENN SUEHIRO | 197488 | HI | 992 | ☐ |
| 266. MARTIN & MACARTHUR HONOLULU HAWAII | | | | | | | |
| | Not renewed | 20, 21 | MARTIN AND MACARTHUR ENTERPRISES, LTD. | 131696 | HI | 993 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| 267. ZULU BEADS | Not renewed | 20, 22 | JENIFFER CHILDS RIO GRANDE | 26663 | PR | 994 | ☐ |
| 268. HONOLULU SKYLINE REPORT | Not renewed | 35 | DANIEL GORDON CHINN | 117165 | HI | 995 | ☐ |
| 269. DRULU A VISUAL CONCEPT | Expired | 35 | ANDREW PAUL BINDER | 16610 | CA | 996 | ☐ |
| 270. WOW!HONOLULU | Not renewed | 35 | CITY AND COUNTY OF HONOLULU DEPT OF BUDG ... | 4035972 | HI | 997 | ☐ |
| 271. HONOLULU TRIATHLON | Not renewed | 35, 41 | PREMIER EVENT MANAGEMENT LLC | 4016126 | HI | 998 | ☐ |
| 272. EXERCISE HONOLULU | Not renewed | 35, 41 | HONOLULU COUNTY MEDICAL SOCIETY | 257284 | HI | 999 | ☐ |
| 273. CACHERO HONOLULU | Not renewed | 24 | CACHERO LTD. | 91369 | HI | 1000 | ☐ |
| 274. SPARKY'S OF HONOLULU | Expired | 35, 42 | GOLDEN CONDOR, INC. | 194231 | HI | 1001 | ☐ |
| 275. KING KALAKAUA REGATTA HONOLULU, HARBOR SPONSORED BY CENTRAL PACIFIC BANK KALAKAUA 10K 15K 1992 | Not renewed | 35, 42 | CENTRAL PACIFIC BANK | 144918 | HI | 1002 | ☐ |
| 276. DAVE'S ICE CREAM - KAPAHULU | Expired | 35, 42 | THO PHUOC NGUYEN | 196665 | HI | 1003 | ☐ |
| 277. HONOLULU TELECARD | Expired | 36 | CALVIN S. TOYOTA | 194835 | HI | 1004 | ☐ |
| 278. HONOLULU FINANCIAL CENTER | Not renewed | 36 | UMEKE HAU INVESTMENT CORPORATION | 245478 | HI | 1005 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 279. HONOLULU FEDERAL CREDIT UNION | | | | | | | |
| | Not renewed | 36 | HONOLULU FEDERAL CREDIT UNION | 4033814 | HI | 1006 | ☐ |
| 280. HONOLULU FIRE DEPARTMENT F.C.U. | | | | | | | |
| | Not renewed | 36 | HONOLULU FIRE DEPARTMENT FEDERAL CREDIT ... | 59424 | HI | 1007 | ☐ |
| 281. HONOLULU METRO MALL | | | | | | | |
| | Expired | 37 | RUSSELL ALLEN | 197011 | HI | 1008 | ☐ |
| 282. HONOLULU TIRE SERVICE | | | | | | | |
| | Not renewed | 37 | HAWAIIAN NURSERY PRODUCTS, INC. | 135368 | HI | 1009 | ☐ |
| 283. MASA'S FOREIGN CAR SERVICE INC. HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 37 | MASA'S FOREIGN CAR SERVICE, INC. | 153104 | HI | 1010 | ☐ |
| 284. ZULU INTERNATIONAL | | | | | | | |
| | Not renewed | 37, 42 | STELLA K. OLANIYAN | 51633 | TX | 1011 | ☐ |
| 285. HONOLULU CITY GUIDE | | | | | | | |
| | Not renewed | 38, 42 | OIHANA LAPA'AU, INC. | 4030675 | HI | 1012 | ☐ |
| 286. HONOLULU TRANSFER & STORAGE | | | | | | | |
| | Not renewed | 39 | PINE ENTERPRISES, INC. | 146885 | HI | 1013 | ☐ |
| 287. HONOLULU TRANSFER AND STORAGE | | | | | | | |
| | Not renewed | 39 | PINE ENTERPRISES, INC. | 135369 | HI | 1014 | ☐ |
| 288. KAIMUKI - KAPAHULU - WAIKIKI OUR NEIGHBORHOOD TROLLEY | | | | | | | |
| | Not renewed | 39 | GINNY MEADE | 4026573 | HI | 1015 | ☐ |
| 289. HONOLULU WASTE DISPOSAL | | | | | | | |
| | Expired | 40 | RANDALL D. OLSON | 197100 | HI | 1016 | ☐ |
| 290. HONOLULU TERRITORY OF HAWAII | | | | | | | |
| | Not renewed | 24, 25 | JACK D. GOLDING | 114963 | HI | 1017 | ☐ |
| 291. HONOLULU IRONMAN BIATHLON | | | | | | | |
| | Not renewed | 41 | JOHN P. DUNBAR, JR. | 194018 | HI | 1018 | ☐ |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 292. HONOLULU WATERFRONT TRIATHLON | | | | | | | |
| | Not renewed | 41 | KOA ATHLETICS, INC. | 116937 | HI | 1019 | |
| 293. HONOLULU'S BEST DRESSED | | | | | | | |
| | Not renewed | 41 | ARMOUR GALLERY AND GARDENS LLC | 4038949 | HI | 1020 | |
| 294. CULU CHILDREN'S TRADITIONAL AFRICAN DANCE COMPANY | | | | | | | |
| | Not renewed | 41 | MARIAMA CURRY | N/A | LA | 1021 | |
| 295. ISLAND IDOL HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 41 | COX RADIO, INC. | 4014131 | HI | 1022 | |
| 296. KA PA KU KAIAULU | | | | | | | |
| | Expired | 41 | DWAYNE P. KAULIA | 195912 | HI | 1023 | |
| 297. UNIVERSITY OF HAWAII HONOLULU COMMUNITY COLLEGE 1920 MALAMALAMA | | | | | | | |
| | Not renewed | 41 | UNIVERSITY OF HAWAII | 248767 | HI | 1024 | |
| 298. HONOLULU CITY GIRL | | | | | | | |
| | Not renewed | 20, 25 | DUTY FREE SHOPPERS GROUP LIMITED | 66547 | HI | 1025 | |
| 299. HONOLULU SIDDHA YOGA MEDITATION CENTER (SYMC OF HONOLULU) | | | | | | | |
| | Expired | 41, 42, 45 | SIDDHA YOGA DHAM AFFILIATE OF HONOLULU | 196404 | HI | 1026 | |
| 300. HONOLULU HURRICANES H | | | | | | | |
| | Not renewed | 20, 25 | PRO SPORTS LLC | 214699 | HI | 1027 | |
| 301. SPECIAL DELIVERY HONOLULU, HAWAII | | | | | | | |
| | Not renewed | 20, 25 | TAMMY REIKO LUKE | 141163 | HI | 1028 | |
| 302. HONOLULU PHYSICIANS GROUP | | | | | | | |
| | Not renewed | 42 | HAWAII MEDICAL SERVICE ASSOCIATION | 147845 | HI | 1029 | |
| 303. HONOLULU PHYSICIANS PROGRAM | | | | | | | |
| | Not renewed | 42 | HAWAII MEDICAL SERVICE ASSOCIATION | 54638 | HI | 1030 | |
| 304. PORTS 'O CALL - HONOLULU | | | | | | | |
| | Not renewed | 20, 25 | MICHAEL T. FUREY | 129641 | HI | 1031 | |

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| 305. HONOLULU CONTAINER SALES & RENTAL HCSR (808) 841-3633 | | | | | | | |
| | Not renewed | 42 | PINE ENTERPRISES, INC. | 135366 | HI | 1032 | ☐ |
| 306. YAKINIKUYA KAPAHULU | | | | | | | |
| | Not renewed | 42 | M & M KAISHA, CO., LTD. | 210692 | HI | 1033 | ☐ |
| 307. RB RAYMOND AND BRUCE HONOLULU | | | | | | | |
| | Not renewed | 42 | KANPAI, INC. | 142905 | HI | 1034 | ☐ |
| 308. BACI HONOLULU | | | | | | | |
| | Expired | 42, 43 | LANDCO, INC. | 191259 | HI | 1035 | ☐ |
| 309. AMERICAN PROFESSIONAL TRANSPORT HONOLULU HAWAII | | | | | | | |
| | Not renewed | 45 | APT HAWAII INC. | 4016137 | HI | 1036 | ☐ |
| 310. THE HONOLULU MEDICAL GROUP THE BEST OF HEALTH | | | | | | | |
| | Not renewed | 42 | THE HONOLULU MEDICAL GROUP, INC. | 79072 | HI | 1037 | ☐ |
| 311. JAGUAR OF HONOLULU | | | | | | | |
| | Expired | 42 | THEODAVIES EUROMOTORS, LTD. | 197584 | HI | 1038 | ☐ |
| 312. OSCAR OF HONOLULU | | | | | | | |
| | Not renewed | 42 | OSCAR, INC. | 84301 | HI | 1039 | ☐ |
| 313. SHAWN'S OF HONOLULU | | | | | | | |
| | Expired | 42 | SHAWN K. OCAMPO | 197219 | HI | 1040 | ☐ |
| 314. AMERICAN PROFESSIONAL TRANSPORT HONOLULU HAWAII | | | | | | | |
| | Not renewed | 42 | APT HAWAII, INC. | 256326 | HI | 1041 | ☐ |
| 315. HCSR HONOLULU CONTAINER SALES & RENTAL | | | | | | | |
| | Not renewed | 42 | PINE ENTERPRISES, INC. | 146884 | HI | 1042 | ☐ |

## GROUP FIVE

### No Group Five Matches

# ANALYST REVIEW - STATE REPORT

---

Search Information

Type of Search:  **DILU FULL SRCH-T&T**
Mark:  **ULU**
Goods/Services:  **ALL CLASSES**

---

Data Information

This search report covers State Trademark data updated on **09/04/2007**. While we make diligent efforts to secure timely updates from each state, the currentness of trademark information varies by state. See the chart below for the dates of most recent registration for each state.

| STATE NAME | | REGISTRATIONS THROUGH | STATE NAME | | REGISTRATIONS THROUGH |
|---|---|---|---|---|---|
| ALABAMA | + | 05/16/2007 | MONTANA | + | 09/29/2006 |
| ALASKA | + | 07/03/2006 | NEBRASKA | + | 06/29/2007 |
| AMERICAN SAMOA | | 03/29/2005 | NEVADA | + | 03/05/2007 |
| ARIZONA | + | 12/29/2006 | NEW HAMPSHIRE | + | 07/07/2004 |
| ARKANSAS | | 06/29/2007 | NEW JERSEY | + | 03/30/2007 |
| CALIFORNIA | + | 05/30/2007 | NEW MEXICO | + | 05/31/2007 |
| COLORADO | + | 05/21/2007 | NEW YORK | + | 03/08/2007 |
| CONNECTICUT | + | 05/31/2007 | NORTH CAROLINA | | 05/30/2006 |
| DELAWARE | + | 06/28/2006 | NORTH DAKOTA | + | 04/24/2007 |
| FLORIDA | + | 02/26/2007 | OHIO | | 04/27/2007 |
| GEORGIA | + | 05/02/2007 | OKLAHOMA | + | 01/26/2006 |
| HAWAII | + | 03/14/2007 | OREGON | + | 05/31/2007 |
| IDAHO | | 04/26/2007 | PENNSYLVANIA | | 02/28/2003 |
| ILLINOIS | | 04/26/2007 | *PUERTO RICO | | 04/02/2007 |
| INDIANA | + | 06/20/2006 | RHODE ISLAND | + | 03/30/2007 |
| IOWA | + | 05/03/2007 | SOUTH CAROLINA | + | 03/28/2007 |
| KANSAS | + | 05/31/2007 | SOUTH DAKOTA | + | 07/06/2007 |
| KENTUCKY | + | 05/10/2007 | TENNESSEE | + | 05/31/2007 |
| LOUISIANA | + | 05/31/2007 | TEXAS | + | 11/14/2006 |
| MAINE | + | 04/30/2007 | UTAH | + | 05/31/2007 |
| MARYLAND | | 02/26/2007 | VERMONT | + | 11/13/2006 |
| MASSACHUSETTS | + | 04/27/2007 | VIRGINIA | + | 12/29/2006 |
| MICHIGAN | | 06/13/2007 | WASHINGTON | + | 05/09/2007 |
| MINNESOTA | + | 05/30/2007 | WEST VIRGINIA | + | 12/13/2006 |
| MISSISSIPPI | + | 06/15/2006 | WISCONSIN | + | 06/20/2007 |
| MISSOURI | + | 06/25/2007 | WYOMING | + | 12/24/2003 |

---

Updating of the US State Trademark Database is provided by license with and permission of CT Corsearch.

+ Indicates that our trademark database for this state contains images, packaging samples and specimens of use filed with trademark applications.

* Because of the manual nature of data collection for Puerto Rico, we are unable to guarantee that all records through the coverage date are included.

In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database).  The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web.  Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner.  Owner Matching is an alphabetical, word for word match.  Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

Analyst Information

Name: **ANN ARNOLD**
Comments: **I developed the following search strategy to provide a comprehensive, accurate report. These queries, listed below, retrieved <u>367</u> potential references from the database. After careful review and analysis I have selected <u>315</u> records for your review.**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK | ULU | ALL CLASSES | 0 |
| 2. | EXACT MARK | THEULU | ALL CLASSES | 0 |
| 3. | WORD | ULU | ALL CLASSES | 3 |
| 4. | PREFIX | ULUULU | ALL CLASSES | 0 |
| 5. | EXACT MARK | (0-1 characters)ULU | ALL CLASSES | 7 |
| 6. | EXACT MARK | (2-3 characters)ULU | ALL CLASSES | 1 |
| 7. | SUFFIX | ULU | ALL CLASSES | 180 |
| 8. | SUFFIX | ULU | ALL CLASSES | 176 |

# LULU

**LULU**

**State:**        GEORGIA

**Status:**       REGISTERED

**Date Registered:**  OCT 23, 2006

**Registration No.:**  S23174

**Goods/Services:**  **International Class: 44**

SALON SERVICES, NAMELY, MASSAGES, FACIALS, SPA BODY TREATMENTS, NATURAL MANICURES AND PEDICURES

**State Class:** 1

| **First Use In State:** | **First Use Anywhere:** |
| --- | --- |
| SEP 26, 2001 | SEP 26, 2001 |

**Registrant:**

LETICIA ALLEN
2 DUNWOODY PARK SOUTH
ATLANTA, GEORGIA 30338

**We Have Located Other Marks With This Owner**

LULU A DAY SPA        State        Page 750

# LULU'S

## LULU'S

**State:**               CALIFORNIA

**Status:**              REGISTERED
**Date Registered:**     JUL 19, 2004
**Registration No.:**    110233

**Goods/Services:**      **International Class:  25**
                         CLOTHING, NAMELY, SHIRTS, BELTS, PANTS,
                         UNDERWEAR, SLEEPWEAR
                         **State Class:** 25
                         **First Use In State:**          **First Use Anywhere:**
                         AUG 31, 1996                      AUG 31, 1996

**Registrant:**

DEBRA A. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 746 |
| LULU'S FASHION LOUNGE | State | Page 751 |

COLLEEN L. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 746 |
| LULU'S FASHION LOUNGE | State | Page 751 |

**Manner Of Display:**

USED ON LABELS AND TAGS AFFIXED TO THE GOODS,
LABELS AND TAGS AFFIXED TO THE CONTAINERS OF THE
GOODS, BY PRINTING IT DIRECTLY ONTO THE GOODS, BY

PRINTING IT DIRECTLY ONTO THE CONTAINERS FOR THE GOODS

**Filing Correspondent:**

LISA L. NIXON, ESQ.

DOWNEY BRAND LLP

555 CAPITOL MALL, 10TH FLOOR

SACRAMENTO, CALIFORNIA 95814

# LULU'S

**LULU'S**

**State:**              VIRGINIA

**Status:**             REGISTERED
**Date Registered:**    JUN 05, 2003

**Goods/Services:**     **International Class:  29, 30**
                        HOMEMADE HOT DOG CHILI, SOUP AND HAMBURGERS
                        **State Class:** 29
                        **First Use In State:**        **First Use Anywhere:**
                        JAN 01, 1980                    JAN 01, 1980

**Registrant:**

                        LULU'S HOT DOGS INC.
                        VIRGINIA CORPORATION
                        4402 E INDIAN RIVER ROAD
                        CHESAPEAKE, VIRGINIA 23325

                        **We Have Located Other Marks With This Owner**

                        LULU'S                         State            Page 724

# LULU'S

## LULU'S

**State:**          CALIFORNIA

**Status:**          REGISTERED
**Date Registered:** APR 26, 1988
**Registration No.:** 87529

**Goods/Services:** **International Class:  30**
GELATIN DESSERTS READY TO EAT, FREEZE 'N EAT ICE
BOLY'S, MEXICAN VANILLA, PEANUTS
**State Class:** 46
| **First Use In State:** | **First Use Anywhere:** |
| --- | --- |
| JUN 15, 1983 | JUN 15, 1983 |

**Registrant:**

MEXICO AND WESTSIDE CONNECTIONS INC.
DBA LULU'S DESSERT FACTORY
CALIFORNIA CORPORATION
1834 W. 144 ST.
GARDENA, CALIFORNIA 90249
TEL:  213-324-0768

**We Have Located Other Marks With This Owner**

LULU'S DESSERT FACTORY    State          Page 738

**Manner Of Display:**

ON LABELS AND TAGS AFFIXED TO CONTAINERS OF THE
GOODS

# LULU'S

## LULU'S

**State:**              CALIFORNIA

**Status:**             REGISTERED
**Date Registered:**    JUN 01, 2004
**Registration No.:**   59260

**Goods/Services:**     **International Class: 35**
                        RETAIL CLOTHING STORES
                        **State Class:** 35
                        **First Use In State:**          **First Use Anywhere:**
                        AUG 31, 1996                      AUG 31, 1996

**Registrant:**
                        COLLEEN L. CANNON
                        GENERAL PARTNERSHIP
                        212 MAIN ST.
                        CHICO, CALIFORNIA 95928

                        **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S | State | Page 718 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 746 |
| LULU'S FASHION LOUNGE | State | Page 751 |

                        DEBRA A. CANNON
                        GENERAL PARTNERSHIP
                        212 MAIN ST.
                        CHICO, CALIFORNIA 95928

                        **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S | State | Page 718 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 746 |
| LULU'S FASHION LOUNGE | State | Page 751 |

**Manner Of Display:**
                        USED ON BUSINESS SIGNS, ADVERTISING BROCHURES,
                        ADVERTISING LEAFLETS, BUSINESS CARDS, LETTER-
                        HEADS

**Filing Correspondent:**

LISA L. NIXON, ESQ.
DOWNEY BRAND SEYMOUR & ROHWER
555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CALIFORNIA 95814

**ST-6**
**Group:** Three

LULU'S

**LULU'S**

**State:**                VIRGINIA

**Status:**               REGISTERED
**Date Registered:**      JUN 05, 2003

**Goods/Services:**       **International Class:  43**
                         GENERAL RESTAURANT SERVICES WHICH INCLUDES THE
                         SALE OF HOTDOGS, HAMBURGERS, BBQ'S SOUP AND
                         SAUSAGES
                         **State Class:** 42

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| JAN 01, 1980 | JAN 01, 1980 |

**Registrant:**

LULU'S HOT DOGS INC.
VIRGINIA CORPORATION
4402 E INDIAN RIVER ROAD
CHESAPEAKE, VIRGINIA 23325

**We Have Located Other Marks With This Owner**

LULU'S                      State            Page 720

# LULU'S

**LULU'S**

**State:**          NEW JERSEY

**Status:**          NOT RENEWED
**Date Registered:** DEC 02, 1985
**Registration No.:** 6281

**Goods/Services:**  **International Class: 25**
                     CLOTHING
**Registrant:**

                     LULUS ENGLEWOOD  NEW JERSEY

                     <u>**We Have Located Other Marks With This Owner**</u>

                     LULU'S          State          Page 726
                     LULU'S          State          Page 729
                     LULU'S          State          Page 730

# LULU'S

### LULU'S

**State:**　　　　　NEW JERSEY

**Status:**　　　　　NOT RENEWED
**Date Registered:**　DEC 02, 1985
**Registration No.:**　6279

**Goods/Services:**　**International Class: 25**
　　　　　　　　　CLOTHING
**Registrant:**

　　　　　　　　　LULUS ENGLEWOOD  NEW JERSEY

　　　　　　　　　**We Have Located Other Marks With This Owner**

　　　　　　　　　LULU'S　　　　　　State　　　　Page 725
　　　　　　　　　LULU'S　　　　　　State　　　　Page 729
　　　　　　　　　LULU'S　　　　　　State　　　　Page 730

# LULU

**LULU**

**State:**            HAWAII

**Status:**          NOT RENEWED
**Date Registered:**  NOV 15, 1989
**Registration No.:**  112968

**Goods/Services:**  **International Class:  36**
                     BANKING SERVICES RENDERED THROUGH AN
                     AUTOMATIC TELLER MACHINE.
**Registrant:**

                     HONFED BANK, A FEDERAL SAVINGS BANK
                     HAWAII CORPORATION
                     P.O. BOX 539
                     HONOLULU, HAWAII 96809

# LE LULU

**LE LULU**

**State:**            FLORIDA

**Status:**           EXPIRED
**Date Registered:** OCT 02, 1990
**Registration No.:** T13541
**Expiration Date:** OCT 02, 2000

**Goods/Services:**  **International Class: 3**
                     NAIL HARDENER. ″USED TO HARDEN, PROTECT AND
                     HELP NAILS GROW″
                     **State Class:** 3

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| JUN, 1990 | NOV, 1989 |

**Design Phrase:**   THE WORDS ″LE LULU″ DESIGNED SO THAT 1 ″L″ IS USED
                     FOR BOTH WORDS

**Registrant:**

                     GONTORE INC.
                     FLORIDA CORPORATION
                     13740 SW 12TH ST.
                     MIAMI, FLORIDA 33184
                     TEL:  305-220-8328

**Manner Of Display:**
                     USED ON LABELS

**ULU**

**ST-11**
**Group:** Three

# LULU'S

**LULU'S**

**State:**          NEW JERSEY

**Status:**         NOT RENEWED
**Date Registered:** DEC 02, 1985
**Registration No.:** 6280

**Goods/Services:** **International Class:  35**
                   ADVERTISING AND BUSINESS

**Registrant:**

                   LULUS ENGLEWOOD  NEW JERSEY

                   <u>We Have Located Other Marks With This Owner</u>

                   LULU'S              State          Page 725
                   LULU'S              State          Page 726
                   LULU'S              State          Page 730

# LULU'S

## LULU'S

**State:**          NEW JERSEY

**Status:**          NOT RENEWED
**Date Registered:** DEC 02, 1985
**Registration No.:** 6278

**Goods/Services:**  **International Class:  35**
                    ADVERTISING AND BUSINESS

**Registrant:**

                    LULUS ENGLEWOOD  NEW JERSEY

                    <u>**We Have Located Other Marks With This Owner**</u>

                    LULU'S              State          Page 725
                    LULU'S              State          Page 726
                    LULU'S              State          Page 729

# LULU'S

**LULU'S**

**State:**               COLORADO

**Status:**              NOT RENEWED
**Date Registered:**     MAY 10, 1989
**Registration No.:**    19891049953

**Goods/Services:**      **International Class:  42**
                         RESTAURANT
                         **State Class:** 101
                         **First Use In State:**        **First Use Anywhere:**
                         JAN 09, 1989                   JAN 09, 1989

**Registrant:**

                         BEEHIVE, INC.
                         COLORADO CORPORATION
                         7400 EAST HAMPDEN UNIT V
                         DENVER, COLORADO 80237

**Manner Of Display:**
                         USED FOR IDENTIFICATION AND ADVERTISING PURPOSES



**LU LU COSMETICS, INC.**

**State:**              MISSOURI

**Status:**              REGISTERED

**Date Registered:**  JUL 03, 2003

**Registration No.:**  16130

**Goods/Services:**  **International Class: 3, 21**
                    COSMETICS, SKIN CARE, BRUSHES FOR MAKEUP
                    **State Class:** 3
                    **First Use In State:**        **First Use Anywhere:**
                    JUN 02, 2003                  JUN 02, 2003

**Registrant:**

                    LU LU COSMETICS, INC.
                    141 S 5TH STREET
                    ST CHARLES, MISSOURI 63301
                    TEL: 636-946-7877

**Manner Of Display:**
                    USED ON LABELS, BUSINESS CARDS

## LULU PRODUCTIONS

### LULU PRODUCTIONS

**State:**                HAWAII

**Status:**               RENEWED

**Date Registered:**  JUL 26, 2000

**Registration No.:**  241660

**Renewed:**            APR 19, 2001

**Renewal**

**Registration No.:**  249935

**Goods/Services:**   **International Class:  9, 16, 25**

COMMUNICATION PRODUCTS SUCH AS, BUT NOT LIMITED
TO, FILMS, VIDEOS, AUDIO, BOOKS, CLOTHING AND ART

**Registrant:**

CHERI MARDON

SOLE PROPRIETOR

P.O. BOX 89576

HONOLULU, HAWAII 96830

**Renewed To:**        CHERI MARDON

SOLE PROPRIETOR

PO BOX 89576

HONOLULU, HAWAII 96830

**Manner Of Display:**

USED ON LABELS OR PRODUCT CONTAINERS



**LULU BAGS**

**State:**              SOUTH CAROLINA

**Status:**             REGISTERED
**Date Registered:**    MAY 05, 2004

**Goods/Services:**     **International Class:  18**
                        CUSTOM MADE HANDBAGS
                        **State Class:** 25
                        **First Use In State:**        **First Use Anywhere:**
                        JAN 01, 2004                   JAN 01, 2004

**Design Phrase:**      THE DESIGN CONSISTS OF THE WORDS ″LULU BAGS″
                        AND A LADY BUG.

**Registrant:**

                        JENNY ADAMS
                        INDIVIDUAL
                        217 PICKENS ST.
                        CLUMBIA, SOUTH CAROLINA 29205

**Manner Of Display:**
                        USED ON LABELS, BUSINESS CARDS, ADVERTISEMENTS

## LULU'S LILYPAD

**LULU'S LILYPAD**

**State:**             VERMONT

**Status:**           REGISTERED
**Date Registered:**  JAN 20, 2004
**Registration No.:** 8160

**Goods/Services:**   **International Class:  35, 25, 20, 28, 24**
RETAIL; CHILDREN'S CLOTHING AND ACCESSORIES, BABY
SHOWER GIFTS, TOYS, LINENS
**State Class:** 39
**First Use In State:**
NOV 01, 2003

**Registrant:**

MICHELLE HENDERSON
7 MOHAWK AVE
ESSEX JUNCTION, VERMONT 05452

**Manner Of Display:**
USED IN THE PRINTING OF BOXES, CATALOGS, BUSINESS
CARDS, BROCHURES, TAGS, AND FEATURED ON THE
WEBSITE

## LULU WHITE / STORYVILLE, NEW ORLEANS

**LULU WHITE / STORYVILLE, NEW ORLEANS**

**State:**            LOUISIANA

**Status:**           REGISTERED
**Date Registered:**  DEC 10, 1997

**Goods/Services:**   **International Class:  24, 35**
                     LINGERIE, RETAIL GIFT SHOP
                     **State Class:** 3,14,16,25,34,35
                     **First Use In State:**        **First Use Anywhere:**
                     MAY 01, 1997                   MAY 01, 1997

**Registrant:**
                     BEVERLY S. MCKENNA
                     2301 ESPLANADE AVENUE
                     NEW ORLEANS, LOUISIANA 70119

LULU'S BAKE
SHOPPE

**LULU'S BAKE SHOPPE**

**State:**          MASSACHUSETTS

**Status:**         REGISTERED
**Date Registered:** MAR 09, 2006
**Registration No.:** 66823

**Goods/Services:** **International Class: 30**
BAKERY PRODUCTS
**State Class:** 30
**First Use In State:**          **First Use Anywhere:**
FEB 01, 2006          FEB 01, 2006

**Design Phrase:** THE WORDS ″LULU'S BAKE SHOPPE″ WITH A CUPCAKE
APOSTROPHE SET IN A PINK HEART WITH A BANNER
WITH THE WORDS BAKE SHOPPE.

**Registrant:**

R-P BAKE SHOPPE, INC.
MASSACHUSETTS CORPORATION
227 HANOVER STREET
BOSTON, MASSACHUSETTS 02113

**Manner Of Display:**

DIRECTLY TO THE CONTAINERS FOR THE GOODS BY
DISPLAYING IT IN PHYSICAL ASSOCIATION WITHTHE
GOODS INTHE SALE OR DISTRIBUTION THEREOF

## LULU'S DESSERT FACTORY

### LULU'S DESSERT FACTORY

**State:**          CALIFORNIA

**Status:**          REGISTERED

**Date Registered:** APR 26, 1988

**Registration No.:** 87528

**Goods/Services:** **International Class: 30**

GELATIN DESSERTS READY TO EAT, FREEZE 'N EAT ICE
BOLY'S, MEXICAN VANILLA, PEANUTS

**State Class:** 46

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| JUN 15, 1983 | JUN 15, 1983 |

**Design Phrase:** THE WORDS "LULU'S DESSERT FACTORY" & LITTLE GIRL
WITH A BOW IN HER HAIR FACING LEFT SIDE HOLDING A
PLATE WITH A GELATIN.

**Registrant:**

MEXICO AND WESTSIDE CONNECTIONS INC.
DBA LULU'S DESSERT FACTORY
CALIFORNIA CORPORATION
1834 W. 144 ST.
GARDENA, CALIFORNIA 90249
TEL: 213-324-0768

**We Have Located Other Marks With This Owner**

LULU'S                         State              Page 721

**Manner Of Display:**

ON LABELS AND TAGS AFFIXED TO CONTAINERS OF THE
GOODS; BY PRINTING IT DIRECTLY ONTO THE
CONTAINERS FOR THE GOODS

# LULU PINK

**LULU PINK**

**State:**            CALIFORNIA

**Status:**           REGISTERED
**Date Registered:** NOV 07, 2005
**Registration No.:** 111283

**Goods/Services:**  **International Class: 18**
                     PET CLOTHING
                     **State Class:** 18
                     **First Use In State:**        **First Use Anywhere:**
                     APR, 2005                      APR, 2005

**Registrant:**

                     KAREN JOHNSON
                     SOLE PROPRIETOR
                     1335 HERMINE AVE.
                     WALNUT CREEK, CALIFORNIA 94596

**Manner Of Display:**
                     USED ON LABELS AND TAGS AFFIXED TO THE GOODS

## LULU'S FASHION LOUNGE

### LULU'S FASHION LOUNGE

**State:**          CALIFORNIA

**Status:**          REGISTERED
**Date Registered:**  JUN 01, 2004
**Registration No.:** 59261

**Goods/Services:**  **International Class:  35**
                    RETAIL CLOTHING STORES
                    **State Class:** 35
                    **First Use In State:**      **First Use Anywhere:**
                    AUG 31, 1996              AUG 31, 1996

**Registrant:**
                    DEBRA A. CANNON
                    GENERAL PARTNERSHIP
                    212 MAIN ST.
                    CHICO, CALIFORNIA 95928

                    **We Have Located Other Marks With This Owner**

| LULU'S | State | Page 718 |
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 746 |
| LULU'S FASHION LOUNGE | State | Page 751 |

                    COLLEEN L. CANNON
                    GENERAL PARTNERSHIP
                    212 MAIN ST.
                    CHICO, CALIFORNIA 95928

                    **We Have Located Other Marks With This Owner**

| LULU'S | State | Page 718 |
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 746 |
| LULU'S FASHION LOUNGE | State | Page 751 |

**Manner Of Display:**
                    USED ON BUSINESS SIGNS, ADVERTISING BROCHURES,
                    ADVERTISING LEAFLETS, BUSINESS CARDS, LETTER-
                    HEADS

**Filing Correspondent:**

LISA L. NIXON, ESQ.
DOWNEY BRAND
555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CALIFORNIA 95814

## LULU'S FASHION LOUNGE

**LULU'S FASHION LOUNGE**

**State:**          CALIFORNIA

**Status:**          REGISTERED
**Date Registered:**  JUN 01, 2004
**Registration No.:** 59262

**Goods/Services:** **International Class: 35**
RETAIL CLOTHING STORES
**State Class:** 35

| First Use In State: | First Use Anywhere: |
|---|---|
| AUG 31, 1996 | AUG 31, 1996 |

**Design Phrase:** DESIGN OF THE WORD "LULU'S" IN CURSIVE WRITING
WITHIN A DOUBLE OVAL, THE WORDS "FASHION LOUNGE"
IN BLOCK LETTERING BENEATH THE OVALS, AND A STAR
IN PLACE OF AN APOSTROPHE

**Registrant:**

COLLEEN L. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S | State | Page 718 |
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 746 |
| LULU'S FASHION LOUNGE | State | Page 751 |

DEBRA A. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU'S | State | Page 718 |
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 746 |
| LULU'S FASHION LOUNGE | State | Page 751 |

**Manner Of Display:**

USED ON BUSINESS SIGNS, ADVERTISING BROCHURES, ADVERTISING LEAFLETS, BUSINESS CARDS, LETTER-HEADS

**Filing Correspondent:**

LISA L. NIXON, ESQ.
DOWNEY BRAND
555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CALIFORNIA 95814

# LULUWORLD

**LULUWORLD**

**State:**          TEXAS

**Status:**          REGISTERED
**Date Registered:** FEB 17, 1999
**Registration No.:** 58428

**Goods/Services:**  **International Class: 42**
                    WEB SITE DESIIGN AND HOSTING AND INTERNET
                    SOFTWARE AND A WEB PORTAL FOR BUSINESSES,
                    ORGANIZATIONS AND SCHOOLS. IT IS THE NAME OF THE
                    PORTAL AND BRANDS THE SOFTWARE AND SERVICES
                    **State Class:** 42
                    **First Use In State:**       **First Use Anywhere:**
                    OCT 01, 1998                  OCT 01, 1998

**Registrant:**

                    GARRIE STEVEN BRAY
                    DBA LULU TECHNOLOGIES
                    307 E 2ND STREET
                    AUSTIN, TEXAS 78701

                    **We Have Located Other Marks With This Owner**

                    LULU TECHNOLOGIES          State          Page 745

**Manner Of Display:**

                    USED ON ALL WEB PAGES, IDENTIFYING THE PORTAL, ON
                    ALL DOCUMENTATION, AND ON ALL MARKETING
                    MATERIAL.



**LuLu Technologies**

### LULU TECHNOLOGIES

**State:**              TEXAS

**Status:**             REGISTERED
**Date Registered:**    JUL 29, 1997
**Registration No.:**   56965

**Goods/Services:**     **International Class:  42**
                        COMPUTER SOFTWARE DEVELOPMENT
                        **State Class:** 42
                        **First Use In State:**        **First Use Anywhere:**
                        DEC 31, 1996                    DEC 31, 1996

**Design Phrase:**      A LINE DRAWING WITH DOG AND THE WORDS "LULU
                        TECHNOLOIGES" UNDERNEATH.

**Registrant:**

                        GARRIE STEVEN BRAY
                        DBA LULU TECHNOLOGIES
                        510 BULIAN LANE
                        AUSTIN, TEXAS 78746

                        **We Have Located Other Marks With This Owner**

                        LULUWORLD                State           Page 744

**Manner Of Display:**

                        AFFIXED TO LABELS ON DISKETTES, TO PACKAGING
                        MATERIAL, TO DOCUMENTATION ABOUT THE SOFTWARE,
                        AND TO ADVERTISING FOR THE SOFTWARE.



## LULU'S FASHION LOUNGE

**State:**            CALIFORNIA

**Status:**           REGISTERED
**Date Registered:**  JUL 19, 2004
**Registration No.:** 110232

**Goods/Services:**   **International Class:** 25
                      CLOTHING, NAMELY, SHIRTS, BELTS, PANTS,
                      UNDERWEAR, SLEEPWEAR
                      **State Class:** 25

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| AUG 31, 1996 | AUG 31, 1996 |

**Design Phrase:**   DESIGN OF THE WORD "LULU'S" IN CURSIVE WRITING,
                     WITH A STAR IN PLACE OF THE APOSTROPHE, WITHIN A
                     DOUBLE OVAL, AND THE WORDS "FASHION LOUNGE" IN
                     BLOCK LETTERING BENEATH THE OVALS

**Registrant:**

COLLEEN L. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| LULU'S | State | Page 718 |
|---|---|---|
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 751 |

DEBRA A. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| LULU'S | State | Page 718 |
|---|---|---|
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 751 |

**Manner Of Display:**

USED ON LABELS AND TAGS AFFIXED TO THE GOODS,
LABELS AND TAGS AFFIXED TO THE CONTAINERS OF THE
GOODS, BY PRINTING IT DIRECTLY ONTO THE GOODS, BY
PRINTING IT DIRECTLY ONTO THE CONTAINERS FOR THE
GOODS

**Filing Correspondent:**

LISA L. NIXON, ESQ.
DOWNEY BRAND LLP
555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CALIFORNIA 95814



### LULU'S! RESTAURANT & COCKTAILS

**State:**                INDIANA

**Status:**               REGISTERED

**Date Registered:**  JAN 21, 2005

**Registration No.:**  20050051

**Goods/Services:**   **International Class: 43**

RESTAURANT & BAR, WHICH SHALL INCLUDE DINING AND THE SALE OF LIQUOR; ADVERTISING AND BUSINESS.

**State Class:** 51

**First Use In State:**          **First Use Anywhere:**

JAN 01, 1997                    JUN 01, 2004

**Design Phrase:**    THE DESIGN CONSISTS OF THE WORDS ″LULU'S! RESTAURANT & COCKTAILS″, WHEREIN THE WORD ″LULU'S″ IS PRESENTED IN A UNIQUE FONT UTILIZING A SHARP-LETTER FORMAT IN RED, AND WHEREIN THE EXCLAMATION POINT UTILIZES THE SAME FONT, BUT IS LARGER THAN THE WORD ″LULU' S″ AND ACTS AS A DIVIDER SITTING IN BETWEEN THE WORDS ″RESTAURANT″ AND ″COCKTAILS″. THE DOT ON THE EXCLAMATION ENCLOSES THE SYMBOL ″&″

**Registrant:**

AES ENTERTAINMENT GROUP, LLC

INDIANA LIMITED LIABILITY COMPANY

3607 SEDGEMOOR CIRCLE

CARMEL, INDIANA 46033

TEL: 317-251-5858

**We Have Located Other Marks With This Owner**

LULU'S! RESTAURANT &          State          Page 749
COCKTAILS

**Manner Of Display:**

THE MARK IS USED IN ADVERTISEMENTS OF THE SERVICE, ON DOCUMENTS, WRAPPERS, OR ARTICLES DELIVERED IN CONECTION WITH THE SERVICE RENDERED.



### LULU'S! RESTAURANT & COCKTAILS

**State:**              INDIANA

**Status:**             REGISTERED
**Date Registered:**    JAN 21, 2005
**Registration No.:**   20050052

**Goods/Services:**    **International Class:  43**
                       RESTAURANT AND BAR, WHICH SHALL INCLUDE DINING
                       AND THE SALE OF LIQUOR; MISCELLANEOUS.
                       **State Class:** 53
                       **First Use In State:**        **First Use Anywhere:**
                       JAN 01, 1997                   JUN 01, 2004

**Design Phrase:**    THE DESIGN CONSISTS OF THE WORD ″LULU'S!
                      RESTAURANT & COCKTAILS″, WHEREIN THE WORD
                      ″LULU'S″ IS PRESENTED IN A UNIQUE FONT UTILIZING A
                      SHARP-LETTER FORMAT IN RED, AND WHEREIN THE
                      EXCLAMATION POINT UTILIZES THE SAME FONT, BUT IS
                      LARGER THAN THE WORD ″LULU'S AND ACTS AS A
                      DIVIDER SITTING IN BETWEEN THE WORDS
                      ″RESTAURANT″ AND ″COCKTAILS″. THE DOT ON THE
                      EXCLAMATION ENCLOSES THE SYMBOL ″&″.

**Registrant:**

                      AES ENTERTAINMENT GROUP, LLC
                      INDIANA LIMITED LIABILITY COMPANY
                      3607 SEDGEMOOR CIRCLE
                      CARMEL, INDIANA 46033
                      TEL:  317-251-5858

                      **We Have Located Other Marks With This Owner**

                      LULU'S! RESTAURANT &        State          Page 748
                      COCKTAILS

**Manner Of Display:**

                      THE MARK IS USED IN ADVERTISEMENTS OF THE
                      SERVICE, ON DOCUMENTS, WRAPPERS OR ARTICLES
                      DELIVERED IN CONNECTION WITH THE SERVICE
                      RENDERED.

## LULU A DAY SPA

**LULU A DAY SPA**

**State:**            GEORGIA

**Status:**           REGISTERED
**Date Registered:**  OCT 23, 2006
**Registration No.:** S23173

**Goods/Services:**   **International Class:  44**
                      SALON SERVICES, NAMELY, MASSAGES, FACIALS, SPA
                      BODY TREATMENTS, NATURAL MANICURES AND
                      PEDICURES
                      **State Class:** 1
                      **First Use In State:**        **First Use Anywhere:**
                      NOV 01, 2001                   NOV 01, 2001

**Registrant:**

                      LETICIA ALLEN
                      2 DUNWOOD PARK SOUTH
                      ATLANTA, GEORGIA 30338

                      **We Have Located Other Marks With This Owner**

                      LULU                          State          Page 717

## LULU'S FASHION LOUNGE

**LULU'S FASHION LOUNGE**

**State:**              CALIFORNIA

**Status:**             REGISTERED
**Date Registered:**    JUL 19, 2004
**Registration No.:**   110234

**Goods/Services:**     **International Class:  25**
                        CLOTHING, NAMELY, SHIRTS, BELTS, PANTS,
                        UNDERWEAR, SLEEPWEAR
                        **State Class:** 25

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| AUG 31, 1996 | AUG 31, 1996 |

**Registrant:**

COLLEEN L. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| LULU'S | State | Page 718 |
|---|---|---|
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 746 |

DEBRA A. CANNON
GENERAL PARTNERSHIP
212 MAIN ST.
CHICO, CALIFORNIA 95928

**We Have Located Other Marks With This Owner**

| LULU'S | State | Page 718 |
|---|---|---|
| LULU'S | State | Page 722 |
| LULU'S FASHION LOUNGE | State | Page 740 |
| LULU'S FASHION LOUNGE | State | Page 742 |
| LULU'S FASHION LOUNGE | State | Page 746 |

**Manner Of Display:**

USED ON LABELS AND TAGS AFFIXED TO THE GOODS,
LABELS AND TAGS AFFIXED TO THE CONTAINERS OF THE
GOODS, BY PRINTING IT DIRECTLY ONTO THE GOODS, BY

PRINTING IT DIRECTLY ONTO THE CONTAINERS FOR THE GOODS

**Filing Correspondent:**

LISA L. NIXON, ESQ.

DOWNEY BRAND LLP

555 CAPITOL MALL, 10TH FLOOR

SACRAMENTO, CALIFORNIA 95814



**LULU GIRL STUFF GIRLS CAN'T LEAVE BEHIND**

**State:**            FLORIDA

**Status:**           REGISTERED
**Date Registered:**  JAN 29, 2003
**Registration No.:** T2003115

**Goods/Services:**   **International Class:  35, 25**
                      RETAIL STORE SERVICES FEATURING FASHION ACCESSO
                      RIES; CHILDRENS AND JUNIORS CLOTHING, SHOES AND
                      HATS
                      **State Class:** 25,35

                      **First Use In State:**      **First Use Anywhere:**
                      JAN 08, 2002                 JAN 08, 2002

**Design Phrase:**    A DESIGN OF A GIRL WITH THE NAME ″LULU GIRL″ AND
                      THE TAGLINE ″STUFF GIRLS CAN'T LEAVE BEHIND.″

**Registrant:**

                      LULU GIRL LLC
                      FLORIDA LIMITED LIABILITY COMPANY
                      6003 NW 91ST AVENUE
                      PARKLAND, FLORIDA 33067
                      TEL:  954-796-2477

**Manner Of Display:**

                      USED ON ITEM SOLD IN RETAIL STORES, LABELS,
                      HANGTAGS, IMPRINTED, MONOGRAMS AND DECALS;
                      ALSO TO BE USED AS A STORE SIGN, BUSINESS CARD,
                      PRINT ADVERTISING, STATIONERY, PROMOTIONAL ITEMS,
                      BUSINESS CHECKS, POSTERS AND BILL BOARDS

## LULU'S NURSERY SCHOOL

**LULU'S NURSERY SCHOOL**

**State:**              FLORIDA

**Status:**             EXPIRED

**Date Registered:**    JUL 09, 1991

**Registration No.:**   T14706

**Expiration Date:**    JUL 09, 2001

**Goods/Services:**     **International Class: 42, 41**

CHILD DAY CARE CENTER/SCHOOL

**State Class:** 41

**First Use In State:**          **First Use Anywhere:**

JAN 01, 1984                     JAN 01, 1984

**Registrant:**

DEMETRIO PEREZ, JR.

INDIVIDUAL

904 SW 23 AVE.

MIAMI, FLORIDA 33135

TEL: 305-643-4888

**Disclaims:**          NURSERY SCHOOL

# LULU BOUTIQUE

## LULU BOUTIQUE

**State:**            CALIFORNIA

**Status:**           EXPIRED

**Date Registered:**  MAY 26, 1993

**Registration No.:** 42000

**Expiration Date:**  MAY 26, 2003

**Goods/Services:**   **International Class: 42**

RETAIL SALES OF CLOTHING & ACCESSORIES

**State Class:** 101

**First Use In State:**        **First Use Anywhere:**

FEB 01, 1993                   FEB 01, 1993

**Design Phrase:**    THE MARK CONSISTS OF A DESIGN OF A FLYING ANGEL
WITH THE NAME LULU BOUTIQUE ON A BAR THROUGH
BODY, PLUS A MULTI POINTED STAR TO THE LEFT

**Registrant:**

ELIZABETH ANN BOND SCHOEFFEL
DBA LU LU BOUTIQUE
GENERAL PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92101

**We Have Located Other Marks With This Owner**

CAFE LULU              State          Page 771

SARAH SCHOEFFEL
DBA LULU BOUTIAUE
GENERAL PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92101

RUDD SCHOEFFEL
GENERAL PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92101

ELIZABETH MORRISSCHOEFFER
GENERAL PARTNERSHIP
762 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92101

**Disclaims:**        ″BOUTIQUE″

**Filing Correspondent:**

E.A.B. SCHOEFFEL
762 5TH AVENUE
SAN DIEGO, CALIFORNIA 92101

**ST-34**
**Group:** Four

## LULU'S MAHOGANY HALL

**LULU'S MAHOGANY HALL**

**State:** LOUISIANA

**Status:** NOT RENEWED
**Date Registered:** SEP 17, 1984

**Goods/Services:** **International Class: 42**
RESTAURANT AND LOUNGE
**State Class:** 42

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| AUG 01, 1980 | AUG 01, 1980 |

**Registrant:**

NEW ORLEANS AIRPORT INN, INC., D/B/A TRAVELODGE AT
INTERNATIONAL AIRPORT
2240 VETERANS MEM. BLVD.
KENNER, LOUISIANA 70062



**COCOLULU**

**State:**             HAWAII

**Status:**            RENEWED
**Date Registered:**   AUG 01, 2000
**Registration No.:**  241678
**Renewed:**           JUN 14, 2001
**Renewal**
**Registration No.:**  251646

**Goods/Services:**    **International Class: 25, 14, 24, 9, 20**
                       CLOTHING, SWIMSUITS, COSTUME JEWELRY, HATS AND
                       CAPS, TOWELS, SUNGLASSES, BEACH ACCESSORIES

**Design Phrase:**     A OVAL DESIGN WITH THE WORDS ″COCOLULU″
**Registrant:**

                       EXIV USA, INC.
                       HAWAII CORPORATION
                       1232 WAIMANU STREET, SUITE A
                       HONOLULU, HAWAII 96814

**Renewed To:**        EXIV USA INC
                       HAWAII CORPORATION
                       2301 KUHIO AVE. #102
                       HONOLULU, HAWAII 96815

**Manner Of Display:**

                       AFFIXED OR WOVEN INTO THE GOODS OR MANUFAC
                       TURED ARTICLES AND THEY WILL BE MARKED IN THEIR
                       CONTAINERS

GRANDMA LULU'S
ORIGINAL
SANDDOLLAR
SUGAR COOKIES

## GRANDMA LULU'S ORIGINAL SANDDOLLAR SUGAR COOKIES

**State:**          WISCONSIN

**Status:**          REGISTERED

**Date Registered:** MAY 12, 1999

**Goods/Services:**  **International Class: 40, 35, 30**

MANUFACTURE AND SALE OF SUGAR COOKIES

**First Use Anywhere:**

AUG, 1998

**Registrant:**

MARY LOU MINARD

1100 CAMERON STREET

GREEN BAY, WISCONSIN 54304

TEL: 920-497-1903

**We Have Located Other Marks With This Owner**

| GRANDMA LULU'S ORIGINAL SAND DOLLAR SUGAR COOKIES | State | Page 761 |

**Filing Correspondent:**

ATTORNEY JAMES P. O'NEIL

403 SOUTH JEFFERSON STREET

GREEN BAY, WISCONSIN 54304

TEL: 920-432-6060

## GRANDMA LULU'S ORIGINAL SUGAR COOKIES SANDDOLLAR F.M.T., LLC

### GRANDMA LULU'S ORIGINAL SUGAR COOKIES SANDDOLLAR F.M.T., LLC

**State:**          WISCONSIN

**Status:**          REGISTERED

**Date Registered:**  JUN 02, 1999

**Goods/Services:**  **International Class:  40, 35, 30**
MANUFACTURE AND SALE OF SUGAR COOKIES
**First Use Anywhere:**
AUG, 1998

**Design Phrase:**  CIRCULAR SYMBOL WITH THE WORDS "GRANDMA LULU'S ORIGINAL SUGAR COOKIES" WRITTEN ON THE OUTSIDE EDGE OF SAID CIRCULAR LABEL. "SANDDOLLAR F.M.T. LLC" IS WRITTEN ACROSS THE CENTER OF THE MARK. THE INSIDE CIRCLE WITHIN THE MARK CONTAINS FOUR HALF CIRCLE INDENT ATIONS. WITHING THAT CIRCLE ARE FIVE OBLONG CIRCLES. THREE OBLONG CIRCLES APPEAR ON THE UPPER HALF OF SAID MARK AND TWO OBLONG CIRCILES APPEAR ON THE LOWER HALF OF THE MARK.

**Registrant:**

SANDDOLLAR, F.M.T., LLC
LIMITED LIABILITY COMPANY
1100 CAMERON STREET
GREEN BAY, WISCONSIN 54304
TEL:  920-497-1903

**Filing Correspondent:**

JAMES P. O'NEIL
403 S. JEFFERSON STREET
GREEN BAY, WISCONSIN 54301
TEL: 920-432-6060



## GRANDMA LULU'S ORIGINAL SAND DOLLAR SUGAR COOKIES

**State:**          WISCONSIN

**Status:**         REGISTERED
**Date Registered:** SEP 12, 2001

**Goods/Services:** **International Class: 35**
SALE OF SUGAR COOKIES
**First Use Anywhere:**
AUG, 2001

**Design Phrase:** RECTANGULAR SYMBOL WITH THE WORDS "GRANDMA LULU'S" ON THE UPPER LEFT CORNER AND THE WORD "ORIGINAL SAND DOLLAR" ON THE UPPER RIGHT CORNER, IN THE CENTER IS A CHARACTER OF A CRAB HOLDING A SAND DOLLAR COOKIE IN HIS FRONT PINCHERS, THE BACKGROUND OF THE SYM BOL DEPICTS A BLUE SKY WITH CLOUDS AND THE CRAB STANDING ON A SAND COLOR BEACH, ON THE LOWER LEFT HAND SIDE OF THE CRAB IS A SEA SHELL FIGURINE AND ON THE LOWER RIGHT HAND SIDE OF THE CRAB IS A STAR FISH, THE WORDS "SUGAR COOKIES" APPEARS BELOW THE CRAB C HARACTER

**Registrant:**

MARY LOU MINARD
1100 CAMERON STREET
GREEN BAY, WISCONSIN 54304
TEL:  920-497-1903

**We Have Located Other Marks With This Owner**

GRANDMA LULU'S           State        Page 759
ORIGINAL SANDDOLLAR
SUGAR COOKIES

**Filing Correspondent:**

JAMES P. O'NEIL
403 S. JEFFERSON STREET, PO BOX 1625
GREEN BAY, WISCONSIN 54305-1625
TEL: 920-432-6060

# MAMO-ULU

**MAMO-ULU**

**State:**              HAWAII

**Status:**            NOT RENEWED

**Date Registered:**   MAY 06, 1996

**Registration No.:**  195117

**Goods/Services:**    **International Class:  25, 9, 18**
                       PALAKA APPAREL, IE, VISORS, ALOHA SHIRTS, WALK
                       SHORTS, SURF SHORTS, BABY WEAR, BABY BLANKETS,
                       BAGS, JUMPERS, JACKETS, MUU MUUS, COORDINATED
                       WITH ORIGINAL APPLIQUE DESIGNS OF NATIVE HAWAIIAN
                       PLANTS, FLOWERS, MOTIFS

**Registrant:**

                       ULULANI T. EVANGELISTA
                       SOLE PROPRIETOR
                       1840 AUWAE ROAD
                       HILO, HAWAII 96720

**Manner Of Display:**
                       AFFIXED TO APPAREL IN LABEL FORM



### HOT LULU'S HLL

**State:**            CALIFORNIA

**Status:**           EXPIRED

**Date Registered:** MAY 17, 1995

**Registration No.:** 100111

**Expiration Date:** MAY 17, 2005

**Goods/Services:**   **International Class: 5**
A MICROWAVABLE MUSCLE RELAXER A RICE FILLED 100 % COTTON BAG
**State Class:** 50
**First Use In State:**      **First Use Anywhere:**
DEC 28, 1994             DEC 28, 1994

**Design Phrase:**    THE WORDS HOT LULU'S HLL LARGE H CONNECTED TO TWO CURSIVE L'S ALL LETTERS ENCLOSED IN TWO SQUARES

**Registrant:**
LUANNE SUE JORDAN
SOLE PROPRIETOR
P.O. BOX 1733 1540 VALDORA #179
DAVIS, CALIFORNIA 95617

**Manner Of Display:**
LABELS AND TAGS AFFIXED TO THE GOODS. LABELS AND TAGS AFFIXED TO CONTAINERS OF THE GOODS. PRINTING IT DIRECTLY ONTO THE GOODS.



LOMI & LULU

**LOME & LULU**

**State:**               HAWAII

**Status:**              NOT RENEWED
**Date Registered:**     OCT 05, 1998
**Registration No.:**    221349

**Goods/Services:**      **International Class:  25, 18**
                         T-SHIRTS, HAT, BAG

**Design Phrase:**       THE WORDS ″LOME & LULU″ WITH GRAPHIC DESIGN OF A
                         DOG RIDING A DOLPHIN. THE DOG WEARING A LIE AND
                         ALOHA SHIRT WITH SHAKA HAND WITH BIG SMILE.

**Registrant:**

                         SON M. MAYES
                         SOLE PROPRIETOR
                         PO BOX 235112
                         HONOLULU, HAWAII 96823

**Manner Of Display:**

                         ATTACHED TO THE PRODUCT AND APPLIED TO THE
                         PRODUCT

EVA-LU-LU

**EVA-LU-LU**

**State:**               MASSACHUSETTS

**Status:**              NOT RENEWED
**Date Registered:**     MAY 04, 1984
**Registration No.:**    35136

**Goods/Services:**      **International Class: 28**
                         STUFFED ANIMALS, ORNAMENTS AND DECORATIONS.
                         **State Class:** 28
                         **First Use In State:**        **First Use Anywhere:**
                         NOV 25, 1983                   NOV 25, 1983

**Design Phrase:**       THE NAME ″EVA-LU-LU″ AND A PICTURE OF A GIRAFFE
                         AND THREE CHILDREN.

**Registrant:**
                         MARIA KATTERINA FORSYTH
                         INDIVIDUAL
                         63 STERLING PLACE
                         WEST BOYLSTON, MASSACHUSETTS 01583

**Manner Of Display:**
                         APPLIED TO TAGS OR LABELS AFFIXED TO THE
                         CONTAINERS FOR THE GOODS, TAGS OR LABELS
                         AFFIXED TO THE CONTAINERS FOR THE GOODS.

LULU TAPANINI

**LULU TAPANINI**

**State:**              NEW JERSEY

**Status:**             NOT RENEWED
**Date Registered:**    DEC 19, 2001
**Registration No.:**   20882

**Goods/Services:**     **International Class:  30**
                        SALAD DRESSING, SAUCES
                        **State Class:** 30
                        **First Use In State:**          **First Use Anywhere:**
                        OCT 23, 2001                     OCT 23, 2001

**Registrant:**
                        DLN, FOOD SERVICES, INC.
                        NEW JERSEY CORPORATION
                        50 GLENWILD ROAD
                        MADISON, NEW JERSEY 07940
                        TEL:  973-377-4595

# IT'S A LULU

**IT'S A LULU**

**State:**            NEW YORK

**Status:**           NOT RENEWED
**Date Registered:**  JUN 06, 1989
**Registration No.:** R25576

**Goods/Services:**   **International Class: 30**
                      DUMPLING MIX
                      **State Class:** 46
                      First Use In State:          First Use Anywhere:
                      MAR, 1989                    MAR, 1989

**Design Phrase:**    "IT'S A LULU" PHOTOGRAPH OF FOUR DUMPLINGS, PIECE
                      OF CHICKEN AND PARSLEY ON A BROWN PLATE

**Registrant:**
                      LULU PRODUCTS, INC.
                      NEW YORK CORPORATION
                      254A POWELL ROAD
                      HOLLAND PATENT, (ONEIDA CO.) NEW YORK 13354

**Manner Of Display:**
                      PACKAGING; ALSO USED IN ADVERTISING

ULU

**ST-45**
**Group:** Four

IT'S A LULU OF A
DRINK

**IT'S A LULU OF A DRINK**

**State:**              ILLINOIS

**Status:**             NOT RENEWED
**Date Registered:**    APR 14, 1978
**Registration No.:**   33430

**Goods/Services:**    **International Class:  32**
                        SOFT DRINKS AND CARBONATED WATERS
**Registrant:**

                        HAWTHORNE-LEGIONAIRE BEVERAGE WORK CICERO
                         INDIANA

LULU'S OLDIES &
JITTERBUG
SINGLES

## LULU'S OLDIES & JITTERBUG SINGLES

**State:**              ILLINOIS

**Status:**             EXPIRED

**Date Registered:**  MAY 12, 1992

**Registration No.:**  70507

**Expiration Date:**   MAY 12, 2002

**Goods/Services:**   **International Class:  35, 42**

CONSULTING FOR BANQUET HALLS HOTELS RESTAU-
RANTS AND SOCIAL EVENTS DANCES FOR MIDDLE AGE
SINGLE PEOPLE

**First Use In State:**          **First Use Anywhere:**

APR 13, 1992                  APR 13, 1992

**Registrant:**

LULU'S STUFF INC
10238 WEST HILLTOP DRIVE
ORLAND PARK, ILLINOIS 60462

**ULU**

**ST-47**
**Group:** Four

## LULU WHITE

**LULU WHITE**

**State:**              MASSACHUSETTS

**Status:**              NOT RENEWED
**Date Registered:**    AUG 08, 1977
**Registration No.:**   28042

**Goods/Services:**     **International Class:  41**
                        NIGHTCLUB AND BAND
                        **State Class:** 35
                        **First Use In State:**          **First Use Anywhere:**
                        AUG 01, 1977                     AUG 01, 1977

**Registrant:**

                        CHESTER F. ENGLISH III
                        INDIVIDUAL
                        BUTTERCUP LANE
                        DOVER, MASSACHUSETTS 02030

**Assignment Date:** JUL 28, 1980

| **Assignee** | **Assignor** |
|---|---|
| DENIS PALMISCIANO PARTNERSHIP | CHESTER F. ENGLISH III INDIVIDUAL |
| 3 APPLETON STREET | BUTTERCUP LANE |
| BOSTON, BOSTON MASSACHUSETTS 02118 | DOVER, MASSACHUSETTS 02030 |

**Assignee**
P.M. CARNOVALS
3 APPLETON STREET
BOSTON, BOSTON MASSACHUSETTS
02118

**Manner Of Display:**

                        IN ADVERTISING, ON DOCUMENTS, WRAPPERS, OR
                        ARTICLES



**CAFE LULU**

**State:**            CALIFORNIA

**Status:**           EXPIRED
**Date Registered:** NOV 10, 1992
**Registration No.:** 41105
**Expiration Date:** NOV 10, 2002

**Goods/Services:**  **International Class:  42**
                     RESTAURANT SERVICES
                     **State Class:** 100
                     **First Use In State:**      **First Use Anywhere:**
                     NOV 01, 1990                 NOV 01, 1990

**Registrant:**

                     ELIZABETH MORRIS SCHOEFEL
                     DBA CAFE LULU
                     GENERAL PARTNERSHIP
                     419 F STREET
                     SAN DIEGO, CALIFORNIA 92101

                     SARAH RUDD SCHOEFFEL
                     DBA CAFE LULU
                     GENERAL PARTNERSHIP

                     ELIZABETH ANN BOND SCHOEFFEL
                     DBA CAFE LULU
                     GENERAL PARTNERSHIP

                     <u>We Have Located Other Marks With This Owner</u>

                     <u>LULU BOUTIQUE</u>          State          Page 755

                     BERNARD RUDD SCHOEFFEL

                     DBA CAFE LULU
                     GENERAL PARTNERSHIP

**Disclaims:**       ″CAFE″

# IT'S A LU-LU !

## IT'S A LU-LU !

**State:**            CALIFORNIA

**Status:**           EXPIRED

**Date Registered:**  APR 28, 1988

**Registration No.:** 32563

**Expiration Date:**  APR 28, 1998

**Goods/Services:**   **International Class: 42**

PRODUCT DESIGN INCLUDING SHAPING, ILLUSTRATING
AND COLORING PLAQUES

**State Class:** 100

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| DEC 31, 1987 | DEC 31, 1987 |

**Registrant:**

IT'S A LU-LU!

GENERAL PARTNERSHIP

3970 ATLANTIC AVENUE SUITE 202

LONG BEACH, CALIFORNIA 90807

TEL:  213-598-1856

**Manner Of Display:**

ON BUSINESS CARDS





**NAILLABO HONOLULU**

**State:**  HAWAII

**Status:**  RENEWED
**Date Registered:**  AUG 26, 1998
**Registration No.:**  219949
**Renewed:**  MAY 12, 1999
**Renewal**
**Registration No.:**  227715

**Goods/Services:**  **International Class:  3, 25**
NAIL POLISH, OTHER BEAUTY SUPPLIES AND CLOTHING
APPAREL

**Design Phrase:**  THE WORDS ″NAILLABO HONOLULU″ AND DESIGN OF A
HIBISCUS FLOWER

**Registrant:**

FROM YE CORPORATION
HAWAII CORPORATION
2310 KUHIO AVENUE #13414
HONOLULU, HAWAII 96815

**Renewed To:**  FROM YE CORPORATION
HAWAII CORPORATION
2310 KUHIO AVE #13 & 14
HONOLULU, HAWAII 96815

**Manner Of Display:**

USED ON LABELS PRINTED, EMBOSSED OR TRANFERRED
EITHER TYPOGRAPHICALLY, PHOTOGRAPHICALLY, OR
OTHERWISE TO OR ON OTHER ARTICLES OR PACKAGING
MATERIALS

## HONOLULU COMMUNITY COLLEGE

**HONOLULU COMMUNITY COLLEGE**

**State:** HAWAII

**Status:** RENEWED
**Date Registered:** MAY 06, 1991
**Registration No.:** 130245
**Renewed:** MAR 11, 2002

**Goods/Services:** **International Class: 25, 9, 16, 21, 18, 20, 6, 24, 28, 26**
CLOTHING, INCLUDING BUT NOT LIMITED TO: T-SHIRTS,
SWEATSHIRTS, NIGHT SHIRTS, JACKETS, TANK TOPS,
SHORTS, SWEAT PANTS, SOCKS, HATS, CAPS, VISORS,
ETC.; PAPER AND PAPER ARTICLES, PRINTED MATTER,
STATIONERY, ADHESIVE MATERIAL, LABELS, DECALS,
PLAYING CARDS, GAMES, MUGS, CUPS, GLASSES, PENS,
PENCILS, UMBRELLAS, KEY CHAIN HOLDERS, PENNANTS,
TOWELS, BUTTONS AND OTHER MISCELLANEOUS ITEMS
AND MEMORABILIA

**Registrant:**

UNIVERSITY OF HAWAII
HAWAII CORPORATION
C/O PROCUREMENT & PROPERTY MANAGEMENT OFFICE,
1400 LOWER CAMPUS ROAD, ROOM 15
HONOLULU, HAWAII 96822

**We Have Located Other Marks With This Owner**

UNIVERSITY OF HAWAII          State          Page 1024
HONOLULU COMMUNITY
COLLEGE 1920
MALAMALAMA

**Renewed To:** UNIVERSITY OF HAWAII
C/O COLLEGIATE LICENSING OFFICE, 2465 CAMPUS ROAD
HONOLULU, HAWAII 96822

**Manner Of Display:**

SILKSCREENED, PRINTED, EMBOSSED, EMBROIDERED,
ETCHED OR OTHERWISE AFFIXED TO THE PRODUCT OR
A LABEL TO BE AFFIXED TO THE PRODUCT OR THE
CONTAINER FOR THE PRODUCT



**SNORKFIN RENTAL HANAUMA BAY HONOLULU HAWAII**

**State:**              HAWAII

**Status:**             REGISTERED
**Date Registered:**    FEB 25, 2003
**Registration No.:**   4007691

**Goods/Services:**     **International Class:  28, 25, 27, 9, 24, 20, 18, 16, 6**
                        SNORKELS, FINS, MASKS, WEARING APPAREL, MATS,
                        FLOATERS, BOOGIE BOARDS, UNDERWATER CAMERA,
                        DISPOSABLE CAMERA, TOWELS, BEACH CHAIRS,
                        UMBRELLAS, DECALS, KEY CHAINS

**Design Phrase:**      THE WORDS "SNORKFIN RENTAL HANAUMA BAY
                        HONOLULU HAWAII" THE LOGO OF A SMALL CHILD WITH
                        FINS, SNORKEL AND MASK, FLOATING UNDERWATER
                        WITH FISHES

**Registrant:**

                        SURE SHOT HAWAII, INC.
                        CORPORATION
                        720 IWILEI ROAD, SUITE 101
                        HONOLULU, HAWAII 96817

**Manner Of Display:**

                        SILK SCREENED, LAMINATED, EMBROIDERED, PRINTED
                        ONTO PRODUCTS

## HONOLULU COMMUNITY COLLEGE HCC

HONOLULU
COMMUNITY
COLLEGE HCC

**State:** HAWAII

**Status:** RENEWED
**Date Registered:** MAY 30, 1991
**Registration No.:** 131988
**Renewed:** MAY 30, 2002
**Renewal**
**Registration No.:** 260487

**Goods/Services:** International Class: **25, 16, 28, 21, 18, 6, 20, 24**
CLOTHING, INCLUDING BUT NOT LIMITED TO: T-SHIRTS,
SWEATSHIRTS, NIGHT SHIRTS, JACKETS, TANK TOPS,
SHORTS, SWEATPANTS, SOCKS, HATS, CAPS, VISORS,
ETC.; PAPER AND PAPER ARTICLES, PRINTED MATTER,
STATIONERY, ADHESIVE MATERIAL, LABELS, DECALS,
PLAYING CARDS, G AMES, MUGS, CUPS, GLASSES, PENS,
PENCILS, UMBRELLAS, KEY CHAIN HOLDERS ,
PENNANTS, TOWELS, BUTTONS, AND OTHER
MISCELLANEOUS ITEMS AND MEMORABIIA.

**Design Phrase:** THE WORDS ″HONOLULU COMMUNITY COLLEGE″ AND A
CIRCULAR DESIGN SURROUNDING A KUKUI NUT LEAF.
WITHIN THE KUKUI NUT LEAF IS THE FLAME OF
KNOWLEDGEWHICH FORMS THE LETTERS ″HCC″.

**Registrant:**

UNVERSITY OF HAWAII
HAWAII CORPORATION
C/O PROCUREMENT & PROPERTY MANAGEMENT OFFICE,
1400 LOWER CAMPUS RD., RM. 15
HONOLULU, HAWAII 96822

**Renewed To:** UNIVERSITY OF HAWAII C/O COLLEGIATE LICENSING
OFFICE
HAWAII CORPORATION
2465 CAMPUS ROAD
HONOLULU, HAWAII 96822

**Manner Of Display:**

SILKSCREENED, PRINTED, EMBOSSED, EMBROIDERED,
ETCHED OR OTHERWISE AFFIXED TO THE PRODUCT, OR
USED ON LABELS AFFIXED TO THE PRODUCTS OR THE
CONTAINERS FOR THE PRODUCTS.

**ULU**

**ST-54**
**Group:** Four

POCKET ULU

**POCKET ULU**

**State:**            ALASKA

**Status:**           REGISTERED
**Date Registered:**  DEC 29, 2005
**Registration No.:** 3935

**Goods/Services:**   **International Class:  6**
                      **GOODS/SERVICES NOT AVAILABLE**
                      **State Class:** 6
**Registrant:**

                      JAMES A COTTRELL IV
                      1020 E 4TH AVE
                      ANCHORAGE, ALASKA 99501

THE OAHU,
HONOLULU, WAIKIKI
VACATION PLANNER

**THE OAHU, HONOLULU, WAIKIKI VACATION PLANNER**

**State:**            HAWAII

**Status:**           RENEWED

**Date Registered:**  JUL 26, 1996

**Registration No.:** 198129

**Renewed:**          JUL 15, 1997

**Renewal**

**Registration No.:** 208871

**Goods/Services:**   **International Class: 9, 35**
                      COMPUTERIZED INTERNET VISITOR DATA TO PROVIDE
                      TOURIST INFORMATION WHEN ACCESSED.

**Registrant:**

                      H & S PUBLISHING

                      HAWAII PARTNERSHIP

                      1351 KUHIO HIGHWAY

                      KAPAA, HAWAII 96746

                      <u>**We Have Located Other Marks With This Owner**</u>

                      THE OAHU, HONOLULU,      State           Page 891
                      WAIKIKI VACATION
                      PLANNER

**Renewed To:**       H & S PUBLISHING

                      HAWAII PARTNERSHIP

                      1351 KUHIO HWY

                      KAPAA, HAWAII 96746

HONOLULU HARLEY-
DAVIDSON

**HONOLULU HARLEY-DAVIDSON**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    OCT 30, 2006
**Registration No.:**   4048199

**Goods/Services:**     **International Class: 35, 12**
                        TO DISTRIBUTE AND SELL MOTORCYCLES AND RELATED
                        ITEMS
**Registrant:**

                        CYCLE CITY LTD.
                        HAWAII CORPORATION
                        600 PUULOA ROAD
                        HONOLULU, HAWAII 96819

                        <u>**We Have Located Other Marks With This Owner**</u>

                        <u>HARLEY-DAVIDSON OF</u>        State           Page 780
                        <u>HONOLULU</u>

## HARLEY-DAVIDSON OF HONOLULU

**HARLEY-DAVIDSON OF HONOLULU**

**State:**            HAWAII

**Status:**           REGISTERED
**Mark Type:**        TRADE NAME
**Date Registered:**  OCT 30, 2006
**Registration No.:** 4048200

**Goods/Services:**   **International Class: 35, 12**
                     TO DISTRIBUTE AND SELL MOTORCYCLES AND RELATED
                     ITEMS
**Registrant:**

                     CYCLE CITY LTD.
                     HAWAII CORPORATION
                     600 PUULOA ROAD
                     HONOLULU, HAWAII 96819

                     <u>**We Have Located Other Marks With This Owner**</u>

                     HONOLULU HARLEY-          State          Page 779
                     DAVIDSON



**ALOHA DOG HONOLULU HAWAII**

**State:**                    HAWAII

**Status:**                   REGISTERED
**Date Registered:**  SEP 27, 2002
**Registration No.:**  4003952

**Goods/Services:**  **International Class:  25, 18, 14**
                             DOG CLOTHING, T-SHIRTS, DOG LEASH, JEWELRY

**Design Phrase:**    THE MARK CONSISTS OF THE WORDS ″ALOHA DOG
                             HONOLULU HAWAII″ DESIGN: OF A DOG FOOT PRINT
                             SHAPED LIKE HAWAIIAN ISLANDS.

**Registrant:**

                             AKIRA TSUDA
                             SOLE PROPRIETOR
                             3-43-7 #901 EBISU, SHIBUYAKU
                             TOKYO,
                             JAPAN

**Manner Of Display:**

                             USED ON TAG, SILK SCREEN



**SUN SEA HONOLULU**

**State:**                HAWAII

**Status:**               RENEWED
**Date Registered:**      MAR 10, 2000
**Registration No.:**     236616
**Renewed:**              FEB 12, 2001
**Renewal**
**Registration No.:**     247818

**Goods/Services:**       **International Class:  14, 25**
                          JEWELRY AND APPARELS

**Design Phrase:**        A SEA TURTLE WITH THE WORDS ″SUN SEA HONOLULU″
                          UNDERNEATH.
**Registrant:**

                          G MAX, INC.
                          HAWAII CORPORATION
                          3813 KAIMUKI AVENUE
                          HONOLULU, HAWAII 96816

**Renewed To:**           G MAX, INC.
                          HAWAII CORPORATION
                          1917 KALAKAUA AVE.
                          HONOLULU, HAWAII 96815

**Manner Of Display:**
                          PRINTED OR INSCRIBED TO PRODUCTS

## HONOLULU GOLD

**HONOLULU GOLD**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    JUL 10, 2006
**Registration No.:**   4045164

**Goods/Services:**     **International Class: 35, 14**
                        ON-LINE SALES OF JEWELRY
**Registrant:**

                        SHAWN D. CHUN
                        3577 PINAO STREET, #42
                        HONOLULU, HAWAII 96822

HONOLULU
JEWELRY COMPANY
WHEN YOU LOVE
SOMEONE...

**HONOLULU JEWELRY COMPANY WHEN YOU LOVE SOMEONE...**

**State:**          HAWAII

**Status:**         REGISTERED
**Date Registered:** SEP 13, 2006
**Registration No.:** 4046753

**Goods/Services:** **International Class: 35, 14**
SALES OF JEWELRY
**First Use Anywhere:**
AUG 15, 2006

**Design Phrase:** THE WORDS "HONOLULU JEWELRY COMPANY" AND
DESIGN OF SUNSET PICTURE WITH A HAWAIIAN BANGLE
AND TAG LINE "WHEN YOU LOVE SOMEONE..."

**Registrant:**

JOHNSON PACIFIC ENTERPRISES, INC.
HAWAII CORPORATION
3049 UALENA STREET, #815
HONOLULU, HAWAII 96819

**We Have Located Other Marks With This Owner**

HONOLULU JEWELRY          State          Page 807
COMPANY WHEN YOU
LOVE SOMEONE...

## HONOLULU PENNYSAVER

### HONOLULU PENNYSAVER

**State:**            HAWAII

**Status:**           REGISTERED
**Date Registered:**  JUN 20, 2002
**Registration No.:** 4001357

**Goods/Services:**   **International Class:  16**
                      NEWSPAPERS/PERIODICALS
**Registrant:**

                      HAWAII PUBLICATIONS, INC.
                      WEST VIRGINIA CORPORATION
                      C/O THE OGDEN NEWSPAPERS, INC., 1500 MAIN STREET
                      WHEELING, WEST VIRGINIA 26003

**Assignment Date:** JUN 26, 2003

| **Assignee** | **Assignor** |
|---|---|
| GANNETT PACIFIC CORPORATION | HAWAII PUBLICATIONS INC. |
| HAWAII CORPORATION | WEST VIRGINIA CORPORATION |
| 7950 JONES BRANCH DRIVE | C/O THE OGDEN NEWSPAPERS, INC. |
| MCLEAN, MCLEAN VIRGINIA 22107 | 1500 MAIN STREET |
| | WHEELING, WEST VIRGINIA 26003 |

**Manner Of Display:**

                      PRINTED ON THE GOODS



**HONOLULU SAKE FESTIVAL**

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | REGISTERED |
| **Date Registered:** | JUL 05, 2002 |
| **Registration No.:** | 4002558 |

**Goods/Services:** **International Class: 16, 20, 25**
ADVERTISING/MARKETING FLYERS AND SOUVENIR ITEM, SOLD OR DISTRIBUTED BY THE APPLICANT (E.G., T-SHIRTS)

**Design Phrase:** ″HONOLULU SAKE FESTIVAL″ AND DESIGN OF THE WORD SAKE IN A STYLIZED KANJI FORM TO INCLUDE THE SHAPE OF A SAKE BOTTLE, THE WORDS INCIRCLE THE DESIGN

**Registrant:**

KOKUSAI SAKE KAI, INC.
HAWAII CORPORATION
701 BISHOP STREET
HONOLULU, HAWAII 96813

**Manner Of Display:**

COMPUTER GRAPHICS, SILK-SCREENING

HNL HONOLULU

**HNL HONOLULU**

**State:**              HAWAII

**Status:**             RENEWED
**Date Registered:**    JUL 25, 2000
**Registration No.:**   241601
**Renewed:**            MAY 18, 2001
**Renewal**
**Registration No.:**   250849

**Goods/Services:**     **International Class: 25, 16**
                        CLOTHING, INCLUDING HATS AND T-SHIRTS, AND DECALS
**Registrant:**

                        CAPHATS, INC.
                        DELAWARE CORPORATION
                        6130 CLARK CENTER AVENUE, SUITE 107
                        SARASOTA, FLORIDA 34238

**Renewed To:**         CAPHATS, INC.
                        DELAWARE CORPORATION
                        505 PALMER AVE.
                        FALMOUTH, MASSACHUSETTS 02540

**Manner Of Display:**
                        APPLIED DIRECTLY TO PRODUCTS

**SURFBOARDS MAKAHA HONOLULU HAWAII**

**SURFBOARDS
MAKAHA**

✻

**HONOLULU, HAWAII**

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | RENEWED |
| **Date Registered:** | OCT 13, 1995 |
| **Registration No.:** | 186389 |
| **Renewed:** | OCT 12, 2006 |
| **Renewal Registration No.:** | 20057 |

**Goods/Services:**  **International Class: 28, 25, 16**
SURFBOARDS, T-SHIRTS, LABELS, STICKERS AND SURFING ACCESSORIES

**Design Phrase:** THE PICTURE OF A THIN BORDER LINE SHAPED IN THE FORM OF A RECTANGLE, LOCATED IN THE RECTANGLE IS THE WORD "SURFBOARDS" IN BOLD PRINT ON THE 1ST LINE AND THE WORD "MAKAHA" IN BOLD PRINT ON THE 2ND LINE. BELOW THE WORD "MAKAHA" IS A SMALL STYLISTIC DEISN OF AN ANGEL FISH AND BELOW THIS ARE THE WORDS "HONOLULU HAWAII" IN SMALLER BOLD PRINT

**Registrant:**

JOHN STUART RICHARDSON II
SOLE PROPRIETOR
84-536 UPENA STREET
WAIANAE, HAWAII 96792

**Renewed To:** JOHN STUART RICHARDSON II
SOLE PROPRIETOR
84-536 UPENA ST.
WAIANAE, HAWAII 96792

**Manner Of Display:**
USED ON LAMINATES, LABELS, STICKERS AND PRINTING



**HONOLULU CHOCOLATE COMPANY**

**State:**              HAWAII

**Status:**             RENEWED
**Date Registered:**    MAY 15, 1998
**Registration No.:**   217557
**Renewed:**            MAY 05, 1999
**Renewal**
**Registration No.:**   227515


**Goods/Services:**     **International Class:  30**
                        BOXED & BAGGED CHOCOLATES, CHOCOLATE COINS &
                        CHOCOLATE BARS

**Design Phrase:**      THE WORDS ″HONOLULU COMPANY″ IN A SEMI-CIRCLE
                        AND THE WORD ″CHOCOLATE″ WITHIN THE BORDER

**Registrant:**

                        HONOLULU CHOCOLATE COMPANY, INC.
                        HAWAII CORPORATION
                        1200 ALA MOANA BOULEVARD
                        HONOLULU, HAWAII 96814

**Renewed To:**         HONOLULU CHOCOLATE COMPANY INC.
                        HAWAII CORPORATION
                        1200 ALA MOANA BLVD
                        HONOLULU, HAWAII 96814


**Manner Of Display:**

                        USED ON LABELS & SILKSCREEN & MOLDS; T-SHIRTS,
                        TOTE BAGS

**ULU**

**ST-67**
**Group:** Four

HONOLULU COOKIE
COMPANY

**HONOLULU COOKIE COMPANY**

**State:**     HAWAII

**Status:**     REGISTERED
**Date Registered:** SEP 11, 2002
**Registration No.:** 4003994

**Goods/Services:**     **International Class: 30**
    COOKIES
**Registrant:**

    K & S HAWAIIAN CREATIONS, INCORPORATED
    HAWAII CORPORATION
    1717 HOMERULE STREET
    HONOLULU, HAWAII 96819

    **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU COOKIE COMPANY | USPTO | Page 512 |
| HONOLULU COOKIE COMPANY | USPTO | Page 520 |
| HONOLULU COOKIE COMPANY | USPTO | Page 526 |
| HONOLULU COOKIE COMPANY HAWAII | USPTO | Page 648 |
| HONOLULU COOKIE COMPANY | State | Page 979 |
| HONOLULU COOKIE COMPANY | State | Page 980 |

**Manner Of Display:**
    AFFIXED TO THE CONTAINERS FOR THE PRODUCT



H O N O L U L U
B O A R D   O F
R E A L T O R S

### H HONOLULU BOARD OF REALTORS

**State:**              HAWAII

**Status:**             RENEWED
**Date Registered:**    AUG 11, 1995
**Registration No.:**   183792
**Renewed:**            AUG 11, 2006
**Renewal**
**Registration No.:**   194039

**Goods/Services:**    International Class: **16, 41, 35**
                       NEWSLETTERS AND OTHER PUBLICATIONS,
                       EDUCATIONAL COURSES AND SEMINARS, MARKET
                       RESEARCH, MULTIPLE LISTING SERVICE
                       **State Class:** 35
                       **First Use In State:**      **First Use Anywhere:**
                       AUG 11, 1995                 AUG 11, 1995

**Design Phrase:**     DESIGN OF A GRPAHIC REPRESENTATION OF THE
                       LETTER ″H″ IN WHICH THE TALL PART OF THE LETTER
                       REPRESENTS A HIGH-RISE BUILDING AND THCURVED
                       PART REPRESENTS A HOUSE. A PALM TREE,
                       DEMONSTRATING A CONNECTION TO HAWAII IS
                       SILHOUETTED AGAINST THE ″HIGH-RISE″. THE W ORDS
                       HONOLULU BOARD OF RELATORS APPEAR BENEATH THE
                       GRAPHIC

**Registrant:**

                       HONOLULU BOARD OF REALTORS
                       HAWAII CORPORATION
                       1136 12TH AVENUE STE. 200
                       HONOLULU, HAWAII 96816

                       <u>We Have Located Other Marks With This Owner</u>

                       <u>HONOLULU BOARD OF</u>      State        Page 816
                       <u>REALTORS</u>

                       <u>HONOLULU BOARD OF</u>      State        Page 836
                       <u>REALTORS</u>

**Renewed To:**        HONOLULU BOARD OF REALTORS
                       HAWAII CORPORATION
                       1136 12TH AVE, SUITE 200
                       HONOLULU, HAWAII 96816

**Manner Of Display:**

USED ON BUSINESS CARDS, LETTERHEAD, SIGNAGE, ADVERTISING, PROMOTIONAL MATERIALS, WEBSITE

**ST-69**
**Group:** Four

# HONOLULU.CALM

**HONOLULU.CALM**

**State:**            HAWAII

**Status:**           RENEWED
**Date Registered:** JUN 26, 2000
**Registration No.:** 240504
**Renewed:**          JUN 22, 2001
**Renewal**
**Registration No.:** 251952

**Goods/Services:**  **International Class: 25, 20**
                     CLOTHING, GIFTS, HAWAII ADVERTISING, ETC.
**Registrant:**
                     JLB CORPORATION
                     HAWAII CORPORATION
                     3001 LAI ROAD
                     HONOLULU, HAWAII 96816

**Renewed To:**      JLB CORPORATION
                     HAWAII CORPORATION
                     3001 LAI RD.
                     HONOLULU, HAWAII 96816

**Manner Of Display:**
                     PRINTED DIRECTLY ON MERCHANDISE

**ST-70**
**Group:** Four

NATURALS
HONOLULU

## NATURALS HONOLULU

**State:**            HAWAII

**Status:**           RENEWED
**Date Registered:**  OCT 08, 1997
**Registration No.:** 210749
**Renewed:**          SEP 03, 1998
**Renewal**
**Registration No.:** 220638

**Goods/Services:**   **International Class:  25**
                      WOMEN'S APPAREL AND RELATED MERCHANDISE
**Registrant:**

                      YOU & ME NATURALLY, INC.
                      HAWAII CORPORATION
                      94-076 LEOKANE STREET
                      WAIPAHU, HAWAII 96797

                      **We Have Located Other Marks With This Owner**

                      RUBY DEW HONOLULU          State          Page 804

                      HONOLULU LULU              State          Page 848

**Renewed To:**       YOU & ME NATURALLY, INC.
                      HAWAII CORPORATION
                      94-076 LEOKANE STREET
                      WAIPAHU, HAWAII 96797

**Manner Of Display:**

                      USED ON LABELS AND HANG TAGS EITHER AFFIXED OR
                      ATTACHED TO THE MERCHANDISE

ULU

**ST-71**
**Group:** Four

CHOL-CHU-LU-LI

**CHOL-CHU-LU-LI**

**State:**           CALIFORNIA

**Status:**          REGISTERED
**Date Registered:** JUN 24, 1999
**Registration No.:** 105234

**Goods/Services:** **International Class: 25**
CLOTHING
**State Class:** 25

| First Use In State: | First Use Anywhere: |
|---|---|
| SEP 01, 1998 | SEP 01, 1998 |

**Design Phrase:** THE MARK CONSISTS OF A BODY AND FACE OF NATIVE
AMERICAN LAST WINTU TRIBAL CHIEF WITH THE WORDS
″CHOL-CHU-LU-LI″ DRESSED IN ANAMAL SKINS WITH
HEADRESS AND BOW AD ARROW TAKEN FROM ORIGINAL
PHOTOGRAPH

**Registrant:**

TED BERKEY
COMMUNITY PROPERTY
15373 FAWNDALE ROAD
REDDING, CALIFORNIA 96003

MARILYN BERKEY
COMMUNITY PROPERTY
15373 FAWNDALE ROAD
REDDING, CALIFORNIA 96003

**Manner Of Display:**

USED BY PRINTING IT DIRECTLY ONTO THE GOODS

**ULU**

**ST-72**
**Group:** Four

HONOLULU SEED
BANK

**HONOLULU SEED BANK**

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | REGISTERED |
| **Mark Type:** | TRADE NAME |
| **Date Registered:** | OCT 11, 2006 |
| **Registration No.:** | 4047849 |
| **Goods/Services:** | **International Class:  35, 31** |
| | HERBAL SEED SALES |
| **Registrant:** | |
| | KEN RAY |
| | 1011 AIEWA DRIVE, #J |
| | HONOLULU, HAWAII 96817 |

KUHULU RESERVE

**KUHULU RESERVE**

**State:**            HAWAII

**Status:**           REGISTERED
**Date Registered:**  JUL 10, 2006
**Registration No.:** 4045114

**Goods/Services:**   **International Class:  33**
                      WINE
                      **First Use Anywhere:**
                      JUL 10, 2006
**Registrant:**

                      TEDESCHI VINEYARDS LTD.
                      HAWAII CORPORATION
                      P.O. BOX 953, HIGHWAY 37
                      ULUPALAKUA, HAWAII 96790

                      <u>We Have Located Other Marks With This Owner</u>

                      KUHULU RESERVE          State          Page 798

# KUHULU RESERVE

**KUHULU RESERVE**

**State:**            HAWAII

**Status:**           REGISTERED
**Date Registered:**  JUL 10, 2006
**Registration No.:** 4045114

**Goods/Services:**   **International Class: 33**
                     WINE
                     **First Use Anywhere:**
                     JUL 10, 2006
**Registrant:**

                     TEDESCHI VINEYARDS LTD.
                     HAWAII CORPORATION
                     P.O. BOX 953, HIGHWAY 37
                     ULUPALAKUA, HAWAII 96790

                     <u>**We Have Located Other Marks With This Owner**</u>

                     KUHULU RESERVE          State          Page 797

MANA OF
HONOLULU

## MANA OF HONOLULU

**State:**              HAWAII

**Status:**              RENEWED
**Date Registered:**    DEC 29, 1999
**Registration No.:**    234449
**Renewed:**             JUL 12, 2000
**Renewal**
**Registration No.:**    241138

**Goods/Services:**      **International Class:  25**
                        APPAREL AND ACCESSORIES
**Registrant:**

                        CVF, INC.
                        HAWAII CORPORATION
                        511 HAHALONG ST. 1-A
                        HONOLULU, HAWAII 96825

**Renewed To:**          CVF, INC.
                        HAWAII CORPORATION
                        2250 KALAKAUA AVENUE, SUITE 517
                        HONOLULU, HAWAII 96815

**Manner Of Display:**
                        APPLIED DIRECTLY TO THE PRODUCT

**ULU**

ZULU COCONUTS

**ZULU COCONUTS**

**State:**            LOUISIANA

**Status:**           REGISTERED
**Date Registered:** JUN 07, 1999

**Goods/Services:**  **International Class:  35**
                    MAIL ORDERS, ADVERTISING, AND SOUVENIRS
                    **First Use In State:**      **First Use Anywhere:**
                    FEB 28, 1997              JAN 17, 1997

**Registrant:**

                    CLARK COMPANIES OF N.C., INC.
                    LOUISIANA CORPORATION
                    1350 W. ESPLANADE AVENUE, SUITE B
                    KENNER, (JEFFERSON CO.) LOUISIANA 70065

HONOLULU FISH
COMPANY

**HONOLULU FISH COMPANY**

**State:**            HAWAII

**Status:**           REGISTERED
**Date Registered:**  DEC 06, 2006
**Registration No.:** 4049156

**Goods/Services:**   **International Class: 35**
                      SEAFOOD MARKETING, DISTRIBUTION AND SALES
                      **State Class:** 35
                      **First Use In State:**        **First Use Anywhere:**
                      MAR 01, 2006                   MAR 01, 2006

**Design Phrase:**    THE WORDS ″HONOLULU FISH COMPANY″ & DESIGN OF
                      RECTANGULAR BOX WITH DIAMONDHEAD IN THE
                      BACKGROUND AND GRAPHIC ILLUSTRATIONS OF A
                      MARLIN, YELLOWFIN TUNA, AND SNAPPER IN THE
                      FOREGROUND SWIMMING TOWARD THE RIGHT. THE
                      WORD ″FISH″ HAS 3 RAISED DOTS SEPARATING T HE
                      LETTERS

**Registrant:**

                      HONOLULU FISH & SEAFOOD CORP.
                      824 GULICK AVENUE
                      HONOLULU, HAWAII 96819

                      **We Have Located Other Marks With This Owner**

                      HONOLULU FISH COMPANY      State           Page 838

**Manner Of Display:**

                      USED BY BEING PRINTED ON PACKAGING, STATIONERY,
                      SIGNS AND ALL TYPES OF ADVERTISING AND
                      PROMOTIONAL PRODUCTS

HONOLULU GIFT
FAIR

**HONOLULU GIFT FAIR**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    JUL 18, 2006
**Registration No.:**   4045430

**Goods/Services:**     **International Class:  35**
                        GIFT FAIR

**Registrant:**

                        PHILLIP G. KUCHLER, INC.
                        HAWAII CORPORATION
                        P.O. BOX 13021
                        AIEA, HAWAII 96701

**ULU**

**ST-79**
**Group:** Four

## HONOLULU TRADING ZONE

**HONOLULU TRADING ZONE**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    NOV 15, 2006
**Registration No.:**   4048667

**Goods/Services:**     **International Class:  35**
                        MARKETING AND DIRECT SALES
**Registrant:**

                        VIXION, LIMITED LIABILITY COMPANY
                        HAWAII LIMITED LIABILITY COMPANY
                        225 KAIULANI AVENUE, #403
                        HONOLULU, HAWAII 96815

RUBY DEW
HONOLULU

**RUBY DEW HONOLULU**

**State:**            HAWAII

**Status:**           RENEWED
**Date Registered:**  NOV 24, 1997
**Registration No.:** 212103
**Renewed:**          SEP 03, 1998
**Renewal**
**Registration No.:** 220639

**Goods/Services:**   **International Class: 25**
                     WOMEN'S APPAREL AND RELATED MERCHANDISE.
**Registrant:**

                     YOU & ME NATURALLY, INC.
                     HAWAII CORPORATION
                     94-076 LEOKANE STREET
                     WAIPAHU, HAWAII 96797

                     <u>**We Have Located Other Marks With This Owner**</u>

                     NATURALS HONOLULU        State          Page 794

                     HONOLULU LULU            State          Page 848

**Renewed To:**       YOU & ME NATURALLY, INC.
                     HAWAII CORPORATION
                     94-076 LEOKANE STREET
                     WAIPAHU, HAWAII 96797

**Manner Of Display:**
                     LABELS AND HANG TAGS EITHER AFFIXED OR ATTACHED
                     TO THE MERCHANDISE.

**HOKUKAI HOKUKAI HONOLULU HAWAII SETA HAWAII U.S.A.**



**State:**            HAWAII

**Status:**           RENEWED
**Date Registered:**  SEP 04, 1996
**Registration No.:** 199220
**Renewed:**          JUL 29, 1997

**Goods/Services:**   **International Class: 25**
                      MEN'S & WOMEN'S APPAREL

**Design Phrase:**    "HOKUKAI" IN SCRIPT LETTERING PRINTED IN AN ARC
                      TWICE WITH A SURFER IN BETWEEN WORDS. "SETA
                      HAWAII U.S.A." IN PRINTED CAPITALS BELOW RIGHT
                      "HOKUKAI"; "HONOLULU,HAWAII" IN PRINTED CAPITALS
                      UNDER LEFT "HOKUKAI".

**Registrant:**

                      SETA HAWAII, LTD.
                      HAWAII CORPORATION
                      C/O 615 PIIKOI STREET #2001
                      HONOLULU, HAWAII 96814

                      **We Have Located Other Marks With This Owner**

                      HINAHINA SETA HAWAII        State          Page 959
                      HONOLULU HAWAII USA

**Renewed To:**       SETA HAWAII, LTD.
                      HAWAII CORPORATION
                      C/O 615 PIIKOI STREET #2001
                      HONOLULU, HAWAII 96814

**Manner Of Display:**

                      USED AS LABEL ATTACHED TO GARMENTS

**ST-82**
**Group:** Four



### HONOLULU MAGAZINE'S HALE 'AINA AWARD

**State:**  HAWAII

**Status:**  RENEWED
**Date Registered:**  APR 15, 1997
**Registration No.:**  205486
**Renewed:**  DEC 05, 1997
**Renewal**
**Registration No.:**  212802

**Goods/Services:**  **International Class:  35**
HONOLULU MAGAZINES PROMOTION AND RECOGNITION
OF HAWAII'S TOP RESTAURANTS BY THE PRESENTATION
OF A HALE 'AINA AWARD
**State Class:** 42

**Design Phrase:**  HONOLULU MAGAZINE'S HALE 'AINA AWARD AND DESIGN
OF A TARO LEAF IN A CIRCULAR DESIGN WITH THE
WORDS SEPARATED BY STARS

**Registrant:**

HONOLULU PUBLISHING COMPANY, LTD.
HAWAII CORPORATION
36 MERCHANT STREET
HONOLULU, HAWAII 96813

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU MAGAZINE | State | Page 881 |
| HONOLULU MAGAZINE | State | Page 882 |
| HONOLULU MAGAZINE FICTION CONTEST | Common Law | Page 1069 |

**Renewed To:**  HONOLULU PUBLISHING COMPANY, LTD.
HAWAII CORPORATION
36 MERCHANT STREET
HONOLULU, HAWAII 96813

HONOLULU
JEWELRY COMPANY
WHEN YOU LOVE
SOMEONE...

**HONOLULU JEWELRY COMPANY WHEN YOU LOVE SOMEONE...**

**State:**           HAWAII

**Status:**          REGISTERED
**Date Registered:** SEP 13, 2006
**Registration No.:** 4046753

**Goods/Services:**  **International Class:  35**
                     SALES OF JEWELRY
                     **First Use Anywhere:**
                     AUG 15, 2006

**Design Phrase:**   THE WORDS ″HONOLULU JEWELRY COMPANY″ AND
                     DESIGN OF SUNSET PICTURE WITH A HAWAIIAN BANGLE
                     AND TAG LINE ″WHEN YOU LOVE SOMEONE...″

**Registrant:**

                     JOHNSON PACIFIC ENTERPRISES, INC.
                     HAWAII CORPORATION
                     3049 UALENA STREET, #815
                     HONOLULU, HAWAII 96819

                     **We Have Located Other Marks With This Owner**

                     HONOLULU JEWELRY          State          Page 784
                     COMPANY WHEN YOU
                     LOVE SOMEONE...

ULU

**ST-84**
**Group:** Four

## MAULOA HONOLULU

**MAULOA HONOLULU**

**State:** HAWAII

**Status:** REGISTERED
**Mark Type:** TRADE NAME
**Date Registered:** AUG 10, 2006
**Registration No.:** 4045869

**Goods/Services:** **International Class:  35**
WHOLESALE AND RETAIL OF JEWELRY
**Registrant:**

JUSTIN JUNG
2170 KUHIO AVENUE, #602
HONOLULU, HAWAII 96815

NEW KAPAHULU
BUSINESS
ASSOCIATION

## NEW KAPAHULU BUSINESS ASSOCIATION

**State:**            HAWAII

**Status:**           REGISTERED
**Mark Type:**        TRADE NAME
**Date Registered:**  NOV 03, 2006
**Registration No.:** 4048450

**Goods/Services:**   **International Class: 35**
                      ASSOCIATION FOR BUSINESSES IN THE KAPAHULU AREA
**Registrant:**

                      NEW KAPAHULU BUSINESS ASSOCIATION
                      HAWAII UNINCORPORATED ASSOCIATION
                      563 KAPAHULU AVENUE
                      HONOLULU, HAWAII 96815

## HULA BAY OF HONOLULU

**HULA BAY OF HONOLULU**

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | RENEWED |
| **Date Registered:** | APR 29, 1997 |
| **Registration No.:** | 205790 |
| **Renewed:** | MAR 27, 1998 |
| **Goods/Services:** | **International Class: 25** |
| | CLOTHING. |
| **Registrant:** | |
| | DAVID SHAW |
| | SOLE PROPRIETOR |
| | P.O. BOX 148 |
| | HON, HAWAII 96810 |
| **Renewed To:** | DAVID SHAW |
| | SOLE PROPRIETOR |
| | P.O. BOX 148 |
| | HONOLULU, HAWAII 96810 |
| **Manner Of Display:** | |
| | PRINTED ON LABELS. |

## TRIUMPH OF HONOLULU, HAWAII

**TRIUMPH OF HONOLULU, HAWAII**

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | REGISTERED |
| **Mark Type:** | TRADE NAME |
| **Date Registered:** | SEP 28, 2006 |
| **Registration No.:** | 4047976 |
| **Goods/Services:** | **International Class:  35** |
| | MOTORCYCLE DEALERSHIP |
| **Registrant:** | |
| | SOUTH SEAS CYCLE EXCHANGE, INC. |
| | HAWAII CORPORATION |
| | 3149 NORTH NIMITZ HIGHWAY |
| | HONOLULU, HAWAII 96819 |

BUDGET BLINDS OF
CENTRAL
HONOLULU

**BUDGET BLINDS OF CENTRAL HONOLULU**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    JUN 07, 2006
**Registration No.:**   4045097

**Goods/Services:**     **International Class: 35, 37**
                        SALES AND INSTALLATION OF WINDOW COVERINGS
**Registrant:**

                        ISLAND LINKS LTD.
                        HAWAII CORPORATION
                        611 9TH AVENUE
                        HONOLULU, HAWAII 96816

SERVCO AUTO
SERVICE CENTERS:
HONOLULU

**SERVCO AUTO SERVICE CENTERS: HONOLULU**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    SEP 09, 2006
**Registration No.:**   4046909

**Goods/Services:**     **International Class: 35, 37**
                        SERVICING OF AUTOMOBILES; SALES OF PARTS
**Registrant:**

                        SERVCO PACIFIC, INC.
                        HAWAII CORPORATION
                        P.O. BOX 2788
                        HONOLULU, HAWAII 96803

# HONOLULU FIRE CO.

**HONOLULU FIRE CO.**

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | REGISTERED |
| **Mark Type:** | TRADE NAME |
| **Date Registered:** | NOV 02, 2006 |
| **Registration No.:** | 4048295 |
| **Goods/Services:** | **International Class: 35, 37, 42** |
| | THE SALES, SERVICE, MAINTENANCE AND TESTING OF |
| | FIRE SUPPRESSION EQUIPMENT |
| **Registrant:** | |
| | MARK K. NAKAMURA |
| | P.O. BOX 270072 |
| | HONOLULU, HAWAII 96827 |

ULU

**ST-91**
**Group:** Four

## HONOLULU CONDO SALES

**HONOLULU CONDO SALES**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    JUL 26, 2006
**Registration No.:**   4045617

**Goods/Services:**     **International Class:  36**
                        REAL ESTATE SALES
**Registrant:**

                        PAUL FORD
                        425 ENA ROAD, 106B
                        HONOLULU, HAWAII 96815

## HONOLULU BOARD OF REALTORS

**HONOLULU BOARD OF REALTORS**

**State:**            HAWAII

**Status:**           REGISTERED
**Date Registered:**  AUG 15, 2006
**Registration No.:** 4046218

**Goods/Services:**   **International Class: 36**
                      MULTIPLE LISTING SERVICE
                      **First Use Anywhere:**
                      AUG 11, 1995

**Design Phrase:**    THE WORDS ″HONOLULU BOARD OF REALTORS″ AND
                      DESIGN OF THE LETTER ″H″ IN WHICH THE TALL PART OF
                      THE LETTER REPRESENTS A HIGH-RISE BUILDING AND
                      THE CURVED PART REPRESENTS A HOUSE. A PALM TREE,
                      SILHOUETTED AGAINST THE HIGH RISE

**Registrant:**

                      HONOLULU BOARD OF REALTORS
                      HAWAII CORPORATION
                      1136 12TH AVENUE, SUITE 200
                      HONOLULU, HAWAII 96816

                      **We Have Located Other Marks With This Owner**

                      H HONOLULU BOARD OF       State          Page 791
                      REALTORS

                      HONOLULU BOARD OF         State          Page 836
                      REALTORS

TASTE OF
HONOLULU

**TASTE OF HONOLULU**

**State:**            HAWAII

**Status:**          REGISTERED
**Mark Type:**       TRADE NAME
**Date Registered:** NOV 01, 2006
**Registration No.:** 4048415

**Goods/Services:** **International Class: 36, 41, 42, 43**
                    SPONSOR FOOD FAIR, FUNDRAISER FOR EASTER SEALS
**Registrant:**

                    EASTER SEALS HAWAII
                    HAWAII CORPORATION
                    710 GREEN STREET
                    HONOLULU, HAWAII 96813

GEEK SQUAD
HONOLULU

**GEEK SQUAD HONOLULU**

**State:**            HAWAII

**Status:**           REGISTERED
**Mark Type:**        TRADE NAME
**Date Registered:**  SEP 27, 2006
**Registration No.:** 4047967

**Goods/Services:**   **International Class: 37, 42**
                      COMPUTER SERVICE AND REPAIR
**Registrant:**

                      SUPERGEEKS CORPORATION
                      HAWAII CORPORATION
                      2304 SOUTH KING STREET, #101
                      HONOLULU, HAWAII 96826

ZULUTV

**ZULUTV**

**State:**            PUERTO RICO

**Status:**           REGISTERED
**Date Registered:** DEC 31, 1999
**Registration No.:** 42260

**Goods/Services:**   **International Class:  38**
                     MULTIMEDIA BROADCASTING SERVICES OVER THE
                     GLOBAL COMPUTER INFORMATION NETWORK RELATING
                     TO VIDEOS, INTERACTIVE GAMES AND CULTURAL INFORM
                     ATION
                     **State Class:** 38

**Registrant:**

                     ZULU BROADCASTING, INC.
                     CITY NOT LISTED, NEW HAMPSHIRE

                     <u>**We Have Located Other Marks With This Owner**</u>

                     ZULUTV                USPTO        Page 623
                     ZULUTV                USPTO        Page 625

STAR OF
HONOLULU
CRUISES & EVENTS

## STAR OF HONOLULU CRUISES & EVENTS

**State:**                HAWAII

**Status:**              REGISTERED
**Mark Type:**      TRADE NAME
**Date Registered:**  JUL 31, 2006
**Registration No.:**  4045739

**Goods/Services:**  **International Class:  39**
                     TOUR AND CRUISE BOAT OPERATOR
**Registrant:**

                     PARADISE CRUISE LIMITED
                     HAWAII CORPORATION
                     1540 SOUTH KING STREET
                     HONOLULU, HAWAII 96826

# HONOLULU SWING EXPRESS

**HONOLULU SWING EXPRESS**

**State:**            HAWAII

**Status:**           RENEWED
**Date Registered:** DEC 08, 1997
**Registration No.:** 212984
**Renewed:**          OCT 13, 1998
**Renewal**
**Registration No.:** 221549

**Goods/Services:**  **International Class:  41**
                     MUSICAL/ENTERTAINMENT SERVICES
**Registrant:**

                     UNISON INC.
                     HAWAII CORPORATION
                     ONE KEAHOLE PLACE, #3512
                     HONOLULU, HAWAII 96825

**Renewed To:**      UNISON INC
                     HAWAII CORPORATION
                     PO BOX 25923
                     HONOLULU, HAWAII 96825

ULU

ST-98
**Group:** Four

HONOLULU
INTERNATIONAL
COMEDY FESTIVAL

**HONOLULU INTERNATIONAL COMEDY FESTIVAL**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    NOV 01, 2006
**Registration No.:**   4048376

**Goods/Services:**     **International Class: 41**
                        ANNUAL COMEDY FESTIVAL TO BE HELD IN THE STATE
                        OF HAWAII, AND NOT LIMITED TO ANYONE OF THE
                        FOLLOWING ISLANDS; OAHU, MAUI, KAUAI AND HAWAII,
                        ALSO KNOWN AS THE BIG ISLAND OF HAWAII

**Registrant:**

                        SHARKEY'S COMEDY CLUB, LLC
                        HAWAII LIMITED LIABILITY COMPANY
                        P.O. BOX 2271
                        PEARL CITY, HAWAII 96782

ULU

ST-99
**Group:** Four

JLH JUNIOR
LEAGUE OF
HONOLULU WOMEN
BUILDING BETTER
COMMUNITIES

**JLH JUNIOR LEAGUE OF HONOLULU WOMEN BUILDING BETTER COMMUNITIES**

**State:**              HAWAII

**Status:**             REGISTERED
**Date Registered:**    SEP 28, 2006
**Registration No.:**   4047535

**Goods/Services:**     **International Class:  41**
                        TRAINING OF WOMEN VOLUNTEERS FOR COMMUNITY
                        PROJECTS
                        **First Use Anywhere:**
                        JAN 01, 2000

**Design Phrase:**      OVAL-SHAPED DESIGN WITH LETTERS ″JLH″ IN THE OVAL
                        WITH FLORAL BACKGROUND, ″JUNIOR LEAGUE OF
                        HONOLULU″ ABOVE THE OVAL AND ″WOMEN BUILDING
                        BETTER COMMUNITIES″ BELOW THE OVAL

**Registrant:**
                        JUNIOR LEAGUE OF HONOLULU, INC.
                        HAWAII CORPORATION
                        1500 SOUTH BERETANIA STREET, SUITE 100
                        HONOLULU, HAWAII 96826

## CITY AND COUNTY OF HONOLULU STATE OF HAWAII ROYAL HAWAIIAN BAND EST. 1836

CITY AND COUNTY OF HONOLULU STATE OF HAWAII ROYAL HAWAIIAN BAND EST. 1836

**State:**              HAWAII

**Status:**             REGISTERED
**Date Registered:**    SEP 06, 2006
**Registration No.:**   4046704

**Goods/Services:**     **International Class:  41**
                        ENTERTAINMENT, LIVE MUSIC CONCERTS
                        **First Use Anywhere:**
                        JAN 01, 1982

**Design Phrase:**      CIRCLE CONTAINING ″CITY AND COUNTY OF HONOLULU″ ABOVE AND ″STATE OF HAWAII″ BELOW. SEAL WITHIN IS SHAPED AS A MUSIC LYRE WITH THE WORDS ″ROYAL HAWAIIAN″ AT TOP OF SEAL AND ″BAND″ AT BOTTOM. ″EST. 1836″ APPEARS ON LOWER PART OF SEAL. DRAPED ROYAL CAPE WITH CROWN IS IN CENTER OF SEAL WITH COAT OF ARMS WITH FOUR SECTIONS AND GUARDS ON BOTH SIDES

**Registrant:**

                        CITY AND COUNTY OF HONOLULU, ROYAL HAWAIIAN BAND
                        HAWAII STATE AGENCY
                        2805 MONSARRAT AVENUE
                        HONOLULU, HAWAII 96815

                        **We Have Located Other Marks With This Owner**

                        CITY AND COUNTY OF HONOLULU STATE OF HAWAII ROYAL HAWAIIAN BAND EST. 1836    State    Page 825

CITY AND COUNTY
OF HONOLULU
STATE OF HAWAII
ROYAL HAWAIIAN
BAND EST. 1836

**CITY AND COUNTY OF HONOLULU STATE OF HAWAII ROYAL HAWAIIAN BAND EST. 1836**

**State:**              HAWAII

**Status:**             REGISTERED
**Date Registered:**    SEP 06, 2006
**Registration No.:**   4046704

**Goods/Services:**     **International Class: 41**
                        ENTERTAINMENT, LIVE MUSIC CONCERTS
                        **First Use Anywhere:**
                        JAN 01, 1982

**Design Phrase:**      CIRCLE CONTAINING "CITY AND COUNTY OF HONOLULU"
                        ABOVE AND "STATE OF HAWAII" BELOW. SEAL WITHIN IS
                        SHAPED AS A MUSIC LYRE WITH THE WORDS "ROYAL
                        HAWAIIAN" AT TOP OF SEAL AND "BAND" AT BOTTOM.
                        "EST. 1836" APPEARS ON LOWER PART OF SEAL. DRAPED
                        ROYAL CAPE WITH CROWN IS IN CENTER OF SEAL WITH
                        COAT OF ARMS WITH FOUR SECTIONS AND GUARDS ON
                        BOTH SIDES

**Registrant:**

                        CITY AND COUNTY OF HONOLULU, ROYAL HAWAIIAN
                        BAND
                        HAWAII STATE AGENCY
                        2805 MONSARRAT AVENUE
                        HONOLULU, HAWAII 96815

                        **We Have Located Other Marks With This Owner**

                        CITY AND COUNTY OF          State          Page 824
                        HONOLULU STATE OF
                        HAWAII ROYAL HAWAIIAN
                        BAND EST. 1836

**ULU**

**ST-102**
**Group:** Four

HONOLULU POLICE

**HONOLULU POLICE**

**State:**            HAWAII

**Status:**           RENEWED
**Date Registered:** MAY 20, 1980
**Registration No.:** 51384
**Renewed:**          MAY 15, 2000
**Renewal**
**Registration No.:** 239187

**Goods/Services:**   **International Class:  42**
                     CRIME PREVENTION SERVICES

**Design Phrase:**   THE DESIGN IS IN THE FORM OF A SHIELD. THAT SHIELD
                     IS IN THE FORM OF AN EAGLE WITH OUTSTRETCHED
                     WINGS. DEPICTED IN THE CENTER OF THE DESIGN IS A
                     HERALDIC SHIELD WHICH IS QUARTERED; FIRST AND
                     FOURTH, EIGHT STRIPES OF THE HAWAIIAN FLAG, WHITE,
                     RED AND BLUE ALTERNATING; SECOND AND THIRD, ON A
                     FIELD OF YELLOW A BALL PIERCED ON A STAFF, OVERALL
                     A GREEN ESCUTCHEON WITH A TRIANGULAR BANNER
                     LEANING ON A CROSS SALTIRE. THE DESIGN IS FURTHER
                     EMBELLISHED WITH A BORDER ON THE HERALDIC
                     SHIELD COMPOSED OF TARO, FERN AN D BANANA
                     FOLIAGE. THE SHIELD ITSELF MAY BE GOLD OR SILVER
                     IN COLOR. THE WORDS ″HONOLULU″ AND ″POLICE″
                     APPEAR ON THE FACE OF THE SHIELD. ″HONOLULU″
                     APPEARS ON AN ARC NEAR THE TOP OF THE SHIELD ON
                     A BLUE BACKGROUND. ″POLICE″ APPEARS ON THE
                     BOTTOM THIRD OF T HE SHIELD HORIZONTALLY ON A
                     BLUE BACKGROUND.

**Registrant:**

                     HONOLULU POLICE DEPARTMENT
                     HONOLULU, HAWAII

**Renewed To:**      HONOLULU POLICE DEPARTMENT, CITY AND COUNTY OF
                     HONOLULU
                     HAWAII CORPORATION
                     801 SOUTH BERETANIA STREET
                     HONOLULU, HAWAII 96813

ULU

**ST-103**
**Group:** Four

INTERSCHOLASTIC
LEAGUE OF
HONOLULU

**INTERSCHOLASTIC LEAGUE OF HONOLULU**

**State:**            HAWAII

**Status:**           RENEWED

**Date Registered:**  MAY 10, 1996

**Registration No.:** 194309

**Renewed:**          APR 28, 1997

**Renewal**

**Registration No.:** 207028

**Goods/Services:**   **International Class:  25**
                      ATHLETIC APPAREL FOR HIGH SCHOOL ATHLETIC LEAGUE
                      OR CONFERENCE

**Registrant:**
                      DAVID P. JONES
                      SOLE PROPRIETOR
                      5448 BRIARBANK DRIVE
                      COLUMBUS, OHIO 43235

**Renewed To:**       DAVID P. JONES
                      SOLE PROPRIETOR
                      5448 BRIARBANK DRIVE
                      COLUMBUS, OHIO 43235

**Manner Of Display:**
                      APPLIED TO ATHLETIC APPAREL SUCH AS T-SHIRTS,
                      SHORTS AND SWEATSHIRTS



**'HOT DOGGIN' HAWAIIAN STYLE HONOLULU HAWAII**

**State:**              HAWAII

**Status:**             REGISTERED
**Date Registered:**    JUL 25, 2002
**Registration No.:**   4002345

**Goods/Services:**     **International Class:  25**
                        T-SHIRTS AND HATS
                        **State Class:** 25

**Design Phrase:**      THE WORDS "'HOT DOGGIN' HAWAIIAN STYLE HONOLULU
                        HAWAII", AND THE DESIGN OF A HOT DOG ON A
                        SURFBOARD RIDING A WAVE

**Registrant:**
                        RICHARD ALLY
                        SOLE PROPRIETOR
                        1741 ALA MOANA BLVD., UNIT 8
                        HONOLULU, HAWAII 96815

## LULU BELLE'S

**LULU BELLE'S**

**State:**            NEVADA

**Status:**           RENEWED
**Date Registered:** JUN 26, 1981
**Filing Book:**      17
**Filing Page:**      120
**Renewed:**          JUN 26, 1991


**Goods/Services:**  **International Class:  42**
                     MOTEL & APARTMENTS
**Registrant:**
                     ROBERT T BIGELOW LAS VEGAS  NEVADA

**Renewed To:**      ROBERT T BIGELOW
                     4640 SOUTH EASTERN AVENUE
                     LAS VEGAS, NEVADA 89119



**BACI HONOLULU**

**State:**              HAWAII

**Status:**             RENEWED
**Date Registered:**    MAY 18, 1998
**Registration No.:**   216971
**Renewed:**            MAY 20, 1999
**Renewal**
**Registration No.:**   227803


**Goods/Services:**     **International Class: 42**
                        RESTAURANT SERVICES

**Design Phrase:**      THE WORDS ″BACI HONOLULU″ AND DESIGN OF RED LIPS
                        ABOVE THE WORDS WITH LINE ABOVE & BELOW THE
                        WORD ″BACI″

**Registrant:**

                        WILLIAM J. DUVAL
                        SOLE PROPRIETOR
                        PO BOX 1289
                        KAILUA, HAWAII 96734

**Renewed To:**         WILLIAM J DUVAL
                        SOLE PROPRIETOR
                        P O BOX 1289
                        KAILUA, HAWAII 96734

ULU

**ST-107**
**Group:** Four

TENRIKYO
HONOLULU
CHURCH

**TENRIKYO HONOLULU CHURCH**

**State:**              HAWAII

**Status:**              REGISTERED
**Mark Type:**        TRADE NAME
**Date Registered:**  OCT 13, 2006
**Registration No.:** 4047855

**Goods/Services:**    **International Class:  42**
                       CHURCH SERVICES
**Registrant:**

                       TENRIKYO KYODAN
                       HAWAII CORPORATION
                       1902 SOUTH KING STREET
                       HONOLULU, HAWAII 96826

## W HONOLULU DIAMOND HEAD

### W HONOLULU DIAMOND HEAD

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | RENEWED |
| **Date Registered:** | SEP 01, 2000 |
| **Registration No.:** | 242735 |
| **Renewed:** | AUG 23, 2001 |
| **Renewal Registration No.:** | 253940 |

**Goods/Services:** **International Class: 42**
HOTEL

**Registrant:**

COLONY CSR INVESTORS, LP
DELAWARE PARTNERSHIP
2885 KALAKAUA AVE.
HONOLULU, HAWAII 96815

**Renewed To:**   COLONY CSR INVESTORS, L.P.
DELAWARE PARTNERSHIP
2885 KALUKAUA AVENUE
HONOLULU, HAWAII 96815

**Assignment Date:** AUG 18, 2004

| **Assignee** | **Assignor** |
|---|---|
| ANEKONA W, LLC | COLONY CSR INVESTORS, L.P. |
| HAWAII LIMITED LIABILITY COMPANY | DELAWARE PARTNERSHIP |
| PO BOX 1237 | 1999 AVENUE OF THE STARS, SUITE 1200 |
| KAMUELA, KAMUELA HAWAII 96743 | LOS ANGELES, CALIFORNIA 90067 |

ULU

**ST-109**
**Group:** Four

HONOLULU
WOMEN'S CENTER

**HONOLULU WOMEN'S CENTER**

**State:**              HAWAII

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    OCT 25, 2006
**Registration No.:**   4048187

**Goods/Services:**     **International Class:  42, 44**
                        MEDICAL SERVICES AND WOMEN'S SERVICES
**Registrant:**

                        EDITH L PANG, MD, INC.
                        HAWAII CORPORATION
                        1103 PROSPECT STREET
                        HONOLULU, HAWAII 96822



**HULU HOUSE**

**State:**              CALIFORNIA

**Status:**             REGISTERED

**Date Registered:**    NOV 21, 2002

**Registration No.:**   56980

**Goods/Services:**     **International Class: 43**
                        FOOD SERVICE (RESTAURANT)
                        **State Class:** 42
                        **First Use In State:**        **First Use Anywhere:**
                        AUG 11, 2002                   AUG 11, 2002

**Design Phrase:**      A DESIGN OF A DRAWING OF A GOURD INSIDE A ROUND
                        CIRCLE WITH THE WORDS ″HULU HOUSE″ WORDING
                        HORIZONTALLY DISPLAYED ACROSS THE GOURD

**Registrant:**

                        SHU CHUAN CHEN
                        DBA HULU HOUSE, LLC
                        LIMITED LIABILITY COMPANY
                        754 KIRKHAM STREET
                        SAN FRANCISCO, CALIFORNIA 94122
                        TEL: 415-682-0826

**Disclaims:**          HULU HOUSE

**Manner Of Display:**

                        USED ON BUSINESS SIGNS, ADVERTISING BROCHURES,
                        ADVERTISING LEAFLETS, BUSINESS CARDS,
                        LETTERHEADS, MENUS



## 88 TEES 2168 KALAKAUA HONOLULU HAWAII

**State:**                   HAWAII

**Status:**                  RENEWED
**Date Registered:**  APR 13, 2000
**Registration No.:**  237867
**Renewed:**             FEB 05, 2001
**Renewal**
**Registration No.:**  247489

**Goods/Services:**  **International Class: 25**
                             WEAR APPARAL

**Design Phrase:**  THE WORDS "88 TEES 2168 KALAKAUA HONOLULU
                            HAWAII" THE DESIGN IS A BACK AND SIDE VIEW OF A
                            WOMAN IN A 60'S ATTIRE WITH AN AFRO HAIR DO.

**Registrant:**

                            88 TEE'S, INC.
                            HAWAII CORPORATION
                            2168 KALAKAUA AVE
                            HONOLULU, HAWAII 96815

**Renewed To:**     88 TEE'S INC.
                            HAWAII CORPORATION
                            2168 KALAKAUA AVE.
                            HONOLULU, HAWAII 96815

**Manner Of Display:**

                            PRINTED DIRECTLY ON PRODUCT, LABELS, TAGS,
                            PLASTIC BAG.

## HONOLULU BOARD OF REALTORS

**HONOLULU BOARD OF REALTORS**

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | REGISTERED |
| **Date Registered:** | AUG 15, 2006 |
| **Registration No.:** | 4046218 |

**Goods/Services:**  **International Class: 16, 36**
MULTIPLE LISTING SERVICE
**First Use Anywhere:**
AUG 11, 1995

**Design Phrase:**  THE WORDS ″HONOLULU BOARD OF REALTORS″ AND
DESIGN OF THE LETTER ″H″ IN WHICH THE TALL PART OF
THE LETTER REPRESENTS A HIGH-RISE BUILDING AND
THE CURVED PART REPRESENTS A HOUSE. A PALM TREE,
SILHOUETTED AGAINST THE HIGH RISE

**Registrant:**

HONOLULU BOARD OF REALTORS
HAWAII CORPORATION
1136 12TH AVENUE, SUITE 200
HONOLULU, HAWAII 96816

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| H HONOLULU BOARD OF REALTORS | State | Page 791 |
| HONOLULU BOARD OF REALTORS | State | Page 816 |

**HONOLULU BABIES**



**State:**           HAWAII

**Status:**          RENEWED
**Date Registered:** JAN 17, 1997
**Registration No.:** 202603
**Renewed:**         JAN 15, 1998
**Renewal**
**Registration No.:** 213875

**Goods/Services:**  **International Class:  26**
                     KEIKI PILLOW IN THE SHAPE OF AN OVAL

**Design Phrase:**   HONOLULU BABIES WITH A DISTINCTIVE DESIGN, EYES,
                     EYEBROWS, NOSE & MOUTH

**Registrant:**
                     ANN KAHANU
                     SOLE PROPRIETOR
                     91-035A PARISH DR
                     EWA BEACH, HAWAII 96706-2513

**Renewed To:**      ANN KAHANU
                     SOLE PROPRIETOR
                     862 HO'OMOANA ST.
                     PEARL CITY, HAWAII 96782

**Manner Of Display:**
                     CLOTH LABELS IS SEWN ON THE FRONT OF THE BODY

HONOLULU FISH
COMPANY

**HONOLULU FISH COMPANY**

**State:**          HAWAII

**Status:**          REGISTERED
**Date Registered:** DEC 06, 2006
**Registration No.:** 4049184

**Goods/Services:** **International Class: 29**
                    SEAFOOD
                    **State Class:** 29

| First Use In State: | First Use Anywhere: |
|---|---|
| MAR 01, 2006 | MAR 01, 2006 |

**Design Phrase:** THE WORDS ″HONOLULU FISH COMPANY″ & DESIGN OF
RECTANGULAR BOX WITH DIAMONDHEAD IN THE
BACKGROUND AND GRAPHIC ILLUSTRATIONS OF A
MARLIN, YELLOWFIN TUNA, AND SNAPPER IN THE
FOREGROUND SWIMMING TOWARD THE RIGHT. THE
WORD ″FISH″ HAS 3 RAISED DOTS SEPARATING T HE
LETTERS

**Registrant:**

HONOLULU FISH & SEAFOOD CORP.
824 GULICK AVENUE
HONOLULU, HAWAII 96819

**We Have Located Other Marks With This Owner**

HONOLULU FISH COMPANY      State            Page 801

**Manner Of Display:**

USED BY BEING APPLIED DIRECTLY TO PRODUCT,
PRINTED ON LABELS, PRODUCT PACKAGING, ADVER-
TISING MATERIAL AND SIGNS



*Japanese Women's Society*
OF HONOLULU

## JAPANESE WOMEN'S SOCIETY OF HONOLULU

**State:**      HAWAII

**Status:**      RENEWED
**Date Registered:** JUN 18, 1998
**Registration No.:** 217960
**Renewed:**      JUN 01, 1999
**Renewal**
**Registration No.:** 228353

**Goods/Services:**      **International Class: 25, 18, 21, 20**
CLOTHING, T-SHIRTS, APRONS, PENS, PAPER WEIGHTS,
TOTE-BAGS, MUGS AND OTHER GIFT ITEMS

**Design Phrase:**      THE WORDS ″JAPANESE WOMEN'S SOCIETY OF
HONOLULU″ AND DESIGN OF IRIS PLANT DRAWN WITHIN
A CIRCLE, SIX LEAVES ARE POINTING UPWARD TOPPED
BY ONE FLOWER CONSISTING OF THREE PETALS & A
STEM, ALL PLACED SYMMETRICALLY WITHIN A CIRCLE

**Registrant:**

THE JAPANESE WOMEN'S SOCIETY OF HONOLULU
CORPORATIOIN
P.O. BOX 3233
HONOLULU, HAWAII 96801

**Renewed To:**      THE JAPANESE WOMEN'S SOCIETY OF HONOLULU
CORPORATION
PO BOX 3233
HONOLULU, HAWAII 96801

**Manner Of Display:**

APPLIED DIRECTLY TO PRODUCT OR ATTACHED TO THE
CONTAINERS OF THE PRODUCT

TARO BRAND
PRODUCTS
HONOLULU POI CO.,
LTD. ″HAWAII'S
LARGEST POI
PRODUCER″

**TARO BRAND PRODUCTS HONOLULU POI CO., LTD. ″HAWAII'S LARGEST POI PRODUCER″**

**State:**              HAWAII

**Status:**             RENEWED
**Date Registered:**    OCT 11, 1989
**Registration No.:**   112457
**Renewed:**            OCT 10, 2000
**Renewal**
**Registration No.:**   243876

**Goods/Services:**     International Class:  29, 30, 31
                        PROCESSED VEGETABLES, WHOLE PRODUCE, POI AND
                        TARO PRODUCTS, AND BEAN SPROUT LINE.

**Design Phrase:**      A DESIGN OF A CROWN AND CAPE ON WHICH TARO
                        ROOT PLANTS FLANK THE WORDS ″TARO BRAND
                        PRODUCTS″ CENTERED ON THE CAPE. BELOW THE CAPE
                        AND CROWN ARE THE WORDS ″HONOLULU POI CO. LTD.
                        ″HAWAII'S LARGEST POI PRODUCER″″.

**Registrant:**

                        HONOLULU POI COMPANY LTD.
                        288 LIBBY ST.
                        HONOLULU, HAWAII 96819

**Renewed To:**         HPC FOODS, LTD.
                        HAWAII CORPORATION
                        288 LIBBY STREET
                        HONOLULU, HAWAII 96819

**Manner Of Display:**
                        PRINTED OR AFFIXED TO BAGS AND OTHER CONTAINERS
                        OF THE PRODUCTS.

## ZULU WARRING HORNETS

**ZULU WARRING HORNETS**

**State:**              ALABAMA

**Status:**             REGISTERED
**Date Registered:**    JUN 12, 2000
**Registration No.:**   108016

**Goods/Services:**     **International Class: 25**
                        CLOTHING
                        **State Class:** 25
                        **First Use In State:**      **First Use Anywhere:**
                        OCT, 1997                    OCT, 1997
**Registrant:**

                        KATIE M.G. FRANKLIN
                        INDIVIDUAL
                        659 IRIS LANE
                        MONTGOMERY, ALABAMA 36105

## THE INCREDIBLE ALASKAN ULU

**THE INCREDIBLE ALASKAN ULU**

| | |
|---|---|
| **State:** | OHIO |
| **Status:** | RENEWED |
| **Date Registered:** | OCT 02, 1995 |
| **Registration No.:** | TM14600 |
| **Renewed:** | SEP 20, 2005 |

**Goods/Services:** **International Class: 8**
HAND TOOLS
**State Class:** 8

**Registrant:**

WINTERSET INC.
883 LAKESHORE DRIVE
HEBRON, OHIO 43025

**Renewed To:** THE INCREDIBLE ALASKAN ULO CO
883 LAKESHORE DR E
HEBROH, OHIO 43025

# THE ULU CHIP CO.

**THE ULU CHIP CO.**

**State:**        HAWAII

**Status:**       NOT RENEWED
**Date Registered:** OCT 31, 1990
**Registration No.:** 124553

**Goods/Services:**  **International Class: 31**
ULU (BREAD FRUIT) CHIPS

**Design Phrase:**  A PROFILE OF DIAMOND HEAD, TWO BREADFRUIT LEAVES & A BREADFRUIT ABOVE THE WORDS "THE ULU CHIP CO.".

**Registrant:**

RICHARD T. FUNAI
SOLE PROPRIETOR
45-588 KEAAHALA RD.
KANEOHE, HAWAII 96744

**We Have Located Other Marks With This Owner**

ULU CHIPS         State        Page 846

**Manner Of Display:**

PRINTED AS A LABEL AND/OR DIRECTLY ONTO THE PRODUCT PACKAGING

ULUA POUNDERS
GES ENTERPRISES
HONOLULU HAWAII

## ULUA POUNDERS GES ENTERPRISES HONOLULU HAWAII

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    MAR 28, 1990
**Registration No.:**   116627

**Goods/Services:**     **International Class:  28**
                        NYLON FISHING BAGS

**Design Phrase:**      THE WORDS ″ULUA POUNDERS″ A ULUA FISH HOOK
                        FOLLOWED BY THE WORDS ″GES ENTERPRISES,
                        HONOLULU, HAWAII″

**Registrant:**

                        GES ENTERPRISES
                        HAWAII PARTNERSHIP
                        856-17TH AVENUE
                        HONOLULU, HAWAII 96816

                        **We Have Located Other Marks With This Owner**

                        PAPIO POUNDERS GES          State           Page 973
                        ENTERPRISES HONOLULU
                        HAWAII

**Manner Of Display:**
                        PRINTED ON LABELS AFFIXED TO PRODUCTS

ULU NUI

**ULU NUI**

**Translation:**   MUCH GROWTH

**State:**   HAWAII

**Status:**   NOT RENEWED

**Date Registered:**   MAR 03, 2006

**Registration No.:**   4041445

**Goods/Services:**   **International Class:  24**
PRODUCT LINE OF QUILTED BEDDING AND KITCHEN
ITEMS - TOWELS/LINENS
**State Class:** 24

| **First Use In State:** | **First Use Anywhere:** |
| --- | --- |
| MAR 01, 2006 | MAR 01, 2006 |

**Registrant:**

DBI-HAWAII INC.
HAWAII CORPORATION
PO BOX 25033
HONOLULU, HAWAII 96825

**Manner Of Display:**

PRODUCT LINE IS TAGGED WITH A LABEL WITH THE
TRADEMARK.

ULU CHIPS

**ULU CHIPS**

**State:**            HAWAII

**Status:**          NOT RENEWED
**Date Registered:** OCT 31, 1990
**Registration No.:** 124557

**Goods/Services:**  **International Class:  31**
                    ULU (BREAD FRUIT) CHIPS

**Registrant:**
                    RICHARD T. FUNAI
                    SOLE PROPRIETOR
                    45-588 KEAAHALA RD.
                    KANEOHE, HAWAII 96744

                    **We Have Located Other Marks With This Owner**

                    THE ULU CHIP CO.            State            Page 843

**Manner Of Display:**
                    PRINTED AS A LABEL AND/OR DIRECTLY ONTO THE
                    PRODUCT PACKAGING.

ANIMULU

**ANIMULU**

**State:**              ALASKA

**Status:**             NOT RENEWED
**Date Registered:**    JUN 11, 2001
**Registration No.:**   3406

**Goods/Services:**     **International Class: 8**
                        **GOODS/SERVICES NOT AVAILABLE**
                        **State Class:** 8
**Registrant:**

                        JC MARKETING LLC
                        1020 E 4TH AVENUE
                        ANCHORAGE, ALASKA 99501

                        **We Have Located Other Marks With This Owner**

                        ALASKAN POCKET ULU        USPTO        Page 396

                        ANIMULU                   USPTO        Page 419