ULU

**ST-124**
**Group:** Four

HONOLULU LULU

**HONOLULU LULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:** MAR 03, 1995
**Registration No.:** 177692
**Renewed:**          OCT 04, 1995
**Renewal**
**Registration No.:** 186953

**Goods/Services:**  **International Class: 25**
                     WEARING APPAREL
**Registrant:**

                     YOU & ME NATURALLY, INC.
                     HAWAII CORPORATION
                     94-076 LEOKANE STREET
                     WAIPAHU, HAWAII 96797

                     <u>We Have Located Other Marks With This Owner</u>

                     <u>NATURALS HONOLULU</u>      State        Page 794

                     <u>RUBY DEW HONOLULU</u>       State        Page 804

**Renewed To:**      YOU & ME NATURALLY, INC.
                     HAWAII CORPORATION
                     94-076 LEOKANE STREET
                     WAIPAHU, HAWAII 96797

**Manner Of Display:**
                     USED ON LABEL AFFIXED TO THE PRODUCT

**Search: 140820211**          **Analyst: ANN ARNOLD**          **State Page: 848**

# ZULU

**ZULU**

**State:** NEW MEXICO

**Status:** NOT RENEWED

**Date Registered:** NOV 14, 1988

**Registration No.:** TN88111406

**Goods/Services:** **International Class: 35, 42**
RENTAL & SALES OF APPLIANCES
**First Use In State:**
OCT 01, 1988

**Registrant:**
FIVE MOORE INC
442 CHACOMA SW
ALBUQUERQUE, NEW MEXICO 87104

ULU

**ST-126**
**Group:** Four

ZULU

**ZULU**

**State:**            LOUISIANA

**Status:**           NOT RENEWED
**Date Registered:** JUN 11, 1984
**Renewed:**          DEC 27, 1993

**Goods/Services:**  **International Class: 42**
                     **GOODS/SERVICES NOT AVAILABLE**
                     **State Class:** 42
                     **First Use In State:**        **First Use Anywhere:**
                     JAN 02, 1916                    JAN 02, 1916

**Registrant:**
                     ZULU SOCIAL AID AND PLEASURE CLUB, INC.
                     LOUISIANA CORPORATION
                     732 N. BROAD ST.
                     NEW ORLEANS, LOUISIANA 70119

                     <u>**We Have Located Other Marks With This Owner**</u>

                     ZULU                    USPTO        Page 442

                     ZULU                    USPTO        Page 474

                     ZULU                    USPTO        Page 500

                     ZULU                    USPTO        Page 503

                     ZULU                    USPTO        Page 506

                     ZULU WARRIOR            USPTO        Page 632

**Renewed To:**      ZULU SOCIAL AID AND PLEASURE CLUB, INC.
                     LOUISIANA CORPORATION
                     732 NORTH BROAD STREET
                     NEW ORLEANS, LOUISIANA 70119

ULU

ST-127
**Group:** Four

## HONOLULU ZOO DOO

**HONOLULU ZOO DOO**

**State:**              HAWAII

**Status:**             CANCELLED
**Date Registered:**  JUN 29, 1983
**Registration No.:**   68288
**Cancellation Date:** NOV 30, 1989

**Goods/Services:**  **International Class:  1**
                    ZOO ANIMAL MANURE.

**Registrant:**

                    ZOO HUI
                    CHANGE OF NAME TO HONOLULU ZOOLOGICAL SOCIETY
                    HAWAII CORPORATION
                    151 KAPAHULU AVENUE
                    HONOLULU, HAWAII 96815
                    TEL:  808-926-3191

**Manner Of Display:**
                    APPLIED TO THE BAGS OF THE GOODS.

## SUL-U-PHOS

### SUL-U-PHOS

**State:**              TEXAS

**Status:**             NOT RENEWED
**Date Registered:**    APR 19, 1971
**Registration No.:**   22806
**Renewed:**            JAN 09, 1991

**Goods/Services:**     **International Class:  1**
                        FERTILIZERS
**Registrant:**

                        GOODPASTURE INC
                        BROWNFIELD, TEXAS

**Renewed To:**         GOODPASTURE INC.
                        BROWNFIELD, TEXAS

HONOLULU
MAKE-UP COMPANY

**HONOLULU MAKE-UP COMPANY**

**State:**              HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   MAY 03, 1982
**Registration No.:**  62190

**Goods/Services:**    **International Class: 3**
                       MAKE-UP

**Registrant:**

                       GARY STORCH
                       SOLE PROPRIETOR
                       2211 ALA WAI, #712
                       HONOLULU, HAWAII 96815

**Manner Of Display:**
                       PRINTED AND APPLIED TO MAKE-UP CONTAINERS

## WORLD GYM OF HONOLULU

**WORLD GYM OF HONOLULU**

**State:**             HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   AUG 27, 1992
**Registration No.:**  146316

**Goods/Services:**    **International Class:  25, 3**
                       T-SHIRTS, JACKETS, CAPS, HATS, SHORTS, SCARVES,
                       PARFUME PANTS, JOGGING SUITS AND OTHER CLOTHING
                       THINGS
**Registrant:**

                       CALACEVEDO MANAGEMENT CORP.
                       HAWAII CORPORATION
                       4999 KAHALA AVENUE 262
                       HONOLULU, HAWAII 96816

**Manner Of Display:**
                       PRINTED, SEWN ON

## HONOLULU GAS COMPANY, LTD.

**HONOLULU GAS COMPANY, LTD.**

**State:** HAWAII

**Status:** NOT RENEWED

**Date Registered:** APR 28, 1970

**Registration No.:** 18887

**Renewed:** APR 19, 1990

**Renewal Registration No.:** 118101

**Goods/Services:** International Class: 4, 21, 6
CONTAINERS AND DEVICES FOR GAS AND GAS PRODUCTS

**Design Phrase:** THE WORDS ″HONOLULU GAS COMPANY, LTD.″ WITH A LOGOGRAPH BETWEEN THE WORDS ″HONOLULU″ AND ″GAS″ DEPICTING A FLAME SURROUNDED BY 3 ELLIPSES, SPACED IN CONCENTRIC MANNER AROUND THE FLAME AND 2 SOLID DOTS APPEARING ON LINES OF THE ELLIPSES.

**Registrant:**

GASCO INC
733 BISHOP ST
HONOLULU, HAWAII 96813

**We Have Located Other Marks With This Owner**

HONOLULU GAS COMPANY, LTD. ISLE GAS DIVISION    State    Page 856

**Renewed To:** GASCO, INC.
HAWAII CORPORATION
733 BISHOP ST.
HONOLULU, HAWAII 96813

## HONOLULU GAS COMPANY, LTD. ISLE GAS DIVISION

**HONOLULU GAS COMPANY, LTD. ISLE GAS DIVISION**

**State:**           HAWAII

**Status:**          NOT RENEWED
**Date Registered:** MAY 19, 1970
**Registration No.:** 19005
**Renewed:**         MAR 28, 1990
**Renewal**
**Registration No.:** 118102

**Goods/Services:**  **International Class: 21, 6, 4**

                     CONTAINERS & DEVICES FOR GAS AND GAS PRODUCTS
**Registrant:**

                     HONOLULU GAS CO., LTD.
                     HONOLULU, HAWAII

                     **We Have Located Other Marks With This Owner**

                     HONOLULU GAS COMPANY,    State         Page 855
                     LTD.

**Renewed To:**      GASCO, INC.
                     HAWAII CORPORATION
                     733 BISHOP ST.
                     HONOLULU, HAWAII 96813

**Manner Of Display:**
                     IMPRINTED ON THE GOODS

## OFFICER HONOLULU'S KEIKI SHOW & CRIME PREVENTION PROGRAM

**OFFICER HONOLULU'S KEIKI SHOW & CRIME PREVENTION PROGRAM**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    NOV 03, 2000
**Registration No.:**   244756

**Goods/Services:**     **International Class:  6, 25, 16, 9**
                        VIDEOS, EDUCATIONAL BOOKLETS AND PAMPHLETS, CD'S
                        BUMPER STICKERS, PENCILS, BOOKS, KEY CHAINS,
                        T-SHIRTS, CAPS, ATHLETIC UNIFORMS, SHORTS AND
                        DECALS.

**Registrant:**
                        LEIGHTON K. KAONOHI SR.
                        SOLE PROPRIETOR
                        45-563 KUKANE ST.
                        KANEOHE, HAWAII 96744

**Manner Of Display:**
                        PRINTED DIRECTLY ON THE PRODUCTS

CHINA MAN
RECORDS
HONOLULU HAWAII

## CHINA MAN RECORDS HONOLULU HAWAII

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    DEC 18, 1984
**Registration No.:**   74327

**Goods/Services:**    **International Class:  25, 9, 20, 6**
RECORDS & TAPES, T-SHIRTS, VISORS, JACKETS,
SWEATS, SHORTS, PANTS, BUTTONS, KEY-CHAIN

**Design Phrase:**    A CHINESE MANAPUA MAN OF THE EARLY 1900'S ABOVE
HIM ARE THE WORDS "CHINA MAN" & BELOW HIM ARE
THE WORDS "RECORDS HONOLULU, HAWAII"

**Registrant:**

CHINA MAN RECORDS, INC.
HAWAII CORPORATION
2122 AUPUNI ST.
HONOLULU, HAWAII 96817

**Manner Of Display:**

SILKSCREEN, DECAL, PACKAGING, RUBBER STAMPING,
EMBROIDERY, APPLIGUE LABELS.



**EXPECT A HONOLULU MIRACLE**

**State:**               HAWAII

**Status:**              NOT RENEWED

**Date Registered:**     JUN 13, 1996

**Registration No.:**    196948

**Goods/Services:**      **International Class: 6, 16, 24, 25**

SHIRTS, SWEATSHIRTS, BASEBALL CAPS, VISORS, BUMPER STICKERS, MAGNETS, TOWELS, POSTERS, STATI ONERY, KEY CHAINS, PENS AND FRISBEES

**Design Phrase:**       DESIGN OF A RAINBOW WITH SEVEN BANDS OF COLOR AND THE WORDS ″EXPECT A HONOLULU MIRACLE″ UNDERNEATH

**Registrant:**

DON ALTFELD M.D.

SOLE PROPRIETOR

1227 LINCOLN BLVD., SUITE 222

SANTA MONICA, CALIFORNIA 90401

**Manner Of Display:**

PRINTED DIRECTLY ON THE GOODS

## HONOLULU CLUB

**HONOLULU CLUB**

**State:**          HAWAII

**Status:**         NOT RENEWED
**Date Registered:** MAR 08, 1979
**Registration No.:** 45176
**Renewed:**        MAR 07, 1989
**Renewal**
**Registration No.:** 105293

**Goods/Services:**  **International Class: 6, 20, 18, 20, 25, 28**
SHIRTS, SHORTS, CARRY-ALL BAGS, RACQUET COVERS, MONEY CLIPS, SOCKS, KEYCHAINS AND OTHER SPORTS ACCESSORIES.

**Design Phrase:**  THE DESIGN IS A CIRCLE CONTAINING WITHIN ITS CIRCUMFERENCE THE FOLLOWING LINES, ALL SPACED EVENLY APART; TWO HORIZONTAL LINES LOCATED AT THE BOTTOM OF THE CIRCLE, EXTENDING FROM THE LEFT PERIMETER OF THE CIRCLE TO THE RIGHT PERIMETER; THREE CURVED LINES T O THE RIGHT PERIMETER OF THE CIRCLE AT AN ANGLE OF APPROXIMATELY 150 DEGRESS; THREE CURVED LINES EXTENDING FROM THE HIGHEST OF THE THREE ABOVE-DESCRIBED CURVED LINES TO THE LEFT PERIMETER OF THE CIRCLE AT AN ANGLE OF APPROXIMATELY 30 DEGREES; AND TWO CURV VED LINES EXTENDING FROM THE HIGHEST OF THE LEFT CURVED LINES TO THE HIGHEST OF THE RIGHT CURVED LINES; TOGETHER WITH THE WORDS "HONOLULU CLUB" BELOW THE CIRCLE.

**Registrant:**
KNIGHT RACQUETBALL DEVELOPMENT
HONOLULU, HAWAII

**Renewed To:**    KNIGHT DEVELOPMENT CORPORATION
HAWAII CORPORATION
932 WARD AVE
HONOLULU, HAWAII 96814

**Manner Of Display:**
PRINTED OR EMBROIDERED ONTO ARTICLES AND/OR PRINTED ONTO TAGS WHICH ARE AFFIXED TO ARTICLES.



*The person sick is first*

## EMS HONOLULU, HAWAII 'O KA MEA MA'IKA MUA THE PERSON SICK IS FIRST

**State:** HAWAII

**Status:** NOT RENEWED

**Date Registered:** MAY 12, 2000

**Registration No.:** 239156

**Goods/Services:** **International Class: 25, 21, 6**
T-SHIRTS, HATS, POLO SHIRTS, SWEATSHIRTS, MUGS, KEY CHAINS, JACKETS

**Design Phrase:** THE LETTERS AND WORDS "EMS HONOLULU, HAWAII 'O KA MEA MA'IKA MUA", WITH DESIGN OF CIRCLE BORDER WITH SHEILD CONSISTING OF STRIPES OF HAWAIIAN FLAG, EKG TRACING, ETC., CADUESES (STAFF AND SNAKE) ON SOLID CIRCLE, WITH THE WORDS "THE PERSON SICK IS FIRST" BE LOW THE CIRCLE

**Registrant:**

EMSHIRTS HONOLULU
HAWAII PARTNERSHIP
1901 KIEKIE PLACE
WAHIAWA, HAWAII 96786

**Manner Of Display:**

APPLIED DIRECTLY TO PRODUCTS BY SILKSCREEN, EMBROIDERY, EMBOSSED, BAKED, ETC.

HONOLULU HAWAII
WELCOME TO
WAIKIKI KALAKAUA
ISLAND TOURS
INTERNATIONAL
TRADE MARKET
HAWAII LUAU

**HONOLULU HAWAII WELCOME TO WAIKIKI KALAKAUA ISLAND TOURS INTERNATIONAL TRADE MARKET HAWAII LUAU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  JUN 16, 1989
**Registration No.:** 107992

**Goods/Services:**   **International Class: 25, 20, 16, 12, 7, 8, 9, 11**
T-SHIRTS, GIFT ITEMS, LABELS, ALL KINDS OF
APPARATUS, VEHICLES, MACHINERY, TOOLS,
MECHANICAL DEVICES, APPLIANCES, MATERIALS AND
MERCHANDISE OF EVERY KIND, AND ALL CLASSES OF
MATERIALS, MERCHANDISE SUPPLIES AND COMMODITIES
OF EVERY KIND AND NATURE.

**Design Phrase:**    A DESIGN OF DIAMOND HEAD WITH THE WORDS
″HONOLULU HAWAII″ ABOVE IT IN CLOUD-LIKE DOTS AND
ABOVE THAT IS A HELICOPTER INFLIGHT. BENEATH THE
WALI IN HAWAII IS A CLOUD AND AT THE BASE OF
DIAMOND HEAD IS A LARGE HOTEL LOCATED ON THE
HORIZONTAL SHORELINE. ALON G THE SHORELINE FROM
RIGHT TO LEFT FROM THE HOTEL ARE (IN PERSPECTIVE
WITH THE BACKGROUND HOTEL) A ROW OF SHRUBBERY,
A SAILBOAT, MORE SHRUBBERY FOLLOWED BY 3
HOTELS. IN FRONT OF THE HOTELS ARE 3 PALM TREES
WITH A HAMMOCK HANGING BETWEEN THE 1ST AND 3RD
PA LM TREE WITH A MAN LYING INSIDE HOLDING A DRINK
THAT IS RESTING ON HIS STOMACH. IN FRONT OF THE
TREES THERE IS A BEACH WITH 10 CHARACTERS: A
WOMAN LYING ON HER SIDE ON A BLANKET WITH AN
UMBRELLA OVER HER, A MAN WITH A HAT STANDING
BEHIND HER ON THE SAME B LANKET. IN FRONT OF
THEM TO THE LEFT IS A GIRL SITTING UP ON A
BLANKET,HEAD FACING FRONT WITH A HAT. TO THE
RIGHT IS A MAN WITH AN INNER TUBE , HAT AND LEI
LOOKING TOWARD THE WATER. TO HIS RIGHT IS A BOY
WITH A SNORKEL, SWIMMING TRUNKS AND FINS. NEXT
TO T HEM ARE 3 GIRLS: THE ONE ON THE LEFT IS IN A
LOUNGE CHAIR, HER HAIR IN A PONTYTAIL AND READING
A MAGAZINE, TO THE RIGHT IS A GIRL LYING DOWN ON A
BLANKET IN A 2-PIECE BATHING SUIT WITH A RADIO
BESIDE HER. TO THE RIGHT OF HER IS A SURFER
WALKING TOWARD THE BEACH CARRYING A SURFBOARD
UNDER HIS ARM. TO THE FAR LEFT IS A WOMAN

STANDING WITH A HAT AND A DOG. TO THE RIGHT, THE LAST CHARACTER, IS A MAN SITTING ON A BLANKET WITH HIS ARMS LEANING BACK SUPPORTING HIM. TO THE RIGHT OF THE BEACH WITH PEOPLE IS THE OC EAN WITH THE SHORELINE RUNNING DIAGONALLY FROM LEFT TO RIGHT. TO THE RIGHT OF THE SHORELINE IS A BOY SURFING IN A BENT OVER SQUATTING POSITION. IN THE FOREGROUND BELOW THE LADY WITH THE DOG ARE 3 SHOPS WITH A SIDEWALK, A GIRL PETTYCAB DRIVER IS RIDING IN FRONT OF THE SHOPS WITH A MALE PASSENGER IN THE SEAT BEHIND HER. TO THE RIGHT OF THE DESIGN ARE 2 COUPLES: THE 1ST COUPLE IS A MALE AND FEMALE WITH GLASSES SITTING TOGETHER AT A CAFE TABLE WITH AN UMBRELLA OVER THEM. THE 2ND COUPLE IS TO THE RIGHT, AN OLD ER MALE AND FEMALE SITTING AT THE SAME STYLE TABLE HAVING 2 DRINKS. ABOVE THEM IS A LARGE, ELONGATED, HORIZONTAL SIGN SAYING "WELCOME TO WAIKIKI" GOING VERTICALLY BELOW THE LETTER "E" IN THE WORD "WELCOME" IS A POLE WITH A STREET SIGN ATTACHED SAYING "KAL AKAUA". IN THE FOREGROUND OF THE PETTY CAB IS A BUS WITH A SIGN ATTACHED TO IT THAT CONTAINS THE WORDS "ISLAND TOURS". THE REAR OF THE BUS IS ON THE LEFT AND THE FRONT OF THE BUS IS ON THE RIGHT. THE BUS HAS 5 WINDOWS AND A BUS DRIVER IS SITTING AT THE ST EERING WHEEL. OUTSIDE IN FRONT OF THE DOOR OF THE BUS IS A HAWAIIAN LOOKING TOURGUIDE FACING A LINE OF 8 PEOPLE: STARTING FROM THE RIGHT IS A NEWSPAPER BOY, A LADY WEARING A MUU-MUU, A MAN WITH A HAT AND A PIPE TALKING TO THE LADY IN THE MUU-MUU, AN ORIEN TAL COUPLE (MALE AND FEMALE) IN ALOHA ATTIRE, A MAN WITH SUNGLASSES HOLDING A BOOK, A SMALL OLD WOMAN HOLDING A SHOPPING BAG TALKING TO THE LAST MAN IN LINE WHO IS WEARING SHORTS, SNEAKERS, GLASSES AND A BASEBALL HAT. TO THE RIGHT OF THE ISLAND TOUR BUS I S A TOURIST WITH A BEACH HAT, LEI AND A CAMERA AROUND HIS NECK LOOKING TOWARDS THE BUS. TO THE RIGHT OF HIM IS A MAN HOLDING A T-SHIRT WITH THE WORD "HAWAII" PRINTED ON IT. DIRECTLY IN FRONT OF THE STAND FROM LEFT TO RIGHT IS A MAN HOLDING A SHOPPING BAG, A GIRL HOLDING A BALLOON AND A LADY WITH A POCKETBOOK. DIRECTLY BELOW THE BUS TOURISTS ARE 3 HULA GIRLS WEARING LEIS ON THEIR HEADS AND GRASS SKIRTS STANDING IN A HORIZONTAL LINE WITH

THEIR LEFT ARMS POINTING RIGHT. THEY ARE STANDING UP ON THE TOE OF THE IR LEFT FEET AND FACING FRONT WITH THE SUN SETTING BEHIND THEM. THE LETTERS OF THE WORD ″LUAU″ ARE SPACED IN BETWEEN EACH GIRL. THE LETTER ″L″ IS TO THE LEFT OF THE 1ST GIRL, THE LAST LETTER ″U″ IS TO THE RIGHT OF THE LAST GIRL, THE INSIDE LETTER ″U″ IS T O THE LEFT OF THE MIDDLE GIRL AND THE LETTER ″A″ IS TO THE RIGHT OF THE MIDDLE GIRL. THE WORDS ″INTERNATIONAL TRADE MARKET″ ARE INCLUDED IN THE MARK.

**Registrant:**

VIRGINIA A. BISHOP
SOLE PROPRIETOR
1920 ALA MOANA BLVD. #1511
HONOLULU, HAWAII 96815

**Manner Of Display:**

APPLIED BY ATTACHMENT TO CONTAINERS AND DIRECTLY TO THE PRODUCTS.

# HO'OULU AWARDS

## HO'OULU AWARDS

**State:**           HAWAII

**Status:**          NOT RENEWED

**Date Registered:** DEC 07, 2000

**Registration No.:** 245471

**Goods/Services:**  **International Class: 9**

MUSIC VIDEO & CD'S

**Registrant:**

THE MADDEN CORPORATION

HAWAII CORPORATION

99-880 IWAENA STREET

AIEA, HAWAII 96701

**Manner Of Display:**

TO BE PRINTED ON ABOVE STATED PRODUCTS OR THEIR
CONTAINERS/PACKAGING.

HONOLULU
NAUTICALS

**HONOLULU NAUTICALS**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  OCT 02, 1990
**Registration No.:** 124319

**Goods/Services:**   **International Class: 14, 9**
                     CLOCKS, BAROMETERS
**Registrant:**

                     MARK & STEPHEN, INC.
                     HAWAII CORPORATION
                     1421 S. BERETANIA ST.
                     HONOLULU, HAWAII 96814

**Manner Of Display:**
                     ON CLOCK FACE

## HONOLULU GIRLS

**HONOLULU GIRLS**

**State:**            HAWAII

**Status:**          NOT RENEWED
**Date Registered:** MAY 13, 1985
**Registration No.:** 76859

**Goods/Services:** **International Class:  9, 16**
                    RECORDS, CALENDAR, VIDEO CASSETTES, BOOKS,
                    MAGAZINES.
**Registrant:**

                    SHARRON ANN WALLEY
                    SOLE PROPRIETOR
                    1839 LUSITANA ST., APT. A
                    HONOLULU, HAWAII 96813

**Manner Of Display:**
                    PRINTED ON LABELS, PACKAGING, BOOKS, MAGAZINES

## HONOLULU SKYLINE REPORT

**HONOLULU SKYLINE REPORT**

**State:**          HAWAII

**Status:**          NOT RENEWED
**Date Registered:** APR 11, 1990
**Registration No.:** 117163

**Goods/Services:**  **International Class:  9, 16**
                     PUBLICATIONS AND VIDEO TAPES
**Registrant:**

                     DANIEL GORDON CHINN
                     SOLE PROPRIETOR
                     2499 KAPIOLANI BLVD. #1101
                     HONOLULU, HAWAII 96826

                     <u>**We Have Located Other Marks With This Owner**</u>

                     <u>HONOLULU SKYLINE</u>          State          Page 995
                     <u>REPORT</u>

**Manner Of Display:**

                     AFFIXED TO PAGES OF SALES PRESENTATION AND USED
                     IN VIDEO PRESENTATION

# OFFICER HONOLULU'S KEIKI SHOW & CRIME PREVENTION PROGRAM

## OFFICER HONOLULU'S KEIKI SHOW & CRIME PREVENTION PROGRAM

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    SEP 20, 1999
**Registration No.:**   231693

**Goods/Services:**     **International Class: 16, 9**
                        BOOKLETS AND PAMPHLETS VIDEOS, EDUCATIONAL
                        MATERIALS, CD'S, BUMPER STICKERS, PENCILS, BOOKS,
                        KEY CHAINS, T-SHIRTS, CAPS, ATHLETIC UNIFORMS,
                        SHORTS AND DECALS.

**Registrant:**
                        LEIGHTON K. KAOUOHI SR
                        SOLE PROPRIETOR
                        45-563 KUKANE ST
                        KANEOUE, HAWAII 96744

**Manner Of Display:**
                        PRINTED DIRECTLY ON THE PRODUCTS.

## HOT SHOTS SAILS HONOLULU

**HOT SHOTS SAILS HONOLULU**

**State:**          HAWAII

**Status:**         NOT RENEWED
**Date Registered:** SEP 29, 1983
**Registration No.:** 68685

**Goods/Services:** **International Class: 25, 22, 20, 9**
                   CLOTHES, SAILS, ADVERTISING ART AND VIDEO MOVIES.

**Design Phrase:** THE WORDS "HOT SHOTS SAILS HONOLULU" IN CAPS
                   AND A DESIGN OF A TRIANGLE AS SHAPED LINED
                   ARTWORK.

**Registrant:**

                   HOT SHOTS SAILS
                   HAWAII PARTNERSHIP
                   58-035 MAIKA
                   HALEIWA, HAWAII 96712

**Manner Of Display:**

                   SEWN ON THE GOODS OR STUCK ON THE GOODS WITH
                   ADHESIVES.

## HONOLULU
## CELLULAR

**HONOLULU CELLULAR**

**State:**          HAWAII

**Status:**         NOT RENEWED

**Date Registered:** OCT 18, 1989

**Registration No.:** 112466

**Goods/Services:** **International Class: 42, 37, 9**

CELLULAR TELEPHONE SALES, SERVICE

**Design Phrase:** THE WORDS ″HONOLULU CELLULAR″ PRINTED IN TWO
LINES IN BLUE, WITH A RED FLYING CELL LOGO TO THE
RIGHT OF ″HONOLULU CELLULAR″, CONSISTING OF
HORIZONTAL LINES FORMING THE SHAPE OF A HEXAGON
WITH SIDES ON THE TOP AND BOTTOM AND ANGLES TO
THE RIGHT AND LEFT WI TH THE HORIZONTAL LINES
CONTINUING ON TOWARD THE RIGHT, GOING FROM
BOLD TO FINE IN THREE INCREMENTS.

**Registrant:**

HONOLULU CELLULAR TELEPHONE COMPANY
NEW YORK PARTNERSHIP
TWO WATERFRONT PLAZA, SUITE 301, 500 ALA MOANA
BLVD.
HONOLULU, HAWAII 96813

**We Have Located Other Marks With This Owner**

HONOLULU CELLULAR          State          Page 872
HAWAII'S CELLULAR
LEADER

## HONOLULU CELLULAR HAWAII'S CELLULAR LEADER

**HONOLULU CELLULAR HAWAII'S CELLULAR LEADER**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    JUL 24, 1990
**Registration No.:**   121689
**Renewed:**            JUL 15, 1991
**Renewal**
**Registration No.:**   132534

**Goods/Services:**     International Class:  42, 37, 9
                        CELLULAR TELEPHONE SALES, SERVICE

**Design Phrase:**      THE WORDS ″HONOLULU CELLULAR″ PRINTED IN TWO
                        LINES IN BLUE, WITH A RED FLYING CELL LOGO TO THE
                        RIGHT OF ″HONOLULU CELLULAR″, CONSISTING OF
                        HORIZONTAL LINES FORMING THE SHAPE OF A HEXAGON
                        WITH SIDES ON THE TOP AND BOTTOM AND ANGLES TO
                        THE RIGHT AND LEFT WI TH THE HORIZONTAL LINES
                        CONTINUING ON TOWARD THE RIGHT, GOING FROM
                        BOLD TO FINE IN THREE INCREMENTS, WITH THE WORDS
                        ″HAWAII'S CELLULAR LEADER″ PRINTED IN ONE LINE IN
                        BLUE BELOW THE WORDS ″HONOLULU CELLULAR″ AND
                        THE FLYING CELL

**Registrant:**

                        HONOLULU CELLULAR TELEPHONE COMPANY
                        NEW YORK PARTNERSHIP
                        TWO WATERFRONT PLAZA, SUITE 301, 500 ALA MOANA
                        BOULEVARD
                        HONOLULU, HAWAII 96813

                        **We Have Located Other Marks With This Owner**

                        HONOLULU CELLULAR        State              Page 871

**Renewed To:**         HONOLULU CELLULAR TELEPHONE COMPANY
                        NEW YORK PARTNERSHIP
                        TWO WATERFRONT PLAZA, SUITE 301, ALA MOANA BLVD.
                        HONOLULU, HAWAII 96813

## HONOLULU LACROSSE CLUB

**HONOLULU LACROSSE CLUB**

**State:**              HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   DEC 28, 1990
**Registration No.:**  126702
**Renewed:**           DEC 18, 1991
**Renewal**
**Registration No.:**  138161

**Goods/Services:**    **International Class:  25, 18, 11, 21**
                       APPAREL, SPORTS PARAPHERNALIA, SHIRTS, VISORS,
                       SHORTS, UMBRELLAS, HATS AND BEVERAGE COOLERS.

**Design Phrase:**     A DESIGN OF AN OVAL CONTAINING THE WORDS
                       ″HAWAIIAN LACROSSE CLUB″ SURROUNDING A HAWAIIAN
                       WARRIOR WITH A LACROSSE STICK AND A BALL.

**Registrant:**

                       HONOLULU LACROSSE CLUB
                       HAWAII CORPORATION
                       1600 PAUAHI TOWER, 1001 BISHOP STREET
                       HONOLULU, HAWAII 96813

**Renewed To:**        HONOLULU LACROSSE CLUB
                       HAWAII CORPORATION
                       1600 PAUAHI TOWER, 1001 BISHOP STREET
                       HONOLULU, HAWAII 96813

**Manner Of Display:**

                       AFFIXED TO THE PRODUCTS AND PRODUCT
                       CONTAINERS.

# HONOLULU DALA

**HONOLULU DALA**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    MAR 27, 1990
**Registration No.:**   118365
**Renewed:**            OCT 24, 1990
**Renewal**
**Registration No.:**   124958

**Goods/Services:**     **International Class: 14**
                        JEWELRY.
**Registrant:**

                        BERNARD VON NOTHAUS
                        SOLE PROPRIETOR
                        P.O. BOX 900
                        HONOLULU, HAWAII 96808

**Renewed To:**         BERNARD VON NOTHAUS
                        SOLE PROPRIETOR
                        P.O. BOX 900
                        HONOLULU, HAWAII 96808

**Manner Of Display:**
                        APPLIED TO THE GOODS AND PACKAGING.

MINTED IN
HONOLULU

**MINTED IN HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  FEB 21, 1989

**Registration No.:**  105535

**Renewed:**          DEC 20, 1989

**Renewal**

**Registration No.:**  113982

**Goods/Services:**   **International Class: 14**
                      JEWELRY, COINS, MEDALS AND INGOTS.

**Registrant:**

                      GOLDFINGER HAWAII, INC.
                      HAWAII CORPORATION
                      P.O. BOX 10578
                      HONOLULU, HAWAII 96816

**Renewed To:**       GOLDFINGER HAWAII, INC.
                      HAWAII CORPORATION
                      P.O. BOX 10578
                      HONOLULU, HAWAII 96816

**Manner Of Display:**

                      PRINTED ON PRODUCT PACKAGING AND STAMPED ONTO
                      THE GOODS.

# ″JAPALULU″ HAWAII

**″JAPALULU″ HAWAII**

**State:**          HAWAII

**Status:**         NOT RENEWED
**Date Registered:** SEP 28, 1988
**Registration No.:** 100843

**Goods/Services:** **International Class:  25, 14, 20**
                    T-SHIRTS; JEWELRY; GIFT ITEMS; CLOTHES
**Registrant:**

                    CLUB PARADISE HAWAII INC.
                    HAWAII CORPORATION
                    1290-D MAUNAKEA ST., SUITE 232
                    HONOLULU, HAWAII 96817

**Manner Of Display:**

                    USED ON PACKAGING; LABELS



**HONOLULU UKULELE FACTORY CASANOVA**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    DEC 19, 2005
**Registration No.:**   185634

**Goods/Services:**     **International Class: 15**
                        UKULELE
                        **State Class:** 15
                        **First Use In State:**         **First Use Anywhere:**
                        DEC 21, 1994                    DEC 21, 1994

**Design Phrase:**      THE WORDS ″HONOLULU UKULELE FACTORY″ AND
                        DESIGN OF RIBBON WITH ″CASANOVA″

**Registrant:**

                        STEPHEN SYDOW
                        PO BOX 26297
                        HONOLULU, HAWAII 96825

                        **We Have Located Other Marks With This Owner**

                        CASANOVA HONOLULU        State            Page 878
                        UKULELE FACTORY

**Manner Of Display:**

                        PRINTED DIRECTLY ON UKULELE



## CASANOVA HONOLULU UKULELE FACTORY

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    DEC 21, 1994
**Registration No.:**   175115
**Renewed:**            SEP 01, 1995
**Renewal**
**Registration No.:**   185634

**Goods/Services:**     **International Class:  15**
                        UKULELE

**Design Phrase:**      THE WORDS ″CASANOVA HONOLULU UKULELE FACTORY″
                        AND DESIGN OF A RIBBON WITH THE WORD CASANOVA
                        ON IT

**Registrant:**

                        STEPHEN SYDOW
                        INDIVIDUAL
                        2149 10TH AVE.
                        HONOLULU, HAWAII 96816-3024

                        **We Have Located Other Marks With This Owner**

                        HONOLULU UKULELE          State          Page 877
                        FACTORY CASANOVA

**Renewed To:**         STEPHEN SYDOW
                        SOLE PROPRIETOR
                        2149 10TH AVENUE
                        HONOLULU, HAWAII 96816

**Manner Of Display:**
                        APPLIED TO TOP AND WITH LABEL



**HAWAIIAN THISTLE PIPE BAND HONOLULU**

**State:**             HAWAII

**Status:**            NOT RENEWED

**Date Registered:**   APR 23, 2001

**Registration No.:**  249816

**Goods/Services:**    **International Class: 15, 25**
                       BASS DRUN, BANNERS, TEE SHIRTS AND OTHER
                       WEARING APPAREL OF BAND MEMBERS AND SUPPORTS
                       OF THE BAND.

**Design Phrase:**     THE WORDS ″HAWAIIAN THISTLE PIPE BAND HONOLULU″
                       FORMING A CIRCLE AROUND THE HAWAIIAN ISLANDS
                       MODIFIED TO LOOK LIKE A BAG PIPE WITH DRONES,
                       CHANTER AND MOUTHPIECE.

**Registrant:**

                       HAWAIIAN THISTLE PIPE BAND
                       HAWAII CORPORATION
                       P O BOX 30013
                       HONOLULU, HAWAII 96820

**Manner Of Display:**

                       APPLIED TO THE HEADS OF THE DRUM WITH ACRYLIC
                       MATERIAL SCREEN PRINT TO SHIRTS AND WEARRING
                       APPAREL, ACRYLIC TO BANNERS.

ULU

**ST-154**
**Group:** Four

HONOLULU FOCUS

**HONOLULU FOCUS**

**State:**           HAWAII

**Status:**          NOT RENEWED
**Date Registered:** MAR 19, 1990
**Registration No.:** 116830

**Goods/Services:**  **International Class:  16**
                     PUBLICATION
**Registrant:**

                     KASHMIR D. GELLATLY
                     INDIVIDUAL
                     3207 PACIFIC HTS. RD.
                     HONOLULU, HAWAII 96813

**Manner Of Display:**
                     NAME OF PUBLICATION

ULU

HONOLULU
MAGAZINE

## HONOLULU MAGAZINE

**State:**            HAWAII

**Status:**          NOT RENEWED

**Date Registered:** OCT 30, 1986

**Registration No.:** 85301

**Renewed:**          OCT 22, 1987

**Renewal**

**Registration No.:** 93761

**Goods/Services:**  **International Class: 16**
                     PUBLICATION

**Registrant:**

                     HONOLULU PUBLISHING COMPANY, LTD.
                     HAWAII CORPORATION
                     36 MERCHANT STREET
                     HONOLULU, HAWAII 96813

                     **We Have Located Other Marks With This Owner**

                     HONOLULU MAGAZINE'S        State        Page 806
                     HALE 'AINA AWARD

                     HONOLULU MAGAZINE          State        Page 882

                     HONOLULU MAGAZINE          Common Law   Page 1069
                     FICTION CONTEST

**Renewed To:**      HONOLULU PUBLISHING COMPANY LTD.
                     HAWAII CORPORATION
                     36 MERCHANT STREET
                     HONOLULU, HAWAII 96813

**Manner Of Display:**

                     PRINTED DIRECTLY ONTO COVER OF PUBLICATION AND
                     WITHIN PUBLICATION

HONOLULU
MAGAZINE

**HONOLULU MAGAZINE**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  AUG 22, 2001
**Registration No.:** 253032

**Goods/Services:**   **International Class:  16**
                      MAGAZINE
**Registrant:**

                      HONOLULU PUBLISHING COMPANY, LTD.
                      HAWAII CORPORATION
                      36 MERCHANT STREET
                      HONOLULU, HAWAII 96813

                      **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU MAGAZINE'S HALE 'AINA AWARD | State | Page 806 |
| HONOLULU MAGAZINE | State | Page 881 |
| HONOLULU MAGAZINE FICTION CONTEST | Common Law | Page 1069 |

**Manner Of Display:**

                      USED ON PRINTED DIRECTLY ONTO COVER OF PUBLIC
                      ATION AND INSIDE PUBLICATION

## HONOLULU BOWLING NEWS

**HONOLULU BOWLING NEWS**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    OCT 14, 1981

**Registration No.:**   58813

**Goods/Services:**     **International Class:  16**
                        PUBLICATION.

**Registrant:**
                        ARTHUR BRUCE JENSEN JR.
                        SOLE PROPRIETOR
                        BOX 25488
                        HONOLULU, HAWAII 96821

**Manner Of Display:**
                        PRINTED DIRECTLY ON THE COVER AND ON INSIDE
                        PAGES.

HONOLULU
COMMUNITY
CALENDAR

**HONOLULU COMMUNITY CALENDAR**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    MAR 25, 1991
**Registration No.:**   128430

**Goods/Services:**     **International Class: 16**
                        A MONTHLY PUBLICATION OF CHARITABLE AND
                        COMMUNITY EVENTS/FUNCTIONS.
**Registrant:**

                        H CLUB CORPORATION
                        HAWAII CORPORATION
                        932 WARD AVENUE
                        HONOLULU, HAWAII 96814

**Manner Of Display:**

                        APPLIED ON THE FRONT PAGE OF THE GOODS AS THE
                        HEADING.

## HONOLULU HOME & GARDEN

**HONOLULU HOME & GARDEN**

**State:**      HAWAII

**Status:**      NOT RENEWED
**Date Registered:** OCT 18, 2004
**Registration No.:** 4027168

**Goods/Services:**    **International Class: 16**
     PUBLICATION
     **State Class:** 16

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| AUG 22, 2001 | AUG 22, 2001 |

**Registrant:**

PACIFICBASIN COMMUNICATIONS, LLC
HAWAII LIMITED LIABILITY COMPANY
1000 BISHOP STREET STE. 405
HONOLULU, HAWAII 96813

**We Have Located Other Marks With This Owner**

| HONOLULU | USPTO | Page 404 |
|---|---|---|
| HONOLULU | Common Law | Page 1078 |

**Manner Of Display:**

USED: BY PRINTING DIRECTLY ONTO COVER OF PUBLIC
ATION

ST-160
Group: Four

## HONOLULU SUPERSTAR BULLETIN

**HONOLULU SUPERSTAR BULLETIN**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    DEC 17, 1999
**Registration No.:**   234199

**Goods/Services:**     **International Class:  16**
                        NEWSLETTER
**Registrant:**

                        DONALD ARTHUR LUBITZ
                        SOLE PROPRIETOR
                        2679 PETER STREET
                        HONOLULU, HAWAII 96816

**Manner Of Display:**
                        PRINTED ON THE COVER

ULU

**ST-161**
**Group:** Four

## HONOLULU AT ITS BEST

**HONOLULU AT ITS BEST**

**State:**            HAWAII

**Status:**          NOT RENEWED
**Date Registered:** DEC 18, 1981
**Registration No.:** 59808

**Goods/Services:**   **International Class:  16**
                     MAGAZINES.
**Registrant:**

                     PARADISE/CITY COMMUNICATIONS CORPORATION
                     HAWAII CORPORATION
                     1916 MANOA RD., APT. B
                     HONOLULU, HAWAII 96822

                     **We Have Located Other Marks With This Owner**

                     MR. HONOLULU              State            Page 888

**Manner Of Display:**
                     PRINTED DIRECTLY ON THE PRODUCT.

# MR. HONOLULU

**MR. HONOLULU**

**State:**              HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   DEC 18, 1981
**Registration No.:**  59809

**Goods/Services:**    **International Class: 16**
                       MAGAZINES.
**Registrant:**

                       PARADISE/CITY COMMUNICATIONS CORPORATION
                       HAWAII CORPORATION
                       1916 MANOA RD., APT. B
                       HONOLULU, HAWAII 96822

                       <u>**We Have Located Other Marks With This Owner**</u>

                       HONOLULU AT ITS BEST        State          Page 887

**Manner Of Display:**
                       PRINTED DIRECTLY ON THE PRODUCT.

**ULU**

**ST-163**
**Group:** Four

THE HONOLULU
ADVERTISER

## THE HONOLULU ADVERTISER

**State:**　　　　HAWAII

**Status:**　　　　NOT RENEWED
**Date Registered:** MAY 28, 1993
**Renewed:**　　　　MAY 26, 1994
**Renewal**
**Registration No.:** 167468

**Goods/Services:** **International Class: 16**
　　　　　　　　NEWSPAPER
**Registrant:**

　　　　　　　　GANNETT CO., INC.
　　　　　　　　DELAWARE CORPORATION
　　　　　　　　1100 WILSON BLVD.
　　　　　　　　ARLINGTON, VIRGINIA 22234

　　　　　　　　<u>**We Have Located Other Marks With This Owner**</u>

　　　　　　　　<u>THE HONOLULU ADVER-</u>　　USPTO　　　Page 448
　　　　　　　　<u>TISER</u>

**Renewed To:**　　GANNETT CO., INC.
　　　　　　　　DELAWARE CORPORATION
　　　　　　　　1100 WILSON BLVD.
　　　　　　　　ARLINGTON, VIRGINIA 22234

**Manner Of Display:**

　　　　　　　　APPLIED DIRECTLY TO THE GOODS

THE HONOLULU
MONTHLY

**THE HONOLULU MONTHLY**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  MAY 19, 1982
**Registration No.:** 62108

**Goods/Services:**   **International Class:  16**
                      PUBLICATION
**Registrant:**

                      PACIFIC MAGAZINE CORPORATION
                      HAWAII CORPORATION
                      BOX 25488
                      HONOLULU, HAWAII 96825

**Manner Of Display:**
                      PRINTED DIRECTLY ON THE PRODUCT

THE OAHU,
HONOLULU, WAIKIKI
VACATION PLANNER

**THE OAHU, HONOLULU, WAIKIKI VACATION PLANNER**

**State:**            HAWAII

**Status:**           EXPIRED

**Date Registered:**  APR 19, 1996

**Registration No.:** 194665

**Expiration Date:**  APR 19, 1997

**Goods/Services:**   **International Class: 16**

                      ANNUAL MAGAZINE PUBLICATION

**Registrant:**

                      H & S PUBLISHING

                      HAWAII PARTNERSHIP

                      1351 KUHIO HIGHWAY

                      KAPAA, HAWAII 96746

                      <u>**We Have Located Other Marks With This Owner**</u>

                      <u>THE OAHU, HONOLULU,</u>          State          Page 778
                      <u>WAIKIKI VACATION</u>
                      <u>PLANNER</u>

A TASTE OF
HONOLULU

**A TASTE OF HONOLULU**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    MAY 23, 1985

**Registration No.:**   77181

**Goods/Services:**     **International Class: 16**
                        A MAGAZINE FEATURING RESTAURANT MENUS AND
                        EDITORIALS. ALSO, INCLUDES PAID ADVERTISING FOR
                        DINING, RESTAURANTS, SHOPPING TIPS ETC.

**Registrant:**
                        BILL BAKER, INC.
                        HAWAII CORPORATION
                        627 SO. ST. #21
                        HONOLULU, HAWAII 96813

**Manner Of Display:**
                        APPLIED DIRECTLY TO THE MAGAZINE.

## POCKET GUIDE TO HONOLULU

**POCKET GUIDE TO HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  FEB 18, 1988
**Registration No.:** 94365

**Goods/Services:**   **International Class:  16**
                     INFORMATION BOOKLETS.
**Registrant:**

                     PARADIGM, INC.
                     HAWAII CORPORATION
                     1131 KAUMOKU STREET
                     HONOLULU, HAWAII 96825

**Manner Of Display:**
                     APPLIED DIRECTLY TO THE GOODS.

## YOURS & MYNAH, INC. HONOLULU HAWAII

**YOURS & MYNAH, INC. HONOLULU HAWAII**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    APR 09, 1986

**Registration No.:**   82120

**Goods/Services:**     **International Class:  16**
                        GREETING CARDS

**Design Phrase:**      A MYNAH BIRD IN BETWEEN THE WORDS ″YOURS &
                        MYNAH, INC. AND ″HONOLULU HAWAII″ UNDERNEATH.
                        MYNAH BIRD IS WEARING A LEI & HAT WITH FLOWER.

**Registrant:**

                        YOURS & MYNAH, INC.
                        HAWAII CORPORATION
                        820 MILILANI ST., #505
                        HONOLULU, HAWAII 96813

**Manner Of Display:**
                        PRINTED ON THE BACK FOLD OF THE GREETING CARD

## KIKI I-94 HONOLULU GIRL CALENDAR

**KIKI I-94 HONOLULU GIRL CALENDAR**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    JUL 10, 1985
**Registration No.:**   77330

**Goods/Services:**     **International Class:  16**
                        CALENDARS.
**Registrant:**

                        EDITIONS LIMITED
                        HAWAII CORPORATION
                        1123 KAPAHULU AVE.
                        HONOLULU, HAWAII 96816

**Manner Of Display:**

                        PRINTED ON COVERS OF THE GOODS.

## HONOLULU PLEASURE DEPARTMENT-HPD

**HONOLULU PLEASURE DEPARTMENT-HPD**

**State:**              HAWAII

**Status:**              NOT RENEWED
**Date Registered:** APR 15, 1983
**Registration No.:** 67422

**Goods/Services:** **International Class: 16, 25, 18**
                    APPAREL, BAGS, CAPS, STICKERS.
**Registrant:**

                    DICK S. CHING
                    SOLE PROPRIETOR
                    P.O. BOX 15242
                    HONOLULU, HAWAII 96812
                    TEL: 922-2120

**Manner Of Display:**
                    DIRECTLY ON PRODUCTS.

SILKIES OF
HONOLULU/
ORIGINAL
REPLICLASSICS

**SILKIES OF HONOLULU/ORIGINAL REPLICLASSICS**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    OCT 24, 1994
**Registration No.:**   173355

**Goods/Services:**     **International Class:  25, 16, 18**
                        ALOHA SHIRTS, T-SHIRTS, POSTERS, CAPS, BAGS.
**Registrant:**

                        MICHAEL DALKE
                        INDIVIDUAL
                        4400-4 KALANIANAOLE
                        HONOLULU, HAWAII 96821

**Manner Of Display:**

                        USED BY SILK SCREEN, WOVEN LABELS, ADHESIVE
                        STICKERS, HANG TAGS

ULU

**ST-172**
**Group:** Four

# HONOLULU WEEKLY

**HONOLULU WEEKLY**

**State:**          HAWAII

**Status:**         NOT RENEWED
**Date Registered:** SEP 18, 1990
**Registration No.:** 123546

**Goods/Services:** **International Class: 16, 25, 20**
                    PUBLICATIONS, T-SHIRTS, BUMPER STICKERS AND
                    OTHER RETAIL AND PROMOTIONAL ITEMS.
**Registrant:**

                    HONOLULU WEEKLY, INC.
                    HAWAII CORPORATION
                    P.O. BOX 90340
                    HONOLULU, HAWAII 96835-0340

                    **We Have Located Other Marks With This Owner**

                    BEST OF HONOLULU          USPTO          Page 402

                    HONOLULU WEEKLY          Common Law      Page 1065

                    HONOLULU WEEKLY          Common Law      Page 1065

                    HONOLULU WEEKLY          Common Law      Page 1066

**Manner Of Display:**
                    APPLIED DIRECTLY TO THE GOODS.

## A ROAD MAP TO DINING AND NIGHTLIFE HAPPY HOURS HONOLULU

**A ROAD MAP TO DINING AND NIGHTLIFE HAPPY HOURS HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  MAR 02, 2000
**Registration No.:** 236529

**Goods/Services:**   **International Class:  16, 25**
                      MAPS, T-SHIRTS

**Design Phrase:**    SILVER BOX ″A ROAD MAP TO DINING AND NIGHTLIFE″
                      AND ″HAPPY HOURS″ AT TOP. TROPICAL SCENCE WITH
                      AN ISLAND, PALM TREES WATER AND BLACK OUTLINE OF
                      DIAMOND HEAD. THIS IS SET INSIDE OF A CLOCKFACE .
                      AN OVAL OUTLINE WITH NUMBERING SIMILAR TO A
                      CLOCK. AT THE BOT TOM ″HONOLULU″

**Registrant:**

                      MILLENNIUM MAPPING, LTD.
                      HAWAII CORPORATION
                      3409A WELA ST.
                      HONOLULU, HAWAII 96815

**Manner Of Display:**
                      APPLIED TO THE FRONT OF ALL GOODS AND ARTICLES



**SCHOOL OF SOCCER**

### HONOLULU INTERNATIONAL SCHOOL OF SOCCER

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    MAY 11, 1994
**Registration No.:**   168513
**Renewed:**            APR 12, 1995
**Renewal**
**Registration No.:**   180122


**Goods/Services:**     **International Class:  25, 28, 16**
                        SHIRTS, SOCCER BALLS, BROCHURES

**Design Phrase:**      THE WORDS ″HONOLULU INTERNATIONAL″ ABOVE A
                        DESIGN OF 3 CIRCLES. THE LEFT CIRCLE CONSISTS OF
                        IMAGE OF THE HAWAIIAN ISLANDS, THE CENTER CIRCLE
                        IS THE WORLD AND THE RIGHT CIRCLE IS A SOCCER
                        BALL WITH A RAINBOW ON TOP OF ALL THREE WITH THE
                        WORDS ″SCHOOL OF SO CCER″ ACROSS THE BOTTOM.

**Registrant:**

                        PROFESSIONAL SOCCER SCHOOLS FOR AMERICA'S
                        YOUTH
                        HAWAII CORPORATION
                        98-1268 KAAHUMANU ST., SUITE C-3-256
                        PEARL CITY, HAWAII 96782

                        **We Have Located Other Marks With This Owner**

                        HONOLULU                  State          Page 966
                        INTERNATIONAL SCHOOL
                        OF SOCCER


**Renewed To:**         PROFESSIONAL SOCCER SCHOOLS FOR AMERICA'S
                        YOUTH (PSSFAY)
                        HAWAII CORPORATION
                        98-1268 KAAHUMANU ST, SUITE C-3-256
                        PEARL CITY, HAWAII 96782


**Manner Of Display:**

                        SILKSCREENED TO CLOTH, PRINTED ON SOCCER BALLS
                        AND BROCHURES



### THE GYM HONOLULU

**State:**          HAWAII

**Status:**        NOT RENEWED

**Date Registered:**  NOV 12, 1991

**Registration No.:**  136773

**Goods/Services:**  **International Class:  25, 32, 16, 28**
CLOTHING, SPORT ACCESSORIES, WATER BOTTLES, BUMPER STICKERS

**Design Phrase:**  THE WORDS ″THE GYM HONOLULU″. IN A DIAMOND SHAPE DESIGN THE WORD ″THE″ TO THE LEFT OF THE WORD ″GYM″ IN LARGE GRAFFITTI STYLE LETTERS. THE WORD ″HONOLULU″ DONE IN STENCIL STYLE LETTERING UNDERNEATH THE WORD ″GYM″. THE COLORS ARE BLACK AND TRAFFIC YELLOW.

**Registrant:**

THE GYM, INC.
HAWAII CORPORATION
670 AUAHI ST.
HONOLULU, HAWAII 96813

**Manner Of Display:**

APPLIED DIRECTLY TO PRODUCTS



### OAHU CHRISTIAN ASSEMBLY HONOLULU, HAWAII

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  FEB 17, 1995

**Registration No.:** 177179

**Goods/Services:**   **International Class:  41, 38, 16**
                      CHURCH TV MINISTRY, STATIONERY LETTERHEAD

**Design Phrase:**    ″OAHU CHRISTIAN ASSEMBLY HONOLULU, HAWAII″ AND
                      DESIGN OF ISLANDS WITH CROSS COVERED BY
                      RAINBOW WITH DOVE IN CENTER

**Registrant:**
                      OAHU CHRISTIAN ASSEMBLY
                      HAWAII CORPORATION
                      2336 APAPA STREET
                      PEARL CITY, HAWAII 96782



### DAYS OF ALOHA HONOLULU HAWAII

**State:**          HAWAII

**Status:**          NOT RENEWED

**Date Registered:** DEC 08, 2003

**Registration No.:** 4017852

**Goods/Services:** **International Class: 16, 42**
POSTERS, MENUS, FLYERS, BUSINESS CARDS,
STICKERS, WEBSITE
**State Class:** 16

| First Use In State: | First Use Anywhere: |
|---|---|
| JAN 12, 2003 | JAN 12, 2003 |

**Design Phrase:** THE WORDS ″DAYS OF ALOHA HONOLULU HAWAII″ IN
DESIGN CONSISTING OF A LADY'S PROFILE FACING
RIGHT WITH A HIBISCUS FLOWER IN HER HAIR OCCUPIES
THE LEFT HALF PORTION; ON THE RIGHT SIDE, A MAN
STANDING WITH A SURFBOARD LOOKING OVER THE
OCEAN TOWARD THE DIAMOND HEAD. THE FOLLOWING
LOGO TYPE IS ARRANGED IN THE LOWER PART OF THE
WHOLE DESIGN; ″ALOHA″ IN CURSIVE SCRIPT WITH A
CAPITAL LETTER ″A″ AND WITH HIBISCUS INSTEAD OF
″O″; ″DAYS OF″ ARRANGED OVER ″A″ OF ″ALOHA″.

**Registrant:**

CABIN USA, INC.
CORPORATION
1137 11TH AVE #205
HONOLULU, HAWAII 96816

**Manner Of Display:**
USED: BY PRINTING DIRECTLY ON LABEL ON PRODUCT

# HONOLULU BAGGS

**HONOLULU BAGGS**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    JAN 25, 1982
**Registration No.:**   60312

**Goods/Services:**     **International Class:  18**
                        TOTE BAGS.
**Registrant:**

                        OH, LOUIE! INC.
                        HAWAII CORPORATION
                        2939 E. MANOA RD. #B1
                        HONOLULU, HAWAII 96822

**Manner Of Display:**
                        USED ON LABELS SEWN ONTO THE GOODS AND ON
                        HANG TAGS ATTACHED TO THE GOODS.

HONOLULU
ZOOLOGICAL
SOCIETY

**HONOLULU ZOOLOGICAL SOCIETY**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    SEP 28, 1990
**Registration No.:**   123474

**Goods/Services:**     **International Class:  25, 18, 20**
                        T-SHIRTS, BAGS, BUTTONS, PINS AND CAPS.

**Design Phrase:**      THE DESIGN IS A MONKEY, KANGAROO, ELEPHANT,
                        IMPALA, LION, GIRAFFE, BIRDS AND PALM TREES FACING
                        DIAMOND HEAD, ALL IN A SILHOUETTE. THE WORDS
                        "HONOLULU ZOOLOGICAL SOCIETY" ARE TO THE RIGHT
                        AND BELOW THE DESIGN.

**Registrant:**

                        HONOLULU ZOOLOGICAL SOCIETY
                        HAWAII CORPORATION
                        151 KAPAHULU AVE.
                        HONOLULU, HAWAII 96815

**Manner Of Display:**
                        APPLIED DIRECTLY TO THE GOODS.

**ULU**

**ST-180**
**Group:** Four

## TUBE HONOLULU

**TUBE HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  NOV 02, 2001
**Registration No.:** 255198

**Goods/Services:**   **International Class:  25, 18, 21**
                      T-SHIRTS, SWEATSHIRTS, HATS, CAPS AND OTHER
                      APPAREL; BAGS AND OTHER ACCESSORIES; AND
                      MERCHANDISE OF VARIOUS KINDS, INCLUDING
                      REFRESHMENT BOTTLES.

**Registrant:**

                      WHITE ROAD HAWAII, INC.
                      HAWAII CORPORATION
                      1341 KAPIOLANI BOULEVARD, SUITE 401
                      HONOLULU, HAWAII 96814

**Manner Of Display:**

                      SILK SCREENED, EMBOSSED, EMBROIERED OR
                      OTHERWISE APPLIED DIRECTLY UNOT THE PRODUCT.

## LIKI LIKI HONOLULU HAWAII

**LIKI LIKI HONOLULU HAWAII**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  FEB 12, 1986
**Registration No.:** 80826

**Goods/Services:**   **International Class:  24, 25, 18**
                      TOWELS, GARMENTS, BAGS

**Design Phrase:**    LIKI WILL BE TO THE TOP LEFT HAND SIDE FOLLOWED BY
                      A SEMI 4-COLOR RAINBOW FACING LEFT. ON THE NEXT
                      LINE BELOW A SMALLER SEMI - 4 COLOR RAINBOW
                      (FACING RIGHT) WILL BE DIRECTLY UNDER LIKI
                      FOLLOWED BY THE 2ND LIKI. HONOLULU, HAWAII WILL BE
                      ON THE VERY BOTTOM

**Registrant:**

                      LIKI LIKI TRADING HAWAII LTD.
                      HAWAII CORPORATION
                      1833 KALAKAUA #212
                      HONOLULU, HAWAII 96815

                      <u>**We Have Located Other Marks With This Owner**</u>

                      <u>HAWAIIAN FLAVOR</u>         State        Page 950
                      <u>HONOLULU, HAWAII</u>

                      <u>HAWAIIAN FLAVOR</u>         State        Page 951
                      <u>HONOLULU, HAWAII</u>

**Manner Of Display:**
                      APPLIED TO GARMENT LABEL

---

## WHITE GOOSE OF HONOLULU

**WHITE GOOSE OF HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:** JUL 01, 1982
**Registration No.:** 63246

**Goods/Services:**  **International Class: 25, 20**
                     CHILDREN'S CLOTHING AND ACCESORIES.

**Design Phrase:**   A DESIGN OF A WHITE GOOSE WITH AN ORANGE BILL
                     AND FEET ENCIRCLED WITHIN A BLUE EGG. THE WORDS
                     ″WHITE GOOSE″ ARE WRITTEN IN COOPER BOLD TYPE IN
                     A SEMI-CIRCLE DIRECTLY UNDER THE GOOSE IN WHITE.
                     THE WORDS ″OF HONOLULU″ ARE WRITTEN IN COOPER
                     BOLD DIRECTLY UND ER THE EGG IN BLUE.

**Registrant:**

                     MARTHA W. HULBERT
                     SOLE PROPRIETOR
                     55 NIUIKI CIRCLE
                     HONOLULU, HAWAII 96821

**Manner Of Display:**
                     USED ON CLOTH LABELS SEWN DIRECTLY ONTO THE
                     GOODS.

## HONOLULU TERRITORY OF OAHU

**HONOLULU TERRITORY OF OAHU**

**State:**            HAWAII

**Status:**          NOT RENEWED

**Date Registered:** OCT 18, 1991

**Registration No.:** 144375

**Renewed:**          JUN 12, 1992

**Renewal**

**Registration No.:** 144376

**Goods/Services:** **International Class: 25, 24**

T-SHIRTS, READY TO WEAR APPAREL, SHORTS, CAPS, SWEATSHIRTS, TOWELS

**Registrant:**

HONOLULU TERRITORY OF HAWAII

HAWAII PARTNERSHIP

3353 WAIALAE AVE., #202

HONOLULU, HAWAII 96816

**We Have Located Other Marks With This Owner**

HONOLULU TERRITORY OF      State            Page 932
OAHU

**Renewed To:**      HONOLULU TERRITORY OF HAWAII

HAWAII PARTNERSHIP

3353 WAIALAE AVE., #202

HONOLULU, HAWAII 96816

**Manner Of Display:**

PRINTED OR SILKSCREENED

## TESS HONOLULU

**TESS HONOLULU**

**State:**              HAWAII

**Status:**              NOT RENEWED
**Date Registered:** JAN 20, 1987
**Registration No.:** 86591

**Goods/Services:** **International Class: 24, 25**
                     TEXTILES, GARMENTS AND WOMEN'S APPAREL.

**Design Phrase:** THE WORD ″TESS″ WITH THE WORD ″HONOLULU″ BELOW
                     AND TO THE RIGHT OF THE WORD TESS. A DESIGN OF
                     FOUR HORIZONTAL LINES ARE RUNNING THROUGH THE
                     WORD ″HONOLULU″.

**Registrant:**
                     TESS OF HONOLULU, INC.
                     HAWAII CORPORATION
                     818 KEEAUMOKU ST., STE. 516-A
                     HONOLULU, HAWAII 96814

                     **We Have Located Other Marks With This Owner**

                     TESS OF HONOLULU              State              Page 947

**Manner Of Display:**
                     EMBROIDERED OR PRINTED DIRECTLY ONTO LABELS
                     AND/OR TAGS SEWN OR TAGGED ONTO THE GOODS.

SUN FASHIONS
HONOLULU HAWAII

**SUN FASHIONS HONOLULU HAWAII**

**State:**          HAWAII

**Status:**         NOT RENEWED
**Date Registered:** MAR 05, 1985
**Registration No.:** 75899

**Goods/Services:** **International Class: 25, 24**
WOMEN'S, GIRLS GARMENTS, ARTICLES OF CLOTHING,
HATS, T-SHIRTS, TOWELS, AND OTHER GARMENTS AND
WEARING APPAREL

**Registrant:**
SUN FASHIONS OF HAWAII, LTD.
HAWAII CORPORATION
P.O. BOX 3054
HONOLULU, HAWAII 96802

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| CANOES SPORTSWEAR HONOLULU | USPTO | Page 668 |
| SUN FASHIONS HONOLULU, HAWAII | State | Page 912 |

**Manner Of Display:**
WILL BE ATTACHED, SEWN OR PRINTED ON GARMENTS
AND PRODUCTS BY MEANS OF SILKSCREEN, GARMENT
LABELS, HANG-TAGS AND DECALS

## SUN FASHIONS HONOLULU, HAWAII

SUN FASHIONS
HONOLULU, HAWAII

**State:**            HAWAII

**Status:**            NOT RENEWED
**Date Registered:**  APR 18, 1986
**Registration No.:**  82561
**Renewed:**          FEB 19, 1987
**Renewal**
**Registration No.:**  88480

**Goods/Services:**  **International Class: 25, 24**
                    WOMEN'S, GIRLS' GARMENTS, ARTICLES OF CLOTHING
                    INCLUDING HATS, T-SHIRTS, TOWELS, AND OTHER
                    CLOTHING AND WEARING APPAREL.
**Registrant:**

                    SUN FASHIONS OF HAWAII, LTD.
                    HAWAII CORPORATION
                    P.O. BOX 3054
                    HONOLULU, HAWAII 96802

                    **We Have Located Other Marks With This Owner**

                    CANOES SPORTSWEAR       USPTO          Page 668
                    HONOLULU

                    SUN FASHIONS HONOLULU   State          Page 911
                    HAWAII

**Renewed To:**      SUN FASHIONS OF HAWAII, LTD.
                    HAWAII CORPORATION
                    P.O. BOX 3054
                    HONOLULU, HAWAII 96802

**Assignment Date:** FEB 20, 1990
**Assignee**                              **Assignor**
LOCAL MOTION, INC.                        SUN FASHIONS OF HAWAII, LTD.
HAWAII CORPORATION                        HAWAII CORPORATION
501 SUMNER STREET, SUITE 421              1505 DILLINGHAM BLVD., 2ND FLR.
HONOLULU, HONOLULU HAWAII 96817           HONOLULU, HAWAII 96802

**Manner Of Display:**

                    ATTACHED, SEWN OR PRINTED ON THE GOODS BY

MEANS OF SILKSCREEN, GARMENT LABELS, HANG-TAGS AND DECALS.

ST-187
**Group:** Four



**PEARL HARBOR CLASSIC HONOLULU**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    MAY 13, 1998

**Registration No.:**   216858

**Goods/Services:**     **International Class:  25, 24**

                        CLOTHING, HATS, JACKETS, FLAGS AND OTHERS

**Design Phrase:**      A CIRCULAR BORDER OF DARK BLUE AROUND A
                        BASKETBALL OF RUST AND WHITE WITH AN ANCHOR IN
                        BLACK ATTACHED TO THE LEFT BOTTON OF THE BLUE
                        BORDER AND A GREEN MAILE LEI ATTACHED TO THE
                        RIGHT TOP BLUE BORDER AND RED BANNER ACROSS
                        FRONT READING ″PEARL HARBOR CLASS IC HONOLULU″

**Registrant:**

                        PEARL HARBOR CLASSIC, INC.
                        HAWAII CORPORATION
                        1100 ALAKEA ST. STE. 1206
                        HONOLULU, HAWAII 96813

**Manner Of Display:**

                        IMPRINTED, COLOR COPIED, EMBOSSED, PAINTED,
                        EMBROIDERED.

# HONOLULU AFFAIR

**HONOLULU AFFAIR**

**State:**          HAWAII

**Status:**         NOT RENEWED

**Date Registered:** APR 13, 1982

**Registration No.:** 61428

**Goods/Services:**  **International Class:  25**
                     CLOTHING

**Registrant:**

                     G.A. VANDERHARST
                     SOLE PROPRIETOR
                     411 HO BROU LN.
                     HONOLULU, HAWAII 96815

**Manner Of Display:**
                     TO BE USED ON LABELS AND HANG TAGS

## HONOLULU AVENUE

**HONOLULU AVENUE**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    JUN 30, 1989

**Registration No.:**   108564

**Goods/Services:**     **International Class:  25**

GARMENTS, SHIRTS, SHORTS

**Registrant:**

PLAYCO HAWAII, INC.

HAWAII CORPORATION

2209 YOUNG STREET

HONOLULU, HAWAII 96826

**Manner Of Display:**

USED ON LABELS, HANG TAGS, SILKSCREEN

ULU

**ST-190**
**Group:** Four

HONOLULU KEIKI

**HONOLULU KEIKI**

**State:**            HAWAII

**Status:**           EXPIRED
**Mark Type:**        TRADE NAME
**Date Registered:**  JUN 07, 1996
**Registration No.:** 196548
**Expiration Date:**  JUN 07, 1997

**Goods/Services:**   **International Class:  25**
                     CHILDREN'S ALOHA WEAR
**Registrant:**

                     CHRISTINA ELIZABETH BUDROE
                     HAWAII CITIZEN
                     59-030 HUELO
                     HALEIWA, HAWAII 96712



### THE FUNNY COMPANY DESIGN HONOLULU

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    NOV 13, 1995

**Registration No.:**   187640

**Renewed:**            AUG 09, 1996

**Renewal**

**Registration No.:**   198491

**Goods/Services:**     **International Class:  25, 18**

                        T-SHIRTS, SWEATSHIRTS, HATS, CAPS AND OTHER
                        APPAREL AND BAGS AND OTHER ACCESSORIES

**Design Phrase:**      A RECTANGLE WITH THE WORDS ″THE FUNNY COMPANY
                        DESIGN HONOLULU″ AGAINST A DARK BACKGROUND
                        STYLIZED FIGURE OF A MAN AGAINST A LIGHT
                        BACKGROUND ON THE RIGHT HALF, AND WORD ″DESIGN″
                        IS IN A RECTANGLE

**Registrant:**

                        THE FUNNY COMPANY, INC.
                        HAWAII CORPORATION
                        700 RICHARDS ST., PH2706
                        HONOLULU, HAWAII 96813

**Renewed To:**         THE FUNNY COMPANY, INC.
                        HAWAII CORPORATION
                        700 RICHARDS STREET, PH2706
                        HONOLULU, HAWAII 96813

**Manner Of Display:**

                        SILK SCREENED, EMBOSSED OR EMBROIDERED
                        DIRECTLY ONTO THE PRODUCT

## HONOLULU CABINETWERKES

**HONOLULU CABINETWERKES**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    MAY 14, 1991

**Registration No.:**   130412

**Goods/Services:**     **International Class:  20**

                        CABINETS

**Registrant:**

                        HONOLULU CABINETWERKES

                        PARTNERSHIP

                        99-1305 KOAHA PL.

                        AIEA, HAWAII 96701

**Manner Of Display:**

                        APPLIED DIRECTLY ON TO THE PRODUCT

# ZULU STYLE

## ZULU STYLE

**State:**          LOUISIANA

**Status:**         NOT RENEWED
**Date Registered:** FEB 24, 1994

**Goods/Services:**  **International Class:  25**
                    T-SHIRTS
                    **State Class:** 25
                    **First Use In State:**          **First Use Anywhere:**
                    DEC 28, 1993                   DEC 28, 1993

**Registrant:**
                    RAMPARTSTREET GRAPHICS, INC.
                    LOUISIANA CORPORATION
                    4816 ROYAL STREET
                    NEW ORLEANS, LOUISIANA 70117

ZULU WEAR

**ZULU WEAR**

**State:**              CALIFORNIA

**Status:**             EXPIRED
**Date Registered:**    AUG 29, 1989
**Registration No.:**   90382
**Expiration Date:**    AUG 29, 1999

**Goods/Services:**     **International Class:  25**
                        T-SHIRTS
                        **State Class:** 39
                        **First Use In State:**        **First Use Anywhere:**
                        MAY 09, 1989                   MAY 09, 1989

**Registrant:**
                        DAVID W. FRENCH
                        SOLE PROPRIETOR
                        10854 ODELL
                        SUNLAND, CALIFORNIA 91040

**Manner Of Display:**
                        BY PRINTING IT DIRECTLY ONTO THE GOODS

**Filing Correspondent:**
                        THERESA WAGNER MIDDLEBROOK
                        WAGNER & MIDDLEBROOK
                        3541 OCEAN VIEW BLVD.
                        GLENDALE, CALIFORNIA 91208

HONOLULU
HARBOR
SPORTSWEAR

**HONOLULU HARBOR SPORTSWEAR**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:** JUL 20, 1984
**Registration No.:** 72094

**Goods/Services:**  **International Class:  25**
                     SWIMWEAR AND SHORTS, AND MEN'S AND LADIES
                     SPORTSWEAR.
**Registrant:**

                     PUKANA LIA, INC.
                     HAWAII CORPORATION
                     615 PILKOI ST. #1601
                     HONOLULU, HAWAII 96814

**Manner Of Display:**
                     APPLIED TO LABELS.



**HONOLULU HARBOR SPORTSWEAR**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    AUG 05, 1999
**Registration No.:**   230407

**Goods/Services:**     **International Class:  25**
                        APPAREL

**Design Phrase:**      THE WORDS ″HONOLULU HARBOR SPORTSWEAR″ &
                        DESIGN OF PALM TREE AND FERN IN FRONT OF THE
                        ALOHA TOWER.

**Registrant:**
                        PUKANA LA, INC.
                        HAWAII CORPORATION
                        1150 NIMITX HIGHWAY #G
                        HONOLULU, HAWAII 96817

**Manner Of Display:**
                        USED ON LABEL INSIDE GARMENT

HONOLULU ICE
COMPANY

**HONOLULU ICE COMPANY**

**State:**              HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   APR 11, 1984
**Registration No.:**  71824

**Goods/Services:**    **International Class:  25**
                       CLOTHING
**Registrant:**

                       RODNEY DOO
                       SOLE PROPRIETOR
                       1255 NUUANU AVE. 2715, 536-9920
                       HONOLULU, HAWAII 96817

**Manner Of Display:**
                       LABELS AND GARMENT TAGS

## HONOLULU SHIRT WORKS

**HONOLULU SHIRT WORKS**

**State:**                HAWAII

**Status:**              NOT RENEWED
**Date Registered:**  FEB 14, 1992
**Registration No.:**  139594

**Goods/Services:**  **International Class:  25**
                       MEN AND BOY'S SPORTSWEAR
**Registrant:**

                       HONOLULU MERCANTILE, INC.
                       HAWAII CORPORATION
                       500 ALA KAWA #105
                       HONOLULU, HAWAII 96817

**Manner Of Display:**
                       LABEL

HONOLULU SOUP
COMPANY

**HONOLULU SOUP COMPANY**

**State:**              HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   OCT 18, 1984
**Registration No.:**  74033

**Goods/Services:**    **International Class: 25**
                       WEARING APPAREL
**Registrant:**

                       WINGS SPORTSWEAR, INC.
                       HAWAII CORPORATION
                       1255 NUUANU AVE 2715
                       HONOLULU, HAWAII 96817

**Manner Of Display:**
                       USED ON LABELS, HANG TAGS

## HONOLULU SUN CLUB

**HONOLULU SUN CLUB**

**State:**          HAWAII

**Status:**          NOT RENEWED

**Date Registered:**  NOV 14, 1986

**Registration No.:**  86268

**Goods/Services:**  **International Class: 25**
MEN'S SPORTSWEAR; SHIRTS, PANTS, SHORTS,
JACKETS, T-SHIRTS, TANK TOPS AND SWEATSHIRTS.
WOMEN'S SPORTSWEAR; TOPS, JACKETS, PANTS,
SKIRTS, SHORTS, T-SHIRTS, TANK TOPS AND
SWEATSHIRTS.

**Registrant:**

TORI RICHARD LTD.
HAWAII CORPORATION
849 COOKE STREET
HONOLULU, HAWAII 96813

**We Have Located Other Marks With This Owner**

TORI HONOLULU          State          Page 938

**Manner Of Display:**

SEWN ON LABELS, ATTACHED BY HANGTAGS AND/OR
SCREEN-PRINTED ON THE GOODS.

## HONOLULU SURF CLUB

**HONOLULU SURF CLUB**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    MAY 05, 1989
**Registration No.:**   106918

**Goods/Services:**     **International Class: 25**
                        FOOTWEAR
**Registrant:**

                        CLASSIC SALES, INC.
                        CORPORATION
                        1754 HOE STREET
                        HONOLULU, HAWAII 96819

                        **We Have Located Other Marks With This Owner**

                        HONOLULU SURF CLUB          State          Page 929

**Manner Of Display:**
                        IMPRINT AND/OR LABEL

# HONOLULU SURF CLUB

**HONOLULU SURF CLUB**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    JUL 17, 1990
**Registration No.:**   120664
**Renewed:**            JAN 31, 1991
**Renewal**
**Registration No.:**   127595

**Goods/Services:**     **International Class: 25**
                        FOOTWEAR
**Registrant:**

                        CLASSIC SALES INC.
                        HAWAII CORPORATION
                        1754 HOE STREET
                        HONOLULU, HAWAII 96819

                        <u>We Have Located Other Marks With This Owner</u>

                        HONOLULU SURF CLUB          State          Page 928

**Renewed To:**         CLASSIC SALES INC.
                        HAWAII CORPORATION
                        1754 HOE STREET
                        HONOLULU, HAWAII 96819

**Manner Of Display:**
                        IMPRINTED ON LABEL



**HONOLULU HAWAII POLO CLUB**

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  JAN 09, 1992

**Registration No.:** 138666

**Goods/Services:**   **International Class: 25**

T-SHIRTS, HATS, AND OTHER SPORTS APPAREL.

**Design Phrase:**    THE WORDS ″HONOLULU HAWAII″ WRITTEN IN AN ARC
ABOVE A SILHOUETTE OF A POLO PONY AND RIDER WITH
A RAISED MALLET WITH THE WORDS ″POLO CLUB″
WRITTEN BENEATH THE SILHOUETTE.

**Registrant:**

CHADWICK HAWAII GROUP, INC.
HAWAII CORPORATION
21 NIA PLACE
LAHAINA, MAUI, HAWAII 96761

**We Have Located Other Marks With This Owner**

HONOLULU HAWAII POLO        State              Page 931
CLUB

**Manner Of Display:**

SILKSCREENED, SEWN, OR PAINTED DIRECTLY ON
GOODS OR MANUFACTURED ARTICLES AND THEIR
CONTAINERS.

## HONOLULU HAWAII POLO CLUB

**HONOLULU HAWAII POLO CLUB**

**State:** HAWAII

**Status:** NOT RENEWED
**Date Registered:** OCT 22, 1990
**Registration No.:** 124097

**Goods/Services:** International Class: 25
T-SHIRTS, HATS, AND OTHER SPORTS APPAREL.

**Design Phrase:** A SILHOUETTE OF A POLO PONY AND RIDER WITH A RAISED MALLET. THE WORD ″HONOLULU HAWAII″ IS WRITTEN IN AN ARC ABOVE THE SILHOUETTE AND THE WORDS ″POLO CLUB″ ARE WRITTEN BENEATH THE SILHOUETTE.

**Registrant:**

CHADWICK HAWAII GROUP, INC.
HAWAII CORPORATION
21 NIA PLACE
LAHAINA, MAUI, HAWAII 96761

**We Have Located Other Marks With This Owner**

| HONOLULU HAWAII POLO CLUB | State | Page 930 |

**Manner Of Display:**

THE TRADEMARK IS BEING SILKSCREENED, SEWN, OR PAINTED DIRECTLY ONTO GOODS OR MANUFACTURED ARTICLES AND THEIR CONTAINERS.

## HONOLULU TERRITORY OF OAHU

**HONOLULU TERRITORY OF OAHU**

**State:**          HAWAII

**Status:**          NOT RENEWED

**Date Registered:** OCT 18, 1991

**Registration No.:** 136597

**Renewed:**          JUN 12, 1992

**Renewal**
**Registration No.:** 144375

**Goods/Services:** **International Class: 25**

T-SHIRTS, READY TO WEAR APPAREL, SLIPPERS, SWEATSHIRTS, SHORTS, TOWELS AND CAPS.

**Registrant:**

HONOLULU TERRITORY OF INTERNATIONAL
HAWAII PARTNERSHIP
3353 WAIALAE AVE #202
HONOLULU, HAWAII 96816

**We Have Located Other Marks With This Owner**

HONOLULU TERRITORY OF     State          Page 909
OAHU

**Renewed To:**     HONOLULU TERRITORY OF HAWAII
HAWAII PARTNERSHIP
3353 WAIALAEAVE #202
HONOLULU, HAWAII 96816

**Manner Of Display:**

PRINTED ON SILKSCREENED ON THE GOODS



### HONOLULU BEAR CLUB OFFICIAL SEAL

**State:**              HAWAII

**Status:**             EXPIRED

**Date Registered:**    FEB 07, 1996

**Registration No.:**   191513

**Expiration Date:**    FEB 07, 1997

**Goods/Services:**     **International Class: 25**
                        TANK TOPS, T-SHIRTS, SHORTS, SWEATSHIRTS, JACKETS
                        (GARMENTS IN GENERAL), BAGS

**Design Phrase:**      THE WORDS ″HONOLULU BEAR CLUB OFFICIAL SEAL″
                        WITH APPLIQUED BEAR USING ALOHA CLOTH MATERIAL
                        IN MIDDLE, WITHIN A CIRCLE

**Registrant:**

                        KENJO, INC.
                        HAWAII CORPORATION
                        508 A PIIKOI STREET
                        HONOLULU, HAWAII 96814



**HONOLULU'S FINEST SOFTBALL CLUB**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:** AUG 21, 1996
**Registration No.:** 198236

**Goods/Services:**  **International Class: 25**
                     T-SHIRTS AND HATS

**Design Phrase:**   DESIGN OF A SOFTBALL WITH A MEAN FACE AND FLAMES
                     WITH THE WORDS "HONOLULU'S FINEST SOFTBALL CLUB
                     " WITH THE WORD "CRUSH" GOING THROUGH THE
                     FLAMES

**Registrant:**

                     SHAYNE K. SOUZA
                     SOLE PROPRIETOR
                     91-1036 ALEPA STREET
                     KAPOLEI, HAWAII 96707

**Manner Of Display:**

                     SILK-SCREENED ON T-SHIRTS, EMBROIDERED ON HATS

## CORAL HONOLULU

**CORAL HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  SEP 10, 1984

**Registration No.:** 73531

**Goods/Services:**   **International Class:  25**

SHIRTS, BLOUSES AND MUUMUUS.

**Registrant:**

RICHARD P. MURRAY

SOLE PROPRIETOR

1673 KALAKAUA AVE., #201

HONOLULU, HAWAII 96826

**We Have Located Other Marks With This Owner**

| HAWAII NEI HONOLULU | State | Page 941 |
| HAWAII NEI HONOLULU | State | Page 942 |

**Manner Of Display:**

APPLIED ON LABELS SEWN ON THE GOODS.

PASSION
HONOLULU

**PASSION HONOLULU**

**State:**            HAWAII

**Status:**          NOT RENEWED
**Date Registered:** APR 29, 1982
**Registration No.:** 61764

**Goods/Services:**  **International Class:  25**
                     GARMENTS.
**Registrant:**

                     JOYCE L.D. MITCHELL
                     SOLE PROPRIETOR
                     P.O. BOX 88318
                     HONOLULU, HAWAII 96815

**Manner Of Display:**
                     USED ON LABELS AFFIXED TO THE GOODS.

## RV/HONOLULU

### RV/HONOLULU

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | NOT RENEWED |
| **Date Registered:** | FEB 08, 1982 |
| **Registration No.:** | 60527 |

**Goods/Services:** **International Class: 25**
WEARING APPAREL.

**Registrant:**

RICHARD VYSE
SOLE PROPRIETOR
55 SOUTH JUDD
HONOLULU, HAWAII 96817

**Manner Of Display:**

USED ON LABELS SEWN TO THE GOODS.

## TORI HONOLULU

**TORI HONOLULU**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    JAN 29, 1986
**Registration No.:**   80982

**Goods/Services:**     **International Class: 25**
                        WOMEN'S AND MEN'S GARMENTS--BLOUSES, SHIRTS,
                        PANTS, DRESSES, COORDINATED GROUPS, SHORTS,
                        LONG DRESSES, SKIRTS

**Registrant:**

                        TORI RICHARD, LTD.
                        HAWAII CORPORATION
                        849 COOKE STREET
                        HONOLULU, HAWAII 96813

                        **We Have Located Other Marks With This Owner**

                        HONOLULU SUN CLUB          State          Page 927

**Manner Of Display:**
                        LABEL AFFIXED TO GARMENTS

## SANSEI HONOLULU, HAWAII

**SANSEI HONOLULU, HAWAII**

**State:**                     HAWAII

**Status:**                    NOT RENEWED

**Date Registered:**   DEC 01, 1981

**Registration No.:**    59859

**Goods/Services:**    **International Class:  25**
                                    SILK SCREENED T-SHIRTS.

**Design Phrase:**      THE MARK CONSISTS OF THE NUMBER 3 IN JAPANESE
                                    CHARACTERS UNDER THE WORD ″SANSEI″ ENCLOSED IN
                                    A BOX AND THE WORDS ″HONOLULU, HAWAII″ ARE
                                    PRINTED ON THE OUTSIDE BOTTOM OF THE BOX.

**Registrant:**

                                    RAMONA CHIYA GRIFFITH
                                    SOLE PROPRIETOR
                                    3047-A PUHALA RISE
                                    HONOLULU, HAWAII 96822

**Manner Of Display:**
                                    APPLIED DIRECTLY TO THE GOODS.

## WAVE HONOLULU, HAWAII

**WAVE HONOLULU, HAWAII**

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  JAN 30, 1985

**Registration No.:** 75475

**Goods/Services:**   **International Class:  25**
                      SHORTS.

**Design Phrase:**    THE DESIGN IS A SQUARE BLOCK CONTAINING THE SUN,
                      A WAVE AND THE WORDS ″WAVE HONOLULU HAWAII″.

**Registrant:**

                      P. J. (HAWAII) DEVELOPMENT CO., LTD.
                      HAWAII CORPORATION
                      510 PIIKOI STREET
                      HONOLULU, HAWAII 96814

**Manner Of Display:**
                      PATCHED, SEWN OR EMBROIDERED ON THE GOODS.

HAWAII NEI
HONOLULU

**HAWAII NEI HONOLULU**

**State:**             HAWAII

**Status:**           NOT RENEWED
**Date Registered:** MAY 28, 1991
**Registration No.:** 131772

**Goods/Services:**   **International Class: 25**
                      SHIRTS AND LADIES CLOTHING
**Registrant:**

                      RICHARD P. MURRAY
                      SOLE PROPRIETOR
                      64 N. PAUAHI ST., 2ND FLR.
                      HONOLULU, HAWAII 96817

                      <u>**We Have Located Other Marks With This Owner**</u>

                      CORAL HONOLULU              State          Page 935

                      HAWAII NEI HONOLULU         State          Page 942

**Manner Of Display:**
                      SEWN ON THE GARMENT AS A LABEL

HAWAII NEI
HONOLULU

**HAWAII NEI HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  JUN 15, 1992
**Registration No.:** 144462

**Goods/Services:**   **International Class: 25**
                      CLOTHING; SHIRTS AND LADIES CLOTHING.
**Registrant:**

                      RICHARD P. MURRAY
                      SOLE PROPRIETOR
                      64 N. PAVAHIVA ST., 2ND FLR
                      HONOLULU, HAWAII 96817

                      **We Have Located Other Marks With This Owner**

                      CORAL HONOLULU           State        Page 935

                      HAWAII NEI HONOLULU      State        Page 941

**Manner Of Display:**
                      USED ON LABELS SEWN ON THE GOODS.

KNOX POCKETOPS
HONOLULU

**KNOX POCKETOPS HONOLULU**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    MAY 22, 1986
**Registration No.:**   82543

**Goods/Services:**     **International Class:  25**
                        NURSING TOPS, BLOUSES, DRESSES

**Design Phrase:**      THE WORD ″KNOX POCKETOPS HONOLULU″, THE WORD
                        ″POCKETOPS″ IS PRINTED WITH A LARGE CAPITAL ″P″
                        AND THE CROSSBAR ON THE ″T″ IS USED AS A
                        PLATFORM FOR THE WORD ″KNOX″, THE WORDS ″KNOX″
                        AND ″HONOLULU″ ARE WRITTEN IN SMALL LETTERS.

**Registrant:**
                        WILLIAM KNOX
                        SOLE PROPRIETOR
                        BOX 1505
                        KIHEI MAUI, HAWAII 96753

**Manner Of Display:**
                        STITCHED TO INSIDE COLLAR OF GARMENTS

PORT OF
HONOLULU

**PORT OF HONOLULU**

**State:**          HAWAII

**Status:**         NOT RENEWED
**Date Registered:** JUN 21, 1993
**Registration No.:** 156600
**Renewed:**        MAY 12, 1994
**Renewal**
**Registration No.:** 166921

**Goods/Services:** **International Class: 25**
                  LINE OF CLOTHING AND ACCESSORIES
**Registrant:**

                  LAUREN H. APIKI
                  SOLE PROPRIETOR
                  47-742A AHUIMANU LOOP
                  KANEOHE, HAWAII 96744

**Renewed To:**    LAUREN H. APIKI
                  SOLE PROPRIETOR
                  47-742A AHUIMANU LP.
                  KANEOHE, HAWAII 96744

**Manner Of Display:**
                  APPLIED DIRECTLY TO PRODUCT

**ULU**

PRINCE KUHIO
HONOLULU

**PRINCE KUHIO HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  APR 01, 1982
**Registration No.:** 61265

**Goods/Services:**   **International Class:  25**
                      MEN'S GARMENTS
**Registrant:**

                      ANDERSEN, INCORPORATED
                      HAWAII CORPORATION
                      1222 KAUMUALII ST.
                      HONOLULU, HAWAII 96817

**Manner Of Display:**
                      TO BE USED ON LABELS SEWN INTO GARMENTS

SEA BOTTOMS
HONOLULU

**SEA BOTTOMS HONOLULU**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    JAN 02, 1981
**Registration No.:**   54274

**Goods/Services:**     **International Class:  25**
                        MENS, LADIES AND CHILDRENS CLOTHING
**Registrant:**

                        ELEANOR M. OTAKE
                        SOLE PROPRIETOR
                        1805 POKI STREET, #1002
                        HONOLULU, HAWAII 96822

**Manner Of Display:**
                        USED ON LABELS SEWN ON TO GARMENTS

TESS OF
HONOLULU

**TESS OF HONOLULU**

**State:**          HAWAII

**Status:**        NOT RENEWED
**Date Registered:**  DEC 31, 1986
**Registration No.:**  86202

**Goods/Services:**  **International Class:  25**
                  WEARING APPAREL FOR WOMEN.
**Registrant:**

                  TESS OF HONOLULU, INC.
                  HAWAII CORPORATION
                  818 KEEAUMOKU ST., SUITE 516
                  HONOLULU, HAWAII 96814

                  **We Have Located Other Marks With This Owner**

                  TESS HONOLULU          State          Page 910

**Manner Of Display:**
                  APPLIED ON LABELS AFFIXED TO THE GOODS.

GUAVA LANE
HONOLULU HAWAII

**GUAVA LANE HONOLULU HAWAII**

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | NOT RENEWED |
| **Date Registered:** | MAY 22, 1986 |
| **Registration No.:** | 82536 |
| **Goods/Services:** | **International Class: 25** |
| | T-SHIRTS, SWEATSHIRTS AND VISORS |
| **Design Phrase:** | WORDS "GUAVA LANE" IN BOLD BLACK SCRIPT SET IN FRONT OF A BLACK BORDER WITH THE WORDS "HONOLULU HAWAII" BENEATH IT. |
| **Registrant:** | |
| | CREATIVE STRATEGIES, INC. |
| | HAWAII CORPORATION |
| | 98-2061 KIKALA STREET |
| | AIEA, HAWAII 96701 |

**We Have Located Other Marks With This Owner**

GUAVA LANE HONOLULU HAWAII          State          Page 949

**Manner Of Display:**

AFFIXED TO PRODUCTS

**ULU**

**ST-222**
**Group:** Four

GUAVA LANE
HONOLULU HAWAII

**GUAVA LANE HONOLULU HAWAII**

**State:**                HAWAII

**Status:**              NOT RENEWED
**Date Registered:**  AUG 25, 1987
**Registration No.:**  90796
**Renewed:**            SEP 21, 1988
**Renewal**
**Registration No.:**  100391


**Goods/Services:**   **International Class: 25**
                          T-SHIRTS; SWEATSHIRTS; VISORS

**Design Phrase:**    WORDS ″GUAVA LANE″ IN BOLD BLACK SCRIPT SET IN
                          FRONT OF A BLACK BORDER WITH THE WORDS
                          ″HONOLULU HAWAII″ BENEATH IT.

**Registrant:**
                          CREATIVE STRATEGIES, INC.
                          HAWAII CORPORATION
                          SUITE 2080, ALA MOANA CENTER, 1450 ALA MOANA BLVD.
                          HONOLULU, HAWAII 96814

                          **We Have Located Other Marks With This Owner**

                          GUAVA LANE HONOLULU        State            Page 948
                          HAWAII

**Renewed To:**       CREATIVE STRATEGIES INC.
                          HAWAII CORPORATION
                          SUITE 2080, ALA MOANA CENTER, 1450 ALA MOANA BLVD.
                          HONOLULU, HAWAII 96814


**Manner Of Display:**
                          PRINTED ON LABELS AFFIXED TO PRODUCTS

ULU

**ST-223**
**Group:** Four

## HAWAIIAN FLAVOR HONOLULU, HAWAII

**HAWAIIAN FLAVOR HONOLULU, HAWAII**

**State:**          HAWAII

**Status:**          NOT RENEWED
**Date Registered:** JUL 27, 1993
**Registration No.:** 157348

**Goods/Services:** **International Class:  25**
                   GARMENT
**Registrant:**

                   LIKI LIKI TRADING (HAWAII) LTD.
                   HAWAII CORPORATION
                   1833 KALAKAUA AVE. #212
                   HONOLULU, HAWAII 96815

                   **We Have Located Other Marks With This Owner**

                   LIKI LIKI HONOLULU HAWAII      State      Page 907

                   HAWAIIAN FLAVOR               State      Page 951
                   HONOLULU, HAWAII

**Manner Of Display:**

                   GARMENT LABEL

## HAWAIIAN FLAVOR HONOLULU, HAWAII

**HAWAIIAN FLAVOR HONOLULU, HAWAII**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    JAN 25, 1995
**Registration No.:**   177120
**Renewed:**            SEP 08, 1995
**Renewal**
**Registration No.:**   185810

**Goods/Services:**     **International Class:  25**
                        GARMENT
**Registrant:**

                        LIKI LIKI TRADING (HAWAII) LTD.
                        HAWAII CORPORATION
                        725 KAPIOLANI BOULEVARD C103
                        HONOLULU, HAWAII 96813

                        <u>**We Have Located Other Marks With This Owner**</u>

                        LIKI LIKI HONOLULU HAWAII      State      Page 907

                        HAWAIIAN FLAVOR               State      Page 950
                        HONOLULU, HAWAII

**Renewed To:**         LIKI LIKI TRADING (HAWAII) LTD.
                        HAWAII CORPORATION
                        1833 KALAKAUA AVENUE #212
                        HONOLULU, HAWAII 96815

**Manner Of Display:**

                        USED ON GARMENT LABEL

ULU

**ST-225**
**Group:** Four

HAWAIIAN
HEATWAVE
HONOLULU HAWAII

**HAWAIIAN HEATWAVE HONOLULU HAWAII**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    APR 14, 1986
**Registration No.:**   81944

**Goods/Services:**     **International Class:  25**
                        ALOHA WEAR - WOVEN GARMENTS

**Design Phrase:**      THE WORD ″HAWAIIAN″ ON THE 1ST LINE, ″HEATWAVE″
                        CENTERED UNDERNEATH IN ORBIT LETTERS.
                        ″HONOLULU HAWAII″ IS ON THE BOTTOM WITH A PALM
                        TREE NEXT TO IT. DIAGONAL LINES GO THROUGH THE
                        LABEL IN GROUPS OF 3.

**Registrant:**

                        YUAN CHIA (HAWAII) CO., LTD.
                        HAWAII CORPORATION
                        1833 KALAKAUA, #212
                        HONOLULU, HAWAII 96815

**Manner Of Display:**

                        USED ON GARMENT LABEL

ST-226
**Group:** Four



**PARADISE FOUND HONOLULU, HAWAII**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:** MAY 21, 1993

**Registration No.:** 155978

**Renewed:**           FEB 28, 1995

**Renewal**

**Registration No.:** 178285


**Goods/Services:**    **International Class: 25**

                      MEN'S ALOHA SHIRTS, SHORTS AND LADIES WEAR

**Design Phrase:**     SCENE OF DIAMOND HEAD WITH A COCONUT TREE

                      HIGHLIGHTS WITH A RAINBOW. PARADISE FOUND &

                      UNDERLINE IN BLUE & HONOLULU, HAWAII

**Registrant:**

                      PACIFIC CLOTHING COMPANY, INC.

                      HAWAII CORPORATION

                      1212 NUUANU AVE. #2105

                      HONOLULU, HAWAII 96817

                      **We Have Located Other Marks With This Owner**

                      PARADISE FOUND          State          Page 954
                      HONOLULU, HAWAII

**Renewed To:**        PACIFIC CLOTHING COMPANY, INC.

                      HAWAII CORPORATION

                      142 NUUANN AVE., #2105

                      HONOLULU, HAWAII 96817

**Manner Of Display:**

                      SEWN ON INSIDE OF GARMENT



### PARADISE FOUND HONOLULU, HAWAII

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  JUL 13, 1994

**Registration No.:** 170185

**Goods/Services:**   **International Class: 25**

MEN'S ALOHA SHIRTS, SHORTS AND LADIES' WEAR.

**Design Phrase:**    THE DESIGN IS A SCENE OF DIAMOND HEAD WITH A COCONUT TREE AND A RAINBOW WITH THE WORDS ″PARADISE FOUND″ UNDERLINED, AND THE WORDS ″HONOLULU, HAWAII″, ALL IN BLUE.

**Registrant:**

PACIFIC CLOTHING COMPANY, INC.

HAWAII CORPORATION

1212 NUUANU AVE., #2105

HONOLULU, HAWAII 96817

**We Have Located Other Marks With This Owner**

PARADISE FOUND            State            Page 953
HONOLULU, HAWAII

**Manner Of Display:**

SEWN ON THE INSIDE OF THE GOODS.

**ULU**

**ST-228**
**Group:** Four

## UNCLE SAM HONOLULU HAWAII

### UNCLE SAM HONOLULU HAWAII

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  MAY 12, 1987

**Registration No.:** 88758

**Goods/Services:**   **International Class:  25**

MEN'S, WOMEN'S AND CHILDREN'S CLOTHING.

**Registrant:**

SAMUEL D. DOLES

SOLE PROPRIETOR

1710 NOELANI ST.

PEARL CITY, HAWAII 96782

**Manner Of Display:**

APPLIED ON LABELS SEWN ON THE GOODS AND/OR

SCREEN-PRINTED ON THE GOODS.

**ULU**

**ST-229**
**Group:** Four

COMMES DES
GARCONS
HONOLULU

**COMMES DES GARCONS HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  MAY 13, 1991
**Registration No.:** 130319

**Goods/Services:**   **International Class:  25**
                      MEN'S AND WOMEN'S RESORT CLOTHING (SPORTSWEAR
                      & ACCESSORIES)
**Registrant:**

                      COAST CORPORATION
                      HAWAII CORPORATION
                      1270 ALA MOANA BLVD., SUITE 100
                      HONOLULU, HAWAII 96814

**Manner Of Display:**
                      ATTACHED BY LABEL, SILK SCREENED AND STITCHED.

WHAT A HUNK,
HONOLULU.

**WHAT A HUNK, HONOLULU.**

**State:**             HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   MAY 29, 1984
**Registration No.:**  2098

**Goods/Services:**    **International Class:  25**
                       MEN'S CLOTHING AND ACCESSORIES.
**Registrant:**

                       ELLIS & IIZAKI
                       PARTNERSHIP
                       150 ALALA RD.
                       KAILUA, HAWAII 96734

**Manner Of Display:**
                       APPLIED ON LABELS AFFIXED TO THE GOODS OR
                       PRINTED DIRECTLY ON THE GOODS.

ULU

HAWAIIAN TRAFFIC
JAM HONOLULU
NEXT EXIT

**HAWAIIAN TRAFFIC JAM HONOLULU NEXT EXIT**

**State:**          HAWAII

**Status:**          NOT RENEWED
**Date Registered:** OCT 01, 1987
**Registration No.:** 91764

**Goods/Services:**  **International Class:  25**
                     T-SHIRTS.

**Design Phrase:**   THE WORDS ″HAWAIIAN TRAFFIC JAM″ ARE IN THE
                     UPPER HALF OF THE DESIGN. BELOW THE WORDS IS A
                     CARTOON DRAWING OF THREE FRUIT CHARACTERS IN A
                     CAR DURING RUSH HOUR ON THE FREEWAY. THE
                     PINEAPPLE IS THE MAD, FRUSTRATED DRIVER. THE
                     GUAVA IS TAKING IT EASY LISTENI NG TO MUSIC ON HIS
                     HEADSET. THE COCONUT IS ASLEEP. THERE IS A SONG
                     ON THE SIDE OF THE ROAD THAT READS ″HONOLULU
                     NEXT EXIT″. A COCONUT TREE IS IN THE BACKGROUND.

**Registrant:**

                     KEVIN R. AHAKUELO
                     SOLE PROPRIETOR
                     7761 WAIKAPU LOOP
                     HONOLULU, HAWAII 96825

**Manner Of Display:**

                     APPLIED TO LABELS, TO THE GOODS AND TO
                     CONTAINERS FOR THE GOODS.

**ST-232**
**Group:** Four



### HINAHINA SETA HAWAII HONOLULU HAWAII USA

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    OCT 03, 1995
**Registration No.:**   186839
**Renewed:**            SEP 04, 1996
**Renewal**
**Registration No.:**   199224

**Goods/Services:**     **International Class: 25**
                        MEN'S & WOMEN'S APPAREL

**Design Phrase:**      THE WORD "HINAHINA" IN SCRIPT LETTERING NEXT TO A
                        DESIGN OF PALM TREES WITH DIAMOND HEAD IN THE
                        BACKGROUND & WITH THE WORDS "SETA HAWAII"
                        PRINTED IN CAPITAL LETTERS ABOVE THE WORD
                        "HINAHINA" & WITH THE WORDS "HONOLULU HAWAII
                        USA" PRINTED IN CAPITAL LETTER S UNDER THE WORD
                        "HINAHINA"

**Registrant:**

                        SETA HAWAII, LTD.
                        HAWAII CORPORATION
                        C/O 1357 KAPIOLANI BLVD., STE 870
                        HONOLULU, HAWAII 96814

                        **We Have Located Other Marks With This Owner**

                        HOKUKAI HOKUKAI          State           Page 805
                        HONOLULU HAWAII SETA
                        HAWAII U.S.A.

**Renewed To:**         SETA HAWAII, LTD.
                        HAWAII CORPORATION
                        C/O 615 PIIKOI STREET, SUITE 2001
                        HONOLULU, HAWAII 96814

**Manner Of Display:**

                        USED ON LABELS WHICH ARE ATTACHED TO THE
                        GARMENTS

ULU

**ST-233**
**Group:** Four

## 50TH STATE TAXI! HONOLULU, HAWAII USA AMERICA AUG 11, 1957 TAXI

**50TH STATE TAXI! HONOLULU, HAWAII USA AMERICA AUG 11, 1957 TAXI**

**State:**          HAWAII

**Status:**          NOT RENEWED
**Date Registered:**  OCT 16, 1987
**Registration No.:**  91946

**Goods/Services:**   **International Class:  25**
                      CLOTHING

**Design Phrase:**   A PICTURE OF A TAXI CAB & THE WORDS "HONOLULU, HAWAII" IN A CIRCLE WITTH THE WORDS "50TH STATE TAXI" WRITTEN ON OUTER CIRCUMFERENCE, A PICTURE OF A WOMAN HULA DANCER TO THE LEFT OF THE CIRCLE & 3 WAVY HORIZONTAL LINES TO THE RIGHT & LEFT OF THE CIRCLE WIT H THE WORDS "USAMERICA" BENEATH THE LAST LEFT WAVY LINE & THE DATE "AUG 11, 1957" BENEATH THE LAST WAVY LINE TO THE RIGHT OF THE CIRCLE

**Registrant:**

NANCY S. NAKAMURA
SOLE PROPRIETOR
P.O. BOX 1467
WAHIAWA, HAWAII 96786

**Manner Of Display:**

USED ON CLOTHING LABELS



### ROYAL CRESCENT MARKETING & DESIGN CO. HONOLULU, HAWAII

**State:**             HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   AUG 30, 1991
**Registration No.:**  133989

**Goods/Services:**    **International Class: 25**
                       WEARING APPAREL.

**Design Phrase:**     THE DESIGN IS A SHIELD WITH TWO ARCHING PALM
                       TREES ON EACH SIDE AND ABOVE THE WORDS ″ROYAL
                       CRESCENT MARKETING & DESIGN CO. HONOLULU,
                       HAWAII″.

**Registrant:**

                       CHERYL CONCANNON
                       SOLE PROPRIETOR
                       5534 KAWAIKUI ST.
                       HONOLULU, HAWAII 96821

**Manner Of Display:**

                       PRINTED, PAINTED OR SEWN DIRECTLY ONTO THE
                       PRODUCT.

ULU

ST-235
**Group:** Four



### GEE YUNG SIL LUM FUT GA KUEN MARTIAL ARTS HONOLULU, HAWAII

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  DEC 05, 1996
**Registration No.:** 201948

**Goods/Services:**   **International Class: 25**
                      T-SHIRTS, AND OTHER CLOTHING

**Design Phrase:**    A HUMAN FIGURE IN A MARTIAL ARTS POSE IN A CENTER
                      OF A CIRCLE, THE BACKGROUND OF WHICH CIRCLE IA
                      HALF MOON DARK WITH THE OTHER HALF FILLED WITH
                      HORIZONTAL LINES WITH THE DIVISION BETWEEN THE
                      TWO HALVES FORMING A NEAR BAKCWARDS ″S″ THE
                      CIRCLE HAS AROUND TH E TOP OF IT THE WORDS ″GEE
                      YUNG SIL LUM FUT GA KUEN″ ON THE LEFT AND RIGHT
                      SIDE OF THE CIRCLE ARE CHINESE CHARACTURES, THE
                      BOTTOM OF THE CIRCLE HAS THE WORDS ″MARTIAL
                      ARTS HONOLULU, HAWAII″ AND BELOW ″HONOLULU,
                      HAWAII″ ARE ADDITIONAL FIVE CHINESE CHARACTU RER

**Registrant:**

                      ARTHUR Y.S. LEE
                      3220 WAUKE STREET
                      HONOLULU, HAWAII 96815

**Manner Of Display:**
                      PATCHES EMBROIDERY AND SCREEN PRINTING

---

# PAVAN - HONOLULU

## PAVAN - HONOLULU

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  MAY 29, 1986

**Registration No.:** 82988

**Goods/Services:**   **International Class:  25, 26**

                      CLOTHING AND ACCESSORIES

**Registrant:**

                      PAUL D. VAN VOORHEES

                      INDIVIDUAL

                      2525 DATE ST., #1906

                      HONOLULU, HAWAII 96826

**Manner Of Display:**

                      ATTACHED AND PRINTED ON/OR WOVEN INTO A CLOTH
                      OR PAPER LABEL



**B-CHIC HONOLULU HAWAII**

**State:**              HAWAII

**Status:**            NOT RENEWED
**Date Registered:** NOV 14, 1994
**Registration No.:** 174604

**Goods/Services:** **International Class: 25, 26**
                    CLOTHES AND ACCESSORIES

**Design Phrase:**  THE WORD "B-CHIC HONOLULU HAWAII" IN A HAKU LEI
                    SURROUNDING THE WORDS IN A CIRCLE.

**Registrant:**

                    MEIKO PACIFIC TRADING CO., LTD.
                    HAWAII CORPORATION
                    P.O. BOX 240037
                    HONOLULU, HAWAII 96824-0037

                    **We Have Located Other Marks With This Owner**

                    B-CHIC HONOLULU HAWAII      State           Page 965

**Manner Of Display:**

                    GARMENT TAGS, MANUFACTURE LABELS, PRINTED BAGS
                    AND CONTAINERS



### B-CHIC HONOLULU HAWAII

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    NOV 14, 1994

**Registration No.:**   174605

**Goods/Services:**     **International Class:  25, 26**

                        CLOTHES AND ACCESSORIES

**Design Phrase:**      A MAILE LEI SURROUNDING THE WORDS ″B-CHIC
                        HONOLULU HAWAII″ IN A CIRCLE

**Registrant:**

                        MEIKO PACIFIC TRADING CO., LTD.
                        HAWAII CORPORATION
                        P.O. BOX 240037
                        HONOLULU, HAWAII 96824-0037

                        <u>**We Have Located Other Marks With This Owner**</u>

                        <u>B-CHIC HONOLULU HAWAII</u>     State              Page 964

**Manner Of Display:**

                        GARMENT TAGS, MANUFACTURE LABELS, PRINTED BAGS
                        AND CONTAINERS



## HONOLULU INTERNATIONAL SCHOOL OF SOCCER

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:** MAY 10, 1993
**Registration No.:** 155763

**Goods/Services:**  **International Class: 28, 25**

                     SHIRTS, SOCCER BALLS, BROCHURES

**Design Phrase:**   3 CIRCLES LEFT CIRCLE HAWAIIAN ISLAND, CENTER
                     CIRCLE WORLD, RIGHT CIRCLE, SOCCER BALL WITH
                     RAINBOW ON TOP AND THE WORDS ″HONOLULU
                     INTERNATIONAL SCHOOL OF SOCCER″ WITH SOME OF
                     THE LETTERS IN ORIENTAL STYLE CHARACTERS.

**Registrant:**

                     PROFESSIONAL SOCCER SCHOOLS FOR AMERICA'S
                     YOUTH (PSSFAY)
                     HAWAII CORPORATION
                     98-1268 KAATUMANU STREET
                     PEARL CITY, HAWAII 96782

                     <u>**We Have Located Other Marks With This Owner**</u>

                     <u>HONOLULU</u>              State          Page 900
                     <u>INTERNATIONAL SCHOOL</u>
                     <u>OF SOCCER</u>

**Manner Of Display:**

                     SILKSCREENED TO CLOTH, PRINTED ON SOCCER BALLS
                     AND BROCHURES.



**HONOLULU TOUCH TACKLE LEAGUE 1992**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  FEB 22, 1993
**Registration No.:** 152015

**Goods/Services:**   **International Class:  25, 28**
                      ALL LEAGUE EQUIPMENT AND UNIFORMS, STAFF SHIRTS
                      AND HATS.

**Design Phrase:**    THE WORDS HONOLULU TOUCH TACKLE LEAGUE INSIDE
                      A CIRCLE, WITH TWO STARS, A FOOTBALL WITH THE
                      NUMBERS 1992 INSIDE A SMALLER CIRCLE.

**Registrant:**

                      HONOLULU TOUCH TACKLE LEAGUE
                      HAWAII CORPORATION
                      767 WILI WILI ST. #4
                      HONOLULU, HAWAII 96826

**Manner Of Display:**

                      EMBOIDED, SEWN ON PATCHES, SCREENED ON SHIRTS

## SHANTY HONOLULU HAWAII

**SHANTY HONOLULU HAWAII**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    SEP 17, 1984

**Registration No.:**   73539

**Goods/Services:**     **International Class:  28, 25**
WATERSPORTS EQUIPMENT AND RELATED ACCESSO
RIES, AND SPORTS AND LEISURE WEAR.

**Design Phrase:**      A DESIGN OF A PALM FROND ARCHING ABOVE THE WORD
″SHANTY″ IN SCRIPT AND BELOW IN SMALL TYPE ARE
THE WORDS ″HONOLULU HAWAII″ ON A RULED LINE.

**Registrant:**

ROBERT H. WITTEN

SOLE PROPRIETOR

59-627 AKANOHE PL.

HALEIWA, HAWAII 96712

**Manner Of Display:**

APPLIED DIRECTLY TO THE PRODUCTS BY SILKSC
REENING, STICKERS OR LABELS.

# HONOLULU BEAR

**HONOLULU BEAR**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  JAN 28, 1987
**Registration No.:** 87812

**Goods/Services:**   **International Class:  28**
                      STUFFED BEARS.
**Registrant:**

                      POMARE, LTD.
                      HAWAII CORPORATION
                      700 NIMITZ HWY.
                      HONOLULU, HAWAII 96817

**Manner Of Display:**

                      AFFIXED TO THE GOODS BY HANGTAGS OR RIBBONS.

HONOLULU HARRY

**HONOLULU HARRY**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    OCT 07, 1987
**Registration No.:**   92544

**Goods/Services:**     **International Class:  28**
                        HAWAIIAN TYPE PLUSH DOGS, BEARS AND ALL KINDS OF
                        PLUSH ANIMALS IN HAWAIIAN STYLES.
**Registrant:**

                        MERCHANDISE INTERNATIONAL, INC.
                        HAWAII CORPORATION
                        91-246 OIHANA STREET
                        EWA BEACH, HAWAII 96707

**Manner Of Display:**
                        HANG TAGS AND EMBROIDERED LABELS.

# HARRY HONOLULU

**HARRY HONOLULU**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    JAN 21, 1985

**Registration No.:**   75091

**Goods/Services:**     **International Class:  28**

SURF WAX AND SURF EQUIPMENT.

**Design Phrase:**      THE H IN HARRY IS PALM TREES WITH HAMMOCK, SURF
BOARD, PERSON LAYING IN HAMMOCK. THE O'S IN
HONOLULU ARE PINEAPPLES

**Registrant:**

HARRY HONOLULU L.T.D.
HAWAII CORPORATION
2737-H PACIFIC HIGHTS RD.
HONOLULU, HAWAII 96813

**Manner Of Display:**

ATTACHED TO THE GOODS.

## BEACH BEAT HAWAII HONOLULU TOPS

**BEACH BEAT HAWAII HONOLULU TOPS**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    FEB 03, 1988

**Registration No.:**   93933

**Renewed:**            FEB 03, 1989

**Renewal Registration No.:**    105353

**Goods/Services:**     **International Class:  25, 20**

                        CLOTHING AND ACCESSORIES.

**Design Phrase:**      THE WORDS ″BEACH BEAT HAWAII″ ARE IN A SQUARE
                        WITH POSITIVE AND NEGATIVE LETTERING WITH A
                        GRAPHIC OF A DOG IN SUNGLASSES. THE WORDS
                        ″HONOLULU TOPS″ ARE PRINTED UNDER THE DESIGN.

**Registrant:**

                        TERRI-JUDY, INC.
                        HAWAII CORPORATION
                        307 KAMANI STREET
                        HONOLULU, HAWAII 96813

**Renewed To:**         HONOLULU TOPS, INC.
                        HAWAII CORPORATION
                        307 KAMANI STREET
                        HONOLULU, HAWAII 96813

**Manner Of Display:**

                        PRINTED ON THE GOODS, STICKERS AND TAGS.

ST-246
Group: Four

## PAPIO POUNDERS GES ENTERPRISES HONOLULU HAWAII

**PAPIO POUNDERS GES ENTERPRISES HONOLULU HAWAII**

**State:**      HAWAII

**Status:**      NOT RENEWED

**Date Registered:** MAR 28, 1990

**Registration No.:** 116636

**Goods/Services:**    **International Class:  28**

NYLON FISHING BAGS

**Design Phrase:**    THE WORDS ″PAPIO POUNDERS″ A ULUA FISH HOOK WITH THE WORDS ″GES ENTERPRISES, HONOLULU, HAWAII″.

**Registrant:**

GES ENTERPRISES

HAWAII PARTNERSHIP

856-17TH AVENUE

HONOLULU, HAWAII 96816

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ULUA POUNDERS GES ENTERPRISES HONOLULU HAWAII | State | Page 844 |

**Manner Of Display:**

PRINTED ON LABELS AFFIXED TO PRODUCTS

## HONOLULU MEAT AND FISH COMPANY

**HONOLULU MEAT AND FISH COMPANY**

**State:**            HAWAII

**Status:**          NOT RENEWED

**Date Registered:**  JUL 17, 1985

**Registration No.:**  77946

**Goods/Services:**  **International Class:  29**
                    MEAT, FISH POULTRY

**Design Phrase:**   THE WORDS ″HONOLULU MEAT AND FISH COMPANY″ & A
                    FRONT VIEW OF A CARICATUE OF A BULL NEXT TO THE
                    SIDE VIEW OF A FISH.

**Registrant:**

                    HONOLULU MEAT AND FISH COMPANY
                    HAWAII CORPORATION
                    1637 REPUBLICAN ST.
                    HONOLULU, HAWAII 96819

**Manner Of Display:**

                    PRINTED ON CONTAINERS AND ON PLASTIC FOAM TRAYS
                    OF FOOD PRODUCTS

# HONOLULU DIET

**HONOLULU DIET**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  OCT 24, 1983
**Registration No.:**  69037

**Goods/Services:**   **International Class: 29, 30, 31**
                      FOOD PRODUCTS.
**Registrant:**

                      HARRIET SELDIN
                      SOLE PROPRIETOR
                      P.O. BOX 4126
                      HONOLULU, HAWAII 96813

**Manner Of Display:**
                      ATTACHED TO CONTAINERS.

TARO BRAND
PRODUCTS
HONOLULU POI CO.,
LTD., ″HAWAII'S
LARGEST POI
PRODUCERS

**TARO BRAND PRODUCTS HONOLULU POI CO., LTD., ″HAWAII'S LARGEST POI PRODUCERS**

**State:**              HAWAII

**Status:**            NOT RENEWED
**Date Registered:**   OCT 11, 1989
**Registration No.:**  112467

**Goods/Services:**    **International Class:  29, 31**
                       PROCESSED VEGETABLES, WHOLE PRODUCE, POI AND
                       TARO PRODUCTS AND BEAN SPROUT LINE.

**Design Phrase:**     A CROWN AND CAPE ON WHICH TARO ROOT PLANTS
                       FLANK THE WORDS ″TARO BRAND PRODUCTS″
                       CENTERED ON THE CAPE. BELOW THE CAPE AND
                       CROWN ARE THE WORDS ″HONOLULU POI CO., LTD.,
                       HAWAII'S LARGEST POI PRODUCERS″.

**Registrant:**

                       HONOLULU POI COMPANY, LTD.
                       HAWAII CORPORATION
                       288 LIBBY STREET
                       HONOLULU, HAWAII 96819

**Manner Of Display:**
                       PRINTED OR OTHERWISE AFFIXED TO BAGS AND OTHER
                       CONTAINERS OF THE THE PRODUCTS

## KALA'S KRAFTS HONOLULU, HAWAII

### KALA'S KRAFTS HONOLULU, HAWAII

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    APR 05, 1982

**Registration No.:**   61773

**Goods/Services:**     **International Class: 25, 20**
                        HANDMADE ITEMS SUCH AS CLOTHING, CRAFT ITEMS,
                        ETC.

**Design Phrase:**      THE DESIGN IS A SILHOUETTE OF A STEAM ENGINE WITH
                        THE WORD "KALA'S" EXITING THE SMOKE STACK. A FLAT
                        BED CAR WITH THE WORD "KRAFTS" FOLLOWS THE
                        ENGINE. THE WORDS "HONOLULU, HAWAII" ARE UNDER
                        THE ENGINE AND FLAT BED CAR.

**Registrant:**

                        SARAH H. NODA
                        SOLE PROPRIETOR
                        1610 KANUNU ST. # 508
                        HONOLULU, HAWAII 96814

**Manner Of Display:**

                        APPLIED IN THE FORM OF A TAG.

## HONOLULU BRITTLE COMPANY

**HONOLULU BRITTLE COMPANY**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    AUG 20, 2001
**Registration No.:**   253824

**Goods/Services:**     **International Class:  30**
                        CANDY-BRITTLE
**Registrant:**

                        AKAMAI PACIFIC, LLC
                        LIMITED LIABILITY COMPANY
                        98-1277 KAAHUMANN STREET, SUITE 321
                        AIEA, HAWAII 96701

**Manner Of Display:**
                        PRINTED ONTO LABELS

## HONOLULU COOKIE COMPANY

**HONOLULU COOKIE COMPANY**

**State:**          HAWAII

**Status:**          NOT RENEWED
**Date Registered:** APR 16, 1998
**Registration No.:** 216612

**Goods/Services:**  **International Class:  30**
                    COOKIES
**Registrant:**

                    K & S HAWAIIAN CREATIONS, INCORPORATED
                    HAWAII CORPORATION
                    1718 DEMOCRAT STREET
                    HONOLULU, HAWAII 96819

                    <u>We Have Located Other Marks With This Owner</u>

| | | |
|---|---|---|
| HONOLULU COOKIE COMPANY | USPTO | Page 512 |
| HONOLULU COOKIE COMPANY | USPTO | Page 520 |
| HONOLULU COOKIE COMPANY | USPTO | Page 526 |
| HONOLULU COOKIE COMPANY HAWAII | USPTO | Page 648 |
| HONOLULU COOKIE COMPANY | State | Page 790 |
| HONOLULU COOKIE COMPANY | State | Page 980 |

**Manner Of Display:**

                    PRINTED DIRECTLY ONTO PRODUCT CONTAINERS
                    AND/OR PRINTED ON LABELS AFFIXED TO PRODUCT
                    CONTAINERS

## HONOLULU COOKIE COMPANY

**HONOLULU COOKIE COMPANY**

**State:**            HAWAII

**Status:**          NOT RENEWED
**Date Registered:** SEP 04, 2001
**Registration No.:** 254260

**Goods/Services:**  **International Class:  30**
                     COOKIES

**Registrant:**

                     K & S HAWAIIAN CREATIONS, INCORPORATED
                     HAWAII CORPORATION
                     1717 HOMERULE STREET
                     HONOLULU, HAWAII 96819

                     **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU COOKIE COMPANY | USPTO | Page 512 |
| HONOLULU COOKIE COMPANY | USPTO | Page 520 |
| HONOLULU COOKIE COMPANY | USPTO | Page 526 |
| HONOLULU COOKIE COMPANY HAWAII | USPTO | Page 648 |
| HONOLULU COOKIE COMPANY | State | Page 790 |
| HONOLULU COOKIE COMPANY | State | Page 979 |

**Manner Of Display:**

                     WILL BE AFFIXED TO THE CONTAINERS FOR THE
                     PRODUCT

HONOLULU
GOURMET
COLLECTIONS

## HONOLULU GOURMET COLLECTIONS

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    APR 28, 1995

**Registration No.:**   180879

**Renewed:**            APR 22, 1996

**Renewal**

**Registration No.:**   194620

**Goods/Services:**     **International Class:  30**

                        MACADAMIA NUT CANDIES AND OTHER CONFECTIONS

**Registrant:**

                        BIG ISLAND CANDIES, INC.

                        HAWAII CORPORATION

                        500 KALANIANAOLE AVE

                        HILO, HAWAII 96720

                        <u>We Have Located Other Marks With This Owner</u>

                        HONOLULU GOURMET      State          Page 982
                        CREATIONS

                        HONOLULU GOURMET      State          Page 983
                        PRODUCTS

                        HONOLULU GOURMET      State          Page 984
                        RETAILER

                        HONOLULU GOURMET      State          Page 985
                        SELECTIONS

                        HONOLULU GOURMET      State          Page 986
                        SPECIALTIES

**Renewed To:**         BIG ISLAND CANDIES, INC.

                        HAWAII CORPORATION

                        500 KALANIANAOLE AVE.

                        HILO, HAWAII 96720

**Manner Of Display:**

                        AFFIXED TO THE BOXES, PACKAGES AND OTHER
                        CONTAINERS OF THE PRODUCTS MANUFACTURED OR
                        MARKETED BY THE APPLICANT

ULU

**ST-255**
**Group:** Four

HONOLULU
GOURMET
CREATIONS

**HONOLULU GOURMET CREATIONS**

**State:**           HAWAII

**Status:**          NOT RENEWED
**Date Registered:** APR 28, 1995
**Registration No.:** 180880
**Renewed:**         APR 22, 1996
**Renewal**
**Registration No.:** 194625

**Goods/Services:**  **International Class: 30**
                     MACADAMIA NUT CANDIES AND OTHER CONFECTIONS
**Registrant:**

                     BIG ISLAND CANDIES, INC.
                     HAWAII CORPORATION
                     500 KALANIANAOLE AVE
                     HILO, HAWAII 96720

                     **We Have Located Other Marks With This Owner**

                     HONOLULU GOURMET      State      Page 981
                     COLLECTIONS

                     HONOLULU GOURMET      State      Page 983
                     PRODUCTS

                     HONOLULU GOURMET      State      Page 984
                     RETAILER

                     HONOLULU GOURMET      State      Page 985
                     SELECTIONS

                     HONOLULU GOURMET      State      Page 986
                     SPECIALTIES

**Renewed To:**      BIG ISLAND CANDIES, INC.
                     HAWAII CORPORATION
                     500 KALANIANAOLE AVE.
                     HILO, HAWAII 96720

**Manner Of Display:**

                     AFFIXED TO THE BOXES, PACKAGES AND OTHER
                     CONTAINERS OF THE PRODUCTS MANUFACTURED OR
                     MARKETED BY THE APPLICANT

HONOLULU
GOURMET
PRODUCTS

## HONOLULU GOURMET PRODUCTS

**State:**            HAWAII

**Status:**          NOT RENEWED

**Date Registered:** APR 28, 1995

**Registration No.:** 180882

**Renewed:**         APR 22, 1996

**Renewal**

**Registration No.:** 194626

**Goods/Services:**  **International Class: 30**

                     MACADAMIA NUT CANDIES AND OTHER CONFECTIONS

**Registrant:**

                     BIG ISLAND CANDIES, INC.

                     HAWAII CORPORATION

                     500 KALANIANAOLE AVE

                     HILO, HAWAII 96720

                     <u>We Have Located Other Marks With This Owner</u>

                     HONOLULU GOURMET          State          Page 981
                     COLLECTIONS

                     HONOLULU GOURMET          State          Page 982
                     CREATIONS

                     HONOLULU GOURMET          State          Page 984
                     RETAILER

                     HONOLULU GOURMET          State          Page 985
                     SELECTIONS

                     HONOLULU GOURMET          State          Page 986
                     SPECIALTIES

**Renewed To:**      BIG ISLAND CANDIES, INC.

                     HAWAII CORPORATION

                     500 KALANIANAOLE AVE.

                     HILO, HAWAII 96720

**Manner Of Display:**

                     AFFIXED TO THE BOXES, PACKAGES AND OTHER
                     CONTAINERS OF THE PRODUCTS MANUFACTURED OR
                     MARKETED BY THE APPLICANT

**ST-257**
**Group:** Four

HONOLULU
GOURMET
RETAILER

## HONOLULU GOURMET RETAILER

**State:**            HAWAII

**Status:**          NOT RENEWED

**Date Registered:** APR 28, 1995

**Registration No.:** 180883

**Renewed:**         APR 22, 1996

**Renewal**

**Registration No.:** 194628

**Goods/Services:** **International Class:  30**

MACADAMIA NUT CANDIES AND OTHER CONFECTIONS

**Registrant:**

BIG ISLAND CANDIES, INC.

HAWAII CORPORATION

500 KALANIANAOLE AVE

HILO, HAWAII 96720

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU GOURMET COLLECTIONS | State | Page 981 |
| HONOLULU GOURMET CREATIONS | State | Page 982 |
| HONOLULU GOURMET PRODUCTS | State | Page 983 |
| HONOLULU GOURMET SELECTIONS | State | Page 985 |
| HONOLULU GOURMET SPECIALTIES | State | Page 986 |

**Renewed To:**     BIG ISLAND CANDIES, INC.

HAWAII CORPORATION

500 KALANIANAOLE AVE.

HILO, HAWAII 96720

**Manner Of Display:**

AFFIXED TO THE BOXES, PACKAGES AND OTHER

CONTAINERS OF THE PRODUCTS MANUFACTURED OR

MARKETED BY THE APPLICANT

HONOLULU
GOURMET
SELECTIONS

## HONOLULU GOURMET SELECTIONS

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  APR 28, 1995

**Registration No.:** 180884

**Renewed:**          APR 22, 1996

**Renewal**

**Registration No.:** 194629

**Goods/Services:**   **International Class: 30**

                      MACADAMIA NUT CANDIES AND OTHER CONFECTIONS

**Registrant:**

                      BIG ISLAND CANDIES, INC.

                      HAWAII CORPORATION

                      500 KALANIANAOLE AVE

                      HILO, HAWAII 96720

                      <u>We Have Located Other Marks With This Owner</u>

| | | |
|---|---|---|
| HONOLULU GOURMET COLLECTIONS | State | Page 981 |
| HONOLULU GOURMET CREATIONS | State | Page 982 |
| HONOLULU GOURMET PRODUCTS | State | Page 983 |
| HONOLULU GOURMET RETAILER | State | Page 984 |
| HONOLULU GOURMET SPECIALTIES | State | Page 986 |

**Renewed To:**       BIG ISLAND CANDIES, INC.

                      HAWAII CORPORATION

                      500 KALANIANAOLE AVE.

                      HILO, HAWAII 96720

**Manner Of Display:**

                      AFFIXED TO THE BOXES, PACKAGES AND OTHER
                      CONTAINERS OF THE PRODUCTS MANUFACTURED OR
                      MARKETED BY THE APPLICANT

HONOLULU
GOURMET
SPECIALTIES

**HONOLULU GOURMET SPECIALTIES**

**State:**          HAWAII

**Status:**         NOT RENEWED
**Date Registered:** APR 28, 1995
**Registration No.:** 180885
**Renewed:**        APR 22, 1996
**Renewal**
**Registration No.:** 194631

**Goods/Services:**  **International Class: 30**
                    MACADAMIA NUT CANDIES AND OTHER CONFECTIONS
**Registrant:**

                    BIG ISLAND CANDIES, INC.
                    HAWAII CORPORATION
                    500 KALANIANAOLE AVE
                    HILO, HAWAII 96720

                    <u>We Have Located Other Marks With This Owner</u>

                    HONOLULU GOURMET      State        Page 981
                    COLLECTIONS

                    HONOLULU GOURMET      State        Page 982
                    CREATIONS

                    HONOLULU GOURMET      State        Page 983
                    PRODUCTS

                    HONOLULU GOURMET      State        Page 984
                    RETAILER

                    HONOLULU GOURMET      State        Page 985
                    SELECTIONS

**Renewed To:**      BIG ISLAND CANDIES, INC.
                    HAWAII CORPORATION
                    500 KALANIANAOLE AVE.
                    HILO, HAWAII 96720

**Manner Of Display:**

                    AFFIXED TO THE BOXES, PACKAGES AND OTHER
                    CONTAINERS OF THE PRODUCTS MANUFACTURED OR
                    MARKETED BY THE APPLICANT

## HONOLULU SPICE BREAD

**HONOLULU SPICE BREAD**

**State:** HAWAII

**Status:** NOT RENEWED
**Date Registered:** NOV 03, 1987
**Registration No.:** 92322

**Goods/Services:** **International Class:  30**
BAKED SLICED BREADS AND ROLLS

**Registrant:**

BAKERY EUROPA INC.
HAWAII CORPORATION
500 ALA KAWA ST. #120
HONOLULU, HAWAII 96817

**We Have Located Other Marks With This Owner**

HONOLULU SPICE BUNS        State              Page 988

**Manner Of Display:**

PRINTED ON PLASTIC BAG

## HONOLULU SPICE BUNS

**HONOLULU SPICE BUNS**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    NOV 03, 1987
**Registration No.:**   92323

**Goods/Services:**     **International Class:  30**
                        ROUND AND OBLONG BAKED BUNS
**Registrant:**

                        BAKERY EUROPA INC.
                        HAWAII CORPORATION
                        500 ALA KAWA #120
                        HONOLULU, HAWAII 96817

                        **We Have Located Other Marks With This Owner**

                        HONOLULU SPICE BREAD        State            Page 987

**Manner Of Display:**
                        PRINTED ON PLASTIC BAG

## OSCAR OF HONOLULU

### OSCAR OF HONOLULU

**State:**           HAWAII

**Status:**          NOT RENEWED
**Date Registered:** AUG 26, 1986
**Registration No.:** 84300

**Goods/Services:**  **International Class: 25, 21**
                     T-SHIRTS, MUGS, GLASSWARE, DISHES

**Design Phrase:**   STANDING DUCK WEARING A STRIPED JACKET (LONG-
                     SLEEVED), SHIRT AND BOW TIE, WITH A FISH IN ITS
                     RIGHT HAND AND LEFT ELBOW BENT WITH LEFT HAND
                     MAKING THE ″SHAKA″ SIGN. THE WORD ″OSCAR″ IS
                     WRITTEN IN SEMI-CIRCULAR FASHION OVER THE DUCK'S
                     HEAD, AND THE WORDS ″O F HONOLULU APPEAR UNDER
                     THE DUCK'S FEET.

**Registrant:**

                     OSCAR, INC.
                     HAWAII CORPORATION
                     1717 ALA WAI BOULEVARD, #303
                     HONOLULU, HAWAII 96815

                     **We Have Located Other Marks With This Owner**

                     OSCAR OF HONOLULU        State        Page 1039

**Manner Of Display:**
                     PRINTED DIRECTLY TO PRODUCT

**ULU**

**ST-263**
**Group:** Four

## THE HONOLULU HAMMOCK

**THE HONOLULU HAMMOCK**

**State:**          HAWAII

**Status:**          NOT RENEWED
**Date Registered:**  JUN 01, 1987
**Registration No.:**  89140

**Goods/Services:**    **International Class: 22**
                     HAMMOCK
**Registrant:**

                     PAN PACIFIC PRODUCTIONS, LTD.
                     HAWAII CORPORATION
                     4614 KAILAVEW AVE. #344
                     HONOLULU, HAWAII 96816

**Manner Of Display:**
                     SMALL CLOTH EMBLEM, AFFIXED BY SEWING INTO THE
                     FABRIC AND/OR STAMPED ON BOXES & PACKAGING
                     (CONTAINER)

ULU

ST-264
**Group:** Four

## HONOLULU BEVERAGE

**HONOLULU BEVERAGE**

**State:**              HAWAII

**Status:**             EXPIRED
**Mark Type:**          TRADE NAME
**Date Registered:**    JUN 19, 1996
**Registration No.:**   196022
**Expiration Date:**    JUN 19, 1997

**Goods/Services:**     **International Class: 35**
                        WHOLESALE DISTRIBUTOR

**Registrant:**

                        FUTURA STONE OF HAWAII, INC.
                        HAWAII CORPORATION
                        2895 UALENA STREET
                        HONOLULU, HAWAII 96819

ULU

**ST-265**
**Group:** Four

HONOLULU
EMPORIUM

**HONOLULU EMPORIUM**

**State:**            HAWAII

**Status:**          EXPIRED
**Mark Type:**       TRADE NAME
**Date Registered:** JUL 09, 1996
**Registration No.:** 197488
**Expiration Date:** JUL 09, 1997

**Goods/Services:**  **International Class:  35**
                     MAIL-ORDER BUSINESS
**Registrant:**

                     GLENN SUEHIRO
                     HAWAII CITIZEN
                     3439 KEAHI STREET
                     HONOLULU, HAWAII 96822



**MARTIN & MACARTHUR HONOLULU HAWAII**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    JUN 13, 1991
**Registration No.:**   131696
**Renewed:**            APR 27, 1992
**Renewal**
**Registration No.:**   142385


**Goods/Services:**     **International Class:  20, 21**
                        KOA FURNITURE AND ACCESSORIES AND PICTURE
                        FRAMES

**Design Phrase:**      THE WORDS ″MARTIN & MACARTHUR HONOLULU,
                        HAWAII″ PRINTED BENEATH A PICTURE OF TWO MEN
                        SITTING (WORKING) UNDER A TREE SPLITTING WOOD.

**Registrant:**

                        MARTIN AND MACARTHUR ENTERPRISES, LTD.
                        HAWAII CORPORATION
                        1815 KAHAI STREET
                        HONOLULU, HAWAII 96819

**Renewed To:**         MARTIN AND MACARTHUR ENTERPRISES, LTD.
                        HAWAII CORPORATION
                        1815 KAHAI STREET
                        HONOLULU, HAWAII 96819


**Manner Of Display:**

                        IMPRINTED DIRECTLY ON THE PRODUCT AND IMPRINTED
                        ON A METAL PLATE AFFIXED TO THE PRODUCT

# ZULU BEADS

**ZULU BEADS**

**State:** PUERTO RICO

**Status:** NOT RENEWED
**Date Registered:** AUG 31, 1985
**Registration No.:** 26663

**Goods/Services:** **International Class: 20, 22**
CRAFTSMANSHIP & JEWELLERY
**Registrant:**

JENIFFER CHILDS RIO GRANDE  PUERTO RICO

HONOLULU SKYLINE
REPORT

**HONOLULU SKYLINE REPORT**

**State:**          HAWAII

**Status:**          NOT RENEWED
**Date Registered:** APR 11, 1990
**Registration No.:** 117165

**Goods/Services:** **International Class:  35**
                   A COMMUNITY OUTREACH CAMPAIGN DESIGNED TO
                   PROMOTE HIGH-RISE BUILDING AND TO ATTRACT NEW
                   CUSTOMERS AND GOODWILL FOR PARTICIPATING
                   COMPANIES

**Registrant:**

                   DANIEL GORDON CHINN
                   SOLE PROPRIETOR
                   2499 KAPIOLANI BLVD. #1101
                   HONOLULU, HAWAII 96826

                   **We Have Located Other Marks With This Owner**

                   HONOLULU SKYLINE          State          Page 868
                   REPORT

DRULU A VISUAL
CONCEPT

**DRULU A VISUAL CONCEPT**

**State:**              CALIFORNIA

**Status:**             EXPIRED

**Date Registered:**    MAY 25, 1983

**Registration No.:**   16610

**Expiration Date:**    MAY 25, 1993

**Goods/Services:**    **International Class:  35**

COMPLETE VISUAL DESIGN SERVICES IN ALL AREAS OF
COMMERCIAL ADVERTISING AND PROMOTION OF
PRODUCT

**State Class:** 101

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| JAN 01, 1983 | JAN 01, 1983 |

**Registrant:**

ANDREW PAUL BINDER
SOLE PROPRIETOR
1027 N. GARDNER STREET
LOS ANGELES, CALIFORNIA 90046
TEL:  213-850-0330

**Manner Of Display:**

ON BUSINESS CARDS

ULU

**ST-270**
**Group:** Four

# WOW!HONOLULU

**WOW!HONOLULU**

**State:**          HAWAII

**Status:**          NOT RENEWED
**Date Registered:** AUG 26, 2005
**Registration No.:** 4035972

**Goods/Services:** **International Class: 35**
PROMOTING THE ECONOMIC DEVELOPMENT IN THE CITY
AND COUNTY OF HONOLULU
**State Class:** 35
**First Use In State:**          **First Use Anywhere:**
JUL 28, 2005                 JUL 28, 2005

**Design Phrase:** THE DESIGN CONSISTS OF THE WORDS ″WOW!HONO
LULU″, DESIGN OF A CRESTING WAVE AS THE LETTER ″O″
IN ″WOW″. BELOW ″WOW″, THE 2ND ″O″ IN ″HONOLULU″
REPLACED BY BOTTOM OF THE EXCLAMATION POINT AT
THE END OF ″WOW″.

**Registrant:**

CITY AND COUNTY OF HONOLULU DEPT OF BUDGET AND
FISCAL SERVICES
530 S KING ST ROOM 208
HONOLULU, HAWAII 96813

**Manner Of Display:**

USED ON: BUSINESS CARDS, LETTERHEAD, SIGNAGE,
ADVERTISING AND PROMOTIONAL MATERIALS

HONOLULU
TRIATHLON

**HONOLULU TRIATHLON**

**State:**          HAWAII

**Status:**          NOT RENEWED

**Date Registered:**   OCT 03, 2003

**Registration No.:**   4016126

**Goods/Services:**   **International Class:  41, 35**

PROMOTION OF SPORTING EVENTS; SWIMMING, CYCLING
AND RUNNING; TRIATHLON

**State Class:** 35

**First Use In State:**          **First Use Anywhere:**

AUG 01, 2003          AUG 01, 2003

**Registrant:**

PREMIER EVENT MANAGEMENT LLC
LOUISIANA LIMITED LIABILITY COMPANY
POB 8764
METAIRIE, LOUISIANA 70011

**We Have Located Other Marks With This Owner**

HONOLULU TRIATHLON          USPTO          Page 516

**Manner Of Display:**

USED: ON ADVERTISING AND BRANDING INCLUDING
PRINTED PAPER MATERIALS, ELECTRONIC MEDIA
(WEBSITES), COMMEMORATIVE ARTICLES, CLOTHING,
TOTE BAGS ETC, VENUE DECORATIONS

EXERCISE
HONOLULU

**EXERCISE HONOLULU**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:**  JAN 03, 2002
**Registration No.:** 257284

**Goods/Services:**   **International Class:  41, 35**
                     ALL EVENTS & PROMOTIONS & ADS, EXERCISE
                     HONOLULU

**Design Phrase:**    THE WORDS ″EXERCISE HONOLULU″ AND DESIGN OF A
                     RECTANGLE WITH STICK FIGURE OF A PERSON JUMPING
                     FOR JOY, SURROUNDED BY ACCENT MARKS.

**Registrant:**

                     HONOLULU COUNTY MEDICAL SOCIETY
                     HAWAII CORPORATION
                     1360 S BERETANIA 2ND FLOOR
                     HONOLULU, HAWAII 96814

**Manner Of Display:**

                     ATTACHED, APPLIED DIRECTLY OR USED FOR
                     PROMOTIONS.

CACHERO
HONOLULU

**CACHERO HONOLULU**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    SEP 14, 1987
**Registration No.:**   91369

**Goods/Services:**     **International Class:  24**
                        TEXTILE PRODUCTS AND ACCESSORIES.
**Registrant:**

                        CACHERO LTD.
                        HAWAII CORPORATION
                        1712 LILIHA ST., SUITE 103
                        HONOLULU, HAWAII 96817

**Manner Of Display:**
                        PLACED ON LABELS ATTACHED TO PRODUCTS.

SPARKY'S OF
HONOLULU

**SPARKY'S OF HONOLULU**

**State:**              HAWAII

**Status:**            EXPIRED

**Mark Type:**         TRADE NAME

**Date Registered:**   APR 15, 1996

**Registration No.:**  194231

**Expiration Date:**   APR 15, 1997

**Goods/Services:**    **International Class:  42, 35**

                       RETAIL SALES

**Registrant:**

                       GOLDEN CONDOR, INC.
                       HAWAII CORPORATION
                       825 KEEAUMOKU, SUITE 300
                       HONOLULU, HAWAII 96814



**KING KALAKAUA REGATTA HONOLULU, HARBOR SPONSORED BY CENTRAL PACIFIC BANK KALAKAUA 10K 15K 1992**

**State:**         HAWAII

**Status:**        NOT RENEWED

**Date Registered:** JUL 20, 1992

**Registration No.:** 144918

**Goods/Services:**   **International Class: 42, 35**

SPONSORSHIP & PROMOTION OF A WATERSPORTS EVENT - KING KALAKAUA REGATTA.

**Design Phrase:** THE DESIGN IS A PICTURE OF KING DAVID KALAKAUA AND KAHILIS ON EITHER SIDE OF THE PICTURE. THE WORDS ″KING KALAKAUA REGATTA″ ARE LOCATED BELOW THE PICTURE IN A SHADOWED TYPEFACE AND BELOW THAT ARE THE WORDS ″HONOLULU, HARBOR″ ALSO IN A SHADOWED TYPEFACE. A ROUND THE TOP OF THE MARK IS DRAPED A MAILE LEI. IN THE TOP LEFT AND RIGHT HAND CORNERS OF THE DESIGN ARE CRESTS WITH THE NUMBER ″10″ AND A LETTER ″K″ IN THE CENTER OF THE ″0″ AND ON THE BOTTOM LEFT HAND CORNERS ARE THE CRESTS WITH THE NUMBER ″15″ AND A L ETTER ″K″ IN THE CURVE OF THE NUMBER ″5″. IN THE MIDDLE OF THE DESIGN BELOW THE WORDS ″HONOLULU, HARBOR″ ARE PICTURES OF A SAILING CANOE WITH DIAMOND HEAD IN THE BACKGROUND, A SURFER ON A SURFBOARD AND A PADDLER IN A ONE PERSON OUTRIGGER CANOE. THE PICTUR ES ARE SEPARATED BY TWO PADDLES CROSSED AT THE HANDLES WITH THE YEAR ″1992″ AND THE WORDS ″SPONSORED BY CENTRAL PACIFIC BANK″ IN ITALIC SHADOWED TYPEFACE ARE LOCATED BELOW THE PICTURE. THE DESIGN IS SET IN A BORDER THAT RESEMBLES U.S. PAPER CURRENCY.

**Registrant:**

CENTRAL PACIFIC BANK
HAWAII CORPORATION
220 S. KING STREET
HONOLULU, HAWAII 96813

# DAVE'S ICE CREAM - KAPAHULU

## DAVE'S ICE CREAM - KAPAHULU

**State:**              HAWAII

**Status:**             EXPIRED

**Mark Type:**          TRADE NAME

**Date Registered:**    JUN 14, 1996

**Registration No.:**   196665

**Expiration Date:**    JUN 14, 1997

**Goods/Services:**     **International Class: 42, 35**

                        SELLING ICE CREAM

**Registrant:**

                        THO PHUOC NGUYEN
                        HAWAII CITIZEN
                        703 KAMOKU STREET
                        HONOLULU, HAWAII 96826

HONOLULU
TELECARD

**HONOLULU TELECARD**

**State:**            HAWAII

**Status:**           EXPIRED
**Mark Type:**        TRADE NAME
**Date Registered:**  APR 25, 1996
**Registration No.:** 194835
**Expiration Date:**  APR 25, 1997

**Goods/Services:**   **International Class:  36**
                      PREPAID TELEPHONE CARD DISTRIBUTOR
**Registrant:**

                      CALVIN S. TOYOTA
                      HAWAII CITIZEN
                      3054 ALA POHA PLACE, #210
                      HONOLULU, HAWAII 96818

ULU

**ST-278**
**Group:** Four

HONOLULU
FINANCIAL CENTER

**HONOLULU FINANCIAL CENTER**

**State:**            HAWAII

**Status:**           NOT RENEWED
**Date Registered:** DEC 01, 2000
**Registration No.:** 245478

**Goods/Services:**  **International Class: 36**
                     PROVIDE FINANCIAL SERVICES
**Registrant:**

                     UMEKE HAU INVESTMENT CORPORATION
                     HAWAII CORPORATION
                     1860 ALA MOANA BLVD.
                     HONLULU, HAWAII 96815

**Assignment Date:** SEP 13, 2001
**Assignee**                              **Assignor**
SIMPLY INVESTMENTS, INC.                  'UMEKE HAU INVESTMENT
HAWAII CORPORATION                        CORPORATION
1430 KONA STREET #205                     HAWAII CORPORATION
HONOLULU, HONOLULU HAWAII 96814           1430 KONA STREET #201
                                          HONOLULU, HAWAII 96814



**HONOLULU FEDERAL CREDIT UNION**

**State:** HAWAII

**Status:** NOT RENEWED
**Date Registered:** MAY 05, 2005
**Registration No.:** 4033814

**Goods/Services:** **International Class: 36**
CREDIT UNION
**State Class:** 36
**First Use In State:**        **First Use Anywhere:**
MAY, 2005        MAY, 2005

**Design Phrase:** THE WORDS ″HONOLULU FEDERAL CREDIT UNION″ AND
DESIGN OF STYLIZED ″H″ WHICH ENCOMPASSES A
DRAWING OF THE ISLAND OF OARTU AS THE
HORIZONTAL PORTION OF THE LETTER.

**Registrant:**
HONOLULU FEDERAL CREDIT UNION
HAWAII UNINCORPORATED ASSOCIATION
P.O. BOX 2428
HONOLULU, HAWAII 96804

**Manner Of Display:**
BUSINESS CARDS, LETTERHEAD, SIGNAGE,
ADVERTISING, PROMOTIONAL MATERIALS, UNIFORMS,
WEBSITE

## HONOLULU FIRE DEPARTMENT F.C.U.

**HONOLULU FIRE DEPARTMENT F.C.U.**

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  NOV 06, 1981

**Registration No.:** 59424

**Goods/Services:**   **International Class: 36**
                      CREDIT UNION FINANCIAL SERVICES

**Design Phrase:**    THE WORDS, "HONOLULU FIRE DEPARTMENT F.C.U."
                      IMPRINTED ON A MALTESE CROSS WITH FOUR LITTLE
                      ARROWS BETWEEN EACH SEGMENT OF THE CROSS. THE
                      CENTER OF THE CROSS HAS A DRAWING OF AN UPRIGHT
                      HOSE NOZZLE, HOOK AND LADDER AND A FIRE
                      DEPARTMENT HELMENT WITHIN A CI RCLE.

**Registrant:**

                      HONOLULU FIRE DEPARTMENT FEDERAL CREDIT UNION
                      UNINCORPORATED ASSOCIATION
                      1314 SO. KING STREET, SUITE #1555
                      HONOLULU, HAWAII 96814

**ULU**

**ST-281**
**Group:** Four

HONOLULU METRO
MALL

**HONOLULU METRO MALL**

**State:**              HAWAII

**Status:**             EXPIRED
**Mark Type:**          TRADE NAME
**Date Registered:**    JUN 26, 1996
**Registration No.:**   197011
**Expiration Date:**    JUN 26, 1997

**Goods/Services:**    **International Class:  37**
                       REAL ESTATE DEVELOPMENT SERVICES
**Registrant:**

                       RUSSELL ALLEN
                       HAWAII CORPORATION
                       335 MERCHANT STREET, #100
                       HONOLULU, HAWAII 96813

 **HONOLULU TIRE SERVICE**

## HONOLULU TIRE SERVICE

**State:**          HAWAII

**Status:**          NOT RENEWED

**Date Registered:** SEP 25, 1991

**Registration No.:** 135368

**Renewed:**          SEP 04, 1992

**Renewal**
**Registration No.:** 146886

**Goods/Services:**  **International Class: 37**
                     TIRE REPAIR SERVICES.

**Design Phrase:**   A DESIGN OF A SIX SEGMENT RAINBOW RAISING TO AND
                     CONNECTED TO A DRAWING OF AN AUTOMOBILE TIRE
                     WITH RIM. THE WORDS ″HONOLULU TIRE SERVICE″ ARE
                     IN ONE LINE NEXT TO THE TIRE.

**Registrant:**

                     HAWAIIAN NURSERY PRODUCTS, INC.
                     HAWAII CORPORATION
                     P.O. BOX 355
                     PEARL CITY, HAWAII 96782

**Renewed To:**      HAWAIIAN NURSERY PRODUCTS, INC.
                     HAWAII CORPORATION
                     P.O. BOX 355
                     PEARL CITY, HAWAII 96782



### MASA'S FOREIGN CAR SERVICE INC. HONOLULU, HAWAII

**State:** HAWAII

**Status:** NOT RENEWED

**Date Registered:** MAR 04, 1993

**Registration No.:** 153104

**Goods/Services:** **International Class: 37**

AUTOMOTIVE REPAIR SERVICES

**Design Phrase:** THE WORDS "MASA'S FOREIGH CAR SERVICE INC" AND "HONOLULU HAWAII" WITH A CARICATURE OF AN AUTOMOBILE WITH A CIRCLE IN THE BACKGROUND.

**Registrant:**

MASA'S FOREIGN CAR SERVICE, INC.
HAWAII CORPORATION
244 KALIHI STREET
HONOLULU, HAWAII 96819

**ST-284**
**Group:** Four

ZULU
INTERNATIONAL

**ZULU INTERNATIONAL**

**State:**              TEXAS

**Status:**             NOT RENEWED
**Date Registered:**    MAR 24, 1992
**Registration No.:**   51633

**Goods/Services:**     **International Class: 42, 37**
                        APPAREL DESIGN & MANUFACTURE
                        **State Class:** 25
                        **First Use In State:**        **First Use Anywhere:**
                        JUL 10, 1991                    JUL 10, 1991
**Registrant:**
                        STELLA K. OLANIYAN
                        SOLE PROPRIETORSHIP
                        P.O. BOX 35243
                        DALLAS, TEXAS 75235

**Manner Of Display:**
                        LABEL ATTACHED TO THE GOODS.

**ULU**

## HONOLULU CITY GUIDE

**HONOLULU CITY GUIDE**

**State:**        HAWAII

**Status:**        NOT RENEWED

**Date Registered:** FEB 23, 2005

**Registration No.:** 4030675

**Goods/Services:**  **International Class:  38, 42**
                   ACCESS & INTERNET
                   **State Class:** 38

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| FEB 21, 2005 | FEB 21, 2005 |

**Registrant:**

                   OIHANA LAPA'AU, INC.
                   HAWAII CORPORATION
                   826 10TH AVENUE
                   HONOLULU, HAWAII 96816-2208

**Manner Of Display:**

                   USED IN: ADVERTISING AND ON THE KIOSK

HONOLULU
TRANSFER &
STORAGE

## HONOLULU TRANSFER & STORAGE

| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | NOT RENEWED |
| **Date Registered:** | SEP 04, 1991 |
| **Registration No.:** | 146885 |
| **Renewed:** | SEP 04, 1992 |
| **Goods/Services:** | **International Class: 39** |
| | TRANSFER & STORAGE |
| **Design Phrase:** | DESIGN OF A STYLIZED HAND TRUCK WITHIN A SOLID SQUARE. WORDS "HONOLULU TRANSFER & STORAGE" SET IN 3 LINES NEXT TO THE SQUARE. |
| **Registrant:** | |
| | PINE ENTERPRISES, INC. |
| | HAWAII CORPORATION |
| | 318 CENTRAL WAY SI |
| | HONOLULU, HAWAII 96819 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| HONOLULU TRANSFER AND STORAGE | State | Page 1014 |
| HONOLULU CONTAINER SALES & RENTAL HCSR (808) 841-3633 | State | Page 1032 |
| HCSR HONOLULU CONTAINER SALES & RENTAL | State | Page 1042 |

| | |
|---|---|
| **Renewed To:** | PINE ENTERPRISES, INC. |
| | HAWAII CORPORATION |
| | 318 CENTRAL WAY SI |
| | HONOLULU, HAWAII 96819 |



**HONOLULU TRANSFER AND STORAGE**

**State:**           HAWAII

**Status:**          NOT RENEWED
**Date Registered:** SEP 25, 1991
**Registration No.:** 135369
**Renewed:**         SEP 04, 1992
**Renewal**
**Registration No.:** 146885


**Goods/Services:**  International Class:  39
                     TRANSFER AND STORAGE SERVICES.

**Design Phrase:**   A DESIGN OF A STYLIZED HAND TRUCK WITHIN A SOLID
                     SQUARE. THE WORDS ″HONOLULU TRANSFER &
                     STORAGE″ ARE SET IN 3 LINES NEXT TO THE SQUARE.

**Registrant:**

                     PINE ENTERPRISES, INC.
                     HAWAII CORPORATION
                     318 CENTRAL WAY SI
                     HONOLULU, HAWAII 96819

                     **We Have Located Other Marks With This Owner**

                     HONOLULU TRANSFER &      State       Page 1013
                     STORAGE

                     HONOLULU CONTAINER       State       Page 1032
                     SALES & RENTAL HCSR
                     (808) 841-3633

                     HCSR HONOLULU            State       Page 1042
                     CONTAINER SALES &
                     RENTAL

**Renewed To:**      PINE ENTERPRISES, INC.
                     HAWAII CORPORATION
                     318 CENTRAL WAY SI
                     HONOLULU, HAWAII 96819

ULU

ST-288
Group: Four



**KAIMUKI - KAPAHULU - WAIKIKI OUR NEIGHBORHOOD TROLLEY**

**State:** HAWAII

**Status:** NOT RENEWED

**Date Registered:** SEP 24, 2004

**Registration No.:** 4026573

**Goods/Services:** **International Class: 39**

COMMUNITY CIRCULATOR; TROLLEY VEHICLE FOR THE COMMUNITIES MENTIONED, INCLUDING SURROUNDING AREAS

**State Class:** 39

| First Use In State: | First Use Anywhere: |
|---|---|
| JAN, 2001 | JAN, 2001 |

**Design Phrase:** THE WORDS ″KAIMUKI KAPAHULU WAIKIKI OUR NEIGHBORHOOD TROLLEY″ IN A DESIGN CONSISTING OF A SILHOUETTE OF A TROLLEY WITH RIDERS, INCLUDING A SURFBOARD WITH WORDS UNDERNEATH TROLLEY.

**Registrant:**

GINNY MEADE
SOLE PROPRIETOR
837 20TH AVENUE
HONOLULU, HAWAII 96816-4528

**Manner Of Display:**

USED IN: ADVERTISING, MARKETING, PROMOTION, ON PRINTED MATERIALS, ALL MEDIA, ON VEHICLES AND DISPLAY ADS, STATIONARY, BUSINESS CARDS AND OTHER MATERIALS RELATING TO THE CIRCULATOR

## HONOLULU WASTE DISPOSAL

**HONOLULU WASTE DISPOSAL**

**State:**              HAWAII

**Status:**             EXPIRED
**Mark Type:**          TRADE NAME
**Date Registered:**    JUN 27, 1996
**Registration No.:**   197100
**Expiration Date:**    JUN 27, 1997

**Goods/Services:**     **International Class:  40**
                        INDUSTRIAL WASTE DISPOSAL
**Registrant:**

                        RANDALL D. OLSON
                        HAWAII CITIZEN
                        233 KAPIOLONI, #1004
                        HONOLULU, HAWAII 96826

HONOLULU
TERRITORY OF
HAWAII

**HONOLULU TERRITORY OF HAWAII**

**State:**               HAWAII

**Status:**              NOT RENEWED
**Date Registered:**     JAN 31, 1990
**Registration No.:**    114963
**Renewed:**             OCT 26, 1990
**Renewal**
**Registration No.:**    124901

**Goods/Services:**      **International Class: 25, 24**
                         T-SHIRTS, READY-TO-WEAR APPAREL, SHORTS, SHIRTS,
                         TOWELS, CAPS AND GLOVES.
**Registrant:**
                         JACK D. GOLDING
                         SOLE PROPRIETOR
                         3353 WAIALAE AVE. #22
                         HONOLULU, HAWAII 96821

**Renewed To:**          JACK D. GOLDING
                         SOLE PROPRIETOR
                         3353 WAIALAE AVE. #202
                         HONOLULU, HAWAII 96816

**Assignment Date:** JAN 03, 1992
**Assignee**                              **Assignor**
HONOLULU TERRITORY OF HAWAII              JACK GOLDING INDIVIDUAL
HAWAII PARTNERSHIP                        3353 WAIALAI AVE., #202
3353 WAIALAI AVE., #202                   HONOLULU, HAWAII 96816
HONOLULU, HONOLULU HAWAII 96816

**Manner Of Display:**
                         PRINTED OR SILK-SCREENED ONTO THE GOODS.

ULU

**ST-291**
**Group:** Four

## HONOLULU IRONMAN BIATHLON

**HONOLULU IRONMAN BIATHLON**

**State:**           HAWAII

**Status:**          NOT RENEWED

**Date Registered:** APR 09, 1996

**Registration No.:** 194018

**Goods/Services:**  **International Class:  41**

                    MULTISPORT EVENT/COMPETITION CONSISTING OF A 2.4
                    MILE OCEAN SWIM AND A 26.2 MILE MARATHON RUN

**Registrant:**

                    JOHN P. DUNBAR, JR.
                    SOLE PROPRIETOR
                    190 KAOKOA WAY
                    HAIKU, HAWAII 96708

**ULU**

ST-292
**Group:** Four

HONOLULU
WATERFRONT
TRIATHLON

**HONOLULU WATERFRONT TRIATHLON**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    APR 09, 1990
**Registration No.:**   116937

**Goods/Services:**     **International Class: 41**
                        TRIATHLON RACE CONSISTING OF SWIMMING, BIKING
                        AND RUNNING.
**Registrant:**

                        KOA ATHLETICS, INC.
                        HAWAII CORPORATION
                        120 KAPALULU PLACE
                        HONOLULU, HAWAII 96819

## HONOLULU'S BEST DRESSED

**HONOLULU'S BEST DRESSED**

**State:**              HAWAII

**Status:**             NOT RENEWED

**Date Registered:**    DEC 09, 2005

**Registration No.:**   4038949

**Goods/Services:**     **International Class:  41**

PROVIDING AN ANNUAL LIST OF HONOLULU'S BEST DRESSED MEN AND WOMEN

**State Class:** 41

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| DEC 09, 2005 | DEC 09, 2005 |

**Registrant:**

ARMOUR GALLERY AND GARDENS LLC
HAWAII LIMITED LIABILITY COMPANY
ARMOUR GALLERY & GARDENS 47-754 LAMAULA RD.
KANEOHE, HAWAII 96744

**Manner Of Display:**

USED IN PROMOTIONAL COLLATERAL, LETTERHEADS, LOGO, BROCHURES, WEB SITE URL AND A YEARLY PUBLISHED LIST AND AWARDS EVENT.

**ST-294**
**Group:** Four



**CULU CHILDREN'S TRADITIONAL AFRICAN DANCE COMPANY**

| | |
|---|---|
| **State:** | LOUISIANA |
| **Status:** | NOT RENEWED |
| **Date Registered:** | DEC 12, 1996 |

**Goods/Services:** **International Class: 41**
AFRICAN DANCE COMPANY T-SHIRTS
**State Class:** 41

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| MAY 12, 1988 | MAY 12, 1988 |

**Design Phrase:** DESIGN OF A BAOBOB TREE, DRUMMER & DANCER ONE ON EACH SIDE, CULU AT THE TOP, THE WORDS ″CULU CHILDREN'S TRADITIONAL AFRICAN DANCE COMPANY″ AT THE BOTTOM.

**Registrant:**

MARIAMA CURRY
LOUISIANA PARTNERSHIP
4233 PALMYRA STREET,
NEW ORLEANS, (ORLEANS CO.) LOUISIANA 70119

JEAN CURRY
LOUISIANA PARTNERSHIP
4233 PALMYRA STREET,
NEW ORLEANS, (ORLEANS CO.) LOUISIANA 70119



### ISLAND IDOL HONOLULU, HAWAII

**State:** HAWAII

**Status:** NOT RENEWED

**Date Registered:** AUG 01, 2003

**Registration No.:** 4014131

**Goods/Services:** **International Class: 41**

TALENT SHOW

**State Class:** 41

**First Use In State:**          **First Use Anywhere:**

JUL 18, 2003                    JUL 18, 2003

**Design Phrase:** THE WORDS ″ISLAND IDOL HONOLULU, HAWAII″ BLUE
OUTLINED CIRCLE WITH ORANGE HIBISCUS W/RED &
YELLOW LETTERING

**Registrant:**

COX RADIO, INC.
DELAWARE CORPORATION
900 FORT STREET, SUITE 700
HONOLULU, HAWAII 96813

**Manner Of Display:**

BANNERS/SIGNAGE ADVERTISING, PROMOTIONAL
MATERIALS & PRINT ADS

KA PA KU KAIAULU

**KA PA KU KAIAULU**

**State:**            HAWAII

**Status:**           EXPIRED
**Mark Type:**        TRADE NAME
**Date Registered:**  MAY 21, 1996
**Registration No.:** 195912
**Expiration Date:**  MAY 21, 1997

**Goods/Services:**   **International Class:  41**
                      HAWAIIAN DANCE, CHANT, AND LANGUAGE TEACHINGS
**Registrant:**

                      DWAYNE P. KAULIA
                      HAWAII CITIZEN
                      89-831 NANAKULI AVENUE
                      NANAKULI, HAWAII 96792

## UNIVERSITY OF HAWAII HONOLULU COMMUNITY COLLEGE 1920 MALAMALAMA

**UNIVERSITY OF HAWAII HONOLULU COMMUNITY COLLEGE 1920 MALAMALAMA**

**State:**  HAWAII

**Status:**  NOT RENEWED

**Date Registered:**  MAR 15, 2001

**Registration No.:**  248767

**Goods/Services:**  **International Class: 41**

EDUCATIONAL SERVICES, NAMELY, PROVIDING CLASSES, COURSES, SEMINARS, WORKSHOPS, CONFERENCES AND LECTURES AT THE UNDERGRADUATE, POST-GRADUATE, ADULT EDUCATION AND PROFESSIONAL LEVELS, AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING RECREATIONAL PROGRAMS, AND ATHLETIC INSTRUCTION AND COACHING FOR YOUTH AND ADULT STUDENTS, AND PROVIDING CULTURAL EVENTS, INCLUDING MUSICALS, DANCE THEATRICAL AND DRAMATIC PERFORMANCES

**Registrant:**

UNIVERSITY OF HAWAII
HAWAII CORPORATION
C/O COLLEGIATE LICENSING OFFICE, 2465 CAMPUS ROAD
HONOLULU, HAWAII 96822

**We Have Located Other Marks With This Owner**

HONOLULU COMMUNITY COLLEGE          State          Page 774

ULU

HONOLULU CITY
GIRL

**HONOLULU CITY GIRL**

**State:**              HAWAII

**Status:**            NOT RENEWED

**Date Registered:**   FEB 23, 1983

**Registration No.:**  66547

**Goods/Services:**    **International Class:  25, 20**

                       CLOTHING, ACCESSORIES AND GIFTS

**Registrant:**

                       DUTY FREE SHOPPERS GROUP LIMITED

                       HAWAII CORPORATION

                       P.O. BOX 29500

                       HONOLULU, HAWAII 96820

**Manner Of Display:**

                       APPLIED DIRECTLY TO THE PRODUCTS

HONOLULU SIDDHA
YOGA MEDITATION
CENTER (SYMC OF
HONOLULU)

**HONOLULU SIDDHA YOGA MEDITATION CENTER (SYMC OF HONOLULU)**

**State:**              HAWAII

**Status:**             EXPIRED
**Mark Type:**          TRADE NAME
**Date Registered:**    JUN 07, 1996
**Registration No.:**   196404
**Expiration Date:**    JUN 07, 1997

**Goods/Services:**     **International Class:  42, 41, 45**
                        TO PROMOTE AND FACILITATE RELIGIOUS WORSHIP
**Registrant:**

                        SIDDHA YOGA DHAM AFFILIATE OF HONOLULU
                        CALIFORNIA CORPORATION
                        1925 MAKIKI STREET
                        HONOLULU, HAWAII 96822



### HONOLULU HURRICANES H

**State:**            HAWAII

**Status:**          NOT RENEWED
**Date Registered:** MAR 03, 1998
**Registration No.:** 214699

**Goods/Services:**  **International Class:  20, 25**
                     SPORTS APPAREL AND SOUVENIRS

**Design Phrase:**   THE WORDS ″HONOLULU HURRICANES″ ABOVE AND
                     BELOW A UPPER CASE ″H″ WITH A COUNTER CLOCKWISE
                     SWIRL PATTERN IN THE IMAGE OF A HURRICANE WITH
                     THE WORD HURRICANE IN THE H

**Registrant:**
                     PRO SPORTS LLC
                     HAWAII LIMITED LIABILITY COMPANY
                     1210 B NORTH NIMITZ HWY
                     HONOLULU, HAWAII 96817

**Manner Of Display:**
                     ATTACHED TO PRODUCTS BY EMBROIDERY, SCREENED,
                     OR PRINTED

**SPECIAL DELIVERY HONOLULU, HAWAII**



| | |
|---|---|
| **State:** | HAWAII |
| **Status:** | NOT RENEWED |
| **Date Registered:** | MAR 17, 1992 |
| **Registration No.:** | 141163 |

**Goods/Services:**  **International Class: 25, 20**
INFANT, TODDLER & MATERNITY APPAREL AND
MISCELLANEOUS GIFT ITEMS & FAVOURS

**Design Phrase:**  ″SPECIAL DELIVERY HONOLULU, HAWAII″ WITH A SINGLE
LINE BORDER WITH ROUNDED CORNERS A HEART IN THE
LEFT SIDE BORDER AND A HEART IN THE RIGHT, TOP
CORNER.

**Registrant:**

TAMMY REIKO LUKE
INDIVIDUAL
1206 LUNALILO HM RD.
HONOLULU, HAWAII 96825

**Manner Of Display:**

SILKSCREENED ON APPAREL TAGS, AND EMBOSSED
STICKON LABELS ON NON-APPAR EL ITEMS

**ST-302**
**Group:** Four

HONOLULU
PHYSICIANS GROUP

**HONOLULU PHYSICIANS GROUP**

**State:**              HAWAII

**Status:**             NOT RENEWED
**Date Registered:**    OCT 20, 1992
**Registration No.:**   147845
**Renewed:**            SEP 27, 1993
**Renewal**
**Registration No.:**   160244

**Goods/Services:**     **International Class:  42**
                        HEALTH MAINTENANCE ORGANIZATION PROVIDING &
                        ARRANGING HEALTH SERVICES.
**Registrant:**

                        HAWAII MEDICAL SERVICE ASSOCIATION
                        UNINCORPORATED ASSOCIATION
                        818 KEEAUMOKU STREET
                        HONOLULU, HAWAII 96814

                        <u>**We Have Located Other Marks With This Owner**</u>

                        <u>HONOLULU PHYSICIANS</u>     State          Page 1030
                        <u>PROGRAM</u>

**Renewed To:**         HAWAII MEDICAL SERVICE ASSOCIATION
                        UNINCORPORATED ASSOCIATION
                        818 KEEAUMOKU STREET
                        HONOLULU, HAWAII 96814

HONOLULU
PHYSICIANS
PROGRAM

**HONOLULU PHYSICIANS PROGRAM**

**State:**            HAWAII

**Status:**           NOT RENEWED

**Date Registered:**  DEC 02, 1980

**Registration No.:** 54638

**Goods/Services:**   **International Class: 42**
                      HEALTH MAINTENANCE ORGANIZATION PROVIDING AND
                      ARRANGING FOR COMPREHENSIVE HEALTH CARE
                      SERVICES TO A VOLUNTARILY ENROLLED POPULATION
                      FOR A SET PERIODIC FEE.

**Registrant:**
                      HAWAII MEDICAL SERVICE ASSOCIATION
                      P.O. BOX 860
                      HONOLULU, HAWAII 96808

                      **We Have Located Other Marks With This Owner**

                      HONOLULU PHYSICIANS        State          Page 1029
                      GROUP