IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

        Plaintiff,

v.

HULU, LLC
(formerly N-F NEWSITE, LLC),

        Defendant.

**NOTICE OF MANUAL FILING**

Please take notice that Defendant Hulu, LLC (formerly known as N-F NewSite, LLC) ("Hulu") has manually filed the following document: Exhibit 66 to the Declaration of Daniel Marti.

This document has not been filed electronically because

    X    the document or item cannot be converted to an electronic format that complies with the Court's file-size limitations

    ☐    the document or item is under seal

    ☐    Plaintiff/Defendant is excused from filing this document or item by Court order.

The document has been manually served on all parties.

US2000 10364818.1

Respectfully submitted, this the 9th day of October, 2007.

/s/ Hayden J. Silver, III

Hayden J. Silver, III
NC State Bar No. 10037
jaysilver@kilpatrickstockton.com
Betsy Cooke
NC State Bar No. 25353
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
(919) 420-1700
(919) 420-1800 facsimile

William H. Brewster
GA State Bar No. 080422
bbrewster@kilpatrickstockton.com
Sara Maurer
GA State Bar No. 159056
smaurer@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 facsimile

*Counsel for Defendant Hulu, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which will send notice to the following CM/ECF participants:

>Leslie C. O'Toole
>leslie.otoole@elliswinters.com
>Thomas Hamilton Segars
>tom.segars@elliswinters.com

This the 9th day of October, 2007.

/s/ Hayden J. Silver, III

*Attorney for Defendant*

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700

US2000 10364818.1