Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-09-24 18:01:53 ET

Serial Number: 78034478   Assignment Information   Trademark Document Retrieval

Registration Number: 2863527

Mark (words only): LULU'S PEEPS

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-07-13

Filing Date: 2000-11-09

Transformed into a National Application: No

Registration Date: 2004-07-13

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-07-22

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. VIACOM INTERNATIONAL INC.

**Address:**
VIACOM INTERNATIONAL INC.
1515 BROADWAY
NEW YORK, NY 10036
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
PRINTED MATTER, NAMELY, NOTE PAPER AND LOOSE LEAF PAPER, SERIES OF FICTION BOOKS, PLAYING CARDS, DECALS, STICKERS, BUMPER STICKERS, TRADING CARDS, NOTE CARDS, POSTERS, FOLDERS, PENCILS, PENS, CALENDARS
**Basis:** 1(a)
**First Use Date:** 2001-04-01
**First Use in Commerce Date:** 2001-04-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-02-14 - Automatic Update Of Assignment Of Ownership

2007-01-17 - Assignment Of Ownership Not Updated Automatically

Latest Status Info

2007-01-10 - Automatic Update Of Assignment Of Ownership

2004-07-13 - Registered - Principal Register

2004-05-04 - Allowed for Registration - Principal Register (SOU accepted)

2004-05-04 - Assigned To Examiner

2004-04-30 - Statement of use processing complete

2004-04-21 - Amendment to Use filed

2004-04-28 - Case File In TICRS

2004-04-21 - TEAS Statement of Use Received

2003-11-20 - Extension 4 granted

2003-11-13 - Extension 4 filed

2003-11-13 - TEAS Extension Received

2003-06-12 - Extension 3 granted

2003-05-13 - Extension 3 filed

2003-05-13 - TEAS Extension Received

2003-01-03 - Extension 2 granted

2002-11-13 - Extension 2 filed

2002-11-13 - TEAS Extension Received

2002-05-13 - Extension 1 granted

2002-05-13 - Extension 1 filed