Page 4 of 4

Latest Status Info

2002-05-13 - TEAS Extension Received

2001-11-13 - Notice of allowance - mailed

2001-08-21 - Published for opposition

2001-08-01 - Notice of publication

2001-04-27 - Approved for Pub - Principal Register (Initial exam)

2001-04-13 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOSEPH MOLKO

**Correspondent**
JOSEPH MOLKO
VIACOM INTERNATIONAL INC.
1515 BROADWAY FL 51
NEW YORK NY 10036

9/24/2007

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78034478

Dockets.Justia.com

# Exhibit 7

# Exhibit 8

# Exhibit 9

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 08:47:29 ET

**Serial Number:** 75725994 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2374964

**Mark (words only):** ULU

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2006-10-13

**Filing Date:** 1999-06-14

**Transformed into a National Application:** No

**Registration Date:** 2000-08-08

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-10-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Benedetti, Luca

**Address:**
Benedetti, Luca
47 Hicks Street #4R
Brooklyn, NY 11202
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** Italy

2. Chasolen, Scott

**Address:**
Chasolen, Scott
5 Hansen Place

Wayne, NJ 07470
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

3. Gardner, Aaron

**Address:**
Gardner, Aaron
32-13 79th Street
Jackson Heights, NY 11370
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

4. Hoffman, David

**Address:**
Hoffman, David
210 E. 15th Street
New York, NY 10003
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

5. Wallace, Justin

**Address:**
Wallace, Justin
122 Orchard Street
New York, NY 10002
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
Entertainment, namely, live performances by a musical band
**Basis:** 1(a)
**First Use Date:** 1997-03-05
**First Use in Commerce Date:** 1997-03-05

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-10-13 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-08-07 - Section 8 (6-year) and Section 15 Filed

2006-08-07 - TEAS Section 8 & 15 Received

2006-03-01 - Case File In TICRS

2000-08-08 - Registered - Principal Register

2000-05-16 - Published for opposition

2000-04-14 - Notice of publication

2000-03-22 - Approved for Pub - Principal Register (Initial exam)

2000-02-15 - Communication received from applicant

2000-02-01 - Non-final action mailed

1999-10-29 - Communication received from applicant

1999-10-08 - Non-final action mailed

1999-10-07 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Max F. Schutzman,

**Correspondent**
MAX F. SCHUTZMAN,
GRUNFELD, DESIDERIO, LEBOWITZ ET AL
399 PARK AVENUE 25TH AVE
NEW YORK, NEW YORK 10022

# Exhibit 10

# Exhibit 11



# Exhibit 12

Latest Status Info

Page 1 of 5

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2007-09-24 18:14:06 ET**

**Serial Number:** 78537445 Assignment Information    Trademark Document Retrieval

**Registration Number:** 3218677

**Mark**

# LULU THE LETTER-SPINNING SPIDER

**(words only):** LULU THE LETTER-SPINNING SPIDER

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-03-13

**Filing Date:** 2004-12-22

**Transformed into a National Application:** No

**Registration Date:** 2007-03-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at**

Latest Status Info

**TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-02-06

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LeapFrog Enterprises, Inc.

**Address:**
LeapFrog Enterprises, Inc.
6401 Hollis Street Suite 100
Emeryville, CA 94608
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** 510-420-5000
**Fax Number:** 510-420-5011

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Video and audio cassettes, tapes, CD ROMs and DVD's featuring children's education; children's educational computer software; computer game cartridges
**Basis:** 1(a)
**First Use Date:** 2005-06-21
**First Use in Commerce Date:** 2005-06-21

**International Class:** 016
**Class Status:** Active
printed matter; namely, children's books
**Basis:** 1(a)
**First Use Date:** 2005-06-21
**First Use in Commerce Date:** 2005-06-21

Latest Status Info

Page 3 of 5

**International Class:** 028
**Class Status:** Active
Toys, games, and playthings, namely, plush toys, electronic learning toys
**Basis:** 1(a)
**First Use Date:** 2005-06-09
**First Use in Commerce Date:** 2005-06-09

―――――――――――――――――――――――――――――――――――

ADDITIONAL INFORMATION

―――――――――――――――――――――――――――――――――――

**Disclaimer:** "SPIDER"

―――――――――――――――――――――――――――――――――――

MADRID PROTOCOL INFORMATION

―――――――――――――――――――――――――――――――――――

(NOT AVAILABLE)

―――――――――――――――――――――――――――――――――――

PROSECUTION HISTORY

―――――――――――――――――――――――――――――――――――

2007-03-13 - Registered - Principal Register

2007-02-01 - Law Office Registration Review Completed

2007-01-31 - Assigned To LIE

2007-01-11 - Allowed for Registration - Principal Register (SOU accepted)

2007-01-09 - Examiner's Amendment Entered

2007-01-09 - Assigned To LIE

2007-01-06 - EXAMINERS AMENDMENT E-MAILED

2007-01-06 - SU-Examiner's Amendment Written

2006-12-20 - Statement of use processing complete