Latest Status Info

2006-10-19 - Amendment to Use filed

2006-10-19 - TEAS Statement of Use Received

2006-10-09 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-10-09 - TEAS Change Of Owner Address Received

2006-10-02 - TEAS Change Of Correspondence Received

2006-08-08 - Notice of allowance - mailed

2006-05-16 - Published for opposition

2006-04-26 - Notice of publication

2006-03-28 - Law Office Publication Review Completed

2006-03-23 - Assigned To LIE

2006-03-07 - Approved for Pub - Principal Register (Initial exam)

2006-03-06 - Teas/Email Correspondence Entered

2006-03-01 - Communication received from applicant

2006-03-01 - TEAS Response to Office Action Received

2006-03-01 - Petition To Revive-Granted

2006-03-01 - TEAS Petition To Revive Received

2006-02-28 - Abandonment Notice Mailed - Failure To Respond

2006-02-28 - Abandonment - Failure To Respond Or Late Response

Latest Status Info

2005-08-01 - Non-final action e-mailed

2005-08-01 - Non-Final Action Written

2005-07-27 - Assigned To Examiner

2005-01-06 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Anna Silva

**Correspondent**
Anna Silva
INTELLECTUAL PROPERTY COUNSEL
6401 HOLLIS STREET, STE 100
LEAPFROG ENTERPRISES, INC.
EMERYVILLE CA 94608-1070
Phone Number: 510-420-5000
Fax Number: 510-420-5011

# Exhibit 13





# Exhibit 14

amazon.com | Your Amazon.com | Toys & Games | See all 42 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories & Characters | Bestsellers | Hot New Releases | Building Sets | Dolls | Electronics For Kids | Games | Preschool | Baby | Toys Outlet

Search Toys & Games • New Search [GO] Gift Certificates | A9 Web Search [GO]

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in.



See larger image
Share your own customer images

**LeapFrog Lulu the Letter-Spinning Spider™ Toy**

Other products by Leap Frog

**Quantity:** 1


Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

**More Buying Choices**

baby-Wise [Add to Cart]
Price: **$17.95**
In Stock

Gile Toys [Add to Cart]
Price: **$18.09**
In Stock

Target [Add to Cart]
Price: **$18.79**
In Stock

☆☆☆☆☆ ▽ (24 customer reviews)

**11 used & new** from $16.87

Get it for less! [Order it used]

Have one to sell? [Sell yours here]

**Price: $19.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**Availability:** In Stock. Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Thursday, September 27?** Order it in the next 0 hours and 32 minutes, and choose **One-Day Shipping** at checkout. See details

**11 used & new** available from $16.87


[Add to Wish List ▼]
[Add to Shopping List]
[Add to Wedding Registry]
[Add to Baby Registry]
[Tell a friend]

**Subscription to Cookie with $25 Purchase**
Spend $25 or more on Qualifying items offered by Amazon.com Toys and/or Baby, and receive a 1-year subscription to *Cookie* magazine, a $9.97 value, included with your purchase. Here's how (restrictions apply).

- See our complete collection of LeapFrog Toys & Games

**Check out the great *pre-order selection* in our toy store and beat the rush. These toys will make your kids the envy of all their friends.**

http://www.amazon.com/LeapFrog-Lulu-Letter-Spinning-Spider-8482/dp/B0008FUCZ0     9/26/2007

# Exhibit 15

Case 5:07-cv-00347-D    Document 57    Filed 10/09/2007    Page 8 of 16

Latest Status Info

Page 1 of 4

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-09-24 18:03:31 ET

Serial Number: 75474713   Assignment Information   Trademark Document Retrieval

Registration Number: 2425513

Mark (words only): LULU LOLO

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2007-03-14

Filing Date: 1998-04-27

Transformed into a National Application: No

Registration Date: 2001-01-30

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2007-03-14

LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Evans, Lois

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75474713                    9/24/2007

**Address:**
Evans, Lois
331 East 116 Street
New York, NY 100291502
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
announcement cards; book marks; books featuring information about movies, mysteries, holidays and fictional characters; greeting cards, note cards, and post cards; greeting cards;
**Basis:** 1(a)
**First Use Date:** 1998-11-15
**First Use in Commerce Date:** 1998-11-15

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-03-14 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-03-09 - Assigned To Paralegal

2007-01-30 - Section 8 (6-year) and Section 15 Filed

Latest Status Info

2007-01-30 - TEAS Section 8 & 15 Received

2006-07-07 - Case File In TICRS

2001-01-30 - Registered - Principal Register

2000-11-21 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-17 - Assigned To Examiner

2000-10-12 - Statement of use processing complete

2000-10-06 - Extension 1 granted

2000-07-31 - Amendment to Use filed

2000-07-31 - Extension 1 filed

2000-02-01 - Notice of allowance - mailed

1999-11-09 - Published for opposition

1999-10-08 - Notice of publication

1999-07-14 - Approved for Pub - Principal Register (Initial exam)

1999-07-09 - Examiner's amendment mailed

1999-06-21 - Final refusal mailed

1999-05-06 - Communication received from applicant

1998-11-06 - Non-final action mailed

1998-10-22 - Assigned To Examiner

Latest Status Info

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOSEPH F NICHOLSON

**Correspondent**
JOSEPH F NICHOLSON
KENYON & KENYON
1 BROADWAY
NEW YORK NY 10004

# Exhibit 16





# LULU IN MACARONI
# LOLO AND MAL OCCHIO

Macaroni and Mal Occhio (Evil Eye)
Food, Faith, and Family—Growing up Italian-American
A one-woman show written and performed by
**LULU LOLO**

| Wednesday | Oct. 23 | at 7pm |
| Thursday | Oct. 24 | at 9pm |
| Friday | Oct. 25 | at 7pm |
| Saturday | Oct. 26 | at 3pm |
| Tuesday | Oct. 29 | at 8:30pm |
| Sunday | Nov. 3 | at 1pm |

Raw Space—Theater M
543 West 42 Street (between 10th & 11th Aves.)

Tickets: $15.00
Reservations: Ticket Central: 212.279.4200
To order on line: www.theatermania.com

Visit: www.spotlighton.org

Return to:
LuLu LoLo Productions
331 East 116 Street
NY NY 10029
lululolo@rcn.com






# Exhibit 17