Lulu Enterprises, Inc. v. N-F Newsite, LLC et al          Doc. 57 Att. 1
LULULOLO
Case 5:07-cv-00347-D     Document 57-2     Filed 10/09/2007     Page 1 of 25   Page 1 of 1



# Exhibit 18

INTERNET ARCHIVE
# WayBackMachine

Enter Web Address: http://          All  ·    [ Take Me Back ]   Adv. Search

Searched for http://www.lululolo.com                                    **4** Results

\* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 26, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 3 pages | 1 pages | 0 pages | 0 pages |

Jul 28, 2004  \* Feb 04, 2005
Sep 25, 2004
Nov 25, 2004

Home  |  Help

Internet Archive  |  Terms of Use  |  Privacy Policy

# Exhibit 19

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 07:54:59 ET

**Serial Number:** 75495008 Assignment Information       Trademark Document Retrieval

**Registration Number:** 2297686

**Mark (words only):** THE LITTLE LULU SHOW

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2006-04-25

**Filing Date:** 1998-06-02

**Transformed into a National Application:** No

**Registration Date:** 1999-12-07

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 104

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-06-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CLASSIC MEDIA, INC.

**Address:**
CLASSIC MEDIA, INC.
6TH FLOOR 860 BROADWAY
NEW YORK, NY 10003
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active

Entertainment, namely a continuing animated show distributed over television, satellite and video media
**Basis:** 1(a)
**First Use Date:** 1995-10-00
**First Use in Commerce Date:** 1995-10-00

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "SHOW"

**Prior Registration Number(s):**
958607
959441
962620
990189

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2006-06-08 - Case File In TICRS

2006-04-25 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-02-27 - Assigned To Paralegal

2005-10-28 - Section 8 (6-year) and Section 15 Filed

2005-10-28 - TEAS Section 8 & 15 Received

1999-12-07 - Registered - Principal Register

1999-09-14 - Published for opposition

1999-08-13 - Notice of publication

1999-05-17 - Approved for Pub - Principal Register (Initial exam)

1999-04-23 - Communication received from applicant

1999-03-03 - Communication received from applicant

1999-03-04 - Non-final action mailed

1999-02-16 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
SONJA KEITH

**Correspondent**
CLASSIC MEDIA, INC.
6TH FLOOR
860 BROADWAY
NEW YORK, NY 10003

# Exhibit 20

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 08:04:12 ET

**Serial Number:** 72460870 Assignment Information          Trademark Document Retrieval

**Registration Number:** 990189

**Mark (words only):** LITTLE LULU

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-03-04

**Filing Date:** 1973-06-20

**Transformed into a National Application:** No

**Registration Date:** 1974-08-06

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 834 -Post Registration

**Date In Location:** 2005-03-04

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CLASSIC MEDIA, INC.

**Address:**
CLASSIC MEDIA, INC.
860 BROADWAY, 6TH FL.
NEW YORK, NY 10003
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**U.S. Class:** 038 (International Class 016)
**Class Status:** Active

ILLUSTRATED BOOKS FOR CHILDREN
**Basis:** 1(a)
**First Use Date:** 1954-00-00
**First Use in Commerce Date:** 1954-00-00

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
958607
959441

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-03-23 - Undeliverable Mail - No Action Taken

2005-03-23 - PAPER RECEIVED

2005-03-04 - Second renewal 10 year

2005-03-04 - Section 8 (10-year) accepted/ Section 9 granted

2005-02-03 - Combined Section 8 (10-year)/Section 9 filed

2005-02-03 - Combined Section 8 (10-year)/Section 9 filed

2005-02-03 - TEAS Section 8 & 9 Received

1994-08-11 - First renewal 10 year

1994-04-25 - Section 9 filed/check record for Section 8

1980-06-04 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
SONJA KEITH
CLASSIC MEDIA, INC.
860 BROADWAY, 6TH FL.
NEW YORK, NY 10003

---

# Exhibit 21

SPECIMEN PAGE

Applicant              :        Golden Books Publishing Company, Inc.

Business
 Address               :        888 Seventh Avenue
                                New York, New York 10106



# Exhibit 22

Hello. Sign in to get personalized recommendations. New customer? Start here.

We've been remo look.

Your Amazon.com        Today's Deals        Gifts & Wish Lists        Gift Certificates

DVD

DVD            Advanced Search    Browse Genres    New Releases    Top Sellers    DVD Deals    TV Central    Hi

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in.



See larger image



See 1 customer image

Share your own customer images

☆☆☆☆☆ ☑ (2 customer reviews)

### The Best of Little Lulu: Featuring Green Girl
**Starring:** Best of Little Lulu
**Rating** G

**Quantity:** 1

🛒 Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**8 used & new** from $11.99

Have one to sell? Sell yours here

Add to Wish List ▼

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

**List Price:** $~~12.98~~
        **Price: $11.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
**You Save:** $0.99 (8%)

**Availability:** Usually ships within 1 to 2 weeks. Ships from and sold by **Amazon.com**. Gift-wrap available.

Only 1 left in stock--order soon.

**8 used & new** available from $11.99

**Format:** DVD

---

## Better Together

Buy this DVD with Lulu Takes a Trip (Little Lulu, Vol. 5) by John Stanley today!
**Buy Together Today: $21.94**

 +   Buy both now!

## Product Details

**Actors:** Best of Little Lulu

**Format:** Animated, Color, DVD-Video, NTSC

**Language:** English

**Region:** Region 1 (U.S. and Canada only. Read more about DVD formats.)

**Aspect Ratio:** 1.33:1

**Number of discs:** 1

**Rating** 🄶

**Studio:** Sony Wonder (Video)

**DVD Release Date:** July 15, 2003

**Run Time:** 125 minutes

**Average Customer Review:** ☆☆☆☆☆  based on 2 reviews. (Write a review.)

**ASIN:** B00009VU33

**Amazon.com Sales Rank:** #23,066 in DVD (See Bestsellers in DVD)
(Studios: Improve Your Sales)

 Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

**For more information about "The Best of Little Lulu: Featuring Green Girl" visit the Internet Movie Database (IMDb)**

⊞ **Theatrical Release Information**

## Customers Who Bought This Item Also Bought



The Best of Little Lulu: Friends and Enemies **DVD** ~ Best of Little Lulu
☆☆☆☆☆ (1)



Little Lulu Volume 8: Late For School (Little Lulu (Graphic Novels)) by John Stanley
☆☆☆☆☆ (2)
$9.95



Little Lulu Volume 9: Lucky Lulu (Little Lulu (Graphic Novels)) by John Stanley
$9.95



Little Lulu Volume 6: Letters To Santa (Little Lulu (Graphic Novels)) by John Stanley
$9.95



Marge's Little Lulu Volume 4: Lulu Goes Shopping by John Stanley
☆☆☆☆☆ (5)
$9.95

> **Explore similar items:** Books (16)   DVD (2)

---

## Tag this product (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product. Tags will help all customers organize and find favorite items.

**Your tags:** Add your first tag

**Help others find this product - tag it for Amazon search**

No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

### Search Products Tagged with 

> See most popular tags

---

## Rate this item to improve your recommendations

Sign in to rate this item

☆☆☆☆☆   I own it

---

## Customer Reviews

**2 Reviews**

| | |
|---|---|
| 5 star: | (2) |
| 4 star: | (0) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (0) |

**Average Customer Review**

☆☆☆☆☆ (2 customer reviews)

[ Create your own review ]

**New!** Amazon has customer video re

 It's easy to shoot video revi or life's everyday moments the Flip Video camcorder.

### Most Helpful Customer Reviews

12 of 12 people found the following review helpful:

☆☆☆☆☆ **Lulupalooza**, January 29, 2005

By **Gord Wilson** (Bellingham, WA USA) - See all my reviews
TOP 500 REVIEWER

Marge's Little Lulu made her impressive debut in the Saturday Evening Post in 1935. Wildly popular, she hit the big screen in 1944 in a series of cartoons for Famous and Paramount studios, and was everywhere in ads for Kleenex tissues. John Stanley expanded the roster to include Tubby, her best friend, Annie, and the rest of the well-known gang. But her best venue by far came in 1995 in this labor of love from CINAR animation studios in Canada, which ran on HBO Family.

CINAR went back to the John Stanley comics and

### Search Customer Reviews 

☑ Only search this product's reviews

ADVERTISEMENT

used many of his inspired stories, as well as the whole Stanley gang. Lulu is voiced by Tracey Ullman (on whose show The Simpsons made their debut). Each show consists of three cartoons, with brief Lulubites (reminiscent of Marge's single panel comic) and a short stand-up routine by Lulu/Ullman. Ullman's routines seem too strident for Lulu, and the barbed, adversarial humor (kids vs adults, girls vs boys) seems incredibly dated, the only discordant note in this wonderful series. (See also the companion volume, The Best of Little Lulu Featuring Friends and Enemies).

You get a whopping fifteen cartoons (five shows). Episodes: The Green Girl, with Rainy Day and Beautiful Lulu; Alvin's Record Player, with Lulu's Television Debut and Cry Baby; Snowball War, with Jr. Detective Tubby and Picnic Pirates; Gilbert the Gorilla, with Snow Business and The Case of the Egg in the Shoe; Business Girl, with The Pet Duck and Lulu's Umbrella Service.

Comment | Was this review helpful to you?
Yes | No    (Report this)



2008 MERCURY MILAN OR MARINER
Only $229 a month for 39 months
$2,699 Cash due at signing
Milan I4 Premier Automatic    Mariner I4 FWD
REQUEST THIS OFFER
MERCURY | NEW DOORS OPENED
*Security deposit waived. Excludes tax, title and license fees.

1 of 1 people found the following review helpful:

★★★★★ **MORE LITTLE LULU CABLE CARTOONS,** September 13, 2005

By **Maxine M. Maxa** (Miami, Florida USA) - See all my reviews
REAL NAME™

My granddaughter absolutely enjoys the 2 recent Lulu adventures voiced by Tracy Ulman on the HBO network. We need more of these, as they are entertaining for youngsters yet need no parental guidance. These were great until HBO put them in time slots where they are not easily accessible for a child to view.
Please try to encourage the producers to bring on more than the 2 they have provided. I will be among the first to purchase!!

Comment | Was this review helpful to you?
Yes | No    (Report this)

Share your thoughts with other customers:    Create your own review

› **See all 2 customer reviews...**

## Customer Discussions Beta (What's this?)

New! Receive e-mail when new posts are made. Click the "Track it!" button on any discussion page.

### This product's forum (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

**Related forums**

kids dvds  (1 discussion)

Ask questions, Share opinions, Gain insight

### Start a new discussion

Topic: [                                        ]

### Active discussions in related forums

| Discussion | Replies | Latest Post |
|---|---|---|
| kids dvds | | |
| Christian dvds for Kids | 78 | 9 hours ago |

---

## Product Information from the Amapedia Community Beta (What's this?)

**Be the first person to add an article about this item at Amapedia.com.** ⌧

> See featured Amapedia.com articles ⌧

---

## Listmania!

**Search Listmania!**    [          ] GO!

Start a Great Comic Book Collection.:
A list by Tiki13 "Whadevah!"

Cartoons Without Cable--Kids' DVDs:
A list by Gord Wilson

When Comics Were Fun: A list by Gord
Wilson

Create a Listmania! list

---

## So You'd Like to...

**Search Guides**    [          ] GO!

get out of your rut: A guide by
Famous Eccles

Create a guide

## Look for Similar Items by Category

DVD > Genres > Animation > General

DVD > Genres > Kids & Family > Animation

DVD > Genres > Kids & Family > General

| Great Deals on Magazines | New Low Price on World's Bestselling Portable Navigation Device | End-of-Summer Deals | The Latest News from Camera & Photo |
|---|---|---|---|

### Great Deals on Magazines



Visit our huge selection of magazine subscriptions often to see the latest special offers and bonuses. Check out magazines like *The New Yorker*, *Wired*, and *Vanity Fair*.

### New Low Price on World's Bestselling Portable Navigation Device



Get the TomTom ONE in-car GPS with an award-winning interface, sleek design, preloaded maps of the U.S. and Canada, and traffic capability for just **$199.99** from Amazon.com.

> Shop all TomTom

### End-of-Summer Deals



Enjoy amazing end-of-summer deals on Camera & Photo products, including cameras, camcorders, digital frames, and plenty more.

### The Latest News from Camera & Photo



Subscribe to the Camera News and Special Offers e-mail and get news about all the latest Camera & Photo deals and new releases delivered right to your inbox once a month. Sign up today.

ADVERTISEMENT



What's your Perfect Match

MERCURY | NEW DOORS OPENED        Rollover to find c

## Feedback

▸ If you need help or have a question for Customer Service, **contact us**.

▸ Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

▸ Is there any other feedback you would like to provide? **Click here**

**Where's My Stuff?**

Track your recent orders.

View or change your orders in Your Account.

**Shipping & Returns**

See our shipping rates & policies.

Return an item (here's our Returns Policy).

**Need Help?**

Forgot your password? Click here.

Redeem or buy a gift certificate/card.

Visit our Help department.

**Search** Amazon.com

---

### Your Recent History

Learn more

**Recently Viewed Products**

 The Incomparable Lou Lou by Ron Clark

▸ **View & edit Your Browsing History**

---

**amazon.com®**    Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

# Exhibit 23

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Sep 25 04:07:23 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## LuLu Brands

| | |
|---|---|
| **Word Mark** | LULU BRANDS |
| **Goods and Services** | IC 042. US 100 101. G & S: product development. FIRST USE: 20040104. FIRST USE IN COMMERCE: 20040104 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78397270 |
| **Filing Date** | April 6, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 1, 2005 |
| **Registration Number** | **2943904** |
| **Registration Date** | April 26, 2005 |
| **Owner** | (REGISTRANT) LuLu Brands LLC LTD LIAB CO DELAWARE 108 Haywood Road Wilmington DELAWARE 19807 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRANDS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

Trademark Electronic Search System (TESS)                                    Page 2 of 2

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit 24

SPECIMEN                                    78397270

# brands
### beautiful women, bright ideas.