# Exhibit 25

Dockets.Justia.com

# Emily A Beck

Product Manager, Strategist, Inventor



















HOME   RESUME   PRESS   CONTACT



# Exhibit 26

lulu brands in the news

Sunday, July 23, 2006

# The New York Times

## SundayBusines

---

THE GOODS

**BRENDAN I. KOERNER**



# *Reach Out and Touch That Subway*

**G**ERMOPHOBIC commuters face a quandary whenever they have to stand on the bus or the subway: either hang onto the ... save antimicrobial soaps and lotions. As for the fabric's color, Ms. Beck insisted on black; "I was going for a chic-and-sleek look," she said. their wedding rings, that it was wiser to c valuables.

Testing consisted (

.: Lulu Brands: :Busy John :.                                          Page 3 of 3

HOME  RESUME  PRESS  CONTACT



**The New York Times**

PRINTER-FRIENDLY FORMAT
SPONSORED BY


July 23, 2006

THE GOODS

# Reach Out and Touch That Subway Pole

By BRENDAN I. KOERNER

GERMOPHOBIC commuters face a quandary whenever they have to stand on the bus or the subway: either hang onto the icky metal poles, or risk being tossed about like rag dolls when the brakes are applied. Veteran straphangers who live in mortal fear of a rhinovirus sometimes favor a compromise solution, which Emily A. Beck first observed while riding the R train through Manhattan in early 2005.

"I noticed these people balancing just one finger on a pole, so they wouldn't have to grab the nasty, slimy metal," said Ms. Beck, founder of the product design firm LuLu Brands of Wilmington, Del., where she lives.

Soon after witnessing these uncomfortable rush-hour contortions, Ms. Beck watched a segment on "Today" on NBC that described the bacteria that can cling to subway handrails. Newly sympathetic to the germophobes, she decided to design City Mitts, antimicrobial gloves that allow worrywart commuters to fearlessly grasp the poles with palms and fingers, rather than lone pinkies.

Ms. Beck, a New York resident when she began working on City Mitts, combed the Fashion District's fabric houses in search of a textile imbued with bacteria-fighting properties. She eventually settled on a microfiber that contains silver ions, an important ingredient in many expensive antimicrobial soaps and lotions. As for the fabric's color, Ms. Beck insisted on black; "I was going for a chic-and-sleek look," she said.

Despite an extensive sewing background, Ms. Beck found glove-making maddeningly difficult. "Trying to sew these things, it's amazing what a sixteenth of an inch will do," she said. "It's the difference between a perfect glove or making it unwearable." After churning out a few haphazard prototypes on her home sewing machine, Ms. Beck turned over the production duties to a professional: Masley Enterprises of Wilmington, a company that makes gloves for the Army.

Ms. Beck's chosen microfiber might be effective at fending off microorganisms, but it's fairly

deficient when it comes to gripping ability. To prevent commuters' hands from sliding off the subway poles at inopportune moments, Ms. Beck added plastic decals to the palm and fingers of each glove. And to stave off feelings of manual claustrophobia, a ventilation hole was added to the back of each City Mitt; Ms. Beck toyed with the idea of enlarging the hole all the way up to the mid-fingers, so that women could show off their wedding rings, but concluded that it was wiser to conceal such valuables.

Testing consisted of little more than Ms. Beck riding the R train back and forth, and wrapping her glove-clad hands around every possible surface that a jostled commuter might rub up against. "People were looking at me like I was crazy, grabbing poles as voraciously as I was," she said.

Ms. Beck also made a point of seeing whether she could easily open her wallet, operate a turnstile and or buy a MetroCard while wearing City Mitts; some extra-cautious users, she says, may prefer to don their gloves before entering the station, rather than just slipping them on at the platform.

Priced at $20 a pair, the gloves have been available since March at CityMitts.com, with about 1,000 pairs sold so far. Ms. Beck said she had received a strong response from several other cities with crowded mass-transit systems, including London and Toronto.

But New Yorkers are obviously Ms. Beck's foremost target demographic: the plastic decal on each glove's palm features the Statue of Liberty.

Copyright 2006 The New York Times Company

# Exhibit 27

Internet Archive Wayback Machine


INTERNET ARCHIVE
WayBackMachine

Enter **Web Address:** http://    All    [ Take Me Back ]    Adv. Search Compare Archive Pages

Searched for http://www.lulubrands.com

Note some duplicates are not shown. See all
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 25, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 6 pages | 2 pages | 4 pages | 1 pages |
| | | | | | | | | Mar 25, 2004 * | Feb 05, 2005 | Jul 08, 2006 * | May 21, 2007 * |
| | | | | | | | | Apr 04, 2004 | Feb 14, 2005 | Jul 14, 2006 | |
| | | | | | | | | May 18, 2004 | | Jul 15, 2006 | |
| | | | | | | | | Sep 06, 2004 | | Jul 19, 2006 | |
| | | | | | | | | Sep 26, 2004 | | | |
| | | | | | | | | Dec 03, 2004 | | | |

**14** Results

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 28

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2007-09-24 18:02:23 ET**

**Serial Number:** 78420055    Assignment Information    Trademark Document Retrieval

**Registration Number:** 3143053

**Mark**

# LULA

**(words only): LULA**

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-09-12

**Filing Date:** 2004-05-17

**Transformed into a National Application:** No

**Registration Date:** 2006-09-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at**

Latest Status Info

**TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-08-02

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MATTEL, INC.

**Address:**
MATTEL, INC.
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, PROVIDING ONLINE GAMES, PRODUCT TRIVIA AND
ACTIVITIES FOR CHILDREN
**Basis:** 1(a)
**First Use Date:** 2004-12-17
**First Use in Commerce Date:** 2004-12-17

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

## MADRID PROTOCOL INFORMATION

Latest Status Info

Page 3 of 4

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-09-12 - Registered - Principal Register

2006-07-27 - Law Office Registration Review Completed

2006-07-21 - Assigned To LIE

2006-07-19 - Allowed for Registration - Principal Register (SOU accepted)

2006-07-14 - Statement of use processing complete

2006-06-21 - Amendment to Use filed

2006-06-21 - TEAS Statement of Use Received

2006-01-03 - Notice of allowance - mailed

2005-10-11 - Published for opposition

2005-09-21 - Notice of publication

2005-06-23 - Law Office Publication Review Completed

2005-06-17 - Assigned To LIE

2005-06-10 - Approved for Pub - Principal Register (Initial exam)

2005-05-25 - Teas/Email Correspondence Entered

2005-05-11 - Communication received from applicant

2005-05-11 - TEAS Response to Office Action Received

2004-12-17 - Non-final action mailed

9/24/2007

Latest Status Info

2004-12-15 - Non-Final Action Written

2004-12-15 - Assigned To Examiner

2004-05-24 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
MICHAEL MOORE

**Correspondent**
MICHAEL MOORE
MATTEL, INC.
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 90245-5012
Phone Number: 310-252-2000
Fax Number: 310-252-3861

# Exhibit 29

Privacy Policy  Legal Terms & Conditions  © 2006 Mattel, Inc. All Rights Reserved.

# Exhibit 30



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒Shopping

Search:
All Products

**Take up to 6 MONTHS TO PAY** with Quick, Easy, Secure ☑BillMeLater  Minim

Home > Dolls > Walking, Talking & More > Doggie Daycare Lula and Baby Playset



🔍 PRODUCT ZOOM

# Doggie Daycare Lula and Baby Playset

by: **Toys 'R' Us**

It's another fun day in the world of Doggie Daycare! Meet more talented "nannies" from the daycare center. Each puppy pack includes a dog and one baby plus an accessory, all with magnetic features so that the dogs can hold babies and...(read more)

**Manufacturer's Age:** 4 years and up

**Our Recommended Age:** 4 - 8 years (details)

**BUY NOW! Take up to 6 months to pay using Bill Me Later.** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

Our Price



Qty:
1    ADD IT

ADD TO BA

ADD TO MY

EM

## PRODUCT INFORMATION

**Product Description**

It's another fun day in the world of Doggie Daycare! Meet more talented "nannies" from the daycare center. Each puppy pack includes a dog and one baby plus an accessory, all with magnetic features so that the dogs can hold babies and accessories.

**Manufacturer's Age:** 4 years and up

**Our Recommended Age:** 4 - 8 years (details)

**Note:** Gift wrap is available for this item.

**Safety Warnings: Warning:** Choking Hazard - Small Parts. Not For Children Under 3 Years.

**Item #:** 68931
**SKU:** 2B44144E

**UPC/EAN/ISBN:** 027084165678

**Manufacturer #:** H2227



 NOW ACCEPTED HERE! details ▸  **BUY NOW!** NO PAYMENTS FOR 90 DAYS on purchases over $100! view disclosures ▸

**PRODUCT REVIEWS SUMMARY**

Be the first to Rate and Review this Item

Affiliate Program

© 2007 Geoffrey, Inc. All Rights Reserved.

Store Locator | About Us | Track My Order | Ship

Use of this site signifies your acceptance of Toys"R"Us Website Terms and Condit

# Exhibit 31

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-26 19:36:11 ET

**Serial Number:** 78577248 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3059053

**Mark**



**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-02-14

**Filing Date:** 2005-03-01

**Transformed into a National Application:** No

**Registration Date:** 2006-02-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-02-14

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Li, Kwan-Tao

**Address:**
Li, Kwan-Tao
7th Floor, 201, Tun Hua North Road
Taipei
Taiwan

**Legal Entity Type:** Individual
**Country of Citizenship:** Taiwan

2. Chen, C.V.

**Address:**
Chen, C.V.
7th Floor, 201, Tun Hua North Road
Taipei
Taiwan
**Legal Entity Type:** Individual
**Country of Citizenship:** Taiwan

---

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
Printed matters and publications, namely, magazines, books, bulletins, and newsletters in the legal field
**Basis:** 1(a)
**First Use Date:** 1992-08-11
**First Use in Commerce Date:** 1996-09-05

**International Class:** 042
**Class Status:** Active
Legal services
**Basis:** 1(a)
**First Use Date:** 1996-01-01
**First Use in Commerce Date:** 1996-01-00

---

## ADDITIONAL INFORMATION

**Transliteration:** The non-Latin character(s) in the mark transliterates into "Li" and "Lu", and this means "reason or right" and "a law or a rule" in English.

**Design Search Code(s):**
**26.03.02** - Ovals, plain single line; Plain single line ovals
**28.01.25** - Cyrillic characters (Russian); Hieroglyphic characters; Inscriptions in other non-Latin characters; Russian characters (Cyrillic)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-02-14 - Registered - Principal Register

2005-11-22 - Published for opposition

2005-11-02 - Notice of publication

2005-10-04 - Law Office Publication Review Completed

2005-09-30 - Assigned To LIE

2005-09-26 - Approved for Pub - Principal Register (Initial exam)

2005-09-22 - Assigned To Examiner

2005-03-09 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark A. Nieds

**Correspondent**
MARK A. NIEDS
LEYDIG VOIT & MAYER LTD
TWO PRUDENTIAL PLZ STE 4900
CHICAGO IL 60601
Phone Number: 312-616-5600
Fax Number: 312-616-5700

**Domestic Representative**
Mark A. Nieds
Phone Number: 312-616-5600
Fax Number: 312-616-5700

---

# Exhibit 32