

**LEE AND LI**
ATTORNEYS-AT-LAW

**TAIPEI OFFICE**

7th Fl, 201 Tun Hua N. Road
Taipei 105, Taiwan, R.O.C.
Tel:(02)715-3300
Fax:(02)713-3966

**KAOHSIUNG OFFICE**

Room 1, 9th Floor
211 Chung Cheng 4th Road
Chien Chin District
Kaohsiung, Taiwan, R.O.C.
Tel:(07)215-3899
Fax:(07)215-3768

**HSINCHU OFFICE**

3rd Fl, 11 Park Ave. II
Science-Based Industrial Park
Hsinchu, Taiwan, R.O.C.
Tel:(03)579-9911
Fax:(03)579-7880

# Exhibit 33

Search for:  Arts & Entertainment        in        [ Search ]

# Clown Around With Lu-Lu

**phone:** (336) 226-3648

Burlington, NC 27215
map | driving directions

Be the first to Rate It

**Products & Services:**
- Birthdays
- Children's Parties
- Company Parties
- Grand Openings
- Magic
- Special Events

**Specialties:**
- Balloon Art
- Birthdays
- Face Painting
- Fall Festivals
- Magic
- Special Events

**Additional Information:**
Clowning Around Since 1986, Over The Hill Parties, Balloon Art, Valentine's Day, Fall Festivals, Balloon Delivery, Face Painting, Reasonable Rates



View Larger Map    Report Incorrect Map

**In Business Since:**
1986

**Appears in the Categories:**
Party Planning, Event Planning, Clo

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Search for:  Arts & Entertainment       in                    Search

# Clown Around With Lu-Lu

**phone:** (336) 226-3648

Burlington, NC 27215
map | driving directions

Be the first to Rate It

**Products & Services:**
- Birthdays
- Children's Parties
- Company Parties

- Grand Openings
- Magic
- Special Events

**Specialties:**
- Balloon Art
- Birthdays
- Face Painting

- Fall Festivals
- Magic
- Special Events

**Additional Information:**
Clowning Around Since 1986, Over The Hill Parties, Balloon Art,
Valentine's Day, Fall Festivals, Balloon Delivery, Face Painting,
Reasonable Rates



View Larger Map    Report Incorrect Map

**In Business Since:**
1986

**Appears in the Categories:**
Party Planning, Event Planning, Clo

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

# Exhibit 34

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 07:10:46 ET

**Serial Number:** 78511568 Assignment Information        Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# TINA AND LULU

**(words only):** TINA AND LULU

**Standard Character claim:** Yes

**Current Status:** A request for the third extension of time to file a statement of use has been granted.

**Date of Status:** 2007-06-27

**Filing Date:** 2004-11-04

**The Notice of Allowance Date is:** 2006-01-03

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 116

**Attorney Assigned:**
SHANAHAN WILLIAM PATRICK Employee Location

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2006-01-03

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. ZeniMax Media Inc.

**Address:**

ZeniMax Media Inc.
1370 Piccard Drive
Rockville, MD 20850
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Pre-recorded video tapes, audio tapes, cd-roms and computer software featuring action, drama, comedy and general interest; motion picture films featuring action, drama, comedy and general interest
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 041
**Class Status:** Active
Entertainment services, namely, providing a website featuring entertainment content for children and families, action, comedy, drama and general interest information via a global computer network; production and distribution of motion pictures, programming for television, programming on a global computer network; television entertainment in the nature of an on-going program in the field of children, family, general interest, action, comedy or drama
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-06-27 - Extension 3 granted

2007-06-27 - Extension 3 filed

2007-06-27 - TEAS Extension Received

2006-12-15 - Extension 2 granted

2006-12-15 - Extension 2 filed

2006-12-15 - TEAS Extension Received

2006-06-19 - Extension 1 granted

2006-06-19 - Extension 1 filed

2006-06-19 - TEAS Extension Received

2006-04-17 - Assigned To Examiner

2005-02-16 - Assigned To Examiner

2006-02-15 - Assigned To Examiner

2006-01-03 - Notice of allowance - mailed

2005-10-11 - Published for opposition

2005-09-21 - Notice of publication

2005-06-22 - Law Office Publication Review Completed

2005-06-17 - Assigned To LIE

2005-06-10 - Approved for Pub - Principal Register (Initial exam)

2005-06-08 - Assigned To Examiner

2004-11-15 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Ann K. Ford

**Correspondent**
ANN K. FORD
PIPER RUDNICK LLP
1200 19TH ST NW # 7
WASHINGTON, DC 20036-2431
Phone Number: 202-861-3900

---

Document Description: **Notice of Allowance**    Mail / Create Date: **03-Jan-2006**



## U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jan 3, 2006

ANN K. FORD
PIPER RUDNICK LLP
1200 19TH ST NW # 7
WASHINGTON, DC 20036-2431

ATTORNEY
REFERENCE NUMBER

29454-4

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").  If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

### The following information should be reviewed for accuracy:

SERIAL NUMBER:       78/511568
MARK:                TINA AND LULU (STANDARD CHARACTER MARK)
OWNER:               ZeniMax Media Inc.
                     1370 Piccard Drive
                     Rockville , MARYLAND  20850

This application has the following bases, but not necessarily for all listed goods/services:

Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009 -    Pre-recorded video tapes, audio tapes, cd-roms and computer software featuring action, drama, comedy and general interest; motion picture films featuring action, drama, comedy and general interest

041 -    Entertainment services, namely, providing a website featuring entertainment content for children and families, action, comedy, drama and general interest information via a global computer network; production and distribution of motion pictures, programming for television, programming on a global computer network; television entertainment in the nature of an on-going program in the field of children, family, general interest, action, comedy or drama

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

# Exhibit 35

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 14:34:13 ET

**Serial Number:** 77130979 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# THE ADVENTURES OF TINTIN AND LULU

**(words only):** THE ADVENTURES OF TINTIN AND LULU

**Standard Character claim:** Yes

**Current Status:** Application has been published for opposition.

**Date of Status:** 2007-07-31

**Filing Date:** 2007-03-14

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**The Information will be/was published in the Official Gazette on** 2007-07-31

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**Attorney Assigned:**
HICKEY TONI Y <u>Employee Location</u>

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-06-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Cox, Judy Gordon

**Address:**
Cox, Judy Gordon
33F 151 East 58th Street
New York, NY 10022
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

2. Zilkha, Bettina

**Address:**
Zilkha, Bettina
50 East 79th Street
New York, NY 10022
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
Entertainment in the nature of on-going television programs in the field of travel; On-line journals, namely, blogs featuring travel; Entertainment Services namely providing a website featuring, photographic, audio, video and prose presentations featuring travel information and presentations
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-07-31 - Published for opposition

2007-07-11 - Notice of publication

2007-06-28 - Law Office Publication Review Completed

2007-06-25 - Approved for Pub - Principal Register (Initial exam)

2007-06-25 - Assigned To Examiner

2007-03-20 - Applicant amendment prior to exam entered

2007-04-23 - Assigned To LIE

2007-03-20 - TEAS Preliminary Amendment Received

2007-03-19 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Scott W. Kelley

**Correspondent**
SCOTT W. KELLEY
KELLY LOWRY & KELLEY, LLP
6320 CANOGA AVE STE 1650
WOODLAND HILLS, CA 91367-7704
Phone Number: 818-347-7900
Fax Number: 818-340-2859

---

# Exhibit 36

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 17:00:07 ET

**Serial Number:** 78381136 Assignment Information    Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# LOULOU

**(words only):** LOULOU

**Standard Character claim:** Yes

**Current Status:** Application has been published for opposition.

**Date of Status:** 2007-09-18

**Filing Date:** 2004-03-09

**The Information will be/was published in the Official Gazette on** 2007-09-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78381136

Latest Status Info

Page 2 of 5

**Attorney Assigned:**
STRASER RICHARD A Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-08-10

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Rogers Publishing Limited

**Address:**
Rogers Publishing Limited
9th Floor 333 Bloor Street East
Toronto M4W 1G9
Canada
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Canada

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
PRINTED PUBLICATIONS, NAMELY BOOKS, MAGAZINES AND NEWSLETTERS ALL RELATING TO SHOPPING FOR
CONSUMER GOODS AND FASHION
**Basis:** 1(b), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 041
**Class Status:** Active
PROVIDING ON-LINE BOOKS, MAGAZINES AND NEWSLETTERS RELATING TO SHOPPING FOR CONSUMER GOODS AND
FASHION
**Basis:** 1(b), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)

Latest Status Info

**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 1203476
**Foreign Registration Number:** TMA689,128
**Foreign Registration Date:** 2007-06-05
**Country:** Canada
**Foreign Filing Date:** 2004-01-15
**Foreign Expiration Date:** 2022-06-05

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-09-18 - Published for opposition

2007-08-29 - Notice of publication

2007-08-10 - Law Office Publication Review Completed

2007-08-09 - Approved for Pub - Principal Register (Initial exam)

2007-08-09 - Assigned To Examiner

2007-07-18 - Teas/Email Correspondence Entered

2007-07-18 - Communication received from applicant

2007-07-16 - TEAS Response to Office Action Received

2007-02-02 - Report Completed Suspension Check Case Still Suspended

Latest Status Info

2007-02-02 - Assigned To LIE

2007-01-10 - TEAS Change Of Correspondence Received

2006-07-21 - LETTER OF SUSPENSION E-MAILED

2006-07-21 - Suspension Letter Written

2006-05-01 - Report Completed Suspension Check Case Still Suspended

2005-10-28 - Report Completed Suspension Check Case Still Suspended

2005-04-04 - LETTER OF SUSPENSION E-MAILED

2005-04-04 - Suspension Letter Written

2005-03-16 - Amendment From Applicant Entered

2005-02-25 - Communication received from applicant

2005-02-25 - TEAS Response to Office Action Received

2004-09-30 - Non-final action e-mailed

2004-09-30 - Non-Final Action Written

2004-09-23 - Assigned To Examiner

2004-03-24 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
David M. Silverman, Esq.

**Correspondent**
David M. Silverman, Esq.

Latest Status Info

Davis Wright Tremaine LLP
Suite 200
1919 Pennsylvania Ave., N.W.
Washington DC 20006
Phone Number: 202-659-9750
Fax Number: 202-452-0067

**Domestic Representative**
David M. Silverman, Esq.
Phone Number: 202-659-9750
Fax Number: 202-452-0067

Document Description: **Notice of Publication**      Mail / Create Date: **29-Aug-2007**





## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Aug 29, 2007

# NOTICE OF PUBLICATION UNDER 12(a)

1.  Serial No.:
    78/381,136

2.  Mark:
    LOULOU
    Standard Character Mark

3.  International Class(es):
    16, 41

4.  Publication Date:
    Sep 18, 2007

5.  Applicant:
    Rogers Publishing Limited

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

David M. Silverman, Esq.                                         TMP&I

> Davis Wright Tremaine LLP
> Suite 200
> 1919 Pennsylvania Ave., N.W.
> Washington DC 20006

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information****: Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help****: For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- ***Questions about USPTO programs****: Please e-mail USPTO Contact Center (UCC).*

**NOTE***: Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

# Exhibit 37