


Inside CANOE.CA






CANADA'S SHOPPING MAGAZINE SUBSCRIBE

HOME | FASHION | BEAUTY | SHOPPING | CONTESTS | LOULOU DEALS







OUR VIDEOS
How to use an eyeshadow quad.




## Contests & LOULOU Deals

All Contests

MANGO Win a Mango shopping spree! Value of $ 5,000
This fall, get your fashion fix at Mango!




BMO Mosaik MasterCard Shopping Spree for Life!
You could win a $5,000 gift card per year for up to 25 years.



LOULOU shopping awards!
Vote now for your favourite fashion and beauty retailers and you could win this season's hottest BURBERRY bag!






PRIVACY POLICY | CONTACT US | ADVERTISE WITH US | SUBSCRIBE / SUBSCRIBER SE





Dockets.Justia.com

# Exhibit 38

INTERNET ARCHIVE
WaybackMachine

Enter Web Address: http:// All Take Me Back Adv. Search Compare
Archive Pages

Searched for **http://www.louloumagazine.com** **139** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

**Search Results for Jan 01, 1996 - Sep 24, 2007**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 20 pages | 48 pages | 38 pages | 20 pages |
| | | | | | | | | Mar 24, 2004 * | Jan 25, 2005 | Jan 06, 2006 | Jan 05, 2007 |
| | | | | | | | | Apr 11, 2004 | Jan 28, 2005 * | Jan 08, 2006 | Jan 10, 2007 |
| | | | | | | | | Jun 05, 2004 * | Feb 06, 2005 * | Jan 14, 2006 | Jan 14, 2007 |
| | | | | | | | | Jun 09, 2004 * | Feb 07, 2005 | Feb 03, 2006 | Jan 19, 2007 |
| | | | | | | | | Jun 14, 2004 | Feb 10, 2005 | Feb 03, 2006 * | Jan 25, 2007 |
| | | | | | | | | Jul 11, 2004 * | Feb 12, 2005 | Feb 16, 2006 * | Feb 02, 2007 |
| | | | | | | | | Aug 24, 2004 | Mar 06, 2005 | Feb 18, 2006 | Feb 05, 2007 |
| | | | | | | | | Aug 30, 2004 * | Mar 09, 2005 | Feb 25, 2006 | Feb 12, 2007 |
| | | | | | | | | Sep 03, 2004 | Apr 04, 2005 | Mar 02, 2006 | Feb 20, 2007 |
| | | | | | | | | Sep 04, 2004 | Apr 11, 2005 | Apr 08, 2006 | Feb 28, 2007 |
| | | | | | | | | Sep 05, 2004 * | May 08, 2005 | Apr 11, 2006 | Mar 08, 2007 |
| | | | | | | | | Sep 07, 2004 * | May 27, 2005 | Apr 20, 2006 | Mar 16, 2007 |
| | | | | | | | | Sep 08, 2004 | May 29, 2005 | Apr 27, 2006 | Mar 25, 2007 |
| | | | | | | | | Sep 24, 2004 * | Jun 03, 2005 | May 15, 2006 | Apr 06, 2007 |
| | | | | | | | | Sep 25, 2004 * | Jun 20, 2005 | May 21, 2006 * | Apr 20, 2007 |
| | | | | | | | | Oct 14, 2004 | Jun 26, 2005 | Jun 13, 2006 * | May 07, 2007 |
| | | | | | | | | Nov 28, 2004 | Jul 01, 2005 | Jun 14, 2006 * | Jun 07, 2007 |
| | | | | | | | | Dec 10, 2004 | Jul 08, 2005 | Jul 01, 2006 * | Jun 22, 2007 * |
| | | | | | | | | Dec 16, 2004 * | Jul 21, 2005 | Jul 08, 2006 | Jul 03, 2007 * |
| | | | | | | | | Dec 16, 2004 * | Jul 27, 2005 | Jul 15, 2006 | Jul 08, 2007 |
| | | | | | | | | | Jul 31, 2005 | Aug 20, 2006 | |
| | | | | | | | | | Aug 04, 2005 | Aug 22, 2006 | |
| | | | | | | | | | Aug 07, 2005 | Aug 30, 2006 | |
| | | | | | | | | | Aug 10, 2005 | Sep 12, 2006 * | |
| | | | | | | | | | Aug 11, 2005 | Sep 19, 2006 | |
| | | | | | | | | | Aug 12, 2005 | Oct 17, 2006 * | |
| | | | | | | | | | Aug 13, 2005 | Oct 23, 2006 * | |
| | | | | | | | | | Aug 22, 2005 | Nov 07, 2006 | |
| | | | | | | | | | Aug 25, 2005 | Nov 17, 2006 | |
| | | | | | | | | | Aug 27, 2005 | Dec 02, 2006 | |
| | | | | | | | | | Aug 28, 2005 | Dec 05, 2006 * | |

Aug 30, 2005
Sep 02, 2005
Sep 23, 2005 *
Oct 01, 2005 *
Oct 13, 2005 *
Oct 28, 2005
Nov 02, 2005
Nov 03, 2005
Nov 24, 2005
Nov 25, 2005
Dec 08, 2005
Dec 14, 2005
Dec 15, 2005
Dec 23, 2005
Dec 24, 2005
Dec 28, 2005
Dec 29, 2005
Dec 05, 2006 *
Dec 06, 2006
Dec 10, 2006
Dec 15, 2006
Dec 20, 2006
Dec 24, 2006
Dec 31, 2006

---

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 39

Document Description: **Notice of Allowance** Mail / Create Date: **22-May-2007**



U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** May 22, 2007

DAVID L. MAY, ESQ.
NIXON PEABODY LLP
SUITE 900
401 9TH STREET, N.W.
WASHINGTON, DC 20004-2128

ATTORNEY
REFERENCE NUMBER

036536-4

## ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

**The following information should be reviewed for accuracy:**

SERIAL NUMBER: 78/749496
MARK: LAYLOO (STANDARD CHARACTER MARK)
OWNER: Voila Studios, Inc.
Suite 426
21481 Ridgetop Circle
Dulles , VIRGINIA 20166

This application has the following bases, but not necessarily for all listed goods/services:

Section 1(a): NO Section 1(b): YES Section 44(e): NO

GOODS/SERVICES BY INTERNATIONAL CLASS

041 - Production of television and radio programs; entertainment services in the nature of on-going television programs in the field of comedy and animation; entertainment services in the nature of on-going television programs, namely, animated interactive television programs for children; providing information via the internet in the fields of games, music, activities, and movies for children; entertainment in the nature of theater productions -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information***: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help***: *For instructions on how to use TDR, or help in resolving* ***technical*** *glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- ***Questions about USPTO programs***: *Please e-mail USPTO Contact Center (UCC).*

***NOTE***: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 17:06:23 ET

**Serial Number:** 78749496 Assignment Information Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# LAYLOO

**(words only):** LAYLOO

**Standard Character claim:** Yes

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2007-05-22

**Filing Date:** 2005-11-08

**The Notice of Allowance Date is:** 2007-05-22

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 104

**Attorney Assigned:**
BROWNE DAYNA J Employee Location

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2007-05-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Voila Studios, Inc.

**Address:**
Voila Studios, Inc.
Suite 426 21481 Ridgetop Circle
Dulles, VA 20166
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** D.C.

---

## GOODS AND/OR SERVICES

---

**International Class:** 041
**Class Status:** Active
Production of television and radio programs; entertainment services in the nature of on-going television programs in the field of comedy and animation; entertainment services in the nature of on-going television programs, namely, animated interactive television programs for children; providing information via the internet in the fields of games, music, activities, and movies for children; entertainment in the nature of theater productions
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-12 - Assigned To Examiner

2007-05-23 - Assigned To Examiner

2007-05-22 - Notice of allowance - mailed

2007-02-27 - Published for opposition

2007-02-07 - Notice of publication

2007-01-09 - Law Office Publication Review Completed

2007-01-09 - Assigned To LIE

2006-12-14 - Approved for Pub - Principal Register (Initial exam)

2006-12-14 - Amendment From Applicant Entered

2006-12-14 - Communication received from applicant

2006-11-20 - TEAS Response to Office Action Received

2006-05-19 - Non-final action e-mailed

2006-05-19 - Non-Final Action Written

2006-05-12 - Assigned To Examiner

2005-11-14 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
David L. May, Esq.

**Correspondent**
DAVID L. MAY, ESQ.
NIXON PEABODY LLP
SUITE 900
401 9TH STREET, N.W.
WASHINGTON, DC 20004-2128
Phone Number: (202) 585-8000
Fax Number: (202) 585-8080

# Exhibit 40

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 17:03:37 ET

**Serial Number:** 77253112 Assignment Information      Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# LULY

**(words only):** LULY

**Standard Character claim:** Yes

**Current Status:** Newly filed application, not yet assigned to an examining attorney.

**Date of Status:** 2007-08-15

**Filing Date:** 2007-08-11

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 011 -Initial Review/Serialization Branch(Mailroom)

**Date In Location:** 2007-08-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. TILIBRA PRODUTOS DE PAPELARIA LTDA.

**Address:**
TILIBRA PRODUTOS DE PAPELARIA LTDA.
Rua Aimores, 6-9, Bauru
Sao Paulo 17013-900
Brazil
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Brazil

---

## GOODS AND/OR SERVICES

---

**International Class:** 016
**Class Status:** Active
office materials, namely, spiral and bound note books, note books, writing pads, writing books, folders, stickers, packing paper, wrapping paper, rubber erasers, calendars, glue for stationary or household use, rulers for drawing, pen and pencil cases, drawing instruments, binders, index cards, index dividers, index books, and telephone indexes, diaries, and date books; school supplies, namely, office materials, namely, spiral and bound note books, note books, writing pads, writing books, folders, stickers, packing paper, wrapping paper, rubber erasers, calendars, glue for stationary or household use, rulers for drawing, pen and pencil cases, drawing instruments, binders, index cards, index dividers, index books, and telephone indexes, diaries, and date books
**Basis:** 1(a)
**First Use Date:** 2002-09-30
**First Use in Commerce Date:** 2004-03-31

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-08-15 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Arturo Perez-Guerrero

**Correspondent**
ARTURO PEREZ-GUERRERO
ARTURO PEREZ-GUERRERO
35 J C BORBON PMB 315 STE 67
PMB 315
, 00969
Phone Number: 787 722-3446
Fax Number: 787 725-3144