

Dockets.Justia.com

# Exhibit 41

<u>ulu's 3rd Release "What's the Deal" - Click Here to Buy Now!</u>

"Live at the Wetlands-Preserve,
11.19.99"
Released in February, 2000
by Phoenix Presents Records

"ulu"
Released on August 27th, 1998
Neva Recordings





SOLD OUT

BUY NOW!!!

"A particularly porus membrane separates band and audience at every ulu show. The one captured on this disc, a choice example." - Jeff Newelt

What some people may not know is that this album marked the last time that Luca (guitar) would play with ulu. Luca and the rest of ulu remain good friends to this day. The split was due to a difference in musical goals and directions.

This album is full of emotions... especially noticeable in the album's final
track written by Luca, "Opa."

ulu recorded this album in a three-story apartment on East 25th Street in Manhattan. David, Justin and Scott were in the basement; Aaron was on the main floor and Luca upstairs in the loft. The isolated musicians could only communicate through their micas and headphones. Broken ADAT machines sound restrictions and nerves left the band with only a 6-hour time frame to record 12 songs. They recorded 13. Twelve cuts made the album which all band members were proud of. They mixed the album at a dingy, smoke-filled NYU studio-suite through sleepless nights and begging of security guards to let them stay after-hours. This album is currently unavailable. The band will re-release it sometime soon. The artwork was done by Mike "D" DiGiacento, Joshua Silk and producer/artist, Manech Ibar. Manech and partner Yiram Aldooby also co-produced the album with the rest of ulu.





75725994

SER214

# Exhibit 42



# Welcome to ulu.net.

3 NEW TUNES FOR DOWNLOAD!!!

BE OUR FRIEND ON MYSPACE!!!

CHECK OUT THE ulu STORE!!

BIO | MUSIC | MP3s | SHOWS | PRESS | LINKS | PHOTOS | LESSONS | MAILING LIST | CONTACT



BIO | MUSIC | MP3s | SHOWS | PRESS | LINKS | PHOTOS | LESSONS | MAILING LIST | CONTACT

CHECK OUT SCOTT CHASOLEN AND HIS SOLO ADVENTURES!

SIGN UP ON THE email list FOR UPDATES ON EVERYTHING ulu.

created with
MINDSP CE

# Exhibit 43

Internet Archive Wayback Machine

**WAYBACKMACHINE**
INTERNET ARCHIVE

Enter Web Address: http:// [All] [Take Me Back]    Adv. Search  Compare Archive Pages

Searched for http://www.ullu.net

**210 Results**

Note some duplicates are not shown. See all
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 0 pages | 1997 0 pages | 1998 5 pages | 1999 9 pages | 2000 16 pages | 2001 12 pages | 2002 16 pages | 2003 26 pages | 2004 25 pages | 2005 25 pages | 2006 33 pages |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Nov 11, 1998 * | Jan 25, 1999 * | Feb 29, 2000 * | Feb 01, 2001 * | Jan 24, 2002 * | Jan 12, 2003 * | Feb 14, 2004 * | Jan 16, 2005 * | Jan 01, 2006 |
| | | Dec 02, 1998 | Jan 29, 1999 | Mar 24, 2000 * | Feb 03, 2001 | Feb 01, 2002 | Feb 07, 2003 * | Feb 24, 2004 * | Jan 22, 2005 | Jan 02, 2006 |
| | | Dec 03, 1998 | Feb 02, 1999 | Apr 21, 2000 | Feb 05, 2001 | May 28, 2002 | Feb 13, 2003 | Mar 31, 2004 | Feb 12, 2005 | Jan 03, 2006 |
| | | Dec 05, 1998 | Feb 08, 1999 | May 02, 2000 | Mar 30, 2001 | May 29, 2002 | Feb 14, 2003 | Apr 02, 2004 * | Mar 03, 2005 * | Jan 04, 2006 |
| | | Dec 12, 1998 | Feb 10, 1999 | May 10, 2000 * | Apr 05, 2001 * | May 31, 2002 | Mar 23, 2003 | Apr 11, 2004 * | Mar 03, 2005 * | Jan 06, 2006 |
| | | | Apr 18, 1999 | May 20, 2000 * | Apr 08, 2001 | Jun 05, 2002 | Mar 27, 2003 | May 18, 2004 | Mar 07, 2005 * | Feb 02, 2006 |
| | | | Apr 19, 1999 | Jun 03, 2000 * | May 17, 2001 * | Jun 06, 2002 | Mar 28, 2003 | May 22, 2004 | Mar 24, 2005 * | Feb 05, 2006 |
| | | | Apr 23, 1999 | Jun 15, 2000 | Jul 22, 2001 * | Aug 03, 2002 | Apr 04, 2003 | Jun 03, 2004 | Apr 03, 2005 * | Feb 06, 2006 |
| | | | Apr 27, 1999 | Jun 16, 2000 | Aug 04, 2001 | Sep 23, 2002 | Apr 20, 2003 | Jun 05, 2004 | Jun 01, 2005 | Feb 08, 2006 |
| | | | | Aug 17, 2000 | Sep 25, 2001 * | Sep 25, 2002 | May 01, 2003 | Jun 14, 2004 | Aug 04, 2005 * | Apr 24, 2006 |
| | | | | Aug 18, 2000 | Nov 07, 2001 | Sep 28, 2002 | May 29, 2003 | Jul 13, 2004 | Aug 10, 2005 | May 01, 2006 |
| | | | | Sep 15, 2000 | Nov 27, 2001 | Sep 30, 2002 | Jun 04, 2003 | Jul 18, 2004 | Aug 20, 2005 * | Jun 14, 2006 |
| | | | | Oct 18, 2000 * | | Oct 11, 2002 | Jun 08, 2003 | Jul 22, 2004 * | Aug 26, 2005 * | Jun 15, 2006 |
| | | | | Oct 24, 2000 | | Nov 20, 2002 | Jun 10, 2003 | Aug 12, 2004 | Aug 27, 2005 * | Aug 04, 2006 |
| | | | | Dec 04, 2000 | | Nov 28, 2002 | Jun 21, 2003 | Aug 23, 2004 | Sep 01, 2005 | Aug 04, 2006 |
| | | | | Dec 08, 2000 | | Nov 29, 2002 | Jul 26, 2003 | Aug 26, 2004 | Oct 25, 2005 * | Aug 13, 2006 |
| | | | | | | | Aug 04, 2003 | Aug 30, 2004 | Oct 26, 2005 * | Aug 20, 2006 |
| | | | | | | | Aug 05, 2003 | Sep 14, 2004 | Nov 07, 2005 | Aug 21, 2006 |
| | | | | | | | Aug 30, 2003 | Sep 24, 2004 | Nov 24, 2005 | Aug 31, 2006 |
| | | | | | | | Oct 07, 2003 | Sep 26, 2004 | Nov 30, 2005 | Sep 03, 2006 |
| | | | | | | | Oct 11, 2003 | Oct 09, 2004 * | Dec 11, 2005 | Sep 12, 2006 |
| | | | | | | | Dec 02, 2003 | Oct 04, 2004 * | Dec 12, 2005 | Oct 04, 2006 |
| | | | | | | | Dec 14, 2003 | Nov 27, 2004 | Dec 19, 2005 | Oct 10, 2006 |
| | | | | | | | Dec 25, 2003 | Dec 05, 2004 | Dec 23, 2005 | Oct 12, 2006 |
| | | | | | | | Dec 29, 2003 | | Dec 31, 2005 | Oct 23, 2006 |
| | | | | | | | Dec 30, 2003 | | | Oct 26, 2006 |
| | | | | | | | | | | Oct 27, 2006 |

Internet Archive Wayback Machine

Oct 28, 2C
Oct 30, 2C
Nov 03, 2(
Nov 10, 2(
Nov 15, 2(
Nov 24, 2(
Dec 05, 2(

Home | Help

Internet Archive | Terms of Use | Privacy Policy

9/24/2007

# Exhibit 44

 **FAST&FREE DELIVERY**
» SEE DETAILS

🛒 **CART**    0 Items    ☐ **CHEC** 

ACCOUNT    ORDER STATUS    WISH LIST
ABOUT SHIPPING    GIFT REMINDERS

BROWSE MUSIC    NEW RELEASES    BESTSELLERS    COMING SOON    DISCOVER NEW MUSIC    MUSIC DEALS    CLASSICAL STORE    BO

Artist ▢    All Formats ▢    **SEARCH ›**    ⚙ **ADVANCED SEARCH**

**Members Save Up To 40% Every Day.**

# Nerve
ulu



**CD**
Learn more about Formats
Release Date: 10/21/2003

**Preview**
Listen to Samples

**More ...**
Add to Wish List
Write a Review
Email a Friend

## BUY THIS ITEM

Online Price:
**$15.99**

Members Pay:
**$14.39**    Join Now

**ADD TO CART ›**

Usually ships wit
days

**FAST&FREE DELIVERY**
This item is eligi
Fast&Free Delive

Delivery Times a
Shipping Rates

---

**Find Related Items**

**About this Artist**
 All Albums by this Artist

**Find ulu**
 Books

**Related Music by Style**
 Jazz
 Jazz Fusion
 Fusion

**B&N Customers Who Bought This CD Also Bought**

**Mondo Garaj**
Garaj Mahal

**On a Starry Night**

**Bitches Brew**
Miles Davis

**Metheny Mehldau**
Pat Metheny, Brad Mehldau

**Head Hunters**
Herbie Hancock

**More About Nerve**
 Album Details
 Album Credits

**Album Details**
Release Date: 10/21/2003
Label: HARMONIZED
Catalog No.: 11
UPC: 710184765922
Sales Rank: 73,507

**Track List**

Click on ◄» or link to hear an audio clip.
To listen to samples you'll need a Windows Media Player

**Nerve**

1    ◄» **Where's Paul** 4:27

2    ◄» **Vaporize** 6:02

3    ◄» **Rollin'** 3:51

4    ◄» **March of the Sloth People** 4:04

5    ◄» **Give Youself Away** 3:58

6    ◄» **Spare Tissue** 5:24

7    ◄» **All You Can Eat** 5:14

8    ◄» **Shady Lady** 5:00

9    ◄» **Bovine Confines** 6:58

10   ◄» **Reunited** 4:29

11   ◄» **Slinky** 5:14

12   ◄» **The Tragic Flight of Sir Donkey Hawk** 4:59

13   ◄» **Space Oddity** 4:32

**Album Credits**

**Performance Credits**

| | |
|---|---|
| ulu | Primary Artist |
| Alonzo Gardner | Flute, Tenor Saxophone, Group Member |
| Scott Chasolen | Organ, Piano, Clavinet, Moog Synthesizer, Arp Strings, Spoken Word, Group Member |
| Josh Dion | Percussion, Drums, Group Member |

**Technical Credits**

| | |
|---|---|
| James Lee | Mastering |
| Don Sternecker | Engineer |
| ulu | Producer |
| Scott Chasolen | Management |

AMG © 2007 All Media Guide, LLC
Portions of content provided by All Movie Guide®, a trademark of All Media Guide, LLC

**B&N SERVICES**

About B&N
Investor Relations
Affiliate Network
B&N Membership

Bulk Order Discounts
Corporate, Government &
Libraries
Publisher & Author Guidelines
Purchase Order Accounts

**SHIPPING & DELIVERY**

About Fast&Free Delivery
About Shipping
Shipping Rates
Store Returns

**QUICK HELP**

Customer Servic
Order Status
Easy Returns
All Help Desk To

∧ Back to Top

Terms of Use, Copyright, and Privacy Policy
© 1997-2007 Barnesandnoble.com llc

BROWSE MUSIC   NEW RELEASES   BESTSELLERS   COMING SOON   DISCOVER NEW MUSIC   MUSIC DEALS   CLASSICAL STORE   BOX SETS

CART   0 Items   CHECK OUT

ACCOUNT   ORDER STATUS   WISH LIST   HELP

ABOUT SHIPPING   GIFT REMINDERS

FAST & FREE DELIVERY
» SEE DETAILS

**Members Save Up To 40% Every Day.**

All Formats   SEARCH   ADVANCED SEARCH

Artist

# SEARCH RESULTS

We found **1** item for contributors: **ulu.**

Sorted by:   Bestselling   GO

View all titles on which ulu contributed.

**1.** Nerve
ulu

Format: **CD**
Original Release Date: 2003

FROM B&N
Online Price:     $15.99
Members Pay:    **$14.39** Join Now
**Usually ships within 2-3 days**

Showing 1-1 of 1 Items

CAN'T FIND WHAT YOU'RE LOOKING FOR?
» See more search options >
» Get search tips >

FREE $25 GIFT CARD OFFER

Barnes & Noble
Barnes & Noble Gift Card $25
The Barnes & Noble® MasterCard®
FIND OUT MORE >

**Find Related Items**

About this Artist
• All Albums by this Artist

Find ulu in:
• Books

AMG © 2007 All Media Guide, LLC

Barnes & Noble.com - Music Search: ulu

Portions of content provided by All Movie Guide®, a trademark of All Media Guide, LLC

**B&N SERVICES**

About B&N
Investor Relations
Affiliate Network
B&N Membership

Bulk Order Discounts
Corporate, Government &
Libraries
Publisher & Author Guidelines
Purchase Order Accounts

**SHIPPING & DELIVERY**

About Fast&Free Delivery
About Shipping
Shipping Rates
Store Returns

**QUICK HELP**

Customer Service
Order Status
Easy Returns
All Help Desk Topics

˄  Back to Top

Terms of Use, Copyright, and Privacy Policy
© 1997-2007 Barnesandnoble.com llc.

# Exhibit 45

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-25 10:43:29 ET

**Serial Number:** 75372282 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2507344

**Mark (words only):** XULU ENTERTAINMENT

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-11-13

**Filing Date:** 1997-10-14

**Transformed into a National Application:** No

**Registration Date:** 2001-11-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-01-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Xulu Entertainment Inc.

**Address:**
Xulu Entertainment Inc.
653 River Oaks Parkway
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

Watches, jewelry and pins
**Basis:** 1(a)
**First Use Date:** 2001-08-13
**First Use in Commerce Date:** 2001-08-13

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-01-17 - Case File In TICRS

2001-11-13 - Registered - Principal Register

2001-09-08 - Allowed for Registration - Principal Register (SOU accepted)

2001-09-06 - Assigned To Examiner

2001-08-29 - Statement of use processing complete

2001-08-11 - Amendment to Use filed

2001-03-06 - Extension 5 granted

2001-01-26 - Extension 5 filed

2000-09-22 - Extension 4 granted

2000-07-27 - Extension 4 filed

2000-03-24 - Extension 3 granted

2000-01-18 - Extension 3 filed

1999-07-28 - Extension 2 granted

1999-07-28 - Extension 2 filed

1999-03-19 - Extension 1 granted

1999-02-10 - Extension 1 filed

1998-08-11 - Notice of allowance - mailed

1998-05-19 - Published for opposition

1998-04-17 - Notice of publication

1998-03-25 - Approved for Pub - Principal Register (Initial exam)

1998-03-25 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
BETH M GOLDMAN

**Correspondent**
BETH M GOLDMAN
HELLER EHRMAN WHITE & MCAULIFFE
333 BUSH STREET
SAN FRANCISCO, CA 94104

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-25 10:48:17 ET

**Serial Number:** 75305884 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2588677

**Mark (words only):** XULU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-07-02

**Filing Date:** 1997-06-09

**Transformed into a National Application:** No

**Registration Date:** 2002-07-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-07-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Xulu Entertainment Inc.

**Address:**
Xulu Entertainment Inc.
653 River Oaks Parkway
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

---

**International Class:** 028
**Class Status:** Active