Lulu Enterprises, Inc. v. N-F Newsite, LLC et al                                    Doc. 58 Att. 2
Latest Status Info                                                          Page 2 of 3
Case 5:07-cv-00347-D    Document 58-3    Filed 10/09/2007    Page 1 of 28

mechanical and electric action toys; plush stuffed animals and toys; dolls; board games; bath toys; musical toys; construction toys; fantasy character toys; inflatable toys; pull toys; talking toys; model vehicles and related accessories sold as units, models, robots, figurines, action figures and accessories therefor, toy vehicles, toy figures, wind-up toys, science kits
**Basis:** 1(a)
**First Use Date:** 2001-11-15
**First Use in Commerce Date:** 2001-11-15

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-07-02 - Registered - Principal Register

2002-05-28 - TEAS Change Of Correspondence Received

2002-03-18 - Allowed for Registration - Principal Register (SOU accepted)

2002-03-08 - Statement of use processing complete

2001-11-17 - Amendment to Use filed

2001-11-23 - Communication received from applicant

2001-05-14 - Extension 5 granted

2001-04-23 - Extension 5 filed

2001-01-14 - Extension 4 granted

2000-10-30 - Extension 4 filed

2000-06-26 - Extension 3 granted

2000-05-02 - Extension 3 filed

1999-11-08 - Extension 2 granted

1999-11-08 - Extension 2 filed

1999-04-02 - Extension 1 granted

1999-03-05 - Extension 1 filed

1998-11-17 - Notice of allowance - mailed

1998-08-25 - Published for opposition

1998-07-24 - Notice of publication

1998-06-01 - Approved for Pub - Principal Register (Initial exam)

1998-06-01 - Assigned To Examiner

1998-05-01 - Communication received from applicant

1997-11-03 - Non-final action mailed

1997-10-21 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
BETH M GOLDMAN

**Correspondent**
Beth M. Goldman
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco CA 94104-2878
Phone Number: 415 772 6881
Fax Number: 415 772 6268

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:33:21 ET

**Serial Number:** 75372277 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2534397

**Mark (words only):** XULU ENTERTAINMENT

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-01-29

**Filing Date:** 1997-10-14

**Transformed into a National Application:** No

**Registration Date:** 2002-01-29

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-04-11

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Xulu Entertainment Inc.

**Address:**
Xulu Entertainment Inc.
653 River Oaks Parkway
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
retail services, namely, retail store services, on-line retail services and direct mail retail services, all featuring computer software and hardware; computer games, video games, books, comic books, magazines, toys, decals, stickers, tattoos, backpacks, lunchboxes, bicycles, costumes, masks, works of art, glasses, dishes, serving trays, post cards, posters, watches, pins, jewelry, sunglasses, key chains and clothing

**Basis:** 1(a)
**First Use Date:** 2001-08-24
**First Use in Commerce Date:** 2001-08-24

**International Class:** 042
**Class Status:** Active
restaurant services
**Basis:** 1(a)
**First Use Date:** 2001-10-18
**First Use in Commerce Date:** 2001-10-19

## ADDITIONAL INFORMATION

**Disclaimer:** "ENTERTAINMENT"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-04-11 - Case File In TICRS

2002-01-29 - Registered - Principal Register

2001-11-28 - Allowed for Registration - Principal Register (SOU accepted)

2001-11-16 - Statement of use processing complete

2001-11-02 - Amendment to Use filed

2001-05-10 - Extension 5 granted

2001-04-26 - Extension 5 filed

2000-10-26 - Extension 4 granted

2000-10-26 - Extension 4 filed

2000-06-26 - Extension 3 granted

2000-05-02 - Extension 3 filed

1999-12-07 - Extension 2 granted

1999-10-26 - Extension 2 filed

1999-04-02 - Extension 1 granted

1999-03-05 - Extension 1 filed

1998-11-03 - Notice of allowance - mailed

1998-08-04 - Published for opposition

1998-07-03 - Notice of publication

1998-05-01 - Communication received from applicant

1998-05-27 - Approved for Pub - Principal Register (Initial exam)

1998-05-27 - Assigned To Examiner

1998-05-01 - Communication received from applicant

1998-03-26 - Non-final action mailed

1998-03-25 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
BETH M GOLDMAN

**Correspondent**
BETH M GOLDMAN
HELLER EHRMAN WHITE & MCAULIFFE
333 BUSH STREET
SAN FRANCISCO, CALIFORNIA 94104

---

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 07:35:51 ET

**Serial Number:** 75372283 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2536919

**Mark (words only):** XULU ENTERTAINMENT

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-02-05

**Filing Date:** 1997-10-14

**Transformed into a National Application:** No

**Registration Date:** 2002-02-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-04-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Xulu Entertainment Inc.

**Address:**
Xulu Entertainment Inc.
653 River Oaks Parkway
San Jose, CA 95134
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active

multi-media and virtual reality software in the fields of accounting; advertising; architecture; animal training; amusement parks; art; design; astrology; audio broadcasting, recording and production; anthropology; bookkeeping; business techniques; bungee jumping; biology; chemistry; computers; computer programming; computer software design; cinematography; cooking; construction; data processing; dentistry; design; economics; education; entertainment; engineering; exploration; excavation; farming; financing; film production, developing and processing; flight simulation; games; geology; gardening; graphic design; health care; history; horticulture; hotel management; industrial design; landscape design; medicine; mathematics; merchandising; mechanics; management; military training; mining; mountain climbing; music; nutrition; optometry; painting; physics; printing; psychology; physical therapy; parachuting; photography; publishing; radio and television broadcasting, programming, production and communication; real estate; racecar driving; skiing; surfing; scuba diving; surgery; sales; statistics; science; software design; sound recordings; sports; surveying; technology; tailoring; telemarketing; tourism; teaching; travel; video broadcasting; water sports; computer and video game software; computer and video game hardware including wireless headsets, personal digital assistants, computers, input devices, graphic displays, flat panel devices, goggles and electronic glasses, electronic gloves, video cameras, joysticks, electronic whiteboards; global communications network games and downloadable computer game programs

**Basis:** 1(a)
**First Use Date:** 2001-11-09
**First Use in Commerce Date:** 2001-11-09

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "ENTERTAINMENT"

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-04-09 - Case File In TICRS

2002-02-05 - Registered - Principal Register

2001-12-05 - Allowed for Registration - Principal Register (SOU accepted)

2001-11-30 - Statement of use processing complete

2001-11-10 - Amendment to Use filed

2001-05-14 - Extension 5 granted

2001-04-26 - Extension 5 filed

2000-10-31 - Extension 4 granted

2000-10-31 - Extension 4 filed

2000-06-22 - Extension 3 granted

2000-05-02 - Extension 3 filed

1999-12-20 - Extension 2 granted

1999-11-08 - Extension 2 filed

1999-04-02 - Extension 1 granted

1999-03-05 - Extension 1 filed

1998-11-10 - Notice of allowance - mailed

1998-08-18 - Published for opposition

1998-07-17 - Notice of publication

1998-05-29 - Approved for Pub - Principal Register (Initial exam)

1998-05-29 - Assigned To Examiner

1998-05-01 - Communication received from applicant

1998-01-21 - Non-final action mailed

1998-01-20 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
BETH M GOLDMAN

**Correspondent**
BETH M GOLDMAN
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 BUSH ST
SAN FRANCISCO CA 94104-2878

---

# Exhibit 46

Internet Archive Wayback Machine



Enter Web Address: http://    All    [ Take Me Back ]    Adv. Search  Compare Archive Pages

Searched for http://xulu.com

Page 1 of 2

78 Results

# Search Results for Jan 01, 1996 - Sep 24, 2007

* denotes when site was updated.

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 2 pages | 2 pages | 8 pages | 3 pages | 7 pages | 10 pages | 13 pages | 9 pages | 22 pages |
| | | Dec 07, 1998 * | Feb 02, 1999 | May 06, 2000 * | Apr 10, 2001 * | Jan 22, 2002 | Feb 05, 2003 | Feb 01, 2004 * | Jan 30, 2005 * | Jan 09, 20 |
| | | Dec 12, 1998 | Apr 21, 1999 * | May 10, 2000 | Sep 26, 2001 | May 27, 2002 | Feb 15, 2003 | Apr 11, 2004 | Feb 03, 2005 | Feb 08, 20 |
| | | | | May 11, 2000 | Nov 28, 2001 | Jun 01, 2002 | Mar 23, 2003 * | May 24, 2004 | Mar 08, 2005 | Feb 13, 20 |
| | | | | May 20, 2000 | | Jun 04, 2002 | Apr 07, 2003 * | May 27, 2004 | Apr 08, 2005 | Feb 19, 20 |
| | | | | Jun 19, 2000 | | Sep 28, 2002 | Jun 25, 2003 | Jun 09, 2004 | Jun 02, 2005 | Apr 03, 20 |
| | | | | Jul 07, 2000 | | Nov 26, 2002 * | Jul 30, 2003 * | Jun 12, 2004 | Aug 27, 2005 | Apr 08, 20 |
| | | | | Aug 23, 2000 | | Nov 30, 2002 | Aug 02, 2003 | Jul 16, 2004 | Aug 31, 2005 | Apr 23, 20 |
| | | | | Oct 19, 2000 | | | Oct 02, 2003 | Aug 28, 2004 | Oct 18, 2005 | Apr 26, 20 |
| | | | | | | | Nov 26, 2003 | Sep 03, 2004 | Dec 13, 2005 | May 18, 20 |
| | | | | | | | Dec 25, 2003 | Sep 19, 2004 | | Jun 13, 20 |
| | | | | | | | | Sep 21, 2004 | | Jun 17, 20 |
| | | | | | | | | Dec 04, 2004 | | Jul 13, 20 |
| | | | | | | | | Dec 13, 2004 | | Jul 21, 20 |
| | | | | | | | | | | Aug 05, 20 |
| | | | | | | | | | | Aug 24, 20 |
| | | | | | | | | | | Sep 10, 20 |
| | | | | | | | | | | Oct 04, 20 |
| | | | | | | | | | | Oct 27, 20 |
| | | | | | | | | | | Nov 09, 20 |
| | | | | | | | | | | Nov 17, 20 |
| | | | | | | | | | | Nov 24, 20 |
| | | | | | | | | | | Nov 28, 20 |

Home | Help

Exhibit 47

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 08:17:14 ET

**Serial Number:** 76441859 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2731850

**Mark (words only):** ZULU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-07-01

**Filing Date:** 2002-08-12

**Transformed into a National Application:** No

**Registration Date:** 2003-07-01

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-07-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Zulu Social Aid and Pleasure Club, Inc.

**Address:**
Zulu Social Aid and Pleasure Club, Inc.
732 North Broad Street
New Orleans, LA 70119
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Louisiana

---

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active

entertainment services in the nature of live performances, namely carnival parades
**Basis:** 1(a)
**First Use Date:** 1916-01-02
**First Use in Commerce Date:** 1916-01-02

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

2007-08-29 - Attorney Revoked And/Or Appointed

2007-08-29 - TEAS Revoke/Appoint Attorney Received

2005-12-28 - TEAS Change Of Correspondence Received

2005-09-13 - TEAS Change Of Correspondence Received

2003-07-01 - Registered - Principal Register

2003-04-08 - Published for opposition

2003-03-19 - Notice of publication

2003-02-06 - Approved for Pub - Principal Register (Initial exam)

2002-12-23 - Communication received from applicant

2002-12-23 - TEAS Response to Office Action Received

2002-12-17 - Non-final action mailed

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Marie Breaux

**Correspondent**
Marie Breaux
Milling Benson Woodward LLP
Suite 2300
909 Poydras Street
New Orleans LA 70112

Phone Number: 504-569-7000
Fax Number: 504-569-7001

Exhibit 48

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 08:17:58 ET

**Serial Number:** 76441860 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2719314

**Mark (words only):** ZULU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-05-27

**Filing Date:** 2002-08-12

**Transformed into a National Application:** No

**Registration Date:** 2003-05-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-06-02

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Zulu Social Aid and Pleasure Club, Inc.

**Address:**
Zulu Social Aid and Pleasure Club, Inc.
732 North Broad Street
New Orleans, LA 70119
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Louisiana

---

### GOODS AND/OR SERVICES

**International Class:** 045
**Class Status:** Active

social club
**Basis:** 1(a)
**First Use Date:** 1916-01-02
**First Use in Commerce Date:** 1916-01-02

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-08-29 - Attorney Revoked And/Or Appointed

2007-08-29 - TEAS Revoke/Appoint Attorney Received

2005-12-28 - TEAS Change Of Correspondence Received

2005-09-13 - TEAS Change Of Correspondence Received

2003-05-27 - Registered - Principal Register

2003-03-04 - Published for opposition

2003-02-12 - Notice of publication

2002-12-20 - Approved for Pub - Principal Register (Initial exam)

2002-12-17 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Marie Breaux

**Correspondent**
Marie Breaux
Milling Benson Woodward LLP
Suite 2300
909 Poydras Street
New Orleans LA 70112
Phone Number: 504-569-7000
Fax Number: 504-569-7001

Exhibit 49

Case 5:07-cv-00347-D        Document 58-3        Filed 10/09/2007        Page 19 of 28



  















 

**Zulu Social Aid and Pleasure Club, Inc.**
732 N. Broad Street
New Orleans LA 70119
(504) 827-1661
Email
Trademark Information

Site designed & maintained by
Compucast Web Design Copyright© 2003

Visit the sites below for more info on New Orleans!
Experience New Orleans!
New Orleans Restaurants.com Mardi Gras New Orleans
Best New Orleans Hotels New Orleans Conventions, Meetings & Parties

Exhibit 50

Internet Archive Wayback Machine

**INTERNET ARCHIVE WaybackMachine**

| Enter Web Address: | http:// | All | Take Me Back | Adv. Search Compare |
|---|---|---|---|---|
| | | Archive Pages | | |

Searched for **http://www.mardigrasneworleans.com/zulu**

**68 Results**

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 1 pages | 7 pages | 19 pages | 4 pages | 5 pages | 6 pages | 5 pages | 5 pages | 4 pages | 3 pages |
| | | Dec 06, 1998 * | Jan 29, 1999 * | Mar 01, 2000 * | Apr 09, 2001 * | Feb 05, 2002 * | Feb 07, 2003 * | Feb 04, 2004 * | Feb 07, 2005 | Feb 06, 2006 | Feb 21, 2007 |
| | | | Feb 20, 1999 | Apr 07, 2000 | Jun 17, 2001 | Apr 03, 2002 | Apr 11, 2003 | Apr 14, 2004 | Mar 05, 2005 * | Jun 13, 2006 * | Jun 18, 2007 * |
| | | | Apr 20, 1999 | Apr 11, 2000 | Oct 30, 2001 | Jun 04, 2002 | Jun 03, 2003 | Jun 10, 2004 | Apr 04, 2005 * | Aug 13, 2006 * | Jun 18, 2007 * |
| | | | Apr 21, 1999 | Apr 12, 2000 | Dec 16, 2001 | Oct 02, 2002 | Jun 07, 2003 | Aug 05, 2004 | Dec 15, 2005 | Aug 22, 2006 | |
| | | | Apr 27, 1999 | Apr 19, 2000 | | Dec 03, 2002 * | Aug 10, 2003 * | Dec 04, 2004 | Dec 20, 2005 | | |
| | | | Apr 29, 1999 | Apr 21, 2000 | | | Dec 06, 2003 | | | | |
| | | | Oct 13, 1999 | Apr 22, 2000 | | | | | | | |
| | | | | May 02, 2000 | | | | | | | |
| | | | | May 06, 2000 | | | | | | | |
| | | | | May 10, 2000 | | | | | | | |
| | | | | May 20, 2000 | | | | | | | |
| | | | | Jun 19, 2000 | | | | | | | |
| | | | | Jul 06, 2000 | | | | | | | |
| | | | | Jul 11, 2000 | | | | | | | |
| | | | | Aug 16, 2000 | | | | | | | |
| | | | | Aug 19, 2000 | | | | | | | |
| | | | | Oct 18, 2000 | | | | | | | |
| | | | | Oct 25, 2000 | | | | | | | |
| | | | | Nov 02, 2000 | | | | | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Internet Archive Wayback Machine

# Exhibit 51

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 09:41:50 ET

**Serial Number:** 77052532 Assignment Information         Trademark Document Retrieval

**Registration Number:** 3287664

**Mark**

# RULU

**(words only):** RULU

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-09-04

**Filing Date:** 2006-11-28

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** 2007-09-04

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-09-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. USA111 INC.

**Address:**
USA111 INC.
10th Floor 175th South 3rd St.
Columbus, OH 43215
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Ohio
**Phone Number:** 614-360-3288
**Fax Number:** 614-386-2030

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Digital audio players; Downloadable MP3 files, MP3 recordings, online discussion boards, web casts, pod casts, webinars featuring music, audio books and news broadcasts; Media players; MP3 players; MP4 players; Portable listening devices, namely, MP3 players; Portable media players
**Basis:** 1(a)
**First Use Date:** 2006-09-01
**First Use in Commerce Date:** 2006-10-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-09-04 - Registered - Principal Register

2007-06-19 - Published for opposition

2007-05-30 - Notice of publication

2007-04-19 - Law Office Publication Review Completed

2007-04-19 - Assigned To LIE

2007-03-28 - Approved for Pub - Principal Register (Initial exam)

2007-03-25 - Assigned To Examiner

2006-12-04 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
USA111 INC.
10TH FLOOR
175TH SOUTH 3RD ST.
COLUMBUS, OH 43215
Phone Number: 614-360-3288
Fax Number: 614-386-2030

# Exhibit 52

