

Dockets.Justia.com

Exhibit 53

Hello. Sign in to get personalized recommendations. New customer? Start here.

We've been remo look.

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates

Electronics

| Electronics | Browse Brands | Top Sellers | Camera & Photo | Computers & PC Hardware | Audio & Video | Cell Phones & Service | El |
|---|---|---|---|---|---|---|---|

## Electronics › Rulu

Showing 1 - 24 of 27 Results    « Previous   | **Page: 1**   2   | Next »    Sort by  Be

**Category**
**Electronics**
  Accessories & Supplies (2)
  Audio & Video (22)
  Computers & Add-Ons (3)
  Office Electronics (1)

**Brand**
‹ Any Brand
  **Rulu**

**Seller**
  **Any Seller**
  USA111 INC. (26)
  cable4less (9)
  eCity Wireless Inc. (1)

**Price**
  **Any Price**
  $0-$24 (12)
  $25-$49 (10)
  $50-$99 (4)
  $100-$199 (1)

1.



**NEW MP4 MP3 1.8" TFT LCD 2GB Digital Audio / Video Music POD Player with FM and recorder**
Buy new: $169.00 **$45.99**
6 Used & new from $45.00
In Stock
★★☆☆☆

2.



**2GB 11-in-1 WMA / MP4 / MP3 Video & Photo player w/ FM Radio & Voice Recorder & 1.5 inches LCD**
Buy new: **$56.99**
4 Used & new from $55.99
In Stock
★★★☆☆

3.



**100x AG3 Lithium b battery,LI**
1 Used & n
★★★★☆

4.



**USB wireless mouse for Laptop & Desktop (BLACK)**
Buy new: **$6.70**
3 Used & new from $6.68
In Stock
★★★☆☆

5.



**Ultrathin 2GB 11-in-1WMA / MP3 / MP4 Video & Photo Player**
Buy new: **$39.48**
2 Used & new from $39.18
In Stock
★★☆☆☆

6.



**USB wirel Laptop &**
Buy new: $
3 Used & n
In Stock
★★☆☆☆

7.

8.

9.

**Listmania!**



mp3 player worth looking at: A list by connor e



Ipods High Technology!: A list by Jose Pardo "Jose P"

▸ Create a Listmania! list

**Search Listmania!**


ADVERTISEMENT



Milan I4 Premier Automatic  Mariner I4 FWD

MERCURY | NEW DOORS OPENED



**1GB MP3 Player USB Flash Drive - Green**

1 Used & new from $22.99

★★★☆☆



**2GB MP3 / WMA player w/ USB Flash Drive & Voice Recorder $ Built -in FM Radio & 7 Colors Backlight LCD (Blue)**

1 Used & new from $40.99



**2GB MP3 USB Flash Recorder Radio & 7 LCD (Black**

1 Used & n

★★☆☆☆

10.  11.  12.



**Audio Wireless FM Transmitter & Car charger For iPod**

Buy new: **$9.99**

4 Used & new from $9.99

In Stock





**1GB MP3 Player USB Flash Drive - Black**

1 Used & new from $22.99

★★★★☆



**2GB MP3 w/ USB Voice Re FM Radio Backlight**

1 Used &

★★☆☆☆

13.  14.  15.





**512MB MP3/WMA Player with Voice Recorder,USB Flash Drive and LCD - Black**

1 Used & new from $18.99

**1GB MP3 player w/ USB Flash Drive & Voice Rec & FM Radio & 7 colors Backlight LCD (RED)**

1 Used & new from $29.99

**2GB Sup Video Pla LCD**

Buy new:

4 Used &

In Stock

16.  17.  18.



**1GB MP3 Player USB Flash Drive - Silver**
1 Used & new from $22.99
★★★★☆



**Super Slim 2GB MP3 /MP4 player w/ 1.8 Inches Full-Colored TFT Display & FM radio & Voice Recorder**
Buy new: **$56.99**
2 Used & new from $55.99
In Stock



**1GB MP3 Drive - P**
1 Used &
★★★★☆

19.



**Super Slim 1GB MP3 /MP4 player w/ super size 1.8 Inches Full-Colored TFT Display & FM radio & Voice Recorder (Black)**
2 Used & new from $44.99

20.



**512MB MP3 Player USB Flash Drive - Green**
1 Used & new from $19.99

21.



**1GB MP3 Drive - O**
1 Used &
★★★★☆

22.



**Super Slim 1GB MP3 /MP4 player w/ 1.8 Inches Full-Colored TFT Display & FM radio & Voice Recorder**
Buy new: **$40.66**
3 Used & new from $39.99
In Stock
★☆☆☆☆

23.



**1GB MP3 player w/ USB Flash Drive & Voice Rec & FM Radio & 7 colors Backlight LCD (BLACK)**
1 Used & new from $29.99
★★★★☆

24.



**1GB Blac player w Colored Voice Re player**
1 Used &

Showing 1 - 24 of 27 Results   « Previous   |   **Page: 1**   2   | Next »    Sort by   Be

**Search Feedback**

Were these results helpful to you?

( Yes ) ( No )

Search powered by A

---

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate/card.
- Visit our Help department.

**Search** Amazon.com    (GO)

---

## Your Recent History
Learn more

### Recently Viewed Products

- NEW MP4 MP3 1.8" TFT LCD 2GB Digital Audio / Video Music POD Player with FM and recorder by Rulu
- The Best of Little Lulu: Featuring Green Girl **DVD** ~ Best of Little Lulu
- The Incomparable Lou Lou by Ron Clark

### Customers who bought items in your Recent History also bought:



The Best of Little Lulu: Friends and Enemies DVD ~ Best of Little Lulu



2GB VPOD Nano MP3 MP4 Video Player 1.8in LCD by VPOD



Lulu Takes a Trip (Little Lulu, Vol. 5) by John Stanley

▸ **View & edit Your Browsing History**

---

**amazon**.com®    Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

# Exhibit 54

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2007-09-24 17:15:27 ET**

**Serial Number:** 77074566   Assignment Information   Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# ZuluLog

**(words only):** ZULULOG

**Standard Character claim:** Yes

**Current Status:** Application has been published for opposition.

**Date of Status:** 2007-07-31

**Filing Date:** 2007-01-02

**The Information will be/was published in the Official Gazette on** 2007-07-31

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 104

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=77074566

9/24/2007

Latest Status Info

**Attorney Assigned:**
BLAIR JASON PAUL Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-06-26

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ZuluLog LLC

**Address:**
ZuluLog LLC
415 Cabot Ct.
Deptford, NJ 08096
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware
**Phone Number:** 609 792 7416

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active
Providing online non-downloadable software for the entry, secure storage, retrieval, and reporting of aviation-related records and data
**Basis:** 1(a)
**First Use Date:** 2006-04-15
**First Use in Commerce Date:** 2006-08-16

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

Latest Status Info

Page 3 of 4

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-31 - Published for opposition

2007-07-11 - Notice of publication

2007-05-10 - Law Office Publication Review Completed

2007-05-10 - Assigned To LIE

2007-04-24 - Approved for Pub - Principal Register (Initial exam)

2007-04-23 - Examiner's Amendment Entered

2007-04-23 - Examiners amendment e-mailed

2007-04-23 - Examiners Amendment - Written

2007-04-23 - Assigned To Examiner

2007-01-06 - Notice Of Pseudo Mark Mailed

2007-01-05 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
ROGER J. BRIGHT
ZULULOG LLC
415 CABOT CT
WOODBURY, NJ 08096-5115
Phone Number: 609 792 7416

Latest Status Info

Document Description: **Notice of Publication**      Mail / Create Date: **11-Jul-2007**





## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Jul 11, 2007

# NOTICE OF PUBLICATION UNDER 12(a)

1.  Serial No.:
    77/074,566

2.  Mark:
    ZULULOG
    Standard Character Mark

3.  International Class(es):
    42

4.  Publication Date:
    Jul 31, 2007

5.  Applicant:
    ZuluLog LLC

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

ROGER J. BRIGHT                                                TMP&I

ZULULOG LLC
415 CABOT CT
WOODBURY, NJ 08096-5115

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or
save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information***: Please e-mail TrademarkAssistanceCenter@uspto.gov, or
  telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help***: For instructions on how to use TDR, or help in resolving **technical** glitches,
  please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-
  mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs***: Please e-mail USPTO Contact Center (UCC).*

**NOTE***: Within any e-mail, please include your telephone number so we can talk to you directly, if
necessary. Also, include the relevant serial number or registration number, if existing.*

# Exhibit 55

 **ZULULOG**™

The Professional Online P

Home  |  Start Now  |  Contact Us  |  Help

**Access your log**

User ID: [        ]

Password: [        ]

[ Login ]

☐ Save login or
Login/Passwo

| Power | Flexibility | Integration | Security | Special Offers |
|---|---|---|---|---|

## Learn more:

- A secure and easy to use logbook for your entire flying career
- Powerful analysis and reporting tools
- Manage multiple pilots, aircraft, expenses, students, and instructors

- Easily download or print your records in your choice of formats
- 100% online—no installation, patches, compatibility issues, or upgrade headaches

About Us  |  Privacy

# Exhibit 56

| PRODUITS ET SERVICES XOOLOO | POUR QUI ? | SOLUTIONS TECHNIQUES | SUPPORT |
|---|---|---|---|

**Xooloo**
Solutions de Filtrage Internet

Service de filtrage Internet
Service de liste blanche monitorée
Service de liste noire dynamique
Service de solution OEM
Solutions OEM
OPEN
Centre de labellisation

# XOOLOO SOLUTIONS DE FILTRAGE INTERNET

Xooloo est une entreprise française, créée en janvier 2000, afin de protéger les enfants sur Internet. Elle est spécialisée depuis 7 ans dans la gestion et l'analyse de contenu filtrage Internet. Plusieurs labels institutionnels lui ont été décernés par les publiques. Xooloo est le premier éditeur de services de filtrage Internet en France.

**Actualités**

- 14 mars 2007
  **Neuilly-sur-Seine choisit Xooloo pour protéger les enfants sur Internet**

- 31 janvier 2007
  **Charte d'engagements des opérateurs sur le contenu multimedia mobile**

- 10 Juin 2006
  **Philippe   as signe avec les opérateurs de**


Pour plus d'informations, vous pouvez nous contact au **0811 555 777**
(prix d'un appel local)

**Votre compte Xooloo**

Login : [_____]          Mot de passe :

## PRODUITS ET SERVICES XOOLOO


**Service de filtrage Internet** : C'est le produit phare de Xooloo, multi-plateformes, il est disponible immédiatement sur un simple appel téléphonique.


**Liste blanche Monitorée** : Xooloo est le seul éditeur à offrir un service de liste blanche. Il est disponible pour les ISP, les éditeurs de logiciels et les Rectorats.


**Centre de labellisation** : Le centre permet aux sites aux contenus inapropriés de s'auto-interdire. Une liste noire des sites est disponible gratuitement pour les écoles.


**Solutions OEM** : Xooloo fournit son service de filtrage (liste blanche, noire, etc) aux ISP, aux éditeurs de logiciels de Filtrage et aux Rectorats.


**OPEN : Solution ouverte d'analyse documentaire et de filtrage Internet :** Solution sur mesure, ouverte et déployable sur toute architecture réseau (entreprises, ISP et opérateurs mobiles, collectivités).

**Tous les produits et services...**

## LES SOLUTIONS DÉDIÉES POUR :

- **Collectivités locales** : Solutions pour les établissements scolaires et les espaces publics d'accès à Internet.

- **Etablissements scolaires** : Solution de filtrage pour les établissements scolaires.

- **Point d'Accès Publics à Internet et Espaces publics Numériques** : Solutions de filtrage et stockage des logs de Connexions.

- **Education Nationale** : Solutions pour les Rectorats et Inspections académiques.

- **Fournisseurs d'Accès à Internet** : Solutions de filtrages clefs en main ou fourniture de Liste Blanche Monitorée, de liste Noire dynamiques, mises à jour en continu.

- **Editeurs de logiciels** : Solutions OEM.

**Toutes les solutions dédiées**

Xooloo - Solutions de filtrage Internet

©2007 Xooloo SAS - **Mentions légales** - **Plan du site** - **Nous contacter**

# XOOLOO

**PRODUITS ET SERVICES XOOLOO    POUR QUI ?    SOLUTIONS TECHNIQUES    SUPPORT    QUI SOMMES-NOUS ?    ACTUALITE /**

- Service de filtrage Internet
- Service de XOOLOO Protection
- Service de labellisation dynamique
- Service de labellisation OEM

Espace presse

L'observatoire

L'actualité

Distributeurs

Solutions de Filtrage Internet

OPEN

Centre de labellisation

## SOLUTIONS DE FILTRAGE INTERNET

Xooloo est une entreprise française, créée en janvier 2000, afin de protéger les enfants sur Internet, spécialisée depuis 7 ans dans la gestion et l'analyse de contenus sur Internet. Plusieurs labels institutionnels lui ont été décernés par les autorités publiques. Xooloo est le premier éditeur de services de filtrage Internet en France.

**Pour plus d'informations, vous pouvez nous contacter au 0811 555 777**
(prix d'un appel local)

**Votre compte Xooloo**

Login : [          ]    Mot de passe : [          ]    OK

### Actualités

- **14 mars 2007**
  Neuilly-sur-Seine choisit Xooloo pour protéger les enfants sur Internet

- **31 janvier 2007**
  Charte d'engagements des opérateurs sur le contenu multimedia mobile

- **10 Juin 2006**
  Philibe  as signe avec les opérateurs de

## LES SOLUTIONS DÉDIÉES POUR :

- **Collectivités locales** : Solutions pour les établissement scolaires et les espaces publics d'accès à Internet.

- **Etablissements scolaires** : Solution de filtrage pour les établissements scolaires.

- **Point d'Accès Publics à Internet et Espaces publics Numériques** : Solutions de filtrage et stockage des logs de Connexions.

- **Education Nationale** : Solutions pour les Rectorats et Inspections académiques.

- **Fournisseurs d'Accès à Internet** : Solutions de filtrages clefs en main ou fourniture de Liste Blanche Monitorée, de liste Noire dynamiques, mises à jour en continu.

- **Editeurs de logiciels** : Solutions OEM.

## LES SOLUTIONS TECHNIQUES

- Poste à poste
- Serveur sous Linux
- Serveur Microsoft
- Serveur proxy centralisé
- ISP et Opérateurs mobiles
- Editeurs de logiciels

  Toutes les solutions t

## PRODUITS ET SERVICES XOOLOO

**Service de filtrage Internet** : C'est le produit phare de Xooloo, multi-plateformes, Il est disponible immédiatement sur un simple appel téléphonique.

**Liste blanche Monitorée** : Xooloo est le seul éditeur à offrir un service de liste blanche. Il est disponible pour les ISP, les éditeurs de logiciels et les Rectorats.

**Centre de labellisation** : Le centre permet aux sites aux contenus inapropriés de s'auto-interdire. Une liste noire des sites est disponible gratuitement pour les écoles.

**Solutions OEM** : Xooloo fournit son service de filtrage (liste blanche, noire, etc) aux ISP, aux éditeurs de logiciels de Filtrage et aux Rectorats.

**OPEN** : Solution ouverte d'analyse documentaire et de filtrage Internet : Solution sur mesure, ouverte et déployable