Page 2 of 2

9/24/2007

Xooloo - Solutions de filtrage Internet



sur toute architecture réseau (entreprises, ISP et opérateurs mobiles, collectivités).

Tous les produits et services...

Toutes les solutions dédiées...

©2007 Xooloo SAS - **Mentions légales** - **Plan du site** - **Nous contacter**

http://www.xooloo.net/

Dockets.Justia.com

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 17:57:00 ET

**Serial Number:** 76088813 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** XOOLOO

**Standard Character claim:** No

**Current Status:** Abandoned-Failure To Respond Or Late Response

**Date of Status:** 2004-03-18

**Filing Date:** 2000-07-13

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-03-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. XOOLOO

**Address:**
XOOLOO
20 Rue Danielle Casanoa

---

75002 Paris
France
**Legal Entity Type:** Joint Stock Company
**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Electronic apparatus and instruments, namely, digital and analogical system of transmission through hertzian, optical, electrical modes, namely, radio, wireless phone, telex, fax, television by satellite, cable, infrared remote controls; photographic apparatus, namely camera; cinematographic apparatus, namely teaching apparatus and instruments for distant learning purposes, namely web cam, computer, modem; apparatus for transmission and reproduction of sound or images by digital, analogical, optical, electronical, hertzian, laser, infrared means, namely scanners, televisions, radios, micro cameras, modems, fax machines, sonar, microphones, digital cameras, video and audio recorders, infrared audio headphones; electronic, optical, magnetic media for information and data, namely, compact disks and digital versatile disk, magnetic tapes, magnetic disks, zip file, magnetic cards, magneto-optic disks and cartridges, optic tapes, acoustic disks, video tapes, computer diskettes, video disks, optical disks, compact optical disks, interactive compact disks, blank and prerecorded in the field of entertainment; computer programs, software and firmware in the field of entertainment; calculators; equipment for information processing, namely temporary memory, static memory, ROM memory, smart card, punched cards, infrared remote controls; computers and portable computers, computer peripherals, telephones, portable telephones, their parts and components; blank video cassettes and pre-recorded video cassettes in the field of entertainment
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
Printed products, namely, books, dictionaries, comic books, geographical maps, greeting cards, newsletters concerning entertainment and education for young people, calendars, stickers, bar code, newspapers concerning education and entertainment for young people, publication concerning education and entertainment for young people, magazines concerning education and entertainment for young people; printed booklets, namely books, exercise books, anthologies, scores featuring musical scores; photographs mounted and unmounted; stationery, equipment for artists, namely, paint brushes, drawing paper, pencils, paint boxes, writing pads, writing paper, binders; printed training and instructional equipment, except for apparatus, in the form of books leaflets, signboards of paper and of cardboard
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
Subscription services to newspapers and publication in general for other; management of computer files; data collection in central file concerning entertainment for young people; data systemization in a central file concerning entertainment for young people; data processing services; computerized database management
**Basis:** 1(b), 44(d)

**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 038
**Class Status:** Active
Telecommunications, press, information and communication agencies in the field of entertainment and education for young people: radio call services agencies, namely, radio, telephone and other communications facilities dedicated to young people entertainment; radio communications services, telematics communication services; telephone communication services provided by optical fiber networks, by computer terminals; broadcasting of television and radio programs; radio broadcast, television and multimedia broadcast, namely, computer setting up of text and/or still or animated images and/or musical sounds for interactive or other uses; electronic message and telematics services; electronic transmission of messages and data; cable and satellite television broadcasting; computer aided image and message transmissions; providing multiple-user access to the Internet; Internet conferencing services
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 039
**Class Status:** Active
Electronic storage of data
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 041
**Class Status:** Active
Education, namely conducting classes, seminars, workshops, information about school programs for young people; training in the field of education for young people; organizing exhibitions for entertaining and educating young people; book and magazine publishing; library services; agencies for artists, namely talent scout; film rentals; organization of educational or entertainment competitions for young people; organization and holding colloquiums, conferences, meetings, organization of exhibitions for cultural or educational purposes in the field of entertainment and education for young people
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Creation, production, development of Internet sites; design, updating and rental of software; computer technical consulting; computer technical assistance via web site, telephone, e-mail, television and telematic means; rental of access time to database server center, namely, pay per view services concerning entertainment; creation, publication and development of products for mobile telephones, namely designing computer networks, software and hardware for operation mobile telephone networks and designing mobile phone accessories, namely, headphones, keyboards; creation, organization and management of virtual communities, namely, grouping of people and companies on global communication networks through television, telephone, telematics services, web sites, and providing these communities with information, entertainment, and educational information, exchange of ideas or meeting services; creating and hosting the web sites of other on the Internet; provision of customized content featuring information about education and entertainment for young people for use on the web

sites of others; creation, publication, development of television channels including interactive television and radio stations for entertaining and educating young people
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**26.01.02** - Circles, plain single line; Plain single line circles

**Foreign Application Number:** 003021446
**Country:** France
**Foreign Filing Date:** 2000-04-13

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-03-18 - Abandonment - Failure To Respond Or Late Response

2004-03-11 - Case File In TICRS

2003-10-09 - Assigned To Examiner

2003-07-25 - Non-final action mailed

2002-03-19 - Letter of suspension mailed

2001-07-26 - Communication received from applicant

2001-11-08 - Non-final action mailed

2001-01-08 - Assigned To Examiner

2001-01-08 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Michael B. Lasky

**Correspondent**
MICHAEL B. LASKY
ALTERA LAW GROUP
6500 CITY WEST PKWY

EDEN PRAIRIE MN 55344-7701

**Domestic Representative**
Altera Law Group

# Exhibit 57

Internet Archive Wayback Machine



INTERNET ARCHIVE
WaybackMachine

Enter Web Address: http://    [ Take Me Back ]    All    Adv. Search  Compare Archive Pages

Searched for http://www.xooloo.net

Note some duplicates are not shown. See all.
* denotes when site was updated.

**Search Results for Jan 01, 1996 - Sep 24, 2007**

**116 Results**

Page 1 of 2

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 2 pages | 9 pages | 15 pages | 14 pages | 13 pages | 26 pages | 17 pages |
| | | | | | May 19, 2001 * | Jan 19, 2002 * | Jan 12, 2003 | Jan 12, 2004 | Jan 26, 2005 * | Jan 01, 2006 | Jan 03, 2007 * |
| | | | | | Sep 25, 2001 * | Apr 02, 2002 * | Feb 04, 2003 | Feb 08, 2004 | Feb 07, 2005 | Jan 02, 2006 | Jan 08, 2007 * |
| | | | | | | May 22, 2002 * | Feb 16, 2003 | Mar 30, 2004 | Feb 09, 2005 | Jan 03, 2006 | Jan 13, 2007 * |
| | | | | | | Jun 01, 2002 | Mar 23, 2003 | Apr 05, 2004 | Feb 11, 2005 | Jan 06, 2006 | Jan 18, 2007 * |
| | | | | | | Jun 18, 2002 | Apr 23, 2003 | May 11, 2004 | Feb 25, 2005 | Jan 07, 2006 | Jan 23, 2007 * |
| | | | | | | Aug 19, 2002 | May 01, 2003 | Jun 02, 2004 | Mar 03, 2005 | Jan 08, 2006 | Jan 29, 2007 * |
| | | | | | | Oct 15, 2002 | May 07, 2003 | Jun 03, 2004 | Mar 05, 2005 | Jan 11, 2006 | Feb 03, 2007 * |
| | | | | | | Nov 27, 2002 * | Jun 11, 2003 | Jun 10, 2004 | Apr 08, 2005 | Jan 18, 2006 | Feb 05, 2007 * |
| | | | | | | Nov 29, 2002 | Jun 22, 2003 | Jun 16, 2004 | Oct 18, 2005 * | Jan 27, 2006 | Feb 10, 2007 * |
| | | | | | | | Sep 15, 2003 | Aug 06, 2004 | Oct 25, 2005 | Feb 02, 2006 | Feb 18, 2007 * |
| | | | | | | | Sep 26, 2003 | Aug 29, 2004 | Nov 07, 2005 | Feb 08, 2006 | Feb 27, 2007 * |
| | | | | | | | Oct 23, 2003 | Sep 19, 2004 | Nov 30, 2005 | Apr 24, 2006 * | Mar 09, 2007 * |
| | | | | | | | Oct 26, 2003 | Oct 11, 2004 | Dec 31, 2005 | Apr 28, 2006 | Apr 17, 2007 * |
| | | | | | | | Dec 06, 2003 | Dec 04, 2004 | | Jul 14, 2006 * | May 17, 2007 * |
| | | | | | | | Dec 07, 2003 | | | Aug 22, 2006 | Jun 17, 2007 * |
| | | | | | | | | | | Aug 31, 2006 | Jun 18, 2007 * |
| | | | | | | | | | | Sep 04, 2006 | Jul 12, 2007 * |
| | | | | | | | | | | Oct 13, 2006 * | |
| | | | | | | | | | | Oct 22, 2006 | |
| | | | | | | | | | | Nov 04, 2006 | |
| | | | | | | | | | | Nov 13, 2006 | |
| | | | | | | | | | | Nov 25, 2006 | |
| | | | | | | | | | | Nov 27, 2006 * | |
| | | | | | | | | | | Nov 30, 2006 * | |
| | | | | | | | | | | Dec 09, 2006 * | |
| | | | | | | | | | | Dec 31, 2006 * | |

9/24/2007

# Exhibit 58

Case 5:07-cv-00547-D   Document 59   Filed 10/09/2007   Page 10 of 34



create account | login | wish list | enter search

**WHAT'S NEW** | **TOPS** | **BOTTOMS** | **SHOES** | **DENIM** | **DRESSES** | **ACCESSORIES** | JEW



# Cozy Up to Fall

1.) Must Haves
2.) FAB New Shoes
3.) Exotic Jewels
4.) Amazing Handbags

Shop LuLu*s

*Free Shipping Over $50*

We ♥ Myspace    As Seen in...

contact us | about us | gift certificates | privacy policy | shipping & returns | help | press       email signup

Survey | Tell-a-friend | Affiliate Program                                                             $5 gift code v

Copyright © 2007 Lulus Fashion Lounge · All rights reserved · Powered by Tool Studios · Designed by Chico Web Design



create account | login | wish list | enter search te

**WHAT'S NEW** | **TOPS** | **BOTTOMS** | **SHOES** | **DENIM** | **DRESSES** | **ACCESSORIES** | **JEWE**

WHAT'S NEW

TOPS

BOTTOMS

SHOES

DENIM

DRESSES

ACCESSORIES

JEWELRY

SALE

GIFT CERTIFICATES

**Need Help?**
To contact us by phone please call 1 866 918 LULU (5858). We are available to take your orders o
any questions 8-4 PST. You can always fax us at 530 343 5855.

**Written correspondence should be addressed to:**

lulusfashionlounge.com
212 Main St.
Chico, CA 95928

To reach us by email with questions or comments please complete the form below.

**Full Name:**

**E-Mail Address:**

**Message:**

«back

contact us | about us | gift certificates | privacy policy | shipping & returns | help | press        email signup

Survey | Tell-a-friend | Affiliate Program        $5 gift code wh

Copyright © 2007 Lulus Fashion Lounge · All rights reserved · Powered by Tool Studios · Designed by Chico Web Design

# Exhibit 59

Internet Archive Wayback Machine



Enter Web Address: http://    All    [ Take Me Back ]

Adv. Search  Compare Archive Pages

Searched for http://www.lulusfashionlounge.com    **129** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 3 pages | 5 pages | 61 pages | 23 pages |

**2004**
Mar 25, 2004 *
Mar 31, 2004
May 20, 2004

**2005**
Dec 03, 2005 *
Dec 13, 2005 *
Dec 14, 2005
Dec 21, 2005
Dec 24, 2005

**2006**
Jan 05, 2006 *
Jan 10, 2006 *
Jan 11, 2006
Jan 15, 2006 *
Jan 25, 2006 *
Feb 03, 2006
Feb 04, 2006
Feb 07, 2006 *
Feb 08, 2006 *
Feb 09, 2006
Feb 11, 2006
Feb 15, 2006 *
Feb 17, 2006 *
Mar 08, 2006 *
Apr 02, 2006 *
Apr 15, 2006 *
Apr 18, 2006 *
Apr 21, 2006 *
Apr 24, 2006 *
Apr 25, 2006 *
Apr 26, 2006 *
Apr 27, 2006
May 16, 2006 *
May 17, 2006
Jun 03, 2006 *
Jun 13, 2006 *

**2007**
Jan 01, 2007 *
Jan 05, 2007 *
Jan 10, 2007 *
Jan 15, 2007
Jan 20, 2007
Jan 25, 2007
Feb 02, 2007
Feb 03, 2007 *
Feb 06, 2007 *
Feb 10, 2007 *
Feb 17, 2007 *
Feb 25, 2007
Mar 06, 2007
Mar 14, 2007
Mar 23, 2007
Apr 07, 2007 *
Apr 26, 2007
May 09, 2007
Jun 07, 2007
Jun 09, 2007
Jul 08, 2007 *
Jul 11, 2007 *
Aug 14, 2007 *

Internet Archive Wayback Machine

Jun 15, 2006
Jun 20, 2006
Jul 01, 2006 *
Jul 02, 2006
Jul 06, 2006
Jul 07, 2006
Jul 12, 2006 *
Jul 14, 2006
Jul 16, 2006
Jul 17, 2006
Jul 18, 2006
Jul 19, 2006
Jul 20, 2006
Aug 13, 2006 *
Aug 19, 2006 *
Aug 22, 2006
Aug 23, 2006
Aug 30, 2006
Aug 31, 2006
Sep 02, 2006
Sep 04, 2006
Oct 04, 2006 *
Oct 23, 2006 *
Oct 24, 2006
Nov 01, 2006
Nov 06, 2006
Nov 07, 2006
Nov 13, 2006
Nov 17, 2006
Nov 25, 2006
Dec 05, 2006 *
Dec 09, 2006
Dec 14, 2006
Dec 18, 2006 *
Dec 23, 2006 *

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 60

# Dog's Breakfast

From commentary on critiques of art and culture to random philosophical musings, my occasional observations are a Dog's Breakfast of media criticism that is sometimes surprising, sometimes unappetizing, but always colorful.

«

# Greater Downtown - Missing Teeth

| Main |

# Strong Mayor Charter

»

## Greater Downtown - Local Heroes



While I've certainly been quite critical of the state of downtown's sidewalks, I should point out that some people are taking a proactive approach, and deserve recognition for their efforts.

**John Kennedy**
John recently relocated his commercial real estate practice in downtown, which is a refreshing contrast to the many commercial real estate firms who market and manage downtown properties, but are not located there. The other day I caught him hosing down the sidewalk in front of the Beach Hut Deli, and asked him if he was involved in the business. Turns out he was just doing something that needed to be done, with no financial interest at stake.

It's probably also worth mentioning that he was instrumental in addressing once of the "missing teeth" I pointed out recently; he was the agent responsible for signed the new lessee for the old Moxie's location. It's to be a "mediterranean restaurant and grocery" and is expected to open by this September. Great job, John!

**John Barroso and Justin Bowman**
A new pressure washing service has opened up in Chico, offering sidewalk maintenance services to downtown businesses. The new company, North Valley Renovations, also

services to downtown businesses. The new company, North Valley Renovations, also repairs fences, decks, concrete, houses, and can be reached by calling 592-9773, or via email at nvrestore@sbcglobal.net. They already have one downtown merchant client, and are eager to find more. Good going, guys, for recognizing a market opportunity.

**Nancy and Hal Carlson**
The proprietor's of the enormously popular new candy store, Powell's Sweet Shoppe, have engaged North Valley Restorations to clean the sidewalk in front of their store on Third Street twice per month. It's great when a new business in downtown recognizes the competitive advantage of maintaining a clean and inviting facade. Well done, Carlson's.

**David Halimi**
A lot of people like to criticize downtown's "absentee property owners" who don't take an interest in their properties, but David, owner of Diamond W Western Wear, is a *local* property owner who takes pride in his storefront, and of the other properties he owns in downtown. He's an outstanding example of someone who has made a significant investment in the city center, has gone to great expense to maintain his properties, and to provide good jobs. Just another good citizen, doing the right thing.

I'm actively seeking additional examples of "Local Heroes" who step up and make a difference in the quality of the downtown experience. Please send you nominations to axon@axonometrix.com

Posted by Alan Chamberlain on July 28, 2007 10:19 AM | Permalink

**| COMMENTS**

Alan,

I like that the owners/operators of Upper Crust (a real success story in itself), Plutos, and Pete's have provided popular outdoor seating. That has really changed the dynamic of 2nd and Main.

Gregg Payne for producing many of the popular business logos and a number of murals we find downtown, and for helping with COBA back when it was popular and well managed.

Steve Gonsalves for the newest Main Street building.

Tom Hall for getting engaged in local issues and being a downtown property owner.

And of course you, Alan, for focusing on the microcosm of Chico's downtown. It's a great place to work and shop, even on the days that it smells like puke.

Lon

Posted by: Lon | July 29, 2007 07:04 AM

Alan,

Wayne Cook, for investing millions of dollars in turning the Pigeon Palace into the Hotel Diamond.

Debra and Colleen Cannon for locating three of Chico's coolest stores, Lulu's, Gigi's and

Dog's Breakfast: Greater Downtown - Local Heroes                                    Page 3 of 3

Trucker, downtown. They seem to know what works.

Scott Teeple, obviously, for his many murals, including the Bidwells.

Betty Jane Roth, for holding out for quality tenants in her buildings, businesses that benefit rather than degrade downtown.

Posted by: Robert Speer | August 15, 2007 12:23 PM

Robert--

Thanks again for your observations. Those are all great nominations. Youre right, Debra Cannon has built up a great apparel business, and in doing so, generates plenty of foot traffic for her neighbors. That's one of the interesting things about retail; competition isn't just healthy, it's essential for generating a critical mass of demand for a shopping center, whether on main street or in a mall.

Downtown is fortunate to have a number of retailers in each of these categories; apparel, jewelry, decor (including art/framing), sporting goods, and giftware. That's why the loss of businesses like Sports LTD, Clifford's Jewelry, or To Market To Market to other retail corridors is so alarming; an erosion of any critical category hurts everyone in that segment, and by extension, the entire district.

Posted by: Alan Chamberlain | August 15, 2007 12:53 PM

**POST A COMMENT**

(If you haven't left a comment here before, you may need to be approved by the site owner before your comment will appear. Until then, it won't appear on the entry. Thanks for waiting.)

Name:

Email Address:

URL:

☐ Remember personal info?

Comments: (you may use HTML tags for style)

[ Preview ]  [ **Post** ]

# Exhibit 61


# restaurantdb.net
**The Ultimate Restaurant Database**

| Search | Browse | Forums |

Hello, Visitor! | Sign

**Location:** Virginia Beach, VA    [Go]

US > Virginia > Virginia Beach > Lulu's Hot Dogs

## Lulu's Hot Dogs

- Contact
- Rating
- Map

# Contact

**Street Address**
4402 Indian River Rd
Virginia Beach, VA 23456
Go to Map

**Phone**
757-420-1303

**Fax**
Add fax number

**Website**
Add website

**Cuisine Type**
Hot Dogs

**Services**
Add services info

**More on this restaurant...**
[ Google Search ]

☆ Rate this restaurant

### Local Restaurant Menus
Yellow Pages & Local Businesses Local Stor
Restaurants and more
www.livedeal.com/yellowpages

### Restaurant Coupons
Get Discounts to Restaurants and Free Rewa
at MyPoints.
www.MyPoints.com

### Ruth's Chris Steak House
Experience the Sizzle. Book Your Table Now
www.RuthsChris.com

### Local Restaurants
Looking for a local restaurant? Pick the right
book.
YellowBook.com

# Rating

Sorry, there are no RestaurantDB ratings at this time.

☆ Rate this restaurant

# Map

Click the 📍 to see contact information.

# Exhibit 62

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 15:09:32 ET

**Serial Number:** 75634506 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2434055

**Mark (words only):** LU+LU

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-03-31

**Filing Date:** 1999-02-02

**Transformed into a National Application:** No

**Registration Date:** 2001-03-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-03-31

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. FU KONG, INC.

**Address:**
FU KONG, INC.
2455 Lee Avenue
South El Monte, CA 91733
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Clothing for women, namely sweaters, and knitwear, namely, skirts, vests, tops, pants, shirts, jackets and suits
**Basis:** 1(a)
**First Use Date:** 1998-01-00
**First Use in Commerce Date:** 1999-03-00

---

## ADDITIONAL INFORMATION

**Description of Mark:** The mark consists of two word fragments "lu" and "lu", connected by a stylized "plus" sign.

**Prior Registration Number(s):**
2048809

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-03-31 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-03-30 - Assigned To Paralegal

2007-03-06 - Section 8 (6-year) and Section 15 Filed

2007-03-06 - TEAS Section 8 & 15 Received

2007-03-06 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-03-06 - TEAS Change Of Owner Address Received

2006-11-24 - Case File In TICRS

2001-03-06 - Registered - Principal Register

2000-12-22 - Allowed for Registration - Principal Register (SOU accepted)

2000-12-11 - Statement of use processing complete

2000-06-19 - Amendment to Use filed

2000-03-21 - Notice of allowance - mailed

1999-12-28 - Published for opposition

1999-11-26 - Notice of publication

1999-09-24 - Approved for Pub - Principal Register (Initial exam)

1999-08-02 - Communication received from applicant

1999-07-21 - Non-final action mailed

1999-07-16 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Danton K. Mak

**Correspondent**
DANTON K. MAK
SHELDON MAK ROSE & ANDERSON
225 SOUTH LAKE AVENUE, SUITE 900
PASADENA CALIFORNIA 91101
Phone Number: (626) 796-4000
Fax Number: (626) 795-6321

---

# Exhibit 63



Exhibit 64

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:25:01 ET

**Serial Number:** 78695569 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** LULU COMPANY

**Standard Character claim:** No

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2007-08-26

**Filing Date:** 2005-08-18

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
MICHELI ANGELA M <u>Employee Location</u>

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-08-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. The Lulu Company, Inc.

**Address:**

The Lulu Company, Inc.
152 Greenlawn Drive NE
Meridianville, AL 35759
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Alabama
**Phone Number:** 2564574552

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Retail shops featuring infant, toddler, and children's clothing, decotrative items, jewelry, photo albums, hair bows, and other child accessories
**Basis:** 1(a)
**First Use Date:** 2004-11-01
**First Use in Commerce Date:** 2005-01-29

## ADDITIONAL INFORMATION

**Disclaimer:** "COMPANY"

**Description of Mark:** The mark consists of the word "LuLu" in stylized font having a backwards second "L" adjacent an abstract symbol of a sun and the word Company in stylized font positioned underneath the second "U" and the sun.

**Design Search Code(s):**
**01.05.01** - Sun, rising or setting (partially exposed or partially obstructed); Sunrise
**25.03.25** - Backgrounds covered with other figurative elements or repetitive designs, words or letters; Repetitive designs, words, or letters as a background

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-08-26 - Approved for Pub - Principal Register (Initial exam)

2007-07-12 - TEAS Change Of Correspondence Received

2007-01-08 - Report Completed Suspension Check Case Still Suspended

2007-01-08 - Assigned To LIE

2006-08-23 - TEAS Change Of Correspondence Received

2006-07-03 - Assigned To Examiner

2006-06-12 - LETTER OF SUSPENSION E-MAILED

2006-06-12 - Suspension Letter Written

2006-05-01 - Teas/Email Correspondence Entered

2006-04-19 - Communication received from applicant

2006-04-19 - TEAS Response to Office Action Received

2005-10-19 - Non-final action e-mailed

2005-10-19 - Non-Final Action Written

2005-10-12 - Assigned To Examiner

2005-08-26 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Ann I. Dennen

**Correspondent**
Ann I. Dennen
Lanier Ford Shaver & Payne, P.C.
200 West Side Square, Suite 5000
Huntsville AL 35801
Phone Number: (256) 535-1100
Fax Number: (256) 533-9322

Exhibit 65



*hip, funky, chic children's boutique*

| about us | our lines | promotions | community | links we like | contact |

# About The LuLu Company

**The LuLu Company is the hip, funky, chic children's boutique!** Our lines are always on the leading edge of children's fashion, affording your child a great look and comfort too! With both European and the best domestic lines, all of our styles are decidedly distinctive with all the great details that you've come to know and love in boutique fashion. You will find colorful and expressive clothing at The LuLu Company with lines such as ZaZa Couture, Cakewalk, Rubbies, Tea Collection, Sara Sara, Hanna Banana, Little Mass, Lipstick, My Vintage Baby, Cozy Toes, Amacello, 3 Pomme, and so many more. We carry a wide range of lines, styles, and sizes [Preemie thru 14 girls and 12 boys]!

The LuLu Company also carries unique gifts for baby, boys, girls, that special tween in your life and mom too! We feature fine baby accessories, handmade paper items, infant bedding, room decor, custom monogramming and much more. Fashion forward moms shop at The LuLu Company because they always find distinctive clothing & original gifts.

Located in Huntsville, The LuLu Company's inviting atmosphere, personal attention, styles ranging from sweet and whimsical to fun & funky provides you with the ultimate shopping experience. Your child is unique; a one of a kind little angel—expresses their unique taste & style with fashions from The LuLu Company! Bold mommies let their child's personality shine!



company™

*hip, funky, chic children's boutique*

| about us | our lines | promotions | community | links we like | contact |

# Contact The LuLu Company

If you're in Huntsville, stop by and see us at The LuLu Company for a unique, sassy, chic look for your little one to be comfortable in! If you can't visit us in person, please contact us via phone or email. We love hearing from you!



**The LuLu Company Boutique**
**7500 S. Memorial Prkwy, Ste 115R**
**Huntsville AL 35802**
**Phone: 256-489-8554 or 256-489-8552**

**EMAIL Addresses:**
| | |
|---|---|
| **Sales and marketing contact:** | karen@thelulucompany.com |
| **Website:** | webmaster@thelulucompany.com |
| **Employment opportunities:** | info@thelulucompany.com |
| **Business office & general info:** | desmond@thelulucompany.com |

Stop by The LuLu Company and find a unique look for your children to be comfortable in.

| | |
|---|---|
| Monday: | Closed |
| Tuesday - Friday: | 10:30AM - 5:30PM |
| Saturday: | 10:30AM - 3:30PM |
| Sunday: | Closed |

If you have questions for us, or if you have that special gift in mind and want us to get it ready for you, just give us a call and we'll have it ready by the time you arrive. Call The LuLu Company at 256.489.8554

Keep in touch with what's happening at The LuLu Company with our newsletter. Just sign up with a valid e-mail address, and you'll receive information about our current products, new lines, sales, and promotions. To sign up for our newsletter, simply enter your contact information.

# Exhibit 66