

# Exhibit 67

**Latest Status Info**  Page 1 of 3

Thank you for your request. Here are the latest results from the **TARR web server.**

**This page was generated by the TARR system on** 2007-09-23 17:34:09 ET

**Serial Number:** 74653854 Assignment Information     Trademark Document Retrieval

**Registration Number:** 1956382

**Mark**



**(words only):** LULU RESTAURANT

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-03-15

**Filing Date:** 1995-03-30

**Transformed into a National Application:** No

**Registration Date:** 1996-02-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-08-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. RESTAURANT LULU INC.

**Address:**
RESTAURANT LULU INC.
816 Folsom
San Francisco, CA 94107
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active
restaurants
**Basis:** 1(a)
**First Use Date:** 1993-01-01
**First Use in Commerce Date:** 1993-01-01

## ADDITIONAL INFORMATION

**Disclaimer:** "RESTAURANT"

**Design Search Code(s):**
**26.11.21** - Rectangles that are completely or partially shaded

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-08-22 - Case File In TICRS

2006-03-15 - First renewal 10 year

2006-03-15 - Section 8 (10-year) accepted/ Section 9 granted

2006-01-27 - Response received to Post Registration action - Sections 8 & 9

2006-02-03 - PAPER RECEIVED

2006-01-27 - FAX RECEIVED

2006-01-27 - FAX RECEIVED

2006-01-13 - Post Registration action mailed Sections 8 & 9

2006-01-12 - Assigned To Paralegal

2005-10-25 - Combined Section 8 (10-year)/Section 9 filed

2005-10-25 - TEAS Section 8 & 9 Received

2002-01-15 - Section 15 acknowledged

2001-11-30 - Section 15 affidavit received

2001-09-19 - Section 8 (6-year) accepted

2001-08-20 - Section 8 (6-year) filed

1996-02-13 - Registered - Principal Register

1995-11-21 - Published for opposition

1995-10-20 - Notice of publication

1995-08-29 - Approved for Pub - Principal Register (Initial exam)

1995-08-27 - Examiner's amendment mailed

1995-08-16 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
ROWENA S. WU
RESTAURANT LULU, INC.
816 FOLSOM STREET
SAN FRANCISCO, CA 94107

# Exhibit 68



### LULU SAN FRANCISCO | LULU MAMMOTH | ZIBIBBO | AZIE | GOURMET PRODUCTS | LULU PETITE

One of San Franciscans' favorite dining spots, Restaurant LuLu features a seasonal Provencal menu that showcases the products of our wood-fired oven, rotisserie and grill. The rustic, unpretentious fare is served family-style, encouraging a festive and communal atmosphere of good food in comfortable surroundings.

The setting, a 1910 warehouse, has been dramatically transformed by architect Cass Calder Smith to create a colorful, contemporary space that complements the bold tones and flavors of the menu. Restaurant LuLu is located just one block away from the Moscone Convention Center, in the bustling SoMa district of San Francisco. LuLu's striking contemporary dining and cooking space features an open row of rotisseries and grills, a wood-burning stove, vaulted ceilings, blond wood tables and colorful tableware. Restaurant LuLu features two private event rooms for private dining, parties and meetings.

At Restaurant LuLu, there is a separate wine bar offering over 70 selections by the glass. The impressive wines-by-the-glass list at Restaurant LuLu is available throughout the entire restaurant, not just at the 8-seat wine bar, and features a number of rare and often hard-to-find wines from all over the world. Creative wine flights, 2 ounces tastings and pichets are also offered. The extensive wine list at LuLu has been carefully crafted to complement the rustic French Provencal menu and features over 500 bottles focusing on wines from France, Italy, Spain and the United States. Restaurant LuLu's wine list has been awarded the "Award of Excellence" by Wine Spectator magazine for more than ten years running.

Besides its acclaimed wine program (**Best of Award of Excellence-Wine Spectator**), Restaurant LuLu has a complete full bar with specialty cocktails. On top of this, there is a broad selection of after-dinner/nightcap drinks.

**Hours:**
Sunday to Thursday          Friday to Saturday
11:30 AM - 10:00 PM         11:30 AM - 11:00 PM

Valet Parking is available from 11:30 PM to 2:00 PM Monday to Friday and from 5:00 PM nightly.

816 Folsom Street San Francisco, CA 94107   t. 415.495.5775   f. 415.495.7810   e. lulu@restaurantlulu.com

Copyrights © 2006. All rights reserved. Restaurant LuLu

Tell Me About LuLu
Raves
Gallery
Make A Reservation
Where Is LuLu?
View Sample Menu
Private Dining
Gift Certificate

# Exhibit 69



# Internet Archive Wayback Machine

http://web.archive.org/web/*/http://www.restaurantlulu.com

Enter Web Address: http:// [www.restaurantlulu.com]   All   Take Me Back   Adv. Search  Compare Archive Pages   **280** Results

Searched for http://www.restaurantlulu.com

Note some duplicates are not shown. [See all.](#)
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 2 pages | 12 pages | 12 pages | 21 pages | 22 pages | 47 pages | 75 pages | 44 pages |
| | | | Oct 03, 1999 * | Mar 01, 2000 * | Jan 16, 2001 | Jan 21, 2002 | Feb 04, 2003 | Feb 01, 2004 | Jan 06, 2005 | Jan 10, 2006 |
| | | | Nov 12, 1999 | Jun 15, 2000 | Feb 04, 2001 | Mar 30, 2002 | Feb 13, 2003 | Feb 04, 2004 | Jan 10, 2005 | Jan 13, 2006 |
| | | | | Jun 20, 2000 | Mar 02, 2001 | Apr 02, 2002 | Feb 14, 2003 | Feb 16, 2004 | Jan 12, 2005 | Jan 26, 2006 |
| | | | | Aug 16, 2000 | Mar 08, 2001 | Apr 15, 2002 | Mar 20, 2003 | Mar 23, 2004 | Jan 27, 2005 | Jan 31, 2006 |
| | | | | Sep 19, 2000 | Mar 30, 2001 * | May 23, 2002 | Mar 21, 2003 | Apr 01, 2004 | Jan 31, 2005 | Feb 02, 2006 |
| | | | | Oct 01, 2000 | Apr 04, 2001 | Jun 04, 2002 | Mar 29, 2003 | Apr 02, 2004 | Feb 06, 2005 | Feb 03, 2006 |
| | | | | Oct 17, 2000 | Apr 06, 2001 | Jun 05, 2002 | Apr 01, 2003 | May 18, 2004 | Feb 08, 2005 | Feb 04, 2006 |
| | | | | Oct 18, 2000 | Jun 06, 2001 | Jun 13, 2002 | Apr 26, 2003 | May 19, 2004 | Feb 09, 2005 | Feb 08, 2006 |
| | | | | Oct 20, 2000 | Sep 23, 2001 * | Aug 02, 2002 | Jun 13, 2003 | Jun 05, 2004 | Feb 10, 2005 | Feb 09, 2006 |
| | | | | Dec 02, 2000 | Oct 23, 2001 | Aug 06, 2002 | Jul 15, 2003 * | Jun 12, 2004 | Feb 11, 2005 | Feb 15, 2006 |
| | | | | Dec 05, 2000 | Nov 28, 2001 | Sep 23, 2002 * | Jul 25, 2003 | Jun 14, 2004 | Feb 14, 2005 | Feb 16, 2006 |
| | | | | Dec 12, 2000 | Dec 17, 2001 | Sep 25, 2002 | Aug 01, 2003 | Jun 21, 2004 | Feb 16, 2005 | Mar |
| | | | | | | Sep 28, 2002 | Aug 04, 2003 | Jun 24, 2004 | Feb 24, 2005 | Apr 06, 2006 |
| | | | | | | Sep 30, 2002 | Aug 10, 2003 | Jun 28, 2004 | Feb 25, 2005 | Apr 20, 2006 |
| | | | | | | Oct 04, 2002 | Sep 27, 2003 | Jun 30, 2004 | Feb 26, 2005 | Apr 22, 2006 |
| | | | | | | Oct 09, 2002 | Sep 29, 2003 | Jul 03, 2004 | Feb 28, 2005 | Apr 23, 2006 |
| | | | | | | Nov 24, 2002 * | Oct 15, 2003 * | Jul 12, 2004 | Mar 03, 2005 | Apr 27, 2006 |
| | | | | | | Nov 25, 2002 | Oct 21, 2003 | Jul 22, 2004 | Mar 04, 2005 | Apr 28, 2006 |
| | | | | | | Nov 28, 2002 | Nov 29, 2003 | Jul 23, 2004 | Mar 13, 2005 | Jun 13, 2006 |
| | | | | | | Nov 30, 2002 | Dec 02, 2003 | Jul 25, 2004 | Mar 17, 2005 | Jun 16, 2006 |
| | | | | | | Dec 04, 2002 | Dec 04, 2003 | Jul 27, 2004 | Apr 03, 2005 | Jun 24, 2006 |
| | | | | | | | Dec 13, 2003 | Jul 29, 2004 | Apr 10, 2005 | Jul 05, 2006 |
| | | | | | | | | Aug 05, 2004 | Apr 19, 2005 | Jul 07, 2006 |
| | | | | | | | | Aug 18, 2004 | Apr 22, 2005 | Jul 18, 2006 |
| | | | | | | | | Sep 01, 2004 | Apr 24, 2005 | Aug 03, 2006 |
| | | | | | | | | Sep 04, 2004 | May 09, 2005 * | Aug 08, 2006 |
| | | | | | | | | | | Aug 13, 2006 |

2007: Jan, Jan, Jan, Jan, Feb, Feb, Feb, Mar, Mar, Apr, Apr, May, Jun, Jun, Jul

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://www.restauranthulu.com

9/23/2007 9:05 PM

| | | |
|---|---|---|
| Sep 10, 2004 | May 12, 2005 | Aug 20, 2006 |
| Sep 11, 2004 | May 16, 2005 | Aug 24, 2006 |
| Sep 12, 2004 | May 20, 2005 | Aug 26, 2006 |
| Sep 18, 2004 | May 25, 2005 | Aug 31, 2006 |
| Sep 20, 2004 | May 30, 2005 | Sep 01, 2006 |
| Sep 23, 2004 | Jun 01, 2005 | Oct 04, 2006 |
| Sep 26, 2004 | Jun 03, 2005 | Oct 28, 2006 * |
| Oct 01, 2004 | Jun 14, 2005 | Nov 08, 2006 * |
| Oct 13, 2004 | Jun 21, 2005 | Nov 16, 2006 |
| Oct 14, 2004 | Jun 25, 2005 | Nov 21, 2006 |
| Nov 01, 2004 | Jun 26, 2005 | Nov 27, 2006 |
| Nov 13, 2004 | Jul 01, 2005 | Dec 02, 2006 |
| Nov 15, 2004 | Jul 17, 2005 | Dec 05, 2006 |
| Nov 18, 2004 | Jul 21, 2005 | Dec 10, 2006 |
| Nov 21, 2004 | Jul 22, 2005 | Dec 15, 2006 |
| Nov 26, 2004 | Jul 26, 2005 | Dec 16, 2006 |
| Nov 28, 2004 | Aug 04, 2005 | Dec 20, 2006 |
| Dec 05, 2004 | Aug 05, 2005 | Dec 28, 2006 |
| Dec 15, 2004 | Aug 14, 2005 | |
| Dec 16, 2004 | Aug 15, 2005 | |
| Dec 30, 2004 | Aug 26, 2005 | |
| | Aug 28, 2005 | |
| | Aug 29, 2005 | |
| | Aug 30, 2005 | |
| | Sep 01, 2005 | |
| | Sep 22, 2005 | |
| | Sep 23, 2005 | |
| | Sep 24, 2005 | |
| | Oct 01, 2005 | |
| | Oct 24, 2005 | |
| | Oct 29, 2005 | |
| | Nov 02, 2005 | |
| | Nov 03, 2005 | |
| | Nov 04, 2005 | |
| | Nov 05, 2005 | |
| | Nov 06, 2005 | |
| | Nov 11, 2005 | |
| | Nov 13, 2005 | |
| | Nov 25, 2005 | |
| | Dec 01, 2005 | |
| | Dec 05, 2005 | |
| | Dec 11, 2005 | |
| | Dec 13, 2005 | |

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://www.restaurantlulu.com

Dec 17, 2005
Dec 18, 2005
Dec 19, 2005
Dec 21, 2005
Dec 24, 2005
Dec 28, 2005

Home | Help | Terms of Use | Privacy Policy
Internet Archive

9/23/2007 9:05 PM

3 of 3

# Exhibit 70

# SPECIMEN

**Internet Transmission Date:**
08202001

**Registration Number:**
1956382

**Class Number:**
042

**Serial Number:**
74653854



