

Dockets.Justia.com



# CITRUS
## grilling sauce

The zest and juice of Meyer lemons, grapefruit, limes and oranges are mellowed with honey for a sparkling balance of sweet and tang. Glaze poultry, fish, and vegetables before grilling for a moist and aromatic finish.

NET WT. 8.45 FL. OZ./250 mL

# Exhibit 71







Indianapolis, Indiana

317-251-5858

WELCOME | MENU | PHOTO GALLERY | ABOUT US | RESERVATIONS | CONTACT US

## About Us

LuLu's Restaurant & Cocktails in the Fashion Mall Commons on 86th Street, Indianapolis, has long been known as a hot spot for cocktails, live entertainment and socializing, but word is getting out that Executive Chef, Christopher McClary, is preparing some of the best Innovative American Cuisine around. LuLu's offers an upscale dining experience, featuring steaks, seafood, pasta, veal, chicken and lamb for lunch and dinner. Business professionals relish in LuLu's efficient, yet relaxing lunch service, while local celebrities and party goers enjoy live nightly entertainment and extensive wine and martini selections. A place to truly relax and unwind, LuLu's Restaurant & Cocktails provides something for everyone.

Owner, John Wade, attributes much of LuLu's success to his staff. "The people who work here are entertainers. We have a fire-breathing bartender and the state's number one ranked magician. We like our staff to have as much fun as our patrons."

In addition to the eclectic dining room, LuLu's offers a separate VIP area and banquet facilities to accommodate private gatherings or large parties. LuLu's is often host to special events, such as wine dinners, receptions and corporate functions. Evenings will find a mix of Rolls Royce's, Mercedes and BMWs parked out front and a wide mix of people inside enjoying dinner and live entertainment.

"You never know what you're going to see" Wade says. "It's never going to be dull or boring, which keeps LuLu's hip after eight years."



1 of 2

LuLu's Restaurant is located at 8487 Union Chapel Rd, Fashion Mall Commons in Indianapolis, Indiana.

317.251.5858 (phone)
317.251.5515(fax)

**Additonal Photos:**

January 21, 2006 - InTake Live Fashion Show at LuLu's
June 25, 2005 - Coexist Fashion at LuLu's

Welcome | Menu | Photo Gallery | About Us | Reservations | Contact Us
Copyright © 2007 LuLu's Restaurant & Cocktails. All rights reserved.
A CE Productions Design

Exhibit 72

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://www.lulusindy.com

9/23/2007 9:13 PM

INTERNET ARCHIVE
WaybackMachine

**Enter Web Address:** http://   | All |   Take Me Back   | Adv. Search Compare Archive Pages |

Searched for http://www.lulusindy.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

**68 Results**

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 2 pages | 12 pages | 14 pages | 16 pages | 9 pages | 10 pages | 3 pages |
| | | | | | Aug 18, 2001 * | Mar 30, 2002 * | Feb 05, 2003 * | Jan 28, 2004 | Jan 22, 2005 | Feb 04, 2006 * | Feb 16, 2007 * |
| | | | | | Sep 09, 2001 * | May 25, 2002 * | Feb 12, 2003 | Feb 08, 2004 | Feb 06, 2005 | Mar 05, 2006 * | Jun 03, 2007 * |
| | | | | | | Jun 08, 2002 | Feb 13, 2003 * | Apr 03, 2004 | Mar 06, 2005 | Apr 02, 2006 * | Jul 05, 2007 * |
| | | | | | | Jul 27, 2002 | Mar 28, 2003 * | Apr 03, 2004 * | Apr 06, 2005 | Apr 22, 2006 * | |
| | | | | | | Aug 05, 2002 | Apr 21, 2003 | May 11, 2004 * | Nov 01, 2005 * | Apr 27, 2006 | |
| | | | | | | Aug 25, 2002 | May 01, 2003 | May 24, 2004 | Nov 07, 2005 | May 10, 2006 | |
| | | | | | | Sep 27, 2002 | Jun 10, 2003 | Jun 02, 2004 | Nov 25, 2005 * | Jun 10, 2006 * | |
| | | | | | | Sep 29, 2002 | Jun 11, 2003 | Jun 13, 2004 | Dec 12, 2005 * | Aug 03, 2006 * | |
| | | | | | | Oct 13, 2002 | Aug 05, 2003 | Jun 14, 2004 | Dec 27, 2005 * | Nov 07, 2006 * | |
| | | | | | | Nov 22, 2002 * | Aug 06, 2003 * | Jul 28, 2004 * | | Dec 05, 2006 * | |
| | | | | | | Nov 25, 2002 | Nov 23, 2003 | Aug 25, 2004 | | | |
| | | | | | | Dec 05, 2002 | Nov 25, 2003 | Sep 04, 2004 | | | |
| | | | | | | | Nov 28, 2003 | Sep 25, 2004 | | | |
| | | | | | | | Dec 03, 2003 | Sep 26, 2004 | | | |
| | | | | | | | | Nov 28, 2004 | | | |
| | | | | | | | | Nov 29, 2004 | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Exhibit 73

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 16:54:50 ET

**Serial Number:** 78154461 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2804760

**Mark (words only):** LULU DK

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-01-13

**Filing Date:** 2002-08-15

**Transformed into a National Application:** No

**Registration Date:** 2004-01-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-01-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lulu DK LLC

**Address:**
Lulu DK LLC
136 East 64th Street, Suite 2E
New York, NY 10021
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active

Interior design and decorative consultation; interior decorating and design service; textiles design services for wall covering, upholstery, table and bed linens, wearing apparel, bags and fabrics; wall coverings, upholstery, wearing apparel, bag and fabric design services; consultation in connection therewith

**Basis:** 1(a)
**First Use Date:** 1996-03-01
**First Use in Commerce Date:** 1996-03-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-01-13 - Registered - Principal Register

2003-10-21 - Published for opposition

2003-10-01 - Notice of publication

2003-09-01 - Approved for Pub - Principal Register (Initial exam)

2003-07-25 - Communication received from applicant

2003-08-14 - Case File In TICRS

2003-07-28 - PAPER RECEIVED

2003-01-27 - Non-final action mailed

2003-01-20 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Susan C. Shin

**Correspondent**
SUSAN C. SHIN
Goodwin Procter LLP
599 Lexington Avenue
NEW YORK NY 10022
Phone Number: 212-895-2099
Fax Number: 212-895-2900

# Exhibit 74

ORIGINAL SPECIMEN

**Internet Transmission Date:**                               **Serial Number:**
2002/08/15                                                     78154461

**Filing Date:**
2002/08/15



The applicant has submitted required color specimen.
The USPTO has printed only one copy of the specimen,
and extra copies can be produced in-house as needed.