Lulu Enterprises, Inc. v. N-F Newsite, LLC et al | Doc. 59 Att. 3

# GEOMETRY CLASS

With stripes, dots and squares, designers are modernizing the mod look.



Lulu de Kwiatkowski, a New York City—based fabric designer and decorative painter, finds inspiration for her signature geometric patterns on her travels through Cuba, Morocco, Peru and India. She created all the napkins shown here for her line Lulu DK Fabrics, including "Labyrinth"—the dark red one with beige lines ($21 each; 212-223-4234). Her cocktail napkin "Porcupine" ($38 for a set of six) rests on a "Haute Couture" accent plate by Colin Cowie for Lenox ($65; 800-63-LENOX) and a "Honey-Moon" white dinner plate by Stefanie Hering from Rosenthal ($50; 800-804-8070).

BY SONALI RAO  PHOTOGRAPHS BY JIM FRANCO

Dockets.Justia.com

# Exhibit 75

- fabrics
- wallcoverings
- product
- custom design
- press
- history
- showrooms
- mix 'n' match
- what's new
- contact us

Click on an image to enlarge


Elite Furniture Collection




Lulu DK Matouk Collection


Elson & Company Collec


Lulu's Book

fabrics
walcoverings
product
custom design
press
history
showrooms
mix 'n' match
what's new
contact us








Click to view article

# Exhibit 76

Internet Archive Wayback Machine

# WaybackMachine

Enter Web Address: http:// [All] [Take Me Back]  Adv. Search  Compare Archive Pages  **90** Results

Searched for http://www.luludk.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 6 pages | 8 pages | 17 pages | 18 pages | 10 pages | 16 pages | 14 pages |
| | | | | | Mar 30, 2001 | * Jan 24, 2002 | Jan 27, 2003 | Jan 31, 2004 | Jan 26, 2005 | Jan 10, 2006 | Jan 01, 2007 |
| | | | | | Apr 05, 2001 | May 23, 2002 | * Feb 12, 2003 | * Feb 08, 2004 | * Feb 07, 2005 | Feb 03, 2006 | Jan 05, 2007 |
| | | | | | May 17, 2001 | May 29, 2002 | Feb 15, 2003 | Mar 23, 2004 | * Mar 02, 2005 | Jun 13, 2006 | Jan 10, 2007 |
| | | | | | Jul 20, 2001 | Jun 04, 2002 | Mar 31, 2003 | Apr 01, 2004 | Mar 05, 2005 | Jun 28, 2006 | Jan 15, 2007 |
| | | | | | Sep 23, 2001 | * Sep 29, 2002 | Apr 19, 2003 | May 14, 2004 | Apr 04, 2005 | Jul 02, 2006 | Jan 20, 2007 |
| | | | | | Nov 30, 2001 | Nov 20, 2002 | * Apr 24, 2003 | May 18, 2004 | Oct 27, 2005 | Jul 16, 2006 | Jan 24, 2007 |
| | | | | | | Nov 23, 2002 | Jun 11, 2003 | Jun 05, 2004 | Oct 28, 2005 | Aug 08, 2006 | Feb 21, 2007 * |
| | | | | | | Nov 27, 2002 | Jun 24, 2003 | Jun 06, 2004 | Nov 24, 2005 | Oct 04, 2006 | Mar 02, 2007 |
| | | | | | | | Jul 21, 2003 | Jun 09, 2004 | Dec 08, 2005 | Nov 18, 2006 | Apr 03, 2007 |
| | | | | | | | Aug 07, 2003 | Jun 16, 2004 | Dec 10, 2005 | Nov 24, 2006 | Apr 04, 2007 |
| | | | | | | | Sep 28, 2003 | Jul 26, 2004 | | Dec 05, 2006 | Apr 18, 2007 |
| | | | | | | | Oct 08, 2003 | Aug 26, 2004 | | Dec 06, 2006 | May 04, 2007 |
| | | | | | | | Oct 25, 2003 | Aug 29, 2004 | | Dec 10, 2006 | Jun 03, 2007 |
| | | | | | | | Nov 22, 2003 | Sep 03, 2004 | | Dec 15, 2006 | Jul 04, 2007 |
| | | | | | | | Nov 27, 2003 | Sep 24, 2004 | | Dec 20, 2006 | |
| | | | | | | | Nov 28, 2003 | Sep 25, 2004 | | Dec 25, 2006 | |
| | | | | | | | Dec 20, 2003 | Nov 26, 2004 | | | |
| | | | | | | | | Nov 28, 2004 | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 77

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-09-24 10:02:20 ET

**Serial Number:** 77036614 <u>Assignment Information</u>    <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

**(words only):** LULU-B

**Standard Character claim:** No

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2007-03-15

**Filing Date:** 2006-11-03

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
MANOR THOMAS M <u>Employee Location</u>

**Current Location:** M1X -TMO Law Office 110 - Examining Attorney Assigned

**Date In Location:** 2007-03-15

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ASHWOOD INC.

**Address:**

ASHWOOD INC.
1501 EAST 10th AVENUE
HIALEAH, FL 33010
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Florida
**Phone Number:** 305-887-7971
**Fax Number:** 305-887-0187

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing made in whole-- namely blouse, tops, pants, shorts, rompers, jumpers,jumsuits,dresses, and shirts
**Basis:** 1(a)
**First Use Date:** 2006-09-01
**First Use in Commerce Date:** 2006-10-01

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The applicant claims color as a feature of the mark, namely, pantone 367c - pantone orange 021c - white background.

**Description of Mark:** The mark consists of Pantone Orange 021c outlines the letters and dash Lulu-B and is filled with pantone 367c. with a white background. Palm tree is outlined with pantone 021c and filled with pantone 367c.

**Design Search Code(s):**
05.01.03 - Palm trees

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-03-15 - Non-final action e-mailed

2007-03-15 - Non-Final Action Written

2007-03-13 - Assigned To Examiner

2006-11-09 - Notice Of Design Search Code Mailed

2006-11-08 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
ASHWOOD INC.
1501 E 10TH AVE
HIALEAH, FL 33010-3303
Phone Number: 305-887-7971
Fax Number: 305-887-0187

# Exhibit 78

 **Lulu-B.com**                                                                                          FUN COLORFUL F

» Home Page     » Show Dates     » Contact Us     » Log In
» FAQ's         » Join Our Team  » Guestbook



FUN COLORFUL RELAXING

Thank you for visiting Lulu-B.com. Here you will find all the info you need to contact us. To see our new line please visit us at our next trade show, or to have a sales representative contact you please send us an email and we will get in touch with you ASAP. Cotton Connection and Lulu-B are looking forward to seeing you soon. Get in touch with your sale rep for our new FALL line.

To Track Your Cotton Connection / Lulu-B Shipments
Please Enter Your DHL Tracking#.
If you need your tracking # please e-mail support at track@lulu-b.com.

[                    ]

[ Track My Lulu-B ]

**Re-Order**
Need to place a re-order? Contact your Sales Rep.



read more...

**Dealer Log In**
Want to review the line before the show.
Call to log in.



Log In...



Menu   Fas
Fashion Newsp

Nike
Revenue
11 percen
Quarter
Ended Au
31, 2007

NIKE, Inc. (NYS
reported financ
the first quarter
31, 2007. Revei
percent to $4.7
compared to $4
same period las
in currency exc

Options ▲
Get this widget!

See What's

Copyright 2007. Cotton Connection / Lulu-B. All rights reserved.
(A Division of Ashwood Inc. / Cotton Connection) 305-887-7971

 Lulu-B.com

FUN COLORFUL F

» Home Page   » Show Dates   » Contact Us   » Log In
» FAQ's   » Join Our Team   » Guestbook

| SHOW | SUITE / BOOTH# | 2007 SHOW DATE | REPRESENT |
|---|---|---|---|
|  | 11-N-208 | OCT. 13-16, 2007<br>JAN. 26-29, 2008<br>APRIL 5-8, 2008<br>JUNE 21-24, 2008<br>AUG. 16-19, 2008<br>OCT. 11-14, 2008 | GARY HAN<br>727-302-0( |
|  | 2246 -----><br>2760 | SEPT. 14-16, 2007<br>JAN. 2008 | GARY HAN<br>727-302-0( |
|  | 347 | OCT. 28-30, 2007 | GARY HAN<br>727-302-0( |
|  | 302 | OCT. 13-15, 2007 | GARY HAN<br>727-302-0( |
|  | 2301 | JAN. 2008<br>MAY 2008<br>AUG. 2008 | HOWARD BR(<br>877-764-1: |
|  | 220 | Please Click Here to<br>Access Dates | HOWARD BR(<br>877-764-1: |
|  | 1157 | JAN. 27-30, 2008<br>MAR.30-APR.2, 2008 | DARWIN & BEUL/ |

| | | | |
|---|---|---|---|
| DNC | (12th Floor) | JUNE 1-4, 2008<br>AUG. 17-20, 2008<br>OCT. 14-17, 2007 | 672-771-5… |
| WIN WomensWear In Nevada | 241 | FEB. 2008<br>AUG. 27-30, 2007 | KIRK LAZA… |
| **PLYMOUTH MEETING<br>DOUBLE TREE SUITE** | 536 | Please Call to Set Appointment | HOWARD BR…<br>877-764-1… |
| **BALTIMORE<br>EMBASSY SUITES AIRPORT** | 403 | Please Call to Set Appointment | HOWARD BR…<br>877-764-1… |
| **PITTSBURGH<br>EMBASSY SUITES AIRPORT** | 318 | Please Call to Set Appointment | HOWARD BR…<br>877-764-1… |
| **ATLANTIC CITY<br>TRUMP MARINA** | 1st AISLE | Please Call to Set Appointment | HOWARD BR…<br>877-764-1… |
| Livonia, Michigan | | | |
| Traverse City, Michigan | | | |
| Old Dominion Fashion Exhibitors<br>Virginia Beach Resort Hotel | TBA | NOV. 7-8, 2007 | Marc Beg…<br>772-370-5… |
| Old Dominion Fashion Exhibitors<br>Myrtle Beach (Staybridge Suites) | TBA | SEPT. 19-20, 2007 | Marc Beg…<br>772-370-5… |
| | | | |
| MAGIC | TBA | TBA | |
| STYLEMAX<br>A New Show for a New Season<br>Holiday Resort/<br>Spring Preview 2006<br>August 13-16, 2005 | TBA | TBA | |
| | | | |

Copyright 2007. Cotton Connection / Lulu-B. All rights reserved.
(A Division of Ashwood Inc. / Cotton Connection) 305-887-7971

# Exhibit 79

Internet Archive Wayback Machine

Page 1 of 1

**WaybackMachine**
INTERNET ARCHIVE

Enter Web Address: http://      All      [Take Me Back]    Adv. Search  Compare Archive Pages

Searched for http://www.lulu-b.com                                                    **2 Results**

* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 2 pages |
|  |  |  |  |  |  |  |  |  |  |  | Jan 02, 2007 * |
|  |  |  |  |  |  |  |  |  |  |  | Jul 05, 2007 * |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 80