

Dockets.Justia.com

# Exhibit 81

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-09-24 10:35:20 ET

**Serial Number:** 78900552 Assignment Information    Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# LULU PINK

**(words only):** LULU PINK

**Standard Character claim:** Yes

**Current Status:** An office action suspending further action on the application has been mailed.

**Date of Status:** 2007-04-11

**Filing Date:** 2006-06-05

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**Attorney Assigned:**
DALIER JOHN DAVID Employee Location

**Current Location:** L6X -TMEG Law Office 106 - Examining Attorney Assigned

**Date In Location:** 2007-04-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Johnson, Karen

**Address:**
Johnson, Karen
1335 Hermine Drive

Walnut Creek, CA 94596
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
leather goods, namely, dog clothing
**Basis:** 1(a)
**First Use Date:** 2005-02-01
**First Use in Commerce Date:** 2005-02-01

## ADDITIONAL INFORMATION

**Disclaimer:** "PINK"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-06-27 - Attorney Revoked And/Or Appointed

2007-06-27 - TEAS Revoke/Appoint Attorney Received

2007-04-11 - Letter of suspension mailed

2007-04-10 - Suspension Letter Written

2006-12-08 - Correspondence Mailed

2006-12-08 - Suspension Letter Written

2006-12-07 - Teas/Email Correspondence Entered

2006-12-07 - Communication received from applicant

2006-12-07 - TEAS Response to Office Action Received

2006-11-07 - Non-final action mailed

2006-11-06 - Non-Final Action Written

2006-11-06 - Assigned To Examiner

2006-06-09 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Sheldon R. Meyer

**Correspondent**
SHELDON R. MEYER
FLIESLER MEYER LLP
14th Floor
650 California Street
San Farncisco CA 94108
Phone Number: 415.362.3800
Fax Number: 415.362.2928

# Exhibit 82