

# Hot Summer Sale



*Couture dog clothes
for your little Diva.*

## 30% OFF ON ALL IN STOCK ITEMS
## ON ORDERS PLACED BY 8/20

*SEE OUR SALE SECTION IN THE PRODUCT SHOW CASE
FOR ADDITIONAL SAVINGS ON FALL SWEATERS*
**Please visit our _Wholesale Product Showcase_ to view**

Dockets.Justia.com

# Exhibit 83

Internet Archive Wayback Machine



Enter Web Address: http://    [Take Me Back]    All    Adv. Search  Compare Archive Pages

Searched for http://www.lulupink.com

* denotes when site was updated.

# Search Results for Jan 01, 1996 - Sep 24, 2007

24 Results

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 6 pages | 1 pages | 4 pages | 13 pages |
| | | | | | | | | Mar 17, 2004 * | Feb 07, 2005 | Apr 12, 2006 * | Jan 01, 2007 |
| | | | | | | | | Mar 31, 2004 | | Nov 03, 2006 * | Jan 06, 2007 |
| | | | | | | | | Jun 20, 2004 | | Nov 11, 2006 | Jan 11, 2007 |
| | | | | | | | | Aug 29, 2004 | | Nov 19, 2006 | Jan 15, 2007 |
| | | | | | | | | Sep 23, 2004 | | | Jan 20, 2007 |
| | | | | | | | | Dec 04, 2004 | | | Jan 25, 2007 |
| | | | | | | | | | | | Jan 26, 2007 |
| | | | | | | | | | | | Feb 06, 2007 |
| | | | | | | | | | | | Feb 19, 2007 |
| | | | | | | | | | | | Mar 14, 2007 |
| | | | | | | | | | | | Apr 28, 2007 |
| | | | | | | | | | | | May 29, 2007 |
| | | | | | | | | | | | Jun 29, 2007 |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 84

# Lulu Pink

## MADE IN USA

Cotton/Spandex
Machine wash cold
Inside out
Lay flat to dry





# Exhibit 85

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

This page was generated by the TARR system on 2007-09-23 17:24:41 ET

**Serial Number:** 78804513 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# Lulu Belle Boutique

**(words only):** LULU BELLE BOUTIQUE

**Standard Character claim:** Yes

**Current Status:** Application has been published for opposition.

**Date of Status:** 2007-07-24

**Filing Date:** 2006-02-01

**The Information will be/was published in the Official Gazette on** 2007-07-24

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**Attorney Assigned:**
MARCY AMY ALFIERI <u>Employee Location</u>

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-06-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Engstrom, Lisa M.

**Address:**
Engstrom, Lisa M.
725 Silver Street
La Jolla, CA 92037
United States

**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** 858-504-2882

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Womens Clothing, namely t-shirts, jeans, sweatshirts, sweatpants, bathing suits, sleepwear, undergarments, jackets, coats, dresses, skirts, shorts, pants, suits, sweaters, blouses, dress shirts, neckbands, wristbands, headbands, belts, hats, caps, shoes and stockings
**Basis:** 1(a)
**First Use Date:** 2005-11-01
**First Use in Commerce Date:** 2005-11-01

**International Class:** 035
**Class Status:** Active
Retail clothing store services
**Basis:** 1(a)
**First Use Date:** 2005-11-01
**First Use in Commerce Date:** 2005-11-01

## ADDITIONAL INFORMATION

**Disclaimer:** BOUTIQUE

**Name Portrait Consent:** The name "LULU BELLE" is not the name of a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-24 - Published for opposition

2007-07-04 - Notice of publication

2007-06-21 - Law Office Publication Review Completed

2007-06-19 - Approved for Pub - Principal Register (Initial exam)

2007-06-19 - Examiner's Amendment Entered

2007-06-19 - Notification Of Examiners Amendment E-Mailed

2007-06-19 - EXAMINERS AMENDMENT E-MAILED

2007-06-19 - Examiners Amendment -Written

2007-02-13 - Final refusal e-mailed

2007-02-13 - Final Refusal Written

2007-01-16 - Amendment From Applicant Entered

2006-12-13 - Communication received from applicant

2007-01-16 - Assigned To LIE

2006-12-13 - PAPER RECEIVED

2006-10-31 - NON-FINAL ACTION E-MAILED

2006-10-31 - Non-Final Action Written

2006-10-13 - Letter of Protest accepted

2006-10-02 - PAPER RECEIVED

2006-07-22 - Non-final action e-mailed

2006-07-22 - Non-Final Action Written

2006-07-22 - Assigned To Examiner

2006-02-07 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Don E. Erickson

**Correspondent**
DON E ERICKSON
LAW OFFICE
7668 EL CAMINO REAL STE 104
#627
CARLSBAD, CA 92009-7932
Phone Number: 760-918-0520
Fax Number: 760-918-0525

---

# Exhibit 86

Sign in I Exclusives I What's New I Wish List I Shopping Bag

**Lulu Belle** BOUTIQUE™    ULTIMATE GIRLY GIRL COUTURE™

Search by Category    Select Categories

Search [        ] Go
Advanced Search

## Quick Links

exclusive to lulu belle

what's new?

**sale items**

shop online

**Free Ground Shipping!**

**10% Off regular Priced Items with code FALL10**

**International Orders Use Google Checkout!**

## Designers

Alice and Trixie
And Cake
Anna Sui
Beach Bunny Swimwear
Bellekat
Burning Torch
Diane Samandi
Freedom of Choice Jeans
Grey Ant
Holly Lauren Jewelry
Hudson Jeans
Jill Stuart
Joyaan
Lulu Belle for the Cure
Lulu Belle Tees
Madison Marcus
Manoush
Miguelina
Milly
Mimi Turner
Mint Jodi Arnold
Miss Davenporte
Poleci
Rebecca Taylor
Rory Beca
Roxanne Heptner
Saint Grace
Shareen
Susana Monaco
Sworn Virgins
Tarina Tarantino Hello Kitty
Thinque Pinque
Three Dots
Tocca
Velvet
Victoria Couture Hello Kitty
Cashmere
WAYF
Wyeth by Todd Magill

## Lulu Belle Tees

Displaying Page 1 of 1 Pages

**Biography!**

Home :: Lulu Belle Tees



Lulu Belle My Shoes Are Better Than Yours TShirt
**Price: $50.00**



Lulu Belle BoutiqueTM 100% Cotton Tail Couture Long Sleeve TShirt
**Price: $45.00**



Lulu Belle 100% Cotton Tail Couture Short Sleeve TShirt
**Price: $38.00**



Lulu Belle Ultimate Girly Girl Couture TShirt
**Price: $38.00**

Displaying Page 1 of 1 Pages

# Exhibit 87

# Internet Archive Wayback Machine

Enter Web Address: http://

Searched for http://www.lulubelleboutique.com

\* denotes when site was updated.

All

Take Me Back

Adv. Search  Compare Archive Pages

## Search Results for Jan 01, 1996 - Sep 23, 2007

**47 Results**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 36 pages | 11 pages |
| | | | | | | | | | | Jan 02, 2006 * | Feb 03, 2007 * |
| | | | | | | | | | | Jan 05, 2006 * | Feb 05, 2007 * |
| | | | | | | | | | | Mar 05, 2006 * | Feb 16, 2007 * |
| | | | | | | | | | | Mar 05, 2006 * | Feb 24, 2007 * |
| | | | | | | | | | | Apr 02, 2006 * | Mar 04, 2007 * |
| | | | | | | | | | | Apr 09, 2006 * | Mar 12, 2007 * |
| | | | | | | | | | | Apr 09, 2006 * | Mar 21, 2007 * |
| | | | | | | | | | | Jun 13, 2006 * | Apr 15, 2007 * |
| | | | | | | | | | | Jun 14, 2006 * | Apr 28, 2007 * |
| | | | | | | | | | | Jun 14, 2006 * | May 28, 2007 * |
| | | | | | | | | | | Jul 01, 2006 * | Jun 29, 2007 * |
| | | | | | | | | | | Jul 07, 2006 * | |
| | | | | | | | | | | Jul 15, 2006 * | |
| | | | | | | | | | | Jul 19, 2006 * | |
| | | | | | | | | | | Jul 20, 2006 * | |
| | | | | | | | | | | Aug 03, 2006 * | |
| | | | | | | | | | | Aug 03, 2006 * | |
| | | | | | | | | | | Aug 07, 2006 * | |
| | | | | | | | | | | Aug 08, 2006 * | |
| | | | | | | | | | | Aug 08, 2006 * | |
| | | | | | | | | | | Aug 14, 2006 * | |
| | | | | | | | | | | Aug 21, 2006 * | |
| | | | | | | | | | | Aug 21, 2006 * | |
| | | | | | | | | | | Aug 27, 2006 * | |
| | | | | | | | | | | Sep 03, 2006 * | |
| | | | | | | | | | | Sep 03, 2006 * | |
| | | | | | | | | | | Oct 04, 2006 * | |
| | | | | | | | | | | Oct 23, 2006 * | |
| | | | | | | | | | | Oct 24, 2006 * | |

Internet Archive Wayback Machine

Oct 24, 2006 *
Nov 08, 2006 *
Nov 16, 2006 *
Nov 23, 2006 *
Nov 30, 2006 *
Dec 05, 2006 *

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 88



# Exhibit 89

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 10:09:30 ET

**Serial Number:** 78601477 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# LU-LU'S CLOSET

**(words only):** LU-LU'S CLOSET

**Standard Character claim:** Yes

**Current Status:** The final review before registration has been completed for this Intent to Use application and it will register in due course.

**Date of Status:** 2007-08-29

**Filing Date:** 2005-04-04

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**Attorney Assigned:**
DUBOIS MICHELLE E <u>Employee Location</u>

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-08-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Philhobar Design Canada Ltd.

**Address:**
Philhobar Design Canada Ltd.

365 Louvain Ouest
Montreal, Quebec H2N 2J1
Canada
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Canada

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Ladies' and girls' clothing; namely t-shirts, polo shirts, sweaters, shirts, blouses, pants, overalls, shorts, skirts, coats, jackets, vests, turtlenecks; active wear, namely, shorts, sweatpants, sweat shirts, undergarments, sleepwear, robes
**Basis:** 1(a)
**First Use Date:** 2005-00-00
**First Use in Commerce Date:** 2005-00-00

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-08-29 - Law Office Registration Review Completed

2007-08-29 - Assigned To LIE

2007-07-19 - Allowed for Registration - Principal Register (SOU accepted)

2007-06-26 - Statement of use processing complete

2007-03-21 - Amendment to Use filed

2007-03-21 - TEAS Statement of Use Received

2006-09-14 - Extension 1 granted

2006-09-14 - Extension 1 filed

2006-09-14 - TEAS Extension Received

2006-03-28 - Notice of allowance - mailed

2006-01-03 - Published for opposition

2005-12-14 - Notice of publication

2005-11-16 - Law Office Publication Review Completed

2005-11-10 - Assigned To LIE

2005-11-09 - Approved for Pub - Principal Register (Initial exam)

2005-10-31 - Assigned To Examiner

2005-04-11 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Joseph D. Lewis

**Correspondent**
JOSEPH D. LEWIS
BARNES & THORNBURG LLP
750 17TH ST NW STE 900
WASHINGTON, DC 20006-4607
Phone Number: 202 289-1313

**Domestic Representative**
Joseph D. Lewis
Phone Number: 202 289-1313

---

# Exhibit 90



# Exhibit 91

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 15:43:37 ET

**Serial Number:** 74217604 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 1710150

**Mark**



**(words only):** LULU BRAVO

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-05-16

**Filing Date:** 1991-11-01

**Transformed into a National Application:** No

**Registration Date:** 1992-08-25

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 10

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-05-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. DAFFY'S, INC.

**Address:**
DAFFY'S, INC.
DAFFY'S WAY

SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New Jersey

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
women's apparel; namely, suits, jackets, coats, pants, skirts, shirts, blouses, and sweaters
**Basis:** 1(a)
**First Use Date:** 1987-01-02
**First Use in Commerce Date:** 1987-01-02

---

## ADDITIONAL INFORMATION

**Lining and Stippling:** The mark is lined for the color silver.

**Name Portrait Consent:** "LULU BRAVO" does not identify a particular living individual.

**Design Search Code(s):**
**26.11.02** - Plain single line rectangles; Rectangles (single line)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-05-16 - First renewal 10 year

2002-05-16 - Section 8 (10-year) accepted/ Section 9 granted

2002-03-20 - Combined Section 8 (10-year)/Section 9 filed

1998-11-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-08-19 - Section 8 (6-year) and Section 15 Filed

1992-08-25 - Registered - Principal Register

1992-06-02 - Published for opposition

1992-05-01 - Notice of publication

1992-02-03 - Approved for Pub - Principal Register (Initial exam)

1992-01-22 - Examiner's amendment mailed

1992-01-16 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
BRUCE H. SALES

**Correspondent**
BRUCE H. SALES
LERNER, DAVID, LITTENBERG, ET AL
600 SOUTH AVENUE WEST
WESTFIELD NJ 07090-1497

---

# Exhibit 92