Home    Dining    Shopping    Nightlife    Westchester Resources    Party Pictures    Best of Westchester©

Westchester Magazine Events



city and regional magazines
Visit Other CRMA Web Sites

🖶 printer friendly format

Issue Date: December 2005, Posted On: 6/14/2007

**Cheap Thrills**
By: Nancy L. Claus

# Cheap Thrills, Great Deals, & Outright Steals

***Where to get the biggest bang for your buck: the thrifty shopaholic's guide to the best bargains in the county and beyond***

*By Nancy L. Claus*

I inherited the thrifty gene from my mother, who grew up during The Depression. It came in handy during the lean-student and starving-writer-in-the-city years. But now that I can actually afford to pay full-sticker price, I choose not to: where's the challenge in paying retail? Here's the ticket to living like a king on a pauper's budget.

**Home & Garden**
*Splurge on luxuries at bargain-basement prices at these retail outlets*

**ABC Carpet Outlet Center**
1055 Bronx River Ave., Bronx
(718) 842-8772

Remember back in the 1980s when great bargains were the order of the day at ABC Carpet? Those days are long gone at the flagship store in downtown Manhattan, but you can still find them at its outlet in the Bronx, with discounts of 30 to 50 percent (periodic warehouse sales are as high as 80 percent). An easy commute from Westchester, the ABC Carpet Outlet Center is just off the Bronx River Parkway. (Exit 2W/Triboro Bridge, stay on the service road one quarter of a mile to Bronx River Avenue. Make a right; ABC will be on your left.) And while the area is iffy, the parking is secure and inside you'll find 400,000 square feet of carpeting (duh), rugs, furniture, and bed and bath goods. You'll find antiques (I love the Chinese wedding beds and armoires), reproductions (lots of mission and farmhouse styles), and some truly unusual one-of-a-kind pieces, all at reasonably low prices. My latest find: an oversized microfiber chaise, retail $3,000; ABC price: $700. Sold!

**Bloomingdale's**
Westchester Outlet
2 Saw Mill River Rd., Hawthorne
(914) 592-0413

One editor here worked with an interior decorator who refused to shop for furniture at Bloomingdale's. "The prices there are just too high," the decorator insisted. She would have loved this outlet. If you're looking for a new mattress set or living room furniture, look here first. Find floor samples, as-is items, returns, cancellations, and closeouts. Luxe leather sectionals, couches, and chairs take up the bulk of the 60,000-square-foot building; with a selection of rugs, bedroom and dining furnishings off to the side. You can also find deals on pillowtop king mattress sets from brands like Stearns & Foster and Sealy.

**Casafina Gifts**
301 Fields Ln., Brewster, NY
(845) 277-5700
www.casafinagifts.com

Each March, June, October, and December, the Casafina warehouse in North Salem opens its doors to clear out excess inventory, discontinued, and slightly imperfect items. From December 1 through 5, save up to 75 percent on this extensive collection of Italian and Portuguese ceramics and glassware, garden furniture, metal giftware, and linens. Examples: a ceramic canister set for $25, list price $75; a dinner plate for $8, list price $18 to $20. (Insider tip: Drop the kiddies off at the nearby ice-skating rink and shop without having to repeat the "Don't touch" mantra again and again.)

Dockets.Justia.com

**Cortlandt/Campbell Auctions**
1000 N. Division St., Peekskill
(914) 734-2161

This is the place to get great deals on 17th-, 18th-, and 19th-century furniture. Or, if mid-century modern is your thing, here's the place to snag, say, a 1960s bedroom set for less than $100 or maybe a 1940s ceramic lamp for just $20. You never know what you'll find here, because once it's gone, it's gone. New to auctions? Not to worry: the pace is slightly slower here, so it's a good place to learn the ropes.

**Home Goods Store**
Somers Commons Shopping Center
Rte. 6, Somers
(914) 621-5982
The Mall at Cross County
750 Central Ave., Yonkers
(914) 476-4033; www.homegoods.com
Additional locations in Stamford and Norwalk

You might have to hunt to find that sterling silver needle in this huge haystack of a store. But this is where sophisticated, savvy shoppers stock up on gourmet gadgets, crystal, seasonal décor, and so much more. Everyday brand-name housewares are discounted 20 to 60 percent. Examples: a Cuisinart 10-cup automatic grind-and-brew coffeemaker for $29.99, list price $70, and there are equally great deals on OXO "Good Grip" and Zyliss gadgets, SiliconeZone muffin pans, and basting brushes. Merchandise changes daily, so check back frequently.

**Lillian August**
32 Knight St., Norwalk, CT
(203) 847-3314; www.lillianaugust.com
Also locations in Danbury, South Norwalk, Greenwich, and Westport

Never heard of Lillian August? This is a high-end home furnishings store known for its comfy overstuffed couches and chairs, farmhouse pine, and Edwardian-framed furniture. Find discounts on in-stock and custom-order merchandise including living, dining, and bedroom furniture, rugs, antiques, and accessories. Check out the clearance center just off of I-95 in South Norwalk for the best bargains.

**Limoges Warehouse**
5 Warehouse Ln., Elmsford
(914) 345-3831

Items such as dinnerware, table accessories, and collectibles with prices discounted up to 70 percent off retail can be found during periodic warehouse sales in this off-the-main-path store tucked behind Sam's Club on Route 9A in Elmsford. Find complete sets of dinnerware and open stock pieces as well as giftware.

**MarketPro Computer Show and Sale**
Westchester County Center, White Plains, NY
(914) 995-4050; www.marketpro.com

Spend just seven bucks on an admission ticket and get the chance to save up to 80 percent on the latest brand-name merchandise including hardware (mostly IBM-compatible, but some Macs), software, computer parts, and components, monitors, printers, scanners, and accessories. Visit the website for coupons discounting the admisssion price.

**Patio.Com**
Scarsdale, Stamford, Westport, Greenwich, Mount Kisco, Ridgefield
(800) patiocom; www.patio.com

The area's premier outdoor furniture company transforms itself for the holidays, with faux firs, name-brand ornaments and high-end game tables and equipment. And during December, the company takes $100 or more off all pool tables (prices range from $800 to $15,000). Select Christmas merchandise in all stores is discounted up to 60 percent. Through December 12, if you buy a pool table and the Centennial Play Package (cues, etc.), you can get a free rack (a $1,200 value).

**Two's Company**
30 Warren Pl., Mount Vernon

(914) 664-2277 www.twoscompany.com

Maybe the company name isn't a household word, but you know the merchandise: kitschy-chic housewares and accessories sold in specialty boutiques as well as national retailers including Saks and Crate and Barrel. From December 2 through December 4, the company will be selling discontinued, limited, and overstock items (like candles, vases, frames, and tabletop items) at its Elmsford warehouse at discounts up to 90 percent. Need more incentive? Half the proceeds will be donated to Make A Wish of Hudson Valley.

**Wine Enthusiast**
103 Fairview Park Dr., Elmsford
(800) 356-8466
www.wineenthusiast.com

Stock up on wine glasses (name brands sold include Riedel and the break-resistant Fusion) and accessories for holiday festivities (e.g., chillers, cheese spreaders, and corkscrews) at seriously discounted prices. Example: the Eurocave 115-bottle wine celler goes for $995, down from $1,495 retail. And if your favorite oenophile was very, very good this year, perhaps a wine cellar (from $130 to $7,000) would be a well-deserved reward.

**Wüsthof**
333 S. Highland Ave.
Briarcliff Manor
(800) 289-9878; www.wusthof.com

Reconditioned, discounted, and closeout knives are usually at least 50 percent off retail, and sharpening any brand of knife is available at $2 per blade. Example: its Grand Prix II six-piece knife block set, which consists of three knives in assorted sizes, shears, sharpening steel, and block, is $200, retail $352. The public is invited December 9 and 10. Don't miss it!

**Zwilling J.A. Henckels Cutlery**
171 Saw Mill River Rd., Hawthorne
(800) 777-4308; www.jahenckels.com

Christmas comes just once a year at this high-end cutlery warehouse with prices slashed up to 50 percent. This year's sale takes place December 2 to 4. Overstocks, seconds, and discontinued items will be available, and cookware, flatware, gadgets, cutting boards, and more will be at least 50 percent off. Example: Henckels premium brand professional "S" eight-inch chef's knife will be on sale for $34.99; list price $120.

**Discount Apparel & Accessories**

**Annie Sez**
3 Main St., Mount Kisco
(914) 244-1385
925 Central Park Ave., Scarsdale
(914) 472-2447
www.anniesez.com

Long a mainstay of ladies' discounted sports and business wear, Annie Sez also has a wide selection of sleepwear, lingerie, and workout clothes. Also shoes, accessories, and gift items.

**Daffy's**
Westchester Pavilion
60 S. Broadway, White Plains
(914) 761-4477

Finally we have a Daffy's in Westchester and devotees of discounted designer duds (on a good day you may find Moschino, Dolce & Gabana, Chanel, or Prada) no longer have to trek into Manhattan or Jersey for a Daffy's fix. Find European and American fashions for men, women and children, as well as housewares and accessories at up to 80 percent off regular retail prices. Cashmere and shearling are expected to be big sellers this holiday season. Find a LuLu Bravo cashmere sweater for $79, retail $198; Spanish skin shearlings from $399 for a jacket (retail $795) to $895 for a coat (retail $1,950).

**DSW**
Port Chester Plaza

24 Waterfront Pl. (914) 690-2841
13 City Pl., White Plains
(914) 285-1290
2490 Central Park Ave., Yonkers (914) 771-8001
www.dswshoe.com

Shoes, shoes, and more shoes (and, of course, boots, sandals, and sneakers too). Not last
season's misses, but the current one's hits, just 50 percent less than you'll find in the
department stores. Not the highest end designers, but a good selection of designer names
like BCBG and Prada. New stock comes in weekly.

**Empire State Flea Market Mall & Jewelry Exchange**
515 Boston Post Rd. (in the back of the Kohl's shopping center), Port Chester
(914) 939-1800

Established in 1976, this flea market features dozens of jewelers along with the standard
flea market fare of clothing, crafts, collectibles, and food. It is open every Friday,
Saturday, and Sunday throughout the year; open seven days a week from the day after
Thanksgiving through Christmas Eve.

**Filene's Basement**
City Center (Mamaroneck Ave. and
Main St.), White Plains
(914) 285-1290; www.filenesbasement.com

While this branch doesn't come close to the flagship store in Boston, no bargain shopper
can discount this source for discounted men's and women's fashions and accessories.

**Fox's**
440 White Plains Rd., Eastchester
(914) 793-1573

Designer fashions (the labels are cut out, but we know a good deal when we see one) at a
discount—selection changes five times a week, so visit often.

**Island Imports**
5F West Cross St., Hawthorne
(914) 747-1040

You've seen their bags, scarves, and accessories in catalogs like Coldwater Creek and
Soft Surroundings or at retail stores like Bloomingdale's, but never at the prices offered
at the twice a year (usually April and October) sales of samples and overstock at Island
Imports. On average, you'll save half off wholesale prices, so a $100 purse would cost
between $15 and $20. Scarves, necklaces, and bracelets are $10 each; earrings $5 a pair.

**Loehmann's**
29 Tarrytown Rd., White Plains
(914) 948-8090; www.Loehmanns.com

There's no shame in shopping at Loehmann's (the most fashionably dressed who drive
huge Benzes can be spotted poking through the racks). But warning: you will need a
killer fashion instinct and nerves of steel to shop in this no-frills discount store. The
racks are brimming with designer dresses, suits and tops with their labels cut out. Is that
a Calvin Klein jacket? Could that be a Bill Blass skirt? Perhaps. What's for certain is the
price. It's darn good.

**Marshalls**
Westchester Square Mall
221 N. Central Park Ave., Hartsdale
(914) 997-7904
 Waterfront at Port Plaza
20 Waterfront Pl., Port Chester
(914) 690-9380
www.marshallsonline.com

Save 20 to 60 percent off department store prices on men's, women's, and children's
apparel and accessories as well as household items. Marshalls won't name names, but I
will. On a recent visit, I found some very cute and very current Jones New York and
Carole Little sportswear. New merchandise arrives each week.

**Nine West Outlet**

US#1 (Kohl's Shopping Center)
Port Chester (914) 937-0603

Buy one pair of shoes and get the second pair at half price; boots at 50 percent off,
handbags at 30 percent off.

**M.W. Samara Jewelry**
2 Skyline Dr., Hawthorne
(914) 347-4200; www.mwsamara.com

One of the largest designers, manufacturers, and suppliers of sterling silver jewelry in
the United States, Samara normally sells its precious, semi-precious, and cubic zirconia-
embellished designs through TV shopping channels and department stores. But for
several days each month, it invites customers into its Hawthorne headquarters to snap up
products—at 60 to 80 percent below retail. Necklaces can start as low as $2.99 and go
up to $118.99; bracelets range from $3.50 to $120. The December sale runs every
Wednesday through Saturday until December 23, starting at 11 am.

**Target**
195A N. Bedford Rd., Mount Kisco
(914) 602-0004
500 E. Sanford Blvd., Mount Vernon
(914) 530-3000
9 City Pl., White Plains
(914) 821-0012
www.target.com

It seems like just yesterday that Westchesterites had to cross bridges and borders to find
a Target; now we have three of our very own offering up chic and cheap fashions and
housewares along with great prices on everyday necessities.

**TJ Maxx**
425 Central Ave., Hartsdale
(914) 682-5969
750 Central Park Ave., Yonkers
(914) 966-3601
600 East Sandford Blvd., Mount Vernon
(914) 665-8212
506 Main St., Mount Kisco
(914) 241-3292
10 Triangle Shopping Cntr., Yorktown Heights
( 914) 245-4745

Another venerable discount house, T.J. Maxx is a one-stop shop for women's, men's,
and children's clothing along with housewares.

**Arts & Entertainment**
*Here's how you can catch up on cultural offerings—on the cheap.*

**Books Are Fun**
(800) 864-4941; www.booksarefun.com
Discount code: DANIM1

This division of Readers Digest sells current books at discounts of 50 percent and more.
Examples: Emeril's TV Dinners for $9.99, cover price $25 (Barnes & Noble sells the
same book for $28); Oprah Winfrey Speaks for $5.49, cover price $16.95 (Barnes &
Noble: $19.95); Born to be Wild for $149.95, cover price $352. Bargains are fun, too!

**Hudson River Museum**
511 Warburton Ave., Yonkers
(914) 963-4550; www.hrm.org

The Hudson River Museum, the oldest museum in the county, is free from 5 to 8 pm
Fridays (normally $5) and free to children under five at all times. While visiting, be sure
to stop by the nearby Glenview Mansion, where six turn-of-the-century rooms are open
for viewing.

**Katonah Museum of Art**
Route 22 at Jay St., Katonah
(914) 232-9555; www.katonahmuseum.org

Tuesdays through Saturdays, you can visit the Katonah Museum from 10 am to noon for free (kids under 12 are always admitted for free) instead of the usual $3 ticket price. There are two indoor galleries, a sculpture garden and a learning center where children can learn about the exhibits in a hands-on, kid-friendly way.

**Neuberger Museum of Art**
Purchase College
735 Anderson Hill Rd., Purchase
(914) 251-6100; www.neuberger.org
Donald M. Kendall Sculpture
Garden at PepsiCo
700 Anderson Hill Road, Purchase

The sculpture gardens at corporate headquarters for PepsiCo are open to the public at no charge and when you visit there first, you can get free passes for the Neuberger Museum (usually $5) just across the street at Purchase College. The Neuberger is also free the first Saturday of every month, and children under 12 are always admitted for free. Look for free performances at the Neuberger on the first Wednesday of every month.

**Playland**
Playland Parkway, Rye
(914) 813-7010; www.ryeplayland.org

Weekday visitors to Playland can go on more rides for less this summer via Westchester Appreciation Nights, a variety of discount programs and concert series specials. Appreciation Nights: Rides are discounted one point from the usual two to four points each on certain evenings during the summer. Buy a 36-point card ($28) and get eight extra points.

Early Bird Special: From 5 to 7 pm on Wednesdays, Thursdays (not applicable on concert nights), and Fridays, visitors get bonus points on all point cards.

**The Union Church of Pocantico Hills**
555 Bedford Rd. #1, Pocantico Hills
(914) 631-8200; www.hudsonvalley.org

It's not exactly free (a $5 donation is requested), but it would be a sin not to make a pilgrimage to pay homage to the stained glass windows here—nine by Chagall and one by Matisse, commissioned by the Rockefellers. These windows represent the only cycle of Chagall church windows in America and the last completed work of Henri Matisse. If you go to Sunday services, there is a possibility you'll spot a Rockefeller or two.

**Food & Wine**
*How to get a belly full of meat—and keep your wallet full with money.*

**Cole's Market**
2147 Albany Post Rd., Montrose
(914) 737-7737

A third-generation gourmet/butcher shop, Cole's is a local favorite for those who live along the river from Croton to Peekskill. A family dinner for four includes a meat dish, starch (like twice-baked potatoes) and veggies for $19.95. No tipping necessary!

**Festivities**
22 Main St., Hastings-on-Hudson
(914) 478-3621

Remember penny candy? Find it here and satisfy your sweet tooth for a buck or less.

**Mount Kisco Smokehouse**
520 Lexington Ave., Mount Kisco
(914) 244-0702

Buy the same salmon the best restaurants all over the country purchase. Choose from a variety of smoked seafood, imported cheeses, homemade balsamic vinegar and fresh barrel pickles—all at discounted prices.

**Hubba**
24 N. Main St., Port Chester
(914) 393-727

Good food available for cheap and at all hours (open from 10 am to 4 am). Try the chili cheese dog for only $2.50. And you can't beat the décor: all $1 bills.

**Southbound Bar-B-Que**
301 Columbus Ave., Valhalla
(914) 644-7427; www.southboundbbq.com

Next time you get a hankering for barbecue, mosey on over to Southbound, for an all-you-can-eat barbecue lunch and all the fixin's for just $9.95.

**Hair & Beauty**
*With prices for cut and color in the county inching up toward the stratospheric heights of Manhattan, it's nice to know where to score a real bargain or two.*

**Beautiful Hair Color Salon**
36 Wheeler Ave., Pleasantville
(914) 741-2428

Franco Marino is the go-to guy when you're looking to change your look. But, with prices at the salon starting at $40, perfection doesn't come cheap. Except on Tuesday evenings, when the salon conducts advanced cutting and color classes and needs models to work on—for free.

**Le Collage**
200 E. Main St., Mount Kisco
(914) 241-0084; www.lecollagesalon.com

Co-owner Michael Dominici and his staff hold classes for their junior apprentices each week: haircuts on Tuesdays starting at 5:30 pm, color on Friday mornings starting at 8. Cuts usually run $59 to $70, color starts at $75, but they are free at these times. Book early.

**Richard Scott Salon and Day Spa**
15-17 S. Moger Ave., Mount Kisco
(914) 242-1700; www.richardscottsalon.com

Every other Wednesday, Richard Scott Salon and Day Spa holds an education class for assistants; one week they may learn cutting techniques, another color. All services are free (standard fees start at $65 for color or cuts). Call in advance to find what sessions will be offered.

# Exhibit 93

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 20:34:12 ET

**Serial Number:** 74432212 <u>Assignment Information</u>       <u>Trademark Document Retrieval</u>

**Registration Number:** 1949959

**Mark**



**(words only):** LULU'S BAIT SHACK

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-07-25

**Filing Date:** 1993-09-03

**Transformed into a National Application:** No

**Registration Date:** 1996-01-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-09-26

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LEVINE, JEFF

**Address:**
LEVINE, JEFF
5100 W. COPANS ROAD SUITE 410
MARGATE, FL 33063
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 021
**Class Status:** Active
drinking glass holders
**Basis:** 1(a)
**First Use Date:** 1993-05-30
**First Use in Commerce Date:** 1993-05-30

**International Class:** 025
**Class Status:** Active
mens' and ladies' T-shirts, hats, baseball jerseys, golf shirts, and boxer shorts
**Basis:** 1(a)
**First Use Date:** 1993-04-01
**First Use in Commerce Date:** 1993-04-01

**International Class:** 042
**Class Status:** Active
restaurant services
**Basis:** 1(a)
**First Use Date:** 1993-04-01
**First Use in Commerce Date:** 1993-04-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-09-26 - Case File In TICRS

2006-08-09 - Undeliverable Mail - Courtesy Copy Mailed

2006-07-25 - First renewal 10 year

2006-07-25 - Section 8 (10-year) accepted/ Section 9 granted

2006-07-17 - Assigned To Paralegal

2006-04-03 - Combined Section 8 (10-year)/Section 9 filed

2006-04-03 - PAPER RECEIVED

2002-03-22 - Section 8 (6-year) accepted

2002-01-19 - Section 8 (6-year) filed

1996-01-23 - Registered - Principal Register

1995-10-31 - Published for opposition

1995-10-02 - Notice of publication

1994-01-10 - Approved for Pub - Principal Register (Initial exam)

1994-01-07 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
JEFF LEVINE
2500 N.W. 49TH STREET
BOCA RATON, FL 33434

Exhibit 94



GUESTBOOK
CALENDAR
MUSIC ON

HOME | MENUS | LOCATIONS | SPECIALS



Eat Me!

## CAJUN RESTAURANT & BAYOU BAR

An Award Winning Mix Of Fresh Seafood, Chicken, Beef, Sandwiches and Traditional New Orleans Fare Facilities include:

- Full Bar
- Outdoor Dining
- Childrens Menu
- Large Parties Welcome
- Private Functions
- Casual Atmosphere

### MOTLEY CRUE
**PLAYED AT LULU's**
**(Click On Picture)**







**Bikini Drink Specials**
These cocktails have been specially formulated to look good in a bikini!!
**Click Here**





Ft Lau                              to be

**Ft Lauderdale**

Home | Menus | Location | Calendar | Specials || Guestbook | Contact Us

17 S. Ft Lauderdale Beach Blvd.
Ste 212, Fort Lauderdale,   FL 33316
(954) 463-7425

Email: **Donna@lulusbaitshack.com**

design by **emcc**

# Exhibit 95

# Internet Archive Wayback Machine

WAYBACKMACHINE
INTERNET ARCHIVE

Enter Web Address: http://

[Take Me Back]  All  Adv. Search  Compare Archive Pages

Searched for http://www.lulusbaitshack.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 23, 2007

**80 Results**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 6 pages | 2 pages | 13 pages | 22 pages | 13 pages | 13 pages | 5 pages |
| | | | | | Jan 24, 2001 * | Jan 25, 2002 | May 27, 2003 * | Feb 08, 2004 | Jan 28, 2005 | Jan 12, 2006 | Feb 06, 2007 |
| | | | | | Feb 01, 2001 | Mar 25, 2002 | Jun 07, 2003 | Mar 04, 2004 | Feb 05, 2005 * | Feb 02, 2006 | Apr 27, 2007 |
| | | | | | Feb 10, 2001 | | Aug 02, 2003 | Mar 27, 2004 * | Feb 07, 2005 | Feb 03, 2006 | Jun 20, 2007 |
| | | | | | May 19, 2001 * | | Aug 04, 2003 | Mar 31, 2004 | Mar 05, 2005 * | Jun 13, 2006 * | Jun 30, 2007 |
| | | | | | May 22, 2001 | | Sep 23, 2003 * | Apr 01, 2004 | Mar 08, 2005 | Jun 15, 2006 | Jul 05, 2007 |
| | | | | | Dec 03, 2001 | | Oct 01, 2003 | May 07, 2004 | Apr 04, 2005 | Jun 18, 2006 | |
| | | | | | | | Oct 08, 2003 | May 12, 2004 | May 25, 2005 * | Jul 08, 2006 | |
| | | | | | | | Oct 16, 2003 | May 19, 2004 | May 26, 2005 | Jul 09, 2006 | |
| | | | | | | | Nov 19, 2003 | Jun 04, 2004 | Aug 16, 2005 * | Jul 18, 2006 | |
| | | | | | | | Nov 21, 2003 | Jun 07, 2004 | Aug 28, 2005 | Jul 21, 2006 | |
| | | | | | | | Nov 25, 2003 | Jun 11, 2004 | Nov 18, 2005 * | Aug 10, 2006 * | |
| | | | | | | | Nov 28, 2003 | Jun 12, 2004 | Dec 07, 2005 | Oct 04, 2006 * | |
| | | | | | | | Dec 03, 2003 | Aug 06, 2004 | Dec 21, 2005 | Dec 05, 2006 | |
| | | | | | | | | Aug 26, 2004 | | | |
| | | | | | | | | Sep 02, 2004 | | | |
| | | | | | | | | Sep 04, 2004 | | | |
| | | | | | | | | Sep 24, 2004 | | | |
| | | | | | | | | Oct 11, 2004 | | | |
| | | | | | | | | Nov 27, 2004 * | | | |
| | | | | | | | | Dec 06, 2004 | | | |
| | | | | | | | | Dec 12, 2004 | | | |
| | | | | | | | | Dec 31, 2004 | | | |

# Exhibit 96

# SPECIMEN

**Internet Transmission Date:**
01192002

**Registration Number:**
1949959

**Class Number:**
021

**Serial Number:**
74432212





# SPECIMEN

**Internet Transmission Date:**
01192002

**Registration Number:**
1949959

**Class Number:**
025

**Serial Number:**
74432212





# SPECIMEN

**Internet Transmission Date:**
01192002

**Registration Number:**
1949959

**Class Number:**
042

**Serial Number:**
74432212



