

# Exhibit 97

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:29:30 ET

**Serial Number:** 78336763 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 3091018

**Mark**



**(words only):** LULU'S RED HOTS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-05-09

**Filing Date:** 2003-12-05

**Transformed into a National Application:** No

**Registration Date:** 2006-05-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-03-31

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Weinerwerks, L.L.C.

**Address:**
Weinerwerks, L.L.C.
147 Delta Drive
Pittsburgh, PA 15238
United States
**Legal Entity Type:** Ltd Liab Co

**State or Country Where Organized:** Pennsylvania
**Phone Number:** 412-261-1600

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
clothing, namely shirts and hats
**Basis:** 1(a)
**First Use Date:** 2004-10-01
**First Use in Commerce Date:** 2004-10-01

**International Class:** 043
**Class Status:** Active
restaurant services
**Basis:** 1(a)
**First Use Date:** 2004-10-01
**First Use in Commerce Date:** 2004-10-01

## ADDITIONAL INFORMATION

**Disclaimer:** "RED HOTS"

**Description of Mark:** The mark consists of the wording "LuLu's" in large cursive writing over the design of a hot dog containing the words "Red Hots" in lettering.

**Design Search Code(s):**
**08.11.03** - Frankfurters; Hot dogs; Salami; Sausage

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-05-09 - Registered - Principal Register

2006-03-29 - Law Office Registration Review Completed

2006-03-24 - Assigned To LIE

2006-03-23 - Allowed for Registration - Principal Register (SOU accepted)

2006-03-21 - Statement of use processing complete

2006-03-06 - Amendment to Use filed

2006-03-06 - TEAS Statement of Use Received

2006-01-03 - Notice of allowance - mailed

2005-10-11 - Published for opposition

2005-09-21 - Notice of publication

2005-08-23 - Law Office Publication Review Completed

2005-08-12 - Assigned To LIE

2005-08-05 - Approved for Pub - Principal Register (Initial exam)

2005-08-02 - Applicant/Correspondence Changes (Non-Responsive) Entered

2005-03-17 - TEAS Change Of Correspondence Received

2004-10-13 - Assigned To LIE

2004-09-10 - TEAS Response to Office Action Received

2004-06-25 - Non-final action e-mailed

2004-06-24 - Assigned To Examiner

2003-12-31 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Pete A. Fuscaldo

**Correspondent**
Pete A. Fuscaldo, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
30th Floor Citizens Bank Building
525 William Penn Place
Pittsburgh PA 15219
Phone Number: 412.261.1600
Fax Number: 412.227.5551

---

# Exhibit 98





# Lulu's

## RED HOTS

*FRESH, FRIENDLY, & FUN*



# 412-635-7177

**OPEN 7 DAYS A WEEK**

**4885 McKNIGHT ROAD**
**McKNIGHT SIEBERT SHOPPING CENTER**
(Next to Starbucks)

*SAVE TIME IN LINE — USE OUR CALL-AHEAD ORDERING.*

---

## BEER AND WINE!

| BEER | Eat-in only | | |
|---|---|---|---|
| **DRAFT** | | GLASS | PITCHER |
| Yuengling, Coors Light | | 2.25 | 8.00 |
| **BOTTLES** | | BOTTLES | |
| Corona, Michelob Ultra, Rolling Rock | | 2.95/3.50 | |

### WINES BY THE GLASS
| | |
|---|---|
| Chardonnay | 4.25 |
| Pinot Grigio | |
| Cabernet | |
| Merlot | |

## DRINKS!

### SOFT DRINKS
| | |
|---|---|
| Coke, Diet Coke, Lite Lemonade, Iced Tea, Dr. Pepper, Barq's Root Beer, Sprite, Hi-C Orange | 1.50 |

### BOTTLED DRINKS
| | |
|---|---|
| Bottled Water | 1.50 |
| Gatorade | 1.95 |
| IBC Root Beer and Black Cherry | 1.65 |

### LIFESAVERS SSSLUSHERS
| | |
|---|---|
| Cherry and Green Apple | 1.75 |

### HOT DRINKS
| | |
|---|---|
| Coffee | 1.25 |
| Decaf Coffee | 1.25 |
| Hot Tea | 1.25 |

---

## RED HOTS! TO GO
Steamed Hot Dogs

**BUY 'EM BY THE BUNCH!**

| 3 | 6 | 12 |
|---|---|---|
| FOR | FOR | FOR |
| 2.97 | 5.94 | 11.88 |



## DOM & DAWGS!
2 Lulu's Red Hots and a Bottle of Dom Perignon.    150.00



## CALL-AHEAD AND LARGE ORDERS
Please give us a ring for your next event.

### 412-635-7177

## THE STORY BEHIND LULU'S!

*EVER WONDER WHY A HOT DOG LOVER CAN'T GET A GOOD DOG EXCEPT AT THE BALL PARK OR ON THE FOURTH OF JULY? WE DID TOO. THAT'S WHY WE CREATED LULU'S. LULU'S SERVES A MIGHTY FINE HOT DOG, PLAIN AND SIMPLE. SO ENJOY! LULU'S IS A WORK IN PROGRESS. GETTING BETTER EVERY DAY. WE'D LOVE YOUR SUGGESTIONS SO WE MAY PERFECT A MASTERPIECE.*

# Exhibit 99

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 16:37:34 ET

**Serial Number:** 74240396 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 1738810

**Mark**



**(words only):** LULU'S NEW ORLEANS CAFE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-15

**Filing Date:** 1992-01-27

**Transformed into a National Application:** No

**Registration Date:** 1992-12-08

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 14

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-20

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. BLACKIE'S HOUSE OF BEEF, INC.

**Address:**
BLACKIE'S HOUSE OF BEEF, INC.
1217 22ND ST., N.W.

WASHINGTON, DC 20037
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** D.C.

---

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active
restaurant and cocktail lounge services
**Basis:** 1(a)
**First Use Date:** 1991-10-18
**First Use in Commerce Date:** 1991-10-18

---

## ADDITIONAL INFORMATION

**Disclaimer:** "NEW ORLEANS CAFE"

**Design Search Code(s):**
**03.19.09** - Crawfish; Crayfish; Crustaceans; Lobsters; Prawns; Shrimp
**03.19.24** - Stylized fish, whales, seals, sea lions
**04.09.01** - Face Masks (costume); Masks, Halloween (costume); Masks, theatrical masks
**22.01.10** - Brass instruments, including trumpets, bugles, tubas, trombones, hunting horns and post horns; Bugles; Trombones; Trumpets; Tubas
**26.03.02** - Ovals, plain single line; Plain single line ovals
**26.11.27** - Oblongs not used as carriers for words, letters or designs

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-03-15 - First renewal 10 year

2003-03-15 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-09 - Combined Section 8 (10-year)/Section 9 filed

2002-12-09 - PAPER RECEIVED

1999-02-26 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-10-19 - Section 8 (6-year) and Section 15 Filed

1992-12-08 - Registered - Principal Register

1992-09-15 - Published for opposition

1992-08-14 - Notice of publication

1992-06-04 - Approved for Pub - Principal Register (Initial exam)

1992-06-04 - Examiner's amendment mailed

1992-04-03 - Non-final action mailed

1992-03-26 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
KEVIN G SMITH

**Correspondent**
KEVIN G SMITH
SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20037-3213

---

Exhibit 100

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 16:39:05 ET

**Serial Number:** 76476564 <u>Assignment Information</u>         <u>Trademark Document Retrieval</u>

**Registration Number:** 2771467

**Mark (words only):** LULU'S CLUB MARDI GRAS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-10-07

**Filing Date:** 2002-12-18

**Transformed into a National Application:** No

**Registration Date:** 2003-10-07

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-10-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. BLACKIE'S HOUSE OF BEEF, INC.

**Address:**
BLACKIE'S HOUSE OF BEEF, INC.
1217 22nd Street, N.W.
Washington, DC 20037
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** D.C.

---

## GOODS AND/OR SERVICES

**International Class:** 043
**Class Status:** Active

RESTAURANT AND COCKTAIL LOUNGE SERVICES
**Basis:** 1(a)
**First Use Date:** 1998-12-31
**First Use in Commerce Date:** 1998-12-31

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1738810

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-10-07 - Registered - Principal Register

2003-07-15 - Published for opposition

2003-06-25 - Notice of publication

2003-05-19 - Approved for Pub - Principal Register (Initial exam)

2003-05-19 - Examiner's amendment mailed

2003-05-16 - Assigned To Examiner

2003-05-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Kevin G. Smith

**Correspondent**
KEVIN G. SMITH
SUGHRUE MION PLLC
2100 PENNSYLVANIA AVE NW
WASHINGTON DC 20037-3202
Phone Number: (202) 775-7566
Fax Number: 202.293.7860

# Exhibit 101



# Halloween Specialties

## THUNDERDOME

Made with Ciclon, Cranberry Juice and Sprite

## BAT BITE

Made with Bacardi Rum, Raspberry Liquer and
Cranberry Juice

# Exhibit 102

—

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:34:34 ET

**Serial Number:** 78916097 <u>Assignment Information</u>       <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** LULU KING'S

**Standard Character claim:** No

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2007-06-25

**Filing Date:** 2006-06-23

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 117

**Attorney Assigned:**
LOVELACE JAMES B <u>Employee Location</u>

**Current Location:** M8X -Law Office 117 - Examining Attorney Assigned

**Date In Location:** 2007-06-23

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KING'S SEAFOOD COMPANY, LLC

**Address:**
KING'S SEAFOOD COMPANY, LLC
3185 AIRWAY AVENUE, SUITE H
COSTA MESA, CA 92626
United States

**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 043
**Class Status:** Active
RESTAURANT SERVICES
**Basis:** 1(a)
**First Use Date:** 2006-02-00
**First Use in Commerce Date:** 2006-02-00

## ADDITIONAL INFORMATION

**Description of Mark:** The mark consists of a stylized mermaid in a seated position wearing a crown. Below the mermaid is a banner containing the word LULU and below the banner the word KING'S appears between two stars.

**Design Search Code(s):**
**01.01.09** - Stars, two; Two stars
**01.01.13** - Stars - multiple stars with five points
**04.03.03** - Mermaids; Triton
**24.09.07** - Advertising, banners; Banners
**24.11.02** - Crowns open at the top

**Prior Registration Number(s):**
1986290
2138464
2611344

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-06-25 - Non-final action mailed

2007-06-23 - Non-Final Action Written

2007-06-14 - Amendment From Applicant Entered

2007-06-14 - Communication received from applicant

2007-06-14 - Assigned To LIE

2007-05-30 - FAX RECEIVED

2007-05-30 - FAX RECEIVED

2006-11-30 - Examiner's Amendment/Priority Action Mailed

2006-11-30 - Examiners Amendment And/Or Priority Action - Completed

2006-11-20 - Assigned To Examiner

2006-11-01 - Automatic Update Of Assignment Of Ownership

2006-08-01 - Applicant amendment prior to exam entered

2006-08-01 - TEAS Preliminary Amendment Received

2006-06-30 - Notice Of Design Search Code Mailed

2006-06-29 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jessie K. Reider, California Bar No. 237,113

**Correspondent**
JESSIE K. REIDER, CALIFORNIA BAR NO. 237
FULWIDER PATTON LLP
200 OCEANGATE STE 1550
LONG BEACH, CA 90802-4363
Phone Number: 562-432-0453
Fax Number: 562-435-6014

---

# Exhibit 103