Lulu Enterprises, Inc. v. N-F Newsite, LLC et al  
Case 5:07-cv-00347-D   Document 61-3   Filed 10/09/2007   Page 1 of 1  
Doc. 61 Att. 2

