

# Exhibit 104

**Latest Status Info**

Page 1 of 3

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-23 17:22:18 ET

Serial Number: 75470145 Assignment Information          Trademark Document Retrieval

Registration Number: 2517778

**Mark**



**(words only):** LULU THERAPY ON A LEASH, INC.

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-12-11

**Filing Date:** 1998-04-20

**Transformed into a National Application:** No

**Registration Date:** 2001-12-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-01-05

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Therapy On A Leash, Inc.

**Address:**
Therapy On A Leash, Inc.
3825 Cobble Circle
Norman, OK 73072
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** Oklahoma

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
animal-assisted therapy training manuals and reference books, stickers, stationery, calendars, cards, photographs, pencils and pens
**Basis:** 1(a)
**First Use Date:** 2001-06-15
**First Use in Commerce Date:** 2001-06-15

**International Class:** 021
**Class Status:** Active
mugs and glasses
**Basis:** 1(a)
**First Use Date:** 2001-06-15
**First Use in Commerce Date:** 2001-06-15

**International Class:** 025
**Class Status:** Active
clothing items, namely, hats, shirts, jackets, shorts s and pants
**Basis:** 1(a)
**First Use Date:** 2001-06-15
**First Use in Commerce Date:** 2001-06-15

**International Class:** 041
**Class Status:** Active
educational services, namely, conducting classes, seminars, lectures, demonstrations, and multimedia presentations in the field of the use of animals for purposes of providing therapy to human beings; training animals for purposes of providing therapy to human beings
**Basis:** 1(a)
**First Use Date:** 2001-06-15
**First Use in Commerce Date:** 2001-06-15

## ADDITIONAL INFORMATION

**Disclaimer:** "INC."

**Design Search Code(s):**
03.01.08 - Dogs; Puppies
09.03.08 - Ascots; Bandannas; Neckerchiefs; Scarves

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-05 - Case File In TICRS

2001-12-11 - Registered - Principal Register

2001-09-18 - Allowed for Registration - Principal Register (SOU accepted)

2001-09-05 - Statement of use processing complete

2001-08-23 - Amendment to Use filed

2001-03-23 - Extension 4 granted

2001-02-22 - Extension 4 filed

2000-10-28 - Extension 3 granted

2000-08-21 - Extension 3 filed

2000-04-13 - Extension 2 granted

2000-02-22 - Extension 2 filed

1999-09-23 - Extension 1 granted

1999-08-23 - Extension 1 filed

1999-02-23 - Notice of allowance - mailed

1998-12-01 - Published for opposition

1998-10-30 - Notice of publication

1998-09-10 - Approved for Pub - Principal Register (Initial exam)

1998-09-08 - Examiner's amendment mailed

1998-09-01 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
NEAL R KENNEDY

**Correspondent**
NEAL R KENNEDY
MCAFEE & TAFT
2 LEADERSHIP SQ
211 N ROBINSON 10TH FL
OKLAHOMA CITY OK 73102

# Exhibit 105