



## Therapy On A Leash, Inc.



Therapy on a Leash began in the spring of 1996. Allison Welder obtained a chocolate brown Labrador Retriever puppy and named her LuLu. LuLu and Allison went through various levels of obedience and skills training. LuLu became a nationally registered therapy dog with Delta Society and Therapy Dogs International. Allison and LuLu started their team therapy work in Oklahoma City at Children's and St. Anthony's hospitals in 1997. Upon moving to Las Vegas, we became a member of the K9 Therapists of Las Vegas and have volunteered at University Medical Center, Nathan Adelson Hospice, and Sunrise Children's Hospital. We currently visit the children at Sunrise 2-4 times per month. For the last decade, the mission of Therapy on a Leash, Inc. has been to cheer the sick, inspire the hopeless, and provide unconditional love.



# Exhibit 106

Internet Archive Wayback Machine

INTERNET ARCHIVE
WaybackMachine

Enter Web Address: http://

Take Me Back    All    Adv. Search  Compare Archive Pages

Searched for http://www.therapyonaleash.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

# Search Results for Jan 01, 1996 - Sep 23, 2007

**51 Results**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 2 pages | 0 pages | 4 pages * | 5 pages | 12 pages * | 12 pages | 7 pages | 5 pages | 1 pages |
| | | | Oct 09, 1999 * | | Jul 19, 2001 * | Jan 21, 2002 | Mar 19, 2003 * | Jan 02, 2004 | Jan 30, 2005 | Jan 01, 2006 | Feb 09, 2007 |
| | | | Nov 14, 1999 | | Jul 25, 2001 * | Feb 05, 2002 | Apr 20, 2003 * | Feb 07, 2004 | Feb 06, 2005 | Sep 09, 2006 * | |
| | | | | | Nov 29, 2001 | Apr 01, 2002 | Apr 21, 2003 | Feb 08, 2004 | Mar 05, 2005 | Sep 11, 2006 | |
| | | | | | Dec 13, 2001 | Apr 02, 2002 | Jun 08, 2003 | Mar 29, 2004 | Apr 05, 2005 | Sep 25, 2006 | |
| | | | | | | Apr 06, 2002 | Jun 10, 2003 | Apr 02, 2004 | Aug 28, 2005 * | Dec 30, 2006 | |
| | | | | | | | Aug 10, 2003 | May 18, 2004 | Oct 25, 2005 | | |
| | | | | | | | Sep 27, 2003 | Jun 10, 2004 | Dec 15, 2005 | | |
| | | | | | | | Oct 08, 2003 | Aug 25, 2004 | | | |
| | | | | | | | Oct 24, 2003 | Sep 26, 2004 | | | |
| | | | | | | | Nov 26, 2003 | Oct 11, 2004 | | | |
| | | | | | | | Dec 07, 2003 | Nov 29, 2004 | | | |
| | | | | | | | Dec 13, 2003 | Dec 06, 2004 | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 107

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:27:20 ET

**Serial Number:** 76527133 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 3101153

**Mark**



**(words only):** LU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-06-06

**Filing Date:** 2003-06-30

**Transformed into a National Application:** No

**Registration Date:** 2006-06-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-04-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. LOLITA S.A.

**Address:**
LOLITA S.A.
Avda. 18 de Julio 1817
Montevido
Uruguay
**Legal Entity Type:** Joint Stock Company

**State or Country Where Organized:** Uruguay

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing, namely, Bandanas, Neckerchiefs, Bathing suits, Belts, Berets, Bodices, Lingerie, Camisoles, Coats, Gabardines, Gloves, Gowns, Dressing gowns, Hats, Hosiery, Jackets, Blazers, Shorts, Jerseys, Overcoats, Pajamas, Pants, Panties, Parkas, Petticoats, Pullovers, Pyjamas, Shirts, Skirts, Spats, Stockings, Suits, Bathing Suits, Sweaters, Swimsuits, Trousers, Underclothing, Underpants, Underwear, Uniforms, Vests, Waterproof clothing
**Basis:** 1(a)
**First Use Date:** 2005-01-10
**First Use in Commerce Date:** 2005-01-10

**International Class:** 035
**Class Status:** Active
Retail Store Services, featuring clothing, and clothing accessories
**Basis:** 1(a)
**First Use Date:** 2005-01-10
**First Use in Commerce Date:** 2005-01-10

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**26.09.21** - Squares that are completely or partially shaded

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-06-06 - Registered - Principal Register

2006-04-21 - Law Office Registration Review Completed

2006-04-14 - Assigned To LIE

2006-04-10 - Allowed for Registration - Principal Register (SOU accepted)

2006-04-08 - Statement of use processing complete

2005-06-21 - Amendment to Use filed

2005-06-21 - PAPER RECEIVED

2005-01-04 - Notice of allowance - mailed

2004-10-12 - Published for opposition

2004-09-22 - Notice of publication

2004-08-17 - Law Office Publication Review Completed

2004-08-16 - Assigned To LIE

2004-08-08 - Approved for Pub - Principal Register (Initial exam)

2004-08-04 - Examiner's Amendment Entered

2004-08-04 - Examiner's amendment mailed

2004-06-01 - Communication received from applicant

2004-06-01 - Communication received from applicant

2004-06-01 - PAPER RECEIVED

2004-01-20 - Non-final action mailed

2004-01-18 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Scott D. Woldow

**Correspondent**
SCOTT D. WOLDOW
SMITH, GAMBRELL & RUSSELL, L.L.P.
1850 M STREET, N.W., SUITE 800
WASHINGTON, D.C. 20036
Phone Number: (202) 263-4300
Fax Number: (202) 263-4329

**Domestic Representative**
Smith, Gambrell & Russell, L.L.P.
Phone Number: (202) 263-4300
Fax Number: (202) 263-4329

---

# Exhibit 108



# LOLITA


my account  cart contents  checkout  consults

History | Our Stores | Gift Voucher FAQ | Customer Service | Franchising Form | Press | Interviews | Lolita Franchising

Top » Catalog » History

Sunday 23 September, 2007

- Blazers & Coats
- Blouses & Jackets
- Cardigans
- Jackets
- Shoes , Handbags & Accesories
- Skirts & Dresses
- Sweaters
- T-Shirts
- Trousers
- Cost Gift


ENDEAVOR
SELECTED
ENTREPRENEUR









## History

Our company is a chain of ladies clothing boutiques with headquarters located in Uruguay, and stores in the mayor cities within the country (Montevideo, Punta del Este, Colonia and Salto). Moreover, Lolita has conquered the Latin american and European markets, having today more than 50 stores in 15 countries with franchises and company owned stores.

Lolita was founded by sisters Greta and Lolita Engelman in the year 1960, in the city of Punta del Este, Uruguay. By 1977 they already had a few stores in that city and decided to open the first store en Montevideo (Uruguay's capital).

In 1986, the company changed its only local producer profile and started to import textile products from USA, Brasil, Chile, etc. This change transformed Lolita from retailer to wholesaler.

In 1996, it was the first Uruguayan boutique to launch an internet site.

In 1999, the company Fruit of the Loom granted Lolita with a license to produce and distribute its line of products in Uruguay and Paraguay.

By December of that year, Lolita created its virtual store by means of an strategic alliance with Starmedia in order to include it in its site.

Reaching the year 2001, the company begins its international expansion by acquiring Casa Lu, a company located in southern Brasil. From then on, the once Casa Lu stores were renamed to Casa Lu by Lolita. Soon, Casa Lu by Lolita expanded itself, reaching 7 stores in Porto Alegre and surrounding cities.

During midyear of 2002, the international expansion continued by creating a franchise model. If first franchise came to light in the Canary Islands of Spain. From that moment on, franchises have been opened in Bolivia, Chile, Colombia, Costa Rica, El Salvador, Guatemala, Panama, Honduras and Nicaragua. In coming months, new stores will be opened in Puerto Rico, Israel, Mexico, Peru and the middle east.

At the end of that year, after a long process, Lolita was selected as an Endeavor company. This prestigious award enabled Lolita to receive the advice from consultancy teams of MBA students from some of the best USA universities, such as MIT, Wharton and Columbia.

The garments that compose Lolita's collections have been evolving from a local and regional approach to an international aesthetics concept. This concept focuses on a global feminine taste. Lolita offers the world's fashion to a cosmopolitan consumer, educated and well informed, who visits its stores in 15 countries. This collections are produced in Uruguay and diverse world regions, aiming to

Shopping Cart
0 items

Quick Find

**Advanced Search**

optimize each region's advantage for each line of garments. Lolita's design team creates this collections following the world's fashion tendencies.

Lolita delivers to its clients a high quality and international wardrobe. All that at a fair price.

To satisfy the needs of our clients in any part of the world it's the main focus of the entire Lolita team.

Lolita is warmth, color and quality, from Uruguay to the world.

 Continue



▷ Franquicias Lolita : Conozca mas acerca de nuestras posibilidades de franquicias

▷ 2do. Congreso Internacional de Franquicias Lolita 4 a 6 de Febrero 2006

▷ Lolita apoya a:



Ceprodih



América Mama

Privacy Policy | Security | Care of your clothes | Returns Policy

# Exhibit 109

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://www.lolitavirtual.com



**Enter Web Address:** http://

| Take Me Back | | All | Adv. Search  Compare Archive Pages

Searched for http://www.lolitavirtual.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

# Search Results for Jan 01, 1996 - Sep 24, 2007

**80 Results**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 1 pages | 5 pages | 15 pages | 24 pages | 14 pages | 4 pages | 9 pages | 6 pages |
| | | | | Dec 06, 2000 * | Feb 08, 2001 | Mar 25, 2002 * | Jan 30, 2003 | Feb 04, 2004 | Jan 31, 2005 | Jan 08, 2006 | Jan 13, 20 |
| | | | | | Mar 02, 2001 | Mar 28, 2002 | Feb 03, 2003 | Feb 19, 2004 | Feb 04, 2005 | Feb 02, 2006 | Feb 19, 20 |
| | | | | | Mar 31, 2001 | Mar 30, 2002 | Feb 11, 2003 | Mar 21, 2004 | May 23, 2005 | Feb 09, 2006 | Apr 01, 20 |
| | | | | | Sep 22, 2001 * | May 26, 2002 * | Feb 17, 2003 * | May 19, 2004 * | Sep 23, 2005 * | Mar 04, 2006 | Apr 02, 20 |
| | | | | | Nov 27, 2001 * | May 27, 2002 | Mar 30, 2003 | Jun 05, 2004 | | Jun 13, 2006 | Apr 21, 20 |
| | | | | | | May 31, 2002 * | Mar 31, 2003 | Jun 12, 2004 | | Jul 08, 2006 * | Jun 23, 20 |
| | | | | | | Jun 02, 2002 | Apr 07, 2003 | Jun 15, 2004 | | Aug 04, 2006 | |
| | | | | | | Jul 20, 2002 * | Apr 08, 2003 | Jul 27, 2004 | | Oct 04, 2006 | |
| | | | | | | Jul 21, 2002 | Apr 26, 2003 | Jul 28, 2004 | | Dec 05, 2006 | |
| | | | | | | Aug 02, 2002 | May 22, 2003 | Sep 01, 2004 | | | |
| | | | | | | Sep 25, 2002 | May 24, 2003 | Sep 25, 2004 | | | |
| | | | | | | Sep 27, 2002 | Jun 01, 2003 | Sep 26, 2004 | | | |
| | | | | | | Nov 25, 2002 * | Jun 21, 2003 | Nov 27, 2004 * | | | |
| | | | | | | Nov 26, 2002 | Jun 29, 2003 | Dec 17, 2004 | | | |
| | | | | | | Dec 01, 2002 | Aug 04, 2003 | | | | |
| | | | | | | | Aug 05, 2003 | | | | |
| | | | | | | | Oct 02, 2003 | | | | |
| | | | | | | | Oct 14, 2003 | | | | |
| | | | | | | | Oct 22, 2003 | | | | |
| | | | | | | | Oct 27, 2003 * | | | | |
| | | | | | | | Nov 24, 2003 * | | | | |
| | | | | | | | Nov 26, 2003 | | | | |
| | | | | | | | Nov 27, 2003 | | | | |
| | | | | | | | Dec 27, 2003 | | | | |

9/23/2007 8:01 PM

# Exhibit 110

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:21:00 ET

**Serial Number:** 76008214 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2989873

**Mark (words only):** BABY LULU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2005-08-30

**Filing Date:** 2000-03-23

**Transformed into a National Application:** No

**Registration Date:** 2005-08-30

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-07-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Smith, R. Leland B., Jr

**Address:**
Smith, R. Leland B., Jr
2140 East 7th Place, #A1S
Los Angeles, CA 90021
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

2. Murphy, Erin L.

**Address:**
Murphy, Erin L.
2140 East 7th Place, #A1S
Los Angeles, CA 90021
United States
**Legal Entity Type:** Individual

**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 020
**Class Status:** Active
Pillows
**Basis:** 1(a)
**First Use Date:** 2000-12-01
**First Use in Commerce Date:** 2000-12-08

**International Class:** 024
**Class Status:** Active
Bedding, namely, crib bumpers, quilts, blankets, duvet covers, crib skirts, sheets, pillow cases, bed skirts and shams
**Basis:** 1(a)
**First Use Date:** 2000-12-01
**First Use in Commerce Date:** 2000-12-08

**International Class:** 025
**Class Status:** Active
Clothing, namely, socks and pajamas
**Basis:** 1(a)
**First Use Date:** 2000-12-01
**First Use in Commerce Date:** 2000-12-08

---

## ADDITIONAL INFORMATION

**Disclaimer:** "BABY"

**Prior Registration Number(s):**
1888560

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-08-30 - Registered - Principal Register

2005-07-21 - Law Office Registration Review Completed

2005-07-15 - Assigned To LIE

2005-07-13 - Allowed for Registration - Principal Register (SOU accepted)

2005-07-01 - Statement of use processing complete

2005-05-16 - Amendment to Use filed

2005-05-16 - PAPER RECEIVED

2005-02-14 - Extension 5 granted

2005-01-09 - Extension 5 filed

2005-01-11 - PAPER RECEIVED

2004-07-01 - Extension 4 granted

2004-03-29 - Extension 4 filed

2004-04-07 - Case File In TICRS

2004-03-29 - PAPER RECEIVED

2004-01-05 - Extension 3 granted

2004-01-05 - Extension 3 filed

2004-01-05 - TEAS Extension Received

2003-06-23 - Divisional processing completed

2003-03-14 - Divisional request received

2003-05-31 - Extension 2 granted

2003-04-10 - Extension 2 filed

2003-04-16 - PAPER RECEIVED

2003-03-14 - PAPER RECEIVED

2002-11-20 - Extension 1 granted

2002-09-16 - Extension 1 filed

2002-09-16 - PAPER RECEIVED

2002-07-09 - Notice of allowance - mailed

2002-04-16 - Published for opposition

2002-03-27 - Notice of publication

2002-03-07 - PAPER RECEIVED

2001-09-04 - Approved for Pub - Principal Register (Initial exam)

2001-09-04 - Assigned To Examiner

2001-02-11 - Communication received from applicant

2001-03-02 - Communication received from applicant

2000-09-07 - Non-final action mailed

2000-09-06 - Assigned To Examiner

2000-08-31 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Robert Berliner

**Correspondent**
ROBERT BERLINER
ROBBINS, BERLINER & CARSON
865 S FIGUEROA STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017

---

Exhibit 111

Baby Lulu, baby clothes, baby clothing, children's clothing, infant dresses, children's clothing

# BABY LULU



Baby Lulu is a leading provider of infant, toddler and children's casual dresswear. We have beautiful items to select from in distinct and original colors and fabrics that you'll love.

Visit our **Find A Store** page to find stores near you or learn more about us and our exciting history on the **About Us** page.

Our **Fall 2007 Catalog** has just been released. Click here to browse the catalog and view the new collections.

Enter your email for special offers | next

**Press & Media**
Visit our press & media section to see Baby Lulu in the news.



home - contact us - find a store - products - about us - fan club - press - other brands - distributors

# Exhibit 112

Internet Archive Wayback Machine

**WaybackMachine**

Enter Web Address: http://

[Take Me Back]   All   Adv. Search Compare Archive Pages

Searched for http://www.babylulu.com

**267 Results**

Note some duplicates are not shown. See all.
* denotes when site was updated.

# Search Results for Jan 01, 1996 - Sep 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 2 pages | 5 pages | 4 pages | 13 pages | 22 pages | 56 pages | 70 pages | 44 pages | 19 pages |
| | | | Oct 03, 1999 * | Feb 29, 2000 * | Apr 10, 2001 * | Jan 21, 2002 | Feb 03, 2003 * | Feb 24, 2004 * | Jan 07, 2005 * | Jan 03, 2006 | Jan 01, 2007 |
| | | | Oct 13, 1999 | Mar 05, 2000 * | May 15, 2001 | Mar 29, 2002 * | Feb 11, 2003 | Apr 02, 2004 * | Feb 06, 2005 * | Jan 05, 2006 | Jan 06, 2007 |
| | | | | May 10, 2000 | Sep 26, 2001 | May 24, 2002 | Mar 21, 2003 * | May 20, 2004 | Feb 11, 2005 * | Jan 06, 2006 | Jan 11, 2007 |
| | | | | Jun 10, 2000 | Nov 30, 2001 * | May 27, 2002 | Mar 23, 2003 | May 21, 2004 | Feb 12, 2005 | Jan 11, 2006 | Jan 16, 2007 |
| | | | | Jun 19, 2000 | | May 29, 2002 * | Apr 07, 2003 * | May 22, 2004 | Feb 17, 2005 | Jan 12, 2006 | Jan 20, 2007 |
| | | | | | | Jul 23, 2002 | Apr 30, 2003 * | Jun 04, 2004 | Mar 01, 2005 | Jan 15, 2006 | Jan 27, 2007 |
| | | | | | | Aug 02, 2002 | Jun 12, 2003 * | Jun 09, 2004 | Mar 03, 2005 | Jan 28, 2006 | Feb 02, 2007 |
| | | | | | | Aug 06, 2002 | Jun 17, 2003 | Jun 10, 2004 | Mar 04, 2005 | Feb 02, 2006 | Feb 03, 2007 |
| | | | | | | Sep 24, 2002 | Jun 19, 2003 | Jun 11, 2004 | Mar 13, 2005 * | Feb 08, 2006 | Feb 12, 2007 |
| | | | | | | Sep 26, 2002 | Jul 25, 2003 * | Jun 13, 2004 | Mar 14, 2005 | Feb 14, 2006 | Feb 20, 2007 |
| | | | | | | Nov 22, 2002 * | Jul 27, 2003 | Jun 16, 2004 | Mar 26, 2005 | Feb 15, 2006 | Feb 28, 2007 |
| | | | | | | Nov 23, 2002 | Aug 06, 2003 * | Jun 18, 2004 | Mar 31, 2005 | Feb 24, 2006 | Mar 11, 2007 |
| | | | | | | Nov 30, 2002 | Aug 08, 2003 | Jun 19, 2004 * | Apr 05, 2005 | Mar 01, 2006 | Mar 26, 2007 |
| | | | | | | | Oct 14, 2003 * | Jun 22, 2004 | Apr 14, 2005 | Mar 13, 2006 | Apr 06, 2007 |
| | | | | | | | Oct 18, 2003 | Jun 23, 2004 | Apr 23, 2005 | Mar 21, 2006 * | Apr 10, 2007 * |
| | | | | | | | Oct 20, 2003 | Jun 28, 2004 | May 13, 2005 | Mar 24, 2006 * | Jun 08, 2007 |
| | | | | | | | Nov 23, 2003 | Jun 29, 2004 | May 26, 2005 | Apr 08, 2006 * | Jul 11, 2007 |
| | | | | | | | Nov 28, 2003 | Jun 30, 2004 | Jun 02, 2005 | Apr 12, 2006 | Jul 12, 2007 |
| | | | | | | | Nov 29, 2003 | Jul 07, 2004 * | Jun 05, 2005 | Apr 22, 2006 | |
| | | | | | | | Dec 15, 2003 | Jul 08, 2004 | Jun 08, 2005 * | Apr 26, 2006 | |
| | | | | | | | Dec 27, 2003 | Jul 10, 2004 * | Jun 17, 2005 | May 02, 2006 | |
| | | | | | | | Dec 31, 2003 | Jul 11, 2004 | Jun 18, 2005 | May 25, 2006 | |
| | | | | | | | | Jul 17, 2004 | Jun 26, 2005 | Jun 10, 2006 | |
| | | | | | | | | Jul 22, 2004 | Jun 30, 2005 | Jun 12, 2006 | |
| | | | | | | | | Jul 26, 2004 | Jul 09, 2005 | Jun 13, 2006 | |
| | | | | | | | | Aug 06, 2004 | Jul 13, 2005 | Jun 18, 2006 | |
| | | | | | | | | Aug 08, 2004 | Jul 16, 2005 | Jun 21, 2006 | |
| | | | | | | | | Aug 11, 2004 | Jul 17, 2005 | Jul 15, 2006 | |
| | | | | | | | | Aug 14, 2004 | Jul 21, 2005 | Aug 03, 2006 | |
| | | | | | | | | | Jul 22, 2005 | Aug 08, 2006 | |

Internet Archive Wayback Machine

| 2004 | 2005 | 2006 |
|---|---|---|
| Aug 21, 2004 | Jul 24, 2005 | Aug 14, 2006 |
| Aug 27, 2004 | Jul 29, 2005 | Aug 16, 2006 |
| Aug 29, 2004 | Jul 31, 2005 | Aug 23, 2006 |
| Aug 30, 2004 | Aug 07, 2005 | Oct 04, 2006 |
| Sep 01, 2004 | Aug 12, 2005 | Oct 19, 2006 * |
| Sep 03, 2004 | Aug 14, 2005 | Nov 08, 2006 * |
| Sep 04, 2004 | Aug 22, 2005 | Nov 16, 2006 |
| Sep 10, 2004 | Aug 25, 2005 | Nov 25, 2006 |
| Sep 13, 2004 | Aug 26, 2005 | Dec 01, 2006 |
| Sep 14, 2004 | Aug 28, 2005 * | Dec 05, 2006 |
| Sep 18, 2004 | Aug 30, 2005 * | Dec 06, 2006 * |
| Sep 22, 2004 | Sep 23, 2005 * | Dec 15, 2006 * |
| Sep 24, 2004 | Sep 24, 2005 * | Dec 20, 2006 * |
| Sep 25, 2004 | Sep 24, 2005 * | Dec 25, 2006 |
| Sep 29, 2004 | Oct 01, 2005 * | |
| Sep 30, 2004 | Oct 01, 2005 * | |
| Oct 13, 2004 | Oct 04, 2005 | |
| Oct 16, 2004 | Oct 13, 2005 | |
| Oct 17, 2004 | Oct 26, 2005 | |
| Oct 23, 2004 | Oct 27, 2005 | |
| Oct 24, 2004 | Oct 28, 2005 | |
| Oct 25, 2004 | Oct 29, 2005 | |
| Oct 27, 2004 | Oct 30, 2005 | |
| Oct 29, 2004 | Nov 04, 2005 | |
| Nov 15, 2004 * | Nov 07, 2005 | |
| Dec 29, 2004 * | Nov 25, 2005 | |
| | Nov 26, 2005 | |
| | Nov 27, 2005 | |
| | Nov 30, 2005 | |
| | Dec 02, 2005 | |
| | Dec 03, 2005 | |
| | Dec 12, 2005 | |
| | Dec 15, 2005 | |
| | Dec 16, 2005 | |
| | Dec 17, 2005 | |
| | Dec 26, 2005 | |
| | Dec 29, 2005 | |
| | Dec 31, 2005 | |

Exhibit 113

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 11:01:26 ET

**Serial Number:** 78726088 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# GOOD NIGHT LULU

**(words only):** GOOD NIGHT LULU

**Standard Character claim:** Yes

**Current Status:** Further action on the application has been suspended.

**Date of Status:** 2007-09-12

**Filing Date:** 2005-10-04

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**Attorney Assigned:**
CARL III FRED <u>Employee Location</u>

**Current Location:** L80 -TMEG Law Office 108

**Date In Location:** 2007-09-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Smith, R. Leland B., Jr.

**Address:**
Smith, R. Leland B., Jr.
7210 Dominion Circle

City of Commerce, CA 90040
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

2. Murphy, Erin L.

**Address:**
Murphy, Erin L.
7210 Dominion Circle
City of Commerce, CA 90040
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing, namely, overall, pants, shorts, shirts, T-shirts, vests, hats, dresses, bloomers, panties, headbands, shoes, socks and pajamas in International Class 25
**Basis:** 1(a)
**First Use Date:** 2001-01-30
**First Use in Commerce Date:** 2001-01-30

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual."

**Prior Registration Number(s):**
2761639
2989873

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-09-12 - Report Completed Suspension Check Case Still Suspended

2007-03-12 - LETTER OF SUSPENSION E-MAILED

2007-03-12 - Suspension Letter Written

2007-02-22 - Amendment From Applicant Entered

2007-02-22 - Communication received from applicant

2007-02-22 - Assigned To LIE

2007-01-25 - PAPER RECEIVED

2006-10-22 - LETTER OF SUSPENSION E-MAILED

2006-10-22 - Suspension Letter Written

2006-10-13 - TEAS Change Of Correspondence Received

2006-10-14 - Teas/Email Correspondence Entered

2006-10-13 - Communication received from applicant

2006-10-13 - TEAS Response to Office Action Received

2006-08-08 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-07-07 - PAPER RECEIVED

2006-04-18 - Non-final action mailed

2006-04-18 - Non-Final Action Written

2006-04-06 - Assigned To Examiner

2005-10-07 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Robert Berliner

**Correspondent**
Robert Berliner
Berliner & Associates
31st Floor
555 West Fifth Street
Los Angeles CA 90013
Phone Number: 213-533-4171
Fax Number: 213-533-4174

---

Exhibit 114



**Home    Customer Care    Contact Us    View**

join our mailing list

Home > Baby & Childrens Clothes > Shop by Brand > **Goodnight Lulu**

Search our site

**go!**

Shop by Category
Select below 

Shop by Brand
Select below 

**New Arrivals**

New Arrivals - Clothes
New Furniture/Equipment
New Gifts/Toys
New Bedding

**Personalized Childrens Clothes**

**Baby Costumes / Kids Costumes**

**Lili Gaufrette**

**Serena & Lily**

**Baby & Childrens Clothes**

Shop by Size
Shop by Brand
Shop by Category
Boys Clothing
Girls Clothing
Halloween Clothes and Costumes
Christening
First Communion Dresses
Flower Girl Dresses
Brother-Sister
Shoes
Sale!

**Furniture**

All Baby Cribs
Children's Beds
Bunkbeds
Mattresses and Pillows
Cradles
Bassinets
Bookcases
Changing Tables
Dressers
Nightstands
Toy Boxes
Armoires
Desks
Toddler Beds
Gliders

# Goodnight Lulu

Nightgowns and pajamas by Goodnight Lulu, a division of Baby Lulu. Flame resistan
100% cotton sleepwear for kids.



Pepper Toes PJs Thunderbird Boys Pajamas - Boys Cotton Pajamas

Price $39.00
Special **$15.60**
You Save 60%



Pepper Toes PJs Blast Off Boys Pajamas - Boys Cotton Pajamas

Price $39.00
Special **$15.60**
You Save 60%



Peppertoes PJs Blast Off Footy Pajama - Baby Boy Pajamas

Price $38.00
Special **$15.20**
You Save 60%



Goodnight Begonia Long Nightgown Lulu Paja

Price $3
Special $
You Save



Goodnight Lulu by Baby Lulu Prince Charming Shortie Pajamas - Girls Cotton Pajamas

**$32.00**



Goodnight Lulu by Baby Lulu Fairy Print Girls Pajamas - All Cotton Pajamas

**$39.00**

Pepper Toes PJ's Dinos Pajamas - Boys All Cotton Pajamas

**$40.00**



Goodnight Magenta Footies - Pajama

**$38.0**



Goodnight Lulu Geraniums Girls Nightgown- All



Goodnight Lulu Geraniums Bath Robe- All Cotton

## Bedding

Baby Bedding
Children's Bedding
Moses Baskets

## Room Decor

Artwork for Kids
Lamps & Lighting Fixtures
Picture Frames
Mirrors
Room Accessories
Children's Rugs
Timeworks Collection
Step Stools
Tuffets
Rocking Chairs
Rocking Horses
Tables & Chairs
Toy Boxes

## Baby Gear

Baby Strollers
Baby Carriers
Baby Buntings
Moses Baskets
Car Seats
Play Yards
Baby Care

## Baby Gifts

Shop by Gender
Brother and Sister Gifts
Baby Gift Baskets
Bibs & Burpees
Baby Towels
Baby Buntings
Barefoot Dreams
Piggy Banks
Silver Baby Gifts
Diaper Bags
Pewter Baby Gifts
Daddy to Be Gifts
Mobiles
Ride Ons
Picture Frames

## Gifts for Children

## Sale!

## One of a Kind Daily Deal

## Join our Mailing List

[ Go ]



Copyright © 2000-2007 One of a Kind Kid All Rights

**Home | OKK in the News | Product List | View Cart**
**Customer Care | About Us | Gift Certificates | Privacy Policy**

Absorba | Anavini | Anita G. | Artwalk | Baby Beau and Belle | Baby Lulu | Bailey Boys | Barefoot Dreams | Bathing Babes by Rubbies | Betti Biscotti | Bobux Shoes | CachCach | Carriage Boutique | Chabre | Chicken Noodle | Classic Child | Collins and Hall | Comfy Dream Wear | Cor E.Land Kids | Feltman Brothers | Flapdoodles | Frances Johnston | Funtasia | Gordon & Co. | Hartstrings | Imp for Girls, too | Julie Tennant | K Katie & Co. | KC Parker | Le Top | Little Traditions | Maggie Breen | Mak the Yak | Michael Simon | MissTeeVUs | Monday's Child | Mulberr Mulberry Street | My Pool Pal | Nick Nack Patty Wack | Painting Red Rhinos | Peaches 'n Cream | Pepper Toes | Pervenche | Rebecca Raggs Millington | Royal Child | Sam's Friend | Sarah Louise | Simi | Skivvydoodles | Silly Goose | Sophie Dess | Susanne Lively | Suss Designs | Viv | Zoodles | Zutano

Thank you for shopping One of a Kind Kid.com ~ fine **baby clothes & childrens clothing** for toddlers, children and 'tweens! Buy the finest na baby clothes, *childrens clothing*, baby gifts, special occasion clothes, toddler clothing and *childrens clothes*.

**One of a Kind Kid, Warehouse & Retail Sore: 2040 Westmoreland St, Richmond, VA 23230**
**Corporate Offices: 1480 Anderson Hwy, Suite G, Powhatan, VA 23139**

Copyright 2000-2007 OneOfAKindKid.com, Inc. ~ All rights reserved.

# Exhibit 115