

# Exhibit 116

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-23 17:23:10 ET

Serial Number: 76078213 Assignment Information          Trademark Document Retrieval

Registration Number: 2726302

Mark



(words only): LULU CASTAGNETTE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2003-06-17

Filing Date: 2000-06-27

Transformed into a National Application: No

Registration Date: 2003-06-17

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-06-23

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ivresse

Address:
Ivresse
210, rue Saint Denis
75002 Paris
France
Legal Entity Type: Corporation

**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing, namely, coats, jackets, trousers, shirts, T-shirts, cardigans, sweaters, dresses, skirts, jeans, bermudas, overalls, blouses, polos, shoes and hats
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The mark does not identify a living individual.

**Foreign Application Number:** 99/831345
**Foreign Registration Number:** 99/831345
**Foreign Registration Date:** 1999-12-27
**Country:** France
**Foreign Filing Date:** 1999-12-27
**Foreign Expiration Date:** 2009-12-27

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-07-12 - TEAS Change Of Correspondence Received

2003-06-17 - Registered - Principal Register

2003-04-08 - ITU claim deleted

2003-04-08 - Notice of Allowance canceled

2002-10-08 - Notice of allowance - mailed

2002-07-16 - Published for opposition

2002-06-26 - Notice of publication

2002-05-30 - Approved for Pub - Principal Register (Initial exam)

2002-05-24 - Examiner's amendment mailed

2002-05-23 - Previous allowance count withdrawn

2002-04-15 - Approved for Pub - Principal Register (Initial exam)

2002-04-15 - Previous allowance count withdrawn

2001-11-21 - Approved for Pub - Principal Register (Initial exam)

2001-06-25 - Communication received from applicant

2001-06-25 - Communication received from applicant

2000-12-26 - Non-final action mailed

2000-12-22 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION
---

**Attorney of Record**
Frank J. Colucci, Esq.

**Correspondent**
Frank J. Colucci
Colucci & Umans
218 East 50th Street
New York NY 10022

**Domestic Representative**
Frank J. Colucci, Esq.

---

# Exhibit 117



# Exhibit 118

# Internet Archive Wayback Machine

**INTERNET ARCHIVE WaybackMachine**

Enter Web Address: http:// [All] [Take Me Back]

Adv. Search  Compare Archive Pages

Searched for http://www.lulucastagnette.com

**236 Results**

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 2 pages | 6 pages | 8 pages | 12 pages | 22 pages | 22 pages | 23 pages | 29 pages | 15 pages |
| | | | Oct 12, 1999 | * Mar 04, 2000 | * Feb 02, 2001 | Feb 05, 2002 | Feb 01, 2003 | * Feb 08, 2004 | Jan 30, 2005 | Jan 01, 2006 | Jan 05, 2007 |
| | | | Nov 04, 1999 | Jun 22, 2000 | Apr 01, 2001 | Mar 25, 2002 | Feb 09, 2003 | Mar 26, 2004 | * Feb 04, 2005 | Jan 02, 2006 | Jan 09, 2007 |
| | | | | Jul 11, 2000 | Apr 02, 2001 | Apr 07, 2002 | Feb 10, 2003 | * Apr 07, 2004 | Feb 05, 2005 | Jan 03, 2006 | Jan 14, 2007 |
| | | | | Aug 23, 2000 | Apr 05, 2001 | May 23, 2002 | Feb 14, 2003 | * Apr 13, 2004 | Mar 08, 2005 | Jan 04, 2006 | Jan 19, 2007 |
| | | | | Oct 02, 2000 | * Jul 11, 2001 | May 28, 2002 | Mar 24, 2003 | Jun 04, 2004 | Apr 06, 2005 | Jan 05, 2006 | Jan 25, 2007 |
| | | | | Dec 04, 2000 | * Sep 22, 2001 | Jun 03, 2002 | Mar 29, 2003 | * Jun 07, 2004 | Apr 08, 2005 | Jan 08, 2006 | Jan 30, 2007 |
| | | | | | Oct 26, 2001 | Jul 21, 2002 | Apr 21, 2003 | * Jun 10, 2004 | Apr 09, 2005 | Jan 14, 2006 | Feb 03, 2007 |
| | | | | | Dec 11, 2001 | Sep 23, 2002 | * Jun 06, 2003 | Jun 12, 2004 | May 16, 2005 | Jan 15, 2006 | Feb 08, 2007 |
| | | | | | | Sep 29, 2002 | Jun 21, 2003 | Aug 06, 2004 | May 23, 2005 | Jan 16, 2006 | Feb 19, 2007 |
| | | | | | | Oct 07, 2002 | Jun 22, 2003 | Aug 14, 2004 | Jun 13, 2005 | Jan 17, 2006 | Mar 02, 2007 |
| | | | | | | Nov 22, 2002 | * Jul 17, 2003 | Aug 26, 2004 | Jun 28, 2005 | Jan 18, 2006 | Mar 10, 2007 |
| | | | | | | Nov 26, 2002 | Aug 06, 2003 | * Aug 28, 2004 | Jun 29, 2005 | Feb 02, 2006 | Mar 20, 2007 |
| | | | | | | | Sep 22, 2003 | Sep 03, 2004 | * Aug 02, 2005 | * Feb 02, 2006 | Mar 29, 2007 |
| | | | | | | | Sep 25, 2003 | Sep 05, 2004 | Aug 25, 2005 | Feb 15, 2006 | * Apr 07, 2007 |
| | | | | | | | Oct 01, 2003 | Sep 08, 2004 | Aug 26, 2005 | Feb 19, 2006 | Jul 06, 2007 |
| | | | | | | | Oct 19, 2003 | * Sep 19, 2004 | Sep 14, 2005 | * Apr 05, 2006 | |
| | | | | | | | Nov 22, 2003 | Sep 24, 2004 | Oct 25, 2005 | Apr 05, 2006 | |
| | | | | | | | Nov 24, 2003 | Oct 09, 2004 | Nov 24, 2005 | * Apr 11, 2006 | |
| | | | | | | | Dec 02, 2003 | * Nov 08, 2004 | Nov 25, 2005 | Apr 23, 2006 | |
| | | | | | | | Dec 03, 2003 | Nov 26, 2004 | Dec 13, 2005 | Jun 12, 2006 | |
| | | | | | | | Dec 11, 2003 | * Dec 06, 2004 | Dec 17, 2005 | Jun 13, 2006 | |
| | | | | | | | Dec 31, 2003 | * Dec 06, 2004 | Dec 30, 2005 | * Jul 02, 2006 | |
| | | | | | | | | | Dec 31, 2005 | Jul 18, 2006 | |
| | | | | | | | | | | Jul 22, 2006 | |
| | | | | | | | | | | * Oct 04, 2006 | |
| | | | | | | | | | | Nov 04, 2006 | |
| | | | | | | | | | | Dec 16, 2006 | |
| | | | | | | | | | | Dec 22, 2006 | |
| | | | | | | | | | | Dec 31, 2006 | |

# Exhibit 119

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-23 17:20:31 ET

**Serial Number:** 76096343 Assignment Information          Trademark Document Retrieval

**Registration Number:** 3038669

**Mark (words only):** LULU GUINNESS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-01-10

**Filing Date:** 2000-07-24

**Transformed into a National Application:** No

**Registration Date:** 2006-01-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-01-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lulu Guinness Limited

**Address:**
Lulu Guinness Limited
5th Floor Tennyson House159-165 Great Portland Street
London W1N 5FT
United Kingdom
**Legal Entity Type:** LIMITED COMPANY
**State or Country Where Organized:** United Kingdom

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUMES, COLOGNES, EAU DE TOILETTE, AFTERSHAVE LOTIONS, AFTERSHAVE GELS, SKIN SOAP, TALCUM POWDER, BUBBLE BATH, BATH GEL, SHOWER GEL, BODY SCRUB, ANTIPERSPIRANTS AND DEODORANTS; NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, BATH AND BODY OILS, SKIN CREAMS, SKIN LOTIONS AND SKIN GELS; COSMETICS;

HAIR CARE PREPARATIONS, NAIL CARE PREPARATIONS, SUN CARE LOTIONS, SUN BLOCK, SUNTANNING PREPARATIONS; AROMATHERAPY CREAMS, LOTIONS AND OILS; ESSENTIAL OILS FOR PERSONAL USE, INCENSE, POMADES FOR THE LIPS AND HAIR, POTPOURRI
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 008
**Class Status:** Active
TABLEWARE NAMELY, KNIVES, FORKS AND SPOONS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
LEATHER AND IMITATION LEATHER SOLD IN BULK; HANDBAGS, SHOULDER BAGS, WALLETS, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PURSES, LUGGAGE, BRIEFCASE-TYPE PORTFOLIOS, LUGGAGE TRUNKS AND TRAVELING BAGS; SUITCASES, TOTE BAGS, VALISES, VANITY CASES SOLD EMPTY; BRIEFCASES, DOCUMENT BAGS AND CASES, ATTACHE CASES, KEY CASES, LEATHER KEY FOBS, CASES FOR TOILETRY OR COSMETIC ARTICLES SOLD EMPTY
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 020
**Class Status:** Active
PHOTOGRAPH FRAMES; PICTURE FRAMES; FURNITURE MIRRORS; HANDHELD MIRRORS, PLAQUES, JEWELRY BOXES NOT OF METAL, CUSHIONS, FITTED FABRIC FURNITURE CUSHION COVERS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 021
**Class Status:** Active
DINNERWARE, DISHES; FIGURINES, SCULPTURES, STATUES, AND ORNAMENTS NOT INCLUDING CHRISTMAS-TREE ORNAMENTS, MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN OR TERRA-COTTA; DECORATIVE BOXES NOT MADE OF METAL; SERVING WARE FOR SERVING FOOD; HOUSEHOLD UTENSILS, NAMELY, WHISKS, TURNERS, KITCHEN LADLES, MIXING SPOONS, BASTING SPOONS, BASTING BRUSHES, SLOTTED SPOONS, BOTTLE OPENERS, CORKSCREWS, SPOON RESTS, POT CLEANING BRUSHES, TEA CADDIES, POT AND PAN SCRAPERS, ROLLING PINS, VEGETABLE MASHERS AND SPATULAS; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE NOT OF PRECIOUS METAL; VASES; CANDLESTICKS AND CANDLE HOLDERS NOT OF PRECIOUS METAL; HAIR BRUSHES AND HAIR COMBS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
CLOTHING, NAMELY, DRESS SHIRTS, SUITS, JOGGING SUITS, PANTS, SHORTS, RAIN WEAR, SKIRTS, BLOUSES, DRESSES, SUSPENDERS, SWEATERS, JACKETS, COATS, TIES, ROBES,