SCARVES, SWIM WEAR, UNDERCLOTHES, UNDERWEAR, UNDERPANTS, BRAS, CORSETS, CAMISOLES AND PETTICOATS; NIGHTWEAR, NAMELY, NIGHTGOWNS, NIGHT SHIRTS, PAJAMAS, NIGHTDRESSES AND NEGLIGEES; FOOTWEAR, HOSIERY, SOCKS, SWIM WEAR, HEAD WEAR, BELTS

**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name Lulu Guinness identifies a living individual whose consent is of record.

**Foreign Application Number:** 2220818
**Foreign Registration Number:** 2220818A
**Foreign Registration Date:** 2000-01-29
**Country:** United Kingdom
**Foreign Filing Date:** 2000-01-29
**Foreign Expiration Date:** 2010-01-29

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-01-10 - Registered - Principal Register

2005-11-28 - 1(B) Basis Deleted; Proceed To Registration

2005-11-07 - Notice of Allowance canceled

2005-11-07 - PAPER RECEIVED

2005-07-19 - Notice of allowance - mailed

2005-04-26 - Published for opposition

2005-04-06 - Notice of publication

2005-02-09 - Law Office Publication Review Completed

2005-02-07 - Assigned To LIE

2005-01-18 - Assigned To LIE

2004-09-30 - Amendment From Applicant Entered

2004-09-22 - Communication received from applicant

2004-09-30 - Assigned To LIE

2004-09-28 - Approved for Pub - Principal Register (Initial exam)

2004-09-22 - FAX RECEIVED

2004-06-14 - Communication received from applicant

2004-06-14 - PAPER RECEIVED

2004-02-02 - Letter of suspension mailed

2003-10-14 - Communication received from applicant

2003-11-21 - Case File In TICRS

2003-10-14 - PAPER RECEIVED

2003-04-10 - Final refusal mailed

2002-06-24 - Communication received from applicant

2002-03-04 - Letter of suspension mailed

2001-06-22 - Communication received from applicant

2001-05-03 - Non-final action mailed

2000-12-27 - Communication received from applicant

2000-12-20 - Non-final action mailed

2000-12-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
STEPHEN A GOLDSMITH

**Correspondent**
STEPHEN A GOLDSMITH
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK NEW YORK 10023

**Domestic Representative**
LADAS & PARRY

# Exhibit 120

Sign In   Wish List   Shopping Bag
(empty)

LULU GUINNESS

HOME  SHOP  LULU'S GAZETTE  LIFESTYLE  STORES  PRESS  EYE CANDY  CAMPAIGNS  TRADE INFO  NEWSLETTER

New!
AW COLLECTION
OUT NOW

NEW
Lulu Loves
PAGE

DON'T MISS LULU'S
New Jewellery
COLLECTION

Block

returns  |  customer service  |  privacy  |  legal  |  vacancies  |  contact us  |  newsletter unsubscribe

LULU GUINNESS

HOME  SHOP  LULU'S GAZETTE  LIFESTYLE  STORES  PRESS  EYE CANDY  CAMPAIGNS  TRADE INFO  NEWSLETTER
/ HANDBAGS, SHOES & JEWELLERY  SUNGLASSES & OPTICALS  BED LINEN  FRAGRANCE  RUGS  OFFICES & SHOWROOMS

## TRADE SHOWS:

**WSA Shoe Show**
**The Venetian**
**Suite 5101**
**3355 Las Vegas Blvd South**
**Las Vegas, NV**
**USA**
**30th July-2nd August**

**London Fashion Week Showroom**
The Apartment at The Sanderson Hotel
Berners Street,
London
16th - 19th September 07

**Micam**
International Designers
RHO Fairground
Milan
20th - 23rd September

## TRADE CONTACTS FOR HANDBAGS & JEWELLERY.

Joanna Bell
jbell@luluguinness.com

**TRADE CONTACTS FOR SHOES**

Jemma Arnold
jemma.arnold@lhg.co.uk

returns | customer service | privacy | legal | vacancies | contact us | newsletter unsubscribe    > website

# Exhibit 121

# Internet Archive Wayback Machine

**INTERNET ARCHIVE WaybackMachine**

Enter Web Address: http://   All   Take Me Back   Adv. Search  Compare Archive Pages

**275** Results

Searched for http://www.luluguinness.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 7 pages | 7 pages | 10 pages | 23 pages | 39 pages | 67 pages | 49 pages | 22 pages |
| | | | | May 20, 2000 * | Feb 02, 2001 * | Jan 18, 2002 | Feb 09, 2003 * | Feb 09, 2004 * | Jan 20, 2005 * | Jan 01, 2006 | Jan 02, 2007 |
| | | | | Jun 13, 2000 | Apr 02, 2001 | Jan 24, 2002 | Feb 15, 2003 | Apr 05, 2004 | Jan 27, 2005 | Jan 02, 2006 | Jan 06, 2007 |
| | | | | Jun 20, 2000 | Apr 04, 2001 * | Jun 03, 2002 * | Feb 17, 2003 * | Apr 06, 2004 | Feb 03, 2005 | Jan 03, 2006 | Jan 11, 2007 |
| | | | | Aug 31, 2000 | May 17, 2001 | Jun 05, 2002 | Mar 29, 2003 * | May 22, 2004 | Feb 06, 2005 | Jan 04, 2006 | Jan 15, 2007 |
| | | | | Oct 05, 2000 | Jul 20, 2001 | Jul 22, 2002 | Apr 11, 2003 * | Jun 09, 2004 | Feb 09, 2005 | Jan 06, 2006 | Jan 20, 2007 |
| | | | | Oct 19, 2000 | Sep 24, 2001 * | Aug 04, 2002 * | Apr 22, 2003 * | Jun 12, 2004 | Feb 28, 2005 * | Jan 10, 2006 | Jan 26, 2007 |
| | | | | Dec 06, 2000 | Dec 02, 2001 | Sep 23, 2002 * | Apr 25, 2003 * | Jun 15, 2004 | Mar 02, 2005 | Jan 11, 2006 | Jan 27, 2007 |
| | | | | | | Nov 20, 2002 | Jun 02, 2003 | Jun 16, 2004 | Mar 13, 2005 | Jan 13, 2006 | Feb 07, 2007 |
| | | | | | | Nov 27, 2002 | Jun 10, 2003 * | Jun 19, 2004 | Mar 31, 2005 | Jan 16, 2006 | Feb 18, 2007 |
| | | | | | | Nov 28, 2002 | Jul 22, 2003 | Jun 24, 2004 | Apr 01, 2005 | Jan 17, 2006 | Feb 24, 2007 |
| | | | | | | | Jul 24, 2003 * | Jun 28, 2004 | Apr 04, 2005 | Jan 29, 2006 | Mar 04, 2007 |
| | | | | | | | Aug 01, 2003 | Jun 30, 2004 | Apr 10, 2005 | Feb 02, 2006 | Mar 12, 2007 |
| | | | | | | | Aug 08, 2003 | Jul 03, 2004 | Apr 24, 2005 | Feb 03, 2006 | Mar 21, 2007 |
| | | | | | | | Sep 20, 2003 | Jul 10, 2004 | May 09, 2005 | Feb 06, 2006 | Mar 23, 2007 |
| | | | | | | | Sep 27, 2003 * | Jul 12, 2004 | May 12, 2005 | Feb 09, 2006 | Apr 06, 2007 |
| | | | | | | | Oct 01, 2003 * | Jul 18, 2004 | May 14, 2005 | Feb 11, 2006 | Apr 19, 2007 |
| | | | | | | | Oct 15, 2003 * | Jul 22, 2004 | May 16, 2005 | Feb 18, 2006 | Apr 20, 2007 |
| | | | | | | | Oct 24, 2003 * | Jul 23, 2004 | May 20, 2005 | Feb 22, 2006 | May 14, 2007 * |
| | | | | | | | Nov 19, 2003 * | Jul 25, 2004 | May 25, 2005 | Feb 25, 2006 | Jun 10, 2007 |
| | | | | | | | Nov 28, 2003 * | Aug 18, 2004 * | May 30, 2005 | Feb 28, 2006 | Jun 12, 2007 |
| | | | | | | | Dec 08, 2003 * | Aug 21, 2004 | Jun 03, 2005 | Apr 02, 2006 | Jun 13, 2007 |
| | | | | | | | Dec 13, 2003 * | Aug 22, 2004 | Jun 04, 2005 | Apr 08, 2006 | Jun 14, 2007 |
| | | | | | | | Dec 14, 2003 * | Aug 29, 2004 | Jun 07, 2005 | Apr 09, 2006 | |
| | | | | | | | | Sep 01, 2004 * | Jun 19, 2005 | Apr 10, 2006 | |
| | | | | | | | | Sep 04, 2004 | Jun 21, 2005 | Apr 14, 2006 * | |
| | | | | | | | | Sep 05, 2004 | Jun 26, 2005 | Apr 24, 2006 | |
| | | | | | | | | Sep 09, 2004 | Jun 27, 2005 | Apr 27, 2006 | |
| | | | | | | | | Sep 10, 2004 | Jul 01, 2005 | May 15, 2006 | |
| | | | | | | | | Sep 11, 2004 | Jul 16, 2005 | Jun 14, 2006 | |
| | | | | | | | | Sep 12, 2004 | Jul 23, 2005 | Jun 15, 2006 | |
| | | | | | | | | Sep 18, 2004 | Jul 31, 2005 | Jul 01, 2006 | |



Internet Archive Wayback Machine

Page 2 of 2

9/23/2007

http://web.archive.org/web/*/http://www.luluguinness.com

# Exhibit 122

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-23 17:28:50 ET

**Serial Number:** 78564797 Assignment Information      Trademark Document Retrieval

**Registration Number:** 3055016

**Mark**

# LUCY BUFFETT'S LULU'S

**(words only):** LUCY BUFFETT'S LULU'S

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-01-31

**Filing Date:** 2005-02-10

**Transformed into a National Application:** No

**Registration Date:** 2006-01-31

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-01-31

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LuLu's Landing, Inc.

**Address:**
LuLu's Landing, Inc.
200 East 25th Avenue
Gulf Shores, AL 36542
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** Alabama

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Retail store services featuring a wide array of merchandise in the nature of novelty items, souvenirs, clothing, headwear, books, beverageware, and printed materials; and online retail store services featuring a wide array of merchandise in the nature of novelty items, souvenirs, clothing, headwear, books, beverageware, and printed materials
**Basis:** 1(a)
**First Use Date:** 2004-11-01
**First Use in Commerce Date:** 2004-11-01

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identifies Lucy Buffett, whose consent(s) to register is submitted.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-01-31 - Registered - Principal Register

2005-11-08 - Published for opposition

2005-10-19 - Notice of publication

2005-09-22 - Law Office Publication Review Completed

2005-09-20 - Assigned To LIE

2005-09-13 - Approved for Pub - Principal Register (Initial exam)

2005-09-08 - Assigned To Examiner

2005-02-23 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Robert A. Rosenbloum,

**Correspondent**
ROBERT A. ROSENBLOUM,
GREENBERG TRAURIG, LLP
3290 NORTHSIDE PKWY NW STE 400

ATLANTA, GA 30327-2268
Phone Number: 678-553-2100
Fax Number: 678-553-2212

# Exhibit 123



http://lulusathomeport.bubbleup.biz/    9/23/2007 8:29 PM






http://lulusathomeport.bubbleup.biz/

© 2005 Lulu's LLC. All Rights Reserved
200 East 25th Ave. Gulf Shores, AL. 36542 · Tel: 251-967-LULU
Under the Bridge in Gulf Shores, AL

Lulu's At Homeport :

9/23/2007 8:29 PM

3 of 3

# Exhibit 124

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://www.lulusathomeport.com



**INTERNET ARCHIVE WaybackMachine**

**Enter Web Address:** http:// [All] **Take Me Back**   Adv. Search  Compare Archive Pages

Searched for http://www.lulusathomeport.com                                **19 Results**

* denotes when site was updated.

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 2 pages | 13 pages | 4 pages |
| | | | | | | | | | Nov 24, 2005 * | Jan 11, 2006 * | Feb 08, 2007 |
| | | | | | | | | | Dec 14, 2005 * | Jan 14, 2006 * | Apr 15, 2007 |
| | | | | | | | | | | Feb 06, 2006 * | Jun 09, 2007 |
| | | | | | | | | | | Feb 16, 2006 * | Jul 13, 2007 |
| | | | | | | | | | | Jun 13, 2006 | |
| | | | | | | | | | | Jun 14, 2006 | |
| | | | | | | | | | | Jul 05, 2006 * | |
| | | | | | | | | | | Jul 14, 2006 * | |
| | | | | | | | | | | Aug 03, 2006 * | |
| | | | | | | | | | | Aug 04, 2006 * | |
| | | | | | | | | | | Sep 03, 2006 * | |
| | | | | | | | | | | Oct 04, 2006 * | |
| | | | | | | | | | | Dec 05, 2006 | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 125



Home | News | Contact Us | Wish List | Log In     Your Cart : 0

Browse Store > Tee Shirts

Look for NEW styles each week!

**Search**
[       ] Go
Advanced Search

**Tee Shirts**
- Short Sleeve Crew
- Just for Ladies
Hats
Kids Club
Fun Stuff
Koozies
Glassware

New Items
Specials

Our Stance on Privacy
Shipping Information
Returns
More About Us
Cookies



Short Sleeve Crew                    Just for Ladies

Copyright - LuLu's LLC
Post Office Box 413
Gulf Shores, Alabama 36547
Office: 251.967.5860  Fax: 251.967.5862
http://www.lulubuffett.com