





# Exhibit 126

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-09-24 15:28:50 ET

Serial Number: 78948368 Assignment Information    Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark

# SADIE & LULU

(words only): SADIE & LULU

Standard Character claim: Yes

Current Status: Final review prior to publication has been completed, application will be published for opposition.

Date of Status: 2007-09-05

Filing Date: 2006-08-09

Filed as TEAS Plus Application: Yes

Currently TEAS Plus Application: No

The Information will be/was published in the Official Gazette on 2007-10-09

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 108

Attorney Assigned:
WIENER MICHAEL A Employee Location

Current Location: 650 -Publication And Issue Section

Date In Location: 2007-09-05

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. 518 Apparel Group, Inc.

**Address:**
518 Apparel Group, Inc.
8207 Xene Lane
Maple Grove, MN 55311
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Minnesota

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Lingerie
**Basis:** 1(a)
**First Use Date:** 2006-08-08
**First Use in Commerce Date:** 2006-08-08

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name(s) shown in the mark does not identify a particular living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-09-19 - Notice of publication

2007-09-05 - Law Office Publication Review Completed

2007-09-05 - Assigned To LIE

2007-07-27 - Approved for Pub - Principal Register (Initial exam)

2007-07-16 - Teas/Email Correspondence Entered

2007-07-16 - Communication received from applicant

2007-07-16 - TEAS Response to Office Action Received

2007-01-16 - Non-final action e-mailed

2007-01-16 - Non-Final Action Written

2007-01-16 - Removed From TEAS Plus

2007-01-04 - Assigned To Examiner

2006-08-16 - Notice Of Pseudo Mark Mailed

2006-08-15 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tricia A. Olson

**Correspondent**
TRICIA A. OLSON
MORRISON FENSKE & SUND, P.A.
5125 COUNTY ROAD 101 STE 202
MINNETONKA, MN 55345-4187
Phone Number: 952 277 0121
Fax Number: 952 975 0058

# Exhibit 127