

Dockets.Justia.com

# Exhibit 128

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:21:45 ET

**Serial Number:** 77064598 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AME & LULU

**(words only):** AME & LULU

**Standard Character claim:** Yes

**Current Status:** Application has been published for opposition.

**Date of Status:** 2007-08-07

**Filing Date:** 2006-12-14

**The Information will be/was published in the Official Gazette on** 2007-08-07

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**Attorney Assigned:**
HETU JENNIFER M <u>Employee Location</u>

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-06-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. AME & LULU LLC

**Address:**
AME & LULU LLC
101 MONMOUTH STRET, NO. 717
BROOKLINE, MA 02109
United States

**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Massachusetts

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
All purpose sports bags, all purpose carrying bags, duffel bags, cosmetic bags sold empty, and general purpose bags for carrying yoga equipment
**Basis:** 1(a)
**First Use Date:** 2003-04-30
**First Use in Commerce Date:** 2003-04-30

**International Class:** 020
**Class Status:** Active
key chains not of metal
**Basis:** 1(a)
**First Use Date:** 2003-04-30
**First Use in Commerce Date:** 2003-04-30

**International Class:** 025
**Class Status:** Active
Clothing, namely tops, t-shirts, sweatshirts, fabric belts, headwear, and visors
**Basis:** 1(a)
**First Use Date:** 2003-04-30
**First Use in Commerce Date:** 2003-04-30

**International Class:** 028
**Class Status:** Active
tennis racket covers and golf head covers
**Basis:** 1(a)
**First Use Date:** 2003-04-30
**First Use in Commerce Date:** 2003-04-30

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-08-07 - Published for opposition

2007-07-18 - Notice of publication

2007-06-29 - Law Office Publication Review Completed

2007-06-28 - Approved for Pub - Principal Register (Initial exam)

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=77064598                    9/23/2007

2007-06-21 - Teas/Email Correspondence Entered

2007-06-21 - Communication received from applicant

2007-06-21 - Assigned To LIE

2007-06-13 - Automatic Update Of Assignment Of Ownership

2007-06-11 - TEAS Response to Office Action Received

2007-04-13 - Non-final action e-mailed

2007-04-13 - Non-Final Action Written

2007-04-09 - Assigned To Examiner

2006-12-21 - Notice Of Pseudo Mark Mailed

2006-12-20 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Amy B. Spagnole

**Correspondent**
AMY B. SPAGNOLE
HINCKLEY ALLEN SNYDER LLP
28 STATE ST
BOSTON, MA 02109-1775
Phone Number: 617-345-9000
Fax Number: 617-345-9020

---

Exhibit 129

Collection    About    Embroidery    Retailers/Shows    Press    Contact    Shopping Cart

Golf

Tennis

Yoga

Everyday

Apparel

Wholesale



# Ame & Lulu
Accessories for an Active Lifestyle

© 2006 www.ameandlulu.com. All rights reserved.
101 Monmouth St. Suite 717
Brookline, MA 02446

# Exhibit 130

Internet Archive Wayback Machine

**WaybackMachine**
INTERNET ARCHIVE

Enter Web Address: http://

Searched for http://www.ameandlulu.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

Take Me Back   All   Adv. Search Compare Archive Pages

## Search Results for Jan 01, 1996 - Sep 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 3 pages | 16 pages | 17 pages | 13 pages | 23 pages | 16 pages |
| | | | | | | Oct 05, 2002 * | Jan 30, 2003 * | Jan 21, 2004 * | Jan 23, 2005 | Jan 01, 2006 | Jan 06, 2007 |
| | | | | | | Nov 22, 2002 * | Mar 23, 2003 | Mar 31, 2004 * | Feb 03, 2005 | Jan 12, 2006 | Jan 11, 2007 |
| | | | | | | Nov 24, 2002 | Apr 09, 2003 * | Apr 13, 2004 | Feb 16, 2005 | Jan 30, 2006 | Jan 16, 2007 |
| | | | | | | | May 27, 2003 * | May 19, 2004 | Mar 08, 2005 | Feb 04, 2006 | Jan 21, 2007 |
| | | | | | | | Jun 21, 2003 | May 26, 2004 | Apr 07, 2005 * | Mar 19, 2006 | Jan 26, 2007 * |
| | | | | | | | Jun 24, 2003 * | Jun 12, 2004 | Sep 04, 2005 | Mar 24, 2006 | Feb 02, 2007 |
| | | | | | | | Jul 29, 2003 * | Jun 14, 2004 | Oct 13, 2005 | Apr 19, 2006 | Feb 03, 2007 |
| | | | | | | | Aug 03, 2003 | Aug 24, 2004 * | Nov 25, 2005 * | Apr 30, 2006 | Feb 24, 2007 |
| | | | | | | | Aug 07, 2003 * | Aug 26, 2004 | Nov 26, 2005 | May 03, 2006 * | Mar 06, 2007 |
| | | | | | | | Sep 24, 2003 | Aug 28, 2004 | Dec 02, 2005 | Jun 13, 2006 * | Mar 15, 2007 * |
| | | | | | | | Oct 13, 2003 | Sep 20, 2004 | Dec 10, 2005 | Aug 05, 2006 | Apr 05, 2007 * |
| | | | | | | | Oct 21, 2003 | Sep 24, 2004 | Dec 14, 2005 * | Aug 23, 2006 | May 02, 2007 * |
| | | | | | | | Nov 29, 2003 * | Sep 25, 2004 | Dec 24, 2005 | Aug 24, 2006 | Jun 01, 2007 * |
| | | | | | | | Dec 01, 2003 | Sep 26, 2004 | | Aug 26, 2006 | Jun 03, 2007 |
| | | | | | | | Dec 25, 2003 * | Oct 01, 2004 | | Aug 27, 2006 | Jul 02, 2007 |
| | | | | | | | Dec 31, 2003 | Dec 03, 2004 | | Sep 01, 2006 | Jul 03, 2007 |
| | | | | | | | | Dec 12, 2004 * | | Oct 04, 2006 | |
| | | | | | | | | | | Oct 27, 2006 * | |
| | | | | | | | | | | Nov 05, 2006 * | |
| | | | | | | | | | | Nov 13, 2006 | |
| | | | | | | | | | | Nov 20, 2006 | |
| | | | | | | | | | | Nov 28, 2006 | |
| | | | | | | | | | | Dec 05, 2006 * | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Exhibit 131

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:22:44 ET

**Serial Number:** 76638721 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3167194

**Mark**



**(words only):** LULU & LUIGI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-11-07

**Filing Date:** 2005-05-16

**Transformed into a National Application:** No

**Registration Date:** 2006-11-07

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 117

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-11-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LuLu & Luigi, LLC

**Address:**
LuLu & Luigi, LLC
3844 Grand Way West
St. Louis Park, MN 55416
United States
**Legal Entity Type:** Ltd Liab Co

**State or Country Where Organized:** Minnesota

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
PET CARRIERS AND LEASHES; PET CLOTHING
**Basis:** 1(a)
**First Use Date:** 2003-06-00
**First Use in Commerce Date:** 2003-06-00

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The colors orange, peach, light blue, blue, yellow, white and black are claimed as a feature of the mark.

**Description of Mark and Any Color Part(s):** The color orange appears in the upper left square, the color peach appears in the lower left square and in the wording LULU, the color light blue appears in the upper right square and in the wording LUIGI, the color blue appears in the lower right square, the color yellow appears in the bow on the dog's head, the color white appears in the design of the dog and cat, and the color black appears in the outline of the dog and the cat.

**Design Search Code(s):**
**03.01.04** - Cats, domestic Cats; Kittens
**03.01.08** - Dogs; Puppies
**03.01.16** - Heads of cats, dogs, wolves, foxes, bears, lions, tigers
**03.01.24** - Stylized cats, dogs, wolves, foxes, bears, lions, tigers
**09.01.04** - Bows, decorative; Ribbons, giftwrap (gift wrap); Ribbons, hair
**26.09.21** - Squares that are completely or partially shaded

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-11-07 - Registered - Principal Register

2006-08-22 - Published for opposition

2006-08-02 - Notice of publication

2006-07-01 - Law Office Publication Review Completed

2006-07-01 - Assigned To LIE

2006-06-19 - Approved for Pub - Principal Register (Initial exam)

2006-06-15 - Assigned To Examiner

2006-06-09 - Amendment From Applicant Entered

2006-05-30 - Communication received from applicant

2006-05-30 - PAPER RECEIVED

2005-12-13 - Non-final action mailed

2005-12-13 - Non-Final Action Written

2005-12-12 - Assigned To Examiner

2005-05-27 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Lawrence M. Nawrocki

**Correspondent**
LAWRENCE M. NAWROCKI
NAWROCKI, ROONEY & SIVERTSON, P.A.
SUITE 401, BROADWAY PLACE EAST
3433 BROADWAY STREET N.E.
MINNEAPOLIS, MINNESOTA 55413
Phone Number: (612) 331-1464
Fax Number: (612) 331-2239

---

Exhibit 132