


For discriminating pets and the people who love them.®

**ONLINE BOUTIQUE**   **NEWSROOM**   **GROOMING PAWLOUR**   **ABOUT US**   **BLOG**

FROM HEAD TO TAIL – WE'VE GOT YOU COVERED

 
 



**E-MAIL EXCLUSIVES**
Get news and special offers
**SIGN UP NOW**

**SHOP ONLINE**

Grooming Pawlour voted 2006 & 2007 "Best Place for Pet Grooming" and Retail Store voted 2007 "Best Pet Store" by the Readers Choice Awards in the Lake Shore Weekly News.



*Living the Life of LuLu*

**LULU & LUIGI** has it all for the discriminating pet!

Here you will find clothing, accessories, bedding, treats, carriers, toys and so much more designed with your pet in mind.

*Grooming Pawlour*
LOOK GOOD EVEN BEFORE YOU ACCESSORIZE!
Our salon offers the best in spa treatments from nails to tails. Check out our Spa Menu and call us today for an appointment!



© 2005 LuLu and Luigi, LLC. All rights reserved.     Legal     Your Privacy     Store Locations

# Exhibit 133

Page 1 of 2

Internet Archive Wayback Machine

INTERNET ARCHIVE
WayBackMachine

Enter Web Address: http://          All     [ Take Me Back ]

Searched for http://www.luluandluigi.com

Adv. Search  Compare Archive Pages

**99** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

# Search Results for Jan 01, 1996 - Sep 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 4 pages | 16 pages | 11 pages | 27 pages | 32 pages |

**2003**
Aug 04, 2003 *
Oct 11, 2003
Dec 17, 2003 *
Dec 20, 2003

**2004**
Feb 01, 2004 *
Feb 03, 2004
Mar 17, 2004 *
Mar 25, 2004
Apr 01, 2004
May 19, 2004 *
Jun 07, 2004
Jun 13, 2004
Jul 28, 2004
Aug 03, 2004
Aug 27, 2004 *
Sep 22, 2004
Sep 24, 2004
Oct 14, 2004
Nov 27, 2004 *
Dec 06, 2004

**2005**
Jan 26, 2005 *
Feb 05, 2005
Feb 12, 2005
Mar 06, 2005
Apr 04, 2005
Aug 31, 2005 *
Oct 13, 2005
Nov 07, 2005
Dec 06, 2005
Dec 11, 2005
Dec 28, 2005

**2006**
Feb 07, 2006 *
Feb 10, 2006
Mar 08, 2006
Apr 25, 2006 *
May 16, 2006
Jun 03, 2006
Jun 14, 2006
Jul 19, 2006
Aug 07, 2006 *
Sep 03, 2006
Sep 04, 2006
Sep 05, 2006
Sep 06, 2006
Oct 26, 2006 *
Nov 04, 2006
Nov 04, 2006 *
Nov 12, 2006 *
Nov 17, 2006
Nov 29, 2006 *
Dec 01, 2006
Dec 05, 2006 *
Dec 09, 2006 *
Dec 09, 2006 *
Dec 14, 2006
Dec 19, 2006 *
Dec 24, 2006 *
Dec 31, 2006 *

**2007**
Jan 02, 2007 *
Jan 05, 2007 *
Jan 07, 2007
Jan 10, 2007
Jan 12, 2007
Jan 14, 2007
Jan 17, 2007
Jan 19, 2007
Jan 21, 2007
Jan 24, 2007
Jan 27, 2007 *
Feb 02, 2007
Feb 09, 2007
Feb 16, 2007
Feb 17, 2007
Feb 23, 2007 *
Feb 24, 2007
Mar 03, 2007
Mar 04, 2007
Mar 12, 2007
Mar 20, 2007 *
Mar 21, 2007 *
Mar 29, 2007 *
Apr 15, 2007
Apr 19, 2007 *
May 15, 2007 *
May 18, 2007
May 19, 2007
Jun 09, 2007
Jun 14, 2007
Jun 20, 2007

# Exhibit 134

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:23:44 ET

**Serial Number:** 78415691 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 3197323

**Mark**



**(words only):** TRIXIE + LULU

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-01-09

**Filing Date:** 2004-05-10

**Transformed into a National Application:** No

**Registration Date:** 2007-01-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-12-05

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ben Elias Industries Corp.

**Address:**
Ben Elias Industries Corp.
1400 Broadway
New York, NY 10018
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York
**Phone Number:** (212) 684-3900
**Fax Number:** (212) 684-3999

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
CLOTHING, NAMELY JEANS, DENIM JEANS, OVERALLS, COVERALLS, JUMPERS, JUMP SUITS, TROUSERS, SLACKS, PANTS, CYCLE PANTS, SHORTS, BOXER SHORTS, SHIRTS, T-SHIRTS, UNDER SHIRTS, NIGHT SHIRTS, RUGBY SHIRTS, JERSEYS, UNIFORMS, ATHLETIC UNIFORMS, POLO SHIRTS, TOPS, CROP TOPS, TANK TOPS, HALTER TOPS, SWEATSHIRTS, SWEAT SHORTS, SWEAT PANTS, WARM-UP SUITS, JOGGING SUITS, BLOUSES, SKIRTS, DRESSES, SWEATERS, VESTS, FLEECE VESTS, PULLOVERS, FLEECE PULLOVERS, SNOW SUITS, PARKAS, ANORAKS, PONCHOS, JACKETS, DINNER JACKETS, SPORTS JACKETS, GOLF AND SKI JACKETS, REVERSIBLE JACKETS, COATS, BLAZERS, SUITS, TURTLENECKS, SWIMWEAR, BEACHWEAR, CAPS, BERETS, HATS, HEADBANDS, WRIST BANDS, HEADWEAR, EAR MUFFS, APRONS, SCARVES, BANDANAS, BELTS, SUSPENDERS, NECKWEAR, NECKTIES, TIES, BOW TIES, CLOTH BIBS, CLOTH DIAPERS, BOOTIES, INFANT WEAR, UNDERWEAR, BRIEFS, SWIM AND BATHING TRUNKS, BRAS, SPORTS BRAS, SINGLETS, SOCKS, LOUNGEWEAR, ROBES, BATHROBES, PAJAMAS, SLEEPWEAR, NIGHT GOWNS, LINGERIE, CAMISOLES, SLIPS, STOCKINGS, BODY STOCKINGS, PANTYHOSE, HOSIERY, KNIT HOSIERY, LEG WARMERS, BODYSUITS, LEGGINGS, TIGHTS, LEOTARDS, UNITARDS, GLOVES, MITTENS, WRIST BANDS, FOOTWEAR, SHOES, SNEAKERS, BOOTS, GALOSHES, SANDALS, ZORI, SLIPPERS AND RAINWEAR
**Basis:** 1(a)
**First Use Date:** 2006-02-01
**First Use in Commerce Date:** 2006-02-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-01-09 - Registered - Principal Register

2006-12-01 - Law Office Registration Review Completed

2006-11-30 - Allowed for Registration - Principal Register (SOU accepted)

2006-11-30 - Previous allowance count withdrawn

2006-11-30 - Allowed for Registration - Principal Register (SOU accepted)

2006-11-18 - Amendment From Applicant Entered

2006-11-16 - Communication received from applicant