2006-11-17 - Assigned To LIE

2006-11-16 - FAX RECEIVED

2006-11-10 - TEAS Response to Office Action Received

2006-05-11 - NON-FINAL ACTION E-MAILED

2006-05-11 - SU - Non-Final Action - Written

2006-05-09 - Assigned To Examiner

2006-04-17 - Statement of use processing complete

2006-03-29 - Amendment to Use filed

2006-03-29 - TEAS Statement of Use Received

2005-10-04 - Notice of allowance - mailed

2005-07-12 - Published for opposition

2005-06-22 - Notice of publication

2005-04-08 - Law Office Publication Review Completed

2005-04-08 - Assigned To LIE

2005-03-24 - Approved for Pub - Principal Register (Initial exam)

2004-12-08 - Letter of suspension e-mailed

2004-12-08 - Suspension Letter Written

2004-12-08 - Assigned To Examiner

2004-05-18 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Amy B. Goldsmith

**Correspondent**
AMY B. GOLDSMITH
GOTTLIEB, RACKMAN & REISMAN, PC
270 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10016-0601
Phone Number: (212) 684-3900
Fax Number: (212) 684-3999

Exhibit 135

trixie.

trixie+LuLu

# Exhibit 136

# FLORIDA DEPARTMENT OF STATE DIVISION OF CORPORATIONS

www.Sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

**Previous on List**    **Next on List**    **Return To List**

No Events    No Name History

Entity Name Searc

---

# Detail by Entity Name

## Florida Profit Corporation

LULU PARTS, INC

## Filing Information

| | |
|---|---|
| **Document Number** | P06000075089 |
| **FEI Number** | 205047293 |
| **Date Filed** | 05/31/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 06/01/2006 |

## Principal Address

407 LINCOLN ROAD
10-E
MIAMI BEACH FL 33139

## Mailing Address

407 LINCOLN ROAD
10-E
MIAMI BEACH FL 33139

## Registered Agent Name & Address

FAUR, JESSICA L
2280 KEYSTONE BLVD
N MIAMI FL 33181 US

## Officer/Director Detail

**Name & Address**

Title P

FAUR, JESSICA L
2280 KEYSTONE BLVD
N MIAMI FL 33181

## Annual Reports

**Report Year    Filed Date**
2007        06/05/2007

## Document Images

06/05/2007 -- ANNUAL REPORT

05/31/2006 -- Domestic Profit

**Note:** This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright  and  Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# Exhibit 137

| home | about us | privacy policy | send email | site map |



SEARCH    `Go`

## Featured Products



**NavRoute Bluetooth Data Logger GPS Receiver - GT-600BT**

Regular price: **$129.99**
Sale price: **$89.95**



**New Navroute USB GPS Reciver GM-R800+**

Regular price: **$89.95**
Sale price: **$39.95**



**Navroute Und Camera Syste Deluxe**

Regular price:
Sale price: $



**Navroute Neptuno Plus 7' Color Underwater Video System**

Regular price: **$699.95**
Sale price: **$499.95**



**Atlantis AUW-502 SportsCam Underwater Camera System**

Regular price: **$169.95**
Sale price: **$99.95**



**Navroute Neptun Color Underwa Syste**

Regular price:
Sale price: $



**Navroute Underwater Video System Neptuno II B&W 5,5**

Regular price: **$169.95**
Sale price: **$119.95**



**NavRoute CF-R500 Compact Flash GPS Receiver - CF-500-1000**

Regular price: **$89.99**
Sale price: **$59.95**



**Easy Cap Vide**

Regular price:
Sale price: $



**Navroute Underwater Camera System Tiburon**

Regular price: **$269.00**
Sale price: **$149.95**



**GT-600BT Wireless GPS With Voice Promps**

Regular price: **$169.95**
Sale price: **$126.95**



**Navroute GM-R80 Atlas Delorm Navigati**

Regular price:
Sale price: $

## Reasons to shop from us



Global Positioning
Systems (GPS)

Computer Parts

Electronics

HOME | ABOUT US | PRIVACY POLICY | SEND EMAIL | SITE MAP | VIEW CART

Copyright 2007 Lulu Parts, Inc. All

Underwater Video
Systems

Toys

E-COMMERCE BY
YAHOO!