

Exhibit 138

Dockets.Justia.com

Internet Archive Wayback Machine



Enter Web Address: http://

Searched for http://www.luluusa.com

* denotes when site was updated.

Take Me Back    All    Adv. Search  Compare Archive Pages

**168** Results

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 7 pages | 14 pages | 21 pages | 36 pages | 64 pages | 19 pages | 7 pages |
| | | | | | Mar 07, 2001 * | Jan 20, 2002 * | Feb 01, 2003 * | Feb 09, 2004 * | Jan 15, 2005 * | Jan 01, 2006 * | Feb 05, 2007 * |
| | | | | | Mar 31, 2001 * | Mar 25, 2002 * | Feb 01, 2003 * | Feb 09, 2004 * | Jan 21, 2005 * | Feb 06, 2006 * | Feb 07, 2007 * |
| | | | | | Apr 05, 2001 * | Mar 30, 2002 * | Feb 07, 2003 * | Mar 29, 2004 * | Jan 22, 2005 * | Feb 06, 2006 * | Mar 22, 2007 * |
| | | | | | Apr 12, 2001 * | May 24, 2002 * | Mar 30, 2003 * | Apr 01, 2004 * | Jan 26, 2005 * | Feb 08, 2006 * | Apr 07, 2007 * |
| | | | | | Apr 20, 2001 * | May 27, 2002 * | Apr 23, 2003 * | Apr 12, 2004 * | Jan 27, 2005 * | Feb 08, 2006 * | Apr 13, 2007 * |
| | | | | | May 18, 2001 * | Jun 02, 2002 * | Apr 23, 2003 * | May 18, 2004 * | Jan 29, 2005 * | Feb 21, 2006 * | Jul 07, 2007 * |
| | | | | | Nov 27, 2001 * | Jun 04, 2002 | May 27, 2003 * | May 19, 2004 * | Feb 03, 2005 * | Apr 02, 2006 * | Jul 14, 2007 * |
| | | | | | | Jun 05, 2002 | Jun 13, 2003 * | Jun 04, 2004 * | Feb 06, 2005 * | Apr 24, 2006 * | |
| | | | | | | Jun 29, 2002 * | Jun 18, 2003 * | Jun 07, 2004 * | Feb 09, 2005 * | May 15, 2006 * | |
| | | | | | | Sep 23, 2002 * | Jul 22, 2003 * | Jun 09, 2004 * | Feb 09, 2005 * | May 15, 2006 * | |
| | | | | | | Sep 29, 2002 * | Jul 23, 2003 * | Jun 12, 2004 * | Feb 11, 2005 * | May 22, 2006 * | |
| | | | | | | Oct 03, 2002 * | Aug 07, 2003 * | Jun 12, 2004 * | Feb 12, 2005 * | Jun 15, 2006 * | |
| | | | | | | Nov 25, 2002 * | Aug 08, 2003 * | Jun 15, 2004 * | Feb 14, 2005 * | Jun 18, 2006 * | |
| | | | | | | Nov 26, 2002 * | Oct 08, 2003 * | Jul 10, 2004 * | Feb 25, 2005 * | Jun 20, 2006 * | |
| | | | | | | | Oct 12, 2003 * | Jul 22, 2004 * | Feb 26, 2005 * | Aug 03, 2006 * | |
| | | | | | | | Oct 13, 2003 * | Jul 23, 2004 * | Feb 27, 2005 * | Aug 08, 2006 * | |
| | | | | | | | Dec 02, 2003 * | Jul 24, 2004 * | Feb 28, 2005 * | Aug 08, 2006 * | |
| | | | | | | | Dec 07, 2003 * | Aug 06, 2004 * | Mar 03, 2005 * | Sep 04, 2006 * | |
| | | | | | | | Dec 14, 2003 * | Aug 18, 2004 * | Mar 04, 2005 * | Oct 04, 2006 * | |
| | | | | | | | Dec 14, 2003 * | Aug 29, 2004 * | Mar 17, 2005 * | | |
| | | | | | | | Dec 15, 2003 * | Aug 29, 2004 * | Mar 20, 2005 * | | |
| | | | | | | | | Sep 03, 2004 * | Mar 21, 2005 * | | |
| | | | | | | | | Sep 10, 2004 * | Mar 23, 2005 * | | |
| | | | | | | | | Sep 11, 2004 * | Mar 25, 2005 * | | |
| | | | | | | | | Sep 18, 2004 * | Apr 02, 2005 * | | |
| | | | | | | | | Sep 19, 2004 * | Apr 10, 2005 * | | |

# Exhibit 139

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 09:53:33 ET

**Serial Number:** 75645552 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2607811

**Mark**



**(words only):** LULULEMON ATHLETICA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-08-13

**Filing Date:** 1999-02-22

**Transformed into a National Application:** No

**Registration Date:** 2002-08-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-09-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Lululemon Athletica Inc.

**Address:**
Lululemon Athletica Inc.
2113 West 4th Avenue

Vancouver, British Columbia V6K 1N6
Canada
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Canada

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
CLOTHING, NAMELY PANTS, SHIRTS, T-SHIRTS, SHORTS, SWEATSHIRTS, SWEATPANTS,
SOCKS, JACKETS, COATS, HATS, FOOTWEAR, NAMELY SHOES AND SANDALS
**Basis:** 1(a)
**First Use Date:** 1999-03-25
**First Use in Commerce Date:** 2001-11-20

---

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**26.01.02** - Circles, plain single line; Plain single line circles
**26.01.21** - Circles that are totally or partially shaded.
**26.17.09** - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-09-18 - Section 8 (6-year) and Section 15 Filed

2007-09-18 - TEAS Section 8 & 15 Received

2007-02-27 - TEAS Change Of Correspondence Received

2002-08-13 - Registered - Principal Register

2002-04-22 - Allowed for Registration - Principal Register (SOU accepted)

2002-04-22 - Assigned To Examiner

2002-04-19 - Statement of use processing complete

2002-04-08 - Amendment to Use filed

2002-04-19 - Extension 2 granted

2002-04-08 - Extension 2 filed

2002-04-08 - PAPER RECEIVED

2001-11-10 - Extension 1 granted

2001-10-15 - Extension 1 filed

2001-04-17 - Notice of allowance - mailed

2001-01-23 - Published for opposition

2000-12-22 - Notice of publication

2000-11-10 - Approved for Pub - Principal Register (Initial exam)

2000-02-08 - Examiner's amendment mailed

1999-08-12 - Non-final action mailed

1999-08-06 - Assigned To Examiner

1999-08-05 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
David A. Lowe

**Correspondent**
David A. Lowe
Black Lowe & Graham PLLC
701 Fifth Avenue
Suite 4800
Seattle WA 98104
Phone Number: 206.381.3300
Fax Number: 206.381.3301

**Domestic Representative**
David A. Lowe
Phone Number: 206.381.3300
Fax Number: 206.381.3301

---

# Exhibit 140

# welcome to lululemon athletica

**lululemon athletica is a yoga inspired athletic apparel company.** We aim to create components people to live longer, healthier, more fun lives. Founded in Kitsilano, Vancouver - one of the healthiest in the world - the first lululemon store not only featured a design studio / retail store but also shared with a then fledgling yoga studio.

Authentic to its West Coast roots, lululemon continues to focus on a healthy, balanced fun-filled way of

life is filled with runs at the beach, hiking, biking and a walk to work, a yoga class or a 15 - 30 minute with your best mate.

**New! Product Notification**

We receive items throughout the week, and want to keep you in the loop. Visit our stores section and at the store in your area.

**NASDAQ Opening Buzzer**

Check out the archived webcast of Chip Wilson opening the NASDAQ market on July 27th, 2007 the di completed our IPO.

# Exhibit 141

Internet Archive Wayback Machine

INTERNET ARCHIVE
WaybackMachine

Enter Web Address: http://
Searched for http://www.lululemon.com  See all.

[ Take Me Back ]   All   Adv. Search  Compare Archive Pages

**679 Results**        Page 1 of 4

## Search Results for Jan 01, 1996 - Sep 24, 2007

Note some duplicates are not shown. See all.
* denotes when site was updated.

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 3 pages | 10 pages | 12 pages | 14 pages | 23 pages | 56 pages | 119 pages | 72 pages |
| | | | Oct 13, 1999 * | Feb 29, 2000 * | Jan 24, 2001 | Jan 21, 2002 | Feb 01, 2003 | Mar 25, 2004 | Jan 06, 2005 | Jan 01, 2006 |
| | | | Oct 23, 1999 * | Mar 09, 2000 * | Feb 01, 2001 | Jan 27, 2002 | Feb 18, 2003 * | Apr 15, 2004 | Jan 12, 2005 | Jan 02, 2006 |
| | | | Nov 04, 1999 | May 10, 2000 * | Mar 09, 2001 | Mar 25, 2002 * | Feb 19, 2003 | May 18, 2004 | Jan 15, 2005 * | Jan 03, 2006 |
| | | | | Jun 18, 2000 * | Mar 30, 2001 | May 24, 2002 | Mar 22, 2003 | May 23, 2004 | Jan 17, 2005 | Jan 04, 2006 |
| | | | | Aug 16, 2000 * | Apr 01, 2001 | May 26, 2002 * | Apr 02, 2003 | Jun 05, 2004 | Jan 26, 2005 * | Jan 05, 2006 |
| | | | | Aug 18, 2000 * | Apr 05, 2001 | May 30, 2002 * | Apr 05, 2003 | Jun 09, 2004 | Feb 01, 2005 * | Jan 06, 2006 |
| | | | | Sep 17, 2000 | Apr 18, 2001 * | Jun 04, 2002 * | Apr 19, 2003 | Jun 11, 2004 | Feb 04, 2005 | Jan 07, 2006 |
| | | | | Oct 10, 2000 | May 16, 2001 * | Aug 02, 2002 * | Apr 26, 2003 | Jun 12, 2004 | Feb 08, 2005 | Jan 08, 2006 |
| | | | | Oct 28, 2000 * | Jul 21, 2001 * | Sep 23, 2002 * | May 29, 2003 | Jun 14, 2004 | Feb 11, 2005 | Jan 09, 2006 |
| | | | | Dec 04, 2000 | Sep 25, 2001 * | Sep 27, 2002 | Jun 07, 2003 | Jun 15, 2004 | Feb 12, 2005 | Jan 10, 2006 |
| | | | | | Nov 27, 2001 | Sep 29, 2002 | Jun 18, 2003 | Jun 16, 2004 | Feb 14, 2005 | Jan 11, 2006 |
| | | | | | | Nov 20, 2002 * | Jun 20, 2003 | Jun 18, 2004 | Feb 17, 2005 * | Jan 12, 2006 |
| | | | | | | Nov 21, 2002 | Jul 19, 2003 | Jun 19, 2004 | Feb 27, 2005 * | Jan 13, 2006 |
| | | | | | | Nov 29, 2002 | Jul 26, 2003 | Jun 23, 2004 | Mar 02, 2005 | Jan 14, 2006 |
| | | | | | | | Jul 27, 2003 | Jun 25, 2004 * | Mar 08, 2005 * | Jan 15, 2006 |
| | | | | | | | Aug 03, 2003 * | Jun 26, 2004 | Mar 14, 2005 | Jan 16, 2006 |
| | | | | | | | Oct 01, 2003 | Jun 27, 2004 | Mar 18, 2005 | Jan 17, 2006 |
| | | | | | | | Oct 06, 2003 | Jul 01, 2004 | Mar 21, 2005 | Jan 26, 2006 |
| | | | | | | | Oct 25, 2003 | Jul 03, 2004 | Mar 23, 2005 | Jan 27, 2006 |
| | | | | | | | Oct 27, 2003 | Jul 05, 2004 | Mar 24, 2005 | Jan 28, 2006 |
| | | | | | | | Dec 23, 2003 | Jul 06, 2004 | Mar 25, 2005 | Feb 01, 2006 * |
| | | | | | | | Dec 26, 2003 | Jul 10, 2004 | Mar 28, 2005 | Feb 02, 2006 |
| | | | | | | | Dec 30, 2003 | Jul 15, 2004 | Mar 31, 2005 * | Feb 03, 2006 |
| | | | | | | | | Jul 17, 2004 | Apr 09, 2005 * | Feb 05, 2006 |
| | | | | | | | | Jul 21, 2004 | Apr 22, 2005 * | Feb 07, 2006 |
| | | | | | | | | Jul 22, 2004 | | Feb 08, 2006 |

9/24/2007

| 2004 | 2005 | 2006 |
|---|---|---|
| Jul 23, 2004 | Apr 24, 2005 | Feb 09, 2006 |
| Aug 04, 2004 | Apr 26, 2005 | Mar 05, 2006 * |
| Aug 11, 2004 * | May 07, 2005 * | Mar 27, 2006 * |
| Aug 14, 2004 | May 20, 2005 * | Apr 02, 2006 * |
| Aug 22, 2004 | May 22, 2005 | Apr 07, 2006 |
| Aug 25, 2004 | May 23, 2005 | Apr 09, 2006 |
| Aug 28, 2004 | May 25, 2005 * | Apr 10, 2006 |
| Aug 31, 2004 | May 26, 2005 | Apr 12, 2006 |
| Sep 01, 2004 | May 29, 2005 | Apr 15, 2006 |
| Sep 02, 2004 | May 31, 2005 | Apr 21, 2006 |
| Sep 09, 2004 | Jun 02, 2005 | Apr 22, 2006 |
| Sep 10, 2004 | Jun 04, 2005 * | Apr 23, 2006 |
| Sep 12, 2004 | Jun 10, 2005 | Apr 24, 2006 |
| Sep 15, 2004 | Jun 12, 2005 | Apr 26, 2006 |
| Sep 16, 2004 | Jun 19, 2005 * | Apr 27, 2006 * |
| Sep 19, 2004 | Jun 20, 2005 | Jun 02, 2006 * |
| Sep 20, 2004 | Jun 22, 2005 | Jun 10, 2006 * |
| Sep 24, 2004 | Jun 23, 2005 | Jun 12, 2006 |
| Oct 27, 2004 | Jun 28, 2005 | Jun 15, 2006 |
| Nov 01, 2004 * | Jul 01, 2005 | Jul 01, 2006 * |
| Nov 14, 2004 | Jul 06, 2005 | Jul 03, 2006 |
| Nov 17, 2004 | Jul 08, 2005 * | Jul 05, 2006 |
| Nov 30, 2004 * | Jul 09, 2005 | Jul 06, 2006 |
| Dec 06, 2004 * | Jul 10, 2005 * | Jul 07, 2006 * |
| Dec 11, 2004 * | Jul 12, 2005 * | Jul 12, 2006 |
| Dec 14, 2004 | Jul 15, 2005 * | Jul 17, 2006 * |
| Dec 15, 2004 | Jul 16, 2005 | Jul 18, 2006 |
| Dec 30, 2004 * | Jul 20, 2005 | Jul 19, 2006 |
| | Jul 21, 2005 | Jul 21, 2006 |
| | Jul 24, 2005 | Jul 22, 2006 |
| | Jul 27, 2005 * | Aug 04, 2006 * |
| | Jul 28, 2005 | Aug 11, 2006 |
| | Jul 29, 2005 | Aug 12, 2006 |
| | Jul 30, 2005 | Aug 27, 2006 * |
| | Aug 03, 2005 | Aug 28, 2006 |
| | Aug 05, 2005 | Sep 01, 2006 |
| | Aug 07, 2005 | Oct 04, 2006 * |
| | Aug 08, 2005 | Oct 25, 2006 * |
| | Aug 09, 2005 | Nov 08, 2006 * |
| | Aug 10, 2005 | Nov 17, 2006 * |
| | Aug 11, 2005 | Dec 09, 2006 * |
| | Aug 14, 2005 | Dec 14, 2006 * |
| | Aug 17, 2005 | Dec 19, 2006 |

Internet Archive Wayback Machine

Internet Archive Wayback Machine

Dec. 24, 2006 *
Dec. 31, 2006

Aug. 18, 2005
Aug. 20, 2005
Aug. 22, 2005
Aug. 23, 2005 *
Aug. 26, 2005
Aug. 27, 2005
Aug. 28, 2005
Aug. 29, 2005
Aug. 30, 2005
Aug. 30, 2005 *
Sep. 01, 2005
Sep. 13, 2005 *
Sep. 24, 2005 *
Oct. 13, 2005 *
Oct. 24, 2005 *
Oct. 25, 2005
Oct. 28, 2005
Oct. 29, 2005
Oct. 30, 2005
Oct. 31, 2005
Nov. 01, 2005 *
Nov. 02, 2005
Nov. 07, 2005 *
Nov. 24, 2005 *
Nov. 24, 2005 *
Nov. 25, 2005
Nov. 27, 2005
Nov. 28, 2005
Nov. 30, 2005 *
Dec. 02, 2005
Dec. 03, 2005
Dec. 05, 2005
Dec. 06, 2005
Dec. 08, 2005
Dec. 10, 2005
Dec. 11, 2005
Dec. 14, 2005
Dec. 15, 2005
Dec. 16, 2005
Dec. 17, 2005
Dec. 18, 2005
Dec. 19, 2005
Dec. 20, 2005

Internet Archive Wayback Machine

Dec 24, 2005
Dec 25, 2005
Dec 26, 2005
Dec 28, 2005 *
Dec 29, 2005
Dec 30, 2005
Dec 31, 2005

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Exhibit 142



WHY WE MADE THIS:



WHY WE MADE THIS:



0248R000000000000092434

8

W Deep V Tank-M-Raspberry

00200613233





# Exhibit 143

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:24:02 ET

**Serial Number:** 75097097 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2129844

**Mark**



**(words only):** LM LULU PARIS

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2004-02-09

**Filing Date:** 1996-05-01

**Transformed into a National Application:** No

**Registration Date:** 1998-01-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-04-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. HADDAD, Lucien

**Address:**
HADDAD, Lucien
3, rue Emile Accolas
75007 Paris
France
**Legal Entity Type:** Individual

**Country of Citizenship:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
clothing, non-orthopedic footwear, and headwear
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "PARIS"

**Name Portrait Consent:** The term "LULU" in the mark does not identify any living individual.

**Foreign Application Number:** 95/596350
**Foreign Registration Number:** 95/596350
**Foreign Registration Date:** 1995-11-08
**Country:** France
**Foreign Filing Date:** 1995-11-08
**Foreign Expiration Date:** 2005-11-08

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-04-24 - Case File In TICRS

2004-02-09 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-12-05 - Section 8 (6-year) and Section 15 Filed

1998-01-20 - Registered - Principal Register

1997-10-28 - Published for opposition

1997-09-26 - Notice of publication

1997-07-11 - Approved for Pub - Principal Register (Initial exam)

1997-02-20 - Communication received from applicant

1997-01-30 - Letter of suspension mailed

1997-01-29 - Previous allowance count withdrawn

1996-11-18 - ITU claim deleted

1996-10-08 - Approved for Pub - Principal Register (Initial exam)

1996-10-02 - Examiner's amendment mailed

1996-09-12 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ROBERT J PATCH

**Correspondent**
ROBERT J PATCH
YOUNG & THOMPSON
745 S 23RD ST
ARLINGTON VA 22202

**Domestic Representative**
ROBERT J PATCH

---

Exhibit 144





Exhibit 145

Internet Archive Wayback Machine



Enter Web Address: http://    All    [ Take Me Back ]    Adv. Search  Compare Archive Pages

Searched for http://www.lmlulu.fr

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 23, 2007

**35 Results**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 6 pages | 13 pages | 10 pages | 4 pages |
| | | | | | | | | Mar 17, 2004 * | Jan 18, 2005 * | Feb 05, 2006 * | Jan 29, 2007 * |
| | | | | | | | | May 24, 2004 | Jan 28, 2005 * | Feb 20, 2006 | Mar 07, 2007 * |
| | | | | | | | | Aug 31, 2004 | Feb 05, 2005 * | Apr 14, 2006 | Apr 13, 2007 * |
| | | | | | | | | Sep 01, 2004 | Feb 10, 2005 * | Jun 13, 2006 | May 09, 2007 |
| | | | | | | | | Sep 28, 2004 * | Feb 12, 2005 | Aug 19, 2006 | |
| | | | | | | | | Nov 29, 2004 | Apr 30, 2005 | Aug 25, 2006 | |
| | | | | | | | | | Jul 06, 2005 | Oct 09, 2006 | |
| | | | | | | | | | Aug 17, 2005 | Oct 11, 2006 | |
| | | | | | | | | | Aug 27, 2005 | Nov 25, 2006 * | |
| | | | | | | | | | Aug 31, 2005 | Dec 05, 2006 * | |
| | | | | | | | | | Sep 30, 2005 * | | |
| | | | | | | | | | Oct 22, 2005 | | |
| | | | | | | | | | Oct 23, 2005 | | |

Home | Help

Internet Archive  |  Terms of Use  |  Privacy Policy

# Exhibit 146



## Clobbered Up.
### DESIGNER CLOTHING

| Home | News |

**Designers**

> james lakeland
> arrogant cat
> cappopera
> batiste
> zone bleue
> lm lulu paris
> gumleaf
> millers knitwear
> gabi lauton
> liberty freedom
> zepla
> beaver of bolton

**Gifts**

> St Justin
> childrens rainwear by welligogs!
> gift vouchers

**Useful Info**

> Directions

**LM LULU**





**New Shop**

**Our new shop is now open at Mermaid Quay Cardiff Bay**

**Tel. 02920 485944**

**Mon - Wed**
**10:00 - 6:00**

**Thursday**
**11:00 - 8:00**

**Fri - Sat**
**10:00 - 6:00**

**Sun**
**11:00 - 5:00**

---

**Main Road**
**St Brides Major**

**Tel: 01656 880444**

**Opening Times**

**Mon - Wed**
**10:00 - 5:00**

**Thursday**
**10:00 - 7:00**

**Fri -Sat**
**10:00 - 5:30**

---

mail@clobberedup.co.uk

site by:
**logicwebdesign.co.uk**

Exhibit 147