Latest Status Info

Page 1 of 4

Thank you for your request. Here are the latest results from the **TARR web server.**

**This page was generated by the TARR system on** 2007-09-23 17:27:48 ET

**Serial Number:** 79036344 Assignment Information       Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

Mark



**(words only):** LOULOU DE LA FALAISE PARIS

**Standard Character claim:** No

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2007-08-30

**Filing Date:** 2006-12-26

**The Information will be/was published in the Official Gazette on** 2007-10-02

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**Attorney Assigned:**
IZZI MARILYN D Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-08-30

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KLOSSOWSKI Louise

**Address:**
KLOSSOWSKI Louise
26, rue des Plantes
F-75014 PARIS

France
**Legal Entity Type:** Individual
**Country of Citizenship:** France

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Precious metals and alloys thereof; jewelry; fashion jewelry; precious stones; timepieces; and watches
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
Leather and imitation leather; animal skins; animal hides; suitcases; luggage trunks; parasols; umbrellas; walking sticks; whips; harnesses; saddlery; leather and imitation leather goods, namely, luggage, backpacks, messenger bags; handbags; rucksacks; travelling bags; college satchels; beach bags; wallets; business cards cases; change purses; attache cases; and vanity cases and cosmetic bags, both sold empty
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 021
**Class Status:** Active
Household and kitchen utensils and containers not of precious metal or coated therewith, namely, cooking pots, cookie jars, spatula, rolling pins; combs; cleaning sponges; glassware, porcelain and earthenware, namely, mugs, jars for jams and jellies, sculptures; and crockery and tableware, namely, drinking glasses, plates, dishes
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Active
Textiles, namely, textiles fabrics for the manufacture of clothing and bed linens; bed blankets and bed linen, namely, bed sheets covers for pillows and cushions, covers for quilts, eiderdowns, bedspreads, and blankets throws; and household linens, namely, face towels of textile, table mats not of paper, cleaning cloths and hand towels
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
Clothing, namely, dresses, blouses, t-shirts, pants, sweaters, jackets, coats; footwear; and headgear, namely, caps, hats, Toboggan hats
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "PARIS"

**Design Search Code(s):**
**26.11.21** - Rectangles that are completely or partially shaded
**26.17.01** - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
**26.17.05** - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0918369
**International Registration Date:** 2006-12-26
**Priority Claimed:** No
**Date of Section 67 Priority Claim:** (DATE NOT AVAILABLE)
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2007-04-26
**International Registration Renewal Date:** 2016-12-26
**Notification of Designation Date:** 2007-04-26
**Date of Automatic Protection:** 2008-10-26
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

## PROSECUTION HISTORY

2007-09-12 - Notice of publication

2007-08-30 - Law Office Publication Review Completed

2007-08-29 - Approved for Pub - Principal Register (Initial exam)

2007-08-10 - Amendment From Applicant Entered

2007-08-10 - Communication received from applicant

2007-08-10 - Assigned To LIE

2007-07-23 - PAPER RECEIVED

2007-05-25 - Refusal Processed By IB

2007-05-03 - Non-Final Action Mailed - Refusal Sent To IB

2007-05-03 - Refusal Processed By MPU

2007-05-02 - Non-Final Action (Ib Refusal) Prepared For Review

2007-05-01 - Non-Final Action Written

2007-04-27 - Assigned To Examiner

2007-04-27 - New Application Entered In Tram

2007-04-26 - Sn Assigned For Sect 66a Appl From IB

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
KLOSSOWSKI Louise
26, rue des Plantes
F-75014 PARIS
FRANCE

# Exhibit 148

Case 5:07-cv-00347-D    Document 64    Filed 10/09/2007    Page 5 of 16

# INTERNATIONAL
# Herald Tribune

## Loulou de la Falaise's new jewelry 'Fantaisies'

**By Natasha Montrose**
Wednesday, February 28, 2007

Loulou de la Falaise "is the woman I design for, imaginative, individual and forever chic," the designer Zac Posen declares.

The muse of Yves Saint-Laurent for more than 30 years, Falaise is creating her first diffusion line of jewelry and decorative objects for the home, called "Loulou de la Falaise Fantaisie."

"There's a reason my diffusion line is called Fantaisies. Each piece is a fantasy — because things shouldn't be serious, but fun and enhancing," Falaise said.

Hubert de Givenchy says that Falaise's style is "personal, elegant and refined" and that "her designs are gypsy but chic."

That signature style is reflected in the new collection's five themes: for example, "Klimt" is inspired by the artist's work; "Jardin," by her country garden. The others are "Naga," "Laque" and "Venise."

In addition to her multi-strand necklaces of semiprecious stones, sets of horn bracelets and oversized earrings, the collection includes a small homeware line, with frames, boxes and pots of lacquered wood and eggshell and throws made from Falaise's favorite fabrics — one side consists of boiled wool and velvet, the other is silk and mohair.

The products are priced from €30 to €300, or $40 to almost $400, and are being sold at her boutiques on the left and right banks of Paris, the Rue Cambon and Rue de Bourgogne respectively.

De la Falaise's company would not disclose its sales but, she said, "it is only by doing licenses that a small company can survive," so she recently designed a bracelet for the Parisian store Colette.

The store's spokeswoman said they had chosen Falaise for the project because they appreciated her image and believed that the €150 bracelet, made of waxed cotton with a leitmotif of a wolf in vermeil, would appeal to clients.

Notes:

IHT    Copyright © 2007 The International Herald Tribune | www.iht.com

# Exhibit 149

Case 5:07-cv-00347-D   Document 64   Filed 10/09/2007   Page 7 of 16

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-23 17:33:49 ET

**Serial Number:** 74364616 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2056522

**Mark (words only):** LUI LUI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2007-05-26

**Filing Date:** 1993-03-04

**Transformed into a National Application:** No

**Registration Date:** 1997-04-29

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-05-26

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Marco's Spaghetti Factory, Inc.

**Address:**
Marco's Spaghetti Factory, Inc.
P.O. Box 11
West Lebanon, NH 03784
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New Hampshire

---

### GOODS AND/OR SERVICES

**International Class:** 032
**Class Status:** Active
beer
**Basis:** 1(a)
**First Use Date:** 1992-07-04
**First Use in Commerce Date:** 1992-07-04

**International Class:** 042
**Class Status:** Active
restaurant services
**Basis:** 1(a)
**First Use Date:** 1991-04-17
**First Use in Commerce Date:** 1991-04-17

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-05-26 - First renewal 10 year

2007-05-26 - Section 8 (10-year) accepted/ Section 9 granted

2007-05-24 - Assigned To Paralegal

2007-04-27 - Combined Section 8 (10-year)/Section 9 filed

2007-04-27 - TEAS Section 8 & 9 Received

2006-12-14 - Case File In TICRS

2003-10-20 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-09-05 - Section 8 (6-year) and Section 15 Filed

2003-09-05 - TEAS Section 8 & 15 Received

1997-04-29 - Registered - Principal Register

1997-03-12 - Opposition terminated for Proceeding

1997-03-12 - Opposition dismissed for Proceeding

1993-11-23 - Opposition instituted for Proceeding

1993-10-12 - Opposition papers filed

1993-09-14 - Published for opposition

1993-08-13 - Notice of publication

1993-06-11 - Approved for Pub - Principal Register (Initial exam)

1993-06-11 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Joseph D. Lewis

**Correspondent**
Joseph D. Lewis
BARNES & THORNBURG LLP
SUITE 900
750 17TH STREET, NW
WASHINGTON DC 20006
Phone Number: 202-289-1313

# Exhibit 150

# Lui Lui

### WELCOME



**Pizza, Pasta and Other Good Food**



**Gift Certificates**
The perfect gift for any occasion.
Availabe for both Locations.

**Group Dining**
Function facilities at both locations.
Party platters available for take-out.

Lui Luis © 1999. All Rights Reserved

## MENU    ABOUT US    DINING    CONTACT US



Take a trip though Little Italy when you dine at Lui Lui. Start off your meal with our famous rolls and dippin' oil as well as a selection from the vast salad menu. The Insalata, the Caesar or try the Black & Blue salad- a meal by itself.

### ENJOY

**AUTHENTIC TUSCAN ITALIAN!**

**RIGHT IN YOUR OWN BACK YARD**

If you're in the mood for a pasta feast, the famous Lui Lui Pasta should do the trick, or try the Linguini Alla Vongole or a traditional Spaghetti & Meatballs. The entire family can enjoy a selection from the wood fired pizza menu, baked fresh in Lui's very own brick oven. Create your own, or try a house specialty pizza such as the Zeppo (our version of the traditional Pepperoni Pizza) or try a Vegetarian selection such as the Erico or the Spanifeta. Lui's offers express lunches as well as a full take-out menu. A taste of Italy right here in your own back yard. Just the way Mama used to make it...



**Featured Dish**
The Lui Lui
Sautéed chicken and fresh broccoli in a light cream sauce over rigatoni

### VISIT

Powerhouse Mall, Glen Road
West Lebanon, NH 03784
Sun 11:30am - 9:30pm
Mon-Thur 11:00am - 9:30pm
Fri & Sat 11:00am - 10:00pm
(603)-298-7070

259 Daniel Webster Hwy
Nashua, NH 03060
Mon - Thu 11:30am - 9:30pm
Fri & Sat 11:30am - 10:00pm
Sun 12:00pm - 9:30pm
(603)-888-2588



Bluesky Restuarants © 1999. All Rights Reserved.

# Exhibit 151

Internet Archive Wayback Machine


INTERNET ARCHIVE
WaybackMachine

**Enter Web Address:** http://  All   Take Me Back   Adv. Search  Compare Archive Pages

Searched for http://www.luilui.com   **89 Results**

Note some duplicates are not shown. See all.
* denotes when site was updated.

# Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 2 pages | 4 pages | 12 pages | 18 pages | 10 pages | 16 pages | 15 pages | 10 pag |
| | | | | Jun 19, 2000 | * Feb 19, 2001 | * Mar 25, 2002 | Jan 24, 2003 | Mar 20, 2004 | Jan 23, 2005 | Jan 15, 2006 | Jan 15, 20 |
| | | | | Oct 27, 2000 | Mar 31, 2001 | Jun 01, 2002 | Feb 13, 2003 | Apr 10, 2004 | * Feb 03, 2005 | * Feb 05, 2006 | Jan 20, 20 |
| | | | | | Apr 01, 2001 | Jul 22, 2002 | Mar 20, 2003 | May 26, 2004 | Mar 05, 2005 | * Feb 13, 2006 | Jan 25, 20 |
| | | | | | May 17, 2001 | Aug 02, 2002 | Mar 28, 2003 | Jun 06, 2004 | Apr 02, 2005 | Apr 27, 2006 | Feb 04, 20 |
| | | | | | | Aug 26, 2002 | Apr 01, 2003 | Jul 25, 2004 | * Jun 06, 2005 | May 04, 2006 | Feb 12, 20 |
| | | | | | | Sep 23, 2002 | Apr 23, 2003 | Sep 01, 2004 | Jul 07, 2005 | Jun 13, 2006 | Apr 01, 20 |
| | | | | | | Sep 25, 2002 | May 22, 2003 | Sep 20, 2004 | Jul 16, 2005 | Jun 17, 2006 | Apr 02, 20 |
| | | | | | | Sep 27, 2002 | May 24, 2003 | Sep 21, 2004 | Jul 29, 2005 | * Jul 04, 2006 | May 18, 20 |
| | | | | | | Sep 29, 2002 | Jun 08, 2003 | * Dec 04, 2004 | Aug 06, 2005 | Jul 05, 2006 | Jun 12, 20 |
| | | | | | | Nov 20, 2002 | * Aug 03, 2003 | Dec 13, 2004 | Aug 23, 2005 | Aug 04, 2006 | Jun 18, 20 |
| | | | | | | Nov 21, 2002 | Aug 08, 2003 | | Aug 27, 2005 | Aug 09, 2006 | |
| | | | | | | Nov 27, 2002 | Sep 20, 2003 | | Aug 31, 2005 | Aug 23, 2006 | |
| | | | | | | | * Oct 06, 2003 | | Nov 30, 2005 | Sep 05, 2006 | |
| | | | | | | | Oct 08, 2003 | | Dec 02, 2005 | Oct 04, 2006 | |
| | | | | | | | Nov 21, 2003 | | Dec 19, 2005 | Nov 07, 2006 | |
| | | | | | | | * Dec 15, 2003 | | Dec 23, 2005 | | |
| | | | | | | | Dec 25, 2003 | | | | |
| | | | | | | | Dec 27, 2003 | | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*/http://www.luilui.com      9/23/2007 8:54 PM
1 of 1

# Exhibit 152



