

# Exhibit 153

Latest Status Info

Page 1 of 3

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-09-23 17:26:55 ET

Serial Number: 77027382  Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark

# COCOLULU

(words only): COCOLULU

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2007-03-07

**Filing Date:** 2006-10-23

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**Attorney Assigned:**
GLASSER CARYN Employee Location

**Current Location:** L8X -TMEG Law Office 108 - Examining Attorney Assigned

**Date In Location:** 2007-03-06

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. EXIV Co., Ltd.

**Address:**
EXIV Co., Ltd.
1 Sanbancho - Chiyoda-ku KY Sanbancho Building 1F
Tokyo 102-0075
Japan

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=77027382                    9/23/2007

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Japan

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
badges of precious metal; bracelets; brooches; buckles of precious metal; earrings; objects of imitation gold; hat ornaments; jewelry; paste jewelry; key rings; necklaces; ornaments; plated articles of precious metal plating; rings; trinkets
**Basis:** 1(a)
**First Use Date:** 1998-03-17
**First Use in Commerce Date:** 2000-08-01

**International Class:** 018
**Class Status:** Active
garment bags for travel; net bags for shopping; bands of leather; beach bags; card cases; handbags; key cases of leather; pocket wallets; purses; purses, not of precious metal; rucksacks; shopping bags; traveling bags; umbrellas; vanity cases
**Basis:** 1(a)
**First Use Date:** 1998-03-17
**First Use in Commerce Date:** 2000-08-01

**International Class:** 025
**Class Status:** Active
bathing caps; bathing drawers; bathing suits; bathing trunks; beach shoes; belts; bibs, not of paper; boots; breeches; camisoles; cap peaks; caps; clothing, coats; collar protectors; collars; clothing combinations; footwear; gloves; half boots; hats; headgear for wear; jackets; stuff jackets jerseys; jumpers; clothing of knitwear; layettes; mittens; overalls; pants; parkas; ready-made clothing; sandals; scarves; shawls; shirt fronts; shirt yokes; shirts; shoes; skirts; socks; spats; sports shoes; sweaters; swimsuits; tee-shirts; trousers; underclothing; underwear; vests; waistcoats
**Basis:** 1(a)
**First Use Date:** 1998-03-17
**First Use in Commerce Date:** 2000-08-01

**International Class:** 026
**Class Status:** Active
ornamental novelty badges; badges in the form of buttons for wear, not of precious metal; zip fasteners for bags; barrettes for hair; blouse fasteners; brooches; buckles; shoe buckles; buttons; belt clasp; slide fasteners; hair ornaments; hair pins; snap fasteners; zip fasteners; zippers
**Basis:** 1(a)
**First Use Date:** 1999-03-17
**First Use in Commerce Date:** 2000-08-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-03-07 - Non-final action mailed

2007-03-06 - Non-Final Action Written

2007-03-06 - Assigned To Examiner

2006-10-26 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Louis J. Bovasso

**Correspondent**
LOUIS J. BOVASSO
GREEENBERG TRAURIG, LLP
2450 COLORADO AVE STE 400E
SANTA MONICA, CA 90404-5524
Phone Number: (310) 586-7700
Fax Number: (310) 586-7800

# Exhibit 154