COCOLULUオフィシャルサイト







**OFFICIAL SHOPPING SITE**
オフィシャルショッピングサイト


Online Shop Menu
- Ladies
- Men's
- mini
- COSME
- DENIM
- RAFF&FREE

       





 





  





news

★9/22 18:30のUP★

★COCOLULU mini★
『mini AnniversarySet』

★COCOLULUレディース★
『Ladies AnniversaryBag』
『アメイジングエナジーTシャツ』
『ブロッサムタンク



▶ カート
▶ ご利用ガイド
▶ マイページ
▶ メルマガ登録
▶ サイズスペック
▶ Shop list
▶ BLOG
▶ TOPへ

リクルート　会社概要　プライバシーポリシー　お問い合わせ

Coryright(C)2007 EXiV CO.,LTD.

# Exhibit 155

# Internet Archive Wayback Machine



Enter Web Address: http:// [All] [Take Me Back]   Adv. Search  Compare Archive Pages

Searched for http://www.exiv.co.jp                                                    **49** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 7 pages | 7 pages | 7 pages | 0 pages | 5 pages | 15 pages | 4 pages |
| | | | | | Feb 01, 2001 * | Jan 22, 2002 | Jan 23, 2003 | | Jan 23, 2005 * | Feb 02, 2006 * | Jan 05, 2007 |
| | | | | | Feb 20, 2001 | May 27, 2002 | Feb 10, 2003 | | Feb 10, 2005 | Feb 11, 2006 * | Jan 10, 2007 |
| | | | | | Apr 18, 2001 | Jun 05, 2002 | Feb 18, 2003 | | Jun 15, 2005 * | Apr 02, 2006 * | Jan 20, 2007 |
| | | | | | May 16, 2001 | Sep 26, 2002 | Mar 25, 2003 | | Jun 15, 2005 * | May 13, 2006 * | Jan 25, 2007 |
| | | | | | Jul 20, 2001 | Sep 27, 2002 | Apr 24, 2003 | | Sep 24, 2005 * | Jun 10, 2006 * | |
| | | | | | Sep 24, 2001 | Nov 25, 2002 * | May 01, 2003 | | | Jun 13, 2006 * | |
| | | | | | Nov 28, 2001 | Nov 29, 2002 | May 24, 2003 | | | Dec 09, 2006 * | |
| | | | | | | | | | | Dec 11, 2006 * | |
| | | | | | | | | | | Dec 13, 2006 * | |
| | | | | | | | | | | Dec 16, 2006 * | |
| | | | | | | | | | | Dec 18, 2006 * | |
| | | | | | | | | | | Dec 21, 2006 * | |
| | | | | | | | | | | Dec 23, 2006 * | |
| | | | | | | | | | | Dec 30, 2006 * | |
| | | | | | | | | | | Dec 31, 2006 * | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 156

Class 14

necklaces





Class 18

travelling bags



shopping bags



Class 25

bathing suits



footwear



Class 26

badges for wear



bottons



# Exhibit 157

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-09-24 10:17:16 ET

Serial Number: 78805761 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark

# MISHA LULU

(words only): MISHA LULU

Standard Character claim: Yes

Current Status: The examining attorney has accepted the Statement of Use and the application will register in due course.

Date of Status: 2007-09-04

Filing Date: 2006-02-02

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 102

Attorney Assigned:
CRAWFORD MARY E Employee Location

Current Location: L2X -TMEG Law Office 102 - Examining Attorney Assigned

Date In Location: 2007-09-04

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Stronikas, Inc.

Address:
Stronikas, Inc.

907 Wolford Lane
South Pasadena, CA 91030
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California
**Phone Number:** (310) 448-7983

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Infant and kid's clothing, namely, aprons, dresses, skirts, shirts and T-shirts
**Basis:** 1(a)
**First Use Date:** 2005-12-15
**First Use in Commerce Date:** 2006-02-06

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual."

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-09-04 - Allowed for Registration - Principal Register (SOU accepted)

2007-09-03 - Statement of use processing complete

2007-06-25 - Amendment to Use filed

2007-07-02 - PAPER RECEIVED

2006-12-26 - Notice of allowance - mailed

2006-10-03 - Published for opposition

2006-09-13 - Notice of publication

2006-08-16 - Law Office Publication Review Completed

2006-08-11 - Assigned To LIE

2006-08-09 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Teas/Email Correspondence Entered

2006-08-03 - Communication received from applicant

2006-08-03 - TEAS Response to Office Action Received

2006-07-29 - Non-final action e-mailed

2006-07-29 - Non-Final Action Written

2006-07-24 - Assigned To Examiner

2006-02-08 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jorge Arciniega

**Correspondent**
JORGE ARCINIEGA
MCDERMOTT WILL & EMERY LLP
2049 CENTURY PARK EAST, 34TH FLOOR
LOS ANGELES, CA 90067-3208
Phone Number: (310) 277-4110
Fax Number: (310) 277-4730

# Exhibit 158



# Exhibit 159




Search:




**New Arrivals**

**Diaper Bags**

**Clothes**
   Clothes by Brand
   Clothes by Size
   Clothes by Category
   Girl Clothing
   Boy Clothing

**Featured Brands**
   Sand Cassel Kids
   Red Sound
   Flowers by Zoe
   Ella Moss Tween

**European Clothing**

**Tween Shop Size 7-14**

**Pajamas/Loungewear**
   Pajamas by Brand
   Pajamas by Size
   Holiday Pajamas

**Coats and Jackets**

**Swimwear**

**Tutti Belly Maternity**

**Shoes & Slippers**

**Special Occasion**

**Accessories**
   Children's Backpacks
   Undergarments for Kids
   Children's Suitcases
   Tights & Socks
   Sand Cassel Kids
   Bathtime

**Gift Ideas**
   Gift Baskets
   Photo Albums
   Baby Gifts
   Gifts for Moms
   Gifts for Dads
   Gifts for Twins
   Sibling Gifts
   Holiday Clothes & Gifts
   Tutti Bella e-Gift Certificates

**Misha Lulu**
Sweet clothes for kids from Misha Lulu.

Page 1 . 2 . View All

Page 1 of 2 (newest items first)
Sort By: Newest   Name   Price

showing products
Vertical Style



Misha Lulu Plaid Jumper — $54.95
Misha Lulu Pink Squirrel Tee — $29.95
Misha Lulu Plaid — $32.95
Misha Lulu Riding Hood Jumper — $48.95
Misha Lulu Brown Tee with Deer — $19.95
Misha Lulu Brown — $48.95
Misha Lulu Brown No Place
Misha Lulu Light Brown Skirt
Misha Lulu Brown L

# Exhibit 160

**Latest Status Info**

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-09-23 17:28:34 ET

**Serial Number:** 78636969  Assignment Information     Trademark Document Retrieval

**Registration Number:** 3212326

**Mark**

# DISCOLULU

**(words only):** DISCOLULU

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-02-27

**Filing Date:** 2005-05-25

**Transformed into a National Application:** No

**Registration Date:** 2007-02-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-02-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Nguyen, Kimberly A.

**Address:**
Nguyen, Kimberly A.
P.O. Box 1233
Hermosa Beach, CA 902541233
United States
**Legal Entity Type:** Individual