Lulu Enterprises, Inc. v. N-F Newsite, LLC et al

Doc. 64 Att. 3

**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active
Dog accessories, namely, costume jewelry
**Basis:** 1(a)
**First Use Date:** 2004-12-04
**First Use in Commerce Date:** 2004-12-04

**International Class:** 028
**Class Status:** Active
Dog apparel; dog accessories, namely, collars and leashes
**Basis:** 1(a)
**First Use Date:** 2004-12-04
**First Use in Commerce Date:** 2004-12-04

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-02-27 - Registered - Principal Register

2006-12-12 - Published for opposition

2006-11-22 - Notice of publication

2006-10-23 - Law Office Publication Review Completed

2006-10-20 - Assigned To LIE

2006-10-18 - Approved for Pub - Principal Register (Initial exam)

2006-10-17 - Teas/Email Correspondence Entered

2006-09-08 - Communication received from applicant

2006-09-08 - TEAS Response to Office Action Received

2006-08-01 - NON-FINAL ACTION E-MAILED

2006-08-01 - Non-Final Action Written

2006-07-11 - Teas/Email Correspondence Entered

2006-06-21 - Communication received from applicant

2006-06-21 - TEAS Response to Office Action Received

2006-02-21 - TEAS Change Of Correspondence Received

2005-12-22 - Non-final action e-mailed

2005-12-22 - Non-Final Action Written

2005-12-18 - Assigned To Examiner

2005-09-22 - TEAS Change Of Owner Address Received

2005-06-03 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Christopher J. Day

**Correspondent**
Christopher J. Day
Law Office of Christopher Day
301 East Bethany Home Road, Suite A-213
Phoenix AZ 85012
Phone Number: 602-258-4440
Fax Number: 602-258-4441

---

# Exhibit 161

http://www.discolulu.com/shop.asp

9/23/2007 8:22 PM

DISCOLULU

1 of 1

# ☆ DISCOLULU

COLLECTIONS | CUSTOMER SERVICE | RETAILERS | REGISTRATION | COMPANY INFO

## Happy Hour

Calling all social butterflies.

The Happy Hour collection will get you V.I.P. service anywhere in town! No questions asked...



[ Block ]

## COLLECTIONS



ROCKER



LOWRIDER



RAIN GEAR



HAPPY HOUR



MVP

PAWCUFFS™

Exhibit 162

Internet Archive Wayback Machine


INTERNET ARCHIVE
WayBackMachine

http://web.archive.org/web/*/http://www.discolulu.com

**Enter Web Address:** http://   | All |   Take Me Back   Adv. Search Compare Archive Pages

**23 Results**

Searched for http://www.discolulu.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 5 pages | 10 pages | 6 pages |

**2005**
5 pages
Oct 13, 2005 *
Oct 30, 2005 *
Dec 05, 2005 *
Dec 10, 2005
Dec 12, 2005

**2006**
10 pages
Jan 11, 2006 *
Feb 03, 2006
Feb 16, 2006
Apr 21, 2006
Apr 26, 2006
May 17, 2006
Aug 04, 2006
Aug 09, 2006
Oct 04, 2006
Dec 05, 2006

**2007**
6 pages
Jan 09, 2007
Jan 14, 2007
Jan 19, 2007 *
Jan 25, 2007 *
Jun 12, 2007
Jul 14, 2007

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 163

# Exhibit 164

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:28:12 ET

**Serial Number:** 78544932 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3262243

**Mark**

# LULEE BABES

**(words only):** LULEE BABES

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-07-10

**Filing Date:** 2005-01-10

**Transformed into a National Application:** No

**Registration Date:** 2007-07-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-06-07

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Tish, Dessira

**Address:**
Tish, Dessira
107 Kendall Road
Walnut Creek, CA 94595
United States
**Legal Entity Type:** Individual

**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Women's, children's and infant's clothing, namely, pants, shorts, shortalls, rompers, jackets, coats, t-shirts, blouses, shirts, vests, skirts, dresses, hats, loungewear, aprons
**Basis:** 1(a)
**First Use Date:** 2005-10-00
**First Use in Commerce Date:** 2005-10-00

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-07-10 - Registered - Principal Register

2007-06-07 - Law Office Registration Review Completed

2007-06-07 - Assigned To LIE

2007-05-17 - Allowed for Registration - Principal Register (SOU accepted)

2007-05-16 - Teas/Email Correspondence Entered

2007-05-15 - Communication received from applicant

2007-05-15 - TEAS Response to Office Action Received

2007-04-26 - NON-FINAL ACTION E-MAILED

2007-04-26 - SU - Non-Final Action - Written

2007-04-19 - Statement of use processing complete

2007-01-11 - Amendment to Use filed

2007-01-11 - TEAS Statement of Use Received

2006-07-11 - Notice of allowance - mailed

2006-04-18 - Published for opposition

2006-03-29 - Notice of publication

2006-02-28 - Law Office Publication Review Completed

2006-02-17 - Assigned To LIE

2006-02-16 - Approved for Pub - Principal Register (Initial exam)

2006-02-14 - Teas/Email Correspondence Entered

2006-02-07 - Communication received from applicant

2006-02-07 - TEAS Response to Office Action Received

2005-08-10 - Non-final action e-mailed

2005-08-10 - Non-Final Action Written

2005-08-10 - Assigned To Examiner

2005-01-21 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
ANNE HIARING, ESQ.
LAW OFFICE OF ANNE HIARING
19 BROOKMONT CIR
SAN ANSELMO, CA 94960-1412
Phone Number: (415) 457-2040
Fax Number: (415) 457-2822

---

# Exhibit 165





home

spring 2007 clothing

fall 2006 clothing

spring 2006 clothing

blankets & accessories

stores

to order

look who's talking

about

© 2006 lulee babes

# Exhibit 166

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://www.luleebabes.com

9/23/2007 8:19 PM

**INTERNET ARCHIVE**
**WaybackMachine**

**Enter Web Address:** http:// _____ | All | | Take Me Back | Adv. Search Compare Archive Pages

Searched for http://www.luleebabes.com

**21 Results**

* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 24, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 2 pages | 10 pages | 9 pages |

**2005**
2 pages
Oct 23, 2005 *
Oct 29, 2005

**2006**
10 pages
Jan 01, 2006
Feb 05, 2006
Feb 21, 2006
Apr 02, 2006
May 13, 2006
Jun 13, 2006
Jun 18, 2006
Oct 28, 2006
Nov 03, 2006
Dec 05, 2006 *

**2007**
9 pages
Jan 08, 2007 *
Jan 12, 2007
Jan 17, 2007
Jan 22, 2007
Jan 28, 2007
Mar 28, 2007
May 03, 2007
Jun 03, 2007
Jul 03, 2007

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 167