*lulee babes*

lulee babes
san francisco

home
spring 2007 clothing
fall 2006 clothing
spring 2006 clothing
blankets & accessories
stores
to order
look who's talking
about

© 2006 lulee babes

## To Order

We are so pleased that you've come to visit! To order or for more information please contact us at:

lulee babes, inc
p. 415.793.4592
f. 925.934.3807
sales@luleebabes.com

Please visit us at one of the following tradeshows or showroom in your area:

**Nor. Cal Babes**
The Gabriel Group
The SF Giftcenter, Ste 571
San Francisco CA
415.752.8729
*Accessory line only.*

**So. Cal Babes**
Paperdoll Style
1101 East Ninth St. #A698
Los Angeles CA 90079
213.629.3874
info@paperdollstyle.com
*Accessory line only.*

**Giddy-Up! Babes**
Southern Fried Chicks Showroom
World Trade Center - Space 8585
Dallas TX
214.742.6111
Oct 26-29
www.southernfriedchicks.us
*Clothing and accessory lines*

**Southern Bell Babes**
Sugar Bebe Showroom
Atlanta Apparel Mart 101A
Atlanta GA
Oct 19-23 Spring 2007
615.795.0004
*Clothing line only*

**Big Apple Babes**
ENK Children's Club
Javit's Center
New York NY
415.793.4592
Oct 15-17 Spring 2007
*Clothing and accessory lines*










Dockets.Justia.com

# Exhibit 168

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:19:42 ET

**Serial Number:** 76443761 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2805621

**Mark (words only):** ULU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-01-13

**Filing Date:** 2002-08-26

**Transformed into a National Application:** No

**Registration Date:** 2004-01-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-01-20

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. CHACO, INC.

**Address:**
CHACO, INC.
39955 HAYDEN ROAD
PAONIA, CO 81428
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Colorado

---

### GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Footwear
**Basis:** 1(a)
**First Use Date:** 2002-01-01
**First Use in Commerce Date:** 2002-01-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-06-11 - Attorney Revoked And/Or Appointed

2007-06-11 - TEAS Revoke/Appoint Attorney Received

2007-03-28 - Automatic Update Of Assignment Of Ownership

2004-01-13 - Registered - Principal Register

2003-11-19 - Allowed for Registration - Principal Register (SOU accepted)

2003-11-19 - Assigned To Examiner

2003-11-18 - Case File In TICRS

2003-11-10 - Statement of use processing complete

2003-10-14 - Amendment to Use filed

2003-10-14 - PAPER RECEIVED

2003-07-01 - Notice of allowance - mailed

2003-04-08 - Published for opposition

2003-03-19 - Notice of publication

2003-02-10 - Approved for Pub - Principal Register (Initial exam)

2003-02-03 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Gary J. Nelson

**Correspondent**
Gary J. Nelson
Christie, Parker & Hale, LLP
P.O. Box 7068
Pasadena CA 91109-7068

Phone Number: 626-795-9900
Fax Number: 626-577-8800

# Exhibit 169



# Exhibit 170

Internet Archive Wayback Machine

**INTERNET ARCHIVE**
WaybackMachine

Enter Web Address: http://   All   Take Me Back

Adv. Search  Compare Archive Pages

Searched for http://www.uluboot.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 23, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 9 pages | 15 pages | 11 pages | 17 pages | 13 pages |

**2003**
Feb 09, 2003 *
Apr 22, 2003 *
Jun 01, 2003
Jun 22, 2003
Jul 28, 2003
Aug 05, 2003
Sep 26, 2003
Oct 13, 2003
Nov 19, 2003

**2004**
Feb 10, 2004 *
Apr 14, 2004
May 27, 2004
Jun 04, 2004
Jun 15, 2004
Jul 21, 2004
Aug 28, 2004
Aug 29, 2004
Sep 03, 2004
Sep 21, 2004
Sep 25, 2004
Oct 19, 2004 *
Oct 27, 2004
Nov 28, 2004
Dec 12, 2004

**2005**
Feb 02, 2005 *
Feb 03, 2005
Mar 11, 2005
Apr 06, 2005 *
Apr 07, 2005
Oct 26, 2005 *
Nov 02, 2005
Nov 03, 2005
Nov 24, 2005
Nov 25, 2005
Dec 17, 2005

**2006**
Jan 13, 2006
Jan 18, 2006
Feb 05, 2006
Feb 08, 2006
Apr 02, 2006
Apr 28, 2006 *
Jun 13, 2006
Jul 03, 2006
Aug 04, 2006
Aug 09, 2006
Aug 19, 2006
Dec 05, 2006 *
Dec 05, 2006 *
Dec 10, 2006
Dec 15, 2006
Dec 21, 2006
Dec 28, 2006

**2007**
Jan 02, 2007 *
Jan 07, 2007
Jan 12, 2007
Jan 17, 2007
Jan 27, 2007 *
Feb 12, 2007 *
Feb 19, 2007 *
Apr 03, 2007
May 02, 2007
May 15, 2007
Jun 01, 2007
Jul 01, 2007
Jul 02, 2007

**67 Results**

Home | Help

Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*/http://www.uluboot.com

# Exhibit 171

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 11:29:30 ET

**Serial Number:** 77020499 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AZULU

**(words only):** AZULU

**Standard Character claim:** Yes

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2007-09-10

**Filing Date:** 2006-10-13

**The Information will be/was published in the Official Gazette on** 2007-10-16

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
VOHRA SANJEEV KUMAR Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-09-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Srour, Mark

**Address:**
Srour, Mark
701 19333 Collins Ave
Sunny Isles, FL 33160
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
CLOTHING, NAMELY, HATS, LONG PANTS, CAPRI PANTS, SHORTS, BERMUDA SHORTS,
SKIRTS, MINI-SKIRTS, T-SHIRTS, SHIRTS, GUAYABERAS, BLOUSES, UNDERWEAR,
SWEATERS, PULLOVERS, BLAZER, JACKETS, BLAZERS, BATHING SUITS, HOSIERY,
SOCKS, JEANS, BUSTIERS, AND TIES
**Basis:** 1(a)
**First Use Date:** 2005-10-00
**First Use in Commerce Date:** 2005-10-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-09-10 - Law Office Publication Review Completed

2007-09-10 - Assigned To LIE

2007-08-02 - Approved for Pub - Principal Register (Initial exam)

2007-07-31 - Teas/Email Correspondence Entered

2007-07-31 - Communication received from applicant

2007-07-31 - TEAS Response to Office Action Received

2007-03-12 - Non-final action e-mailed

2007-03-12 - Non-Final Action Written

2007-02-28 - Assigned To Examiner

2006-10-17 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Christopher J. Day

**Correspondent**
CHRISTOPHER J. DAY
LAW OFFICE OF CHRISTOPHER DAY
301 E BETHANY HOME RD STE A213
PHOENIX, AZ 85012-1287
Phone Number: 6022584440
Fax Number: 6022584441

---

# Exhibit 172



Exhibit 173

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-23 17:25:59 ET

**Serial Number:** 78741545 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# MOSHULU

**(words only):** MOSHULU

**Standard Character claim:** Yes

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2007-06-12

**Filing Date:** 2005-10-27

**The Notice of Allowance Date is:** 2007-06-12

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**Attorney Assigned:**
DAWE III WILLIAM H Employee Location

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2007-06-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Coastguard Road Limited

**Address:**
Coastguard Road Limited
Devon Road, Heathpark
Honiton EX14 1SD
United Kingdom

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** United Kingdom

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Clothing, namely, hats, caps, gloves and scarves; footwear
**Basis:** 1(b), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Foreign Registration Number:** 2105138
**Foreign Registration Date:** 1997-01-03
**Country:** United Kingdom
**Foreign Expiration Date:** 2006-07-12
**Foreign Renewal Number:** 2105138
**Foreign Renewal Date:** 2006-07-12

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-06-12 - Notice of allowance - mailed

2007-03-20 - Published for opposition

2007-02-28 - Notice of publication

2007-02-07 - Law Office Publication Review Completed

2007-02-07 - Approved for Pub - Principal Register (Initial exam)

2007-02-07 - Teas/Email Correspondence Entered

2007-02-07 - Communication received from applicant

2007-02-07 - Assigned To LIE

2007-01-15 - TEAS Response to Office Action Received

2006-10-26 - NON-FINAL ACTION E-MAILED

2006-10-26 - Non-Final Action Written

2006-10-26 - Previous allowance count withdrawn

2006-10-26 - Approved for Pub - Principal Register (Initial exam)

2006-10-25 - Teas/Email Correspondence Entered

2006-10-23 - Communication received from applicant

2006-10-23 - TEAS Response to Office Action Received

2006-05-01 - Non-final action e-mailed

2006-05-01 - Non-Final Action Written

2006-05-01 - Assigned To Examiner

2005-12-28 - Teas/Email Correspondence Entered

2005-12-09 - Communication received from applicant

2005-12-09 - Applicant amendment prior to exam entered

2005-12-09 - TEAS Preliminary Amendment Received

2005-11-01 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John C. Cain

**Correspondent**
JOHN C. CAIN
WONG, CABELLO, LUTSCH, RUTHERFORD & BRUC
SUITE 600
20333 SH 249
HOUSTON, TX 77070
Phone Number: (832) 446-2403
Fax Number: (832) 446-2424

---

# Exhibit 174