

# MOSHULU

**Orderline 01590 688907**
10.00 - 17.00 Mon - Sat  3 High Street, Lymington

Please Choose a Category [ Go ]                    Search our Shoe Shop                    [ Search ]



## Welcome to Moshulu Shoes Online
## - Sale Now On -

Moshulu Mail Order is proud to present the full range of Moshulu Shoes available for you to buy online. Moshulu brings colour, comfort and contemporary style to its range of fashion shoes. You'll find styles suitable for home, work and play, with our full range of <u>ladies shoes</u>, <u>ladies sandals</u>, <u>ladies slippers</u>, <u>mens shoes</u>, <u>mens sandals</u> and <u>mens slippers</u>. We have also introduced a range of <u>handbags</u> and <u>ladies accessories</u>, which includes gloves, scarves and hats.

Our range of Moshulu ladies shoes is available in sizes 3 - 8, and our Moshulu mens shoes in sizes 7 - 12. We hope you enjoy browsing our online shoe shop, and should you have any questions please call our Customer Service Department on 01590 688907. You can place your order over the phone, or using our secure online store. Questions relating to our online ordering process are answered on our <u>help desk</u> page.





<u>Home</u> | <u>About Us</u> | <u>Help Desk</u> | <u>Contact Us</u>



   

Secure payment processing from protx

Moshulu Mail Order, 3/4 High Street, Lymington, Hampshire SO41 9AA, Tel: 01590 688907

Company Registered in England No: 3910487 VAT No: 755 075 226
Registered Office Address: 41-42 High Street, Lymington, Hampshire SO41 9AF

<u>Link Partners</u>

Dockets.Justia.com

# Exhibit 175

Internet Archive Wayback Machine

INTERNET ARCHIVE
WaybackMachine

Enter Web Address: http://    All    [ Take Me Back ]    Adv. Search  Compare Archive Pages

Searched for http://www.moshulumailorder.co.uk

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Sep 23, 2007

**22 Results**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 2 pages | 14 pages | 5 pages |

**2005**
2 pages
Dec 22, 2005 *
Dec 27, 2005

**2006**
14 pages
Feb 03, 2006 *
Feb 09, 2006 *
Apr 02, 2006 *
Jun 10, 2006
Jul 02, 2006 *
Aug 04, 2006 *
Aug 13, 2006 *
Aug 13, 2006 *
Aug 19, 2006 *
Aug 21, 2006 *
Sep 06, 2006 *
Oct 04, 2006 *
Dec 05, 2006

**2007**
5 pages
Feb 02, 2007 *
Apr 16, 2007 *
May 03, 2007
Jun 02, 2007 *
Jul 03, 2007 *

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# Exhibit 176

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-23 17:26:27 ET

**Serial Number:** 75303359 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2383578

**Mark (words only):** KULU ATOLL

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-01-09

**Filing Date:** 1997-06-04

**Transformed into a National Application:** No

**Registration Date:** 2000-09-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-01-09

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. PRINT N' WEAR PTY LTD.

**Address:**
PRINT N' WEAR PTY LTD.
26 LEONARD PARADE
CURRUMBIN QUEENSLAND 4223
Australia
**Legal Entity Type:** Company
**State or Country Where Organized:** Australia

---

### GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
clothing, namely, swimwear
**Basis:** 1(a)
**First Use Date:** 1997-08-01
**First Use in Commerce Date:** 1999-02-08

## ADDITIONAL INFORMATION

**Translation:** "KULU" is an Australian Aboriginal word meaning "seed" or "new beginning".

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-09 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-11-02 - Assigned To Paralegal

2006-09-05 - Section 8 (6-year) and Section 15 Filed

2006-09-05 - PAPER RECEIVED

2006-02-16 - Case File In TICRS

2006-02-16 - Case File In TICRS

2000-09-05 - Registered - Principal Register

2000-06-20 - Allowed for Registration - Principal Register (SOU accepted)

2000-03-01 - Communication received from applicant

2000-02-11 - Examiners Amendment -Written

2000-02-04 - Assigned To Examiner

2000-01-13 - Assigned To Examiner

2000-01-10 - Statement of use processing complete

1999-11-29 - Amendment to Use filed

1999-06-24 - Extension 1 granted

1999-06-01 - Extension 1 filed

1998-12-01 - Notice of allowance - mailed

1998-09-08 - Published for opposition

1998-08-07 - Notice of publication

1998-06-25 - Approved for Pub - Principal Register (Initial exam)

1998-05-28 - Communication received from applicant

1997-12-03 - Non-final action mailed

1997-10-31 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
MICHAEL J MACDERMOTT

**Correspondent**
MICHAEL J MACDERMOTT
CHRISTIE PARKER HALE LLP
PO BOX 7068
PASADENA CA 91109-7068

**Domestic Representative**
CHRISTIE PARKER HALE LLP

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-23 17:25:36 ET

**Serial Number:** 78694862 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3186172

**Mark**

# KULU

**(words only):** KULU

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-12-19

**Filing Date:** 2005-08-17

**Transformed into a National Application:** No

**Registration Date:** 2006-12-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-12-19

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Print 'n' Wear Pty Ltd

**Address:**
Print 'n' Wear Pty Ltd
42 Leonard Parade
Currumbin Water, Queensland 4223
Australia
**Legal Entity Type:** Company

**State or Country Where Organized:** Australia
**Phone Number:** 02-6283 2941 CONTACT OFF

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
CLOTHING, NAMELY, TRACK SUITS, TRACK SUIT TOPS, TRACK SUIT TROUSERS; T-SHIRTS, SHIRTS, BLOUSES, SHORTS, SWIMWEAR, VESTS, SWEATERS, TIGHTS; JACKETS, TROUSERS, DRESSES, SKIRTS, SARONGS, SKI WEAR, SCARVES, STOCKINGS AND SOCKS; HEADGEAR, NAMELY, HATS AND CAPS; BELTS FOR CLOTHING; BRACES; WAIST BANDS; FOOTWEAR INCLUDING SHOES, BOOTS, SANDALS, SNEAKERS; SKI SUITS; SPECIAL SPORTING FOOTWEAR
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Translation:** The English translation of the word "KULU" in the mark is "SEED" or "NEW BEGINNING".

**Prior Registration Number(s):**
2383578

**Foreign Registration Number:** 775185
**Foreign Registration Date:** 1998-10-09
**Country:** Australia
**Foreign Expiration Date:** 2008-10-09

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2006-12-19 - Registered - Principal Register

2006-10-03 - Published for opposition

2006-09-13 - Notice of publication

2006-08-08 - Law Office Publication Review Completed

2006-08-04 - Assigned To LIE

2006-08-01 - Approved for Pub - Principal Register (Initial exam)

2006-06-22 - Amendment From Applicant Entered

2006-06-09 - Communication received from applicant

2006-06-09 - PAPER RECEIVED

2006-03-06 - Non-final action e-mailed

2006-03-06 - Non-Final Action Written

2006-03-06 - Assigned To Examiner

2005-09-16 - Amendment From Applicant Entered

2005-09-06 - Communication received from applicant

2005-09-02 - PAPER RECEIVED

2005-08-26 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Michael J. MacDermott

**Correspondent**
MICHAEL J. MACDERMOTT
CHRISTIE, PARKER & HALE, LLP
PO BOX 7068
PASADENA, CA 91109-7068
Phone Number: (626) 795-9900
Fax Number: (626) 557-8800

**Domestic Representative**
Michael J. MacDermott
Phone Number: (626) 795-9900
Fax Number: (626) 557-8800

---

Exhibit 177



'Kulu' is a swimwear label designed by Kulu Atoll, a ladies swimwear design company based on the beautiful Gold Coast of Australia. Our swimwear is made for women who want to have fun at the beach and in the water.

Our fit is famous for the confidence that it gives the wearer and we design many different shapes to fit the many different body shapes of the women of the world...... try a pair on and check out how they feel on your body.

The journey is the destination... and happiness is the goal... and it's so much more doing it wearing your KULU swimsuit. Enjoy!

AUSTRALIAN SWIMWEAR FOR THE WORLD

Kuluatoll Swimwear 2006 - info@kuluatoll.com.au - Site Designed by GCweb
Music by u3go

# Exhibit 178

Internet Archive Wayback Machine

# Waybackmachine
INTERNET ARCHIVE

Enter Web Address: http://

Searched for http://www.kuluatoll.com.au

Note some duplicates are not shown. See all.
* denotes when site was updated.

Take Me Back     All

Adv. Search  Compare Archive Pages

## Search Results for Jan 01, 1996 - Sep 23, 2007

**399** Results

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 9 pages | 6 pages | 17 pages | 21 pages | 14 pages | 33 pages | 36 pages | 11 pages |
| | | | | Apr 08, 2000 * | Feb 02, 2001 | Jan 05, 2002 | Feb 02, 2003 | Apr 01, 2004 | Jan 10, 2005 * | Jan 01, 2006 | Jan 02, 2007 * |
| | | | | Jun 20, 2000 | Mar 02, 2001 | Feb 13, 2002 | Feb 12, 2003 | Jun 06, 2004 | Jan 27, 2005 | Jan 06, 2006 | Jan 07, 2007 |
| | | | | Oct 08, 2000 * | Mar 31, 2001 | May 23, 2002 | Feb 17, 2003 | Jun 12, 2004 | Jan 29, 2005 | Jan 07, 2006 | Jan 12, 2007 |
| | | | | Oct 22, 2000 | Apr 02, 2001 | May 24, 2002 | Mar 21, 2003 | Jun 13, 2004 | Feb 03, 2005 | Jan 08, 2006 | Jan 17, 2007 |
| | | | | Nov 01, 2000 | May 17, 2001 * | May 25, 2002 | Apr 09, 2003 | Jun 15, 2004 | Feb 04, 2005 | Jan 09, 2006 | Jan 22, 2007 |
| | | | | Nov 10, 2000 | Nov 15, 2001 * | Jun 08, 2002 | Apr 19, 2003 | Jul 01, 2004 | Feb 05, 2005 | Jan 10, 2006 | Jan 27, 2007 |
| | | | | Dec 04, 2000 * | | Aug 03, 2002 | Apr 23, 2003 | Aug 29, 2004 | Feb 06, 2005 | Jan 11, 2006 | Feb 09, 2007 |
| | | | | Dec 14, 2000 | | Aug 04, 2002 | Apr 26, 2003 | Sep 23, 2004 | Feb 09, 2005 | Jan 12, 2006 | Feb 12, 2007 |
| | | | | Dec 15, 2000 | | Aug 05, 2002 | May 28, 2003 | Sep 24, 2004 | Feb 21, 2005 | Jan 13, 2006 | Feb 23, 2007 |
| | | | | | | Sep 22, 2002 | Jun 08, 2003 | Sep 25, 2004 | Feb 28, 2005 | Jan 14, 2006 | Jun 20, 2007 |
| | | | | | | Sep 25, 2002 | Jun 13, 2003 | Oct 01, 2004 | Mar 08, 2005 | Jan 16, 2006 | Jul 06, 2007 |
| | | | | | | Sep 27, 2002 | Jun 22, 2003 | Nov 27, 2004 | Mar 24, 2005 | Jan 17, 2006 | |
| | | | | | | Sep 29, 2002 | Jul 24, 2003 | Dec 03, 2004 | May 17, 2005 | Jan 18, 2006 | |
| | | | | | | Nov 22, 2002 * | Aug 04, 2003 * | Dec 17, 2004 | Jun 01, 2005 | Feb 04, 2006 | |
| | | | | | | Nov 26, 2002 | Aug 06, 2003 | | Jun 09, 2005 | Feb 07, 2006 | |
| | | | | | | Nov 29, 2002 | Sep 19, 2003 | | Jun 15, 2005 * | Feb 08, 2006 | |
| | | | | | | Dec 08, 2002 | Sep 23, 2003 | | Jun 29, 2005 | Feb 19, 2006 | |
| | | | | | | | Oct 18, 2003 | | Jul 07, 2005 | Apr 02, 2006 | |
| | | | | | | | Nov 28, 2003 | | Jul 08, 2005 | Apr 20, 2006 | |
| | | | | | | | Dec 07, 2003 | | Jul 17, 2005 | Apr 24, 2006 | |
| | | | | | | | Dec 16, 2003 | | Aug 19, 2005 * | Apr 27, 2006 | |
| | | | | | | | | | Aug 25, 2005 | Jun 10, 2006 | |
| | | | | | | | | | Aug 27, 2005 | Jun 13, 2006 | |
| | | | | | | | | | Sep 01, 2005 | Aug 04, 2006 | |
| | | | | | | | | | Oct 25, 2005 | Aug 13, 2006 | |
| | | | | | | | | | Oct 29, 2005 | Aug 19, 2006 * | |
| | | | | | | | | | Nov 07, 2005 | Sep 02, 2006 * | |
| | | | | | | | | | Nov 25, 2005 | Oct 10, 2006 * | |
| | | | | | | | | | Nov 30, 2005 | Nov 08, 2006 * | |
| | | | | | | | | | Dec 18, 2005 | Nov 15, 2006 * | |
| | | | | | | | | | Dec 29, 2005 | | |

Case 5:07-cv-00347-D    Document 65-3    Filed 10/09/2007    Page 15 of 25

9/23/2007

Internet Archive Wayback Machine

Dec 30, 2005
Dec 31, 2005

Nov 21, 2006
Dec 05, 2006
Dec 12, 2006
Dec 17, 2006
Dec 24, 2006 *

Home | Help

Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*/http://www.kuluatoll.com.au

# Exhibit 179



**MADE IN AUSTRALIA**

# Exhibit 180

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 11:46:12 ET

**Serial Number:** 76385658 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2674852

**Mark (words only):** ZULU GEAR

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-01-14

**Filing Date:** 2002-03-22

**Transformed into a National Application:** No

**Registration Date:** 2003-01-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. New York Flavor & Fashions, LLC

**Address:**
New York Flavor & Fashions, LLC
358 S. 700 E. B #241
Salt Lake City, UT 84102
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Utah
**Phone Number:** 801-577-3032

---

## GOODS AND/OR SERVICES

**International Class:** 025

**Class Status:** Active
Men's, women's, and children's clothing, namely, shirts, sweatshirts, rugby shirts, t-shirts, tank tops, collared shirts, jackets, coats, vests, sport coats, pants, sweatpants, slacks, shorts, hats, headbands, visors, ski caps, socks, shoes, sneakers, boots, sandals, wristbands, socks, belts, neckties, gloves, undergarments, skirts, and dresses
**Basis:** 1(a)
**First Use Date:** 2001-12-00
**First Use in Commerce Date:** 2002-02-08

---

## ADDITIONAL INFORMATION

**Disclaimer:** "GEAR"

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-01-14 - Registered - Principal Register

2002-10-22 - Published for opposition

2002-10-02 - Notice of publication

2002-08-08 - Approved for Pub - Principal Register (Initial exam)

2002-08-02 - Examiner's amendment mailed

2002-07-22 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
J. Bradley Griffiths

**Correspondent**
J. BRADLEY GRIFFITHS
J. BRADLEY GRIFFITHS
1895 WELLINGTON CIR.
SALT LAKE CITY UT 84117
Phone Number: 801-898-8933
Fax Number: 801-363-0645

---

# Exhibit 181

**New York**

*"There's no pla*
*Mario Lucc*

| Home Page | About Us | Hats | | Our Famous Toons | Press Release | Sho |
|-----------|----------|------|--|------------------|---------------|-----|
| Guess Who | Press Release 2 | shop now | | | | |



Copyright %wstx.site.%. New York Flavor & Fashions LLC.. All rights reserved.



# New York Flavor & Fashions LLC

305 W
New

*BIG MONEY$$$$$$$$$$$$$$$*     info@newyorkflave

Home      Shopping Cart      Sign In      Register      Help

## Quick Search

 Go!

Advanced Search

Welcome to our store. We invite you to browse through our store and shop with c
addition, we adhere to a strict privacy policy that means your information will not
or otherwise distributed. GET A $$$$$ CASH REWARD FOR CATCHING ANY PERSO
USING OUR LOGOS OR PRODUCTS WITHOUT OUR PERMISSION. CALL US TODAY
1940. WE WILL KEEP YOUR NAME CONFIDENTIAL. We hope you enjoy your stay.
COMING SOON CLICK ON PHOTO TO ENLARGE, CLICK AGAIN AND WE GET LARG

## Our Products

All Pimps & Players $$$$$$ # Gold Foil Print SL

 All Pimps & Players $$$$$$ # 2 Gold Foil Print SL

All Pimps & Players Crown # 2 Gold Fo

 All Pimps & Players Crown # Print SL

All Pimps & Players Royal Crown #3 Gold Foil Print SL

 All Pimps & Players Royal Crown # 3 Gold Foil Print SL

All Pimps & Players Royal Crown Princ Print SL

 All Pimps & Players Royal Cr Gold Foil Print SL

All Pimps & Players Royal Crown Prince #6 Gold Foil Print SL

 All Pimps & Players Royal Crown Prince # 6 Gold Foil Print SL Stay Down

All Pimps & Pyalers T-Shirt Style # 1

 The Crown All Pimps & Play Style # 1

All Pimps and Players Anti Thug Spray T-shirt

 All Pimps & Players Antil Thug Spray T-shirt

New York Flavor & Fashions llc T-Shirt

 New York Flavor & Fashions foil print

The Crown All Pimps & Players T-Shirt Style #2

 Crown All Pimps & Players T-Shirt Style #2

The Royal Crown All Pimps & Players S

 The Royal Crown All Pimps # 3

Warriors Unlimited INC. T-Shirt Encrest Z's

 Warriors Unlimited INC. T-Shirt Encrest Z's

Warriors Unlimited INC. T-Shirt - GAN

Warriors Unlimited INC. T-!
GANGSTER MAX 100% pre
6.1 once, Red on Black foil

Warriors Unlimited INC. T-Shirt W/ Crest

Warriors Unlimited INC. T-Shirt W/ Crest

Zulugear LS T-Shirt

Zulugear LL T-Shirt -W/ Z i



Zulugear LS T-Shirt -W/3 Zs in a row



Zulugear LS T-Shirt -W/ ZZ in the mid

**Zulugear LS T-Shirt -W/3 Zs in a row**



**Zulugear LS T-Shirt -W/ ZZ**



Copyright © 2005-2007. All rights reserved. | Terms and Conditions | About Us



# Exhibit 182