

Dockets.Justia.com

# Exhibit 183

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 11:57:42 ET

**Serial Number:** 77001282 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3267166

**Mark**

# ZULU ROSE

**(words only):** ZULU ROSE

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-07-24

**Filing Date:** 2006-09-18

**Transformed into a National Application:** No

**Registration Date:** 2007-07-24

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-07-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Zulu Rose LLC

**Address:**
Zulu Rose LLC
Suite 1290 980 North Michigan Avenue

Chicago, IL 60611
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Illinois

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
clothing, namely, blouses, coats, dresses, gowns, jackets, belts and belt buckles, shirts, trousers, vests, T-shirts and sweat shirts
**Basis:** 1(a)
**First Use Date:** 2005-02-00
**First Use in Commerce Date:** 2005-02-00

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-07-24 - Registered - Principal Register

2007-05-08 - Published for opposition

2007-04-18 - Notice of publication

2007-03-12 - Law Office Publication Review Completed

2007-03-12 - Assigned To LIE

2007-02-13 - Approved for Pub - Principal Register (Initial exam)

2007-02-07 - Assigned To Examiner

2006-09-26 - TEAS Change Of Correspondence Received

2006-09-25 - TEAS Change Of Correspondence Received

2006-09-21 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Correspondent**
Mark I. Feldman, Christina L. Martini, J
DLA Piper US LLP
P.O. Box 64807
Chicago IL 60664-0807
Phone Number: 312.368.4000
Fax Number: 312.236.7516

# Exhibit 184

Case 5:07-cv-00347-D    Document 65-4    Filed 10/09/2007    Page 7 of 23



# ZULUROSE®BOUTIQUE

Welcome to the African Megatropolis.

This is the official Zulu Rose website and online boutique, featuring our designer lifestyle apparel and afro-urban fa

Our piece dyed and hand printed garments are our labor of love and meant to be treasured.

The online boutique allows a world wide audience to shop our buttery soft collection of casual clothing.

Our collection consists of tailored couture Tshirts for men and women, dresses, shirts, and other accessories that b the village, the metroplex and beyond.

Our unique combination of modern tailoring, luxurious fabrics and vintage afro graphics makes Zulu Rose unique ye audience.

Case 5:07-cv-00347-D    Document 65-4    Filed 10/09/2007    Page 8 of 23

Open your mind, our world is alive with possibilities, passion and progress.

Zulu Rose,
Travel Africa in style.



| Home | Shipping & Returns | Conditions Of Use | Security | Terms and Conditions | Privacy Policy |
| FAQs | Wholesale | Employment | Sales Affiliate Program |

All copyright, design rights, and intllectual property rights remain the property of Zulu Rose LLC.



# Exhibit 185



# Exhibit 186

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-24 15:23:33 ET

**Serial Number:** 76587676 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2950689

**Mark**

# LUJO

**(words only):** LUJO

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-05-10

**Filing Date:** 2004-04-16

**Transformed into a National Application:** No

**Registration Date:** 2005-05-10

**Register:** Supplemental

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-05-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Avery, Donald R.

**Address:**
Avery, Donald R.
P.O. Box 1103

Fayetteville, NC 28302
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** (910) 578-1921
**Fax Number:** (910)426-3177

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
Luggage; all-purpose sport bags, athlete bags, duffel bags, book bags, backpacks, handbags, cloth shopping bags, tote bags, travel kit bags sold empty, briefcases, wallets, purses and cosmetic cases sold empty
**Basis:** 1(a)
**First Use Date:** 2002-09-17
**First Use in Commerce Date:** 2002-09-17

---

## ADDITIONAL INFORMATION

---

**Translation:** The English translation of the word "LUJO" is the mark is LUXURY.?

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-05-10 - Registered - Supplemental Register

2005-01-26 - Law Office Publication Review Completed

2005-01-26 - Assigned To LIE

2005-01-07 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2004-12-08 - Amendment From Applicant Entered

2004-11-17 - Communication received from applicant

2004-11-17 - PAPER RECEIVED

2004-11-09 - Non-final action mailed

2004-11-09 - Non-Final Action Written

2004-11-09 - Assigned To Examiner

2004-05-11 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Correspondent**
DONALD R. AVERY
LUJO-CLOTHING COMPANY
P.O. BOX 1103
FAYETTEVILLE NORTH CAROLINA 28302
Phone Number: (910) 578-1921
Fax Number: (910)426-3177

---

# Exhibit 187



(Attachment-B)

Exhibit 188





# Exhibit 189

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-09-26 18:24:17 ET

**Serial Number:** 75754235 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2543797

**Mark**



**(words only):** LULU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-03-05

**Filing Date:** 1999-10-30

**Transformed into a National Application:** No

**Registration Date:** 2002-03-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-03-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lu Lu Temple A.A.O.N.M.S., Inc.

**Address:**
Lu Lu Temple A.A.O.N.M.S., Inc.
5140 Butler Pike Whitemarsh Township

Plymouth Meeting, PA 19462
United States
**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION
**State or Country Where Organized:** Pennsylvania

---

### GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
CHARITABLE FUND RAISING
**Basis:** 1(a)
**First Use Date:** 1999-02-01
**First Use in Commerce Date:** 1999-04-01

---

### ADDITIONAL INFORMATION

**Design Search Code(s):**
**02.01.17** - Actors; Carnival characters (men); Clowns (men); Harlequins (men); Jesters (men); Men, clowns, actors, mimes, carnival characters, harlequins, jesters, men wearing tights; Mimes (men); Tights (men wearing)

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

2007-03-27 - Case File In TICRS

2002-03-05 - Registered - Principal Register

2001-12-11 - Published for opposition

2001-11-21 - Notice of publication

2001-07-16 - Approved for Pub - Principal Register (Initial exam)

2001-01-24 - Communication received from applicant

2001-02-16 - Communication received from applicant

2001-01-24 - Communication received from applicant

2001-02-01 - Final refusal mailed

2000-08-29 - Communication received from applicant

2000-08-29 - Communication received from applicant

2000-02-29 - Non-final action mailed

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
JEFFREY L. EICHEN

**Correspondent**
JEFFREY L. EICHEN
MORGAN LEWIS AND BOCKIUS
1701 MARKET ST STE 2
PHILADELPHIA PA 19103-2987

---

# Exhibit 190