

SALAMON: BACK OF A T-SHIRT



# Exhibit 191



## History of the Shriners
## and
## Lu Lu Shrine



### I. FOUNDING AND ORGANIZATION

In 1870, five (5) Freemasons working and living in New York City, fostere
affiliate organization that would provide fun and fellowship not only for the m
for their wives and families.  These five men were:

William Millard Fleming, M.D.

William J. Florence, Actor

Charles T. McClenachan, Lawyer

William S. Paterson, Paper Merchant

William Fowler, Restaurateur

These five Masons met for lunch regularly at the Knickerbocker Cottage on Si
established prerequisites for membership, adopted a Ritual, approved Costun
Rules for the operation of the first Shrine Temple.  The prerequisite for memb
be a Freemason, and also had obtained "either York Rite or Scottish Rite Adv
The recommendations were approved at the first formal meeting of "13" Fre
June 16, 1871.  The "13" received the "Order of the Shrine" and *MECCA (#*
was organized.  The organization was titled "The Shrine of the United States."

On June 6, 1876, Dr. Fleming, the Grand Potentate (later changed to Illus
called to order the Fourth meeting of *MECCA*.  At this Session, the Imp
organized.  Twenty four (24) Nobles attended, representing two Temples,
*DEMASCUS #2.*  Imperial Potentates were elected to foster new Templ
Cincinnati Ohio, Pittsburgh PA, Montpelier VT and Patterson N.J.  Also at th
Imperial Council, a Committee was appointed to write Statutes and Regulati
Code).



## II. EARLY YEARS AND LU LU TEMPLE (#16)

Between June 1876 and June 1887 (11 years), thirty seven Temples wer
national membership reached 4,398.

On December 31, 1883, twenty eight Knights Templar assembled in Indu
Street, Philadelphia, and agreed to request a Dispensation to form a Temple
*LU LU* (meaning in Arabic *"PEARL"*). Per the Dispensation, the first eleve
inducted into LU LU on January 19, 1884. The Ceremonial was conducted
*MECCA* Temple. The first election of LU LU officers followed the Ceremonial
1884, the 2nd Ceremonial was held when 32 novices were inducted, and A
were named. At the Special Ceremonial of March 22, 1884, when 29 men we
of them from the Baltimore area, immediately demitted to organize *BOUM*
Imperial Council Session in New York City on June 4, 1884, three new Temp
Charters:

*LU LU*, Philadelphia (#16) "Pearl"

*MURAT*, Indianapolis (#17) "Name of an Arab Tribe"

*BOUMI*, Baltimore (#18) "Owl"

## III. THE SHRINE HOSPITAL SYSTEM

From the beginnings, in 1871 *(MECCA)* through 1920 approximately, the
approved philanthropy. The Temples were generous, however, in supporting
national charities. In 1919, the Honorable W. Freeland Kendrick, Potentate
1918, and later Mayor of Philadelphia, 1924-1928, launched the idea that I
undertake something for "friendless, orphaned, and crippled children." Th
(1920) at the Imperial Council Session in Portland, OR, Imperial Sir Kendrick
was adopted) a motion to "establish a Shriners Hospital for Crippled Chilc
assessment of $2.00, from every Shriner to support the Hospital, was
Committee of Seven was appointed by Imperial Sir Kendrick to implement the

The Shrine Hospital System has grown to its current size of 19 Hospitals in t
Canada, and Mexico, and three Burns Institutes. The name has change
Hospitals for Children. Every Shriner today contributes $5.00 of his annual me
the Hospital System.

Freeland Kendrick (known as "Free" or "Freel") became known as the "Fathe

System.  He served on the National Board (he chaired it for many years) a
Philadelphia Hospital Board until his death, March 20, 1953.  After ser
Potentate 1919/1920, Freel returned to LU LU, where he again served as Po
years (1921-23).

## IV. THE SHRINE FRATERNITY MATURES

In 1888, with the chartering of *RAMASES* Temple (#33), Toronto, Canada,
to "The Shrine of North America". Temples were later organized in Mexico
2000, the prerequisite for membership was changed.  A Freemason may no
for Shrine membership.

The original idea of Fun and Fellowship has never changed.  The Potentate
recognizes or charters Units and Clubs.  Units are devoted to a stated purpo
Guard, Concert Band, Arab Patrol, Legion of Honor, etc.  In addition to serv
these Nobles are often joined by their Ladies for social activities.  LU LU rec
Clubs, however, are organized essentially for social activities and predomina
Ladies in most events.  LU LU has eight Shrine Clubs.  They meet monthly
dinner and fellowship in public places – restaurants, Country Clubs, etc.  Thes
carry the name of the locations where they meet – i.e. Bucks County Shrine (
County Shrine Club, Delaware County Shrine Club, etc.

To fully participate in the Shrine, support the Hospital, and enjoy the fellow
Temple, it is recommended that a Noble join at least one Unit and one Clul
Lady and family in the social activities.

*Harry F. Spetl*

# Exhibit 192

Thomson CompuMark

# Trademark Research Report

**Mark Searched:**   LULU STUDIO

| | |
|---|---|
| **Client Name:** | HUNTON & WILLIAMS LLP |
| **Type Of Search:** | FULL SEARCH |
| **Formatted:** | By Source |

| | |
|---|---|
| **Attention:** | **BRONWYN A TUCKER** |
| **Your File:** | **66031.000004** |

| | |
|---|---|
| Our File: | 139562311 -59 |
| Date Completed: | July 12, 2007 |
| Date Received: | July 10, 2007 |
| Received by: | E-Mail |

**Goods/Services:**

WEB-HOSTED SOFTWARE APPLICATION FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; SOFTWARE FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; DESKTOP PUBLISHING

We have taken all reasonable steps to ensure the completeness and accuracy of this report. However, for various reasons, including the subjective nature of trademark searching and the possibility of incomplete and inaccurate data provided by the United States Patent & Trademark Office and other national trademark offices, the Secretary of States' Offices, and all of the many vendors and publishers of trademark and business information used in compiling search reports, we cannot warrant that this report is complete or error free. AS A RESULT, WE DISCLAIM ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. This search is valid only for the mark and goods noted above. If the mark or goods that were the subject of this search change, even slightly, a new search should be performed.

Any liability arising out of the preparation of this report is limited to a refund of the search fee paid. Acceptance of this search constitutes an acceptance of the aforesaid terms, conditions and limitations. This report in no way constitutes a legal opinion. The ranking of cited references into groups based on their relative relevance to the mark searched is for the convenience of our clients in reviewing the search report and is not intended to convey an opinion regarding the legal significance of any cited reference.



**THOMSON**

Thomson CompuMark, 500 Victory Road, North Quincy, MA 02171-3145
Telephone (617) 479-1600  (800) 692-8833  •  Fax (617) 786-8273  (800) 543-1983

LULU 023367
CONFIDENTIAL

This page was intentionally left blank.

LULU 023368
CONFIDENTIAL

# Table of Contents

**Report Summary**

    Report Graph ....................................................................................5

    Group One Summary ..........................................................................6

**USPTO Trademark Report**

    USPTO Summary ..............................................................................7

    Analyst Review ...............................................................................13

    USPTO Citations .............................................................................17

**State Trademark Report**

    State Summary ...............................................................................161

    Analyst Review ..............................................................................162

    State Citations ...............................................................................167

**Web Common Law**

    Analyst Review ..............................................................................173

    Web Common Law Summary ............................................................174

    Web Common Law Citations .............................................................175

**Common Law Database Report**

    Common Law Database Summary ......................................................199

    Analyst Review ..............................................................................200

    Common Law Database Citations ......................................................204

**Common Law Business Name Report**

    Common Law Business Name Summary ..............................................209

    Analyst Review ..............................................................................210

    Common Law Business Name Citations ..............................................212

**Gale Group Database Report**

    Gale Group Database Summary ........................................................213

    Analyst Review ..............................................................................214

    Gale Group Database Citations .........................................................218

**Internet Domain Name Report**

    Internet Domain Name Summary ......................................................219

    Analyst Review ..............................................................................221

    Internet Domain Name Citations ......................................................224

**Additional References**

    Common Law Library Citations .........................................................251

    Shepard's Citations ........................................................................253

Mark Searched: LULU STUDIO

Search: 139562311

LULU 023369
CONFIDENTIAL

# Table of Contents

**Reported Owner Index**

Reported Owner Index ..........................................................255

**LULU 023370
CONFIDENTIAL**

# Report Graph & Table



| | USPTO | State | Common Law Database | Business Name | Gale Group | Domain Name |
|---|---|---|---|---|---|---|
| Group 1 | 0 | 0 | 0 | 1 | 0 | 6 |
| Group 2 | 0 | 0 | 0 | 0 | 0 | 10 |
| Group 3 | 6 | 0 | 1 | 0 | 0 | 0 |
| Group 4 | 57 | 6 | 1 | 0 | 0 | 0 |
| Group 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | 63 | 6 | 2 | 1 | 0 | 16 |

Mark Searched: LULU STUDIO

Analyst: JOEL FELDMAN

Report Graph Page: 5

LULU 023371
CONFIDENTIAL

**LULU STUDIO**

## Group One Summary

| Citation | Status | Class(es) | Owner | Source | Page | Record of Interest |
|---|---|---|---|---|---|---|
| | | | | | | |
| **GROUP ONE** | | | | | | |
| 1. LULU STUDIO INC | N/A | 1,9,12, 24,35,36 ,37,38, 39,40, 41,42 | N/A | Business Name | 212 | ☐ |
| 2. LULU-STUDIO.COM | N/A | N/A | N/A | Domain Name | 224 | ☐ |
| 3. LULUSTUDIO.COM | N/A | N/A | N/A | Domain Name | 226 | ☐ |
| 4. LULU-STUDIOS.COM | N/A | N/A | N/A | Domain Name | 228 | ☐ |
| 5. LULUSTUDIOS.COM | N/A | N/A | N/A | Domain Name | 230 | ☐ |
| 6. LULUS-STUDIO.COM | N/A | N/A | N/A | Domain Name | 230 | ☐ |
| 7. LULUSSTUDIO.COM | N/A | N/A | N/A | Domain Name | 232 | ☐ |

LULU 023372
CONFIDENTIAL

LULU STUDIO

## USPTO Summary Page

| Citation | Status | Class(es) Owner | | Reg/Serial Number | Page | Record of Interest |
|----------|--------|---------|--------|-------------------|------|--------------------|
| **GROUP ONE** | | | | | | |
| **No Group One Matches** | | | | | | |
| **GROUP TWO** | | | | | | |
| **No Group Two Matches** | | | | | | |
| **GROUP THREE** | | | | | | |
| 1. LULU | Pending | 9, 16, 25, 35, 38, 41, 42 | LULU ENTERPRISES, INC. | SN-77-217,960 | 17 | ☐ |
| 2. LOULOU | Pending | 16, 41 | ROGERS PUBLISHING LIMITED | SN-78-381,136 | 20 | ☐ |
| 3. LULU **TTAB** | Published | 35, 41, 42 | LULU ENTERPRISES, INC. | RN-N/A SN-78-155,152 | 22 | ☐ |
| 4. LU-LU | Registered | 16 | MADISON PARK GREETINGS, INC. | RN-2,710,747 SN-76-326,108 | 26 | ☐ |
| 5. LUULUU | Abandoned | 9, 35 | LUULUU.COM, INC. | SN-76-005,186 | 27 | ☐ |
| 6. STUDIO | Abandoned | 16, 28, 41 | CRANIUM INC. | SN-78-069,965 | 28 | ☐ |
| **GROUP FOUR** | | | | | | |
| 7. LULU.COM | Pending | 9, 16, 18, 25, 35, 38, 41, 42 | LULU ENTERPRISES, INC. | SN-77-217,955 | 30 | ☐ |
| 8. LULU THE LETTER-SPINNING SPIDER | Registered | 9, 16, 28 | LEAPFROG ENTERPRISES, INC. | RN-3,218,677 SN-78-537,445 | 33 | ☐ |

LULU 023373
CONFIDENTIAL

**LULU STUDIO**

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 9. LULU BELLS TREASURES | | | | | | |
| | Registered | 35 | LULU BELLS TREASURES, INC. | RN-3,117,207 SN-78-687,321 | 35 | ☐ |
| 10. LULU COMPANY | | | | | | |
| | Pending | 35 | THE LULU COMPANY, INC. | SN-78-695,569 | 36 | ☐ |
| 11. LULU GUINNESS | | | | | | |
| | Registered | 35 | LULU GUINNESS LIMITED | RN-3,145,799 SN-76-284,213 | 38 | ☐ |
| 12. LULU LOLO | | | | | | |
| | Registered | 16 | EVANS, LOIS | RN-2,425,513 SN-75-474,713 | 39 | ☐ |
| 13. LULU THE DOG | | | | | | |
| | Pending | 16 | EDWARD S. LEAVER | SN-78-543,041 | 41 | ☐ |
| 14. LULU'S PEEPS | | | | | | |
| | Registered | 16 | VIACOM INTERNATIONAL INC. | RN-2,863,527 SN-78-034,478 | 42 | ☐ |
| 15. LULU THERAPY ON A LEASH, INC. | | | | | | |
| | Registered | 16, 21, 25, 41 | THERAPY ON A LEASH, INC. | RN-2,517,778 SN-75-470,145 | 44 | ☐ |
| 16. THE ADVENTURES OF TINTIN AND LULU | | | | | | |
| | Pending | 41 | ZILKHA, BETTINA | SN-77-130,979 | 46 | ☐ |
| 17. TINA AND LULU | | | | | | |
| | Published | 9, 41 | ZENIMAX MEDIA INC. | SN-78-511,568 | 48 | ☐ |
| 18. LUCY BUFFETT'S LULU'S | | | | | | |
| | Registered | 35 | LULU'S LANDING, INC. | RN-3,055,023 SN-78-564,876 | 50 | ☐ |
| 19. LUCY BUFFETT'S LULU'S | | | | | | |
| | Registered | 35 | LULU'S LANDING, INC. | RN-3,055,016 SN-78-564,797 | 52 | ☐ |
| 20. LOULOU CACHAREL | | | | | | |
| | Pending | 18, 25 | CACHAREL U.S.A., INC. | SN-77-194,525 | 54 | ☐ |
| 21. LITTLE LULU | | | | | | |
| | Renewed | 16 | CLASSIC MEDIA, INC. | RN-990,189 SN-72-460,870 | 56 | ☐ |

LULU 023374
CONFIDENTIAL

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 22. TINA AND LULU | Abandoned | 9, 41, 42 | ZENIMAX MEDIA INC. | SN-76-157,239 | 69 | ☐ |
| 23. LULU WEDDINGS | Abandoned | 35 | LULU WEDDINGS | SN-78-742,943 | 71 | ☐ |
| 24. LULU 'N' LOU | Abandoned | 14, 16, 20, 21, 25, 28 | KINGSLEY CARDS LIMITED | SN-78-114,333 | 72 | ☐ |
| 25. LITTLE LULU | Expired | 16 | CLASSIC MEDIA, INC. | RN-959,441 SN-72-420,496 | 74 | ☐ |
| 26. LULU PRESS | Abandoned | 9, 16, 35, 41 | LULU ENTERPRISES, INC. | SN-78-155,140 | 85 | ☐ |
| 27. LULU TECH CIRCUS | Abandoned | 9, 16, 35, 41 | LULU ENTERPRISES, INC. | SN-78-155,141 | 88 | ☐ |
| 28. LULU AT THE CHATEAU | Abandoned | 16, 41 | THOMAS, DANA | SN-78-676,220 | 91 | ☐ |
| 29. ROROTON LU LU TONG | Registered | 9 | SHINCO ELECTRONICS GRO UP CO., LTD. | RN-2,968,357 SN-78-239,586 | 92 | ☐ |
| 30. LULU GREEN | Abandoned | 9 | VIACOM INTERNATIONAL IN C. | SN-78-040,741 | 94 | ☐ |
| 31. LULU VALENTINE | Abandoned | 28 | MIDWAY HOME ENTERTAINM ENT INC. | SN-75-708,575 | 96 | ☐ |
| 32. THE STUDIO | Pending | 16, 41 | SACKLER, J.T. | SN-76-468,456 | 97 | ☐ |
| 33. INTERACTIVE STUDIO | Registered | 9 | INTERNET PICTURES CORPO RATION | RN-2,920,233 SN-78-309,042 | 98 | ☐ |
| 34. PYRO STUDIOS | Registered | 9, 16, 41, 42 | PYRO STUDIOS, S.L. | RN-2,839,379 SN-76-064,260 | 99 | ☐ |

Search: 139562311                Analyst: JOEL FELDMAN                USPTO Summary Page: 9

LULU 023375
CONFIDENTIAL

**LULU STUDIO**

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 35. VIKING STUDIOS | Published | 9 | VIKING STUDIOS, LLC | SN-76-590,131 | 101 | ☐ |
| 36. ON AIR STUDIO | Registered | 9, 16, 35, 38, 41, 42 | EARTH VIEW TELEVISION & DATATRANSFER GMB ... | RN-2,712,887 SN-76-336,359 | 102 | ☐ |
| 37. OPEN PRINT STUDIO | Registered | 9, 42 | SEFAS TECHNOLOGIES, S.A. | RN-2,586,798 SN-76-056,320 | 105 | ☐ |
| 38. ADOBE STUDIO | Registered | 35 | ADOBE SYSTEMS INCORPORATED | RN-2,725,810 SN-78-032,590 | 107 | ☐ |
| 39. MARINE STUDIOS | Pending | 35, 41 | JACOBY, JIM | SN-77-094,041 | 109 | ☐ |
| 40. IOSTUDIO | Registered | 16, 41, 42 | IOSTUDIO, LLC | RN-3,177,456 SN-76-603,085 | 111 | ☐ |
| 41. LINK STUDIO | Registered | 42 | LINKINHOKER, MICHAEL S. | RN-2,934,701 SN-78-233,081 | 113 | ☐ |
| 42. VLM STUDIOS | Registered | 41, 42 | VANESSA LAM-MENDIETA | RN-2,925,195 SN-78-350,866 | 115 | ☐ |
| 43. ONE ROOM STUDIO | Published | 41 | ONE ROOM STUDIO, INC. | SN-78-841,095 | 117 | ☐ |
| 44. LIVE STUDIO | Pending | 40 | GRAPHITA, INC. | SN-77-028,642 | 118 | ☐ |
| 45. LABEL STUDIO | Registered | 9 | FIRSTLOGIC, INC. | RN-2,707,750 SN-76-260,243 | 119 | ☐ |
| 46. LABEL STUDIO | Published | 9 | UNIVERSAL MUSIC MOBILE | SN-78-650,718 | 120 | ☐ |
| 47. LIVE STUDIO | Pending | 9 | GRAPHITA, INC. | SN-77-028,639 | 122 | ☐ |

Search: 139562311                     Analyst: JOEL FELDMAN                     USPTO Summary Page: 10

LULU 023376
CONFIDENTIAL

**LULU STUDIO**

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 48. MANGA STUDIO | Registered | 9 | TOKYOPOP INC. | RN-3,170,199 SN-78-977,544 | 123 | ☐ |
| 49. MAP STUDIO | Pending | 9, 16, 39, 41, 42 | NEW HOLLAND PUBLISHING (SOUTH AFRICA)(PR ... | SN-78-854,650 | 125 | ☐ |
| 50. MOTIVE STUDIO | Registered | 9 | MOTIVE, INC. | RN-2,563,361 SN-76-153,855 | 128 | ☐ |
| 51. SHUTTERFLY STUDIO | Published | 9 | SHUTTERFLY, INC. | SN-78-853,419 | 132 | ☐ |
| 52. VACATION STUDIO | Pending | 9, 42 | SABREMARK LIMITED PARTN ERSHIP | SN-77-110,506 | 134 | ☐ |
| 53. ACUSTUDIO | Registered | 9 | ACULEARN PTE LTD | RN-2,923,302 SN-78-361,822 | 137 | ☐ |
| 54. NEVOSTUDIO | Registered | 9 | UNIVERSAL ELECTRONICS INC. | RN-3,262,061 SN-78-479,714 | 138 | ☐ |
| 55. TRAINERSTUDIO | Published | 9, 42 | FRIDAYNOON, LLC | SN-77-070,836 | 140 | ☐ |
| 56. TRIALSTUDIO | Pending | 9 | CRF INC. | SN-77-105,118 | 141 | ☐ |
| 57. ADOBE STUDIO | Registered | 9 | ADOBE SYSTEMS INCORPOR ATED | RN-2,722,546 SN-78-032,392 | 142 | ☐ |
| 58. FL STUDIO | Registered | 9, 35, 41, 42 | IMAGE LINE BVBA | RN-3,133,204 SN-79-002,388 | 144 | ☐ |
| 59. GL STUDIO | Registered | 9 | DISTRIBUTED SIMULATION TECHNOLOGY, INC. | RN-3,038,079 SN-78-549,246 | 146 | ☐ |
| 60. INSIDE STUDIO | Registered | 9 | GIANT LEAP SOLUTIONS, IN C. | RN-3,262,269 SN-78-550,817 | 148 | ☐ |

LULU 023377
CONFIDENTIAL

**LULU STUDIO**

| Citation | Status | Class(es) | Owner | Reg/Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 61. VISUAL STUDIO | | | | | | |
| `TTAB` Registered | | 9 | MICROSOFT CORPORATION | RN-2,224,509 SN-75-001,431 | 149 | ☐ |
| 62. YOURPIX STUDIO | | | | | | |
| Pending | | 9, 42 | FUJIFILM U.S.A., INC. | SN-78-968,928 | 151 | ☐ |
| 63. STUDIO + | | | | | | |
| `TTAB` Registered | | 9, 16, 35, 36, 38, 41, 42 | CANAL+ | RN-3,009,833 SN-75-766,560 | 153 | ☐ |

## GROUP FIVE

**No Group Five Matches**

LULU 023378
CONFIDENTIAL

## ANALYST REVIEW - USPTO REPORT

Search Information

Type of Search: **FULL SEARCH**
Mark:              **LULU STUDIO**
Goods/Services: **WEB-HOSTED SOFTWARE APPLICATION FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; SOFTWARE FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; DESKTOP PUBLISHING**

Data Information

This search report includes information from the USPTO Official Gazette published on **07/10/2007**. On the date your search was conducted, our most recent pending application data included USPTO trademark records filed through **07/06/2007**. These records are received from the U.S. Patent and Trademark Office and updated to our database as they are made available. Serial numbers filed through **07/01/2007** were complete at the time this search was conducted.* (The period between most recent records and complete records is attributable to gaps in serial numbers and dates from the USPTO; some of these gaps are due to differences in processing for electronically-filed applications.)

Our database includes active USPTO text records dating from **1884** to present.

All queries in the Search Strategy below have been applied to all active applications and registrations in our database, as well as inactive USPTO applications and registrations from 01/01/2002 to the present. Inactive USPTO applications and registrations from 01/01/1984 - 01/01/2002 are searched for identical trademarks.

* Except for a small number of applications delayed in processing by the USPTO.

In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database). The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web. Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

Last Reported Owner

"Last Reported Owner" is our best determination of the owner of a trademark, based on a programmatic analysis of USPTO trademark records and any assignment transactions associated with the trademark. In determining "Last Reported Owner", we exclude recorded documents representing security interests, liens and other transactions which ordinarily do not result in a change of ownership.

Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner. Owner Matching is an alphabetical, word for word match. Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

Owner Information

Owner Information provides business information about the last reported owner of a trademark, based on a programmatic matching of USPTO, State and certain Common Law trademark records and any business information associated with the trademark owner. We do not guarantee the accuracy of the programmatic matching nor the accuracy of the business information provided by our third party vendors.

**LULU 023379
CONFIDENTIAL**

Data Information

Worldwide Filings

A Worldwide Filings flag indicates how often owners of cited USPTO trademarks have filed for protection of the cited marks outside the United States. We compare the owner and trademark, as listed in our proprietary USPTO database, to our worldwide trademark databases. The worldwide trademark databases include first publications since January 1, 1976. (For China, only trademarks published since January 1, 1986 are included). In most of the over 200 countries, first publications are new applications published in the Official Gazettes for opposition purposes.

Please Note: Worldwide Filings provides an indication of international trademark filings, but should be considered advisory information only, due to possible inconsistencies in the data and the update frequency of trademark records provided by international trademark offices. Furthermore, the documentation does not include renewals or indications about the subsequent fate of the applications retrieved, such as registrations, rejections, withdrawals, amendments and partial cancellations. For additional information, please refer to the electronic version of this search report, accessible through your SAEGIS™ Inbox.

Analyst Information

Name:      **JOEL FELDMAN**
Comments:  **I developed the following search strategy to provide a comprehensive, accurate report.**
           **These queries, listed below, retrieved** <u>303</u> **potential references from the database.**
           **After careful review and analysis, I have selected** <u>63</u> **records for your review.**

           **THERE ARE OTHER "LULU" AND "STUDIO" FORMATIVES IN THE CLASSES SEARCHED.**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK | LULUSTUD(I,Y)(O,OS) <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 2. | EXACT MARK | LULUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 3. | EXACT MARK | LULUSTUD(I,Y)(O,OS) | ALL CLASSES | 0 |
| 4. | PREFIX | LULUSTUD(I,Y)O <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 5. | PREFIX | LULUSTUD(I,Y)O | 9,35,42,16 | 0 |
| 6. | PREFIX | LULUSTUD(I,Y)O | ALL CLASSES | 0 |

**LULU 023380**
**CONFIDENTIAL**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 7. | LETTERSTRING LETTERSTRING | LULU <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 8. | PREFIX LETTERSTRING | LULU <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 9. | PREFIX<br><br>LETTERSTRING | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 10. | LETTERSTRING<br><br>LETTERSTRING | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 11. | LETTERSTRING LETTERSTRING | LULU <and> STUD | ALL CLASSES | 0 |
| 12. | LETTERSTRING LETTERSTRING | LULU <and> D(I,Y)O | ALL CLASSES | 0 |
| 13. | PREFIX | LULUSTU | ALL CLASSES | 0 |
| 14. | PREFIX | LULUS | 9,35,42,16 | 9 |
| 15. | LETTERSTRING LETTERSTRING | LULU <and> STU | 9,35,42,16 | 0 |
| 16. | LETTERSTRING LETTERSTRING | LULU <and> D(I,Y)O | 9,35,42,16 | 0 |
| 17. | PREFIX GOODS PREFIX | LULU <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 25 |
| 18. | PREFIX<br><br>GOODS PREFIX | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 2 |
| 19. | WORD | LULU | 9,35,42,16 | 22 |
| 20. | PREFIX | LULU | 9,35,42,16 | 2 |
| 21. | PREFIX | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) | 9,35,42,16 | 1 |
| 22. | PREFIX | LU <and> | 9,35,42,16 | 4 |

LULU 023381
CONFIDENTIAL

<u>Search Strategy</u>

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | LETTERSTRING | STUD(I,Y)O | | |
| 23. | LETTERSTRING<br>LETTERSTRING | ULU <and><br>STUD(I,Y)O | 9,35,42,16 | 0 |
| 24. | SUFFIX | LUSTUD(I,Y)(O,OS) | 9,35,42,16 | 2 |
| 25. | PREFIX<br>LETTERSTRING | L <and><br>STUD(I,Y)O | 9,35,42,16 | 76 |
| 26. | SUFFIX<br>GOODS PREFIX<br><br><br><br>GOODS PREFIX | STUD(I,Y)O <and><br>(SOFTW,INTERNET,<br>ONLIN,WEB,CYBER,<br>VIRTUAL,INTRANE)<br><and><br>(BOOK,PUBLIS,<br>PHOTO,DESKT) | ALL CLASSES | 103 |
| 27. | SUFFIX<br>GOODS PREFIX<br><br><br><br>GOODS PREFIX | STUD(I,Y)OS <and><br>(SOFTW,INTERNET,<br>ONLIN,WEB,CYBER,<br>VIRTUAL,INTRANE)<br><and><br>(BOOK,PUBLIS,<br>PHOTO,DESKT) | ALL CLASSES | 56 |
| 28. | SUFFIX | USTUD(I,Y)O | 9,35,42,16 | 1 |
| 29. | SUFFIX | USTUD(I,Y)OS | 9,35,42,16 | 0 |
| 30. | LETTERSTRING<br>LETTERSTRING | ULU <and><br>STUDIO | 9,16,35,42 | 0 |

---

<u>Class Identification</u>

| | |
|---|---|
| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
| 16 | PAPER GOODS AND PRINTED MATTER |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |

**LULU STUDIO**

**US-1**
**Group: Three**



## LULU

**Status:**     PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** JUL 02, 2007

**Goods/Services:**

**International Class 9:** DOWNLOADABLE MP3 FILES, MP3
RECORDINGS, ONLINE DISCUSSION BOARDS, WEB CASTS,
PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROAD
CASTS; DOWNLOADABLE BOOKS, BROCHURES, CALENDARS,
IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND
ELECTRONIC PUBLICATIONS VIA THE INTERNET AND WIRELESS
DEVICES; PROVIDING DOWNLOADABLE ELECTRONIC
NEWSLETTERS IN THE FIELD OF PUBLISHING; CD-ROM DISKS
AND DVDS

**International Class 16:** BOOKS OF GENERAL INTEREST, NAMELY
FICTION AND NON-FICTION BOOKS ON A VARIETY OF TOPICS;
PENS; BOOKMARKS; STICKERS; NEWSLETTERS IN THE FIELD OF
PUBLISHING; BUSINESS CARDS; POSTCARDS

**International Class 25:** CLOTHING, NAMELY, HATS AND SHIRTS

**International Class 35:** ONLINE ORDERING SERVICES FEATURING
BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND
AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS;
BUSINESS CONSULTING, NAMELY PROVISION OF INFORMATION
AND ADVICE IN THE FIELD OF SELF-PUBLISHING; DISTRIBUTO
RSHIP SERVICES IN THE FIELD OF BOOKS, BROCHURES,
CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL
MATERIALS AND ELECTRONIC PUBLICATIONS; ADVERTISING,
MARKETING AND PROMOTION SERVICES

**International Class 38:** COMMUNICATION SERVICES, NAMELY,
ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG
USERS OF COMPUTERS; PROVIDING ON-LINE FORUMS FOR
TRANSMISSION OF MESSAGES AMONG COMPUTER USERS
CONCERNING SELF-PUBLISHING; COMMUNICATION SERVICES,
NAMELY, TRANSMITTING STREAMED SOUND AND AUDIO-VISUAL
RECORDINGS VIA THE INTERNET

**International Class 41:** PUBLISHING SERVICES, NAMELY, PRINT
ON DEMAND AND PUBLISH ON DEMAND OF BOOKS, BROCHURES,
CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL
MATERIALS; PUBLICATION OF BOOKS, BROCHURES, CALENDARS,
IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND

LULU 023383
CONFIDENTIAL

ELECTRONIC PUBLICATIONS; MULTIMEDIA PUBLISHING OF BOOKS, BROCHURES, MAGAZINES, JOURNALS, SOFTWARE, GAMES, MUSIC, AND ELECTRONIC PUBLICATIONS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; WORKSHOPS AND SEMINARS IN THE FIELD OF SELF-PUBLISHING; PROVIDING ON-LINE TRAINING IN THE FIELD OF SELF-PUBLISHING; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING INFORMATION ABOUT -SELF PUBLISHING; WRITTEN TEXT EDITING; VIDEO EDITING

**International Class 42:** PROVIDING INFORMATION ON BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION ON FORMATTING, EDITING, DESIGN, MARKETING AND DISTRIBUTION OF BOOKS, BROCHURES, PUBLIC ATIONS, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; GRAPHIC DESIGN SERVICES; DESIGN AND DEVELOPMENT OF MULTIMEDIA PRODUCTS

**First Used:** MAR 2007  (INTL. CL. 9)
**In Commerce:** MAR 2007
**First Used:** MAR 2007  (INTL. CL. 16)
**In Commerce:** MAR 2007
**First Used:** MAY 2007  (INTL. CL. 25)
**In Commerce:** MAY 2007
**First Used:** MAR 2007  (INTL. CL. 35)
**In Commerce:** MAR 2007
**First Used:** MAR 2007  (INTL. CL. 38)
**In Commerce:** MAR 2007
**First Used:** MAR 2007  (INTL. CL. 41)
**In Commerce:** MAR 2007
**First Used:** MAR 2007  (INTL. CL. 42)
**In Commerce:** MAR 2007

**Last Reported Owner:**

 **LULU ENTERPRISES, INC.**
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU | USPTO | Page 22 |
| LULU.COM | USPTO | Page 30 |
| LULU PRESS | USPTO | Page 85 |

LULU 023384
CONFIDENTIAL

<u>LULU TECH CIRCUS</u>                    USPTO          Page 88

**Chronology:**
         **Filed:** JUN 28, 2007          **Serial Number:** 77-217,960

**Ownership Details:**
**Applicant:**
         LULU ENTERPRISES, INC.
         DELAWARE CORPORATION
         860 AVIATION PARKWAY
         SUITE 300
         MORRISVILLE, NORTH CAROLINA 27560
**Claims:**
         COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.
**Design Phrase:**
         THE MARK CONSISTS OF THE WORD LULU WITH AN IMAGE OF AN
         OVAL-SHAPED RING SUPERIMPOSED OVER THE TOP HALF OF
         THE WORD.
**Filing Correspondent:**
         SUSAN FREYA OLIVE
         OLIVE & OLIVE, P.A.
         PO BOX 2049
         DURHAM, NC 27702-2049

**LULU 023385
CONFIDENTIAL**

LULU STUDIO

**US-2**
**Group:** Three

# LOULOU

**LOULOU**

**Status:**     PENDING
                SECTION 44 (D)
                INTENT TO USE
                44(D) APPLICATION - CURRENT

                **USPTO Status:** REPORT COMPLETED SUSPENSION CHECK - CASE
                STILL SUSPENDED
                **USPTO Status Date:** FEB 02, 2007

**Goods/Services:**
                **International Class 16:** PRINTED PUBLICATIONS, NAMELY BOOKS,
                MAGAZINES AND NEWSLETTERS ALL RELATING TO SHOPPING
                FOR CONSUMER GOODS AND FASHION
                **International Class 41:** PROVIDING ON-LINE BOOKS, MAGAZINES
                AND NEWSLETTERS RELATING TO SHOPPING FOR CONSUMER
                GOODS AND FASHION

**Last Reported Owner:**
                ROGERS PUBLISHING LIMITED
                CANADA  CORPORATION
                333 BLOOR STREET EAST
                9TH FLOOR
                TORONTO, CANADA  M4W 1G9

**Chronology:**
                **Filed:** MAR 09, 2004            **Serial Number:** 78-381,136

**Ownership Details:**
**Applicant:**
                ROGERS PUBLISHING LIMITED
                CANADA  CORPORATION
                333 BLOOR STREET EAST
                9TH FLOOR
                TORONTO, CANADA  M4W 1G9

**Non-U.S. Application Claimed:** 1203476
**Non-U.S. Application Date:** JAN 15, 2004
**Non-U.S. Application Country:** CANADA
**Filing Correspondent:**
                DAVID M. SILVERMAN, ESQ.
                DAVIS WRIGHT TREMAINE LLP
                SUITE 200
                1919 PENNSYLVANIA AVE., N.W.
                WASHINGTON DC 20006

LULU 023386
CONFIDENTIAL

**LULU STUDIO**

**Domestic Representative:** DAVID M. SILVERMAN, ESQ.

LULU 023387
CONFIDENTIAL

**LULU STUDIO**

US-3
Group: Three

LULU

LULU

**TTAB**

**Status:**    PUBLISHED
INTENT TO USE

**USPTO Status:** FIRST EXTENSION - GRANTED
**USPTO Status Date:** MAY 10, 2007

**Goods/Services:**

**International Class 35:**  ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING EDUCATIONAL AND ENTERTAINMENT EVENTS OF OTHERS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND

LULU 023388
CONFIDENTIAL

PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS, PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFOR MATION IN THE FIELDS OF BUSINESS AND COMMERCE; PROVIDING INFORMATION IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF BUSINESS, COMMERCE VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; PROVIDING BUSINESS ADVICE AND CONSUMER INFORMATION IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS IN THE FIELDS OF BUSINESS, COMMERCE, AND INFORMATION SERVICES VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

**International Class 41:** ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH AWARDS FOCUSED ON CONTRIBUTIONS TO THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORM ANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH COMPETITIONS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE AND ON-LINE; ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORM

LULU 023389
CONFIDENTIAL

ATION SERVICES, SCIENCE, AND TECHNOLOGY; PROVIDING
RECOGNITION AND INCENTIVES BY THE WAY OF AWARDS TO
DEMONSTRATE EXCELLENCE OR UNUSUAL PERFORMANCE IN
THE FIELDS OF BUSINESS AND COMMERCE, GENERAL
KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNO
LOGY, OTHER THAN SUCH AWARDS FOCUSED ON THE AREAS OF
ADVERTISING AND MARKETING; AND PUBLICATION OF
ELECTRONIC NEWSPAPERS FEATURING GENERAL KNOWLEDGE
ACCESSIBLE VIA STAND-ALONE AND NETWORKED COMPUTERS,
COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB
SITES, TELEPHONE, OR WIRELESS NETWORKS
**International Class 42:** PROVIDING INFORMATION IN THE NATURE
OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES ON THE
SUBJECTS OF SCIENCE, TECHNOLOGY AND INFORMATION
TECHNOLOGY VIA STAND-ALONE AND NETWORKED COMPUTERS,
COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB
SITES, TELEPHONE, OR WIRELESS NETWORKS; PROVIDING
INFORMATION IN THE NATURE OF AUDIO, VISUAL, AND
MULTIMEDIA MATERIALS IN THE FIELDS OF SCIENCE,
TECHNOLOGY AND INFORMATION TECHNOLOGY VIA STAND-
ALONE AND NETWORKED COMPUTERS, COMMUNICATION
NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE,
OR WIRELESS NETWORKS

**Last Reported Owner:**

 **LULU ENTERPRISES, INC.**
DELAWARE CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA 27560

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| LULU | USPTO | Page 17 |
| LULU.COM | USPTO | Page 30 |
| LULU PRESS | USPTO | Page 85 |
| LULU TECH CIRCUS | USPTO | Page 88 |

**Chronology:**

**Filed:** AUG 16, 2002     **Serial Number:** 78-155,152
**Published For Opposition:** JAN 24, 2006

**Trademark Trials and Appeal Board (TTAB) Information:**     TTAB

**Extension of Time to Oppose Number:** 78155152
**Extension of Time to Oppose Filed:** FEB 23, 2006

**LULU 023390
CONFIDENTIAL**

**Outcome:** TERMINATED  AUG 08, 2006

| | |
|---|---|
| **Potential Opposer:** | **Applicant:** |
| ROGERS PUBLISHING LIMITED | LULU ENTERPRISES, INC. |
| | |
| **Mark:** | **Mark:** LULU |
| **Serial Number:** | **Serial Number:** 78-155,152 |
| **Correspondent:** | **Correspondent:** |
| DAVID M. SILVERMAN, ESQ. | SUSAN FREYA OLIVE |
| COLE, RAYWID & BRAVERMAN, | OLIVE & OLIVE P.A. |
| L.L.P. | 500 MEMORIAL STREET; PO BOX |
| 1919 PENNSYLVANIA AVE., | 2049 |
| N.W.SUITE 200 | DURHAM, NC 27702-2049 |
| WASHINGTON, DC 20006 US | |

**TTAB Entry:** #4 REQ. FOR EXTENSION OF TIME TO OPPOSE, MAY 24, 2006
**TTAB Entry:** #3 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), MAY 24, 2006

---

**Ownership Details:**
**Applicant:**

LULU ENTERPRISES, INC.
DELAWARE  CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA  27560

**Filing Correspondent:**

SUSAN FREYA OLIVE
OLIVE & OLIVE PA
500 MEMORIAL ST P O BOX 2049
DURHAM, NC 27702-2049

**LULU 023391**
**CONFIDENTIAL**

**LULU STUDIO**

US-4
**Group:** Three



**LU-LU**

**Status:**    REGISTERED
AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** APR 29, 2003

**Goods/Services:**
**International Class 16:** STATIONERY, GREETING CARDS, NOTE
CARDS, GIFT WRAPPING PAPER, PAPER INVITATIONS
**First Used:** DEC 01, 2000 (INTL. CL. 16)
**In Commerce:** JAN 01, 2001

**Last Reported Owner:**

    MADISON PARK GREETINGS, INC.
WASHINGTON CORPORATION
1407 11TH AVENUE
SEATTLE, WASHINGTON 98122-3901

**Chronology:**
**Filed:** OCT 15, 2001      **Serial Number:** 76-326,108
**Published For Opposition:** FEB 04, 2003
**Registered:** APR 29, 2003      **Registration Number:** 2,710,747

**Ownership Details:**
**Registrant:**
MADISON PARK GREETINGS, INC.
WASHINGTON CORPORATION
1407 11TH AVENUE
SEATTLE, WASHINGTON 98122-3901

**Portrait Permission:**
THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING
INDIVIDUAL.

**Filing Correspondent:**
CLARK A. PUNTIGAM
JENSEN & PUNTIGAM, P.S.
2033 6TH AVE STE 1020
SEATTLE WA 98121-2527

**LULU 023392**
**CONFIDENTIAL**

**LULU STUDIO**

**US-5**
**Group: Three**

LUULUU

**LUULUU**

**Status:**    ABANDONED
             INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** SEP 09, 2002
**Goods/Services:**
**International Class 9:** COMPUTER SOFTWARE PROGRAMS
DEALING WITH FACILITATING ONLINE CLOTHING PURCHASES
**International Class 35:** ONLINE BUSINESS SERVICES, NAMELY
FACILITATING THE SELECTION OF CLOTHING PURCHASES VIA A
GLOBAL COMPUTER NETWORK; AND PROVIDING PERSONAL
SHOPPING ASSISTANCE VIA A GLOBAL COMPUTER NETWORK
**Last Reported Owner:**
LUULUU.COM, INC.
NEW YORK CORPORATION
648 BROADWAY, SUITE 602
NEW YORK, NEW YORK 10012

**Chronology:**
**Filed:** MAR 20, 2000        **Serial Number:** 76-005,186
**Abandoned:** JUL 24, 2002

**Ownership Details:**
**Applicant:**
LUULUU.COM, INC.
NEW YORK CORPORATION
648 BROADWAY, SUITE 602
NEW YORK, NEW YORK 10012
**Filing Correspondent:**
MANFRED REIFF
LUULUU COM INC
604 MISSION ST FL 9
SAN FRANCISCO CA 94105-3505

**LULU 023393**
**CONFIDENTIAL**

**LULU STUDIO**

US-6
Group: Three

STUDIO

**STUDIO**

**Status:**   ABANDONED
             INTENT TO USE

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** NOV 19, 2002
**Goods/Services:**

**International Class 16:** CALENDARS; CARDS, NAMELY BLANK CARDS; PLAYING CARDS; NOTEPADS, ORIGAMI TISSUE PAPER, ORIGAMI WAX PAPER; SYNTHETIC PAPER; BOOKS IN THE NATURE OF ACTIVITY BOOKS, DATE BOOKS; MAGAZINES AND NEWSLETTERS IN THE FIELD OF GAMES AND ENTERTAINMENT ACTIVITIES; PUZZLES, NAMELY, CROSSWORD PUZZLES; SYNDICATED NEWSPAPER COLUMNS FEATURING GAMES AND ENTERTAINMENT ACTIVITIES; ALL FEATURING OR RELATED DIRECTLY TO ONE OF APPLICANT'S BRANDED GAMES

**International Class 28:** GAMES AND PUZZLES IN THE NATURE OF ACTION SKILL GAMES, BOARD GAMES, CARD GAMES, JIGSAW PUZZLES, MANIPULATIVE PUZZLES; EQUIPMENT, MATERIALS AND QUESTIONS SETS SOLD TOGETHER AS A UNIT OR SEPARATELY FOR PLAYING GAMES AND PUZZLE GAMES THAT CAN BE PLAYED BY INDIVIDUALS OR GROUPS; HANDHELD UNIT FOR PLAYING ELECTRONIC GAMES AND PUZZLES

**International Class 41:** ENTERTAINMENT IN THE NATURE OF PROVIDING A VARIETY OF INDIVIDUAL AND GROUP ONLINE GAMES AND PUZZLES, SPELLING, DRAWING, ACTING, SINGING, WRITING, MEMORY AND GUESSING GAME ACTIVITIES AVAILABLE VIA A WEB SITE, VIA ELECTRONIC MAIL SUBSCRIPTION, AND VIA COMPUTER NETWORK TO NETWORK USERS; ORGANIZING AND CONDUCTING SPELLING, DRAWING, ACTING, SINGING, WRITING, MEMORY AND GUESSING GAME TOURNAMENTS AND COMPETITIONS; PROVIDING AN ONLINE DATABASE FEATURING GAMES, PUZZLES, AND SPELLING, DRAWING, ACTING, SINGING, WRITING, MEMORY AND GUESSING GAME ACTIVITIES; ENTERTAINMENT IN THE NATURE OF ONGOING TELEVISION GAMES SHOWS; PROVIDING A WEB SITE FEATURING GAMES THAT ENCOURAGE TEAM BUILDING, LEADERSHIP AND COMMUNITY SERVICE; ALL FEATURING OR RELATED DIRECTLY TO ONE OF APPLICANT'S BRANDED GAMES

**Last Reported Owner:**

LULU 023394
CONFIDENTIAL

 **CRANIUM INC.**
WASHINGTON CORPORATION
1511 THIRD AVENUE, SUITE 433
SEATTLE, WASHINGTON 98101

**Chronology:**

**Filed:** JUN 19, 2001          **Serial Number:** 78-069,965
**Abandoned:** OCT 28, 2002

**Ownership Details:**
**Applicant:**

CRANIUM INC.
WASHINGTON CORPORATION
1511 THIRD AVENUE, SUITE 433
SEATTLE, WASHINGTON 98101

**Filing Correspondent:**

HEIDI L. SACHS
PERKINS COIE LLP
1201 3RD AVE STE 4800
SEATTLE WA 98101-3266

**LULU 023395
CONFIDENTIAL**

**LULU STUDIO**

US-7
**Group:** Four



**LULU.COM**

**Status:**   PENDING
              INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** JUL 02, 2007

**Goods/Services:**

**International Class 9:**  DOWNLOADABLE MP3 FILES, MP3
RECORDINGS, ONLINE DISCUSSION BOARDS, WEB CASTS,
PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROAD
CASTS; DOWNLOADABLE BOOKS, BROCHURES, CALENDARS,
IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND
ELECTRONIC PUBLICATIONS VIA THE INTERNET AND WIRELESS
DEVICES; PROVIDING DOWNLOADABLE ELECTRONIC
NEWSLETTERS IN THE FIELD OF PUBLISHING; CD-ROM DISKS
AND DVDS

**International Class 16:**  BOOKS OF GENERAL INTEREST, NAMELY
FICTION AND NON-FICTION BOOKS ON A VARIETY OF TOPICS;
PENS; BOOKMARKS; STICKERS; NEWSLETTERS IN THE FIELD OF
PUBLISHING; BUSINESS CARDS; POSTCARDS

**International Class 18:**  TOTE BAGS

**International Class 25:**  CLOTHING, NAMELY, HATS AND SHIRTS

**International Class 35:**  ONLINE ORDERING SERVICES FEATURING
BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND
AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS;
BUSINESS CONSULTING, NAMELY PROVISION OF INFORMATION
AND ADVICE IN THE FIELD OF SELF-PUBLISHING; DISTRIBUTO
RSHIP SERVICES IN THE FIELD OF BOOKS, BROCHURES,
CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL
MATERIALS AND ELECTRONIC PUBLICATIONS; ADVERTISING,
MARKETING AND PROMOTION SERVICES

**International Class 38:**  COMMUNICATION SERVICES, NAMELY,
ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG
USERS OF COMPUTERS; PROVIDING ON-LINE FORUMS FOR
TRANSMISSION OF MESSAGES AMONG COMPUTER USERS
CONCERNING SELF-PUBLISHING; COMMUNICATION SERVICES,
NAMELY, TRANSMITTING STREAMED SOUND AND AUDIO-VISUAL
RECORDINGS VIA THE INTERNET

**International Class 41:**  PUBLISHING SERVICES, NAMELY, PRINT
ON DEMAND AND PUBLISH ON DEMAND OF BOOKS, BROCHURES,
CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL
MATERIALS; PUBLICATION OF BOOKS, BROCHURES, CALENDARS,
IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND

**LULU 023396
CONFIDENTIAL**

ELECTRONIC PUBLICATIONS; MULTIMEDIA PUBLISHING OF BOOKS, BROCHURES, MAGAZINES, JOURNALS, SOFTWARE, GAMES, MUSIC, AND ELECTRONIC PUBLICATIONS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; WORKSHOPS AND SEMINARS IN THE FIELD OF SELF-PUBLISHING; PROVIDING ON-LINE TRAINING IN THE FIELD OF SELF-PUBLISHING; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING INFORMATION ABOUT SELF-PUBLISHING; WRITTEN TEXT EDITING; VIDEO EDITING

**International Class 42:** PROVIDING INFORMATION ON BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION ON FORMATTING, EDITING, DESIGN, MARKETING AND DISTRIBUTION OF BOOKS, BROCHURES, PUBLIC ATIONS, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; GRAPHIC DESIGN SERVICES; DESIGN AND DEVELOPMENT OF MULTIMEDIA PRODUCTS

**Last Reported Owner:**

 LULU ENTERPRISES, INC.
DELAWARE CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA 27560

### We Have Located Other Marks With This Owner

| | | |
|---|---|---|
| LULU | USPTO | Page 17 |
| LULU | USPTO | Page 22 |
| LULU PRESS | USPTO | Page 85 |
| LULU TECH CIRCUS | USPTO | Page 88 |

**Chronology:**

**Filed:** JUN 28, 2007        **Serial Number:** 77-217,955

**Ownership Details:**

**Applicant:**

LULU ENTERPRISES, INC.
DELAWARE CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA 27560

**Claims:**

LULU 023397
CONFIDENTIAL

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**

THE MARK CONSISTS OF THE WORD LULU.COM WITH AN IMAGE OF AN OVAL-SHAPED RING SUPERIMPOSED OVER THE TOP HALF OF THE LULU TERM.

**Filing Correspondent:**

SUSAN FREYA OLIVE

OLIVE & OLIVE, P.A.

PO BOX 2049

DURHAM, NC 27702-2049

LULU 023398
CONFIDENTIAL

**LULU STUDIO**

**US-8**
**Group:** Four

LULU THE LETTER-SPINNING SPIDER

### LULU THE LETTER-SPINNING SPIDER

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAR 13, 2007

**Goods/Services:**

**International Class 9:** VIDEO AND AUDIO CASSETTES, TAPES, CD ROMS AND DVD'S FEATURING CHILDREN'S EDUCATION; CHILDREN'S EDUCATIONAL COMPUTER SOFTWARE; COMPUTER GAME CARTRIDGES

**International Class 16:** PRINTED MATTER; NAMELY, CHILDREN'S BOOKS

**International Class 28:** TOYS, GAMES, AND PLAYTHINGS, NAMELY, PLUSH TOYS, ELECTRONIC LEARNING TOYS

**First Used:** JUN 21, 2005 (INTL. CL. 9)
**In Commerce:** JUN 21, 2005
**First Used:** JUN 21, 2005 (INTL. CL. 16)
**In Commerce:** JUN 21, 2005
**First Used:** JUN 09, 2005 (INTL. CL. 28)
**In Commerce:** JUN 09, 2005

**Disclaimers:**

"SPIDER"

**Last Reported Owner:**

 LEAPFROG ENTERPRISES, INC.
DELAWARE CORPORATION
SUITE 100
6401 HOLLIS STREET
EMERYVILLE, CALIFORNIA 94608

**Chronology:**

**Filed:** DEC 22, 2004        **Serial Number:** 78-537,445
**Published For Opposition:** MAY 16, 2006
**Registered:** MAR 13, 2007    **Registration Number:** 3,218,677
**Date Revived/Reinstated:** MAR 02, 2006

**Ownership Details:**
**Registrant:**

LEAPFROG ENTERPRISES, INC.
DELAWARE CORPORATION
SUITE 100
6401 HOLLIS STREET
EMERYVILLE, CALIFORNIA 94608

**Filing Correspondent:**

**LULU 023399**
**CONFIDENTIAL**

**LULU STUDIO**

ANNA SILVA
INTELLECTUAL PROPERTY COUNSEL
6401 HOLLIS STREET, STE 100
LEAPFROG ENTERPRISES, INC.
EMERYVILLE CA 94608-1070

LULU 023400
CONFIDENTIAL

**LULU STUDIO**

US-9
Group: Four

**LULU BELLS TREASURES**

Lulu Bells Treasures

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 18, 2006

**Goods/Services:**

**International Class 35:** ONLINE RETAIL SERVICES FEATURING JEWELRY
**First Used:** DEC 30, 2003  (INTL. CL. 35)
**In Commerce:** DEC 30, 2003

**Last Reported Owner:**

LULU BELLS TREASURES, INC.
NEW YORK CORPORATION
P.O. BOX 1541
PORT WASHINGTON, NEW YORK 11050

**Chronology:**

**Filed:** AUG 07, 2005        **Serial Number:** 78-687,321
**Published For Opposition:** APR 25, 2006
**Registered:** JUL 18, 2006        **Registration Number:** 3,117,207

**Ownership Details:**
**Registrant:**

LULU BELLS TREASURES, INC.
NEW YORK CORPORATION
P.O. BOX 1541
PORT WASHINGTON, NEW YORK 11050

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Filing Correspondent:**

LULU BELLS TREASURES, INC.
PO BOX 1541
PORT WASHINGTON, NY 11050-7541

**LULU 023401
CONFIDENTIAL**

**LULU STUDIO**

US-10
**Group:** Four



### LULU COMPANY

**Status:**    PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** REPORT COMPLETED SUSPENSION CHECK - CASE STILL SUSPENDED
**USPTO Status Date:** JAN 08, 2007

**Goods/Services:**

**International Class 35:** RETAIL SHOPS FEATURING INFANT, TODDLER, AND CHILDREN'S CLOTHING, DECOTRATIVE ITEMS, JEWELRY, PHOTO ALBUMS, HAIR BOWS, AND OTHER CHILD ACCESSORIES
**First Used:** NOV 01, 2004 (INTL. CL. 35)
**In Commerce:** JAN 29, 2005

**Disclaimers:**

"COMPANY"

**Last Reported Owner:**

THE LULU COMPANY, INC.
ALABAMA CORPORATION
152 GREENLAWN DRIVE NE
MERIDIANVILLE, ALABAMA 35759

**Chronology:**

**Filed:** AUG 18, 2005    **Serial Number:** 78-695,569

**Ownership Details:**

**Applicant:**

THE LULU COMPANY, INC.
ALABAMA CORPORATION
152 GREENLAWN DRIVE NE
MERIDIANVILLE, ALABAMA 35759

**Design Phrase:**

THE MARK CONSISTS OF THE WORD "LULU" IN STYLIZED FONT HAVING A BACKWARDS SECOND "L" ADJACENT AN ABSTRACT SYMBOL OF A SUN AND THE WORD COMPANY IN STYLIZED FONT POSITIONED UNDERNEATH THE SECOND "U" AND THE SUN.

**Filing Correspondent:**

ANN I. DENNEN
THOMAS KAYDEN HORSTEMEYER & RISLEY LLP
SUITE 1750
100 GALLERIA PARKWAY

**Search:** 139562311    **Analyst:** JOEL FELDMAN    **USPTO Page:** 36

**LULU 023402
CONFIDENTIAL**

**LULU STUDIO**

ATLANTA GA 30339

LULU 023403
CONFIDENTIAL

**LULU STUDIO**

**US-11**
**Group:** Four

LULU GUINNESS

**LULU GUINNESS**

 **Worldwide Filings = 14**

**Status:**      REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 19, 2006
**Goods/Services:**
        **International Class 35:** RETAIL STORE SERVICES, RETAIL MAIL
        ORDER SERVICES AND ON-LINE RETAIL STORE SERVICES
        FEATURING CLOTHING AND FASHION ACCESSORIES
        **First Used:** 1995  (INTL. CL. 35)
        **In Commerce:** APR 09, 2001
**Last Reported Owner:**
        LULU GUINNESS LIMITED
        UNITED KINGDOM  COMPANY
        159-165 GREAT PORTLAND STREET
        5TH FLOOR, TENNYSON HOUSE
        LONDON W1N 5FT, UNITED KINGDOM

**Chronology:**
        **Filed:** JUL 12, 2001          **Serial Number:** 76-284,213
        **Published For Opposition:** SEP 20, 2005
        **Registered:** SEP 19, 2006     **Registration Number:** 3,145,799

**Ownership Details:**
**Registrant:**
        LULU GUINNESS LIMITED
        UNITED KINGDOM  COMPANY
        159-165 GREAT PORTLAND STREET
        5TH FLOOR, TENNYSON HOUSE
        LONDON W1N 5FT, UNITED KINGDOM
**Portrait Permission:**
        THE NAME "LULU GUINNESS" IDENTIFIES A LIVING INDIVIDUAL
        WHOSE CONSENT IS OF RECORD.
**Filing Correspondent:**
        STEPHEN A. GOLDSMITH
        LADAS & PARRY
        26 WEST 61ST STREET
        NEW YORK NY 10023-7604

**Domestic Representative:** LADAS & PARRY

**LULU 023404**
**CONFIDENTIAL**

**LULU STUDIO**

**US-12**
**Group:** Four

LULU LOLO

**LULU LOLO**

**Status:**     REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** MAR 14, 2007

**Goods/Services:**

**International Class 16:** [TEMPORARY TATTOOS; PHOTOGRAPH
AND SCRAP ALBUMS; ALMANACS;] ANNOUNCEMENT CARDS;
[AQUARELLES; DISPOSABLE DIAPERS AND TRAINING
UNDERWEAR; PAPER NAPKINS; BAGS FOR MICROWAVE
COOKING; PAPER BAGS FOR PACKAGING; BIBS OF PAPER;
LOOSE-LEAF BINDERS; BLACKBOARDS; BOOKENDS; BOOKLETS
FEATURING INFORMATION ABOUT MOVIES, MYSTERIES,
HOLIDAYS AND FICTIONAL CHARACTERS;] BOOK MARKS; BOOKS
FEATURING INFORMATION ABOUT MOVIES, MYSTERIES,
HOLIDAYS AND FICTIONAL CHARACTERS; [BOXES FOR PENS;
CARDBOARD AND PAPER BOXES; CALENDARS;] GREETING
CARDS, NOTE CARDS, AND POST CARDS; [PLAYING CARDS;
CIGAR BANDS; PAPER COASTERS; CONFETTI; DECALS; TAPE
DISPENSERS; DRAWING PADS; EMBROIDERY DESIGN PATTERNS;
ENGRAVINGS; ENVELOPES; ERASING PRODUCTS, NAMELY,
PENCIL ERASERS, CHALKBOARD ERASERS; ETCHINGS; PAPER
FACE TOWELS; PAPER MACHE FIGURINES; PAPER FLAGS;
FOLDERS; PRINTED FORMS; FOUNTAIN PENS; GRAPHIC PRINTS;
GRAPHIC REPRESENTATIONS; GRAPHIC ART REPRODUCTIONS;]
GREETING CARDS;[ PAPER HANDKERCHIEFS; CARDBOARD HAT
BOXES; INDEX CARDS; LABELS NOT OF TEXTILES, NAMELY,
PRINTED LABELS AND ADDRESS LABELS; LITHOGRAPHS;
MAGAZINES FEATURING INFORMATION ABOUT MOVIES,
MYSTERIES, HOLIDAYS AND FICTIONAL CHARACTERS; PAPER
NAPKINS FOR REMOVING MAKE-UP; NOTE BOOKS; STATIONERY
AND WRITING PADS; PAINT BOXES; FRAMED AND UNFRAMED
PAINTINGS; WRAPPING PAPER; WRITING PAPER; PAPERWEIGHTS;
PASTELS; PEN CASES; PENCIL HOLDERS; PENCIL SHARPENERS;
PENCILS; PHOTO-ENGRAVINGS; MOUNTED AND UNMOUNTED
PHOTOGRAPHS; PICTURES; PLACE CARDS; PAPER PLACE MATS;
PORTRAITS; POSTCARDS; POSTERS; ART PRINTS; GRADUATED
RULES; SCRAPBOOKS; SEALING STAMPS; PAPER SEALS;'
SIGNBOARDS OF PAPER AND CARDBOARD; SONG BOOKS;
RUBBER STAMPS; STAPLES; STENCILS; STICKERS; PAPER TABLE
CLOTHS AND LINENS; PRINTED TICKETS; TISSUE PAPER;
BATHROOM TISSUE; FACIAL TISSUE; TOILET PAPER; FOOD
WRAPPERS; AND SLATE BOARDS FOR WRITING]

**Search:** 139562311          **Analyst: JOEL FELDMAN**          **USPTO Page:** 39

**LULU 023405**
**CONFIDENTIAL**

**First Used:** NOV 15, 1998  (INTL. CL. 16)
**In Commerce:** NOV 15, 1998
**Last Reported Owner:**
    EVANS, LOIS
    UNITED STATES  INDIVIDUAL
    331 EAST 116 STREET
    NEW YORK, NEW YORK  10029-1502

**Chronology:**
    **Filed:** APR 27, 1998      **Serial Number:** 75-474,713
    **Published For Opposition:** NOV 09, 1999
    **Registered:** JAN 30, 2001    **Registration Number:** 2,425,513
    **Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
                 SEC. 15 ACK.  MAR 14, 2007

**Ownership Details:**
**Registrant:**
    EVANS, LOIS
    UNITED STATES  INDIVIDUAL
    331 EAST 116 STREET
    NEW YORK, NEW YORK  10029-1502
**Filing Correspondent:**
    JOSEPH F NICHOLSON
    KENYON & KENYON
    1 BROADWAY
    NEW YORK NY 10004

**LULU 023406
CONFIDENTIAL**

**LULU STUDIO**

US-13
Group: Four



### LULU THE DOG

**Status:**      PENDING
            INTENT TO USE
            FILED AS USE APPLICATION
            COLOR DRAWING - CURRENT

            **USPTO Status:** PUBLICATION/ISSUE REVIEW COMPLETE
            **USPTO Status Date:** JUN 21, 2007

**Goods/Services:**
            **International Class 16:** CHILDREN'S LITERATURE BOOKS;
            LITHOGRAPHIC PRINTS; POSTERS

**Last Reported Owner:**
            EDWARD S. LEAVER
            UNITED STATES  INDIVIDUAL
            6 WATER ST.
            HINGHAM, MASSACHUSETTS  02043

**Chronology:**
            **Filed:** JAN 06, 2005        **Serial Number:** 78-543,041

**Ownership Details:**
**Applicant:**
            EDWARD S. LEAVER
            UNITED STATES  INDIVIDUAL
            6 WATER ST.
            HINGHAM, MASSACHUSETTS  02043

**Claims:**
            THE COLOR(S) BLACK, WHITE, BROWN, RED AND BLUE IS/ARE
            CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**
            THE MARK CONSISTS OF A STYLIZED RENDERING OF A DOG
            SHOWN IN BLACK AND WHITE WITH BROWN EYES STANDING ON
            A RED CARPET ON A BROWN FLOOR IN FRONT OF A BLUE WALL
            BACKGROUND. THE AUTHOR'S LAST NAME "LEAVER" IS ALSO
            SHOWN IN BLACK SCRIPT LETTERING ALONG THE LEFT SIDE OF
            THE CARPET.

**Filing Correspondent:**
            JOHN M. BRANDT
            JOHN M. BRANT
            60 THAXTER ST.
            HINGHAM, MA 02043

LULU 023407
CONFIDENTIAL

**LULU STUDIO**

US-14
Group: Four

LULU'S PEEPS

**LULU'S PEEPS**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 13, 2004
**Goods/Services:**
**International Class 16:** PRINTED MATTER, NAMELY, NOTE PAPER
AND LOOSE LEAF PAPER, SERIES OF FICTION BOOKS, PLAYING
CARDS, DECALS, STICKERS, BUMPER STICKERS, TRADING
CARDS, NOTE CARDS, POSTERS, FOLDERS, PENCILS, PENS,
CALENDARS
**First Used:** APR 01, 2001  (INTL. CL. 16)
**In Commerce:** APR 01, 2001
**Last Reported Owner:**

 VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

<u>**We Have Located Other Marks With This Owner**</u>
<u>LULU GREEN</u>                              USPTO              Page 94

**Chronology:**
**Filed:** NOV 09, 2000          **Serial Number:** 78-034,478
**Published For Opposition:** AUG 21, 2001
**Registered:** JUL 13, 2004          **Registration Number:** 2,863,527

**Ownership Details:**
**Registrant:**
VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**Assignee**                                    **Assignor**
NEW VIACOM INTERNATIONAL          VIACOM INTERNATIONAL INC.
CORP.                                                DELAWARE CORPORATION
DELAWARE CORPORATION              **Signed:** DEC 21, 2005
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**LULU 023408
CONFIDENTIAL**

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0626
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

| **Assignee** | **Assignor** |
|---|---|
| VIACOM INTERNATIONAL INC. | NEW VIACOM INTERNATIONAL |
| DELAWARE CORPORATION | CORP. |
| 1515 BROADWAY | DELAWARE CORPORATION |
| NEW YORK, NEW YORK, 10036 | **Signed:** DEC 31, 2005 |

**Brief:** CHANGE OF NAME
**Recorded:** JAN 05, 2006
**Reel/Frame:** 3223/0584
**Correspondent:**
CINDY CAREY
1515 BROADWAY
NEW YORK, NY 10036

**Filing Correspondent:**
      JOSEPH MOLKO
      VIACOM INTERNATIONAL INC.
      1515 BROADWAY FL 51
      NEW YORK NY 10036

**LULU 023409
CONFIDENTIAL**

**LULU STUDIO**

US-15
**Group:** Four



**LULU THERAPY ON A LEASH, INC.**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 11, 2001

**Goods/Services:**

International Class 16:  ANIMAL-ASSISTED THERAPY TRAINING MANUALS AND REFERENCE BOOKS, STICKERS, STATIONERY, CALENDARS, CARDS, PHOTOGRAPHS, PENCILS AND PENS
International Class 21:  MUGS AND GLASSES
International Class 25:  CLOTHING ITEMS, NAMELY, HATS, SHIRTS, JACKETS, SHORTS S AND PANTS
International Class 41:  EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, LECTURES, DEMONSTRATIONS, AND MULTIMEDIA PRESENTATIONS IN THE FIELD OF THE USE OF ANIMALS FOR PURPOSES OF PROVIDING THERAPY TO HUMAN BEINGS; TRAINING ANIMALS FOR PURPOSES OF PROVIDING THERAPY TO HUMAN BEINGS
First Used: JUN 15, 2001  (INTL. CL. 16)
In Commerce: JUN 15, 2001
First Used: JUN 15, 2001  (INTL. CL. 21)
In Commerce: JUN 15, 2001
First Used: JUN 15, 2001  (INTL. CL. 25)
In Commerce: JUN 15, 2001
First Used: JUN 15, 2001  (INTL. CL. 41)
In Commerce: JUN 15, 2001

**Disclaimers:**

"INC."

**Last Reported Owner:**

THERAPY ON A LEASH, INC.
OKLAHOMA CORPORATION
3825 COBBLE CIRCLE
NORMAN, OKLAHOMA 73072

**Chronology:**

Filed: APR 20, 1998          Serial Number: 75-470,145
Published For Opposition: DEC 01, 1998
Registered: DEC 11, 2001     Registration Number: 2,517,778

**Ownership Details:**
**Registrant:**

THERAPY ON A LEASH, INC.
OKLAHOMA CORPORATION
3825 COBBLE CIRCLE

---

**LULU 023410**
**CONFIDENTIAL**

NORMAN, OKLAHOMA  73072

**Filing Correspondent:**

NEAL R KENNEDY

MCAFEE & TAFT

2 LEADERSHIP SQ

211 N ROBINSON 10TH FL

OKLAHOMA CITY OK 73102

**LULU 023411
CONFIDENTIAL**

THE ADVENTURES OF TINTIN
AND LULU

**THE ADVENTURES OF TINTIN AND LULU**

**Status:**    PENDING
             INTENT TO USE

             **USPTO Status:** PUBLICATION/ISSUE REVIEW COMPLETE
             **USPTO Status Date:** JUN 28, 2007

**Goods/Services:**

             **International Class 41:** ENTERTAINMENT IN THE NATURE OF
             ON-GOING TELEVISION PROGRAMS IN THE FIELD OF TRAVEL;
             ON-LINE JOURNALS, NAMELY, BLOGS FEATURING TRAVEL;
             ENTERTAINMENT SERVICES NAMELY PROVIDING A WEBSITE
             FEATURING, PHOTOGRAPHIC, AUDIO, VIDEO AND PROSE
             PRESENTATIONS FEATURING TRAVEL INFORMATION AND
             PRESENTATIONS

**Last Reported Owner:**

             ZILKHA, BETTINA
             UNITED STATES  INDIVIDUAL
             50 EAST 79TH STREET
             NEW YORK, NEW YORK  10022

             COX, JUDY GORDON
             UNITED STATES  INDIVIDUAL
             151 EAST 58TH STREET
             33F
             NEW YORK, NEW YORK  10022

**Chronology:**

             **Filed:** MAR 14, 2007          **Serial Number:** 77-130,979

**Ownership Details:**

**Applicant:**

             ZILKHA, BETTINA
             UNITED STATES  INDIVIDUAL
             50 EAST 79TH STREET
             NEW YORK, NEW YORK  10022

             COX, JUDY GORDON
             UNITED STATES  INDIVIDUAL
             151 EAST 58TH STREET
             33F
             NEW YORK, NEW YORK  10022

**Filing Correspondent:**

             SCOTT W. KELLEY
             KELLY LOWRY & KELLEY, LLP

**LULU 023412**
**CONFIDENTIAL**

**LULU STUDIO**

6320 CANOGA AVE STE 1650
WOODLAND HILLS, CA 91367-7704

LULU 023413
CONFIDENTIAL

**LULU STUDIO**

US-17
Group: Four

**TINA AND LULU**

## TINA AND LULU

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** THIRD EXTENSION - GRANTED
**USPTO Status Date:** JUN 27, 2007

**Goods/Services:**
**International Class 9:** PRE-RECORDED VIDEO TAPES, AUDIO
TAPES, CD-ROMS AND COMPUTER SOFTWARE FEATURING
ACTION, DRAMA, COMEDY AND GENERAL INTEREST; MOTION
PICTURE FILMS FEATURING ACTION, DRAMA, COMEDY AND
GENERAL INTEREST

**International Class 41:** ENTERTAINMENT SERVICES, NAMELY,
PROVIDING A WEBSITE FEATURING ENTERTAINMENT CONTENT
FOR CHILDREN AND FAMILIES, ACTION, COMEDY, DRAMA AND
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER
NETWORK; PRODUCTION AND DISTRIBUTION OF MOTION
PICTURES, PROGRAMMING FOR TELEVISION, PROGRAMMING ON
A GLOBAL COMPUTER NETWORK; TELEVISION ENTERTAINMENT
IN THE NATURE OF AN ON-GOING PROGRAM IN THE FIELD OF
CHILDREN, FAMILY, GENERAL INTEREST, ACTION, COMEDY OR
DRAMA

**Last Reported Owner:**

    ZENIMAX MEDIA INC.
DELAWARE CORPORATION
1370 PICCARD DRIVE
ROCKVILLE, MARYLAND 20850

**We Have Located Other Marks With This Owner**

TINA AND LULU                    USPTO                    Page 69

**Chronology:**
**Filed:** NOV 04, 2004          **Serial Number:** 78-511,568
**Published For Opposition:** OCT 11, 2005

**Ownership Details:**
**Applicant:**
ZENIMAX MEDIA INC.
DELAWARE CORPORATION
1370 PICCARD DRIVE
ROCKVILLE, MARYLAND 20850

**Filing Correspondent:**
ANN K. FORD

LULU 023414
CONFIDENTIAL

**LULU STUDIO**

PIPER RUDNICK LLP
1200 19TH ST NW # 7
WASHINGTON, DC 20036-2431

LULU 023415
CONFIDENTIAL



### LUCY BUFFETT'S LULU'S

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 31, 2006

**Goods/Services:**

International Class 35:  RETAIL STORE SERVICES FEATURING A WIDE ARRAY OF MERCHANDISE IN THE NATURE OF NOVELTY ITEMS, SOUVENIRS, CLOTHING, HEADWEAR, BOOKS, BEVERAGEWARE, AND PRINTED MATERIALS; AND ONLINE RETAIL STORE SERVICES FEATURING A WIDE ARRAY OF MERCHANDISE IN THE NATURE OF NOVELTY ITEMS, SOUVENIRS, CLOTHING, HEADWEAR, BOOKS, BEVERAGEWARE, AND PRINTED MATERIALS

**First Used:** NOV 01, 2004  (INTL. CL. 35)
**In Commerce:** NOV 01, 2004

**Last Reported Owner:**

     LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**We Have Located Other Marks With This Owner**

LUCY BUFFETT'S LULU'S                    USPTO              Page 52

**Chronology:**

**Filed:** FEB 10, 2005          **Serial Number:** 78-564,876
**Published For Opposition:** NOV 08, 2005
**Registered:** JAN 31, 2006     **Registration Number:** 3,055,023

**Ownership Details:**

**Registrant:**

LULU'S LANDING, INC.
ALABAMA  CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**Portrait Permission:**

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES LUCY BUFFETT, WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

**Filing Correspondent:**

ROBERT A. ROSENBLOUM,
GREENBERG TRAURIG, LLP
3290 NORTHSIDE PKWY NW STE 400

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **USPTO Page: 50**

**LULU 023416**
**CONFIDENTIAL**

ATLANTA, GA 30327-2268

LULU 023417
CONFIDENTIAL

**LULU STUDIO**

**US-19**
**Group: Four**

## LUCY BUFFETT'S LULU'S

**LUCY BUFFETT'S LULU'S**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 31, 2006

**Goods/Services:**

**International Class 35:** RETAIL STORE SERVICES FEATURING A
WIDE ARRAY OF MERCHANDISE IN THE NATURE OF NOVELTY
ITEMS, SOUVENIRS, CLOTHING, HEADWEAR, BOOKS,
BEVERAGEWARE, AND PRINTED MATERIALS; AND ONLINE RETAIL
STORE SERVICES FEATURING A WIDE ARRAY OF MERCHANDISE
IN THE NATURE OF NOVELTY ITEMS, SOUVENIRS, CLOTHING,
HEADWEAR, BOOKS, BEVERAGEWARE, AND PRINTED MATERIALS
**First Used:** NOV 01, 2004  (INTL. CL. 35)
**In Commerce:** NOV 01, 2004

**Last Reported Owner:**

 LULU'S LANDING, INC.
ALABAMA CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**We Have Located Other Marks With This Owner**

LUCY BUFFETT'S LULU'S          USPTO          Page 50

**Chronology:**
**Filed:** FEB 10, 2005          **Serial Number:** 78-564,797
**Published For Opposition:** NOV 08, 2005
**Registered:** JAN 31, 2006     **Registration Number:** 3,055,016

**Ownership Details:**
**Registrant:**
LULU'S LANDING, INC.
ALABAMA CORPORATION
200 EAST 25TH AVENUE
GULF SHORES, ALABAMA  36542

**Portrait Permission:**
THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN
THE MARK IDENTIFIES LUCY BUFFETT , WHOSE CONSENT(S) TO
REGISTER IS SUBMITTED.

**Filing Correspondent:**
ROBERT A. ROSENBLOUM,
GREENBERG TRAURIG, LLP
3290 NORTHSIDE PKWY NW STE 400

LULU 023418
CONFIDENTIAL

ATLANTA, GA 30327-2268

LULU 023419
CONFIDENTIAL

## LOULOU CACHAREL

LOULOU CACHAREL

**Status:**    PENDING
            INTENT TO USE

**USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT
ASSIGNED TO EXAMINER
**USPTO Status Date:** JUN 06, 2007

**Goods/Services:**

**International Class 18:** LEATHER AND IMITATION OF LEATHER;
ANIMAL SKINS; LEATHER GOODS; TRUNKS, SUITCASES AND
LUGGAGES; PURSES; SCHOOLBAGS, SATCHELS AND BRIEFC
ASES; WALLETS; PORTFOLIOS; VANITY CASES; TRAVEL BAGS;
HANDBAGS; SPORT BAGS; GARMENT BAGS; BAGS ON CASTERS;
BEACH BAGS; DRIVER'S LICENCE CASES; POCKET CASES;
FOLDERS; CASES AND SUPPORTS FOR VISITING CARDS;
SHOULDER STRAPS IN LEATHER; CASES AND SUPPORTS FOR
CREDIT CARDS; LEATHER CASES FOR KEYS; CASES FOR MOBILE
PHONES; ADDRESS BOOKS; DIARIES; CASES FOR PASSPORT;
ATTACHé CASES; BEACH UMBRELLAS, SUN UMBRELLAS,
PARASOLS, SUNSHADES; UMBRELLAS; STICKS
**International Class 25:** CLOTHING; SHOES OTHER THAN
ORTHOPAEDIC SHOES; BOOTS; GLOVES; BELTS; HATS;
SPORTSWEAR OTHER THAN FOR DIVING; SKIRTS; DRESSES;
TROUSERS ; TEE-SHIRTS; PULL-OVERS; CARDIGANS; CAPS; TIES;
TIGHTS; PANTY HOSES SOCKS; FOULARDS; SCARVES;
HEADBANDS; JERKINS; LEOTARDS; HOSIERIES; PAREUS;
SHORTS; BERMUDA SHORTS; JERSEYS; SWIMMING SUITS;
SHIRTS; SHORT-SLEEVED SHIRTS; BLOUSES; COATS; JACKETS;
BLOUSONS; RAINCOATS; OVERCOATS; PAJAMAS; UNDERWEAR;
UNDERPANTS; BRIEFS; PANTIES; BRAS; BLOOMERS; PLAYSUITS;
SHORT-TROUSERS; PILOTS; BALACLAVAS; BONNETS; MITTENS;
MITTS; LEG GUARDS; GAITERS; ANKLETS; BIBS; SLIPPERS;
BALLET SHOES; LAYETTES; COURT SHOES; SANDALS;
ESPADRILLES; THIGH BOOTS; MOCCASINS; CROSSOVER TOPS;
TANK TOPS; SWEATERS; TWIN SETS; POLO SHIRTS;
SIDESTROKES; SMOCKS; OVERALLS; TUNICS; LONG-LINE BRAS;
BODICES; CORSETS; CAMISOLES; WOMAN'S LOOSE BLOUSES;
UNDERSKIRTS; LEGGINGS; DUNGAREES; SALOPETTES; COMBI-
SHORTS; BLAZERS; SPENCERS; SAFARI SHIRTS AND JACKETS;
FROCK COATS; SUITS; LADY'S SUITS; CAR COATS; THREE-
QUARTER COATS; ANORAKS; DUFFLE COATS; CAPES; CLOAKS;
WIDE-BRIMMED HATS; PELISSES; BOLEROS; SHAWLS; STOLES;
PONCHOS; LINGERIE; PEIGNOIRS; BATHROBES; TRACKSUITS;
NIGHTDRESSES; SHORT NIGHTDRESSES

**LULU 023420**
**CONFIDENTIAL**

LULU STUDIO

**Last Reported Owner:**

> CACHAREL U.S.A., INC.
> DELAWARE  CORPORATION
> C/O DELAWARE CORPORATE MGMT
> 1100 N. MARKET ST, SUITE 780
> WILMINGTON, DELAWARE  19890

**Chronology:**

> **Filed:** MAY 31, 2007          **Serial Number:** 77-194,525

**Ownership Details:**

**Applicant:**

> CACHAREL U.S.A., INC.
> DELAWARE  CORPORATION
> C/O DELAWARE CORPORATE MGMT
> 1100 N. MARKET ST, SUITE 780
> WILMINGTON, DELAWARE  19890

**Filing Correspondent:**

> MARK LEBOW
> YOUNG & THOMPSON
> 745 23RD ST S STE 200
> ARLINGTON, VA 22202-2444

**Domestic Representative:** MARK LEBOW

**LULU 023421
CONFIDENTIAL**

**LULU STUDIO**

**US-21**
**Group:** Four

LITTLE LULU

**LITTLE LULU**

**Status:**        RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAR 04, 2005

**Goods/Services:**
International Class 16:
**(U.S. CL. 38)** ILLUSTRATED BOOKS FOR CHILDREN
**First Used:** 1954  (US.CL. 38)
**In Commerce:** 1954

**Last Reported Owner:**

 CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK 10014

**We Have Located Other Marks With This Owner**
LITTLE LULU                          USPTO          Page 74

**Chronology:**
**Filed:** JUN 20, 1973          **Serial Number:** 72-460,870
**Published For Opposition:** MAY 14, 1974
**Registered:** AUG 06, 1974    **Registration Number:** 990,189
**Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC.
9 GRANTED  MAR 04, 2005
REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.
JUN 04, 1980
**Last Renewed:** AUG 06, 2004

**Ownership Details:**
**Registrant:**
WESTERN PUBLISHING COMPANY, INC.
WISCONSIN CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

**LULU 023422**
**CONFIDENTIAL**

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignor**
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
NEW YORK NATIONAL BANKING
ASSOCIATION
**Signed:** JAN 11, 2007

LULU 023423
CONFIDENTIAL

**Assignee**
UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

LULU 023424
CONFIDENTIAL

**Assignee**
CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948

**Assignor**
HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**LULU 023425
CONFIDENTIAL**

**Correspondent:**
MORGAN LEWIS & BOCKIUS LLP
SCOTT H. JAFFEE
101 PARK AVENUE
NEW YORK, NY 10178

| **Assignee** | **Assignor** |
|---|---|
| JP MORGAN CHASE BANK | CLASSIC MEDIA INC. |
| NEW YORK CORPORATION | DELAWARE CORPORATION |
| GARRETT VERDONE | **Signed:** AUG 26, 2002 |
| 1166 AVENUE OF THE AMERICAS | |
| NEW YORK, NEW YORK | |

**Assignor**
HARVEY ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA INDUSTRIES CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
GOLD KEY HOME VIDEO, INC.
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
HARVEY ASSETS COMPANY LLC
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPA PRODUCTIONS OF AMERICA
CORPORATION
**Signed:** AUG 23, 2002

**Assignor**
UPARIO MUSIC CORPORATION
**Signed:** AUG 23, 2002

**LULU 023426
CONFIDENTIAL**

**LULU STUDIO**

**Assignor**
UPA MUSIC COMPANY
CORPORATION
**Signed:** AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929
**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
CORPORATION
**Signed:** AUG 24, 2001

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH
FLOOR
NEW YORK, NEW YORK 10106

**Assignee**
CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK, 10014

**Assignor**
GOLDEN BOOKS FAMILY
ENTERTAINMENT, INC.
CORPORATION
**Signed:** AUG 27, 2001

**LULU 023427
CONFIDENTIAL**

**Assignor**
GOLDON BOOKS PUBLISHING
COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
GOLDEN BOOKS HOME VIDEO,
INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Search:** 139562311          **Analyst:** JOEL FELDMAN          **USPTO Page:** 62

LULU 023428
CONFIDENTIAL

**Brief:** RE-RECORD TO CORRECT
THE BRIEF FROM ASSIGNMENT TO
COLLATERAL ASSIGNMENT,
PREVIOULSY RECORDED ON REEL
002017 FRAME 0595, ASSIGNOR
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

| **Assignee** | **Assignor** |
|---|---|
| HSBC BANK USA | GOLDEN BOOKS PUBLISHING |
| NEW YORK AS COLLATERAL | COMPANY, INC. |
| AGENT | DELAWARE CORPORATION |
| 140 BROADWAY | **Signed:** JAN 25, 2000 |
| 12TH FLOOR, CORPORATE TRUST | |
| SERVICES | |
| NEW YORK, NEW YORK, | |
| 10005-1180 | |

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

| **Assignee** | **Assignor** |
|---|---|
| CIT GROUP/BUSINESS CREDIT, | GOLDEN BOOKS PUBLISHING |
| INC., AS AGENT, THE | COMPANY, INC. |
| NEW YORK CORPORATION | DELAWARE CORPORATION |
| 1211 AVENUE OF THE AMERICAS | **Signed:** JAN 26, 2000 |
| NEW YORK, NEW YORK, 10036 | |

LULU 023429
CONFIDENTIAL

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595
**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK, 10106

**Assignor**
CHASE MANHATTAN BANK, THE
CORPORATION
**Signed:** DEC 13, 1999

**Brief:** RELEASE OF SECURITY
INTEREST
**Recorded:** DEC 15, 1999
**Reel/Frame:** 2008/0725
**Correspondent:**
PROSKAUER ROSE LLP
JENNIFER SILVER
1585 BROADWAY
NEW YORK, NEW YORK 10036

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1220 MOUND AVENUE
RACINE, WISCONSIN, 53404

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
**Signed:** MAY 08, 1996

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139

**LULU 023430
CONFIDENTIAL**

**Correspondent:**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
GENERAL ELECTRIC CREDIT
CORPORATION
NEW YORK CORPORATION
**Signed:** JUL 17, 1984

**Brief:** ASSIGNOR HEREBY
TERMINATES THE ASSIGNMENT OF
THE COPYRIGHT AND LICENSE,
SUBJECT TO AGREEMENT
RECITED
**Recorded:** AUG 17, 1984
**Reel/Frame:** 0476/0831
**Correspondent:**
WILMER, CUTLER & PICKERING
1666 K ST., N.W.
WASHINGTON, DC 20006

**Assignee**
CHEMICAL BANK
52 BROADWAY
NEW YORK, NEW YORK, 10004

**Assignor**
WESTERN PUBLISHING COMPANY,
INC.
DELAWARE CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN
**Acknowledge:** JUL 17, 1984

**Brief:** AS SECURITY FOR
OBLIGATIONS RECITED, ASSIGNOR
GRANTS, ASSIGNS A SECURITY
THE ENTIRE INTEREST SUBJECT
TO AGREEMENT RECITED
**Recorded:** AUG 20, 1984
**Reel/Frame:** 0476/0821

**LULU 023431
CONFIDENTIAL**

**Correspondent:**
WILMER CUTLER ET AL.
1666 K ST., N.W.
WASHINGTON, DC 20006

| **Assignee** | **Assignor** |
|---|---|
| GENERAL ELECTRIC CREDIT CORPORATION | WESTERN PUBLISHING COMPANY, INC. |
| NEW YORK CORPORATION | DELAWARE CORPORATION |
| 260 LONG RIDGE ROAD | 1220 MOUND AVE. |
| STAMFORD, CONNECTICUT, 06902 | RACINE, WISCONSIN |
| | **Signed:** FEB 28, 1984 |

**Brief:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS, ASSIGNS AND CONVEYS A SECURITY INTEREST UNDER SAID MARK, SUBJECT TO AGREEMENT RECITED
**Recorded:** MAR 13, 1984
**Reel/Frame:** 0467/0752
**Correspondent:**
WEIL, GOTSHAL, ET AL.
767 FIFTH AVE.
NEW YORK, NY 10153

| **Assignee** | **Assignor** |
|---|---|
| GENERAL ELECTRIC CREDIT CORPORATION | WESTERN PUBLISHING COMPANY, INC. |
| NEW YORK CORPORATION | DELAWARE CORPORATION |
| 260 LONG RIDGE RD. | 1220 MOUND AVE. |
| STAMFORD, CONNECTICUT, 06902 | RACINE, WISCONSIN |
| | **Signed:** FEB 28, 1984 |

**Brief:** AS SECURITY FOR OBLIGATIONS RECITED ASSIGNOR HEREBY GRANTS ASSIGNS THE ENTIRE INTEREST UNDER SAID MARK
**Recorded:** FEB 29, 1984
**Reel/Frame:** 0462/0181

**LULU 023432
CONFIDENTIAL**