**LULU STUDIO**

Correspondent:
WEIL, GOTSHAL & MANGES
767 FIFTH AVE.
NEW YORK, NY 10153

| **Assignee** | **Assignor** |
|---|---|
| WESTERN PUBLISHING COMPANY, INC. | MATTEL INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1220 MOUND AVE. | 5150 ROSECRANS AVE. |
| RACINE, WISCONSIN, 53404 | HAWTHORNE, CALIFORNIA |
| | **Acknowledge:** OCT 04, 1983 |

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029
Correspondent:
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

| **Assignee** | **Assignor** |
|---|---|
| MATTEL, INC. | WESTERN PUBLISHING COMPANY, |
| DELAWARE CORPORATION | INC. (MERGED INTO) |
| | WISCONSIN CORPORATION |
| | **Signed:** DEC 30, 1982 |

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
Correspondent:
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

| **Assignee** | **Assignor** |
|---|---|
| WESTERN PUBLISHING COMPANY, | WPC PUBLISHING, INC. |
| INC. | **Signed:** DEC 05, 1980 |

**Search:** 139562311            **Analyst:** JOEL FELDMAN            **USPTO Page:** 67

LULU 023433
CONFIDENTIAL
Dockets.Justia.com

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

| | |
|---|---|
| **Assignee** | **Assignor** |
| WESTERN PUBLISHING COMPANY, INC. | WPC, INC. (CHANGED TO) **Signed:** NOV 19, 1979 |
| | **Assignor** |
| | WPC PUBLISHING, INC. (CHANGED TO) |

**Brief:** CERTIFICATE BY THE
SECRETARY OF STATE OF
DELAWARE SHOWING CHANGES
OF NAME ON APRIL 9, 1979 AND
JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979
**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Other U.S. Registrations:** 958,607; 959,441
**Filing Correspondent:**
SONJA KEITH
CLASSIC MEDIA, INC.
860 BROADWAY, 6TH FL.
NEW YORK, NY 10003

**LULU 023434
CONFIDENTIAL**

**LULU STUDIO**

**US-22**
Group: Four

TINA AND LULU

**TINA AND LULU**

**Status:**     ABANDONED
             INTENT TO USE

             **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
             **USPTO Status Date:** NOV 14, 2004
**Goods/Services:**
             **International Class 9:**  PRE-RECORDED VIDEO TAPES, AUDIO
             TAPES, CD-ROMS AND COMPUTER SOFTWARE FEATURING
             ACTION, DRAMA, COMEDY AND GENERAL INTEREST; MOTION
             PICTURE FILMS FEATURING ACTION, DRAMA, COMEDY AND
             GENERAL INTEREST
             **International Class 41:**  ENTERTAINMENT SERVICES, NAMELY,
             PROVIDING A WEBSITE FEATURING ENTERTAINMENT CONTENT
             FOR CHILDREN AND FAMILIES, ACTION, COMEDY, DRAMA AND
             GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER
             NETWORK; PRODUCTION AND DISTRIBUTION OF MOTION
             PICTURES, PROGRAMMING FOR TELEVISION, PROGRAMMING ON
             A GLOBAL COMPUTER NETWORK; TELEVISION ENTERTAINMENT
             IN THE NATURE OF AN ON-GOING PROGRAM IN THE FIELD OF
             CHILDREN, FAMILY, GENERAL INTEREST, ACTION, COMEDY OR
             DRAMA
             **International Class 42:**  COMPUTER CONSULTATION, WEBSITE
             DEVELOPMENT, AND PRODUCT DEVELOPMENT SERVICES FOR
             OTHERS WITHIN THE FIELD OF ELECTRONIC COMMERCE
**Last Reported Owner:**

     ZENIMAX MEDIA INC.
             DELAWARE CORPORATION
             1370 PICCARD DRIVE
             ROCKVILLE, MARYLAND  20850

             <u>**We Have Located Other Marks With This Owner**</u>
             <u>TINA AND LULU</u>                   USPTO          Page 48

**Chronology:**
             **Filed:** NOV 01, 2000          **Serial Number:** 76-157,239
             **Published For Opposition:** AUG 21, 2001
             **Abandoned:** NOV 14, 2004

**Ownership Details:**
**Applicant:**
             ZENIMAX MEDIA INC.
             DELAWARE CORPORATION

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **USPTO Page: 69**

LULU 023435
CONFIDENTIAL

**LULU STUDIO**

1370 PICCARD DRIVE
ROCKVILLE, MARYLAND  20850

**Filing Correspondent:**

CYNTHIA K. NICHOLSON
ANN K. FORD, ESQ.
PIPER RUDNICK LLP
1200 NINETEENTH STREET, NW
WASHINGTON DC 20036-2412

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **USPTO Page: 70**

**LULU 023436
CONFIDENTIAL**

**LULU STUDIO**

**US-23**
Group: Four



**LULU WEDDINGS**

**Status:**     ABANDONED

**USPTO Status:** ABANDONED-EXPRESS
**USPTO Status Date:** MAY 10, 2006

**Goods/Services:**

**International Class 35:** PROMOTING THE GOODS AND SERVICES OF OTHERS BY PROVIDING A WEB SITE AT WHICH USERS CAN LINK TO WEDDING PLANNING RESOURCES
**First Used:** JAN 01, 2005  (INTL. CL. 35)
**In Commerce:** JAN 01, 2005

**Last Reported Owner:**

LULU WEDDINGS
**Composed Of:** BLAIR DELAUBENFELS/USA
WASHINGTON  SOLE PROPRIETORSHIP
11815 8TH AVE. NW
SEATTLE, WASHINGTON  98177

**Chronology:**

**Filed:** OCT 28, 2005          **Serial Number:** 78-742,943
**Abandoned:** MAY 09, 2006

**Ownership Details:**

**Applicant:**

LULU WEDDINGS
**Composed Of:** BLAIR DELAUBENFELS/USA
WASHINGTON  SOLE PROPRIETORSHIP
11815 8TH AVE. NW
SEATTLE, WASHINGTON  98177

**Filing Correspondent:**

POSITIVE LIGHT PHOTOGRAPHY
11815 8TH AVE NW
SEATTLE, WA 98177-4535

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **USPTO Page: 71**

**LULU 023437**
**CONFIDENTIAL**

**LULU STUDIO**

**US-24**
**Group:** Four

LULU 'N' LOU

**LULU 'N' LOU**

 **Worldwide Filings = 2**

**Status:**     ABANDONED
            INTENT TO USE

            **USPTO Status:** ABANDONED-FAILURE TO RESPOND
            **USPTO Status Date:** MAR 04, 2003
**Goods/Services:**
            **International Class 14:** ARTICLES MADE OF PRECIOUS METAL OR
            COATED THEREWITH; CLOCKS; WATCHES; CLOCK CASES;
            JEWELRY; TRINKETS; KEY FOBS
            **International Class 16:** PRINTED MATTER; PHOTOGRAPHS; STATIO
            NERY; OFFICE REQUISITIES; ALBUMS, ANNOUNCEMENT CARDS,
            BAGS OF PAPER OR PLASTICS FOR PACKAGING, BINDERS,
            BINDING STRIPS, BOOKLETS, BOOKMARKERS, BOOKS, BOTTLE
            CALENDARS, BOXES FOR PENS, BOXES OF CARDBOARD OR
            PAPER, CARDS, PLAYING CARDS, CATALOGUES, COASTERS OF
            PAPER, COVERS, ENVELOPES, ERASING PRODUCTS, FOLDERS,
            FOLDERS FOR PAPERS, GRAPHIC REPRODUCTIONS, GREETING
            CARDS, GUMMED CLOTH FOR STATIONERY PURPOSES, NOTE
            BOOKS, PADS, WRITING PADS, PAMPHLETS, PAPER SHEETS,
            PENCIL HOLDERS, PENCIL SHARPENERS, PENCILS, PENS,
            PLACARDS OF PAPER OR CARDBOARD, PLACE MATS OF PAPER,
            POSTCARDS, POSTERS, PRINTED PUBLICATIONS, DRAWING
            RULERS, SCRAPBOOKS, SELF-ADHESIVE TAPES FOR
            STATIONERY OR HOUSEHOLD PURPOSES, SIGNBOARDS OF
            PAPER OR CARDBOARD, STICKERS, DECALCOMANIAS; TABLE
            LINEN OF PAPER, TABLE MATS OF PAPER, TABLE NAPKINGS OF
            PAPER, TOILET PAPER, TOWELS OF PAPER; WRAPPING PAPER,
            WRITING PAPER.
            **International Class 20:** MIRRORS; PICTURE FRAMES;
            ORNAMENTS; NAMEPLATES; JEWELRY CASES; TRINKET BOXES.
            **International Class 21:** HOUSEHOLD UTENSILS AND CONTAINERS;
            KITCHEN UTENSILS AND CONTAINERS; COMBS; CROCKERY;
            MUGS.
            **International Class 25:** ARTICLES OF CLOTHING
            **International Class 28:** GAMES, TOYS, PUZZLES, AND PLAYTHINGS
**Last Reported Owner:**
            KINGSLEY CARDS LIMITED
            UNITED KINGDOM  CORPORATION
            BELLE VUE MILLS, BROUGHTON ROAD, SKIPTON,

**LULU 023438**
**CONFIDENTIAL**

NORTH YORKSHIRE, UNITED KINGDOM  BD23 1UT

**Chronology:**
>**Filed:** MAR 12, 2002          **Serial Number:** 78-114,333
>**Abandoned:** MAR 04, 2003

**Ownership Details:**
**Applicant:**
>KINGSLEY CARDS LIMITED
>UNITED KINGDOM  CORPORATION
>BELLE VUE MILLS, BROUGHTON ROAD, SKIPTON,
>NORTH YORKSHIRE, UNITED KINGDOM  BD23 1UT

**Filing Correspondent:**
>EVAN R. WITT
>MADSON & METCALF
>15 WEST SOUTH TEMPLE, SUITE 900
>SALT LAKE CITY UT 84101

**LULU 023439
CONFIDENTIAL**

**LULU STUDIO**

**US-25**
**Group:** Four

LITTLE LULU

**LITTLE LULU**

**Status:**     EXPIRED

**USPTO Status:** EXPIRED
**USPTO Status Date:** FEB 28, 2004
Goods/Services:
**International Class 16:**
**(U.S. CL. 38)** COLORING BOOKS, AND DOLL CUT-OUT BOOKS
**First Used:** 1944  (US.CL. 38)
**In Commerce:** 1944
Last Reported Owner:

 CLASSIC MEDIA, INC.
DELAWARE CORPORATION
435 HUDSON ST.
2ND FLOOR
NEW YORK, NEW YORK  10014

**We Have Located Other Marks With This Owner**
LITTLE LULU                          USPTO               Page 56

Chronology:
**Filed:** APR 05, 1972        **Serial Number:** 72-420,496
**Published For Opposition:** MAR 06, 1973
**Registered:** MAY 22, 1973     **Registration Number:** 959,441
**Affidavit Section:**   REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  SEP 11, 1978
**Renewed:** MAY 22, 1993

Ownership Details:
Registrant:
WESTERN PUBLISHING COMPANY, INC.
WISCONSIN CORPORATION
1220 MOUND AVE.
RACINE, WISCONSIN  53404

| Assignee | Assignor |
|---|---|
| CLASSIC MEDIA, INC. | JPMORGAN CHASE BANK, |
| DELAWARE CORPORATION | NATIONAL ASSOCIATION |
| 6TH FLOOR | NEW YORK NATIONAL BANKING |
| 860 BROADWAY | ASSOCIATION |
| NEW YORK, NEW YORK, 10003 | **Signed:** JAN 11, 2007 |

**Search:** 139562311            **Analyst: JOEL FELDMAN**            **USPTO Page:** 74

**LULU 023440**
**CONFIDENTIAL**

**Assignee**
HARVEY ENTERTAINMENT, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA INDUSTRIES
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
GOLD KEY HOME VIDEO, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
HARVEY ASSETS COMPANY LLC
DELAWARE LIMITED LIABILITY
COMPANY
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPA PRODUCTIONS OF AMERICA
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
UPARIO MUSIC
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

LULU 023441
CONFIDENTIAL

**Assignee**
UPA MUSIC COMPANY
CALIFORNIA CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
BIG IDEA, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
BIG IDEA.COM, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA PICTURES, INC.
DELAWARE CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
CLASSIC MEDIA PRODUCTIONS,
INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

LULU 023442
CONFIDENTIAL

**Assignee**
LITTLE LOTTA MUSIC, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Assignee**
PTB PRODUCTIONS, INC.
NEW YORK CORPORATION
6TH FLOOR
860 BROADWAY
NEW YORK, NEW YORK, 10003

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** JAN 30, 2007
**Reel/Frame:** 3471/0195
**Correspondent:**
SIDLEY AUSTIN LLP
555 W. FIFTH STREET
ATTN: KIM BERNSTEIN, LEGAL
ASSISTANT
LOS ANGELES, CA 90013

**Assignee**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
1619 BROADWAY
NEW YORK, NEW YORK, 10019

**Assignor**
HSBC BANK USA
DELAWARE CORPORATION
**Signed:** SEP 26, 2002

**Brief:** TERMINATION OF
TRADEMARK SECURITY INTEREST
**Recorded:** OCT 16, 2002
**Reel/Frame:** 2599/0948
**Correspondent:**
MORGAN LEWIS & BOCKIUS LLP
SCOTT H. JAFFEE
101 PARK AVENUE
NEW YORK, NY 10178

LULU 023443
CONFIDENTIAL

**Assignee**
JP MORGAN CHASE BANK
NEW YORK CORPORATION
GARRETT VERDONE
1166 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

**Assignor**
CLASSIC MEDIA INC.
DELAWARE CORPORATION
Signed: AUG 26, 2002

**Assignor**
HARVEY ENTERTAINMENT, INC.
CORPORATION
Signed: AUG 23, 2002

**Assignor**
UPA INDUSTRIES CORPORATION
Signed: AUG 23, 2002

**Assignor**
GOLD KEY HOME VIDEO, INC.
CORPORATION
Signed: AUG 23, 2002

**Assignor**
HARVEY ASSETS COMPANY LLC
CORPORATION
Signed: AUG 23, 2002

**Assignor**
UPA PRODUCTIONS OF AMERICA
CORPORATION
Signed: AUG 23, 2002

**Assignor**
UPARIO MUSIC CORPORATION
Signed: AUG 23, 2002

**Assignor**
UPA MUSIC COMPANY
CORPORATION
Signed: AUG 23, 2002

**Brief:** SECURITY AGREEMENT
**Recorded:** SEP 03, 2002
**Reel/Frame:** 2576/0929

LULU 023444
CONFIDENTIAL

**Correspondent:**
MORGAN, LEWIS & BOLKIUS LLP
SCOTT JAFFEE
101 PARK AVE
NEW YORK, NY 10178

| Assignee | Assignor |
|---|---|
| **Assignee**<br>GOLDEN BOOKS PUBLISHING COMPANY, INC.<br>DELAWARE CORPORATION<br>888 SEVENTH AVENUE<br>NEW YORK, NEW YORK, 10106 | **Assignor**<br>CIT GROUP/BUSINESS CREDIT, INC., AS AGENT, THE CORPORATION<br>**Signed:** AUG 24, 2001 |

**Brief:** RELEASE BY SECURED PARTY
**Recorded:** OCT 29, 2001
**Reel/Frame:** 2412/0888
**Correspondent:**
GB HOLDINGS LIQUIDATION, INC.
CYNTHIA ARMSTRONG
C/O RANDOM HOUSE, INC.
888 SEVENTH AVENUE, 40TH FLOOR
NEW YORK, NEW YORK 10106

| Assignee | Assignor |
|---|---|
| **Assignee**<br>CLASSIC MEDIA, INC.<br>DELAWARE CORPORATION<br>435 HUDSON ST.<br>2ND FLOOR<br>NEW YORK, NEW YORK, 10014 | **Assignor**<br>GOLDEN BOOKS FAMILY ENTERTAINMENT, INC. CORPORATION<br>**Signed:** AUG 27, 2001 |

**Assignor**
GOLDON BOOKS PUBLISHING COMPANY, INC. CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
GOLDEN BOOKS HOME VIDEO, INC. CORPORATION
**Signed:** AUG 27, 2001

LULU 023445
CONFIDENTIAL

**Assignor**
LRM ACQUISITION CORP.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
SHARI LEWIS ENTERPRISES, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Assignor**
SLE PRODUCTIONS, INC.
CORPORATION
**Signed:** AUG 27, 2001

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** DEC 03, 2001
**Reel/Frame:** 2406/0580
**Correspondent:**
CLASSIC MEDIA, INC.
SONJA KEITH, ESQ.
435 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10014

**Assignee**
CIT GROUP/BUSINESS CREDIT,
INC., AS AGENT, THE
NEW YORK CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
DELAWARE CORPORATION
**Signed:** JAN 26, 2000

**Brief:** RE-RECORD TO CORRECT
THE BRIEF FROM ASSIGNMENT TO
COLLATERAL ASSIGNMENT,
PREVIOULSY RECORDED ON REEL
002017 FRAME 0595, ASSIGNOR
CONFIRMS THE ASSIGNMENT OF
THE ENTIRE INTEREST.
**Recorded:** SEP 14, 2000
**Reel/Frame:** 2176/0463

LULU 023446
CONFIDENTIAL

**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

| Assignee | Assignor |
|---|---|
| HSBC BANK USA | GOLDEN BOOKS PUBLISHING |
| NEW YORK AS COLLATERAL | COMPANY, INC. |
| AGENT | DELAWARE CORPORATION |
| 140 BROADWAY | **Signed:** JAN 25, 2000 |
| 12TH FLOOR, CORPORATE TRUST | |
| SERVICES | |
| NEW YORK, NEW YORK, | |
| 10005-1180 | |

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 10, 2000
**Reel/Frame:** 2163/0004
**Correspondent:**
RANDALL C. BROWN
1700 PACIFIC
SUITE 4100
DALLAS, TX 75201

| Assignee | Assignor |
|---|---|
| CIT GROUP/BUSINESS CREDIT, | GOLDEN BOOKS PUBLISHING |
| INC., AS AGENT, THE | COMPANY, INC. |
| NEW YORK CORPORATION | DELAWARE CORPORATION |
| 1211 AVENUE OF THE AMERICAS | **Signed:** JAN 26, 2000 |
| NEW YORK, NEW YORK, 10036 | |

**Brief:** ASSIGNS THE ENTIRE
INTEREST
**Recorded:** JAN 31, 2000
**Reel/Frame:** 2017/0595

**LULU 023447
CONFIDENTIAL**

**Correspondent:**
KAYE SCHOLER FIERMAN HAYS &
HANDLER LLP
KAREN NIELSEN, ESQ.
425 PARK AVENUE
NEW YORK, NEW YORK 10022-3598

| **Assignee** | **Assignor** |
|---|---|
| GOLDEN BOOKS PUBLISHING COMPANY, INC. | WESTERN PUBLISHING COMPANY, INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1220 MOUND AVENUE | **Signed:** MAY 08, 1996 |
| RACINE, WISCONSIN, 53404 | |

**Brief:** CHANGE OF NAME
**Recorded:** AUG 29, 1996
**Reel/Frame:** 1543/0139
**Correspondent:**
GOLDEN BOOKS PUBLISHING
COMPANY, INC.
MARY L. WINBURN
C/O DAWN M. YOUNG, LAW DEPT.
MAIL #30
1220 MOUND AVENUE
RACINE, WI 53404

| **Assignee** | **Assignor** |
|---|---|
| WESTERN PUBLISHING COMPANY, INC. | MATTEL INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| 1220 MOUND AVE. | 5150 ROSECRANS AVE. |
| RACINE, WISCONSIN, 53404 | HAWTHORNE, CALIFORNIA |
| | **Acknowledge:** OCT 04, 1983 |

**Brief:** ASSIGNS THE ENTIRE
INTEREST AND THE GOODWILL
**Recorded:** OCT 12, 1983
**Reel/Frame:** 0453/0029
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

LULU 023448
CONFIDENTIAL

**Assignee**
MATTEL, INC.
DELAWARE CORPORATION

**Assignor**
WESTERN PUBLISHING COMPANY,
INC. (MERGED INTO)
WISCONSIN CORPORATION
**Signed:** DEC 30, 1982

**Brief:** MERGER EFFECTIVE IN
DELAWARE, 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0442
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC PUBLISHING, INC.
**Signed:** DEC 05, 1980

**Brief:** CHANGE OF NAME 19790615
**Recorded:** APR 25, 1983
**Reel/Frame:** 0439/0439
**Correspondent:**
WESTERN PUBLISHING COMPANY,
INC.
1220 MOUND AVE.
RACINE, WI 53404

**Assignee**
WESTERN PUBLISHING COMPANY,
INC.

**Assignor**
WPC, INC. (CHANGED TO)
**Signed:** NOV 19, 1979

**Assignor**
WPC PUBLISHING, INC. (CHANGED
TO)

**Brief:** CERTIFICATE BY THE
SECRETARY OF STATE OF
DELAWARE SHOWING CHANGES
OF NAME ON APRIL 9, 1979 AND
JUNE 15, 1979 RESPECTIVELY
**Recorded:** NOV 28, 1979

LULU 023449
CONFIDENTIAL

**Reel/Frame:** 0359/0864
**Correspondent:**
WESTERN PUBLISHING CO. INC.
1220 MOUND AVE.
RACINE, WI 53404

**Filing Correspondent:**

BRUCE A. BERNBERG
WESTERN PUBLISHING COMPANY, INC.
1220 MOUND AVENUE
RACINE, WI 53404

LULU 023450
CONFIDENTIAL

**LULU STUDIO**

**US-26**
**Group:** Four

LULU PRESS

**LULU PRESS**

**Status:**    ABANDONED
        INTENT TO USE

**USPTO Status:** ABANDONED-AFTER PUBLICATION
**USPTO Status Date:** AUG 15, 2005
**Goods/Services:**

**International Class 9:** COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT; COMPUTER PROGRAMS USED TO FACILITATE INTERACTIVE COMMUNICATION AND COLLABO RATION; COMPUTER PROGRAMS USED TO FACILITATE FINANCIAL AND BUSINESS TRANSACTIONS IN ELECTRONIC COMMERCE; COMPUTER PROGRAMS USED TO FACILITATE DESKTOP, ELECTRONIC, AND ON-LINE PUBLISHING; COMPUTER PROGRAMS FOR ORGANIZING, DIRECTING, AND CONTROLLING COMMUNIC ATION, INFORMATION, TASKS, AND INTERACTION BETWEEN USERS, NAMELY CHAT SOFTWARE, ELECTRONIC MAIL SOFTWARE, INTERNET TELEPHONY SOFTWARE, MESSAGING SOFTWARE, SOFTWARE FOR FACILITATING THE AUTHORING OF AUDIO, VISUAL, AND MULTIMEDIA PUBLICATIONS, AND WEB INTERACTION SOFTWARE; PRERECORDED AUDIO AND AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE FOR EDUCATION AND ENTERTAINMENT FEATURING-- TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, EDUCATION, SCIENCE, AND TECHNOLOGY; AND WEB SITE DEVELOPMENT COMPUTER PROGRAMS
**International Class 16:** BOOKS FEATURING FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; BOOKS FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS; NOTEBOOKS; AND PENCILS
**International Class 35:** ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF

**Search: 139562311**        **Analyst: JOEL FELDMAN**        **USPTO Page: 85**

**LULU 023451**
**CONFIDENTIAL**

THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE
**International Class 41:** EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORM ANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL AND MULTIMEDIA MESSAGES AND PROGRAMS ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY,

**LULU 023452
CONFIDENTIAL**

PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND
ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES,
MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF
EDUCATIONAL AND INSTRUCTIONAL TOPICS VIA COMPUTER,
COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE
WEB SITES, TELEPHONE, OR WIRELESS NETWORKS;
ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC
AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING
ON-LINE ELECTRONIC AND VIDEO GAMES; AND ENTERTAINMENT
SERVICES, NAMELY, PROVIDING EDUCATIONAL AND
MOTIVATIONAL SPEAKERS

**Disclaimers:**

"PRESS"

**Last Reported Owner:**

 LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**We Have Located Other Marks With This Owner**

| LULU | USPTO | Page 17 |
| LULU | USPTO | Page 22 |
| LULU.COM | USPTO | Page 30 |
| LULU TECH CIRCUS | USPTO | Page 88 |

**Chronology:**

**Filed:** AUG 16, 2002        **Serial Number:** 78-155,140
**Published For Opposition:** NOV 18, 2003
**Abandoned:** AUG 11, 2005

**Ownership Details:**

**Applicant:**

LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Filing Correspondent:**

DOUGLAS W. KENYON, ESQ.
HUNTON & WILLIAMS LLP
POST OFFICE BOX 109
RALEIGH NC 27602

**LULU 023453**
**CONFIDENTIAL**

**LULU STUDIO**

US-27
Group: Four

LULU TECH CIRCUS            **LULU TECH CIRCUS**

**Status:**       ABANDONED
                  INTENT TO USE

                  **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
                  **USPTO Status Date:** FEB 11, 2005
Goods/Services:
                  **International Class 9:**  PRERECORDED AUDIO AND AUDIOVISUAL
                  TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE
                  ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE,
                  FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS AND
                  WORKS OF FICTION AND NONFICTION ON A VARIETY OF TOPICS;
                  ELECTRONIC AND VIDEO GAME PROGRAMS; SOFTWARE FOR
                  USE BY ACTUAL AND PROSPECTIVE ATTENDEES AND
                  ORGANIZERS OF CONFERENCES, CONVENTIONS, EXHIBITIONS,
                  AND TRADE SHOWS FEATURING INFORMATION CONCERNING
                  SUCH EVENTS AND CONCERNING RELATED PRODUCTS AND
                  SERVICES
                  **International Class 16:**  BOOKS FEATURING FICTION AND
                  NONFICTION ON A VARIETY OF TOPICS; NEWSPAPERS AND
                  PERIODICALS IN THE FIELDS OF THE ARTS, BUSINESS AND
                  COMMERCE, COMMUNICATION, LITERATURE, SCIENCE, AND
                  TECHNOLOGY; NOTEBOOKS; AND PENCILS
                  **International Class 35:**  ADMINISTRATION OF A DISCOUNT
                  PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON
                  GOODS AND SERVICES; ADVERTISING AND MARKETING
                  SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF
                  OTHERS VIA COMPUTER, COMMUNICATION NETWORKS,
                  ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR
                  WIRELESS NETWORKS; ARRANGING, CONDUCTING AND
                  PROMOTING BUSINESS AND CONSUMER CONFERENCES,
                  BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND
                  CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF
                  THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION,
                  BUSINESS AND CONSUMER INFORMATION SERVICES, AND TECHN
                  OLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND
                  INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF
                  GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION
                  SERVICES; PROMOTING THE SALE OF GOODS AND SERVICES OF
                  OTHERS THROUGH THE DISTRIBUTION OF ON-LINE
                  PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS;
                  PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE
                  ARTS, BUSINESS AND COMMERCE, COMMUNICATION,
                  EDUCATION, ENTERTAINMENT, INFORMATION SERVICES,

**LULU 023454
CONFIDENTIAL**

LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE **International Class 41:** EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORM ANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNO LOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF THE ARTS, ENTERTAINMENT, AND LITERATURE DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS, AND IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT, AND LITERATURE VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND

LULU 023455
CONFIDENTIAL

PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND
ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL
AND MOTIVATIONAL SPEAKERS

**Disclaimers:**

"TECH"

**Last Reported Owner:**

 LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

<u>**We Have Located Other Marks With This Owner**</u>

| | | |
|---|---|---|
| <u>LULU</u> | USPTO | Page 17 |
| <u>LULU</u> | USPTO | Page 22 |
| <u>LULU.COM</u> | USPTO | Page 30 |
| <u>LULU PRESS</u> | USPTO | Page 85 |

**Chronology:**

**Filed:** AUG 16, 2002        **Serial Number:** 78-155,141

**Published For Opposition:** NOV 18, 2003

**Abandoned:** FEB 11, 2005

**Ownership Details:**

**Applicant:**

LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Filing Correspondent:**

DOUGLAS W. KENYON, ESQ.
HUNTON & WILLIAMS LLP
POST OFFICE BOX 109
RALEIGH NC 27602

LULU 023456
CONFIDENTIAL

**LULU STUDIO**

**US-28**
**Group: Four**

**LULU AT THE CHATEAU**

Lulu at the Chateau

**Status:**     ABANDONED
              INTENT TO USE

              **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
              **USPTO Status Date:** JAN 05, 2007
**Goods/Services:**
              **International Class 16:** PAPER GOODS AND PRINTED MATTER,
              NAMELY, CHILDREN'S BOOKS, STATIONERY, CALENDARS AND
              NOTEBOOKS
              **International Class 41:** EDUCATION AND ENTERTAINMENT
              SERVICES, NAMELY PRODUCTION OF FEATURE FILMS AND
              TELEVISION SERIES
**Last Reported Owner:**
              THOMAS, DANA
              UNITED STATES  INDIVIDUAL
              2144 CARTWRIGHT PLACE
              RESTON, VIRGINIA  20191

**Chronology:**
              **Filed:** JUL 22, 2005          **Serial Number:** 78-676,220
              **Published For Opposition:** APR 11, 2006
              **Abandoned:** JAN 05, 2007

**Ownership Details:**
**Applicant:**
              THOMAS, DANA
              UNITED STATES  INDIVIDUAL
              2144 CARTWRIGHT PLACE
              RESTON, VIRGINIA  20191
**Filing Correspondent:**
              THOMAS, DANA
              2144 CARTWRIGHT PL
              RESTON, VA 20191-1906

**LULU 023457**
**CONFIDENTIAL**

**LULU STUDIO**

**US-29**
**Group:** Four



**ROROTON LU LU TONG**

**Status:**      REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 12, 2005

**Goods/Services:**
**International Class 9:** DIGITAL VIDEO DISC PLAYERS; VIDEO
COMPACT DISC PLAYERS; COMPACT DISC PLAYERS;
COMPUTERS; DISK DRIVES FOR COMPUTERS; TELEPHONES;
NAVIGATION APPARATUS FOR VEHICLES, NAMELY, NAVIGATION
APPARATUS FOR VEHICLES IN THE NATURE OF ONBOARD
COMPUTERS; APPARATUS FOR AMUSEMENT GAME USE WITH
TELEVISION RECEIVERS ONLY; PRERECORDED COMPACT DISCS
FEATURING MUSIC; AND CAMCORDERS
**First Used:** JAN 2003 (INTL. CL. 9)
**In Commerce:** FEB 2003

**Last Reported Owner:**
SHINCO ELECTRONICS GROUP CO., LTD.
CHINA CORPORATION
JIANGSU PROVINCE
NO. 5, WAI YI HUAN ROAD, WEST
CHANGZHOU, CHINA

**Chronology:**
**Filed:** APR 18, 2003        **Serial Number:** 78-239,586
**Published For Opposition:** JUN 29, 2004
**Registered:** JUL 12, 2005    **Registration Number:** 2,968,357

**Ownership Details:**
**Registrant:**
JIANGSU SHINCO ELECTRONICS GROUP CO., LTD.
CHINA CORPORATION
LUOYANG TOWN, WUJIN
NO. 100 LUOYANG AVENUE
JIANGSU, CHINA

**Search:** 139562311              **Analyst:** JOEL FELDMAN              **USPTO Page:** 92

**LULU 023458**
**CONFIDENTIAL**

**Assignee**

SHINCO ELECTRONICS GROUP
CO., LTD.
CHINA CORPORATION
JIANGSU PROVINCE
NO. 5, WAI YI HUAN ROAD, WEST
CHANGZHOU, CHINA

**Brief:** CHANGE OF NAME
**Recorded:** JAN 12, 2007
**Reel/Frame:** 3460/0746
**Correspondent:**
DR. MATTHIAS SCHOLL, ESQ.
14781 MEMORIAL DRIVE
SUITE 1319
HOUSTON, TX 77079

**Filing Correspondent:**
    DR. MATTHIAS SCHOLL, ESQ.
    MAILING ADDRESS
    14781 MEMORIAL DRIVE #1319
    HOUSTON TX 77079

**Domestic Representative:** DR. MATTHIAS SCHOLL, ESQ.

**Assignor**

JIANGSU SHINCO ELECTRONICS
GROUP CO., LTD.
CHINA CORPORATION
**Signed:** JUN 01, 2005

**LULU 023459
CONFIDENTIAL**

LULU GREEN

**LULU GREEN**

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 05, 2003

**Goods/Services:**

**International Class 9:** VIDEO GAME MACHINES FOR USE WITH
TELEVISION, AUDIO OUTPUT GAME MACHINES FOR USE WITH
TELEVISION, VIDEO GAME CARTRIDGES, VIDEO GAMES
RECORDED ON CD-ROM FOR USE IN FREESTANDING VIDEO
GAME MACHINES; AND COMPUTER PRODUCTS, NAMELY, GAME
CARTRIDGES FOR COMPUTER VIDEO GAMES AND VIDEO
OUTPUT GAME MACHINES AND INSTRUCTIONAL MATERIALS
SOLD AS A UNIT, COMPUTER GAME CASSETTES, COMPUTER
GAME TAPES AND MANUALS SOLD AS A UNIT; THEATRICAL OR
MUSICAL SOUND RECORDINGS; THEATRICAL OR MUSICAL VIDEO
RECORDINGS, LASER DISCS AND DIGITAL VIDEO DISCS/DIGITAL
VERSATILE DISCS FEATURING ANIMATION; SUNGLASSES

**Last Reported Owner:**

 VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**We Have Located Other Marks With This Owner**

LULU'S PEEPS                    USPTO              Page 42

**Chronology:**

**Filed:** DEC 27, 2000          **Serial Number:** 78-040,741
**Published For Opposition:** MAR 12, 2002
**Abandoned:** DEC 05, 2003

**Ownership Details:**
**Applicant:**

VIACOM INTERNATIONAL INC.
DELAWARE  CORPORATION
1515 BROADWAY
NEW YORK, NEW YORK  10036

**Portrait Permission:**

THE MARK DOES NOT IDENTIFY THE NAME OF A LIVING
INDIVIDUAL.

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **USPTO Page: 94**

**LULU 023460**
**CONFIDENTIAL**

**Filing Correspondent:**

SELENE H. COSTELLO
VIACOM INTERNATIONAL INC
1515 BROADWAY FL 34
NEW YORK NY 10036-8901

**LULU 023461
CONFIDENTIAL**

**LULU STUDIO**

US-31
**Group:** Four

LULU VALENTINE

**LULU VALENTINE**

**Status:**   ABANDONED
          INTENT TO USE

          **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
          **USPTO Status Date:** MAR 08, 2003
**Goods/Services:**
          **International Class 28:**  COIN-OPERATED ARCADE AND VIDEO
          GAMES; HAND-HELD UNITS FOR PLAYING VIDEO GAMES; TOY
          ACTION FIGURES AND ACTION FIGURE ACCESSORIES
**Last Reported Owner:**
          MIDWAY HOME ENTERTAINMENT INC.
          DELAWARE  CORPORATION
          3401 N. CALIFORNIA AVENUE
          CHICAGO, ILLINOIS  60618

**Chronology:**
          **Filed:** MAY 18, 1999        **Serial Number:** 75-708,575
          **Published For Opposition:** DEC 14, 1999
          **Abandoned:** MAR 08, 2003

**Ownership Details:**
**Applicant:**
          MIDWAY HOME ENTERTAINMENT INC.
          DELAWARE  CORPORATION
          3401 N. CALIFORNIA AVENUE
          CHICAGO, ILLINOIS  60618
**Portrait Permission:**
          THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A
          PARTICULAR LIVING INDIVIDUAL.
**Filing Correspondent:**
          MICHAEL J. BURKE
          MIDWAY GAMES INC.
          2704 W. ROSCOE
          CHICAGO, IL 60618

**Search:** 139562311          **Analyst: JOEL FELDMAN**          **USPTO Page:** 96

**LULU 023462
CONFIDENTIAL**

**LULU STUDIO**

**US-32**
**Group:** Four

THE STUDIO

**THE STUDIO**

**Status:**     PENDING
              INTENT TO USE

              **USPTO Status:** SUSPENSION LETTER - MAILED
              **USPTO Status Date:** JAN 16, 2007
**Goods/Services:**
              **International Class 16:** MAGAZINES IN THE FIELD OF ART
              ARCHITECTURE AND DESIGN; BOOKS IN THE FIELD OF ART,
              ARCHITECTURE AND DESIGN
              **International Class 41:** PROVIDING ON-LINE MAGAZINES IN THE
              FIELD OF ART, ARCHITECTURE AND DESIGN
**Last Reported Owner:**
              SACKLER, J.T.
              UNITED KINGDOM  INDIVIDUAL
              P.O. BOX 1545
              NEW YORK, NEW YORK  10021

**Chronology:**
              **Filed:** NOV 12, 2002          **Serial Number:** 76-468,456

**Ownership Details:**
**Applicant:**
              SACKLER, J.T.
              UNITED KINGDOM  INDIVIDUAL
              P.O. BOX 1545
              NEW YORK, NEW YORK  10021
**Filing Correspondent:**
              ELISABETH A. LANGWORTHY
              SUTHERLAND ASBILL & BRENNAN LLP
              1275 PENNSYLVANIA AVENUE, N.W.
              WASHINGTON, D.C. 20004

**LULU 023463**
**CONFIDENTIAL**

**LULU STUDIO**

INTERACTIVE
STUDIO

**INTERACTIVE STUDIO**

**Status:**     REGISTERED
        SUPPLEMENTAL REGISTER

        **USPTO Status:** REGISTERED
        **USPTO Status Date:** JAN 18, 2005
**Goods/Services:**
        **International Class 9:** DIGITAL IMAGING SOFTWARE FOR
        CREATING PANORAMIC PHOTOGRAPHS AND 360 DEGREE IMAGES
        **First Used:** JAN 19, 2004  (INTL. CL. 9)
        **In Commerce:** JAN 19, 2004
**Last Reported Owner:**
        INTERNET PICTURES CORPORATION
        DELAWARE  CORPORATION
        1009 COMMERCE PARK DRIVE
        SUITE 400
        OAK RIDGE, TENNESSEE  37830

**Chronology:**
        **Filed:** OCT 03, 2003        **Serial Number:** 78-309,042
        **Application Amended:** OCT 17, 2004
        **Registered:** JAN 18, 2005        **Registration Number:** 2,920,233

**Ownership Details:**
**Registrant:**
        INTERNET PICTURES CORPORATION
        DELAWARE  CORPORATION
        1009 COMMERCE PARK DRIVE
        SUITE 400
        OAK RIDGE, TENNESSEE  37830
**Filing Correspondent:**
        NICOLETTE R. HUDSON
        FROST BROWN TODD LLC
        2200 PNC CENTER
        201 E. FIFTH STREET
        CINCINNATI, OH 45202

LULU 023464
CONFIDENTIAL

**LULU STUDIO**

**US-34**
**Group:** Four



**PYRO STUDIOS**

**Status:**   REGISTERED
FILED AS 44(D) APPLICATION
44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 11, 2004

**Goods/Services:**
**International Class 9:** COMPUTER APPLICATIONS SOFTWARE FOR CREATING COMPUTER GAMES; COMPUTER GAME CARTRIDGES, COMPUTER GAME SOFTWARE; VIDEO GAME DISCS, VIDEO GAME SOFTWARE AND VIDEO GAME CARTRIDGES
**International Class 16:** BOOKS, MAGAZINES, PAMPHLETS AND PHOTOGRAPHS FEATURING CHARACTERS AND ADVENTURES FROM A COMPUTER GAME; POSTERS, TRADING CARDS, PAPER STICKERS
**International Class 41:** PUBLISHING COMPUTER SOFTWARE, COMPUTER GAMES AND VIDEO GAMES FOR OTHERS
**International Class 42:** COMPUTER PROGRAMMING SERVICES FOR OTHERS; COMPUTER SOFTWARE DESIGN AND DEVELOPMENT SERVICES FOR OTHERS; INTELLECTUAL PROPERTY LICENSING SERVICES

**Disclaimers:**
"STUDIOS"

**Last Reported Owner:**
PYRO STUDIOS, S.L.
SPAIN  CORPORATION
AVENIDA DE BURGOS 16 D-1A PLANTA
28036 MADRID, SPAIN

**Chronology:**
**Filed:** JUN 06, 2000          **Serial Number:** 76-064,260
**Published For Opposition:** FEB 17, 2004
**Registered:** MAY 11, 2004          **Registration Number:** 2,839,379
**Date Revived/Reinstated:** FEB 12, 2003

**Ownership Details:**
**Registrant:**
PYRO STUDIOS, S.L.
SPAIN  CORPORATION
AVENIDA DE BURGOS 16 D-1A PLANTA
28036 MADRID, SPAIN

**Search:** 139562311          **Analyst:** JOEL FELDMAN          **USPTO Page:** 99

**LULU 023465**
**CONFIDENTIAL**

**Assignee**
PYRO STUDIOS, S.L.
SPAIN CORPORATION
AVENIDA DE BURGOS 16 D-1A
PLANTA
28036 MADRID, SPAIN

**Assignor**
PYRO 99, S.L.
SPAIN CORPORATION
**Signed:** MAR 31, 2003

**Brief:** CHANGE OF NAME
**Recorded:** DEC 10, 2003
**Reel/Frame:** 2761/0619
**Correspondent:**
FROSS ZELNICK LEHRMAN &
ZISSU, P.C.
DIANA SULLIVAN
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Non-U.S. Registration Claimed:** 1418102
**Non-U.S. Registration Date:** APR 10, 2001
**Non-U.S. Registration Country:** EUROPEAN COMMUNITY TRADEMARK
OFFICE

**Filing Correspondent:**
        SUSAN UPTON DOUGLASS
        FROSS ZELNICK LEHRMAN & ZISSU, P.C.
        866 UNITED NATIONS PLAZA
        NEW YORK, NEW YORK 10017

**Domestic Representative:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.

LULU 023466
CONFIDENTIAL

**LULU STUDIO**

**VIKING STUDIOS**



**Viking Studios**

**Status:**   PUBLISHED
           INTENT TO USE

           **USPTO Status:** THIRD EXTENSION - GRANTED
           **USPTO Status Date:** JUN 07, 2007

**Goods/Services:**

           **International Class 9:** COMPUTER SOFTWARE PRODUCTS
           CONSISTING OF A DATABASE-CENTRIC DISTRIBUTED CONTENT
           MANAGEMENT ARCHITECTURE OF FORMATTING, EDITING, AND
           EXTENDIBLE-LOGIC TOOLS, ALLOWING REMOTE INDIVIDUALS TO
           ACCESS, EDIT, AND PUBLISH, IN A COLLABORATIVE MANNER,
           COLLECTIONS OF DOCUMENTS IN A VARIETY OF FORMATS
           SUITABLE FOR THE DEPLOYMENT OF SOFTWARE APPLICATIONS,
           WEBSITES, AND BOOKS

**Disclaimers:**

           "STUDIOS"

**Last Reported Owner:**

           VIKING STUDIOS, LLC
           OREGON  LIMITED LIABILITY CO.
           7400 SW BARNES ROAD, SUITE 753
           PORTLAND, OREGON  97225

**Chronology:**

           **Filed:** MAY 03, 2004          **Serial Number:** 76-590,131
           **Published For Opposition:** JUN 21, 2005

**Ownership Details:**

**Applicant:**

           VIKING STUDIOS, LLC
           OREGON  LIMITED LIABILITY CO.
           7400 SW BARNES ROAD, SUITE 753
           PORTLAND, OREGON  97225

**Filing Correspondent:**

           ERNEST G. BOOTSMA
           ATER WYNNE LLP
           SUITE 1800
           222 SW COLUMBIA
           PORTLAND OR 97201-6618

**Search:** 139562311          **Analyst:** JOEL FELDMAN          **USPTO Page:** 101

**LULU 023467
CONFIDENTIAL**

**LULU STUDIO**

**US-36**
**Group:** Four

ON AIR STUDIO

**ON AIR STUDIO**

 **Worldwide Filings = 1**

**Status:**      REGISTERED
            44(E) APPLICATION - CURRENT

            **USPTO Status:** REGISTERED
            **USPTO Status Date:** MAY 06, 2003

**Goods/Services:**

**International Class 9:** APPARATUS FOR RECORDING TRANSMISSION AND REPRODUCTION OF SOUND AND IMAGES, NAMELY TELEVISION, MOTION PICTURES AND PHOTOGRAPHIC CAMERAS; DATA PROCESSORS; COMPUTERS; RECORDED IMAGE AND SOUND MEDIA, NAMELY PRERECORDED VIDEOTAPES AND DVDS FEATURING MOVIES, NEWS AND DOCUMENTARIES; AND PRERECORDED CDS FEATURING SOUNDTRACKS AND MUSIC

**International Class 16:** PAPER AND PRINTED MATERIAL, NAMELY STATIONERY; BOOKS, NEWSPAPERS, MAGAZINES, PERIODICALS AND BROCHURES ON ENTERTAINMENT, ART, MUSIC, NEWS, FASHION, FILMS; PROSPECTUSES, LEAFLETS AND PROGRAMS CONTAINING INFORMATION ABOUT SHOWS AND OTHER ENTERTAINMENT EVENTS; FOLDERS; TICKETS AND CARDS FOR THE ADMITTANCE TO SHOWS AND OTHER ENTERTAINMENT EVENTS; PREPAID TELEPHONE CALLING CARDS, NOT MAGNETICALLY ENCODED; TELEPHONE CALLING CARDS, NOT MAGNETICALLY ENCODED; JEWEL CASES OF PAPER AND CARDBOARD FOR CDS AND DVDS, AUDIO CASSETTES, VIDEO CASSETTES, TAPES AND MINIDISKS HAVING A PRINTED DESIGN; PRINTED CARDS FOR COLLECTION AND EXCHANGE PURPOSES SHOWING PICTURES OR GRAPHICS; BOOK COVERS, POSTERS, TRANSPARENCIES, INVITATION CARDS, IDENTIFICATION CARDS; PHOTOGRAPHS, PICTURES, PRINTS, PAINTINGS; PAPER AND VINYL LABELS, STICKERS, POSTCARDS, GREETING CARDS

**International Class 35:** BUSINESS MARKETING CONSULTING SERVICES; PROVIDING INFORMATION SERVICES IN THE FIELD OF MARKETING AND ADVERTISING; PLACING AND PREPARING ADVERTISING FOR OTHERS; MARKET RESEARCH; MARKET ANALYSIS; CONDUCTING MARKETING STUDIES; PUBLIC RELATIONS; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH DISTRIBUTION OF PRINTED AND AUDIO PROMOTIONAL MATERIAL, THROUGH PRODUCTION OF FILM ADVERTISING, AND FILM AND TELEVISION COMMERCIALS, AND THROUGH PROMOTIONAL CONTESTS; ADVERTISING AGENCIES IN THE FIELD OF RADIO, TV, CINEMA, PRINT, VIDEOTEXT AND

**Search:** 139562311          **Analyst: JOEL FELDMAN**          **USPTO Page:** 102

**LULU 023468
CONFIDENTIAL**

TELETEXT; SERVICES OF A NEGOTIATOR FOR CONTRACTS ON THE PURCHASE AND SALE OF GOODS; COMPUTER DATABASE MANAGEMENT; SERVICES OF A NEGOTIATOR FOR THE ACCESS TO COMPUTER DATABASES IN THE FIELD OF NEWS, ENTERTAINMENT AND EDUCATION; HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE THROUGH THE USE OF TELEVISION, THE WORLDWIDE GLOBAL NETWORK AND ELECTRONIC RETAILING

**International Class 38:** BROADCASTING RADIO AND TELEVISION PROGRAMS AND FILMS VIA A GLOBAL COMPUTER NETWORK, WIRELESS AND WIRED; SUBSCRIPTION TELEVISION BROADC ASTING; PAY-PER-VIEW TELEVISION TRANSMISSION SERVICE; VIDEO ON DEMAND TRANSMISSION SERVICES; ELECTRONIC TRANSMISSION OF MESSAGES AND DATA; ELECTRONIC MAIL SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER INFORMATION NETWORK; ELECTRONIC, ELECTRIC, AND DIGITAL TRANSMISSION OF VOICE, DATA, IMAGES, SOUND, SIGNAL AND MESSAGE; SATELLITE TRANSM ISSION SERVICES

**International Class 41:** ENTERTAINMENT IN THE NATURE OF ONGOING TELEVISION PROGRAMS, INTERNET ONLINE PROGRAMS AND RADIO PROGRAMS IN THE FIELD OF TALK SHOWS, DOCUMENTARY, NEWS, ADVENTURE, COMEDY, MUSIC; TELEVISION SHOW PRODUCTION; ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND DISTRIBUTION OF GAME SHOWS, QUIZ SHOWS AND SHOPPING TELEVISION SHOWS; AUDIO AND VIDEO RECORDING, PRODUCTION AND REPRODUCTION; TELEVISION AND RADIO PRODUCTION; RENTAL OF COMPUTER GAME PROGRAMS, VIDEO GAMES, VIDEOTAPE CASSETTES, VIDEOTAPES; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELD OF SPORTS AND MUSIC; EDUCATIONAL SERVICES, NAMELY, PROVIDING ONLINE CLASSES VIA GLOBAL COMPUTER NETWORK IN THE FIELD OF SCIENCE AND LANGUAGES; PUBLICATION OF BOOKS, BROCHURES, JOURNALS, LEAFLETS, MAGAZINES, MANUALS, TEXTBOOKS; ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, CD-I AND DVDS FEATURING SPORTS, MUSIC, NEWS, SCIENCE, HISTORY

**International Class 42:** INTERACTIVE ELECTRONIC SCIENTIFIC RESEARCH, LICENSING OF FIRM CONCEPTS, TV PRODUCTION CONCEPTS AND VIDEO PRODUCTION CONCEPTS; LICENSING OF COPYRIGHTS AND INTELLECTUAL PROPERTY RIGHTS; DEVELO PMENT OF SOFTWARE FOR OTHERS, IN PARTICULAR IN THE FIELD OF MULTIMEDIA, DIGITAL AND/OR INTERACTIVE TELEVISION AND PAY-TV; TECHNICAL CONSULTATION AND SUPPORT SERVICES IN THE FIELD OF ELECTRONIC

LULU 023469
CONFIDENTIAL

ENGINEERING AND TROUBLESHOOTING OF COMPUTER
HARDWARE AND SOFTWARE PROBLEMS RELATED TO
MULTIMEDIA APPLICATIONS, DIGITAL AND/OR INTERACTIVE
TELEVISION AND PAY-TV APPLICATIONS; COMPUTER
PROGRAMMING FOR OTHERS; COMPUTER PROGRAM AND
SOFTWARE DESIGN FOR OTHERS; DESIGN OF COMPUTER GAME
SOFTWARE FOR OTHERS; COMPUTER SERVICES, NAMELY
PROVIDING AN OPEN PLATFORM FOR THE COLLECTION OF
INFORMATION AVAILABLE ON COMPUTER NETWORKS

**Last Reported Owner:**

EARTH VIEW TELEVISION & DATATRANSFER GMBH
GERMANY  CORPORATION
OSTERWALDSTRASSE 10
808805 MUNCHEN, GERMANY

**Chronology:**

**Filed:** NOV 09, 2001          **Serial Number:** 76-336,359
**Published For Opposition:** FEB 11, 2003
**Registered:** MAY 06, 2003          **Registration Number:** 2,712,887

**Ownership Details:**
**Registrant:**

EARTH VIEW TELEVISION & DATATRANSFER GMBH
GERMANY  CORPORATION
OSTERWALDSTRASSE 10
808805 MUNCHEN, GERMANY

**Non-U.S. Registration Claimed:** 30129247
**Non-U.S. Registration Date:** JUL 26, 2001
**Non-U.S. Registration Country:** GERMANY

**Filing Correspondent:**

DOUGLAS W. SPRINKLE
GIFFORD, KRASS, GROH, SPRINKLE, ET AL
PO BOX 7021
2701 TROY CENTER DR. SUITE 330
TROY MI 48007-7021

**Domestic Representative:** DOUGLAS W. SPRINKLE

**LULU 023470
CONFIDENTIAL**

**LULU STUDIO**

**US-37**
**Group:** Four

OPEN PRINT STUDIO

**OPEN PRINT STUDIO**

**Status:**     REGISTERED
                SUPPLEMENTAL REGISTER
                AMENDED TO USE APPLICATION
                44(E) APPLICATION - CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 25, 2002

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE IN THE FIELD OF DATABASE PUBLISHING, FOR CREATING AND DESIGNING DOCUMENTS, IMPORTING DOCUMENTS AND THEIR TEMPLATES INTO CREATED OR MODIFIED MODELS, PERMITTING THE FORMATS TO BE PORTABLE AND RECOGNIZABLE TO A LARGE VARIETY OF SERVERS, PRINTERS AND OTHER ELECTRONIC COMMUNICATIONS DEVICES; FOR PRODUCTION OF DOCUMENTS REGARDLESS OF PLATFORM USED, ON ELECTRONIC, MAGNETIC, OPTICAL AND PAPER SUPPORT; FOR MANAGING AND DISPATCHING PRINTING TASKS TO PRINTERS OF VARIOUS TYPES; FOR RUNNING PRINTER AND POST-PRINTING EQUIPMENT FUNCTIONS; FOR INTEGRATION OF INTERNATIONAL AND INDUS-TRIAL STANDARDS AND NEW TECHNOLOGIES IN THE PUBLISHING FIELD, AND FOR MAINTAINING UNIFORMITY OF OUTPUT THROUGHOUT; AND INSTRUCTIONAL MANUALS SOLD AS A UNIT THEREWITH

**International Class 42:** SOFTWARE DESIGN AND MAINTENANCE SERVICES FOR OTHERS IN THE FIELD OF DOCUMENT DESIGN AND PRINTING

**First Used:** NOV 1991  (INTL. CL. 9)
**In Commerce:** JUL 1999
**First Used:** NOV 1991  (INTL. CL. 42)
**In Commerce:** JUL 1999

**Last Reported Owner:**

SEFAS TECHNOLOGIES, S.A.
FRANCE  CORPORATION
83-85 AVENUE ARISTIDE BRIAND
94110 ARCUEIL CEDEX, FRANCE

**Chronology:**

| | |
|---|---|
| **Filed:** MAY 24, 2000 | **Serial Number:** 76-056,320 |
| **Registered:** JUN 25, 2002 | **Registration Number:** 2,586,798 |

**Ownership Details:**

LULU 023471
CONFIDENTIAL

**Registrant:**

> SEFAS TECHNOLOGIES, S.A.
> FRANCE  CORPORATION
> 83-85 AVENUE ARISTIDE BRIAND
> 94110 ARCUEIL CEDEX, FRANCE

**Non-U.S. Registration Claimed:** 99804464
**Non-U.S. Registration Date:** APR 27, 2000
**Non-U.S. Registration Country:** FRANCE

**Filing Correspondent:**

> SYDELLE PITTAS
> PITTAS \ KOENIG
> PO BOX 980
> WINCHESTER MA 01890-8380

LULU 023472
CONFIDENTIAL

**LULU STUDIO**

**US-38**
**Group:** Four

ADOBE STUDIO

## ADOBE STUDIO

**Status:**  REGISTERED
AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 10, 2003

**Goods/Services:**

**International Class 35:**  RETAIL STORE SERVICES, COMPUTERIZED ON-LINE RETAIL STORE AND DISTRIBUTORSHIP SERVICES, AND MAIL ORDER CATALOG SERVICES, ALL IN THE FIELDS OF COMPUTER HARDWARE, ELECTRONIC DEVICES, SOFTWARE AND RELATED PUBLICATIONS; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY DISPLAYING ADVERTISEMENTS FOR OTHERS ON A WEB SITE AND BY MEANS OF OPERATING AN ON-LINE SHOPPING MALL WITH LINKS TO THE RETAIL WEB SITES OF OTHERS; DISSE MINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK, NAMELY, DELIVERING ADVERTISEMENTS AND PROMOTIONAL MATERIALS TO OTHERS VIA ELECTRONIC MAIL AND OVER COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMPUTER NETWORKS; BUSINESS MANAGEMENT AND CONSULTING SERVICES OFFERED VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMPUTER NETWORKS; PROVIDING INFORMATION IN THE FIELDS OF BUSINESS, BUSINESS COMMUNICATION AND COMMERCE VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND WEB SITES ON GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE LICENSING; EMPLOYMENT DIRECTORY SERVICES, NAMELY, EMPLOYMENT HIRING, RECRUITING, PLACEMENT, STAFFING AND CAREER NETWORKING SERVICES IN THE FIELDS OF GRAPHIC DESIGN AND DESKTOP PUBLISHING

**First Used:** SEP 24, 2002  (INTL. CL. 35)
**In Commerce:** SEP 24, 2002

**Last Reported Owner:**

 ADOBE SYSTEMS INCORPORATED
DELAWARE  CORPORATION
345 PARK AVENUE
SAN JOSE, CALIFORNIA  95110

**We Have Located Other Marks With This Owner**

ADOBE STUDIO                          USPTO          Page 142

**Chronology:**

LULU 023473
CONFIDENTIAL

**Filed:** OCT 26, 2000          **Serial Number:** 78-032,590
**Published For Opposition:** MAY 28, 2002
**Registered:** JUN 10, 2003          **Registration Number:** 2,725,810

**Ownership Details:**
**Registrant:**
   ADOBE SYSTEMS INCORPORATED
   DELAWARE  CORPORATION
   345 PARK AVENUE
   SAN JOSE, CALIFORNIA  95110
**Other U.S. Registrations:** 1,988,712
**Filing Correspondent:**
   DANIEL C. POLIAK
   ADOBE SYSTEMS INCORPORATED
   801 N 34TH ST
   SEATTLE WA 98103-8882

LULU 023474
CONFIDENTIAL

**MARINE STUDIOS**

MARINE STUDIOS

**Status:**    PENDING
              INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAY 30, 2007

**Goods/Services:**

**International Class 35:** ART GALLERIES; CARTOON CHARACTER LICENSING; MEDICAL TRANSCRIPTION SERVICES

**International Class 41:** ANIMAL EXHIBITIONS; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS; ART EXHIBITIONS; AUDIO RECORDING AND PRODUCTION; AWARDS PROGRAM FOR MAJOR CORPORATIONS AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CHARITABLE CONTRIBUTIONS; BOOK AND REVIEW PUBLISHING; CABLE TELEVISIONS PROGRAMMING (SCHEDULING); CINEMA STUDIOS; CINEMATOGRAPHIC ADAPTATION AND EDITING; COMPOSITION OF MUSIC FOR OTHERS; COMPUTER EDUCATION TRAINING SERVICES; DEVELOPMENT AND DISSEMINATION OF EDUCATIONAL MATERIALS OF OTHERS IN THE FIELD OF ENVIRONMENTALISM, WITH EMPHASIS ON OCEANOGRAPHY; DIGITAL IMAGING SERVICES; DIRECTION OF MAKING RADIO OR TELEVISION PROGRAMS; DISTRIBUTION OF RADIO PROGRAMS FOR OTHERS; DISTRIBUTION OF TELEVISION PROGRAMMING TO CABLE TELEVISION SYSTEMS; DISTRIBUTION OF TELEVISION PROGRAMS FOR OTHERS; EDITING OR RECORDING OF SOUNDS AND IMAGES; EDITORIAL CONSULTATION; EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOTIVATIONAL AND EDUCATIONAL SPEAKERS; ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD, DVD, ON-LINE AND ANY OTHER DIGITAL MEDIUM FEATURING ENVIRONMENTALISM, WITH EMPHASIS ON OCEANOGRAPHY; ENTERTAINMENT IN THE NATURE OF VISUAL AND AUDIO PERFORMANCES, AND MUSICAL, VARIETY, NEWS AND COMEDY SHOWS; ENTERTAINMENT SERVICES IN THE NATURE OF ON-GOING TELEVISION PROGRAMS IN THE FIELD OF CHILDREN'S ENTERTAINMENT; ENTERTAINMENT SERVICES, NAMELY, AN ONLINE ACTIVITY WHERE YOU CREATE YOUR OWN MUSIC VIDEOS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; MULTIMEDIA ENTERTAINMENT SOFTWARE PRODUCTION SERVICES; NEWS SYNDICATION FOR THE BROADCASTING INDUSTRY; PRODUCTION OF CABLE TELEVISION PROGRAMS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS

**LULU 023475**
**CONFIDENTIAL**

**Last Reported Owner:**

    JACOBY, JIM
    UNITED STATES  INDIVIDUAL
    171 17TH STREET, SUITE 1550
    ATLANTA, GEORGIA  30363

**Chronology:**

    **Filed:** JAN 29, 2007        **Serial Number:** 77-094,041

**Ownership Details:**
**Applicant:**

    JACOBY, JIM
    UNITED STATES  INDIVIDUAL
    171 17TH STREET, SUITE 1550
    ATLANTA, GEORGIA  30363

**Filing Correspondent:**

    ROBERT W. BECKER
    ROBERT W. BECKER & ASSOCIATES
    707 STATE HIGHWAY 333 STE B
    TIJERAS, NM 87059-7382

**LULU 023476
CONFIDENTIAL**

**LULU STUDIO**

US-40
Group: Four

# IOSTUDIO

**IOSTUDIO**

**Status:**     REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 28, 2006

**Goods/Services:**

**International Class 16:** PUBLICATIONS, NAMELY, GENERAL FEATURE MAGAZINES, COMIC STRIPS APPEARING IN MAGAZINES, NEWSPAPERS, AND BROCHURES, AND MAGAZINES FEATURING NEWS AND INFORMATION OF GENERAL OR SPECIFIC INTEREST TO MILITARY SERVICE MEMBERS AND FAMILY MEMBERS AS WELL AS LIFESTYLE AND CAREER GUIDANCE PUBLICATIONS FOR YOUNG ADULTS

**International Class 41:** ELECTRONIC AND PRINT PUBLISHING SERVICES FOR OTHERS, NAMELY, MAGAZINE PUBLISHING, PUBLICATION OF TEXTS, BOOKS, MAGAZINES, JOURNALS, NEWSPAPERS, PERIODICALS, CATALOGS, BROCHURES, AND OTHER PRINTED MATTER, AND PUBLISHING OF WEB MAGAZINES

**International Class 42:** WEBSITE DESIGN SERVICES

**First Used:** 2001  (INTL. CL. 16)
**In Commerce:** 2001
**First Used:** 2001  (INTL. CL. 41)
**In Commerce:** 2001
**First Used:** 1997  (INTL. CL. 42)
**In Commerce:** 1997

**Last Reported Owner:**



IOSTUDIO, LLC
TENNESSEE  LIMITED LIABILITY CORPORATION
1625 BROADWAY, 3RD FLOOR
NASHVILLE, TENNESSEE  37203

**Chronology:**

**Filed:** JUL 20, 2004          **Serial Number:** 76-603,085
**Published For Opposition:** NOV 22, 2005
**Registered:** NOV 28, 2006      **Registration Number:** 3,177,456

**Ownership Details:**

**Registrant:**

IOSTUDIO, LLC
TENNESSEE  LIMITED LIABILITY CORPORATION
1625 BROADWAY, 3RD FLOOR
NASHVILLE, TENNESSEE  37203

**Filing Correspondent:**

.

**Search:** 139562311                 **Analyst:** JOEL FELDMAN                 **USPTO Page:** 111

LULU 023477
CONFIDENTIAL

BRUCE A. TASSAN
MARIA V HARDISON
TASSAN & HARDISON
4143 27TH ST N
ARLINGTON, VA 22207-5211

**LULU 023478
CONFIDENTIAL**

US-41
Group: Four



**LINK STUDIO**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAR 22, 2005

**Goods/Services:**

**International Class 42:** COMPUTER SERVICES, NAMELY DESIGNING WEB PAGES FOR OTHERS, GRAPHIC ART DESIGN IN THE NATURE OF LOGO DESIGN, PRINT DESIGN FOR BROCHURES, PAMPHLETS, LETTERHEAD, BUSINESS CARDS, PRINT COLLATERAL, MEDICAL ILLUSTRATIONS AND TWO-DIMENSIONAL ANIMATIONS
**First Used:** JUN 04, 2002  (INTL. CL. 42)
**In Commerce:** JUN 04, 2002

**Disclaimers:**

STUDIO

**Last Reported Owner:**

LINKINHOKER, MICHAEL S.
US  INDIVIDUAL
304 DIXIE DRIVE
BALTIMORE, MARYLAND  21204-7001

LIN, ALINE F.
US  INDIVIDUAL
304 DIXIE DRIVE
BALTIMORE, MARYLAND  21204-7001

**Chronology:**

**Filed:** APR 02, 2003          **Serial Number:** 78-233,081
**Published For Opposition:** DEC 28, 2004
**Registered:** MAR 22, 2005      **Registration Number:** 2,934,701

**Ownership Details:**
**Registrant:**

LINKINHOKER, MICHAEL S.
US  INDIVIDUAL
304 DIXIE DRIVE
BALTIMORE, MARYLAND  21204-7001

LIN, ALINE F.
US  INDIVIDUAL
304 DIXIE DRIVE
BALTIMORE, MARYLAND  21204-7001

**Filing Correspondent:**

**Search: 139562311**            **Analyst: JOEL FELDMAN**            **USPTO Page: 113**

LULU 023479
CONFIDENTIAL

ALINE F. LIN
LINK STUDIO
304 DIXIE DRIVE
BALTIMORE MD 212047001

**LULU 023480
CONFIDENTIAL**

**LULU STUDIO**

US-42
Group: Four



**VLM STUDIOS**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** FEB 08, 2005

**Goods/Services:**

International Class 41: PHOTOGRAPHY SERVICES
International Class 42: GRAPHIC DESIGN AND WEBSITE DESIGN
SERVICES
**First Used:** DEC 04, 2000  (INTL. CL. 41)
**In Commerce:** DEC 04, 2000
**First Used:** DEC 04, 2000  (INTL. CL. 42)
**In Commerce:** DEC 04, 2000

**Disclaimers:**

"STUDIOS"

**Last Reported Owner:**

VANESSA LAM-MENDIETA
FLORIDA  CORPORATION
16041 S.W. 144 COURT
MIAMI, FLORIDA  33177

**Chronology:**

**Filed:** JAN 12, 2004        **Serial Number:** 78-350,866
**Published For Opposition:** NOV 16, 2004
**Registered:** FEB 08, 2005        **Registration Number:** 2,925,195

**Ownership Details:**

**Registrant:**

VANESSA LAM-MENDIETA
FLORIDA  CORPORATION
16041 S.W. 144 COURT
MIAMI, FLORIDA  33177

**Claims:**

THE COLOR(S) OLIVE GREEN AND BURGUNDY RED ARE CLAIMED
AS A FEATURE OF THE MARK.

**Design Phrase:**

THE COLOR OLIVE GREEN APPEARS IN WINGS OF THE
BUTTERFLY AND WITH WORD STUDIOS, THE COLOR BEIGE
APPEARS IN THE SQUARES, THE COLOR BURGUNDY APPEARS
ON THE OUTSIDE OF THE BUTTERFLY, THE OUTLINE OF
SQUARES, THE DOT IN STUDIOS, AND LETTERS VLM IN THE
MARK.

**Filing Correspondent:**

LULU 023481
CONFIDENTIAL

VANESSA LAM-MENDIETA
16041 S.W. 144 COURT
MIAMI, FL 33177

**LULU 023482
CONFIDENTIAL**

**LULU STUDIO**

**US-43**
**Group:** Four

ONE ROOM STUDIO

**ONE ROOM STUDIO**

**Status:**   PUBLISHED
              INTENT TO USE

              **USPTO Status:** NOTICE OF ALLOWANCE - ISSUED
              **USPTO Status Date:** JAN 16, 2007

**Goods/Services:**
              **International Class 41:** ELECTRONIC PUBLISHING SERVICES,
              NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF
              OTHERS ON-LINE FEATURING HUMOR AND SATIRE

**Last Reported Owner:**
              ONE ROOM STUDIO, INC.
              DELAWARE  CORPORATION
              1 NINTH STREET, SE
              APT. 1
              WASHINGTON, DISTRICT OF COLUMBIA  20003

**Chronology:**
              **Filed:** MAR 20, 2006          **Serial Number:** 78-841,095
              **Published For Opposition:** OCT 24, 2006

**Ownership Details:**
**Applicant:**
              ONE ROOM STUDIO, INC.
              DELAWARE  CORPORATION
              1 NINTH STREET, SE
              APT. 1
              WASHINGTON, DISTRICT OF COLUMBIA  20003

**Filing Correspondent:**
              ONE ROOM STUDIO, INC.
              1 9TH ST SE APT 1
              WASHINGTON, DC 20003-1307

**Search:** 139562311          **Analyst:** JOEL FELDMAN          **USPTO Page:** 117

**LULU 023483**
**CONFIDENTIAL**

**LIVE STUDIO**

# LIVE STUDIO

| | |
|---|---|
| **Status:** | PENDING |
| | FILED AS USE APPLICATION |
| | USE APPLICATION - CURRENT |

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 08, 2007

**Goods/Services:**

**International Class 40:** MULTIMEDIA PROCESSING SERVICES, NAMELY, A WEBSITE ENABLING CREATING, EDITING, RETOUCHING, SORTING, STORING, SHARING, REPRODUCING, COPYING, PRINTING, AND MODIFYING MULTIMEDIA, PHOTOGRAPHS AND OTHER RECORDED INFORMATION
**First Used:** JUL 10, 2006  (INTL. CL. 40)
**In Commerce:** JUL 10, 2006

**Last Reported Owner:**

GRAPHITA, INC.
CALIFORNIA  CORPORATION
19925 STEVENS CREEK BOULEVARD
CUPERTINO, CALIFORNIA  95014

<u>**We Have Located Other Marks With This Owner**</u>

| | | |
|---|---|---|
| <u>LIVE STUDIO</u> | USPTO | Page 122 |

**Chronology:**

| | |
|---|---|
| **Filed:** OCT 24, 2006 | **Serial Number:** 77-028,642 |

**Ownership Details:**
**Applicant:**

GRAPHITA, INC.
CALIFORNIA  CORPORATION
19925 STEVENS CREEK BOULEVARD
CUPERTINO, CALIFORNIA  95014

**Filing Correspondent:**

HOLLY PRANGER
3223 WEBSTER ST
SAN FRANCISCO, CA 94123-2812

**LULU 023484**
**CONFIDENTIAL**

**LULU STUDIO**

**US-45**
**Group:** Four

LABEL STUDIO

**LABEL STUDIO**

**Status:**      REGISTERED
             AMENDED TO USE APPLICATION

             **USPTO Status:** REGISTERED
             **USPTO Status Date:** APR 15, 2003

**Goods/Services:**

             **International Class 9:** COMPUTER SOFTWARE FOR DESIGNING,
             FORMATTING, AND PRINTING MAILING INFORMATION, NAMELY
             ADDRESSES, POSTAL BARCODES, PRESORT CODES, PARCEL/CO
             NTAINER IDENTIFIERS, AND HANDLING INSTRUCTIONS
             **First Used:** MAY 2001  (INTL. CL. 9)
             **In Commerce:** MAY 2001

**Disclaimers:**

             "LABEL"

**Last Reported Owner:**

             FIRSTLOGIC, INC.
             WISCONSIN  CORPORATION
             100 HARBORVIEW PLAZA
             LA CROSSE, WISCONSIN  54601

**Chronology:**

             **Filed:** MAY 17, 2001           **Serial Number:** 76-260,243
             **Published For Opposition:** DEC 04, 2001
             **Registered:** APR 15, 2003       **Registration Number:** 2,707,750

**Ownership Details:**
**Registrant:**

             FIRSTLOGIC, INC.
             WISCONSIN  CORPORATION
             100 HARBORVIEW PLAZA
             LA CROSSE, WISCONSIN  54601

**Filing Correspondent:**

             CRAIG A. FIESCHKO
             DEWITT ROSS & STEVENS, S.C
             EXCELSIOR
             8000 EXCELSIOR DR STE 401
             MADISON WI 53717-1974

**LULU 023485**
**CONFIDENTIAL**

LULU STUDIO

US-46
Group: Four

# LABEL STUDIO

LABEL STUDIO

 Worldwide Filings = 9

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE - ISSUED
**USPTO Status Date:** JAN 02, 2007

**Goods/Services:**

International Class 9: PRE-RECORDED AUDIO TAPES, DISCS AND CASSETTES, VIDEO TAPES, DISCS AND CASSETTES, DIGITAL AUDIO AND AUDIO VIDEO TAPES AND DISCS, CDS, DVDS, LASER DISCS, AND PHONOGRAPH RECORDS FEATURING MUSIC AND ENTERTAINMENT; THEATRICAL AND MUSICAL SOUND AND VIDEO RECORDINGS; VIRTUAL GAME REALITY SOFTWARE; DOWNLO ADABLE RING TONES, MUSIC, MP3S, GRAPHICS, GAMES, IMAGES AND VIDEOS FOR WIRELESS COMMUNICATION DEVICES; COMPUTER AND VIDEO GAME EQUIPMENT CONTAINING MEMORY DEVICES, NAMELY, COMPUTER AND VIDEO GAME SOFTWARE, TAPES, CARTRIDGES, CASSETTES, JOYSTICKS AND REMOTE CONTROL UNITS; AND COMPUTER MOUSE PADS

**Disclaimers:**

"STUDIO"

**Last Reported Owner:**

UNIVERSAL MUSIC MOBILE
FRANCE  JOINT STOCK COMPANY
33 AVENUE WAGRAM
PARIS, FRANCE  75017

**Chronology:**

**Filed:** JUN 14, 2005         **Serial Number:** 78-650,718
**Published For Opposition:** OCT 10, 2006

**Ownership Details:**

**Applicant:**

UNIVERSAL MUSIC MOBILE
FRANCE  JOINT STOCK COMPANY
33 AVENUE WAGRAM
PARIS, FRANCE  75017

**Filing Correspondent:**

DEANNE OZAKI, ESQ.
UNIVERSAL MUSIC GROUP
SUITE 2330, 23RD FLOOR
10 UNIVERSAL CITY PLAZA

**Search:** 139562311              **Analyst: JOEL FELDMAN**              **USPTO Page:** 120

LULU 023486
CONFIDENTIAL

**LULU STUDIO**

UNIVERSAL CITY, CA 91608

**Domestic Representative:** DEANNE OZAKI, ESQ.

**LULU 023487
CONFIDENTIAL**

**LULU STUDIO**

**US-47**
**Group:** Four

**LIVE STUDIO**

# LIVE STUDIO

| | |
|---|---|
| **Status:** | PENDING |
| | FILED AS USE APPLICATION |
| | USE APPLICATION - CURRENT |

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** MAR 07, 2007

**Goods/Services:**

**International Class 9:** MULTIMEDIA PROCESSING SOFTWARE; COMPUTER SOFTWARE FOR CREATING, EDITING, RETOUCHING, SORTING, STORING, SHARING, REPRODUCING, COPYING, PRINTING, AND MODIFYING MULTIMEDIA, DIGITAL PHOTOGRAPHS AND OTHER RECORDED INFORMATION
**First Used:** JUL 10, 2006  (INTL. CL. 9)
**In Commerce:** JUL 10, 2006

**Last Reported Owner:**

GRAPHITA, INC.
CALIFORNIA  CORPORATION
19925 STEVENS CREEK BOULEVARD
CUPERTINO, CALIFORNIA  95014

**We Have Located Other Marks With This Owner**

| LIVE STUDIO | USPTO | Page 118 |
|---|---|---|

**Chronology:**

**Filed:** OCT 24, 2006          **Serial Number:** 77-028,639

**Ownership Details:**
**Applicant:**

GRAPHITA, INC.
CALIFORNIA  CORPORATION
19925 STEVENS CREEK BOULEVARD
CUPERTINO, CALIFORNIA  95014

**Filing Correspondent:**

HOLLY PRANGER
3223 WEBSTER ST
SAN FRANCISCO, CA 94123-2812

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **USPTO Page: 122**

**LULU 023488**
**CONFIDENTIAL**

MANGA STUDIO

## MANGA STUDIO

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 07, 2006

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE AND DVDS, NAMELY COMPUTER SOFTWARE FOR DESKTOP AUTHORING AND PUBLISHING, ELECTRONIC AUTHORING AND PUBLISHING, DIGITAL AUTHORING AND PUBLISHING, PRINTING, GRAPHICS, IMAGING AND TYPESETTING OF COMICS AND INSTRUCTIONAL DVDS THEREFOR; COMPUTER PROGRAMS FOR ELECTRONIC DOCUMENT, TEXT AND IMAGE AUTHORING, CREATION, MANIPULATION, STORAGE, TRANSFER AND RETRIEVAL OF COMICS AND INSTRUCTIONAL DVDS THEREFOR; COMPUTER PROGRAMS FOR DIGITAL PUBLISHING, PRINTING AND IMAGING VIA LOCAL OR GLOBAL COMPUTER OR COMMUNICATIONS NETWORKS OF COMICS; AND INSTRUCTIONAL BOOKS AND MANUALS PACKAGED AS A UNIT HEREWITH
**First Used:** JAN 27, 2006  (INTL. CL. 9)
**In Commerce:** JAN 27, 2006

**Disclaimers:**

"MANGA"

**Last Reported Owner:**

 TOKYOPOP INC.
CALIFORNIA  CORPORATION
5900 WILSHIRE BOULEVARD
SUITE 2000
LOS ANGELES, CALIFORNIA  91105

**Chronology:**

**Filed:** JUL 17, 2003        **Serial Number:** 78-977,544
                              **Parent Serial Number:** 78-275,610
**Published For Opposition:** NOV 01, 2005
**Registered:** NOV 07, 2006        **Registration Number:** 3,170,199
**Date Revived/Reinstated:** FEB 17, 2005

**Ownership Details:**

**Registrant:**

TOKYOPOP INC.
CALIFORNIA  CORPORATION
5900 WILSHIRE BOULEVARD
SUITE 2000

**LULU 023489**
**CONFIDENTIAL**

LOS ANGELES, CALIFORNIA  91105

**Filing Correspondent:**

DANIEL R. KIMBELL

CHRISTIE, PARKER & HALE, LLP

SUITE 500

350 WEST COLORADO BLVD.

PASADENA, CA 91105

LULU 023490
CONFIDENTIAL

# MAP STUDIO

**MAP STUDIO**

**Status:**    PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** JUN 12, 2007

**Goods/Services:**

**International Class 9:** PRE-RECORDED CD-ROMS FEATURING TRIP PLANNING INFORMATION, STREET ATLASES, MAPS AND MAPPING INFORMATION; COMPUTER SOFTWARE FOR USE IN TRIP PLANNING, FOR THE RETRIEVAL AND DISPLAY OF MAPS AND FOR UPLOADING MAPS TO GLOBAL POSITIONING SYSTEMS NAVIGATION RECEIVERS; COMPUTER SOFTWARE FOR CUSTOMIZED MAPPING; DOWNLOADABLE DIGITAL MAPPING DATA VIA THE INTERNET AND VIA ELECTRONIC AND COMPUTER NETWORKS; DIGITAL MAPPING SYSTEMS CONSISTING OF COMPUTERS, COMPUTER SOFTWARE, TRANSMITTERS, RECEIVERS, AND NETWORK INTERFACE DEVICES; GEOGRAPHIC INFORMATION SYSTEMS CONSISTING OF COMPUTERS, COMPUTER SOFTWARE, TRANSMITTERS, RECEIVERS, AND NETWORK INTERFACE DEVICES

**International Class 16:** PRINTED MATTER, NAMELY, PRINTED JOURNALS, ATLASES, BOOKS, GUIDES, MAPS, BROCHURES, PAMPHLETS, DIRECTORIES, CATALOGUES, NEWSPAPERS, MAGAZINES, HANDBOOKS, ALL IN THE FIELD OF TRAVEL, TOURISM, MAPPING, AND CARTOGRAPHY; STATIONERY RELATING TO MAPS, CHARTS AND CARTOGRAPHY; DRAWINGS, PRINTED TOWN PLANS; AERIAL PHOTOGRAPHS; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS, EXCEPT APPARATUS, IN THE FIELD OF TRAVEL, TOURISM, MAPPING AND CARTOGRAPHY; PHOTOGRAPHS

**International Class 39:** TRAVEL AND TRAVEL ROUTE INFORMATION; TRAVEL ROUTE PLANNING SERVICES; TRAVEL INFORMATION IN THE NATURE OF PROVIDING MAPS VIA THE TELEPHONE, TELEPHONIC SERVICES, INTERNET AND/OR WIRELESS COMMUNICATION DEVICES; PROVIDING AN ON-LINE COMPUTER DATABASE FEATURING TRIP ROUTING INFORMATION

**International Class 41:** PUBLISHING SERVICES OF ALL KINDS INCLUDED IN THIS CLASS, NAMELY, PUBLISHING OF BOOKS, TEXTS, MAPS, ATLASES, GUIDES, CATALOGUES, HANDBOOKS, AND ANY OTHER PRINTED OR ELECTRONIC MATTER OF ANY KIND, NAMELY, PAMPHLETS, BROCHURES, NEWSLETTERS, JOURNALS, MAGAZINES; ELECTRONIC PUBLISHING SERVICES,

**LULU 023491**
**CONFIDENTIAL**

NAMELY, PUBLICATION OF BOOKS, TEXTS, MAPS, GUIDES AND ATLASES OF OTHERS ON-LINE FEATURING TRAVEL AND TOURIST INFORMATION, TRAVEL GUIDES, TRAVEL DESTINATIONS, AND MAPS; ALL SERVICES CONNECTED WITH OR ANCILLARY TO EDUCATION AND ENTERTAINMENT INCLUDING THE PROVISION OF RECREATION AND ENTERTAINMENT INFORMATION, NAMELY, PROVIDING INFORMATION ABOUT RECREATIONAL PARK SERVICES; EDUCATION SERVICES, NAMELY, PROVIDING CLASSES, SEMINARS, WORKSHOPS IN THE FIELD OF TRAVEL AND TOURIST INFORMATION, TRAVEL GUIDES, TRAVEL DESTINATIONS, AND MAPS; CONDUCTING INFORMAL ON-LINE PROGRAMS IN THE FIELDS OF TRAVEL AND TOURIST INFORM ATION, TRAVEL GUIDES, TRAVEL DESTINATIONS, AND MAPS, AND PRINTABLE MATERIALS DISTRIBUTED THEREWITH

**International Class 42:** ALL MAPPING SERVICES INCLUDED IN THIS CLASS, NAMELY, CARTOGRAPHY AND MAPPING; DESIGN FOR OTHERS IN THE FIELD OF MAPS AND CUSTOM MAPS; DIGITAL IMAGING OF MAPS; PROVIDING TECHNICAL CONSULTATION AND ADVISE TO THIRD PARTIES REGARDING INSTALLATION OF MAPS ON THEIR WEBSITES; PROVIDING AN ON-LINE COMPUTER DATABASE FEATURING GEOGRAPHICAL INFORMATION AND DATA AND MAP IMAGES; PROVISION OF INTERACTIVE MAPS ON-LINE, NAMELY, PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE MAPPING SOFTWARE; SERVICING IN THE NATURE OF UPDATING AND MAINTENANCE OF DATABASES CONTAINING TRAVEL ROUTE DATA

**First Used:** APR 05, 2006  (INTL. CL. 9)
**In Commerce:** APR 05, 2006
**First Used:** APR 05, 2006  (INTL. CL. 16)
**In Commerce:** APR 05, 2006
**First Used:** APR 05, 2006  (INTL. CL. 39)
**In Commerce:** APR 05, 2006
**First Used:** APR 05, 2006  (INTL. CL. 41)
**In Commerce:** APR 05, 2006
**First Used:** APR 05, 2006  (INTL. CL. 42)
**In Commerce:** APR 05, 2006

**Last Reported Owner:**

NEW HOLLAND PUBLISHING (SOUTH AFRICA)(PROPRIETARY) LIMITED
SOUTH AFRICA  CORPORATION
STRUIK HOUSE, 80 MCKENZIE STREET
CAPE TOWN, SOUTH AFRICA  8001

**Chronology:**

**Filed:** APR 05, 2006        **Serial Number:** 78-854,650

LULU 023492
CONFIDENTIAL

**Ownership Details:**

**Applicant:**

        NEW HOLLAND PUBLISHING (SOUTH AFRICA)(PROPRIETARY)
        LIMITED
        SOUTH AFRICA  CORPORATION
        STRUIK HOUSE, 80 MCKENZIE STREET
        CAPE TOWN, SOUTH AFRICA  8001

**Filing Correspondent:**

        BURTON S. EHRLICH
        LADAS & PARRY LLP
        224 S MICHIGAN AVE STE 1600
        CHICAGO, IL 60604-2508

**Domestic Representative:** BURTON S. EHRLICH

**LULU 023493
CONFIDENTIAL**

**LULU STUDIO**

**US-50**
**Group:** Four

MOTIVE STUDIO

**MOTIVE STUDIO**

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** APR 23, 2002

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE, NAMELY,
SOFTWARE FOR DOWNLOADING, CREATING, CUSTOMIZING, AND
PUBLISHING, CUSTOMER SERVICE AND TECHNICAL SUPPORT
RELATED INFORMATION, AND SOFTWARE FOR CUSTOMIZING,
DOWNLOADING, AND CREATING SOFTWARE FOR USE IN
PROVIDING ONLINE CUSTOMER SERVICE AND TECHNICAL
SUPPORT TO COMPUTER USERS
**First Used:** JUL 1999  (INTL. CL. 9)
**In Commerce:** JUL 1999

**Disclaimers:**

"STUDIO"

**Last Reported Owner:**

 MOTIVE, INC.
DELAWARE  CORPORATION
BUILDING 5
12515 RESEARCH BOULEVARD
AUSTIN, TEXAS  78759-2220

**Chronology:**

**Filed:** OCT 25, 2000          **Serial Number:** 76-153,855
**Published For Opposition:** JAN 29, 2002
**Registered:** APR 23, 2002    **Registration Number:** 2,563,361

**Ownership Details:**
**Registrant:**

MOTIVE COMMUNICATIONS, INC.
DELAWARE  CORPORATION
12515 RESEARCH BLVD., BUILDING 5
AUSTIN, TEXAS  78759-2220

**Assignee**                        **Assignor**
MOTIVE, INC.                         SILICON VALLEY BANK
12515 RESEARCH BLVD. BLDG 5         CALIFORNIA CORPORATION
AUSTIN, TEXAS, 78759                 **Signed:** OCT 17, 2006

LULU 023494
CONFIDENTIAL

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** OCT 24, 2006
**Reel/Frame:** 3416/0820
**Correspondent:**
SILICON VALLEY BANK
3003 TASMAN DRIVE
COLLATERAL HF 154
SANTA CLARA, CA 95127

| **Assignee** | **Assignor** |
|---|---|
| SILICON VALLEY BANK | MOTIVE, INC. |
| DELAWARE CORPORATION | STATELESS CORPORATION |
| HA155 | **Signed:** DEC 10, 2004 |
| 3003 TASMAN DRIVE | |
| SANTA CLARA, CALIFORNIA, 95054 | |

**Brief:** SECURITY INTEREST
**Recorded:** JAN 11, 2005
**Reel/Frame:** 3103/0771
**Correspondent:**
SILICON VALLEY BANK
LOAN DOCUMENTATION HA155
3003 TASMAN DR.
SANTA CLARA, CA
95054

| **Assignee** | **Assignor** |
|---|---|
| MOTIVE, INC. | COMERCA BANK |
| DELAWARE CORPORATION | MICHIGAN CORPORATION |
| 12515 RESEARCH BLVD. | **Signed:** DEC 21, 2004 |
| AUSTIN, TEXAS, 78759 | |

**Brief:** RELEASE BY SECURED
PARTY
**Recorded:** DEC 24, 2004
**Reel/Frame:** 2999/0391

LULU 023495
CONFIDENTIAL

**Correspondent:**
SHEPPARD, MULLIN, RICHTER ET
AL.
TRINA ADAMS
501 WEST BROADWAY, 19TH FL.
SAN DIEGO, CA 92101-3598

**Assignee**
MOTIVE, INC.
DELAWARE CORPORATION
BUILDING 5
12515 RESEARCH BOULEVARD
AUSTIN, TEXAS, 78759-2220

**Assignor**
MOTIVE COMMUNICATIONS, INC.
DELAWARE CORPORATION
**Signed:** DEC 02, 2003

**Brief:** CHANGE OF NAME
**Recorded:** JAN 15, 2004
**Reel/Frame:** 2778/0325
**Correspondent:**
FINNEGAN, HENDERSON
1300 I STREET, N.W.
WASHINGTON, DC 20005

**Assignee**
COMERICA BANK-CALIFORNIA,
SUCCESSOR IN INTEREST TO
IMPERIAL BANK
SUITE 1401
9920 S. LA CIENEGA BLVD.
INGLEWOOD, CALIFORNIA, 90301

**Assignor**
MOTIVE COMMUNICATIONS, INC.
DELAWARE CORPORATION
**Signed:** JUN 01, 2001

**Brief:** SECURITY INTEREST
**Recorded:** NOV 07, 2002
**Reel/Frame:** 2611/0992
**Correspondent:**
GRAY CARY WARE, ET AL.
ERIN O'BRIEN
4365 EXECUTIVE DRIVE
SUITE 1100
SAN DIEGO, CA 92121-2133

**Filing Correspondent:**
FAYE M. HAMMERSLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUN

**Search:** 139562311             **Analyst:** JOEL FELDMAN             **USPTO Page:** 130

LULU 023496
CONFIDENTIAL

1300 I STREET NW
WASHINGTON DC 20005-3315

**LULU 023497
CONFIDENTIAL**

Shutterfly Studio

### SHUTTERFLY STUDIO

**Status:**       PUBLISHED
          USE APPLICATION - CURRENT

          **USPTO Status:** SU - STATEMENT OF USE ACCEPTED - APPROVED
          FOR REGISTRATION
          **USPTO Status Date:** JUN 11, 2007

**Goods/Services:**
          **International Class 9:** COMPUTER SOFTWARE THAT ENABLES THE
          STORING, ARCHIVAL, RETRIEVAL, VIEWING, SHARING, ENHANC
          EMENT, MANAGEMENT, ORGANIZATION, SEARCHING, RANKING,
          SCANNING, DISTRIBUTING, PUBLISHING, EDITING, MANIPULATING,
          COMPOSITING, ANNOTATING, ORDERING, AND PRINTING OF
          DIGITAL IMAGES; IMAGING SOFTWARE; COMPACT DISCS, DVDS,
          DIGITAL MEMORY CARDS, MAGNETIC DRIVES, MAGNETIC TAPES,
          AND FLOPPY DISKS FEATURING DIGITAL IMAGES, ALBUM OF
          DIGITAL IMAGES, SLIDESHOW OF DIGITAL IMAGES, AND DIGITAL
          IMAGES OF DIFFERENT RESOLUTIONS
          **First Used:** MAY 26, 2006  (INTL. CL. 9)
          **In Commerce:** MAY 26, 2006

**Disclaimers:**
          "STUDIO"

**Last Reported Owner:**

          SHUTTERFLY, INC.
          DELAWARE  CORPORATION
          2800 BRIDGE PARKWAY
          REDWOOD CITY, CALIFORNIA  94065

**Chronology:**
          **Filed:** APR 04, 2006          **Serial Number:** 78-853,419
          **Published For Opposition:** NOV 14, 2006

**Ownership Details:**
**Applicant:**
          SHUTTERFLY, INC.
          DELAWARE  CORPORATION
          2800 BRIDGE PARKWAY
          REDWOOD CITY, CALIFORNIA  94065
**Other U.S. Registrations:** 2,520,840; 2,604,030; 2,864,567
**Filing Correspondent:**
          SHUTTERFLY, INC.
          2800 BRIDGE PKWY

**LULU 023498**
**CONFIDENTIAL**

REDWOOD CITY, CA 94065-1192

LULU 023499
CONFIDENTIAL

**LULU STUDIO**

US-52
Group: Four

**VACATION STUDIO**

VACATION STUDIO

**Status:** PENDING
INTENT TO USE

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** JUN 06, 2007

**Goods/Services:**

**International Class 9:** DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE TRANSPORTATION SERVICES, NAMELY, PROVIDING TRAVEL RESERVATION SERVICES FOR MAKING RESERVATIONS AND BOOKINGS FOR TRANSPORTATION, AND PROVIDING TRANSPORTATION RESERVATION AND BOOKING SERVICES BY COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE TRAVEL INFORMATION SERVICES, NAMELY, PROVIDING TRAVEL AND DESTINATION INFORMATION, AND PROVIDING TRAVEL AND DESTINATION INFORMATION BY COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE AIRLINE, CAR RENTAL, CRUISE, TOUR, AND TRAVEL INFORMATION BY MEANS OF A COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE TRAVEL ARRANGEMENT SERVICES, NAMELY, ARRANGING GROUP AIRLINE, TRAIN, AND CRUISE TICKETING SERVICES, ARRANGING TOURS AND EXCURSIONS, AND ARRANGING FOR PASSENGER TRANSPORTATION BY AIRPLANE, TRAIN, BUS, LIMOUSINE, CAR, SHIP AND BOAT; DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE TRAVEL AGENCY AND TRAVEL INFORMATION SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TRANSPORTATION, SUPPLYING TRAVEL RELATED INFORMATION ONLINE AND VIA A GLOBAL COMPUTER NETWORK, AND PROVIDING SUCH SERVICES FOR OTHER TRAVEL AGENCIES; DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE AN ONLINE COMPUTER DATABASE IN THE FIELD OF TRAVEL INFORMATION AND TRAVEL RESERVATION INFORMATION; DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE AN ONLINE COMPUTER DATABASE SERVICE IN THE FIELD OF TRAVEL THAT ALLOWS CUSTOMERS TO GATHER AND ACCESS NEGOTIATED MARKET RATES FOR AIR-CARRIERS AND OTHER TRAVEL RELATED PROVIDERS; DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TEMPORARY LODGING AND HOTELS, AND MAKING

LULU 023500
CONFIDENTIAL

RESERVATIONS AND BOOKINGS FOR TEMPORARY LODGING AND HOTELS BY MEANS OF A COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE INFORMATION ON HOTELS AND OTHER TEMPORARY LODGING ACCOMMODATIONS, AND TO ENABLE USERS TO PROVIDE INFORMATION ON HOTELS AND OTHER TEMPORARY LODGING ACCOMMODATIONS BY MEANS OF A COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; AND DOWNLOADABLE COMPUTER SOFTWARE TO ENABLE USERS TO PROVIDE AN ON-LINE COMPUTER DATABASE IN THE FIELD OF HOTEL RESERVATIONS AND INFORMATION

**International Class 42:**  PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR TRANSPORTATION SERVICES, NAMELY, PROVIDING TRAVEL RESERVATION SERVICES FOR MAKING RESERVATIONS AND BOOKINGS FOR TRANSPO RTATION, AND PROVIDING TRANSPORTATION RESERVATION AND BOOKING SERVICES BY COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR TRAVEL INFORMATION SERVICES, NAMELY, PROVIDING TRAVEL AND DESTINATION INFORMATION, AND PROVIDING TRAVEL AND DESTINATION INFOR MATION BY COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; PROVIDING TEMPORARY USE OF ON-LINE NON-DO WNLOADABLE SOFTWARE FOR AIRLINE, CAR RENTAL, CRUISE, TOUR, AND TRAVEL INFORMATION BY MEANS OF A COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR TRAVEL ARRANGEMENT SERVICES, NAMELY, ARRANGING GROUP AIRLINE, TRAIN, AND CRUISE TICKETING SERVICES, ARRANGING TOURS AND EXCURSIONS, AND ARRANGING FOR PASSENGER TRANSPORTATION BY AIRPLANE, TRAIN, BUS, LIMOUSINE, CAR, SHIP AND BOAT; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR TRAVEL AGENCY AND TRAVEL INFORMATION SERVICES NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TRANSPORTATION, SUPPLYING TRAVEL RELATED INFORMATION ONLINE AND VIA A GLOBAL COMPUTER NETWORK, AND PROVIDING SUCH SERVICES FOR OTHER TRAVEL AGENCIES; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR AN ONLINE COMPUTER DATABASE IN THE FIELD OF TRAVEL INFORMATION AND TRAVEL RESERVATION INFORMATION; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR AN ONLINE COMPUTER DATABASE SERVICE IN THE FIELD OF TRAVEL THAT ALLOWS CUSTOMERS TO GATHER AND ACCESS NEGOTIATED MARKET RATES FOR AIR-CARRIERS AND OTHER TRAVEL RELATED PROVIDERS; PROVIDING TEMPORARY USE OF

LULU 023501
CONFIDENTIAL

ON-LINE NON-DOWNLOADABLE SOFTWARE FOR TRAVEL AGENCY
SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TEMPORARY LODGING AND HOTELS AND MAKING RESERVATIONS
AND BOOKINGS FOR TEMPORARY LODGING AND HOTELS BY
MEANS OF A COMPUTER AND VIA A GLOBAL COMPUTER
NETWORK; AND PROVIDING TEMPORARY USE OF ON-LINE NON-D
OWNLOADABLE SOFTWARE FOR PROVIDING INFORMATION ON
HOTELS AND OTHER TEMPORARY LODGING ACCOMMODATIONS,
AND FOR PROVIDING INFORMATION ON HOTELS AND OTHER
TEMPORARY LODGING ACCOMMODATIONS BY MEANS OF A
COMPUTER AND VIA A GLOBAL COMPUTER NETWORK;
PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE
SOFTWARE FOR AN ON-LINE COMPUTER DATABASE IN THE FIELD
OF HOTEL RESERVATIONS AND INFORMATION

**Last Reported Owner:**



SABREMARK LIMITED PARTNERSHIP
DELAWARE  LIMITED PARTNERSHIP
3150 SABRE DRIVE
SOUTHLAKE, TEXAS  76092

**Chronology:**

**Filed:** FEB 19, 2007          **Serial Number:** 77-110,506

**Ownership Details:**

**Applicant:**

SABREMARK LIMITED PARTNERSHIP
DELAWARE  LIMITED PARTNERSHIP
3150 SABRE DRIVE
SOUTHLAKE, TEXAS  76092

**Filing Correspondent:**

PAMELA K. LINA
LINDA NOVAK, ESQ.
FISH & RICHARDSON P.C.
1717 MAIN STREET, SUITE 5000
DALLAS TX 75201

LULU 023502
CONFIDENTIAL

**LULU STUDIO**

**US-53**
**Group:** Four

# ACUSTUDIO

**ACUSTUDIO**

**Status:**     REGISTERED

     **USPTO Status:** REGISTERED
     **USPTO Status Date:** FEB 01, 2005
**Goods/Services:**
     **International Class 9:**  COMPUTER SOFTWARE USED TO CREATE
     MULTIMEDIA PRESENTATIONS
     **First Used:** JAN 01, 2003  (INTL. CL. 9)
     **In Commerce:** JAN 01, 2003
**Last Reported Owner:**
     ACULEARN PTE LTD
     SINGAPORE  CORPORATION
     20 CECIL STREET
     NO. 21-01
     SINGAPORE, SINGAPORE  049705

**Chronology:**
     **Filed:** FEB 03, 2004     **Serial Number:** 78-361,822
     **Published For Opposition:** NOV 09, 2004
     **Registered:** FEB 01, 2005     **Registration Number:** 2,923,302

**Ownership Details:**
**Registrant:**
     ACULEARN PTE LTD
     SINGAPORE  CORPORATION
     20 CECIL STREET
     NO. 21-01
     SINGAPORE, SINGAPORE  049705
**Filing Correspondent:**
     THOMAS P. PHILBRICK
     ALLMARK TRADEMARK
     SUITE A
     4041 SUGAR MAPLE DRIVE
     DANVILLE, CA 94506

**Domestic Representative:** THOMAS P. PHILBRICK

**LULU 023503**
**CONFIDENTIAL**

**LULU STUDIO**

**US-54**
**Group:** Four

# NEVOSTUDIO

NEVOSTUDIO

 **Worldwide Filings = 2**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 10, 2007

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE AND VISUAL DEVELOPMENT TOOLS FOR USE IN DESIGNING AND IMPLEMENTING PROGRAMS AND GRAPHICAL USER INTERFACES FOR USE IN CONNECTION WITH WIRELESS CONTROL DEVICES, AUDIO SETS, TELEVISIONS, CABLE BOXES, VIDEO RECORDERS, DIGITAL PLAYERS, FANS AND SATELLITE DISHES; COMPUTER SOFTWARE FOR CREATING, VIEWING, MANIPULATING, EDITING, MANAGING, INDEXING, TRANSFERRING, SYNCHRONIZING DIGITAL PHOTOGRAPHS, MACROS, DATA, TEXT, AUDIO, VIDEO, MULTIMEDIA AND RECORDED INFORMATION FOR USE IN CONNECTION WITH WIRELESS CONTROL DEVICES, AUDIO SETS, TELEVISIONS, CABLE BOXES, VIDEO RECORDERS, DIGITAL PLAYERS, FANS AND SATELLITE DISHES
**First Used:** MAY 31, 2005  (INTL. CL. 9)
**In Commerce:** MAY 31, 2005

**Last Reported Owner:**

 UNIVERSAL ELECTRONICS INC.
DELAWARE  CORPORATION
6101 GATEWAY DRIVE
CYPRESS, CALIFORNIA  90630-4841

**Chronology:**

**Filed:** SEP 07, 2004       **Serial Number:** 78-479,714
**Published For Opposition:** OCT 11, 2005
**Registered:** JUL 10, 2007       **Registration Number:** 3,262,061

**Ownership Details:**
**Registrant:**

UNIVERSAL ELECTRONICS INC.
DELAWARE  CORPORATION
6101 GATEWAY DRIVE
CYPRESS, CALIFORNIA  90630-4841

**Other U.S. Registrations:** 2,914,951
**Filing Correspondent:**

MARK R. GALIS

**Search:** 139562311              **Analyst:** JOEL FELDMAN              **USPTO Page:** 138

LULU 023504
CONFIDENTIAL

GREENBERG TRAURIG LLP
77 W. WACKER DRIVE, SUITE 2500
CHICAGO, IL 60601-1732

LULU 023505
CONFIDENTIAL

**LULU STUDIO**

**US-55**
**Group:** Four

**TRAINERSTUDIO**

TRAINERSTUDIO

**Status:**    PUBLISHED
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** JUL 03, 2007

**Goods/Services:**

**International Class 9:** PUBLISHING SOFTWARE IN THE FIELD OF
EDUCATIONAL AND BUSINESS COURSES AND TRAINING
**International Class 42:** COMPUTER SERVICES, NAMELY, HOSTING
ON-LINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND
CONDUCTING ONLINE CLASSES, MEETINGS, GATHERINGS, AND
INTERACTIVE DISCUSSIONS
**First Used:** NOV 29, 2006  (INTL. CL. 9)
**In Commerce:** NOV 29, 2006
**First Used:** NOV 29, 2006  (INTL. CL. 42)
**In Commerce:** NOV 29, 2006

**Last Reported Owner:**

FRIDAYNOON, LLC
WASHINGTON  LIMITED LIABILITY CO.
3651 FRIDAY CREEK ROAD
BURLINGTON, WASHINGTON  98233

**Chronology:**

**Filed:** DEC 22, 2006      **Serial Number:** 77-070,836
**Published For Opposition:** JUL 03, 2007

**Ownership Details:**

**Applicant:**

FRIDAYNOON, LLC
WASHINGTON  LIMITED LIABILITY CO.
3651 FRIDAY CREEK ROAD
BURLINGTON, WASHINGTON  98233

**Filing Correspondent:**

SHANNON M. JOST
STOKES LAWRENCE, P.S.
SUITE 4000
800 FIFTH AVENUE
SEATTLE, WA 98104-3179

**LULU 023506**
**CONFIDENTIAL**

**LULU STUDIO**

US-56
Group: Four

# TrialStudio

**TRIALSTUDIO**

**Status:**   PENDING
FILED AS USE APPLICATION
USE APPLICATION - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** JUN 01, 2007

**Goods/Services:**
**International Class 9:** COMPUTER SOFTWARE FOR THE COLLEC
TION, EDITING, ORGANIZING, MODIFYING, BOOK MARKING,
TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORM
ATION
**First Used:** JAN 01, 2006 (INTL. CL. 9)
**In Commerce:** JAN 01, 2006

**Last Reported Owner:**

 CRF INC.
DELAWARE CORPORATION
504 TOTTEN POND ROAD
C/O FRANK MANISCALCO, ESQ.
WALTHAM, MASSACHUSETTS 02451

**Chronology:**
**Filed:** FEB 12, 2007      **Serial Number:** 77-105,118

**Ownership Details:**
**Applicant:**
CRF INC.
DELAWARE CORPORATION
504 TOTTEN POND ROAD
C/O FRANK MANISCALCO, ESQ.
WALTHAM, MASSACHUSETTS 02451

**Filing Correspondent:**
FRANK MANISCALCO, ESQ.
ADVOCATE MERCANTILE, LLC
66 JOHN STREET, 1ST FLOOR
C/O FRANK MANISCALCO, ESQ.
READING, MA 01867-2742

**Search:** 139562311      **Analyst:** JOEL FELDMAN      **USPTO Page:** 141

LULU 023507
CONFIDENTIAL

ADOBE STUDIO

**ADOBE STUDIO**

**Status:**    REGISTERED
AMENDED TO USE APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 03, 2003

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE FOR USE IN THE FIELD OF GRAPHIC DESIGN AND DESKTOP PUBLISHING, NAMELY, SOFTWARE FOR DIGITAL PUBLISHING AND ELECTRONIC PUBLISHING, PRINTING, IMAGING, GRAPHICS, TYPESETTING AND ARCHIVING; COMPUTER SOFTWARE FOR USE IN LAYOUT, EDITING AND COLLABORATIVE ASSET MANAGEMENT IN THE PRODUCTION OF ELECTRONIC AND PRINTED PUBLICATIONS; PRINTED USER MANUALS AND INSTRUCTIONAL BOOKS SOLD AS A UNIT THEREWITH; ELECTRONIC PUBLICATIONS, NAMELY, USER MANUALS AND INSTRUCTIONAL BOOKS RECORDED ON MACHINE READABLE DATA CARRIERS
**First Used:** SEP 24, 2002  (INTL. CL. 9)
**In Commerce:** SEP 24, 2002

**Last Reported Owner:**

 ADOBE SYSTEMS INCORPORATED
DELAWARE  CORPORATION
345 PARK AVENUE
SAN JOSE, CALIFORNIA  95110

**We Have Located Other Marks With This Owner**

ADOBE STUDIO                USPTO          Page 107

**Chronology:**

**Filed:** OCT 25, 2000       **Serial Number:** 78-032,392
**Published For Opposition:** MAR 19, 2002
**Registered:** JUN 03, 2003    **Registration Number:** 2,722,546

**Ownership Details:**
**Registrant:**

ADOBE SYSTEMS INCORPORATED
DELAWARE  CORPORATION
345 PARK AVENUE
SAN JOSE, CALIFORNIA  95110

**Other U.S. Registrations:** 1,475,793; 1,479,408; 1,482,233; 1,487,549; 1,631,416; 1,641,245; 1,651,380; 1,707,807; 1,769,184; 1,832,019; 1,852,900; 1,855,098; 1,901,149; 1,918,715; 1,956,216; 1,988,712; 2,012,286;

**Search: 139562311**        **Analyst: JOEL FELDMAN**        **USPTO Page: 142**

**LULU 023508**
**CONFIDENTIAL**

2,086,883; 2,109,359; 2116527 AND OTHERS

**Filing Correspondent:**

LYNNE E. GRAYBEAL

DANIEL C. POLIAK

ADOBE SYSTEMS INCORPORATED

801 N 34TH ST

SEATTLE WA 98103-8882

**LULU 023509
CONFIDENTIAL**

**LULU STUDIO**

**US-58**
**Group:** Four

# FL STUDIO

**FL STUDIO**

 **Worldwide Filings = 2**

**Status:**     REGISTERED
             SECTION 66(A) (MADRID PROTOCOL) - FILED
             SECTION 66(A) (MADRID PROTOCOL) - CURRENT
             INTERNATIONAL PRIORITY CLAIMED
             NOTICE OF FIRST REFUSAL

             **USPTO Status:** REGISTERED
             **USPTO Status Date:** AUG 22, 2006

**Goods/Services:**
             **International Class 9:** INTERFACE SOFTWARE AND AUTO-CONTRO
             LLERS FOR THE CREATION, COMPOSITION, EDITING,
             RECORDING, TRANSMISSION AND REPRODUCTION OF SOUND
             AND MUSIC; COMPUTER SOFTWARE FOR COLLECTION, EDITING,
             ORGANIZING, MODIFYING, BOOK MARKING, TRANSMISSION,
             STORAGE AND SHARING OF DATA AND INFORMATION,
             ESPECIALLY AUDIO CONTENT INTENDED FOR THE
             ENTERTAINMENT INDUSTRY; COMPUTER PERIPHERALS; SOUND
             CARDS AND TAPE CASSETTES FOR VIDEO AND COMPUTER
             GAMES; PRERECORDED DOWNLOADABLE CDS FEATURING
             MUSIC; PRERECORDED VIDEOTAPES AND AUDIO TAPES
             CONTAINING INFORMATION ON MUSIC AND FILMS
             **International Class 35:** WHOLESALE OUTLETS FEATURING
             SOFTWARE; ON-LINE RETAIL OUTLETS FEATURING SOFTWARE
             AND PRERECORDED DISCS CONTAINING INFORMATION ON
             MUSIC INTENDED FOR THE ENTERTAINMENT INDUSTRY; ON-LINE
             ORDERING SERVICES FEATURING PRERECORDED DISCS AND
             SOFTWARE CONTAINING INFORMATION ON MUSIC INTENDED
             FOR THE ENTERTAINMENT INDUSTRY; RENTAL OF ADVERTISING
             SPACE ON AN INTERNET WEB SITE FOR ADVERTISING THE
             GOODS AND SERVICES OF OTHERS
             **International Class 41:** CONDUCTING WORKSHOPS IN THE FIELD
             OF MUSIC, GRAPHIC, FILM AND TECHNIQUES; RECORD AND
             MUSIC PRODUCTION; ON-LINE RECORDING STUDIOS FOR
             PRODUCING CINEMATOGRAPHIC FILMS AND RADIO AND
             TELEVISION PROGRAMS; CONDUCTING MUSIC PROGRAMS;
             CONDUCTING MUSIC COMPETITIONS; ELECTRONIC PUBLIC
             ATIONS, NAMELY NEWSPAPERS AND NEWSLETTERS FEATURING
             MUSIC RECORDED ON COMPUTER MEDIA
             **International Class 42:** LICENSING OF INTELLECTUAL PROPERTY;
             COMPUTER SOFTWARE DEVELOPMENT FOR PRODUCING,
             SOUND, MUSIC, IMAGES AND VIDEO RECORDINGS; IMAGES AND

---

**Search:** 139562311                **Analyst:** JOEL FELDMAN                **USPTO Page:** 144

**LULU 023510**
**CONFIDENTIAL**

VIDEO RECORDINGS; HOSTING DIGITAL CONTENT ON THE INTERNET CONTAINING SOUND RECORDINGS, MUSICAL PRODUCTIONS, GRAPHIC APPLICATIONS, VIDEO RECORDINGS OR FILMS

**Disclaimers:**

"STUDIO"

**Last Reported Owner:**

IMAGE LINE BVBA
BELGIUM  LIMITED LIABILITY CO.
B-9830 SINT MARTENS-LATEM
KORTRIJKSESTEENWEG 281 , BELGIUM

**Chronology:**

**Filed:** DEC 15, 2003          **Serial Number:** 79-002,388
**Published For Opposition:** MAY 30, 2006
**Registered:** AUG 22, 2006          **Registration Number:** 3,133,204

**International Trademark Information:**

**International Registration Number:** 0824220
**International Registration Date:** DEC 15, 2003
**International Publication Date:** JUN 24, 2004
**International Renewal Date:** DEC 15, 2013
**Date of Automatic Protection:** DEC 03, 2005
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** JUN 03, 2004
**International Priority Claimed Date:** JUN 17, 2003

**Ownership Details:**

**Registrant:**

IMAGE LINE BVBA
BELGIUM  LIMITED LIABILITY CO.
B-9830 SINT MARTENS-LATEM
KORTRIJKSESTEENWEG 281 , BELGIUM

**Filing Correspondent:**

IMAGE LINE BVBA
KORTRIJKSESTEENWEG 281
B-9830 SINT MARTENS-LATEM BELGIUM

LULU 023511
CONFIDENTIAL

**LULU STUDIO**

**US-59**
**Group:** Four



### GL STUDIO

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 03, 2006

**Goods/Services:**

**International Class 9:** COMPUTER SOFTWARE AND HARDWARE FOR USE IN MODELING AND SIMULATION SYSTEMS THAT SYNTHESIZES PHOTOGRAPHS, 3D MODELS AND BEHAVIOR LOGIC TO CREATE PHOTOREALISTIC 3D INTERACTIVE REAL-TIME REUSABLE SIMULATION OBJECTS, THAT CREATES RICH INTERACTIVE GRAPHICAL USER INTERFACES TO PROTOTYPE NEW INTERFACES OR TO SIMULATE EXISTING ELECTRONIC AND ANALOG HUMAN MACHINE INTERFACES, THAT PROVIDES REAL-TIME 3-DIMENSIONAL PC SIMULATIONS FOR MAINTENANCE AND OPERATIONAL TRAINERS AND EMBEDDED AVIONICS DISPLAYS, THAT BUILDS PHOTO-REALISTIC INTERACTIVE 3D DISPLAYS WITH REAL-TIME PERFORMANCE GENERATING REUSABLE OBJECT ORIENTED C++ AND OPEN GL SOURCE CODE THAT INTEGRATES INTO RUN-TIME ENVIRONMENTS

**First Used:** OCT 31, 1999  (INTL. CL. 9)
**In Commerce:** DEC 31, 1999

**Last Reported Owner:**

 DISTRIBUTED SIMULATION TECHNOLOGY, INC.
FLORIDA CORPORATION
11315 CORPORATE BLVD
SUITE 115
ORLANDO, FLORIDA 32817

**Chronology:**

**Filed:** JAN 18, 2005    **Serial Number:** 78-549,246
**Published For Opposition:** OCT 11, 2005
**Registered:** JAN 03, 2006    **Registration Number:** 3,038,079

**Ownership Details:**
**Registrant:**

DISTRIBUTED SIMULATION TECHNOLOGY, INC.
FLORIDA CORPORATION
11315 CORPORATE BLVD
SUITE 115
ORLANDO, FLORIDA 32817

**Filing Correspondent:**

BRIAN S. STEINBERGER

**Search:** 139562311    **Analyst:** JOEL FELDMAN    **USPTO Page:** 146

LULU 023512
CONFIDENTIAL

**LULU STUDIO**

LAW OFFICES OF BRIAN S. STEINBERGER
101 BREVARD AVE
COCOA FL 32922-7904

**LULU 023513
CONFIDENTIAL**

**LULU STUDIO**

**US-60**
**Group:** Four

## Inside Studio

**INSIDE STUDIO**

**Status:**     REGISTERED

          **USPTO Status:** REGISTERED
          **USPTO Status Date:** JUL 10, 2007
**Goods/Services:**
          **International Class 9:** SOFTWARE PROGRAM FOR PROFESSIONAL
          SCHOOL, SPORT, AND EVENT PHOTOGRAPHERS, WHICH
          MANAGES IMAGES, SHOOT DATA, INVENTORY, ORDERS,
          RE-ORDERS, CONTACTS, VENDORS, AND PRICING
          **First Used:** JAN 01, 2006  (INTL. CL. 9)
          **In Commerce:** FEB 01, 2006
**Disclaimers:**
          "STUDIO"
**Last Reported Owner:**
          GIANT LEAP SOLUTIONS, INC.
          CALIFORNIA  CORPORATION
          705 W. SONJA AVE
          RIDGECREST, CALIFORNIA  93555

**Chronology:**
          **Filed:** JAN 20, 2005          **Serial Number:** 78-550,817
          **Published For Opposition:** OCT 25, 2005
          **Registered:** JUL 10, 2007       **Registration Number:** 3,262,269
          **Date Revived/Reinstated:** OCT 02, 2006

**Ownership Details:**
**Registrant:**
          GIANT LEAP SOLUTIONS, INC.
          CALIFORNIA  CORPORATION
          705 W. SONJA AVE
          RIDGECREST, CALIFORNIA  93555
**Filing Correspondent:**
          WAYNE MUSTEEN
          GIANT LEAP SOLUTIONS INC
          705 SONJA AVE
          RIDGECREST, CA 93555-3452

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **USPTO Page: 148**

**LULU 023514**
**CONFIDENTIAL**

**LULU STUDIO**

US-61
Group: Four

VISUAL STUDIO

**VISUAL STUDIO**

 **Worldwide Filings = 46** TTAB

**Status:**    REGISTERED

**USPTO Status:** SECTION 8 & 15 - ACCEPTED AND
ACKNOWLEDGED
**USPTO Status Date:** MAR 26, 2004

**Goods/Services:**

**International Class 9:** COMPUTER PROGRAMS FOR USE IN
DEVELOPING AND PUBLISHING WEB SITES AND OTHER INFORM
ATION PUBLISHED FOR ON-LINE NETWORK ACCESS
**First Used:** MAR 19, 1997  (INTL. CL. 9)
**In Commerce:** MAR 19, 1997

**Disclaimers:**

"VISUAL"

**Last Reported Owner:**

 MICROSOFT CORPORATION
WASHINGTON  CORPORATION
ONE MICROSOFT WAY
REDMOND, WASHINGTON  98052-6399

**Chronology:**

**Filed:** OCT 04, 1995        **Serial Number:** 75-001,431
**Published For Opposition:** JUN 25, 1996
**Opposition/Cancellation Filed:** OCT 23, 1996
**Registered:** FEB 16, 1999        **Registration Number:** 2,224,509
**Affidavit Section:**    REGISTERED - SEC. 8 (6-YR) ACCEPTED &
SEC. 15 ACK.  MAR 26, 2004

---

**Trademark Trials and Appeal Board (TTAB) Information:**    TTAB

**Opposition Number:** 91103748
**Outcome:** TERMINATED, JAN 14, 1997

**Plaintiff:**                    **Defendant:**
MICROGRAFX, INC.                MICROSOFT CORPORATION

**Mark:** VISUAL SOFTWARE            **Mark:** VISUAL STUDIO
**Registration Number:** 1,952,296    **Registration Number:** 2,224,509
**Serial Number:** 74-508,169        **Serial Number:** 75-001,431

**Search: 139562311**            **Analyst: JOEL FELDMAN**            **USPTO Page: 149**

LULU 023515
CONFIDENTIAL

| Correspondent: | Trademark Defendant Correspondent: |
|---|---|
| P. WESTON MUSSELMAN, JR. | WILLIAM O. FERRON, JR. |
| JENKENS & GILCHRIST, P.C. | SEED AND BERRY |
| 1445 ROSS AVENUE SUITE 3200 | 6300 COLUMBIA CENTER |
| DALLAS, TX 75202-2799 | SEATTLE, WA 98104-7092 |

**TTAB Entry: #8 BOARD'S DECISION: DISMISSED W/O PREJUDICE, JAN 14, 1997**
**TTAB Entry: #7 TERMINATED, JAN 14, 1997**

**Ownership Details:**
**Registrant:**

MICROSOFT CORPORATION
WASHINGTON  CORPORATION
ONE MICROSOFT WAY
REDMOND, WASHINGTON  98052-6399

**Filing Correspondent:**

WILLIAM O FERRON JR
SEED IP LAW GROUP PLLC
SUITE 5400
701 FIFTH AVENUE
SEATTLE WA 98104

**LULU 023516**
**CONFIDENTIAL**