**LULU STUDIO**

**US-62**
**Group:** Four

**YOURPIX STUDIO**

YourPix Studio

**Status:**       PENDING
              INTENT TO USE

              **USPTO Status:** FINAL REFUSAL - MAILED
              **USPTO Status Date:** JUN 19, 2007

**Goods/Services:**

              **International Class 9:**  PROVIDING DOWNLOADABLE COMPUTER
              SOFTWARE FOR CREATING DIGITAL PHOTOGRAPHIC IMAGES VIA
              THE INTERNET
              **International Class 42:**  PROVIDING ONLINE NON-DOWNLOADABLE
              SOFTWARE FOR CREATING DIGITAL PHOTOGRAPHIC IMAGES

**Last Reported Owner:**

       FUJIFILM U.S.A., INC.
              NEW YORK  CORPORATION
              200 SUMMIT LAKE DRIVE, 2ND FLOOR
              VALHALLA, NEW YORK  10595

**Chronology:**

              **Filed:** SEP 07, 2006          **Serial Number:** 78-968,928

**Ownership Details:**
**Applicant:**

              FUJIFILM U.S.A., INC.
              NEW YORK  CORPORATION
              200 SUMMIT LAKE DRIVE, 2ND FLOOR
              VALHALLA, NEW YORK  10595

**Assignee**                              **Assignor**
FUJIFILM U.S.A., INC.                      FUJI PHOTO FILM U.S.A., INC.
NEW YORK CORPORATION                       NEW YORK CORPORATION
200 SUMMIT LAKE DRIVE, 2ND                 **Signed:** SEP 29, 2006
FLOOR
VALHALLA, NEW YORK, 10595

**Brief:** CHANGE OF NAME
**Recorded:** NOV 06, 2006
**Reel/Frame:** 3425/0929
**Correspondent:**
MAX F. SCHUTZMAN, ESQ.
399 PARK AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10022

**Search:** 139562311          **Analyst: JOEL FELDMAN**          **USPTO Page:** 151

**LULU 023517**
**CONFIDENTIAL**
Dockets.Justia.com

**Filing Correspondent:**

MAX F. SCHUTZMAN

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN

399 PARK AVE FL 25

NEW YORK, NY 10022-4954

LULU 023518
CONFIDENTIAL

**LULU STUDIO**

US-63
Group: Four

STUDIO +

STUDIO +

`TTAB`

**Status:**    REGISTERED
SECTION 44 (D)
FILED AS 44(D) APPLICATION
44(E) APPLICATION - CURRENT

**USPTO Status:** CANCELLATION PENDING
**USPTO Status Date:** DEC 13, 2006

**Goods/Services:**

**International Class 9:** PHOTOGRAPHIC, CINEMATOGRAPHICAL
AND CHECKING APPARATUS AND INSTRUMENTS, NAMELY,
PHOTOGRAPHIC PROJECTORS, MOVIE PROJECTORS,
INTERACTIVE COMPUTER AND SOFTWARE FOR USE THEREON
FOR DECOMPRESSING CODE, INTERPRETERS OF APPLICATION
CODE, AN ERROR CHECKER IN THE EXECUTION OF CODE, ALL
FOR PROVIDING ACCESS CONTROL TO DATA AND TO INFORM
ATION PROGRAMS BY TELEVISION OR DECODERS; ELECTRONIC
DECODER, ELECTRONIC APPARATUS FOR DATA PROCESSING,
MEASURING AND ELECTRONIC-CONTROL APPARATUS; ELECTRO
NIC-SIGNAL EMITTERS FOR EDITING CINEMATOGRAPHIC FILMS;
ENCRYPTERS, DECRYPTERS AND PRINTED, INTEGRATED OR
ELECTRIC CIRCUITS TO PERMIT RECODING AND DIFFUSING OF
NUMERIC TELEVISED PROGRAMS AND WHICH ALLOW SELECTION
OF THOSE PROGRAMS; AUDIOVISUAL, TELECOMMUNICATION,
TELEPROCESSING APPARATUS AND INSTRUMENTS, NAMELY,
TELEVISION SETS, VIDEO CASSETTE RECORDER, AUDIO TAPE
RECORDERS, VIDEO TAPE RECORDERS AND RADIOS; MOVIE
PROJECTORS; CAR RADIOS; TELEVISION AERIALS; DISK
ANTENNAS; HIGH-FIDELITY STEREO SETS COMPRISED OF
MONAURAL OR STEREO AMPLIFIERS, TUNERS AND STEREO
RECEIVERS, COMPACT DISK PLAYER; COMPUTERS; RECORDED
COMPUTER SOFTWARE ALL FEATURING NEWS, SPORTS,
CULTURE, CINEMA, MUSIC, TELEVISION, GAMES, ACTION FILMS,
HISTORY, GEOGRAPHY, ART, ANIMALS, FASHION,
ENTERTAINMENT, SCIENCES, COMICS, TELEVISED SERIES;
DECODERS; CODERS; ACCESS AND ACCESS CONTROL DEVICES
FOR DATA PROCESSING; IDENTIFICATION DEVICES FOR TELECO
MMUNICATION NETWORKS; SCRAMBLING AND UNSCRAMBLING
DEVICES FOR SIGNALS AND RETRANSMISSION; MOTION PICTURE
EXPOSED FILMS FEATURING NEWS, SPORTS, CULTURE, CINEMA,
MUSIC, TELEVISION, GAMES, ACTION FILMS, HISTORY,

**LULU 023519
CONFIDENTIAL**

GEOGRAPHY, ART, ANIMALS, FASHIONS, ENTERTAINMENT, SCIENCES, COMICS, TELEVISED SERIES; MAGNETIC COMPUTER TAPES, VIDEOTAPES, AUDIO AND VIDEO COMPACT DISKS, OPTICAL DISKS, MAGNETIC DISK, ALL FEATURING NEWS, SPORTS, CULTURE, LITERATURE, COMICS, ANIMALS, ART, HISTORY, GEOGRAPHY, GEOLOGY, SCIENCES, LANGUAGE, FASHION, TELEVISED SERIES, FILMS, GAMES AND ENTERTAINMENT; TELEPHONES; MAGNETIC CODED CARDS; CHIP CARDS; INTEGRATED CIRCUITS AND MICRO-CIRCUITS; MAGNETIC CODED CARD READERS; ELECTRONIC COMPONENTS FOR COMPACT DISK PLAYERS, TELEVISION SETS, RADIOS; PHONOGRAPH RECORDS FEATURING NEWS, SPORTS, CULTURE, CINEMA, MUSIC, TELEVISION, GAMES, ACTION FILMS, HISTORY, GEOGRAPHY, ART, ANIMALS, FASHION, ENTERTAINMENT, SCIENCES, COMICS, TELEVISED SERIES; COMPUTER MONITORS FOR RECEIVING DATA ON WORLD INFORMATION SERVERS; CALCULATORS AND DATA PROCESSING APPARATUS; SATELLITES FOR SCIENTIFIC AND TELECOMMUNICATION PURPOSES; DEVICES FOR SIMULTANEOUS PROGRAMMING AND TELEVISION-C HANNEL SELECTION, APPARATUS AND INSTRUMENTS FOR INTERACTIVE TELEVISION; NAMELY, ENCRYPTERS, DECRYPTERS AND PRINTED, INTEGRATED OR ELECTRIC CIRCUITS TO PERMIT CODING, RECODING, RECORDING AND DIFFUSING OF NUMERIC TELEVISED PROGRAMS, THE SELECTION OF THOSE PROGRAMS, THE ACCESS AND USE OF VARIOUS SERVICES IN THE FIELD OF TELEPAYMENT, THE RESERVATION OF SEATS OR TICKETS OF SPECTACLES OR SHOWS, THE MANAGEMENT OF DOMESTIC SERVICES, THE ACCESS AND USE OF PROFESSIONAL DATA, THE ACCESS AND USE OF ENTERTAINMENT SERVICES LIKE BETS (PARI-MUTUEL), VIDEO GAMES; TELEVISION AND RADIO REMOTE CONTROLS; TELEVISION SCREENS

**International Class 16:** NOTEBOOKS, PHOTO ALBUMS, FOLDER FOR DOCUMENTS, DOCUMENT FILES, PRINTED PUBLICATIONS, NAMELY, NEWSPAPERS, PERIODICALS, BOOKS, MAGAZINES, CATALOGS, ALL FEATURING NEWS, SPORTS, CULTURE, MUSIC, LITERATURE, COMICS, ANIMALS, ART, HISTORY, GEOGRAPHY, GEOLOGY, SCIENCES, LANGUAGE, FASHION, TELEVISED SERIES, FILMS, GAMES AND ENTERTAINMENT; MOUNTED AND UNMOUNTED PHOTOGRAPHS, PAPER OF CARDBOARD PHOTOGRAPH STANDS; STATIONERY; CREDIT, DEBIT OR TELEPHONE CALLING NON-MAGNETIC CARDS, CREDIT CARDS WITHOUT MAGNETIC ENCODING; PLAYING CARDS; PENS, MEMO OR DRAWING DESKS PADS, WRITING PADS, BUSINESS CARDS, CHECKBOOK COVERS, CHECKBOOK HOLDERS; APPOINTMENT BOOKS, WALL CALENDAR; POST-CARDS

LULU 023520
CONFIDENTIAL

**International Class 35:** PUBLICITY AGENTS; RENTAL OF ADVER-
TISING SPACE; PLACING ADVERTISEMENTS FOR OTHERS;
DIRECT MAIL ADVERTISING; ARRANGING OF SUBSCRIPTIONS FOR
NEWSPAPER PUBLICATIONS OF OTHERS; ARRANGING OF
SUBSCRIPTIONS FOR TELEVISION, RADIO PROGRAM GUIDES, TO
VIDEO RECORDINGS, AUDIO RECORDINGS, AUDIOVISUAL MEDIA
FOR OTHERS, PRODUCTION AND DISTRIBUTION OF RADIO AND
TELEVISION COMMERCIAL; BUSINESS MANAGEMENT;
DISTRIBUTION OF PROSPECTUSES, SAMPLES; BUSINESS
CONSULTATION; MANAGEMENT OF COMPUTERIZED DATABASES;
DATA-ENTRY AND PROCESSING SERVICES; ORGANIZATION OF
EXPOSITIONS FOR COMMERCIAL AND ADVERTISING PURPOSES;
ALL THESE SERVICES ARE ONLY RELATING TO TELEVISION;
COMMERCIAL INFORMATION AGENCIES; MANAGING THE
OPERATIONS OF INSURANCE AGENCIES AND BROKERS ON AN
OUTSOURCING BASIS
**International Class 36:** FINANCIAL MANAGEMENT AND
CONSULTATION
**International Class 38:** RADIO BROADCASTING, TELEGRAPH
SERVICES, TELEPHONE, COMMUNICATION SERVICES,
TELEVISION BROADCASTING, COMMUNICATION BY TELEPROC
ESSING SYSTEMS; ELECTRONIC DELIVERY OF MESSAGES;
TRANSMISSION OF TELEGRAMS; TELEVISION BROADCASTING
FEATURING NEWS, SPORTS, CULTURE, CINEMA, MUSIC,
TELEVISION, GAMES, ACTION FILMS, HISTORY, GEOGRAPHY, ART,
ANIMALS, FASHIONS, ENTERTAINMENT, SCIENCES, COMICS, AND
TELEVISED SERIES; RENTAL OF APPARATUS FOR TRANSMITTING
MESSAGES; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL
COMPUTER INFORMATION NETWORK; PROVIDING TELECOMMUNI
CATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK;
SERVICES OF SIMULTANEOUS PROGRAMMING AND TELEVISION
CHANNEL CHANGING AND SERVICES OF INTERACTIVE
TELEVISION BROADCASTING, NAMELY, PROVIDING ENCRYPTERS,
DECRYPTERS AND PRINTED, INTEGRATED OR ELECTRIC
CIRCUITS TO PERMIT CODING, RECORDING, RECODING AND
DIFFUSING OF NUMERIC TELEVISED PROGRAMS, THE
SELECTION OF THOSE PROGRAMS, THE ACCESS AND USE OF
VARIOUS SERVICES IN THE FIELD OF TELEPAYMENT, AND
MANAGEMENT AND ACCESS TO PERSONAL HOUSEHOLD
ACCOUNTING RECORDS SUCH AS TELEPHONE, ELECTRICITY,
GAS, INSURANCE, CREDIT CARD AND BANK STATEMENTS,
RESERVATION OF SEATS OR TICKETS OF SPECTACLES OR
SHOWS
**International Class 41:** PUBLICATION OF BOOKS, MAGAZINES,
ADVERTISING TEXTS; DISTRIBUTION OF TELEVISION PROGRAMS
FOR OTHERS, IN A PARTICULAR BY RADIO, TELEVISION, VIDEO

LULU 023521
CONFIDENTIAL

RECORDINGS, SOUND RECORDINGS, CABLE, HERTZIAN WAVES, SATELLITES ALL FEATURING NEWS, SPORTS, CULTURE, MUSIC, LITERATURE, COMICS, ANIMALS, ART, HISTORY, GEOGRAPHY, GEOLOGY, SCIENCES, LANGUAGE, FASHION, TELEVISED SERIES, FILMS, GAMES AND ENTERTAINMENT; ENTERTAINMENT, NAMELY, PRODUCTION OF TELEVISION AND RADIO SHOWS; BOOKING AGENCIES FOR ARTIST; ORGANIZING EXHIBITIONS FOR CULTURAL, SPORT AND ENTERTAINMENT PURPOSES, NAMELY, CULTURE FESTIVALS, CINEMA FESTIVALS, MUSIC SHOWS, MUSIC FESTIVALS, TELEVISION FESTIVALS, ACTION FILM FESTIVALS AND COMIC SHOWS, SPORTS COMPETITIONS AND SHOWS; PUBLIC ATION OF BOOKS AND MAGAZINES; LIBRARIES; PRODUCTION OF PLAYS, MOVIES, TELEVISION FILMS, TELEVISED PROGRAMS, DOCUMENTARIES DEBATES, VIDEO RECORDINGS, SOUND RECORDINGS ALL FEATURING NEWS, SPORTS, CULTURE, MUSIC, LITERATURE, COMICS, ANIMALS, ART, HISTORY, GEOGRAPHY,GEO LOGY, SCIENCES, LANGUAGE, FASHION, TELEVISED SERIES, FILMS, GAMES AND ENTERTAINMENT; RENTAL OF VIDEO RECORDINGS, AUDIO RECORDINGS, MOVIES, IMAGE RECORDINGS AND SOUND RECORDINGS, VIDEOTAPES, MOVIE PROJECTORS, DECODERS, CODERS, THEATER DECODERS AND ACCESSORIES THEREFOR; ORGANIZATION OF CONTESTS, GAMES FOR EDUCATIONAL OR ENTERTAINMENT PURPOSES IN THE FIELD OF SPORTS, NEWS, CULTURE, ART, CINEMA, MUSIC, LITERATURE, HISTORY, GEOGRAPHY, ANIMALS, FASHION AND SCIENCES; EDITING OF PROGRAMS, DEBATES, DOCUMENTARIES ALL FEATURING NEWS, SPORTS, CULTURE, CINEMA MUSIC, LITERATURE, TELEVISION, GAMES, ACTION FILMS, HISTORY, GEOGRAPHY, ART, ANIMALS, FASHION, ENTERTAINMENT, SCIENCES, COMICS AND TELEVISED SERIES; ARRANGING AND CONDUCTING CONFERENCES AND CONVENTIONS FOR AN EDUCATIONAL PURPOSE; ORGANIZATION OF EXHIBITS FOR CULTURAL OR EDUCATIONAL PURPOSES IN THE FIELD OF ART SHOWS, NEWS, SPORTS, CULTURE, CINEMA, MUSIC, LITERATURE, TELEVISION, GAMES, ACTION FILMS, HISTORY, GEOGRAPHY, ART, ANIMALS, FASHION, ENTERTAINMENT, SCIENCES, COMICS AND TELEVISED SERIES; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF CINEMA, SPORT; MOTION PICTURE FILM PRODUCTION; INTERACTIVE TELEVISION SERVICES, NAMELY, ACCESS AND USE OF ENTERTAINMENT SERVICES IN THE NATURE OF VIDEO GAMES; ENTERTAINMENT SERVICES, NAMELY PROVIDING CASINO GAMES AND CASINO GAMING SERVICES, AND PARI-MUTUEL WAGERING AND PLACEMENT OF BETS VIA INTERACTIVE TELEVISION BROADCASTS

LULU 023522
CONFIDENTIAL

**International Class 42:** PRINTING; RENTAL OF COMPUTERS AND SOFTWARE AND DATABASES; NEW REPORTER SERVICES; PROVISION OF EXHIBITION FACILITIES; COMPUTER SOFTWARE DESIGN FOR OTHERS; COMPUTER HEALTH, SECURITY, CONSTRUCTION, INFORMATION SYSTEMS CONSULTATION SERVICES, COMPUTER PROGRAMMING FOR OTHERS; RENTAL OF COMPUTERS; PHOTOGRAPHIC SERVICES, NAMELY, PORTRAIT PHOTOGRAPHY, PHOTOGRAPHIC REPORTING; DESIGN OF SYSTEM OF CODING, DECODING, ACCESS CONTROL TO TELEVISED, RADIO-BROADCAST PROGRAMS AND TO ANY TRANSMISSION OF INFORMATION; TECHNICAL SERVICES IN THE NATURE OF DIGITAL TELEVISION, OF AUDIOVISUAL AND TELECOMMUNICATIONS INDUSTRIES RELATING TO NORMS AND STANDARDS; RESEARCH AND DEVELOPMENT OF ELECTRONIC, COMPUTER AND AUDIOVISUAL, SCRAMBLING AND ACCESS CONTROL SYSTEMS IN THE FIELD OF TELEVISION; RENTAL OF COMPUTERIZED FILES IN THE FIELD OF NEWS, SPORTS, CULTURE, CINEMA, MUSIC, TELEVISION GAMES, ACTION FILMS, HISTORY, GEOGRAPHY, ART, ANIMALS, FASHION, ENTERTAINMENT, SCIENCES, COMICS AND TELEVISED SERIES

**Last Reported Owner:**

CANAL+

FRANCE CORPORATION

85/89 QUAI ANDRE CITROEN

75015 PARIS, FRANCE

**Chronology:**

**Filed:** AUG 02, 1999          **Serial Number:** 75-766,560

**Published For Opposition:** OCT 01, 2002

**Opposition/Cancellation Filed:** DEC 13, 2006

**Opposition/Cancellation Filed:** MAR 29, 2004

**Registered:** NOV 01, 2005     **Registration Number:** 3,009,833

---

**Trademark Trials and Appeal Board (TTAB) Information:**          `TTAB`

**Opposition Number:** 91160100

**Outcome:** TERMINATED, JUN 14, 2005

| **Plaintiff:** | **Defendant:** |
|---|---|
| PEAVEY ELECTRONICS CORPORATION | CANAL+ |
| **Mark:** STUDIO PRO | **Mark:** STUDIO + |
| **Registration Number:** 1,328,256 | **Registration Number:** |
| **Serial Number:** 73-483,030 | **Serial Number:** 75-766,560 |

**LULU 023523
CONFIDENTIAL**

Correspondent:

W. WHITAKER RAYNER
WATKINS, LUDLAM, WINTER &
STENNIS, P.A.
633 NORTH STATE STREET (39202)
- P.O. BOX 427
JACKSON, MS 39205-0427

**Trademark Defendant
Correspondent:**
DONALD L. DENNISON
DENNISON SCHULTZ DOUGHERTY
& MACDONALD
SUITE 105 1727 KING STREET
ALEXANDRIA, VA 22314-2700

**TTAB Entry:** #12 TERMINATED, SEP 28, 2005
**TTAB Entry:** #11 DEF'S REQUEST FOR STATUS, JUN 03, 2005

**Extension of Time to Oppose Number:** 75766560
**Extension of Time to Oppose Filed:** NOV 08, 2002
**Outcome:** TERMINATED  OCT 01, 2003

**Potential Opposer:**
PEAVEY ELECTRONICS
CORPORATION
**Mark:** STUDIO PRO
**Registration Number:** 1,328,256
**Serial Number:** 73-483,030
**Correspondent:**
W. WHITAKER RAYNER
WATKINS, LUDLAM, WINTER &
STENNIS, P.A.
633 NORTH STATE STREET (39202)
- P.O. BOX 427
JACKSON, MS 39205-0427

**Applicant:**
CANAL+

**Mark:** STUDIO +
**Registration Number:**
**Serial Number:** 75-766,560
**Correspondent:**
DONALD L. DENNISON
DENNISON SCHULTZ DOUGHERTY
& MACDONALD
SUITE 105 1727 KING STREET
ALEXANDRIA, VA 22314-2700

**Potential Opposer:**
EXTENDED STAY AMERICA, INC.
**Correspondent:**
ANN K. FORD
PIPER RUDNICK LLP
1200 19TH STREET, N.W.
WASHINGTON, DC 20036-2412

**TTAB Entry:** #27 TERMINATED, APR 12, 2004
**TTAB Entry:** #26 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE
DATE), FEB 20, 2004

**Cancellation Action Number:** 92046767
**Outcome:** PENDING  DEC 13, 2006

LULU 023524
CONFIDENTIAL

**Plaintiff:**
SACKLER, J.T., TRUSTEE

**Defendant:**
CANAL+

**Mark:** STUDIO INTERNATIONAL
**Registration Number:** 2,836,045
**Serial Number:** 76-468,457
**Correspondent:**

**Mark:** STUDIO +
**Registration Number:** 3,009,833
**Serial Number:** 75-766,560
**Trademark Defendant**
**Correspondent:**

ELISABETH A. LANGWORTHY
SUTHERLAND ASBILL & BRENNAN
LLP
1275 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2415 US

LISA N. KAUFMAN
DENNISON, SCHULTZ,
DOUGHERTY & MACDONALD
SUITE 105, 1727 KING STREET
ALEXANDRIA, VA 22314-2700 US

**TTAB Entry:** #3 STIP TO SUSPEND PEND SETTLEMENT NEGOTNS, JAN 30, 2007
**TTAB Entry:** #2 SUSPENDED, JAN 30, 2007

---

**Ownership Details:**
**Registrant:**

CANAL+
FRANCE  CORPORATION
85/89 QUAI ANDRE CITROEN
75015 PARIS, FRANCE

**Non-U.S. Application Claimed:** 99773409
**Non-U.S. Application Date:** FEB 05, 1999
**Non-U.S. Application Country:** FRANCE

**Non-U.S. Registration Claimed:** 99773409
**Non-U.S. Registration Date:** FEB 05, 1999
**Non-U.S. Registration Country:** FRANCE
**Other U.S. Registrations:** 1,798,092; 1,861,954; 2,187,259; 2,251,079; 2266195
AND OTHERS
**Filing Correspondent:**

LISA N. KAUFMAN
DENNISON, SCHULTZ, DOUGHERTY & MACDONALD
SUITE 105, 1727 KING STREET
ALEXANDRIA, VA 22314-2700

**Domestic Representative:** LISA N KAUFMAN

LULU 023525
CONFIDENTIAL

This page was intentionally left blank.

LULU 023526
CONFIDENTIAL

**LULU STUDIO**

## State Summary Page

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|---|---|---|---|---|---|---|---|
| | | | **GROUP ONE** | | | | |
| | | | **No Group One Matches** | | | | |
| | | | **GROUP TWO** | | | | |
| | | | **No Group Two Matches** | | | | |
| | | | **GROUP THREE** | | | | |
| | | | **No Group Three Matches** | | | | |
| | | | **GROUP FOUR** | | | | |
| 1. <u>LULU PRODUCTIONS</u> | Renewed | 9, 16, 25 | CHERI MARDON | 241660 | HI | 167 | ☐ |
| 2. <u>LULUWORLD</u> | Registered | 42 | GARRIE STEVEN BRAY | 58428 | TX | 168 | ☐ |
| 3. <u>LULU TECHNOLOGIES</u> | Registered | 42 | GARRIE STEVEN BRAY | 56965 | TX | 169 | ☐ |
| 4. <u>MACSTUDIO</u> | Renewed | 38, 42 | ROBERT W. VOLAGE | S31335 | OR | 170 | ☐ |
| 5. <u>STUDIO X</u> | Registered | 42 | STUDIO X INC. | TN96120401 | NM | 171 | ☐ |
| 6. <u>ABIQUIU STUDIOS</u> | Registered | 37, 41, 42 | TIMOTHY S. CURRY | TN97022603 | NM | 172 | ☐ |
| | | | **GROUP FIVE** | | | | |
| | | | **No Group Five Matches** | | | | |

Search: 139562311                    Analyst: JOEL FELDMAN                    State Summary Page: 161

LULU 023527
CONFIDENTIAL

## ANALYST REVIEW - STATE REPORT

Search Information

Type of Search: **FULL SEARCH**
Mark:             **LULU STUDIO**
Goods/Services: **WEB-HOSTED SOFTWARE APPLICATION FOR USE IN THE DESIGN, CREATION AND
                PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS;
                SOFTWARE FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS,
                PHOTOBOOKS, COOKBOOKS AND CALENDARS; DESKTOP PUBLISHING**

Data Information

This search report covers State Trademark data updated on **07/10/2007**. While we make diligent efforts to
secure timely updates from each state, the currentness of trademark information varies by state. See the
chart below for the dates of most recent registration for each state.

| STATE NAME | | REGISTRATIONS THROUGH | STATE NAME | | REGISTRATIONS THROUGH |
|---|---|---|---|---|---|
| ALABAMA | + | 05/16/2007 | MONTANA | + | 09/29/2006 |
| ALASKA | + | 07/03/2006 | NEBRASKA | + | 03/30/2007 |
| AMERICAN SAMOA | | 03/29/2005 | NEVADA | + | 03/05/2007 |
| ARIZONA | + | 12/29/2006 | NEW HAMPSHIRE | + | 07/07/2004 |
| ARKANSAS | | 03/23/2007 | NEW JERSEY | + | 02/26/2007 |
| CALIFORNIA | + | 03/29/2007 | NEW MEXICO | + | 02/28/2007 |
| COLORADO | + | 03/15/2007 | NEW YORK | + | 03/08/2007 |
| CONNECTICUT | + | 03/14/2007 | NORTH CAROLINA | | 01/31/2006 |
| DELAWARE | + | 06/28/2006 | NORTH DAKOTA | + | 02/28/2007 |
| FLORIDA | + | 02/26/2007 | OHIO | | 02/21/2007 |
| GEORGIA | + | 02/09/2007 | OKLAHOMA | + | 01/26/2006 |
| HAWAII | + | 03/14/2007 | OREGON | + | 02/28/2007 |
| IDAHO | | 01/31/2007 | PENNSYLVANIA | | 02/28/2003 |
| ILLINOIS | | 03/30/2007 | *PUERTO RICO | | 04/02/2007 |
| INDIANA | + | 11/28/2005 | RHODE ISLAND | + | 12/29/2006 |
| IOWA | + | 01/29/2007 | SOUTH CAROLINA | + | 12/27/2006 |
| KANSAS | + | 03/26/2007 | SOUTH DAKOTA | | 04/02/2007 |
| KENTUCKY | + | 01/05/2007 | TENNESSEE | + | 03/30/2007 |
| LOUISIANA | + | 03/30/2007 | TEXAS | + | 08/17/2006 |
| MAINE | + | 02/28/2007 | UTAH | + | 03/23/2007 |
| MARYLAND | | 02/26/2007 | VERMONT | + | 11/13/2006 |
| MASSACHUSETTS | + | 03/29/2007 | VIRGINIA | + | 12/29/2006 |
| MICHIGAN | | 01/31/2007 | WASHINGTON | + | 01/29/2007 |
| MINNESOTA | + | 03/30/2007 | WEST VIRGINIA | + | 12/13/2006 |
| MISSISSIPPI | + | 06/15/2006 | WISCONSIN | + | 03/28/2007 |
| MISSOURI | + | 12/28/2006 | WYOMING | + | 12/24/2003 |

Updating of the US State Trademark Database is provided by license with and permission of CT Corsearch.

+ Indicates that our trademark database for this state contains images, packaging samples and specimens of use
filed with trademark applications.

* Because of the manual nature of data collection for Puerto Rico, we are unable to guarantee that all records
through the coverage date are included.

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **State Review Page: 162**

LULU 023528
CONFIDENTIAL

## In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database). The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web. Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

## Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner. Owner Matching is an alphabetical, word for word match. Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

## Owner Information

Owner Information provides business information about the last reported owner of a trademark, based on a programmatic matching of USPTO, State and certain Common Law trademark records and any business information associated with the trademark owner. We do not guarantee the accuracy of the programmatic matching nor the accuracy of the business information provided by our third party vendors.

**LULU 023529
CONFIDENTIAL**

---

**Analyst Information**

Name:          **JOEL FELDMAN**
Comments:      **I developed the following search strategy to provide a comprehensive, accurate report. These queries, listed below, retrieved 50 potential references from the database. After careful review and analysis I have selected 6 records for your review.**

---

**Search Strategy**

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK | LULUSTUD(I,Y)(O,OS) <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 2. | EXACT MARK | LULUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 3. | EXACT MARK | LULUSTUD(I,Y)(O,OS) | ALL CLASSES | 0 |
| 4. | PREFIX | LULUSTUD(I,Y)O <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 5. | PREFIX | LULUSTUD(I,Y)O | 9,35,42,16 | 0 |
| 6. | PREFIX | LULUSTUD(I,Y)O | ALL CLASSES | 0 |
| 7. | LETTERSTRING LETTERSTRING | LULU <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 8. | PREFIX LETTERSTRING | LULU <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 9. | PREFIX | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> | ALL CLASSES | 0 |
| | LETTERSTRING | STUD(I,Y)O | | |
| 10. | LETTERSTRING | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> | ALL CLASSES | 0 |
| | LETTERSTRING | STUD(I,Y)O | | |
| 11. | LETTERSTRING LETTERSTRING | LULU <and> STUD | ALL CLASSES | 0 |

---

**LULU 023530
CONFIDENTIAL**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 12. | LETTERSTRING LETTERSTRING | LULU <and> D(I,Y)O | ALL CLASSES | 0 |
| 13. | PREFIX | LULUSTU | ALL CLASSES | 0 |
| 14. | PREFIX | LULUS | 9,35,42,16 | 8 |
| 15. | LETTERSTRING LETTERSTRING | LULU <and> STU | 9,35,42,16 | 0 |
| 16. | LETTERSTRING LETTERSTRING | LULU <and> D(I,Y)O | 9,35,42,16 | 0 |
| 17. | PREFIX GOODS PREFIX | LULU <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 3 |
| 18. | PREFIX<br><br>GOODS PREFIX | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 0 |
| 19. | WORD | LULU | 9,35,42,16 | 6 |
| 20. | PREFIX | LULU | 9,35,42,16 | 0 |
| 21. | PREFIX | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) | 9,35,42,16 | 0 |
| 22. | PREFIX LETTERSTRING | LU <and> STUD(I,Y)O | 9,35,42,16 | 1 |
| 23. | LETTERSTRING LETTERSTRING | ULU <and> STUD(I,Y)O | 9,35,42,16 | 0 |
| 24. | SUFFIX | LUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 25. | PREFIX LETTERSTRING | L <and> STUD(I,Y)O | 9,35,42,16 | 21 |
| 26. | SUFFIX GOODS PREFIX<br><br>GOODS PREFIX | STUD(I,Y)O <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE) <and> (BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 5 |

Search: 139562311          Analyst: JOEL FELDMAN          State Review Page: 165

LULU 023531
CONFIDENTIAL

**LULU STUDIO**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 27. | SUFFIX GOODS PREFIX | STUD(I,Y)OS <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE) <and> | ALL CLASSES | 5 |
| | GOODS PREFIX | (BOOK,PUBLIS, PHOTO,DESKT) | | |
| 28. | SUFFIX | USTUD(I,Y)O | 9,35,42,16 | 0 |
| 29. | SUFFIX | USTUD(I,Y)OS | 9,35,42,16 | 1 |

Class Identification

| | |
|---|---|
| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
| 16 | PAPER GOODS AND PRINTED MATTER |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |

**Search: 139562311**                **Analyst: JOEL FELDMAN**                **State Review Page: 166**

**LULU 023532
CONFIDENTIAL**

**LULU STUDIO**

**ST-1**
**Group: Four**

LULU
PRODUCTIONS

**LULU PRODUCTIONS**

**State:**            HAWAII

**Status:**           RENEWED
**Date Registered:** JUL 26, 2000
**Registration No.:** 241660
**Renewed:**          APR 19, 2001
**Renewal**
**Registration No.:** 249935


**Goods/Services:    International Class: 9, 16, 25**
                    COMMUNICATION PRODUCTS SUCH AS, BUT NOT LIMITED
                    TO, FILMS, VIDEOS, AUDIO, BOOKS, CLOTHING AND ART
**Registrant:**

                    CHERI MARDON
                    SOLE PROPRIETOR
                    P.O. BOX 89576
                    HONOLULU, HAWAII 96830

**Renewed To:**      CHERI MARDON
                    SOLE PROPRIETOR
                    PO BOX 89576
                    HONOLULU, HAWAII 96830

**Manner Of Display:**
                    USED ON LABELS OR PRODUCT CONTAINERS

**Search: 139562311**              **Analyst: JOEL FELDMAN**              **State Page: 167**

**LULU 023533**
**CONFIDENTIAL**

**LULU STUDIO**

**ST-2**
**Group:** Four

LULUWORLD

**LULUWORLD**

**State:**            TEXAS

**Status:**          REGISTERED
**Date Registered:** FEB 17, 1999
**Registration No.:** 58428

**Goods/Services:** **International Class: 42**
WEB SITE DESIIGN AND HOSTING AND INTERNET
SOFTWARE AND A WEB PORTAL FOR BUSINESSES,
ORGANIZATIONS AND SCHOOLS. IT IS THE NAME OF THE
PORTAL AND BRANDS THE SOFTWARE AND SERVICES
**State Class:** 42
**First Use In State:**          **First Use Anywhere:**
OCT 01, 1998                    OCT 01, 1998

**Registrant:**

GARRIE STEVEN BRAY
DBA LULU TECHNOLOGIES
307 E 2ND STREET
AUSTIN, TEXAS 78701

**We Have Located Other Marks With This Owner**

LULU TECHNOLOGIES          State          Page 169

**Manner Of Display:**
USED ON ALL WEB PAGES, IDENTIFYING THE PORTAL, ON
ALL DOCUMENTATION, AND ON ALL MARKETING
MATERIAL.

**LULU 023534**
**CONFIDENTIAL**



**LuLu Technologies**

**LULU TECHNOLOGIES**

| | |
|---|---|
| **State:** | TEXAS |
| **Status:** | REGISTERED |
| **Date Registered:** | JUL 29, 1997 |
| **Registration No.:** | 56965 |

**Goods/Services:**     **International Class: 42**
COMPUTER SOFTWARE DEVELOPMENT
**State Class:** 42
**First Use In State:**          **First Use Anywhere:**
DEC 31, 1996                DEC 31, 1996

**Design Phrase:**     A LINE DRAWING WITH DOG AND THE WORDS "LULU
TECHNOLOIGES" UNDERNEATH.

**Registrant:**

GARRIE STEVEN BRAY
DBA LULU TECHNOLOGIES
510 BULIAN LANE
AUSTIN, TEXAS 78746

<u>**We Have Located Other Marks With This Owner**</u>

<u>LULUWORLD</u>               State          Page 168

**Manner Of Display:**

AFFIXED TO LABELS ON DISKETTES, TO PACKAGING
MATERIAL, TO DOCUMENTATION ABOUT THE SOFTWARE,
AND TO ADVERTISING FOR THE SOFTWARE.

**LULU 023535**
**CONFIDENTIAL**

**LULU STUDIO**

**ST-4**
**Group:** Four

*MacStudio*

**MACSTUDIO**

| | |
|---|---|
| **State:** | OREGON |
| **Status:** | RENEWED |
| **Date Registered:** | MAR 04, 1997 |
| **Registration No.:** | S31335 |
| **Renewed:** | MAR 20, 2002 |

**Goods/Services:** **International Class: 38, 42**
SALE OF WEB SITE DESIGN, INTERNET SERVER,
GRAPHIC DESIGN, DESKTOP PUBLISHING, COMPUTER
SERVICES.
**State Class:** 135,138

| **First Use In State:** | **First Use Anywhere:** |
|---|---|
| 1988 | 1988 |

**Registrant:**

ROBERT W. VOLAGE
5823 N. ALBIMA AVE.
PORTLAND, OREGON 97217
TEL: 503-735-4776

**Renewed To:**    ROBERT W VOLAGE
5823 N ALBINA AVE
PORTLAND, OREGON 97217

**Manner Of Display:**

USED ON WEB SITE: HTTP://WWW.MACSTUDIO.COM/NMAC
STUD/, BUSINESS CARDS, LETTERHEAD, ENVELOPES,
BULK MAILERS, LABELS, COMPUTER DISKS.

**Search:** 139562311                **Analyst:** JOEL FELDMAN                **State Page:** 170

**LULU 023536**
**CONFIDENTIAL**

**LULU STUDIO**

**ST-5**
**Group:** Four

STUDIO X

**STUDIO X**

| | |
|---|---|
| **State:** | NEW MEXICO |
| **Status:** | REGISTERED |
| **Mark Type:** | TRADE NAME |
| **Date Registered:** | DEC 04, 1996 |
| **Registration No.:** | TN96120401 |
| **Goods/Services:** | **International Class: 42** |
| | WEB SITE DESIGN AND PUBLISHING |
| | **First Use Anywhere:** |
| | APR 01, 1994 |
| **Registrant:** | |
| | STUDIO X INC. |
| | CORPORATION |
| | 1270 CALLE DE COMERCIO #3 |
| | SANTA FE, NEW MEXICO 87505 |

**Search: 139562311**            **Analyst: JOEL FELDMAN**            **State Page: 171**

**LULU 023537**
**CONFIDENTIAL**

**LULU STUDIO**

**ST-6**
**Group:** Four

ABIQUIU STUDIOS

**ABIQUIU STUDIOS**

**State:**              NEW MEXICO

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    FEB 26, 1997
**Registration No.:**   TN97022603

**Goods/Services:**     **International Class: 42, 37, 41**
                        DESIGN AND CONSTRUCTION OF RESIDENCES AND
                        ARTIST STUDIOS AND ART GALLERY
                        **First Use Anywhere:**
                        JUL 15, 1996
**Registrant:**

                        TIMOTHY S. CURRY
                        INDIVIDUAL
                        208 WILLIAMS STREET
                        SANTA FE, NEW MEXICO 87501
                        TEL: 505-989-3241

**LULU 023538**
**CONFIDENTIAL**

## ANALYST REVIEW - WEB COMMON LAW

Search Information

| | |
|---|---|
| Type of Search: | **FULL SEARCH** |
| Mark: | **LULU STUDIO** |
| Goods/Services: | **WEB-HOSTED SOFTWARE APPLICATION FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; SOFTWARE FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; DESKTOP PUBLISHING** |

With the emergence of the Web as an important common law source, our analysts search the web and include potentially conflicting marks in this Web Common Law section.

Data Information

Our Search Analysts search the Web and select marks to include in your report based on the mark's similarity to the mark being searched and to the goods and services specified. The selected citations provide examples of potentially conflicting occurrences and include links to the Web page(s) on which the mark was found.

For Web Search Extensions, we search the mark and focus on targeted industry-specific Web sites where significant commerce takes place for each of the industries we cover. This focused research can reveal marks that may otherwise be hard to identify.

Important Notices

Due to the dynamic nature of the Web, citations may become available or unavailable at any time. The search results included in this section are a sampling of the information available at the time of the preparation of this search report, and are not a comprehensive representation of all Web sites. Any of the citations included in your search report may become unavailable at any time following the preparation of this report. Additionally, please be aware that we do not filter Web content, which makes it possible that your Web Common Law citation may include objectionable material.

Search Strategy

Query

+"LULU STUDIO" OR LULUSTUDIO OR "LULU STUDIOS" OR LULUSTUDIOS

+"LULUS STUDIO" OR LULUSSTUDIO OR "LULUS STUDIOS" OR LULUSSTUDIOS

+"LU LU STUDIO" OR "LU LU STUDIOS"

+"LOULOU STUDIO" OR "LOULOU STUDIOS"

+"LOOLOO STUDIO" OR "LOOLOO STUDIOS"

+"LOO LOO STUDIO" OR "LOO LOO STUDIOS"

+"LU STUDIO" OR "LU STUDIOS"

LULU OR LULUS SOFTWARE

LULU 023539
CONFIDENTIAL

## Web Common Law Summary

| Record Number | URL | Web Page Title | Page |
|---|---|---|---|
| 1. | http://www.etsy.com/shop.php?user_id=5111426 | Etsy :: LuluStudio | 175 |
| 2. | http://www.lulustudio.com/ | Welcome to Lulu Studio | 177 |
| 3. | http://lulustudio.id666.com/ | LULU / LULU STUDIO | 179 |
| 4. | http://www.lulu-studio.com/ | Lulu Studios: The Art & Design of Leah Moore | 181 |
| 5. | http://www.manta.com/comsite5/bin/pddnb_company.pl?pdlanding=1&referid=4490&id=g44sc3&y=042B17FDE57A1C6A84&i=482&c=27347&q=02%5eSSHPM%5bL7=SJSJ%3fLKJ%5bVP=%3fPM%3fSJSJLKJ%5bVP%3fPM%3f=SJSJ%3fLKJ%5bVPL=%3fPM%3fSJSJLKJ%5bVPL6&e=utf-8&r=10&d=wow~F857-en-us&n=0QJKK1L70EAKD3EK&s=21&t=&m=469528FF&x=05D793A239F605F87058CAAB1373E044CA | Lulu Studio Inc - Charlestown, Rhode Island (RI) I Company Profile | 183 |
| 6. | http://www.lulusstudio.com/ | LuLu's Studio | 185 |
| 7. | http://www.loumarshalldesign.com/studio.htm | LouLou's Studio | 187 |
| 8. | http://www.lustudios.com/ | Lu Studios: Innovative Media Solutions | 189 |
| 9. | http://lelustudio.com/ | Le Lu Studio - Home Page | 191 |
| 10. | http://www.jasonlu.com/yoga.htm | Home | 193 |
| 11. | http://www.shirleylustudio.com/ | LU STUDIO-INDEX | 195 |
| 12. | http://www.beverleylustudio.com/ | Beverley Lu Studio | 197 |

LULU 023540
CONFIDENTIAL

**LULU STUDIO**

**WCL-1**
**Web Common Law**

## http://www.etsy.com/shop.php?user_id=5111426

Etsy :: LuluStudio

THIS REFERENCE WAS RETRIEVED THROUGH ADDITIONAL RESEARCH

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Etsy :: LuluStudio |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |

LULU 023541
CONFIDENTIAL



**LULU 023542
CONFIDENTIAL**

**LULU STUDIO**

## http://www.lulustudio.com/

Welcome to Lulu Studio

info@**lulustudio**.com.

www.**lulustudio**.com/ - 2k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to Lulu Studio |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |

LULU 023543
CONFIDENTIAL



how lulu are you?
find out soon

**LULU studio inc**
**53 ross hill road**
**charlestown ri 02813**
**P 401.322.0769**
**F 401.322.7546**

info@lulustudio.com

**LULU 023544**
**CONFIDENTIAL**

**LULU STUDIO**

WCL-3
Web Common Law

## http://lulustudio.id666.com/

LULU / LULU STUDIO

**lulustudiolulustudio.id666.com** - 2k - Cached

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LULU / LULU STUDIO |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |

LULU 023545
CONFIDENTIAL



**LULU STUDIO**
DIGITAL SERVICE PROVIDER

Cited Term

I think,

Therefore

I am.

CHINESE        SITEMAP

LANGUAGE
acquisition / application

LINGUISTICS
computational / cognitive

COMPUTER
programming / design

ABOUT LULU
CV / contact / personal

LULU 023546
CONFIDENTIAL

## http://www.lulu-studio.com/

Lulu Studios: The Art & Design of Leah Moore

Graphic Design, Screen print T-shirt, Logo, Boutique Design, Poster, Packaging, Identity, by designer Leah

Moore of **Lulu Studios** based in Myrtle Beach, ...

www.lulu-studio.com/ - 6k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Studios: The Art & Design of Leah Moore |
| **Keywords:** | graphic design, screen print design, logo design, packaging design, poster desi gn, boutique design, identity, advertising, hi end designer, graphic designer, myr tle beach, south carolina, t-shirt desig n, business card design, ad design, mark eting, freelance graphic design, freelance designer, leah moore, leah moore gra phic design, leah moore south carolina, graphic design south carolina, graphic de sign east coast, surf design, lulu studios, pop displays, graphic designer sou th carolina, graphic designer myrtle beach |
| **Description:** | Graphic Design, Screen print T-shirt, Logo, Boutique Design, Poster, Packaging, Identity, by designer Leah Moore of Lulu Studios based in Myrtle Beach, South Carolina. |
| **Status:** | Accessible |

LULU 023547
CONFIDENTIAL



http://www.lulu-studio.com/

LULU 023548
CONFIDENTIAL

**http://www.manta.com/comsite5/bin/pddnb_company.pl?pdlanding=1&referid=4490&id=g 44sc3&y=042B17FDE57A1C6A84&i=482&c=27347&q=02%5eSSHPM%5bL7=SJSJ%3fLKJ %5bVP=%3fPM%3fSJSJLKJ%5bVP%3fPM%3f=SJSJ%3fLKJ%5bVPL=%3fPM%3fSJSJLKJ %5bVPL6&e=utf-8&r=10&d=wow~F857-en-us&n=0QJKK1L70EAKD3EK&s=21&t=&m= 469528FF&x=05D793A239F605F87058CAAB1373E044CA**

Lulu Studio Inc - Charlestown, Rhode Island (RI) I Company Profile

THIS REFERENCE WAS RETRIEVED THROUGH ADDITIONAL RESEARCH

**Web Page Information**

**HTML Title:**          Lulu Studio Inc - Charlestown, Rhode Island (RI) I Company Profile

**Keywords:**           Lulu Studio Inc Company Profile, Lulu Studio Inc, Charlestown, Rhode Island (RI), Business Information Resources, Business Services Industry, Free Company Profiles, Contact, Sales and Financial Data.

**Description:**         Lulu Studio Inc company profile in Charlestown, RI. Our free company profile report for Lulu Studio Inc includes business information such as contact, sales and financial data.

**Status:**             Accessible

Search: 139562311                                    **Web Common Law Page: 183**

**LULU 023549
CONFIDENTIAL**



What is your credit score? See your score in seconds!    privacymatters.com

| Excellent | 750 – 850 | Fair | 620 – 659 | I Don't Know | ??? |
| Good | 660 – 749 | Poor | 400 – 619 | Find out INSTANTLY! | |

Home | About Us | Customer Service | FAQ | My Account | Reading Room | View Cart    Login:    Not a member? Learn more.

# MANTA essential business information on demand

Search U.S. Companies    Enter Company Name

Cited Term

Companies: U.S., Public, Worldwide | Find Jobs: U.S.    Browse: Industries, Publishers, News    Resources: Business, Careers

Company Profiles > Find Companies / Charlestown, RI > Business Services > Other Business Services > Business Services, NEC > Design, commercial and industrial > Lulu Studio Inc Company Profile

## Lulu Studio Inc

53 Ross Hill Rd, Charlestown, RI 02813-2605, United States  (Map) (Add Company Info)
**Phone:** (401) 322-0769
**SIC:** Business Services, NEC
**Line of Business:** Business Services

*Ads by Google on Business Services†*

Graphic Design Jobs  Graphic Design Jobs directory Find Graphic Design Jobs

Commercial Design  Expert Architects For Interior, Exterior Design & Master Planning

Commercial Interior  Top 6 Websites For Commercial Interior Design

†The ads are not affiliated with Lulu Studio Inc

**Detailed Lulu Studio Inc Company Profile**
This company profile is for the private company Lulu Studio Inc, located in Charlestown, RI.
Lulu Studio Inc's line of business is business services.

**Company Profile: Lulu Studio Inc**
**Year Started:** N/A
**State of Incorporation:** RI
**URL:** N/A
**Location Type:** Single Location
**Stock Symbol:** N/A
**Stock Exchange:** N/A
**Also Does Business As:** N/A
**NAICS:** N/A
**SIC #Code:** ☐ View Details
**Est. Annual Sales:** ☐ View Details
**Est. Employees:** 1
**Est. Employees at Location:** 1
**Contact Name:** Chad Borke
**Contact Title:** President

*Data above provided by D&B.*

**Additional Information on Lulu Studio Inc**

**Have some information to add about Lulu Studio Inc?**
Manta allows *you* to make additions and corrections to the information available for the *Lulu*

Add info to the Lulu Studio Inc profile (Learn More)

Find reports and articles on Lulu Studio Inc

Find other Lulu Studio Inc companies

More Companies in:
» This Industry
» Charlestown, RI

Find Jobs in Charlestown, RI

**Graphic Design Jobs**
Graphic Design Jobs directory Find Graphic Design Jobs
GraphicDesign.listinglynx.com

**Commercial Interior**
Top 6 Websites For Commercial Interior Design
www.picks-finder.com

**New View = New Viewpoint**
View movidea.com for Graphic Design Moving Ideas for marketing & design
www.movidea.com

**Commercial Design**
Baskervil architects for interior, exterior design & master planning
www.baskervil.com

Ads by Google

insight

- 30-Year Fixed
- 15-Year Fixed
- 7-Year ARM
- 5-Year ARM
- Interest Only
- Home Improvement
- Home Equity
- $123,995 Loan for $412/month
- $149,799 Loan for $494/month
- $174,675 Loan for $579/month
- $201,179 Loan for $664/month

LULU 023550
CONFIDENTIAL

## http://www.lulusstudio.com/

LuLu's Studio

www.lulusstudio.com/ - 2k - Cached - Similar pages

**Web Page Information**

**HTML Title:**              LuLu's Studio
**Keywords:**
**Description:**
**Status:**                  Accessible

LULU 023551
CONFIDENTIAL



Cited Term

LuLu's Studio offers unique, custom _____ ations that will add fun and whimsy to any decor. Our hand painted can _____ n to bring Ooh's and Aah's from the party guests as well as the recipient! The canvases need no framing and are custom painted and personalized just for you. You can have as much or as little input as you like. The possibilities are endless!!! Either way, your unique gift is sure to be the talk of the party or special occasion.

We offer a wide variety of canvases and Signature signs to insure that perfect gift! We have shown up at Baby Showers, Birthdays, Weddings, Graduations, Anniversaries, House Warmings, and even over Pet Beds! I can accomodate just about any request tha you may have, to match any decor. I love to embellish our canvases with buttons, bows, rhinestones, silver spoons, vintage keys, or anything personal that would add that specia touch. All of our canvases are gallery quality "stretched" canvas, painted with acrylic paint and sealed with a matte varnish to last a life time. Each canvas comes ready to hang with hardware installed.

I enjoy talking with my customers to ensure customer satisfaction and I encourage you to call me (740-881-0872) if you have any questions or need help with a special gift idea.

Due to the demand for our product and our committment to excellence, please allow 4-6 weeks.

**Home**

**Gallery**

**Prices**

**Order**

http://www.lulusstudio.com/

LULU 023552
CONFIDENTIAL

## http://www.loumarshalldesign.com/studio.htm

LouLou's Studio

**LouLou's studio** store carries LouLou's whimsically illustrated line of fabrics, room accessories, personaliz ed canvas borders, bed and bath collections, ...

www.loumarshalldesign.com/studio.htm - 2k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LouLou's Studio |
| **Keywords:** | |
| **Description:** | |
| **Status:** | Accessible |

LULU 023553
CONFIDENTIAL

**LouLou's Whimsicals Design Studio**

LouLou's studio store carries LouLou's whimsical illustrated line of fabrics, room accessories, personalized canvas borders, bed and bath collections, and artwork. _____ line of products can be personalized for that extra special custom touch.

[Cited Term]

The studio is open by chance or by appointment. Call (484) 680-4487 or email lou@loulouswhimsicals.com.

Located at the Willowdale Towne Center in Kennett Square, PA. Enter LouLou's Design Studio through The Green Bee across from Sovana Bistro.

688 Unionville Road (Rt. 82)
Kennett Square, PA 19348
(Click Here to go to Google Maps)



http://www.loumarshalldesign.com/studio.htm

Search: 139562311                    Web Common Law Page: 188

LULU 023554
CONFIDENTIAL

## http://www.lustudios.com/

Lu Studios: Innovative Media Solutions

**Lu Studios** is a full service design and development company that provides professional internet and paper media solutions.

www.lustudios.com/ - 2k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lu Studios: Innovative Media Solutions |
| **Keywords:** | freelance, web, design, flash, photoshop, logo, html, css, javascript, dhtml, development |
| **Description:** | Lu Studios is a full service design and development company that provides professional internet and paper media solutions. |
| **Status:** | Accessible |

Search: 139562311                                          **Web Common Law Page: 189**

**LULU 023555
CONFIDENTIAL**



CLICK IMAGE TO ENTER
GET FLASH PLAYER

© 2003-2006 LU STUDIOS. ALL RIGHTS RESERVED.

http://www.lustudios.com/

LULU 023556
CONFIDENTIAL

## http://lelustudio.com/

Le Lu Studio - Home Page

Contemporary hair and makeup styles in Palo Alto, CA. Creating natural and sophisticated designs that mak es an impact.

lelustudio.com/ - 10k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Le Lu Studio - Home Page |
| **Keywords:** | hair salons, bay area salon, palo alto salon, high art fashion, hair, makeup, wed ding makeup services, hair and makeup services, bridal services, wedding servi ces, wedding makeup, thermal straight, Ja panese straight, magic straight, textu ring services, bay area Japanese perm, Japanese perm, palo alto straight hair, perm, modern hair styles, contemporary makeup and hair service, fashion, mak eovers, airbrush makeup, special event makeup, Christmas makeup, holiday makeup, hair updos, updos, special updos, party hair, California salon, south bay hair salon, sunnyvale hair salon, bay area makeup ar tist, makeup specialis t, before and after makeup, editorial, fashion magazine styles, images, classic hair designs, classic hair, simple hair style, lashes, lavish lashes, fake eye lashe s, eye lash ex tension, lash extension, color specialist, lowlights, retro hair desig ns, retro makeup designs, retro style, classic hair, classic makeup, classic hairc olor, highlights, dimensional coloring, hair col or, holiday designs, modern hair colors, makeup designs, makeup styles, women of color designs, Sunnyvale hair, Sunnyvale makeup, mountain view hair, mountain view makeup |
| **Description:** | Contemporary hair and makeup styles in Palo Alto, CA. Creating natural and sophisticated designs that makes an impact. |
| **Status:** | Accessible |

LULU 023557
CONFIDENTIAL



LULU 023558
CONFIDENTIAL

**LULU STUDIO**

## http://www.jasonlu.com/yoga.htm

Jason Lu Studio - Yoga

www.**jasonlu**.com/yoga.htm - 7k - Cached

**Web Page Information**

**HTML Title:**          Home
**Keywords:**
**Description:**
**Status:**               Accessible

**LULU 023559**
**CONFIDENTIAL**



## Welcome to the website of Jason Lu

"Yanse" is Colour in Chinese. The reason for choosing this subject matter is that colour is actually an illusion and what we see is a mutation of vibrations of energy which objects transmit and we in turn translate into forms and hence into objects. These energies are, on the one hand 'unleashed', as they burst out into the atmosphere in waves to our brains, and, on the other hand, they are leashed together to form the thoughts and concepts we are taught and which are constrained or 'leashed' into linguistic terms.we call 'words'. Thoughts are words, words
become thoughts - logic versus creativity, unleashed versus leashed.

The underlying link between these works is the framework. Once again, a frame is what 'leashes' the work, but in this collection the frame is flexible, blurring the subjective boundaries between what is leashed and unleashed on both a physical and an abstract level.. This is an attempt of reflecting the dichotomy that lies within me, the ying and yang as it were, call it what you wish, positive and negative, light and dark, leashed and unleashed!

I wasn't prepared for this having not long left my childhood behind. I was stripped down to my naked soul from where I had to struggle to Being able to speak only 20 words of English, communication was virtually impossible so I felt alienated at school.

I Developed by:   I Studio Contact     Support an exhibition

http://www.jasonlu.com/yoga.htm

Search: 139562311                                    Web Common Law Page: 194

LULU 023560
CONFIDENTIAL

**LULU STUDIO**

## http://www.shirleylustudio.com/

LU STUDIO-INDEX

SHIRLEY **LU STUDIO**: Fine Art Portfolio Collection of artist Shirley Lu.

www.shirleylustudio.com/ - 2k - Cached - Similar pages

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LU STUDIO-INDEX |
| **Keywords:** | fine art, art, painting, oil painting, portraiture, portrait, landscape, artist, shirley lu |
| **Description:** | SHIRLEY LU STUDIO: Fine Art Portfolio Collection of artist Shirley Lu |
| **Status:** | Accessible |

LULU 023561
CONFIDENTIAL



http://www.shirleylustudio.com/

Search: 139562311

Web Common Law Page: 196

LULU 023562
CONFIDENTIAL

## http://www.beverleylustudio.com/

Beverley Lu Studio

Welcome To. Photography. Art Gallery. Web Graphics.

www.beverleylustudio.com/ - 2k - Cached - Similar pages

**Web Page Information**

**HTML Title:**              Beverley Lu Studio
**Keywords:**
**Description:**
**Status:**                  Accessible

**LULU 023563
CONFIDENTIAL**



http://www.beverleylustudio.com/

LULU 023564
CONFIDENTIAL

**LULU STUDIO**

## Common Law Database Summary Page

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|---|---|---|---|---|---|
| | | | **GROUP ONE** | | |
| | | | **No Group One Matches** | | |
| | | | **GROUP TWO** | | |
| | | | **No Group Two Matches** | | |
| | | | **GROUP THREE** | | |
| 1. LOU LOU | 16 | ROGERS MEDIA PUBLISHING | GALE DIRECTORY OF PUBLICATIONS - 141ST EDITION | 204 | ☐ |
| | | | **GROUP FOUR** | | |
| 2. PDI STUDIO | 9 | IMAGEWARE SYSTEMS INC. | THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION. | 206 | ☐ |
| | | | **GROUP FIVE** | | |
| | | | **No Group Five Matches** | | |

Search: 139562311          Analyst: JOEL FELDMAN          Common Law/Database Summary Page: 199

LULU 023565
CONFIDENTIAL

## ANALYST REVIEW - COMMON LAW DATABASE REPORT

Search Information

Type of Search: **FULL SEARCH**
Mark: **LULU STUDIO**
Goods/Services: **WEB-HOSTED SOFTWARE APPLICATION FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; SOFTWARE FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; DESKTOP PUBLISHING**

Data Information

**Please see COMMON LAW SOURCE LIST for complete listing of our print and computerized common law sources.**

In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database). The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web. Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner. Owner Matching is an alphabetical, word for word match. Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

Owner Information

Owner Information provides business information about the last reported owner of a trademark, based on a programmatic matching of USPTO, State and certain Common Law trademark records and any business information associated with the trademark owner. We do not guarantee the accuracy of the programmatic matching nor the accuracy of the business information provided by our third party vendors.

Analyst Information

Name: **JOEL FELDMAN**
Comments: **I developed the following search strategy to provide a comprehensive, accurate report. These queries, listed below, retrieved 19 potential references from the database. After careful review and analysis I have selected 2 records for your review.**

Search Strategy

| Type | Query | Classes | #References |
|------|-------|---------|-------------|
| 1. EXACT MARK | LULUSTUD(I,Y)(O,OS) <and> | ALL CLASSES | 0 |

LULU 023566
CONFIDENTIAL

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | GOODS PREFIX | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 2. | EXACT MARK | LULUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 3. | EXACT MARK | LULUSTUD(I,Y)(O,OS) | ALL CLASSES | 0 |
| 4. | PREFIX | LULUSTUD(I,Y)O <and> | ALL CLASSES | 0 |
| | GOODS PREFIX | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 5. | PREFIX | LULUSTUD(I,Y)O | 9,35,42,16 | 0 |
| 6. | PREFIX | LULUSTUD(I,Y)O | ALL CLASSES | 0 |
| 7. | LETTERSTRING LETTERSTRING | LULU <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 8. | PREFIX LETTERSTRING | LULU <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 9. | PREFIX LETTERSTRING | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 10. | LETTERSTRING LETTERSTRING | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> STUD(I,Y)O | ALL CLASSES | 0 |
| 11. | LETTERSTRING LETTERSTRING | LULU <and> STUD | ALL CLASSES | 0 |
| 12. | LETTERSTRING LETTERSTRING | LULU <and> D(I,Y)O | ALL CLASSES | 0 |
| 13. | PREFIX | LULUSTU | ALL CLASSES | 0 |
| 14. | PREFIX | LULUS | 9,35,42,16 | 0 |
| 15. | LETTERSTRING LETTERSTRING | LULU <and> STU | 9,35,42,16 | 0 |
| 16. | LETTERSTRING LETTERSTRING | LULU <and> D(I,Y)O | 9,35,42,16 | 0 |
| 17. | PREFIX | LULU <and> | ALL CLASSES | 0 |

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **Common Law/Database Review Page: 201**

LULU 023567
CONFIDENTIAL

Search Strategy

| Type | Query | Classes | #References |
|---|---|---|---|
| GOODS PREFIX | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 18. PREFIX | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) <and> | ALL CLASSES | 0 |
| GOODS PREFIX | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 19. WORD | LULU | 9,35,42,16 | 4 |
| 20. PREFIX | LULU | 9,35,42,16 | 1 |
| 21. PREFIX | L(U,OU,EW,EU, UE)L(U,OU,EW,EU) | 9,35,42,16 | 3 |
| 22. PREFIX LETTERSTRING | LU <and> STUD(I,Y)O | 9,35,42,16 | 0 |
| 23. LETTERSTRING LETTERSTRING | ULU <and> STUD(I,Y)O | 9,35,42,16 | 0 |
| 24. SUFFIX | LUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 25. PREFIX LETTERSTRING | L <and> STUD(I,Y)O | 9,35,42,16 | 9 |
| 26. SUFFIX GOODS PREFIX | STUD(I,Y)O <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE) <and> | ALL CLASSES | 2 |
| GOODS PREFIX | (BOOK,PUBLIS, PHOTO,DESKT) | | |
| 27. SUFFIX GOODS PREFIX | STUD(I,Y)OS <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE) <and> | ALL CLASSES | 0 |
| GOODS PREFIX | (BOOK,PUBLIS, PHOTO,DESKT) | | |
| 28. SUFFIX | USTUD(I,Y)O | 9,35,42,16 | 0 |
| 29. SUFFIX | USTUD(I,Y)OS | 9,35,42,16 | 0 |

Class Identification

| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
|---|---|

**Search: 139562311**       **Analyst: JOEL FELDMAN**       **Common Law/Database Review Page: 202**

LULU 023568
CONFIDENTIAL

**LULU STUDIO**

| Class Identification | |
|---|---|
| 16 | PAPER GOODS AND PRINTED MATTER |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |

**Search: 139562311        Analyst: JOEL FELDMAN        Common Law/Database Review Page: 203**

**LULU 023569
CONFIDENTIAL**

**LULU STUDIO**

CL-1
**Group:** Three

# LOU LOU

**Goods/Services:** CANADIAN SHOPPING MAGAZINE INCLUDING ARTICLES ON FASHION, BEAUTY, LIFESTYLE AND DECOR TARGETING WOMEN FROM 18 TO 35. FRENCH AND ENGLISH VERSION

**Assigned Class(es):** 16

**Owner:**

ROGERS MEDIA PUBLISHING 1 MOUNT PLEASANT RD., 7TH FL. TORONTO, ON M4Y 2Y5 416-764-2000

**Owner Fax:** (416)764-1709

**E-Mail:** LOULOU@INDAS.CA

✓ **URL:**   http://www.louloumagazine.com/

**Source:**

GALE DIRECTORY OF PUBLICATIONS - 141ST EDITION

**Source Volume:** GALE DIRECTORY OF PUBLICATIONS AND BROADCAST MEDIA GDPBM

**Publication Date:** 2006

---

**Web Page Information**   (✓ = Web Page Look-Up)

**HTML Title:**                    .: LOULOU :.
**Status:**                         Accessible

**Search:** 139562311                **Analyst:** JOEL FELDMAN          **Common Law/Database Page:** 204

**LULU 023570
CONFIDENTIAL**



LULU 023571
CONFIDENTIAL

**LULU STUDIO**

CL-2
Group: Four

# PDI STUDIO

**Goods/Services:** DIGITAL PHOTOGRAPHY SOFTWARE

**Assigned Class(es):** 9

**Owner:**

 IMAGEWARE SYSTEMS INC. 10883 THORNMINT RD SAN DIEGO CA 92127 858-673-8600

**Owner Fax:** (858)673-1770

**E-Mail:** corporate@iwsinc.com

✓ **URL:** http://www.iwsinc.com

**Year Founded:** 1987

**Source:**

THE ADVERTISING RED BOOKS - ADVERTISER'S EDITION.

**Publication Date:** 2006

---

**Web Page Information**    (✓ = Web Page Look-Up)

**HTML Title:**      ImageWare Systems, Inc.

**Keywords:**      imageware systems, 1:1 matching, 1:n matching, 2d bar code, 3d bar code, 9303, aamva, access control, AFIS, agora, airport security, archivo criminal, authentication, aviation, badge, badging solution, badging, bar code, barcode, biometric, booking software, booking system, booking, canon, card encoding, card issuance, card printing, card swipe, card, cards, cardservice, cardware, ccs, component toolkit, composite sketching, composite, consumables, corrections, cr100, cr79, cr80, credenciales seguras, crime capture system, Crime lab, Crime web, crimes, crossmatch, database management, datastrip, digital booking, digital camera, digital lab, digital photo lab, digital photography, dilleta, direct card printer, drivers license, employee ID, encryption, epiaviation, epibuilder, episuite, face id, facial recognition, fargo, Ficha criminal, fingerprint, generacion pasaportes, government, handheld, hid, ICAO, id badge, id badging, id card design, ID card software, id cards, ID laminate, ID management software, ID management system, ID SDK, bioapi, ID software, ID toolkit, ID, IDX, identifer for windows, identificacion digital, identification card, identification software, identification, identify, identity, identix, idserver, image capture, imageware, Imagewear, imaging, inmate wristbands, integrators, investigacion criminal, investigacion policial, investigations, investigative software, jail management, jail, jci, JMS, laser engraving, law enforcement, lead tools, legic, Licenicas de conductor, lineup, live scan, livescan, mag stripe encoder, magnetic stripe ncoding, magstripe, membership cards, mifar, mug shot, mugbook, mugshot, multimodal biometric searching, national ID, Olympus, oracle, overlaminate, pasaportes, passport, pc event, pc pro, pda, pdf417, pdi, pdisuite, personnel ID, Photo cards, Photo ID Management System, photo id, Photo Identification, photo lab, photo lineups, picturemore.com, pki, pocket ccs, Polaroid, police, portrait & wedding, positive identification, printer drivers, prolab, prox cards, proximity cards, PVC cards, records management, RMS, school & group, school days, school photos, SDK, secure credential, secure document design, security badge, security card, security software, security systems, security, service bureau, sheriff, smart card, smart chip, software, solutions, sports & event, sql server, studio, suspect id, td1, td2, travel document, vehicle id, vehicle identification, visa, visas consulares, visitor tracking, voter registration, winbadge aviation, wristbands, PIV, HSPD12, ePassport, Print Farm, Registered Traveler, FIPS 201

**Description:**      Providing identification, biometric and digital imaging software solutions for law enforcement, professional photographers, government and corporations.

**Status:**      Accessible

---

**Search: 139562311**        **Analyst: JOEL FELDMAN**        **Common Law/Database Page: 206**

**LULU 023572**
**CONFIDENTIAL**



**IWS · IMAGEWARE SYSTEMS, INC.**    identity management solutions

SOLUTIONS    PRODUCTS    SLPPORT    PARTNERS    NEWS    INVESTORS    ABOUT IWS    CONTACT



*ImageWare Announces Complete PIV Solution; Demonstrates to Federal Agencies at NIST PIV Demonstration*



F R O S T  &  S U L L I V A N

**Biometrics**
**Product Innovation of the Year Award**

**NEWS**
June 18, 2007
ImageWare Systems Receives $700,000 in New Orders
May 16, 2007
ImageWare PIV Solution Granted "Ready for Tivoli Software" Mark
May 16, 2007
ImageWare Announces May 16th Conference Call with Investors

**REPORTS**
Nov 28-30
Terror Response Technology Report

**UPCOMING EVENTS**
Jun 5-7
DoD Cross Domain Management Office Conference
Jul 22-26
IAI Conference
Aug 7-8
MidWest Security & Police Conference/Expo
Aug 14-16
Force Protection Equipment Demonstration VI (FPED VI)
Aug 26-30
21st Annual AFIS Internet Conference
Sep 11-13
Biometrics Technology Expo
Sep 24-27
ASIS
Oct 1-3
COPSWest
Oct 8-10
IWS Law Enforcement User Group Training Conference
Oct 13-17
IACP
Oct 18-19
Biometrics Conference 2007

SOLUTIONS | PRODUCTS | SUPPORT | PARTNERS | NEWS | INVESTORS | ABOUT IWS

**http://www.iwsinc.com**

Search: 139562311          Analyst: JOEL FELDMAN          Common Law/Database Page: 207

**LULU 023573**
**CONFIDENTIAL**

This page was intentionally left blank.

LULU 023574
CONFIDENTIAL

## Business Name Database Summary Page

| Citation | SIC Code Description | D-U-N-S® Number | Page | Record of Interest |
|---|---|---|---|---|

---

### GROUP ONE

1.  LULU STUDIO INC

    73891801 ″DESIGN, COMMERCIAL AND INDUSTRIAL″ 138362913/D&B  212   ☐

---

### GROUP TWO

#### No Group Two Matches

---

### GROUP THREE

#### No Group Three Matches

---

### GROUP FOUR

#### No Group Four Matches

---

### GROUP FIVE

#### No Group Five Matches

**Search: 139562311**        **Analyst: JOEL FELDMAN   Common Law/Business Name Summary Page: 209**

LULU 023575
CONFIDENTIAL

## ANALYST REVIEW - COMMON LAW/BUSINESS NAME REPORT

---

Search Information

| | |
|---|---|
| Type of Search: | **FULL SEARCH** |
| Mark: | **LULU STUDIO** |
| Goods/Services: | WEB-HOSTED SOFTWARE APPLICATION FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; SOFTWARE FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; DESKTOP PUBLISHING |

---

Data Information

**DUN & BRADSTREET®** records, compiled from their marketing, credit and business investigation lists contains:

-name of the business
-secondary or "DBA" name, if applicable
-city, state, zip code, and telephone number
-D-U-N-S® number
-up to six SIC codes & corresponding description of goods/services.
-sales volume

**LAST D&B UPDATE**            **06/20/2007**

In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database). The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web. Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

---

Analyst Information

| | |
|---|---|
| Name: | **JOEL FELDMAN** |
| Comments: | **This report is the result of a computerized search of approximately twenty one million business names. The databases used are licensed from Dun & Bradstreet, Inc.®(D&B®). While D&B considers their databases reliable, the accuracy, currentness and completeness cannot be guaranteed.** |
| | **I developed the following search strategy to provide a comprehensive, accurate report. These queries, listed below, retrieved the records that follow.** |

---

Search Strategy

| Type | Query | Classes | #References |
|---|---|---|---|
| 1. EXACT MARK | LULUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 2. EXACT MARK | LULUSTUD(I,Y)(O,OS) | ALL CLASSES | 0 |

---

**Search: 139562311**        **Analyst: JOEL FELDMAN**        **Common Law/Business Name Review Page: 210**

**LULU 023576
CONFIDENTIAL**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 3. | EXACT MARK | LULUSTUD(I,Y)(O, OS)(0 - 255 CHARACTERS) <and> | 9,35,42,16 | 1 |
| | WORD | LULUSTUD(I,Y)(O,OS) | | |
| 4. | WORD | LULUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 5. | WORD | LULUSTUD(I,Y)(O,OS) | ALL CLASSES | 0 |
| 6. | PREFIX | LULUSTUD(I,Y)O | 9,35,42,16 | 0 |
| 7. | PREFIX | LULUSTUD(I,Y)O | ALL CLASSES | 0 |
| 8. | EXACT MARK | LULU(0 - 255 CHARACTERS) <and> | 9,35,42,16 | 0 |
| | WORD | LULU <and> | | |
| | WORD | STUD(I,Y)(O,OS) | | |
| 9. | EXACT MARK | STUD(I,Y)(O, OS)LULU(0 - 255 CHARACTERS) <and> | 9,35,42,16 | 0 |
| | WORD | STUD(I,Y)(O,OS)LULU | | |
| 10. | WORD | LULU <and> | 9,35,42,16 | 0 |
| | WORD | STUD(I,Y)(O,OS) | | |
| 11. | EXACT MARK | LULU(0 - 255 CHARACTERS) <and> | 9,35,42,16 | 0 |
| | PREFIX | STUD(I,Y)O | | |
| 12. | EXACT MARK | LULUSTUD(I,Y)(0 - 255 CHARACTERS) | 9,35,42,16 | 0 |
| 13. | EXACT MARK | LULUSTUD(0 - 255 CHARACTERS) | 9,35,42,16 | 0 |

Class Identification

| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
|---|---|
| 16 | PAPER GOODS AND PRINTED MATTER |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |

**Search: 139562311          Analyst: JOEL FELDMAN     Common Law/Business Name Review Page: 211**

LULU 023577
CONFIDENTIAL

**LULU STUDIO**

**BN-1**
**Group:** One

**LULU STUDIO INC**

| | | |
|---|---|---|
| **Address:** | | 53 ROSS HILL RD |
| | | CHARLESTOWN, RI 02813-2605 |
| **Phone:** | | 401-322-0769 |
| **Line Of Business:** | | BUSINESS SERVICES |
| **SIC Code/Description:** | | |
| | | 73891801 "DESIGN, COMMERCIAL AND INDUSTRIAL" |
| **Sales Volume:** | | $65,000 ESTIMATE |
| **Employees Total:** | | 1 |
| **Employees Here:** | | 1 |
| **Legal Status:** | | Corporation |
| **D-U-N-S® Number:** | | 138362913-D&B |

**In-Use Information**

| | |
|---|---|
| **Citation Link:** | None Found |
| **Owner Link:** | None Found |
| **In-Use Link:** | None Found |

**Search:** 139562311          **Analyst:** JOEL FELDMAN          **Common Law/Business Name Page:** 212

**LULU 023578**
**CONFIDENTIAL**

**LULU STUDIO**

### Gale Group Database Summary Page

| Citation | Class(es) | | Page | Record of Interest |
|---|---|---|---|---|

**GROUP ONE**

**No Group One Matches**

**GROUP TWO**

**No Group Two Matches**

**GROUP THREE**

**No Group Three Matches**

**GROUP FOUR**

**No Group Four Matches**

**GROUP FIVE**

**No Group Five Matches**

Search: 139562311          Analyst: JOEL FELDMAN  Gale Group Database Summary Page: 213

**LULU 023579
CONFIDENTIAL**

### GALE GROUP DATABASES

Disclaimers

The Gale Databases are copyrighted by the Gale Group, Inc., a Delaware Limited Partnership. The Databases are provided "as is" without warranty of any kind. Neither Gale nor any of its data suppliers make any warranty whatsoever as to the accuracy of completeness of any of the Databases or the results to be obtained from using the information contained therein and neither Gale nor any of its data suppliers shall be responsible for any claims attributable to errors, omissions or other inaccuracies in the information contained in any Databases. The entire risk for the results and performance of the Databases is assumed by the user. Further, neither Gale nor any of its data suppliers make any representations or warranties either express or implied, with respect to any of the Databases, including, but not limited to, the quality, performance, merchantability or fitness for a particular purpose of the Databases or any information contained therein. In no event shall Gale or any of its data suppliers be liable for direct, indirect, special, incidental or consequential damages arising out of the use or inability to use any Database or for any loss or damage of any nature caused to any person as a result of that use. Material contained in the Databases may not be duplicated or redistributed without the prior written consent of Gale, except that one print copy of search output is permitted for use within the customer's organization and that search output may be stored temporarily in electronic media for editing or reformatting and subsequent printing of one print copy of search output for internal use.

GALE HEALTH & WELLNESS DATABASE[SM]: The material contained in the Gale Health & Wellness Database[SM] ("Database") is provided for informational purposes only and should not be construed as medical advice or instruction. No action should be taken based upon the information contained in the Database. Consult an appropriate health professional for advice relating to a medical problem or condition.

**LULU 023580**
**CONFIDENTIAL**

**LULU STUDIO**

## ANALYST REVIEW - GALE GROUP DATABASE REPORT

---

Search Information

Type of Search:  **FULL SEARCH**
Mark:  **LULU STUDIO**
Goods/Services:  **WEB-HOSTED SOFTWARE APPLICATION FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; SOFTWARE FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS; DESKTOP PUBLISHING**

---

Data Information

This search section includes references to product and company names found in more than 5,000 sources contained in the following Gale databases: Newsearch™, Business A.R.T.S.℠, Computer Database™, Health & Wellness Database℠, Legal Resource Index™, MagazineDatabase™, Management Contents®, National Newspaper Index™, Newswire ASAP™, Trade and Industry Database™, Aerospace/Defense Markets & Technology®(A/DM&T), Company Profile®, Marketing & Advertising Reference Service® (MARS), New Product Announcements/Plus® (NPA/Plus) and PROMT®.

Database content includes indexed information from articles, from trade and business journals and newsletters, local newspapers, national and international business publications, research studies, investment reports and press releases. Gale updates these databases on a daily basis.
Publication Dates from: 07/01/2005

In-Use Information

In-Use Information shows whether and how potentially conflicting trademarks are being used on the Web. We provide information, when available, on the citation, its owner and its use in commerce for up to 25 Group One citations per data source (USPTO, State, Common Law Database, Business Names and Gale Group Database). The search results included in this section are a selection of the information available at the time of the preparation of this search report, and are not a comprehensive representation of the Web. Any of the Web links included in your search report may become unavailable at any time following the preparations of this report.

---

Analyst Information

Name:  **JOEL FELDMAN**
Comments:  **I developed the following search strategy to provide a comprehensive, accurate report. The queries listed below retrieved the records that follow.**

---

Search Strategy

| Type | Query | Classes | #References |
|---|---|---|---|
| 1. EXACT MARK<br><br>GOODS PREFIX WORD | LULUSTUD(I,Y)(O,OS)<br><and><br>(SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 0 |
| 2. EXACT MARK | LULUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 3. EXACT MARK | LULUSTUD(I,Y)(O,OS) | ALL CLASSES | 0 |

---

LULU 023581
CONFIDENTIAL

**LULU STUDIO**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 4. | EXACT MARK | THELULUSTUD(I,Y)(O, OS) | ALL CLASSES | 0 |
| 5. | EXACT MARK<br><br>WORD | LULUSTUD(I,Y)(O, OS)(0 - 255 CHARACTERS) <and> LULUSTUD(I,Y)(O,OS) | ALL CLASSES | 0 |
| 6. | EXACT MARK | LULUSTUD(I,Y)(O, OS)(0 - 255 CHARACTERS) | ALL CLASSES | 0 |
| 7. | EXACT MARK<br><br>GOODS PREFIX WORD | STUD(I,Y)(O,OS)LULU <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 0 |
| 8. | EXACT MARK | STUD(I,Y)(O,OS)LULU | 9,35,42,16 | 0 |
| 9. | EXACT MARK | STUD(I,Y)(O,OS)LULU | ALL CLASSES | 0 |
| 10. | EXACT MARK<br><br>GOODS PREFIX WORD | LULUSTUD(I,Y)(0 - 255 CHARACTERS) <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 0 |
| 11. | EXACT MARK | LULUSTUD(I,Y)(0 - 255 CHARACTERS) | 9,35,42,16 | 0 |
| 12. | EXACT MARK<br><br>GOODS PREFIX WORD | LULUSTUD(0 - 255 CHARACTERS) <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | ALL CLASSES | 0 |
| 13. | EXACT MARK | LULUSTUD(0 - 255 CHARACTERS) | 9,35,42,16 | 0 |
| 14. | WORD<br><br>GOODS PREFIX WORD | LULUSTUD(I,Y)(O,OS) <and> (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | 9,35,42,16 | 0 |
| 15. | WORD | LULUSTUD(I,Y)(O,OS) | 9,35,42,16 | 0 |
| 16. | WORD | LULUSTUD(I,Y)(O,OS) | ALL CLASSES | 0 |

Search: 139562311                    Analyst: JOEL FELDMAN Gale Group Database Review Page: 216

LULU 023582
CONFIDENTIAL

**LULU STUDIO**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 17. | WORD | LULUSTUD(I,Y)(O, OS)(0 - 255 CHARACTERS) <and> | ALL CLASSES | 0 |
| | GOODS PREFIX WORD | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 18. | WORD | LULUSTUD(I,Y)(O, OS)(0 - 255 CHARACTERS) | 9,35,42,16 | 0 |
| 19. | WORD | STUD(I,Y)(O,OS)LULU <and> | ALL CLASSES | 0 |
| | GOODS PREFIX WORD | (SOFTW,INTERNET, ONLIN,WEB,CYBER, VIRTUAL,INTRANE, BOOK,PUBLIS, PHOTO,DESKT) | | |
| 20. | WORD | STUD(I,Y)(O,OS)LULU | 9,35,42,16 | 0 |
| 21. | WORD | LULUSTUD(0 - 255 CHARACTERS) | ALL CLASSES | 0 |

Class Identification

| | |
|---|---|
| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
| 16 | PAPER GOODS AND PRINTED MATTER |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |

**Search: 139562311        Analyst: JOEL FELDMAN Gale Group Database Review Page: 217**

LULU 023583
CONFIDENTIAL

**No pertinent references found.**

**LULU 023584**
**CONFIDENTIAL**

**LULU STUDIO**

## Domain Name Summary Page

| Citation | Owner | Page | Record of Interest |
|---|---|---|---|
| | **GROUP ONE** | | |
| 1. LULU-STUDIO.COM | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States | 224 | ☐ |
| 2. LULUSTUDIO.COM | lulu studio, inc. (LULUSTUDIO-DOM) 53 ROSS HILL RD CHARLESTOWN, RI 02813-2605 US | 226 | ☐ |
| 3. LULU-STUDIOS.COM | Ronald Ellliott P.O. Box 3096 Station Main Vancouver, BC V6B 3X6 CA | 228 | ☐ |
| 4. LULUSTUDIOS.COM | Steven Ponomarev 19 Avalon Ct Doylestown, Pennsylvania 18901 United States | 230 | ☐ |
| 5. LULUS-STUDIO.COM | lucinda maries 2596 seahorse avenue ventura 93001 CA UNITED STATES | 230 | ☐ |
| 6. LULUSSTUDIO.COM | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 registrant-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com | 232 | ☐ |
| | **GROUP TWO** | | |
| 7. STUDIOLULU.COM | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States | 234 | ☐ |
| 8. STUDIOLULU.ORG | DOTR-00526286 Lisa Gaffney-Goldberg Organization: Stiff Paper, Inc. 1112 Dusk View Dr. Merritt Island FL 32952 US Phone: +1.3214532327 Ext.: Fax Ext.: Email: lisagaffney@cfl.rr.com | 236 | ☐ |
| 9. LULUBELLESTUDIO.COM | Melissa Lynch P O Box 99800 EmeryVille 94662 CA US | 236 | ☐ |
| 10. LULUDESIGNSTUDIO.COM | Simply Design Studio 5156 woodfield dr. Centreville, Virginia 20120 United States | 238 | ☐ |
| 11. LULULEMONYOGASTUDIO.COM | X_Chematic Studios Tegucigalpa Tegucigalpa, Francisco Morazn 00000 HN | 240 | ☐ |

Search: 139562311                    **Analyst: JOEL FELDMAN**                    **Domain Name Summary Page: 219**

**LULU 023585
CONFIDENTIAL**

**LULU STUDIO**

| Citation | Owner | Page | Record of Interest |
|----------|-------|------|--------------------|
| 12. LULUPHOTOGRAPHYSTUDIO.COM | Lindsey Marshall PO Box 1233 Miami Beach, Florida 33119 United States | 240 | ☐ |
| 13. LULUBLUSTUDIOS.COM | Kaveh Adib 1600 North Oak Street Apt # 1725 Arlington, VA 22209 US Email: kaveh_69@yahoo.com | 242 | ☐ |
| 14. LULUARTSTUDIO.COM | Lulu Romo 111 Nowhere Yahooville, Federated States of Micronesia 34446 United States | 244 | ☐ |
| 15. ALULUSTUDIO.COM | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 | 246 | ☐ |
| 16. STUDIOULULU.COM | Studio Ululu Takuya Koaze (takuk@bigpond.com) +61.99679618 Fax: +61.99679618 90 Baroona Rd None Northbridge, NSW 2063 AU | 248 | ☐ |

## GROUP THREE

### No Group Three Matches

## GROUP FOUR

### No Group Four Matches

## GROUP FIVE

### No Group Five Matches

Search: 139562311        Analyst: JOEL FELDMAN        Domain Name Summary Page: 220

LULU 023586
CONFIDENTIAL

**LULU STUDIO**

## ANALYST REVIEW - INTERNET DOMAIN NAME REPORT

---

Search Information

Type of Search:  **FULL SEARCH**
Mark:              **LULU STUDIO**
Goods/Services:   **WEB-HOSTED SOFTWARE APPLICATION FOR USE IN THE DESIGN, CREATION AND
                  PUBLICATION OF BOOKS, PHOTOBOOKS, COOKBOOKS AND CALENDARS;
                  SOFTWARE FOR USE IN THE DESIGN, CREATION AND PUBLICATION OF BOOKS,
                  PHOTOBOOKS, COOKBOOKS AND CALENDARS; DESKTOP PUBLISHING**

---

Important Notices

Due to the constantly changing nature of the Internet, and the reasons detailed below, it is possible that the
status of domain names may change between the time this report is generated and the time you receive
this report. Therefore, we strongly recommend that you conduct additional domain name searching before
attempting to register a domain name or forming a final opinion on the availability of a trademark or domain
name.

* The dynamic nature of the Web allows for the registration of new domain names virtually continuously, 24
  hours a day.
* All steps are taken to ensure the completeness and accuracy of our database. However, due to
  registrar/registry administrative procedures during domain name registration, some domain names may
  not be present in our database.
* Domain name registrars do not report domain names which are not currently registered, nor do they
  report domain names which may be "on hold" with the registrar.
* All domain names cited in this report should be considered to be REGISTERED as of the time this report
  was generated.
* For common names, retrieval may be limited to the identical spelling of the name as ordered.

Due to the nature of the Web, and because we do not filter Web content, it is possible that the Web Page
Lookups included in this report may contain objectionable material. If you wish to avoid the possibility of
receiving such material, please contact us to "opt out" of Web Page Lookups.

---

Data Information

This report is the result of a computerized search of our database of top-level domain names. Our database
is regularly updated with domain name data from all ICANN-accredited registrars and covers the following
suffixes:

> .com - commercial (unrestricted use)
> .org - non-profit organization (unrestricted use)
> .net - network (unrestricted use)
> .edu - educational institution
> .gov - U.S. Government agency
> .info - information (unrestricted use)
> .biz - business

This report covers domain names updated to our database as of the following date:  **JUN 28, 2007**

---

**LULU 023587
CONFIDENTIAL**

Data Information

The General Services Administration(GSA) no longer allows updates of .gov domain names.

**Please Note:** Our last update to the .ca (Canadian country code) domain name file was on December 11, 2000, when authority for .ca domains was transferred from the University of British Columbia to the Canadian Internet Registration Authority (CIRA) and file updates became unavailable. Further updates are not expected to become available unless CIRA develops a policy to allow the distribution of domain name information. Meanwhile, an additional search of CIRA's .ca records has been performed for identical domain names. Any identical URLs found are reported in the Canadian Common Law section of this report.

Analyst Information

Name:          **JOEL FELDMAN**
Comments:

Search Strategy

| | Type | Query | #References |
|---|---|---|---|
| *1. | PREFIX | LULUSTUD(I,Y)O | 0 |
| | LETTERSTRING | <and><br>(SOFTW,INTERNET,<br>ONLIN,WEB,CYBER,<br>VIRTUAL,INTRANE,<br>PUBLIS,PHOTO,<br>DESKT) | |
| 2. | EXACT MARK | LULUSTUD(I,Y)(O,OS) | 4 |
| 3. | WORD | LULUSTUD(I,Y)(O,OS) | 0 |
| 4. | EXACT MARK | STUD(I,Y)(O,OS)LULU | 2 |
| 5. | PREFIX | LULUSTUD(I,Y)O | 0 |
| 6. | PREFIX | THELULUSTUD(I,Y)O | 0 |
| 7. | WORD<br>WORD | LULU <and><br>STUD(I,Y)(O,OS) | 0 |
| 8. | PREFIX<br>LETTERSTRING | LULU <and><br>STUD(I,Y)O | 8 |
| 9. | LETTERSTRING | LULUSTUD(I,Y)O | 6 |
| 10. | LETTERSTRING<br>LETTERSTRING | LULU <and><br>STUD(I,Y)O | 3 |
| 11. | PREFIX<br>LETTERSTRING | STUD(I,Y)O <and><br>LULU | 7 |
| 12. | LETTERSTRING<br>LETTERSTRING | STUD(I,Y)O <and><br>LULU | 2 |
| 13. | PREFIX | LULUSTUD(I,Y) | 0 |

Search: 139562311                    Analyst: JOEL FELDMAN                    Domain Name Review Page: 222

LULU 023588
CONFIDENTIAL

**LULU STUDIO**

<u>Search Strategy</u>

| Type | Query | #References |
|---|---|---|
| 14. PREFIX | LULUSTUD | 0 |

* Alternate spellings and/or phonetic equivalents were generated for this query.

LULU 023589
CONFIDENTIAL

**LULU STUDIO**

DN-1
**Group:** One

## LULU-STUDIO.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration LULU-STUDIO.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Technical Contact:** | Private, Registration LULU-STUDIO.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Record History:** | **Record created on** 04-Nov-06 **Record last updated on** **Record expires on** 05-Nov-07 |
| **Domain Servers in Listed Order:** | PARK27.SECURESERVER.NET PARK28.SECURESERVER.NET See Business Registration Listing Copy and paste the link below to view additional details: http://who.godaddy.com/whoischeck.aspx?domain=LULU-STUDIO.COM |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Studios: The Art & Design of Leah Moore |
| **Keywords:** | graphic design, screen print design, logo design, packaging design, poster design, boutique design, identity, advertising, hi end designer, graphic designer, myrtle beach, south carolina, t-shirt design, business card design, ad design, marketing, freelance graphic design, freelance designer, leah moore, leah moore graphic design, leah moore south carolina, graphic design south carolina, graphic design east coast, surf design, lulu studios, pop displays, graphic designer south carolina, graphic designer myrtle beach |
| **Description:** | Graphic Design, Screen print T-shirt, Logo, Boutique Design, Poster, Packaging, Identity, by designer Leah Moore of Lulu Studios based in Myrtle Beach, South Carolina. |
| **Status:** | Accessible |

**Search: 139562311**                    **Analyst: JOEL FELDMAN**                    **Domain Name Page: 224**

LULU 023590
CONFIDENTIAL



LULU-STUDIO.COM

Search: 139562311                    Analyst: JOEL FELDMAN                    Domain Name Page: 225

LULU 023591
CONFIDENTIAL

**DN-2**
**Group:** One

## LULUSTUDIO.COM

| | |
|---|---|
| **Registered by:** | NETWORK SOLUTIONS, INC. |
| **Registrant:** | lulu studio, inc. (LULUSTUDIO-DOM) 53 ROSS HILL RD CHARLESTOWN, RI 02813-2605 US |
| **Administrative Contact:** | lulu studio, inc. (VOOQYMISFO) chad@lulustudio.com 53 ROSS HILL RD CHARLESTOWN, RI 02813-2605 US 401-322-0769 |
| **Technical Contact:** | (ELN-DA) domainbilling@corp.earthlink.net EarthLink Network, Inc. 1375 Peachtree Street Atlanta, GA 30309 US 404-815-0700 fax: 626-296-5113 |
| **Record History:** | **Record created on** 08-Oct-2001.<br>**Record last updated on** 21-Jun-2006.<br>**Record expires on** 08-Oct-2008. |
| **Domain Servers in Listed Order:** | DNS2.EARTHLINK.NET<br>DNS3.EARTHLINK.NET<br>Whois Server Version 2.0<br>Domain Name: LULUSTUDIO.COM<br>DNS2.EARTHLINK.NET<br>DNS3.EARTHLINK.NET<br>Status: clientTransferProhibited |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to Lulu Studio |
| **Status:** | Accessible |

**Search:** 139562311          **Analyst: JOEL FELDMAN**          **Domain Name Page:** 226

**LULU 023592**
**CONFIDENTIAL**



how lulu are you?
find out soon

LULU studio inc
53 ross hill road
charlestown ri 02813
P 401.322.0769
F 401.322.7546

info@lulustudio.com

LULUSTUDIO.COM

Search: 139562311                    Analyst: JOEL FELDMAN                    Domain Name Page: 227

LULU 023593
CONFIDENTIAL