**LULU STUDIO**

**DN-3**
**Group:** One

# LULU-STUDIOS.COM

| | |
|---|---|
| **Registered by:** | TUCOWS.COM, INC. |
| **Registrant:** | Ronald Ellliott P.O. Box 3096 Station Main Vancouver, BC V6B 3X6 CA |
| **Administrative Contact:** | Web Hosting, Lunarpages hostmaster@lunarpages.com 100 East La Habra Blv d. La Habra, CA 90631 US +1.7145218150 |
| **Technical Contact:** | Administrator, System hostmaster@lunarpages.com 100 E. La Habra La Habra, California 90631 US +1.7145218150 |
| **Record History:** | **Record created on** 20-Mar-2006. **Record last updated on** 06-Mar-2007. **Record expires on** 20-Mar-2008. |
| **Domain Servers in Listed Order:** | NS1.LUNARPAGES.COM NS2.LUNARPAGES.COM Domain status: clientTransferProhibited clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Lulu Studios Ltd. |
| **Keywords:** | Lulu Studios, art, artist, writer, gallery, painting, animation, Vancouver, BC, Canada, animated film, movies, books, resources for artists, studios, shows, exhibitions. |
| **Description:** | Lulu Studios Ltd., Animation Production, writing, and design. Vancouver, BC, Canada. |
| **Status:** | Accessible |

Search: 139562311                 **Analyst: JOEL FELDMAN**                 Domain Name Page: 228

**LULU 023594**
**CONFIDENTIAL**

Dockets.Justia.com

# lulu studios

.....    gallery    movies    screen plays    classes    about us    jobs



## animation

- home
- lulu news
- contact us
- events
- film festivals
- feature articles
- calendar
- literature
- movie reviews
- art reviews
- reading lists
- teaching material

## artist resources

- arts funding
- art schools
- art supplies
- books
- the art business
- film equipment
- film labs
- framing
- galleries
- post production
- retreats
- sound recording
- studios
- WWW
- volunteers

## organizations & business

- animation
- ceramics
- crafts
- dance
- drawing
- filmmaking
- music
- new media
- painting

### Sorry folks.
### We're just setting up.



## news

### PEGBAR™
#### volume 2, issue 1   2007

Pegbar Magazine comes back with a new volume - *online*. Oscar-nominated, Canadian animator **Richard Condie** ( revered at film festivals internationally for his work in the golden era of animated wit and humour,) designs art and objects for this inaugerative issue.

*Pegbar* traditionally commissions cover designs, as signed, limited edition prints - highly collectable. A new tradition begins as we explore the wacky world of webmasters.

Richard Condie, *Pegbar* cover designer for *Volume 1, Issue 5, Fall 1986,* returns to lead the art parade for the 2nd Volume. Music plays a role in the Grand Master's plans.

Fans of "**The Big Snit**," "**The Apprentice**," and "**Getting Started**," recognize Condie's zany style. Later work includes computer

LULU 023595
CONFIDENTIAL

**DN-4**
**Group:** One

# LULUSTUDIOS.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Steven Ponomarev 19 Avalon Ct Doylestown, Pennsylvania 18901 United States |
| **Administrative Contact:** | Ponomarev, Steven stevepon@hotmail.com 19 Avalon Ct Doylestown, Pennsylvania 18901 United States 2152309971 Fax -- |
| **Technical Contact:** | Ponomarev, Steven stevepon@hotmail.com 19 Avalon Ct Doylestown, Pennsylvania 18901 United States 2152309971 Fax -- |
| **Record History:** | **Record created on** 22-Jun-04<br>**Record last updated on** 30-May-06<br>**Record expires on** 22-Jun-08 |
| **Domain Servers in Listed Order:** | NS.WEBAIR.NET<br>NS2.WEBAIR.NET |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on July 12, 2007 at 10:07:12 AM. |

---

**DN-5**
**Group:** One

# LULUS-STUDIO.COM

| | |
|---|---|
| **Registered by:** | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |
| **Registrant:** | lucinda maries 2596 seahorse avenue ventura 93001 CA UNITED STATES |
| **Administrative Contact:** | Lucinda Welsh 2596 seahorse avenue ventura 93001 CA UNITED STATES Email: lucindamarie2001@yahoo.com Phone: +1.8054779815 |
| **Technical Contact:** | YahooDomains TechContact 701 First Ave. Sunnyvale 94089 CA UNITED STATES Email: domain.tech@YAHOO-INC.COM Phone: +1.6198813096 |
| **Record History:** | **Record created on** 2005-03-15 2005-03-15<br>**Record expires on** 2008-03-15 |
| **Domain Servers in Listed Order:** | yns1.yahoo.com<br>yns2.yahoo.com |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Under Construction |
| **Status:** | Accessible |

LULU 023596
CONFIDENTIAL



Welcome . . .

Under Construction

Please return soon.

Are you the site owner? **Click here** to find out how to replace this page.

LULUS-STUDIO.COM

Search: 139562311               Analyst: JOEL FELDMAN               Domain Name Page: 231

LULU 023597
CONFIDENTIAL

**LULU STUDIO**

**DN-6**
**Group:** One

# LULUSSTUDIO.COM

| | |
|---|---|
| **Registered by:** | Schlund+Partner AG domain: LULUSSTUDIO.COM |
| **Registrant:** | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 registrant-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com |
| **Administrative Contact:** | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 admin-c-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com |
| **Technical Contact:** | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 tech-c-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com |
| **Billing Contact:** | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 bill-c-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com % See http://registrar.schlund.info for information about Schlund+Partner AG |
| **Record History:** | **Record created on** 21-Jun-2006<br>**Record last updated on** 22-Jun-2007<br>**Record expires on** 21-Jun-2008 |
| **Domain Servers in Listed Order:** | ns47.1and1.com 74.208.2.7<br>ns48.1and1.com 74.208.3.6<br>status: CLIENT-TRANSFER-PROHIBITED |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LuLu's Studio |
| **Status:** | Accessible |

---

**Search:** 139562311                    **Analyst:** JOEL FELDMAN                    **Domain Name Page:** 232

LULU 023598
CONFIDENTIAL



LULUSSTUDIO.COM

Search: 139562311                    Analyst: JOEL FELDMAN                    Domain Name Page: 233

LULU 023599
CONFIDENTIAL

LULU STUDIO

DN-7
**Group:** Two

# STUDIOLULU.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration STUDIOLULU.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 |
| **Technical Contact:** | Private, Registration STUDIOLULU.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 |
| **Record History:** | **Record created on** 21-Sep-05 <br> **Record last updated on** 21-Sep-05 <br> **Record expires on** 21-Sep-07 |
| **Domain Servers in Listed Order:** | PARK21.SECURESERVER.NET <br> PARK22.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.studiolulu.com coming soon! |
| **Status:** | Accessible |

.

.

.

| | | |
|---|---|---|
| **Search:** 139562311 | **Analyst:** JOEL FELDMAN | **Domain Name Page:** 234 |

LULU 023600
CONFIDENTIAL

# www.studiolulu.com

This page is parked free, courtesy of GoDaddy.com



Make a .com
name with us!®



**LIMITED TIME OFFER**
**$1.99** No Qty Limit
**Domains**
Now, with any non-domain purchase!

**FREE with every domain purchase!**
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!


.com  [GO]
Advanced Search
Plus ICANN fee of 20 cents per domain name years

## Sponsored Links

**Free Book Self-Publishing**
Self-publish and sell your book on Amazon.com and other channels.
www.CustomFlix.com

**LuLu's Fashion Boutique**
Shop online at LuLu's! Everything is So Cute & Adorable!
LulusFashionLounge.com

**Get Published for Free**
No set-up fees or minimum order. Sell online and in bookstores.
www.Lulu.com

**Lulu Merie**
Premium brands at FineStationery! Huge variety, service you can trust
www.FineStationery.com

**Lulu Guinness Handbags**
Free Shipping Both Ways at Zappos Brand Name Shoes & Accessories
www.Zappos.com

**The Publisher of Choice.**
Register to receive a free copy of Publish-It-Now eBook
www.1stworldpublishing.com

**Shop Designer Collections**
Tory Burch Shoes at NORDSTROM Shop ready-to-wear apparel
www.nordstrom.com

**Lulu Fl Chrysler**
Buy or Lease a New Chrysler® Vehicle at Your local Dealer Online
www.chryslerdealer.com

**Lulu Ringtones**
Lulu Ringtones 100% Complimentary - Hurry
I-Like-Ringtone.com/Lulu

**Dodge - Official Site**
Find Great Deals on Dodge Vehicles at a Local Dealer Online
www.dodgedealer.com

**Not what you're looking for?**
[Search]

**Related Searches:**
► Lulu Guinness Perfume
► Real Lulu
► Lulu Merie
► Lulu Ringtone
► Lulu Grille
► Lulu Bracelets

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog


**Fast, Reliable, Secure**
**Web Hosting**

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!

**Flexible plans as low as $3.19/mo!**
Learn more...

**Turbo SSL™**
**Secure Certificates** https://

• Up to 256-bit encryption
• 99% browser recognition
• Issued within minutes
• From $19.99/year



## Popular Searches

| Travel | Financial Planning | E Commerce | Lifestyle |
|--------|-------------------|------------|-----------|
| Airline | Loans | VoIP | Fitness |

<div align="right">

**DN-8**
**Group: Two**
</div>

# STUDIOLULU.ORG

| | |
|---|---|
| **Registered by:** | Dotster, Inc. (R34-LROR) Domain ID:D89986095-LROR |
| **Registrant:** | DOTR-00526286 Lisa Gaffney-Goldberg Organization: Stiff Paper, Inc. 1112 Du sk View Dr. Merritt Island FL 32952 US Phone: +1.3214532327 Ext.: Fax Ext.: Email: lisagaffney@cfl.rr.com |
| **Administrative Contact:** | DOTC-01911942 Lisa Gaffney-Goldberg Organization: Stiff Paper, Inc. 1112 Du sk View Dr. Merritt Island FL 32952 US Phone: Ext: Ad min FAX: Admin FAX Ext: Email: lisagaffney@cfl.rr.com |
| **Technical Contact:** | DOTC-02976691 Marty True Organization: Premier Site Design PO Box 320486 Cocoa Beach FL 32931 US Phone: +1.3218682175 Phone: Ext: Tech FAX:+1.3 218682176 Tech FAX Ext: Email: marty@premiersitedesign.com |
| **Record History:** | **Record created on** 05-Sep-2002 16:24:11 UTC<br>**Record last updated on** 14-Dec-2003 17:30:04 UTC<br>**Record expires on** 05-Sep-2008 16:24:50 UTC Status:OK |
| **Domain Servers in Listed Order:** | NS3.PSDHOSTING.COM<br>NS4.PSDHOSTING.COM |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **Status:** | Site not accessible at time of analysis on July 12, 2007 at 10:07:22 AM. |

<div align="right">

**DN-9**
**Group: Two**
</div>

# LULUBELLESTUDIO.COM

| | |
|---|---|
| **Registered by:** | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |
| **Registrant:** | Melissa Lynch P O Box 99800 EmeryVille 94662 CA US |
| **Administrative Contact:** | PrivateRegContact Admin P O Box 99800 EmeryVille 94662 CA US Email: cont act@myprivateregistration.com Phone: +1.5105952002 |
| **Technical Contact:** | PrivateRegContact TECH P O Box 99800 EmeryVille 94662 CA US Email: cont act@myprivateregistration.com Phone: +1.5105952002 |
| **Record History:** | **Record created on** 2007-01-01 2007-01-01<br>**Record expires on** 2008-01-01 |
| **Domain Servers in Listed Order:** | yns1.yahoo.com<br>yns2.yahoo.com |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **HTML Title:** | LuLu Belle Studio: Whimsical Handcrafted Jewelry |
| **Keywords:** | charms, silver, sterling, gemstones, pearls, handmade, handcrafted, initial, pose y, jewelry |
| **Status:** | Accessible |

LULU 023602
CONFIDENTIAL



Necklaces, Bracelets, Earrings and Rings (coming soon)

Thank you for stopping by *LuLu Belle Studio.*
We are in the process of redesigning our site.
If you are an existing or perspective wholesale account you may contact u
wholesale@lulubellestudio.com

© 2007 All Rights Reserved ·LuLu Belle Studio *Special thanks to Lisa Katz

LULUBELLESTUDIO.COM

LULU 023603
CONFIDENTIAL

**DN-10**
**Group:** Two

# LULUDESIGNSTUDIO.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Simply Design Studio 5156 woodfield dr. Centreville, Virginia 20120 United Stat es |
| **Administrative Contact:** | Chang, Thomas thomaschang@cox.net Simply Design Studio 5156 woodfield dr. Centreville, Virginia 20120 United States (703) 830-2207 |
| **Technical Contact:** | Chang, Thomas thomaschang@cox.net Simply Design Studio 5156 woodfield dr. Centreville, Virginia 20120 United States (703) 830-2207 |
| **Record History:** | **Record created on** 16-Dec-05 **Record last updated on** 16-Nov-06 **Record expires on** 16-Dec-07 |
| **Domain Servers in Listed Order:** | PARK21.SECURESERVER.NET PARK22.SECURESERVER.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.luludesignstudio.com coming soon! |
| **Status:** | Accessible |

.

.

**Search:** 139562311                **Analyst:** JOEL FELDMAN                **Domain Name Page:** 238

LULU 023604
CONFIDENTIAL

# www.luludesignstudio.com

This page is parked free, courtesy of GoDaddy.com



Make a .com
name with us!®



| Search |

**Related Searches:**
- Graphic Design Studio
- Satellite Design
- American Design Company
- Black Web Design
- Design and Illustration
- Best Design

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Sponsored Links

**William Hellow Studio**
Good Design Makes Good Sense Interior & Graphic Design
www.hellowstudio.com

**Sargenthouse Studio**
Full Service Graphic Design Studio Print, Web and Advertising
www.sargenthousestudio.com

**Light Bridge Studio**
Corporate Print, Web, Presentation Design Studio-Chad Bishop
www.LightbridgeStudio.com

**Hesser College Programs**
Earn your Associate's degree in graphic design. Learn more today
highereducationinformation.com

**Imij Photography &**
Advertising: Print Materials, Web Sites, Portraits & Commercial Photo
local.bimedia.net/yft/ksfy

**ONE FOR ALL**
Spark Design & Architecture Awards Enter Today!
www.sparkawards.com

**Catalog Design**
Full Service Catalog Studio Creative-Photography-Production
www.imagestudio.net

**Creative Product Design**
Transform your ideas into Reality Powerful Design Presentations
www.ThinkFastDesign.com

**New View = New Viewpoint**
View movidea.com for Graphic Design Moving Ideas for marketing & design
www.movidea.com

**Graphic Design Jobs**
Graphic Design Jobs directory Find Graphic Design Jobs
GraphicDesign.listinglynx.com



LIMITED TIME OFFER!

$1.99* No Qty Limit Domains

Now, with any new domain purchase

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

| .com | GO |

Advanced Search
*Plus ICANN fee of 20 cents per domain name year.



Fast, Reliable, Secure
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

Flexible plans as low as $3.19/mo!
Learn more...

Life Online™ with
**BOB PARSONS**

Live every Wednesday at 1 pm (PT)/4 pm (ET).

## Popular Searches

| Travel | Financial Planning | E Commerce | Lifestyle |
|--------|-------------------|------------|-----------|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |

**LULUDESIGNSTUDIO.COM**

LULU STUDIO

<div align="right">
**DN-11**
**Group:** Two
</div>

# LULULEMONYOGASTUDIO.COM

| | |
|---|---|
| **Registered by:** | TUCOWS.COM, INC. |
| **Registrant:** | X_Chematic Studios Tegucigalpa Tegucigalpa, Francisco Morazn 00000 HN |
| **Administrative Contact:** | Matute, Carlos carlos.matute@gmail.com Tegucigalpa Tegucigalpa, Francisco Morazn 00000 HN +1.(504) 9906381 |
| **Technical Contact:** | Matute, Carlos carlos.matute@gmail.com Tegucigalpa Tegucigalpa, Francisco Morazn 00000 HN +1.(504) 9906381 |
| **Record History:** | **Record created on** 12-Apr-2007.<br>**Record last updated on** 12-Apr-2007.<br>**Record expires on** 12-Apr-2008. |
| **Domain Servers in Listed Order:** | NS1.LUNARSERVERS.COM<br>NS2.LUNARSERVERS.COM<br>Domain status: ok |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on July 12, 2007 at 10:07:31 AM. |

---

<div align="right">
**DN-12**
**Group:** Two
</div>

# LULUPHOTOGRAPHYSTUDIO.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Lindsey Marshall PO Box 1233 Miami Beach, Florida 33119 United States |
| **Administrative Contact:** | Photobiz, Photobiz info@photobiz.com PO Box 1233 Miami Beach, Florida 331 19 United States (305) 463-7620 |
| **Technical Contact:** | Photobiz, Photobiz info@photobiz.com PO Box 1233 Miami Beach, Florida 331 19 United States (305) 463-7620 |
| **Record History:** | **Record created on** 26-Mar-07<br>**Record last updated on**<br>**Record expires on** 26-Mar-08 |
| **Domain Servers in Listed Order:** | NS.RACKSPACE.COM<br>NS2.RACKSPACE.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | LuLu Photography |
| **Status:** | Accessible |

**Search:** 139562311          **Analyst:** JOEL FELDMAN          **Domain Name Page:** 240

LULU 023606
CONFIDENTIAL



© 2007 LuLu Photography

**LULUPHOTOGRAPHYSTUDIO.COM**

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **Domain Name Page: 241**

**LULU 023607
CONFIDENTIAL**

# LULUBLUSTUDIOS.COM

| | |
|---|---|
| **Registered by:** | REGISTER.COM, INC. |
| **Registrant:** | Kaveh Adib 1600 North Oak Street Apt # 1725 Arlington, VA 22209 US Email: kaveh_69@yahoo.com |
| **Administrative Contact:** | Kaveh Adib 1600 North Oak Street Apt # 1725 Arlington, VA 22209 US Phone: 1-703-9332431 Email: kaveh_69@yahoo.com |
| **Technical Contact:** | Registercom Domain Registrar 575 8th Avenue New York, NY 10018 US Phon e: 011-190-27492701 Email: domainregistrar@register.com |
| **Record History:** | **Record created on** Tue, Aug 30, 2005 <br> **Record last updated on** Tue, Aug 30, 2005 <br> **Record expires on** Sun, Aug 30, 2015 |
| **Domain Servers in Listed Order:** | dns34.register.com <br> dns33.register.com <br> Visit AboutUs.org for more information about lulublustudios.com <br> <A HREF="http://www.aboutus.org/lulublustudios.com">AboutUs: lulublustudios.com</A> |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Coming Soon... |
| **Status:** | Accessible |

**LULU 023608**
**CONFIDENTIAL**

Lulublustudios.com is COMING SOON to REGISTER.CO




Increase Online Sales with
Dynamic Talking Characters

**register.com®**

Call 1-
877-796-
9230 to
get a web
site
today!


Lulublustudios.com     Whois Lookup

Actress | Jeux | Fun | Games                                Search [        ] Go



Top Searches

▶ Rinoa

▶ Seifer

▶ Louise Brooks

▶ Final Fantasy 10

▶ Ff

Popular Topics

▶ Kids

▶ German

▶ Dog

▶ Entertainment

▶ Party

Recommended Listings

▶ Invitations

▶ Ffx

▶ Kimahri

▶ Final Fantasy X-2

▶ Wakka

**Related Links**              **Featured Listings**              Advertisement



Dvd
▸ Film
▸ Hollywood
▸ Squall



California
▸ Manga
▸ Anime
▸ Enfants



Work?

veri on



Journal
▸ Fantasy
▸ Singer
▸ Guitar



Disney
▸ Book
▸ Baby
▸ Via Voice



• Earn 10,000 Starpoints with your first
  purchase - enough for up to 3 free nights
• Earn 1 Starpoint for virtually every dollar you spend
• Earn Free Night Awards with no blackout dates

OPEN

Get a decision in 60 seconds    Apply Now

**LULUBLUSTUDIOS.COM**

LULU 023609
CONFIDENTIAL

**DN-14**
**Group:** Two

# LULUARTSTUDIO.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Lulu Romo 111 Nowhere Yahooville, Federated States of Micronesia 34446 United States |
| **Administrative Contact:** | Romo, Lulu lulufineart@yahoo.com 111 Nowhere Yahooville, Federated States of Micronesia 34446 United States (111) 222-3333 |
| **Technical Contact:** | Romo, Lulu lulufineart@yahoo.com 111 Nowhere Yahooville, Federated States of Micronesia 34446 United States (111) 222-3333 |
| **Record History:** | **Record created on** 07-Nov-06<br>**Record last updated on**<br>**Record expires on** 08-Nov-07 |
| **Domain Servers in Listed Order:** | DNS.PTMEDIA.COM<br>DNS2.PTMEDIA.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to Lulu Art Studio - The Gallery of Lourdes Romo |
| **Description:** | The gallery of surrealistic artist of Lourdes Romo. |
| **Status:** | Accessible |

**Search: 139562311**              **Analyst: JOEL FELDMAN**              **Domain Name Page: 244**

LULU 023610
CONFIDENTIAL



LULUARTSTUDIO.COM

Search: 139562311                     Analyst: JOEL FELDMAN                     Domain Name Page: 245

LULU 023611
CONFIDENTIAL

**DN-15**
**Group:** Two

## ALULUSTUDIO.COM

| | |
|---|---|
| **Registered by:** | NEW DREAM NETWORK, LLC |
| **Registrant:** | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 |
| **Administrative Contact:** | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 |
| **Technical Contact:** | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 |
| **Billing Contact:** | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 |
| **Record History:** | **Record created on** 2005-06-03 08:32:51.<br>**Record expires on** 2008-06-03 08:32:51. |
| **Domain Servers in Listed Order:** | ns1.dreamhost.com<br>ns2.dreamhost.com<br>ns3.dreamhost.com<br>DreamHost whois server terms of service: http://whois.dreamhost.com/terms.html |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | alulu_main |
| **Status:** | Accessible |

**Search:** 139562311      **Analyst:** JOEL FELDMAN      **Domain Name Page:** 246

**LULU 023612**
**CONFIDENTIAL**

**LULU STUDIO**



**ALULUSTUDIO.COM**

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **Domain Name Page: 247**

**LULU 023613
CONFIDENTIAL**

**DN-16**
**Group:** Two

# STUDIOULULU.COM

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | Studio Ululu Takuya Koaze (takuk@bigpond.com) +61.99679618 Fax: +61.9967 9618 90 Baroona Rd None Northbridge, NSW 2063 AU |
| **Administrative Contact:** | Studio Ululu Takuya Koaze (takuk@bigpond.com) +61.99679618 Fax: +61.9967 9618 90 Baroona Rd None Northbridge, NSW 2063 AU |
| **Technical Contact:** | Studio Ululu Takuya Koaze (takuk@bigpond.com) +61.99679618 Fax: +61.9967 9618 90 Baroona Rd None Northbridge, NSW 2063 AU Status: Locked |
| **Record History:** | **Record created on** 24 Aug 2005 07:34:37 **Record expires on** 24 Aug 2007 07:34:37 mail, or by telephone. The compilatio n, repackaging, dissemination or consent from us. We reserve the right to modi fy these terms at any time. By submitting |
| **Domain Servers in Listed Order:** | dns1.name-services.com dns2.name-services.com dns3.name-services.com dns4.name-services.com dns5.name-services.com |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | STUDIO ULULU |
| **Status:** | Accessible |

**Search: 139562311**          **Analyst: JOEL FELDMAN**          **Domain Name Page: 248**

**LULU 023614**
**CONFIDENTIAL**

STUDIOULULU.COM

Search: 139562311                    Analyst: JOEL FELDMAN                    Domain Name Page: 249

LULU 023615
CONFIDENTIAL

This page was intentionally left blank.

LULU 023616
CONFIDENTIAL

**LULU STUDIO**

## ANALYST REVIEW – COMMON LAW LIBRARY REPORT / Summary Page

| Analyst Information | |
|---|---|
| Name: | **JOEL FELDMAN** |
| Comments: | **In addition to our Common Law Database sources, we have also searched industry specific sources relevant to the mark and goods requested.** |

| Trademark/Source | Page |
|---|---|
| | |

**No pertinent references found.**

LULU 023617
CONFIDENTIAL

This page was intentionally left blank.

LULU 023618
CONFIDENTIAL

**LULU STUDIO**

**SHEPARD'S UNITED STATES CITATIONS**

The following references have been selected from our computerized database, organized from information supplied by Shepard's. Shepard's considers the data to be reliable, but accuracy, currentness and completeness cannot be guaranteed. Please consult the indicated material by volume and page for further information. OFFICIAL GAZETTE status information (OGT) has been excluded so that the file contains litigation information only.

---

**No pertinent references found.**

---

Search: 139562311                    Analyst: JOEL FELDMAN                    Shepard's Page: 253

**LULU 023619
CONFIDENTIAL**

This page was intentionally left blank.

LULU 023620
CONFIDENTIAL

## REPORTED OWNER INDEX

The following is an alphabetical listing of names reported in the OWNER field of records cited in this search report, with all marks owned by a single entity carried under that entity. (Due to inconsistent spellings, corporate designations, and other discrepancies in data collected from diverse sources, multiple listings of what are in fact the same owner may occur.) The Business Name, Domain Name and Gale Database sections of the report are not included in this index.

This tool is designed to facilitate your review of the search report and to help you identify trends in data. There has been no analysis made to determine if the company name listed is the actual owner of the trademark. In the case of USPTO listings, only officially reported owners are included; assignees are not considered owners for the purpose of this index.

LULU 023621
CONFIDENTIAL

**LULU STUDIO**

Reported Owner Index

| Reported Owner Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| 1.  ACULEARN PTE LTD | | | | |
| ACUSTUDIO | REGISTERED | 9 | USPTO | 137 |
| 2.  ADOBE SYSTEMS INCORPORATED | | | | |
| ADOBE STUDIO | REGISTERED | 35 | USPTO | 107 |
| ADOBE STUDIO | REGISTERED | 9 | USPTO | 142 |
| 3.  CACHAREL U.S.A., INC. | | | | |
| LOULOU CACHAREL | PENDING | 18, 25 | USPTO | 54 |
| 4.  CANAL+ | | | | |
| STUDIO + | REGISTERED | 9, 16, 35, 36, 38, 41, 42 | USPTO | 153 |
| 5.  CHERI MARDON | | | | |
| LULU PRODUCTIONS | RENEWED | 9, 16, 25 | Sta | 167 |
| 6.  CLASSIC MEDIA, INC. | | | | |
| LITTLE LULU | RENEWED | 16 | USPTO | 56 |
| LITTLE LULU | EXPIRED | 16 | USPTO | 74 |
| 7.  COX, JUDY GORDON | | | | |
| THE ADVENTURES OF TINTIN AND LULU | PENDING | 41 | USPTO | 46 |
| 8.  CRANIUM INC. | | | | |
| STUDIO | ABANDONED | 16, 28, 41 | USPTO | 28 |
| 9.  CRF INC. | | | | |
| TRIALSTUDIO | PENDING | 9 | USPTO | 141 |
| 10.  DISTRIBUTED SIMULATION TECHNOLOGY, INC. | | | | |
| GL STUDIO | REGISTERED | 9 | USPTO | 146 |
| 11.  EARTH VIEW TELEVISION & DATATRANSFER GMBH | | | | |
| ON AIR STUDIO | REGISTERED | 9, 16, 35, 38, 41, 42 | USPTO | 102 |
| 12.  EDWARD S. LEAVER | | | | |
| LULU THE DOG | PENDING | 16 | USPTO | 41 |
| 13.  EVANS, LOIS | | | | |
| LULU LOLO | REGISTERED | 16 | USPTO | 39 |
| 14.  FIRSTLOGIC, INC. | | | | |
| LABEL STUDIO | REGISTERED | 9 | USPTO | 119 |
| 15.  FRIDAYNOON, LLC | | | | |
| TRAINERSTUDIO | PUBLISHED | 9, 42 | USPTO | 140 |
| 16.  FUJIFILM U.S.A., INC. | | | | |
| YOURPIX STUDIO | PENDING | 9, 42 | USPTO | 151 |
| 17.  GARRIE STEVEN BRAY | | | | |
| LULU TECHNOLOGIES | REGISTERED | 42 | Sta | 169 |
| LULUWORLD | REGISTERED | 42 | Sta | 168 |
| 18.  GIANT LEAP SOLUTIONS, INC. | | | | |
| INSIDE STUDIO | REGISTERED | 9 | USPTO | 148 |
| 19.  GRAPHITA, INC. | | | | |
| LIVE STUDIO | PENDING | 40 | USPTO | 118 |
| LIVE STUDIO | PENDING | 9 | USPTO | 122 |
| 20.  IMAGE LINE BVBA | | | | |
| FL STUDIO | REGISTERED | 9, 35, 41, 42 | USPTO | 144 |

Search: 139562311

Reported Owner Page: 256

LULU 023622
CONFIDENTIAL

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| 21. IMAGEWARE SYSTEMS INC.<br>PDI STUDIO | N/A | N/A | Com | 206 |
| 22. INTERNET PICTURES CORPORATION<br>INTERACTIVE STUDIO | REGISTERED | 9 | USPTO | 98 |
| 23. IOSTUDIO, LLC<br>IOSTUDIO | REGISTERED | 16, 41, 42 | USPTO | 111 |
| 24. JACOBY, JIM<br>MARINE STUDIOS | PENDING | 35, 41 | USPTO | 109 |
| 25. KINGSLEY CARDS LIMITED<br>LULU 'N' LOU | ABANDONED | 14, 16, 20, 21,<br>25, 28 | USPTO | 72 |
| 26. LEAPFROG ENTERPRISES, INC.<br>LULU THE LETTER-SPINNING SPIDER | REGISTERED | 9, 16, 28 | USPTO | 33 |
| 27. LIN, ALINE F.<br>LINK STUDIO | REGISTERED | 42 | USPTO | 113 |
| 28. LINKINHOKER, MICHAEL S.<br>LINK STUDIO | REGISTERED | 42 | USPTO | 113 |
| 29. LULU BELLS TREASURES, INC.<br>LULU BELLS TREASURES | REGISTERED | 35 | USPTO | 35 |
| 30. LULU ENTERPRISES, INC.<br>LULU | PENDING | 9, 16, 25, 35, 38,<br>41, 42 | USPTO | 17 |
| LULU | PUBLISHED | 35, 41, 42 | USPTO | 22 |
| LULU PRESS | ABANDONED | 9, 16, 35, 41 | USPTO | 85 |
| LULU TECH CIRCUS | ABANDONED | 9, 16, 35, 41 | USPTO | 88 |
| LULU.COM | PENDING | 9, 16, 18, 25, 35,<br>38, 41, 42 | USPTO | 30 |
| 31. LULU GUINNESS LIMITED<br>LULU GUINNESS | REGISTERED | 35 | USPTO | 38 |
| 32. LULU WEDDINGS<br>LULU WEDDINGS | ABANDONED | 35 | USPTO | 71 |
| 33. LULU'S LANDING, INC.<br>LUCY BUFFETT'S LULU'S<br>LUCY BUFFETT'S LULU'S | REGISTERED<br>REGISTERED | 35<br>35 | USPTO<br>USPTO | 50<br>52 |
| 34. LUULUU.COM, INC.<br>LUULUU | ABANDONED | 9, 35 | USPTO | 27 |
| 35. MADISON PARK GREETINGS, INC.<br>LU-LU | REGISTERED | 16 | USPTO | 26 |
| 36. MICROSOFT CORPORATION<br>VISUAL STUDIO | REGISTERED | 9 | USPTO | 149 |
| 37. MIDWAY HOME ENTERTAINMENT INC.<br>LULU VALENTINE | ABANDONED | 28 | USPTO | 96 |
| 38. MOTIVE, INC.<br>MOTIVE STUDIO | REGISTERED | 9 | USPTO | 128 |
| 39. NEW HOLLAND PUBLISHING (SOUTH AFRICA)(PROPRIETARY) LIMITED<br>MAP STUDIO | PENDING | 9, 16, 39, 41, 42 | USPTO | 125 |

Search: 139562311                                          Reported Owner Page: 257

LULU 023623
CONFIDENTIAL

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| **40.** ONE ROOM STUDIO, INC.<br>ONE ROOM STUDIO | PUBLISHED | 41 | USPTO | 117 |
| **41.** PYRO STUDIOS, S.L.<br>PYRO STUDIOS | REGISTERED | 9, 16, 41, 42 | USPTO | 99 |
| **42.** ROBERT W VOLAGE<br>MACSTUDIO | RENEWED | 38, 42 | Sta | 170 |
| **43.** ROGERS MEDIA PUBLISHING<br>LOU LOU | N/A | N/A | Com | 204 |
| **44.** ROGERS PUBLISHING LIMITED<br>LOULOU | PENDING | 16, 41 | USPTO | 20 |
| **45.** SABREMARK LIMITED PARTNERSHIP<br>VACATION STUDIO | PENDING | 9, 42 | USPTO | 134 |
| **46.** SACKLER, J.T.<br>THE STUDIO | PENDING | 16, 41 | USPTO | 97 |
| **47.** SEFAS TECHNOLOGIES, S.A.<br>OPEN PRINT STUDIO | REGISTERED | 9, 42 | USPTO | 105 |
| **48.** SHINCO ELECTRONICS GROUP CO., LTD.<br>ROROTON LU LU TONG | REGISTERED | 9 | USPTO | 92 |
| **49.** SHUTTERFLY, INC.<br>SHUTTERFLY STUDIO | PUBLISHED | 9 | USPTO | 132 |
| **50.** STUDIO X INC.<br>STUDIO X | REGISTERED | 42 | Sta | 171 |
| **51.** THE LULU COMPANY, INC.<br>LULU COMPANY | PENDING | 35 | USPTO | 36 |
| **52.** THERAPY ON A LEASH, INC.<br>LULU THERAPY ON A LEASH, INC. | REGISTERED | 16, 21, 25, 41 | USPTO | 44 |
| **53.** THOMAS, DANA<br>LULU AT THE CHATEAU | ABANDONED | 16, 41 | USPTO | 91 |
| **54.** TIMOTHY S. CURRY<br>ABIQUIU STUDIOS | REGISTERED | 42, 37, 41 | Sta | 172 |
| **55.** TOKYOPOP INC.<br>MANGA STUDIO | REGISTERED | 9 | USPTO | 123 |
| **56.** UNIVERSAL ELECTRONICS INC.<br>NEVOSTUDIO | REGISTERED | 9 | USPTO | 138 |
| **57.** UNIVERSAL MUSIC MOBILE<br>LABEL STUDIO | PUBLISHED | 9 | USPTO | 120 |
| **58.** VANESSA LAM-MENDIETA<br>VLM STUDIOS | REGISTERED | 41, 42 | USPTO | 115 |
| **59.** VIACOM INTERNATIONAL INC.<br>LULU GREEN<br>LULU'S PEEPS | ABANDONED<br>REGISTERED | 9<br>16 | USPTO<br>USPTO | 94<br>42 |
| **60.** VIKING STUDIOS, LLC<br>VIKING STUDIOS | PUBLISHED | 9 | USPTO | 101 |
| **61.** ZENIMAX MEDIA INC.<br>TINA AND LULU | PUBLISHED | 9, 41 | USPTO | 48 |

Search: 139562311                                    Reported Owner Page: 258

LULU 023624
CONFIDENTIAL

**LULU STUDIO**

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| TINA AND LULU | ABANDONED | 9, 41, 42 | USPTO | 69 |
| 62. **ZILKHA, BETTINA** | | | | |
| THE ADVENTURES OF TINTIN AND LULU | PENDING | 41 | USPTO | 46 |

Search: 139562311                                    Reported Owner Page: 259

**LULU 023625**
**CONFIDENTIAL**

# Exhibit 193

Mark Searched:     LULU STUDIO
Type of Search:    FULL SEARCH
Our file:          139562311
Your file:         66031.000004
Date Received:     07/10/2007
Date Complete:     07/12/2007

| Ref. | Citation | Status | Class | Owner |
|------|----------|--------|-------|-------|
| US-1 | LULU | Pending | 9,16,25,35,38,41,42 | LULU ENTERPRISES, INC. |
| US-2 | LOULOU | Pending | 16,41 | ROGERS PUBLISHING LIMITED |
| US-3 | LULU | Published | 35,41,42 | LULU ENTERPRISES, INC. |
| US-7 | LULU.COM | Pending | 9,16,18,25,35,38,41,42 | LULU ENTERPRISES, INC. |
| US-26 | LULU PRESS | Abandoned | 9,16,35,41 | LULU ENTERPRISES, INC. |
| US-27 | LULU TECH CIRCUS | Abandoned | 9,16,35,41 | LULU ENTERPRISES, INC. |
| ST-1 | LULU PRODUCTIONS | Renewed | 9,16,25 | CHERI MARDON |
| WCL-2 | http://www.lulustudio.com/ | | | |
| WCL-3 | http://lulustudio.id666.com/ | | | |
| WCL-4 | http://www.lulu-studio.com/ | | | |
| WCL-5 | http://www.manta.com/comsite5/bin/pddnb_company.pl?pdlanding=1&referid=4490&id=g44sc3&y=042B17FDE57A1C6A84&i=482&c=27347&q=02%5eSSHPM%5bL7=SJSJ%3fLKJ%5bVP=%3fPM%3fSJSJLKJ%5bVP%3fPM%3f=SJSJ%3fLKJ%5bVPL=%3fPM%3fSJ | | | |

LULU 023626
CONFIDENTIAL

| Ref. | Citation | Status | Class | Owner |
|---|---|---|---|---|
|  | SJLKJ%5bVPL6&e=utf-8&r=10&d=wow~F857-en-us&n=0QJKK1L70EAKD3EK&s=21&t=&m=469528FF&x=05D793A239F605F87058CAAB1373E044CA |  |  |  |
| WCL-6 | http://www.lulusstudio.com/ |  |  |  |
| WCL-7 | http://www.loumarshalldesign.com/studio.htm |  |  |  |
| WCL-8 | http://www.lustudios.com/ |  |  |  |
| WCL-9 | http://lelustudio.com/ |  |  |  |
| CL-1 | LOU LOU |  | 16 | ROGERS MEDIA PUBLISHING |
| BN-1 | LULU STUDIO INC |  |  |  |
| DN-1 | LULU-STUDIO.COM |  |  |  |
| DN-2 | LULUSTUDIO.COM |  |  |  |
| DN-3 | LULU-STUDIOS.COM |  |  |  |
| DN-4 | LULUSTUDIOS.COM |  |  |  |
| DN-5 | LULUS-STUDIO.COM |  |  |  |
| DN-6 | LULUSSTUDIO.COM |  |  |  |
| DN-7 | STUDIOLULU.COM |  |  |  |
| DN-8 | STUDIOLULU.ORG |  |  |  |
| DN-15 | ALULUSTUDIO.COM |  |  |  |
| DN-16 | STUDIOULULU.COM |  |  |  |

LULU 023627
CONFIDENTIAL

Flags: ●

LULU

US-1
Group Three



Status:        PENDING
               FILED AS USE APPLICATION
               USE APPLICATION - CURRENT

               USPTO Status: NEW APPLICATION - RECORD
               INITIALIZED NOT ASSIGNED TO EXAMINER
               USPTO Status Date: JUL 02, 2007

Chronology:
               Filed: JUN 28, 2007       Serial Number: 77-217,960

Goods/Services:
               International Class 9:  DOWNLOADABLE MP3 FILES,
               MP3 RECORDINGS, ONLINE DISCUSSION
               BOARDS, WEB CASTS, PODCASTS FEATURING
               MUSIC, AUDIO BOOKS AND NEWS BROADCASTS;
               DOWNLOADABLE BOOKS, BROCHURES,
               CALENDARS, IMAGES, MUSIC, AUDIO AND
               AUDIOVISUAL MATERIALS AND ELECTRONIC
               PUBLICATIONS VIA THE INTERNET AND WIRELESS
               DEVICES; PROVIDING DOWNLOADABLE
               ELECTRONIC NEWSLETTERS IN THE FIELD OF
               PUBLISHING; CD-ROM DISKS AND DVDS
               International Class 16:  BOOKS OF GENERAL
               INTEREST, NAMELY FICTION AND NON-FICTION
               BOOKS ON A VARIETY OF TOPICS; PENS;
               BOOKMARKS; STICKERS; NEWSLETTERS IN THE
               FIELD OF PUBLISHING; BUSINESS CARDS;
               POSTCARDS

LULU 023628
CONFIDENTIAL

International Class 25:  CLOTHING, NAMELY, HATS AND SHIRTS

International Class 35:  ONLINE ORDERING SERVICES FEATURING BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS; BUSINESS CONSULTING, NAMELY PROVISION OF INFORMATION AND ADVICE IN THE FIELD OF SELF-PUBLISHING; DISTRIBUTORSHIP SERVICES IN THE FIELD OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS; ADVERTISING, MARKETING AND PROMOTION SERVICES

International Class 38:  COMMUNICATION SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; PROVIDING ON-LINE FORUMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING SELF-PUBLISHING; COMMUNICATION SERVICES, NAMELY, TRANSMITTING STREAMED SOUND AND AUDIO-VISUAL RECORDINGS VIA THE INTERNET

International Class 41:  PUBLISHING SERVICES, NAMELY, PRINT ON DEMAND AND PUBLISH ON DEMAND OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS; PUBLICATION OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS; MULTIMEDIA PUBLISHING OF BOOKS, BROCHURES, MAGAZINES, JOURNALS, SOFTWARE, GAMES, MUSIC, AND ELECTRONIC PUBLICATIONS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; WORKSHOPS AND SEMINARS IN THE FIELD OF SELF-PUBLISHING; PROVIDING ON-LINE TRAINING IN THE FIELD OF SELF-PUBLISHING; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING INFORMATION ABOUT -SELF PUBLISHING; WRITTEN TEXT EDITING; VIDEO EDITING

International Class 42:  PROVIDING INFORMATION

LULU 023629
CONFIDENTIAL

ON BOOKS, BROCHURES, CALENDARS, IMAGES,
MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA
A GLOBAL COMPUTER NETWORK; PROVIDING
INFORMATION ON FORMATTING, EDITING,
DESIGN, MARKETING AND DISTRIBUTION OF
BOOKS, BROCHURES, PUBLICATIONS,
CALENDARS, IMAGES, MUSIC, AUDIO AND
AUDIOVISUAL MATERIALS VIA A GLOBAL
COMPUTER NETWORK; GRAPHIC DESIGN
SERVICES; DESIGN AND DEVELOPMENT OF
MULTIMEDIA PRODUCTS
First Used: MAR 2007(INTL. CL. 9 )
In Commerce: MAR 2007
First Used: MAR 2007(INTL. CL. 16 )
In Commerce: MAR 2007
First Used: MAY 2007(INTL. CL. 25 )
In Commerce: MAY 2007
First Used: MAR 2007(INTL. CL. 35 )
In Commerce: MAR 2007
First Used: MAR 2007(INTL. CL. 38 )
In Commerce: MAR 2007
First Used: MAR 2007(INTL. CL. 41 )
In Commerce: MAR 2007
First Used: MAR 2007(INTL. CL. 42 )
In Commerce: MAR 2007

Last Reported Owner:
　　　　　LULU ENTERPRISES, INC.
　　　　　DELAWARE CORPORATION
　　　　　860 AVIATION PARKWAY
　　　　　SUITE 300
　　　　　MORRISVILLE, NORTH CAROLINA 27560
　　　　　T & T Has Located Other Marks With This Owner:
　　　　　　　　LULU
　　　　　　　　USPTO
　　　　　　　　LULU.COM
　　　　　　　　USPTO
　　　　　　　　LULU PRESS
　　　　　　　　USPTO
　　　　　　　　LULU TECH CIRCUS
　　　　　　　　USPTO

Applicant:
　　　　　LULU ENTERPRISES, INC.
　　　　　DELAWARE CORPORATION

LULU 023630
CONFIDENTIAL

860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA 27560

Claims:

COLOR IS NOT CLAIMED AS A FEATURE OF THE
MARK.

Design Phrase:

THE MARK CONSISTS OF THE WORD LULU WITH
AN IMAGE OF AN OVAL-SHAPED RING
SUPERIMPOSED OVER THE TOP HALF OF THE
WORD.

Filing Correspondent:

SUSAN FREYA OLIVE
OLIVE & OLIVE, P.A.
PO BOX 2049
DURHAM, NC 27702-2049

Flags: ⬤

Comments:

LULU was cited against it., BRONWYN TUCKER, 07/17/2007, 04:46PM EST

LOULOU                                                                US-2
                                                                Group Three

# LOULOU

Status:        PENDING
               SECTION 44 (D)
               INTENT TO USE
               44(D) APPLICATION - CURRENT

               USPTO Status: REPORT COMPLETED SUSPENSION
               CHECK - CASE STILL SUSPENDED

LULU 023631
CONFIDENTIAL

USPTO Status Date: FEB 02, 2007

Chronology:
Filed: MAR 09, 2004          Serial Number: 78-381,136


Goods/Services:
International Class 16:  PRINTED PUBLICATIONS,
NAMELY BOOKS, MAGAZINES AND NEWSLETTERS
ALL RELATING TO SHOPPING FOR CONSUMER
GOODS AND FASHION
International Class 41:  PROVIDING ON-LINE BOOKS,
MAGAZINES AND NEWSLETTERS RELATING TO
SHOPPING FOR CONSUMER GOODS AND
FASHION

Last Reported Owner:
ROGERS PUBLISHING LIMITED
CANADA CORPORATION
333 BLOOR STREET EAST
9TH FLOOR
TORONTO, CANADA M4W 1G9

Applicant:
ROGERS PUBLISHING LIMITED
CANADA CORPORATION
333 BLOOR STREET EAST
9TH FLOOR
TORONTO, CANADA M4W 1G9

Non-U.S. Application Claimed: 1203476
Non-U.S. Application Date: JAN 15, 2004
Non-U.S. Application Country: CANADA

Filing Correspondent:
DAVID M. SILVERMAN, ESQ.
DAVIS WRIGHT TREMAINE LLP
SUITE 200
1919 PENNSYLVANIA AVE., N.W.
WASHINGTON DC 20006

Domestic Representative:  DAVID M. SILVERMAN, ESQ.

Flags: ●

LULU 023632
CONFIDENTIAL

LULU

US-3
Group Three

Status:        PUBLISHED
               INTENT TO USE

               USPTO Status: FIRST EXTENSION - GRANTED
               USPTO Status Date: MAY 10, 2007

Chronology:
               Filed: AUG 16, 2002        Serial Number: 78-155,152

               Published for Opposition: JAN 24, 2006

Goods/Services:
               International Class 35:  ADMINISTRATION OF A
               DISCOUNT PROGRAM ENABLING PARTICIPANTS
               TO OBTAIN DISCOUNTS ON GOODS AND
               SERVICES; PROMOTING THE GOODS AND
               SERVICES OF OTHERS BY PLACING
               ADVERTISEMENTS AND PROMOTIONAL
               MATERIALS IN ELECTRONIC PUBLICATIONS
               ACCESSED VIA COMPUTER, COMMUNICATION
               NETWORKS, ELECTRONIC NETWORKS, ON-LINE
               WEB SITES, TELEPHONE, OR WIRELESS
               NETWORKS, BY DISTRIBUTING ADVERTISEMENTS
               AND PROMOTIONAL MATERIALS VIA COMPUTER,
               COMMUNICATION NETWORKS, ELECTRONIC
               NETWORKS, ON-LINE WEB SITES, TELEPHONE,
               OR WIRELESS NETWORKS, OR THROUGH ON-
               LINE PROMOTIONAL CONTESTS; ARRANGING,
               CONDUCTING AND PROMOTING BUSINESS AND
               CONSUMER CONFERENCES, BUSINESS AND
               CONSUMER CONVENTIONS, BUSINESS AND
               CONSUMER EXHIBITIONS, AND TRADE SHOWS IN
               THE FIELDS OF BUSINESS AND COMMERCE,
               EDUCATION, INFORMATION SERVICES, SCIENCE,
               AND TECHNOLOGY, OTHER THAN SUCH
               CONFERENCES, CONVENTIONS, EXHIBITIONS
               AND TRADE SHOWS FOCUSED ON THE AREAS OF
               ADVERTISING AND MARKETING; BUSINESS

LULU 023633
CONFIDENTIAL