CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING EDUCATIONAL AND ENTERTAINMENT EVENTS OF OTHERS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS, PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE; PROVIDING INFORMATION IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF BUSINESS, COMMERCE VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; PROVIDING BUSINESS ADVICE AND CONSUMER INFORMATION IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS IN THE FIELDS OF BUSINESS, COMMERCE, AND INFORMATION SERVICES VIA STAND-ALONE AND NETWORKED COMPUTERS,

LULU 023634
CONFIDENTIAL
Dockets.Justia.com

COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

International Class 41:  ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH AWARDS FOCUSED ON CONTRIBUTIONS TO THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH COMPETITIONS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE AND ON-LINE; ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY; PROVIDING RECOGNITION AND INCENTIVES BY THE WAY OF AWARDS TO DEMONSTRATE EXCELLENCE OR UNUSUAL PERFORMANCE IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH AWARDS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; AND PUBLICATION OF ELECTRONIC NEWSPAPERS FEATURING GENERAL

LULU 023635
CONFIDENTIAL

        KNOWLEDGE ACCESSIBLE VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

        International Class 42: PROVIDING INFORMATION IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES ON THE SUBJECTS OF SCIENCE, TECHNOLOGY AND INFORMATION TECHNOLOGY VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; PROVIDING INFORMATION IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA MATERIALS IN THE FIELDS OF SCIENCE, TECHNOLOGY AND INFORMATION TECHNOLOGY VIA STAND-ALONE AND NETWORKED COMPUTERS, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, WEB SITES, TELEPHONE, OR WIRELESS NETWORKS

Last Reported Owner:
        LULU ENTERPRISES, INC.
        DELAWARE CORPORATION
        860 AVIATION PARKWAY
        SUITE 300
        MORRISVILLE, NORTH CAROLINA 27560
        T & T Has Located Other Marks With This Owner:
            <u>LULU</u>
            USPTO
            <u>LULU.COM</u>
            USPTO
            <u>LULU PRESS</u>
            USPTO
            <u>LULU TECH CIRCUS</u>
            USPTO

Applicant:
        LULU ENTERPRISES, INC.
        DELAWARE CORPORATION
        860 AVIATION PARKWAY
        SUITE 300
        MORRISVILLE, NORTH CAROLINA 27560

**LULU 023636
CONFIDENTIAL**

Extension of Time to Oppose Number: 78155152
Extension of Time to Oppose Filed: FEB 23, 2006
Outcome: TERMINATED AUG 08, 2006
Potential Opposer: ROGERS PUBLISHING LIMITED
    Correspondent:
    DAVID M. SILVERMAN, ESQ.
    COLE, RAYWID & BRAVERMAN, L.L.P.
    1919 PENNSYLVANIA AVE., N.W.SUITE 200
    WASHINGTON, DC 20006
    US
Applicant: LULU ENTERPRISES, INC.
    Mark: LULU
    Serial Number: 78-155,152
    Correspondent:
    SUSAN FREYA OLIVE
    OLIVE & OLIVE P.A.
    500 MEMORIAL STREET; PO BOX 2049
    DURHAM, NC 27702-2049
TTAB Entry: #4 REQ. FOR EXTENSION OF TIME TO OPPOSE, MAY 24, 2006
TTAB Entry: #3 REQUEST TO EXT. TIME TO OPPOSE GRANTED TO (DUE DATE), MAY 24, 2006

Filing Correspondent:
    SUSAN FREYA OLIVE
    OLIVE & OLIVE PA
    500 MEMORIAL ST P O BOX 2049
    DURHAM, NC 27702-2049

Flags: ●

LULU.COM                          US-7
                                   Group Four



Status:    PENDING
            INTENT TO USE

            USPTO Status: NEW APPLICATION - RECORD

INITIALIZED NOT ASSIGNED TO EXAMINER
USPTO Status Date: JUL 02, 2007

**Chronology:**
Filed: JUN 28, 2007     Serial Number: 77-217,955

**Goods/Services:**
International Class 9: DOWNLOADABLE MP3 FILES, MP3 RECORDINGS, ONLINE DISCUSSION BOARDS, WEB CASTS, PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROADCASTS; DOWNLOADABLE BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS VIA THE INTERNET AND WIRELESS DEVICES; PROVIDING DOWNLOADABLE ELECTRONIC NEWSLETTERS IN THE FIELD OF PUBLISHING; CD-ROM DISKS AND DVDS
International Class 16: BOOKS OF GENERAL INTEREST, NAMELY FICTION AND NON-FICTION BOOKS ON A VARIETY OF TOPICS; PENS; BOOKMARKS; STICKERS; NEWSLETTERS IN THE FIELD OF PUBLISHING; BUSINESS CARDS; POSTCARDS
International Class 18: TOTE BAGS
International Class 25: CLOTHING, NAMELY, HATS AND SHIRTS
International Class 35: ONLINE ORDERING SERVICES FEATURING BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS; BUSINESS CONSULTING, NAMELY PROVISION OF INFORMATION AND ADVICE IN THE FIELD OF SELF-PUBLISHING; DISTRIBUTORSHIP SERVICES IN THE FIELD OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS; ADVERTISING, MARKETING AND PROMOTION SERVICES
International Class 38: COMMUNICATION SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; PROVIDING ON-LINE FORUMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING SELF-

LULU 023638
CONFIDENTIAL

PUBLISHING; COMMUNICATION SERVICES, NAMELY, TRANSMITTING STREAMED SOUND AND AUDIO-VISUAL RECORDINGS VIA THE INTERNET
International Class 41: PUBLISHING SERVICES, NAMELY, PRINT ON DEMAND AND PUBLISH ON DEMAND OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS; PUBLICATION OF BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS AND ELECTRONIC PUBLICATIONS; MULTIMEDIA PUBLISHING OF BOOKS, BROCHURES, MAGAZINES, JOURNALS, SOFTWARE, GAMES, MUSIC, AND ELECTRONIC PUBLICATIONS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; WORKSHOPS AND SEMINARS IN THE FIELD OF SELF-PUBLISHING; PROVIDING ON-LINE TRAINING IN THE FIELD OF SELF-PUBLISHING; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING INFORMATION ABOUT SELF-PUBLISHING; WRITTEN TEXT EDITING; VIDEO EDITING
International Class 42: PROVIDING INFORMATION ON BOOKS, BROCHURES, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION ON FORMATTING, EDITING, DESIGN, MARKETING AND DISTRIBUTION OF BOOKS, BROCHURES, PUBLICATIONS, CALENDARS, IMAGES, MUSIC, AUDIO AND AUDIOVISUAL MATERIALS VIA A GLOBAL COMPUTER NETWORK; GRAPHIC DESIGN SERVICES; DESIGN AND DEVELOPMENT OF MULTIMEDIA PRODUCTS

Last Reported Owner:
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
860 AVIATION PARKWAY
SUITE 300
MORRISVILLE, NORTH CAROLINA 27560
T & T Has Located Other Marks With This Owner:
  LULU
  USPTO
  LULU

LULU 023639
CONFIDENTIAL

    USPTO
    <u>LULU PRESS</u>
    USPTO
    <u>LULU TECH CIRCUS</u>
    USPTO

Applicant:
    LULU ENTERPRISES, INC.
    DELAWARE CORPORATION
    860 AVIATION PARKWAY
    SUITE 300
    MORRISVILLE, NORTH CAROLINA 27560

Claims:
    COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

Design Phrase:
    THE MARK CONSISTS OF THE WORD LULU.COM WITH AN IMAGE OF AN OVAL-SHAPED RING SUPERIMPOSED OVER THE TOP HALF OF THE LULU TERM.

Filing Correspondent:
    SUSAN FREYA OLIVE
    OLIVE & OLIVE, P.A.
    PO BOX 2049
    DURHAM, NC 27702-2049

---

Flags: ●

LULU PRESS                                                 US-26
                                                                   Group Four

Status:    ABANDONED
            INTENT TO USE

            USPTO Status: ABANDONED-AFTER PUBLICATION
            USPTO Status Date: AUG 15, 2005

Chronology:
    Filed: AUG 16, 2002    Serial Number: 78-155,140
    Published for Opposition: NOV 18, 2003

    Abandoned: AUG 11, 2005

Goods/Services:
    International Class 9:  COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT; COMPUTER PROGRAMS USED TO FACILITATE INTERACTIVE COMMUNICATION AND COLLABORATION; COMPUTER PROGRAMS USED TO FACILITATE FINANCIAL AND BUSINESS TRANSACTIONS IN ELECTRONIC COMMERCE; COMPUTER PROGRAMS USED TO FACILITATE DESKTOP, ELECTRONIC, AND ON-LINE PUBLISHING; COMPUTER PROGRAMS FOR ORGANIZING, DIRECTING, AND CONTROLLING COMMUNICATION, INFORMATION, TASKS, AND INTERACTION BETWEEN USERS, NAMELY CHAT SOFTWARE, ELECTRONIC MAIL SOFTWARE, INTERNET TELEPHONY SOFTWARE, MESSAGING SOFTWARE, SOFTWARE FOR FACILITATING THE AUTHORING OF AUDIO, VISUAL, AND MULTIMEDIA PUBLICATIONS, AND WEB INTERACTION SOFTWARE; PRERECORDED AUDIO AND AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE FOR EDUCATION AND ENTERTAINMENT FEATURING--TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, EDUCATION, SCIENCE, AND TECHNOLOGY; AND WEB SITE DEVELOPMENT COMPUTER PROGRAMS
    International Class 16:  BOOKS FEATURING FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; BOOKS FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS; NOTEBOOKS; AND PENCILS
    International Class 35:  ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND

LULU 023641
CONFIDENTIAL

SERVICES; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE
International Class 41:  EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES,

LULU 023642
CONFIDENTIAL

    NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL AND MULTIMEDIA MESSAGES AND PROGRAMS ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS

Last Reported Owner:
    LULU ENTERPRISES, INC.
    DELAWARE CORPORATION
    2019 FAIRVIEW ROAD
    RALEIGH, NORTH CAROLINA 27608
    T & T Has Located Other Marks With This Owner:
        <u>LULU</u>

LULU 023643
CONFIDENTIAL

<u>USPTO</u>
<u>LULU</u>
<u>USPTO</u>
<u>LULU.COM</u>
<u>USPTO</u>
<u>LULU TECH CIRCUS</u>
<u>USPTO</u>

Applicant:

    LULU ENTERPRISES, INC.
    DELAWARE CORPORATION
    2019 FAIRVIEW ROAD
    RALEIGH, NORTH CAROLINA 27608

Disclaimers:

    "PRESS"

Filing Correspondent:

    DOUGLAS W. KENYON, ESQ.
    HUNTON & WILLIAMS LLP
    POST OFFICE BOX 109
    RALEIGH NC 27602

Flags: ●

LULU TECH CIRCUS                                                     US-27
                                                                                                Group Four

Status:       ABANDONED
               INTENT TO USE

               USPTO Status: ABANDONED-NO STATEMENT OF
               USE FILED
               USPTO Status Date: FEB 11, 2005

Chronology:

               Filed: AUG 16, 2002     Serial Number: 78-155,141
               Published for Opposition: NOV 18, 2003

LULU 023644
CONFIDENTIAL

Abandoned: FEB 11, 2005

Goods/Services:
> International Class 9:  PRERECORDED AUDIO AND AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS AND WORKS OF FICTION AND NONFICTION ON A VARIETY OF TOPICS; ELECTRONIC AND VIDEO GAME PROGRAMS; SOFTWARE FOR USE BY ACTUAL AND PROSPECTIVE ATTENDEES AND ORGANIZERS OF CONFERENCES, CONVENTIONS, EXHIBITIONS, AND TRADE SHOWS FEATURING INFORMATION CONCERNING SUCH EVENTS AND CONCERNING RELATED PRODUCTS AND SERVICES
> International Class 16:  BOOKS FEATURING FICTION AND NONFICTION ON A VARIETY OF TOPICS; NEWSPAPERS AND PERIODICALS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, LITERATURE, SCIENCE, AND TECHNOLOGY; NOTEBOOKS; AND PENCILS
> International Class 35:  ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, BUSINESS AND CONSUMER INFORMATION SERVICES, AND TECHNOLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL

LULU 023645
CONFIDENTIAL

CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE
International Class 41:  EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE

LULU 023646
CONFIDENTIAL

        SUBJECTS OF THE ARTS, ENTERTAINMENT, AND LITERATURE DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS, AND IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT, AND LITERATURE VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS

Last Reported Owner:
    LULU ENTERPRISES, INC.
    DELAWARE CORPORATION
    2019 FAIRVIEW ROAD
    RALEIGH, NORTH CAROLINA 27608
    T & T Has Located Other Marks With This Owner:
        LULU
        USPTO
        LULU
        USPTO
        LULU.COM
        USPTO
        LULU PRESS
        USPTO

Applicant:
    LULU ENTERPRISES, INC.
    DELAWARE CORPORATION
    2019 FAIRVIEW ROAD
    RALEIGH, NORTH CAROLINA 27608

Disclaimers:
    "TECH"

LULU 023647
CONFIDENTIAL

Filing Correspondent:
      DOUGLAS W. KENYON, ESQ.
      HUNTON & WILLIAMS LLP
      POST OFFICE BOX 109
      RALEIGH NC 27602

---

Flags: ●


LULU PRODUCTIONS                                                                          ST-1
                                                                                    Group Four


State: HAWAII
Status: RENEWED

Chronology:
      Registered: JUL 26, 2000  Registration Number: 241660


      Renewed: APR 19, 2001   Renewal Registration Number: 249935


Goods/Services:
      INTERNATIONAL CLASS: 9, 16, 25  COMMUNICATION PRODUCTS SUCH AS, BUT NOT LIMITED TO, FILMS, VIDEOS, AUDIO, BOOKS, CLOTHING AND ART

Registrant:
      CHERI MARDON
      SOLE PROPRIETOR
      P.O. BOX 89576
      HONOLULU, HAWAII 96830

Renewed To:
      CHERI MARDON
      SOLE PROPRIETOR
      PO BOX 89576
      HONOLULU, HAWAII 96830

LULU 023648
CONFIDENTIAL

Manner Of Display:
    USED ON LABELS OR PRODUCT CONTAINERS

---

Flags: ●

WCL-2

Welcome to Lulu Studio
info@ lulustudio .com.
www. lulustudio .com/ - 2k - Cached - Similar pages

URL: http://www.lulustudio.com/

Web Page Information(✔ = Web Page Look-Up)
HTML Title:    Welcome to Lulu Studio
Keywords:
Description:
Status:         Accessible

LULU 023649
CONFIDENTIAL



Flags: ●

WCL-3

LULU 023650
CONFIDENTIAL

LULU / LULU STUDIO
lulustudio lulustudio.id666.com - 2k - Cached

URL: http://lulustudio.id666.com/

Web Page Information(✔ = Web Page Look-Up)
HTML Title:    LULU / LULU STUDIO
Keywords:
Description:
Status:        Accessible

LULU 023651
CONFIDENTIAL