

Flags:

WCL-4

LULU 023652
CONFIDENTIAL
Dockets.Justia.com

Lulu Studios: The Art & Design of Leah Moore
Graphic Design, Screen print T-shirt, Logo, Boutique Design, Poster, Packaging, Identity, by designer Leah Moore of Lulu Studios based in Myrtle Beach, ...
www. lulu-studio .com/ - 6k - <u>Cached</u> - <u>Similar pages</u>

URL: http://www.lulu-studio.com/

<u>Web Page Information</u>(✔ = Web Page Look-Up)
HTML Title:     Lulu Studios: The Art & Design of Leah Moore
Keywords:       graphic design, screen print design, logo design, packaging design, poster design, boutique design,identity, advertising, hi end designer, graphic designer, myrtle beach, south carolina, t-shirt desig n, business card design, ad design, marketing, freelance graphic design, freelance designer, leah moore, leah moore graphic design, leah moore south carolina, graphic design south carolina, graphic de sign east coast, surf design, lulu studios, pop displays, graphic designer south carolina, graphic designer myrtle beach
Description:    Graphic Design, Screen print T-shirt, Logo, Boutique Design, Poster, Packaging, Identity, by designer Leah Moore of Lulu Studios based in Myrtle Beach, South Carolina.
Status:         Accessible

LULU 023653
CONFIDENTIAL



Flags: ⬤

LULU 023654
CONFIDENTIAL

Lulu Studio Inc - Charlestown, Rhode Island (RI) | Company Profile
THIS REFERENCE WAS RETRIEVED THROUGH ADDITIONAL RESEARCH

URL: http://www.manta.com/comsite5/bin/pddnb_company.pl?pdlanding=1&referid=4490&id=g44s8&r=10&d=wow~F857-en-us&n=0QJKK1L70EAKD3EK&s=21&t=&m=469528FF&x=05D793A239F

Web Page Information(✔ = Web Page Look-Up)
HTML Title:    Lulu Studio Inc - Charlestown, Rhode Island (RI) | Company Profile
Keywords:      Lulu Studio Inc Company Profile, Lulu Studio Inc, Charlestown, Rhode Island (RI), E
Description:   Lulu Studio Inc company profile in Charlestown, RI. Our free company profile report
Status:        Accessible

LULU 023655
CONFIDENTIAL