

Flags:

WCL-6

LULU 023656
CONFIDENTIAL
Dockets.Justia.com

LuLu's Studio
www.lulusstudio.com/ - 2k - Cached - Similar pages

URL: http://www.lulusstudio.com/

Web Page Information(✔ = Web Page Look-Up)
HTML Title:    LuLu's Studio
Keywords:
Description:
Status:         Accessible

**LULU 023657
CONFIDENTIAL**