

Flags: