LouLou's Studio
LouLou's studio store carries LouLou's whimsically illustrated line of fabrics, room accessories, personalized canvas borders, bed and bath collections, ...
www.loumarshalldesign.com/studio.htm - 2k - Cached - Similar pages

URL: http://www.loumarshalldesign.com/studio.htm

Web Page Information(✔ = Web Page Look-Up)
HTML Title:    LouLou's Studio
Keywords:
Description:
Status:        Accessible

LULU 023659
CONFIDENTIAL
Dockets.Justia.com

**LouLou's Whimsicals Design Studio**

LouLou's studio store carries LouLou's whimsically illustrated line of fabrics, room accessories, personalized canvas borders, bed and bath collections, and artwork. LouLou's full line of products can be personalized for that extra special custom touch.

(Cited Term)

The studio is open by chance or by appointment. Call (484) 680-4487 or email lou@loulouswhimsicals.com.

Located at the Willowdale Towne Center in Kennett Square, PA. Enter LouLou's Design Studio through The Green Bee across from Sovana Bistro.

688 Unionville Road (Rt. 82)
Kennett Square, PA 19348
(Click Here to go to Google Maps)



Flags:

WCL-8

LULU 023660
CONFIDENTIAL