<u>Lu Studios: Innovative Media Solutions</u>
Lu Studios is a full service design and development company that
provides professional internet and paper media solutions.
www.lustudios.com/ - 2k - <u>Cached</u> - <u>Similar pages</u>

URL: <u>http://www.lustudios.com/</u>

<u>Web Page Information</u>(✔ = Web Page Look-Up)
HTML Title:    Lu Studios: Innovative Media Solutions
Keywords:
freelance,web,design,flash,photoshop,logo,html,css,javascript,dhtml,development

Description:    Lu Studios is a full service design and development company that
provides professional internet and paper media solutions.
Status:            Accessible

LULU 023661
**CONFIDENTIAL**
Dockets.Justia.com



Flags:

WCL-9

LULU 023662
CONFIDENTIAL

<u>Le Lu Studio - Home Page</u>
Contemporary hair and makeup styles in Palo Alto, CA. Creating natural and sophisticated designs that makes an impact.
lelustudio.com/ - 10k - <u>Cached</u> - <u>Similar pages</u>

URL: <u>http://lelustudio.com/</u>

<u>Web Page Information</u>(✓ = Web Page Look-Up)
HTML Title:     Le Lu Studio - Home Page
Keywords:       hair salons, bay area salon, palo alto salon, high art fashion, hair, makeup, wedding makeup services, hair and makeup services, bridal services, wedding services, wedding makeup, thermal straight, Ja panese straight, magic straight, texturing services, bay area Japanese perm, Japanese perm, palo alto straight hair, perm, modern hair styles, contemporary makeup and hair service, fashion, makeovers, airbrush makeup, special event makeup, Christmas makeup, holiday makeup, hair updos, updos, special updos, party hair, California salon, south bay hair salon, sunnyvale hair salon, bay area makeup ar tist, makeup specialist, before and after makeup, editorial, fashion magazine styles, images, classic hair designs, classic hair, simple hair style, lashes, lavish lashes, fake eye lashes, eye lash ex tension, lash extension, color specialist, lowlights, retro hair designs, retro makeup designs, retro style, classic hair, classic makeup, classic haircolor, highlights, dimensional coloring, hair col or, holiday designs, modern hair colors, makeup designs, makeup styles, women of color designs, Sunnyvale hair, Sunnyvale makeup, mountain view hair, mountain view makeup
Description:    Contemporary hair and makeup styles in Palo Alto, CA. Creating natural and sophisticated designs that makes an impact.
Status:         Accessible

LULU 023663
CONFIDENTIAL