# EXHIBIT 66
# TO DECLARATION OF DANIEL H. MARTI

# FILED MANUALLY

Dockets.Justia.com