LOU LOU

CL-1
Group Three

Goods/Services: CANADIAN SHOPPING MAGAZINE INCLUDING ARTICLES ON FASHION, BEAUTY, LIFESTYLE AND DECOR TARGETING WOMEN FROM 18 TO 35. FRENCH AND ENGLISH VERSION
T&T Assigned Class(es): 16

Owner:
   ROGERS MEDIA PUBLISHING   1 MOUNT PLEASANT RD., 7TH FL. TORONTO, ON M4Y 2Y5 416-764-2000
Owner Fax: (416)764-1709
E-Mail: LOULOU@INDAS.CA
✓URL: http://www.louloumagazine.com/
Source:
   GALE DIRECTORY OF PUBLICATIONS - 141ST EDITION
Source Volume: GALE DIRECTORY OF PUBLICATIONS AND BROADCAST MEDIA GDPBM
Publication Date: 2006

Web Page Information(✓ = Web Page Look-Up)
HTML Title:    .: LOULOU :.
Status:        Accessible

LULU 023665
**CONFIDENTIAL**
Dockets.Justia.com



Flags:

LULU 023666
CONFIDENTIAL

|  |  | BN-1<br>Group ONE |
|---|---|---|
| LULU STUDIO INC | Address: 53 ROSS HILL RD<br>CHARLESTOWN, RI 02813-2605<br>Phone:   401-322-0769<br>Line Of Business:   BUSINESS SERVICES<br>SIC Code/Description:<br>73891801    "DESIGN, COMMERCIAL AND INDUSTRIAL"<br><br>Sales Volume:      $65,000 ESTIMATE<br>Employees Total:   1<br>Employees Here:    1<br>Legal Status: Corporation<br>D-U-N-S® Number: 138362913-D&B |  |

<u>In-Use Information From Thomson CompuMark</u>

  Citation Link: None Found
  Owner Link:    None Found
  In-Use Link:   None Found

---

Flags: ●

| <u>LULU-STUDIO.COM</u> |  | DN-1<br>Group One |
|---|---|---|
| Registered by: | GODADDY.COM, INC. |  |
| Registrant: | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States |  |
| Administrative Contact: |  |  |
|  | Private, Registration LULU-STUDIO.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |  |

LULU 023667
CONFIDENTIAL

| | |
|---|---|
| Technical Contact: | Private, Registration LULU-STUDIO.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| Record History: | Record created on04-Nov-06<br>Record last updated on<br>Record expires on05-Nov-07 |
| Domain Servers in Listed Order: | PARK27.SECURESERVER.NET<br>PARK28.SECURESERVER.NET<br>See Business Registration Listing<br>Copy and paste the link below to view additional details:<br><br>http://who.godaddy.com/whoischeck.aspx?domain=LULU-STUDIO.COM |

Real-Time Whois Data

Web Page Information
HTML Title:    Lulu Studios: The Art & Design of Leah Moore
Keywords:     graphic design, screen print design, logo design, packaging design, poster design, boutique design,identity, advertising, hi end designer, graphic designer, myrtle beach, south carolina, t-shirt design, business card design, ad design, marketing, freelance graphic design, freelance designer, leah moore, leah moore graphic design, leah moore south carolina, graphic design south carolina, graphic design east coast, surf design, lulu studios, pop displays, graphic designer south carolina, graphic designer myrtle beach
Description:   Graphic Design, Screen print T-shirt, Logo, Boutique Design, Poster, Packaging, Identity, by designer Leah Moore of Lulu Studios based in Myrtle Beach, South Carolina.
Status:        Accessible

LULU 023668
CONFIDENTIAL



Flags:

LULUSTUDIO.COM

DN-2

LULU 023669
CONFIDENTIAL

Group One

| | |
|---|---|
| Registered by: | NETWORK SOLUTIONS, INC. |
| Registrant: | lulu studio, inc. (LULUSTUDIO-DOM) 53 ROSS HILL RD CHARLESTOWN, RI 02813-2605 US |
| Administrative Contact: | lulu studio, inc. (VOOQYMISFO) chad@lulustudio.com 53 ROSS HILL RD CHARLESTOWN, RI 02813-2605 US 401-322-0769 |
| Technical Contact: | (ELN-DA) domainbilling@corp.earthlink.net EarthLink Network, Inc. 1375 Peachtree Street Atlanta, GA 30309 US 404-815-0700 fax: 626-296-5113 |
| Record History: | Record created on08-Oct-2001. Record last updated on21-Jun-2006. Record expires on08-Oct-2008. |
| Domain Servers in Listed Order: | DNS2.EARTHLINK.NET   DNS3.EARTHLINK.NET   Whois Server Version 2.0   Domain Name: LULUSTUDIO.COM   DNS2.EARTHLINK.NET   DNS3.EARTHLINK.NET   Status: clientTransferProhibited |

Real-Time Whois Data

Web Page Information
HTML Title:   Welcome to Lulu Studio
Status:       Accessible

LULU 023670
CONFIDENTIAL