

Flags: ●

LULU-STUDIOS.COM                                           DN-3

LULU 023671
CONFIDENTIAL
Dockets.Justia.com

Group One

| | |
|---|---|
| Registered by: | TUCOWS.COM, INC. |
| Registrant: | Ronald Ellliott P.O. Box 3096 Station Main Vancouver, BC V6B 3X6 CA |
| Administrative Contact: | Web Hosting, Lunarpages hostmaster@lunarpages.com 100 East La Habra Blvd. La Habra, CA 90631 US +1.7145218150 |
| Technical Contact: | Administrator, System hostmaster@lunarpages.com 100 E. La Habra La Habra, California 90631 US +1.7145218150 |
| Record History: | Record created on20-Mar-2006. Record last updated on06-Mar-2007. Record expires on20-Mar-2008. |
| Domain Servers in Listed Order: | NS1.LUNARPAGES.COM   NS2.LUNARPAGES.COM     Domain status: clientTransferProhibited     clientUpdateProhibited |

Real-Time Whois Data

Web Page Information
HTML Title:     Lulu Studios Ltd.
Keywords:     Lulu Studios, art, artist, writer, gallery, painting, animation, Vancouver, BC, Canada, animated film, movies, books, resources for artists, studios, shows, exhibitions.
Description:   Lulu Studios Ltd., Animation Production, writing, and design. Vancouver, BC, Canada.
Status:          Accessible

LULU 023672
CONFIDENTIAL