

Flags:

LULUSTUDIOS.COM            DN-4

LULU 023673
CONFIDENTIAL
Dockets.Justia.com

                                                                           Group One

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Steven Ponomarev 19 Avalon Ct Doylestown, Pennsylvania 18901 United States |
| Administrative Contact: | Ponomarev, Steven stevepon@hotmail.com 19 Avalon Ct Doylestown, Pennsylvania 18901 United States 2152309971 Fax -- |
| Technical Contact: | Ponomarev, Steven stevepon@hotmail.com 19 Avalon Ct Doylestown, Pennsylvania 18901 United States 2152309971 Fax -- |
| Record History: | Record created on22-Jun-04 Record last updated on30-May-06 Record expires on22-Jun-08 |
| Domain Servers in Listed Order: | NS.WEBAIR.NET  NS2.WEBAIR.NET |

Real-Time Whois Data

Web Page Information
Status:     Site not accessible at time of analysis on July 12, 2007 at 10:07:12 AM.

Flags: ●

LULUS-STUDIO.COM                                                           DN-5
                                                                           Group One

| | |
|---|---|
| Registered by: | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |

LULU 023674
CONFIDENTIAL