| | |
|---|---|
| Registrant: | lucinda maries 2596 seahorse avenue ventura 93001 CA UNITED STATES |
| Administrative Contact: | Lucinda Welsh 2596 seahorse avenue ventura 93001 CA UNITED STATES Email: lucindamarie2001@yahoo.com Phone: +1.8054779815 |
| Technical Contact: | YahooDomains TechContact 701 First Ave. Sunnyvale 94089 CA UNITED STATES Email: domain.tech@YAHOO-INC.COM Phone: +1.6198813096 |
| Record History: | Record created on2005-03-15 2005-03-15 Record expires on2008-03-15 |
| Domain Servers in Listed Order: | yns1.yahoo.com<br>yns2.yahoo.com |

Real-Time Whois Data

Web Page Information
HTML Title:    Under Construction
Status:        Accessible



Flags: ●

LULUSSTUDIO.COM																							DN-6

LULU 023676
CONFIDENTIAL