Group One

| | |
|---|---|
| Registered by: | Schlund+Partner AG domain: LULUSSTUDIO.COM |
| Registrant: | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 registrant-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com |
| Administrative Contact: | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 admin-c-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com |
| Technical Contact: | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 tech-c-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com |
| Billing Contact: | Oneandone Private Registration Organization: 1&1 Internet, Inc. - http://1and1.com/contact 1: 701 Lee Road, Suite 300 2: ATTN: lulusstudio.com 19087 bill-c-state: PA Chesterbrook US Phone: +1.8772064254 email: proxy342859@1and1-private-registration.com % See http://registrar.schlund.info for information about Schlund+Partner AG |
| Record History: | Record created on21-Jun-2006 Record last updated on22-Jun-2007 Record expires on21-Jun-2008 |
| Domain Servers in Listed Order: | ns47.1and1.com 74.208.2.7 ns48.1and1.com 74.208.3.6 |

LULU 023677
CONFIDENTIAL
Dockets.Justia.com