status:   CLIENT-TRANSFER-PROHIBITED

Real-Time Whois Data

Web Page Information
HTML Title:    LuLu's Studio
Status:         Accessible

LULU 023678
CONFIDENTIAL
Dockets.Justia.com



Flags: ⚫

STUDIOLULU.COM                                                                                                          DN-7

LULU 023679
CONFIDENTIAL

Group Two

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Domains by Proxy, Inc. DomainsByProxy.com<br>15111 N. Hayden Rd., Ste 160, PMB 353<br>Scottsdale, Arizona 85260 United States |
| Administrative Contact: | Private, Registration<br>STUDIOLULU.COM@domainsbyproxy.com<br>Domains by Proxy, Inc. DomainsByProxy.com<br>15111 N. Hayden Rd., Ste 160, PMB 353<br>Scottsdale, Arizona 85260 United States (480) 624-2599 |
| Technical Contact: | Private, Registration<br>STUDIOLULU.COM@domainsbyproxy.com<br>Domains by Proxy, Inc. DomainsByProxy.com<br>15111 N. Hayden Rd., Ste 160, PMB 353<br>Scottsdale, Arizona 85260 United States (480) 624-2599 |
| Record History: | Record created on21-Sep-05<br>Record last updated on21-Sep-05<br>Record expires on21-Sep-07 |
| Domain Servers in Listed Order: | PARK21.SECURESERVER.NET<br>PARK22.SECURESERVER.NET |

Real-Time Whois Data

Web Page Information
HTML Title:    www.studiolulu.com coming soon!
Status:        Accessible

LULU 023680
CONFIDENTIAL