






Flags:

STUDIOLULU.ORG                                                                                         DN-8

LULU 023681
CONFIDENTIAL
Dockets.Justia.com

Group Two

| | |
|---|---|
| Registered by: | Dotster, Inc. (R34-LROR) Domain ID:D89986095-LROR |
| Registrant: | DOTR-00526286 Lisa Gaffney-Goldberg Organization: Stiff Paper, Inc. 1112 Dusk View Dr. Merritt Island FL 32952 US Phone: +1.3214532327 Ext.: Fax Ext.: Email: lisagaffney@cfl.rr.com |
| Administrative Contact: | DOTC-01911942 Lisa Gaffney-Goldberg Organization: Stiff Paper, Inc. 1112 Dusk View Dr. Merritt Island FL 32952 US Phone: +1.3214532327 Phone: Ext: Admin FAX: Admin FAX Ext: Email: lisagaffney@cfl.rr.com |
| Technical Contact: | DOTC-02976691 Marty True Organization: Premier Site Design PO Box 320486 Cocoa Beach FL 32931 US Phone: +1.3218682175 Phone: Ext: Tech FAX:+1.3218682176 Tech FAX Ext: Email: marty@premiersitedesign.com |
| Record History: | Record created on05-Sep-2002 16:24:11 UTC Record last updated on14-Dec-2003 17:30:04 UTC Record expires on05-Sep-2008 16:24:50 UTC Status:OK |
| Domain Servers in Listed Order: | NS3.PSDHOSTING.COM NS4.PSDHOSTING.COM |

Real-Time Whois Data

Web Page Information
Status:    Site not accessible at time of analysis on July 12, 2007 at 10:07:22 AM.

---

Flags: ●

LULU 023682
CONFIDENTIAL

| | |
|---|---|
| <u>ALULUSTUDIO.COM</u> | DN-15<br>Group Two |

| | |
|---|---|
| Registered by: | NEW DREAM NETWORK, LLC |
| Registrant: | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 |
| Administrative Contact: | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 |
| Technical Contact: | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 |
| Billing Contact: | Genevieve Leloup alulu@mac.com Genevieve Leloup 159 eastern parkway 5M Brooklyn, NY 11238 US +1.7183981826 |
| Record History: | Record created on2005-06-03 08:32:51.<br>Record expires on2008-06-03 08:32:51. |
| Domain Servers in Listed Order: | ns1.dreamhost.com<br>  ns2.dreamhost.com<br>  ns3.dreamhost.com<br>  DreamHost whois server terms of service:<br>http://whois.dreamhost.com/terms.html |

<u>Real-Time Whois Data</u>

<u>Web Page Information</u>
HTML Title:   alulu_main
Status:          Accessible

LULU 023683
CONFIDENTIAL