

Flags: ●

STUDIOULULU.COM                                                            DN-16

LULU 023684
CONFIDENTIAL
Dockets.Justia.com

Group Two

| | |
|---|---|
| Registered by: | ENOM, INC. |
| Registrant: | Studio Ululu Takuya Koaze (takuk@bigpond.com) +61.99679618 Fax: +61.99679618 90 Baroona Rd None Northbridge, NSW 2063 AU |
| Administrative Contact: | Studio Ululu Takuya Koaze (takuk@bigpond.com) +61.99679618 Fax: +61.99679618 90 Baroona Rd None Northbridge, NSW 2063 AU |
| Technical Contact: | Studio Ululu Takuya Koaze (takuk@bigpond.com) +61.99679618 Fax: +61.99679618 90 Baroona Rd None Northbridge, NSW 2063 AU Status: Locked |
| Record History: | Record created on24 Aug 2005 07:34:37 Record expires on24 Aug 2007 07:34:37 mail, or by telephone. The compilation, repackaging, dissemination or consent from us. We reserve the right to modify these terms at any time. By submitting |
| Domain Servers in Listed Order: | dns1.name-services.com dns2.name-services.com dns3.name-services.com dns4.name-services.com dns5.name-services.com |

<u>Real-Time Whois Data</u>

<u>Web Page Information</u>
HTML Title:    STUDIO ULULU
Status:          Accessible

LULU 023685
CONFIDENTIAL