[Screenshot of Studio Ululu website homepage featuring "Imagination" banner with painting of a woman in a field, and navigation elements including Yoshi's Gallery, Setty's Gallery, About us, Exhibition, Tutor in Perth, My Painting style, Mail, Link, Japanese, SYDNEY Oct 05, KABUKI, Japanese Entertainments, Portraitures, Still Lifes, Landscapes, Imaginations, Genre Paintings, Unicorn, Figurative, Nude, Fans. "Most of pages are now under construction." Copyright (c) 200_ Studio Ululu All right reserved.]

66031.000004 RALEIGH 316396v1

LULU 023686
CONFIDENTIAL
Dockets.Justia.com

# Exhibit 194

Case 5:07-cv-00347-D    Document 72    Filed 10/09/2007    Page 2 of 9

# SĀEGIS.   CUSTOM REPORT

**Reference:** DWK/Lulu/Ownership Search
**Username:** BRONWYN TUCKER

**Search Strategy**

**Q1**     5 BROWSE Owner Names = LULU ENTERPRISES, INC

**Selected Databases**
**TRADEMARKSCAN®:** U.S. Federal, U.S. State, International Register (selected countries only)

## *Citations*

1. THE MARKETPLACE FOR DIGITAL CONTENT
*U.S. Federal*

2. TECH CIRCUS
*U.S. Federal*

3. LULU
*U.S. Federal*

4. LULU TECH CIRCUS
*U.S. Federal*

5. LULU PRESS
*U.S. Federal*

## *Full Text For Citations*

### THE MARKETPLACE FOR DIGITAL CONTENT *ref.1*

**Cross Reference:** THE MARKET PLACE FOR DIGITAL CONTENT

TRADEMARKSCAN®--U.S. Federal

**Serial Number:** 78284538

**Status:** ABANDONED
INTENT TO USE

**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** September 30, 2004

**Filed:** August 7, 2003
**Abandoned:** September 30, 2004

**International Class(es):**
36 (Insurance and Financial Services)

**Goods/Services:**
(INT. CL. 36) FACILITATING THE EXCHANGE OF INTELLECTUAL PROPERTY FOR FINANCIAL COMPENSATION VIA THE

http://www.saegis.com/svc/search/PSearch/Reporting/custom_report2                                     10/15/2004

LULU 023230
CONFIDENTIAL

INTERNET

**Applicant:**
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
SUITE 210
3131 RDU CENTER
MORRISVILLE, NORTH CAROLINA 27560

**Filing Correspondent:**
LULU ENTERPRISES, INC.
SUITE 210
3131 RDU CENTER
MORRISVILLE, NC 27560

**History:**
SEPTEMBER 30, 2004 ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND
SEPTEMBER 30, 2004 ABANDONMENT - FAILURE TO RESPOND
MARCH 01, 2004 NON-FINAL ACTION E-MAILED
FEBRUARY 22, 2004 ASSIGNED TO EXAMINER

---

# TECH CIRCUS *ref.2*

TRADEMARKSCAN®--U.S. Federal

**Serial Number:** 78155144

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** (730) FIRST EXTENSION - GRANTED
**USPTO Status Date:** August 9, 2004

**Filed:** August 16, 2002
**Allowance Filed:** February 10, 2004
**Published:** November 18, 2003
**Extension Approved:** August 9, 2004

**International Class(es):**
9 (Electrical and Scientific Apparatus)
16 (Paper Goods and Printed Matter)
35 (Advertising and Business Services)
41 (Education and Entertainment Services)

**Goods/Services:**
(INT. CL. 9) PRERECORDED AUDIO AND AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS AND WORKS OF FICTION AND NONFICTION ON A VARIETY OF TOPICS; ELECTRONIC AND VIDEO GAME PROGRAMS; SOFTWARE FOR USE BY ACTUAL AND PROSPECTIVE ATTENDEES AND ORGANIZERS OF CONFERENCES, CONVENTIONS, EXHIBITIONS, AND TRADE SHOWS FEATURING INFORMATION CONCERNING SUCH EVENTS AND CONCERNING RELATED PRODUCTS AND SERVICES
(INT. CL. 16) BOOKS FEATURING FICTION AND NONFICTION ON A VARIETY OF TOPICS; NEWSPAPERS AND PERIODICALS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, LITERATURE, SCIENCE, AND TECHNOLOGY; NOTEBOOKS; AND PENCILS
(INT. CL. 35) ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, BUSINESS AND CONSUMER INFORMATION SERVICES, AND TECHNOLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS

LULU 023231
CONFIDENTIAL

TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE

**(INT. CL. 41)** EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF THE ARTS, EDUCATION, ENTERTAINMENT, AND LITERATURE DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS, AND IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT, AND LITERATURE VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS

**Owner At Publication:**
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Applicant:**
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Filing Attorney:** EDWARD A SOKOLSKI
**Reference Number:** LULU2001SOVJ

**Filing Correspondent:**
EDWARD A SOKOLSKI
OLIVE & OLIVE, P.A.
500 MEMORIAL STREET; PO BOX 2049
DURHAM NC 27702-2049

**Disclaims:** "TECH"

**History:**
FEBRUARY 10, 2004 NOTICE OF ALLOWANCE-MAILED
DECEMBER 31, 2003 PAPER RECEIVED
NOVEMBER 18, 2003 PUBLISHED FOR OPPOSITION
OCTOBER 29, 2003 NOTICE OF PUBLICATION
SEPTEMBER 10, 2003 APPROVED FOR PUB - PRINCIPAL REGISTER
SEPTEMBER 09, 2003 EXAMINERS AMENDMENT E-MAILED

LULU 023232
CONFIDENTIAL

JULY 14, 2003 CORRESPONDENCE RECEIVED IN LAW OFFICE
JULY 29, 2003 CASE FILE IN TICRS
JULY 14, 2003 TEAS RESPONSE TO OFFICE ACTION RECEIVED
JANUARY 13, 2003 NON-FINAL ACTION E-MAILED
JANUARY 09, 2003 ASSIGNED TO EXAMINER

# LULU *ref.3*

**TRADEMARKSCAN®--U.S. Federal**

**Serial Number:** 78155152

**Status:** PENDING
INTENT TO USE

**USPTO Status:** (645) FINAL REFUSAL - MAILED
**USPTO Status Date:** May 26, 2004

**Filed:** August 16, 2002

**International Class(es):**
35 (Advertising and Business Services)
41 (Education and Entertainment Services)

**Goods/Services:**
(INT. CL. 35) ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING BY PLACING ADVERTISEMENTS AND PROMOTIONAL MATERIALS IN ELECTRONIC PUBLICATIONS ACCESSED VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, BY DISTRIBUTING ADVERTISEMENTS AND PROMOTIONAL MATERIALS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS, OR THROUGH ON-LINE PROMOTIONAL CONTESTS; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE
(INT. CL. 41) ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS, IN THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH CONFERENCES, CONVENTIONS, EXHIBITIONS AND TRADE SHOWS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF BUSINESS AND COMMERCE, EDUCATION, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH AWARDS FOCUSED ON CONTRIBUTIONS TO THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH COMPETITIONS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY DELIVERED BY COMPUTER, COMMUNICATION

LULU 023233
CONFIDENTIAL

NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY; AND PROVIDING RECOGNITION AND INCENTIVES BY THE WAY OF AWARDS TO DEMONSTRATE EXCELLENCE OR UNUSUAL PERFORMANCE IN THE FIELDS OF BUSINESS AND COMMERCE, GENERAL KNOWLEDGE, INFORMATION SERVICES, SCIENCE, AND TECHNOLOGY, OTHER THAN SUCH AWARDS FOCUSED ON THE AREAS OF ADVERTISING AND MARKETING

**Applicant:**
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Filing Attorney:** SUSAN FREYA OLIVE
**Reference Number:** LULU1203SOVJ

**Filing Correspondent:**
SUSAN FREYA OLIVE
OLIVE & OLIVE P.A.
500 MEMORIAL STREET; PO BOX 2049
DURHAM NC 27702-2049

# LULU TECH CIRCUS *ref.4*

**TRADEMARKSCAN®--U.S. Federal**

**Serial Number:** 78155141

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** (730) FIRST EXTENSION - GRANTED
**USPTO Status Date:** August 9, 2004

**Filed:** August 16, 2002
**Allowance Filed:** February 10, 2004
**Published:** November 18, 2003
**Extension Approved:** August 9, 2004

**International Class(es):**
9 (Electrical and Scientific Apparatus)
16 (Paper Goods and Printed Matter)
35 (Advertising and Business Services)
41 (Education and Entertainment Services)

**Goods/Services:**
(INT. CL. 9) PRERECORDED AUDIO AND AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS AND WORKS OF FICTION AND NONFICTION ON A VARIETY OF TOPICS; ELECTRONIC AND VIDEO GAME PROGRAMS; SOFTWARE FOR USE BY ACTUAL AND PROSPECTIVE ATTENDEES AND ORGANIZERS OF CONFERENCES, CONVENTIONS, EXHIBITIONS, AND TRADE SHOWS FEATURING INFORMATION CONCERNING SUCH EVENTS AND CONCERNING RELATED PRODUCTS AND SERVICES
(INT. CL. 16) BOOKS FEATURING FICTION AND NONFICTION ON A VARIETY OF TOPICS; NEWSPAPERS AND PERIODICALS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, LITERATURE, SCIENCE, AND TECHNOLOGY; NOTEBOOKS; AND PENCILS

LULU 023234
CONFIDENTIAL

(INT. CL. 35) ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, BUSINESS AND CONSUMER INFORMATION SERVICES, AND TECHNOLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; ON-LINE AUCTION SERVICES; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE

(INT. CL. 41) EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL MESSAGES AND PROGRAMS ON THE SUBJECTS OF THE ARTS, ENTERTAINMENT, AND LITERATURE DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS, AND IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT, AND LITERATURE VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS

**Owner At Publication:**
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Applicant:**
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Filing Attorney:** SUSAN FREYA OLIVE
**Reference Number:** LULU1202SOVJ

**Filing Correspondent:**
SUSAN FREYA OLIVE
OLIVE & OLIVE, P.A.
500 MEMORIAL STREET; PO BOX 2049
DURHAM NC 27702-2049

**Disclaims:** "TECH"

http://www.saegis.com/svc/search/PSearch/Reporting/custom_report2                                   10/15/2004

LULU 023235
CONFIDENTIAL

**History:**
NOVEMBER 18, 2003 PUBLISHED FOR OPPOSITION
OCTOBER 29, 2003 NOTICE OF PUBLICATION
SEPTEMBER 10, 2003 APPROVED FOR PUB - PRINCIPAL REGISTER
SEPTEMBER 09, 2003 EXAMINERS AMENDMENT E-MAILED
JULY 14, 2003 COMMUNICATION RECEIVED FROM APPLICANT
JULY 29, 2003 CASE FILE IN TICRS
JULY 14, 2003 TEAS RESPONSE TO OFFICE ACTION RECEIVED
JANUARY 13, 2003 NON-FINAL ACTION E-MAILED
JANUARY 09, 2003 ASSIGNED TO EXAMINER

# LULU PRESS *ref.5*

TRADEMARKSCAN®--U.S. Federal

**Serial Number:** 78155140

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** (730) FIRST EXTENSION - GRANTED
**USPTO Status Date:** August 9, 2004

**Filed:** August 16, 2002
**Allowance Filed:** February 10, 2004
**Published:** November 18, 2003
**Extension Approved:** August 9, 2004

**International Class(es):**
**9** (Electrical and Scientific Apparatus)
**16** (Paper Goods and Printed Matter)
**35** (Advertising and Business Services)
**41** (Education and Entertainment Services)

**Goods/Services:**
(INT. CL. 9) COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT; COMPUTER PROGRAMS USED TO FACILITATE INTERACTIVE COMMUNICATION AND COLLABORATION; COMPUTER PROGRAMS USED TO FACILITATE FINANCIAL AND BUSINESS TRANSACTIONS IN ELECTRONIC COMMERCE; COMPUTER PROGRAMS USED TO FACILITATE DESKTOP, ELECTRONIC, AND ON-LINE PUBLISHING; COMPUTER PROGRAMS FOR ORGANIZING, DIRECTING, AND CONTROLLING COMMUNICATION, INFORMATION, TASKS, AND INTERACTION BETWEEN USERS, NAMELY CHAT SOFTWARE, ELECTRONIC MAIL SOFTWARE, INTERNET TELEPHONY SOFTWARE, MESSAGING SOFTWARE, SOFTWARE FOR FACILITATING THE AUTHORING OF AUDIO, VISUAL, AND MULTIMEDIA PUBLICATIONS, AND WEB INTERACTION SOFTWARE; PRERECORDED AUDIO AND AUDIOVISUAL TAPES, CASSETTES, COMPACT DISKS, AND THE LIKE ELECTRONIC AND OPTICAL MEDIA, AND COMPUTER SOFTWARE FOR EDUCATION AND ENTERTAINMENT FEATURING-- TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, EDUCATION, SCIENCE, AND TECHNOLOGY; AND WEB SITE DEVELOPMENT COMPUTER PROGRAMS
(INT. CL. 16) BOOKS FEATURING FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; BOOKS FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS; NOTEBOOKS; AND PENCILS
(INT. CL. 35) ADMINISTRATION OF A DISCOUNT PROGRAM ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ARRANGING, CONDUCTING AND PROMOTING BUSINESS AND CONSUMER CONFERENCES, BUSINESS AND CONSUMER CONVENTIONS, BUSINESS AND CONSUMER EXHIBITIONS, AND TRADE SHOWS, IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BUSINESS CONSULTATION SERVICES; CONTESTS AND INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF GOODS AND SERVICES OF OTHERS; PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF ON-LINE PROMOTIONAL MATERIAL AND PROMOTIONAL CONTESTS; PROVIDING CONSUMER INFORMATION IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND

LULU 023236
CONFIDENTIAL