TECHNOLOGY; AND PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE
(INT. CL. 41) EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, EDUCATION, ENTERTAINMENT AND LITERATURE; ARRANGING AND CONDUCTING EDUCATIONAL AND ENTERTAINMENT EVENTS IN THE NATURE OF CONFERENCES, CONVENTIONS, AND EXHIBITIONS IN THE FIELDS OF THE ARTS, COMMUNICATION, EDUCATION, ENTERTAINMENT, GENERAL INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; AWARDS PROGRAMS FOR BUSINESSES AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CONTRIBUTIONS IN OR TO THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, ENTERTAINMENT, INFORMATION SERVICES, LITERATURE, SCIENCE, AND TECHNOLOGY; BOOK PUBLISHING SERVICES AND ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON CD-ROMS, ELECTRONIC MEDIA, OPTICAL MEDIA, AND IN PRINT, FEATURING TUTORIAL AND INSTRUCTIONAL MATERIALS ON A VARIETY OF TOPICS, AND WORKS OF FICTION AND NONFICTION IN THE FIELDS OF COMMUNICATION, COMPUTER SCIENCE, ELECTRONICS, ROBOTICS, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF AUDIO, VISUAL, AND MULTIMEDIA PERFORMANCES, MOTION PICTURE PERFORMANCES, AND NEWS AND VARIETY SHOWS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF THE ARTS, BUSINESS AND COMMERCE, COMMUNICATION, EDUCATION, GENERAL KNOWLEDGE, LITERATURE, SCIENCE, AND TECHNOLOGY; ENTERTAINMENT IN THE NATURE OF PRERECORDED AUDIO AND AUDIOVISUAL AND MULTIMEDIA MESSAGES AND PROGRAMS ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS DELIVERED BY COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AUDIO, VISUAL, AND MULTIMEDIA PROGRAMS AND ON-LINE ANNOUNCEMENTS, ARTICLES, BOOKS, BROCHURES, MESSAGES, PERIODICALS, AND STORIES, ON A VARIETY OF EDUCATIONAL AND INSTRUCTIONAL TOPICS VIA COMPUTER, COMMUNICATION NETWORKS, ELECTRONIC NETWORKS, ON-LINE WEB SITES, TELEPHONE, OR WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ELECTRONIC AND VIDEO GAMES FOR PLAYING ON SITE, AND PROVIDING ON-LINE ELECTRONIC AND VIDEO GAMES; AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING EDUCATIONAL AND MOTIVATIONAL SPEAKERS

**Owner At Publication:**
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Applicant:**
LULU ENTERPRISES, INC.
DELAWARE CORPORATION
2019 FAIRVIEW ROAD
RALEIGH, NORTH CAROLINA 27608

**Filing Attorney:** SUSAN FREYA OLIVE
**Reference Number:** LULU1200SOVJ

**Filing Correspondent:**
SUSAN FREYA OLIVE
OLIVE & OLIVE, P.A.
500 MEMORIAL STREET; PO BOX 2049
DURHAM NC 27702-2049

**Disclaims:** "PRESS"

**History:**
NOVEMBER 18, 2003 PUBLISHED FOR OPPOSITION
OCTOBER 29, 2003 NOTICE OF PUBLICATION
SEPTEMBER 15, 2003 APPROVED FOR PUB - PRINCIPAL REGISTER
JULY 14, 2003 COMMUNICATION RECEIVED FROM APPLICANT
JULY 24, 2003 CASE FILE IN TICRS
JULY 14, 2003 TEAS RESPONSE TO OFFICE ACTION RECEIVED
JANUARY 14, 2003 NON-FINAL ACTION E-MAILED
JANUARY 09, 2003 ASSIGNED TO EXAMINER

*Index of Owners*

http://www.saegis.com/svc/search/PSearch/Reporting/custom_report2          10/15/2004

LULU 023237
CONFIDENTIAL
Dockets.Justia.com

LULU ENTERPRISES, INC.
LULU PRESS
*reference 5*

LULU ENTERPRISES, INC.
LULU TECH CIRCUS
*reference 4*

LULU ENTERPRISES, INC.
LULU
*reference 3*

LULU ENTERPRISES, INC.
TECH CIRCUS
*reference 2*

LULU ENTERPRISES, INC.
THE MARKETPLACE FOR DIGITAL CONTENT
*reference 1*

## *File Dates*

**U.S. Federal**

Date Last Updated: October 15, 2004

OFFICIAL GAZETTE PUBLISHED ON: 12-OCT-04
USPTO TEXT
COMPLETE FILINGS THROUGH: 30-SEP-04
ADDITIONAL FILINGS THROUGH: 05-OCT-04
SCANNED IMAGES FILED THROUGH: 14-AUG-04
APPLICATION DRAWING PAGES
COMPLETE FILINGS THROUGH: 30-SEP-04
ADDITIONAL FILINGS THROUGH: 10-OCT-04

**U.S. State**

Date Last Updated: October 12, 2004

ALABAMA:07-JUL-04
ALASKA:14-AUG-03
ARIZONA:30-JUL-04
ARKANSAS:31-AUG-04
CALIFORNIA:31-AUG-04
COLORADO:25-JUN-04
CONNECTICUT:31-AUG-04
DELAWARE:29-JUN-04
FLORIDA:31-MAR-04
GEORGIA:19-JUL-04
HAWAII:30-JUL-03
IDAHO:30-JUL-04
ILLINOIS:28-JUL-04
INDIANA:30-AUG-04
IOWA:27-JUL-04
KANSAS:31-AUG-04
KENTUCKY:16-SEP-04
LOUISIANA:31-AUG-04

MAINE:18-FEB-04
MARYLAND:31-AUG-04
MASSACHUSETTS:29-APR-04
MICHIGAN:30-JUL-04
MINNESOTA:31-AUG-04
MISSISSIPPI:19-SEP-03
MISSOURI:28-JUL-04
MONTANA:16-AUG-04
NEBRASKA:03-SEP-04
NEVADA:31-AUG-04
NEW HAMPSHIRE:07-JUL-04
NEW JERSEY:31-AUG-04
NEW MEXICO:30-JUN-04
NEW YORK:16-JUN-04
NORTH CAROLINA:31-AUG-04
NORTH DAKOTA:30-JUL-04
OHIO:28-JUL-04
OKLAHOMA:29-APR-03
OREGON:30-AUG-04
PENNSYLVANIA:28-FEB-03
RHODE ISLAND:27-FEB-04
SOUTH CAROLINA:30-JUN-04
SOUTH DAKOTA:06-JUL-04
TENNESSEE:31-AUG-04
TEXAS:21-OCT-03
UTAH:17-JUN-04
VERMONT:12-AUG-04
VIRGINIA:29-JUN-04
WASHINGTON:17-JUN-04
WEST VIRGINIA:12-JUL-04
WISCONSIN:15-SEP-04
WYOMING:24-DEC-03
PUERTO RICO:31-OCT-03
AMER.SAMOA:01-SEP-03

**International Register**

Date Last Updated: October 10, 2004

Gazette of International Marks no. 27/2004, dated September 30, 2004
Unpublished Applications made available by the WIPO as of October 5, 2004

---

*Copyright 2004 Thomson & Thomson*
*Viewed: Fri Oct 15 2004, 12:56 GMT*

Print Page

LULU 023239
CONFIDENTIAL

# SĀEGIS.   CUSTOM REPORT

**Reference:** DWK/Lulu/Trademark Clearance
**Username:** BRONWYN TUCKER

## Search Strategy

Options: Cross References = on, Plurals = on, Active Only = on

| | | |
|---|---|---|
| Q1 | 92 | Trademark = lulu |
| Q2 | 278721 | International Class(es) = 9 |
| Q3 | 303254 | International Class(es) = 42 |
| Q4 | 14 | Trademark = lulu, International Class(es) = 9 42 |
| Q5 | 12150 | Goods = publish* |
| Q6 | 2 | Trademark = lulu, Goods = publish* |

## Selected Databases

**TRADEMARKSCAN®:** U.S. Federal, U.S. State, International Register (selected countries only)

## *Citations*

1. **LU LU'S PETALS ORIGINAL CLOTHING FOR GARDEN LOVERS**
   *U.S. Federal*

2. **LULU GIRL**
   *U.S. Federal*

3. **LULU EXPRESS**
   *U.S. Federal*

4. **TINA AND LULU**
   *U.S. Federal*

5. **LULU BY 9CO.**
   *U.S. Federal*

6. **LULU**
   *U.S. Federal*

7. **LULU**
   *U.S. Federal*

8. **DIAMOND LULU**
   *U.S. Federal*

9. **LULU**
   *U.S. Federal*

10. **LULU**
    *U.S. Federal*

http://www.saegis.com/svc/search/PSearch/Reporting/custom_report2        10/15/2004

LULU 023240
CONFIDENTIAL

11. LULU'S PEEPS
*U.S. Federal*

12. THE LITTLE LULU SHOW
*U.S. Federal*

13. YOGA AT LULU BANDHA'S
*U.S. Federal*

14. LULU GREEN
*U.S. Federal*

15. LULU
*U.S. Federal*

16. LM LULU PARIS
*U.S. Federal*

17. LULU-BABY.COM
*U.S. Federal*

18. LULU DELIVERS
*U.S. Federal*

19. BABY LULU
*U.S. Federal*

20. ROROTON LU LU TONG
*U.S. Federal*

21. LULU GUINNESS
*U.S. Federal*

22. LULU'S PEEPS
*U.S. Federal*

23. LULU BEARS
*U.S. Federal*

24. LULULU
*U.S. Federal*

25. LULU'S NEW ORLEANS CAFE
*U.S. Federal*

26. LULU
*U.S. Federal*

27. LULU
*U.S. Federal*

28. LULU THERAPY ON A LEASH, INC.
*U.S. Federal*

29. LIL' LULU
*U.S. Federal*

LULU 023241
CONFIDENTIAL

30. LULU'S FASHION LOUNGE
*U.S. Federal*

31. LULU'S CLUB MARDI GRAS
*U.S. Federal*

32. BABY LULU
*U.S. Federal*

33. LULU RESTAURANT
*U.S. Federal*

34. LULU BRAVO
*U.S. Federal*

35. LULU'S RED HOTS
*U.S. Federal*

36. LULU GUINNESS
*U.S. Federal*

37. LULU'S TENNESSE TREATS & WARRENTON LTD.
*U.S. Federal*

38. LULU DK
*U.S. Federal*

39. LULU GUINNESS
*U.S. Federal*

40. LULU CASTAGNETTE
*U.S. Federal*

41. LULU LOLO
*U.S. Federal*

42. LULU'S CADILLAC CAFE FINE TEX-MEX
*U.S. Federal*

43. LULU
*U.S. Federal*

44. A-LULU
*U.S. Federal*

45. TRULULU
*U.S. Federal*

46. LULU
*U.S. Federal*

47. MISS LULU
*U.S. Federal*

48. LULU'S DESSERT
*U.S. Federal*

LULU 023242
CONFIDENTIAL

49. LULULEMON ATHLETICA
*U.S. Federal*

50. LULU'S BAIT SHACK
*U.S. Federal*

51. THE AFRO PUFF GIRLS! LULU JOYCE VIOLET LOVE PEACE SOUL
*U.S. Federal*

52. TRIXIE & LULU
*U.S. Federal*

53. LULU PETITE GASTRONOMIC DELIGHT
*U.S. Federal*

54. LULU DK
*U.S. Federal*

55. LULU TECH CIRCUS
*U.S. Federal*

56. LULU DK
*U.S. Federal*

57. LULU ALEXANDER
*U.S. Federal*

58. LULU GREEN
*U.S. Federal*

59. LULU'S TIN STAR SALOON
*U.S. Federal*

60. LULU BRANDS
*U.S. Federal*

61. DIAMOND LULU
*U.S. Federal*

62. CLUB LULU
*U.S. Federal*

63. LULU PRESS
*U.S. Federal*

64. LULU'S LEMONADE
*U.S. Federal*

65. JEMMA LULU
*U.S. Federal*

66. LITTLE LULU
*U.S. Federal*

67. LULU'S LILYPAD
*U.S. State*

LULU 023243
CONFIDENTIAL

68. LULU BAGS
*U.S. State*

69. LU LU COSMETICS, INC.
*U.S. State*

70. LOLOUS
*U.S. State*

71. LULU'S
*U.S. State*

72. LULU GIRL STUFF GIRLS CAN'T LEAVE BEHIND
*U.S. State*

73. LULU TAPANINI
*U.S. State*

74. COCOLULU
*U.S. State*

75. LULU PRODUCTIONS
*U.S. State*

76. LULUWORLD
*U.S. State*

77. LULU TECHNOLOGIES
*U.S. State*

78. LULU WHITE / STORYVILLE, NEW ORLEANS
*U.S. State*

79. HONOLULU LULU
*U.S. State*

80. LULU BELLE'S
*U.S. State*

81. LULU'S FASHION LOUNGE
*U.S. State*

82. LULUUSA
*U.S. State*

83. LULU'S FASHION LOUNGE
*U.S. State*

84. LULU'S FASHION LOUNGE
*U.S. State*

85. LULU'S FASHION LOUNGE
*U.S. State*

86. LULU'S
*U.S. State*

LULU 023244
CONFIDENTIAL

87. **GRANDMA LULU'S ORIGINAL SAND DOLLAR SUGAR COOKIES**
*U.S. State*

88. **GRANDMA LULU'S ORIGINAL SUGAR COOKIES SANDDOLLAR F.M.T., LLC**
*U.S. State*

89. **GRANDMA LULU'S ORIGINAL SANDDOLLAR SUGAR COOKIES**
*U.S. State*

90. **HOT LULU'S HLL**
*U.S. State*

91. **LULUS**
*U.S. State*

92. **LULU'S DESSERT FACTORY**
*U.S. State*

---

## *File Dates*

**U.S. Federal**

Date Last Updated: October 15, 2004

OFFICIAL GAZETTE PUBLISHED ON: 12-OCT-04
USPTO TEXT
COMPLETE FILINGS THROUGH: 30-SEP-04
ADDITIONAL FILINGS THROUGH: 05-OCT-04
SCANNED IMAGES FILED THROUGH: 14-AUG-04
APPLICATION DRAWING PAGES
COMPLETE FILINGS THROUGH: 30-SEP-04
ADDITIONAL FILINGS THROUGH: 10-OCT-04

**U.S. State**

Date Last Updated: October 12, 2004

ALABAMA:07-JUL-04
ALASKA:14-AUG-03
ARIZONA:30-JUL-04
ARKANSAS:31-AUG-04
CALIFORNIA:31-AUG-04
COLORADO:25-JUN-04
CONNECTICUT:31-AUG-04
DELAWARE:29-JUN-04
FLORIDA:31-MAR-04
GEORGIA:19-JUL-04
HAWAII:30-JUL-03
IDAHO:30-JUL-04
ILLINOIS:28-JUL-04
INDIANA:30-AUG-04
IOWA:27-JUL-04
KANSAS:31-AUG-04
KENTUCKY:16-SEP-04
LOUISIANA:31-AUG-04
MAINE:18-FEB-04

LULU 023245
CONFIDENTIAL

MARYLAND:31-AUG-04
MASSACHUSETTS:29-APR-04
MICHIGAN:30-JUL-04
MINNESOTA:31-AUG-04
MISSISSIPPI:19-SEP-03
MISSOURI:28-JUL-04
MONTANA:16-AUG-04
NEBRASKA:03-SEP-04
NEVADA:31-AUG-04
NEW HAMPSHIRE:07-JUL-04
NEW JERSEY:31-AUG-04
NEW MEXICO:30-JUN-04
NEW YORK:16-JUN-04
NORTH CAROLINA:31-AUG-04
NORTH DAKOTA:30-JUL-04
OHIO:28-JUL-04
OKLAHOMA:29-APR-03
OREGON:30-AUG-04
PENNSYLVANIA:28-FEB-03
RHODE ISLAND:27-FEB-04
SOUTH CAROLINA:30-JUN-04
SOUTH DAKOTA:06-JUL-04
TENNESSEE:31-AUG-04
TEXAS:21-OCT-03
UTAH:17-JUN-04
VERMONT:12-AUG-04
VIRGINIA:29-JUN-04
WASHINGTON:17-JUN-04
WEST VIRGINIA:12-JUL-04
WISCONSIN:15-SEP-04
WYOMING:24-DEC-03
PUERTO RICO:31-OCT-03
AMER.SAMOA:01-SEP-03

**International Register**

Date Last Updated: October 10, 2004

Gazette of International Marks no. 27/2004, dated September 30, 2004
Unpublished Applications made available by the WIPO as of October 5, 2004

---

*Copyright 2004 Thomson & Thomson*
*Viewed: Fri Oct 15 2004, 15:15 GMT*

Print Page

LULU 023246
CONFIDENTIAL

# SĀEGIS.   CUSTOM REPORT

**Reference:** DWK/Lulu/Trademark Clearance
**Username:** BRONWYN TUCKER

## Search Strategy

Options: Cross References = on, Plurals = on, Active Only = on

| | | |
|---|---|---|
| Q1 | 92 | Trademark = lulu |
| Q2 | 278721 | International Class(es) = 9 |
| Q3 | 303254 | International Class(es) = 42 |
| Q4 | 14 | Trademark = lulu, International Class(es) = 9 42 |
| Q5 | 12150 | Goods = publish* |
| Q6 | 2 | Trademark = lulu, Goods = publish* |

## Selected Databases

**TRADEMARKSCAN®:** U.S. Federal, U.S. State, International Register (selected countries only)

## *Citations*

1. **LU LU'S PETALS ORIGINAL CLOTHING FOR GARDEN LOVERS**
*U.S. Federal*

2. **LULU GIRL**
*U.S. Federal*

3. **LULU EXPRESS**
*U.S. Federal*

4. **TINA AND LULU**
*U.S. Federal*

5. **LULU BY 9CO.**
*U.S. Federal*

6. **LU LU**
*U.S. Federal*

7. **LULU**
*U.S. Federal*

8. **DIAMOND LULU**
*U.S. Federal*

9. **LULU**
*U.S. Federal*

10. **LU-LU**
*U.S. Federal*

LULU 023247
CONFIDENTIAL

11. **LULU'S PEEPS**
*U.S. Federal*

12. **THE LITTLE LULU SHOW**
*U.S. Federal*

13. **YOGA AT LULU BANDHA'S**
*U.S. Federal*

14. **LULU GREEN**
*U.S. Federal*

15. **LULU**
*U.S. Federal*

16. **LM LULU PARIS**
*U.S. Federal*

17. **LULU-BABY.COM**
*U.S. Federal*

18. **LULU DELIVERS**
*U.S. Federal*

19. **BABY LULU**
*U.S. Federal*

20. **ROROTON LU LU TONG**
*U.S. Federal*

21. **LULU GUINNESS**
*U.S. Federal*

22. **LULU'S PEEPS**
*U.S. Federal*

23. **LULU BEARS**
*U.S. Federal*

24. **LU+LU**
*U.S. Federal*

25. **LULU'S NEW ORLEANS CAFE**
*U.S. Federal*

26. **LULU**
*U.S. Federal*

27. **LULU**
*U.S. Federal*

28. **LULU THERAPY ON A LEASH, INC.**
*U.S. Federal*

29. **LIL' LULU**
*U.S. Federal*

LULU 023248
CONFIDENTIAL

30. **LULU'S FASHION LOUNGE**
*U.S. Federal*

31. **LULU'S CLUB MARDI GRAS**
*U.S. Federal*

32. **BABY LULU**
*U.S. Federal*

33. **LULU RESTAURANT**
*U.S. Federal*

34. **LULU BRAVO**
*U.S. Federal*

35. **LULU'S RED HOTS**
*U.S. Federal*

36. **LULU GUINNESS**
*U.S. Federal*

37. **LULU'S TENNESSE TREATS & WARRENTON LTD.**
*U.S. Federal*

38. **LULU DK**
*U.S. Federal*

39. **LULU GUINNESS**
*U.S. Federal*

40. **LULU CASTAGNETTE**
*U.S. Federal*

41. **LULU LOLO**
*U.S. Federal*

42. **LULU'S CADILLAC CAFE FINE TEX-MEX**
*U.S. Federal*

43. **LULU**
*U.S. Federal*

44. **A-LULU**
*U.S. Federal*

45. **TRULULU**
*U.S. Federal*

46. **LULU**
*U.S. Federal*

47. **MISS LULU**
*U.S. Federal*

48. **LULU'S DESSERT**
*U.S. Federal*

LULU 023249
CONFIDENTIAL

49. LULULEMON ATHLETICA
*U.S. Federal*

50. LULU'S BAIT SHACK
*U.S. Federal*

51. THE AFRO PUFF GIRLS! LULU JOYCE VIOLET LOVE PEACE SOUL
*U.S. Federal*

52. TRIXIE & LULU
*U.S. Federal*

53. LULU PETITE GASTRONOMIC DELIGHT
*U.S. Federal*

54. LULU DK
*U.S. Federal*

55. LULU TECH CIRCUS
*U.S. Federal*

56. LULU DK
*U.S. Federal*

57. LULU ALEXANDER
*U.S. Federal*

58. LULU GREEN
*U.S. Federal*

59. LULU'S TIN STAR SALOON
*U.S. Federal*

60. LULU BRANDS
*U.S. Federal*

61. DIAMOND LULU
*U.S. Federal*

62. CLUB LULU
*U.S. Federal*

63. LULU PRESS
*U.S. Federal*

64. LULU'S LEMONADE
*U.S. Federal*

65. JEMMA LULU
*U.S. Federal*

66. LITTLE LULU
*U.S. Federal*

67. LULU'S LILYPAD
*U.S. State*

LULU 023250
CONFIDENTIAL

68. LULU BAGS
*U.S. State*

69. LU LU COSMETICS, INC.
*U.S. State*

70. LULU'S
*U.S. State*

71. LULU'S
*U.S. State*

72. LULU GIRL STUFF GIRLS CAN'T LEAVE BEHIND
*U.S. State*

73. LULU TAPANINI
*U.S. State*

74. COCOLULU
*U.S. State*

75. LULU PRODUCTIONS
*U.S. State*

76. LULUWORLD
*U.S. State*

77. LULU TECHNOLOGIES
*U.S. State*

78. LULU WHITE / STORYVILLE, NEW ORLEANS
*U.S. State*

79. HONOLULU LULU
*U.S. State*

80. LULU BELLE'S
*U.S. State*

81. LULU'S FASHION LOUNGE
*U.S. State*

82. LULU'S
*U.S. State*

83. LULU'S FASHION LOUNGE
*U.S. State*

84. LULU'S FASHION LOUNGE
*U.S. State*

85. LULU'S FASHION LOUNGE
*U.S. State*

86. LULU'S
*U.S. State*

LULU 023251
CONFIDENTIAL

87. **GRANDMA LULU'S ORIGINAL SAND DOLLAR SUGAR COOKIES**
*U.S. State*

88. **GRANDMA LULU'S ORIGINAL SUGAR COOKIES SANDDOLLAR F.M.T., LLC**
*U.S. State*

89. **GRANDMA LULU'S ORIGINAL SANDDOLLAR SUGAR COOKIES**
*U.S. State*

90. **HOT LULU'S HLL**
*U.S. State*

91. **LULU'S**
*U.S. State*

92. **LULU'S DESSERT FACTORY**
*U.S. State*

---

## *File Dates*

**U.S. Federal**

Date Last Updated: October 15, 2004

OFFICIAL GAZETTE PUBLISHED ON: 12-OCT-04
USPTO TEXT
COMPLETE FILINGS THROUGH: 30-SEP-04
ADDITIONAL FILINGS THROUGH: 05-OCT-04
SCANNED IMAGES FILED THROUGH: 14-AUG-04
APPLICATION DRAWING PAGES
COMPLETE FILINGS THROUGH: 30-SEP-04
ADDITIONAL FILINGS THROUGH: 10-OCT-04

**U.S. State**

Date Last Updated: October 12, 2004

ALABAMA:07-JUL-04
ALASKA:14-AUG-03
ARIZONA:30-JUL-04
ARKANSAS:31-AUG-04
CALIFORNIA:31-AUG-04
COLORADO:25-JUN-04
CONNECTICUT:31-AUG-04
DELAWARE:29-JUN-04
FLORIDA:31-MAR-04
GEORGIA:19-JUL-04
HAWAII:30-JUL-03
IDAHO:30-JUL-04
ILLINOIS:28-JUL-04
INDIANA:30-AUG-04
IOWA:27-JUL-04
KANSAS:31-AUG-04
KENTUCKY:16-SEP-04
LOUISIANA:31-AUG-04
MAINE:18-FEB-04

LULU 023252
CONFIDENTIAL

MARYLAND:31-AUG-04
MASSACHUSETTS:29-APR-04
MICHIGAN:30-JUL-04
MINNESOTA:31-AUG-04
MISSISSIPPI:19-SEP-03
MISSOURI:28-JUL-04
MONTANA:16-AUG-04
NEBRASKA:03-SEP-04
NEVADA:31-AUG-04
NEW HAMPSHIRE:07-JUL-04
NEW JERSEY:31-AUG-04
NEW MEXICO:30-JUN-04
NEW YORK:16-JUN-04
NORTH CAROLINA:31-AUG-04
NORTH DAKOTA:30-JUL-04
OHIO:28-JUL-04
OKLAHOMA:29-APR-03
OREGON:30-AUG-04
PENNSYLVANIA:28-FEB-03
RHODE ISLAND:27-FEB-04
SOUTH CAROLINA:30-JUN-04
SOUTH DAKOTA:06-JUL-04
TENNESSEE:31-AUG-04
TEXAS:21-OCT-03
UTAH:17-JUN-04
VERMONT:12-AUG-04
VIRGINIA:29-JUN-04
WASHINGTON:17-JUN-04
WEST VIRGINIA:12-JUL-04
WISCONSIN:15-SEP-04
WYOMING:24-DEC-03
PUERTO RICO:31-OCT-03
AMER.SAMOA:01-SEP-03

**International Register**

Date Last Updated: October 10, 2004

Gazette of International Marks no. 27/2004, dated September 30, 2004
Unpublished Applications made available by the WIPO as of October 5, 2004

---

*Copyright 2004 Thomson & Thomson*
*Viewed: Fri Oct 15 2004, 15:15 GMT*

Print Page

LULU 023253
CONFIDENTIAL