UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:07-CV-347-D

———————————————————— )
                                                        )
LULU ENTERPRISES, INC.,                 )
                                                        )
                        Plaintiff,              )
                                                        )
v.                                                     )
                                                        )          **NOTICE OF MANUAL FILING**
N-F NEWSITE, LLC,                             )
                                                        )
  and                                              )
                                                        )
HULU TECH, INC.,                             )
                                                        )
                        Defendants.         )
———————————————————— )

Please take notice that Plaintiff Lulu Enterprises, Inc. has manually filed the

following document or item: Memorandum of Law In Support of Plaintiff Lulu

Enterprises, Inc.'s Motion for Preliminary Injunction, together with all Exhibits thereto.

This document has not been filed electronically because

[   ]    the document or item cannot be converted to an electronic format

[X]    the document or item is under seal

[   ]    Plaintiff/Defendant is excused from filing this document or item by Court

order.

The document was filed under seal in accordance with the Court's Order of

September 28, 2007, Local Civil Rule 79.2(e), EDNC, and the instructions of Defendant

N-F NewSite, LLC.  It has been manually served on all parties.

1

Respectfully submitted, this the 9th day of October, 2007.

ELLIS & WINTERS LLP

/s/ Leslie C. O'Toole
Leslie C. O'Toole
N.C. State Bar. No. 13640
Thomas H. Segars
N.C. State Bar. No. 29433
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
*Attorneys for Lulu Enterprises, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney for Plaintiff hereby certifies that on this day the foregoing Notice of Manual Filing was served upon the parties of record in this action through electronic means by virtue of CM/ECF as follows:

> Hayden J. Silver, III
> JaySilver@kilpatrickstockton.com
> Betsy Cooke
> bcooke@kilpatrickstockton.com
> Kilpatrick Stockton LLP
> *Attorneys for Defendant N-F NewSite, LLC*

and by United States mail, postage prepaid, first class, addressed as follows:

> William H. Brewster
> bbrewster@kilpatrickstockton.com
> Sara Maurer
> smaurer@kilpatrickstockton.com
> Kilpatrick Stockton LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309
> Facsimile: 404-815-6555
>
> *Attorneys for Defendant N-F NewSite, LLC*

This the 9th day of October, 2007.

/s/ Leslie C. O'Toole
Leslie C. O'Toole