# EXHIBIT A

Ulu.com - Home of the Alaska Ulu Knife                                                                 Page 1 of 1




SPECIALS | ONLINE STORE | ABOUT THE ULU | FAQ | RECIPES | ULU DEMO

**Ulu.com - Home of the Alaska Ulu Knife!**
Browse Our Online Store, and be sure to check out our specials.


**Inupiat Style Ulu Knives**
Styled for utility, this ulu design comes from the Inupiat indians of North Western Alaska.


Don't miss our **Deluxe Alaskan Ulus**. These exquisite ulus are made from the highest quality whale, caribou, walrus, mammoth, and stellar sea cow bone. These deluxe sets add flare to any kitchen!


**Bowls & sets**
Get the goods to help make your ulu gift complete.


**Recipes!** Don't miss these **mouth watering recipes** from the Alaskan Ulu Cookbook! These illustrated recipes come directly from a professional Ulu chef!


Have questions about your Ulu or how to care for it? Check out our **Frequently Asked Questions**!


Wondering about the best techniques for using your Ulu? Go to our **Ulu Demo Page** for step by step instructions and an on-line demo video!


Great Northern Products

17901 Spain Drive
Anchorage, AK 99516
miker@ak.net

site by: snow io

http://www.ulu.com/                                                                                    9/19/2007

WHOIS domain registration information results for ulu.com from Network Solutions     Page 1 of 3

**NetworkSolutions**

Login       Customer Service       Your cart is empty
            Call us toll free

## WHOIS Search Results

Available **ulu** extensions:

.bz ☐

[ Order Selected Domain(s) ]

### WHOIS Record For



**ulu.com**
Services from Network Solutions:

  Certified Offer Service - Let us help you get this domain name!
  Backorder - Try to get this name when it becomes available.
  Private Registration - Keep personal information for this domain private.
  SSL Certificates - Get peace of mind with a secure certificate.



Choose Your Domain Name Provider Wisely and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Visit AboutUs.org for more information about ULU.COM  AboutUs: ULU.COM

Make this info private

**Registrant:**
Great Northern Cutlery
2000 E. Dowling Rd. #15
Anchorage, AK 99507-1956
US

**Domain Name:** ULU.COM

**Administrative Contact :**
Westhusing, Paula
pacgirl@ak.net
2000 E. Dowling Rd #15
Anchorage, AK 99507-1956
US
Phone: (907) 562-3168
Fax: 907-562-3031



WHOIS domain registration information results for ulu.com from Network Solutions          Page 2 of 3



Technical Contact :
Owens, Chris
master@TETONGRAVITY.COM
5668 Abbott Rd
ANCHORAGE, AK 99507
US
Phone: (907) 348-8509
Fax: (907) 348-8510

Record expires on 11-Sep-2011
Record created on 12-Sep-1996
Database last updated on 05-Oct-2006

Domain servers in listed order:                                                    Manage DNS

REDFISH.ACME-ENT.NET
REDFISH2.ACME-ENT.NET

  Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 70.84.69.218 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-TEXAS-DALLAS |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | Ulu.com - Home of the Alaska Ulu Knife |
| Meta Description: | Home of the Alaskan Ulu knife. Site includes online sales of Ulu knives, cookbooks, Salad bowls, mixers and other kitchen and cutlery accessories. Don't miss the great recipies! |
| Meta Keywords: | Blade, curved, eskimo, chopping, traditional, sharp, tool, Recipies, cutlery, salmon, cooking, baking, knives, ulu, cookbook, Alaska, grill, wine, fine food, food, cuisine, kitchen, roasting, boiling, steak, ratatouille, rolls, vegetables, inupiat, gifts, |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 1 |
| Data as of: | 06-Oct-2006 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
  ◉ Domain Name

WHOIS domain registration information results for ulu.com from Network Solutions        Page 3 of 3



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go





© Copyright 2007 Network Solutions. All rights reserved.