中华大目录 - 全球免费中文网                                Page 1 of 2

# 大目录

全球中文免费信息网 - g

       

主页　加入成员　新闻　论坛　买卖信息　出租信息　社会生活　工作

特别推荐

[_____] Go

登陆 - Login

**主页 - Home**

**新闻 - News**
国内　国际　体育　影视娱乐

**娱乐经典 - Entertainment**
音乐　图片　短剧　游戏　笑话大全

**买卖信息 - Buy and Sell**
房地产　电脑，软件，网络　汽车与配件
更多 - More ...

**出租信息 - For Rent**
家庭用宅　商业楼　找人合住　旅游出租
更多 - More ...

**工作职业 - Jobs**
网络/INTERNET/WWW　软件/QA/DBA
更多 - More ...

**移民留学 - Immigration**
移民　留学　国外工作
更多 - More ...

**论坛 - Forum**
体育　教育
更多 - More ...

**社会与生活 - Living**
重大事件　寻人启事　爱情与友谊
更多 - More ...

**目录公告 - Mulu Announcements**

国内外新闻，一目了然

军事演习，经典笑话！

**新闻中心**

(新浪网) 国家药监局公布药品召回管理办法

(新浪网) 第62届联大召开 气候变化成重要关注点

(新浪网) 浙江760万人受灾 6座县级以上城市受淹

(新浪网) 福田康夫称当选后将不参拜靖国神社

(新浪网) 以色列安全内阁宣布加沙为敌对实体

(新浪网) 帕瓦罗蒂第二份遗嘱公布

(新浪网) 浙江温州跑车侧翻河中5人死亡

(新浪网) 人事部：一级建造师资格考试疑出现泄题

**信息中心**

[录像机/放像机] Re: 无线隐形耳机专卖网 - 对不起，哪里呀？ ...

[国外留学] 美国留学那里最好？(美国) - 美国留学那里最好？ ...

[文化] - ...

[校园] test by windsway (test) - 444444432 ...

[手机/电话卡/对讲机和配件] [见网站] - 专业的无线耳机、隐形耳机、无线隐 ...

[成人用品] [见网站] - 常乐成人用品性用品批发商城 (www.sex053 ...

[录像机/放像机] 无线隐形耳机专卖网 - 本商城专营隐形耳机系列，产品包括隐形 ...

[这个旧房子日记] Re: Re: Re: 这个旧房子日记 ( 2 )　如果这房子会 ...

**娱乐经典**

前年成妖10 前年成妖10 ...

前年成妖9 前年成妖9 ...

前年成妖8 前年成妖8 ...

前年成妖7 前年成妖7 ...

前年成妖6 前年成妖6 ...

前年成妖5 前年成妖5 ...

中华大目录 - 全球免费中文网                                                    Page 2 of 2

**MULU.COM 系统问答**            前年成妖4 前年成妖4 …

© 2005 mulu.com                 前年成妖3 前年成妖3 …

关于我们 - About US | 常问问题 - FAQ | 联系我们 - Contact Us | 用户规则 - Term and Condi

中华大目录 - Mulu.com： 14226 NE 187 CT, Woodinville, Washington, USA 2005 年 8 月 15 日

http://www.mulu.com/                                                  9/10/2007

WHOIS domain registration information results for mulu.com from Network Solutions       Page 1 of 3



Login | Customer Service / Call us toll free | Your cart is empty

## WHOIS Search Results

Available **mulu** extensions:  .tv  .eu  .bz

[Order Selected Domain(s)]

### WHOIS Record For



**mulu.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.


Learn how securing your Web site helps your business.
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



```
This whois service shows the information for .COM and .NET domains
only if they are registered thru DotRegistrar.com. For ORG, .BIZ, .US .INFO and
.NAME domains, the information is displayed regardless of the sponsoring
registrar for said domains.

The fact that your query returns "NOT FOUND" does not necessarily mean that
the domain may be available for registration. To search all domains, please
go to the shared registry whois located at:
http://www.internic.net/whois.html

Registrant:
   Aaron Sun (MULU-COM-DOM)
   14226 NE 187 CT
   Woodinville, WA 98072
   US
   425 709 8155
   425 402 6687
   aaronsun69@hotmail.com

Domain Name: MULU.COM
```

WHOIS domain registration information results for mulu.com from Network Solutions                    Page 2 of 3

Administrative Contact:
  Aaron Sun aaronsun69@hotmail.com
  14226 NE 187 CT
  Woodinville, WA 98072
  US
  425 709 8155
  Fax- 425 402 6687

Technical Contact, Zone Contact:
  Aaron Sun aaronsun69@hotmail.com
  14226 NE 187 CT
  Woodinville, WA 98072
  US
  425 709 8155
  Fax- 425 402 6687

Record last updated on 30-Apr-2007.
Record expires on 26-Sep-2010.
Record created on 26-Sep-2000.

Domain servers in listed order:

Name Server: ns1.discountasp.net
Name Server: ns2.discountasp.net

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | DSTR ACQUISITION VII, LLC |
| IP Address: | 216.177.89.8 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-HERMOSA BEACH |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | ????? - ??????? |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 31-Jul-2007 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
  ● Domain Name



WHOIS domain registration information results for mulu.com from Network Solutions



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.