


FRONTPAGE

OULU IN A NUTSHELL

WHAT TO DO IN OULU

STAYING IN OULU

OULU & ITS ENVIRONS

WHAT'S ON IN OULU

CONTACT US

WHAT'S ON IN OULU

**Feedback, please.**

**Click here!**

## New website for Oulu Tourism

Go on! Check our new website! In addition to new look you will find more information about Oulu and its surroundings. Language selection has grown from 2 to 5. Your opininion is important.

Events Calendar

Suomeksi
På svenska
In English
På norsk
Auf Deutsch
Français (PDF)
日本語 (PDF)
中文 (PDF)
По-русски (PDF)




OULU IN A NUTSHELL

- History, Facts & Figures
- Maps & Routes
- Image Gallery

WHAT TO DO IN OULU

- Culture & Entertainment
- Sports & Leisure
- Shopping
- Fun for Kids
- Conferences & Conventions
- Attractions
- Guided Tours
- Activities for Groups

STAYING IN OULU

- Accommodation
- Restaurants
- Local Traffic
- Accessibility
- Wireless Internet

Order Brochures

CONTACT US

**Oulu City Tourist Office**
Open: Mon-Fri
9.00-16.00


See the location on the map

Address:
Uusikatu 26,
P.O. Box 32
FI-90015 Oulun kaupunki, Finland

p. +358 (0)8 5584 133(
p. +358 (0)8 5584 133.
f. +358 (0)8 558 42 09
touristinfo@ouka.fi

RESERVE A TRIP

Flying
www.finnair.fi



Dockets.Justia.com

www.blue1.com
www.airbaltic.com












By train
www.vr.fi

By bus
www.matkahuolto.fi

© 2007 Oulu City/
Marketing

NetworkSolutions.

Login

Customer Service
Call us toll free

Your cart is empty

# WHOIS Search Results

Available **oulu** extensions:




Order Selected Domain(s)

Discover a New Audience!

Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

VIEW Webinar Go

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

## Your WHOIS Search Results




**oulu.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- SSL Certificates - Get peace of mind with a secure certificate.

Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More




domain: oulu.com
owner: - -
organization: Oulun kaupunki
email: greta.lintulahti@ouka.fi
address: PL 32
city: Oulun kaupunki
state: FIN
postal-code: 90015
country: FI
phone: +49.1234578
admin-c: CCOM-1031077 marko.kekkonen@ouka.fi
tech-c: CCOM-1031080 marko.kekkonen@ouka.fi
billing-c: CCOM-1031079 marko.kekkonen@ouka.fi
nserver: dns1.ouka.fi
nserver: dns2.ouka.fi
status: lock
created: 1996-02-13 05:00:00 UTC
modified: 2007-04-30 09:53:35 UTC
expires: 2017-04-20 13:13:32 UTC

contact-hdl: CCOM-1031077
person: - -

organization: Lintulahti, Greta
email: marko.kekkonen@ouka.fi
address: PL 32
city: Oulun kaupunki
state: FIN
postal-code: 90015
country: FI
phone: +358.855841330

contact-hdl: CCOM-1031080
person: - -
organization: Lintulahti, Greta
email: marko.kekkonen@ouka.fi
address: PL 32
city: Oulun kaupunki
state: FIN
postal-code: 90015
country: FI
phone: +358.855841330

contact-hdl: CCOM-1031079
person: Marko Kekkonen
organization: Oulun Tietotekniikka
email: marko.kekkonen@ouka.fi
address: PL 12
city: Oulun kaupunki
state: --
postal-code: 90015
country: FI
phone: +358.447031421

source: joker.com live whois service
query-time: 0.073286
db-updated: 2007-10-04 14:49:33
NOTE: By submitting a WHOIS query, you agree to abide by the following
NOTE: terms of use: You agree that you may use this data only for lawful
NOTE: purposes and that under no circumstances will you use this data to:
NOTE: (1) allow, enable, or otherwise support the transmission of mass
NOTE: unsolicited, commercial advertising or solicitations via direct mail,
NOTE: e-mail, telephone, or facsimile, or (2) enable high volume, automated,
NOTE: electronic processes that apply to Joker.com (or its computer systems).
NOTE: The compilation, repackaging, dissemination or other use of this data
NOTE: is expressly prohibited without the prior written consent of Joker.com.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** COMPUTER SERVICES LANGENBACH GMBH DBA JOKER.COM

**Record Type:** Domain Name




Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:

Domain Name

| | |
|---|---|
| **Server Type:** | Indeterminate |
| **Lock Status:** | clientDeleteProhibited |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 10-Aug-2006 |

NIC Handle

IP Address

Search






**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee






**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**










© Copyright 2007 Network Solutions. All rights reserved.