

You are not authorized to view this page

Page 1 of 1

## You are not authorized to view this page

You do not have permission to view this directory or page due to the access control list (ACL) that is configured for this resource on the Web server.

---

Please try the following:

- Contact the Web site administrator if you believe you should be able to view this directory or page.
- Click the Refresh button to try again with different credentials.

HTTP Error 401.3 - Unauthorized: Access is denied due to an ACL set on the requested resource.
Internet Information Services (IIS)

---

Technical Information (for support personnel)

- Go to Microsoft Product Support Services and perform a title search for the words **HTTP** and **401**.
- Open **IIS Help,** which is accessible in IIS Manager (inetmgr), and search for topics titled **About Security**, **Access Control**, and **About Custom Error Messages**.

http://www.xulu.com/ 9/19/2007

WHOIS domain registration information results for xulu.com from Network Solutions          Page 1 of 3

**NetworkSolutions.**

Login                Customer Service            Your cart is empty
                     Call us toll free

## WHOIS Search Results

Available **xulu** extensions:

| .mobi | .biz | .tv | .eu | .bz |
| ☐ | ☐ | ☐ | ☐ | ☐ |

[ Order Selected Domain(s) ]

### WHOIS Record For



**xulu.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Learn how securing your Web site helps your business.
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.


Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
[ Learn More ]

Visit AboutUs.org for more information about XULU.COM  AboutUs: XULU.COM

**Registrant:**
Xulu Entertainment Inc.
ATTN: XULU.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

**Domain Name:** XULU.COM

**Administrative Contact :**
Sorenson, Kerry L
ug2jp5md6me@networksolutionsprivateregistration.com
ATTN: XULU.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

WHOIS domain registration information results for xulu.com from Network Solutions          Page 2 of 3

Technical Contact :
Sorenson, Kerry L
ug2jp5md6me@networksolutionsprivateregistration.com
ATTN: XULU.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

Record expires on 10-Oct-2011
Record created on 11-Oct-1995
Database last updated on 03-Oct-2006

Domain servers in listed order:                                              Manage DNS

NS1.DNSSERVER8.COM
NS2.DNSSERVER8.COM

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

  Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 209.132.240.71 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-GLENDALE |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Xulu Earthstation Entrance |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 21-Jul-2006 |



think local.com

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal™

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for xulu.com from Network Solutions    Page 3 of 3



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





© Copyright 2007 Network Solutions. All rights reserved.

雨庐学 网 YuLu.com——中外英才学 门户                                    Page 1 of 1





http://www.yulu.com/                                              9/19/2007