WHOIS domain registration information results for yulu.com from Network Solutions

Page 1 of 3

**NetworkSolutions.**

Login | Customer Service / Call us toll free | Your cart is empty

## WHOIS Search Results

Available **yulu** extensions:
- [ ] .us
- [ ] .biz
- [ ] .tv
- [ ] .eu
- [ ] .bz

[Order Selected Domain(s)]

### WHOIS Record For



**yulu.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- SSL Certificates - Get peace of mind with a secure certificate.

**Learn How To Build a Successful ONLINE STORE**
FREE Webinar from QuickBooks® & Network Solutions® [REGISTER NOW]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar [Learn More]

---

The Data in Paycenter's WHOIS database is provided by Paycenter for information purposes, and to assist persons in obtaining information about or related to a domain name registration record. Paycenter does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this Data only for lawful purposes and that, under no circumstances will you use this Data to:
(1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic processes that apply to Paycenter or its systems.
Paycenter reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain Name:yulu.com

Registrant:
TANG PINPIN

WHOIS domain registration information results for yulu.com from Network Solutions

Page 2 of 3

```
        100025
        www.jiabaoyu.com

Administrative Contact:
www.jiabaoyu.com
        Holevo culture and media (Beijing) Co.,Ltd.
        www.jiabaoyu.com
        Chaoyang Beijing 100025
        China
        tel: 86 10 63656688 108
        fax: 86 10 63658899 606
        168@51667749.com

Technical Contact:
www.jiabaoyu.com
        Holevo culture and media (Beijing) Co.,Ltd.
        www.jiabaoyu.com
        Chaoyang Beijing 100025
        China
        tel: 86 10 63656688 108
        fax: 86 10 63658899 606
        168@51667749.com

Billing Contact:
www.jiabaoyu.com
        Holevo culture and media (Beijing) Co.,Ltd.
        www.jiabaoyu.com
        Chaoyang Beijing 100025
        China
        tel: 86 10 63656688 108
        fax: 86 10 63658899 606
        168@51667749.com

    Registration Date: 2002-05-21
        Update Date: 2002-05-21
    Expiration Date: 2008-05-21

      Primary DNS:  ns.xinnetdns.com       210.51.170.66
    Secondary DNS:  ns.xinnet.cn           210.51.171.209
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** XIN NET TECHNOLOGY CORPORATION
**IP Address:** 202.205.10.74 (ARIN & RIPE IP search)
**IP Location:** CN(CHINA)-BEIJING-BEIJING
**Record Type:** Domain Name
**Server Type:** Apache 2



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for yulu.com from Network Solutions                Page 3 of 3

| | |
|---|---|
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 08-Oct-2005 |

○ NIC Handle
○ IP Address



Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

  

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=yulu.com                9/10/2007

Sequel - Home Page                                                                                       Page 1 of 1

# ZULU.COM

1. **Schedule**
2. **Address Book**
3. **Itinerary**



http://www.zulu.com/                                                                                     9/19/2007

WHOIS domain registration information results for zulu.com from Network Solutions                                Page 1 of 3

# NetworkSolutions.

Login                                Customer Service                    Your cart is empty
                                     Call us toll free

## WHOIS Search Results

Available **zulu** extensions:

.bz

[ Order Selected Domain(s) ]

**WHOIS Record For**



zulu.com
Services from Network Solutions:

  Certified Offer Service - Let us help you get this domain name!
  Backorder - Try to get this name when it becomes available.
  SSL Certificates - Get peace of mind with a secure certificate.



Learn how securing your Web site helps your business.
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
[ Learn More ]
Search Engines
TOP SECRET

Visit AboutUs.org for more information about ZULU.COM  AboutUs: ZULU.COM

Registrant:
Sequel Technologies Inc.
ATTN: ZULU.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

Domain Name: ZULU.COM

Administrative Contact :
Saxena, Arvind
ed3554m32ka@networksolutionsprivateregistration.com
ATTN: ZULU.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

WHOIS domain registration information results for zulu.com from Network Solutions

Technical Contact :
Network Solutions, LLC.
customerservice@networksolutions.com
13861 Sunrise Valley Drive
Herndon, VA 20171
US
Phone: 1-888-642-9675
Fax: 571-434-4620

Record expires on 18-Dec-2014
Record created on 19-Dec-1994
Database last updated on 14-Aug-2007

| Domain servers in listed order: | Manage DNS |
|---|---|
| NS19A.NAMESERVERS.NET | 161.58.134.98 |
| NS19B.NAMESERVERS.NET | |

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 1.1.1.1 (ARIN & RIPE IP search) |
| IP Location: | -(-) |
| Record Type: | Domain Name |
| Server Type: | Rapidsite 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 1 |
| Data as of: | 21-Jul-2006 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for zulu.com from Network Solutions     Page 3 of 3



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

 Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

 Go





© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=zulu.com          9/19/2007