Lulu Enterprises, Inc. v. N-F Newsite, LLC et al										Doc. 77

# EXHIBIT B

Dockets.Justia.com

Lala.com: A place to grow your music


your complete music store

my music    discover

signin

Search Lala

Join Now >



**listen**

Upload your music and listen to it anywhere.



**sync**

Put your music on your iPod, over the web.



**buy**

Get the best deals for new music online.



About lala · Terms of Service · Contact Us

© 2005-2007 la la media, inc. All rights reserved. iPod and iTunes are registered trademarks of Apple Computer, Inc. Some content copyright 1948-2007 Muze Inc. For personal non-commercial use only. All rights reserved.

# NetworkSolutions

Login    Customer Service    Your cart is empty
Call us toll free

## WHOIS Search Results

Available **lala** extensions:

.bz ☐

[Order Selected Domain(s)]

### WHOIS Record For

**lala.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about LALA.COM  AboutUs: LALA.COM

Make this info private

**Registrant:**
la la media, inc.
209 Hamilton Ave
Suite 200
Palo Alto, CA 94301
US

**Domain Name:** LALA.COM

**Administrative Contact, Technical Contact:**
la la media, inc.
ops@lala.com
209 Hamilton Ave
Suite 200
Palo Alto, CA 94301
US
Phone: 650-315-5022



**SAVE over 70%** when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

[Go]

Choose Your Domain Name Provider Wisely and **Transfer** Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
[Learn More]

Record expires on 24-Jan-2014
Record created on 23-Jan-1996
Database last updated on 05-Oct-2006

| Domain servers in listed order: | Manage DNS |
|---|---|
| NS-1.LALA.COM | 209.237.235.11 |
| NS-2.LALA.COM | 66.93.141.53 |

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 209.237.235.129 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES) |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Lala.com: Trade CDs for $1, Listen to great music |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 28-Nov-2006 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

○ NIC Handle
○ IP Address



 **Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

   

© Copyright 2007 Network Solutions. All rights reserved.