












乐乐联盟营销平台                                Page 2 of 2

QQ：810905 

 20 % 销售额
结算周期：周结算
产品：桔色·花都商城

 8 % 销售额
结算周期：周结算
产品：D1便利网

友情链接　58同城 | 酷宝 | 智购网 | mp3MV | 购物网 | 阿里联盟 | 青娱乐联盟 | xcpp来电广告联盟



个人隐私保护 | 招聘信息 | 公司简介 | 合作条款
公司地址：北京市海淀区知春路113号银网中心A座303 邮编：100086
电子邮件：lele@lele.com 电话：010-62637286 传真：010-62637286



 京ICP证050749号



Login    Customer Service    Your cart is empty
         Call us toll free

## WHOIS Search Results

Available **lele** extensions:

☐ .bz

[ Order Selected Domain(s) ]

### WHOIS Record For



**lele.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



The Data in OnlineNIC's WHOIS database is provided by OnlineNIC for information purposes, and to assist persons in obtaining information about or related to a domain name registration record. OnlineNIC does not guarantee its accuracy. By starting a WHOIS query, you agree that you will use this Data only for lawful purposes and that, under no circumstances will you use this Data to:
(1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam).
(2) enable high volume, automated, electronic processes that apply to OnlineNIC Inc. (or its systems).

OnlineNIC reserves the right to modify these terms at any time. By starting this query, you agree to abide by this policy.

Registrant:
   Hongyan Su Hongyan Su hardy@lele.com +86.01062637286
   Beijing lele.com Co.,LTD
   Room303,Tower A, E-Wing Center,NO.113, Zhichun Road,Haidian District
   Beijing,Beijing,CN 100036



Domain Name:lele.com
Record last updated at 2006-06-05 23:22:54
Record created on 2000/3/2
Record expired on 2011/3/2

Domain servers in listed order:
    ns1.lele.com    ns2.lele.com

Administrator:
    Room303,Tower A, E-Wing Center,NO.113, Zhichun Road,Haidian District
    Beijing
Beijing,
CN
100086

    name:(Hardy Lin)
mail:(hardy@lele.com) +86.01062637286
    Beijing lele.com Co.,LTD
Technical Contactor:
    Room303,Tower A, E-Wing Center,NO.113, Zhichun Road,Haidian District
    Beijing
Beijing,
CN
100086

    name:(Hardy Lin)
mail:(hardy@lele.com) +86.01062637286
    Beijing lele.com Co.,LTD
Billing Contactor:
    Room303,Tower A, E-Wing Center,NO.113, Zhichun Road,Haidian District
    Beijing
Beijing,
CN
100086

    name:(Hardy Lin)
mail:(hardy@lele.com) +86.01062637286
    Beijing lele.com Co.,LTD

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar: ONLINENIC, INC
IP Address:        59.151.26.111 (ARIN & RIPE IP search)
IP Location:       CN(CHINA)-BEIJING-BEIJING
Record Type:       Domain Name
Server Type:       IIS 6



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

| | |
|---|---|
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Meta Description: | ??,??,????,??,????,??,??,??,??,????,?? |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 28-Jun-2007 |

○ NIC Handle
○ IP Address

Search



Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go

  

© Copyright 2007 Network Solutions. All rights reserved.