Lulu Enterprises, Inc. v. N-F Newsite, LLC et al    Doc. 77 Att. 2
Case 5:07-cv-00347-D   Document 77-3   Filed 10/09/2007   Page 1 of 8
aaqq_00      Page 1 of 1



Nome      Estado   BR

Atividade    [?]

Endereço

Telefone   [?]

[ Pesquisar ]

Registre-se gratuitamente     Procura pelo tel antigo     Como funciona



Login     Customer Service / Call us toll free     Your cart is empty

## WHOIS Search Results

**Available lili extensions:**

☐ .bz

[Order Selected Domain(s)]

### Your WHOIS Search Results



**lili.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Learn How To **Build a Successful ONLINE STORE** FREE Webinar from QuickBooks® & Network Solutions® [REGISTER NOW]

**Choose Your Domain Name Provider Wisely** and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. **Download** our *Guide to Getting Found Online* now.

Learn the Secrets of **Search Engine Optimization** Attend our **SEO Seminar** [Learn More]

---

Registration and WHOIS Service provided by directNIC.com

Intercosmos Media Group, Inc. provides the data in the directNIC.com Registrar WHOIS database for informational purposes only. The information may only be used to assist in obtaining information about a domain name's registration record.

directNIC makes this information available "as is", and does not guarantee its accuracy.

Registrant:
Media Phone
129 Plaza West Suite 412
Dallas, TX 75208
US
(409) 755-4893

Domain Name: LILI.COM

Administrative Contact:

```
Simons, Marc lilidns@gmail.com
129 Plaza West Suite 412
Dallas, TX 75208
US
(409) 755-4893


Technical Contact:
Simons, Marc lilidns@gmail.com
129 Plaza West Suite 412
Dallas, TX 75208
US
(409) 755-4893


Record last updated 04-09-2007 03:44:54 AM
Record expires on 10-13-2008
Record created on 07-11-1998

Domain servers in listed order:
       NS1.NAMESERVERSERVICE.COM      69.64.44.20
       NS2.NAMESERVERSERVICE.COM      217.172.191.8
```

By submitting a WHOIS query, you agree you will use this data only for lawful purposes. You also agree that, under no circumstances, will you use this data to: (a) allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass, unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or to (b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-accredited registrar.

The compilation, repackaging, dissemination, or other use of this WHOIS data is expressly prohibited without the prior written consent of directNIC.com.

directNIC.com reserves the right to terminate your access to its WHOIS database in its sole discretion, including without limitation, for excessive querying of the database or for failure to otherwise abide by this policy.

directNIC reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY. LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY. The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar:    INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

| | | |
|---|---|---|
| IP Address: | 1.1.1.1 (ARIN & RIPE IP search) | ○ NIC Handle |
| IP Location: | -(-) | ○ IP Address |
| Record Type: | Domain Name | |
| Server Type: | Apache | Search |
| Lock Status: | clientDeleteProhibited | |
| Web Site Status: | Active | |
| DMOZ | no listings | |
| Y! Directory: | see listings | |
| Secure: | No | |
| E-commerce: | No | |
| Traffic Ranking: | 4 | |
| Data as of: | 26-Nov-2006 | |


**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go


**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

"...it's best to use only the lowest common denominator elements on your Web pages to assure that they will run on all systems. A blank page is ideal."

-- Mr. Bunny
"Mr. Bunny's Guide to ActiveX"
ISBN 0-201-48536-2

# NetworkSolutions.

Login    Customer Service    Your cart is empty
         Call us toll free

## WHOIS Search Results

Available **lolo** extensions:

☐ .bz

[ Order Selected Domain(s) » ]

### WHOIS Record For



**lolo.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- Private Registration - Keep personal information for this domain private.
- SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about LOLO.COM AboutUs: LOLO.COM

Make this info private

**Registrant:**
Interculture
3538 SW 110th Street
Seattle, WA 98119
US

**Domain Name:** LOLO.COM

**Administrative Contact :**
Brown, L.A
herself@LOLO.COM
3538 SW 110th Street
Seattle, WA 98146
US
Phone: (206) 277-2930
Fax: 999 999 9999



**SAVE over 70%**
when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

[ Go » ]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



**Learn the Secrets of Search Engine Optimization**

Attend our SEO Seminar

[ Learn More » ]

Technical Contact :
Brick, Douglas E
dbrick@KOM.NET
417 2ND AVE W
SEATTLE, WA 98119-4012
US
Phone: (206) 479-2653

Record expires on 15-Dec-2008
Record created on 14-Dec-1995
Database last updated on 15-Jun-2006

Domain servers in listed order:                                    Manage DNS

GATE.KALLBACK.COM
BART.KALLBACK.COM

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 66.54.140.7 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-WASHINGTON-KENMORE |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Nothin' to see here... |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 3 |
| Data as of: | 26-Nov-2006 |

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for lolo.com from Network Solutions    Page 3 of 3

○ NIC Handle
○ IP Address



 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go »

 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee
Go »

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.