HaHa.com the Best Jokes and Fun on the Net!

**HaHa.com** | Bar Jokes | Blondes | Gross | Lawyers | Sex | Sports |

Shop | Andy's Grge | Art | Books | BrooksBros | Cigars | Cook | Disney | eve | eBags | Electronics | Flowers | Furniture | JCrew | Movies | Pets | Spirits | Sports | SharpImage | Travel | Vitamins Specials | Free quote on a car! | Free Voicemail/Email/Fax |



**Welcome to HaHa.com , the Best Jokes and Fun on the Net!**

Send us a Joke

Humor links | Ask Jeeves | A better Job? | Goto! | Food Online

Free Magazines!

**I Get Paid to Surf the Web! Would you like to?**













**If men truly ran the world . . .**

1. Breaking up would be a lot easier.  A smack to the ass and a "Nice hustle, you'll get'em next time" would pretty much do it.
2. Birth control would come in ale or lager.
3. Valentine's Day would be moved to February 29th so it would only occur in leap years.
4. On Groundhog Day, if you saw your shadow, you'd get the day off to go drinking.  Mother's Day too.
5. St. Patrick's Day, however, would remain exactly the same. But it would be celebrated every month.
6. Garbage would take itself out.
7. Regis and Kathie Lee would be chained to a cement mixer and pushed off the Golden Gate Bridge for the most lucrative pay-per-view event in  world history.
8. The only show opposite "Monday Night Football" would be "Monday Night Football from a Different Camera Angle".
9. Instead of "beer-belly", you'd get "beer-biceps".
10. Tanks would be far easier to rent.
11. Two words..."Ally McNaked".
12. When a cop gave you a ticket, every smart-aleck answer you responded with would actually reduce your fine.  As in:
    Cop:  "You know how fast you were going?"
    You:  "All I know is, I was spilling my beer all over the place."
    Cop:  "Nice one, That's $10.00 off".
13. People would never talk about how fresh they felt.
14. Daisy Duke shorts would never go out of style again.
15. Every man would get four, real Get Out of Jail Free cards per year.
16. Telephones would cut off after 30 seconds of conversation.
17. It would perfectly legal to steal a sports car, as long as you returned it the following day with a full tank of gas.
18. Instead of a fancy, expensive engagement ring, you could present your wife-to-be with a giant foam hand that said "You're #1!".
19. When your girlfriend really needed to talk to you during the game, she'd appear in a little box in the corner of the screen during a time-out.
20. Nodding and looking at your watch would be deemed as an acceptable response to "I love you".
21. The funniest guy in the office would get to be CEO.
22. "Sorry I'm late, but I got wasted last night", would be an acceptable excuse for tardiness.
23. At the end of the workday a whistle would blow and you would jump out of your window and slide down the tail of a brontosaurus and right into your car like Fred Flintstone.
24. Lifeguards could remove citizens from beaches for violating the "public ugliness" ordinance.
25. Hallmark would make "Sorry, what was your name again?" cards.

Dockets.Justia.com

Compare Prices at CNET Shopper

## Nuts

A guy goes into the bar and sits down and orders a drink. Other than the bartender, there's no one else in the place. All of a sudden he hears a voice that says, "Nice suit." He looks around and doesn't see anyone and the bartender looks busy washing some glasses. A little while later the same voice says, "Nice Tie." The guy looks around again and doesn't see anyone. He finally asks the bartender if he just said something.

"No," replied the bartender, "it wasn't me. It was probably the peanuts though. They're complimentary."

## First Date

My next door neighbors' son was going on his first date. My neighbor drove his son to the miniature golf complex where he was meeting his date and a group of friends. Only after 45 minutes did he get a phone call saying the date was over. After picking his son up he waited a while before asking how the date went. When he asked, his son said, "Dad, I don't think I understand girls, they talk too much, they cost a lot of money and they don't taste so good."

## The five toughest questions women ask - and their answers
## According to Sassy magazine, the five questions are:

1. "What are you thinking?"
2. "Do you love me?"
3. "Do I look fat?"
4. "Do you think she is prettier than me?"
5. "What would you do if I died?"

What makes these questions so bad is that every one is guaranteed to explode into a major argument and/or divorce if the man does not answer properly, which is to say dishonestly.  For example:

1. "What are you thinking?"  The proper answer to this question, of course, is, "I'm sorry if I've been pensive, dear.  I was just reflecting on what a warm, wonderful, caring, thoughtful, intelligent, beautiful woman you are and what a lucky guy I am to have met you."

Obviously, this statement bears no resemblance whatsoever to what the guy was really thinking at the time, which was most likely one of five things:

a. Baseball
b. Football
c. How fat you are.
d. How much prettier she is than you.
e. How he would spend the insurance money if you died.

According to the Sassy article, the best answer to this stupid question came from Al Bundy, of Married With Children, who was asked it by his wife, Peg.  "If I wanted you to know," Al said, "I'd be talking instead of thinking."The other questions also have only one right answer but many wrong answers:

2. "Do you love me?"  The correct answer to this question is, "Yes." For those guys who feel the need to be more elaborate, you may answer, "Yes, dear."

Wrong answers include:

a. I suppose so.
b. Would it make you feel better if I said yes.
c. That depends on what you mean by "love".
d. Does it matter?
e. Who, me?

3. "Do I look fat?"  The correct male response to this question is to confidently and emphatically state, "No, of course not" and then quickly leave the room.

Wrong answers include:

a. I wouldn't call you fat, but I wouldn't call you thin either.
b. Compared to what?
c. A little extra weight looks good on you.
d. I've seen fatter.
e. Could you repeat the question?  I was thinking about your insurance policy.

4. "Do you think she's prettier than me?"  The "she" in the question could be an ex-girlfriend, a passer-by you were starring at so hard that you almost caused a traffic accident or an actress in a movie you just saw. In any case, the correct response is, "No, you are much prettier."

Wrong answers include:

a. Not prettier, just pretty in a different way.
b. I don't know how one goes about rating such things.
c. Yes, but I bet you have a better personality.
d. Only in the sense that she's younger and thinner.
e. Could you repeat the question?  I was thinking about your insurance policy.

5. "What would you do if I died?"  Correct answer:  "Dearest love, in the event of your untimely demise, life would cease to have meaning for me and I would perforce hurl myself under the front tires of the first Domino's Pizza truck that came my way."

This might be the stupidest question of the lot, as is illustrated by the following stupid joke:

"Dear," said the wife.  "What would you do if I died?"
"Why, dear, I would be extremely upset," said the husband.  "Why do you ask  such a question?"
"Would you remarry?"  persevered the wife."No,  of couse not, dear" said the husband.
"Don't  you like being married?" said the wife.
"Of  course I do, dear" he said.
"Then why wouldn't you remarry?"
"All right," said the husband, "I'd remarry."
"You would?" said the wife, looking vaguely hurt.
"Yes" said the husband.

HaHa.com the Best Jokes and Fun on the Net!

"Would you sleep with her in our bed?" said the wife after a long pause.
"Well yes, I suppose I would." replied the husband.
"I see," said the wife indignantly. "And would you let her wear my old clothes?"
"I suppose, if she wanted to" said the husband.
"Really," said the wife icily.  "And would you take down the pictures of me and replace them with pictures of her?"
"Yes . . . I think that would be the correct thing to do."
"Is that so?"  said the wife, leaping to her feet.  "And I suppose you'd let her play with my golf clubs, too?"
"Of course not, dear," said the husband.  "She's left-handed."

### The Best of the Worst Country-Western Song Titles (These are *real*)

- Do You Love As Good As You Look?
- Drop Kick Me, Jesus, Through The Goalposts Of Life
- Get Your Tongue Outta My Mouth 'Cause I'm Kissing You Goodbye
- Her Teeth Were Stained, But Her Heart Was Pure
- Here's A Quarter, Call Someone Who Cares
- How Can I Miss You If You Won't Go Away?
- Been Roped And Thrown By Jesus In The Holy Ghost Corral
- I Changed Her Oil, She Changed My Life
- I Don't Know Whether To Kill Myself Or Go Bowling
- I Fell In A Pile Of You And Got Love All Over Me
- I Flushed You From The Toilets Of My Heart
- I Keep Forgettin' I Forgot About You
- I Wanna Whip Your Cow
- I Would Have Wrote You A Letter, But I Couldn't Spell Yuck!
- I Wouldn't Take Her To A Dawg Fight, Cause I'm Afraid She'd  Win
- I'd Rather Have A Bottle In Front Of Me Than A Frontal Lobotomy
- I'm Just A Bug On The Windshield Of Life
- I've Been Flushed From The Bathroom Of Your Heart
- I've Got The Hungries For Your Love And I'm Waiting In Your
- Welfare Line - If I Can't Be Number One In Your Life, Then Number Two On You
- If Love Were Oil, I'd Be A Quart Low
- If My Nose Were Full of Nickels, I'd Blow It All On You
- If The Phone Don't Ring, Baby, You'll Know It's Me
- If You Don't Leave Me Alone, I'll Go And Find Someone Else Who Will
- If You Leave Me, Can I Come Too?
- Mama Get The Hammer (There's A Fly On Papa's Head)
- May The Bird Of Paradise Fly Up Your Nose
- My Every Day Silver Is Plastic
- My Head Hurts, My Feet Stink, And I Don't Love Jesus
- My John Deere Was Breaking Your Field, While Your Dear John Was Breaking My Heart
- My Wife Ran Off With My Best Friend, And I Sure Do Miss Him
- Oh, I've Got Hair Oil On My Ears And My Glasses Are Slipping Down, But Baby I Can See Through You
- Pardon Me, I've Got Someone To Kill
- She Got The Gold Mine And I Got The Shaft; She Got The Ring And I Got The Finger

- She Made Toothpicks Out Of The Timber Of My Heart
- She's Got Freckles On Her, But She's Pretty
- Thank God And Greyhound She's Gone
- They May Put Me In Prison, But They Can't Stop My Face From Breakin' Out
- Velcro Arms, Teflon Heart
- When You Leave Walk Out Backwards, So I'll Think You're Walking In
- You Can't Have Your Kate And Edith Too
- You Can't Roller Skate In A Buffalo Herd
- You Done Tore Out My Heart And Stomped That Sucker Flat
- You Were Only A Splinter In My Ass As I Slid Down The Bannister Of Life
- You're The Reason Our Kids Are So Ugly

**You might be a liberal if ...**
By Chris Grawburg - You might be a liberal if:

- you've ever left your sociology class thinking, "That professor really knows what he/she/it is talking about."
- you associate the words "model American" with "Bill Clinton"
- you think Dan Rather represents media impartiality
- your response to anything Rush Limbaugh says is, "Well, he's fat."
- the first word in the description of your hair color is "neon"
- you've ever tried to protect the ozone layer
- you've stood for animal rights, but wear leather belts and sandals
- you've ever given a dollar to a bum so he can buy more liquor ...ummm ... food
- you ever use the words "Clarence Thomas" and "Uncle Tom" in the same sentence
- you are a vegan
- you have a bumper sticker that says "You Can't Hug With Nuclear Arms" on your car
- you believe diversity represents the extinction of the white race
- you've ever walked around carrying one of those Javahhh mugs
- you pay a 185 percent markup for organically grown food
- you cheered for "Obstructing Justice Simpson" last Tuesday at 1 p.m.
- you don't think it's right to kill rapists and murderers, but do think it's right to kill babies
- you have anything to do with the Compassionate Living Fair
- you want more funding for AIDS research but less for cancer, despite the fact that cancer kills many more people per year
- you have the entire menu at Cup-A-Joe memorized
- you consider yourself open-minded but refuse to listen to anything Jesse Helms has to say
- you abhor censorship unless it's censoring race, religion, Conservatism, Western culture or Rush Limbaugh
- you found yourself unemployed after this past November's election
- you're a dope smoker or a womanizer ... oh, sorry, that's "You might be a Clinton cabinet official if ..."
- you're the dolt who stole the "Helms '96" bumper sticker from my car
- you think the phrase, "... separation of church and state" is in the Constitution