Lulu Enterprises, Inc. v. N-F Newsite, LLC et al  Doc. 77 Att. 4
Case 5:07-cv-00347-D   Document 77-5   Filed 10/09/2007   Page 1 of 4
HaHa.com the Best Jokes and Fun on the Net!                              Page 6 of 10

- you cry, "You can't legislate morality," but defend the Roe v. Wade decision in order to legalize your moral position on abortion
- you stay informed by watching MTV News
- you have an "I'm Straight But Not Narrow" button pinned to your book bag
- there is a ring in any part of your head other than your ears
- you think religion is bad for school kids to learn, but think condom giveaways are just what schools need
- you molest campaign workers, then lie about it on national television . . . oops, my mistake again, that's "You might be Mel Reynolds if . . ."
- you think Jesse Jackson is a good spokesman for the black community
- you think Jesse Jackson is good at anything
- you lie in bed at night worried that Pat Robertson might be out to get you
- you attribute the rising illegitimacy rate, crime rate or problems in the inner city to Ronald Reagan
- you've ever held up a grocery store line trying to pick between plastic, which isn't biodegradable, or paper, which cuts down innocent trees
- you think the National Organization for Women is made up of average heterosexual women with no lesbian agenda
- you're on the committee to construct the Gay Jewish Women's Cultural Center -- there's a slight chance you're a liberal
- you blame Ronald Reagan and George Bush, but not the spend-happy "Democrooks" for the huge national debt
- banning assault weapons is your solution to end crime (what do you mean punish the criminals?)
- you tell me how to live by telling me I can't tell people how to live
- And finally ...you think Ted Kennedy is sober and monogamous.

### Clever Sayings?

- There are three kinds of people: those who can count & those who can't.
- Why is abbreviation such a long word?
- Don't use a big word where a diminutive one will suffice.
- . . . every morning is the dawn of a new error.
- For people who like piece and quiet . . . a phoneless cord!
- I used up all my sick days, so I'm calling in dead.
- Mental Floss prevents moral decay!
- Madness takes aits toll. Please have exact change ready.
- Be nice to your kids . . . they'll be the ones choosing your nursing home.
- Proofread carefully to see if you any words out.
- There can't be a crisis today, my schedule is already full.
- I'd explain it to you, but your brain would explode.
- Did you ever stop to think . . . and forget to start again?
- A conclusion is simply the place where you got tired of thinking.
- I don't have a solution, but I admire the problem.
- Don't be so open minded that your brains fall out.
- If at first you DO succeed, try not to look astonished!
- Diplomacy is the art of saying "nice doggie" . . . 'till you can find a rock!

- Diplomacy is the art of letting someone have your way.
- If one synchronized swimmer drowns, do the rest have to drown too?
- If things get any worse, I'll have to ask you to stop helping me.
- Don't look back, they might be gaining on you.
- It's not hard to meet expenses, they're everywhere.
- Help Wanted: Telepath . . . you know where to apply.
- Mechanic's slogan: If it ain't broke, we'll break it.
- Shin: A device for finding furniture in the dark.
- Dain bramaged.
- Department of Redundancy Department.
- Headline: Bear takes over Disneyland in Pooh D'Etat!
- What has four legs and an arm? A happy pit bull.

**How to Attend a Meeting**
by Dave Barry

To really succeed in a business or organization, it is sometimes helpful to know what your job is, and whether it involves any duties. Ask among your coworkers. "Hi," you should say. "I'm a new employee. What is the name of my job?" If they answer "long-range planner" or "lieutenant governor," you are pretty much free to lounge around and do crossword puzzles until retirement. Most jobs, however, will require some work.

There are two major kinds of work in modern organizations:
1. Taking phone messages for people who are in meetings, and,
2. Going to meetings.

Your ultimate career strategy will be to get a job involving primarily No. 2, going to meetings, as soon as possible, because that's where the real prestige is. It is all very well and good to be able to take phonemessages, but you are never going to get a position of power, a position where you can cost thousands of people their jobs with a single bonehead decision, unless you learn how to attend meetings.

The first meeting ever was held back in the Mezzanine Era. In those days, Man's job was to slay his prey and bring it home for Woman, who had to figure out how to cook it. The problem was, Man was slow and basically naked, whereas the prey had warm fur and could run like an antelope. (In fact it was an antelope, only nobody knew this).

At last someone said, "Maybe if we just sat down and did some brainstorming, we could come up with a better way to hunt our prey!" It went extremely well, plus it was much warmer sitting in a circle, so they agreed to meet again the next day, and the next.

But the women pointed out that, prey-wise, the men had not produced anything, and the human race was pretty much starving. The men agreed that was serious and said they would put it right near the top of their "agenda". At this point, the women, who were primitive but not stupid, started eating plants, and thus modern agriculture was born. It never would have happened without meetings.

The modern business meeting, however, might better be compared with a funeral, in the sense that you have a gathering of people who are wearing uncomfortable clothing and would rather be somewhere else. The major difference is that most funerals have a definite purpose. Also, nothing is

really ever buried in a meeting.

An idea may look dead, but it will always reappear at another meeting later on. If you have ever seen the movie, "Night of the Living Dead," you have a rough idea of how modern meetings operate, with projects and proposals that everyone thought were killed rising up constantly from their graves to stagger back into meetings and eat the brains of the living.

There are two major kinds of meetings:

1. Meetings that are held for basically the same reason that Arbor Day is observed - namely, tradition. For example, a lot of managerial people like to meet on Monday, because it's Monday. You'll get used to it. You'd better, because this kind accounts for 83% of all meetings (based on a study in which I wrote down numbers until one of them looked about right). This type of meeting operates the way "Show and Tell" does in nursery school, with everyone getting to say something, the difference being that in nursery school, the kids actually have something to say.

When it's your turn, you should say that you're still working on whatever it is you're supposed to be working on. This may seem pretty dumb, since obviously you'd be working on whatever you're supposed to be working on, and even if you weren't, you'd claim you were, but that's the traditional thing for everyone to say. It would be a lot faster if the person running the meeting would just say, "Everyone who is still working on what he or she is supposed to be working on, raise your hand." You'd be out of there in five minutes, even allowing for jokes. But this is not how we do it in America. My guess is, it's how they do it in Japan.

2. Meetings where there is some alleged purpose. These are trickier, because what you do depends on what the purpose is. Sometimes the purpose is harmless, like someone wants to show slides of pie charts and give everyone a big, fat report. All you have to do in this kind of meeting is sit there and have elaborate fantasies, then take the report back to your office and throw it away, unless, of course, you're a vice president, in which case you write the name of a subordinate in the upper right hand corner, followed by a question mark, like this: "Norm?" Then you send it to Norm and forget all about it (although it will plague Norm for the rest of his career).

But sometimes you go to meetings where the purpose is to get your "input" on something. This is very serious because what it means is, they want to make sure that in case whatever it is turns out to be stupid or fatal, you'll get some of the blame, so you have to escape from the meeting before they get around to asking you anything. One way is to set fire to your tie.

Another is to have an accomplice interrupt the meeting and announce that you have a phone call from someone very important, such as the president of the company or the Pope. It should be one or the other. It would a sound fishy if the accomplice said, "You have a call from the president of the company, or the Pope."

You should know how to take notes at a meeting. Use a yellow legal pad. At the top, write the date and underline it twice. Now wait until an important person, such as your boss, starts talking; when he does, look at him with an expression of enraptured interest, as though he is revealing the secrets of life itself. Then write interlocking rectangles like this: (picture of doodled rectangles).

If it is an especially lengthy meeting, you can try something like this (Picture of more elaborate doodles and a caricature of the boss).

If somebody falls asleep in a meeting, have everyone else leave the room. Then collect a group of total strangers, right off the street, and have them sit around the sleeping person until he wakes up. Then have one of them say to him, "Bob, your plan is very, very risky. However, you've given us no choice but to try it. I only hope, for your sake, that you know what you're getting yourself into." Then they should file quietly out of the room.

**Managed Caring Plan(tm)**
By Richard Liebmann-Smith
(An editor of American Health Magazine.)

Welcome to Managed Caring(tm), a whole new way of thinking about friendship. The Managed Caring Plan(tm) combines all the advantages of a "traditional" friendship network with important cost-saving features.

HOW DOES IT WORK ?
Under the Plan, you choose your friends from a network of pre-screened accredited Friendship Providers. All of your friendship needs are met by members of your Managed Caring(tm) panel. WHAT'S WRONG WITH MY FRIENDS ? If you're like most people, you're probably receiving Friendship Services from a network of Providers haphazardly patched together based on where you've lived, worked, or gone to school. The result is costly duplication, inefficiency and conflict. Some Providers may not meet national standards, responding to your needs with inappropriate, outmoded, or experimental behavior. Under Managed Caring(tm), your friendship needs are coordinated by a designated Best Friend, who Cares (tm) about the quality of all your Friendships.

HOW DO I KNOW THESE AREN'T JUST A BUNCH OF LOSERS WHO CAN'T MAKE FRIENDS ON THEIR OWN ?
Many of today's most dedicated and highly trained Friendship Providers are as concerned as we are about delivering quality Caring(tm) in a cost-effective way. They have joined our network because they want to focus on Caring(tm) for you rather than devoting their resources to the paperwork and high Bad Friendship premiums that have sent the cost of traditional Friendship Delivery system skyrocketing. Our Friendship providers have met our rigorous standards of loyalty.

WHAT IF I NEED A SPECIAL FRIEND, SAY FOR POKER OR FISHING ?
Special Friends are responsible for most of the unnecessary Friendship Procedures that have sent the cost of the traditional Friendship Delivery system skyrocketing. By training, experience, and by virtue of knowing you for what you really are, your Best Friend is qualified to refer you to a Special Friend within the Managed Caring(tm) network should your needs fall outside the scope of his or her excellent training.

SUPPOSE I WANT TO SEE FRIENDS OUTSIDE THE MANAGED CARING(tm) NETWORK ? CAN MY BEST FRIEND EVER REFER ME TO THEM ?
No. The only time you can see a Friendship Provider without first consulting your Best Friend is in the event of a Friendship Emergency.

WHAT'S THAT ?
The Managed Caring(tm) Plan covers your friendship needs 24 hours a day, 365 days a year anywhere in the world, even if you need a friend out