HaHa.com the Best Jokes and Fun on the Net!   Page 10 of 1

of town, after business hours, or when your Best Friend is Caring(tm) for someone else. You may be on a business trip and find yourself lonely. In such a case, you may make a New Friend, and all appropriate Friendship Procedures delivered in this Emergency Friendship will be covered under the plan, provided you notify us within two business days.

WHAT FRIENDSHIP PROCEDURES ARE COVERED UNDER THE PLAN ?
Typical Friendship Procedures covered include (but are not limited to):
Chewing the fat, slinging the bull, shooting the breeze, hanging out, checking in, cheering up, kidding around, dropping over, partying, moaning, gossiping, joshing, ribbing, holding your hand, patting your back.

ARE ANY FRIENDSHIP PROCEDURES NOT COVERED UNDER THE PLAN ?
Yes.
Ineligible services include (but are not limited to): drinking in excess of six ounces of alcoholic beverages, lending sums in excess of $5, going the extra mile, exchanging ethnic or dirty jokes, and sex.

HOW CAN I FIND OUT IF THE FRIENDSHIP PROCEDURE I NEED IS COVERED ?
If you need a Friendship Procedure, call the toll-free number on your Managed Caring(tm) I.D. card to arrange for precertification of the proposed Procedure. All appropriate Procedures will be approved for coverage within 24 business hours.

BUT WHO DECIDES WHAT'S APPROPRIATE FOR ME ?
We do. Isn't that what friends are for ?

HaHa.com | Bar Jokes | Blondes | Gross | Lawyers | Sex | Sports |
Shop | Andy's Grge | Art | Books | BrooksBros | Cigars | Cook |
Disney | eve | eBags | Electronics | Flowers | Furniture | JCrew |
Movies | Pets | Spirits | Sports | SharpImage | Travel | Vitamins
Specials | Free quote on a car! | Free Voicemail/Email/Fax |

Welcome to HaHa.com , the Best Jokes and Fun on the Net!



Send us a Joke

Humor links | Ask Jeeves | A better Job? | Goto! | Food Online

Free Magazines!

top jokes                    jokes and humor                    jokes everyday





# NetworkSolutions.

Login     Customer Service     Your cart is empty
         Call us toll free

## WHOIS Search Results

Available **haha** extensions:


.bz ☐

[Order Selected Domain(s)]

**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

[VIEW Webinar]  [Go]

### WHOIS Record For



**haha.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Visit AboutUs.org for more information about HAHA.COM  AboutUs: HAHA.COM

Make this info private

**Registrant:**
Moon, John

205 West 86th St., Apt. #1111
NEW YORK, NY 10024
US

**Domain Name:** HAHA.COM

**Administrative Contact :**
Moon, John
jmoon@moonnet.com
205 West 86th St., Apt. #1111
NEW YORK, NY 10024
US
Phone: 212 652 4510

Fax: 212 652 4610

**Technical Contact :**
Secure Network Systems,
editor@rereader.com
1480 East 820 North
Orem, UT 84097
US
Phone: 801-437-7200
Fax: - 801-437-0201

Record expires on 04-Mar-2014
Record created on 03-Mar-1996
Database last updated on 09-Oct-2006

Domain servers in listed order:                                    Manage DNS

NS1.SECURE.NET
NS2.SECURE.NET

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 161.58.2.72 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-COLORADO-ENGLEWOOD |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | HaHa.com the Best Jokes and Fun on the Net! |
| Meta Description: | The Best Jokes on the Net. |
| Meta Keywords: | Jokes, JFK Jr., Blonde, Lawyer, Sports, Bar, Sex, Shop, Laughs, Comedy, Comedians, Cannocial, Laughing, Funny, Happy, Lightbulb, Riddles, Stories, |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 28-Nov-2006 |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

○ NIC Handle
○ IP Address





**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





© Copyright 2007 Network Solutions. All rights reserved.

hoho.com

Page 1 of

you've reached hoho.com. a place of nothing in particular.

hoho.com has existed since january, 1996. despite never having much of a main web page, it has been in constant use since then. most of the content hosted here is not widely publicized, but you might like to visit mike's page, josh's place, or dom's page.

**hoho.com is not for sale**, so stop calling from korea.