Lulu Enterprises, Inc. v. N-F Newsite, LLC et al — Doc. 78 Att. 1
Case 5:07-cv-00347-D   Document 78-2   Filed 10/09/2007   Page 1 of 3
WHOIS domain registration information results for hoho.com from Network Solutions — Page 1 of 3

# NetworkSolutions

Login    Customer Service / Call us toll free    Your cart is empty

## WHOIS Search Results

Available **hoho** extensions:


.bz

[ Order Selected Domain(s) ]

### WHOIS Record For



**hoho.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- Private Registration - Keep personal information for this domain private
- SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about HOHO.COM  AboutUs: HOHO.COM

Make this info private

**Registrant:**
Digital Geyser Productions
373 foxborough drive
Mountain View, CA 94041
US

**Domain Name:** HOHO.COM

**Administrative Contact, Technical Contact:**
Wakerly, Michael
mikew@WAKERLY.COM
373 Foxborough Drive
Mountain View, CA 94041
US
Phone: (650) 968-9057
Fax: 999 999 9999



Learn how securing your Web site helps your business.

» Download our FREE SSL Certificates whitepaper!



Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

[ Learn More ]

Record expires on 27-Jan-2010
Record created on 26-Jan-1996
Database last updated on 28-Jun-2006

Domain servers in listed order:                    Manage DNS

NS23.WORLDNIC.COM                                  205.178.190.12
NS24.WORLDNIC.COM                                  205.178.189.12

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 66.123.210.156 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-ALBANY |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | hoho.com |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 2 |
| Data as of: | 28-Nov-2006 |



Search

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for hoho.com from Network Solutions

Page 3 of 3

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.