

BABA

# Network**Solutions**.

Login

Customer Service
Call us toll free

Your cart is empty



# WHOIS Search Results

## WHOIS Record For



**baba.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

Private Registration - Keep personal information for this domain private.

SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about BABA.COM  AboutUs: BABA.COM

**Registrant:**                                                Make this info
                                                                private
Jonathan Grumette
4380 Alston Chapel Rd.
Pittsboro, NC 27312
US

**Domain Name:** BABA.COM

**Administrative Contact , Technical Contact :**
KING, TIM
timking@ENTITIES.COM
185 SCREECH OWL
MONCURE, NC 27559-9374
US
Phone: 919-542-2092
Fax: 123 123 1234

**Record expires on** 29-Mar-2009
**Record created on** 28-Mar-1997
**Database last updated on** 28-Jun-2006

**Domain servers in listed order:**                    Manage DNS

NS1.FROGSPACE.NET

Learn How To
**Build a Successful
ONLINE STORE**
**FREE Webinar**
from QuickBooks®
& Network Solutions®    REGISTER NOW >

Choose Your Domain Name
Provider Wisely and **Transfer
Domains for $9.99/yr**

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.


**Learn the Secrets**
of **Search Engine
Optimization**

Attend our
SEO Seminar

Learn More //

Search Engines

TOP SECRET

NS2.FROGSPACE.NET

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 216.222.201.162 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-OHIO-GROVE CITY |
| **Record Type:** | Domain Name |
| **Server Type:** | Other |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | 1 listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | BABA - Fine Antique Wood Flooring |
| **Meta Description:** | BABA woods are the finest antique woods available. We specialize in delivering the ultimate in unique flooring and architectural woods. |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 2 |
| **Data as of:** | 27-Nov-2006 |



think local.com

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee


Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus $99 one time set-up fee

Go







"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.