bebe.com : bebe                                                                 Page 1 of 1

# bebe

Welcome! New customer? Sign in

clubbebe | my account | shopping bag | search

apparel | accessories | logo | BEBE SPORT | COLLECTION bebe

**what's hot**
- Just In
- Collection Preview
- The Spy Who Loved It
- Wear Now. Wear Later.

**shop by category**
- Tops
- Sweaters
- Dresses
- Suiting
- Skirts
- Shorts & Crops
- Pants
- Denim
- Blazers & Jackets
- Outerwear
- Hosiery & Leggings
- Shoes

**Shop by Size**

**Gift Cards**

**style watch**
- Ad Campaign
- As Seen In

Limited Time Specials
Sale
BEBE SPORT Sale

LIGHTS
CAMERA
FASHION

Sophisticated tweed g[oes]
ready for its close-[up]

▶ SHOP THE SPY WHO LOVED [IT]
▶ SHOP OUTERWE[AR]

REBECCA ROMIJN for bebe

| Client Services | Gift Cards | My Account | About bebe |
| Store Locator | Shop Catalog | Shipping Information | Career Opportunities |
| Contact Us | Size Chart | Return Policy | Investor Relations |
| 1.877.bebe.777 | Shop by Size | Order Status | Corporate Governance |

Sign up for the newest, hottest, lates[t]
Enter your email address [▶ submit]
▸ Privacy Policy

bebe Stores, Inc. All rights reserved.
Terms of Use



Login | Customer Service Call us toll free | Your cart is empty

## WHOIS Search Results



**WHOIS Record For**



**bebe.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about BEBE.COM  AboutUs: BEBE.COM

**Registrant:**                               Make this info private
bebe stores, inc
400 Valley Drive
Brisbane, CA 94005
US

**Domain Name:** BEBE.COM

**Administrative Contact:**
Legal Department, bebe
legal_department@bebe.com
400 Valley Dr.
Brisbane, CA 94005
US
Phone: 415-715-3900

**Technical Contact:**
Management Group, Network
nasa@bebe.com
400 Valley Dr.
Brisbane, CA 94005
US
Phone: (415) 715-3900
Fax: 123 123 1234



Learn how securing your Web site helps your business.
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.

Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More

Record expires on 27-Oct-2009
Record created on 28-Oct-1995
Database last updated on 23-Jun-2006

Domain servers in listed order:        Manage DNS

NS1.BEBE.COM        209.19.26.97
NS2.BEBE.COM        209.19.26.36
NS3.BEBE.COM        209.219.85.51

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 72.21.210.16 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-WASHINGTON-SEATTLE |
| Record Type: | Domain Name |
| Server Type: | Other |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | "+popup_title+" |
| Meta Description: | www.bebe.com: we invite you to shop our world-famous collection online. bebe is a national retailer of sexy, sophisticated, fashio and accessories. |
| Meta Keywords: | bebe,bebe.com,www.bebe.com,bebes,bebe sport,bebesport.com,glamour,beautiful,clothing,catalog,catalogue,pants,dresses,skirts,jackets,shirts,shopping,gifts,style,lingerie,s store,sale,footwear,jewelry,fun,fashion,fur,sequins,trends,s |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 4 |
| Data as of: | 27-Nov-2006 |

think local.com

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for bebe.com from Network Solutions                    Page 3 of 3

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee


Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

