WHOIS domain registration information results for bubu.com from Network Solutions

Page 1 of 3



Login

Customer Service
Call us toll free

Your cart is empty

# WHOIS Search Results

Available **bubu** extensions:


.biz  .bz

[Order Selected Domain(s)]

**WHOIS Record For**



**bubu.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about BUBU.COM  AboutUs: BUBU.COM

Make this info private

**Registrant:**
PT BuBu Internet
Jl. Cipaku I No.26
Kebayoran Baru
Jakarta, DKI 12170
ID

**Domain Name:** BUBU.COM

**Administrative Contact :**
PT BuBu Internet
bubu@indo.net.id
Jl. Cipaku I No.26
Kebayoran Baru
Jakarta, DKI 12170
ID



Learn how securing your Web site helps your business.
→ Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
[Learn More]

Phone: +62-21-72797608
Fax: +62-21-7208248

Technical Contact :
Network Solutions, LLC.
customerservice@networksolutions.com
13861 Sunrise Valley Drive
Herndon, VA 20171
US
Phone: 1-888-642-9675
Fax: 571-434-4620

Record expires on 17-Jul-2011
Record created on 18-Jul-1996
Database last updated on 05-Oct-2006

Domain servers in listed order:                                Manage DNS

NS5.BOSEN.NET
NS6.BOSEN.NET

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 209.59.158.70 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-SAN RAMON |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Bubu.com == Web Design, Web Programming, IT Consultant |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 26-Nov-2006 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

○ NIC Handle
○ IP Address





**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





© Copyright 2007 Network Solutions. All rights reserved.



cucu.com galleria fotografica porno e hardcore gratuita

| Per visitare questo sito devi accettare le seguenti condizioni: Devi essere maggiorenne in quanto vedrai foto porno. Immagini porno non devono essere per te un offesa. Tu ti assumi ogni responsabilita civile e penale se nel tuo luogo di residenza la visione di contenuti pornografici e' considerata illegale. Non puoi permettere a minorenni la visione di questo sito. Le immagini e tutti i contenuti di questo sito sono protetti da compyright e quindi e vietata la riproduzione senza autorizzazione | In order to visit this site: you must agree to the following terms and conditions: You must be of legal age in your country of origin to view and possess adult material, including sexually explicit images. You must not find images of adults engaged in sexual acts to be offensive or objectionable. You must understand the laws and standards of the community to which you are transporting this adult material and you must assume all the liability for violating such laws and standard by entering this site. You may not allow any minor to view any of the material or images found by accessing this site. By entering, you are releasing and discharging the providers, owners and creators of this site from any and all liability which might arise. You must understand and acknowledge that you may be in violation of local and federal laws if you breach any of these terms and conditions. You may not bookmark any of the pages found on this server whereby this warning page is by-passed. |

# ITALIANO

## = ENGLISH = ESPANIOL = DEUTSCH = GAY

Pictures shown on this site are a courtesy of Zmaster Production. All rights are reserved
Pictures shown on this site are a courtesy of WebLegal Production. All rights are reserved



Login     Customer Service     Your cart is empty
         Call us toll free

# WHOIS Search Results

Available **cucu** extensions:


.us   .bz

[Order Selected Domain(s)]

## WHOIS Record For



**cucu.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

This whois service shows the information for .COM and .NET domains
only if they are registered thru DotRegistrar.com. For ORG, .BIZ, .US .INFO and
.NAME domains, the information is displayed regardless of the sponsoring
registrar for said domains.

The fact that your query returns "NOT FOUND" does not necessarily mean that
the domain may be available for registration. To search all domains, please
go to the shared registry whois located at:
http://www.internic.net/whois.html

Registrant:
King Zulu LLC. (Kizu Branch) (CUCU-COM-DOM)
P.O. Box 556
Charlestown, Nevis
KN
+852.30141502
+852.30141502
admin@kingzulu.com

Domain Name: CUCU.COM



Learn how securing your Web site helps your business.

» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Administrative Contact:
King Zulu LLC. admin@kingzulu.com
P.O. Box 556
Charlestown, Nevis
KN
+852.30141502
Fax- +852.30141502

Technical Contact, Zone Contact:
King Zulu LLC. admin@kingzulu.com
P.O. Box 556
Charlestown, Nevis
KN
+852.30141502
Fax- +852.30141502

Record last updated on 22-Jan-2007.
Record expires on 16-Feb-2008.
Record created on 17-Feb-1998.

Domain servers in listed order:

Name Server: NS1.KINGZULU.COM
Name Server: NS12.KINGZULU.COM

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | DSTR ACQUISITION VII, LLC |
| IP Address: | 64.239.78.46 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-GEORGIA-SNELLVILLE |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Meta Description: | LECCATE DI CAZZO * TROIE NEGRE * |
| Meta Keywords: | troie, fellatio, sborra, orgasmo, negre, tailandesi, santo domingo, cuba, sesso, orale, anale, pompa, pompinare, inculate, ragazze, trombare, trombata, sessuale, impotenza, viagra |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 0 |
| Data as of: | 31-Jul-2007 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

○ NIC Handle
○ IP Address

Search

 **Need to get your business online?** Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee


 **PerformanceClicks™ from Network Solutions** Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

DaDa.com

