## Domain Names Owned By Hulu, LLC

| | |
|---|---|
| Hulu.at | Hulu.be |
| Hulu.biz | Hulu.bz |
| Hulu.ca | Hulu.cc |
| Hulu.ch | Hulu.cl |
| Hulu.cn | Hulu.co.in |
| Hulu.co.nz | Hulu.co.uk |
| Hulu.co.za | Hulu.com |
| Hulu.com.ar | Hulu.com.au |
| Hulu.com.br | Hulu.com.cn |
| Hulu.com.hk | Hulu.com.tw |
| Hulu.com.ve | Hulu.cz |
| Hulu.de | Hulu.dk |
| Hulu.es | Hulu.eu |
| Hulu.fr | Hulu.gr |
| Hulu.gshulu.hk | Hulu.hl.cn |
| Hulu.in | Hulu.info |
| Hulu.it | Hulu.jp |
| Hulu.kr | Hulu.me.uk |
| Hulu.mobi | Hulu.ms |
| Hulu.name | Hulu.net |
| Hulu.net.cn | Hulu.net.nz |

**EXHIBIT A**
**Declaration of Jason Kilar**

US2000 10360758.1

| | |
|---|---|
| Hulu.net.ru | Hulu.nl |
| Hulu.no | Hulu.org |
| Hulu.org.nz | Hulu.org.ru |
| Hulu.org.uk | Hulu.ph |
| Hulu.pl | Hulu.pp.ru |
| Hulu.se | Hulu.sg |
| Hulu.tc | Hulu.tv |
| Hulu.tw | Hulu.us |
| Hulu.vg | Hulu.vn |
| Hulu.ws | |

**EXHIBIT A**
**Declaration of Jason Kilar**