

Login    Customer Service    Your cart is empty
        Call us toll free

# WHOIS Search Results

**WHOIS Record For**



**dada.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.





Visit AboutUs.org for more information about DADA.COM  AboutUs: DADA.COM

Make this info private

Registrant:
Dada Inc. (disorganized industries)
47 Saint Marks Place, #1
New York, NY 10003
US

Domain Name: DADA.COM

Administrative Contact :
Sobrino, Juan-Carlos
mojo@DADA.COM
47 SAINT MARKS PL
NEW YORK, NY 10003-7933
US
Phone: 212-673-9693

Technical Contact :
Brown, Andrew
warfare@GRAFFITI.COM
10420 QUEENS BLVD APT 20J
FOREST HILLS, NY 11375-3622
US
Phone: 718-997-1078
Fax: [none]



Record expires on 05-Mar-2008
Record created on 04-Mar-1995
Database last updated on 01-Mar-2007

**Domain servers in listed order:**                Manage DNS

NOC.UNTRACEABLE.NET                166.84.189.65
NS1.ACCESS.NET
NS2.ACCESS.NET

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 166.84.189.69 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-NEW YORK-NEW YORK |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | DaDa.com |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 27-Nov-2006 |



Search

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

- ○ NIC Handle
- ○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

 Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



# Welcome to **dodo.com**

**For resources and information on Wireless and Phone service**

**Related Searches**

- Wireless
- Phone service
- Nokia
- LG
- Mobile phone
- Free Ringtones
- Samsung
- Ring tones
- Cheap Mobile phones
- Mobile phone deals
- Phone

More Related Searches

| | | |
|---|---|---|
| ▸ Phone accessories | ▸ Stock Birds | ▸ Ring |
| ▸ Bird mousepads | ▸ GSM | ▸ Mobile phone rental |
| ▸ Bird Hunting | ▸ Bird proofing | ▸ Mobile |
| ▸ T Mobile | ▸ Motorola | ▸ Bird nets |

Haven't found what you're looking for? Then search here:   [ Search ]

more related searches

Mobile Phone Batteries | Sony Ericsson | Bird feeders | Download | Travel bird

© 2007 dodo.com. All Rights Reserved. Contact Us



Login         Customer Service         Your cart is empty
              Call us toll free

## WHOIS Search Results

**WHOIS Record For**

dodo.com
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Learn How To**
**Build a Successful ONLINE STORE**
**FREE Webinar** from QuickBooks® & Network Solutions®   REGISTER NOW

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.


Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More
Search Engines TOP SECRET

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

Domain Name: DODO.COM

Registrant [398677]:
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US

WHOIS domain registration information results for dodo.com from Network Solutions                    Page 2 of

```
Administrative Contact [398677]:
    Moniker Privacy Services DODO COM@domainservice.com
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549842867
    Fax:   +1.9549699155

Billing Contact [398677]:
    Moniker Privacy Services DODO COM@domainservice.com
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549842867
    Fax:   +1.9549699155

Technical Contact [398677]:
    Moniker Privacy Services DODO COM@domainservice.com
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549842867
    Fax:   +1.9549699155

Domain servers in listed order:

    NS1.HITFARM.COM
    NS2.HITFARM.COM

    Record created on:      1996-12-08 00:00:00.0
    Database last updated on: 2006-11-28 15:38:01.037
    Domain Expires on:      2007-12-07 00:00:00.0
```



The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for dodo.com from Network Solutions    Page 3 of 3

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | MONIKER ONLINE SERVICES, INC. |
| IP Address: | 72.51.27.51 (ARIN & RIPE IP search) |
| IP Location: | CA(CANADA)-BRITISH COLUMBIA-VANCOUVER |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Parked |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | dodo.com |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 14-Jun-2005 |

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go

  

© Copyright 2007 Network Solutions. All rights reserved.