

Dockets.Justia.com



Login | Customer Service Call us toll free | Your cart is empty

## WHOIS Search Results

Available **fefe** extensions:

| .biz | .tv | .bz |
| ☐ | ☐ | ☐ |

[ Order Selected Domain(s) » ]

### WHOIS Record For



**fefe.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Acceso restringido
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar: ARSYS INTERNET, S.L. D/B/A NICLINE.COM
IP Address:        217.76.142.65 (ARIN & RIPE IP search)
IP Location:       ES(SPAIN)-LA RIOJA-LOGRO?O
Record Type:       Domain Name
Server Type:       IIS 6
Lock Status:       ok
Web Site Status:   Active
DMOZ:              no listings
Y! Directory:      see listings
Secure:            No





Learn how securing your Web site helps your business.

» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More »

| | |
|---|---|
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 28-Feb-2006 |



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee

Go







"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



**NetworkSolutions**

Login     Customer Service     Your cart is empty
Call us toll free

## WHOIS Search Results

**WHOIS Record For**



**fufu.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- Private Registration - Keep personal information for this domain private.
- SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about FUFU.COM AboutUs: FUFU.COM

Make this info private

**Registrant:**
Deming, Susan

1474 Campus Rd.
Los Angeles, CA 90042
US

**Domain Name:** FUFU.COM

**Administrative Contact :**
Deming, Susan
sdeming@fufu.com
1474 Campus Rd.
Los Angeles, CA 90042
US
Phone: 323-258-1274

**Technical Contact :**
Network Solutions, LLC.
customerservice@networksolutions.com
13861 Sunrise Valley Drive
Herndon, VA 20171
US
Phone: 1-888-642-9675
Fax: 571-434-4620



Learn How To
**Build a Successful ONLINE STORE**
FREE Webinar from QuickBooks® & Network Solutions®

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.



Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

Learn More

Record expires on 28-Jun-2008
Record created on 29-Jun-1998
Database last updated on 29-Apr-2007

| Domain servers in listed order: | Manage DNS |
|---|---|
| NS26.HOSTGATOR.COM | 70.84.133.3 |
| NS25.HOSTGATOR.COM | 70.84.133.2 |

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 70.84.133.2 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-TEXAS-DALLAS |
| Record Type: | Domain Name |
| Server Type: | Other |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Susan Deming - Coming Soon |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 1 |
| Data as of: | 28-Nov-2006 |



Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.