Lulu Enterprises, Inc. v. N-F Newsite, LLC et al | Doc. 80 Att. 2
Case 5:07-cv-00347-D | Document 80-3 | Filed 10/09/2007 | Page 1 of 5

Gaga.Com : For The Child In All Of Us | Page 1 of 2





Referral Ads by Google

**Prepare to be Shocked**
You may be younger than you think. Take the RealAge test and find out.
www.RealAge.com

**Free Women's Newsletter**
Free Daily Newsletter for Women. Fashion, Food, Beauty, Travel, etc.
www.DailyCandy.com

Ads by Google

**Child development**
Read an early childhood development timeline from Children's experts
www.childrensmn.org

**Baby Gender**
Successfully Choose Gender of Your Next Baby - Gender Selection Center
GenderSelectionCenter.cc

**Infant Swimming Resource**
Your Baby Can Learn to Swim, Survive, & Enjoy the Water.
www.infantswim.com

**2 Free 8x10s at JCPenney**
Capture those special years! $3.99 sheets with No Minimums to buy.
www.jcpportraits.com

home | info

Ads by Google

**Baby Childcare**
Advice About Choosing The Right Childcare For Your Precious Baby
www.Parents.com

**Infant Child Care**
Find Infant Child Care now See our Infant Child Care guide
APennySavedOnline.com

**Infant Swimming Resource**
Your Baby Can Learn to Swim, Survive, & Enjoy the Water.
www.infantswim.com

**Baby**
Find Baby Online. Shop & Save at Target.com Today.
www.Target.com



Login | Customer Service / Call us toll free | Your cart is empty

## WHOIS Search Results

Available **gaga** extensions:


.bz

[Order Selected Domain(s)]

### WHOIS Record For



**gaga.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- SSL Certificates - Get peace of mind with a secure certificate.



Learn how securing your Web site helps your business.
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

The information in this whois database is provided for the sole purpose of assisting you in obtaining information about domain name registration records. This information is available "as is," and we do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass, unsolicited, commercial advertising or solicitations via facsimile, electronic mail, or by telephone to entitites other than your own existing customers. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from this company. We reserve the right to modify these terms at any time. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. Please limit your queries to 10 per minute and one connection.

Registrant:
 Luis Martinez
 4035 w 69th street

```
chicago, IL  60629
US

Registrar: DOTSTER
Domain Name: GAGA.COM
  Created on: 12-SEP-96
  Expires on: 11-SEP-08
  Last Updated on: 14-SEP-06

Administrative Contact:
  Martinez, Luis  luism60613@gmail.com
  4035 w 69th street
  chicago, IL  60629
  US
  312-498-1988

Technical Contact:
  Martinez, Luis  luism60613@gmail.com
  4035 w 69th street
  chicago, IL  60629
  US
  312-498-1988

Domain servers in listed order:
  NS1.WEBCONTROLCENTER.COM
  NS2.WEBCONTROLCENTER.COM

End of Whois Information
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record
```



| | |
|---|---|
| Current Registrar: | DOTSTER, INC. |
| IP Address: | 216.119.127.36 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES) |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Gaga.Com : For The Child In All Of Us |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 23-Jul-2007 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

 NIC Handle

 IP Address

Search

 **Need to get your business online?** Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
 Go

 **PerformanceClicks™ from Network Solutions** Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

  

© Copyright 2007 Network Solutions. All rights reserved.