Jeje.com: chistes y humor para toda la familia      Page 1 of 2

**Chicas Latinas en Autos**
Latinas bellas en bikini con Autos Increibles
www.AutoCity.com

**Chat Con Amigas Guapas**
Chat con solteras, chicas calientes y latinas lindas ahora. Gratis.

:-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-)


**jeje.com**
Chistes en español
para casi toda la familia

El chiste más recomendado
**Mono lengua larga**
Resulta que en pleno diluvio universal el arca de Noé se movía para todos lados y él no encontraba la explicac (continúa...)


Buscador | Participa | Mandamientos | Novedades | Colaboradores | Preferidos | Chistes

**SUPERCORTOS**

- He leído tu horóscopo de hoy
Salud: los astros te sonríen.
Dinero: los astros te sonríen.
Sexo: los astros se mueren de la risa.

-¿Qué hace una mujer después de aparcar?
-Sacar los papeles del seguro.

Una mujer tan parlanchina, tan parlanchina que en vez de de pintarse los labios se pintaba los codos.

Un borracho entra en un bar lleno de enanos, se mira al camarero y le dice:
-Camarerooooo, ¡qué se te ha desmontado el futbolín!

-¿Qué hace una mujer en la cocina de la vecina del quinto?
-Una visita turística.

Un borracho al que lo para la Guardia Civil y le dice:
-Oiga, ¿no ve que está pisando la raya continua?
-¡Y qué! acaso la rompí.

Una mujer llama a su marido:
-¡Benitoooooooo!
-Y va todo el pueblo.

En el juicio:
-Pero, hombre, ¿cómo fue Ud. capaz de matar a su suegra?
-Nada, que estaba cosiendo, se pinchó en un dedo y la rematé para que no sufriera.

Una señora bien dotada que estaba amamantando a su hijo y va un hombre borracho y le pregunta:
-Perdone señora... ¿su hijo sopla o chupa?

-¿Qué haría un hombre si no existiera las mujeres en la tierra?
-Aprender a cocinar.

 Animales / 2-9-2005
**El perro jugador**

 Borrachitos / 1-11-2005
**Borrachos despistados**

 Brutos / 5-8-2005
**Profesor**

 Crueles / 5-8-2005
**La boda**

 Hombres / 16-8-2005
**Hombres mentirosos**

 Locos / 3-9-2005
**Calculo mental**

 Marranadas / 14-7-2005
**No me alcanza**

 Médicos / 17-8-2005
**El Gran Dolor**

 Mujeres / 30-9-2005
**Novio**

 Niños / 9-8-2005
**Terror infantil**

 Parejas / 9-8-2005
**Tradiciones de familia**

 Religiosos / 25-8-2005
**¿Qué hicieron?**

 Suegras y Suegros / 23-8-2005
**La Suegra**

 Tontos / 5-9-2005
**Zurra**

  Trabajo / 8-10-2005
**Preguntas sobre maquinaria**

 Viejitos / 10-9-2005
**Anciano con razones**

**Buscador de Chistes** [ Buscar ]

:-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-) :-)

Buscador   Participa   Mandamientos   Novedades   Colaboradores   Preferidos   Chistes

**jeje.com** Todos los derechos reservados.
Diseño: **Cograf Comunicaciones, C.A.**
¿Preguntas y/o comentarios? Contáctenos

# NetworkSolutions

Login    Customer Service    Your cart is empty
         Call us toll free

## WHOIS Search Results

Available **jeje** extensions:

☐ bz

[Order Selected Domain(s)]

### WHOIS Record For



**jeje.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Learn how securing your Web site helps your business.

» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

[Learn More]

```
The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
```

Jeje
PO Box 31015
Miami, Florida 33231-0515
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: JEJE.COM
   Created on: 26-Oct-98
   Expires on: 24-Oct-11
   Last Updated on: 21-Mar-07

Administrative Contact:
   Farese, Giuseppe  domreg2007@ssebbs.com
   Jeje
   PO Box 31015
   Miami, Florida 33231-0515
   United States
   9547278210    Fax --

Technical Contact:
   Farese, Giuseppe  domreg2007@ssebbs.com
   Jeje
   PO Box 31015
   Miami, Florida 33231-0515
   United States
   9547278210    Fax --

Domain servers in listed order:
   NS1.EASYDNS.COM
   NS2.EASYDNS.COM
   REMOTE1.EASYDNS.COM
   REMOTE2.EASYDNS.COM

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | GODADDY.COM, INC. |
| IP Address: | 200.74.218.83 (ARIN & RIPE IP search) |
| IP Location: | VE(VENEZUELA)-DISTRITO FEDERAL-CARACAS |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ: | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | Jeje.com: chistes y humor para toda la familia |
| Secure: | No |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

| | | |
|---|---|---|
| E-commerce: | No | ○ NIC Handle |
| Traffic Ranking: | 4 | ○ IP Address |
| Data as of: | 26-Oct-2006 | |

 Search

 **Need to get your business online?** Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
 Go

 **PerformanceClicks™ from Network Solutions** Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
 Go

  

© Copyright 2007 Network Solutions. All rights reserved.

時事ドットコム

Page 1 of 2

SEPTEMBER
**20**
THURSDAY
きょうの誕生花

タバコを吸う人はEDになりやすい？



ホーム | 国際 | ワールドEYE | 政治 | 社会 | スポーツ | 経済 | 企業 | 市況 | 株価情報 | おくやみ | エンタメ | ファ



[PR] 無料で聞ける第一人者のセミナー・白石東大教授の「独禁法

時事ドットコム検索を登録

**最速ヘッドライン**

- 01:40　「踏み字」強要の元警部補に退職金支給せず＝鹿児島
- 01:38　「台湾」加盟、議題に取り上げず＝国連総会
- 00:59　車爆弾で反シリア派議員暗殺＝６人死亡‐レバノン
- 00:54　松永ら日本勢、初戦で敗退＝世界レスリング
- 00:18　勤務中に日本酒、物損事故＝高速道路も飲酒運転‐中日本高速事務所課長

特集・自民党総裁選　　インタビュー

コモディティ | 外国為替 | 401k | 防災

個人・法人向けサービス　会社案内　採用情報

**PR** 高収入の塾経営者になろう！
生徒数70名で2,000万円の収入も可能。成功へのサポートも万全！

**PR** 工場倉庫店舗はタープ不動産情報
事業用物件専門！御社のご要望に必ずお応えします。お気軽にご相談くださ

新聞にない
中国・アジア情報が読めます
無料お試し配信中！

| 国際　01:00 最終更新 |
- 00:59　車爆弾で反シリア派議員暗殺＝６人死亡‐レバ...
- 00:10　ＮＹ原油、再び最高値更新＝在庫急減で
- 00:09　ＮＹ株、続伸＝ダウは１万３８００ドル台回復
- 09/19　中国、来週の６カ国協議開催打診＝北朝鮮の諸...
- 09/19　ポト派元ナンバー２を逮捕＝虐殺裁く特別法廷...

マネー
ドル／円 115.80 - 85 (18:01)
日経平均 16381.54 +579.74 (16:00)
銘柄名 or 証券コードを入力

NEWSピックアップ
中国産品安全問題　　北朝鮮関係

アクセスランキング‐１時間おきに集計 RSS

1位 「政治家の資質ない」と再抗議...
2位 涙で詰まった退団会見＝古田、
3位 「全くばかげている」と否定＝...
4位 高見盛、お手柄＝大相撲秋場所...
5位 電車でスプレー、乗客１７人軽...
6位 観客、あわや土俵上へ＝高見盛
7位 ミスター、亡き夫人の傍らに＝
8位 スローガン忘れるようでは＝言...
9位 郵政凍結法案、再提出を断念＝...

| 政治・行政　00:00 最終更新 |
- 09/19　福田氏リード、麻生氏も健闘＝地方票の動向調...
- 09/19　「衆院選にも政治生命懸ける」＝小沢代表が民...
- 09/19　郵政凍結法案、再提出を断念＝民主との「統一...
- 09/19　福田氏は商店街、麻生氏は農家＝地方票意識、...
- 09/19　官邸の首相不在を批判＝有事対応で判断に遅れ...

| 社会　01:30 最終更新 |
- 00:18　勤務中に日本酒、物損事故＝高速道路も飲酒運...
- 09/19　電車でスプレー、乗客１７人軽傷＝外国人が逃...

フォトニュース　23:09

サ...
アジ...
の後...
の田...
２戦...
社]

ワールドEYE

「泣きっ面に
チ」のB・ス
ーズ＝薬物検査
契約解除

ファッション

Fashion Photo
NEWYORK
COLLECTION