時事ドットコム

10位直前にメール急増＝夏休みの金…

お知らせ

解説・テロ対策特別措置法 *New!*

【ブックレット】厳選された解説・分析・インタビューで「世界」を読む。「e-World 秋季号」 *New!*

「全国知事・市町村長ファイル」の2007年度版ができました

内外情勢調査会 「動画」配信始めました

時事通信社は、「日本語検定」に協賛しています

アルバイト募集中 時事通信社

2007年度401kセミナー会員募集中

アクセスランキングのRSS配信を開始

内閣支持率・世論調査のコーナー

自治体、企業、NPO必携『公民連携白書～"官から民へ"の次を担うもの』を発刊

新聞に載っていない「中国アジア産業・ビジネス情報」が読めます！

「時事トップセミナー」-海外主要都市で日本企業トップの会員制講演会を開催

「防災リスクマネジメントWeb」好評販売中

| 09/19 | 自殺生徒恐喝、高校が県に報告＝聞き取り不十… |
| 09/19 | 警視総監、20日にも懲戒＝立川署長も、監督… |
| 09/19 | 1カ月半長男の首絞める＝殺人未遂で28歳女… |

■経済   00:00 最終更新

| 09/19 | 今年のクロマグロ漁完了＝割当量到達で-EU |
| 09/19 | YKKに制裁金243億円＝ファスナーでカル… |
| 09/19 | 経営コンサルのルーツ、NOVA株11.85… |
| 09/19 | 郵政凍結法案、再提出を断念＝民主との「統一… |
| 09/19 | 商業地、16年ぶりに上昇＝三大都市圏は2年… |

■企業   01:40 最終更新

| 09/19 | 三菱レイヨン、情報システム子会社の株を3社… |
| 09/19 | 富士フイルム、デジカメ生産を中国に一本化＝… |
| 09/19 | 全日空、8月の国内線が前年並み＝国際線は好… |
| 09/19 | 東芝製DVDプレーヤー、過熱の恐れ＝アダプ… |
| 09/19 | 地銀との提携、月内にも＝ゆうちょ銀の住宅ロ… |

■エンタメ   00:00 最終更新

| 09/19 | "タイのハニカミ王子"が日本上陸 |
| 09/19 | 小型サイズのアルコールセンサー |
| 09/18 | 浅香唯が女児を出産 |
| 09/18 | 田原俊彦 「阿久さんの曲を大切に歌いたい」 |
| 09/18 | 岡本太郎氏の壁画に絵を描こう！ |

■スポーツ   01:30 最終

| 00:54 | 松永ら日本 |
| 09/19 | 堰川が14 |
| 09/19 | 中部慶次郎 |
| 09/19 | プロ野球 |
| 09/19 | 日本、ウェ |

■市況   00:00 最終

| 09/19 | 円下落、1東… |
| 09/19 | 円相場、15… |
| 09/19 | 579円高の… |
| 09/19 | 円相場、1在 |
| 09/19 | 日経平均、で… |

■おくやみ   01:30 最終

| 09/19 | 中部慶次郎ル… |
| 09/19 | 稲田陽氏死 |
| 09/19 | 小寺泰蔵氏一… |
| 09/19 | 藤元順郎氏 |
| 09/18 | 瀬崎仁氏死 |

Ads by Google

幸せな結婚を望むあなたに
ハワイで見つける新しい人生。18歳未満の利用不可
www.omiaihawaii.com

海外でも年収倍増可能。
パソコン初心者の私にも出来ました。楽しく・嬉しく・安定収入！
mosimosi.info

日オア メけ北 www

Copyright © JIJI PRESS LTD. All rights reserved.

個人情報保護方針   著作権・免責   広告掲載に



Login    Customer Service    Your cart is empty
Call us toll free

# WHOIS Search Results

Available **jiji** extensions:  .bz

[Order Selected Domain(s)]

**WHOIS Record For**

jiji.com
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

 Learn how securing your Web site helps your business.

» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

 Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

[Learn More]



```
GMO Internet, Inc. whois server 2.0

This server only serves information on GMO Internet,Inc.-maintained domain names
For more information, please contact hostmaster@gmo.jp.

Domain Handle:
Domain Name: jiji.com
Created On: 1996-03-18 00:00:00.0
Last Updated On: 2007-06-12 11:39:43.04
Expiration Date: 2009-03-19 00:00:00.0
Status: ACTIVE
Registrant Name: Shigeo Taketani
Registrant Organization: Jiji Press, Ltd.
Registrant Street1: 5-15-8 Ginza
Registrant Street2:
Registrant City: Chuo-ku
Registrant State: Tokyo
Registrant Postal Code: 104-8178
Registrant Country: JP
Registrant Phone: 03-6800-1111
Registrant Fax: 03-3542-5535
Registrant Email: taketani@jiji.co.jp
```

Admin Name: SOFTBANK IDC Corp.
Admin Organization: SOFTBANK IDC Corp.
Admin Street1: 4-29 Yotsuya
Admin Street2:
Admin City: Shinjuku-ku
Admin State: Tokyo
Admin Postal Code: 160-0004
Admin Country: JP
Admin Phone: 03-4354-0230
Admin Fax: 03-4354-0086
Admin Email: dns-admin@idc.jp
Billing Name: SOFTBANK IDC Corp.
Billing Organization: SOFTBANK IDC Corp.
Billing Street1: 4-29 Yotsuya
Billing Street2:
Billing City: Shinjuku-ku
Billing State: Tokyo
Billing Postal Code: 160-0004
Billing Country: JP
Billing Phone: 03-4354-0230
Billing Fax: 03-4354-0086
Billing Email: dns-admin@idc.jp
Tech Name: Toshinori Nishimura
Tech Organization: Jiji Press, Ltd.
Tech Street1: 5-15-8 Ginza
Tech Street2:
Tech City: Chuo-ku
Tech State: Tokyo
Tech Postal Code: 104-8178
Tech Country: JP
Tech Phone: 03-6800-1111
Tech Fax: 03-3542-5535
Tech Email: nishimura@jiji.co.jp
Name Server: ns.jiji.com
Name Server: ns02.idc.jp
Name Server: ns03.idc.jp



The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | GMO INTERNET, INC. DBA ONAMAE.COM AND DISCOUNT-DOMAIN.COM |
| IP Address: | 210.158.215.200 (ARIN & RIPE IP search) |
| IP Location: | JP(JAPAN)-TOKYO-TOKYO |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

| | | |
|---|---|---|
| DMOZ | 1 listings | |
| Y! Directory: | see listings | |
| Secure: | Yes | |
| E-commerce: | No | |
| Traffic Ranking: | 4 | |
| Data as of: | 10-Aug-2006 | |

○ NIC Handle
○ IP Address



 **Need to get your business online?** Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee 

 **PerformanceClicks™ from Network Solutions** Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

  

© Copyright 2007 Network Solutions. All rights reserved.



# NetworkSolutions.

Login                      Customer Service        Your cart is empty
                           Call us toll free

## WHOIS Search Results

Available **juju** extensions:

☐ .bz

[Order Selected Domain(s) »]

**WHOIS Record For**



**juju.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about JUJU.COM AboutUs: JUJU.COM

Make this info private

**Registrant:**
Juju Inc.
151 First Avenue, #19
New York, NY 10003
US

**Domain Name:** JUJU.COM

**Administrative Contact, Technical Contact:**
Administrator, Domain
administrator@juju.com
151 First Avenue, #19
New York, NY 10003
US
Phone: 555-555-5555





