Lulu Enterprises, Inc. v. N-F Newsite, LLC et al    Doc. 81 Att. 1
Case 5:07-cv-00347-D   Document 81-2   Filed 10/09/2007   Page 1 of 7
WHOIS domain registration information results for juju.com from Network Solutions    Page 2 of 3

Record expires on 02-Aug-2008
Record created on 25-Oct-2005
Database last updated on 18-Oct-2006

Domain servers in listed order:    Manage DNS

NS2.MYDYNDNS.ORG
NS1.MYDYNDNS.ORG
NS3.MYDYNDNS.ORG
NS4.MYDYNDNS.ORG
NS5.MYDYNDNS.ORG

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 208.100.5.79 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-ILLINOIS-CHICAGO |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Juju - Search Millions of Jobs with One Job Search Engine |
| Meta Description: | Speed up your job search and find better jobs! Juju searches millions of jobs from thousands of sites and was one of the first job search engines online in 1998. |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 28-Nov-2006 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





© Copyright 2007 Network Solutions. All rights reserved.

# The Meme Factory, Inc.

Ideas that make software successful.



Software Design | Contact Us

The Meme Factory is primarily a software company. We work in the diverse areas of internetworking, database design, the architecture of object oriented application software, and compiler design.

To find out more about our products and services, click on a link above, or feel free to contact us.

# NetworkSolutions

Login        Customer Service    Your cart is empty
Call us toll free

## WHOIS Search Results

WHOIS Record For



**meme.com**
Services from Network Solutions:

    Certified Offer Service - Let us help you get this domain name!
    Backorder - Try to get this name when it becomes available.
    SSL Certificates - Get peace of mind with a secure certificate.


SAVE over 70% when you TRANSFER your domains to Network Solutions — your trusted domain name provider!
Go

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.


Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More

```
Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: MEME.COM
   Registrar: TUCOWS INC.
   Whois Server: whois.tucows.com
   Referral URL: http://domainhelp.opensrs.net
   Name Server: NS0.MEME.COM
   Name Server: NS01.BACKUPDNS.COM
   Status: clientDeleteProhibited
   Status: clientTransferProhibited
   Status: clientUpdateProhibited
   Updated Date: 12-oct-2006
   Creation Date: 08-feb-1995
   Expiration Date: 09-feb-2013

>>> Last update of whois database: Thu, 20 Sep 2007 14:20:45 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
```

automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | TUCOWS INC. |
| IP Address: | 216.218.187.197 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-MOUNTAIN VIEW |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Meme.com | The Meme Factory -- Software Design Company |
| Meta Description: | The Meme Factory |
| Meta Keywords: | software, programming, meme |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 2 |
| Data as of: | 23-Oct-2006 |



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for meme.com from Network Solutions                                Page 3 of 3

○ NIC Handle
○ IP Address

Search


**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
Go


**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go




"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

# Mimi Wolf

Technical Writer

Objectives | Technical Expertise | Skills and Experience | Employment History | Education

## Objectives

- **Technical Writer**
- Permanent, project-term or consulting positions in **(650) or (408)** area code
- Challenging Intranet/Internet database application development projects
- Member of enthusiastic, collaborative and multi-disciplinary team
- Stimulating, innovative, informal and fun work environment
- Opportunities for on-going professional education

## Technical Expertise

- Operating Systems: MS Windows, Macintosh
- Desktop Publishing: Adobe Acrobat, FrameMaker, PageMaker, MS Word
- Online: HTML, RobohelpHTML, WinHelp
- HTML: Dreamweaver, HomeSite
- Graphics: Photoshop
- Programming: Courses in Java, C, and Javascript

## Skills and Experience

- Four years experience designing and writing User's Guides, procedures, and online help
- Over ten years experience writing procedures, editing, and communicating with audiences at all levels
- Strong leadership, interpersonal, conflict-resolution skills
- Excellent verbal and written communication skills
- Innovative, dynamic, detail-oriented

 TOP

Mail to: docuwrite@hotmail.com                                    Last updated: 19 October 2002