WHOIS domain registration information results for mimi.com from Network Solutions — Page 1 of 3


**NetworkSolutions.**

Login | Customer Service — Call us toll free | Your cart is empty

## WHOIS Search Results

Available **mimi** extensions:


.bz

[ Order Selected Domain(s) ]

### WHOIS Record For



**mimi.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- SSL Certificates - Get peace of mind with a secure certificate.



**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.
VIEW Webinar    [Go]

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
[Learn More]

---

The data contained in GoDaddy.com, Inc.'s Whols database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:

Ron Wolf
PO Box 1064
Palo Alto, California 94302
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MIMI.COM
  Created on: 28-Aug-95
  Expires on: 27-Aug-08
  Last Updated on: 29-May-07

Administrative Contact:
  Wolf, Ron  ron.e.wolf@ieee.org
  PO Box 1064
  Palo Alto, California 94302
  United States
  6502243532    Fax --

Technical Contact:
  Wolf, Ron  ron.e.wolf@ieee.org
  PO Box 1064
  Palo Alto, California 94302
  United States
  6502243532    Fax --

Domain servers in listed order:
  A.NS.INTERLAND.NET
  B.NS.INTERLAND.NET
  C.NS.INTERLAND.NET

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | GODADDY.COM, INC. |
| IP Address: | 209.35.187.200 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-GEORGIA-SNELLVILLE |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Mimi Wolf - Technical Writer - Resume |
| Meta Description: | Mimi Wolf Resume, technical writer, online help writer |
| Meta Keywords: | Mimi Wolf, Palo Alto, resume, technical writer, WinHelp, RoboHelp, FrameMaker, desktop publishing, page layout, web |

think local.com

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
  ⊙ Domain Name

|                  |                              |
|------------------|------------------------------|
| Secure:          | publishing, HTML, html, No   |
| E-commerce:      | No                           |
| Traffic Ranking: | 4                            |
| Data as of:      | 10-Nov-2006                  |

○ NIC Handle
○ IP Address

[ Search ]

 **Need to get your business online?** Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee [Go]

 **PerformanceClicks™ from Network Solutions** Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee [Go]

  

"An outstanding customer service experience" J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



Official Web Site

Macromedia Flash player ver. 8 or higher required, you have ver. 9 installed.
Broadband connection required
Best resolution 1024x768

W3C  HTML 4.01



Login               Customer Service          Your cart is empty
                    Call us toll free

## WHOIS Search Results

**WHOIS Record For**



**momo.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Learn How To**
**Build a Successful ONLINE STORE**
**FREE Webinar**
from QuickBooks® & Network Solutions®


Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**

Attend our SEO Seminar



```
REGISTER.IT SPA - Whois Server Version 1.4

The Registry database contains ONLY .COM, .NET and .ORG domains.

   Domain name: MOMO.COM
   Created on: 1995-03-08
   Updated on: 2007-02-14
   Expires on: 2008-03-09
   Registrant Name: MOMO INTERNATIONAL
   Contact: MOMO International
   Registrant Address: Lugano, CH 6901 CH
   Registrant City: Lugano
   Registrant Postal Code: 6901
   Registrant Country: CH
   Administrative Contact Organization: Momo International Momo International
   Administrative Contact Name: Momo International
   Administrative Contact Address: Lugano Branch C. SO Elvezia #14
   Administrative Contact City: Lugano
   Administrative Contact Postal Code: 6901
   Administrative Contact Country: CH
   Administrative Contact Email: umberto.gallo@momo.it
   Administrative Contact Tel: +41 02 42411229
   Technical Contact Organization: Technical Support
   Technical Contact Name: Technical Support
   Technical Contact Address: Via A Ponti, 6
   Technical Contact City: Bergamo
   Technical Contact Postal Code: 24126
   Technical Contact Country: IT
   Technical Contact Email: support@register.it
   Technical Contact Phone: +39 035 3230400
   Technical Contact Fax: +39 035 3230312
```

Case 5:07-cv-00347-D    Document 81-3    Filed 10/09/2007    Page 6 of 7

WHOIS domain registration information results for momo.com from Network Solutions    Page 2 of ?

Primary Name Server Hostname: NS1.REGISTER.IT
Secondary Name Server Hostname: NS2.REGISTER.IT

>>> Last update of whois database: Wed Sep 19 18:51:22 2007 <<<

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | REGISTER.IT SPA |
| IP Address: | 66.226.27.121 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-MONTEREY PARK |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | "AUTOMOTIVE ACCESSORIES" - A MOMO Presentation |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 10-Oct-2006 |



think local.com

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name



○ NIC Handle
○ IP Address




**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.