Page 1 of 1

welcome to mumu.com





**Natalie Walks 3 Days for Breast Cancer!**
Click on the photo for more!

Welcome to **mumu.com**, Natalie and Ray's home away from home on the web.

**mumu.com** is the place to tune into the creative projects (old and new) that keep us sane in a sometimes crazy world. Mostly this stuff is just for fun - pictures we took, music we made, things like that.

If the music is bugging you (you do hear music don't you?) just use the controller below to adjust it. If you don't hear any music, then you need to install Quicktime. Its pretty cool (and its also free) so go get it.

Anyway, hope you enjoy your time at **mumu.com**. Thanks for stopping by.

Ray and Natalie

### Organized Chaos
Photos and more from the heart and soul of Natalie.

### The Adventures of Puppyman!
Check out the teaser for Matt and Ray's first cartoon - its a bird, its a plane, its...PuppyMan!



Login            Customer Service            Your cart is empty
                 Call us toll free

# WHOIS Search Results

Available **mumu** extensions:

☐ .bz

[Order Selected Domain(s)]

## WHOIS Record For



**mumu.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about MUMU.COM  AboutUs: MUMU.COM

**Registrant:**                                    Make this info private
Muldaur, Ray

13621 Bessemer St
Valley Glen, CA 91401
US

**Domain Name:** MUMU.COM

**Administrative Contact :**
Muldaur, Ray
webcast@EARTHLINK.NET
13621 BESSEMER ST
VAN NUYS, CA 91401-3011
US
Phone: 818-376-1222
Fax: 818-376-1608



**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



**Technical Contact :**
Hostmaster,
glovescout@aol.com
9NETAVE
Secaucus, NJ 07094
US
Phone: 000-000-0000
Fax: 000-000-0000

Record expires on 25-Jun-2008
Record created on 26-Jun-1996
Database last updated on 09-Oct-2006

| Domain servers in listed order: | Manage DNS |
|---|---|
| NS2.NJD.XO.COM | 207.155.248.155 |
| NS3.NJD.XO.COM | 207.155.252.155 |

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 216.149.201.151 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES) |
| Record Type: | Domain Name |
| Server Type: | Other 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | welcome to murnu.com |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 24-Nov-2006 |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
⦿ Domain Name

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee







"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

From mining and management services to engineering and government contracting, NANA is a diverse and dynamic corporation.



Our businesses, located around the globe, bring revenue back to Alaska and our 11,400 shareholders.



**NDC News:**
- Latest edition 09/11/07
- All past editions

**Dividend Direct-deposit Form**

**NRC Calendar of Events**





Our roots are in the NANA region- the People and the Land.

This is our focus.

**The Hunter,** News for NANA Shareholders

**Inupiaq Language CD-ROM Now Available!**

Home | Contacts | MmThe People | The Land | The Companies | Media | Related Links | Jobs | Forms



About the Hunter

**NANA Regional Corporation**
P.C. Box 49
Kotzebue, Alaska 99752
Phone (907) 442-3301

Contact NANA Webmaster

Copyright © 2004
NANA Development Corp.

**Our Principles:**
- Honesty and integrity govern our activities
- Commitments made will be fulfilled
- All individuals are treated with dignity and respect

HUNT        [Go]

nana.com

**NetworkSolutions**

Login          Customer Service          Your cart is empty
               Call us toll free

## WHOIS Search Results

**WHOIS Record For**



**nana.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.
VIEW Webinar                Go

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

The information in this whois database is provided for the sole purpose of assisting you in obtaining information about domain name registration records. This information is available "as is," and we do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow,enable, or otherwise support the transmission of mass, unsolicited, commercial advertising or solicitations via facsimile, electronic mail, or by telephone to entitites other than your own existing customers.  The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from this company. We reserve the right to modify these terms at any time. By submitting an inquiry, you agree to these terms of usage and limitations of warranty.  Please limit your queries to 10 per minute and one connection.

Registrant:
   NANA Development Corp.
   1001 East Benson Blvd.
   Anchorage, AK  99508
   US

   Registrar: DOTSTER
   Domain Name: NANA.COM
      Created on: 23-MAY-95
      Expires on: 17-FEB-12
      Last Updated on: 02-FEB-07



**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
Learn More

Administrative Contact:
Duffles, Wilson  wilson.duffles@nana.com
NANA Corp
1001 E Benson Blvd
Anchorage, Alaska  99508
US
906-265-4100

Technical Contact:
Lemmons, Bill  bill.lemmons@nana.com
NANA Development Corp.
1001 East Benson Blvd.
Anchorage, AK  99508
US
907-265-4168
907-343-5668

Domain servers in listed order:
NS1.NAMERESOLVE.COM
NS2.NAMERESOLVE.COM
NS3.NAMERESOLVE.COM
NS4.NAMERESOLVE.COM

End of Whois Information
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | DOTSTER, INC |
| IP Address: | 72.51.42.105 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES) |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | This is NANA |
| Secure: | Yes |
| E-commerce: | Yes |
| Traffic Ranking: | 4 |
| Data as of: | 24-Nov-2006 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name