# EXHIBIT C

Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog

 The Web Information Company

 ( Get Traffic Details ▶ ) Top 500 - Movers & Shakers

 Interactive Advertising Network



**370** million daily banners    **17,000** daily leads    **11** million daily pops    **27** million daily searches    YOUR AD HERE

**ADVERTISING INDUSTRY LEADER**

# Top Sites

Browse the most popular sites on the web. Learn more.

1.  **Yahoo!**
   Personalized content and search options. Chatrooms, free e-mail, clubs, and pager.
   www.yahoo.com - Site Info

2.  **Microsoft Network (MSN)**
   Dialup access and content provider.
   www.msn.com - Site Info

3. **Google**
   Enables users to search the Web, Usenet, and images. Features include PageRank, caching and translation of results, and an option to find similar pages. The company's focus is developing search technology.
   www.google.com - Site Info

4. **YouTube**
   YouTube is a way to get your videos to the people who matter to you. Upload, tag and share your videos worldwide!
   www.youtube.com - Site Info

5. **Windows Live**
   Search engine from Microsoft.
   www.live.com - Site Info

 **Interested in more top sites?**
Buy a List of 10,000 or 100,000!

6. **Myspace**
   Social Networking Site.
   www.myspace.com - Site Info

7. **Orkut**
   Social networking and discussion site operated by Google.
   www.orkut.com - Site Info

8. **Baidu.com**
   The leading Chinese language search engine, provides â€œsimple and reliableâ€? search experience, strong in Chinese

language and multi-media content including MP3 music and movies, the first to offer WAP and PDA-based mobile search in China.
www.baidu.com - Site Info 🗐

9.  **Wikipedia**
    An online collaborative encyclopedia.
    www.wikipedia.org - Site Info 🗐

10. **Facebook**
    A social utility that connects people with friends and others who work, study, and live around them.
    www.facebook.com - Site Info 🗐

11. **Hi5**
    Social networking site offering media sharing, affinity groups, and messaging.
    www.hi5.com - Site Info 🗐

12. **Rapidshare.com**
    www.rapidshare.com - Site Info 🗐

13. **Blogger.com**
    Free, automated weblog publishing tool that sends updates to a site via FTP.
    www.blogger.com - Site Info 🗐

14. **腾讯网(http://www.qq.com)**
    中国最好的门户资讯网站。大影响，大回响。
    www.qq.com - Site Info 🗐

15. **Megaupload**
    Megaupload is a "leading website of the world" for transferring files easily, with complete security and free of charge.
    www.megaupload.com - Site Info 🗐

16. **Friendster**
    Friendster is a leading global social network emphasizing genuine friendships and the discovery of new people through friends. Search for old friends and classmates, stay in better touch with friends, share photos and videos, and so much more.
    www.friendster.com - Site Info 🗐

17. **Yahoo!カテゴリ**
    有料審査制のディレクトリ。ウェブサービスの形でAPIを公開。
    www.yahoo.co.jp - Site Info 🗐

18. **Microsoft Corporation**
    Main site for product information, support, and news.
    www.microsoft.com - Site Info 🗐

19. **Fotolog.com**
    Fotolog.com - a great online community of interconnected photo-weblogs. Make it easy for your friends and family to see what's up with you by putting your latest, greatest digital photos on the web in a daily journal format.
    www.fotolog.net - Site Info 🗐

20. **新浪新闻中心**
    包括即日的国内外不同类型的渐闻与评论，人物专题，图库。
    www.sina.com.cn - Site Info 🗐

21. **EBay**
    International person to person auction site, with products sorted into categories.
    www.ebay.com - Site Info 🗐

22. **Почта@Mail.ru**
    Полнофункциональная почтовая система. Адресная книга, антивирус. Web-интерфейс, POP3 и WAP. Выбор из 4-х доменов.
    www.mail.ru - Site Info 🗐

**23. Google**
Versão brasileira do buscador Google.
www.google.com.br - Site Info 📧

**24. Sohu.com Inc.**
Produces Chinese language Internet portal and internet communities. (Nasdaq: SOHU).
www.sohu.com - Site Info 📧

**25. Google.fr**
www.google.fr - Site Info 📧

**26. Google UK**
The local version of this pre-eminent search engine, offering UK-specific pages as well as world results.
www.google.co.uk - Site Info 📧

**27. Google**
Suche im gesamten Web, in deutschsprachigen sowie in deutschen Seiten. Zusätzlich ist eine Bildersuche, eine Newsarchiv-Suche (ehemals dejanews) sowie ein Katalog vorhanden.
www.google.de - Site Info 📧

**28. 网易**
中国最大的网络社区和门户网站
www.163.com - Site Info 📧

**29. The Internet Movie Database**
Features plot summaries, reviews, cast lists, and theatre schedules.
www.imdb.com - Site Info 📧

**30. Flickr**
Picture galleries available with social networking, chat, groups, and photo ratings.
www.flickr.com - Site Info 📧

**31. Skyrock**
Social Networking Site
www.skyrock.com - Site Info 📧

**32. Amazon.com**
Amazon.com seeks to be Earth's most customer-centric company, where customers can find and discover anything they might want to buy online, and endeavors to offer its customers the lowest possible prices. Site has numerous personalization features and services including one-click buying, extensive customer and editorial product reviews, gift registries, gift certificates, wish lists, restaurant and movie listings, travel, and photo processing.
www.amazon.com - Site Info 📧

**33. Google España**
Buscador que enfoca sus resultados para este país y a nivel internacional tanto en castellano, catalán, gallego, euskara e inglés.
www.google.es - Site Info 📧

**34. Photobucket image hosting and photo sharing**
Provides image hosting for auctions, live journals, blogs, message boards, personal websites and online photo albums. Reliable, fast and very simple to use.
www.photobucket.com - Site Info 📧

**35. Google Polska**
Wyszukiwarka stron WWW, grafiki, grup dyskusyjnych, katalog tworzony na bazie ODP i wzbogacany przy użyciu własnej technologii Google.
www.google.pl - Site Info 📧

**36. ImageShack**
ImageShack® is a free image hosting solution. It can be used to share pictures with friends, as well as post images on message boards and blogs. It can also be used to direct link images from your personal website or online auction. And best of

all, it's completely free.
www.imageshack.us - Site Info 📄

37.  **無名小站**
Photo Album and Blog 網路相簿及網路日誌
www.wretch.cc - Site Info 📄

38.  **Universo Online**
Acesso à internet e serviços agregados.
www.uol.com.br - Site Info 📄

39.  **Onet.pl**
Wiadomości z kraju i ze świata, baza danych firm i instytucji, ogłoszenia, pasaż handlowy, wyszukiwarka i katalog stron, czat, blog, randki, pogoda, konta e-mail i WWW, kartki pocztowe.
www.onet.pl - Site Info 📄

40.  **Яндех**
Поисковый сервер для русского сегмента Интернета, разработка компании CompTek.
www.yandex.ru - Site Info 📄

41.  **淘宝网**
包括电脑通讯、数码、男装、女装、童装、化妆品、书籍音像、运动用品、游戏装备等各种商品的买卖，还有相关的社区交流，同时提供支付宝网上交易安全保证系统。
www.taobao.com - Site Info 📄

42.  **BBC Newsline Ticker**
Headline ticker will automatically update throughout the day with the latest news, sport, travel, finance and weather from the BBC. Available for multiple OS platforms.
www.bbc.co.uk - Site Info 📄

43.  **Passport.net**
www.passport.net - Site Info 📄

44.  **Google México**
Buscador internacional que da preferencia a resultados mexicanos.
www.google.com.mx - Site Info 📄

45.  **Craigslist.org**
www.craigslist.org - Site Info 📄

46.  **Google.cn**
www.google.cn - Site Info 📄

47.  **Go**
A searchable directory, news, stocks, sports and free e-mail.
www.go.com - Site Info 📄

48.  **ImageVenue hosting**
World s most popular free image hosting for bloggers and message board users.
www.imagevenue.com - Site Info 📄

49.  **Allegro**
Polski internetowy serwis aukcyjny.
www.allegro.pl - Site Info 📄

50.  **Dailymotion.com**
www.dailymotion.com - Site Info 📄

51.  **TOM.COM**
TOM ONLINE(http://www.tom.com)
www.tom.com - Site Info 📄

**52.  雅虎中国**
含新闻、资讯、邮箱和搜索引擎。
www.yahoo.com.cn - Site Info 围

**53.  AOL**
America On Line's portal, offering search, shopping, channels, chat and mail.
www.aol.com - Site Info 围

**54.  Google 日本**
多言語対応サーチエンジンの日本版。ウェブ、イメージおよびニュース検索、Usenet掲示板。
www.google.co.jp - Site Info 围

**55.  جوجل السعودية**
محرك بحث جوجل مع خدمة تخصيص البحث في المواقع السعودية
www.google.com.sa - Site Info 围

**56.  Рамблер**
Информационно поисковая система с учетом морфологии русского языка.
www.rambler ru - Site Info 围

**57.  Google.com.ar**
www.google.com.ar - Site Info 围

**58.  Free**
Fournisseur d'accès ADSL et bas débit RTC. Propose la téléphonie et la télévision par ADSL (modem Freebox).
www.free.fr - Site Info 围

**59.  LiveJournal.com**
Opensource project. A service for creating and customizing a journal on the web. Download an executable tool to update your journal without being connected to the site. Additional features with paid account.
www.livejournal.com - Site Info 围

**60.  Youporn.com**
www.youporn.com - Site Info 围

**61.  Megarotic.com**
www.megarotic.com - Site Info 围

**62.  FC2**
コントロールパネルを用意している。CGI、PHP、MySQLに対応。
www.fc2.com - Site Info 围

**63.  DeviantArt Where Art Meets Application**
An online community for art and skin lovers; those who create art and skins and those who adore it. A large collection of Skins, desktop wallpapers, IndyArt, textures, tutorials, poetry, forums and other deviations.
www.deviantart com - Site Info 围

**64.  Wirtualna Polska**
Serwisy informacyjne i finansowe, katalog stron internetowych, poczta e-mail i strony WWW, czat, komunikator, randki, gry online, platforma e-commerce.
www.wp pl - Site Info 围

**65.  Google Türkiye**
Sade yapısıyla etkili sonuçlar veren arama motoru. Hesap makinesi, grafik arama, araç çubuğu gibi hizmetler sunmakta.
www.google.com.tr - Site Info 围

**66.  Badoo.Com**
Badoo is a dynamic multi-lingual social networking site with innovative photo and video features that allows its users worldwide to gain an instant mass audience and interact both locally and globally.
www.badoo.com - Site Info 围

67. **Wordpress.com**
www.wordpress.com - Site Info

68. **Adult Friendfinder**
Personal adverts with pictures and chat. [Membership]
www.adultfriendfinder.com - Site Info

69. **Google India**
Indian version of this popular search engine. Search the whole web or only webpages from India. Interfaces offered in English, Hindi, Bengali, Telugu, Marathi and Tamil.
www.google.co.in - Site Info

70. **Terra**
Acesso à internet e serviços agregados.
www.terra.com.br - Site Info

71. **Geocities**
15 Mb with 3Gb monthly bandwidth limit. Banner or Pop-up ads on each page. Browser or FTP uploads. On-line editor. CGI scripts: counter and guestbook. URL: 'http://www.geocities.com/yoursite/'.
www.geocities.com - Site Info

72. **Googlesyndication.com**
www.googlesyndication.com - Site Info

73. **Google.ca**
www.google.ca - Site Info

74. **Google Chile**
Buscador que enfoca sus resultados para este país y a nivel internacional tanto en español como en inglés.
www.google.cl - Site Info

75. **Netlog.com**
www.netlog.com - Site Info

76. **Ebay**
Deutschsprachiger eBay-Marktplatz. Kaufen und Verkaufen zu Festpreisen und bei Onlineauktionen.
www.ebay.de - Site Info

77. **ภูเกิลประเทศไทย**
Google.co.th
www.google.co.th - Site Info

78. **EBay UK**
Person to person online auction site where you can buy or sell new and used items.
www.ebay.co.uk - Site Info

79. **Google.com.vn**
www.google.com.vn - Site Info

80. **Globo.com**
www.globo.com - Site Info

81. **Adobe**
Provides a range of products for digtal media creation and editing, multimedia authoring, and web development. Site contains extensive documentation and support for all software.
www.adobe.com - Site Info

82. **Apple Computer, Inc.**
Apple's main homepage.
www.apple.com - Site Info

**83. Google.com.eg**
www.google.com.eg - Site Info 🗐

**84. Xunlei.com**
www.xunlei.com - Site Info 🗐

**85. Mixi**
ソーシャルネットワークサイト。メッセージ交換、日記、コミュニティ作成、友人紹介機能。
www.mixi.jp - Site Info 🗐

**86. CNN - Cable News Network**
Includes US and international stories and analysis, weather, video clips, and program schedule.
www.cnn.com - Site Info 🗐

**87. VnExpress**
Thông tin hàng ngày ở Việt Nam và thế giới. Các chuyên mục khoa học, sức khoẻ, đời sống và giải trí.
www.vnexpress.net - Site Info 🗐

**88. Veoh.com**
Internet Television Peercastirg Network
www.veoh.com - Site Info 🗐

**89. Sendspace.com**
www.sendspace.com - Site Info 🗐

**90. Google**
Versione italiana del popolare motore e directory. Utilizza inoltre i dati di ODP.
www.google.it - Site Info 🗐

**91. Xanga**
Personal publishing. Free weblogs.
www.xanga.com - Site Info 🗐

**92. Badongo**
Easily Upload Files up to 1GB for Free.
www.badongo.com - Site Info 🗐

**93. Mininova**
Large searchable torrents directory.
www.mininova.org - Site Info 🗐

**94. Fotka.pl**
www.fotka.pl - Site Info 🗐

**95. Bebo.com**
Bebo, the next generation high school and college social network (like MySpace and Facebook), makes it easy for high school and college students to stay in touch with their friends, find long lost friends, and meet new people. Helpful and fun applications make it easy to remember birthdays, share photos, write blogs, read a friend's blog, discover new interests, and just hang out. Bebo connects your brand with influencers and their circle of friends--you'll reach a highly engaged audience w
www.bebo.com - Site Info 🗐

**96. 56.com**
www.56.com - Site Info 🗐

**97. Tudou.com (Toodou.com) 土豆网**
每个人都是生活的导演。
www.tudou.com - Site Info 🗐

**98. 香港討論區 Uwants.com**
多元化討論區，並提供格價系統、Blog、網上相簿等免費服務。
www.uwants.com - Site Info 🗐

**99. IG**

Acesso a internet e serviços agregados.
www.ig.com.br - Site Info

**100. 香港討論區**

提供各類消閒、娛樂、生活等討論區。
www.discuss.com.hk - Site Info

**1 - 100**    101 - 200    201 - 300    301 - 400    401 - 500



**Interested in popular sites on the web?**
Buy a List of 10,000 or 100,000!

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**



| **Traffic Rankings** | **Developer's Corner** | **Company Info** | **Help** | **Download the Alexa Toolbar!** |
|---|---|---|---|---|
| Top 500 Sites | Web Search | History | FAQ's | Privacy Policy \| Terms of Use |
| Movers & Shakers | Alexa Data | Technology | Support | © 1996-2007, Alexa Internet, Inc. |
| About Rankings | Thumbnails | Management Team | Webmasters | An **amazon**.com. company |
| Alexa Tees | Widgets | Job Opportunities | | |
| | Custom Toolbar | News & Press Releases | | |
| | Link Report | Contact Us | | |

Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog



( Get Traffic Details ► ) Top 500 - Movers & Shakers


**ADXDirect**
Interactive Advertising Network

● 370 million daily banners    17,000 daily leads    11 million daily pops    27 million daily searches
● ADVERTISING INDUSTRY LEADER

YOUR AD HERE

# Top Sites

Browse the most popular sites on the web. Learn more.

**101.**     **MetroFlog**
Fotoblog personalizable, con la posibilidad de subir una foto diaria con guestbook.
www.metroflog.com - Site Info 🗐

**102.**     **Maktoob.com Inc.**
Largest Arab Online Community with the most famous email service as well as bilingual Arabic and English online community services.
www.maktoob.com - Site Info 🗐

**103.**     **东方财富网**
提供股票、证券、基金、财经，国内财经，国际财经，行业研究等。
www.eastmoney.com - Site Info 🗐

**104. Digg**
Technology focused news site where the stories are chosen by community members rather than editors.
www.digg.com - Site Info 🗐

**105. ICQ**
Official site for the instant-messaging and chat software.
www.icq.com - Site Info 🗐

 **Interested in more top sites?**
Buy a List of 10,000 or 100,000!

**106. Multiply.com**
www.multiply.com - Site Info 🗐

**107. كوورة**
الموقع العربي الأول لكرة القدم يضم بطولات عربية عالمية مع متابعة و تحليل لكافة احداث كرة القدم
www.kooora.com - Site info 🗐

**108. 优酷**
优酷网（www.youku.com）是中国第一视频网站。优酷网立足于全球华人提供最快速的视频播放、最快速的视频发布、最快速

的视频搜索服务。
www.youku.com - Site Info 🗐

### 109. 4shared
A simple and easy-to-use serv ce offering free online files storage and sharing accessible worldwide.
www.4shared.com - Site Info 🗐

### 110. Theplanet.com
www.theplanet.com - Site Info 🗐

### 111. CNET Download.com
The site is one of the largest a1d most trusted sources of freeware, shareware, and other software downloads.
www.download.com - Site Info 🗐

### 112. Seznam
Informace a zprávy, vyhledávání a katalog odkazů, e-mail, webový prostor a chat.
www.seznam.cz - Site Info 🗐

### 113. 楽天市場
各種の通販サイトをバーチャル店舗として入居させているショッピングモール。オークションや共同購入も開催。
www.rakuten.co.jp - Site Info 🗐

### 114. Interia.pl
Serwisy informacyjne, m.in. pcgoda, wiadomości, motoryzacja, kobieta; konta pocztowe i WWW, wyszukiwarka i tematyczny katalog stron internetowych, czateria, wirtualne kartki, pasaż handlowy.
www.interia.pl - Site Info 🗐

### 115. About
Directory features links, articles and reviews.
www.about.com - Site Info 🗐

### 116. Depositfiles.com
www.depositfiles.com - Site Info 🗐

### 117. Livedoor
ライブドアが運営するポータルサイト。企業・ IR情報。
www.livedoor.com - Site Info 🗐

### 118. Google Australia
Search the web from Google Australia's homepage.
www.google.com.au - Site Info 🗐

### 119. جوجل الإمارات العربية المتحدة
محرك بحث جوجل مع خدمة تخصيص البحث في المواقع الإماراتية
www.google.ae - Site Info 🗐

### 120. Soso搜搜
提供论坛、网页、图片、音乐等类型搜索服务。
www.soso.com - Site Info 🗐

### 121. InvisionFree
Provides fully-featured Invision Board hosting. Features instant account activation. Free and paid plans available.
www.invisionfree.com - Site Info 🗐

### 122. GameSpot
News, reviews, previews, screen shots, movies, message boards, FAQs, game guides, and downloads for computer and console video games.
www.gamespot.com - Site Info 🗐

### 123. Rediff.com India Ltd.

Online portal with free e-mail and many other services.
www.rediff com - Site Info 📇

### 124. MiniClip.com
Colorful games in a variety of genres. Games include Present Panic, Big Bird Hunting, Quick Pic, and Lickety Splat.
www.miniclip com - Site Info 📇

### 125. MediaFire
MediaFire is the simplest way for businesses, professionals, and individuals to host files and share them with others.
www.mediafire com - Site Info 📇

### 126. Google België
Lokale versie van Google met ook de mogelijkheid enkel pagina's uit België te doorzoeken.
www.google.be - Site Info 📇

### 127. Bao Khuyen hoc & Dan tri Online
Tin tuc, su kien, thoi su moi nhat cap nhat lien tuc trong ngay
www.dantri.com.vn - Site Info 📇

### 128. SourceForge
Thousands of open source projects hosted. offering access to CVS, mailing lists, bug tracking and message boards/forums.
www sourceforge.net - Site Info 📇

### 129. PC home 電腦報
網路家庭 [Taiwan]
www pchome.com.tw - Site Info 📇

### 130. Google
Faimosul motor de căutare în limba română.
www.google.ro - Site Info 📇

### 131. Alibaba.com
Alibaba.com operates online business-to-business marketplaces for global trade, with a leading community of businesses from over 200 countries.
www alibaba.com - Site Info 📇

### 132. Starware.com
www starware com - Site Info 📇

### 133. Google.com.ph
www.google.com.ph - Site Info 📇

### 134. גוגל
הגרסה העברית של מנוע החיפוש הידוע: חיפוש דפים ותמונות ועותק של המדריך הפתוח.
www.google co.il - Site Info 📇

### 135. Comcast.net
www.comcast net - Site Info 📇

### 136. Metacafe
Promises to serve the world's best videos. Offers incentives for user generated content.
www metacafe.com - Site Info 📇

### 137. PerfSpot
Social and business networking.
www perfspot.com - Site Info 📇

### 138. Dada.net
www.dada.net - Site Info 📇

### 139. Sexy o No?

Calificación de la belleza de las personas, y posibilidad de conocer gente clasificada por edad, sexo, y ubicación.
www.sexyono.com - Site Info 圓

### 140. Linkedin.com
www.linkedin.com - Site Info 圓

### 141. Newsgroup.la
Provide newsgroup related services.
www.newsgroup.la - Site Info 圓

### 142. Vkontakte.ru
www.vkontakte.ru - Site Info 圓

### 143. Tagged
Tagged.com is one of the top social networking sites in the world.
www.tagged.com - Site Info 圓

### 144. Information.com
www.information.com - Site Info 圓

### 145. Google Nederland
Nederlandse versie van de populaire zoekmachine uit de VS filtert Nederlandse sites uit de eigen database. Bevat gegevens
uit DMOZ-directory.
www.google.nl - Site Info 圓

### 146. Zshare.net
www.zshare.net - Site Info 圓

### 147. RapidShare
Users can upload up to 300 meg files for sharing. Provides downloads of 300 megs per hour on the free service. Premium
service also available.
www.rapidshare.de - Site Info 圓

### 148. IGN
Includes codes, reviews, previews, features, releases, hardware, contests, and a gamestore for console and PC games.
www.ign.com - Site Info 圓

### 149. 和讯网
包括财经报道、投资论坛、实时行情、个股资讯动态、保险、债券等内容。
www.homeway.com.cn - Site Info 圓

### 150. Neopets
A virtual pet website where visitors may adopt and care for pets, as well as play games and participate in contests,
communities, and combat simulations.
www.neopets.com - Site Info 圓

### 151. UserCash.com
Paid URL forwarding
www.usercash.com - Site Info 圓

### 152. Dell Inc.
Dell is your place to learn about and buy a notebook, desktop, server, printer, software, service, monitor or TV. Buy direct
from Dell.
www.dell.com - Site Info 圓

### 153. Google
Русскоязычная версия поискового сервера.
www.google.ru - Site Info 圓

### 154. imeem.com
www.imeem.com - Site Info 圓

**155. Double Click**
Coordinates targeted Internet advertising campaigns for advertisers, and provides ad management services, software, and sales for publishers.
www.doubleclick.com - Site Info 🗐

**156. DivX.com**
Codec news and downloads, information and movie trailers.
www.divx.com - Site Info 🗐

**157. Yourfilehost.com**
www.yourfilehost.com - Site Info 🗐

**158. Mop.com**
www.mop.com - Site Info 🗐

**159. MercadoLivre Brasil**
Para comprar e vender de tudo.
www.mercadolivre.com.br - Site Info 🗐

**160. 搜狗(SOGOU.com)**
全球首个中文网页收录量达到100亿的搜索引擎。同时提供新闻搜索、音乐搜索、购物搜索，地图搜索等专项搜索服务，为网民提供方便快捷的信息获取方式。 The first search engine in the world that has gathered up to 10 billion web pages, suppling most convenience services for searching news, music, shopping infomation, maps, etc.
www.sogou.com - Site Info 🗐

**161. StatCounter.com**
Detailed visitor stats and a choice of graphical counters. An invisible counter is also available.
www.statcounter.com - Site Info 🗐

**162. וואלה**
.'פורטל ישראלי - מנוע חיפוש אתרים ואינדקס. מציע חדשות, ותוכן רב בנושאים שונים - מפות, מחשבים, סרטים, טלוויזיה וכו
www.walla.co.il - Site Info 🗐

**163. Digital Point Solutions**
Offering FileMaker, MySQL and Oracle hosting since 1999.
www.digitalpoint.com - Site Info 🗐

**164. 24H.com.vn**
ThÄ'ng tin giá°£i trÃ vÃ cuá»™c sá»'ng thưá»?ng ngÃ y. Ä?Ã´ng ngưá»?i truy cá°p nhá°¥t tá°¡i viá»‡t nam..
www.24h.com.vn - Site Info 🗐

**165. Google.co.ve**
www.google.co.ve - Site Info 🗐

**166. GameFAQs**
Includes FAQs, walkthroughs, message boards, user submitted reviews, and codes for all console and computer platforms.
www.gamefaqs.com - Site Info 🗐

**167. CNET.com**
Reviews, news, and prices on tech products, as well as free downloads and newsletters.
www.cnet.com - Site Info 🗐

**168. Google Colombia**
Buscador que enfoca sus resultados para este país y a nivel internacional tanto en español como en inglés.
www.google.com.co - Site Info 🗐

**169. Minijuegos**
Juegos en línea para jugar y divertirse, realizados en flash.
www.minijuegos.com - Site Info 🗐

**170. Startimes2.com**

www.startimes2 com - Site Info

### 171. EBay France
Achat et vente entre particuliers ou professionnels d'objets neufs ou d'occasion selon le format prix fixe ou enchères.
www.ebay fr - Site Info

### 172. 네이버
통합 검색과 디렉토리, 웹페이지, 해외사이트, 멀티미디어, 뉴스 검색을 지원하는 검색 포털.
www.naver.com - Site Info

### 173. Pornotube.com
www.pornotube.com - Site Info

### 174. Narod.ru
www.narod.ru - Site Info

### 175. SmileyCentral
Download free smileys, emoticons, and other animations.
www.smileycentral.com - Site Info

### 176. Orange
Présente les offres de cet opérateur et leurs tarifs, permet de souscrire à certaines d'entre elles et propose des services aux abonnés.
www.orange.fr - Site Info

### 177. Bangbros1.com
www bangbros1.com - Site Info

### 178. Hewlett-Packard Industrial Ethernet
Provides embedded ethernet controllers, embedded internet, IEEE 1451.2, thin web servers, and time synchronization for smart sensors in distributed measurement and control system architectures.
www.hp.com - Site Info

### 179. 互联星空
互联星空为您提供最快的资讯报道、丰富的影视、音乐、教育、游戏等服务，并拥有强大的搜索引擎，第一时间为您送去最全面的宽带互联网信息，让您体验畅游网络的乐趣。
www.vnet.cn - Site Info

### 180. FileFront
Categorized downloads of game demos, promotional trailers, freeware, and shareware.
www.filefront.com - Site Info

### 181. Mywebsearch.com
www.mywebsearch.com - Site Info

### 182. Univision
Spanish-language media company serving the US. Includes investor relations information, media groups, and company background. Site in English and Spanish.
www.univision.com - Site Info

### 183. Anonym.to
www.anonym.to - Site Info

### 184. 酷溜网
基于Web2.0理念构建，一个为酷溜族准备的全新娱乐互动网络平台。一个能容纳最多观众的网络电影院；个性化的网络电影制片厂；酷溜网——"做最好的视频博客！"
www.ku6.com - Site Info

### 185. Mozilla.com
www.mozilla.com - Site Info

186. **Google.com.sg**
www.google.com.sg - Site Info 📑

187. **888.com**
www.888.com - Site Info 📑

188. **51.com**
中国最大的社交网络平台 China's Biggest Social Networking Sitee
www.51.com - Site Info 📑

189. **One.lt**
Interneto paštas, logotipai, melodijos, priminimai, kalendorius.
www.one.lt - Site Info 📑

190. **Google.pt**
www.google.pt - Site Info 📑

191. **LiveJasmin**
Live sex shows with beautiful young european women.
www.livejasmin.com - Site Info 📑

192. **Google.com.my**
www.google.com.my - Site Info 📑

193. **巴哈姆特電玩資訊站**
遊戲社群網站，提供新聞、討論區、哈啦區、遊戲資料庫及個人化勇者造型等服務
www.gamer.com.tw - Site Info 📑

194. **Goo辞書**
三省堂が提供するEXCEED英和と和英、大辞林、およびデイリー新語辞典を提供。
www.goo.ne.jp - Site Info 📑

195. **FanFiction.Net**
Automated story archive arranged by genre and searchable by author, title, and keyword.
www.fanfiction.net - Site Info 📑

196. **World Wrestling Entertainment, Inc.**
Official site with wrestler information, corporate details, news, merchandise, and a directory of affiliated sites. [Formerly the World Wrestling Federation.]
www.wwe.com - Site Info 📑

197. **Gmx.net**
www.gmx.net - Site Info 📑

198. **Weather.com**
Offers forecasts for cities worldwide as well as radar and satellite maps. Also includes news stories and allergy information.
www.weather.com - Site Info 📑

199. **6park.com**
最热门的海外中文网络社区和门户网站(Oversea Chinese Community))
www.6park.com - Site Info 📑

200. **Yam天空**
由天空傳媒營運之寬頻入口網站，網站服務項目包括即時新聞、寬頻電視、ADSL寬頻連線、部落格平台、影音分享平台、搜尋引擎、線上遊戲算命等。
www.yam.com - Site Info 📑

 **Interested in popular sites on the web?**
Buy a List of 10,000 or 100,000!

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

**ⓐAlexa** ▾ | 🔍Search ▾ ⓘSite Info ▾ ➕Related Links ▾ Tell a Friend 🔄WayBack

---

### Traffic Rankings

Top 500 Sites
Movers & Shakers
About Rankings
Alexa Tees

### Developer's Corner

Web Search
Alexa Data
Thumbnails
Widgets
Custom Toolbar
Link Report

### Company Info

History
Technology
Management Team
Job Opportunities
News & Press Releases
Contact Us

### Help

FAQ's
Support
Webmasters

### Download the Alexa Toolbar!

Privacy Policy | Terms of Use
© 1996-2007, Alexa Internet, Inc.
An **amazon**.com. company

Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog

 **Alexa**®
The Web Information Company

Get Traffic Details ▸ | Top 500 - Movers & Shakers



**ADXDirect**
Interactive Advertising Network

**370** million daily banners    **17,000** daily leads    **11** million daily pops    **27** million daily searches

• **ADVERTISING INDUSTRY LEADER**

# Top Sites

Browse the most popular sites on the web. Learn more.

**201.**  中华网
综合互联网公司，提供新闻、军事、体育、科技、娱乐、教育等资讯内容。
www.china.com - Site Info

**202.**  **The Pirate Bay**
Worlds largest Bittorrent tracker.
www.thepiratebay.org - Site Info

**203.**  **Ask.com**
Offers search for web sites, images, news, blogs, video, maps and directions, local search and shopping.
www.ask.com - Site Info

**204. Torrentspy.com**
www.torrentspy.com - Site Info

**205. 狗狗影视搜索**
提供影视、音乐游戏、软件等资源搜索。
www.gougou.com - Site Info

 **Interested in more top sites?**
Buy a List of 10,000 or 100,000!

**206. Isohunt.com**
This site is home to the most comprehensive BitTorrent search engine, with cross-referenced trackers data you can t find anywhere else. Along with integrated XDCC, Fserve and NFO search for files on IRC (currently offline). In short, this is your all-in-one P2P files search engine.
www.isohunt.com - Site Info

**207. Softonic.com**
www.softonic.com - Site Info

**208. Nicovideo.jp**

www.nicovideo.jp - Site Info 團

**209. 89.com**
www.89.com - Site Info 團

**210. Google Perú**
Buscador que enfoca sus resultados para este país y a nivel internacional tanto en español como en inglés.
www.google.com.pe - Site Info 團

**211. Google.lt**
Sparti ir švari pasaulinė bendros paskirties automatinė paieška, veikianti ir lietuvių kalba.
www.google.lt - Site Info 團

**212. The New York Times**
Online edition of the newspaper's recent content with searchable archives for a fee. [Registration required]
www.nytimes.com - Site Info 團

**213. TypePad**
Service for hosting and publishing weblogs and photo albums.
www.typepad.com - Site Info 團

**214. Pomoho.com**
www.pomoho.com - Site Info 團

**215. Tv-links.co.uk**
www.tv-links.co.uk - Site Info 團

**216. Whenu.com**
www.whenu.com - Site Info 團

**217. FreeLotto**
Offers several daily free lotto games with a 10 million dollar top prize.
www.freelotto.com - Site Info 團

**218. Google.gr**
www.google.gr - Site Info 團

**219. Slide.com**
www.slide.com - Site Info 團

**220. 起点中文网**
优秀的中国原创文学门户网站，数万名网络作家在线写作博客，中国最大的在线电子图书出版平台，数百万文学爱好者的网上阅读交友社区，拥有奇幻、武侠、都市、言情、科幻等数十亿字原创文学作品，向作家提供原创文学作品网络和实体出版机会
www.cmfu.com - Site Info 團

**221. Mercadolibre**
Sitio de subastas y ofertas.
www.mercadolibre.com.ar - Site Info 團

**222. Infoseek Japan**
日本語版インフォシーク。ロボット型サーチエンジンと、特選サイトのディレクトリ。
www.infoseek.co.jp - Site Info 團

**223. 博客网**
提供博客及会员服务的综合资讯网站。
www.blogchina.com - Site Info 團

**224. FreeWebs.com**
Free web hosting.
www.freewebs.com - Site Info 團

225. **AEBN**
Offers full-length streaming videos in a pay-per-view format. Categories include straight, gay and fetish movies. Provides free content, customized galleries and pays monthly.
www.aebn.net - Site Info 🗐

226. **Google.co.hu**
A Google kereső magyar nyelvű felülete. Képek, csoportok, címtár keresése, egyéni beállítások mellett is.
www.google.co.hu - Site Info 🗐

227. **LiveInternet.ru**
Размещение личных дневников.
www.liveinternet.ru - Site Info 🗐

228. **MapQuest**
Find directions for and explore towns and cities worldwide. Display addresses on a map, view nearby businesses, get driving directions and maps, and plan a trip with city information. Also includes aerial photographs of selected areas.
www.mapquest.com - Site Info 🗐

229. **Centrum.cz**
Tipy na dárky, zvyky a tradice, recepty, on-line zpovědnice, napiš ježíškovi, horoskopy 2006, tipy a triky, koledy a diskuse.
www.centrum.cz - Site Info 🗐

230. **Google.hr**
www.google.hr - Site Info 🗐

231. **برامج شبوه سوفت**
موقع يقدم برامج كاملة وخطوط وسكربيتات لأغراض متنوعة
www.sh3bwah.com - Site Info 🗐

232. **IDnes.cz**
Zpravodajský portál s aktuálním zpravodajstvím a články ze sportu, společnosti, ekonomiky a financí, telekomunikací, počítačů a her, realit, cestování a zdraví.
www.idnes.cz - Site Info 🗐

233. **MercadoLibre**
Subastas en línea.
www.mercadolibre.com.mx - Site Info 🗐

234. **Yinin.com**
www.yinin.com
www.126.com - Site Info 🗐

235. **Tripod.com**
www.tripod.com - Site Info 🗐

236. **VIETNAMNET**
VietNamNet - www.vietnamnet.vn is one of the first and most favorite online newspapers in Vietnam. VietNamNet presents a dynamic panorama of Vietnam and the world in an informative, highly interactive, multimedia and friendly-using approach.
www.vietnamnet.vn - Site Info 🗐

237. **GlobalSearch**
Vyhledávání lidí, firem, jízdních řádů, map, mp3 souborů, autotras, inzerátů, vybírání e-mailů, SMS brán a taxislužeb přes české i zahraniční vyhledávače.
www.globalsearch.cz - Site Info 🗐

238. **HiNet**
臺灣入門網站、提供新聞、資訊以及相關網絡服務。
www.hinet.net - Site Info 🗐

239. **Google.co.ma**
www.google.co.ma - Site Info 🗐

**240. Iwiw.hu**
www.iwiw.hu - Site Info

**241. Mobile.de & eBay Motors GmbH**
Auf der Site können Fahrzeuge, Ersatzteile und Versicherungen angeboten oder gesucht werden.
www.mobile.de - Site Info

**242. Zaycev.net**
www.zaycev.net - Site Info

**243. Mobile9.com**
Mobile phone news and discussion forum. Members have access to ringtones, wallpapers and other downloads.
www.mobile9.com - Site Info

**244. FLURL**
Bringing websites together
www.flurl.com - Site Info

**245. Screensavers**
Free desktop images and screen savers. Topics include holidays, animals, fantasy, movies, and vehicles. The Screensavers
Installer download is required.
www.screensavers.com - Site Info

**246. Google.co.id**
www.google.co.id - Site Info

**247. موقع طرب**
موقع طرب , اغانى طرب , اغانى عربيه , اغانى مصريه , اغانى طرب اماراتيه , اغانى طرب لبنانية , اغانى سعوديه , اغانى هذبه , اغانى عراقيه , اغانى طرب مغربيه,
نكت, نكت مضحكة, اغانى جديدة, جديد الاغانى, العاب, العاب مضحكة, العاب مضحكة, عالم حواء, نكت طرب, زواج
www.6rb.com - Site Info

**248. Poco.cn**
Poco P2P软件 互动平台
www.poco.cn - Site Info

**249. Studiverzeichnis**
studiVZ.net ist eine Plattform, über die Studenten unterschiedlicher Hochschulen miteinander vernetzt werden.
www.studiverzeichnis.com - Site Info

**250. AltaVista.ru**
Цифровые и аналоговые фотокамеры, объективы и принадлежности, сопутствующие товары, студийное
оборудование. Телефонные консультации.
www.altavista.com - Site Info

**251. Technorati**
Real-time search for user-generated media (including weblogs) by tag or keyword. Also provides popularity indexes.
www.technorati.com - Site Info

**252. XNXX Galleries**
Categorized in multiple languages, this site features links to pics, movies and stories in various niches such as public nude,
upskirt and shemales.
www.xnxx.com - Site Info

**253. Amazon.co.jp**
Amazon in Japan. Article descriptions are in Japanese, but account setup, shopping, and checkout available in English.
www.amazon.co.jp - Site Info

**254. Juggcrew.com**
www.juggcrew.com - Site Info

**255. Realitykings.com**
www.realitykings.com - Site Info

**256. Crunchyroll.com**
www.crunchyroll com - Site Info 

**257. Spiegel Online**
Mit Nachrichten und Berichten der eigenständigen Internet-Redaktion. Wird alle 30 Minuten aktualisiert.
www.spiegel.de - Site Info 

**258. Piczo.com**
www.piczo com - Site Info 

**259. Payserve**
Promotes several niche sites including teens, ethnic women and transsexuals. Offers free content and a referral incentive and pays monthly.
www.payserve.com - Site Info 

**260. Geocities.jp**
www.geocities.jp - Site Info 

**261. Icio.us**
www.icio us - Site Info 

**262. Sapo - Portugal Online!**
SAPO, Servidor de Apontadores Portugueses is the largest Web Portal and ISP in Portugal, featuring a directory of Portuguese sites.
www.sapo.pt - Site Info 

**263. Hattrick**
Trade/transfer players and manage a team in competition with simultaneous opponents. Free game.
www.hattrick.org - Site Info 

**264. 天极网下载频道**

提供软件的分类下载，游戏、驱动下载。
www.yesky.com - Site Info 

**265. Vmn.net**
www.vmn.net - Site Info 

**266. ImageFap**
www.imagefap.com - Site Info 

**267. Official Site of Major League Baseball**
Covers MLB on a daily basis, including RealAudio, video clips, interviews, stats, schedules and exclusive stories about the great American pastime. Includes contact information for the Manhattan based organization.
www.mlb.com - Site Info 

**268. Internet Archive**
A digital library of internet sites and other cultural artifacts in digital form. Includes a text archive of digitised books from Canadian libraries, Carnegie Mellon University, and Project Gutenberg.
www.archive.org - Site Info 

**269. Reference.com**
www.reference com - Site Info 

**270. Passion.com**
www.passion.com - Site Info 

**271. 新华网**

中国新闻信息采集和发布中心，包括地方要闻、图片、各类专题报道和论坛。
www.xinhuanet.com - Site Info

**272. Megavideo.com**
www.megavideo com - Site Info 📧

**273. Wikimedia.org**
www.wikimedia.org - Site Info 📧

**274. 六间房**
视频发布和分享空间,可以在这里上传视频,分享给朋友和家人们。
www.6 cn - Site Info 📧

**275. Webshots**
Download free screen saver, wallpaper, and photos.
www.webshots.com - Site Info 📧

**276. Torrentz.com**
www.torrentz com - Site Info 📧

**277. Last.FM**
An online radio station for sharing and streaming music. Every user builds his/her own online record collection and taste profile, and shares their musical tastes instead of actual files.
www.last.fm - Site Info 📧

**278. Google**
Google繁體中文入口網站
www.google.com tw - Site Info 📧

**279. Symantec**
Makers of popular Norton Antivirus product.
www.symantec com - Site Info 📧

**280. Nifty.com**
www.nifty.com - Site Info 📧

**281. Break.com**
www.break.com - Site Info 📧

**282. Panet.co.il**
موقع إخباري و دعائي عام يتضمن أخبار محلية من مدينتي الناصرة و الطيبة. يحتوي الموقع على معلومات عامة, إخبارية, دعائية, فنية, و تكنولوجية كما يحتوي على روابط إلى مواقع إخبارية متعددة.
www.panet.co.il - Site Info 📧

**283. StumbleUpon Toolbar**
Browser add-on for finding and sharing web sites with like-minded people. Compatible with Netscape, Internet Explorer and Mozilla.
www.stumbleupon.com - Site Info 📧

**284. Mynet.com**
Mynet 6 milyonu aşan kayıtlı üyesi ve aylık 14 milyon tekil ziyaretçi sayısı ile Türkiye'nin lider internet portalıdır. 47 farklı servis ve kanalı Türk tüketicisine sunan Mynet, Türkçe içerik arayan kullanıcıların internet üzerindeki tüm ihtiyaçlarını karşılıyor. Mynet is the most popular and widely used internet destination in Turkey with over 6 million registered members and 14 million monthly unique visitors. Mynet offers more than 47 different products and services fulfilling all the needs of Turkish online community.
www mynet com - Site Info 📧

**285. Adultadworld.com**
www.adultadworld.com - Site Info 📧

**286. Google**
Българската версия на търсеща машина.
www.google.bg - Site Info 📧

**287. Xtube.com**
XTube gives surfers the ability to easily, upload, tag and share their photo & video clips through the XTube.com website, across the Internet, and through email as well as to create their own personal network.
www.xtube.com - Site Info ▤

**288. Nastydollars.com**
www.nastydollars.com - Site Info ▤

**289. Amazon.co.uk**
Online retailer of books, video games, toys, music, and video recordings. Region 2 DVDs and prices in pounds sterling.
www.amazon.co.uk - Site Info ▤

**290. Freeones**
Provides links to adult sites featuring supermodels, celebs, and porn stars.
www.freeones.com - Site Info ▤

**291. Hurriyet**
Türkiye'nin açılış sayfası, Haber,Spor,Magazin,Sinema,Tvrehberi,Serilanlar, Sendeyolla ve daha fazlası...
www.hurriyet.com.tr - Site Info ▤

**292. Thottbot**
Database for quests, mobs, spells/abilities, maps, items and more, being constantly updated through players transmitting data from an in-game interface plugin.
www.thottbot.com - Site Info ▤

**293. Paypopup.com**
www.paypopup.com - Site Info ▤

**294. Amazon.de GmbH**
Deutsche Filiale des grossen amerikanischen Internet-Buchhändlers. Neben deutscher Literatur Import von Büchern aus den USA und England und verschiedene andere Waren.
www.amazon.de - Site Info ▤

**295. สนุก**
ไดเรกทอรีศูนย์เว็บไทย และศูนย์รวมข้อมูลอินเทอร์เน็ตไทย
www.sanook.com - Site Info ▤

**296. FileFactory.com**
FileFactory lets you upload and host files for free. Fast download speeds, unlimited downloads.
www.filefactory.com - Site Info ▤

**297. Ngoisao.net**
ThÃ´ng tin giá°£i trÃ vÃ Ä'á»?i sá»‹ng hÃ ng ngÃ y.
www.ngoisao.net - Site Info ▤

**298. برامج نت - أكبر موقع عربي للبرامج**
سكريبتات, محادثة, المحادثة, بريد, البريد, الحماية, حماية, المحادثات, نوكيا, النوكيا, نقل, الملفات, الكتروني, تصفح, المواقع, موقع, الإتصالات, والجوالات, جوال, الجوال, الاتصال, تعليم, التعليم, الكمبيوترات, الكمبيوتر, جافا, الحافا, الرسوم , التصاميم , معربة , المعربة, هندسية , حافظات, شاشة , خلفيات, نسخ, الاسطوانات, الأجهزة, تحديث , التجسس, مكافحة , الفايروسات, الألعاب, تعليمية , فلاش, الفلاش, الخطوط, انجليزي, عربي , ماسنجر, الماسنجر , نوكيا 6600, ألعاب نوكيا, نغمات نوكيا
www.bramjnet.com - Site Info ▤

**299. Wefong.com**
www.wefong.com - Site Info ▤

**300. Tinypic.com**
www.tinypic.com - Site Info ▤

1 - 100   101 - 200   **201 - 300**   301 - 400   401 - 500



**Interested in popular sites on the web?**
Buy a List of 10,000 or 100,000!

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

**ⓐAlexa** ▾ [                    ] 🔎Search ▾ ⓘSite Info ▾ ➥Related Links ▾ 📧Tell a Friend 🕙WayBack

### Traffic Rankings
Top 500 Sites
Movers & Shakers
About Rankings
Alexa Tees

### Developer's Corner
Web Search
Alexa Data
Thumbnails
Widgets
Custom Toolbar
Link Report

### Company Info
History
Technology
Management Team
Job Opportunities
News & Press Releases
Contact Us

### Help
FAQ's
Support
Webmasters

### Download the Alexa Toolbar!

Privacy Policy | Terms of Use
© 1996-2007, Alexa Internet, Inc.
An **amazon**.com. company

Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog



Get Traffic Details ▶ | Top 500 - Movers & Shakers



# Top Sites

Browse the most popular sites on the web. Learn more.

**301.**  **Pornaccess.com**
www.pornaccess.com - Site Info 🗐

**302.**  **Miarroba.com**
www.miarroba.com - Site Info 🗐

**303.**  **Mocxi.com**
www.mocxi.com - Site Info 🗐

**304. Megaclick.com**
www.megaclick.com - Site Info 🗐

**305. さくらインターネット**
大阪市中央区。ハウジングサービスやレンタルサーバーなどの事業。企業概要、サービス案内。
www.sakura.ne.jp - Site Info 🗐

 **Interested in more top sites?**
Buy a List of 10,000 or 100,000!

**306. Grono.net**
www.grono.net - Site Info 🗐

**307. 2ch.net**
www.2ch.net - Site Info 🗐

**308. El Mundo**
Incluye todas las secciones y suplementos de este diario. Además apartados especiales sobre libros, viajes, salud,
economía, motor, o internet.
www.elmundo.es - Site Info 🗐

### 309. Google Costa Rica
Buscador que enfoca sus resultados para este país y a nivel internacional tanto en español como en inglés.
www.google.co.cr - Site Info 📭

### 310. Hyves.nl
Vriendennetwerk. Uitwisselen van berichten, foto s, invallen en opinies.
www.hyves.nl - Site Info 📭

### 311. O2.pl
Wiadomości, darmowe konta e-mail, program TV, chat, randki i komunikator Tlen.pl.
www.o2.pl - Site Info 📭

### 312. No-IP
Provider of Dynamic DNS network services and URL redirection. Three packages available.
www.no-ip.com - Site Info 📭

### 313. Cartoon Network
Check out cartoons from the past, popular new cartoons, plus games for different age levels.
www.cartoonnetwork.com - Site Info 📭

### 314. Google українською
Видатна пошукова система українською мовою. Пошук сторінок зі світу чи з України.
www.google com.ua - Site Info 📭

### 315. Tuổi Trẻ
Tin tức thá»?i sá»ổ cá»‘ếp nhá»‘ết liÃªn tá»‘ắc trong ngÃ̀y.
www.tuoitre.com.vn - Site Info 📭

### 316. Milliyet.com.tr
Günlük gazete.
www.milliyet.com.tr - Site Info 📭

### 317. ChinaRen中国人
提供校友录、社区、音乐、娱乐、游戏、生活等综合信息网站。
www.chinaren.com - Site Info 📭

### 318. 中关村在线
中关村在线是大中华区最具商业价值的IT专业网站，始终致力于销售促进型IT专业媒体的建设。ZOL成立于1999年3月，其客户群主要来自中小企业用户、个人购买者和大量IT行业及相关行业的厂商、经销商。
www.zol.com cn - Site Info 📭

### 319. FeedBurner.com
FeedBurner is the market-leading feed management and
www.feedburner.com - Site Info 📭

### 320. Everything Girl.com
The official site for Barbie, Polly Pockets, My Scene, Furryvile and Doggie Daycare.
www.everythinggirl.com - Site Info 📭

### 321. Redtube.com
www.redtube com - Site Info 📭

### 322. IT168
提供电脑产品报价、解决方案、市场分析及驱动软件下载。
www.it168.com - Site Info 📭

### 323. Demonoid.com
Searchable Bittorrent tracker and forum.
www.demonoid.com - Site Info 📭

### 324. Skype
Peer to peer internet voice service. Mac, Windows and Linux versions available. Users may call landlines and cellphones for a fee; users may call each other for free.
www.skype.com - Site Info

### 325. IStockPhoto.com
Royalty free stock photography and art for print and use on websites and presentations.
www.istockphoto.com - Site Info

### 326. Live Score
Livescore.com
www.livescore.com - Site Info

### 327. Xiaonei.com
www.xiaonei.com - Site Info

### 328. FOX Sports
Breaking news, features, statistics, scores, standings, and schedules.
www.foxsports.com - Site Info

### 329. NBA.com
The official site of the National Basketball Association. Includes news, features, multimedia, player profiles, chat transcripts, schedules and statistics.
www.nba.com - Site Info

### 330. Google
Sökmotor som listar ut hur relevanta länkarna är beroende på hur populära de är.
www.google.se - Site Info

### 331. 房地产门户 - 搜房网
提供中国20个大中城市的新房、二手房、租房、装修信息及相关的房地产研究资讯。
www.soufun.com - Site Info

### 332. PPLive.com
PPLive—最流畅的网络视频，体育、新闻、电影、电视、想看就看.PPLive就是网络电视，通俗而言，就是在网上看电视用的，但为什么PPLive这么风行呢，首先它是基于P2P的技术，就是说看得人越多越流畅，而且PPLive有着比有线电视更加丰富的视觉大餐，CCTV、各类体育频道、动漫、丰富的电影、娱乐频道，总之流行什么，这里就有什么，而且完全免费呢，快去下载了慢慢享用吧。
www.pplive.com - Site Info

### 333. BIGLOBE
NEC。サービス案内やサポート情報、アクセスポイント情報。ウェブディレクトリやニュースも掲載。
www.biglobe.ne.jp - Site Info

### 334. Mapy.cz
Vyhledávání v mapách ČR a velkých českých měst s možností plánovače cest.
www.mapy.cz - Site Info

### 335. Go Daddy
Domain registrations and hosting services.
www.godaddy.com - Site Info

### 336. Clarin.com
News and events in and around Buenos Aires, Argentina and the world, in Spanish.
www.clarin.com - Site Info

### 337. 伊莉心情車站
熱門話題、消閒娛樂、學術電腦、資訊交流等討論區。
www.eyny.com - Site Info

**338. Easy Share**
Share files up to 100Mb each. Web or FTP upload. Revenue scheme for webmasters.
www.easy-share.com - Site Info 圓

**339. Petardas.com**
Fotos y videos porno nuevos cada día en diferentes categorías distintas: folladas, mamadas, jovencitas y tríos.
www.petardas.com - Site Info 圓

**340. Gazeta.pl**
Informacje, wyszukiwarka, katalog, konta e-mail i forum. Serwisy tematyczne i lokalne w 20 miastach.
www.gazeta.pl - Site Info 圓

**341. 다음daum**
No. 1 우리 인터넷, 무료 이메일 서비스, 온라인 쇼핑, 동호회 서비스
www.daum.net - Site Info 圓

**342. Answers.com**
An ad-supported reference search service, which displays concise answers drawn from over 100 encyclopedias, dictionaries, glossaries and atlases.
www.answers.com - Site Info 圓

**343. Google.com.bh**
www.google.com.bh - Site Info 圓

**344. Bangbros.com**
www.bangbros.com - Site Info 圓

**345. PHP: Hypertext Preprocessor**
PHP is a server-side HTML embedded scripting language. It provides web developers with a full suite of tools for building dynamic websites: native APIs to Apache and other web servers; easy access to MySQL, Sybase, Oracle, and other databases; IMAP; LDAP; HTTP headers and cookies. This site is the official home of PHP4.
www.php.net - Site Info 圓

**346. Skyblog**
Outil de publication communautaire.
www.skyblog.com - Site Info 圓

**347. In Form Design, Inh. Katrin Voigt**
Im Bereich Industriedesign bietet man Ist-Stand-Analysen, Design-Studien, Produkt-Konzepte sowie den Entwurf, die 3D-Modellierung sowie die Realisierung von Ideen. [D-04179 Leipzig]
www.t-online.de - Site Info 圓

**348. Libero.it**
www.libero.it - Site Info 圓

**349. EBay.com.au**
Auction sales with a focus on Australian buyers and sellers. Includes policies, search by product type, and links into the international site for additional listings.
www.ebay.com.au - Site Info 圓

**350. MARCA Digital**
Noticias de tus equipos y deportes.
www.marca.com - Site Info 圓

**351. Nokia**
Cellphones, accessories, and mobile data.
www.nokia.com - Site Info 圓

**352. Ameblo.jp**
www.ameblo.jp - Site Info 圓

**353.**

**Uusee悠视网**
BBTV service provider to supply high quality real-time TV broadcasting, interaction and accurate target advertisement services to all users on PC, TV and Mobile.
www.uusee.com - Site Info 

### 354. Abv.bg
И-мейл сървър от България.
www.abv.bg - Site Info 

### 355. ידיעות אחרונות
.חדשות כלכלה צרכנות ספורט תרבות מחשבים רכב ותיירות
www.ynet.co.il - Site Info 

### 356. The Pokémon Crater
Detailed Nintendo 64 and Game Boy strategy for red/blue/yellow, gold/silver, snap, stadium and pinball games. Also news, a message board, fan art, fan fiction, icons, 3-D and other pictures.
www.pokemoncrater.com - Site Info 

### 357. ZEDO.com
Major ad serving player with solid technology. ZEDO is one of the 3 high quality ad serving companies that focuses on solid technology, great service and its customers. It does not compete by running an ad network and is well respected in the industry. ZEDO is especially good at Rich Media for Publishers and at Optimization for ad Publishers and Direct Marketers.
www.zedo.com - Site Info 

### 358. Match.com
Personal ads with photos, anonymous email, advice and date ideas.
www.match.com - Site Info 

### 359. SoftPedia.com
A library of over 50,000 free and free-to-try software programs for Windows and Unix/Linux,games and drivers, also reviews.
www.softpedia.com - Site Info 

### 360. Google.co.za
www.google.co.za - Site Info 

### 361. 天涯社区
包括文学、新闻、图片、音乐的社区。
www.tianya.cn - Site Info 

### 362. Heise Online
Aktuelle Neuigkeiten aus dem Bereich IT und Telekommunikation, sowie Links zu den Heise-Publikationen c't, iX und Telepolis. Vertreibt die Computermagazine iX und c't.
www.heise.de - Site Info 

### 363. PartyPoker.com
Play poker online at PartyPoker.com, the world s largest poker room. You ll find Texas Hold em, Omaha, Omaha Hi/Lo, 7 Card Stud & 7 Card Stud Hi/Lo. They have an excellent Poker School, as well as lots of huge tournaments.
www.partypoker.com - Site Info 

### 364. 太平洋电脑网
提供电脑产品介绍、价格信息、企业名录及电脑知识和新闻。
www.pconline.com.cn - Site Info 

### 365. 6rbtop
RealAudio files of popular Arab songs , plus a streaming broadcast.
www.6rbtop.com - Site Info 

### 366. Google.jo
www.google.jo - Site Info 

### 367. DomainTools.com

Domain name search tool allows wildcard search of current and deleted/expired whois domains.
www.domaintools.com - Site Info 🗐

**368. 4399.com**
www.4399.com - Site Info 🗐

**369. はてな**
知りたい事が説明されているページを、ほかの人に探してもらうサイト。
www.hatena.ne.jp - Site Info 🗐

**370. 凤凰网（凤凰新媒体）**
与资讯同步，使全球华人零距离
www.phoenixtv.com - Site Info 🗐

**371. Esnips.com**
www.esnips.com - Site Info 🗐

**372. Sony Ericsson**
Includes specifications and software downloads for available handsets.
www.sonyericsson.com - Site Info 🗐

**373. Forumer.com**
Offers Invision and phpBB board hosting services. Ad-supported.
www.forumer.com - Site Info 🗐

**374. Ebay**
Community di compravendita per effettuare transazioni online senza intermediari. Offre la possibilità di accedere a oltre 20 categorie di prodotti, con varie opzioni per una ricerca facilitata.
www.ebay.it - Site Info 🗐

**375. Myfreepaysite.com**
www.myfreepaysite.com - Site Info 🗐

**376. AdBrite**
Webmasters can buy and sell text ads based on their site's topic area.
www.adbrite.com - Site Info 🗐

**377. IKEA**
Scandinavian modern style furniture and accessories.
www.ikea.com - Site Info 🗐

**378. My Way**
Internet portal without banners or pop-ups.
www.myway.com - Site Info 🗐

**379. Odnoklassniki.ru**
Russian classmates and old friends reunion site.
www.odnoklassniki.ru - Site Info 🗐

**380. PCPOP电脑时尚**
最具权威性的中文IT专业网站
www.pcpop.com - Site Info 🗐

**381. Google Schweiz**
Suche im gesamten Web, in deutschsprachigen sowie in schweizerischen Seiten.
www.google.ch - Site Info 🗐

**382. 17173**
游戏综合性站点,包括单机、联机、网络游戏，提供业界新闻、新游戏公布、游戏下载、线上游戏，同时还提供各个游戏的专题站及相应讨论区。

www.17173.com - Site Info 📄

### 383. Stardoll.com
Online fashion & dress-up community for girls of all ages from around the world.
www.stardoll.com - Site Info 📄

### 384. 金融界网
包括财经、理财、证券、行情、股票、基金、债券、保险、外汇、银行、期货、信托及各种理财资讯和理财产品.
www.jrj.com cn - Site Info 📄

### 385. 拍拍网(http://www.paipai.com)
腾讯旗下快乐、时尚和共享的电子商务网站，让沟通促成交易。
www.paipai.com - Site Info 📄

### 386. 4399.net
www 4399.net - Site Info 📄

### 387. 6arab.com
Arabic singers and songs added everyday
www 6arab.com - Site Info 📄

### 388. Gaia Online
Community roleplaying site with anime, manga, and video game discussions as well as a links database and a fan-art gallery.
Lets members create and customize characters to represent themselves.
www.gaiaonline.com - Site Info 📄

### 389. Jeuxvideo.com
Magazine des jeux vidéo pour PC et consoles. Offre des essais et critiques de jeux, des trucs et astuces et des téléchargements de démos, de patches et de divers utilitaires.
www.jeuxvideo.com - Site Info 📄

### 390. Google Suomi
Search the Internet from Google Suomi's homepage.
www.google.fi - Site Info 📄

### 391. Gogobox.com.tw
www.gogobox.com.tw - Site Info 📄

### 392. RealPlayer
Multi-format audio/video player/organizer for Windows that tags, rips, and burns files and integrates with the RealRhapsody music store. Free and paid versions available.
www.real.com - Site Info 📄

### 393. Blizzard - World of Warcraft
The official site containing news, trailers, gameplay videos, wallpapers, screen shots, and the official forums.
www.worldofwarcraft.com - Site Info 📄

### 394. Alice
L'offerta a banda larga di Telecom Italia.
www.alice.it - Site Info 📄

### 395. Prizee.com
Play for free and win presents on this free games site thanks to our friends Bubbly, Sinkyfrog, Snuggy and Diabolo. 10.000 presents won each week.
www.prizee.com - Site Info 📄

### 396. Nnm.ru
www.nnm.ru - Site Info 📄

### 397. IT世界

提供计算机产品资料、评测、行情、新闻、使用经验及选购指南。
www.it.com.cn - Site Info 📇

**398. Zedge.net**
www.zedge.net - Site Info 📇

**399. Verycd.com**
www.verycd.com - Site Info 📇

**400. National Institutes of Health (NIH)**
US Government department in charge of medical research.
www.nih.gov - Site Info 📇

1 - 100   101 - 200   201 - 300   **301 - 400**   401 - 500

 **Interested in popular sites on
the web?**
Buy a List of 10,000 or 100,000!

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

**ⓐAlexa** ▾ [_____]   🔍Search ▾   ⓘSite Info ▾   ➡Related Links ▾   📇Tell a Friend   🕐WayBack

| **Traffic Rankings** | **Developer's Corner** | **Company Info** | **Help** | **Download the Alexa Toolbar!** |
|---|---|---|---|---|
| Top 500 Sites | Web Search | History | FAQ's | Privacy Policy \| Terms of Use |
| Movers & Shakers | Alexa Data | Technology | Support | © 1996-2007, Alexa Internet, Inc. |
| About Rankings | Thumbnails | Management Team | Webmasters | An **amazon.com**. company |
| Alexa Tees | Widgets | Job Opportunities | | |
| | Custom Toolbar | News & Press Releases | | |
| | Link Report | Contact Us | | |

Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog



Get Traffic Details ▶    Top 500 - Movers & Shakers

New LS460 $759/mo
2007 Lexus LS460 Low Payments
Nationwide Delivery 1-888-861-8080

2007 LEXUS LS460
FleetRates.com

YOUR AD HERE

# Top Sites

Browse the most popular sites on the web. Learn more.

**401.**        **Wannawatch.com**
www.wannawatch.com - Site Info 🗐

**402.**        **RuneScape**
A massive multi-player adventure, with monsters to kill, quests to complete, and treasure to win. You control your own character who will improve and become more powerful the more you play.
www.runescape.com - Site Info 🗐

**403.**        **12530.com**
www.12530.com - Site Info 🗐

**404. MET ART Fine Photography**
MET-ART.com also known as MET ART, features some of the World's most famous nude photographers, such as: Sandro Cignali, Peter Dominic, Anais Demois, Richard Murrian, Brian Peterson, Holy Nature, Roy Stuart, Tony Ward, Andrej Slastyonoff, Alexandre Fedoro
www.met-art.com - Site Info 🗐

**405. اصحاب كول**
NewFilms_Stranges_FunPictuers_programes_islam_Jokes_news_mp3_movies_clips_islamic_and more
www.as7apcool.com - Site Info 🗐

 **Interested in more top sites?**
Buy a List of 10,000 or 100,000!

**406. พันทิป**
กระดานข่าวแลกเปลี่ยนเรื่องทั่วไป และคอมพิวเตอร์
www.pantip.com - Site Info 🗐

**407. Jeeran**
Online community for free hosting, blogging, file storage, and instant messaging.
www.jeeran.com - Site Info 🗐

**408. Ev1servers.net**
www.ev1servers.net - Site Info

**409. Google Österreich**
Suche im gesamten Web, in deutschsprachigen sowie in österreichischen Seiten.
www.google.at - Site Info

**410. China Finance Online**
股票证券投资专业网站，含机构论市、热门话题、资金动向、个股推荐、研究报告等内容。
www.cnfol.com - Site Info

**411. Atnext.com**
www.atnext.com - Site Info

**412. WangYou Media**
WangYou Media is a leading cross-media Entertainment Company in China with operations in internet services, wireless value added services (WVAS) and traditional media broadcasting services.Through its diversified and integrated platforms, WangYou Media focuses on promoting user-generated content (UGC).
www.wangyou.com - Site Info

**413. Ultimate Guitar Archive**
The largest archive of tabs on the web! Also includes a musicians forum, lessons, music news, gear and CD reviews, contests and much more!
www.ultimate-guitar.com - Site Info

**414. 我秀网**
新一代以用户为中心的视频网站,致力打造国内最大的视频基地
www.5show.com - Site Info

**415. Cricinfo**
International cricket news, live scores, photos, columns and player profiles. Provides archive scorecards, statistics database, ratings and email newsletter. Part of ESPN International. UK.
www.cricinfo.com - Site Info

**416. Badjojo.com**
www.badjojo.com - Site Info

**417. Ucoz.ru**
www.ucoz.ru - Site Info

**418. SweetIM**
Home of SweetIM, a fun upgrade for MSN and Yahoo Messenger, that allows you to add animations (winks), emoticons (smileys) and other cool content for FREE! that you can enjoy and send your friends. SweetIM seamlessly integrates into your instant messenger environment but does not interfere with it.
www.sweetim.com - Site Info

**419. Dyndns.org**
www.dyndns.org - Site Info

**420. Zhanzuo.com**
www.zhanzuo.com - Site Info

**421. 台灣論壇**
綜合門戶網站，提供休閒娛樂資訊、討論區、網上相簿。
www.twbbs.net.tw - Site Info

**422. Igw.net.sa**
www.igw.net.sa - Site Info

**423.** موقع عالم حواء
شبكة نسائية تهتم بالمرأة و شؤونها الحياتية و الأسرية طبخ اسرة طفل و تجميل

www.hawaaworld.com - Site Info 🔊

### 424. Game Trailers
Collection of new and old video game trailers, teasers, previews, and downloads. Most in both Quicktime and Windows Media format.
www.gametrailers.com - Site Info 🔊

### 425. TV.com
Volunteer-built collection of information on series segments and cast and crew. Includes message board for each show covered.
www.tv.com - Site Info 🔊

### 426. 21cn.com
宽频娱乐门户，提供新锐的娱乐资讯和快感的在线体验。
www.21cn.com - Site Info 🔊

### 427. Flogão
Espaço para publicação de 2 fotos diárias e ilimitados comentários, possui plano extra para usuários pagantes.
www.flogao.com.br - Site Info 🔊

### 428. World of Warcraft Europe
Offizielle Anbieterseite von Blizzard Entertainment. Umfangreiche Infos zum Spiel und den Spiele-Servern.
www.wow-europe.com - Site Info 🔊

### 429. Web.de
Großes deutsches Internet-Verzeichnis und Portal mit Freemail, Nachrichten, DSL-Provider und weiteren Zusatzdiensten.
www.web.de - Site Info 🔊

### 430. EsMas
Portal que ofrece secciones de noticias, deportes, espectaculos, chat, celebridades y muchos mas.
www.esmas.com - Site Info 🔊

### 431. WordReference.com
Dictionary containing English to/from Spanish, French, German, and Italian, and a language forum.
www.wordreference.com - Site Info 🔊

### 432. Target
Trend-forward merchandise at this national discount retailer.
www.target.com - Site Info 🔊

### 433. Bangbrosnetwork.com
www.bangbrosnetwork.com - Site Info 🔊

### 434. Mozilla
Official website with information and downloads.
www.mozilla.org - Site Info 🔊

### 435. Newgrounds.com
"The Problems of the Future, Today!" ~ A human rated submission Portal ~ testing ground for ethically borderline Flash games and movies.
www.newgrounds.com - Site Info 🔊

### 436. Paran.com
www.paran.com - Site Info 🔊

### 437. 4chan.org
www.4chan.org - Site Info 🔊

### 438. The Missionary Journal - Croatia; Slovenia; Serbia; Yug...
LDS missionary alumni Pages for Croatia and neighboring countries, including Slovenia, Serbia, and former Yugoslavia.
www.iskon.hr - Site Info 🔊

### 439. As
Diario digital de información deportiva. Especializado en la Liga Española de Fútbol y en los acontecimientos deportivos.
www.as.com - Site Info 團

### 440. Loveplanet.ru
Сайт знакомств. Поиск по анкетам, рейтинги, конкурсы. Партнёрская программа.
www.loveplanet.ru - Site Info 團

### 441. Google.com.qa
www.google.com.qa - Site Info 團

### 442. Thanh Niên
Thông tin hàng ngày ở Việt Nam và thế giới. Các chuyên mục khoa học, sức khoẻ và đời sống.
www.thanhnien.com.vn - Site Info 團

### 443. Wrzuta.pl
Serwis do dzielenia się z innymi swoimi plikami multimedialnymi, zdjęciami, filmami oraz nagraną muzyką.
www.wrzuta.pl - Site Info 團

### 444. 中華電信 Xuite
中華電信旗下的相簿和部落個平台。
www.xuite.net - Site Info 團

### 445. قناة الجزيرة
قناة عربية إخبارية تعمل على مدار اليوم. يمكنك مشاهدة بث القناة من خلال الموقع
www.aljazeera.net - Site Info 團

### 446. Dvd4arab.com
www.dvd4arab.com - Site Info 團

### 447. Thebrazzers.com
www.thebrazzers.com - Site Info 團

### 448. 01net
Actualités et enquêtes sur l'informatique et les NTIC.
www.01net.com - Site Info 團

### 449. PCHOME
-
www.pchome.net - Site Info 團

### 450. 分贝网
中国最大的音乐娱乐社区网站。
www.163888.net - Site Info 團

### 451. Oyunlar1.com
www.oyunlar1.com - Site Info 團

### 452. Uploading.com
www.uploading.com - Site Info 團

### 453. Broadcaster.com
www.broadcaster.com - Site Info 團

### 454. Võ Lâm Truyền Kỳ
Trang chủ trò chơi online Võ Lâm Truyền Kỳ (VLTK) tại Việt Nam do Vinagame phát hành
www.volam.com.vn