# EXHIBIT D

Lulu Enterprises, Inc. v. N-F Newsite, LLC et al
Case 5:07-cv-00347-D    Document 83    Filed 10/09/2007    Page 1 of 6

Dockets.Justia.com

Browse the Web - quickly and safely with Yahoo! Toolbar



Web | Images | Video | Local | Shopping | more

Search:

My Yahoo! | My Mail

- Answers
- Autos
- Finance
- Games
- Groups
- HotJobs
- Maps
- Mobile Web
- Movies
- Music
- Personals
- Real Estate
- Shopping
- Sports
- Tech
- Travel
- TV
- Yellow Pages
- Bix

**More Yahoo! Services**

**Small Business**
- Get a Web Site
- Domain Names
- Sell Online
- Search Ads

**Featured Services**
- Downloads
- Health
- Kids
- GeoCities
- Photos
- Personal Website
- Y! International

Featured | Entertainment | Sports | Video

Sep 19, 2007



**Guiltless junk food swaps**
Kick a craving for high-calorie snacks with guilt-free versions of your favorites.
» From brownies to fries
- Low-calorie ice cream choices
- Delicious non-diet foods

- Kill a junk food craving with healthy swaps
- 12 new faces that could be TV's next star
- O.J. Simpson released from jail on $125K bail
- 2-year-old dials 911, saves mother

» More Featured

In the News | World | Local | Finance

As of 4:43 p.m. EDT
- Anti-Syrian lawmaker killed in Beirut blast — Assassination
- Bush calls for expansion of eavesdropping law — Permanent?
- Renewed fighting in Congo ends three-year lull in using child soldiers
- Oil prices reach record highs for seventh straight day — Stocks rise
- Small Louisiana town prepares for racial protest — 'Jena Six'
- Dan Rather sues CBS, Viacom for $70 million over Bush story
- Scientists doubt meteorite sickened Peruvians — Mystery

» More: News | Election '08: Candidate Mashup

Markets: Dow: +0.6% Nasdaq: +0.6% Sponsored by: Scottrade

Stock Quotes: [ ] Go

**Marketplace**



What's your credit score 560? 720? The average U.S. credit score is 692. See yours for $0. By Experian.

Countrywide® Home Loans: No closing cost refi - No points. No processing fee. No credit report fee - Act fast.

Progressive Car Insurance - Quote and compare in just minutes. You could save hundreds.

Refinance is hot - People are going for fixed mortgages. NexTag - 30-year fixed rates as low as 5.875%. *Terms.

Check your mail status: Sig

Mail | Me
Weather | L

Great cars and
Be a Better Online Destin
Get a do
Search fo
www:



Pulse - What Yahoos Are
Most Popular Custom



**Today's Top Searches**
- Barry Bonds Baseball
- Blackwater USA
- Robert Jordan
- Deal or No Deal TV Show
- Jesse James Movie

WHOIS domain registration information results for yahoo.com from Network Solutions                    Page 1 of 3



Login          Customer Service          Your cart is empty
               Call us toll free

## WHOIS Search Results

**WHOIS Record For**



**yahoo.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70%**
when you TRANSFER
your domains to
Network Solutions — your
trusted domain name provider!

 Go

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.



```
MarkMonitor.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
--------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

  Registrant:
     Yahoo! Inc.
     (DOM-272993)
     701 First Avenue Sunnyvale
     CA
     94089 US

  Domain Name: yahoo.com

     Registrar Name: Markmonitor.com
     Registrar Whois: whois.markmonitor.com
     Registrar Homepage: http://www.markmonitor.com
```

```
Administrative Contact:
    Domain Administrator
    (NIC-1382062)
    Yahoo! Inc.
    701 First Avenue Sunnyvale
    CA
    94089 US
    domainadmin@yahoo-inc.com +1.4083493300 Fax- +1.4083493301
Technical Contact, Zone Contact:
    Domain Administrator
    (NIC-1372925)
    Yahoo! Inc.
    701 First Avenue Sunnyvale
    CA
    94089 US
    domainadmin@yahoo-inc.com +1.4083493300 Fax- +1.4083493301

Created on.............: 1995-Jan-18.
Expires on.............: 2012-Jan-19.
Record last updated on..: 2007-Sep-18 09:45:58.

Domain servers in listed order:

NS4.YAHOO.COM
NS5.YAHOO.COM
NS1.YAHOO.COM
NS2.YAHOO.COM
NS3.YAHOO.COM

MarkMonitor.com - The Leader in Corporate Domain Management
------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
------------------------------------------------------------

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record
```

| | |
|---|---|
| Current Registrar: | MARKMONITOR INC. |
| IP Address: | 209.73.186.238 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-SUNNYVALE |
| Record Type: | Domain Name |
| Server Type: | Other |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | 3 listings |
| Y! Directory: | see listings |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
⊙ Domain Name

WHOIS domain registration information results for yahoo.com from Network Solutions                     Page 3 of 3

| Web Site Title: | Yahoo! |
|---|---|
| Secure: | Yes |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 19-Nov-2006 |

○ NIC Handle
○ IP Address



 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go »

**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go »

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



## Wahoo Studios

Since 2001, Wahoo Studios has grown to become a top tier independent videogame developer creating titles on many different game consoles and the PC. Our talented programmers, artists and designers produce creative games that effectively blend innovation, humor and fun game play. Wahoo Studios has a great relationship with variety of publishers and has worked on projects with many publishing partners.



**NinjaBee**
Wahoo Studios established NinjaBee as a brand name in 2004 to showcase our independent, self-published games. The NinjaBee label was first placed on our award-winning PC game, Outpost Kaloki. We have gone on to create several games for the Xbox Live Arcade service, including Outpost Kaloki X, Cloning Clyde and Band of Bugs. You can find out more information about Ninjabee a www.ninjabee.com.