WHOIS domain registration information results for wahoo.com from Network Solutions — Page 1 of 3



Login | Customer Service — Call us toll free | Your cart is empty

## WHOIS Search Results

Available **wahoo** extensions:

☐ .bz

[Order Selected Domain(s)]

**WHOIS Record For**



**wahoo.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70%** when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

[Go]

Choose Your Domain Name Provider Wisely and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization — Attend our SEO Seminar — [Learn More]

The information in this whois database is provided for the sole purpose of assisting you in obtaining information about domain name registration records. This information is available "as is," and we do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass, unsolicited, commercial advertising or solicitations via facsimile, electronic mail, or by telephone to entitites other than your own existing customers. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from this company. We reserve the right to modify these terms at any time. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. Please limit your queries to 10 per minute and one connection.

Registrant:
  Steve Taylor
  10805 S. Berrywood Ct.

http://www.networksolutions.com/whois/results.jsp?domain=wahoo.com    9/20/2007

Sandy, UT 84070
US

Registrar: DOTSTER
Domain Name: WAHOO.COM
  Created on: 03-JUN-94
  Expires on: 02-JUN-11
  Last Updated on: 20-JUN-07

Administrative, Technical Contact:
  Taylor, Steve  stay@wahoo.com
  10805 S. Berrywood Ct.
  Sandy, UT  84070
  US
  801 619 9101

Domain servers in listed order:
  NS.FJARLQ.COM
  NS.SPANKOLOGICAL.COM
  NS.SNEAKRET.COM

End of Whois Information
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | DOTSTER, INC. |
| IP Address: | 166.70.188.28 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-UTAH-MAGNA |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Wahoo Studios, Inc. |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 19-Oct-2006 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for wahoo.com from Network Solutions   Page 3 of 3



 Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

 PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=wahoo.com   9/20/2007

iGoogle                                                                                                           Page 1 of 1

**Web**  Images  Video  News  Maps  Gmail  more ▼                                         Classic Home | Sign in

Advanced Search
Preferences
Language Tools

[ Google Search ]   [ I'm Feeling Lucky ]

**You have been signed out. Sign in to see your stuff.**

(Don't have an iGoogle page? Get started.)



**Google Calendar**

« September 2007 »
| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |



**Weather**

Get weather forecasts for your hometown and favorite places around the globe.

Enter your ZIP code:
[ OK ]



**Date & Time**

Wed
SEP
19

**CNN.com**

- Wounded Iraqis: No one provoked Blackwater
- Your e-mails: Tasered student reaction
- 'What would Frasier do'? Not this behavior

**Top Stories**

Detainee Bill Blocked in Senate
New York Times - all 166 related »

Politician Dies In Beirut Bomb Blast
MyFox Kansas City - all 542 related »

US, Iraq setting up commission to address convoy security
Earthtimes.org - all 2829 related »

Officers idled after shocking Kerry incid
Earthtimes.org - all 1267 related »

FEATURE-Gaza on war footing as Israel declares it "enemy"
Reuters - all 786 related »

**How to of the Day**

- How to Make Bento (Japanese box lunch)
- How to Draw a Sea Turtle

Advertising Programs - Business Solutions - Privacy Policy - Help - About Google

©2007 Google

**Make iGoogle your homepage**



Login  Customer Service  Your cart is empty
Call us toll free

## WHOIS Search Results

**WHOIS Record For**

**google.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



SAVE over 70% when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

Go

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



```
MarkMonitor.com - The Leader in Corporate Domain Management
-------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
-------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. MarkMonitor.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

 Registrant:
        Google Inc. (DOM-258879)
        Please contact contact-admin@google.com 1600 Amphitheatre Parkway
        Mountain View CA 94043
        US

   Domain Name: google.com

        Registrar Name: Markmonitor.com
        Registrar Whois: whois.markmonitor.com
        Registrar Homepage: http://www.markmonitor.com

   Administrative Contact:
```

WHOIS domain registration information results for google.com from Network Solutions          Page 2 of 3

```
                    DNS Admin (NIC-14290820)  Google Inc.
                    1600 Amphitheatre Parkway
                    Mountain View CA 94043
                    US
                    dns-admin@google.com
                    +1.6506234000
                    Fax- +1.6506188571
Technical Contact, Zone Contact:
                    DNS Admin (NIC-1340144)  Google Inc.
                    2400 E. Bayshore Pkwy
                    Mountain View CA 94043
                    US
                    dns-admin@google.com
                    +1.6503300100
                    Fax- +1.6506181499

Created on............: 1997-Sep-15.
Expires on............: 2011-Sep-14.
Record last updated on..: 2006-Dec-29 14:38:40.

Domain servers in listed order:

NS3.GOOGLE.COM
NS4.GOOGLE.COM
NS1.GOOGLE.COM
NS2.GOOGLE.COM
```

MarkMonitor.com - The Leader in Corporate Domain Management
--------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
--------------------------------------------------------

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | MARKMONITOR INC. |
| IP Address: | 216.239.37.99 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-MOUNTAIN VIEW |
| Record Type: | Domain Name |
| Server Type: | Indeterminate |
| Lock Status: | clientDeleteProhibited |
| DMOZ | 59 listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |



Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal™

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for google.com from Network Solutions    Page 3 of 3

| Data as of: | 28-Nov-2006 |
|---|---|



○ NIC Handle
○ IP Address

Search

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go

 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.