Doogle Digital - 35mm Computer Slides and Other Services - Knoxville, TN   Page 1 of 1

# Doogle Digital

 **Film Recording:** 35mm Slides / Negatives

  **Retouching Restoration**

 **Scanning:** Flat copy and film

**Web Authoring Writing**

 **Photography:** Copystand and Location

 **Software Instruction Computer Repair**

 **Graphics PowerPoint**

 **AudioVisual Production**

Pricing/Turnaround   Files/Media/FTP   DownLoad   UpLoad   Imaging FAQ   Email: doogle@doogle.com

Hours by pre-arrangement   500 Prestwick Ridge Way # 39, Knoxville, TN 37919   [ MAP ]   865-540-1308

Designed for full screen, 800x600/64K color or higher, site fonts/colors - ©1997-2003 Mac McDougald - Last Updated: 1/06

http://www.doogle.com/   9/19/2007

WHOIS domain registration information results for doogle.com from Network Solutions    Page 1 of 3



Login    Customer Service    Your cart is empty
Call us toll free

## WHOIS Search Results

Available **doogle** extensions:

| .us | .bz |
| --- | --- |
| ☐ | ☐ |

[Order Selected Domain(s)]

**SAVE over 70%**
when you TRANSFER
your domains to
Network Solutions — your
trusted domain name provider!

[Go]

### WHOIS Record For



**doogle.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Visit AboutUs.org for more information about DOOGLE.COM  AboutUs: DOOGLE.COM

Registrant:                                        Make this info private
McDougald, Mac

500 Prestwick Ridge Way #39
KNOXVILLE, TN 37919
US

Domain Name: DOOGLE.COM

Administrative Contact , Technical Contact :
McDougald, Mac
MacMcDougald@comcast.net
500 Prestwick Ridge Way #39
KNOXVILLE, TN 37919
US
Phone: 865-540-1308

WHOIS domain registration information results for doogle.com from Network Solutions                                                                 Page 2 of 3



Record expires on 25-Sep-2008
Record created on 26-Sep-1997
Database last updated on 09-Oct-2006

| Domain servers in listed order: | Manage DNS |
|---|---|
| NS57.WORLDNIC.COM | 205.178.190.29 |
| NS58.WORLDNIC.COM | 205.178.189.29 |

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 205.178.145.65 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-VIRGINIA-HERNDON |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Meta Description: | 35mm slides and negs from computer files, scanning, presentation graphics, copystand photography, website authoring, Corel Photo Libraries, etc. |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 2 |
| Data as of: | 28-Nov-2006 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name






Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



WHOIS domain registration information results for roogle.com from Network Solutions — Page 1 of 3

# NetworkSolutions.

Login     Customer Service / Call us toll free     Your cart is empty



## WHOIS Search Results

Available **roogle** extensions:

| .mobi | .tv | .eu | .bz |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

[ Order Selected Domain(s) ]

### WHOIS Record For



**roogle.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70%** when you TRANSFER your domains to Network Solutions — your trusted domain name provider!
[ Go ]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



The information in this whois database is provided for the sole purpose of assisting you in obtaining information about domain name registration records. This information is available "as is," and we do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow,enable, or otherwise support the transmission of mass, unsolicited, commercial advertising or solicitations via facsimile, electronic mail, or by telephone to entitites other than your own existing customers.  The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from this company. We reserve the right to modify these terms at any time. By submitting an inquiry, you agree to these terms of usage and limitations of warranty.  Please limit your queries to 10 per minute and one connection.

  Domain Services Provided By:
    000domains, support@000domains.com
    http://www.000domains.com

WHOIS domain registration information results for roogle.com from Network Solutions                    Page 2 of 3

Registrant:
ezrent Inc.
576 Industry Drive
Seattle, WA  98188
US

Registrar: 000DOM
Domain Name: ROOGLE.COM
  Created on: 30-MAR-04
  Expires on: 18-NOV-11
  Last Updated on: 29-JAN-07

Domain servers in listed order:
NS.ADHOST.COM
NS0.ADHOST.COM

End of Whois Information
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | DSTR ACQUISITION. I, LLC DBA 000DOMAINS.COM |
| IP Address: | 66.150.161.133 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-WASHINGTON-VANCOUVER |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Ezrent.com |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 1 |
| Data as of: | 08-Nov-2006 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for roogle.com from Network Solutions                    Page 3 of 3



- ○ NIC Handle
- ○ IP Address

Search

 Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go

 PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

    

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=roogle.com                                          9/20/2007