















MySpace                                                                 Page 2 of 2

You're Nobody Until
You're Talked About. "Gossip Girl" Wednesdays, 9/8c
Only on The CW
www.CWTV.com

ooma Frees US Calling
2 Lines, Online Voicemail, 3-Ways Buy Freedom from
Phonebills: $399
www.ooma.com

| **Get Started On MySpace!** Join for free, and view profiles, connect with others, blog, rank music, and much more! » Learn More | **Create Your Profile!** Tell us about yourself, upload your pictures, and start adding friends to your network. » Start Now | **Browse Through Profiles!** Read through millions of profiles on MySpace! See pix, read blogs, and more!> » Browse Now | **Invite Your Friends!** Invite your friends, and as they invite their friends your network v grow even larger! » Invite Friends N |

**About** | **FAQ** | **Terms** | **Privacy** | **Safety Tips** | **Contact MySpace** | **Advertise** | **MySpace International**

©2003-2007 MySpace.com. All Rights Reserved.



# NetworkSolutions.

Login    Customer Service    Your cart is empty
         Call us toll free

## WHOIS Search Results

**WHOIS Record For**



**myspace.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

**Learn How To**
**Build a Successful**
**ONLINE STORE**
**FREE Webinar**
from QuickBooks®
& Network Solutions®

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.

Visit AboutUs.org for more information about MYSPACE.COM  AboutUs: MYSPACE.COM

Registrant:                                               Make this info private
MySpace, Inc.
6060 Center Drive
Suite 300
Los Angeles, CA 90045
US

Domain Name: MYSPACE.COM

Administrative Contact , Technical Contact :
DNS Admin, Myspace
DNSAdmin@myspace.com
Intellectual Property Department
PO Box 900
Beverly Hills, CA 90213
US
Phone: 310-369-1000

Record expires on 23-Feb-2013
Record created on 22-Feb-1996
Database last updated on 27-Jun-2006

Domain servers in listed order:                Manage DNS

NS1.MYSPACE.COM                                204.74.66.247

**Learn the Secrets of Search Engine Optimization**

Attend our SEO Seminar

Learn More

Search Engines
TOP SECRET

WHOIS domain registration information results for myspace.com from Network Solutions        Page 2 of 3

| | | |
|---|---|---|
| NS2.MYSPACE.COM | | 204.74.67.247 |
| Show underlying registry data for this record | | |

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 216.178.32.48 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-SANTA MONICA |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ: | 343 listings |
| Y! Directory: | see listings |
| Meta Keywords: | friends networking sharing photos finding friends blogs journals blogging journaling bands music rate pics join groups forums classifieds online social networking |
| Secure: | Yes |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 25-Nov-2006 |





**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name



- NIC Handle
- IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go







"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.