Lulu Enterprises, Inc. v. N-F Newsite, LLC et al

Case 5:07-cv-00347-D   Document 84   Filed 10/09/2007   Page 1 of 7

Doc. 84

Commercial Real Estate, Office Space, Offices, retail, stores, commercial lofts

Page 1 of 1



# NYSPACE

ABOUT US   HOW IT WORKS   CONTACT US   LISTINGS



Vincent Sheehan, Licensed Real Estate Broker
Commercial Real Estate, Office Space, offices, retail, stores, commercial lofts,
tenant representatives, Manhattan, New York City, New York, NYC, NY
All contents Copyright 2005 NYSPACE
Trademarks: NYSPACE ™, NEWYORKSPACE ™, Names and Logo
Questions/Comments: space@nyspace.com

http://www.nyspace.com/

9/20/2007

Dockets.Justia.com

WHOIS domain registration information results for nyspace.com from Network Solutions — Page 1 of 3

**NetworkSolutions**

Login | Customer Service / Call us toll free | Your cart is empty

## WHOIS Search Results

Available **nyspace** extensions:  .tv  .eu  .bz

[Order Selected Domain(s)]

**WHOIS Record For**



**nyspace.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- Private Registration - Keep personal information for this domain private.
- SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about NYSPACE.COM  AboutUs: NYSPACE.COM

Make this info private

**Registrant:**
Vincent Sheehan and Associates
22 Irving Place Suite 1D
New York, NY 10003
US

**Domain Name:** NYSPACE.COM

**Administrative Contact:**
Sheehan, Vincent
nyspace@IX.NETCOM.COM
22 IRVING PL APT 1D
NEW YORK, NY 10003-2304
US
Phone: (203) 421-5537
Fax: 999 999 9999



Learn How To **Build a Successful ONLINE STORE** FREE Webinar from QuickBooks® & Network Solutions®  [REGISTER NOW]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**
Attend our **SEO Seminar**
[Learn More]
Search Engines  TOP SECRET

http://www.networksolutions.com/whois/results.jsp?domain=nyspace.com    9/20/2007

WHOIS domain registration information results for nyspace.com from Network Solutions                          Page 2 of 3

**Technical Contact :**
Cedant Web Hosting,
support@CEDANT.COM
216 F Street PMB49
Davis, CA 95616
US
Phone: 530 753 3787
Fax: - 509-275-4699

Record expires on 15-Dec-2007
Record created on 15-Dec-1998
Database last updated on 06-Oct-2006

Domain servers in listed order:                                                 Manage DNS

NS.CEDANT.COM
NS2.CEDANT.COM

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 66.175.32.238 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-MASSACHUSETTS-NORTHBOROUGH |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | Commercial Real Estate, Office Space, Offices, retail, stores, commercial lofts |
| Meta Keywords: | real estate information, commercial, commercial space, offices, lofts, commercial lofts, office leasing, office for rent, retail, store, stores, new york space, n y c space, n y space, n y c office space, new york office space, nyc commercial office space |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 2 |
| Data as of: | 22-Nov-2006 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
  ● Domain Name

WHOIS domain registration information results for nyspace.com from Network Solutions  Page 3 of 3


○ NIC Handle
○ IP Address


Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

CySpace City Marketing, Inc. - ISP, web, ecommerce, email

Page 1 of 3

September 20, 2007





**Services**

Internet Access
Web Hosting
Domain Name Registration
Domain Nabber
SOHO Solutions
Backup/Archive
Directory Services
Email Services
Ecommerce Packages
Merchant Credit Accounts
FileMaker Pro
FTP Solutions
Dedicated Access
Dedicated Server
Web Development
Logo Design
WebMaster Hosting
CySpace® Marketing

**Support Info**

Dial-Up Locater
Set Up Help & Tips
Configuring Email Client
Web Based Email Features
Calendar Support
Domain Name Registration
Parental Control Software

Search 
Go

Services
Go

eCalendar Services
Organizational List
Calendar Log-In

CySpace Directory







Home • Site Map • Copyright • Contact Us • Privacy Statement
Pricing • Web Based Email Access • Domain Name Search

**About Us**

About CySpace City
Quarterly Newsletter

**Office**
1.866.730.2668
1.630.954.2331
fax-1.630.960.5552
Hours: Mon-Fri
8:30am-5:00pm

**Support**
1.877.730.2668
Hours: Mon-Fri
8:00am-8:00pm
Sat 10:00am-3:00pm





CySpace Email Login

**Mailing Address**
1415 W. 22nd St.
Tower Floor
Oak Brook, IL
60523

**Email Addresses**
info@cyspacecity.net
support@cyspacecity.net
billing@cyspacecity.net

Partners

We host on

http://www.syspace.com/                                                                9/20/2007

CySpace City Marketing, Inc. - ISP, web, ecommerce, email                                              Page 2 of 3



View the list of partners we have.



Windows 2000 Advanced Servers!                Feedback/Comments

## Customer Services

Establish a New Account         Billing Inquiries        Technical Support        CySpace® Directory
Online Bill Payment             Utilities                Partners                 Advertise With Us

Copyright © 1997-2006, CySpace® City Marketing, Inc. All Rights Reserved
All products and brand names are trademarks or registered trademarks of their respective holders.

For technical assistance or problems please contact us

### Solutions
We now offer start to finish solutions for domain name registration, access, hosting and the opportunity to develop your own online store, complete with back-end ordering and payment processing... Jump-start your internet business today!

### Help Has ARRIVED
Still haven't gotten that simple HTML/ Internet package you bought to work? We include all the support you need.
Web Design | Logo Design | Site Maintenance and Enhancements | Internet Marketing

### Beyond the Basics
Want more?... PDFs, music files, imbedded video, online request forms, PowerPoint Presentations, downloadable files, fax or email broadcasting can all be readily incorporated into or from your site

### Ride the Wave
Get around, get around, let's get around...LINKS, LINKS and LINKS! review ours, send us yours.



Want to accept credit card payments?
We can show you how!

Welcome to
CySpace City Marketing

We're bigger and better, offering application packages and solutions for the Next Generation.

Establish an E-commerce Account today.

Cash in on the latest wave of internet marketing! We offer out of the box or custom solutions... Don't be left behind.

http://www.syspace.com/                                                                            9/20/2007

CySpace City Marketing, Inc. - ISP, web, ecommerce, email

Page 3 of 3

Starting from scratch? We'll help you with Registering your domain name. Don't be frustrated, be ready for the web, we'll show you how.

Our National Dialups are now in over 400 U.S. cities! Find the location close to you.

If you haven't gotten as far as developing a web site or home page, ask us about our Internet Business Profile, we'll list your business' name, address, phone and fax numbers, we'll even establish an email address for you!

Post your company's regular or special event on the Internet using our Cyspace Community Calendar or get a personalized company calendar of your own! Now your client's can get all the info they need... directions, phone numbers, even info on your guest speaker!