WHOIS domain registration information results for cyspace.com from Network Solutions

Page 1 of 3



# NetworkSolutions.

Login | Customer Service Call us toll free | Your cart is empty

## WHOIS Search Results

Available **cyspace** extensions:

| .us | .mobi | .info | .biz | .tv | .eu | .bz |
|-----|-------|-------|------|-----|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s)

**WHOIS Record For**


IMAGE NOT AVAILABLE

**cyspace.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.


Learn How To
**Build a Successful ONLINE STORE**
FREE Webinar from QuickBooks® & Network Solutions®   REGISTER NOW

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.


Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More

This WHOIS database is provided for information purposes only. We do not guarantee the accuracy of this data. The following uses of this system are expressly prohibited: (1) use of this system for unlawful purposes; (2) use of this system to collect information used in the mass transmission of unsolicited commercial messages in any medium; (3) use of high volume, automated, electronic processes against this database. By submitting this query, you agree to abide by this policy.

Registrant:
RareNames, WebReg
4200 Wisconsin Ave NW
Washington, DC 20016-2143
US

Domain Name: CYSPACE.COM

Administrative Contact, Technical Contact, Zone Contact:
RareNames, WebReg
4200 Wisconsin Ave NW
Washington, DC 20016-2143
US

```
(781) 839-7993
(781) 839-2801 [fax]
brokerage@buydomains.com

Domain created on 20-Jun-2004
Domain expires on 20-Jun-2008
Last updated on 18-Jun-2007

Domain servers in listed order:

NS.BUYDOMAINS.COM
THIS-DOMAIN-FOR-SALE.COM
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | DOMAINDISCOVER |
| IP Address: | 208.254.3.160 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-MASSACHUSETTS-WALTHAM |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 14-Jun-2005 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for cyspace.com from Network Solutions     Page 3 of 3



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

TySpace.com

Page 1 of 6

# TySpace.com

not a place for friends...

- Blog
- About
- Calendar
- Portfolio
- Project Phoenix
- Ron Paul 2008

**Check out Ron Paul!**

Posted by **Tyler** on September 13, 2007   Comments(0)

Check out my new Ron Paul page.



**Thoughts?**

Posted by **Tyler** on September 13, 2007   Comments(1)

I get this email from this person claiming to be a banker who wants to access money in an account he can't touch. Hrmm. Should I pretend to be interested and string him along? Or should I just delete this message? Here it is:

*My humble pleasure to write you this important letter since you have the same surname with my late customer which is suitable for this deal, I was able to get your contact through an international profile in my earnest searching for a reliable and trust worthy person that can handle this confidential transaction with me.*

*I am a top management staff in a bank here in Nigeria. I have been working in this bank since the year 2000. I have urgent and very confidential business proposition for you. In January 2002, A Gold Merchant (Mr. Elliot Winter) made a numbered-time (fixed) deposit for twelve calendar months in a Domiciliary Account in my Branch running into a very large sum of money. At the time of opening this account, he did not name a next of kin promising to do so in his next visit to Nigeria. He never came back and nobody heard from him. Upon maturity, I sent a routine notification of*

TySpace.com                                                                                                    Page 2 of 6

Account Status to his forwarding address but got no reply. In February 2005, we sent a reminder of same letter and finally we discovered that Mr. Elliot Winter died of heart failure.

After further investigation in Oct 2006, I found out that he did not leave a "WILL" and all attempts to trace his Next-of-kin were fruitless. I therefore made further investigation and discovered that the late Mr. Elliot Winter did not declare any Next-of-Kin in all his official documents, including his bank deposit Papers. This sum of money is still floating in our Bank and the interest is being rolled over with the principal sum at the end of each year. No one would come forward to claim it. According to the local Laws, at the expiration of 6 (six) years, the money will revert to the ownership of our bank if nobody applies to claim the funds.
Consequently upon the above, my request is that I would like you to stand in as the Next-of-kin to the late Mr.Elliot Winter since you have the same surname with him,I would document you in our records here as the next of kin to the man so that you can make claims to the deposit. With me here your claims will be approved without delay and the funds transferred to your nominated bank account. Though we need to discuss in detail as to our participation and modalities. Be assured that I am in charge and there will be no problem but I'll not fail to beg you to observe religiously the high level of secrecy required in this deal for us to succeed.

Please I await your urgent response.

Yours faithfully.

Mr. Obi Julius.
Bills & Exchange

## "What have you been up to?"

Posted by **Tyler** on September 7, 2007  ☐ **Comments(0)**

Good question. You can log into Goggle to add my Google Calendar by clicking…

Google Calendar

Or you can view it on the Calendar page.

So basically, Work 7-3, School 4-5:15, Exercise, Study. So, where's the fun part of my day? Well, I spend 2 hours out of the 6 I should be sleeping playing Tourist Trophy: The best racing simulator ever. Check it out:



Oh, I also bought a Wii which is practically still boxed. Here's my Wii number: 1420 1281 6502 7443

## Flowers

Posted by **Tyler** on August 27, 2007  ☐ **Comments(0)**

I thought these were cool. These are some old pictures from my brother's garden in Ramona.

TySpace.com

