Lulu Enterprises, Inc. v. N-F Newsite, LLC et al Doc. 84 Att. 2

TySpace.com



## Wii-eeeeeee

Posted by **Tyler** on August 26, 2007 ☐ Comments(0)

From Brian's Wii.

## No Chance.

Posted by **Tyler** on August 25, 2007 ☐ Comments(1)

Today after cutting down a few trees (manly, I know) I went for a ride up Palomar Mountain.



View Larger Map

This was probably one of the best rides I've had. I'm still trying to drag my knee around turns. Well, this was my first outing trying to anyway. Even though I have years of motorcycle experience I've only recently bought a full leather suit. So, it's going to take some time before I can lay my knee down while riding. 😊

The reason for the title? I was riding back towards Ramona on Old Julian Hwy and I slaughtered a bird. It flew right into my face. There was blood EVERYWHERE! I just spent the last 30 minutes scrubbing the blood off my jacket, pants and motorcycle. I was running about 120mph, hence the bird no chance. I feel bad. But I'm not dead so I don't feel too bad. But I wouldn't feel bad if I was dead. Think about it.

## 2009 Camaro

Posted by **Tyler** on August 17, 2007 ☐ Comments(2)

Dockets.Justia.com

TySpace.com












### First Post!

Posted by **Tyler** on August 17, 2007  ☐ **Comments(0)**

Welcome,

TySpace.com Page 6 of 6

This is my new layout. More will come.

Find

## Pages

- About
- Calendar
- Portfolio
- Project Phoenix
    - Brainstorming
    - Tasks and Deadlines
    - Timeline
- Ron Paul 2008

## Blogroll

- MySpace
- PlanetBob
- PolyGans



## Archives

- September 2007
- August 2007

## Meta

- Register
- Login
- Entries RSS
- Comments RSS
- WordPress.org

Copyright © 2006 TySpace.com
Powered by WordPress | Designed by Stephen Reinhardt

WHOIS domain registration information results for tyspace.com from Network Solutions                                Page 1 of 3



**NetworkSolutions.**

Login                    Customer Service            Your cart is empty
                         Call us toll free

## WHOIS Search Results

Available **tyspace** extensions:

| .org | .us | .mobi | .info | .biz | .de | .tv | .eu | .bz |
|------|-----|-------|-------|------|-----|-----|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[ Order Selected Domain(s) ]



**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

[ Go ]

### WHOIS Record For



**tyspace.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
[ Learn More ]

```
This WHOIS database is provided for information purposes only. We do
not guarantee the accuracy of this data. The following uses of this
system are expressly prohibited: (1) use of this system for unlawful
purposes; (2) use of this system to collect information used in the
mass transmission of unsolicited commercial messages in any medium;
(3) use of high volume, automated, electronic processes against this
database. By submitting this query, you agree to abide by this
policy.

Registrant:
   Paper Street Soap Company
   1537 Paper St
   Wilmington, DE 19802
   US

   Domain Name: TYSPACE.COM

   Administrative Contact, Technical Contact, Zone Contact:
      Paper Street Soap Company
      Tyler Durden
      1537 Paper St
      Wilmington, DE 19802
```

WHOIS domain registration information results for tyspace.com from Network Solutions — Page 2 of 3

US
(288)555-0153
tyler@tyspace.com

Domain created on 20-Sep-2005
Domain expires on 19-Sep-2008
Last updated on 19-Sep-2007

Domain servers in listed order:

NS1.TIERRA.NET
NS2.TIERRA.NET

TierraNet -- web hosting, domain registration, and more.
Visit our website at http://www.tierra.net to learn about our services.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | DOMAINDISCOVER |
| IP Address: | 209.240.131.103 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-SAN DIEGO |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 26-Mar-2007 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for tyspace.com from Network Solutions    Page 3 of 3



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee

Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

orkut - login                                                                                   Page 1 of 1

Sign in to orkut with your
**Google Account**

# orkut

Email: _____
Password: _____

☐ Remember me on this computer.

Do not use on public computers. [?]

[ Sign in ]

**Connect** with friends and family using scraps and instant messaging
**Discover** new people through friends of friends and communities
**Share** your videos, pictures, and passions all in one place

I cannot access my account

Not a member yet?
**JOIN NOW**

©2007 Google - About Orkut - Safety Center - Privacy - Terms