WHOIS domain registration information results for orkut.com from Network Solutions     Page 1 of 3



Login     Customer Service / Call us toll free     Your cart is empty

## WHOIS Search Results

**WHOIS Record For**

**orkut.com**

Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- SSL Certificates - Get peace of mind with a secure certificate.



**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

VIEW Webinar    Go

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. **Download** our *Guide to Getting Found Online* now.

```
MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
-----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. MarkMonitor.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
     Google Inc.
     (DOM-439093)
     Please contact contact-admin@google.com
     1600 Amphitheatre Parkway
     Mountain View
     CA
     94043
     US

Domain Name: orkut.com

     Registrar Name: Markmonitor.com
```

WHOIS domain registration information results for orkut.com from Network Solutions        Page 2 of 3

```
        Registrar Whois: whois.markmonitor.com
        Registrar Homepage: http://www.markmonitor.com

Administrative Contact:
        DNS Admin
        (NIC-14290820)
        Google Inc.
        1600 Amphitheatre Parkway
        Mountain View
        CA
        94043
        US
        dns-admin@google.com
        +1.6506234000
        Fax- +1.6506188571
Technical Contact, Zone Contact:
        DNS Admin
        (NIC-1467103)
        Google Inc.
        1600 Amphitheatre Parkway
        Mountain View
        CA
        94043
        US
        dns-admin@google.com
        +1.6502530000
        Fax- +1.6506188571

Created on..............: 2002-Dec-08.
Expires on..............: 2013-Dec-08.
Record last updated on..: 2006-Dec-29 18:46:37.

Domain servers in listed order:

NS1.GOOGLE.COM
NS2.GOOGLE.COM
NS3.GOOGLE.COM
NS4.GOOGLE.COM
```

MarkMonitor.com - The Leader in Corporate Domain Management
--------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
--------------------------------------------------

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:**    MARKMONITOR INC.



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
&#9673; Domain Name

WHOIS domain registration information results for orkut.com from Network Solutions        Page 3 of 3

| | |
|---|---|
| IP Address: | 72.14.209.85 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-MOUNTAIN VIEW |
| Record Type: | Domain Name |
| Server Type: | Other 1 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 23-Nov-2006 |

○ NIC Handle
○ IP Address

[Search]



Need to get your business online?
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
[Go]



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
[Go]

  

© Copyright 2007 Network Solutions. All rights reserved.

Корпорация ИРКУТ :: Главная :: Приветствие                                                                 Page 1 of 2





русский    english    карта сайта    версия для печати                                          расширенный поиск

Вакансии

### Добро пожаловать на сайт Корпорации ИРКУТ

Корпорация «Иркут» занимает лидирующие позиции среди российских авиастроительных предприятий, и представляет собой вертикально-интегрированный холдинг, деятельность которого направлена на проектирование, производство, реализацию и послепродажное обслуживание авиационной техники военного и гражданского назначения.

Корпорация объединила ведущих отечественных производителей и разработчиков в области авиастроения — ОАО Иркутское Авиационное Производственное Объединение, Таганрогский Авиационный Научно-Технический Комплекс им. Г. М. Бериева, ОАО "ОКБ им. А.С.Яковлева", ЗАО «БЕТА ИР», ЗАО ОКБ «Русская Авионика» и т. д.

На предприятиях Корпорации «Иркут» трудятся свыше 14 тысяч человек, которые разрабатывают и выпускают широкий спектр высокотехнологичной продукции. В настоящее время портфель заказов составляет свыше 4,6 млрд. долларов, при этом в 2006 году объем поставок превысил 832 млн. долларов. На сегодняшний день наиболее значимыми являются программы многоцелевого боевого самолета Су-30МК и многофункционального самолета-амфибии Бе-200.

Поставив главной целью своей деятельности развитие отечественного гражданского и военного авиастроения, Корпорация «Иркут» следует стратегии диверсифицированного роста. Большое внимание уделяется развитию собственных гражданских программ, при этом, планируется, что через десять лет доля гражданской техники вырастет с 13% в 2003 году до 45%.

Опираясь на новейшие технологии и накопленный опыт разработки и производства авиационной техники, Корпорация «Иркут» успешно развивает долгосрочное сотрудничество с партнерами на российском и международном рынках.

**НОВОСТИ КОРПОРАЦИИ:**

**05.09.07**
Сегодня главком ВВС России генерал-полковник А.Зелин совершил инспекционный полет на самолете Як-130 Подробнее...

**15.08.07**
На авиасалоне «МАКС-2007» Корпорация «Иркут» продемонстрирует свои как уже получившие признание, так и новейшие разработки в области военной и гражданской авиации Подробнее...

**25.06.07**
25 июня 2007 г. состоялось Годовое общее собрание акционеров и заседание Совета директоров ОАО «Корпорация «Иркут» Подробнее...

Архив пресс-релизов

© Copyright 2004 Корпорация «ИРКУТ»
125315, Россия, г. Москва, Ленинградский проспект 68, стр. 1
Тел./факс: +7 (495) 777-21-01, e-mail: inbox@irkut.com

Разработка сайта: РБК СОФТ