Lulu Enterprises, Inc. v. N-F Newsite, LLC et al    Doc. 85 Att. 2
Case 5:07-cv-00347-D   Document 85-3   Filed 10/09/2007   Page 1 of 2

# EXHIBIT 2

Dockets.Justia.com

Case 5:07-cv-00347-D    Document 85-3    Filed 10/09/2007    Page 2 of 2

RE: story about us and the company that sounds a lot like us...

**Subject:** RE: story about us and the company that sounds a lot like us...
**From:** "Rob Katz" <rkatz@lulu.com>
**Date:** Thu, 6 Sep 2007 06:51:32 -0400
**To:** <rfy@lulu.com>, "'Gail Jordan'" <gjordan@lulu.com>
**CC:** "'cdean'" <cdean@lulu.com>, "'scarter'" <scarter@lulu.com>, "'Lauren Parker'" <lparker@lulu.com>, "'cleed'" <cleed@lulu.com>, "'will'" <will@pagetbaker.com>

Also, Arrington did write the follow up to his Swahili translation:

Lulu To Hulu: Cease And Desist
http://www.techcrunch.com/2007/09/05/lulu-to-hulu-cease-and-desist/


-----Original Message-----
From: Bob Young [mailto:rfy@lulu.com]
Sent: Thursday, September 06, 2007 6:49 AM
To: Gail Jordan
Cc: cdean; rkatz; scarter; Lauren Parker; cleed; will
Subject: Re: story about us and the company that sounds a lot like us...


Seems like this story may have legs after all.


Gail Jordan wrote:
> All:
>
> In this hit they call it "maybe the best story of the year - maybe the
> best story ever..."
>
> http://mashable.com/2007/09/05/hulu-lulu/
>
> this ran on CNET:
>
> http://news.com.com/8301-10784_3-9772407-7.html
>
> Gail
>
> Gail Jordan
> Director of Public Relations
> Lulu.com
> 860 Aviation Parkway
> Suite 300
> Morrisville, NC 27560
> (919) 447-3290
> (919) 723-8632 - cell

LULU 020794
CONFIDENTIAL