# EXHIBIT 3

**Subject:** Meeting Notes
**From:** Sheila Carter <scarter@lulu.com>
**Date:** Fri, 14 Sep 2007 10:56:05 -0400
**To:** Annie Broadwater <abroadwater@lulu.com>

## PR

Legal activity garnered 110 US press hits since it was released

Lulu to be on View From The Bay a live San Francisco daytime talk show hosted by Spencer Christian targeting women 30-55 scheduled October 1
Gail will be on the show promote the new design and function

## TARGETED MARKETING EMAIL

1) Email to first photobook creators using Lulu Studio
237 attempted sends
232 e-mails were delivered
92 were opened
42 people completed the survey

2) September Newsletter (external) out today

3) Targeted opt in e-mail out today for release #22

## FORUM POST MESSAGE RE: HULU

The first communication threads re: Hulu appeared on Tuesday of this week and while fairly innocuous, it is the concensus of Communications and the site administrtaor Adam Guida, to remove any conversation regarding this issue primarily because any comments from the forum may be used against Lulu. Further, since Lulu has been advised that legally, we should refrain from promoting comments on this situation, that would naturally extend to any of our communication channels.

Following is the posted message that will greet users. It has been reviewed and approved by our attorneys:

"Due to pending litigation, Lulu is temporarily suspending forum conversation regarding our recently filed lawsuit against Hulu. This means that any further forum posts on the subject will be deleted. It is important that we do not
jeopardize our goal of protecting our more than one million registered users and the company we have built into one of the most popular sites on the Internet. We thank you for your understanding."

## PHONE MESSAGING UPDATED W/O 9-3-07

LULU 022509
CONFIDENTIAL