# EXHIBIT 4

**Subject:** Lawsuit coverage - CNET and ZDNet
**From:** "Ken Peters (US)" <KenP@Text100.com>
**Date:** Wed, 5 Sep 2007 22:37:48 -0400
**To:** <gjordan@lulu.com>, <lparker@lulu.com>, <scarter@lulu.com>
**CC:** "#NA Lulu" <#NALulu@Text100.com>

Hi all,

Two pieces of coverage related to the lawsuit posted this evening, from CNET and ZDNet.

- Stephanie Olsen from **CNET.com** wrote about the lawsuit in the CNET NewsBlog, including a quote from Bob pulled from the release. She takes a humorous approach to it, and also mentions that there is a rumor circulating that Hulu.com took the domain name from a small family.
- Dan Farber from **ZDNet** also posted about the lawsuit on his Between the Lines blog. Dan decided to pull directly from the pitch that we sent out, and unfortunately quoted "Lulu's Ken Peters, standing in for Lulu CEO Bob Young." Dan must have gotten the pitch from Caroline McCarthy, who is on vacation and must have had her email forwarded to her colleagues. The good news is Dan does exactly what we were hoping, which is to seed the confusion story, posting screen grabs of Lulu.com and Hulu.com to let the reader decide if it is confusing.

We'll keep on the lookout for additional coverage, and may want to reach out to each of these reporters to look for opportunities for them to write more in-depth pieces tomorrow.

Best,

KP and team




http://news.com.com/8301-10784_3-9772407-7.html?tag=blog.1

September 5, 2007 5:54 PM PDT

# Battle of the ulu.com's: Lulu.com vs. Hulu.com

Posted by Stefanie Olsen

This case that could surely elicit some giggles from the rhyme police. Lulu.com said Wednesday that it has filed suit against Hulu.com for trademark infringement on the grounds that the two names and business models are too similar and will create confusion in the market.

Lulu.com, a service that lets members publish, print and sell their own books, has been around for five years, according to the company. Hulu.com is a joint digital video partnership between NBC Universal and News Corp., whose corporate entity N-F Newsite announced the name last week. The lawsuit, filed Wednesday in U.S. District Court in North Carolina, charges N-F Newsite with trademark infringement, unfair and deceptive trade practices, and federal cyberpiracy.

"We have spent more than five years and tens of millions of dollars in investment successfully building the Lulu brand and website into a place for millions of creators and consumers to publish, buy, sell and manage digital content," Lulu CEO Bob Young said in a statement.

According to gossip site Valleywag, News Corp. took over the domain Hulu.com from a small family that used the site for posting family photos.

LULU 020727
CONFIDENTIAL

http://blogs.zdnet.com/BTL/?p=6140

September 5th, 2007

**Lulu wants to meet Hulu in Sulu court**

*Posted by Dan Farber @ 4:55 pm*

As you might recall, NBC Universal and News Corp. announced last week that it would call its well funded, fledgling content distribution service Hulu.com (which ironically means "cease and desist" in Swahili). Now Lulu.com, which calls itself the "premiere marketplace for new digital content on the Web" wants to sue Hulu for name similarity infringement. Here is the salient part of the note from Lulu's Ken Peters, standing in for Lulu founder Robert Young, also a founder of Red Hat:

As you may know, the previously unnamed joint venture for digital content distribution between NBC Universal and News Corp. announced last week that it would call itself Hulu.com. Because of their obvious similarities, the name Hulu.com presents a serious threat to the brand that Lulu.com has worked to build over the past five years.

Lulu.com has filed for an injunction against Hulu.com to prevent it from continuing to use the Hulu.com name. The lawsuit seeks only for Hulu.com to stop using the name to avoid confusion in the marketplace between these two digital content platforms, especially for the more than 1.2 million Lulu.com customers.

Because of their obvious similarities, the name Hulu.com presents a serious threat to the brand that Lulu.com has worked to build over the past five years. The lawsuit seeks only for Hulu.com to stop using the name to avoid confusion in the marketplace between these two digital content platforms, especially for the more than 1.2 million Lulu.com customers.

Here are the two sites. Are you confused? Hulu, Lulu, Zulu, Culu, Vulu and of course Sulu.

[lulu.jpg]

[hulu.jpg]

LULU 020728
CONFIDENTIAL