# EXHIBIT 5

LULU 022964
ATTORNEYS' EYES ONLY



EXHIBIT 115
Young 10-5-07
tabbies

| | 2002 QTY Sold | 2002 Lulu Revenue | 2003 QTY Sold | 2003 Lulu Revenue | 2004 QTY Sold | 2004 Lulu Revenue | 2005 QTY Sold | 2005 Lulu Revenue | 2006 QTY Sold | 2006 Lulu Revenue | 2007 thru 9/23 QTY Sold | 2007 thru 9/23 Lulu Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Art Print | | | | | | | | | | | 110 | $1,653.88 |
| Audio Media | | | 39 | $226.82 | 41 | $240.48 | 675 | $2,767.58 | 4212 | $20,372.99 | 3959 | $22,519.13 |
| Brochure | | | | | | | | | | | | |
| Browser | | | 42 | $69.08 | 17 | $20.14 | | | | | | |
| Browser-Free | 1 | 0 | 1579 | $0.00 | 738 | $0.00 | 10 | $0.00 | | | | |
| Catalog | | | | | 10 | $121.80 | 7 | $87.96 | | | | |
| Compact disc | 1 | 5 | | | | | 2017 | $11,650.96 | 7512 | $44,350.61 | 7594 | $47,387.42 |
| Digital video disc | | | | | | | 247 | $1,867.28 | 1292 | $10,972.71 | 2033 | $18,076.83 |
| Distribution | | | 401 | $20,887.00 | 1504 | $107,018.66 | 6941 | $373,903.00 | 7785 | $560,082.79 | 5812 | $533,420.80 |
| Distribution- Free | | | | | | | | | 6146 | $0.00 | 4578 | $0.00 |
| Download | | | 1801 | $4,217.63 | 7136 | $20,165.55 | 26768 | $63,293.65 | 74815 | $163,154.58 | 77189 | $187,808.61 |
| Download- Free | | | 6117 | $0.00 | 53102 | $0.00 | 121240 | $0.00 | 181027 | $0.00 | 203050 | $0.00 |
| Hardcover Book | | | | | | | 1153 | $21,619.63 | 31133 | $696,651.81 | 55825 | $1,249,068.90 |
| LuluStudio Photo Book | | | | | | | | | | | 322 | $7,216.74 |
| Multimedia | | | 5 | $34.99 | | | | | | | | |
| Paperback Book | 10 | 171.93 | 7893 | $71,286.22 | 60130 | $507,111.63 | 332157 | $3,012,900.21 | 863751 | $7811303.72 | 973278 | $8,968,132.56 |
| Photobook | | | | | | | | | 2260 | $28,303.27 | 11737 | $149,858.02 |
| Premium Calendar | | | | | 22 | $288.30 | 1300 | $24,593.32 | 4902 | $93,938.51 | 11589 | $31,430.10 |
| Retail Print-Hardcover Book | | | 367 | $4,762.23 | 6945 | $89,032.64 | 56455 | $569,914.79 | 114750 | $1,401,816.70 | 99087 | $47,031.08 |
| Retail Print-Paperback Book | | | | | 18 | $127.00 | | | | | | $1,293,246.49 |
| Software | | | 1013 | $10,885.51 | 8985 | $89,510.52 | 20603 | $228,208.56 | 30145 | $334,465.22 | 10503 | $119,028.26 |
| Standard calendar | | | | | | | 924 | $10,661.38 | 4584 | $40,866.56 | 4229 | $38,860.19 |
| Services | | | | | | | 556 | $0.00 | 486 | $0.00 | 1893 | $0.00 |
| Services-Free | | | | | | | 109 | $1,183.55 | 72 | $720.56 | 7 | $93.31 |
| Swag | | | | | | | | | | | | |
| Total | 12 | $176.93 | 19257 | $112,369.48 | 138648 | $813,636.72 | 571162 | $4,322,651.87 | 1334872 | $11,207,000.03 | 1463772 | $12,714,832.32 |