# EXHIBIT 6

Lulu.com
New Site Design/Persuasion Architecture Creative Brief – U.S.
Date: 3.21.07

Objective:
The purpose of the site redesign is to create a persuasive architecture where the visitor is persuaded to do something on Lulu.com, be it buy a product, publish something or join a community. The result for the visitor should ultimately make them happy while also leading them to where we would like them to go on the site. Persuasion arcitecture should not force or dissuade the visitor to do something they don't want to do or lead them down a path that makes them frustrated, thus it is important that we know our users. The naviagation, copy, design and structure of the site should be easy to use and effective for both the visitor and Lulu.com.

What do our users currently think?
Many of our current users are having trouble getting through the site. An alarming number of users are starting projects and not finishing them. Many users may also not be aware of all the products and offerings available on Lulu.com.sunbk

What would we like them to think?
We would like all of our users to think that Lulu.com is easy to navigate and they can always find what they are looking for and easily produce the project they want to create without a commitment.

Target Segments:

Authors/Creators
Anyone looking to create, publish or sell something they have written or produced. Lulu authors vary in age and demographic from child authors to adults. This segment takes their work seriously and are self-reliant when it comes to the publishing and selling process. They are familiar with the internet and the online marketplace. Lulu's most successful authors are those selling non-fiction guides, tutorials, reference works, history/biography or self-help books. Technology authors are the most succesful, followed by business authors.
*Products of interest: soft cover books, hard cover books (case wrapped & dust jacket), CDs, DVDs, portfolio books, comics, calendars, dissertations, cookbooks, framed art, ebooks*

Businesses
This segment includes two audiences:
    Small/Med Business
    Decision makers (mid-level managers to CEOs) looking for a simple, efficient and one-stop solution for pitch books, product manuals and color brochures. They are comfortable with the self-service technology and are attracted to ability to print low quanities on demand.
    Global Corporations/Large Business
    Businesses looking to utilize global fulfillment and distribution network for sophisticated, timely and high-value communications with their markets. Like SMB they are interested in a simple and efficient solutions for products like manuals and technical guides. Large businesses may also be interested in utilizing the commerce and publishing API services through Lulu. They will be less interested in using Lulu as a printer for brochures and corporate identity.
*Products of interest: manuals, proposals, presentations, brochures, ebooks, corporate calendars, portfolios books, CDs, DVDs*
*Services: global fulfillment, themed storefronts and checkouts, shipping, short run and long run printing capabilities*

EXHIBIT
117
Young 10-5-07
tabbies
LULU 019635
ATTORNEYS' EYES ONLY

### Nonprofits
This segment includes churches, schools, associations and charitable organizations. Much like SMB this segment is comfortable with the self-service technology and is looking for a simple solution for directories, fundraising materials (cookbooks, memory books), yearbooks and brochures. This segment is attracted to a low-cost solution that allows them to maximize donations and contribustions, as well as the ability to customize projects and have fast turnaround with print-on-demand.
*Products of interest: calendars, yearbooks, directories, memory books, soft and hard cover books, CDs, DVDs, ebooks, cookbooks, brochures*
*Services: storefronts, fundraising ideas*

### Educators
This segment includes those in the academic or training fields looking to publish instructional materials such as text books, manuals, handbooks and tutorials in book format and digital format (download, CD/DVD). They are attracted to the free publishing and low cost and timely print-on-demand solutions as well as themed storefronts to manage their products.
*Products of interest: text books, training manuals, course outlines, dissertations/theories, training CDs, DVDs, presentations, soft and hard cover books, image books, memory books, yearbooks, out-of-print*

### Fun with Photos
This segment includes casual photographers looking to do something with their digital images, be it a photo book, calendar or framed art. This group is primarily women, yet does not exclude men, that desire to memorialize events in a creative way. They often will want to utilize Lulu product for personal use and will be less interested in selling to the public.
*Products of interest: photo books, memory books, framed art, posters, images, portfolios, calendars, planners*

### Rights and Content Holders (Partner with Lulu)
This is the only segment that will be less interested in Lulu services and more interested in a Lulu partnership. It inlcudes websites or digital content businesses looking to partner with Lulu to expand their market as well as incrementally monetize their content or site via Lulu's global marketplace and fulfillment capabilities. Unlike other segment pages on the site, the goal will be to have interested rights and content holders to contact a Lulu sales representative.
*Services of interest: Commerce API, Publishing API, Monetize on out-of-print, out of circulation CDs, DVDs, licensed and user generated content*

What is the single most persuasive message we want to convey with the site and with all segments?
Lulu.com is THE community platform for users to create, buy, sell and control digital content on demand easily and efficiently.

What supports our message?
Lulu.com is the leader in the industry attracting more than 800,000 registered users. From September to December 2006, Lulu.com had over 175,000 new accounts opened, over 183,500 carts closed, nearly 42,000 newly-published items and over 436,000 items sold.

What should be the overall tone and personality of the site?
Professional, friendly, inviting, smart. Language should use less calls-to-action and more persuasive language. See article:
http://www.digital-web.com/articles/persuasive_navigation/

LULU 019636
ATTORNEYS' EYES ONLY