WHOIS domain registration information results for irkut.com from Network Solutions     Page 1 of 3



| Login | Customer Service<br>Call us toll free | Your cart is empty |
|---|---|---|

## WHOIS Search Results

Available **irkut** extensions:   .us   .mobi   .biz   .de   .tv   .eu   .bz

[ Order Selected Domain(s) ]

### WHOIS Record For



**irkut.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Learn How To
**Build a Successful ONLINE STORE**
FREE Webinar
from QuickBooks® & Network Solutions®

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
[ Learn More ]

```
=-=-=-=
Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: IRKUT.COM

Registrant Contact:
   JSC "Scientific Production Corporation "IRKUT"
   Sergey Komshin (dit@irkut.com)
   +7.4957772101
   Fax: +7.4957772101
   68 Leningradskiy Prospect
   P.O. box 88
   Moscow,  125315
   RU

Administrative Contact:
   JSC "Scientific Production Corporation "IRKUT"
   Sergey Komshin (dit@irkut.com)
   +7.4957772101
```

WHOIS domain registration information results for irkut.com from Network Solutions                               Page 2 of 3

```
Fax: +7.4957772101
68 Leningradskiy Prospect
P.O. box 88
Moscow, 125315
RU

Technical Contact:
   Corbina telecom
   Dmitry Malov (admin@corbina.net)
   +7.0957284000
   Fax: +7.0957284002
   Ryazansky prostpect, 30/15, 707
   Moscow, 109428
   RU

Status: Locked

Name Servers:
   dns1.corbina.net
   dns2.corbina.net

Creation date: 14 Mar 2002 09:21:52
Expiration date: 14 Mar 2008 00:00:00
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.
```

Show underlying registry data for this record



| Current Registrar: | ENOM, INC. |
| --- | --- |
| IP Address: | 80.68.246.77 (ARIN & RIPE IP search) |
| IP Location: | RU(RUSSIAN FEDERATION)-MOSKVA-MOSCOW |
| Record Type: | Domain Name |
| Server Type: | Other 0 |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
  ◉ Domain Name

WHOIS domain registration information results for irkut.com from Network Solutions                    Page 3 of 3

| | |
|---|---|
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 3 |
| Data as of: | 14-Nov-2006 |

○ NIC Handle
○ IP Address



 Need to get your business online?
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
 Go

 PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

  

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=irkut.com                    9/20/2007



WHOIS domain registration information results for erkut.com from Network Solutions  Page 1 of 3



| Login | Customer Service<br>Call us toll free | Your cart is empty |

## WHOIS Search Results



Available **erkut** extensions:

| .us | .mobi | .tv | .co.uk | .bz |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

[Order Selected Domain(s)]

**Discover a New Audience!**

Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

VIEW Webinar    Go

### WHOIS Record For



**erkut.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
[Learn More]

Search Engines
TOP SECRET

The Data in THE NAMEIT CORPORATION WHOIS database is provided by THE NAMEIT CORPORATION for information purposes, and to assist persons in obtaining information about or related to a domain name registration record. THE NAMEIT CORPORATION does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this Data only for lawful purposes and that, under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam); or (2) enable high volume, automated, electronic processes that apply to THE NAMEIT CORPORATION (or its systems).

THE NAMEIT CORPORATION reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain Name:      erkut.com
Registrar:        THE NAME IT CORPORATION DBA NAMESERVICES.NET

Registrant Contact

Name:         erkut   ipek
Address:   1.Levent

WHOIS domain registration information results for erkut.com from Network Solutions                               Page 2 of 3



```
                        istanbul, TR  34340
                        TR

Email Address:          erkut@superonline.com
Phone Number:           (009)021-22830404
Fax Number: (009)021-22837770

Administrative Contact

Name:                   erkut   ipek
Address:     1.Levent
                        istanbul, TR  34340
                        TR

Email Address:          erkut@superonline.com
Phone Number:           (009)021-22830404
Fax Number: (009)021-22837770

Technical Contact

Name:                   erkut   ipek
Address:     1.Levent
                        istanbul, TR  34340
                        TR

Email Address:          erkut@superonline.com
Phone Number:           (009)021-22830404
Fax Number: (009)021-22837770

Record Created on........ 1999-11-24 14:20:56.000
Record last updated on... 2007-05-12 18:18:58.000
Expire on................ 2008-11-24 03:53:31.535

Domain servers in listed order:

             ns2.selfservis.com
             ns.selfservis.com
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | THE NAME IT CORPORATION DBA NAMESERVICES.NET |
| IP Address: | 66.227.124.2 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-PENNSYLVANIA-EXTON |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | ok |
| Web Site Status: | Active |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

| | | |
|---|---|---|
| DMOZ | no listings | |
| Y! Directory: | see listings | |
| Secure: | No | |
| E-commerce: | No | |
| Traffic Ranking: | Not available | |
| Data as of: | 14-Jun-2005 | |

○ NIC Handle
○ IP Address




Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.