Lulu Enterprises, Inc. v. N-F Newsite, LLC et al    Doc. 86 Att. 1
Case 5:07-cv-00347-D   Document 86-2   Filed 10/09/2007   Page 1 of 6

Wikipedia                                                   Page 1 of 3

# WIKIPEDIA



**English**
*The Free Encyclopedia*
2 013 000+ articles

**Deutsch**
*Die freie Enzyklopädie*
640 000+ Artikel

**Français**
*L'encyclopédie libre*
558 000+ articles

**Polski**
*Wolna encyklopedia*
425 000+ haseł

**日本語**
フリー百科事典
413 000+ 記事

**Nederlands**
*De vrije encyclopedie*
352 000+ artikelen

**Italiano**
*L'enciclopedia libera*
348 000+ voci

**Português**
*A enciclopédia livre*
285 000+ artigos

**Español**
*La enciclopedia libre*
278 000+ artículos

**Svenska**
*Den fria encyklopedin*
250 000+ artiklar

Search • Suche • Rechercher • Szukaj • 検索 • Zoeken
Ricerca • Busca • Buscar • Sök • Поиск • 搜索 • Søk • Haku • Suk

[ English ]  [ > ]

---

100 000+

Deutsch • English • Español • Français • Italiano • Nederlands • 日本語 • Norsk (bokmål) •
Polski • Português • Русский • Suomi • Svenska • Volapük • 中文

10 000+

العربية • Azərbaycan / آذربایجان دیلی • বাংলা • বিষ্ণুপ্রিয়া মণিপুরী • Bosanski • Brezhoneg •
Български • Català • Česky • Cymraeg • Dansk • Eesti • Ελληνικά • Simple English •
Esperanto • Euskara • فارسی • Galego • 한국어 • हिन्दी • Hrvatski • Ido • Bahasa Indonesia •

http://www.wikipedia.org/                                    9/20/2007



Login    Customer Service    Your cart is empty
         Call us toll free

# WHOIS Search Results

**WHOIS Record For**



**wikipedia.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Learn How To
**Build a Successful ONLINE STORE**
FREE Webinar
from QuickBooks® & Network Solutions®
REGISTER NOW



Choose Your Domain Name Provider Wisely and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More



The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Wikimedia Foundation, Inc.
200 2nd Avenue S. #358
Saint Petersburg, Florida 33701-4313
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: WIKIPEDIA.COM
   Created on: 12-Jan-01
   Expires on: 10-Jan-15



Last Updated on: 01-Mar-06

Administrative Contact:
Administrator, System  dns-admin@wikimedia.org
Wikimedia Foundation, Inc.
200 2nd Avenue S. #358
Saint Petersburg, Florida 33701-4313
United States
17272310101    Fax -- 17172580207

Technical Contact:
Administrator, System  dns-admin@wikimedia.org
Wikimedia Foundation, Inc.
200 2nd Avenue S. #358
Saint Petersburg, Florida 33701-4313
United States
17272310101    Fax -- 17172580207

Domain servers in listed order:
NS0.WIKIMEDIA.ORG
NS1.WIKIMEDIA.ORG
NS2.WIKIMEDIA.ORG

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar: GODADDY.COM, INC.
IP Address:        1.1.1.1 (ARIN & RIPE IP search)
IP Location:       -(-)
Record Type:       Domain Name
Server Type:       Apache
Lock Status:       clientDeleteProhibited
Web Site Status:   Active
DMOZ               no listings
Y! Directory:      see listings
Secure:            No
E-commerce:        No
Traffic Ranking:   2
Data as of:        19-Nov-2006

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
• Domain Name

WHOIS domain registration information results for wikipedia.com from Network Solutions — Page 3 of 3





Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





© Copyright 2007 Network Solutions. All rights reserved.

Hikipedia - a free database of hiking trails                                              Page 1 of 1

# Welcome to Hikipedia!

Welcome to Hikipedia - a free database of hiking trails built by the hiking community.

## Find the trails that fit your needs

Hikipedia's search engine let's you find the trails that fit your needs. For ideas of search criteria, take a look at the examples below:

- Look for trails that are within 150 miles from Seattle, WA
- Search for trails that you can hike in the current month
- Include only trails that aren't very difficult

## Prepare for your hike

Information stored on Hikipedia helps you prepare for your hike. On a trail description page you can quickly check the elevation gain, round trip length and trailhead location. You can see how other hikers voted for trail's difficulty and enjoyability. Integration with other websites gives you weather forecasts from AccuWeather, driving directions from Google, topo maps from MyTopo and nearby geocaches from GeoCaching.

To see what a trail description page looks like, you can ask Hikipedia to take you to a random trail.

## Share your hiking experience

Hikipedia costs nothing to use - we just ask you to consider sharing your hiking experience with other hikers using Hikipedia. Information you submit is explicitly placed in the public domain to make sure your contributions will benefit the hiking community without any legal restrictions.

There are quite a few ways to contribute:

- Tell others about Hikipedia
- Link to Hikipedia from your website
- Vote for trail difficulty, enjoyability and photos
- Add or improve information about existing trails
- Send a trail report from your hike
- Submit photos
- Submit a new trail

Over the last year, the database has grown from 71 to 183 trails (157.7% growth :-). The list of the most recently submitted trails is available on the statistics page. Thank you very much for your help in building Hikipedia!

Notice:
Traveling in the backcountry can be hazardous. You are responsible for informing yourself about these hazards and taking necessary precautions. Information on this web site comes from volunteer reporters and may contain errors or omissions. A current guidebook and proper equipment are essential for safe enjoyment of the hikes posted on this site.

WHOIS domain registration information results for hikipedia.com from Network Solutions        Page 1 of 3



Login        Customer Service        Your cart is empty
             Call us toll free

## WHOIS Search Results

Available **hikipedia** extensions:

| .us | .mobi | .biz | .de | .tv | .eu | .bz |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[ Order Selected Domain(s) ]


Let us take you to the top of major search engines!
Guaranteed top ten placement » Save Now!

### WHOIS Record For



**hikipedia.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. **Download** our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More



```
=-=-=-=
Visit AboutUs.org for more information about HIKIPEDIA.COM
AboutUs: HIKIPEDIA.COM

Registration Service Provided By: A2 Hosting, Inc.
Contact: domains@a2hosting.com
Visit: http://www.a2hosting.com

Domain name: HIKIPEDIA.COM

Registrant Contact:
   hikipedia.com
   Lukasz Anforowicz (ANFOROWICZ@YAHOO.COM)
   +1.4258853192
   Fax: +1.4258853192
   16604 NE 34th Ct. #RR202
   Redmond, WA 98052
   US

Administrative Contact:
   hikipedia.com
   Lukasz Anforowicz (ANFOROWICZ@YAHOO.COM)
```

http://www.networksolutions.com/whois/results.jsp?domain=hikipedia.com        9/20/2007