WHOIS domain registration information results for hikipedia.com from Network Solutions

Page 2 of 3



+1.4258853192
Fax: +1.4258853192
16604 NE 34th Ct. #RR202
Redmond, WA 98052
US

Technical Contact:
hikipedia.com
Lukasz Anforowicz (ANFOROWICZ@YAHOO.COM)
+1.4258853192
Fax: +1.4258853192
16604 NE 34th Ct. #RR202
Redmond, WA 98052
US

Status: Active

Name Servers:
ns1.hikipedia.com
ns2.hikipedia.com

Creation date: 19 Mar 2006 12:05:11
Expiration date: 19 Mar 2008 12:05:11
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 69.10.138.48 (ARIN & RIPE IP search) |
| IP Location: | CA(CANADA)-BRITISH COLUMBIA-KELOWNA |
| Record Type: | Domain Name |
| Server Type: | Other |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for hikipedia.com from Network Solutions                    Page 3 of 3

| | |
|---|---|
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | Twin Falls - a hiking trail in Washington |
| Meta Description: | Twin Falls - Watch water drop more than 100 feet through the Upper and Lower Fall. The trail goes along South Fork Snoqualmie river. You can hear the river roaring even from the beginning of the trail. ... |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 11-Oct-2006 |

○ NIC Handle
○ IP Address

Search


Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go


PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

  

© Copyright 2007 Network Solutions. All rights reserved.

Tikipedia - The World's Swankiest Website                                           Page 1 of 1



home | about tikipedia.com | contact us | site index

tikivision | tiki lounge | tikipedia | links

What's New in the Tikipedia                       New Poll Coming Soon

**Feature Article:**

The History of Tiki, Part 1 - The first in a series of articles about the evolution of Tiki culture in America.

**New Encyclopedia Entries**

- On the Beach at Waikiki
- Hula
- Henry Kailamai

**Link of the Week**

HulaPages.com has a numerous collection of Hawaiian sheet music covers from 1872 to 1949.

version 1.0, copyright © 2004, 2005
all content and images are property of jason britton.

WHOIS domain registration information results for tikipedia.com from Network Solutions            Page 1 of 3



Login         Customer Service          Your cart is empty
              Call us toll free

## WHOIS Search Results

Available **tikipedia** extensions:     .us   .mobi   .biz   .tv   .eu   .bz

[Order Selected Domain(s)]

### WHOIS Record For



**tikipedia.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Let us take you to the top of major search engines!
Guaranteed top ten placement »  Save Now!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More

The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:



```
Jason Britton
P.O. Box 1684
Vista, California 92083
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: TIKIPEDIA.COM
  Created on: 18-May-04
  Expires on: 17-May-09
  Last Updated on: 03-May-07

Administrative Contact:
  Britton, Jason  trader_mort@yahoo.com
  P.O. Box 1684
  Vista, California 92083
  United States
  7605896092    Fax --

Technical Contact:
  Britton, Jason  trader_mort@yahoo.com
  P.O. Box 1684
  Vista, California 92083
  United States
  7605896092    Fax --

Domain servers in listed order:
  WSC1.JOMAX.NET
  WSC2.JOMAX.NET
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | GODADDY.COM, INC. |
| IP Address: | 63.241.136.204 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-ARIZONA-PEORIA |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Tikipedia - The World's Swankiest Website |
| Meta Description: | Tikipedia - The world's swankiest website. |
| Meta Keywords: | tikipedia, jason britton, tiki, lounge, trader mort |
| Secure: | No |
| E-commerce: | No |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

| | |
|---|---|
| **Traffic Ranking:** Not available | ○ NIC Handle |
| **Data as of:** 07-Sep-2005 | ○ IP Address |

Search

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
Go

 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

  

© Copyright 2007 Network Solutions. All rights reserved.