Facebook | Welcome to Facebook!    Page 1 of 1

**Email:**

**Password:**

Log In

Forgot Password?



login  sign up  tour

Already a Member? **Login**

Facebook is a **social utility** that **connects you** with the people around you.

Everyone can use Facebook —  Sign Up

**upload photos** or **publish notes** • get the **latest news** from your friends • post videos on your profile • tag your friends • use **privacy settings** to control who sees your info • **join a network** to see people who live, study, or work around you

**Find your friends**    or **Search** by name: [_____] Search

More Search Options »

Facebook © 2007        about   developers   jobs   advertisers   polls   terms   privacy   help

http://www.facebook.com/    9/20/2007

Dockets.Justia.com

WHOIS domain registration information results for facebook.com from Network Solutions — Page 1 of 3



**NetworkSolutions.**

Login | Customer Service / Call us toll free | Your cart is empty

## WHOIS Search Results

**WHOIS Record For**



**facebook.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
Learn More

```
Registrant:
Facebook, Inc
156 University Ave, 3rd Floor
Palo Alto, CA 94301
US

Domain name: FACEBOOK.COM

Administrative Contact:
    Admin, Domain  domain@facebook.com
    156 University Ave, 3rd Floor
    Palo Alto, CA 94301
    US
    +1.6505434800   Fax: +1.6505434800

Technical Contact:
    Admin, Domain  domain@facebook.com
    156 University Ave, 3rd Floor
    Palo Alto, CA 94301
    US
    +1.6505434800   Fax: +1.6505434800

Registration Service Provider:
    Lysand LLC
    http://www.lysand.com/
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.
```

WHOIS domain registration information results for facebook.com from Network Solutions        Page 2 of 3

Registrar of Record: TUCOWS, INC.
Record last updated on 02-Aug-2007.
Record expires on 30-Mar-2010.
Record created on 29-Mar-1997.

Domain servers in listed order:
DNS04.SF2P.TFBNW.NET
DNS05.SF2P.TFBNW.NET
DNS1.SCTM.TFBNW.NET
DNS2.SCTM.TFBNW.NET

Domain status: clientTransferProhibited
              clientUpdateProhibited

The Data in the Tucows Registrar WHOIS database is provided to you by Tucows for information purposes only, and may be used to assist you in obtaining information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its accuracy.

By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass, unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record





**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
⦿ Domain Name

WHOIS domain registration information results for facebook.com from Network Solutions    Page 3 of 3

| | |
|---|---|
| Current Registrar: | TUCOWS INC. |
| IP Address: | 204.15.20.25 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-PALO ALTO |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 15 listings |
| Y! Directory: | see listings |
| Web Site Title: | Facebook | Welcome to Facebook! |
| Secure: | Yes |
| E-commerce: | Yes |
| Traffic Ranking: | 4 |
| Data as of: | 28-Nov-2006 |

○ NIC Handle
○ IP Address

[Search]



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
[Go]



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
[Go]

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



- how to start
- deposit options
- free cash
- big winners
- tips
- webmasters
- newsletter
- refer a friend
- bookmark us

▼ Free Contests
- $1,000,000 Gridiron Pick'em
- $1,500 Weekly Pick-n-Win
- Reels of Fortune
- Win $100,000 Smackers!
- Recent Winners

▼ Virtual Derby



Play Virtual Derby to win big! Just like real horse racing, you can research jockeys, trainers, horses and conditions before making your selection.

RaceBook.com brings you betting on your favorite thoroughbred and harness events from the comfort of home. To start betting now, join for free.



- Wide range of deposit options

- Full track odds on Win, Place and Show

- Exacta, Quinella, Trifecta, and other exotics at track odds up to 300 to 1

- Millions of dollars in bets paid out weekly

- Free contests everyday

- Sportsbook features 5% juice each Friday, If Bets, Buy Points, and 12-team Parlays

- Realistic web based and downloadable casino games

- Networked progressive jackpots mean huge casino payouts

- Most exciting and generous casino comp program online

▼ Place a Wager
- Aqueduct
- Arlington Park
- Belmont Park
- Churchill Downs
- Del Mar
- Delaware Park
- Delta Downs
- Gulfstream Park
- Hollywood Park
- Hoosier Park
- Keeneland
- Laurel Park
- Lone Star Park
- Meadowlands
- Monmouth Park
- Penn National
- Philadelphia Park
- Pimlico
- Remington Park
- Santa Anita
- Saratoga
- Woodbine
- Yonkers Raceway
- more tracks >>>

Privacy Policy | Terms of Use | About Us | Links

Gambling can be addictive. If you have a gambling problem visit Gamblers Anonymous.