# EXHIBIT 8

# Lulu Logo Guidelines

## Usage Guidelines
The following guidelines display the correct treatment of the Lulu.com logo in all forms. The logo should not be altered in any way.

**Color logo**
Whenever possible, the Lulu.com logo should appear with the following color values:

Blue: Pantone 2955C
Process:  C: 100%   M: 45%   Y: 0%   K: 37%

Orange: Pantone 144C
Process:  C: 0%   M: 48%   Y: 100%   K: 0%



**Color logo on blue or dark background**
Whenever possible, the Lulu.com logo should appear with the following color values:

Blue: Pantone 2955C
Process:  C: 100%   M: 45%   Y: 0%   K: 37%

Orange: Pantone 144C
Process:  C: 0%   M: 48%   Y: 100%   K: 0%




**Greyscale logo**
In cases where it is not possible to print in color, the logo may be reproduced in greyscale with the "halo" in a 40% screen of black.




**One color logo**
In cases where it is not possible to print in color or greyscale, the logo may alternatively be reproduced in one color solid black as shown.




**Knockout logo**
When printing on a solid black or dark background in one color, the logo may be use as knockout.




EXHIBIT 119
YOUNG 10·5·07

LULU 019654
ATTORNEYS' EYES ONLY