WHOIS domain registration information results for racebook.com from Network Solutions    Page 1 of 3



Login    Customer Service    Your cart is empty
         Call us toll free

## WHOIS Search Results

**WHOIS Record For**



racebook.com
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

VIEW Webinar    Go

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

The data in Ascio Technologies' WHOIS database is provided by Ascio Technologies for information purposes only. By submitting a WHOIS query, you agree that you will use this data only for lawful purpose. In addition, you agree not to use the data to:
(a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass, unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing registrations. Ascio Technologies reserves the right to modify these terms at any time. By accessing and using Ascio Technologies WHOIS information, you agree to these terms.

NOTE: FAILURE TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE AVAILABILITY OF A DOMAIN NAME.
Registrant:
  Buronomic Limited (BURONOMI150)
  Prespas 2, Lordos Central Crt, 3rd Floor, Flat/Office 301

  Nicosia, , 1082
  CY

  Domain name: racebook.com

Technical contact:
  Technical, Speednames (speednmtech)
  Speednames
  Islands Brygge 55



http://www.networksolutions.com/whois/results.jsp?domain=racebook.com    9/20/2007

Dockets.Justia.com

```
Copenhagen S, DK, 2300
DK
hostmaster@speednames.com
+45.33886300 Fax: +45.33886301

Administrative contact:
Administrator, Domain (DA9758)
Interactive Systems, Inc.
P.O. Box 3265

St. John's, , -
AG
domain_admin@worldgaming.com
+1.2684801650 Fax: +1.2684801656

Record created:      2003-07-30 11:34:32
Record last updated: 2007-08-22 13:26:18
Record expires:      2015-07-31 14:04:00

Domain servers in listed order:
  NS1.ASCIO.NET (ascions1)
  NS2.ASCIO.NET (ascions2)
  NS3.ASCIO.NET (ASCIONS3)
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | ASCIO TECHNOLOGIES, INC. |
| IP Address: | 209.200.153.3 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-FLORIDA-HOLLYWOOD |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | Horse Racing and Harness Race Betting at RaceBook.com |
| Meta Description: | RaceBook.com offers horse and harness race betting on popular tracks from around the world. Bet online from the comfort of your home. Full track odds on most bet types; many exotic bets available. |
| Meta Keywords: | racebook race-book horse racing horseracing horse race horserace harness racing harnessracing harness race harnessrace bet betting |
| Secure: | Yes |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for racebook.com from Network Solutions    Page 3 of 3

| | | |
|---|---|---|
| E-commerce: | Yes | |
| Traffic Ranking: | 4 | |
| Data as of: | 10-Sep-2006 | |

○ NIC Handle
○ IP Address





Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.





Login     Customer Service / Call us toll free     Your cart is empty

## WHOIS Search Results

**WHOIS Record For**



**ebay.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about EBAY.COM AboutUs: EBAY.COM

Make this info private

**Registrant:**
eBay Inc.
2145 Hamilton Avenue
San Jose, CA 95125
US

**Domain Name:** EBAY.COM

**Administrative Contact :**
Payable, Accounts
hostmaster@ebay.com
2145 E Hamilton
San Jose, CA 95125
US
Phone: 408 376 7400

**Technical Contact :**
Master, Host
hostmaster@ebay.com
2145 E Hamilton
San Jose, CA 95125
US
Phone: 408 376 7400

**SAVE over 70%**
when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

Go 

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.



WHOIS domain registration information results for ebay.com from Network Solutions       Page 2 of 3

Record expires on 03-Aug-2010
Record created on 04-Aug-1995
Database last updated on 27-Jun-2006

Domain servers in listed order:                                    Manage DNS

SJC-DNS1.EBAYDNS.COM
SJC-DNS2.EBAYDNS.COM
SMF-DNS1.EBAYDNS.COM
SMF-DNS2.EBAYDNS.COM

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 66.135.208.90 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-CAMPBELL |
| Record Type: | Domain Name |
| Server Type: | IIS 5 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | eBay |
| Secure: | Yes |
| E-commerce: | Yes |
| Traffic Ranking: | 4 |
| Data as of: | 28-Nov-2006 |



Search

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for ebay.com from Network Solutions                          Page 3 of 3

 NIC Handle
 IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

  

© Copyright 2007 Network Solutions. All rights reserved.