TBay.com Tampa Bay Guide "We Bring Tampa Bay To You!"sm

Page 1 of 3





We Bring Tampa Bay To You! sm

Tampa Bay Guide
Ybor City
Airports
Baylife
Shopping
Concerts NEW!
TampaBayHotels NEW!
Car Rentals
TBayDining
TBay Banking
Tampa History
Local Charities
Theme Parks
Art & Museums
Daily Comics
Bars & Clubs
TBay Canada
TBayMusic
Libraries
TBayGolf
Beaches
Movies
Sports
Parks
Zoos
Comments
Suggestions

**The Flip Side**
npr news
F.A.I.R.
Dubya
Notable Quotes
SmirkingChimp
Congress.org
Democracy Now!
AirAmericaRadio
InfoWars.com
WMNF 88.5 FM
Privacy Matters

**TBay Tools**
autodidactics
Technology

http://www.tbay.com/

**Tampa Bay Forecast**

| Wed | Thu | Fri |
|---|---|---|
| Hi 85F | Hi 89F | Hi 89F |
| Lo 71F | Lo 71F | Lo 71F |

www.weatherforyou.com
U.S. NATIONAL WEATHER SERVICE

**Tampa Bay Hotels** NEW!
Find great value and savings
Book your hotel online now.



Tampa area Hotel Deals NEW!



Tampa Bay Travel Guide

**Top News Stories**



US MILITARY DEATHS IN IRAQ

U.S. military deaths in Iraq at 3,616 AP

As of Monday, July 16, 2007, at least 3,616 members of the U.S. military have died since the beginning of the Iraq war in March 2003.

One of youngest U.S. soldiers killed

**TBay.com Things To Do** NEW!

**TBay CONCERTS**

Blues Traveler
Sun, 08/19/07
07:00 PM
State Theatre St Petersburg, FL

Def Leppard
Fri, 08/24/07
07:00 PM
Ford Amphitheatre At the Florida State Fairgrounds Tampa, FL



**Nunes At Night Band**

More Concerts



**Salvador Dali Museum**
1000 3RD ST S
St. Petersburg, FL 33701
(727) 823-3767

**Entertainment News**



Prince angers retailers by giving album away free
Reuters

Popper Plants Pot Problem E-online

**Local Interest** NEW!

Tampa Theatre 80th Anniversary



BALCONY-TO-BACKSTAGE TOURS OF TAMPA THEATRE
Tampa Theatre Web Site



Google Search

Looking for cheap gas?



TampaGasPrices.com

Tampa

9/19/2007

TBay.com Tampa Bay Guide "We Bring Tampa Bay To You!"sm                    Page 2 of 3

Web Hosting
Yellow Pages
White Pages
Maps & Directions


Advertising






NATIONAL DO NOT CALL REGISTRY

in Iraq buried Reuters

### Today's Commentary
by Jim Hightower



**SUPPORT OUR TROOPS**

Talk about bitter irony. George W wrapped himself in the flag and campaigned under a political theme of "support our troops"

< Full Story >



Imagine there's no countries, it isn't hard to do, nothing to kill or die for, and no religion too, Imagine all the people living life in peace.
**Notable Quotes**

### Ybor City



| A Historic Tampa Attraction | HENRY B. PLANT MUSEUM 1891 Tampa Bay Hotel A National Historic Landmark |

### Entertainment


Concerts
TBayDining
Bars & Clubs
Ybor City


**Movie Center**
Reviews, Showtime's, Trailers

**TBayDining**
**Seafood** NEW!
**Local Attractions & Theme Parks**
**Art & Museums**
**Local Beaches**
TBay Home
**Cooking Recipes**
**For the Holiday's** NEW!
**Pumpkin Pie**
**Cheese Cake**
**Red Velvet Cake**
**Lattice Apple Pie**
**Snicker Doodle**



To Build History Center Museum

Full Story

### Tampa Bay Charities

Change someone's Life For The Better!

**Learn More!**


dining
hispanic

| TBayBoating | TBayFishing |
|---|---|
| Boats 4 Sale | Fishing Guides |
| Boat Dealers | Pro Tips |
| Boat Products | Tackle Shops |

Brought to you by
**Probass**
The Complete Bass Fishing Resource


Certified CARPET CARE — A Full Service Company — Carpet Cleaning - Upholstery Cleaning — Grout - Tile & Pressure Cleaning — 813-907-7600 — CALL TODAY!


PHOTOS.COM >> see it. believe it. ROYALTY-FREE STOCK PHOTOS BY SUBSCRIPTION   LEARN MORE >>

HOME | COMMENTS | FAQ

 
Copyright © 1998-2007 [TBay, Inc]. All rights reserved.

http://www.tbay.com/                                    9/19/2007

TBay.com Tampa Bay Guide "We Bring Tampa Bay To You!"sm | Page 3 of 3

TBay ™

Designated trademarks and brands are the property of their respective owners.

Use of this Web site constitutes acceptance of the TBay User Agreement | Privacy Policy

Revised: July 17, 2007 .