WHOIS domain registration information results for tbay.com from Network Solutions     Page 1 of 3

# NetworkSolutions.

Login     Customer Service / Call us toll free     Your cart is empty

## WHOIS Search Results

Available **tbay** extensions:

.bz ☐

[ Order Selected Domain(s) ]

### WHOIS Record For



**tbay.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about TBAY.COM   AboutUs: TBAY.COM

**Registrant:**
Tillman, John **

ATTN: TBAY.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

**Domain Name:** TBAY.COM

**Administrative Contact :**
Tillman, John **
s37u85tv4fa@networksolutionsprivateregistration.com
ATTN: TBAY.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780



SAVE over 70% when you TRANSFER your domains to Network Solutions — your trusted domain name provider!
[ Go ]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
[ Learn More ]

**Technical Contact :**
Tillman, John **
s37u85tv4fa@networksolutionsprivateregistration.com
ATTN: TBAY.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

Record expires on 22-Jun-2011
Record created on 23-Jun-1998
Database last updated on 04-Oct-2006

| Domain servers in listed order: | Manage DNS |
|---|---|
| RS3.WPDCORP.COM | 69.93.109.66 |
| RS2.WPDCORP.COM | 209.163.250.11 |

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 209.61.184.28 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-TEXAS-SAN ANTONIO |
| Record Type: | Domain Name |
| Server Type: | IIS 5 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | TBay.com Tampa Bay Guide "We Bring Tampa Bay To You!"sm |
| Meta Description: | TBay.com Tampa Bay Travel Guide,local,entertainment,beaches,shopping,updated,concerts,dinning,banking,ybor city,YBOR,bars & clubs,charities,attractions,things to do,lotto |
| Meta | tampa bay,florida,TAMPA,TBay,ybor city,YBOR,updated,AP,reuters,concerts,bar & |

**think local.com**

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal

Search

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for tbay.com from Network Solutions           Page 3 of 3

| | |
|---|---|
| Keywords: | clubs,dining,notable quotes,Tampa Bay Travel Guide,lotto |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 0 |
| Data as of: | 19-Aug-2006 |

○ NIC Handle
○ IP Address



 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee


 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

  

© Copyright 2007 Network Solutions. All rights reserved.

BBay.com 3D Products Models, Meshes, Textures, Poses, Props, Characters, for Poser 4 Poser 5   Page 1 of 9



Home
What's On Sale?
Contact Info
Login
Shopping Cart
*** Search ***
BBay.com Help
What's New?

BBay.com has been providing top of the line
3D Poser content since 1998.

## What's New:

**ARTISTS**

**Libraries**
3DAll by Borus
Architect 3D
Basilone Studios
Belle's Big Ideas
BrainMuffin Studios
Byterunner 3D
Canary 3D
Chimera Ware
Club Z
Columbus Studios
Crowfoot Creations
Davo's Beyond Bent
Dee's Den
Digiport Design
Don Albert
Dreamcatcher GFX
Fantasy Creatures
Handspan Studios
Horizon Industries
InfraPop
Jim Burton's Digital
KandaceWright
Kawecki RK Dungeon
kTSIP Design
Maxx
NG Labs
Nightwind's Desires
Paul Hafeli
Penultimate Pad
Ravenhair
Sara Wendy Oliva
The Pose Club
Thorne Works
Wayward
Wicked Womyn
XXX Poser Dark Side

   **Libraries** added 8/06/05!    Club Z Retro Select products added 2/12/06!

   **Club Z Retro Cinderella Dress for Krystal**
Wait... your slipper!

   **Club Z Retro Male Face Mask**
Who is that behind the mask?

   **Digiport's Dragon of Burden Poses**
There's work to be done!



   **Club Z Retro Boots for Stephanie Petite (S3)**
Walkin' Boots!



Digiport@ Daz3D
Cyber-Fyber
Digiport Gallery
Digital Dreams
Crowfoot Creations
Website Family
Wedster
Mac Utilities

http://www.bbay.com/store/                                                             9/19/2007

BBay.com 3D Products Models, Meshes, Textures, Poses, Props, Characters, for Poser 4 Poser 5    Page 2 of 9

acne-treatment
airline-travel
aquarium
beauty-products
buying-a-computer
bster
buying-computers
car-buying
cheap-vacations
christmas
computer-buying
credit-card
dog-breeds
ebay
emergency
eye-surgery
finance
fitness
food-recipes
gardening-now
genealogy
golf
hd-tv
health-care
health-insurance
home-business
home-improvements
home-loan-mortgage
homesecurity
home-theater
internetmarketing
internetsecurity
landscaping-today
laser-eye-surgery
lasik-eye-surgery
lawns
marriage
migraine
motivational
online-dating
publicspeaking
real-estate-investor
rster
rose-gardening
search-engine
self-improvement
sports-car
stop-smoking
time-manage
vegetarian
voice-over-ip
webdesign
web-traffic
wedding-dress
weightloss
yoga-site


**Club Z Retro Floor Prop Textures**
Industrial strength!


**Albert's Werewolf Action for M2**
Stalking his next victim.... Happy Halloween!


**Albert's Wicked Witch Poses for Stephanie Petite (S3)**
This Witch is itchin' to fill your Halloween niche!


**Albert's Ancient Archery Action for V3 and M3**
The most comprehensive set of Archer poses available!


**Wayward's Nancy Nurse V3 M3 Poses Combo Pack**
Complete Set for V3 M3!


**Wayward's Nancy Nurse: Patient Rehab Poses**
for Victoria 3 & Michael 3!


**Wayward's Nancy Nurse: Medical Exams Poses**
for Victoria 3 & Michael 3!


**Club Z Retro VR Outfit for theFREAK**
Warrior Duds!

**Club Z Retro SW Room**
Futuristic Abode!

**Club Z Retro Young Teens MultiShirt**
Super Cool!

http://www.bbay.com/store/    9/19/2007