BBay.com 3D Products Models, Meshes, Textures, Poses, Props, Characters, for Poser 4 Poser 5    Page 3 of 9






**Albert's The Poser 3D Alphabet for V3 and M3**
Now Victoria 3 and Michael 3 can write and do math!



**Club Z Retro Floor Pack for Poser**
Surreal!



**Club Z Retro The Cor Set Props**
Dark spaces!



**Club Z Retro Netitia Textures for Stephanie Petite (S3)**
Awesome textures!



**Club Z Retro Netitia Character for Stephanie Petite (S3)**
A lovely character!



**Club Z Retro Rhiannon Travis Bed Expansion**
A cute kids bedroom feature!



**Club Z Retro IttyBitty Outfit for S3**
The absolute tinyest!



**Ravenhair's Simplicity for the V3 Greco-Roman Dress**
aka the V3 Mediterranean Dress and Wrap!

http://www.bbay.com/store/    9/19/2007


**Ravenhair's Borders and Trims Resource Kit**
35 high detailed objects to create trims and borders.


**Club Z Retro Travis Bed**
A great flexible bedroom addon!


**Club Z Retro LilTop for Stephanie Petite S3**
Conforming Teeny tiny top!


**Club Z Retro G-Set Props**
Elegant furnishings!


**Club Z Retro JC Pants for David (D3)**
Smart styling for David!


**Digiport's Koshini Cheerleader Poses**
Give me a K!


**Club Z Retro Mertail for Everyone**
Now they all can swim!


**Club Z Retro 50 Bump Maps for Poser**
Can be used in commercial packages!

**Club Z Retro Gowns for Victoria 3 and Stephanie Petite 3.0**
Lovely classic clothing!

**Club Z Retro MF Boots for PreTeen Millennium Boys/Girls**
Fits Boys and Girls!







**Digiport's Elusive Buck Poses**
He moves through his domain!



**Club Z Retro Room 1 Modular Set for Poser**
Unique circular glass frame!



**Club Z Retro Backpack for Assorted Characters**
Gotta have a place to put some "stuff"!



**Digiport's Unicorn Discovery Poses for the Millennium Foal**
An excited youngster!



**Club Z Retro Long Sleeved Shirt for Stephanie Petite 3.0**
Has a bunch of versatile additions!



**Club Z Retro Room 2 Modular Set**
Everything in this pack is modular!



**PClub Retro Millennium PT Boy Poses**
One for the Boys!



**Digiport's 'Girls Just Want To Have Fun' Poses for Koshini**
Koshini lets loose!

BBay.com 3D Products Models, Meshes, Textures, Poses, Props, Characters, for Poser 4 Poser 5 — Page 6 of 9


**Club Z Retro Underwear / Shorts for David (D3)**
A Great conforming underwear figure!


**Digiport's Young Teen Endless Summer Poses**
Two kids find happiness at Summer Camp!


**Albert's Rocketmen Action Poses for M3 and V3**
Join the Rocketeers!


**Club Z Retro Outfit for Millennium PreTeen**
A real gem!


**Xena's Elliandar Clothing 2 for V3 and M3**
Did the love of theirs take flight ...


**Xena's Elliandar Clothing 1 for V3 and M3**
Who's golden hearts were true ...


**Jim Burton's Exotica Collection for Ingenue Vickie**
A fabulous collection of outrageous, scandalous clothing items for Ingenue Vickie's after-hour adventures.


**Digiport's Series Three Digitongue Figure**
For all your 3rd generation characters and more!


**PClub Retro HouseMouse Poses**
For Daz's HouseMouse!


**KandaceWright's 'Treasures' Package**
A collection of seamless objects and other pieces commercial and personal projects!


**KandaceWright's Elliander Texture Pack Bundle**
A huge collection!


**Club Z Retro Lady Katherine Dress for the PT MilGirl**
Medievel and fantasy!


**Wayward's TRaiderz Caravan Poses**
For Millennium 2 Figures and the DAZ Camel!


**Jim Burton's SMV Enhanced/Erotica Set**
For the Kinkier Side!


**Jim Burton's 'I love SMV II' Package**
The Ultimate Supermodel Vickie set!


**Digiport's V3 Contortionist Poses**
Bend Me, Shape Me!


**Handspan's Bryn for Vicky 3**
Another sweet V3 character!

**Thorne & Sarsa's Ellette Faerie**
A pretty little faerie equipped with 5 wing textures!