BBay.com 3D Products Models, Meshes, Textures, Poses, Props, Characters, for Poser 4 Poser 5          Page 8 of 9




**Kawecki's Medieval Gothic Dungeon**
A Versatile Dungeon Figure!


**Davo's THE CITADEL: Be Thou Judged**
Gothic, Fantasy, Horror and Sci-Fi experience!


**Davo's Dreadworks Collection**
Save on The Complete Dreadworks Combo Pack!


**Davo's Madlab-II for Victoria 1 and 2**
Torment your Poser characters to no end!


**Davo's Slag Monster**
One hell of a creation!


**Horizon's Fantasy Worlds Screen Saver**
Take a trip through the unvisited Galaxies!

**Handspan's Aubri for the Millennium Girl**
A pale and delicate teenager!

**Handspan's Greta for the Millennium Girl**
A particularly girlish look for your PT!

http://www.bbay.com/store/                                                  9/19/2007

Dockets.Justia.com

BBay.com 3D Products Models, Meshes, Textures, Poses, Props, Characters, for Poser 4 Poser 5        Page 9 of 9

  



**Digiport's Digenitals Series MK2 Figure**
The Series CONTINUES...
WARNING! If you are easily offended, don't go any further. MORE flexible "package" for your male "No-genitals", female, and Fantasy figures!

BBay.com/Horizon Industries
170-5 Robert Gardens N.
Queensbury, NY 12804
Hours: 9 AM to 6 PM - EST
Phone: 518-792-0515

SITE DESIGN BY
INTERTECH

WHOIS domain registration information results for bbay.com from Network Solutions — Page 1 of 3

# NetworkSolutions.

Login | Customer Service Call us toll free | Your cart is empty

## WHOIS Search Results

Available **bbay** extensions: .us .bz

[Order Selected Domain(s)]

### WHOIS Record For



**bbay.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about BBAY.COM AboutUs: BBAY.COM

**Registrant:**                                          Make this info private
Horizon Industries
170-5 Robert Gardens North
Queensbury, NY 12804
US

**Domain Name:** BBAY.COM

**Administrative Contact, Technical Contact:**
Bayard, Bill
netsol@bbay.com
170-5 Robert Gardens North
Queensbury, NY 12804
US
Phone: (518) 792-0515
Fax: (518) 792-6530

SAVE over 70% when you TRANSFER your domains to Network Solutions — your trusted domain name provider!
[Go]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.

Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
[Learn More]
Search Engines TOP SECRET

WHOIS domain registration information results for bbay.com from Network Solutions        Page 2 of 3

Record expires on 10-Nov-2008
Record created on 11-Nov-1998
Database last updated on 01-Nov-2006

**Domain servers in listed order:**        Manage DNS

NS2.EXTRASECURITY.COM        67.29.155.254
NS1.EXTRASECURITY.COM        67.29.153.3

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 67.29.152.214 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-FLORIDA-GAINESVILLE |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ: | 2 listings |
| Y! Directory: | see listings |
| Web Site Title: | No....... that's BBay.com |
| Meta Description: | Downloadable 3D Models, Graphics and Textures for use in Software Applications. Our A to Z section offers items including Art Sculptures to a Zip file for our downloadable e-book on Basic Sailing Instruction. |
| Meta Keywords: | 3D Models, Graphics, Textures, Software Applications, Poser, Bryce, Carrara, Raydream, 2D Graphics, Technical, Adobe Photoshop, JASC Paint Shop Pro, 3D Animation, 3D Applications, Developers, 3DS Max, Canoma, Character Creator, Sculpting & Modeling, C |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 30-Oct-2006 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
 ◉ Domain Name

WHOIS domain registration information results for bbay.com from Network Solutions                                  Page 3 of 3



○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

Badoo                                                                                       Page 1 of 1

 11,897,038 people

I am here™

Sign in or Create your own profile
English ▼English 

- English ▼
- Deutsch
- Français
- Español
- Italiano
- Português



I have 4 new photos    I have 3 new photos






I have 4 new photos

I have 6 new photos




I have 18 new photos


I have 2 new photos

Search people
Top rated

What is new?

About Badoo  Terms of Use  Privacy  Community Guidelines  Help

2006 — 2007 © Badoo Limited

http://badoo.com/                                                                            9/20/2007