WHOIS domain registration information results for badoo.com from Network Solutions

Page 1 of 3

**NetworkSolutions.**

Login      Customer Service    Your cart is empty
Call us toll free

## WHOIS Search Results

**WHOIS Record For**



**badoo.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Let us take you to the top of major search engines!

Guaranteed top ten placement ➢ Save Now!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Registration and WHOIS Service provided by directNIC.com

Intercosmos Media Group, Inc. provides the data in the directNIC.com Registrar WHOIS database for informational purposes only. The information may only be used to assist in obtaining information about a domain name's registration record.

directNIC makes this information available "as is", and does not guarantee its accuracy.

Registrant:
Badoo Limited
City Business Centre
25 Lower Road
London, London SE16 2XB
GB
442071086185

Domain Name: BADOO.COM

Administrative Contact:
Hin, Max dmn@monopost.com
City Business Centre
25 Lower Road
London, London SE16 2XB
GB
442071086185



Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

Learn More

Search Engines

TOP SECRET

http://www.networksolutions.com/whois/results.jsp?domain=badoo.com     9/20/2007

Dockets.Justia.com

WHOIS domain registration information results for badoo.com from Network Solutions          Page 2 of 3

Technical Contact:
Hin, Max dmn@monopost.com
City Business Centre
25 Lower Road
London, London SE16 2XB
GB
442071086185

Record last updated 07-30-2007 03:10:14 PM
Record expires on 05-26-2012
Record created on 05-26-2003

Domain servers in listed order:
    GSS1.MONOPOST.COM 87.245.193.5
    GSS3.MONOPOST.COM 66.175.123.23
    GSS4.MONOPOST.COM 66.119.86.23
    GSS5.MONOPOST.COM 194.228.191.11
    GSS6.MONOPOST.COM 77.67.1.10

By submitting a WHOIS query, you agree you will use this data only for lawful purposes. You also agree that, under no circumstances, will you use this data to: (a) allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass, unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or to (b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-accredited registrar.

The compilation, repackaging, dissemination, or other use of this WHOIS data is expressly prohibited without the prior written consent of directNIC.com.

directNIC.com reserves the right to terminate your access to its WHOIS database in its sole discretion, including without limitation, for excessive querying of the database or for failure to otherwise abide by this policy.

directNIC reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.
LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM
**IP Address:** 87.245.192.30 (ARIN & RIPE IP search)
**IP Location:** UK(UNITED KINGDOM)



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
    Domain Name

WHOIS domain registration information results for badoo.com from Network Solutions                          Page 3 of 3

| Record Type: | Domain Name |
|---|---|
| Server Type: | Other |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Badoo |
| Meta Description: | Badoo |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 26-Nov-2006 |

○ NIC Handle
○ IP Address

Search



Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

Kadoo is coming soon                                                                                 Page 1 of 1


your stuff, online

## Why Kadoo?

These days, people are putting more and more of their world online. If you're like us, you want a fast, easy way to store all your personal content - and you want it organized and shared according to your needs. But until now, you've probably relied on a host of different sites to post photos and blogs, send e-mail, and develop community. And accessing different sites means remembering different logins, passwords, and user interfaces. Wouldn't it be nice if one site could do it all?

## What is Kadoo?

Kadoo puts you at the center of your own online universe, and helps you connect to everyone else's. There's a place for your photos, files, bookmarks, videos, and music - and our tools let you select a unique level of privacy for each new addition. Keep in touch with your friends through your own Website, blog, and e-mail address - and personalize it all with your own custom look. It's all simple, and it's all here under one roof. So go ahead - get comfortable; get connected; get Kadoo.

## How do I get Kadoo?

The Kadoo preview is currently accessible by invitation only, but if you want to be the first to try Kadoo, fill in your address below - we'll let you know as soon as it's ready.

### Sign up for our launch alert
Enter your email address

☐ I am at least 13 years old
[ Sign up ]

### Know the secret passphrase?
Enter it below to access the Kadoo preview.
[ Let me in ]

©2007 Kadoo Inc.                                                                       Contact | Jobs | Management Team

**NetworkSolutions.**

Login     Customer Service / Call us toll free     Your cart is empty

## WHOIS Search Results

Available **kadoo** extensions:   .us   .mobi   .tv   .bz

[ Order Selected Domain(s) ]

### WHOIS Record For



**kadoo.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Learn How To
**Build a Successful ONLINE STORE**
FREE Webinar
from QuickBooks® & Network Solutions®
[REGISTER NOW]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
[Learn More]

This WHOIS database is provided for information purposes only. We do not guarantee the accuracy of this data. The following uses of this system are expressly prohibited: (1) use of this system for unlawful purposes; (2) use of this system to collect information used in the mass transmission of unsolicited commercial messages in any medium; (3) use of high volume, automated, electronic processes against this database. By submitting this query, you agree to abide by this policy.

Registrant:
   Timothy Chi
   8008 Ashboro Ct
   Chevy Chase, MD 20815
   US

Domain Name: KADOO.COM

Administrative Contact, Technical Contact, Zone Contact:
   Timothy Chi
   8008 Ashboro Ct
   Chevy Chase, MD 20815
   US

WHOIS domain registration information results for kadoo.com from Network Solutions       Page 2 of 3

(301)565-7870
timothyrchi@yahoo.com

Domain created on 08-Jul-2004
Domain expires on 08-Jul-2010
Last updated on 17-Sep-2007

Domain servers in listed order:

DNS1.ILAND.COM
DNS2.ILAND.COM
DNS3.ILAND.COM

Domain registration and hosting powered by DomainDiscover
As low as $9/year, including FREE: responsive toll-free support,
URL/frame/email forwarding, easy management system, and full featured DNS.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | DOMAINDISCOVER |
| IP Address: | 69.64.173.244 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-MARYLAND-CHEVY CHASE |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Kadoo is coming soon |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 31-Jul-2007 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
⦿ Domain Name

WHOIS domain registration information results for kadoo.com from Network Solutions                                   Page 3 of 3



○ NIC Handle
○ IP Address

 Need to get your business online?
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

  

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=kadoo.com                                                  9/20/2007