ÈÖÆ®´Ï½º À½¾ÇÀÇ ¸ðµç °Í    Page 1 of 1



http://sadoo.com/    9/20/2007

WHOIS domain registration information results for sadoo.com from Network Solutions

Page 1 of 3

**NetworkSolutions**

Login     Customer Service     Your cart is empty
          Call us toll free

## WHOIS Search Results

Available **sadoo** extensions:

| .net | .org | .us | .mobi | .info | .biz | .tv | .co.uk | .eu | .bz |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[Order Selected Domain(s)]

**WHOIS Record For**



sadoo.com
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Learn How To
**Build a Successful ONLINE STORE**
FREE Webinar
from QuickBooks® & Network Solutions®    [REGISTER NOW]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
[Learn More]



---
Queried Domain Information as follows
---

Domain Name : sadoo.com

::Registrant::
      Name     : SADOO
      Email    : chboy77@hanmail.net
      Address  : 155-1   Pungnap-dong Songpa-gu Seoul
      Zipcode  : 138040
      Nation   : KR
      Tel      : +82-2-476-5268
      Fax      : +82-0--

::Administrative Contact::
      Name     : SADOO
      Email    : chboy77@hanmail.net
      Address  : 155-1   Pungnap-dong Songpa-gu Seoul
      Zipcode  : 138040
      Nation   : KR
      Tel      : +82-2-476-5268

WHOIS domain registration information results for sadoo.com from Network Solutions    Page 2 of 3



```
            Fax     : +82-0--
::Technical Contact::
            Name    : Whois
            Email   : whois@whois.co.kr
            Address : Seobuk Building 740-3 Yeoksam-dong
            Zipcode : 135080
            Nation  : KR
            Tel     : 02-557-4259
            Fax     : +82-2-3484-4701
::Name Servers::
            ns1.whois.co.kr
            ns1.whoisweb.net
::Dates & Status::
            Created Date   2002-12-15 02:49:53 EST
            Updated Date   2006-12-05 13:10:02 EST
            Valid Date     2009-12-15 02:49:53 EST
            Status         ACTIVE
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | YESNIC CO. LTD. |
| IP Address: | 221.139.49.131 (ARIN & RIPE IP search) |
| IP Location: | KR(KOREA)-REPUBLIC OF-KYONGGI-DO |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 14-Jun-2005 |



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
⊙ Domain Name

WHOIS domain registration information results for sadoo.com from Network Solutions                Page 3 of 3





**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





© Copyright 2007 Network Solutions. All rights reserved.

Xanga  Page 1 of 2



| Username | Password | |
|---|---|---|
| | | Sign In |
| join \| safemode | remember me | |

**Weblogs  Photos  Videos  Pulse  Metros  Blogrings  Profiles  Themes NEW!**  join xanga now!

**Featured Question**   questions  answers

featured question

What is one quote that best describes your views on life?
submitted by yayforhippies
194 answers - blog now!

suggest a question

**Featured Weblogs**   recent  discussed  starred



**National ADHD Awareness Day**
Today my friends, is National ADHD Awareness Day. And yes, that's me. It's a lot of you too. Some of you have ...
from k8tthelate - 29 comments



**shake things up!**
This morning's train ride...well, it was definitely memorable.  A woman got on our express train at one of ...
from SassySprite - 43 comments



**late night chats**
So I just chatted with 50 Cent. Yes...it was him.  Video chat through Xanga.  There were only 21 peo...
from Evowookiee - 85 comments



**Illegal Immigration and Me**
So I'm feeling kinda passionate right now. I was eating lunch in the dining hall today, and I picked up a copy...
from Frodoholic - 424 comments



protect who u r

**Sponsored Cell Phone Alerts**



what is this?

**What is Xanga?**

Xanga is an online community for you and your friends. **You can easily start your own free weblog, share photos and videos, and meet new friends, too!**

http://www.xanga.com/   9/20/2007

### Meet Olwethu
Olwethu, for those of you who don't remember, is my 8 year old little Umfowethu or Ubhuti (b...
from sincerely_jennie - 83 comments

view more weblogs

view more photos

**Xanga Mobile**

Get Xanga Mobile for your cell phone!

Enter Mobile Number    [Next »]

**Xanga News**

**Rich Text Comments for Themes!**
Did you know? Today is actually the 25th anniversary of the emoticon (via mashable).To celebrate, we're launching a new rich-text comment box for Xanga Th...
posted 15 hours ago

**Jumping In: Blogring Pools**
posted 2 days ago

**What's a Tag?**
posted 3 days ago

**Xanga Translation: Parlez-vous weblog?**
posted 5 days ago

view more

xanga   your site   terms   privacy   jobs   help   join

Xanga Safety   Parents   Law Enforcement
**Report Inappropriate Content**
Xanga Themes   Xanga Top 50   Advertise on Xanga

**Visit www.OnGuardOnline.gov for social networking safety tips for parents and youth**