WHOIS domain registration information results for xanga.com from Network Solutions

Page 1 of 3



Login | Customer Service Call us toll free | Your cart is empty

## WHOIS Search Results

**WHOIS Record For**



**xanga.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about XANGA.COM  AboutUs: XANGA.COM

Make this info private

Registrant:
XANGA.COM, INC.
555 8TH AVE FL 21
NEW YORK, NY 10018-4308
US

Domain Name: XANGA.COM

Administrative Contact , Technical Contact :
XANGA.COM, INC.
company-whois@xanga.com
555 8TH AVE FL 21
NEW YORK, NY 10018-4308
US
Phone: 212 695 4940
Fax: 123 123 1234

Record expires on 03-Apr-2010
Record created on 03-Apr-1999
Database last updated on 03-Oct-2006

Domain servers in listed order:        Manage DNS

NS8.XANGA.COM                          69.31.16.7
NS9.XANGA.COM                          69.31.16.8

**SAVE over 70%** when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

Go

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**
Attend our SEO Seminar
Learn More

Search Engines
TOP SECRET

http://www.networksolutions.com/whois/results.jsp?domain=xanga.com        9/20/2007

WHOIS domain registration information results for xanga.com from Network Solutions — Page 2 of 3

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 38.101.169.12 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-DISTRICT OF COLUMBIA-WASHINGTON |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 74 listings |
| Y! Directory: | see listings |
| Web Site Title: | Page Not Found |
| Secure: | Yes |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 20-Nov-2006 |



think local.com

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal

Search

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for xanga.com from Network Solutions     Page 3 of 3



○ **NIC Handle**
○ **IP Address**

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee

Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



[ mailing lists | Danga FAQ ]

## What is Danga?

Danga Interactive was Brad Fitzpatrick's company that developed LiveJournal and by necessity the backend software to drive it all. Since Danga's acqusition by Six Apart, the meaning of "Danga" is somewhat undefined. It mostly represents this website and this software. A lot of the contributors to this software, both old and new, work for SixApart, but just as many are from the larger community.... people like you.

## Software

All Open Source, because we love Freedom.

| | | |
|---|---|---|
| memcached | [svn] | Distributed caching. Hit your database less. Speed up your website. |
| MogileFS | [svn] | Distributed (meta) file system. Spray files across cheap disks on your network. Pay less for storage. No proprietary on-disk file formats. |
| Perlbal | [svn] | Sexy reverse proxy load balancer and webserver, full of tricks. |
| DJabberd | [svn] | High-performance, low-overhead, everything-is-a-plugin extensible Jabber/XMPP server. |
| Gearman | [svn] | Low-latency remote function execution. Run code remotely, in parallel, load balanced, in other languages, etc. |

## The Source

To get the source for any project:

```
$ svn co http://code.sixapart.com/svn/<whatever>/trunk/ <directory>
```

## Feedback

We'd love to hear from you. Remember, though: proper netiquette is using the mailing list if there is one. If there isn't one, email brad@danga.com.



Login | Customer Service Call us toll free | Your cart is empty

## WHOIS Search Results

Available **danga** extensions: .us  .mobi  .tv  .bz

[Order Selected Domain(s)]

### WHOIS Record For



**danga.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about DANGA.COM  AboutUs: DANGA.COM

Make this info private

**Registrant:**
Danga Interactive, Inc.
PMB 133
17675 SW Farmington Rd.
Aloha, OR 97007
US

**Domain Name:** DANGA.COM

**Administrative Contact, Technical Contact:**
Fitzpatrick, Brad
brad@danga.com
548 4th St
San Francisco, CA 94107
US
Phone: 415-344-0056
Fax: 123 123 1234



SAVE over 70% when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

Go

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

Learn More

Search Engines

TOP SECRET

WHOIS domain registration information results for danga.com from Network Solutions                    Page 2 of 3

Record expires on 19-Nov-2008
Record created on 19-Nov-1999
Database last updated on 30-Jul-2007

Domain servers in listed order:                    Manage DNS

NS1.SIXAPART.COM                                   66.151.149.18
NS2.SIXAPART.COM                                   66.151.149.18

Show underlying registry data for this record

Current Registrar:   NETWORK SOLUTIONS, LLC.
IP Address:          207.7.148.195 (ARIN & RIPE IP search)
IP Location:         US(UNITED STATES)
Record Type:         Domain Name
Server Type:         Apache 1
Lock Status:         clientTransferProhibited
Web Site Status:     Active
DMOZ:                no listings
Y! Directory:        see listings
Secure:              No
E-commerce:          No
Traffic Ranking:     3
Data as of:          27-Nov-2006

**think local.com**

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal™

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for danga.com from Network Solutions                Page 3 of 3

○ NIC Handle
○ IP Address



 Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go

 PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

  
"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.