hanga gallery                                                                                          Page 1 of 1

prints for sale | order form | artists & publishers | we buy prints | contact us

# hanga gallery

The Hanga Gallery, located in Durham, North Carolina, specializes in Japanese woodblock prints of the 20th century as well as selected modern printmakers.
* More about the Hanga Gallery

# torii gallery

Our partner, the Torii Gallery, located in Bethesda, Maryland, deals in Japanese woodblock prints, ranging from *ukiyo-e* and *shin hanga* to contemporary prints.
* Visit Torii Gallery catalogue

## modern printmakers

 

## articles & exhibits

Please select . . .     

## new acquisitions

    

http://www.hanga.com/                                                                                  9/19/2007

Dockets.Justia.com

WHOIS domain registration information results for hanga.com from Network Solutions

Page 1 of 3


NetworkSolutions.

Login     Customer Service     Your cart is empty
Call us toll free

## WHOIS Search Results

Available **hanga** extensions:

| .mobi | .biz | .tv | .bz |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

[Order Selected Domain(s)]

### WHOIS Record For





**hanga.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



SAVE over 70% when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

[Go]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

**Learn the Secrets of Search Engine Optimization**

Attend our SEO Seminar

[Learn More]

The Data in GKG.NET's WHOIS database is provided by GKG.NET for information purposes, and to assist persons in obtaining information about or related to a domain name registration record. GKG.NET does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this Data only for lawful purposes and that, under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam); or (2) enable high volume, automated, electronic processes that apply to GKG.NET (or its systems). GKG.NET reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Registrant:
   Hanga Gallery
   Robin Devereux
   21 Gloucester Ct.
   Durham, NC 27713
   US
   +1.9195443948
   143815@whois.gkg.net

Administrative Contact:

http://www.networksolutions.com/whois/results.jsp?domain=hanga.com     9/20/2007

WHOIS domain registration information results for hanga.com from Network Solutions                    Page 2 of 3

Hanga Gallery
Robin Devereux
21 Gloucester Ct.
Durham, NC 27713
US
+1.9195443948
143815@whois.gkg.net

Technical Contact:
Hanga Gallery
Robin Devereux
21 Gloucester Ct.
Durham, NC 27713
US
+1.9195443948
143815@whois.gkg.net

Billing Contact
Hanga Gallery
Robin Devereux
21 Gloucester Ct.
Durham, NC 27713
US
+1.9195443948
143815@whois.gkg.net

Registrar..: gkg.net (http://register.gkg.net/)
Domain Name: HANGA.COM
    Created on.............: 17-AUG-1998
    Expires on.............: 16-AUG-2008
    Record last updated on..: 09-SEP-2007
    Status.................: ACTIVE

Domain servers in listed order:

NS5.WEBCONTROLCENTER.COM
NS6.WEBCONTROLCENTER.COM
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | GKG.NET, INC. |
| IP Address: | 67.199.5.8 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-ARIZONA-PHOENIX |
| Record Type: | Domain Name |
| Server Type: | IIS 5 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |

think local.com

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal™



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for hanga.com from Network Solutions    Page 3 of 3

| Y! Directory: | see listings |
|---|---|
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 26-May-2004 |

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

 Go







"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=hanga.com    9/20/2007

LangaList Home Page                                                                 Page 1 of 3



# Langa.Com
*LangaList Home Page*

**2007/09/19**                                                                    *Welcome!*

In late 2006, the LangaList newsletters merged
with Windows Secrets. Click <u>HERE</u>
to access the combined content!

## News of the Day:

**Please come see the new COMBINED content of the
LangaList plus Windows Secrets!
<u>Click HERE!</u>**

---

Past LangaList Standard Editions:
**<u>Click</u>**

Get An Instant **FREE** Subscription!
Change Your Subscription Address

Past LangaList Plus! Editions (extra content!):
<u>Click</u>

**<u>What it is; how to sign up</u>**

**<u>Langa Blog</u>** and **<u>RSS Feed</u>**

---

<u>Search This Site</u> · <u>Free Downloads!</u>
<u>About This Site</u> · <u>About Fred Langa</u>

**<u>BrowserTune</u>** · **<u>Daily HotSpots!</u>**

---

Please help keep this site alive!
Please visit the sponsor sites via the ad banners
at the top of the pages, or consider making a
small **<u>voluntary donation</u>**!

**Sidebar:**
- Home
- current issue
- subscribe (FREE!)
- recommend and win!
- past issues
- free downloads
- great books
- search...
- about fred langa
- about the site
- awards
- other columns
- load the code!
- live chat!
- online discussions
- reader sites
- privacy
- advertising

Langa Consulting LLC
Accepts

**2006/11/09**                                                    *Current LangaList Issue*

http://www.langa.com/                                                             9/19/2007

LangaList Home Page                                                                 Page 2 of 3


and more.

CLICK
for sponsor!



Have A Web Site?
Get More Hits:
Load the Code!



Our Awards

1) A Very Happy Anniversary
2) Page/Swap File Deserves Its Own Drive?
3) Did You *Really* Send An Infected E-Mail?
4) Getting "Snippy" With Web Pages
5) Don't Forget Firefox's "Mozilla Archive Format"
6) Powerful (But A Little Geeky) Bulk Renames
7) Outlook Still Fat After "AutoArchive" Diet
8) They Loaded The Code
9) Choosy Spammers Choose GIF
10) XXCopy Clone Now Supports Windows XP
11) DVD Disk-Spanning Backup Software
12) More:"Waaaaay Too Much Background Activity"
13) Temporary Internet Files Not Temporary Enough
14) Just For Grins

See the "Current Issue/What's New" section!

2006/11/02                    Previous LangaList Issue

1) Heads Up! Mailing Test Coming!
2) How to Keep Your Paging File Defragmented
3) Cutting 2 GB .PST, .OST Files Down To Size
4) Message Says, "You've Sent Infected E-Mail"
5) Backups Won't Span Multiple DVDs?
6) Opera "Speaks" MHT, Too
7) Good Cookies, Bad Cookies
8) They Loaded The Code
9) Outlook Express "Retrieval Tool" Is Really Search
10) Where's Today's "QuickFile"?
11) Cloned Drive Not Full Clone
12) Another Idea For Screen Protection
13) Adobe Reader Alternative Is Fast
14) Just For Grins

This and all previous issues
are in the archives section!



More LangaList Info:



FREE! Get More From Your Hardware, Software, and Time Online! Click here. FREE!

Important Consumer Information About The Ads: Click

http://www.langa.com/                                                                9/19/2007

Your use of this site and newsletter constitutes your acknowledgement
and acceptance of these Legal Disclaimers: Click

Contact Info:

**Advertisers:** Click

**PR Professionals:** Click

**Other:** Send general comments, questions to webmaster

Entire Site (All Contents and Components)
Copyright © 1997-2006 Fred Langa/ Langa Consulting LLC

No electrons were harmed in the creation of this web site.