WHOIS Search provides domain registration information from Network Solutions

Page 1 of 2

# NetworkSolutions.

Login    Customer Service    Your cart is empty
         Call us toll free

## WHOIS Search

### Search All WHOIS Records

Enter a search term:
langa.com

Search by:
- ● Domain Name  e.g. networksolutions.com
- ○ NIC Handle  e.g. vs1234
- ○ IP Address  e.g. 216.168.224.69

[Search]

### New Feature For WHOIS

Announcing a great NEW feature for WHOIS users — you can now start a WHOIS query directly in your browser!

Use the format: www.networksolutions.com/whois/results.jsp?domain=netsol.com and you'll come directly to our results page. Stay tuned for more useful features coming soon to WHOIS!!!

### Actions you can take to protect your WHOIS information

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is

#### USING ENHANCED WHOIS

Find out who registered a domain name and view additional registration and Web site data with Network Solutions enhanced WHOIS database. WHOIS allows you to search across multiple registrar databases to give you registration information on millions of domain names, regardless of where they are registered.

Our comprehensive WHOIS search results report gives you registration and expiration dates, contact information (if public) for the registrant and, if available, a thumbnail of the Web site home page with traffic ranking, meta descriptions, keywords and more.

#### GET MORE THAN DOMAINS

Find your place on the Web with Network Solutions! We may be the domain name pioneers, but today we offer even more to help you get your business online. Did you know we have robust and reliable Web hosting to help you create that Web site or blog you need, an award winning ecommerce system designed to help you successfully operate an online store, and search engine marketing to help your Web site get found? Best of all, with Network Solutions services you

WHOIS Search provides domain registration information from Network Solutions

Page 2 of 2

expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

get free, J.D. Power certified 24/7 technical support, which means that a trained professional is always available to help!



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

  

© Copyright 2007 Network Solutions. All rights reserved.

zSHARE - Free Image, Video, Audio, Flash and File Hosting                                   Page 1 of 1



    Home    FAQ

### What is ²SHARE?

▸ Welcome to ²SHARE          Ad-Financed, File, Image and Video Hosting

- Free File Hosting
- Free Image Hosting
- Free Video Hosting
- Free Audio Hosting
- Free Flash Hosting

With ²SHARE you can upload files, images, videos, audio and flash for free. Simply use the upload form below and start sharing! You can also use ²SHARE as your personal file storage: backup your data and protect your files.

Upload a File, Image, Video, Audio or Flash

**Download Any Song For Free**
Your Favorite Artists. 100% Legal Free Music Downloads Available Now

**Free Download**
LogMeIn - Really 100% Free & Easy Access to PCs from Anywhere

Ads by Google

[                                    ]  Browse...

### How do I share?

Up to 100mb, Unlimited Downloads. First Time? Read our FAQ!

☐ I have read and agree to the TOS    Share It!

After uploading you'll be given a link to your file that can be shared via e-mail, forums, MySpace, etc. **Downloads are unlimited!**

**Audio File Storage**
Directory Of Storage File Deals. Find Storage Files Quickly.

**Video Sharing Made Easy**
Upload, Store and Share Your Videos Home, Family and Personal Video

Ads by Google

Home | FAQ | Contact Us
© 2007 Zshare.net
(rho)

http://www.zshare.net/                                                           9/20/2007



Login        Customer Service        Your cart is empty
             Call us toll free

# WHOIS Search Results

Available **zshare** extensions:

.bz ☐

[Order Selected Domain(s)]

## WHOIS Record For



**zshare.net**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70%**
when you TRANSFER your domains to Network Solutions — your trusted domain name provider!
[Go]

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of **Search Engine Optimization**
Attend our **SEO Seminar**
[Learn More]

=-=-=-=
Visit AboutUs.org for more information about ZSHARE.NET
AboutUs: ZSHARE.NET

Registration Service Provided By: NameCheap.com
Contact: support@NameCheap.com

Domain name: ZSHARE.NET

Registrant Contact:
   -
   Arjen van Santen (zshare@zshare.net)
   +31.0306567416
   Fax: +31.0
   Singel 139
   Odijk, UT 3984NX
   NL

Administrative Contact:
   -
   Arjen van Santen (zshare@zshare.net)
   +31.0306567416

```
Fax: +31.0
Singel 139
Odijk, UT 3984NX
NL

Technical Contact:
 -
Arjen van Santen (zshare@zshare.net)
+31.0306567416
Fax: +31.0
Singel 139
Odijk, UT 3984NX
NL

Status: Locked

Name Servers:
  ns1.easydns.com
  ns2.easydns.com
  remote1.easydns.com
  remote2.easydns.com

Creation date: 10 May 2005 17:20:41
Expiration date: 10 May 2010 17:20:41
=.=.=.=
```

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 85.17.42.45 (ARIN & RIPE IP search) |
| IP Location: | NL(NETHERLANDS)-NOORD-HOLLAND-AMSTERDAM |
| Record Type: | Domain Name |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
 ○ Domain Name

| | |
|---|---|
| Server Type: | Other 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | zSHARE - Free Image, Video, Audio, Flash and File Hosting |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 20-Nov-2006 |

○ NIC Handle
○ IP Address

Search



Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go

   

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.