Deutsche Telekom: Startseite Page 1 of 2

English | Kontakt | RSS-Newsdienst | Übersicht | Gloss





**Deine Welt**
Auf der IFA 2007 präsentierte die Deutsche Telekom neue Dimensionen für Fernsehen und Mobilfunk.

Zum IFA Special

**STARTSEITE | NEWS | PRODUKTWELT | KONZERN | VERANTWORTUNG | INVESTOR RELATIONS**

Startseite

### PRODUKTE UND SERVICES

**Festnetz und Internet**
Privatkunden-Angebote rund ums Telefonieren und Breitband-Surfen.

T-Home Angebote 

**Mobilfunk**
Aktuelle T-Mobile Handys, Tarife, Klingeltöne und vieles mehr.

T-Mobile Angebote 

**Business-Lösungen**
Produkte und Lösungen für Selbständige, Unternehmen und Behörden.

T-Systems Startseite 

**TOPTHEMA**



### iPhone: Apple und T-Mobile geben Partnerschaft bekannt

[ 19.09.2007 ] T-Mobile, der führende deutsche Mobilfunkanbieter, ist exklusiver Vermarktungspartner für das revolutionäre iPhone von Apple in Deutschland. Der Verkaufsstart ist am 9. November.

Pressemitteilung T-Mobile iPhone-Special

**KONZERN**

### Telekom erwirbt SunCom Wireless USA

[ 17.09.2007 ] Die Deutsche Telekom hat über ihre Tochtergesellschaft T-Mobile USA, Inc., eine Vereinbarung zur Übernahme des regionalen Mobilfunkanbieters SunCom Wireless Holdings, Inc., abgeschlossen.

Pressemitteilung

**KARRIERE**



### „Nutzen Sie diese Chance"

[ 04.09.2007 ] René Obermann, Vorstandsvorsitzender der Telekom, hat in Bonn 290 der bundesweit rund 4.000 neuen Auszubildenden der Deutschen Telekom persönlich begrüßt.

Bericht Video Azubi-Start (3:26 min.)

**IFA**

### Telekom zieht erfolgreiche Messebilanz

[ 05.09.2007 ] Die Telekom zieht eine positive Messebilanz. Über 170.000 Besucher informierten sich über die Produkt-Highlights unter dem Motto „Deine Welt" und ließen sich vom neuen Internet-TV „Entertain" verzaubern.

Bericht

**GESCHÄFTSZAHLEN**

### Strategie der Deutschen Telekom greift

[ 09.08.2007 ] Mit deutlichem Umsatzwachstum im Ausland hat die Telekom im ersten Halbjahr 2007 ihre internationale Position weiter ausgebaut.

**AKTUELLE NEWS**

**Kontrollmaßnahmen für Telefonmarketing**

[ 20.09.2007 ] Unseriöse Praktiken von Anbietern werden bei der Deutschen Telekom nicht toleriert.

Pressemitteilung

**Sprach- und Datennetz**

[ 19.09.2007 ] Für den IT-Dienstleister Fiducia installierte T-Systems eines der weltgrößten MPLS-Netze.

Pressemitteilung

weitere Meldungen

**Nehmen Sie uns beim Wort**

Die Serviceversprechen der Telekom.

Bericht

Serviceversprechen

nach oben

© Deutsche Telekom, 2007    Datenschutz | Haftungsausschluss | Impressum

T··H

WHOIS domain registration information results for tshare.net from Network Solutions    Page 1 of 3

**NetworkSolutions**

Login            Customer Service            Your cart is empty
                 Call us toll free

## WHOIS Search Results

Available **tshare** extensions:  .us  .mobi  .info  .biz  .tv  .eu  .bz

Order Selected Domain(s)

**WHOIS Record For**



**tshare.net**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



```
[whois.registrar.telekom.de]
% Copyright (c)2003 by Deutsche Telekom AG
%
% Restricted rights.
%
%
% Except for agreed Internet operational purposes, no part of this
% information may be reproduced, stored in a retrieval system, or
% transmitted, in any form or by any means, electronic, mechanical,
% recording, or otherwise, without prior permission of the Deutsche Telekom AG
% on behalf of itself and/or the copyright holders. Any use of this
% material to target advertising or similar activities are explicitly
% forbidden and will be prosecuted. The Deutsche Telekom AG requests
% to be notified of any such activities or suspicions thereof.
%
% Query Syntax:
% DOMAIN:       domainname
% PERSON:       na lastname, firstname
% HANDLE:       ha handle
% DOMAIN full:  full domainname

domain: tshare.net
```

http://www.networksolutions.com/whois/results.jsp?domain=tshare.net                9/20/2007

```
registrant-hdl: RDT-DTA404
admin-c: RDT-MS4582
tech-c: RDT-WL534
zone-c: RDT-WL534
nserver: support.mesch.dtag.de
nserver: pns.dtag.de
nserver: secondary006.dtag.net
status: connected
changed: 2007-09-13
created: 2001-03-02
expires: 2008-03-02
source: DEUTSCHE TELEKOM AG
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | DEUTSCHE TELEKOM AG |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 14-Jun-2005 |



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

○ **NIC Handle**
○ **IP Address**




**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 Go


**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

