WHOIS domain registration information results for ask.com from Network Solutions — Page 1 of 3



Login | Customer Service — Call us toll free | Your cart is empty

## WHOIS Search Results

**WHOIS Record For**



**ask.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- SSL Certificates - Get peace of mind with a secure certificate.

Learn how securing your Web site helps your business.
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.



```
CSC Corporate Domains(sm) - Expert Global Domain Name
Management for Corporations, Law Firms and IP Professionals

Contact us at corporatedomains@cscinfo.com or 888-250-6159 to learn more
about our worldwide domain name, DNS and digital certificate capabilities.

NOTICE: You are not authorized to access or query our WHOIS database through
the use of high-volume, automated, electronic processes or for the purpose
or purposes of using the data in any manner that violates these terms of use.
The Data in CSC Corporate Domains' WHOIS database is provided by CSC
Corporate Domains for information purposes only, and to assist persons in
obtaining information about or related to a domain name registration record.
CSC Corporate Domains does not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: you agree that you
may use this Data only for lawful purposes and that under no circumstances
will you use this Data to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via
direct mail, e-mail, telephone, or facsimile; or (2) enable high volume,
automated, electronic processes that apply to CSC Corporate Domains (or its
computer systems). CSC Corporate Domains reserves the right to terminate your
access to the WHOIS database in its sole discretion for any violations by you
of these terms of use. CSC Corporate Domains reserves the right to modify
these terms at any time.

   Registrant:
      Ask Jeeves, Inc.
      DNS Administrator
      5858 Horton Street, Suite 350
      Emeryville, CA
      US
      dns@ASKJEEVES.COM
```

1.510555121

Domain Name: ASK.COM
Registrar of Record: Corporate Domains, Inc.

Administrative Contact:
Ask Jeeves, Inc.
Domain Name Manager
5858 Horton St. Ste. 350
Emeryville, CA
US
dnsmanager@askjeeves.com
1.51098574

Technical Contact:
Ask Jeeves, Inc.
DNS Administrator
5858 Horton St. Suite 350
Emeryville, CA
US
dns@askjeeves.com
1.51098574

Domain servers in listed order:

NAME1.ASKJEEVES.COM
NAME2.ASKJEEVES.COM

Created on..............: 20-Oct-98
Expires on..............: 19-Oct-10
Record last updated on..: 01-Aug-07

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | CSC CORPORATE DOMAINS, INC. |
| IP Address: | 65.214.39.56 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-EMERYVILLE |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | Ask.com Search Engine - Better Web Search |
| Secure: | Yes |
| E-commerce: | No |

**think local.com**

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name

WHOIS domain registration information results for ask.com from Network Solutions                    Page 3 of 3

| | |
|---|---|
| Traffic Ranking: | 4 |
| Data as of: | 31-Jul-2007 |

○ **NIC Handle**
○ **IP Address**

 Search

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go

 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

   "An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

The Mask Group                                                                                Page 1 of 1



- Home
- About us
- Service
- News
- Jobs
- Contact
- Survey
- About us

# The Mask Group
Information Technology Consultants

The Mask Group is a Information Technology consultig organization specializig in increasing productivity through the use of education and technology.

The Masks Group's philosphy is to create synergistic relationship between technology, the end user, management and security. This is accomplished in many different ways based on a companies culture, business goals, clients and management. There are however, two key pieces to a successful synergistic relationship in the business world employee satisfaction and customer satisfaction if you have both of these pieces you will have synergy.
The Mask Group is an Information Technology Consulting Company specializing in increasing productivity, accuracy and user education. Simply put The Mask Group works with companies to increase productivity through technology and user education without adding additional staffing.

Studies have shown that an average computer user, uses only about 15% of the computing power and software on their computer. If you could increase that to 50%, would you do it and at what cost? Are you willing to make an investment in your company's future if you can get a Return On Investment like this? The increase in productivity and job satisfaction represents an even greater advantage for your company. Employees can and will feel empowered to create solutions that were cost effective, innovative, automated and accurate, your Information Systems group would have more time to research new solutions and employee job satisfaction and loyalty would improve greatly. If human resources, information and data are a company's three greatest assets, how does your company protect and cultivate them? Call The Mask Group and let us create a solution for your company today.

Copyright ©1996-2003 The Mask Group. All rights reserved.
Contact web@mask.com with questions or problems with this service.

WHOIS domain registration information results for mask.com from Network Solutions                Page 1 of 3



Login            Customer Service            Your cart is empty
                 Call us toll free

## WHOIS Search Results

Available **mask** extensions:

 .bz

[Order Selected Domain(s)]

**WHOIS Record For**



**mask.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about MASK.COM  AboutUs: MASK.COM

Make this info private

**Registrant:**
THE MASK GROUP
38 N eldorado Street
San Mateo, CA 94401
US

**Domain Name:** MASK.COM

**Administrative Contact :**
Herron, Alexander
drslyy@MASK.COM
PO BOX 50550
PALO ALTO, CA 94303-0550
US
Phone: (415) 969-3909
Fax: 999 999 9999

**Let us take you to the top of major search engines!**
Guaranteed top ten placement  » Save Now!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More

WHOIS domain registration information results for mask.com from Network Solutions             Page 2 of 3

**Technical Contact :**
support@bayarea.net
2650 San Tomas Expressway
Santa Clara, CA 95051
US
Phone: 408-545-0500
Fax: (408) 545-0549

Record expires on 25-Feb-2008
Record created on 24-Feb-1995
Database last updated on 05-Oct-2006

Domain servers in listed order:                                  Manage DNS

NS27.1AND1.COM
NS28.1AND1.COM

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 82.165.198.186 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES) |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | The Mask Group |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 2 |
| Data as of: | 27-Nov-2006 |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

○ NIC Handle
○ IP Address





**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.