Bask Jewelry

Page 1 of 1







HOME  ABOUT US  POLICIES  CONTACT  STONE TYPES  REQUEST CATALOG  FAQs

Featured Items

Daily Specials



|  |  |  |  |  |  |  |
| E1519 | E1222 | E1258 | E1207 | E1288 | E1175 |

|  |  |  |  |  |  |
| E1268 | E1260 | PD364 | R499 | R774 | R085 |

RG1228   RG988   RG1213   RGD1132   RGD1113   RGD1189



RGD1005   RGD818

WHOIS domain registration information results for bask.com from Network Solutions — Page 1 of 3

# NetworkSolutions

Login    Customer Service / Call us toll free    Your cart is empty

## WHOIS Search Results

Available **bask** extensions:

.bz ☐

[ Order Selected Domain(s) ]


Let us take you to the top of major search engines! Guaranteed top ten placement — Save Now!

Choose Your Domain Name Provider Wisely and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

### WHOIS Record For



**bask.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

[ Learn More ]



Search Engines — TOP SECRET

Visit AboutUs.org for more information about BASK.COM   AboutUs: BASK.COM

**Registrant:**                                          Make this info private
Bask Jewelry
2607 Main St
Soquel, CA 95073
US

**Domain Name:** BASK.COM

**Administrative Contact , Technical Contact :**
Bask Jewelry
steve@bask.com
2607 Main St
Soquel, CA 95073
US
Phone: 831 479-8849

Record expires on 24-Sep-2008

WHOIS domain registration information results for bask.com from Network Solutions                    Page 2 of 3

Record created on 25-Sep-1995
Database last updated on 09-Sep-2007

Domain servers in listed order:                    Manage DNS

NS.INFOPOINT.COM                                   207.111.250.1
INFOSERV.INFOSERV.COM                              207.111.253.47

Show underlying registry data for this record

Current Registrar: NETWORK SOLUTIONS, LLC.
IP Address:        207.111.250.134 (ARIN & RIPE IP search)
IP Location:       CA(CANADA)-ONTARIO-TORONTO
Record Type:       Domain Name
Server Type:       Apache 1
Lock Status:       clientTransferProhibited
Web Site Status:   Active
DMOZ               no listings
Y! Directory:      see listings
Secure:            No
E-commerce:        Yes
Traffic Ranking:   0
Data as of:        28-Sep-2006



think local.com

Help your customers find you. Take advantage of a free ThinkLocal listing today!

Join Now!

It's smart to ThinkLocal™

Search

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
⊙ Domain Name

WHOIS domain registration information results for bask.com from Network Solutions — Page 3 of 3

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee


Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

WELCOME TO CASK.COM                                              Page 1 of 1



Home · Company Profile · Bottle Washers · B.O.P. · Ingredients · Canning Systems · Customer List · Service · Contact Us

**WELCOME TO CASK.COM**



**Cask** supplies small scale brewers and packagers world wide.

We are at the forefront of the development of "micro-canning" of carbonated beverages like beer, energy and soft drinks. We service the needs of the small scale packager.

We have developed a range of cost effective bottle washers, can filling and can seaming equipment for this industry.

We are the official supplier of the world's largest producer of aluminum cans, Ball Corporation, for the supply of printed aluminum cans to the Craft Brewing industry.

See a canning system in operation here



### Latest News

❦ **Canning Systems - Latest News**

  ❦ **The Philadelphia Inquirer: Can do - craft-beer makers kicking glass, going metal**
  ❦ **Maui Brewing Company - Job Swap: Brewmeister Dash**
  ❦ **Oskar Blues Revenues Grow 121% in 2006**
  ❦ **Ale Street News: Tasting Panel - Canned Craft Beer**
  ❦ **New York Times recognizes Oskar Blue's Ale as top selection**

❦ **Bottle Washer - Latest News**





© 2007 CASK

WHOIS domain registration information results for cask.com from Network Solutions     Page 1 of 3

**NetworkSolutions.**

Login    Customer Service    Your cart is empty
Call us toll free



## WHOIS Search Results

Available **cask** extensions:

 .bz

[Order Selected Domain(s)]

**WHOIS Record For**



**cask.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

**Discover a New Audience!**
Did you miss our Pay Per Click Webinar? Learn how Google® and Network Solutions® can help you grow your customer base with pay per click advertising.

VIEW Webinar   Go

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. **Download** our *Guide to Getting Found Online* now.



Visit AboutUs.org for more information about CASK.COM AboutUs: CASK.COM

**Registrant:**      Make this info private
Cask Brewing Systems
4750 30ST SE
Calgary, AB T2B 2Z1
CA

**Domain Name:** CASK.COM

**Administrative Contact :**
Love, Peter
Peter@cask.com
4750 - 30 Street SE
Calgary, Alberta T2B 2Z1
CA
Phone: 403-640-4677, x206

**Technical Contact :**

WHOIS domain registration information results for cask.com from Network Solutions                          Page 2 of 3

Selock, Lance
selock@INFO-TECH.COM
1726, 246 Stewart Green SW
Calgary, Alberta T3H 3C8
CA
Phone: 403-230-6122
Fax: (403)263-7522

Record expires on 07-Jul-2011
Record created on 08-Jul-1995
Database last updated on 05-Oct-2006

Domain servers in listed order:                          Manage DNS

NS2.LEXI.NET                                              198.161.91.93
NS1.LEXI.NET                                              198.161.91.92

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 198.161.90.7 (ARIN & RIPE IP search) |
| IP Location: | CA(CANADA)-ALBERTA-RED DEER |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 2 listings |
| Y! Directory: | see listings |
| Web Site Title: | WELCOME TO CASK.COM |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 1 |
| Data as of: | 14-Aug-2006 |



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

**Search by:**
○ Domain Name