WHOIS domain registration information results for cask.com from Network Solutions

Page 3 of 3

○ NIC Handle
○ IP Address

Search



Need to get your business online?
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go






"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=cask.com

9/20/2007

Dockets.Justia.com



# 18+ WARNING: ADULTS ONLY

This website is intended for persons 18 years of age and older. Please DO NOT ENTER if you are under the age of 18. This website contains material with visual images, video, audio, text descriptions and consenting adults engaging in acts of a sexually-explicit nature. If it is illegal for you to view and maintain adult material, please EXIT now.

By moving forward and confirming you are 18 years and older (21 in some jurisdictions), you are choosing to be exposed to adult and sexually explicit material such as adult movies, hardcore adult movies, xxx movies. The onus is on you to abide by all lawful regulations regarding adult material and your proactive choice takes all responsibility of any personal repercussions from all exposure to this web site and community standards. The originators of this website and service providers will not be held liable for your choice to move forward.

This website is not intended to be shared with persons under the age of 18 and strictly intended to be used in one's own privacy for personal use.

By clicking ENTER, you understand the above waiver and standards. If you do not understand the above statement, you must EXIT.

  

  



WHOIS domain registration information results for xtube.com from Network Solutions                Page 1 of 3



Login        Customer Service        Your cart is empty
             Call us toll free

## WHOIS Search Results

Available **xtube** extensions:

.bz ☐

[ Order Selected Domain(s) ]

**SAVE over 70%** when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

[ Go ]

### WHOIS Record For



**xtube.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Visit AboutUs.org for more information about XTUBE.COM  AboutUs: XTUBE.COM

**Registrant:**
Webnovas Technologies Inc.
ATTN: XTUBE.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

**Domain Name:** XTUBE.COM

**Administrative Contact :**
Webnovas Technologies Inc.
ug37t25f5pf@networksolutionsprivateregistration.com
ATTN: XTUBE.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

http://www.networksolutions.com/whois/results.jsp?domain=xtube.com                9/20/2007

WHOIS domain registration information results for xtube.com from Network Solutions                Page 2 of 3

**Technical Contact :**
Webnovas Technologies Inc.
ug37t25f5pf@networksolutionsprivateregistration.com
ATTN: XTUBE.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

Record expires on 03-Sep-2010
Record created on 11-Apr-2007
Database last updated on 11-Apr-2007

Domain servers in listed order:                                Manage DNS

NS1.EASYDNS.COM
NS2.EASYDNS.COM
REMOTE1.EASYDNS.COM
REMOTE2.EASYDNS.COM

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 216.144.233.104 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-LOS ANGELES |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | X Tube - What Channel Are You On?! |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 4 |
| Data as of: | 19-Nov-2006 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
○ Domain Name




NIC Handle
IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.