uTube.com Universal Tube & Rollform Equipment Corporation - Tube Machinery - Used Tube Mills, U...    Page 1 of 2

  search>>> [_____] [Search]

| Free Ringtones | Shakira | Dating | Black Jack | Casino Games | Car Stuff | Cheap Trip |
| Sprint Ringtones | Cruise Vacation | Poker | Concerts | Online School | Dating | Mp3 Ringtones |
| Verizon Ringtones | Ringtones | Personals | Louis Vuitton | Slot Machines | Shoes | Film School |
| Cingular Ringtones | Extreme Travel | Gambling | Snowboarding | Nissan Cars | Tai Chi | MORE >>> |



26202 Glenwood Rd.  Perrysburg, OH 43551, USA  Tel: 419.872.2364  Fax: 419.874.2625

**Universal Tube & Rollform Equipment Corporation**

Home | Our Company | Inventory | Links | News/FAQs | Contact Us

**Machinery Search**

Universal Tube & Rollform Equipment Corporation specializes in buying and selling Used Tube Mills, Used Pipe Mills and Used Rollforming Machines.

**Inventory Links**

Tube Mills
Tube & Bar
Entry Line
Sheet & Strip
Rollformers
Fastener
General
Fabricating
Machine Tools
Wire Machinery

Just Click on the Link

Or go to Inventory

Welcome to UTUBE.com !  Machine Inventory "Click Here"

The Original Tube and Pipe Machinery Site, UTUBE™

 North America's largest metal forming, fabricating & welding event 

See us in Booth Number 23062

Our machines are stored in our 125,000 Sq. Ft, Perrysburg Ohio Warehouse. We have the ability to rebuild, retrofit or recondition each piece of equipment in our inventory or in your factory. We are committed to being the number one supplier of used Tube & Pipe equipment in the world!

| Universal Controls Group | Featured Machines | Latest News |
|---|---|---|
| We can retrofit your existing machinery with new control systems to increase accuracy and productivity while keeping the investment low. Die Accelerators | We are committed to being the number one supplier of used Tube & Pipe equipment in the world! | 09.16.2007 Utube Monthly Traffic Report, over 1 Million visitors per week (Link)<br><br>10.28.2006 We are back on line. See the Story... |

http://www.utube.com/    9/19/2007

WHOIS domain registration information results for utube.com from Network Solutions                Page 1 of 3



Login            Customer Service       Your cart is empty
                 Call us toll free

## WHOIS Search Results

**WHOIS Record For**



**utube.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about UTUBE.COM  AboutUs: UTUBE.COM

Make this info private

**Registrant:**
Universal Tube & Rollform Equipment Corporation
27475 Holiday Lane - P.O. Box 287
Perrysburg, OH 43552
US

**Domain Name:** UTUBE.COM

**Administrative Contact :**
Universal Tube & Rollform Equipment Corporation
sales@UTUBE.COM
27475 Holiday Lane - P.O. Box 287
Perrysburg, OH 43552
US
Phone: (419) 872-2364
Fax: 999 999 9999

**Technical Contact :**
Network Solutions, LLC.
customerservice@networksolutions.com
13861 Sunrise Valley Drive
Herndon, VA 20171
US
Phone: 1-888-642-9675
Fax: 571-434-4620

**SAVE over 70%**
when you TRANSFER your domains to Network Solutions — your trusted domain name provider!

Go

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Record expires on 25-Oct-2008
Record created on 26-Oct-1996
Database last updated on 10-Oct-2006

Domain servers in listed order:    Manage DNS

NS65.WORLDNIC.COM    205.178.190.33
NS66.WORLDNIC.COM    205.178.189.33

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 198.173.236.184 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-MICHIGAN-NOVI |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Universal Tube & Rollform Equipment Corporation - Tube Machinery - Used Tube Mills, Used Pipe Mills, Emmedi Welders, Rollformer |
| Meta Description: | Worldwide used machinery dealer specializing in buying and selling used equipment for the tube mill, pipe mill, rollforming, and coil processing industries. |
| Meta Keywords: | used, used tube machinery, used pipe machinery, tube mills, pipe mills, roll formers, Yoder, Emmedi Welders, Ardcor, Tishken, T&H, Dreistern, used tube mills, used pipe mills, tube mill controls |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 4 |
| Data as of: | 19-Nov-2006 |



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name



NIC Handle
IP Address



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

