WHOIS domain registration information results for abc.com from Network Solutions     Page 1 of 3

# NetworkSolutions.

Login     Customer Service / Call us toll free     Your cart is empty

## WHOIS Search Results

**Your WHOIS Search Results**



**abc.com**
Services from Network Solutions:

- **Certified Offer Service** - Let us help you get this domain name!
- **Backorder** - Try to get this name when it becomes available.
- **Private Registration** - Keep personal information for this domain private.
- **SSL Certificates** - Get peace of mind with a secure certificate.



Learn how securing your Web site helps your business.
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Visit AboutUs.org for more information about ABC.COM   AboutUs: ABC.COM

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Registrant:
ABC, Inc.
77 W 66th St.
New York, NY 10023
US

Make this info private

Domain Name: ABC.COM

Administrative Contact, Technical Contact:
dig.com
dns-ops@DIG.COM
506 2ND AVE STE 2100
SEATTLE, WA 98104-2300
US
Phone: (206) 664-4000
Fax: (206) 664-4009

Record expires on 23-May-2008
Record created on 22-May-1996
Database last updated on 15-May-2007



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More »
Search Engines
TOP SECRET

Domain servers in listed order:     Manage DNS

SENS01.DIG.COM     199.181.134.16
SENS02.DIG.COM     199.181.135.199

```
ORNS01.DIG.COM                198.187.189.44
ORNS02.DIG.COM                198.187.190.44
```

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 199.181.132.250 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-BURBANK |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | ABC.com |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 26-Nov-2006 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for abc.com from Network Solutions                    Page 3 of 3



○ NIC Handle
○ IP Address

 **Need to get your business online?** Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 **PerformanceClicks™ from Network Solutions** Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee







"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

**BBC** Home News Sport Radio TV Weather Languages    Search

Accessibility help
Text only
Mobile/PDAs

**BBC home**  ○ UK version | ⊙ International version | About the versions

## Explore

Explore bbc.co.uk

All of the BBC ⊙   The Web ○

Search

Other people are searching for:
- goth
- mary queen of scots
- highway code

See what's popular and new

## Browse

### News
Africa, Americas, Asia-Pacific, Europe, Middle East, South Asia, UK, Business, Science/Nature, Technology, Entertainment, News in 33 Languages...

### Sport
Football, Cricket, Rugby Union, Tennis, Motorsport...

### Radio
World Service, Programme A-Z, World Service Schedules...

**Radio in the UK** Radio 1, Radio 2, Radio 3, Radio 4, Five Live, Asian Network...

### TV
BBC World, BBC America...

**TV in the UK** BBC One, BBC Two, BBC Three, BBC Four...

### Weather
World, Weather News, Country Guides...

### Learning English
Online courses, Vocabulary & Grammar, Quizzes

### Other BBC sites
Children's, Health, History, Music, Society & Culture...

## News



Monday 08 October 2007, 14:13 GMT 15:13 UK

**Brown denies polls changed mind**
Gordon Brown rejects suggestions he changed his mind on holding a snap election because of poor polls.

Analysis: Fighting back (Part 2)
Your views: Brown's decision

Watch Gordon Brown

Watch/Listen to BBC News
| About News Feeds

Other top stories
- Interpol in rare sex abuse appeal
- Key gene work scoops Nobel Prize

### Sport

 **AC Milan & Dida face Uefa inquiry**

Alonso 'sure' of McLaren equality

Watch/Listen to BBC Sport
| About Sport Feeds

### Radio
**Listen to live audio** from BBC WORLD SERVICE

Listen to the latest bulletins:
News | Sport | Business

Listen again | Subscribe to a podcast |
Programme A-Z | Radio schedules
Launch Radio player

### TV
The BBC's international TV Channels:
BBC World, BBC America...

### Weather
**Weather for London:**

Monday          Tuesday
 max 17°C    max 15°C
min 13°C        min 12°C

5 day forecast | Change city

### Services
Audio/Video news       Daily e-mail
Mobiles/PDAs          Desktop ticker

### News in 33 languages
عربى         فارسى
中文          हिन्दी
РУССКИЙ      اردو
MUNDO        TIẾNG VIỆT
BRASIL       SOMALI

More languages

### Don't miss

 **Burma eyewitness**
BBC reporter finds muted defiance after Rangoon crackdown

 **Under the waves**
Rising sea levels spell the end for historic colonial Ivorian resort

### Video and audio
 US town's shock as gunman kills six
▶ WATCH

### Learning English
Words in the news
Grammar & Vocabulary
Quizzes

### Country profiles
Africa, Americas, Asia-Pacific,

http://www.bbc.co.uk/?ok                                    10/8/2007

BBC - homepage - Home of the BBC on the Internet                                     Page 2 of 2

 **Can't find it?** Try the A-Z Index

 Desktop alerts   RSS feeds

 Europe, Middle East...

Audio and video links may require you to **download additional plug-ins**

## BBC Services

Podcasts — Download BBC radio programmes

News alerts — Get alerts of breaking news on your desktop

Email services — Personalise your news - and get it in a daily email

**About the BBC** | Press Office | BBC Trust | BBC World Service Trust | Complaints | **Contact us**

The BBC is not responsible for the content of external internet sites


BBC © MMVII

About the BBC | Help | Terms of Use | Privacy & Cookies Policy

http://www.bbc.co.uk/?ok                                                            10/8/2007