



Receive mediabistro.com's **Daily GalleyCat Feed** via email

| Enter your e-mail | zip code | Enter |

➡ Click here to receive mediabistro.com's Daily Media Newsfeed via email.

**HarperCollins Publishers** is looking for a **Assistant Designer**.
See the next featured job.

**THURSDAY, SEP 06**

## Lulu Gets Pissed About Hulu, Files Lawsuit

As best we can tell, Hulu.com is some kind of entertainment-based social networking platform. **Lulu.com** enables anyone to get an ISBN and have a "book" printed. So what's the problem? According to Lulu, a lot: trademark infringement, unfair and deceptive trade practices and for federal cyberpiracy, as per a lawsuit the company has just filed. In the complaint, filed in US District Court in Raleigh, NC, Lulu alleges that "Hulu, as a result of their recent name and Internet domain announcements, have intentionally attempted to create confusion in the marketplace. Hulu, in name, as a mark and in their business as a digital content distribution platform, represents a definitive encroachment."

Which, frankly, seems like a bit of a stretch. If it was, say, Looloo or Lula or Lu-lu, maybe I could buy the argument. But that the name rhymes? Nope.

Posted by Sarah | 07:35 AM | Web & Tech

**new on mediabistro.com**

## Career Reinvention Toolkit



A three-part online audio seminar on putting your career dreams into action.
**Listen now**

Interested in advertising on GalleyCat?

**GalleyCat.com: the first word on the book publishing industry**

Editor:
**Ron Hogan**

EMAIL THE 'CAT ✉



add to MY YAHOO!

Add to Google

more syndicated feeds from mediabistro.com

**Anonymous Tips**

SEND TIP

**Now On mediabistro.cor**

### SUBSCRIBE

Click here to receive the Daily Media News Feed by email.

### JOB LISTINGS

**Featured Listings**

ESL Sales Specialist/Southern CA
Pearson Education/Longman Publishing
*San Bernardino County, CA*

Assistant Designer
HarperCollins Publishers
*New York, NY*

Publishing Contracts Assistant
Trident Media Group - literary agency
*New York, NY*

Marketing Manager
Elsevier

## Email This Post

Fill out the following information and click on the Send button in order to send this post, **Lulu Gets Pissed About Hulu, Files Lawsuit,** to a friend.

**Friend's name**

**Friend's email address**

**Your name**

**Your email address**

**Note to your friend** *(optional, max 200 Characters)*

[Send]

**Read more on GalleyCat >**

Philadelphia, PA

**See all jobs**

**Post a risk-free job listing for $279**

ADVERTISEMEN



**NOW AVAILABLE**

THE WITCH'S TRINITY
A NOVEL

ERIKA MAILMAN

Vividly imagined, elegantl written, haunting, and unforgettable, Erika Mailman's novel has everyone talking.

"A well-constructed nove and a gripping, well-told story of faith and truth." Khaled Hosseini, #1 New York Times bestselling author of The Kite Runner

Click here to read an excerpt.
read more

**Categories**

About the 'Cat
About Us - Modules
Adaptation
Agents
Authors
Awards
Behind the Deal
Book Fairs
Book Jackets
Bookselling
Buzz/PR
Comicbookland
Editors
GC's Hitlist
Lecture Circuit
Libraries
Lit Crit
Litterbox
LOLgalleycats
Mailbag
Monday Morning
New & Upcoming
Paper Cuts
Party Hopping
Polls
Publishing
Revolving Door
Trends
Web & Tech

**MB Blogs**

FishbowlNY
FishbowlDC
FishbowlLA
TVNewser
UnBeige
mbToolbox
Mobile Media News

**Links**

Buzz, Balls & Hype
Critical Mass
Danuta Kean
Publishers Marketplace
Publishing Contrarian
Publishing Insider
Publishing News
Publishing Trends
Publishers Weekly
PubRants
theBookseller.com
The Publishing Spot
Shelf Awareness



**The Writers Room**

THE WRITERS ROOM

AN URBAN WRITERS' COLONY

The Writers Room is a wo space for writers near Ast place. Full-Time Membership (24/7) costs only $600 per 6-month term; Mornings-&-Evening and Evenings-Only Memberships cost even less. For details visit our website at www.writersroom.org or call Liz Sherman 212-254 6995.

# EXHIBIT E-8

On FilmSpot: Dark Knight gets a Trailer



**Search:** [                                        ]

Today on CNET    Reviews    News    Downloads    Tips & Tricks    CNET TV    Compare Prices    Blogs

Business Tech  |  Cutting Edge  |  Access  |  Threats  |  Media 2.0  |  Markets  |  Personal Tech  |  News Blogs  |  Video  |  Extra

September 5, 2007 5:54 PM PDT

# Battle of the ulu.com's: Lulu.com vs. Hulu.com

Posted by Stefanie Olsen

This case could surely elicit some giggles from the rhyme police. Lulu.com said Wednesday that it has filed suit against Hulu.com for trademark infringement on the grounds that the two names and business models are too similar and will create confusion in the market.

Lulu.com, a service that lets members publish, print and sell their own books, has been around for five years, according to the company. Hulu.com is a joint digital video partnership between NBC Universal and News Corp., whose corporate entity N-F Newsite announced the name last week. The lawsuit, filed Wednesday in U.S. District Court in North Carolina, charges N-F Newsite with trademark infringement, unfair and deceptive trade practices, and federal cyberpiracy.

"We have spent more than five years and tens of millions of dollars in investment successfully building the Lulu brand and website into a place for millions of creators and consumers to publish, buy, sell and manage digital content," Lulu CEO Bob Young said in a statement.

According to gossip site Valleywag, News Corp. took over the domain Hulu.com from a small family that used the site for posting family photos.

**TOPICS:** Media

**TAGS:** Lawsuits, Lulu.com, Hulu.com

**BOOKMARK:**    Digg    Del.icio.us    Reddit

---

## TalkBack                                                    7 comments
                                                               Post a comment

**May not be a problem**
rcrusoe
Sep 6, 2007, 4:08 AM PDT

Read more comments >

---

Dice®
The Career Hub for Te...

## About News E
Recent posts on techno

**Subscribe to th**
Click this link to

Add this feed to your
   Add to Google
   Add to MSN
   Add to Newsgator

---

## News Blog to

Apple

Blogma

Broadband

Car Tech

Cellular

# Recent posts from News Blog

Daily dose of BEA? Icahn raises stake--again
You just bought a 1080p TV--why listen to its lo-fi speakers?
Senators face new pressure to renew Net tax ban
Hydrogen to fuel long-distance drone for special ops
More unsolicited advice for CEOs

---

**SPONSORED LINKS**

**Hackers Attacks ?**
a new blog that highlights different hackers attacks
www.serapis.net

**Ip security**
Structured Cabling Solutions for CCTV & Surveillance. Contact Us Now
www.netclear.com

**Verify Digital Records**
Patented Record Protection & Less Expensive Than Digital Signatures!
www.proofspace.com

**Girl Dimension**
Bored? Browse latest news, jokes, gossip, advice, and more
www.girldimension.com

**IP6 Vulnerability Scanner**
How vulnerable are your networks? Find out with the Saint Scanner.
www.saintcorporation.com

(about)

Cisco

Coop's Corner

Deal of the day

Dell

Digital Kids

Digital parenting

Enterprise software

Esoteric post of the da

Gadgets

Gaming

Google

Green tech

Half baked

IBM

Media

## CNET News.com R

One More Thing by T
Making sense of the run
will shape the future of /
Recent posts:

The mobile future

ARM's new Corte
multicore chips

Intel chipset drive

---

The Iconoclast by De
Covering the intersectio
Recent posts:

FCC asked to ma
portability'

Should you be tax
York Times'?

Democrats fail (at
users from taxes

---

The Social by Carolin
Exploring all facets of sc
Recent posts:

Silicon Valley vs.

On ZDNet: A 50-watt PC with commodity parts?



**Search:** [                    ]

| Today on CNET | Reviews | News | Downloads | Tips & Tricks | CNET TV | Compare Prices | Blogs |

| Business Tech | Cutting Edge | Access | Threats | Media 2.0 | Markets | Personal Tech | News Blogs | Video | Extra |

## TalkBack: Battle of the ulu.com's: Lulu.com vs. Hulu.com

| < Previous comment | Comment 2 of 7 | Next comment > |

### the more you know (was that NBC)?: reader comment from fortyonejb

Posted on: September 6, 2007, 7:37 AM PDT
Story: Battle of the ulu.com's: Lulu.com vs. Hulu.com

OR, the truth of the matter is that iTunes demands were unfavorable and amazon proved a better medium. Only an apple drone would see that as a poor business move. Amazon is platform independent while iTunes shoves their proprietary practices down your throat. Thats why it is just your opinion, too bad its wrong.

Now on the hulu vs. lulu debate. It seems rather silly to me. I don't see how similar they are. One is for self publishing books, and the other is for watching TV over the internet. Now if NBC named it loost I could see people getting confused. This "brand confusion" stunt by lulu is nothing more than an attempt to draw attention to their site.

Reply to story | Reply to this comment          ⊘Report as offensive

| < Previous comment | Comment 2 of 7 | Next comment > |

**Story: Battle of the ulu.com's: Lulu.com vs. Hulu.com**

└ **May not be a problem**
  rcrusoe  -- Sep 6 2007, 4:08 AM PDT
  └ **the more you know (was that NBC)?**
    fortyonejb  -- Sep 6 2007, 7:37 AM PDT
    └ **think again**
    MaLvaDo39  -- Sep 6 2007, 8:13 AM PDT
      └ **You don't see the control..**
      DraconumPB  -- Sep 6 2007, 8:34 AM PDT
    └ **you forgot your sarcasm tag.**
      fortyonejb  -- Sep 6 2007, 9:46 AM PDT
        └ **Unbox only works with Windows Media and Tivo**
  weberik  -- Sep 7 2007, 10:39 AM PDT
  └ **Proprietary?**
    weberik  -- Sep 7 2007, 10:47 AM PDT



## Readers' Choice

**Most discussed stories**

1. Microsoft unveils revamped Zunes
   October 2, 2007

2. Trouble in iPhone paradise
   October 1, 2007

3. Do we need NASA?
   October 3, 2007

4. Report: Microsoft to announce flash-base
   October 1, 2007

5. Windows Vista SP1 beta lacks 'wow'
   October 3, 2007

**Legend:** ◉ CNET moderator

CNET Networks is not responsible for the content of TalkBack posts submitted by our user

Powered by Jive Software

Site map | Help center | Corrections | Newsletters | Send tips | News.com mobile | Content licensing | RSS feeds |  Search:

Popular topics: Apple Mac | IE7 | iPhone | iPod | iTunes | Microsoft Windows Vista | Nintendo Wii | PS3 | Spyware | TVs | Xbox 360

**CNET.com** About CNET | Today on CNET | Reviews | News | Compare prices | Tips & Tricks | Downloads | CNET TV

Popular on CNET Networks:  PS3 | Wii | Xbox 360 | Pussycat Dolls | Free Music Videos | TV Listings | Prison Break | Game Cheats

About CNET Networks | Jobs | Advertise | Partnerships | Site map                                    Visit other CNET Netwo

Copyright ©2007 CNET Networks, Inc. All rights reserved.  Privacy policy | Terms of use

# EXHIBIT E-9

# Between the Lines

Latest Post | Last 10 Posts | Archives

**Previous Post:** HP trots out fall line of products
**Next Post:** News to know: iPhone; Seagate drives; Chip price lists

## Lulu wants to meet Hulu in Sulu court

Posted in:

- Legal

As you might recall, NBC Universal and News Corp. announced last week that it would call its well funded, fledgling content distribution service Hulu.com (which ironically means "cease and desist" in Swahili). Now Lulu.com, which calls itself the "premiere marketplace for new digital content on the Web" wants to sue Hulu for name similarity infringement. Here is the salient part of the note from Lulu's Ken Peters, standing in for Lulu founder Robert Young, also a founder of Red Hat:

> As you may know, the previously unnamed joint venture for digital content distribution between NBC Universal and News Corp. announced last week that it would call itself Hulu.com. Because of their obvious similarities, the name Hulu.com presents a serious threat to the brand that Lulu.com has worked to build over the past five years.
>
> Lulu.com has filed for an injunction against Hulu.com to prevent it from continuing to use the Hulu.com name. The lawsuit seeks only for Hulu.com to stop using the name to avoid confusion in the marketplace between these two digital content platforms, especially for the more than 1.2 million Lulu.com customers.
>
> Because of their obvious similarities, the name Hulu.com presents a serious threat to the brand that Lulu.com has worked to build over the past five years. The lawsuit seeks only for Hulu.com to stop using the name to avoid confusion in the marketplace between these two digital content platforms, especially for the more than 1.2 million Lulu.com customers.

Here are the two sites. Are you confused? Hulu, Lulu, Zulu, Culu, Vulu and of course Sulu.





posted by Dan Farber

September 5, 2007 @ 4:55 pm

**Previous Post:** HP trots out fall line of products

**Next Post:** News to know: iPhone; Seagate drives; Chip price lists

---

# Last 10 posts:

- Checking in with Apple: Price cuts boost iPhone sales units; Mac sales level out (10-04)
- EMC buys Berkeley Data Systems, creator of Mozy (10-04)
- News to know: AT&T Tilt; Vista SP1; Server flaws; .Net (10-04)
- Netvibes feeds the business world (10-03)
- Google Transit now public (10-03)
- Fake Steve's fake traffic (10-03)
- Reality check: CNET and TechCrunch (10-03)
- Amazon sheds light on Dynamo (10-03)
- Google beefing up Google Apps (10-03)
- EDS, Sabre extend IT services deal (10-03)

more Posts (Archives)

WordPress Mobile Edition available at alexking.org.

powered by **WordPress**.

# EXHIBIT E-10

 **Jupiterresearch.**
Analyst Weblogs

search

○ **Joseph Laszlo** ◉ **All analysts**

## Lulu Dislikes Hulu

<< Not Galactica! | Main

### Joseph Laszlo | September 06, 2007, 05:40 PM

**Valleywag reports** that eensy weensy (771K visitors for July, according to **compete.com**) Web 2.0 content tools provider Lulu.com is suing huge behemoth NewsCorp/NBC JV Hulu.com for trademark infringement and deceptive trade practices. Lulu clearly hasn't thought this through; their traffic's bound to go up, at least a bit, from the occasional (if somewhat unlikely) typos that Hulu visitors are going to generate.

Actually, if anyone's going to sue Hulu it should be Mr. Sulu. There's not, after all, that much difference between the ability to navigate to the stars of online video and the ability to navigate among the stars on video.

Okay that should get the geekiness out of my system for a while.

Subscribe for free JupiterResearch email updates: 

[ ]

Subscribe

**SEPTEMBER 2007**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     |     | 1   |
| 2   | 3   | 4   | 5   | **6** | 7 | 8 |
| 9   | 10  | 11  | 12  | 13  | 14  | 15  |
| 16  | 17  | 18  | 19  | 20  | 21  | 22  |
| 23  | 24  | 25  | 26  | 27  | 28  | 29  |
| 30  |     |     |     |     |     |     |

**ARCHIVES**

-Choose a month-

**RECENT ENTRIES**

Lulu Dislikes Hulu
Not Galactica!
Til the End of Time
HD DVD News: World Not Safe from Transformers 2
Monday Night Football Strategy: Less Football, More UGV
Paramount DVD Decision Riles Michael Bay
YouTube's Future: Aesop's Fable Version
Comcast Launches Fancast
Didja Stop and Think About This
Disney Multiplayer: From Pirates to Penguins

**VIEW ANALYST WEBLOGS**

**By Analyst »**

Julie Ask
Asaf Buchner
David Card
Todd Chanko
Diane Clarkson
David Daniels
Nate Elliott
Patricia Freeman Evans
Ian Fogg
Michael Gartenberg
Thomas Husson
Joseph Laszlo

# EXHIBIT E-11

5 of 33 DOCUMENTS

Copyright 2007 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2007 DealBreaker
DealBreaker

September 7, 2007 Friday 1:16 PM EST

**LENGTH:** 245 words

**HEADLINE:** UFC 76: Lulu vs. Hulu

**BODY:**

Sep. 7, 2007 (DealBreaker0 delivered by Newstex) -- There can be only one "ulu!" We gave the brain trust at NBC and NewsCorp some well-deserved flack over the decision to name their $1 billion video content portal "Hulu" after an inexplicable multi-month nomenclatural funk and near-extinction of Fantasia (or Fantastica) from the all-consuming Nothing. It seems Lulu is equally perplexed by the decision, and the one letter difference between the new name and its own. Lulu is suing Hulu (if litigatory karma exists, NBC and NewsCorp are right under Viacom in the pecking order of companies that need to be sued). Here's more, from the Hulu.com, NBC Universal (GE) and News Corp.'s (NWS) soon-to-launch video Web site, has been slapped with a trademark infringement lawsuit by Lulu Enterprises for picking a name too similar to its own. Lulu, which controls the Web sites lulu.com and lulu.tv and specializes in digital self-publishing services for budding filmmakers, musicians and authors, claims in a suit filed in federal court in Raleigh, N.C., that NBC and News Corp.'s decision to name their service Hulu represents an intentional attempt to create confusion in the marketplace and an encroachment on its business. Do the Zulu's have enough lawyers on hand to enter the fray? We hear creator god Nkulunkulu is especially pissed, but is not really an interventionist when it comes to human affairs.HULLABALOO OVER HULU [New York
>Newstex  DEBR-0001-19430389

**NOTES:** The views expressed on blogs distributed by Newstex and its re-distributors ("Blogs via Newstex") are solely the author's and not necessarily the views of Newstex or its re-distributors. Posts from such authors are provided "AS IS", with no warranties, and confer no rights. The material and information provided in Blogs via Newstex are for general information only and should not, in any respect, be relied on as professional advice. No content on such Blogs via Newstex is "read and approved" before it is posted. Accordingly, neither Newstex nor its re-distributors make any claims, promises or guarantees about the accuracy, completeness, or adequacy of the information contained therein or linked to from such blogs, nor take responsibility for any aspect of such blog content. All content on Blogs via Newstex shall be construed as author-based content and commentary. Accordingly, no warranties or other guarantees will be offered as to the quality of the opinions, commentary or anything else offered on such Blogs via Newstex. Reader's comments reflect their individual opinion and their publication within Blogs via Newstex shall not infer or connote an endorsement by Newstex or its re-distributors of such reader's comments or views. Newstex and its re-distributors expressly reserve the right to delete posts and comments at its and their sole discretion.

**LOAD-DATE:** September 7, 2007

# EXHIBIT E-12

☐ SEARCH BLOG | FLAG BLOG | Next Blog»   Create Blog | Sign In

# Pamil Visions Tutorials

My daily ramblings on online business development based on my browsing habits, plus some SEO and PR tips. Have I mentioned fun?

---

**SEP 12, 2007**

## Lulu vs. Hulu

I am a convinced Lulu fan, but public relations news like this that follows, make me really wonder whether people at Lulu don't have enough work to do.

Lulu sues a new company called Hulu. Yes, the spellings are quite similar, but common, would you sue someone for any rhyme? It's not Lalu, it is not Lula oe Lolu Lulo... Lilu Luli. It's Hulu. You cannot misspell that. You cannot say Lulu and hear Hulu.

Also Lulu suggested that Hulu covers the same business industry. I am a Lulu user and I will not leave a self publishing service for a video sharing service. Two different industries. Two different purposes.

I've been in the online PR business since 5 years already and there is no way Lulu can win this trial. It is however a pretty expensive PR manoeuvre.

To place this video on your web site, copy/paste the following code into your HTML file:



---

### Welcome to Pamil Visions Tutorials
Your host: **Mihaela Lica**



Download **FREE SEO Book for** WordPress Blogs

Online Store



### Previous Posts

Michael Gray on Wordpress Blog Optimization

Make Mondays Fun!

American Airlines Goes Silly With It

New SEO Challenge: Steal The Thunder for Cap Sud D...

New W3C Markup Validator Released

---

**Penny Stock Report (GXPI)**
GXPI Taps Colombia's Rich Potential Major
Bull Market for Gold, Get In!

**PayPerPost Blog Network**
Over 40,000 bloggers who promote
advertisers inside blog posts!

Ads by Google

posted by Mig @ 12:21:00 AM          0 comments      links to this post

## 0 Comments:

Post a Comment

Subscribe to Post Comments [Atom]

## Links to this post:

Create a Link

<< Home

Come Visit Me at red-dog.com

Cool Find: iplagiarismcheck.com

Where to Submit Your Website

Ballad - Rain Within Your Heart

Peopleized





Get your own widget!

**Disclosure Policy**



Add URL    [    Go    ]

Subscribe to
Posts [Atom]



This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 2.5 License.

# EXHIBIT E-13

|SEARCH BLOG|| FLAG BLOG| Next Blog»                                    Create Blog | Sign In

# DIGITAL MEDIA LAW

THOUGHTS ABOUT THE LATEST NEWS IN THE LAW AND BUSINESS OF DIGITAL MEDIA, TRADITIONAL ENTERTAINMENT, IP, AND TECHNOLOGY. FROM JONATHAN HANDEL, OF COUNSEL AT TROYGOULD IN LOS ANGELES.

**THURSDAY, SEPTEMBER 6, 2007**

## Lulu Ululates Over Hulu

Lulu.com is suing Hulu.com for trademark infringement, reports CNET. (To "ululate" means to howl or wail, and when else am I ever going to get to use that word?)

Crux of the complaint is that the names and business models are too similar and will cause consumer confusion. The names certainly are similar, but the business models seem different: Lulu.com is a self-publishing service (print, publish and sell your own books), whereas Hulu.com is a recently-announced digital video company jointly owned by NBC Universal and News Corp. I'm not sure where the confusion lies, but I guess we'll see.

EMAIL THIS • SUBSCRIBE TO THIS FEED • SAVE TO DEL.ICIO.US • DIGG THIS! • SHARE ON FACEBOOK • DISCUSS ON NEWSVINE • STUMBLE IT! • VIEW CC LICENSE

POSTED BY JONATHAN HANDEL AT 10:48 PM

LABELS: HULU.COM, LULU.COM, NBC UNIVERSAL, NEWS CORP., TRADEMARK

## 0 COMMENTS:

Post a Comment

## LINKS TO THIS POST

Create a Link

Newer Post                    Home                    Older Post

Subscribe to: Post Comments (Atom)

---

Subscribe in a reader

Subscribe via email:

[ Subscribe ]

---

ABOUT ME



**JONATHAN HANDEL**
**LOS ANGELES,**
**CALIFORNIA, UNITED**
**STATES**

I'm Of Counsel at TroyGould (troygould.com) and practice digital media, entertainment and technology law. I'm equally at home in all of these industries. For instance, I've worked at the Writers Guild and at a small boutique law firm representing movie stars and directors - and have even taught film appreciation classes - but I've also worked in the computer business, prior to law school. ********************** Education: Harvard College (A.B., Applied Math/Computer Science, magna cum laude). Harvard Law School (J.D., cum laude). **************************** Other Experience: I clerked on the U.S. Court of Appeals (5th Cir.), and also served as a federal Associate Independent Counsel in an

# EXHIBIT E-14

Sign Up | Login



 **THE BUSINESS OF TECHNOLOGY**

NEWS    BLOG    EVENTS    RESEARCH    RH TV

TOP STORIES    FINANCE    INTERNET    CLEANTECH    COMMUNICATIONS    MEDIA    COMPUTING    BIOSCIENCES    SECURITY

MAGAZINE    ARCHIVES

# No Love for Rhymes

on 06 September 2007, 16:25
by Leah Messinger

Trademark disputes often lack rhyme or reason. In the case of Lulu v. Hulu, at least there's a rhyme.

This week Lulu, a company that helps users self-publish books and multimedia content, filed a complaint in North Carolina District Court against Hulu, the NBC-News Corp.-backed professional video site still under development. In a statement, Lulu accuses Hulu of trademark infringement, unfair and deceptive trade practices, and cyberpiracy.

"It is clear we are required to move quickly to protect our intellectual property and defend ourselves against this infringement before it significantly damages our business," said Lulu CEO Bob Young in a statement.

Mr. Young founded Lulu in Raleigh, North Carolina in 2002 and prior to that he co-founded open source software company Red Hat. Now he's concerned that that Hulu is trying to capitalize on Lulu's audience by creating confusion in the marketplace. (A reporter trying to keep the companies straight as she reports this story can see his point.)

Though Hulu won't enter private beta until October, the site received its official name last week. Previously it had been referred to only as "Newsite." Once it launches it will offer up shows from NBC and Fox, including Heroes, 24, and Bones, to Internet viewers.

And that's a concern for Mr. Young's Lulu.tv, which lets users sell their digital media creations through the site. Although Lulu.tv offers an outlet for the sale of user-generated video content, Mr. Young seems to be concerned that Hulu's studio-produced offerings will steal some of the online video spotlight he's worked hard to capture. In the statement Lulu points to a concern that Hulu's products and services "are related to, and even identical to, the services that Lulu provides under its Lulu marks." To the lay viewer, however, the sites appear to have little overlap.

Hulu spokesperson Christina Lee declined to comment on current litigation.

Despite the fact that the two sites appear to offer vastly different services, it's no wonder Hulu's $100 million private equity investment for a valuation reportedly worth $1 billion has Mr. Young worried about confusion in the marketplace.

"We have spent more than five years and tens of millions of dollars in investment successfully building the Lulu brand and website into a place for millions of creators and consumers to publish, buy, sell and manage digital content," said Mr. Young.

For his part, when Hulu CEO Jason Kilar announced his venture's new name last week his tone made it seem as if the word "Hulu" had been chosen practically on a whim.

"Objectively, Hulu is short, easy to spell, easy to pronounce, and rhymes with itself," Mr. Kilar wrote in a blog post.

In the North Carolina courts, however, rhyming may not prove to be such a good thing.

Related Topics: Nbc, Red Hat, News Corp., U.S. District Court, Hulu, Lulu, Bob Young, Jason Kilar

ADVERTISEMENT



You & Us.

Technology's most powerful team.

▶ Learn more

www.ubs.com/tmt

�֍ UBS

FEEDS

opml
RSS for this group

All Articles

Comments

News

Events

WIKI

Custom RSS feeds

ADVERTISEMENT

QUICK SEARCH

del.icio.us  digg  NewsVine  YahooMyWeb

COMMENTS

No comments on this article.

**You are not logged in. Do you wish to post an anonymous comment.** *Login*

Name

Email

*E-mail address will not be published*

Personal web page URL

http://

*URL address starting with http://*

Image verification

5707

*Please type in the digits from the image*

Content

Save    Cancel



I'M **ALEX.**
VP OF OPERATIONS.

**AVAYA**
INTELLIGENT COMMUNICATIONS

MOBILE READER

RED  News on your mobile device Click Here

# EXHIBIT E-15

# Search Engine Oracle Ltd

Search Engine Optimisation (SEO) - Pay Per Click (PPC) Management

- Home
- Search Engine Optimisation (SEO)
- Pay Per Click (PPC)
- Free Analysis
- Links
- Contact
- Sitemap

« Image Link Love from Wikipedia
The Truth About a Useless Meta Tag »
12 09 2007

## Lulu Sues Hulu or How Desperate Online Marketers Fight for the Top of the Web

Posted by: Ben Ashton, in Internet Marketing

It makes no sense, but it happens. Lulu, a self publishing service provider, sues Hulu, a beta application of what later will probably be (another) video sharing.

Public relations trick (as some bloggers insinuate) or a real copyright infringement?

Lulu is in no danger whatsoever because of Hulu. Hulu doesn't target the same market. Hulu doesn't offer to the ordinary writer with no actual possibilities the opportunity to publish his/her own content and even get paid for it. Hulu is a Veoh, and YouTube… Nothing special. Hulu is an ordinary copy of what many other websites already offer successfully…

The only problem Lulu has is Hulu's name. Hulu rhymes with Lulu. That's bad, they say. And they start the fight.

When the web becomes a battle field and the reasons to go against another web marketer are so facile, I cannot help but wonder: what is next? Will Google sue a company called Ogle? Or a "go ogle"? Let's have some common sense and instead of wastriaing time and money on irrelevant trials, let's bring even more value for the users (although in Lulu's case "value" is not something we can debate, for there is enough value in what they have to offer already.)

Does Lulu's maneuver matter from an SEO perspective? More or less. Because many bloggers and journalists will write about this topic and provide a link back to Lulu (www.lulu.com) the answer is yes. But the SEO value is nothing compared to the "buzz." Lulu's latest trick will drive enough traffic to the site these days.

Share This

SEO LTD is a Search Engine Optimisation & Pay Per Click Management company based in Cheshire
Company Reg No. 05990073 | Proudly powered by WordPress, Mandigo theme by tom
Entries (RSS) and Comments (RSS).

# EXHIBIT E-16

« $100 Back For Waiting In Line?
A Puzzle For You… »

# Lulu's Hulubulu

Lessee, can you sue a company over phonetics? I suppose you can sue anybody for anything. But, can you PREVAIL in a lawsuit over the phonetic similarity of a company's name? Coke - Koch? McDonald's - Macdonald's? Frye's - Frey's?

Lulu's about as close to the online video business as my great grammy's website. I can SAY I'm going to get into the online video business with a gazillion different DBA's… doesn't mean jack.

I suppose they'll sue little old Xulu.com next because they intended to get into interdimensional entertainment too. Nitwits!

I'm with Neal Boortz… Looser should pay all partys' atty fees on ANY/ALL lawsuits filed.

**Explore posts in the same categories:** Rant, hulu, lulu, xulu

This entry was posted on Thursday, September 6th, 2007 at 3:42 pm and is filed under Rant, hulu, lulu, xulu. You can subscribe via RSS 2.0 feed to this post's comments. You can comment below, or link to this permanent URL from your own site. Your comments will appear immediately, but I reserve the right to delete inappropriate comments.

# Comment:

Name

Mail (will not be published)

Website

Submit Comment

Blog at WordPress.com. Theme: Sapphire by Michael Martine.

ප