# EXHIBIT F



Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog



Get Traffic Details ▶ | Top 500 - Movers & Shakers



**Category:** Top > Business > Publishing and Printing > Publishing > Self-Publishing > On Demand



email page | edit info

## Lulu.com
lulu.com

Self-publishing for print-on-demand books, ebooks, music, images and custom calendars. Authors set their own royalties and control the publishing process.

### EXPLORE THIS SITE
Overview
**Traffic Details**
Related Links
Sites Linking in

**Sponsored Links**

**FleetRates.com**
Low Automotive Prices Lease Payments Nationwide Delivery 888-861-8080

**Customer Support Software**
Provide live help to your clients using LIVECHAT Contact Center!

Your Ad Here

Lulu.com has a traffic rank of: **3,036**

**Sponsored Links**

**Alexa Toolbar 4 Firefox**
Take your Alexa stats with you with the latest Alexa Toolbar... for Firefox.

**Buy and Sell Ads**
AdBrite is the Internet Ad Marketplace. Generate more revenue from your ad space.

**Share your thoughts**

E-mail a friend about lulu.com...

**Quick Pick**
Tuckermax.com



**Travel Back in Time!**





**INTERNET ARCHIVE**
**WaybackMachine**
Use the Wayback Machine to see how Lulu.com looked in the past.

**Sell Ad Space on Your Site!**
AdBrite is the Internet's ad marketplace. Take control of your ad space today and make money.

**AdBrite**
Get Started Now

View Traffic Details for
http://lulu.com

Learn more about Alexa Traffic...

### Reach for Lulu.com:
Percent of global Internet users who visit this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 0.021% | 0.0235% | 0.0342% | ⬇ 24% |

### Traffic Rank for Lulu.com:
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 5,499 | 5,178 | 3,036 | ⬇ 811 |

### Page Views per user for Lulu.com:
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 3.5 | 3.7 | 3.6 | ⬆ 13% |

### Lulu.com users come from these countries:

| | |
|---|---|
| United States | 36.1% |
| United Kingdom | 6.3% |
| France | 4.8% |
| Italy | 3.9% |
| Canada | 3.6% |

More lulu.com users...

### Lulu.com traffic rank in other countries:

| | |
|---|---|
| Italy | 1,266 |
| United Kingdom | 1,290 |
| United States | 1,445 |
| Canada | 2,155 |
| France | 2,546 |

More lulu.com traffic rank...

### Where people go on Lulu.com:

- lulu.com - **89%**
- stores.lulu.com - **3%**
- books.lulu.com - **3%**
- calendars.lulu.com - **1%**
- people.lulu.com - **1%**
- images.lulu.com - **1%**

- trac.lulu.com - 1%
- video.lulu.com - 1%

### Get a custom tee with your stats!



0.0342%
say my site rocks!
www.lulu.com

**More Tees**

Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!



| Traffic Rankings | Developer's Corner | Company Info | Help | Download the Alexa Toolbar! |
|---|---|---|---|---|
| Top 500 Sites | Web Search | History | FAQ's | Privacy Policy \| Terms of Use |
| Movers & Shakers | Alexa Data | Technology | Support | © 1996-2007, Alexa Internet, Inc. |
| About Rankings | Thumbnails | Management Team | Webmasters | An amazon.com company |
| Alexa Tees | Widgets | Job Opportunities | | |
| | Custom Toolbar | News & Press Releases | | |
| | Link Report | Contact Us | | |

Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog





Get Traffic Details ▶   Top 500 - Movers & Shakers





email page   edit info

**LuluTV**
lulu.tv
Get played. Get Paid. Editorial based Vlog portal for creating, sharing, and networking with other Vloggers, Videographers, Animators, and Viewers.

**EXPLORE THIS SITE**
Overview
**Traffic Details**
Sites Linking in

Sponsored Links
**Homes for Sale**
Search for Real Estate on the All New RealEstateBook.com Website.

**Search For People at Wink**
Find people on the Web by name, location, sex, employer, school, more

Your Ad Here

Lulu.tv has a traffic rank of: **64,761**

Sponsored Links

**Get More Traffic**
Advertise in 150+ search engines - Flat Fee - 3 Mos. - $12 or LESS.

**Surf Smarter and Safer**
The first web toolbar is still the best. Get the Alexa Toolbar and see what you are missing.

**Share your thoughts**

E-mail a friend about lulu.tv...

**Travel Back in Time!**
INTERNET ARCHIVE
WayBackMachine
Use the Wayback Machine to see how LuluTV looked in the past.

**Track Your Website Statistics!**
The NEW HitsLink tracks even more live data on your visitors, with advanced keyword analysis





http://www.alexa.com/data/details/traffic_details?url=http://lulu.tv          10/8/2007



Take A Free Trial

View Traffic Details for
http://lulu.tv

**Learn more about Alexa Traffic...**

### Reach for Lulu.tv:
Percent of global Internet users who visit this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Chang |
|---|---|---|---|
| 0.005% | 0.0034% | 0.0025% | ↑ 11% |

### Traffic Rank for Lulu.tv:
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Chang |
|---|---|---|---|
| 33,135 | 47,830 | 64,761 | ↑ 8,345 |

### Page Views per user for Lulu.tv:
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Chang |
|---|---|---|---|
| 1.8 | 2.0 | 2.3 | ↑ 21% |

### Lulu.tv users come from these countries:

| | |
|---|---|
| United States | 27.8% |
| Hong Kong | 14.3% |
| Canada | 5.6% |
| India | 3.2% |
| Australia | 2.7% |

More lulu.tv users...

**Get a custom tee with your st**

0.0025%
say my site roc
www.lulu.tv

More Tee

### Lulu.tv traffic rank in other countries:

| | |
|---|---|
| Hong Kong | 6,250 |
| Australia | 18,583 |
| Canada | 19,428 |
| United States | 24,941 |
| India | 31,979 |

More lulu.tv traffic rank...

Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!



| Traffic Rankings | Developer's Corner | Company Info | Help | Download the Alexa Toolbar! |
|---|---|---|---|---|
| Top 500 Sites | Web Search | History | FAQ's | Privacy Policy | Terms of Use |
| Movers & Shakers | Alexa Data | Technology | Support | © 1996-2007, Alexa Internet, Inc. |
| About Rankings | Thumbnails | Management Team | Webmasters | An amazon.com. company |

Custom Toolbar
Link Report

News & Press Releases
Contact Us