WHOIS domain registration information results for bbc.com from Network Solutions

Page 1 of 3



# NetworkSolutions

Login    Customer Service / Call us toll free    Your cart is empty

## WHOIS Search Results

**Your WHOIS Search Results**



**bbc.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

25% OFF Web Site Hosting
Just $9.96 $7.47/mo
+ free domain — Limited Time Online Only Offer
Our Lowest Price Ever!  ≥ Get 25% OFF

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.

```
Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: BBC.COM
   Registrar: TUCOWS INC.
   Whois Server: whois.tucows.com
   Referral URL: http://domainhelp.opensrs.net
   Name Server: NS0.THDO.BBC.CO.UK
   Name Server: NS0.THNY.BBC.CO.UK
   Status: clientDeleteProhibited
   Status: clientTransferProhibited
   Status: clientUpdateProhibited
   Updated Date: 10-oct-2006
   Creation Date: 15-jul-1989
   Expiration Date: 14-jul-2011

>>> Last update of whois database: Mon, 08 Oct 2007 14:25:52 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
```



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More ⇒
Search Engines TOP SECRET

automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | TUCOWS INC. |
| IP Address: | 212.58.240.121 (ARIN & RIPE IP search) |
| IP Location: | UK(UNITED KINGDOM)-ENGLAND-LONDON |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | British Broadcasting Corporation |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 27-Nov-2006 |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for bbc.com from Network Solutions          Page 3 of 3

 NIC Handle
 IP Address

Search

 Need to get your business online?
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go

 PerformanceClicks™ from Network Solutions
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

   "An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

# nbc.com

- Shows
    - ↪ Click to watch full episodes

    - 1 vs. 100
    - 30 RockFull Ep
    - America's Got Talent
    - The Apprentice
    - The Biggest Loser
    - Bionic WomanFull Ep
    - ChuckFull Ep
    - Coastal Dreams
    - Dateline
    - Days of our Lives
    - Deal or No Deal
    - ER
    - Friday Night LightsFull Ep
    - HeroesFull Ep
    - Jay Leno's Garage
    - JourneymanFull Ep
    - Las VegasFull Ep
    - Last Call | Carson
    - Last Comic Standing
    - Late Night | ConanFull Ep
    - Law & Order
    - Law & Order: CI
    - Law & Order: SVU
    - LifeFull Ep
    - Lipstick Jungle
    - Medium
    - Miss Teen USAFull Ep
    - Most Outrageous...
    - Movies & Specials
    - My Name Is EarlFull Ep
    - NBC Fall Preview
    - The OfficeFull Ep
    - Pale Force
    - Passions
    - Phenomenon
  - Poker After Dark
  - Saturday Night Live
  - Saturdays on NBC
  - Scrubs
  - The Singing Bee
  - Tonight Show | Jay
  - Victoria Beckham
- Watch Video

**FULL EPISODES**

30 Rock  Bionic Woman  Chuck  Friday Night Lights  Heroes  Journeyman
Las Vegas  Late Night | Conan  Life  Miss Teen USA 2007  My Name Is Earl  The Office

TV Network for Primetime, Daytime and Late Night Television Shows - NBC Official Site          Page 2 of 9

Click to watch full episodes

**TWO-MINUTE REPLAYS**

30 Rock  The Biggest Loser  Bionic Woman  Chuck  ER  Friday Night Lights  Heroes
Journeyman  Last Comic Standing  My Name is Earl  The Office  Scrubs  The Singing Bee

**WEB EXCLUSIVES**

Coastal Dreams  Jay Leno's Garage  The Office Deleted Scenes  SNL Backstage  Pale Force  Karma Cam

- Schedule
    - Eastern
    - Central
    - Mountain
    - Pacific
- News & Sports
    - Home
    - NBC News
    - NBC Sports
    - Local Stations
    - MSNBC
    - CNBC
    - Access Hollywood
    - Weather Plus
- Mobile
    - Home
    - Mobile Sites
    - Text Alerts
    - Games
    - Downloads
- myNBC
    - Home
    - Sign Up
    - Message Boards
    - Groups
    - Blogs
    - Members
- Play & Win
    - Home
    - Games
    - Sweepstakes
    - Winners
- Shop
    - NBC Store
    - Amazon Unbox Video
    - NBC DVD Store
- Extras
    - Casting
    - Music
    - Qubo on NBC
    - The More You Know
    - Tickets
    - In the Air
    - Diversity
    - PSNBC

- V-Chip
- iVillage
- NBCUni.com



email
Submit Close

Sign Up
Login

search     Submit Query





Watch Coastal Dreams, only on NBC.com.

PC killed by ninja? Visit the Nerd Herd now.

Take the Heroes $1000k Trivia Challenge.

Take the Journeyman history quiz.

Daily Days and Passions recaps.

Get the Passions All-Access pass today!