Lulu Enterprises, Inc. v. N-F Newsite, LLC et al    Doc. 93 Att. 1
Case 5:07-cv-00347-D    Document 93-2    Filed 10/09/2007    Page 1 of 6

TV Network for Primetime, Daytime and Late Night Television Shows - NBC Official Site    Page 4 of 9



Read and watch Brian Williams' blog and vlog online, only at msnbc.com! more

The best of the best games every Sunday night with hosts John Madden and Al Michaels. more

Join Matt Lauer, Meredith Vieira, Al Roker and Ann Curry every morning on Today. more

## National News

Iraqis pull back from key U.S. goal more

3?share Nobel Prize in medicine more

Obama says faith key to his life more

TV Network for Primetime, Daytime and Late Night Television Shows - NBC Official Site

S. Korea sure of nuke settlement more

Chopper escorting Musharraf crashes more

Nuclear power primed for comeback more

## Sports

Packers fumble chance to stay undefeated, fall to Bears more

Sellers an unlikely star as Redskins rout Lions 34-3 more

Resurgent Chargers hammer Broncos more

Big Ben leads injury-depleted Steelers past Seahawks 21-0 more

Singh earns two-stroke victory in South Korea more

With Yanks' season on brink, Damon's homer rallies New York more

## Local

| | |
|---|---|
| WNBC New York more | WRC-TV Washington more |
| KNBC-TV Los Angeles more | WTVJ Miami/Ft. Lauderdale more |
| KNSD San Diego more | WMAQ Chicago more |
| KNTV San Francisco more | WCAU Philadelphia more |
| WVIT Hartford more | KXAS Dallas - Fort Worth more |

## Weather

City or Zip [GO]

National Radar
National Current Conditions
National Satellite

Rain showers coukld impact the Central Plains and Midwest today, says meteorologist Todd Santos.

☁ Current Temperatures
☀ Today's Highs

**Access Hollywood**

Pam Anderson, Rick Salomon Wed In Las Vegas more

'Game Plan' Remains Rock Solid more

Report: Lindsay Lohan Leaves Rehab more

Radio Station Under Fire Over Britney Spears Death Pool more

Rosie: 'I Was Fired By Barbara Walters' more

Style Must: 'Sex And The City's' Paris Purse more



**Bionic Woman**

Find out how the new hit show is made with Anatomy of a Scene.



**30 Rock**

The Emmy-award winning comedy returns! Watch the premiere with Jerry Seinfeld now.



**The Biggest Loser Virtual Fridge**

Help reach your goals! Remake your fridge and have it displayed here on NBC.com! Details here.



**Deal or No Deal Road Trip**

Catch up on past contestants on the Deal or No Deal Road Trip!



**Passions All-Access Pass**

Watch Passions online every day with the Passions All-Access Pass. Details here.

 Bionic Woman

 30 Rock

 The Biggest Loser

 Deal Road Trip

 Passions All-Access

## Most Popular

- Videos
- Pages
- Photos
- Games

1. Heroes Watch Full Episodes online.

2. The Office Watch Full Episodes online

3. Bionic Woman Watch Full Episodes online.

4. Life Watch Full Episodes online.

5. 30 Rock Watch Full Episodes online.

1. The Office The official site.
2. Heroes The official site.
3. Bionic Woman The official site.
4. Passions Official Passions daily recaps.
5. 30 Rock The official site.

1. The Office The Office Photo Gallery
2. The Biggest Loser The Biggest Loser Photo Gallery
3. Bionic Woman Bionic Woman Photo Gallery
4. Deal or No Deal Deal or No Deal Model Photo Galleries
5. Friday Night Lights Friday Night Lights Photo Galleries

1. Deal or No Deal Play the risk-free online game.
2. Identity Play the online Identity game.
3. Las Vegas Poker
4. SNL Trivia Game Test your SNL IQ with the trivia game.
5. Life Play Life Concentration.





Fans are raving about Coastal Dreams! Head over to the boards to discuss it now! more

**Blog**

**Boards & Wikis**

**Groups**

**Members**

**Widgets**



The Scariest Month on TV! Click for more!



Shop online now at the NBC Store!

Now casting for Deal or No Deal and more NBC favorites!



NBC Stars Making A Difference.

Contact Us | Corporate Info | Jobs | Privacy | Terms of Use | Advertise | Feedback | © NBC Universal, Inc.