WHOIS domain registration information results for nbc.com from Network Solutions

Page 1 of 3



Login     Customer Service Call us toll free     Your cart is empty

# WHOIS Search Results

**Your WHOIS Search Results**



**nbc.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Learn how securing your Web site helps your business.

» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.

Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

Learn More »

CSC Corporate Domains(sm) - Expert Global Domain Name Management for Corporations, Law Firms and IP Professionals

Contact us at corporatedomains@cscinfo.com or 888-250-6159 to learn more about our worldwide domain name, DNS and digital certificate capabilities.

NOTICE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in CSC Corporate Domains' WHOIS database is provided by CSC Corporate Domains for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. CSC Corporate Domains does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: you agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to CSC Corporate Domains (or its computer systems). CSC Corporate Domains reserves the right to terminate your access to the WHOIS database in its sole discretion for any violations by you of these terms of use. CSC Corporate Domains reserves the right to modify these terms at any time.

Registrant:
   General Electric Company
   Internet Registrations
   3135 Easton Turnpike
   Fairfield, CT 06828-0001
   US
   domain.admin@ge.com

http://www.networksolutions.com/whois/results.jsp?domain=nbc.com     10/8/2007

Dockets.Justia.com

```
    +1.2033732962

Domain Name: NBC.COM
Registrar of Record: Corporate Domains, Inc.

Administrative Contact:
    General Electric Company
    Internet Registrations
    3135 Easton Turnpike
    Fairfield, CT 06828-0001
    US
    domain.admin@ge.com
    +1.2033732962
Technical Contact:
    General Electric Company
    Internet Registrations
    3135 Easton Turnpike
    Fairfield, CT 06828-0001
    US
    domain.admin@ge.com
    +1.2033732962

Domain servers in listed order:

    PDNS1.ULTRADNS.NET
    PDNS2.ULTRADNS.NET
    PDNS3.ULTRADNS.ORG
    PDNS4.ULTRADNS.ORG
    PDNS5.ULTRADNS.INFO
    PDNS6.ULTRADNS.CO.UK
    NS1.NETBCP.COM
    NS2.NETBCP.NET

Created on............: 17-Jun-97
Expires on............: 16-Jun-15
Record last updated on..: 25-Jan-07
```



The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | CSC CORPORATE DOMAINS, INC. |
| IP Address: | 208.45.131.147 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-MASSACHUSETTS-CAMBRIDGE |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | 54 listings |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration information results for nbc.com from Network Solutions       Page 3 of 3

| | | |
|---|---|---|
| Y! Directory: | see listings | ○ NIC Handle |
| Meta Description: | Official NBC site for primetime, daytime and late night television shows. Television (TV) network includes soap opera, reality shows and more. Find additional information on the official NBC TV site. | ○ IP Address  |
| Meta Keywords: | daytime television, primetime television, late night television, soap opera, reality show, tv network, television network, television show, tv show, NBC, NBC.com | |
| Secure: | Yes | |
| E-commerce: | No | |
| Traffic Ranking: | 4 | |
| Data as of: | 25-Nov-2006 | |

 **Need to get your business online?** Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 **PerformanceClicks™ from Network Solutions** Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

 



© Copyright 2007 Network Solutions. All rights reserved.



FOX.com

Page 2 of 2



House
What should House do for a staff?

☐ Bring back the old one
☐ Do it all himself
☐ Pick names from a hat



http://www.fox.com/home.htm

10/8/2007