WHOIS domain registration information results for fox.com from Network Solutions    Page 1 of 3

# NetworkSolutions

Login     Customer Service - Call us toll free     Your cart is empty

## WHOIS Search Results

Available **fox** extensions:

.bz ☐

[Order Selected Domain(s)]



25% OFF Web Site Hosting
Just $9.96 $7.47/mo
+ free domain — Limited Time Online Only Offer
Our Lowest Price Ever!    Get 25% OFF

### Your WHOIS Search Results



**fox.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.

You have exceeded your quota of queries.
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
[Learn More]

| | |
|---|---|
| Current Registrar: | MARKMONITOR INC. |
| IP Address: | 208.45.131.145 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-MASSACHUSETTS-CAMBRIDGE |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | 26 listings |
| Y! Directory: | see listings |
| Web Site Title: | FOX Broadcasting Company |

| | |
|---|---|
| Secure: | Yes |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 28-Nov-2006 |



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
⦿ Domain Name

○ NIC Handle
○ IP Address

Search »


**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go »


**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go »




"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



Login to view/pay your bill   Login ▶
Need a password?    Forgot your password?

| For Home | For Business | Order Services | View/Pay Bill | Customer Support | About Cox |

Find service in your area    Zipcode



**Dexter on Showtime**
Order Cox Digital Cable with Showtime online and be eligible for a $25 American Express Gift Card. special offer >>



**Time's Running Out**
Buy or upgrade Cox High Speed Internet online before October 31 and be eligible for a gift from AMC. special offer >>



view all special offers >>

**Customer Center**
- View & pay your bill
- Automatic recurring bill payment
- Internet tools: security suite and more
- Webmail

**Special features**
- Take Charge! with parental controls

**Favorite services links**
- High definition service
- Digital Video Recorder (DVR)
- TV Listings
- On Demand
- Wireless phone - Pivot now available in AZ, OK, San Diego, Northern Virginia & New England!

**En Español**
- Paquete Latino

 
 

- NBC Universal & Cox Offer Popular Prime Time Shows Free On Demand
- Launch of Four Discovery High-Definition Networks
- On Demand now offered in Florida

more news >>

© 1998-2007 Cox Communications, Inc.  Policies
Visitor Agreement | Privacy Policy | Parental Control
Your California Privacy Rights

| Cox.net | Careers | Diversity | Newsroom | Search Cox.com | Contact us |

http://www.cox.com/    10/8/2007

# NetworkSolutions

Login    Customer Service    Your cart is empty
         Call us toll free

# WHOIS Search Results

## Your WHOIS Search Results



**cox.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Learn how securing your Web site helps your business.
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



CSC Corporate Domains(sm) - Expert Global Domain Name
Management for Corporations, Law Firms and IP Professionals

Contact us at corporatedomains@cscinfo.com or 888-250-6159 to learn more
about our worldwide domain name, DNS and digital certificate capabilities.

NOTICE: You are not authorized to access or query our WHOIS database through
the use of high-volume, automated, electronic processes or for the purpose
or purposes of using the data in any manner that violates these terms of use.
The Data in CSC Corporate Domains' WHOIS database is provided by CSC
Corporate Domains for information purposes only, and to assist persons in
obtaining information about or related to a domain name registration record.
CSC Corporate Domains does not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: you agree that you
may use this Data only for lawful purposes and that under no circumstances
will you use this Data to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via
direct mail, e-mail, telephone, or facsimile; or (2) enable high volume,
automated, electronic processes that apply to CSC Corporate Domains (or its
computer systems). CSC Corporate Domains reserves the right to terminate your
access to the WHOIS database in its sole discretion for any violations by you
of these terms of use. CSC Corporate Domains reserves the right to modify
these terms at any time.

Registrant:
    Cox Communications, Inc
    Franklin Warlick
    1400 Lake Hearn Drive
    Atlanta, GA 30319
    US
    cei_cis_dns_admin@cox.com

```
    +1.4048458645  Fax: +1.4042693007

Domain Name: COX.COM
Registrar of Record: Corporate Domains, Inc.

Administrative Contact:
    Cox Communications, Inc
    Franklin Warlick
    1400 Lake Hearn Drive
    Atlanta, GA 30319
    US
    cei_cis_dns_admin@cox.com
    +1.4048458645  Fax: +1.4042693007
Technical Contact:
    Cox Communications, Inc
    Franklin Warlick
    1400 Lake Hearn Drive
    Atlanta, GA 30319
    US
    cei_cis_dns_admin@cox.com
    +1.4048458645  Fax: +1.4042693007

Domain servers in listed order:

    NS3.COX.COM
    NS4.COX.COM

Created on............: 23-Mar-95
Expires on............: 07-Feb-12
Record last updated on..: 11-May-07
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | CSC CORPORATE DOMAINS, INC. |
| IP Address: | 24.248.75.200 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-WASHINGTON-VANCOUVER |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | 9 listings |
| Y! Directory: | see listings |
| Meta Description: | Cox Communications - cox digital cable tv service provider |
| Meta Keywords: | cable, television, satellite tv, dish |
| Secure: | Yes |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

| | | |
|---|---|---|
| E-commerce: | Yes | |
| Traffic Ranking: | 4 | |
| Data as of: | 28-Nov-2006 | |

○ **NIC Handle**
○ **IP Address**

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.