WE KNOW HOTELS INSIDE AND OUT.®

Page 1 of 2

Ver en Español



| Home | Flights | Condos, B&B | Vacation Packages | Groups | Deals | Destinations | Interests |

800-246-8357

Welcome to hotels.com

Print this Page | View Reservations | Customer Care | Sign In | Register



**DESTINATION**
Enter a City
○

Search by **Address**
or by **Amenity and Landmark**



Great Travel Deals
DEAL OF THE DAY
One City. One Deal. One Day!   GO ▶

**Most popular cities**
○ New York          ○ Washington        ○ Chicago
○ Las Vegas         ○ Atlanta           ○ San Francisco
○ Orlando           ○ Boston            ○ Los Angeles
○ Miami             ○ Nashville         ○ Savannah

**Seasonal Travel**
Fall Sale - Save up to 25%
Condo Sale

**Travel Deals & Specials**
Deal of the Day - Las Vegas
Last Minute Deals - as low as $45

TRAVEL DETAILS (OPTIONAL)

Check-in:                         Check-out:

**City Specials & News**
Top Cities - Chicago, New York & more
San Diego - Save up to 30%
Top 10 - Hotels in Movies

Rooms    1
         Adults (ages 19+)    Children (0-18)
Room 1                2                0

**EXCLUSIVE HOTEL DEALS**
Sign up now and be first to learn about our hottest deals
Enter Email Address   SIGN UP
Need to unsubscribe?

 FLEXIBLE BOOKING   • No hotels.com change or cancel fees
                                    • Price match guarantee
                                    FIND OUT MORE                               GO ▶

**OUR PARTNERS**

Hertz  Save $15 or Get An Upgrade!           Global Sites

 BillMeLater  Buy Now. No Payments for 90 Days!

**Customer Care**    U.S.A Toll Free: 1-800-219-4606
                     When in Europe: 00 800 1066 1066

Email Us | Customer Care | View Reservations
Modify Reservations | Cancel Reservations

About Us  Affiliate with Us  Add your Hotel  Promote with Us  Groups  Travel Agents  Privacy  Careers  Terms of Use  Price Match Guarantee  Site Map  Hotel Directory

Partners Sites:   CitySearch  Evite  HSN  TicketMaster  LendingTree  RealEstate.com  Match.com  Entertainment.com  LiveDaily  Expedia  Hotwire  TripAdvisor  VacationSpot.com  TravelNow.com  Orlando.com  ClassicVacation.com

Hotels.com provides discount hotels, last minute hotel deals and reservations featuring hotels for special events and rates for sold out dates. Select from Hotels Directory: A-F, G-N, O-T, U-Z, New York Hotels, Las Vegas Hotels, Miami Hotels, London Hotels, Seattle Hotels, San Francisco Hotels, Chicago Hotels, Orlando Hotels, Paris Hotels, Boston Hotels, Washington DC Hotels, Vacation Rentals, Hoteles, Hotéis, Hotels(es), Hotels(it), Hotels(no), Hotels(se), Hotels(dk), Hotels(uk), Hotels(de), Hotels(ie), Hotels(fr), and other hotels.

http://www.hotels.com/                                                9/19/2007



WHOIS domain registration information results for hotels.com from Network Solutions    Page 1 of 4



Login    Customer Service    Your cart is empty
         Call us toll free



# WHOIS Search Results

**WHOIS Record For**



**hotels.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Learn how securing your Web site helps your business.**

→ Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



```
MarkMonitor.com - The Leader in Corporate Domain Management
---------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
---------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Hotels.com
        (DOM-1277090)
        10440 N. Central Expressway
        Dallas
        TX
        75231
        US

Domain Name: hotels.com

        Registrar Name: Markmonitor.com
        Registrar Whois: whois.markmonitor.com
```

WHOIS domain registration information results for hotels.com from Network Solutions                    Page 2 of 4

Registrar Homepage: http://www.markmonitor.com

Administrative Contact:
   Host Master
   (NIC-14212028)
   Hotels.com
   10440 N. Central Expressway
   Dallas
   TX
   75231
   US
   hostmaster@hotels.com
   +1.4693351150
   Fax- +1.8881119999

Technical Contact, Zone Contact:
   Host Master
   (NIC-14212028)
   Hotels.com
   10440 N. Central Expressway
   Dallas
   TX
   75231
   US
   hostmaster@hotels.com
   +1.4693351150
   Fax- +1.8881119999

Created on............: 1994-Mar-30.
Expires on............: 2014-Mar-31.
Record last updated on..: 2007-Jul-19 07:39:48.

Domain servers in listed order:

EUR1.AKAM.NET
USC1.AKAM.NET
USE1.AKAM.NET
NS1-52.AKAM.NET
NS1-199.AKAM.NET
ASIA2.AKAM.NET
USW4.AKAM.NET
NS1-232.AKAM.NET

MarkMonitor.com - The Leader in Corporate Domain Management
-----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
-----------------------------------------------------------

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record





**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
  ◉ Domain Name

| | | |
|---|---|---|
| Current Registrar: | MARKMONITOR INC. | ○ NIC Handle |
| IP Address: | 208.45.131.139 (ARIN & RIPE IP search) | ○ IP Address |
| IP Location: | US(UNITED STATES)-MASSACHUSETTS-CAMBRIDGE | Search |
| Record Type: | Domain Name | |
| Server Type: | Apache 2 | |
| Lock Status: | clientDeleteProhibited | |
| Web Site Status: | Active | |
| DMOZ | no listings | |
| Y! Directory: | see listings | |
| Meta Description: | Find the Lowest Hotel Rates Guaranteed! From Luxury Hotels to Budget Accommodations. Hotels.Com has the Best Deals and Discounts for Hotel Rooms Anywhere. Make your Reservations Online or Call 1800-2-HOTELS. | |
| Meta Keywords: | hotels,rooms,accommodations,discounts,reservations,hotel,luxury,deals,rates,new york hotels,las vegas hotels,orlando hotels,chicago hotels,new orleans hotels,paris hotels,london hotels,atlanta hotels,san antonio hotels,san francisco hotels,boston hotels,l | |
| Secure: | Yes | |
| E-commerce: | No | |
| Traffic Ranking: | 4 | |
| Data as of: | 28-Nov-2006 | |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee
Go

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.