

WHOIS domain registration information results for motels.com from Network Solutions                Page 1 of 3



Login                    Customer Service            Your cart is empty
                         Call us toll free

## WHOIS Search Results

**WHOIS Record For**



**motels.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Learn how securing your Web site helps your business.**
» Download our FREE SSL Certificates whitepaper!

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



```
=-=-=-=
Visit AboutUs.org for more information about MOTELS.COM
AboutUs: MOTELS.COM

Registration Service Provided By: Reflex Publishing Inc./Apply.com
Contact: webregister@apply.com
Visit: www.webregister.com

Domain name: MOTELS.COM

Administrative Contact:
   Reflex Publishing Inc.
   Internet Admin (not for sale) (admin@reflex.com)
   +1.8133544500
   Fax: +1.8133544500
   1971 W. Lumsden Rd, #110
   Brandon, FL 33511
   US

Technical Contact:
   Reflex Publishing Inc.
   Internet Admin (not for sale) (admin@reflex.com)
   +1.8133544500
   Fax: +1.8133544500
   1971 W. Lumsden Rd, #110
   Brandon, FL 33511
   US

Registrant Contact:
   Reflex Publishing Inc.
   Internet Admin (not for sale) (admin@reflex.com)
```

```
+1.8133544500
Fax: +1.8133544500
1971 W. Lumsden Rd, #110
Brandon, FL 33511
US

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 14 Apr 1999 04:00:00
Expiration date: 14 Apr 2008 04:00:00
=-=-=-=
```

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 66.240.171.31 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-MISSION HILLS |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |



SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

| | |
|---|---|
| Web Site Title: | Discount Hotels Motels - Cheap Rooms Online - your key to happy traveling at Motels.com |
| Meta Description: | Discount Hotels: Room Discounts on hotels motels and accommodations for your vacation rental or business lodging. |
| Meta Keywords: | discount hotels, united states hotels, cheap hotels, motels, Hotel, reservations, condo, car rental, hotel information, travel guide, vacation rental |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 24-Oct-2006 |

○ NIC Handle
○ IP Address

Search



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.