# Exhibit B

**FILED UNDER SEAL
PURSUANT TO COURT ORDER**