# Exhibit C

Dockets.Justia.com

# Insider Chatter by Donna Bogatin

## September 24, 2007

### NBC on Why Hulu.com IS a YouTube Killer: OMMA Report

Filed under: <u>Video</u>, <u>Conferences</u>, <u>Online Advertising</u>, <u>Google</u>, <u>YouTube</u>, <u>NBC Universal</u>, <u>Video Advertising</u>, <u>OMMA</u> — Donna Bogatin @ 3:03 pm

Who says Hulu.com doesn't have a (good) shot at weakening Google's YouTube online video dominance? A confident George Kliavkoff, NBC Universal's Chief Digitlal Officer, laid out a welll thought out Hulu.com business model strategy this morning at the OMMA Conference in New York City to conclude that "quality" will always wins out.

The three core foundational principles of the NBC Universal-Nes Corp. Hulu.com Joint Venture, acccording to Kliavkoff:

1) Premium, professionally produced video content will be the ultimate winner online,

2) There is huge value in aggregating content,

3) NBC believes in ubiquitous distribution.

The three-prong philosophy will be implemented using multiple networks, multiple providers and a new best video practices destination site launching next month: Hulu.com.

Hulu.com aggregated content from participating video partners will be available at Hulu.com and at consumer portals, such as Yahoo and MSN, representing an effective 98% reach. Viewers at the destination Hulu.com, however, will enjoy "additional benefits" such as a higher quality video experience and personal video tools, Kliavkoff said.

Distribution partners are obligated to promote Hulu.com content at their sites with guaranteed page view commitments. A proprietary recommendation engine will help drive increased usage and site loyalty.

Distibution partners are also obligated to use "affirmative IP filtering," guaranteeing "legitimate" and monetizable quality viewing experiences.

NBC believes in the long-term appeal of episodic broadcast quality video, over YouTube's clip-culture low-brow fare. Kliavkof underscored that snack-sized short-form "entertainment" has dominated online video to date because "nothing else was available untill a year ago," noting that 83% of "people who start to watch a full length show, finish it" along with the advertising.

While Kliavkoff predicts a winning business strategy for Hulu.com, the ultimate winning video ad formats are yet to be determined. NBC is open to trying and testing all types of creatives and strategies. Kliavcoff made an open call to advertisers and marketers in the OMMA audience to collaborate on innovative ad delivery, offering to "set aside" ad inventory for experimentation.

Bottom line? Call Hulu.com "ClownCo" if you like, but Kliavkoff and company are on a serious mission to unseat YouTube at the head online video table, and the Hulu.com charge will undoubtedly have legs.

MORE OMMA REPORTS: OMMA Advertising Cat Fight? Google's Media Chief Gets Defensive and NBC's Defense Against YouTube IP Abuse? Carrot, NOT Stick: OMMA Report

CONTACT DONNA BOGATIN

# No Comments

No comments yet.

RSS feed for comments on this post. TrackBack URI

Sorry, the comment form is closed at this time.

- Pages
  - Meet Donna Bogatin
- Categories:
  - General
  - Video
  - CEO Interview
  - Web 2.0 Start-Up
    - Oodle
    - Avvo
    - Ning
    - ShopWiki
    - Wetpaint
    - Wesabe
    - Mahalo
    - Pownce
    - Powerset
    - Zoho
    - Twitter
    - Meetup.com
    - TechCrunch
    - Squidoo
    - Valleywag
    - Zillow
    - Paltalk
    - Bid4Spots
    - LinkedIn
    - ConnectU
    - Crackle
    - Healthline
    - Pegasus News
    - NowPublic
    - Dabble
    - Spock
    - TurnHere
  - Conferences
    - FOOA
    - Web 2.0 NY

- - Audience Measurement 2.0
    - OMMA
    - Finovate
    - CED
  - Advertising
    - Online Advertising
    - Radio Advertising
    - TV Advertising
    - In-Game Advertising
    - Ad Networks
    - Video Advertising
    - Newspaper Advertising
  - Craigslist
  - Classifieds
  - Offline Media
    - Radio
    - Newspapers
  - Google
    - AdSense
    - AdWords
  - Legal
  - Copyright
    - Copyright Infringement
  - YouTube
  - Ethics
  - Facebook
  - Social Media
  - Social Networks
  - Developers
  - Culture
  - Old Media
  - Publishing
  - Books
  - Media
  - Blogosphere
    - Blogs
  - Monetization
  - Business Model
    - Business Plan
  - Revenues
  - Google Search
    - Google Book Search
    - PageRank
  - Search
    - Search Marketing
    - SEO
    - Search Engine Optimization
    - Search Engine Marketing
  - Marketing
  - Music
  - Web 2.0

- o Collaboration
- o Yahoo
- o Digg
- o Television
  - ▪ TV
- o Microsoft
- o Software
  - ▪ Engineers
  - ▪ Engineering
- o Privacy
- o Security
- o Regulation
- o Competition
  - ▪ Yahoo vs. Google
- o Gaming
- o Microsoft vs. Google
- o MySpace
- o Click Fraud
- o eBay
- o Google Services
  - ▪ Google Checkout
  - ▪ Google Health
  - ▪ Gmail
  - ▪ Google Maps
  - ▪ Google Apps
  - ▪ Google Desktop
  - ▪ Google Enterprise
  - ▪ Google Local
  - ▪ Google Gears
- o User Generated Politics
  - ▪ Politics
  - ▪ Presidential Campaign 2008
  - ▪ Democrats
  - ▪ Hillary Clinton
  - ▪ Barack Obama
  - ▪ Debates
- o Local
  - ▪ Local Advertising
- o Internet Companies
  - ▪ Network Solutions
  - ▪ Cisco
  - ▪ Ask.com
  - ▪ IntelliTXT
  - ▪ Apple
    - • iPhone
  - ▪ Local.com
  - ▪ WebMD
  - ▪ Wikipedia
- o NBC Universal
- o Venture Capital
  - ▪ VC

- - - Entrepreneurs
  - o Government
    - - Lobbyists
  - o Ecommerce
    - - Online Retail
  - o Public Relations
    - - PR
  - o Google Acquisitions
    - - DoubleClick
    - - GrandCentral
    - - FeedBurner
    - - Postini
  - o Enterprise
  - o Wireless
  - o Mobile
  - o Google Infrastructure
    - - Servers
    - - Data Centers
  - o Fisher Communications
  - o Citizen Journalism
  - o Yellow Pages
  - o Online Health
    - - Healthcare
    - - Medical
    - - Health Search
- Search:

  [ Search ]

- Archives:
  - o October 2007
  - o September 2007
  - o August 2007
  - o July 2007
  - o June 2007
- Meta:
  - o Login
  - o RSS
  - o Comments RSS
  - o Valid XHTML
  - o XFN
  - o WP

*Powered by **WordPress***