# EXHIBIT A

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:07-CV-347-D

| | |
|---|---|
| LULU ENTERPRISES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> N-F NEWSITE, LLC, ) <br> ) <br> and ) <br> ) <br> HULU TECH, INC., ) <br> ) <br> Defendants. ) | DECLARATION OF HAL L. PORET |

I, Hal L. Poret, declare that:

1. I am a Vice President of Guideline, a survey research firm based in New York, New York.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a study commissioned by Plaintiff Lulu Enterprises, Inc. in connection with the above-captioned litigation.

3. As explained in Exhibit 1, the study was designed, supervised, and implemented by Guideline under my supervision and the supervision of Robert N. Reitter, Senior Vice President.

4. The study attached as Exhibit 1 accurately reports my opinions.

I declare, under penalty of perjury, that the foregoing is true and correct.

This __11th__ day of October, 2007.

_/s/ Hal Poret_
Hal L. Poret

# EXHIBIT 1