UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:07-CV-347-D

| | |
|---|---|
| LULU ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>N-F NEWSITE, LLC, )<br>)<br>and )<br>)<br>HULU TECH, INC., )<br>)<br>Defendants. ) | **ORDER** |

Upon the motion of Plaintiff Lulu Enterprises, Inc. ("Lulu") for leave to file the Declaration of Hal L. Poret in support of Lulu's pending Motion for Preliminary Injunction [Docket Entry No. 8], for good cause shown, Lulu is hereby granted the leave requested to file the Declaration of Hal L. Poret.

This ____ day of _____, 2007.

_____
United States District Court
Eastern District of North Carolina

1