UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:07-CV-347-D

|  |  |
|---|---|
| LULU ENTERPRISES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| N-F NEWSITE, LLC, | ) |
| and | ) |
| HULU TECH, INC., | ) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

Undersigned counsel, having discovered a typographical error in the certificate of service filed with Plaintiff Lulu Enterprises, Inc.'s REPLY IN SUPPORT OF PLAINTIFF LULU ENTERPRISES, INC.'S MOTION FOR PRELIMINARY INJUNCTION, hereby amends that certificate of service as follows, to clarify that undersigned counsel served said Reply upon certain of the parties of record in this action through electronic means by virtue of CM/ECF (as opposed to hand delivery):

I certify that I have served a true and correct copy of Plaintiff Lulu Enterprises, Inc.'s REPLY IN SUPPORT OF PLAINTIFF LULU ENTERPRISES, INC.'S MOTION FOR PRELIMINARY INJUNCTION upon the parties of record in this action through electronic means by virtue of CM/ECF as follows:

      Hayden J. Silver, III
      JaySilver@kilpatrickstockton.com

1

    Betsy Cooke
    bcooke@kilpatrickstockton.com
    Kilpatrick Stockton LLP
    *Attorneys for Defendant N-F NewSite, LLC*

and by United States mail, postage prepaid, first class, addressed as follows:

    William H. Brewster
    bbrewster@kilpatrickstockton.com
    Sara Maurer
    smaurer@kilpatrickstockton.com
    Kilpatrick Stockton LLP
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia 30309
    Facsimile: 404-815-6555

    *Attorneys for Defendant N-F NewSite, LLC*

Respectfully submitted, this the 11th day of October, 2007.

                                ELLIS & WINTERS LLP

                                /s/ Thomas H. Segars
                                Leslie C. O'Toole
                                N.C. State Bar. No. 13640
                                Thomas H. Segars
                                N.C. State Bar. No. 29433
                                Post Office Box 33550
                                Raleigh, North Carolina 27636
                                Telephone: (919) 865-7000
                                Facsimile: (919) 865-7010
                                *Attorneys for Lulu Enterprises, Inc.*