# APPENDIX A

Exhibit 1     Exhibit 103 to Deposition of Robert Young

Exhibit 2     Exhibit 104 to Deposition of Robert Young

Exhibit 3     Exhibit 105 to Deposition of Robert Young

Exhibit 4     Exhibit 110 to Deposition of Robert Young

Exhibit 5     Exhibit 111 to Deposition of Robert Young

Exhibit 6     Exhibit 118 to Deposition of Robert Young

Exhibit 7     Exhibit 123 to Deposition of Robert Young

Exhibit 8     Exhibit 124 to Deposition of Robert Young

Exhibit 9     Exhibit 126 to Deposition of Robert Young

Exhibit 10     Article, "NBC-News Corp Venture Gets a Name," dated August 29, 2007

Exhibit 11     Article, "Do You Hulu? Newco Finally Gets a Name," dated August 29, 2007

Exhibit 12     Letter from Hayden J. Silver dated October 11, 2007

| SEARCH BLOG | FLAG BLOG | Next Blog»                    Create Blog | Sign In

# Pamil Visions Tutorials

My daily ramblings on online business development based on my browsing habits, plus some SEO and PR tips. Have I mentioned fun?

SEP 12, 2007

### Lulu vs. Hulu

I am a convinced Lulu fan, but public relations news like this that follows, make me really wonder whether people at Lulu don't have enough work to do.

Lulu sues a new company called Hulu. Yes, the spellings are quite similar, but common, would you sue someone for any rhyme? It's not Lalu, it is not Lula oe Lolu Lulo... Lilu Luli. It's Hulu. You cannot misspell that. You cannot say Lulu and hear Hulu.

Also Lulu suggested that Hulu covers the same business industry. I am a Lulu user and I will not leave a self publishing service for a video sharing service. Two different industries. Two different purposes.

I've been in the online PR business since 5 years already and there is no way Lulu can win this trial. It is however a pretty expensive PR manoeuvre.

To place this video on your web site, copy/paste the following code into your HTML file:

**Welcome to Pamil Visions Tutorials**
Your host: Mihaela Lica



Download FREE SEO Book for WordPress Blogs

Online Store



**Previous Posts**

Michael Gray on Wordpress Blog Optimization

Make Mondays Fun!

American Airlines Goes Silly With It



EXHIBIT 1
DEFENDANT'S REPLY                    LULU 021129



- New SEO Challenge: Steal The Thunder for Cap Sud D...
- New W3C Markup Validator Released
- Come Visit Me at red-dog.com
- Cool Find: iplagiarismcheck.com
- Where to Submit Your Website
- Ballad - Rain Within Your Heart
- Peopleized

**Self-Publish for Free**
See your book in print and for sale on Amazon.com - no setup cost.

**Lulu Clothes**
Fun & Flirty Womens Clothes Great Selection of Lulu

posted by Mig @ 12:21:00 AM    0 comments    links to this post

### 0 Comments:

Post a Comment

Subscribe to Post Comments [Atom]

### Links to this post:

Create a Link

<< Home



Get your own widget!
Disclosure Policy



Add URL [ Go ]

LULU 021130

Subscribe to
Posts [Atom]

1
Links to Page

This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 2.5 License.

LULU 021131