Lulu Sues Hulu or How Desperate Online Marketers Fight for the To... http://www.seoltd.co.uk/internet-marketing/lulu-and-hulu/

# Search Engine Oracle Ltd

Search Engine Optimisation (SEO) - Pay Per Click (PPC) Management

- Home
- Search Engine Optimisation (SEO)
- Pay Per Click (PPC)
- Free Analysis
- Links
- Contact
- Sitemap

« Image Link Love from Wikipedia
The Truth About a Useless Meta Tag »
12 09 2007

## Lulu Sues Hulu or How Desperate Online Marketers Fight for the Top of the Web

Posted by: Ben Ashton, in Internet Marketing

It makes no sense, but it happens. Lulu, a self publishing service provider, sues Hulu, a beta application of what later will probably be (another) video sharing.

Public relations trick (as some bloggers insinuate) or a real copyright infringement?

Lulu is in no danger whatsoever because of Hulu. Hulu doesn't target the same market. Hulu doesn't offer to the ordinary writer with no actual possibilities the opportunity to publish his/her own content and even get paid for it. Hulu is a Veoh, and YouTube... Nothing special. Hulu is an ordinary copy of what many other websites already offer successfully...

The only problem Lulu has is Hulu's name. Hulu rhymes with Lulu. That's bad, they say. And they start the fight.

When the web becomes a battle field and the reasons to go against another web marketer are so facile, I cannot help but wonder: what is next? Will Google sue a company called Ogle? Or a "go ogle"? Let's have some common sense and instead of wastriaing time and money on irrelevant trials, let's bring even more value for the users (although in Lulu's case "value" is not something we can debate, for there is enough value in what they have to offer already.)

Does Lulu's maneuver matter from an SEO perspective? More or less. Because many bloggers and journalists will write about this topic and provide a link back to Lulu (www.lulu.com) the answer is yes. But the SEO value is nothing compared to the "buzz." Lulu's latest trick will drive

1 of 2

EXHIBIT
104
YOUNG 10-5-07

EXHIBIT 2
DEFENDANT'S REPLY

9/24/2007 3:38 PM

LULU 021369



enough traffic to the site these days.

Share This

SEO LTD is a Search Engine Optimisation & Pay Per Click Management company based in Cheshire
Company Reg No. 05990073 | Proudly powered by WordPress, Mandigo theme by tom
Entries (RSS) and Comments (RSS).

LULU 021370

enough traffic to the site these days.

Share This

SEO LTD is a Search Engine Optimisation & Pay Per Click Management company based in Cheshire
Company Reg No. 05990073 | Proudly powered by WordPress, Mandigo theme by tom
Entries (RSS) and Comments (RSS).

LULU 021370