*Community College Week*

You're already creating content, now it's easier than ever before to publish it.

With Lulu.com, you CONTROL every aspect of publishing, from Copyright to cost to brand. Lulu prints books on demand as they are ordered, by the bookstore, students or colleagues.

## The hook? None.
## The cost? Free.

- textbooks
- admin manuals
- supplemental materials
- course catalogs
- dissertations
- yearbooks

Lulu.com

Visit Lulu.com at the CIT Conference in Nashville Nov 11-14 at Booth #516 or go to www.Lulu.com today and learn how you're minutes away from becoming published.

EXHIBIT 10-5-07

EXHIBIT 4
DEFENDANT'S REPLY

LULU019604
Dockets.Justia.com