Chronicle of Higher Ed



**For this educator, Lulu.com rates an A+.**

When Matt Basham began teaching Cisco certification classes for St. Petersburg College in Florida, he found that the assigned textbook left much to be desired.

So he wrote a new one – a 600-page supplemental workbook – and published and distributed it through Lulu.com, giving students the choice of an economical download or a printed book.

The results have been nothing short of remarkable:
- Over 50,000 orders
- A dramatic increase in student success rate
- No printing costs for the college

Is it any wonder Matt gives Lulu.com such high marks?

**Lulu.com**

**The platform to create, buy, sell and control digital content on demand.**

Lulu.com is your one-stop source for professional production and distribution of custom textbooks, supplemental learning materials, administrative manuals, course catalogs and more. As the leading self-publishing resource, Lulu.com is currently assisting over 150 colleges and universities with their publication needs.

Lulu.com will print and ship as items are ordered so there is no inventory.

To get started, log on to Lulu.com today.



EXHIBIT 111
Young 10-5-07

EXHIBIT 5
DEFENDANT'S REPLY
LULU 019603
Dockets.Justia.com