

Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

## Lulu.com earns high marks among educators and students alike

In its year-end issue, *TIME Magazine* named YOU its person of the year, and that's what Lulu.com is all about. The premiere online marketplace provides a platform to create, buy, sell and control digital content on demand. Because the world increasingly depends upon digital technologies, Lulu.com is the solution for challenges faced in education today. Teachers and students can use Lulu.com to publish any of their work.

Lulu.com is the premier marketplace for new digital content on the Internet, with more than 300,000 recently published titles and more than 4,000 new titles added each week, created by people in 80 different countries. Lulu is changing the world of publishing by enabling the creators of books, video, periodicals, multimedia and other content to publish their work themselves with complete editorial and copyright control. Lulu empowers these individuals and corporations to create high quality content products to sell directly to their customers and the rest of the Lulu.com marketplace. With storefronts provided as well as other marketing assistance, creators are fully-supported to profit from their work. With Lulu offices in the U.S., Canada and Europe, Lulu customers can reach the globe.

In collaboration with Knowledge Adventure and Lithgow Palooza, Lulu.com offers "Books by You," which promotes creativity in children by allowing them to craft their own stories. Kids can design a book cover, add an "About the Author" page, choose illustrations and complete the publishing process with step-by-step guidance from Lithgow via whimsical video and audio segments. The combination of Lithgow's rich storytelling abilities with Knowledge Adventure's aptitude for creating educational software programs makes learning exciting for kids.

With Lulu.com, students of all ages are able to create reports, projects and portfolios that have a professional look rather than just stapling or binding the pages together and placing them into a folder. Music majors can publish songs and CDs; Journalism majors can publish essays or compilation books of their articles; Photography majors can publish images, calendars and photo books; and Film majors can publish videos. Graduate students can publish their theses as well.

Teachers can create their own lesson plans or textbooks and make them available to their students with the same high quality but at a much lower price. The conventional textbook publishing cycle takes years and results in an expensive, quickly outdated product. With advancements in technology, contributors from all over the world can work together easily to create relevant textbooks, which can -MORE-

EXHIBIT 7
DEFENDANT'S REPLY


EXHIBIT 123
YOUNG 10-5-07


860 Aviation Parkway, Suite 300, Morrisville, NC 27560 | 919.459.5858 | 919.459.5867 - fax





Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

### Lulu.com earns high marks among educators and students alike

be changed for free and made available instantly to the world. Additionally, those striving for accreditations, such as the National Board Certification, can use Lulu.com to publish required portfolios of writings and other teaching materials. These developments could make teaching, learning and cataloging work much more convenient, less expensive and easier.

A few educationally-driven examples of how creators are utilizing Lulu.com:

- North Carolina State University's College of Design uses Lulu.com to publish collections of works from graphic design students. This publication, *Six Degrees*, is already in the midst of creating a fourth issue. (http://www.lulu.com/content/293931)

- Home schooling appears to be the fastest-growing form of education, according to the United States Department of Education. With a twenty-nine percent increase from 1999, an estimated 1,700,000 to 2,100,000 children were home schooled in 2003. Lisa Ripperton decided to home school her children, using Lulu.com to create manuals to aid her teaching. Today, her manuals have become so popular among home educators that she earns thousands of dollars.

- David Warlick's *Classroom Blogging: A Teacher's Guide to the Blogosphere* aims to help teachers with blogs. "Weblogs are about reading and writing. Literacy is about reading and writing. Blogging equals literacy. How rarely does an aspect of how we live and work plug so perfectly into how we teach and learn? Reading this book will give teachers important clues not only in how to become a blogger and to make their students bloggers, but also how this new avenue of expression is revolutionizing the information environment that we live in." (http://www.lulu.com/content/121091)

- Kay Teehan's *Digital Storytelling: In and Out of the Classroom* is "a tool that was created to integrate the newest technology in the classroom. It has proven to be a powerful tool indeed. It is said that the reason for its power lies with the type of students we teach each day in our schools. Students today are multi-taskers, creative, and visual learners. They have grown up in a world of multimedia and respond to audio-visual in positive ways. Given the opportunity to tell their stories using digital storytelling models, they are transformed into self-motivated information consumers. Our job, as educators, becomes one of utilizing their natural gravitation to technology to fit our purposes of teaching state and national standards." (http://www.lulu.com/content/416671)

### # # #



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

### People who love their family and friends love Lulu.com

In its year-end issue *TIME Magazine* named YOU its person of the year, and that's what Lulu.com is all about. Do you find that you are always the one with a camera at family events? Are you constantly trying to find new ways to present photos to friends? Do you know all important dates by heart but want to capture them for others? Lulu.com has everything anyone needs to turn that content into marketable creations. As the premier online marketplace that provides a platform to create, buy, sell and control digital content on demand, Lulu.com is easy, fast and reliable.

Lulu.com is a privately held company that was founded in 2002 by CEO Bob Young. Since 2002, Lulu.com has empowered creators to make their dreams a reality. Offering a web-based platform for publishing, Lulu.com is home to more than 300,000 creations with more that 4,000 new titles added each week. As the largest online creative community- over one million members - independent authors, publishers, artists and creators from more than 80 different countries publish all things digital on Lulu.

"Digital Do-It-Yourselfers" keep the family schedule on a Blackberry, blog, and not only want to shop but also to create and sell. They constantly carry a digital camera and know how to expertly download photos on the computer, but they want something more polished than a photo album. This is why they love Lulu.com. Using our digital marketplace, the "Digital Do-It-Yourselfer" can create a book from a blog, send out customized photobooks to the family, and then create the family calendar holding all of their personalized dates.

Publishing on Lulu.com is quick and easy, allowing people to create inexpensively with high quality results on a simple-to-navigate Web site. Lulu.com gives creators total editorial control and allows them to profit from their creations as well.

Examples of what Lulu.com offers the "Digital Do it Yourselfer":

- Books
- e-Books
- Event Calendars
- Comic Books
- Photo books
- Cookbooks
- Music Downloads
- CDs/ DVDs
- Videos

###



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

## Non-profits can benefit from Lulu.com

In its year-end issue, *TIME Magazine* named YOU its person of the year and that is what Lulu.com is all about. As the premier online marketplace that provides a platform to create, buy, sell and control digital content on demand, Lulu.com is easy, fast and reliable. The services provided offer the capability to easily produce and manage quality, yet inexpensive and personalized content – a perfect fit for non-profits and schools and faith-based organizations.

Lulu.com is a privately held company that was founded in 2002 by CEO Bob Young. Offering a web-based platform for publishing, Lulu.com is home to more than 300,000 creations with more than 4,000 new titles added each week. As the largest online creative community – over one million members- independent authors, publishers, artists and creators from more than 80 different countries publish all things digital on Lulu.

Non-profit organizations can not only create internal collateral materials, but also promotional materials to raise public awareness of their cause. Lulu.com offers them the ability to print in any quantity allowing for cost effective editing of content as information changes. Not –for –profits can customize information for their local chapters as well.

Schools can create timely and customizable yearbooks on Lulu.com. In most cases, schools are unable to deliver yearbooks to students until months after the school year ends. With Lulu.com, students can enjoy the memories of a school year in the same year the events occurred. Schools can also create calendars, personalized planners, photo books and DVD's to highlight a winning sports season.

Faith based organizations can create member directories, cookbooks for fundraisers, congregation bulletins and calendars all quickly and inexpensively, but with high quality results.

Examples of products that Lulu.com offers Non-profits and schools:

- Customized events calendars
- Brochures
- Annual Reports
- Proposals
- Photo books
- Planners

- e-books
- Yearbooks
- Cookbooks
- DVD's
- Training Manuals
- CD's

### #

 860 Aviation Parkway, Suite 300, Morrisville, NC 27560 | 919.459.5858 | 919.459.5867 - fax



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

## What in the world did global corporations do before Lulu.com?

In its year-end issue, *TIME Magazine* named YOU its person of the year, and that's what Lulu.com is all about. As the leading online marketplace that provides a platform for anyone to create, buy, sell and control digital content on demand, Lulu.com realizes the needs of corporations in a fast-paced, ever-changing environment; this is why Lulu's services are easy, fast and reliable. With tools that offer the capability to easily produce, manage and distribute quality, yet inexpensive, personalized content, Lulu.com provides solutions to the needs of corporations worldwide.

Lulu.com is the premiere marketplace for new digital content on the Internet, with more than 300,000 recently published titles and more than 4,000 new titles added each week, created by people in 80 different countries. Lulu is changing the world of publishing by enabling the creators of books, video, periodicals, multimedia and other content to publish their work themselves with complete editorial and copyright control. Lulu empowers these individuals and corporations to create high quality content products to sell directly to their customers and the rest of the Lulu.com marketplace. With storefronts provided as well as other marketing assistance, creators are fully-supported to profit from their work. With Lulu offices in the U.S., Canada and Europe, Lulu customers can reach the globe.

Lulu understands that the success of a business primarily rests on the ability to reach and satisfy a variety of customers, both domestic and international. Using the tools provided at Lulu.com, companies can easily create professional promotional material ranging from brochures to pitch books and catalogs to CDs and DVDs. Online storefronts can serve customers no matter their locations and also present them with the option of either ordering a tangible copy or downloading the digital content.

Corporations need internal collateral material and Lulu has the solutions. Annual reports, training manuals and newsletters help keep stockholders and employees well-informed. Easily customize information for offices all over the world. Hosting events or special activities? Design Photobooks from your photographs that chronicle the event.

Examples of products that Lulu.com offers to global corporations:

- Product Manuals
- Repair Manuals
- Product Catalogs
- CDs and DVDs
- Software
- Books
- e-books
- Calendars
- Music
- Rosters
- Photo books
- Programs
- Brochures

###

   860 Aviation Parkway, Suite 300, Morrisville, NC 27560  |  919.459.5858  |  919.459.5867 - fax

LULU 023742



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

**Lulu.com is just right for rights holders**

In its recent year-end issue *TIME Magazine* named YOU its person of the year, and that's what Lulu.com is all about. Content owners and rights holders can allow their established customers and audience base to use their content, personalize it for their creative projects and profit from using it as well. As the premier online marketplace that provides a platform to create, buy, sell and control digital content on demand, Lulu.com is easy, fast and reliable. The services provided offer the capability to easily produce and manage quality, yet inexpensive and personalized content, for any needs in today's business world.

Lulu.com is a privately held company that was founded in 2002 by CEO Bob Young. An international company with offices in the U.S., Europe and Canada, Lulu.com is continuing to grow rapidly as its revenue has increased by 200% within the last year. Offering a web-based platform for publishing, Lulu.com is home to more than 300,000 creations with more than 4,000 new titles added each week. As the largest online creative community-over one million members-independent authors, publishers, artists and creators from more than 80 different countries publish all things digital on Lulu.

There are an immense number of content owners in today's business world and their content can range from cartoon characters and comic strips to music and sports images and videos to photography. For example partnerships with Universal Press Syndicate, Getty Images, and Collegiate Images show how content owners and rights holders can benefit from Lulu.com's well established digital marketplace by making their licensed content available to Lulu users so that they can enhance their projects. Additionally, Lulu.com offers unique services, such as:

- A completely co-branded/ themed experience – from landing ramp to storefront to checkout (powered by Lulu) in order to ensure optimal user experience
- Application programming interfaces (APIs) for both commerce and publishing purposes
- A completely secure site that protects licensed content by being web-based

By using Lulu.com as an enabler, owners of licensed content can open up the door to new and exciting ways to earn money from their content. They can better serve existing customers, reach millions of new customers across the globe, and allow all audiences to build a relationship to the brand through tier personalized use of licensed content. And it can be done without losing control of property, licenses, or rights.

###