

Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

## Lulu.com Means Business

In its year-end issue, *TIME Magazine* named YOU its person of the year, and that's what Lulu.com is all about. The premiere online marketplace provides a platform to create, buy, sell and control digital content on demand. Lulu.com offers businesses the capability to easily produce and manage quality, yet inexpensive, personalized content, such as marketing collateral – and it's simple, fast and reliable.

Lulu.com is the premier marketplace for new digital content on the Internet, with more than 300,000 recently published titles and more than 4,000 new titles added each week, created by people in 80 different countries. Lulu is changing the world of publishing by enabling the creators of books, video, periodicals, multimedia and other content to publish their work themselves with complete editorial and copyright control. Lulu empowers these individuals and corporations to create high quality content products to sell directly to their customers and the rest of the Lulu.com marketplace. With storefronts provided as well as other marketing assistance, creators are fully-supported to profit from their work. With Lulu offices in the U.S., Canada, the UK and Europe, Lulu customers can reach the globe.

Lulu.com understands that the success of any business primarily rests on the ability to reach and satisfy customers, whether they are domestic or international. Lulu provides the tools for professional promotional material ranging from brochures to pitch books and catalogs to CDs and DVDs. Online storefronts can serve your customers no matter their locations and also present them with the option of either ordering a tangible copy or downloading your digital content.

Businesses also need internal collateral material and Lulu has the solution. Training manuals and newsletters help keep employees well-informed. Hosting events or special activities? Participating in sports? Design programs and rosters, and chronicle the fun and victory of your team's season through pictures in photo books or with video clips on DVDs.

<u>Examples of products that Lulu.com offers small and medium businesses</u>:

- Books
- e-books
- Comic Books
- Brochures
- Pitch Books
- Product Catalogs

- Product Manuals
- Training Manuals
- Events Calendars
- Software
- Programs
- Rosters

- CDs
- DVDs
- Music
- Photo books
- Video

### # #



860 Aviation Parkway, Suite 300, Morrisville, NC 27560 | 919.459.5858 | 919.459.5867 - fax

LULU 023744

Dockets.Justia.com



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

**What in the world did global corporations do before Lulu.com?**

In its year-end issue, *TIME Magazine* named YOU its person of the year, and that's what Lulu.com is all about. As the leading online marketplace that provides a platform for anyone to create, buy, sell and control digital content on demand, Lulu.com realizes the needs of corporations in a fast-paced, ever-changing environment; this is why Lulu's services are easy, fast and reliable. With tools that offer the capability to easily produce, manage and distribute quality, yet inexpensive, personalized content, Lulu.com provides solutions to the needs of corporations worldwide.

Lulu.com is the premiere marketplace for new digital content on the Internet, with more than 300,000 recently published titles and more than 4,000 new titles added each week, created by people in 80 different countries. Lulu is changing the world of publishing by enabling the creators of books, video, periodicals, multimedia and other content to publish their work themselves with complete editorial and copyright control. Lulu empowers these individuals and corporations to create high quality content products to sell directly to their customers and the rest of the Lulu.com marketplace. With storefronts provided as well as other marketing assistance, creators are fully-supported to profit from their work. With Lulu offices in the U.S., Canada and Europe, Lulu customers can reach the globe.

Lulu understands that the success of a business primarily rests on the ability to reach and satisfy a variety of customers, both domestic and international. Using the tools provided at Lulu.com, companies can easily create professional promotional material ranging from brochures to pitch books and catalogs to CDs and DVDs. Online storefronts can serve customers no matter their locations and also present them with the option of either ordering a tangible copy or downloading the digital content.

Corporations need internal collateral material and Lulu has the solutions. Annual reports, training manuals and newsletters help keep stockholders and employees well-informed. Easily customize information for offices all over the world. Hosting events or special activities? Design Photobooks from your photographs that chronicle the event.

Examples of products that Lulu.com offers to global corporations:

- Product Manuals
- Repair Manuals
- Product Catalogs
- CDs and DVDs
- Software
- Books
- e-books
- Calendars
- Music
- Rosters
- Photo books
- Programs
- Brochures

###



www.lulu.com   860 Aviation Parkway, Suite 300, Morrisville, NC 27560 | 919 459 5858 | 919 459 5867 - fax

LULU 023745



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

## Lulu.com: where independent writers become authors

In its year-end issue, TIME Magazine named YOU person of the year, and that is what Lulu.com is all about. As the premiere online marketplace that provides a platform to create, buy, sell and control digital content on demand, Lulu.com empowers people to make their creations a profitable reality. Our independent creators - "the digerati"- love Lulu.com.

These are the influencers within the digital technology community, the early adopters who understand the power of digital creation and can communicate that power to a wider audience. Not only do these trend-setters create books from their blogs, self-publish their own technology guidebooks and produce their own videos online, but they have been among the first to utilize the internet as a marketplace.

That is where Lulu.com comes in.  Creators can not only produce books, video, periodicals and other content at Lulu.com, but they can also sell directly to customers through a Lulu storefront. In addition, these innovators value the "open source" aspect of Lulu.com's technology, the fact that the creator maintains complete editorial and copyright control over their content.

Lulu.com is a privately held company founded in 2002 by CEO Bob Young (co-founder of Red Hat) with over 300,000 recently published titles, and more than 4,000 new titles added each week, created by people in 80 different countries.  Lulu is changing the world of publishing by enabling the creators of books, video, periodicals, multimedia and other content to publish their work themselves with complete editorial and copyright control.  Lulu empowers these individuals and corporations to create high quality content products to sell directly to their customers and the rest of the Lulu.com marketplace.  With storefronts provided as well as other marketing assistance, creators are fully supported to profit from their work. With Lulu offices in the U.S., Canada and Europe, Lulu customers can reach the globe.

Ideas for the "digerati" on Lulu.com:

- Books
- Photo books
- Blooks
- e-books
- Calendars
- CDs
- Music Downloads
- File downloads
- DVDs
- Viral Video
- Images

###



860 Aviation Parkway, Suite 300, Morrisville, NC 27560 | 919.459.5858 | 919.459.5867 - fax

LULU 023746



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

## About Lulu.com
*Corporate Profile*

In its most recent year-end issue, after an explosion in user generated content on the internet, TIME magazine named YOU the person of the year. And that's what Lulu.com is all about – YOU the creator, and YOU the business person.

To be clear, Lulu is not a publisher. It's a digital marketplace guided by a vision of empowerment and accessibility, and built on a business model that has proven wildly successful. The rapid growth of Lulu, which is being driven by over 15,000 new registrations a week and more than 100, 000 unique visitors everyday, is built on its proven ability to grab hold of the long tail of user-generated content and provide an empowering outlet for creators of all types.

Lulu eliminates traditional entry barriers to publishing, and enables content creators and owners – authors and educators, videographers and musicians, businesses and nonprofits, professionals and amateurs – to bring their work directly to their audience. First, they use Lulu's tools to format their digital content. Then they take advantage of Lulu's dedicated marketplace, custom storefronts and advanced listing and distribution services to make their books, videos, CDs, DVDs, calendars, reports and more available to as many, or as few, people around the world as they like, earning 80% of all creator revenue, of which millions of dollars has already been paid out.

As the creation of user-generated content has grown exponentially, Lulu has been at the forefront of this still rapidly growing curve. Traditional book publishers in the United States published roughly 120,000 books a year. Lulu alone published 98,000 new titles globally, created by some of our almost 1.2 million registered users. In addition, Lulu has empowered creators to post, sell, and share hundreds of thousands of videos, music downloads, artistic creations and great photography.

In just five years Lulu.com has, in essence, become home to a new economy. With users in more than 80 countries and corporate offices in the U.S., U.K. and Canada, Lulu is a top 2500 website world wide (Alexa.com); a winner of the 2007 Web 2.0 Award for best websites (SEOMoz.com), and is the top ranked self publishing site on Alexa, boasting one of the largest online worldwide creative communities and a premiere global marketplace for new digital content on the Internet.

Lulu is guided by founder and CEO Bob Young – a true technology entrepreneur and open-source visionary with four successful multi-million dollar start-up companies on his resume. In 1993, Young co-founded Red Hat (NYSE: RHT), the open-source software company that gives hardware and software vendors a standard platform on which to certify their technology. Red Hat is a Fortune 500 company and chief rival to Microsoft. His success at Red Hat won him industry accolades, including nomination as one of *Business Week's* "Top Entrepreneurs" in 1999. In 2000, Young co-founded the Center for Public Domain, a non-profit foundation created to bolster healthy conversation of intellectual property, patent and copyright law, and the management of the public domain for the common good. Grant recipients included the Electronic Frontier Foundation, the Creative Commons, the Free Software Foundation, and the Future of Music Coalition. In 2003, Young purchased the Hamilton Tiger-Cats of the Canadian Football League and currently serves as the league's vice chairman.



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

## Bob Young - Biography

Bob Young is the founder and CEO of Lulu.com, a premiere international marketplace for new digital content on the Internet, with more than 300,000 recently published titles and more than 15,000 new creators from 80 different countries joining each week.

Lulu.com, founded in 2002, is Young's most recent endeavour. The success of this company has earned Young notable recognition; he was named one of the "Top 50 Agenda-Setters in the Technology Industry in 2006" and was ranked as the fourth "Top Entrepreneur for 2006," both by Silicon.com.

In 1993, Young co-founded Red Hat (NYSE: RHT), the open-source software company that gives hardware and software vendors a standard platform on which to certify their technology. Red Hat is a Fortune 500 company and chief rival to Microsoft. His success at Red Hat won him industry accolades, including nomination as one of *Business Week's* "Top Entrepreneurs" in 1999.

Before founding Red Hat, Young spent 20 years at the helm of two computer-leasing companies that he founded. His experiences as a high tech entrepreneur combined with his innate marketing savvy led to Red Hat's success. His book, "Under the Radar", chronicles how Red Hat's open source strategy successfully won wide industry acceptance in a market previously dominated by proprietary binary-only systems. Young has also imparted the lessons learned from his entrepreneurial experiences through his contributions to the books to "You've GOT to Read This Book!" and "Chicken Soup for the Entrepreneur's Soul."

In 2000, Young co-founded the Center for Public Domain, a non-profit foundation created to bolster healthy conversation of intellectual property, patent and copyright law, and the management of the public domain for the common good. Grant recipients included the Electronic Frontier Foundation, the Creative Commons, the Free Software Foundation, and the Future of Music Coalition.

Young graduated from the University of Toronto in 1976 prior to beginning his career in the computer finance arena.

In 2003, Young purchased the Hamilton Tiger-Cats of the Canadian Football League and currently serves as the league's vice chairman.

In addition to enjoying fly fishing, Young collects calculators and antique typewriters, a nod to his beginnings as a typewriter salesman and can usually be found sporting a pair of red socks. However, instead of red on his head, Young now tips his orange hat.

####

 860 Aviation Parkway, Suite 300, Morrisville, NC 27560 | 919.459.5858 | 919.459.5867 - fax

LULU 023748



Contact: Gail Jordan
919.447.3290
gjordan@lulu.com

## Fact Sheet

### Who is Lulu.com?

- A privately-held company, founded in 2002 by CEO Bob Young, also the co-founder of Red Hat

- Large creative community with more than 15,000 new members a week from 80 countries

- The #1 ranked self-publishing site (according to Alexa.com)

### What does Lulu.com offer?

- Three main product lines:
    - Print - books, brochures, manuals and materials for business solutions
    - Photo Creations - calendars, photo books, art and images
    - Digital Media - video, DVDs/CDs, e-books, mp3 downloads

- Access to the fastest and most extensive distribution system available anywhere – and at the same time, allows them to maintain complete control over their content and pricing.

### Where is Lulu.com?

- In the World: An international company with staff in 12 countries, and offices in the UK, Canada and US.

- 50% of Lulu.com visitors are from outside the U.S.

- In the Blogosphere: On average 500 mentions of Lulu.com in various blogs a week; explosive viral growth.

### Why Lulu.com?

- Lulu.com empowers creators to make money on their projects with a unique 80/20 revenue split and by providing a unique on-line sales and distribution system.

- Lulu.com presents creators with total editorial and copyright control with additional protection provided from the Lulu.com backend.

- Content on Lulu.com is easily accessible – perfect for niche communities searching for specific topics.

- Lulu.com is home to a new economy – digital marketplace of buyers and sellers, where the only rule is that the sellers are selling 'intellectual property' and buyers buy the intellectual property in either a physical or digital form.

- Lulu.com allows for personalization and customization for individual or business needs – no more collateral with out-of-date figures.

- User-generated content + a perfect example of the Long-Tail Theory = Lulu.com

###

 860 Aviation Parkway, Suite 300, Morrisville, NC 27560  |  919.459.5858  |  919.459.5867 - fax

LULU 023749