Re: Newsweek Interview Request

> **Subject:** Re: Newsweek Interview Request
> **From:** Robin Wilson <rwilson@lulu.com>
> **Date:** Mon, 10 Sep 2007 16:21:31 -0400
> **To:** "Dokoupil, Tony" <Tony.Dokoupil@newsweek.com>

Hi Tony,

I tried to send you the Lulu press kit earlier today but got a bounce back. Can you get attachments?

Robin

On Sep 6, 2007, at 6:06 PM, Dokoupil, Tony wrote:

> Give me a ring and I'll explain
> -----Original Message-----
> **From:** Robin Wilson [mailto:rwilson@lulu.com]
> **Sent:** Thursday, September 06, 2007 5:24 PM
> **To:** Dokoupil, Tony
> **Subject:** Re: Newsweek Interview Request
>
> Hi Tony,
>
> Just to give you a brief overview of Lulu's business model... Lulu is all about the power of the "Long Tail" theory. In other words, our business model is based on bringing niche topics to the masses. The evolution of the Internet as a platform and the development of print-on-demand technology have allowed us to succeed as publishers of niche content and empower people to profit from their content with no upfront costs (products are printed as they are sold). Therefore we have books, calendars, video, dvds and cds published on our site and they cover thousands of different topics. The main topic areas at Lulu are education/language (3752 books, 395 videos), technology (2348 books on computer/internet, 903 industry/tech images) and science fiction/fantasy (4961 books), but we have products about almost anything under the sun.
>
> In terms of your specific question, we have 493 books under the "Gay & Lesbian" books category and 983 products if you search for "Gay & Lesbian" in all products (includes books, calendars, video, dvds and cds).
>
> I would be happy to set up a time for you to talk with Gail Jordan, Lulu's spokesperson, but was wondering if you could give me some information as to what you would like her to comment on. Would this relate to Blurb's breaking news? If so, what is this?
>
> Thanks,
>
> Robin
>
> On Sep 6, 2007, at 4:00 PM, Dokoupil, Tony wrote:
>
>> This is terrific stuff Robin. But how do these numbers compare to books on GLBT topics? I need a quote about whether these is a relatively large or small number of books. I'm talking with Blurb about this as well, and actually breaking a little news, so it'd be great if Lulu will be involved too. If I could talk to a spokesperson, I'll get Lulu's reaction to the Blurb news and ask a bit about author communities.
>>
>> TD
>> -----Original Message-----
>> **From:** Robin Wilson [mailto:rwilson@lulu.com]
>> **Sent:** Thursday, September 06, 2007 1:57 PM
>> **To:** Dokoupil, Tony
>> **Subject:** Re: Newsweek Interview Request
>>
>> Hi Tony,

EXHIBIT 8
DEFENDANT'S REPLY

9/24/07 5:55 PM

1 of 4



LULU 022373
CONFIDENTIAL
Dockets.Justia.com

Re: Newsweek Interview Request

I wanted to follow up with your request regarding the communities of people who publish on Lulu. As Lulu is focused on democratizing the publishing process by providing an online publishing platform that anyone can use, we don't collect demographic information about our creators. However, I can provide you with information on the number of published titles per topic; some areas of interest are listed below by search terms:

"African American" 531 published items
"African History" 171 published items
"Africa" 1071 published items
"African American culture" 28 published items
"African American history" 99 published items

Additionally, we do have a few groups that have formed on Lulu.com which relate to African American culture. Results are below:

African American Writers - 179 members
African-American Expressions - 23 members
African Writers - 14 members
Black Publishers - 23 members

I hope this helps! Please let me know if I can get any other information for you. Also, I wanted to alert you to the "Lulu Enterprises Files Suit Against Hulu For Trademark Infringement" release below, which we sent over the wire last night. I would be happy to answer any questions for you.

Thank you,

Robin Wilson

Communications Specialist, Lulu.com
860 Aviation Parkway, Suite 300
Morrisville, NC 27560
919.447.3207

FOR IMMEDIATE RELEASE
Contact: Gail Jordan 919-723-8632  gjordan@lulu.com

Lulu Enterprises Files Suit Against Hulu For Trademark Infringement

RALEIGH, NC, September 6, 2007 – Lulu Enterprises (www.lulu.com) announced today that it has filed suit against N-F Newsite LLC ("Hulu") for trademark infringement, unfair and deceptive trade practices and for federal cyberpiracy.

In the complaint, filed in US District Court in Raleigh, NC, Lulu alleges that Hulu (www.hulu.com), as a result of their recent name and internet domain announcements, have intentionally attempted to create confusion in the marketplace. Hulu, in name, as a mark and in their business as a digital content distribution platform, represents a definitive encroachment.

In addition to the conflict in business for digital video, Hulu's trademark filing, filed on August 22, 2007, identifies various products and services, many of which are related to, and even identical to, the services that Lulu provides under its Lulu marks.

"We have spent more than five years and tens of millions of dollars in investment successfully building the Lulu brand and website into a place for millions of creators and consumers to publish, buy, sell and manage digital content.," said Lulu CEO Bob Young. "It is clear we are required to move quickly to protect our intellectual property and defend ourselves against this infringement before it significantly damages our business."

Lulu (www.lulu.com and www.lulu.tv), a privately held company, was launched in 2002 and allows creators to publish both contextual-based and multimedia content in a variety of applications. Lulu has almost 1.2 million registered users and receives more than three million unique visitors per month between its global sites. Lulu users currently publish more than four

LULU 022374
CONFIDENTIAL

thousand new pieces of content – books, video, calendars, music – each week and is growing rapidly with almost 15,000 new registrations per week. As a marketplace, Lulu has paid out millions of dollars in creator earnings.

- 30 -

----- Original Message -----
From: "Tony Dokoupil" <Tony.Dokoupil@newsweek.com>
To: "Robin Wilson" <rwilson@lulu.com>
Sent: Thursday, September 6, 2007 10:16:51 AM (GMT-0500) America/New_York
Subject: RE: Newsweek Interview Request

Thanks Robin. I actually have an extra day, so deadline EOD Friday. Feel free to give me a ring if you need to clarify anything. I think someone in marketing or even the CEO could field my questions. I've already spoken with the CEO of Blurb and iUniverse. TD

-----Original Message-----
From: Robin Wilson [mailto:rwilson@lulu.com]
Sent: Thursday, September 06, 2007 9:10 AM
To: Dokoupil, Tony
Subject: Re: Newsweek Interview Request

Hi Tony,

Thanks for your note; we are looking into this information for you and will be in touch later this morning. Please let me know if you need any other information.

Thank you,

Robin Wilson

Communications Specialist, Lulu.com
860 Aviation Parkway, Suite 300
Morrisville, NC 27560

919.447.3207

On Sep 5, 2007, at 5:21 PM, Dokoupil, Tony wrote:

I'm writing to set up and interview with someone at Lulu to talk about communities of self-published authors that have developed as self-publishing has become easier and cheaper. For example, we have a hunch here that African American authors are one of the largest communities of self-published authors, perhaps the largest. Unfortunately, my deadline is tight and I would need to speak with someone by tomorrow EOD. I'm available all day. May thanks, TD

*Tony Dokoupil*
**Newsweek**
*251 W. 57th St.*
*New York, NY 10019*
*212.445.4430*

LULU 022375
CONFIDENTIAL

Re: Newsweek Interview Request

Robin Wilson

Communications Specialist, Lulu.com
860 Aviation Parkway, Suite 300
Morrisville, NC 27560

919.447.3207

Robin Wilson

Communications Specialist, Lulu.com
860 Aviation Parkway, Suite 300
Morrisville, NC 27560

919.447.3207

LULU 022376
CONFIDENTIAL