LULU 019613

Lulu.com
Create, buy, sell and control digital content on demand.

Lulu is an industry leader in print-on-demand book publishing, offering 55 distinct products in various sizes, bindings and hard or soft covers. Lulu's completely automated and comprehensive proprietary applications provide content producers with the industry's leading print-on-demand solution.

# Lulu BOOKS

**Print on Demand Benefits:**

Book titles remain in print longer
Unpublished manuscripts can be published
Costs tied up in unsold inventory are eliminated
Revise/customize content in moments
Content creators can sell, produce and deliver within days

Dockets.Justia.com

LULU 019614

Lulu.com
Create, buy, sell and control digital content on demand.

# Lulu Image Books

Lulu offers creators the industry-leading solution for producing image books. Creators can use their own content and images to create a high-quality, perfect-bound book. Printed on demand, Lulu's image books allow the user to publish and market content easily, efficiently and cost-effectively. Image books are offered as perfect bound in 8.5" x 11", 6" x 9" and 9" x 7" sizes and can be produced with up to 700 full-color pages.

LULU 019615

Lulu's photo books provide customers with the option of turning their hard drive full of photos into a professional looking photo book. As the newest product of Lulu, photo books will be receiving many exciting updates in 2007. Lulu's photo books will provide greater functionality for individual users while providing corporate partners with the ability to offer licensed products as well. Lulu's file management tool allows users to better control and access their images, files and favorites to incorporate into their photo books.




# Lulu Photo Books

2007 Features:

- Easy to use drag-and-drop interface and "Turbo" photo uploader
- Wide variety of background images, colors and themes
- Nothing to download, everything is available via the web
- Ability to add photo captions
- Competitive pricing
- Professional softcover books can accommodate up to 500 pages