LULU 019616

# Lulu
# Calendars

Lulu's calendars are fully customizable. A user can create calendars from three to 24 months beginning with the start date of their choice. Users can also use the pre-defined event list to mark common holidays or create their own event list with holidays, birthdays, anniversaries or team schedules. All calendars are full-color and spiral bound and offered as standard (8.5" x 11") or premium (13.5" x 22") sizes. Premium calendars are available on heavy gloss paper or linen finish.



LULU 019617

# Lulu Digital Media



Lulu empowers creators to profit from digital media, ebooks and downloads. Creators set their own royalties and earn a profit as items are sold or downloaded.

eBooks are perfect for custom-sized documents or content you only want to distribute digitally and immediately. Lulu accepts most file formats for uploads making this a turnkey solution to publishing all content.

Lulu can publish any of the following digital mediums:

Music
Images
CDs & DVDs
eBooks
Software



Create, buy, sell and control digital content on demand.

Lulu.com

LULU 019618





## Lulu TV
# Get Played. Get Paid.

Lulu.tv is a viral video co-op where content owners can upload their content in every conceivable, consumable, useable and viewable format. People view it, rate it, share it, praise it and link it.

