LULU 019619

## custom Storefronts & checkout




Lulu.com allows individual users and corporate partners to host and sell proprietary content by creating their own storefronts on Lulu.com. Storefronts on Lulu.com have their own URL and can be linked directly to the corporate partner's website for smooth transactions. The online tools make it easy to create a branded or themed storefront by allowing the user to change colors within columns, customize the font, add images and drag and drop page elements like: published content, blog feeds and contact info, anywhere on the page.

Themed storefronts make it simple for users to manage layout and product display and utilize Lulu's checkout and payment system to complete transactions.

In combination with themed storefronts, themed checkouts allow corporate partners to have a completely co-branded e-commerce solution.



Case 5:07-cv-00347-D    Document 103-4    Filed 10/11/2007    Page 2 of 3

LULU 019620

# API Commerce Application Programming Interface

Lulu's Commerce API allows corporate partners to sell Lulu.com content through the guise of their own website, creating a truly seamless and completely branded experience. With the use of the API, sellers have the ability to display Lulu-published products on their own website, allowing customers to shop, purchase and pay for items without ever leaving the seller's branded website.





LULU 019621



## Corporate Printing

Lulu.com provides a turnkey solution for all print and manufacturing needs. With knowledgeable account managers and wide-ranging print resources, Lulu has the capacity to handle the smallest of orders, to orders of 100,000+. Economies of scale allow Lulu to pass cost savings on to the consumer, while still providing top quality print. Printed products can be completely customized: from trim size, to paper stock, to binding type. Lulu can fulfill custom orders of any quantity starting at 100 pieces and provides a full suite of domestic and international shipping options.

Providing offset and digital printing, Lulu allows corporate customers to receive the highest quality printed products tailored to their specifications. Lulu's corporate printing capability allows customers to reduce costs, maximize profit and eliminate waste.

Lulu.com · Create, buy, sell and control digital content on demand.