LULU 019622



### Featured client

Lulu partnered with Team Marketing® to manage the DVD/Home Video rights for Fox Sports. The BCS and Collegiate Images for the Orange Bowl, Sugar Bowl, Fiesta Bowl and the BCS National Championship game. The DVD of the 2007 Fiesta Bowl win by Boise State was given 4-stars by USA today. Lulu manages the marketing, promotion and production of the project.





LULU 019623





Where creators & corporate partners **Cash In**

"The greatest way we can empower our creators is to sell their creations" — Bob Young

- Lulu.com is a global sales channel.
- Our content gets found!
- Published by you
- Automatic listing on Amazon
- Automatic Bowkers, Nieslon, and others can find you

Lulu.com

LULU 019624

## DISTRIBUTION

Lulu gives creators access to the fastest and most extensive distribution system available anywhere – and at the same time, allows them to maintain complete control over their content and pricing.

Creators have three ways that they can tap into the most advanced and flexible distribution infrastructure in on-demand publishing.

1. The Lulu.com Marketplace. They can instantly showcase their works to potential buyers – more than 500,000 each week – and even create custom storefronts to displays their wares.

2. Optimized Search. The fact is, most online book purchases aren't made when someone types in a specific title or visits a specific online retailer. Instead, people use keywords to search on a topic or a title, then click through on a high-ranking result. This is where Lulu really shines – and goes far beyond other sites that pretty much stop at printing. Lulu's #1-ranking among self-publishing websites – as measured by Alexa.com – truly empowers creators, by piggybacking searches that match their content on top of our already massive pull. Which means that their works are elevated, optimized and easy to find on leading search engines such as Google and Yahoo.

3. Lulu's Top-Tier Sales Channels. With Lulu's unique Published By You service, creators literally become their own publishers. For just $99, they purchase a Lulu Published By You ISBN (an internationally recognized identification code), and open the door to an even wider audience of potential buyers – a global-market that there's simply no other way of reaching.

- Within weeks of subscribing to Lulu's Published By You service, they can have the contents of their books added to the Google Book Search database. So anytime someone searches for matching keywords, up pops an excerpt from the book – and a direct link to buy it at the Lulu Marketplace.

- Their books are listed on the three major book industry databases – Bowker's Books In Print, Titles at Ingram and Neilson's Book Data – which encompass the largest web-based professional resource, the largest North American distributor and the leading global provider of data services to libraries.

- These listings lead directly and automatically to more than 60,000 retailers, online and off – among them Amazon.com, Borders, Barnes & Noble, Buy.com, Powells and others – not to mention hundreds of schools, universities and library systems on four continents.

