



LULU 019627

lulu.com