IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

      Plaintiff,

vs.

**ORDER**

HULU, LLC, *et al.*,

      Defendants.

---

Upon the Motion in Limine of Defendant Hulu, LLC to exclude Plaintiff Lulu Enterprises, Inc.'s Survey and Focus Group Declarations and Reports, for good cause shown it is hereby ORDERED that Defendant's motion is GRANTED and Plaintiff is prohibited from presenting and relying on the Declaration of Hal L. Poret and any other survey or focus group evidence in support of its Motion for Preliminary Injunction.

This the _____ day of October, 2007.

                                      James C. Dever, III
                                      United States District Court Judge