UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:07-CV-347-D

| | |
|---|---|
| LULU ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| N-F NEWSITE, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| HULU TECH, INC., ) | |
| ) | |
| Defendants. ) | |

Upon the motion of Plaintiff Lulu Enterprises, Inc. ("Lulu") for leave to file the Declaration of Kent Van Liere in support of Lulu's pending Motion for Preliminary Injunction [Docket Entry No. 8], for good cause shown, Lulu is hereby granted the leave requested to file the Declaration of Kent Van Liere.

This ____ day of _____, 2007.

                                                                _____
                                                                United States District Court
                                                                Eastern District of North Carolina

1

Dockets.Justia.com