IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

| | |
|---|---|
| LULU ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HULU, LLC, *et al.*,<br><br>Defendants. | **DEFENDANT HULU, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE DECLARATION OF KENT VAN LIERE** |

Defendant, Hulu, LLC ("Hulu"), respectfully submits this Response in opposition to Plaintiff's Motion for Leave to File Declaration of Kent Van Liere, which includes a purported consumer confusion focus group study commissioned by Plaintiff:

1. Plaintiff produced the Declaration of Kent Van Liere ("Declaration") and the accompanying purported consumer confusion focus group study, at 5:46 p.m. on October 12, 2007, after the close of expedited discovery and briefing in this matter.

2. Hulu incorporates by reference its Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File Declaration of Hal L. Poret and In Support of Hulu's Motion in Limine to Exclude Plaintiff's Survey and Focus Group Declarations and Reports [docket 108] [hereinafter "Hulu's Memorandum of Law"].

3. For the same reasons set forth in Hulu's Memorandum of Law, the Court should exclude and refuse to consider the Declaration.

4. The untimely production of Plaintiff's purported expert evidence is contrary to the Court's September 14 scheduling order, Fed. R. Civ. P. 6(d), and Local Civil Rule 7.1, EDNC.

US2000 10377190.1

5. Hulu will be unfairly prejudiced by Plaintiff's untimely production if Plaintiff is allowed to submit this evidence for the Court's consideration.

6. Delaying the preliminary injunction hearing, however, would only further serve to postpone Hulu's roll-out, again allowing Plaintiff to benefit from its own failure to timely present its evidence.

7. The appropriate remedy for Plaintiff's failure to timely produce its purported expert evidence is to exclude the use of such evidence at the hearing on Plaintiff's motion for preliminary injunction.

WHEREFORE, for the reasons set forth above, as well as discussed in detail in Hulu's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File Declaration of Hal L. Poret and In Support of Hulu's Motion in Limine to Exclude Plaintiff's Survey and Focus Group Declarations and Reports, Plaintiff should not be given leave to file and rely upon the Declaration of Kent Van Liere, or any other survey evidence or focus group report, in support of its Motion for Preliminary Injunction.

Respectfully submitted, this the 15th day of October, 2007.

/s/ Hayden J. Silver, III

Hayden J. Silver, III
NC State Bar No. 10037
jaysilver@kilpatrickstockton.com
Betsy Cooke
NC State Bar No. 25353
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
(919) 420-1700
(919) 420-1800 (facsimile)

William H. Brewster
GA State Bar No. 080422
bbrewster@kilpatrickstockton.com
Sara Maurer
GA State Bar No. 159056
smaurer@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 facsimile

*Attorneys for Defendant Hulu, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which will send notice to the following CM/ECF participants:

>Leslie C. O'Toole
>leslie.otoole@elliswinters.com
>Thomas Hamilton Segars
>tom.segars@elliswinters.com

This the 15th day of October, 2007.

/s/ Hayden J. Silver, III

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700