IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

| | |
|---|---|
| LULU ENTERPRISES, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HULU, LLC, *et al.*,<br><br>　　　　　　　　Defendants. | **DEFENDANT HULU, LLC'S MOTION TO EXCLUDE PLAINTIFF'S SURVEYS AND EXPERT TESTIMONY UNDER *DAUBERT*** |

　　　　Defendant, Hulu, LLC ("Hulu") hereby moves the Court, pursuant to Rule 7 of the Federal Rules of Civil Procedure, Local Civil Rule 7.1, EDNC, and Rule 702 of the Federal Rules of Evidence, for an order excluding the surveys and reports of Plaintiff's purported expert witnesses: (1) Hal Poret and Robert Reitter (of Guideline Research) and (2) Ken Van Liere (of NERA Economic Consulting) (collectively, "Plaintiff's Expert Reports"), for failing to satisfy the requirements for admissible expert testimony set forth by the U.S. Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 579-80 (1993). In support of this motion, Hulu relies upon its Memorandum of Law and the Supplemental Declaration of Dr. Gerald L. Ford, filed contemporaneously with this Motion.

　　　　WHEREFORE, Defendant Hulu, LLC respectfully moves the Court for an order excluding Plaintiff's Expert Reports from the Court's consideration related to Plaintiff's Motion for Preliminary Injunction.

US2000 10376814.1

This the 15th day of October, 2007.

        /s/ Hayden J. Silver, III
_____

Hayden J. Silver, III
NC State Bar No. 10037
jaysilver@kilpatrickstockton.com
Betsy Cooke
NC State Bar No. 25353
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
(919) 420-1700
(919) 420-1800 (facsimile)


William H. Brewster
GA State Bar No. 080422
bbrewster@kilpatrickstockton.com
Sara Maurer
GA State Bar No. 159056
smaurer@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 facsimile

Attorneys for Defendant Hulu, LLC

US2000 10376814.1

**CERTIFICATE OF SERVICE**

This is to certify that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which will send notice to the following CM/ECF participants:

>Leslie C. O'Toole
>leslie.otoole@elliswinters.com
>Thomas Hamilton Segars
>tom.segars@elliswinters.com

This the 15th day of October, 2007.

/s/ Hayden J. Silver, III

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700