IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

LULU ENTERPRISES, INC.,

                Plaintiff,

v.                                                              **NOTICE OF FILING**

HULU, LLC, *et al.*,

                Defendants.

---

       Defendant, Hulu, LLC, hereby gives notice of filing of the following documents,

previously omitted in error, consisting of Exhibits 5, 7, 8 and 10 from the Declaration of

Daniel H. Marti In Opposition to Plaintiff's Motion for a Preliminary Injunction.

       Respectfully submitted, this the 15th day of October, 2007.

                         /s/ Hayden J. Silver, III

                         Hayden J. Silver, III
                         NC State Bar No. 10037
                         jaysilver@kilpatrickstockton.com
                         Betsy Cooke
                         NC State Bar No. 25353
                         bcooke@kilpatrickstockton.com
                         **KILPATRICK STOCKTON LLP**
                         3737 Glenwood Avenue, Suite 400
                         Raleigh, NC 27612
                         (919) 420-1700
                         (919) 420-1800 facsimile

Dockets.Justia.com

William H. Brewster
GA State Bar No. 080422
bbrewster@kilpatrickstockton.com
Sara Maurer
GA State Bar No. 159056
smaurer@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 facsimile

*Counsel for Defendant Hulu, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF System which will send notice to the following

CM/ECF participants:

> Leslie C. O'Toole
> leslie.otoole@elliswinters.com
> Thomas Hamilton Segars
> tom.segars@elliswinters.com

This the 15th day of October, 2007.


/s/ Hayden J. Silver, III
_____

*Attorney for Defendant*

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700

# EXHIBIT 5

# DECLARATION OF DANIEL MARTI



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | LULU |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable MP3 files, MP3 recordings; downloadable books, brochures, flyers, calendars, images, music, audio and audiovisual materials and electronic publications via the internet and wireless devices; mouse pads. FIRST USE: 20030600. FIRST USE IN COMMERCE: 20030600 |

IC 016. US 002 005 022 023 029 037 038 050. G & S: Books of general interest, namely fiction and non-fiction books on a variety of topics; pens; bookmarks; stickers. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 018. US 001 002 003 022 041. G & S: Tote bags. FIRST USE: 20030400. FIRST USE IN COMMERCE: 20030400

IC 025. US 022 039. G & S: Clothing, namely, hats and shirts. FIRST USE: 20030400. FIRST USE IN COMMERCE: 20030400

IC 035. US 100 101 102. G & S: Online ordering services featuring books, brochures, flyers, calendars, images, music, audio and audiovisual materials and electronic publications; distributorship services in the field of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 041. US 100 101 107. G & S: Publishing services, namely, print on demand and publish on demand of books, brochures, calendars, images, music, audio and audiovisual materials; publication of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; multimedia publishing of books, brochures, magazines, journals, software, games, music, and electronic publications. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 042. US 100 101. G & S: Providing information on books, brochures, calendars, images, music,

audio and audiovisual materials via a global computer network; providing information on formatting, editing, design, marketing and distribution of books, brochures, publications, calendars, images, music, audio and audiovisual materials via a global computer network. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | **77226519** |
| **Filing Date** | July 11, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Lulu Enterprises, Inc. CORPORATION DELAWARE Suite 300 860 Aviation Parkway Morrisville NORTH CAROLINA 27560 |
| **Attorney of Record** | Susan Freya Olive |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word LULU with an image of an oval-shaped ring superimposed over the top half of the word. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 7

# DECLARATION OF DANIEL MARTI



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

**Word Mark** LULU

**Goods and Services**
IC 035. US 100 101 102. G & S: Administration of a discount program enabling participants to obtain discounts on goods and services; promoting the goods and services of others by placing advertisements and promotional materials in electronic publications accessed via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, by distributing advertisements and promotional materials via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, or through on-line promotional contests; arranging, conducting and promoting business and consumer conferences, business and consumer conventions, business and consumer exhibitions, and trade shows in the fields of business and commerce, education, information services, science, and technology, other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing; business consultation services; contests and incentive award programs to promote the sale of goods and services of others; promoting educational and entertainment events of others in the nature of conferences, conventions, and exhibitions, in the fields of business and commerce, education, information services, science, and technology, other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing by placing advertisements and promotional materials in electronic publications accessed via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, by distributing advertisements and promotional materials via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, or through on-line promotional contests, promoting the sale of goods and services of others through the distribution of on-line promotional material and promotional contests. providing consumer information in the fields of business and commerce, education, information services, science, and technology; and providing information in the fields of business and commerce; providing information in the nature of prerecorded audio and audiovisual messages and programs on the subjects of business, commerce via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks; providing business advice and consumer information in the nature of audio, visual, and multimedia programs in the fields of business, commerce, and information services via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks. FIRST USE: 20020600. FIRST USE IN COMMERCE: 20020600

IC 041. US 100 101 107. G & S: Arranging and conducting educational conferences, conventions, and exhibitions, in the fields of education, information services, science, and technology, other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing; entertainment services, namely, providing a web site featuring audio, visual, and multimedia performances, motion picture performances, and news and variety shows; entertainment services, namely, providing educational and motivational speakers in the fields of business and commerce, general knowledge, information services, science, and technology; providing recognition and incentives by the way of awards to demonstrate excellence or unusual performance in the fields of business and commerce, general knowledge, information services, science, and technology, other than such awards focused on the areas of advertising and marketing; and publication of electronic newspapers featuring general knowledge accessible via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks. FIRST

USE: 20020600. FIRST USE IN COMMERCE: 20020600

IC 042. US 100 101. G & S: Providing information in the nature of prerecorded audio and audiovisual messages on the subjects of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks; providing information in the nature of audio, visual, and multimedia materials in the fields of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networksProviding information in the nature of prerecorded audio and audiovisual messages on the subjects of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks; providing information in the nature of audio, visual, and multimedia materials in the fields of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks. FIRST USE: 20030500. FIRST USE IN COMMERCE: 20030500

**Mark Drawing Code** (1) TYPED DRAWING

**Serial Number** 78155152

**Filing Date** August 16, 2002

**Current Filing Basis** 1A

**Original Filing Basis** 1B

**Published for Opposition** January 24, 2006

**Owner** (APPLICANT) Lulu Enterprises, Inc. CORPORATION DELAWARE Suite 300 860 Aviation Parkway Morrisville NORTH CAROLINA 27560

**Attorney of Record** Susan Freya Olive

**Type of Mark** SERVICE MARK

**Register** PRINCIPAL

**Live/Dead Indicator** LIVE

# EXHIBIT 8

# DECLARATION OF DANIEL MARTI



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | LULU |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Downloadable MP3 files, MP3 recordings; downloadable books, brochures, flyers, calendars, images, music, audio and audiovisual materials and electronic publications via the internet and wireless devices; mouse pads. FIRST USE: 20030600. FIRST USE IN COMMERCE: 20030600 |

IC 016. US 002 005 022 023 029 037 038 050. G & S: Books of general interest, namely fiction and non-fiction books on a variety of topics; pens; bookmarks; stickers. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 018. US 001 002 003 022 041. G & S: Tote bags. FIRST USE: 20030400. FIRST USE IN COMMERCE: 20030400

IC 025. US 022 039. G & S: Clothing, namely, hats and shirts. FIRST USE: 20030400. FIRST USE IN COMMERCE: 20030400

IC 035. US 100 101 102. G & S: Online ordering services featuring books, brochures, flyers, calendars, images, music, audio and audiovisual materials and electronic publications; distributorship services in the field of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 041. US 100 101 107. G & S: Publishing services, namely, print on demand and publish on demand of books, brochures, calendars, images, music, audio and audiovisual materials; publication of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; multimedia publishing of books, brochures, magazines, journals, software, games, music, and electronic publications. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 042. US 100 101. G & S: Providing information on books, brochures, calendars, images, music, audio and audiovisual materials via a global computer network; providing information on formatting, editing, design, marketing and distribution of books, brochures, publications, calendars, images, music and audiovisual materials via a global computer network. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

**Mark**

| | |
|---|---|
| **Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | **77226519** |
| **Filing Date** | July 11, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Lulu Enterprises, Inc. CORPORATION DELAWARE Suite 300 860 Aviation Parkway Morrisville NORTH CAROLINA 27560 |
| **Attorney of Record** | Susan Freya Olive |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word LULU with an image of an oval-shaped ring superimposed over the top half of the word. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT 10

# DECLARATION OF DANIEL MARTI

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [        ]    OR    Jump    to record: [        ]    **Record 1 out of 11**

TARR Status | ASSIGN Status | TDR | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

**Word Mark**    LULU

**Goods and Services**    IC 035. US 100 101 102. G & S: Administration of a discount program enabling participants to obtain discounts on goods and services; promoting the goods and services of others by placing advertisements and promotional materials in electronic publications accessed via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, by distributing advertisements and promotional materials via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, or through on-line promotional contests; arranging, conducting and promoting business and consumer conferences, business and consumer conventions, business and consumer exhibitions, and trade shows in the fields of business and commerce, education, information services, science, and technology, other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing; business consultation services; contests and incentive award programs to promote the sale of goods and services of others; promoting educational and entertainment events of others in the nature of conferences, conventions, and exhibitions, in the fields of business and commerce, education, information services, science, and technology, other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing by placing advertisements and promotional materials in electronic publications accessed via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, by distributing advertisements and promotional materials via computer, communication networks, electronic networks, on-line web sites, telephone, or wireless networks, or through on-line promotional contests; promoting the sale of goods and services of others through the distribution of on-line promotional material and promotional contests. providing consumer information in the fields of business and commerce, education, information services, science, and technology; and providing information in the fields of business and commerce; providing information in the nature of prerecorded audio and audiovisual messages and programs on the subjects of business, commerce via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks; providing business advice and consumer information in the nature of audio, visual, and multimedia programs in the fields of business, commerce, and information services via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks. FIRST USE: 20020600. FIRST USE IN COMMERCE: 20020600

IC 041. US 100 101 107. G & S: Arranging and conducting educational conferences, conventions, and exhibitions, in the fields of education, information services, science, and technology, other than such conferences, conventions, exhibitions and trade shows focused on the areas of advertising and marketing; entertainment services, namely, providing a web site featuring audio, visual, and multimedia performances, motion picture performances, and news and variety shows; entertainment services, namely, providing educational and motivational speakers in the fields of business and commerce, general knowledge, information services, science, and technology; providing recognition and incentives by the way of awards to demonstrate

excellence or unusual performance in the fields of business and commerce, general knowledge, information services, science, and technology, other than such awards focused on the areas of advertising and marketing; and publication of electronic newspapers featuring general knowledge accessible via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks. FIRST USE: 20020600. FIRST USE IN COMMERCE: 20020600

IC 042. US 100 101. G & S: Providing information in the nature of prerecorded audio and audiovisual messages on the subjects of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks; providing information in the nature of audio, visual, and multimedia materials in the fields of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networksProviding information in the nature of prerecorded audio and audiovisual messages on the subjects of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks; providing information in the nature of audio, visual, and multimedia materials in the fields of science, technology and information technology via stand-alone and networked computers, communication networks, electronic networks, web sites, telephone, or wireless networks. FIRST USE: 20030500. FIRST USE IN COMMERCE: 20030500

| | |
|---|---|
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78155152 |
| **Filing Date** | August 16, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 24, 2006 |
| **Owner** | (APPLICANT) **Lulu Enterprises**, Inc. CORPORATION DELAWARE Suite 300 860 Aviation Parkway Morrisville NORTH CAROLINA 27560 |
| **Attorney of Record** | Susan Freya Olive |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [ ]   OR   Jump   to record: [ ]   **Record 8 out of 11**

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# LULU STUDIO

| | |
|---|---|
| **Word Mark** | **LULU** STUDIO |
| **Goods and Services** | IC 042. US 100 101. G & S: computer services, namely, non-downloadable software applications used for desktop publishing |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77257646 |
| **Filing Date** | August 17, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **Lulu Enterprises**, Inc. CORPORATION DELAWARE Suite 300 860 Aviation Parkway Morrisville NORTH CAROLINA 27560 |
| **Attorney of Record** | Douglas W. Kenyon |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start    **List At:** [          ]    OR    Jump    **to record:** [          ]    **Record 9 out of 11**

TARR Status    ASSIGN Status    TDR    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **LULU** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable MP3 files, MP3 recordings; downloadable books, brochures, flyers, calendars, images, music, audio and audiovisual materials and electronic publications via the internet and wireless devices; mouse pads. FIRST USE: 20030600. FIRST USE IN COMMERCE: 20030600 |

IC 016. US 002 005 022 023 029 037 038 050. G & S: Books of general interest, namely fiction and non-fiction books on a variety of topics; pens; bookmarks; stickers. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 018. US 001 002 003 022 041. G & S: Tote bags. FIRST USE: 20030400. FIRST USE IN COMMERCE: 20030400

IC 025. US 022 039. G & S: Clothing, namely, hats and shirts. FIRST USE: 20030400. FIRST USE IN COMMERCE: 20030400

IC 035. US 100 101 102. G & S: Online ordering services featuring books, brochures, flyers, calendars, images, music, audio and audiovisual materials and electronic publications; distributorship services in the field of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 041. US 100 101 107. G & S: Publishing services, namely, print on demand and publish on demand of books, brochures, calendars, images, music, audio and audiovisual materials; publication of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; multimedia publishing of books, brochures, magazines, journals, software, games, music, and electronic publications. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100

IC 042. US 100 101. G & S: Providing information on books, brochures, calendars, images, music, audio and

audiovisual materials via a global computer network; providing information on formatting, editing, design, marketing and distribution of books, brochures, publications, calendars, images, music, audio and audiovisual materials via a global computer network. FIRST USE: 20021100. FIRST USE IN COMMERCE: 20021100.

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | 77226519 |
| **Filing Date** | July 11, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Lulu Enterprises**, Inc. CORPORATION DELAWARE Suite 300 860 Aviation Parkway Morrisville NORTH CAROLINA 27560 |
| **Attorney of Record** | Susan Freya Olive |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word **LULU** with an image of an oval-shaped ring superimposed over the top half of the word. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 10 out of 11**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



**Word Mark**  **LULU**

**Goods and Services**
IC 009. US 021 023 026 036 038. G & S: Downloadable MP3 files, MP3 recordings, online discussion boards, web casts, podcasts featuring music, audio books and news broadcasts; downloadable books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications via the internet and wireless devices; providing downloadable electronic newsletters in the field of publishing; CD-ROM disks and DVDs. FIRST USE: 20070300. FIRST USE IN COMMERCE: 20070300

IC 016. US 002 005 022 023 029 037 038 050. G & S: Books of general interest, namely fiction and non-fiction books on a variety of topics; pens; bookmarks; stickers; newsletters in the field of publishing; business cards; postcards. FIRST USE: 20070300. FIRST USE IN COMMERCE: 20070300

IC 025. US 022 039. G & S: Clothing, namely, hats and shirts. FIRST USE: 20070500. FIRST USE IN COMMERCE: 20070500

IC 035. US 100 101 102. G & S: Online ordering services featuring books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; business consulting, namely provision of information and advice in the field of self-publishing; distributorship services in the field of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; advertising, marketing and promotion services. FIRST USE: 20070300. FIRST USE IN COMMERCE: 20070300

IC 038. US 100 101 104. G & S: Communication services, namely, electronic transmission of data and documents among users of computers; providing on-line forums for transmission of messages among computer users concerning self-publishing; communication services, namely, transmitting streamed sound and audio-visual recordings via the Internet. FIRST USE: 20070300. FIRST USE IN COMMERCE: 20070300

IC 041. US 100 101 107. G & S: Publishing services, namely, print on demand and publish on demand of books, brochures, calendars, images, music, audio and audiovisual materials; publication of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; multimedia publishing of

books, brochures, magazines, journals, software, games, music, and electronic publications; entertainment services, namely, providing a web site featuring musical performances, musical videos, related film clips, photographs, and other multimedia materials; workshops and seminars in the field of self-publishing; providing on-line training in the field of self-publishing; on-line journals, namely, blogs featuring information about -self publishing; written text editing; video editing. FIRST USE: 20070300. FIRST USE IN COMMERCE: 20070300

IC 042. US 100 101. G & S: Providing information on books, brochures, calendars, images, music, audio and audiovisual materials via a global computer network; providing information on formatting, editing, design, marketing and distribution of books, brochures, publications, calendars, images, music, audio and audiovisual materials via a global computer network; graphic design services; design and development of multimedia products. FIRST USE: 20070300. FIRST USE IN COMMERCE: 20070300

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | 77217960 |
| **Filing Date** | June 28, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Lulu Enterprises**, Inc. CORPORATION DELAWARE Suite 300 860 Aviation Parkway Morrisville NORTH CAROLINA 27560 |
| **Attorney of Record** | Susan Freya Olive |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word **LULU** with an image of an oval-shaped ring superimposed over the top half of the word. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   **List At:** [          ]   OR   Jump   **to record:** [          ]   **Record 11 out of 11**

---

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LULU.COM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable MP3 files, MP3 recordings, online discussion boards, web casts, podcasts featuring music, audio books and news broadcasts; downloadable books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications via the internet and wireless devices; providing downloadable electronic newsletters in the field of publishing; CD-ROM disks and DVDs

IC 016. US 002 005 022 023 029 037 038 050. G & S: Books of general interest, namely fiction and non-fiction books on a variety of topics; pens; bookmarks; stickers; newsletters in the field of publishing; business cards; postcards

IC 018. US 001 002 003 022 041. G & S: Tote bags

IC 025. US 022 039. G & S: Clothing, namely, hats and shirts

IC 035. US 100 101 102. G & S: Online ordering services featuring books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; business consulting, namely provision of information and advice in the field of self-publishing; distributorship services in the field of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; advertising, marketing and promotion services

IC 038. US 100 101 104. G & S: Communication services, namely, electronic transmission of data and documents among users of computers; providing on-line forums for transmission of messages among computer users concerning self-publishing; communication services, namely, transmitting streamed sound and audio-visual recordings via the Internet

IC 041. US 100 101 107. G & S: Publishing services, namely, print on demand and publish on demand of |

books, brochures, calendars, images, music, audio and audiovisual materials; publication of books, brochures, calendars, images, music, audio and audiovisual materials and electronic publications; multimedia publishing of books, brochures, magazines, journals, software, games, music, and electronic publications; entertainment services, namely, providing a web site featuring musical performances, musical videos, related film clips, photographs, and other multimedia materials; workshops and seminars in the field of self-publishing; providing on-line training in the field of self-publishing; on-line journals, namely, blogs featuring information about self-publishing; written text editing; video editing

IC 042. US 100 101. G & S: Providing information on books, brochures, calendars, images, music, audio and audiovisual materials via a global computer network; providing information on formatting, editing, design, marketing and distribution of books, brochures, publications, calendars, images, music, audio and audiovisual materials via a global computer network; graphic design services; design and development of multimedia products

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | 77217955 |
| **Filing Date** | June 28, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **Lulu Enterprises**, Inc. CORPORATION DELAWARE Suite 300 860 Aviation Parkway Morrisville NORTH CAROLINA 27560 |
| **Attorney of Record** | Susan Freya Olive |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word LULU.COM with an image of an oval-shaped ring superimposed over the top half of the **LULU** term. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY