IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00347-D

| | |
|---|---|
| LULU ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HULU, LLC, et al., <br><br> Defendants. | **ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL** |

This matter is before the Court on the motion of Defendant Hulu, LLC to file and retain under seal the following documents:

- Exhibit B to Plaintiff Lulu Enterprises, Inc.'s Reply in Support of Motion for Preliminary Injunction ("Exhibit B").

The Court makes the following findings of fact and conclusions of law:

1. It is necessary for the Court to review the above-listed document and information to properly consider the pending motions before the Court.

2. The document listed herein contains confidential and competitively sensitive business information relating to Defendant.

3. Adequate notice and opportunity has been given to the public and interested parties to object to Defendant's motion.

4. The Court has carefully weighed the interests advanced by the Defendant and those interests favoring public access to judicial documents and records.

US2000 10373058.1

5.     The interests advanced by the Defendant override any common law or constitutional right of public access which may attach to the information.

NOW THEREFORE, upon consideration of the record and the parties' positions and pursuant to the provisions of Local Civil Rule 79.2, EDNC, it is ordered that the document listed above be sealed.

It is so ordered this the _____ day of _____, 2007.

                                                                   JAMES C. DEVER, III
                                                                   UNITED STATES DISTRICT JUDGE